**B1 (Official Form 1) (1/08)**

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS<br>DALLAS DIVISION | **Voluntary Petition** |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Superior Air Parts, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **75-1253598** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**621 S. Royal Lane, Suite 100**<br>**Coppell, TX**<br><br>ZIP CODE **75019-3805** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Dallas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (1/08)                                                                                           Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Superior Air Parts, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X_____ Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): **Superior Air Parts, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Stephen A. Roberts**

**Stephen A. Roberts**              Bar No. **17019200**

**Strasburger & Price, L.L.P.**
**Suite 1600**
**600 Congress Avenue**
**Austin, TX  78701-3288**

Phone No.**(512) 499-3600**      Fax No.**(512) 499-3660**

12/31/2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Superior Air Parts, Inc.**

X **/s/ Kent Abercrombie**
Signature of Authorized Individual

**Kent Abercrombie**
Printed Name of Authorized Individual

**President/CEO**
Title of Authorized Individual

**12/31/2008**
Date

Address
_____

X_____

_____
Date
Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Superior Air Parts, Inc.**                                      CASE NO

                                                                          CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  12/31/2008                                  Signature   _/s/ Kent Abercrombie_
                                                              *Kent Abercrombie*
                                                              *President/CEO*


Date _____          Signature _____

121FIVE.COM - c/o TIM KERN
PO BOX 30
ANDERSON, IN 46015


4SURE.COM dba:  TECHDEPOT
6 CAMBRIDGE DR
TRUMBULL, CT 6611


A.E.R.O. INC
3701 HWY 162
GRAINTE CITY, IL 62040-1287


AADFW, INC
2161 REGAL PARKWAY
EULESS, TX 76040


AARON COVERT
5529 RICE DRIVE
THE COLONY, TX 75056


ACE GRINDING & MACHINE COMPANY
2020 WINNER STREET
WALLED LAKE, MI 48390


ACT AAA COOPER TRANSPORTATION
1751 KINSEY ROAD
DOTHAN, AL 36303


ADP INC
2735 STEMMONS FRWY
DALLAS, TX 75207


ADT SECURITY SERVICES
2403 LACY LANE
CARROLLTON, TX 75006

ADVANCED CONNECTIONS INC
2015 MCKENZIE, SUITE 120
CARROLLTON, TX 75006


ADVANCED MACHINING & TOOL, INC
1616 NORTH BECKLEY
LANCASTER, TX 75134


AERO ACCESSORIES
1240 SPRINGWOOD CHURCH ROAD
GIBSONVILLE, NC 27249


AERO ACCESSORIES
1240 SPRINGWOOD AVE.
GIBSONVILLE, NC 27249


AERO AVIATION
9 S 041 AERO DRIVE
NAPERVILLE, IL 60565


AEROPARTES JIMENEZ, S.A.DE C.V.
RIO PIZXTLA # 927 NTE.
LOS MOCHIS, SINOLA MEXICO 81240


AEROSPACE PRODUCTS INT'L
3778 DISTRIPLEX DRIVE NORTH
MEMPHIS, TN 38118


AETNA
PO BOX 45084
JACKSONVILLE, FL 32231-45084


AICCO, INC
45 EAST RIVER PARK PLACE, WEST # 308
FRESNO, CA 93720

AIR MASTER FLYING CLUB
881 BLACK HORSE PIKE
PLEASANTVILLE, NJ 8232

AIR POWER INC
4900 SOUTH COLLINS
ARLINGTON, TX 76018

AIR SUPPORT INTERNATIONAL
PO BOX 489
MARSHFIELD, MO 65706

AIR WEST AIRCRAFT ENGINES
670 AIRPORT BLVD
SAN CARLOS, CA 97070

AIR-TEC
37 SANDIA MT. TRAIL, SANDIA AIRPARK
EDGEWOOD, NM 87015-1168

AIRCRAFT CYLINDER & ENGINE INC
516 N LINK LANE, UNIT 1
FT COLLINS, CO 80524

AIRCRAFT CYLINDERS OF AMERICA
1006 E INDEPENDENCE STREET
TULSA, OK 74106-5310

AIRCRAFT ENGINE & ACCESSORY
2275 CROWN ROAD
DALLAS, TX 75229

AIRCRAFT SPECIALTIES SERVICE
TULSA INT'L AIRPORT, 2860 NORTH SHERIDAN
TULSA, OK 74158

AIRFLOW PERFORMANCE INC
111 AIRFLOW DRIVE
SPARTANBURG, SC 29306


AIRPARTS COMPANY INC
2310 NW 55TH COURT
FORT LAUDERDALE, FL 33309


AIRSURE LIMITED
15301 SPECTRUM DRIVE #500
ADDISON, TX 75001


AKORBI CONSULTING
400 EAST ROYAL LANE, # 218
IRVING, TX 75039


ALBERADO MARTINEZ
2331 KLONDIKE DRIVE
DALLAS, TX 75228


ALCOA FASTENING SYSTEMS
3990 A HERITAGE OAK COURT
SIMI VALLEY, CA 93063-6711


ALL AMERICAN BENEFITS, INC.
13747 MONTFORT DRIVE, SUITE 337
DALLAS, TX 75240


ALLEN LASKY
2004 GENEVA DRIVE
RICHARDSON, TX 75081


ALPHA ONE FLIGHT
246 SOUTH MEADOW ROAD
PLYMOUTH, MA 2360

AMCO ENTERPRISES
4209 HAHN BLVD
FORT WORTH, TX 76117


ANA FONTES
8801 THOMPSON DRIVE
ARGYLE, TX 76226


