B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| IN RE: | **Superior Air Parts, Inc.** | Case No. | **08-36705** |
|---|---|---|---|
| | | Chapter | **11** |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| THIELERT - PRE INSOLVENCY<br>NIERITZSTR 14<br>D-01097, DRESDEN GERMANY | | Trade Payable | | **$15,570,042.07** |
| MAHLE ENGINE COMPONENTS USA<br>60428 MARNE ROAD<br>ATLANTIC, IA 50022-8291 | | Trade Debt | | **$207,393.57** |
| KS-PISTOES<br>RODOVIA ARNALD JULIO MAUERBERG, 4000 - D<br>NOVA ODESSA - SP BRASIL,<br>CAIXA POSTAL 91 | | Trade Debt | | **$145,888.44** |
| MAHLE ENGINE COMPONENTS USA<br>14161 MANCHESTER ROAD<br>MANCHESTER, MO 63011 | | Trade Debt | | **$120,493.95** |
| ECK INDUSTRIES INC<br>1602 NORTH 8TH STREET<br>MANITOWOC, WI 54221-0967 | | Trade Debt | | **$119,696.85** |
| THIELERT AIRCRAFT ENGINES GMBH<br>NIERITZSTR 14<br>D-01097, DRESDEN GERMANY | | Trade Payable | | **$82,862.36** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Superior Air Parts, Inc.**　　　　　　　　　　　　　Case No.  **08-36705**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AIRSURE LIMITED<br>15301 SPECTRUM DRIVE #500<br>ADDISON, TX 75001 | | Trade Debt | | $62,500.00 |
| HELIO PRECISION PRODUCTS<br>601 NORTH SKOKIE HIGHWAY<br>LAKE BLUFF, IL 60044 | | Trade Debt | | $55,998.00 |
| MAHLE ENGINE COMPONENTS USA<br>17226 INDUSTRIAL HWY<br>CALDWELL, OH 43724-9779 | | Trade Debt | | $50,391.00 |
| HARTFORD AIRCRAFT PRODUCTS<br>94 OLD POQUONOCK ROAD<br>BLOOMFIELD, CT 6002 | | Trade Debt | | $37,854.42 |
| CRANE CAMS<br>530 FENTRESS BLVD<br>DAYTONA BEACH, FL 32114 | | Trade Debt | | $37,607.40 |
| ACE GRINDING & MACHINE COMPANY<br>2020 WINNER STREET<br>WALLED LAKE, MI 48390 | | Trade Debt | | $36,632.56 |
| GENESEE STAMPING & FABRICATING<br>1470 AVENUE T<br>GRAND PRAIRIE, TX 75050-1222 | | Trade Debt | | $30,470.76 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Superior Air Parts, Inc.**                              Case No.  **08-36705**

                                                                  Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CORLEY GASKET CO<br>6555 HUNNICUT ROAD<br>DALLAS, TX 75227 | | Trade Debt | | $29,430.61 |
| LYNDEN INTERNATIONAL<br>1800 INTERNATIONAL BLVD # 800<br>SEATTLE, WA 98188 | | Trade Debt | | $28,282.84 |
| SATURN FASTENERS INC<br>425 S. VARNEY ST.<br>BURBANK, CA 91502 | | Trade Debt | | $26,866.95 |
| AUTOMATIC SCREW MACHINE<br>709 2ND AVENUE SE<br>DECATUR, AL 35601 | | Trade Debt | | $26,725.00 |
| AOPA PILOT<br>PO BOX 973<br>FREDERICK, MD 21701 | | Trade Debt | | $25,109.00 |
| COMBUSTION TECHNOLOGIES, INC.<br>1804 SLATESVILLE ROAD<br>CHATHAM, VA 24531 | | Trade Debt | | $23,432.00 |
| CHAMPION AEROSPACE INC<br>1230 OLD NORRIS ROAD<br>LIBERTY, SC 29657-0686 | | Trade Debt | | $23,397.87 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Superior Air Parts, Inc.**                                              Case No.   **08-36705**

                                                                                   Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President/CEO** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **12/31/2008**                        Signature: **/s/ Kent Abercrombie**
                                                        *Kent Abercrombie*
                                                        **President/CEO**