B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Superior Air Parts, Inc.**                     Case No.  **08-36705**

                                                         Chapter  **11**

*AMENDED 12/31/2008*

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mahle Engine Components USA<br>60428 Marne Road<br>Atlantic, IA 50022-8291 | Terry Rogers<br>Mahle Engine Components<br>60428 Marne Road<br>Atlantic, IA 50022-8291<br>fax  712-243-1553 | Trade Debt | | **$378,278.52** |
| KS-PISTOES<br>RODOVIA ARNALD JULIO MAUERBERG, 4000 - D<br>NOVA ODESSA - SP BRASIL,<br>CAIXA POSTAL 91 | Jose Ademir de Souza<br>Rodovia Arnald Julio Mauerbert<br>4000 Distrito Industrial<br>Nova Odessa - SP Brasil<br>Caixa Postal 91, CEP 13460-000<br>+55 19 3466 981 | Trade Debt | | **$145,888.44** |
| ECK INDUSTRIES INC<br>1602 NORTH 8TH STREET<br>MANITOWOC, WI 54221-0967 | Dennis Hawkins<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967<br><br>Fax  251-625-2241 | Trade Debt | | **$119,696.85** |
| AIRSURE LIMITED<br>15301 SPECTRUM DRIVE #500<br>ADDISON, TX 75001 | Steve Whitlock<br>Airsure Limited<br>15301 Spectrum Drive #500<br>Addison, TX 75001<br>fax  972-980-4090 | Trade Debt | | **$62,500.00** |
| HELIO PRECISION PRODUCTS<br>601 NORTH SKOKIE HIGHWAY<br>LAKE BLUFF, IL 60044 | Bruce Blackwell<br>Helio Precision Products<br>601 North Skokie Highway<br>Lake Bluff, IL 60044<br>fax  847-473-1306 | Trade Debt | | **$55,998.00** |
| HARTFORD AIRCRAFT PRODUCTS<br>94 OLD POQUONOCK ROAD<br>BLOOMFIELD, CT 06002 | Jim Griffen<br>Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002<br>fax  860-242-3159 | Trade Debt | | **$37,854.42** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Superior Air Parts, Inc.**                                Case No.  **08-36705**

Chapter  **11**

*AMENDED 12/31/2008*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CRANE CAMS<br>530 FENTRESS BLVD<br>DAYTONA BEACH, FL 32114 | Glen Howard<br>Crane Cams<br>530 Fentress Blvd.<br>Daytona Beach, FL 32114<br>fax  386-947-5109 | Trade Debt | | $37,607.40 |
| ACE GRINDING & MACHINE COMPANY<br>2020 WINNER STREET<br>WALLED LAKE, MI 48390 | Richard Smith<br>Ace Grinding & Machine Co.<br>2020 Winner St.<br>Walled Lake, MI 48390<br>fax  248-624-0512 | Trade Debt | | $36,632.56 |
| GENESEE STAMPING & FABRICATING<br>1470 AVENUE T<br>GRAND PRAIRIE, TX 75050-1222 | Carih Haefs<br>Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX 75050-1222<br>Fax  972-623-0404 | Trade Debt | | $30,470.76 |
| CORLEY GASKET CO<br>6555 HUNNICUT ROAD<br>DALLAS, TX 75227 | Dennis Waite<br>Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas, TX 75227<br>fax  214-388-0619 | Trade Debt | | $29,430.61 |
| LYNDEN INTERNATIONAL<br>1800 INTERNATIONAL BLVD # 800<br>SEATTLE, WA 98188 | Judi Otis<br>Lynden International<br>1800 International Blvd. #800<br>Seattle, WA 98188<br>fax  817-488-8190 | Trade Debt | | $28,282.84 |
| SATURN FASTENERS INC<br>425 S. VARNEY ST.<br>BURBANK, CA 91502 | Anna De La Cruz<br>Saturn Fasteners, Inc.<br>425 S. Varney St.<br>Burbank, CA 91502<br>Fax  818-846-0003 | Trade Debt | | $26,866.95 |
| AUTOMATIC SCREW MACHINE<br>709 2ND AVENUE SE<br>DECATUR, AL 35601 | Kathy Machen<br>Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601<br>fax  256-355-3612 | Trade Debt | | $26,725.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Superior Air Parts, Inc.**     Case No. **08-36705**

Chapter **11**

***AMENDED 12/31/2008***

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AOPA PILOT<br>PO BOX 973<br>FREDERICK, MD 21701 | Steve Ellis<br>AOPA Pilot<br>PO Box 973<br>Frederick, MD 21701<br>fax 805-226-7422 | Trade Debt | | $25,109.00 |
| COMBUSTION TECHNOLOGIES, INC.<br>1804 SLATESVILLE ROAD<br>CHATHAM, VA 24531 | Mark Percario<br>Combustion Technologies, Inc.<br>1804 Slatesville Rd.<br>Chatham, VA 24531<br>fax 434-770-2410 | Trade Debt | | $23,432.00 |
| CHAMPION AEROSPACE INC<br>1230 OLD NORRIS ROAD<br>LIBERTY, SC 29657-0686 | Chris Alfonso<br>Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29657-0686<br>fax 864-843-5479 | Trade Debt | | $23,397.87 |
| Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG, Feld<br>Witten, Germany 58456 | Klasu Berglar-Bartsch<br>F.W. Wengeler GMBH & Co. KG, Felderstr 1<br>Witten, Germany 58456<br>fax +49 0 23 02/7 08-28 | Trade Debt | | $22,435.00 |
| OHIO GASKET & SHIM<br>976 EVANS AVENUE<br>AKRON, OH 44305 | Heather Paulocsak<br>Ohio Gasket & Shim<br>976 Evans Avenue<br>Akron, OH 44305<br>fax 330-630-2075 | Trade Debt | | $21,782.41 |
| GERHARDT GEAR<br>133 EAST SANTA ANITA<br>BURBANK, CA 91502-1926 | John Kim<br>Gerhardt Gear<br>133 E. Santa Ana Ave.<br>Burbank, CA 91052-1926<br>fax 818-842-1458 | Trade Debt | | $21,324.79 |
| KNAPPE & KOESTER INC<br>18 BRADCO STREET<br>KEENE, NH 3431 | Denise Breen<br>Knappe & Koester<br>18 Bradco Street<br>Keene, NH 03431<br>fax 603-355-2266 | Trade Debt | | $15,750.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Superior Air Parts, Inc.**                                                    Case No.  **08-36705**

                                                                                                        Chapter  **11**

*AMENDED 12/31/2008*
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President/CEO** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **12/31/2008**                                Signature: **/s/ Kent Abercrombie**
                                                                            *Kent Abercrombie*
                                                                            **President/CEO**