Schedule B6
Marketing Materials

| Marketing Shirt Inventory | XS | S | M | L | XL | 2X | 3X | Total Stock | Amt Each | $ Total |
|---|---|---|---|---|---|---|---|---|---|---|
| XP-400 Speed Zone    Black/Orange |  |  | 3 | 5 |  |  |  | 8 | 39.97 | $319.76 |
| XP-360 - Hanes B/S OLD    Black T-Shirt |  | 56 | 14 |  |  | 2 |  | 72 | 8.92 | $642.24 |
| XP-360 - 2007 B/S NEW    Black T-Shirt |  | 35 | 38 | 32 | 61 | 34 |  | 200 | 4.05 | $810.00 |
| 2007 Superior Uniform Woman D.Blue Shirts | 6 | 2 |  |  |  |  |  | 8 | 29.74 | $237.92 |
| 2007 Superior Uniform    Dark Blue Shirts |  | 9 | 22 | 19 |  | 12 |  | 62 | 29.74 | $1,843.88 |
|  |  |  |  |  |  |  |  |  | Total: | $3,853.80 |

| Marketing Cap Inventory | Total Stock | Amt Each | $ Total |
|---|---|---|---|
| Old Build School Caps | 5 | 5.79 | $28.95 |
| Old B/S Grad Caps | 42 | 5.79 | $243.18 |
| New Build School Caps '07 | 433 | 5.7 | $2,468.10 |
| New SAP Hats '08 | 394 | 5.79 | $2,281.26 |
|  |  | Total: | $5,021.49 |

| Marketing Misc. Item Inventory | Total Stock | Amt Each | $ Total |
|---|---|---|---|
| Photo Frames | 37 | 5.77 | $213.49 |
| Luggage Tags | 141 | 1.91 | $269.31 |
| Pilot Bears | 16 | 3.57 | $57.12 |
| Klatt Books | 13 | Free | $0.00 |
| SAP Coffee Mugs | 20 | 3.12 | $62.40 |
| SAP Ink Pens | 100 | 0.68 | $68.00 |
| SAP Stickers | 1000 | 0.75 | $750.00 |
| SAP Memory Sticks | 295 | 11 | $3,245.00 |
| SAP B/S Pins | 300 | 3.61 | $1,083.00 |
| Large World Tower w/stand | 53 | 30.72 | $1,628.16 |
| | | Total: | $5,146.00 |

**Grand Total:** $14,021.29