Schedule B22
Domain Names

| Domain Name | Account No. | Points To | Private | Folder | Auto Renew | Expiration Date | WHOIS Administrative Contact | WHOIS Technical Contact | Account Holder |
|---|---|---|---|---|---|---|---|---|---|
| milleniumcylinder.com | 21051571 | ADNS Services | No | Default | Off | 2/5/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| milleniumcylinder.us | 21051571 | ADNS Services | No | Default | Off | 8/17/2015 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| milleniummomentum.com | 23649586 | ADNS Services | No | Default | Off | 6/13/2011 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| milleniumomentum.com | 23649586 | ADNS Services | No | Default | Off | 6/13/2011 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| milleniumomentum.us | 21051571 | ADNS Services | No | Default | Off | 8/17/2015 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| millenniumcylinder.com | 21051571 | ADNS Services | No | Default | Off | 3/4/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| millenniumcylinders.com | 21051571 | ADNS Services | No | Default | Off | 2/5/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| millenniumcylinders.us | 21051571 | Under Construction Page | No | Default | Off | 8/17/2015 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| millenniumengine.com | 21051571 | ADNS Services | No | Default | Off | 9/12/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| millenniumengines.com | 21051571 | ADNS Services | No | Default | Off | 8/11/2011 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| millenniummmomentum.com | 23649586 | ADNS Services | No | Default | Off | 6/13/2011 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| millenniumomentum.com | 23649586 | ADNS Services | No | Default | Off | 6/13/2011 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| royale-engine.com | 21051571 | ADNS Services | No | Default | Off | 2/5/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| superior-air-part.com | 21051571 | ADNS Services | No | Default | Off | 2/5/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| superior-air-parts.com | 21051571 | ADNS Services | No | Default | Off | 2/5/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| superiorairpart.com | 21051571 | ADNS Services | No | Default | Off | 2/5/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| superiorairparts.biz | 21051571 | ADNS Services | No | Default | Off | 1/16/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| superiorairparts.com | 21051571 | ADNS Services | No | Default | Off | 1/16/2010 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| superiorairparts.info | 21051571 | ADNS Services | No | Default | Off | 2/5/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| superiorairparts.net | 21051571 | ADNS Services | No | Default | Off | 2/5/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| superiorairparts.org | 21051571 | ADNS Services | No | Default | Off | 2/5/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| superiorairparts.us | 21051571 | ADNS Services | No | Default | Off | 5/2/2015 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| superioralliance.com | 21051571 | ADNS Services | No | Default | Off | 4/24/2013 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| superioravi.biz | 21051571 | ADNS Services | No | Default | Off | 1/17/2012 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| superiorengines.com | 23649586 | ADNS Services | No | Default | Off | 10/5/2011 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| vantage-engine.com | 21051571 | ADNS Services | No | Default | Off | 4/8/2013 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| vantage-engines.com | 21051571 | ADNS Services | No | Default | Off | 4/8/2013 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| vantageengine.com | 21051571 | ADNS Services | No | Default | Off | 4/8/2013 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| vantageengine.us | 21051571 | Under Construction Page | No | Default | Off | 3/9/2017 | Superior Air Parts, Inc. | Superior Air Parts, Inc. | Superior Air Parts, Inc. |
| vantageengines.com | 21051571 | ADNS Services | No | Default | Off | 4/8/2013 | Pat Benoit | Pat Benoit | Superior Air Parts, Inc. |
| xp-360.com | 21051571 | ADNS Services | No | Default | Off | 2/5/2012 | Superior Air Parts, Inc. | Superior Air Parts, Inc. | Superior Air Parts, Inc. |
| xp-series-engine.com | 21051571 | ADNS Services | No | Default | Off | 5/12/2011 | Superior Air Parts, Inc. | Superior Air Parts, Inc. | Superior Air Parts, Inc. |
| xp-series-engines.com | 21051571 | ADNS Services | No | Default | Off | 5/12/2011 | Superior Air Parts, Inc. | Superior Air Parts, Inc. | Superior Air Parts, Inc. |
| xp-series.com | 21051571 | ADNS Services | No | Default | Off | 5/12/2011 | Superior Air Parts, Inc. | Superior Air Parts, Inc. | Superior Air Parts, Inc. |
| xpseriesengine.com | 21051571 | ADNS Services | No | Default | Off | 5/12/2011 | Superior Air Parts, Inc. | Superior Air Parts, Inc. | Superior Air Parts, Inc. |
| xpseriesengines.com | 21051571 | ADNS Services | No | Default | Off | 5/12/2011 | Superior Air Parts, Inc. | Superior Air Parts, Inc. | Superior Air Parts, Inc. |