Schedule B22
Trademarks

| Mark Name | Registration Number | Status | Date of Status | Renewal Period Begins | Type of Renewal |
|---|---|---|---|---|---|
| VANTAGE ENGINE (design) | 3011787 | Registered | 11/1/2005 | 11/1/2010 | Section 8 |
| SAP Design Mark | 1195532 | Live/Renewed | 10/19/2001 | 10/19/2010 | Section 8/9 |
| XP 360 ENGINE | 2661402 | Registered – Grace til 6/17/2009 | 12/17/2002 | 12/17/2007 | Section 8 |
| AVSTAR AVSTAR AIRCRAFT ACCESSORIES | 2660438 | Registered – til 6/10/2009 | 12/10/2002 | 12/10/2007 | Section 8 |
| EXPERIMENTAL 360 | 2629978 | Registered – grace til 4/8/2009 | 10/8/2002 | 10/8/2007 | Section 8 |
| SUPERIOR AIR PARTS, INC. (word) | 3515594 | Registered – til 10/14/13 | 10/14/08 | 10/14/2013 | Section 8 |
| SUPERIOR AIR PARTS, INC. (design) | 3530375 | Registered | 11/11/2008 | 11/11/2013 | Section 8 |