AOPA PILOT
PO BOX 973
FREDERICK, MD 21701


ARAMARK
1900 EMPIRE CENTRAL
DALLAS, TX 75235


Aramark Uniform Services
1900 Empire Central
PO Box 36028
Dallas, TX 75235


ARCHIVE SUPPLIES, INC.
2975 LADYBIRD LANE
DALLAS, TX 75220


Arkadin, Inc.
620 Tinton Avenue
Tinton Falls, NJ 07724


ARNER FLYING SERVICE INC.
ARNER MEMORIAL AIRPORT, 1001 COAL STREET
LEHIGHTON, PA 18235


ARROWPROP COMPANY
PO BOX 610
MEEKER, OK 74855

ASSOCIATED SPRING-CORRY
226 SOUTH CENTER ST
CORRY, PA 16407-1992


ASSOCIATED SPRING-MILWAUKEE
434 WEST EDGERTON AVENUE
MILWAUKEE, WI 53207


ASSOCIATED SPRING-SALINE
1445 BARNES COURT
SALINE, MI 48176


AT&T MOBILITY
PO BOX 68056
ANAHEIM HILLS, CA 92817-8056


ATI ACCELERATED TECHNOLOGIES
1611 HEADWAY CIRCLE BLDG 1
AUSTIN, TX 78754


AUTOMATIC SCREW MACHINE
709 2ND AVENUE SE
DECATUR, AL 35601


AVIALL SERVICES INC
PO BOX 619048
DALLAS, TX 75261-9048


AVIATION GROUP LIMITED
N2509 COMMERCIAL DRIVE
WAUPACA, WI 54981


AVIATION INTERNATIONAL CORP.
5555 N W 36TH STREET
MIAMI SPRINGS, FL 33166

AVIATION UNLIMITED
2833 16th AVENUE, TORONTO BUTTONVILLE AI
MARKHAM, ONTARIO, CANADA L3R 0P8


BARNSTORMERS INC
312 WEST 4TH STREET
CARSON CITY, NV 89703


BARRETT PRECISION ENGINES INC
2870-B NORTH SHERIDAN RD
TULSA, OK 74115


BARRETT PRECISION ENGINES, INC
2870B NORTH SHERIDAN
TULSA, OK 74115


BARTON TECHNICAL SERVICS LLC
4123 BLUE HERON RIDGE
MOBILE, AL 36693


BAX GLOBAL
PO BOX 612307
DFW AIRPORT, TX 75261


BEDE CORP
6440 NORWALK ROAD, SUITE F
MEDINA, OH 44256


BEST TOOL & MANUFACTURING CO.
3515 NORTHEAST 33rd TERRACE
KANSAS CITY, MO 64117


BETSY PRICE, TAX ASSESSOR - COLLECTOR
PO BOX 961018
FORT WORTH, TX 76161-0018

BILL BOWERS
2834 ORANGE PICKER ROAD
JACKSONVILLE, FL 32223


BILL MCDONALD, DAR
9700 DIVOT DRIVE
GRANBURY, TX 76049


BILL'S AIRCRAFT SERVICE
20836 483rd AVENUE
ELKTON, SD 57026


BILLY G LEONARD, JR
1650 W. VIRGINIA STREET, # 211
MCKINNEY, TX 75069-7703


BIZZY BEES PEST CONTROL CO
2812 TRINITY SQUARE DRIVE, SUITE #100
CARROLLTON, TX 75006


BMC SOLUTIONS, INC.
3391 TOWN POINT DR NW
KENNESAW, GA 30144


BOB REUTHER
97 WHITE BRIDGE ROAD, APT L-1
NASHVILLE, TN 37205


BORING MACHINE CORPORATION
7922 RANCHERS ROAD
FRIDAY, MN 55432


BRENT HENMAN
2234 STONEHENGE LANE
LEWISVILLE, TX 75056

BRIAN TOM
22255 E WILDFERN LANE
BRIGHTWOOD, OR 97011

BRIDGETTE WOODS
501 LEGENDS
LEWISVILLE, TX 75067

BUNTING BEARINGS-HOLLAND
1001 HOLLAND PARK BLVD
HOLLAND, OH 43528

BUNTING BEARINGS-KALAMAZOO
4252 E. KILGORE RD
KALAMAZOO, MI 49002

CANADIAN HOME ROTORS INC
4 ROY STREET
EAR FALLS, ONTARIO, CANADA P0V 1T0

CAPPA GRANITE
1310 W. EULESS BLVD, SUITE 100
EULESS, TX 76040

CARE NOW CORPORATION
601 CANYON DRIVE #100
COPPELL, TX 75019

CARL H JOHNSON
1908 HAYMEADOW
CARROLLTON, TX 75007

CARL ZEISS IMT CORP
6250 SYCAMORE LANE NORTH
MAPLE GROVE, MN 55369

CARLEY FOUNDRY INC
8301 CORAL SEA STREET NE
BLAINE, MN 55449


CAROLYN HEWITT
10925 FANDOR STREET
FORT WORTH, TX 76108


CAST WELL
650 PENNSYLVANIA AVE
ELIZABETH, NJ 7201


CASTOR AVIATION, INC.
250 TEXAS WAY, HANGER 24 NORTH
FT WORTH, TX 76106


CAVALIER LOGISTICS
250 SHEFFIED STREET
MOUNTAINSIDE, NJ 7092


CEBOS LTD
5936 FORD COURT, #203
BRIGHTON, MI 48116


Cebos, Ltd.
7600 Grand River, Ste 200
Brighton, MI 48114


CENTRAL FREIGHT LINES INC
PO BOX 2638
WACO, TX 76702-2638


CENTRAL TRANSPORT INT'L
PO BOX 33299
DETROIT, MI 48232

CHAD OWENS
713 HUNDLEY DRIVE
LAKE DALLAS, TX 75065


CHAMPION AEROSPACE INC
1230 OLD NORRIS ROAD
LIBERTY, SC 29657-0686


CHENDA REACH
2335 HIGH BANK DRIVE
MESQUITE, TX 75181


Cheryl Kirkwood and Taylor Manning
c/o Kreindler & Kreindler, LLP
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017-3613


Chester B. Salomon
Stevens & Lee
485 Madison Avenue, 20th Floor
New York, NY 10022


CHICK PACKAGING OF DFW
700 W. BETHEL ROAD #100
COPPELL, TX 75019


Choice Solutions
Attn: James Steinlage
10801 Mastin Blvd., Ste 900
Overland Park, KS 66213


CHOICE SOLUTIONS LLC
222 WEST LAS COLINAS BLVD #1150 EAST
IRVING, TX 75039


Choice Solutions, L.L.C.
Attn: James Steinlage
10801 Mastin Blvd., Ste 900
Overland Park, KS 66213

CHRIS BENAVIDES
1012 E PIONEER
IRVING, TX 75061

Chris Reser
c/o Beeler, Walsh & Walsh, PLLC
4508 N. Classen Blvd.
Oklahoma City, OK 73118

CHRIS WOOTTON
2775 N HWY 360 # 217
GRAND PRAIRIE, TX 75050

CHRISTIANSEN AVIATION
PO BOX 702412
TULSA, OK 74170-2412

CITRIX SYSTEMS INC
851 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL 33309

Citrix Systems, Inc.
851 West Cypress Creek Rd.
Fort Lauderdale, FL 33309

CITY OF COPPELL
255 PARKWAY BLVD
COPPELL, TX 75019

CITY OF COPPELL / COPPELL ISD
PO BOX 9478
COPPELL, TX 75019

City Water International, Inc.
PO Box 319
Elma, NY 14059-0319

CITY WATER INTERNATIONAL, LTD
PO BOX 674007
DALLAS, TX 75267-4007

City Water International, Ltd.
PO Box 319
Elma, NY 14059-0319

CLEARFIELD JEFFERSON REG. AIR
PO BOX 299
FALLS CREEK, PA 15840

Clyda Whitefield, et al.
c/o Lisa Lance, Esq.
PO Box 595
Pauls Valley, OK 73075

Clyda Whitefield, et al.
c/o Kreindler & Kreindler
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017-3613

Clyda Whitefield, et al.
c/o Braden Varner & Aldous, P.C.
703 McKinney Ave., Ste 400
Dallas, TX 75202

COASTAL AVIATION SERVICES
88 LANDRY STREET, BIDDEFORD AIRPORT
BIDDEFORD, ME 4005

COLORADO AIR PARTS INC
1519 1300 ROAD
DELTA, CO 81416

COMBUSTION TECHNOLOGIES, INC.
1804 SLATESVILLE ROAD
CHATHAM, VA 24531

Comfort Technoligies, LLC
PO Box 150434
Arlington, TX 76015

COMFORT TECHNOLOGIES, LLC
PO BOX 270809
FLOWER MOUND, TX 75027

Comfort Technologies, LLC
PO Box 150434
Arlington, TX 76015

COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17 STREET
AUSTIN, TX 78774-0100

COMTEC MANUFACTURING, INC.
1012 DELAUM ROAD
ST MARYS, PA 15857-0940

CON-WAY FREIGHT INC
PO BOX 982020
NORTH RICHLAND HILLS, TX 76182

CONNERS & WINTERS
CARROLLTON TOWERS - EAST , 13601 PRESTON
DALLAS, TX 75240

CORBITT MANUFACTURING CO.
650 N. MAIN CENTER
ST. CHARLES, MO 63301

CORLEY GASKET CO
6555 HUNNICUT ROAD
DALLAS, TX 75227

CORPORATE EXPRESS INC
2230 AVENUE J
ARLINGTON, TX 76006-5866


Corporate Finance Partners
MidCap GmbH
Torstr. 33-35
10119 Berlin, Germany


CP PISTONS INC
1902 MCGAW AVENUE
IRVINE, CA 92614


CPI OFFICE PRODUCTS
11111 ZODIAC LANE
DALLAS, TX 75229


CRAIG CAYLOR
301 MEADOW DRIVE
PONDER, TX 76205


CRANE CAMS
530 FENTRESS BLVD
DAYTONA BEACH, FL 32114


CUSTOM TUBE PRODUCTS INC
435 A2 AIRPARK ROAD
EDGEWATER, FL 32132


CYGNET AEROSPACE CORP
1971 FEARN AVENUE
LOS OSOS, CA 93402


CYGNUS BUSINESS MEDIA
1233 JANESVILLE AVENUE
FORT ATKINSON, WI 53538

Dallas County Tax Office
500 Elm Street
Dallas, TX 75202-3304


DALLAS RECYCLING
3303 PLUTO STREET
DALLAS, TX 75212


Dallas Waste Disposal and Recycling, Inc
3303 Pluto St.
Dallas, TX 75212


DANIEL & ALEX GRZELECKI
7209 ST. JAMES COURT
CORPUS CHRISTI, TX 78413


DAPRA MARKING SYSTEMS
66 GRANBY STREET
BLOOMFIELD, CT 6002


DARRELL INGLE
2020 VISTA VIEW
ROANOKE, TX 76262


DAVID AUSTIN
12250 FM 2449
PONDER, TX 76259


DAVID BUONO
6707 WINTERWOOD LAND
DALLAS, TX 75248


DAVID CHILDS TAX ASSESSOR
500 ELM STREET
DALLAS, TX 75244

David Childs, Ph.D.
Dallas County Tax Assessor
500 Elm Street, Records Bldg.
Dallas, TX 75202


DAVID PARNELL
935 CONKLIN
CANADIAN, TX 79014-3250


DAVID S RUNYAN
6414 INWAY DRIVE
SPRING, TX 77389


DAVID W ROGERS JR.
3843 JEFFERSON ROAD
GLEN ROCK, PA 17327


DEKALB FORGE
1832 PLEASANT
DEKALB, IL 60115


DELI MANAGEMENT INC
2400 BRAODWAY STREET
BEAUMONT, TX 77702


DELL MARKETING LP
ONE DELL WAY, MAIL STOP RR1-33
ROUND ROCK, TX 78682


DENA BEECHER
11524 CACTUS SPRINGS
FORT WORTH, TX 76248


DENNIS CHEATHAM
311 RAVENNA ROAD
LAKE DALLAS, TX 75065

DIVCO
2806 NORTH SHERIDAN
TULSA, OK 74115


DOUGLAS COOK
5111 MESA TERRACT
LA MESA, CANADA 91941


DOUGLAS L. DODSON JR.
4431 KNOX AVENUE
ROSAMOND, CA 93560


DSS FIRE INC
10265 MILLER RD
DALLAS, TX 75238


DUKE REALTY SERVICES
14241 DALLAS PARKWAY # 1000
DALLAS, TX 75254


DURRIE SALES
411 COUNTRY CLUB RD.
BENSONVILLE, IL 60106


DYNAMIC TECHNOLOGY INC
3201 WEST ROYAL LANE #150
IRVING, TX` 75063


E-MAG IGNITIONS
2014 GREG STREET
AZLE, TX 76020


Easylink Services
33 Knightsbridge Rd.
Piscataway, NJ 08854-3925

EASYLINK SERVICES CORPORATION
33 KNIGHTSBRIDGE ROAD
PISCATAWAY, NJ 8854


EATON CORPORATION
700 LUICKS LANE
BELMOND, IA 50421


ECK INDUSTRIES INC
1602 NORTH 8TH STREET
MANITOWOC, WI 54221-0967


ELECTRONICS INTERNATIONAL INC
63296 POWELL BUTTE HIGHWAY
BEND, OR 97701


ELVIS LACAYO
2520 CATAINA WAY
IRVING, TX 75060


Endicott Forging & Mfg.
1901 North Street
Endicott, NY 13760


ENPARTS
660 FERRIS ROAD, SUITE 102
LANCASTER, TX 75146


ERIC JAIMES
2710 W. PIONEER
IRVING, TX 75061


ERVIN LEASING COMPANY
PO BOX 1689
ANN ARBOR, MI 48106-1689

Ervin Leasing Company
3893 Research Park Drive
Ann Arbor, MI 48108

EUROPEAN AVIATION SAFETY AGENC
POSTFACH 10 12 53
D-50452 COLOGNE, GERMANY

EVAN YEARSLEY
509 PARKVIEW PLACE
COPPELL, TX 75019

EXECUTIVE PRINTING SYSTEMS
PO BOX 3064
MCKINNEY, TX 75070

EXPERIMENTAL AIRCRAFT ASSOC.
PO BOX 3086
OSHKOSH, WI 54903-3086

EXXON MOBIL OIL CORPORATION
3225 GALLOWS ROAD
FAIRFAX, VA 22037

FASTENER DIMENSIONS,INC.
94-03 104TH STREET
OZONE PARK, NY 11416

FAULKNER'S AIR SHOP, INC.
PO BOX 1147
BURNET, TX 78611-1147

FEDERAL EXPRESS
942 SOUTH SHADY GROVE ROAD
MEMPHIS, TN 38120

FEDEX FREIGHT EAST
200 FORWARD DR
HARRISON, AR 72602-0840

First Data Corporation
6201 Powers Ferry Road
ATS-75
Atlanta, GA 30339-5401

FLEX-FAB, LLC
1699 WEST M-43 HWY
HASTINGS, MI 49058

FLIGHT INTERNATIONAL INC
1 LEAR DRIVE, WILLIAMSBURG INT'L AIRPORT
NEWPORT NEWS, VA 23602

FLYING J PARTNERS INC
PO BOX 207
WEST OSSIPEE, NH 3890

FLYING VIKINGS, INC.
21593 SKYWEST DRIVE
HAYWARD, CA 94541

FORT DEARBORN LIFE INSURANCE
2400 LAKESIDE BOULEVARD
RICHARDSON, TX 75082-7399

FRED A. RAWLINS
8326 SAWGRASS WAY
RADFORD, VA 24141

GARLOCK - METALLIC GASKET DIV
250 PORTWALL ST, SUITE 300
HOUSTON, TX 77029

GARLOCK KLOSURE
1666 DIVISION STREET
PALMYRA, NY 14522

Garlock Sealing Technologies
1666 Division Street
Houston, TX 77029

GARY WRIGHT
2007 PAT LANE
CARROLLTON, TX 75006

GASKET MANUFACTURING CO. INC
18001 SOUTH MAIN STREET
GARDENIA, CA 90248-3530

GATES RUBBER CO-DEPT-0804
1551 WEWATTA STREET
DENVER, CO 80202

GENERAL AIR SERVICE
BOX 96, MUNICIPAL AIRPORT
VALLEY CITY, ND 58072-0096

GENESEE STAMPING & FABRICATING
1470 AVENUE T
GRAND PRAIRIE, TX 75050-1222

GEORGE JENSON
501 EAST FIRST STREET
TUCSON, AZ 85705

GERHARDT GEAR
133 EAST SANTA ANITA
BURBANK, CA 91502-1926

GLORIA JEAN WELSH
605 WHITNEY DRIVE
SLIDELL, LA 70461


GRAIG SCHULZE
178 VICTORY #108
BURBANK, CA 91502


GREATAMERICA LEASING CORP
8742 INNOVATION WAY
CHICAGO, IL 60682-0087


GreatAmerica Leasing Corporation
PO Box 609
Cedar Rapids, IA 52406-0609


GREG VAUGA
2005 ROCKWALL FARMS LANE
FUQUAY VARINA, NC 27526


GREGORY ZABRANSKY
400 CR 2355
MINEOLA, TX 75773-3654


GULF COAST AVIONICS
3650 DRANE FIELD RD, LAKELAND REGIONAL A
LAKELAND, FL 33811


HALSEY ENGINEERING & MFG INC
209 N MAYHILL ROAD
DENTON, TX 76208


HARRIS PACKAGING CORP.
1600 CARSON STREET
HALTOM CITY, TX 76117

HARTFORD AIRCRAFT PRODUCTS
94 OLD POQUONOCK ROAD
BLOOMFIELD, CT 6002


HARVEY-DACO, INC
307 LAKE AIR DRIVE
WACO, TX 76714-7155


HEATHER FORDE
2014 DEWITT STREET
IRVING, TX 75062


HELI-COIL - EMHART TEKNOLOGIES LLC
PO BOX 859
SHELTON, CT 6484


HELIO PRECISION PRODUCTS
601 NORTH SKOKIE HIGHWAY
LAKE BLUFF, IL 60044


Hetrick Aircraft, Inc.
3600 Sardou Billard Municipal Airport
Topeka, KS 66616


HURST
2111 WEST EULESS BLVD, HIGHWAY 10
EULESS, TX 76040-6707


IAN PULLIN
24/19 BOWMAN STREET
SOUTH PERTH, WEST AUSTRALIA


IBRAEX IND
QUADRA 112S RUA SRO7 N. 47, PLANTO DIREC
PALMAS - TO, BRAZIL 77.020-176

ING
151 FARMINGTON AVENUE
HARTFORD, CT 06156-7750


INSTRON WILSON/SHORE INSTR.
825 UNIVERSITY AVENUE
NORWOOD, MA 02062-2643


Intellipak, Inc.
12322 E. 55th Street
Tulsa, OK 74146


Internal Revenue Service
Special Procedures - Insolvency
PO Box 21126
Philadelphia, PA 19114


INTERNATIONAL BUSINESS SYSTEMS
90 BLUE RAVINE RD
FOLSOM, CA 95630


International Business Systems
90 Blue Ravine Rd.
Folsom, CA 95630


INTERWEST COMMUNICATIONS CORP
2152 W. NORTHWEST HWY, #122
DALLAS, TX 75220


Interwest Communications Corp.
2152 W. Northwest Hwy, Ste 122
Dallas, TX 75220


IWATSU Voice Networks
8001 Jetstar Dr.
Irving, TX 75063

J&J AIR PARTS INC
430 NORTH BRYANT
PLEASANTON, TX 78064

J. R. JORDAN
560 CLOTHIER SPRINGS ROAD
MALVERN, PA 19355

JAMES EVERETT
2621 KEYHOLE STREET
IRVING, TX 75062

JAMES WHITLEY
3017 SCENIC HILLS DRIVE
BEDFORD, TX 76021

JAN CLEMENS
17269 CR 663
FARMERSVILLE, TX 75442

JEAN-PIERRE VERDIER
24234 EAGLE CLIFF TRAIL
CONIFER, CO 80433

JEFF W. SMITH
1950 CHISWICK ROAD
KNOXVILLE, TN 37922

JEFFERY PAUST
4854 VIEWCREST ROAD
SAN ANTONIO, TX 78217

JERRY BALLARD
PO BOX 2548
EVERGREEN, CO 80437

JIM WATKINS
8817 RAVENSWOOD RD
GRANBURY, TX 76049

JOHN F D PETERSON
13465 DECOTEAU ROAD
GONZALES, LA 70737

JOHN FELLENSTEIN
839 SUMMERLY DRIVE
NASHVILLE, TN 37209

JOHN GOODLOE
6505 RIDGLEA
WTAUGA, TX 76148

JOHN WEBER
2201 ROCKBROOK # 1338
LEWISVILLE, TX 75067

JOHNSON, MORGAN & WHITE
PO BOX 5000
BOCA RATON, FL 33431-0800

JUAN RUIZ
2851 ASTER
DALLAS, TX 75211

KAPCO / VALTEC AIRCRAFT SUPPLY
3120 E. ENTERPRISE ST
BREA, CA 92821

Kayce Weakley
635 E Samford Avenue
Auburn, AL 36830

KELLY AEROSPACE POWER SYSTEMS
2900 SELMA HIGHWAY
MONTGOMERY, AL 36108


KENT ABERCROMBIE
1436 GARDENIA ST
IRVING, TX 75063


KING ENGINE BEARINGS LTD
10 HA'AVATZ ST
KIRYAT GAT, ISREAL 82101


KISMET RUBBER PRODUCTS CORP
215 INDUSTRIAL BLVD
BLUE RIDGE, GA 30513


KITPLANES
531 ENCINITAS BLVD #105
ENCINITAS, CA 92024


KNAPPE & KOESTER INC
18 BRADCO STREET
KEENE, NH 3431


KPMG, LLP
717 NORTH HARWOOD STREET, #3100
DALLAS, TX 75201


KS-PISTOES
RODOVIA ARNALD JULIO MAUERBERG, 4000 - D
NOVA ODESSA - SP BRASIL, CAIXA POSTAL 91


KUEHNE & NAGEL INC
101 WRANGLER DRIVE, SUITE 201
COPPELL, TX 75019

KURT MANUFACTURING CORP
5280 MAIN ST. N.E.
MINNEAPOLIS, MN 55421-1594

L E CLARK
10109 CLARK AIRFIELD ROAD, CLARK AIRPORT
CLARK, TX 76247

L.E. Clark
10109 Clark Airfield Rd.
Clark Aiport
Clark, TX 76247

LABRIE COMMERCIAL CLEANING
PO BOX 833778
RICHARDSON, TX 75083

LaBrie Commercial Cleaning
PO Box 833778
Richardson, TX 75083-3778

LARRY L. COLLEY
EL PASO INT'L AIRPORT, HANGAR K1
EL PASO, TX 79912

LARRY REEDER
10484 AIRPARK LOOP
MELBA, ID 83641

LARRY WM. ELLIOTT
15 KINGWOOD VILLAS CT
KINGWOOD, TX 77339

Lawrence Chevigny, et al.
c/o Miller Thompson, LLP
3000, 700-9th Ave. S.W.
Calgary, AB, Canada T2P 3V4

LE JONES CO
1200 34TH AVENUE
MENOMINEE, MI 49858


LIGHT SPEED ENGINEERING, LLC
416 E SANTA MARIA, HANGAR 15
ASANTA PAULA, CA 93060


Luyster
c/o Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590


LYNDEN INTERNATIONAL
1800 INTERNATIONAL BLVD #800
SEATTLE, WA 98188


M&M AEROSPACE HARDWARE INC
PO BOX 025263
MIAMI SPRINGS, FL 33102-5263


MAHLE ENGINE COMPONENTS USA
60428 MARNE ROAD
ATLANTIC, IA 50022-8291


MAHLE ENGINE COMPONENTS USA
17226 INDUSTRIAL HWY
CALDWELL, OH 43724-9779


MAHLE ENGINE COMPONENTS USA
14161 MANCHESTER ROAD
MANCHESTER, MO 63011


MAJESTIC GRAPHICS LLC
9411 HILLTOP ROAD
ARGYLE, TX 76226

MALONEY, BEAN, HORN & HULL PC
511 E JOHN CARPENTER FREEWAY, SUITE # 44
IRVING, TX 75062


MANDEL, LIPTON & STEVENSON LIMITED
120 N LA SALLE STREET #1450
CHICAGO, IL 60602


MANITOWOC PATTERN & MFG CO
4315 EXPO DRIVE
MANITOWOC, WI 54220-7305


MANITOWOC TOOL & MACHINING LLC
4211 CLIPPER DRIVE
MANITOWOC, WI 54220


MANUEL MERCADO
2930 SCOTT MILL
CARROLLTON, TX 75007


MARIA GARCIA
1516 MARK
IRVING, TX 75061


MARIA MELGAR
205 S IRVING HEIGHT
IRVING, TX 75060


MARIA PEREZ
1908 ANNA DRIVE
IRVING, TX 75061


MARK SINDERSON
14700 HIGHTOWER
MINNETONKA, MN 55345

MARSHALLTOWN AVIATION INC
2651 170th STREET
MARSHALLTOWN, IA 50158-8917


MARY RENFRO
7400 BARBARA COURT
WATAUGA, TX 76148


MASOUD ZEAHEDI
5801 ROSWELL ROAD
ATLANTA, GA 30328


MASTER PRODUCTS CO
6400 Park Avenue
Cleveland, OH 44105


MAURICE TOMPKINS
5024 DARDEN AVENUE
ORLANDO, FL 32812


MAX NICHOLS
5221 TELESTAR LANE
GRET BEND, KS 67530


MAYER AVIATION
LAKE ELMO AIRPORT
LAKE ELMO, MN 55042


MAYER BROWN LLP
230 SOUTH LASALLE STREET
CHICAGO, IL 60604-1404


MCMASTER-CARR SUPPLY CO
PO BOX 740100
ATLANTA, GA 30374-0100

MCSHAN FLORIST, INC.
10311 GARLAND ROAD
DALLAS, TX 75218-0430

Michael Henderson
c/o Law Offices of Randell C. Ogg
Ninth Floor, Connecticut Bldg.
1150 Connecticut Ave., NW
Washington, DC 20036-4192

MID-FLORIDA AIR SERVICES
19708 EUSTIS AIRPORT ROAD
EUSTIS, FL 32736

MID-SOTA AICRAFT REPAIR
25297 LAKE ROAD
ST CLOUD, MN 56301

MIDWAY AVIATION
8008 CEDAR SPRINGS, LOCKBOS 15, DALLAS L
DALLAS, TX 75235

MIDWEST AVIATION
1650 WEST COLLEGE DRIVE, SUITE 100
MARSHALLTOWN, MN 56258

MIKE'S CARTAGE COMPANY
PO BOX 153644
IRVING, TX 75015-3644

MILWAUKEE WIRE PRODUCTS
PO BOX 217
MEQUON, WI 53092-0217

MORRISSEY INC
9304  BRYANT AVE. SOUTH
BLOOMINGTON, MN 55420

MOTION INDUSTRIES
2221 WEST MOCKINGBIRD LANE
DALLAS, TX 75235


MSC INDUSTRIAL DIRECT CO INC
75 MAXESS ROAD
MELVILLE, NY 11747-3151


MURRAY CORP.
260 SCHILLING CIRCLE
HUNT VALLEY, MD 21031


N.E.W. INDUSTRIES INC
905 S NEENAH AVE
STURGEON BAY, WI 54235


NATIONAL CITY COMMERCIAL CAPITAL CO, LLC
995 DALTON AVENUE
CINCINNATI, OH 45203


National City Commercial Capital Company
995 Dalton Ave.
Cincinnati, OH 45203


New Horizons
5151 Belt Line Rd.
Dallas, TX 75254


NICOL SCALES, INC.
1412 GRIFFIN ST. EAST
DALLAS, TX 75222-2288


NORMAN MARSDEN
5212 MUSTANG TRAIL
PLANO, TX 75093

NORTH TEXAS PRECISION INSTRUMENTS
7464 DOGWOOD PARK
FORT WORTH, TX 76118


NORTHWEST PROPANE GAS, CO.
11551 HARRY HINES BLVD.
DALLAS, TX 75229-2296


Northwest Propeller Service
16709 Meridian St., E, Unit 3
Puyallup, WA 98375


O'FALLON CASTING
PO BOX 280
O'FALLON, MO 63366-0280


OHIO GASKET & SHIM
976 EVANS AVENUE
AKRON, OH 44305


OMNI PACKAGING CORPORATION
12322 EAST 55TH STREET
TULSA, OK 74146


ON TIME EXPRESS
3409 HIGH PRAIRIE ROAD
GRAND PRAIRIE, TX 75050


PACK READY
PO BOX 901
WYLIE, TX 75098


PARKER SEAL EPS DIVISION
403 INDUSTRIAL DRIVE
NACOGDOCHES, TX 75964

PASSPORTS & VISAS
2938 VALLEY VIEW LANE
DALLAS, TX 75234

PATRICK BENOIT
3708 ROXBURY LANE
PLANO, TX 75025

PAUL HERSHORIN
6077 PINE NEEDLE LANE S
LAKE WORTH, FL 33467

Paul Rice
6322 Long Beach Blvd
Harvey Cedar, NJ 08008

PAUL WESTCOTT
7333 49th AVENUE S.E.
OLYMPIA, WA 98513-4515

PAUL WINTERS
69 BALSALL ST EAST
BALSALL COMMON, COVENTRY ENGLAND CV77FQ

PENN YAN AERO SERVICE, INC.
2499 BATH ROAD
PENN YAN, NY 14527

PETER J BEATTY
18 STIRRUP RUN
NEWARK, DE 19711-2460

PITNEY BOWES
2225 AMERICAN DRIVE
NEEHAH, WI 54956-1005

Pitney Bowes Credit Corporation
2225 American Drive
Neehah, WI 54956


PLANE-POWER
346 HOWARD CLEMMONS ROAD
GRANDBURY, TX 76048


PORTLAND FORGE
EAST LAFAYETTE STREET          PO BOX 905
PORTLAND, IN 47371-0905


PRECISION AIRMOTIVE LLC
14800 40TH AVENUE NE
MARYSVILLE, WA 98271


PRECISION FITTINGS
709 NORTH MAIN STREET
WELLINGTON, OH 44090


PRECISION MACHINE & MFG CO
500 INDUSTRIAL ROAD
GROVE, OK 74344


Prima S.A.
Lisciasta 17 Street
91-357-LODZ
Poland


PRINT INC
ONE DEERWOOD, 10201 CENTURION PKWY N, SU
JACKSONVILLE, FL 32256


Print, Inc.
11265 Kirkland Way, Ste 3000
Kirkland, PA 98033

PRO AERO ENGINES, INC.
2965 AIRPORT DRIVE
KAMLOOPS, BC, CANADA  V2B 7W8,


PROGRESSIVE AIR SERVICES LTD
2965 AIRPORT ROAD
KAMLOOPS, BC V2B 7W8


PROSTAR SERVICES INC
1420 MAC ARTHUR DRIVE # 104
CARROLLTON, TX 75067


PROTECTIVE PACKAGING CORP
1746 W. CROSBY ROAD # 106
CARROLLTON, TX 75006


PUBLISHERS PRESS
100 FRANK E SIMON AVENUE
SHEPHERDSVILLE, KY 40165


PULSAR AIRCRAFT CORPORATION
4233 SANTA ANITA AVENUE, SUITE #5
EL MONTE CA, CA 91731


PYSZKA, BLACKMON, LEVY, MOWERS & KELLY
14750 NW 77TH COURT #300
MIAMI LAKES, FL 33016


QUILL CORPORATION
PO BOX 94080
PALATINE, IL 60094-4080


R&B ELECTRONICS
1520 INDUSTRIAL PARK DRIVE
SAULT SAINTE MARIE, MI 49783

R+L CARRIERS
600 GILLAM ROAD
WILMINGTON, OH 45177-0271

RAM AIRCRAFT CORPORATION
7505 KARL MAY DRIVE
WACO, TX 76708

RANDY BORNHORST
4236 ARBORETUM DRIVE NW
ROCHESTER, MN 55901

REIMERS AIRCRAFT ENGINES
4741 EAST 113th AVENUE
ANCHORAGE, AK 99516-1620

Reno Air Racing Association
14501 Mt Anderson St
Reno, NV 89506

RESERVE ACCOUNT - WORLD HEADQUARTERS
1 ELMCROFT ROAD
STAMFORD, CT 06926-0700

RICHARD BRINKERHOFF
2134 GOLD DUST COURT
TRINITY, FL 34655

RICHARD KRAJICEK
1111 HERMANN DRIVE #29A
HOUSTON, TX 77004

RICK BAILEY
8020 NAVION LANE
FALCON, CO 80831

ROB ATTAWAY
4518 E. OLIVE AVENUE
HIGLEY, AZ 85236

ROBINSON HELICOPTER
2901 AIRPORT DRIVE
TORRANCE, CA 90505-5308

RODNEY MCLEAN
150 SOUTH CHASE STREET
LAKEWOOD, CO 80226

RONALD GELZUNAS
NORTH WILDWOOD MEDICAL ASSOC, 1200 NEW J
NORTH WILDWOOD, NJ 8260

ROSTRA VERNATHERM, INC.
106 ENTERPRISE DRIVE
BRISTON, CT 6010

Roxanne Cherry, Administrator of the
Estate of Christopher Desch
c/o The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103

RSI CRATING & PACKAGING
2230 LBJ FREEWAY, #400
DALLAS, TX 75234

RSM MCGLADREY
ONE GALLERIA TOWER, 13355 NOEL ROAD 8TH
DALLAS, TX 75240-6651

RUBBER ASSOCIATES, INC.
1522 WEST TURKEYFOOT LAKE ROAD
BARBERTON, OH 44203-4898

RUBER MALDONADO
18625 MIDWAY ROAD # 402
DALLAS, TX 75287

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456

RUSS AIREY
989 SILVERDALE DRIVE
WINDSOR, ONTARIO, CANADA

SAE INTERNATIONAL
400 COMMONWEALTH DRIVE
WARRENDALE, PA 15096-0001

SAFETY-KLEEN
5400 LEGACY DRIVE
PLANO, TX 75024

SAL BUENTELLO
15963 PARVIN ROAD
PROSPER, TX 75078

SAMPSON ENTERPRISES INC
894 N MILL STREET, SUITE 2
LEWISVILLE, TX 75057

SATURN FASTENERS INC
425 S. VARNEY ST.
BURBANK, CA 91502

SCOTT FREEMAN
840 EAST HUNGRY MOTHER DRIVE
MARION, VA 24354

SEAL SCIENCE INC
17131 DAIMLER
IRVINE, CA 92614-5508


SECURLOCK STORAGE CENTERS
320 STATE HWY 121
COPPELL, TX 75019


SEMBLEX CORPORATION
199 W DIVERSEY AVENUE
ELMHURST, IL 60126


SKF SEALING SOLUTIONS
PO BOX 536755
ATLANTA, GA 30353-6755


SKY-TEC
350 HOWARD CLEMMONS ROAD
GRANBURY, TX 76048


SKYLINE AVIATION
SPIRIT AIRPORT, 776 NORTH BELL AVENUE
HESTERFIELD, MO 63005


SKYTEL
PO BOX 2469
JACKSONVILLE, MS 39225-2469


Slick Unison
530 Blackhawk Park Ave.
Rockford, IL 61104


SOUTHWESTERN GAGE INC
3151 COMMONWEALTH
DALLAS, TX 75247-6201

Spirangam Ragan
215 Granite Court
Boulder City, NV 89005


SPRING ENTERPRISES
2890 MALIBOU COURT
DAYTONA BEACH, FL 32128


STAN JONES AVIATION
1100 AIRPORT ROAD
SALEM, IL 62881


STAPLES BUSINESS ADVANTAGE
500 STAPLES DRIVE
FRAMINGHAM, MA 1702


STATE COMPTROLLER
111 E. 17 STREET
AUSTIN, TX 78774-0100


State Comptroller of Public Accts.
Revenue Acct. Div - Bankruptcy
P.O. Box 13528 Capital Station
Austin, TX 78711


STATE OF OHIO
PO BOX 16678
COLUMBUS, OH 43216-6678


STAVELEY SERVICES FLUIDS ANALYSIS
18419 EUCLID AVENUE
CLEVELAND, OH 44112-1016


STEPHANIE FINNEY
17269 CR 663
FARMERSVILLE, TX 75442

STEPHEN ADAMS
2398 WILLIAM FEW PARKWAY
EVANS, GA 30809


STERLING AIRCRAFT REPAIR
FORREST LANE, PO BOX 185
STERLING, AK 99672


STEVE GLASS
769 FARMBROOK DRIVE
BEAVERCREEK, OH 45430


STEVE WILSON
PO BOX 206
PANACEA, FL 32346


STEVE'S AIRCRAFT
15373 JONES ROAD
WHITE CITY, OR 97503-9577


STRASBURGER & PRICE LLP
901 MAIN STREET, # 4400
DALLAS, TX 75202-3794


STRIPMATIC PRODUCTS INC
1501 ABBEY AVENUE
CLEVELAND, OH 44113


SUEZ ENERGY RESOURCES NA
PO BOX 25225
LEHIGH VALLEY, PA 18002-5225


Suez Energy Resources, NA
1990 Post Oak Dr., Ste 1900
Houston, TX 77056

Suez Energy Resources, NA
1990 Post Oak Dr., Suite 1900
Houston, TX 77056


SUPERIOR TRANSPORT
3200 N SYLVANIA AVE #A
FORT WORTH, TX 76111


Tarrant County Tax Office
100 E. Weatherford
Fort Worth, TX 76196


TECHNI PRODUCTS INC
126 INDUSTRIAL DRIVE
EAST LONGMEADOW, MA 01028-0215


TECHNIFAX OFFICE SOLUTIONS
3220 KELLER SPRINGS #118
CARROLLTON, TX 75006


Technifax Office Solutions
3220 Keller Springs, Ste 118
Carrollton, TX 75006


TEX-AIR PARTS INC
3724 N COMMERCE ST
FORT WORTH, TX 76106


TEXAS DUGAN L.P.
600 EAST 96TH STREET #100
INDIANAPOLIS, IN 46240


Texas Dugan Limited Partnership
c/o Duke Realty Limited Partnership
5495 Belt Line Road, Ste 360
Dallas, TX 75240

Texas Dugan Limited Partnership
c/o Duke Realty Limited Partnership
5495 Belt Line Road, Suite 360
Dallas, TX 75240

TEXAS FIRE EXTINGUISHER INC
4825 E GRAND
DALLAS, TX 75223

TEXAS NAMEPLATE
PO BOX 150499
DALLAS, TX 75315-0499

THE BLAND CO
55 BROOK STREET
WEST HARTFORD, CT 06133-0358

THE SERVICE CENTER
7301 NORTHWEST 50th STREET
BETHANY, OK 73008

THIELERT - PRE INSOLVENCY
NIERITZSTR 14
D-01097, DRESDEN GERMANY

THIELERT AG
ALBERT-EINSTEIN-RING 11
D-22761, HAMBURG GERMANY

THIELERT AIRCRAFT ENGINES GMBH
NIERITZSTR 14
D-01097, DRESDEN GERMANY

THOMAS LOCHRIDGE
1403 N 14TH STREET
HONEY GROVE, TX 75446

THOMAS REPROGRAPHICS
600 N CENTRAL EXPRESSWAY
RICHARDSON, TX 75080

Time Warner Telecom of Texas, L.P.
15303 Dallas Parkway, Ste 610
Addison, TX 75001

Time Warner Telecom of Texas, LP
15303 Dallas Parkway, Ste 610
Addison, TX 75001

TIMSCO
9893 W UNIVERSITY DRIVE, # 121
MCKINNEY, TX 75071

TOPCAST AVIATION SUPPLY
15/F WOLD PEACE CENTRE, 55 WO TUNG TSUI
KWAI CHUNG, HONG KONG

TRADE-A-PLANE ADVERTISING
174 4TH STREET
CROSSVILLE, TN 38557

TREVOR DAVIS
23 OUDEKRAAL ROAD
CAMPUS BAN, SOUTH AFRICA

TriStar, Inc.
3740 E. LaSalle St.
Phoenix, AZ 85040

TRUARC COMPANY LLC
125 BRONICO WAY
PHILLIPSBURG, NJ 8665

TRW AUTOMOTIVE US LLC
3900 MOGADORE INDUSTRIAL PARKWAY
MOGADORE, OH 44260


TULCO OILS INC
627 112TH STREET
ARLINGTON, TX 76011


TW TELECOM
10475 PARK MEADOWS DRIVE
LITTLETON, CO 80124


TZU-YING HO
7218 BRANBLEBUSH DRIVE
FRISCO, TX 75034


U.S. Express Leasing, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054


ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085


UMPCO
7100 LAMPSON AVENUE
GARDEN GROVE, CA 92846-5158


UNISON INDUSTRIES, LLC
7575 BAYMEADOWS WAY
JACKSONVILLE, FL 32256


Unisource Worldwide, Inc.
850 N Arlington Heights Rd
Itasca, IL 60143

UNITED PARCEL SERVICE
PO BOX 650580
DALLAS, TX 75265-0580

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

UPS SUPPLY CHAIN SOLUTIONS INC
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

US EXPRESS LEASING INC
DEPT #1608
DENVER, CO 80291-1608

US Express Leasing, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054

UTI, UNITED STATES INC
801 HANOVER DRIVE, SUITE #100
GRAPEVINE, TX 76051

V&L TOOL INC
2021 MCARTHUR ROAD
WAUKESHA, WI 53188

VARGA ENTERPRISES INC
2350 S. AIRPORT BLVD.
CHANDLER, AZ 85249

Various

VB SEALS INC
1107 AIRPORT ROAD
AMES, IA 50010


VINTAGE PROPS & JETS, INC.
601 SKYLINE DRIVE
NEW SMYRNA BEACH, FL 32168


Virgin Records America, Inc.
c/o Tew Cardenas, LLP
Miami Center, 26th Floor
201 South Biscayne Blvd.
Miami, FL 33131


VISION SERVICE PLAN - (SW)
FILE # 73280, PO BOX 60000
SAN FRANCISCO, CA 94160-3280


VOLARE CARBURETORS LLC
211 CHASE STREET
GIBSONVILLE, NC 27249


W.W. GRAINGER
100 GRAINGER PARKWAY
LAKE FOREST, IL 60045-5201


WAHIDUALLAH OSMAN
7952 EDDIE DRIVE
PLANO, TX 75025


Web Trends
851 SW 6th Ave., #600
Portland, OR 97204


WEB TRENDS INC
851 SW 6TH AVENUE #600
PORTLAND, OR 97204

WESTERN GAGE CORPORATION
3316-A MAYA LINDA
CAMARILLO, CA 93012

WESTERN MANUFACTURING CO
28355 INDUSTRY DRIVE, UNIT 420
VALENCIA, CA 91355

WESTERN SKYWAYS
21 CREATIVE PLACE
MONTROSE, CO 81401

WILLIAM BLACKWOOD
620 N COPPELL ROAD #4104
COPPELL, TX 75019

WILLIAM CANNON
1 WALDEN COURT
THE COLONY, TX 75056

WILLIAM E BUCKLEY
835 CAMP JOHNSON ROAD
ORANGE PARK, FL 32065

WILLIAM PETERSON
2720 GRAYSTONE DRIVE
FLOWER MOUND, TX 75028

WINSTED PRECISION BALL COMPANY
159 COLEBROOK RIVER ROAD
WINSTED, CT 6098

WISE AVIATION SERVICES
301 AIRPORT DRIVE, DECATUR MUNICIPAL AIR
DECATUR, TX 76234

WITHERINGTON PROPERTIES
3511 SILVERSIDE RD, SUTIE 105
WILMINGTON, DE 19810-4902


Wrico Stamping Co. of Texas
650 Industrial Blvd.
Grapevine, TX 76051


WSK KALISZ
UL. CZESTOCHOWSKA 140
62-800,  KALASZ, POLAND


WYANDOTTE INDUSTRIES, INC.
4625 13th STREET
WYANDOTTE, MI 48192


YELLOW FREIGHT SYSTEM, INC.
PO BOX 5901
TOPEKA, KS 66605-0901


Z PACKAGING INC
1402 DUNN DR
CARROLLTON, TX 75006


ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVERA, ITALY


ZEPHYR AIRCRAFT ENGINES
39320 AVENUE B, MUNICIPAL AIRPORT
ZEPHYRHILLS, FL 33540