Schedule B23
Type Certificates

DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION

E00001SC
REVISION: 2

Superior Air Parts Engines
**O-360**-A1A1, A1A2, A2A1, A2A2, A3A1, A3A2,
B1A1, B1A2, B2A1, B2A2, B3A1, B3A2,
B4A1, B4A2, B5A1, B5A2, B6A1, B6A2,
C1A1, C1A2, C2A1, C2A2, C2A1, C3A2,
D1A1, D1A2, D2A1, D2A2, D3A1, D3A2,
D4A1, D4A2, D5A1, D5A2, D6A1, D6A2,
E1A1, E1A2, E2A1, E2A2, E3A1, E3A2
**IO-360**-A1A1, A1A2, A2A1, A2A2, A3A1, A3A2,
B1A1, B1A2, B2A1, B2A2, B3A1, B3A2,
B4A1, B4A2, B5A1, B5A2, B6A1, B6A2,
C1A1, C1A2, C2A1, C2A2, C2A1, C3A2,
D1A1, D1A2, D2A1, D2A2, D3A1, D3A2,
D4A1, D4A2, D5A1, D5A2, D6A1, D6A2,
E1A1, E1A2, E2A1, E2A2, E3A1, E3A2

October 19, 2007

## TYPE CERTIFICATE DATA SHEET NO. E00001SC

Engines of models described herein conforming with this data sheet (which is part of Type Certificate No. E00001SC) and other approved data on file with the Federal Aviation Administration meet the minimum standards for use in certificated aircraft in accordance with pertinent aircraft data sheets and applicable portions of the Federal Aviation Regulations provided they are installed, operated, and maintained as prescribed by the approved manufacturer's manuals and other approved instructions.

Type Certificate Holder:          Superior Air Parts, Inc.
621 South Royal Lane, Suite 100
Coppell, TX  75019

| Model | O-360-A1A2, A2A2, A3A2 | O-360-B1A2, B2A2, B3A2, B4A2, B5A2, B6A2, C1A2, C2A2, C3A2 | O-360-D1A2, D2A2, D3A2, D4A2, D5A2, D6A2 | O-360-E1A2, E2A2, E3A2 |
|---|---|---|---|---|
| Type | 4HOA | — — | — — | — — |
| Rating U.S. Standard Atmosphere and ICAO at Sea Level Pressure Altitude | | | | |
| Take-Off/Max. Continuous HP | 180 | — — | — — | — — |
| Take-Off/Max. Continuous RPM | 2700 | — — | — — | — — |
| Take-Off/Max. Cont. Manifold Press. -- in Hg | 29.5 | — — | — — | — — |
| Fuel | | | | |
| Aviation Gasoline | ASTM D910, Min Grade 91/98 (lead optional) | — — | — — | — — |
| Motor Gasoline (R+M/2)  (See Note 7) | ASTM D4814, Min Octane 91 (no alcohol) | — — | — — | — — |
| Lubricating Oil | See Installation & Operation Manual, SVIOM01 | — — | — — | — — |
| Bore and Stroke – in | 5.125 x 4.375 | — — | — — | — — |
| Displacement – cubic in | 361 | — — | — — | — — |
| Compression Ratio | 8.5:1 | — — | — — | — — |

| Page No. | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Rev. No. | 2 | 2 | 2 | 2 | 2 |

E00001SC, Rev. 2
Page 2

| Model | O-360-A1A2, A2A2, A3A2 | O-360-B1A2, B2A2, B3A2, B4A2, B5A2, B6A2, C1A2, C2A2, C3A2 | O-360-D1A2, D2A2, D3A2, D4A2, D5A2, D6A2 | O-360-E1A2, E2A2, E3A2 |
|---|---|---|---|---|
| Weight (Basic Engine, Dry) – lbs See Installation & Operation Manual, SVIOM01, for detailed model weights | 288 | 291 | 294 | 295 |
| C.G. Location (Basic Engine) | See Installation & Operation Manual, SVIOM01 | — — | — — | — — |
| Principal Dimensions – in (Height x Width x Length) | 24.6 x 33.4 x 32.8 | — — | — — | — — |
| Propeller Shaft | Direct, SAE Modified Type 2 per AS127 | — — | — — | — — |
| Fuel System | Precision Airmotive Carburetor MA-4-5 type | — — | — — | — — |
| Ignition – Two Magnetos | Unison Impulse Magnetos 4371 with the appropriate ignition harness | — — | — — | — — |
| Timing – °BTC | R: 25°, L: 25° | — — | — — | — — |
| Spark Plugs | Champion REM40E, Unison UREM40E | — — | — — | — — |
| Oil Sump Capacity | 8 quarts; 6 qts. usable at 20° noseup, and 6.5 qts. usable at 10° nosedown attitudes | — — | | — — |

— —  indicates "same as preceding model"

| Model | O-360-A1A1, A2A1, A3A1 | O-360-B1A1, B2A1, B3A1, B4A1, B5A1, B6A1, C1A1, C2A1, C3A1 | O-360-D1A1, D2A1, D3A1, D4A1, D5A1, D6A1 | O-360-E1A1, E2A1, E3A1 |
|---|---|---|---|---|
| Type | 4HOA | — — | — — | — — |
| Rating U.S. Standard Atmosphere and ICAO at Sea Level Pressure Altitude | | | | |
|   Take-Off/Max. Continuous HP | 168 | — — | — — | — — |
|   Take-Off/Max. Continuous RPM | 2700 | — — | — — | — — |
|   Take-Off/Max. Cont. Manifold Press. – in Hg | 29.5 | — — | — — | — — |
| Fuel | | | | |
|   Aviation Gasoline | ASTM D910, Min Grade 91/98 (lead optional) | — — | — — | — — |
|   Motor Gasoline (R+M/2)  (See Note 7) | ASTM D4814, Min Octane 91 (no alcohol) | — — | — — | — — |
| Lubricating Oil | See Installation & Operation Manual, SVIOM01 | — — | — — | — — |
| Bore and Stroke – in | 5.125 x 4.375 | — — | — — | — — |
| Displacement – cubic in | 361 | — — | — — | — — |
| Compression Ratio | 7.2:1 | — — | — — | — — |
| Weight (Basic Engine, Dry) – lbs See Installation & Operation Manual, SVIOM01, for detailed model weights | 288 | 291 | 294 | 295 |
| C.G. Location (Basic Engine) | See Installation & Operation Manual, SVIOM01 | — — | — — | — — |
| Principal Dimensions – in (Height x Width x Length) | 24.6 x 33.4 x 32.8 | — — | — — | — — |

E00001SC, Rev. 2
Page 3

| Model | O-360-A1A1, A2A1, A3A1 | O-360-B1A1, B2A1, B3A1, B4A1, B5A1, B6A1, C1A1, C2A1, C3A1 | O-360-D1A1, D2A1, D3A1, D4A1, D5A1, D6A1 | O-360-E1A1, E2A1, E3A1 |
|---|---|---|---|---|
| Propeller Shaft | Direct, SAE Modified Type 2 per AS127 | — — | — — | — — |
| Fuel System | Precision Airmotive Carburetor MA-4-5 type | — — | — — | — — |
| Ignition – Two Magnetos | Unison Impulse Magnetos 4371 with the appropriate ignition harness | — — | — — | — — |
| Timing – °BTC | R: 25°, L: 25° | — — | — — | — — |
| Spark Plugs | Champion REM40E, Unison UREM40E | — — | — — | — — |
| Oil Sump Capacity | 8 quarts; 6 qts. usable at 20° noseup, and 6.5 qts. usable at 10° nosedown attitudes | — — | — — | — — |

— —  indicates "same as preceding model"

| Model | IO-360-A1A2, A2A2, A3A2 | IO-360-B1A2, B2A2, B3A2, B4A2, B5A2, B6A2, C1A2, C2A2, C3A2 | IO-360-D1A2, D2A2, D3A2, D4A2, D5A2, D6A2 | IO-360-E1A2, E2A2, E3A2 |
|---|---|---|---|---|
| Type | 4HOA | — — | — — | — — |
| Rating<br>U.S. Standard Atmosphere and ICAO at Sea Level Pressure Altitude<br>  Take-Off/Max. Continuous HP<br>  Take-Off/Max. Continuous RPM<br>  Take-Off/Max. Cont. Manifold Press. – in Hg | <br><br>180<br>2700<br>29.5 | <br><br>— —<br>— —<br>— — | <br><br>— —<br>— —<br>— — | <br><br>— —<br>— —<br>— — |
| Fuel<br>  Aviation Gasoline<br><br>  Motor Gasoline (R+M/2)  (See Note 7) | <br>ASTM D910, Min Grade 91/98 (lead optional)<br>ASTM D4814, Min Octane 91 (no alcohol) | <br>— —<br><br>— — | <br>— —<br><br>— — | <br>— —<br><br>— — |
| Lubricating Oil | See Installation & Operation Manual, SVIOM01 | — — | — — | — — |
| Bore and Stroke – in | 5.125 x 4.375 | — — | — — | — — |
| Displacement – cubic in | 361 | — — | — — | — — |
| Compression Ratio | 8.5:1 | — — | — — | — — |
| Weight (Basic Engine, Dry) – lbs<br>See Installation & Operation Manual, SVIOM01, for detailed model weights | 290 | 293 | 296 | 297 |
| C.G. Location (Basic Engine) | See Installation & Operation Manual, SVIOM01 | — — | — — | — — |
| Principal Dimensions – in<br>  (Height x Width x Length) | 24.0 x 33.4 x 32.8 | — — | — — | — — |
| Propeller Shaft | Direct, SAE Modified Type 2 per AS127 | — — | — — | — — |
| Fuel System | Precision Airmotive Fuel Injection RSA-5 type | — — | — — | — — |
| Ignition – Two Magnetos | Unison Impulse Magnetos 4371 with the appropriate ignition harness | — — | — — | — — |

E00001SC, Rev. 2
Page 4

| Model | IO-360-A1A2, A2A2, A3A2 | IO-360-B1A2, B2A2, B3A2, B4A2, B5A2, B6A2, C1A2, C2A2, C3A2 | IO-360-D1A2, D2A2, D3A2, D4A2, D5A2, D6A2 | IO-360-E1A2, E2A2, E3A2 |
|---|---|---|---|---|
| Timing – °BTC | R: 25°, L: 25° | — — | — — | — — |
| Spark Plugs | Champion REM40E, Unison UREM40E | — — | — — | — — |
| Oil Sump Capacity | 8 quarts; 6 qts. usable at 20° noseup, and 6.5 qts. usable at 10° nosedown attitudes | — — | — — | — — |

— —    indicates "same as preceding model"

| Model | IO-360-A1A1, A2A1, A3A1 | IO-360-B1A1, B2A1, B3A1, B4A1, B5A1, B6A1, C1A1, C2A1, C3A1 | IO-360-D1A1, D2A1, D3A1, D4A1, D5A1, D6A1 | IO-360-E1A1, E2A1, E3A1 |
|---|---|---|---|---|
| Type | 4HOA | — — | — — | — — |
| Rating | | | | |
| U.S. Standard Atmosphere and ICAO at Sea Level Pressure Altitude | | | | |
| Take-Off/Max. Continuous HP | 168 | — — | — — | — — |
| Take-Off/Max. Continuous RPM | 2700 | — — | — — | — — |
| Take-Off/Max. Cont. Manifold Press. – in Hg | 29.5 | — — | — — | — — |
| Fuel | | | | |
| Aviation Gasoline | ASTM D910, Min Grade 91/98 (lead optional) | — — | — — | — — |
| Motor Gasoline (R+M/2)  (See Note 7) | ASTM D4814, Min Octane 91 (no alcohol) | — — | — — | — — |
| Lubricating Oil | See Installation & Operation Manual, SVIOM01 | — — | — — | — — |
| Bore and Stroke – in | 5.125 x 4.375 | — — | — — | — — |
| Displacement – cubic in | 361 | — — | — — | — — |
| Compression Ratio | 7.2:1 | — — | — — | — — |
| Weight (Basic Engine, Dry) – lbs See Installation & Operation Manual, SVIOM01, for detailed model weights | 290 | 293 | 296 | 297 |
| C.G. Location (Basic Engine) | See Installation & Operation Manual, SVIOM01 | — — | — — | — — |
| Principal Dimensions – in (Height x Width x Length) | 24.0 x 33.4 x 32.8 | — — | — — | — — |
| Propeller Shaft | Direct, SAE Modified Type 2 per AS127 | — — | — — | — — |
| Fuel System | Precision Airmotive Fuel Injection RSA-5 type | — — | — — | — — |
| Ignition – Two Magnetos | Unison Impulse Magnetos 4371 with the appropriate ignition harness | — — | — — | — — |
| Timing – °BTC | R: 25°, L: 25° | — — | — — | — — |
| Spark Plugs | Champion REM40E, Unison UREM40E | — — | — — | — — |
| Oil Sump Capacity | 8 quarts; 6 qts. usable at 20° noseup, and 6.5 qts. usable at 10° nosedown attitudes | — — | — — | — — |

— —    indicates "same as preceding model"

E00001SC. Rev. 2
Page 5

CERTIFICATION BASIS:        FAR 33 Through Amendment 20, effective 12/13/2000
PRODUCTION BASIS:           Production Certificate 14SW

|  |  | O-360 | IO-360 |
|---|---|---|---|
| NOTE 1. | Maximum Permissible Temperatures | | |
| | Oil at Engine Inlet | 240° F | — — |
| | Cylinder Head Temperature | 500° F | — — |
| NOTE 2. | Fuel Pressure Limits | | |
| | Inlet to Pump, Min. | +0.5 psig | -2 psig |
| | Max. | +8 psig | +35 psig |
| NOTE 3. | Oil Pressure Limits into Engine | | |
| | Normal | 55-95 psig | — — |
| | Idle | 20 psig | — — |
| | Max (Cold Oil) | 115 psig | — — |

— — indicates "same as preceding model"

NOTE 4.        The following accessory drive or mounting provisions are available:

| Accessory | Direction of Rotation* | Drive Ratio to Crankshaft | Max. Torque (in-lbs) Continuous | Static | Max. Overhang Moment (in-lbs) |
|---|---|---|---|---|---|
| Tachometer | CW | 0.5:1 | 7 | 50 | 5 |
| Starter | CCW | 16.56:1 | N/A | 450 | 150 |
| Alternator (not supplied) | CW | 3.25:1 | 60 | 120 | 175 |
| Propeller Governor, Rear** | CW | 0.866:1 | 125 | 825 | 40 |
| Propeller Governor, Front** | CW | 0.895:1 | 125 | 825 | 40 |
| Fuel Pump | Reciprocating | 0.5:1 | N/A | N/A | 10 |
| Accessory Drive*** | CCW | 1.3:1 | 70 | 450 | 25 |

* "CW" – Clockwise; and "CCW" – Counterclockwise (Viewing Drive Pad)

** This is an AND20010 drive pad and only applicable to models with provisions to control propeller pitch and shall be supplied with a cover.

*** This is an AND20000 drive pad and shall be supplied with a cover.

NOTE 5.        The O-360 and IO-360 engines' detailed model designation includes a model suffix, which denotes details about the engine configuration in the format: O or IO-360-(letter)(number)(letter)(number). The first suffix digit is a letter which designates the crankshaft/propeller configuration: with 'A' designating provisions for a fixed pitch propeller, with a thin-wall front main bearing journal, 'B' designating provisions to control propeller pitch with pressurized oil, with a thin-wall front main bearing journal, 'C' designating provisions for a fixed pitch propeller, with a heavy-wall front main bearing journal, 'D' designating provisions to control propeller pitch with pressurized oil, with a heavy-wall front main bearing journal and 'E' designating provisions for a fixed pitch propeller , with a solid front main bearing journal.  The second suffix digit is a number which designates crankcase/engine mount configuration: with '1' designating a #1 dynafocal engine mount type, '2' designating a #2 dynafocal engine mount type, '3' designating a conical engine mount type, '4' designating a #1 dynafocal engine mount with a crankcase utilizing a front mount prop governor, '5' designating a #2 dynafocal engine mount with a crankcase utilizing a front mount prop governor, and '6' designating a conical engine mount with a crankcase utilizing a front mount prop governor.  The third suffix digit is a letter which designates accessory configuration, with 'A' being the only configuration.  The last digit is a number designating power rating/compression ratio: with '1' being the low-compression configuration and with '2' being the high-compression configuration.

NOTE 6.        Initial TBO of 1000 Hours

NOTE 7.        Experience has shown that there is a higher probability of vapor locking on aircraft, especially on those equipped with fuel injected reciprocating engines when operating with high volatility fuels such as motor gasoline.  Aircraft fuel system designs for the powerplant installation of these engines may need to incorporate special design features or enhanced cooling to accommodate operation with high volatility fuels such as motor gasoline.  The aircraft fuel system hot weather testing requirements of FAR 23.961 must be successfully accomplished for each aircraft powerplant installation design of these engines (both carbureted and fuel injected) to obtain approval for operation with motor gasoline. reference AC 23.1521-1B.

...END...

United States of America
Department of Transportation — Federal Aviation Administration

# Supplemental Type Certificate

*Number* SE8193SW

*This certificate, issued to* Superior Air Parts, Inc.
P. O. Box 363
Addison, TX 75001

*certifies that the change in the type design for the following product with the limitations and conditions*

*therefor as specified hereon meets the airworthiness requirements of Part* 13 *of the* CAR

*Regulations.*

*Original Product — Type Certificate Number* See page 2
*Make* Textron Lycoming
*Model* See page 2

*Description of Type Design Change:*

Grind nitrided high compression cylinder barrels to plus .010
oversize and install SL75089 P10 Piston, SL74241 P10 Compression
Ring, and SL 73857 P10 Oil Ring in accordance with Superior Air
Parts, Inc., Service letter No. 92-003 dated April 22, 1992, or
latter FAA approved revisions.

*Limitations and Conditions:*

Plus 10 piston and piston rings should be installed in complete
engine sets (All cylinders). Compatibility of this modification
with previously installed equipment must be determined by the
installer.

*This certificate and the supporting data which is the basis for approval shall remain in effect until sur-*

*rendered, suspended, revoked, or a termination date is otherwise established by the Administrator of the*

*Federal Aviation Administration.*

*Date of application:* June 27, 1991

*Date of issuance:* April 27, 1992

*Date reissued:*

*Date amended:*

*By direction of the Administrator*

*(Signature)*
Mark R. Schilling, Manager
Special Certification Office

*(Title)*

*Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.*

*This certificate may be transferred in accordance with FAR 21.47.*

United States of America
Department of Transportation—Federal Aviation Administration
# Supplemental Type Certificate

## (Continuation Sheet)

*Number* SE8193SW

The following engines and their respective Type Certificate Numbers are eligible for this installation:

Type Certificate Number E-274 -
    O-320-B1A, B1B, B2B, B2C, B3B, B3C, D1A, D1AD, D2A, D2B, D1C, D2C, D1D, D1F, D2G, D3G, D2J.

Type Certificate Number 1E12 -
    IO-320-B1A, B2A, B1C, B1D, B1E, C1A, C1B, C1F, D1A, D1AD, D1B.  LIO-320-B1A, C1A. AIO-320-A1B, B1B, C1B.
    AEIO-320-D1B, D2B.

Type Certificate Number E-277 -
    O-340-A1A, A1B, A2A.

Type Certificate Number E-286 -
    O-360-A1A, A1AD, A1C, A1F, A1F6, A1F6D, A1G, A1G6, A1G6D, A1H, A1H6, A1J, A1LD, A2A, A3A, A3AD, A4A, A4AD, A5AD, A2D, A4D, A2E, A2F, A2G, A4G, A4J, A4JD, A4K, A4M, A4N, C1A, C1C, C2A, C2C, C2D, C1E, C2E, C1F, C1G, F1A6, G1A6.  HO-360-A1A, B1A, B1B.  LO-360-A1G6D, A1H6.

Type Certificate Number 1E10 -
    IO-360-B1A, B1B, B1BD, B1D, B1E, B1F, B2E, B2F, B2F6, B4A.  HIO-360-B1A.  AEIO-360-B1B, B1F, B2F, B4A, B1G6, H1A.

Type Certificate Number 1E1 -
    IVO-360-A1A.  VO-360-A1A, A1B, B1A.

Type Certificate Number E-295 -
    O-540-A1A, A1A5, A4A5, A1B5, A4B5, A1C5, A4C5, A1D, A1D5, A4D5, A2B, A3D5, E4A5, E1A, E4B5, E4B5D, E4C5, F1A5, F1B5, G1A5, G1A5D, G2A5, H1B5D, H2B5D, L3C5D.

Type Certificate Number 1E4 -
    IO-540-C1B5, C4B5, C4B5D, C1C5, C4C5, C4D5D, C2C, D4A5, D4B5, D4C5, J4A5, R1A5, N1A5, N1A5D, T4A5, T4B5D, T4C5D, V4A5D.  AEIO-540-D4A5, D4B5.

Type Certificate Number E14EA -
    TIO-540-G1A.

---

*Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.*

FAA FORM 8110-2-1  (10-69)                    *This certificate may be transferred in accordance with FAR 21.47.*

C    FAA AC 82 03578

United States of America

Department of Transportation — Federal Aviation Administration

# Supplemental Type Certificate

*Number*  SE7674SW

*This certificate, issued to*  Superior Air Parts, Inc.
P. O. Box 363
Addison, TX 75001

*certifies that the change in the type design for the following product with the limitations and conditions*

*therefor as specified hereon meets the airworthiness requirements of Part*  33  *of the*  Federal Aviation

*Regulations.*

*Original Product — Type Certificate Number:*

*Make:*  Textron Lycoming

*Model:*  See continuation sheet page 3 of this STC.

*Description of Type Design Change:*

Grind nitrided cylinder barrels to .010 and install SL10545P10
plus .010 over size pistons, SL74241P10 compression rings and
SL73857P10 Oil Control Rings as specified in Superior Air Parts
Service letter No. 89-005A dated January  22, 1990, or later FAA
approved data.

*Limitations and Conditions:*

Compatability of this modification with previously installed
equipment must be determined by installer. Plus .010 pistons and
rings should be installed in complete sets.

*This certificate and the supporting data which is the basis for approval shall remain in effect until sur-*

*rendered, suspended, revoked, or a termination date is otherwise established by the Administrator of the*

*Federal Aviation Administration.*

*Date of application:*  July 21, 1989

*Date reissued:*

*Date of issuance:*  November 20, 1989

*Date amended:* 03/02/90 Rev. 1,
09/27/90 Rev. 2 Rev.

*By direction of the Administrator*

Mark R. Schilling, Manager
Special Certification Office

*(Title)*

*Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.*

*This certificate may be transferred in accordance with FAR 21.47*

FAA Form 8110-2 (10-68)

1 of 3 Pages

United States of America
Department of Transportation — Federal Aviation Administration
# Supplemental Type Certificate
## (Continuation Sheet)

*Number* SE7674SW Rev. 2

The following is a list of eligable engines and the respective
Type Certificates.

TYPE CERTIFICATE NUMBER:    Engine Model

      E2628     TO-360-C1A6D, TO-360-F1A6D

      E16E4     TIO-360-A1B, TIO-360-A3B6,
                    TIO-360-C1A6D

      1E4       IO-540-AA1A5

                    TIO-540-A1A, TIO-540-A1B
                    TIO-540-A2A, TIO-540-A2B
                    TIO-540-A2C  TIO-540-F2BD
                    TIO-540-J2B, TIO-540-J2BD
                    TIO-540-N2BD, TIO-50-R2AD
      E14EA     TIO-540-S1AD, TIO-540-U2A
                    TIO-540-V2AD, LTIO-540-F2BD
                    LTIO-540-J2B, LTIO-540-J2BD
                    LTIO-540-N2BD, LTIO-54-R2BD
                    LTIO-540-U2A, LTIO-540-V2AD

      E19EA     TIGO-541-D1B, TIGO-541-E1A

                    TIO-541-A1A, TIO-541-E1A4
      E1DEA     TIO-541-E1B4, TIO-541-E1C4
                    TIO-541-E1D4,

--end--

*... ... ... of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both*

*United States of America*

## Department of Transportation — Federal Aviation Administration

# Supplemental Type Certificate

*Number* SE5945SW

*This certificate, issued to* Superior Air Parts, Inc.
15050 Beltwood Parkway East
Addison, Texas 75001

*certifies that the change in the type design for the following product with the limitations and conditions*

*therefor as specified hereon meets the airworthiness requirements of Part* 13 *of the* Civil Air

*Regulations*

*Original Product — Type Certificate Number:* E-223
*Make:* Avco Lycoming
*Model:* O-235-K, L, M, N, P Series

*Description of Type Design Change:*

Grind nitrided choked engine cylinders .010" oversize and install .010"
oversize pistons and rings as specified in Superior Air Parts Service
Letter No. 85-005 dated June 18, 1985, or later FAA approved revision.

*Limitations and Conditions:*

Compatibility of this modification with other previously approved modifications
must be determined by the installer.

*This certificate and the supporting data which is the basis for approval shall remain in effect until surrendered, suspended, revoked, or a termination date is otherwise established by the Administrator of the Federal Aviation Administration.*

*Date of application:* May 30, 1985        *Date reissued:*

*Date of issuance:* June 18, 1985         *Date amended:*

*By direction of the Administrator*

Don P. Watson                *(Signature)*
Manager, Aircraft Certification Division
Southwest Region
                                    *(Title)*

*Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.*

*This certificate may be transferred in accordance with FAR 21.47.*

United States Of America
Department of Transportation - Federal Aviation Administration

# Supplemental Type Certificate

*Number* SE7582SW

*This Certificate issued to*

Superior Air Parts, Inc.
621 South Royal Lane
Coppell, TX 75019

*certifies that the change in the type design for the following product with the limitations and conditions therefor as specified hereon meets the airworthiness requirements of Part 13 of the Civil Air Regulations.*

*Original Product Type Certificate Number:*   See attached FAA Approved

*Make:*   Model List (AML) for list of approved models

*Model:*   And applicable airworthiness regulations.

## Description of Type Design Change:

Grinding of high compression NITRIDED Cylinders to .010 oversize, as an alternative to chrome plating or rebarreling, and the installation of SL75089 P10 Piston, SL74241 P10 Top and second compression ring, and SL 73857 P10 oil control ring in accordance with Superior Air Parts, Inc. Service letter No. L89-04 D dated August 20, 2008 or later FAA approved revision.

## Limitations and Conditions:

The installer must determine whether this design change is compatible with previously approved modifications. If the holder agrees to permit another person to use this certificate to alter a product, the holder must give the other person written evidence of that permission.

*This certificate and the supporting data which is the basis for approval shall remain in effect until surrendered, suspended, revoked or a termination date is otherwise established by the Administrator of the Federal Aviation Administration.*

*Date of application:* August 15, 1988

*Date of issuance:* April 11, 1989

*Date reissued:*

*Date amended:* September 9, 2008, Revision 1



*By direction of the Administrator*

_____
*(Signature)*
S. Frances Cox, Manager
Special Certification Office
Southwest Region
_____
*(Title)*

Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.

FAA Form 8110-2(10-68)    Page 1 of 3    This certificate may be transferred in accordance with FAR 21.47.

FAA APPROVED MODEL LIST (AML)

STC No. SE7582SW

Superior Air Parts, Inc.
621 South Royal Lane
Coppell, TX 75019

Date of Issuance: April 11, 1989
Date amended: September 8, 2008 Revision 1

| Item | Engine Make | Engine Models | Original Type Certificate Number | Regulation/ Part |
|---|---|---|---|---|
| 1 | IO-360 | -A1A, -A1B, -A1B6, -A1B6D, -A1C, - A1D, -A1D6, -A1D6D, -A2A, -A2B, - A2C, -A3B6, -A3B6D, - A3D6D, - C1A, -C1B, -C1C, -C1C6, -C1D6, - C1E6, -C1E6D, -C1F, -C1G6, -D1A, - J1AD, -J1A6D, -K2A | 1E10 | CAR 13 |
| 2 | AIO-360 | -A1A, -A1B, -A2A, -A2B, -B1B | 1E10 | CAR 13 |
| 3 | AEIO-360 | -C1E6 | 1E10 | CAR 13 |
| 4 | HIO-360 | -A1A, -A1B, -C1A, -C1B | 1E10 | CAR 13 |
| 5 | LHIO-360 | -C1A, -C1B | 1E10 | CAR 13 |
| 6 | GO-480 | -C1B6, -C1D6, -C2C6, -C2D6, -C2E6, -G1A6, -G1B6, -G1D6, -G1H6, -G1J6, -G2D6, -G2F6 | E275 | CAR 13 |
| 7 | IGO-480 | -A1A6, -A1B6 | E275 | CAR 13 |
| 8 | IO-540 | -A1A5, -B1A5, -B1B5, -B1C5, -E1A5, -E1B5, -E1C5, -G1A5, -G1B5, -G1C5, -G1D5, -G1E5, -G1F5, -K1A5, - K1A5D, -K1B5, -K1B5D, -K1C5, - K1D5, -K1E5, -K1E5D, -K1F5, - K1F5D, -K1G5, -K1G5D, -K1H5, - K1J5, -K1J5D, -K1K5, -K2A5, -L1A5, -L1A5D, -L1B5D, -L1C5, -M1A5, - M1A5D, -M1B5D, -M1C5, -M2A5D, - P1A5, -S1A5, -U1A5D, -U1B5D, - AC1A5, -AE1A5 | 1E4 | CAR 13 |
| 9 | HIO-540 | -A1A | 1E4 | CAR 13 |
| 10 | AEIO-540 | -L1B5, -L1B5D, -L1D5 | 1E4 | CAR 13 |
| 11 | IGO-540 | -A1A, -A1B, -A1C, -B1A, -B1A, -B1B, -B1C | 1E11 | CAR 13 |
| 12 | VO-540 | -C1A, -C1B, -C1C3, -C2A, -C2B, -C2C | E-304 | CAR 13 |
| 13 | IVO-540 | -A1A | E11EA | CAR 13 |
| 14 | IO-720 | -A1A, -A1B, -A1BD, -B1A, -B1B, - B1BD, -C1B, -C1BD, -D1B, -D1BD, - D1C, -D1CD | 1E15 | CAR 13 |

FAA Approved: _____

S. Frances Cox
Manager, Special Certification Office,
Southwest Region

Date: _____

United States of America

Department of Transportation — Federal Aviation Administration

# Supplemental Type Certificate

*Number*

SE7582SW

*This certificate, issued to*

Superior Air Parts, Inc.
P. O. Box 363
Addison, TX 75001

*certifies that the change in the type design for the following product with the limitations and conditions therefor as specified hereon meets the airworthiness requirements of Part* 13 *of the* Civil Air *Regulations.*

*Original Product — Type Certificate Number:* Page 2
*Make:* Textron Lycoming
*Model:* See Page 2

*Description of Type Design Change:*

Grinding of high compression NITRIDED Cylinders to .010 oversize, as an alternative to chrome plating or rebarreling, and the installation of SL10207 P10 Piston, SL74241 P10 Top and second compression ring, and SL73857 P10 oil control ring in accordancewith Superior Air Parts, Inc. procedure for gringing high compression NItrided cylinder barrales and installation of .010 oversize pistons and rings, dated 8/15/88, or later FAA *Limitations and Conditions* approved revision. See Continuation Sheet

Compatibility of this modification with previously installed equipment must be determined by installer.

*This certificate and the supporting data which is the basis for approval shall remain in effect until surrendered, suspended, revoked, or a termination date is otherwise established by the Administrator of the Federal Aviation Administration.*

*Date of application:* August 15, 1988   *Date reissued:*

*Date of issuance:* April 11, 1989   *Date amended:*

*By direction of the Administrator*

_(Signature)_

L. B. Andriesen
Manager, Rotorcraft Directorate,
Aircraft Certification Service

*Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.*

*This certificate may be transferred in accordance with FAR 21.47.*

United States of America
Department of Transportation — Federal Aviation Administration

# Supplemental Type Certificate

## (Continuation Sheet)

*Number*   SE7582SW

**Limitations and Conditions (Continued):**

The following engines and their respective Type Certificate
Numbers are eligible for this installation:

Type Certificate Number 1E10  –

   IO-360-A1a, A1B, A1B6, A1B6D, A1C, A1C6, A1D, A1D6,
   A2A, A2B, A2C, C1A, C1B, C1C, C1C6, C1D6, C1E6, C1E6D,
   D1A, C1F, J1A6D, K2A, A3B6D.  A10-360-A1A, A1B, B1B.
   AEIO-360-A1A, A1B, A1B6, A1D, A1E, A2B.  LIO-360-C1E,
   C1E6, C1E6D.  HIO-360-A1A, C1A, C1B.  LHIO-360-C1A.

Type Certificate Number E-275-10 –

   GO-480-C1B6, C1D6, C2 SERIES, G2D6, G2F6, G1A6,
   G1AG(HELIO), G1B6, G1D6(HELIO), G1D6, G1E6, G1F6,
   G1G6, G1J6.  IGO-480-A1B6(HELIO).

Type Certificate Number 1E4-11 –

   IO-540-M1A5, E1B5, A1A5, G1A5, G1B5, G1C5, G1D5, G1E5,
   K1A5, K1B5, K1D5, K1F5, L1A5, B1A5, B1C5, E1A5, E1B5,
   G1F5, K1C5, K1E5, P1A5, S1A5, K1A5D, K1F5D, K1G5, K1G5D,
   K1H5, K1J5, K1J5D, K1K5, L1A5D.  HIO-540-A1A.
   AEIO-540-L1B5D.  IO-540-M1A5D, M1B5, M1B5D, U1A5D, U1B5D,
   K1E5D, S1A5.

Type Certificate Number 1 E11-5 –

   IGO-540-A1A, A1C, B1A, B1C.

Type Certificate Number E-304-6 –

   VO-540-C1A, C1B, C1C3, C2A, C2C.

Type Certificate Number E-11EA-2 –

   IVO-540-A1A.

Type Certificate Number 1E15-5 –

   IO-720-A1A, D1B, A1B, B1B, C1B, D1B, B1BD, D1C, D1CD
                              END

*... completion of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both*

8110-2-1 (10-69)                                        This certificate may be transferred in accordance with FAR 21.47

United States of America

Department of Transportation —Federal Aviation Administration

# Supplemental Type Certificate

*Number* SE8675SW

*This certificate, issued to* Superior Air Parts, Inc.
P. O. Box 363
Addison, TX 75001

*certifies that the change in the type design for the following product with the limitations and conditions*

*therefor as specified herein meets the airworthiness requirements of Part* 13 *of the* Civil Air

*Regulations.*

*Original Product —Type Certificate Number:* E-252
*Make:* Teledyne
*Model:* O-200

*Description of Type Design Change:*
The magneto timing for the Teledyne Continental Motors O-200
engine to be set at 28 degrees before top dead center (BTC).
The setting is to be made in accordance with Superior Air Parts,
Inc. Service Letter 93-004, dated 08/24/93.

*Limitations and Conditions:*
The magneto timing may be set at 28 degrees BTC only when Four
Superior Air Parts, Inc. SA10200 Series Millinnium O-200
cylinders are installed in the Teledyne Contenintal O-200 engine.
Compatibility of this modification with previously installed
equipment must be determined by installer.

*This certificate and the supporting data which is the basis for approval shall remain in effect until sur-*

*rendered, suspended, revoked, or a termination date is otherwise established by the Administrator of the*

*Federal Aviation Administration.*

*Date of application:* July 1, 1993        *Date reissued:*

*Date of issuance:* August 24, 1993        *Date amended:*



*By direction of the Administrator*

Mark R. Schilling

Mark R. Schilling, Manager
Special Certification Office

*(Title)*

Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.

This certificate may be transferred in accordance with FAR 21 47.

FAA Form 8110-2 (10-68)

United States Of America

Department of Transportation - Federal Aviation Administration

# Supplemental Type Certificate

*Number* SE09014SC

*This Certificate issued to*   Superior Air Parts, Inc.
14280 Gillis Road
Dallas, TX 75244-3792

*certifies that the change in the type design for the following product with the limitations and conditions therefor as specified hereon meets the airworthiness requirements of Part 13 of the* Civil Air *Regulations.*

*Original Product - Type Certificate Number:*   E-205

*Make:*   Teledyne Continental

*Model:*   A-65-1,A-65-3,A-65-6,A-65-7,A-65-8,A-65-9
A-65-12,A-65-14

*Description of Type Design Change:*
Installation of Superior Air Parts, Inc. Millennium series Cylinder Power Assemblies Part Number SA65000-A20P in accordance with Superior Air Parts, Inc. Service Letter No. 95-009, dated 06/30/95, manufactured in accordance with Superior Air Parts, Inc. Drawing No. SA65000SO, I.R., dated 2/24/95, or later FAA approved revision.

*Limitations and Conditions:*   Installation of Superior Air Parts Cylinder assemblies must be installed in complete sets of four and can not be intermixed with the Teledyne cylinder assemblies.   An Airframe STC is not required for installation of an engine modified by this STC.   Compatibility of this design change with previously approved modifications must be determined by the installer.

*This certificate and the supporting data which is the basis for approval shall remain in effect until surrendered, suspended, revoked or a termination date is otherwise established by the Administrator of the Federal Aviation Administration.*

*Date of application:* September 30, 1993
*Date of issuance:* March 13, 1995

*Date reissued:*
*Date amended:* September 15, 1995, Rev. 1

*By direction of the Administrator*

(Signature)

A. J. Merrill
Manager, Special Certification Office
Southwest Region

(Title)

*Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.*

FAA Form 8110-2(10-68)   *This certificate may be transferred in accordance with FAR 21.47.*

United States Of America

Department of Transportation - Federal Aviation Administration

# Supplemental Type Certificate

*Number* SE09014SC

*This Certificate issued to*   Superior Air Parts, Inc.
14280 Gillis Road
Dallas, TX 75244-3792

*certifies that the change in the type design for the following product with the limitations and conditions therefor as specified hereon meets the airworthiness requirements of Part* 13 *of the* Civil Air *Regulations.*

*Original Product - Type Certificate Number:*   E-205
*Make:*   Teledyne
*Model:*   A-65-1,A-65-3,A-65-6,A-65-7,A-65-8,A-65-9,
A-65-12,A-65-14

*Description of Type Design Change:*
Installation of Superior Air Parts, Inc. Millennium series Cylinder Power Assemblies Part Number SA65000-A20P in accordance with Superior Air Parts, Inc. Service Letter No. 95-009, dated 06/30/95, or later FAA approved revision.

*Limitations and Conditions:*   Installation of Superior Air Parts Cylinder assemblies must be installed in complete sets of four and can not be intermixed with the Teledyne cylinder assemblies. An Airframe STC is not required for installation of an engine modified by this STC. Compatibility of this design change with previously approved modifications must be determined by the installer.

*This certificate and the supporting data which is the basis for approval shall remain in effect until surrendered, suspended, revoked or a termination date is otherwise established by the Administrator of the Federal Aviation Administration.*

*Date of application:* September 30, 1993       *Date reissued:*
*Date of issuance:* March 13, 1995             *Date amended:*



*By direction of the Administrator*

(Signature)
A. J. Merrill
Manager, Special Certification Office
Southwest Region

(Title)

*Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.*

FAA Form 8110-2(10-68)                    *This certificate may be transferred in accordance with FAR 21.47.*



**U.S. Department
of Transportation**

**Federal Aviation
Administration**

Southwest Region
Arkansas, Louisiana,
New Mexico, Oklahoma,
Texas

Fort Worth, Texas 76193-0000

OCT 0 5 1995

Mr. Scott Sedgwhick
Superior Air Parts, Inc.
P. O. Box 363
Addison, TX 75001

Dear Mr. Sedgwhick:

Enclosed is amended Supplemental Type Certificate (STC) SE09014SC, Rev. 1, dated
September 15, 1995, for the installation of Teledyne Continental A-65-1, A-65-3, A-65-6, A-
65-7, A-65-8, A-65-9, A-65-12, A-65-14 engines. The revision is to include Superior Air Parts,
Inc. Drawing No. SA65000SO, I.R., dated 2/24/95. This STC represents official FAA approval
of an alteration and may be used to authorize identical installations on other aircraft. A copy of
this STC should be provided with each installation. Instructions necessary for an installer to
complete and inspect this alteration must be provided with parts shipments. Modified aircraft
should be returned to service by means of an FAA Form 337 which refers to this STC.

You have the responsibility to report failures, malfunctions, or defects in any product or part
manufactured by you that has resulted or could result in any of the occurrences listed in Federal
Aviation Regulation (FAR) Part 21.3(c). Notify the Manager, Rotorcraft Directorate, (817)
222-5100, within 24 hours by telephone. Written notification to the Rotorcraft Directorate, Fort
Worth, Texas 76193-0100 is also required. FAA Form 8330-2 (Malfunction or Defect Report)
or any other appropriate format is acceptable in transmitting the required details.

If you plan to manufacture replacement or modification parts for sale, you must comply with
FAR Parts 21.303 and 45.15. A Parts Manufacturer Approval (PMA) may be issued under the
provisions of FAR 21.303(d) when you submit a statement certifying that you have established
a fabrication inspection system as required by FAR 21.303(h). Your statement may be in letter
form, with a reference to the STC number, and should be mailed to: Manager, Manufacturing
Inspection Office, Department of Transportation, Federal Aviation Administration, Fort Worth,
Texas 76193-0180.

2

This STC may be transferred or otherwise made available to another party by means of a
licensing agreement in accordance with FAR 21.47. You are requested to advise this office
within 30 days when you transfer or grant license rights to the STC.

Sincerely,

*Gary B Keach*

A. J. Merrill, Manager
  Special Certification Office,
    Aircraft Certification Service

Enclosure



U.S. Department
of Transportation

**Federal Aviation
Administration**

Southwest Region
Arkansas. Louisiana.
New Mexico. Oklahoma.
Texas

Fort Worth, Texas 76193-0000

AUG 2 9 1995

Mr. Scott Sedgwhick
Superior Air Parts, Inc.
14280 Gillis Road
Dallas, TX 75244-3792

Dear Mr. Sedgwhick:

We have completed our evaluation of your Supplemental Type Certificate (STC) project,
FAA Project Number ST2416SC-E, and find that you have satisfactorily demonstrated
compliance with the applicable certification regulations. Accordingly, we have enclosed STC
SE09014SC, which indicates our approval of the installation of modified cylinder assembly
on Teledyne Continental A-65 engines.

This STC is official Federal Aviation Administration (FAA) approval of your installation and
may be used to authorize identical installations on other aircraft of the same model, subject to
the limitations noted on the certificate. It may be transferred or otherwise made available to
another party by means of a licensee arrangement in accordance with Federal Aviation
Regulation (FAR) 21.47. You are required to advise this office within 30 days after the
transfer when you transfer or grant licensee rights to the STC in order that we may take the
necessary recording or reissuance action.

As recipient of this approval, except as provided in FAR 21.3(d), you are required to report
any failure, malfunction, or defect in any product or part manufactured by you that you have
determined has resulted or could result in any of the occurrences listed in FAR 21.3(c). The
report should be communicated initially by telephone to the Manager, Rotorcraft Directorate,
(817) 222-5100, within 24 hours after it has been determined that the failure has occurred. In
addition, written notification to the Manager, Rotorcraft Directorate, Fort Worth, Texas
76193-0100 is also required. FAA Form 8330-2 (Malfunction or Defect Report) or any other
appropriate format is acceptable in transmitting the required details.

2

If you plan to manufacture replacement or modification parts for sale in conformance with approved data listed on the Certificate, you are required to comply with FAR 21.303. A Parts Manufacturer Approval (PMA) may be issued under the provisions of FAR 21.303(d) when you submit a statement certifying you have established the fabrication inspection system as required by FAR 21.303(h). The identification requirements for parts produced under a PMA are in FAR 45.15. Your statement may be in letter form, with reference to STC SE09014SC, and should be addressed to the Federal Aviation Administration, Manager, Manufacturing Inspection Office, Fort Worth, Texas 76193-0180

Sincerely,

A. J. Merrill, Manager
Special Certification Office,
 Aircraft Certification Service

Enclosure

*Department of Transportation - Federal Aviation Administration*

# Supplemental Type Certificate

*Number* SE09014SC

*This Certificate issued to*    Superior Air Parts, Inc.
14280 Gillis Road
Dallas, TX 75244-3792

*certifies that the change in the type design for the following product with the limitations and conditions therefor as specified hereon meets the airworthiness requirements of Part* 13 *of the* Civil Air *Regulations.*

*Original Product - Type Certificate Number:*    E-205
*Make:*    Teledyne
*Model:*    A-65-1,A-65-3,A-65-6,A-65-7,A-65-8,A-65-9, A-65-12,A-65-14

*Description of Type Design Change:*
Installation of Superior Air Parts, Inc. Millennium series Cylinder Power Assemblies Part Number SA65000-A20P in accordance with Superior Air Parts, Inc. Service Letter No. 95-009, dated 06/30/95, or later FAA approved revision.

*Limitations and Conditions:*  Installation of Superior Air Parts Cylinder assemblies must be installed in complete sets of four and can not be intermixed with the Teledyne cylinder assemblies.  An Airframe STC is not required for installation of an engine modified by this STC.  Compatibility of this design change with previously approved modifications must be determined by the installer.

*This certificate and the supporting data which is the basis for approval shall remain in effect until surrendered, suspended, revoked or a termination date is otherwise established by the Administrator of the Federal Aviation Administration.*

*Date of application:* September 30, 1993
*Date of issuance:* March 13, 1995

*Date reissued:*
*Date amended:*



*By direction of the Administrator*

(Signature)
A. J. Merrill
Manager, Special Certification Office
Southwest Region

(Title)

*Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.*

United States Of America

Department of Transportation - Federal Aviation Administration

# Supplemental Type Certificate

## Number SE8193SW

*This Certificate issued to*   Superior Air Parts, Inc.
621 South Royal Lane
Coppell, TX 75019

*certifies that the change in the type design for the following product with the limitations and conditions therefor as specified hereon meets the airworthiness requirements of Part 13 of the* Civil Air Regulations.

*Original Product Type Certificate Number:*   See page 2

*Make:*   Textron Lycoming

*Model:*   See page 2

*Description of Type Design Change:* Grind nitrided high compression cylinder barrels to plus .010 oversize and install SL75089 P10 Piston, SL74241 P10 Compression Ring, and SL 73857 P10 Oil Ring in accordance with Superior Air Parts, Inc., Service letter No. L92-03 D dated July 10, 2008 or latter FAA approved revisions.

*Limitations and Conditions:* Plus 10 piston and piston rings should be installed in complete engine sets (All cylinders). The installer must determine whether this design change is compatible with previously approved modifications. If the holder agrees to permit another person to use this certificate to alter a product, the holder must give the other person written evidence of that permission.

*This certificate and the supporting data which is the basis for approval shall remain in effect until surrendered, suspended, revoked or a termination date is otherwise established by the Administrator of the Federal Aviation Administration.*

*Date of application:* June 27, 1991

*Date of issuance:* April 27, 1992

*Date reissued:*

*Date amended:* July 31, 2008

*By direction of the Administrator*

*(Signature)*

S. Frances Cox, Manager
Special Certification Office
Southwest Region

*(Title)*

Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.

FAA Form 8110-2(10-68)   Page 1 of 3   This certificate may be transferred in accordance with FAR 21.47.

United States Of America

Department of Transportation - Federal Aviation Administration

# Supplement Type Certificate

## (Continuation Sheet)

*Number* SE8193SW

Date of Issuance: April 27, 1992
Date of Amendment: July 31, 2008

The following engines and their respective Type Certificate Numbers are eligible for this installation:

Type Certificate Number E-274 –
    O-320-A2C, -B1A, -B1B, -B2A, -B2B, -B2C, -B2D, -B2E, -B3A, -B3B, -B3C, -D1A, -D1B, -D1C, -D1D, -
    D1F, -D2A, -D2B, -D2C, -D2F, -D2G, -D2H, -D2J, -D3G.

Type Certificate Number 1E12 –
    IO-320-B1A, -B1B, -B1C, -B1D, -B1E, -B2A, -C1A, -C1B, -D1A, -D1B, -D1C, -F1A
    LIO-320-B1A, -C1A
    AIO-320-A1A, -A1B, -A2A, -A2B, -B1B, -C1B
    AEIO-320-D1B, -D2B

Type Certificate Number E-277 –
    O-340-A1A, -A1B, -A2A

Type Certificate Number E-286 –
    O-360-A1A, -A1AD, -A1C, -A1D, -A1F, -A1F6, -A1F6D, -A1G, -A1G6, -A1G6D, -A1H, -A1H6, -A1LD, -
    A1P, -A2A, -A2E, -A2F, -A2G, -A2H, -A3A, -A3AD, -A3D, -A4A, -A4AD, -A4D, -A4G, -A4J, -A4K, -A4M,
    -A4N, -A4P, -A5AD, -C1A, -C1C, -C1E, -C1F, -C1G, -C2A, -C2B, -C2C, -C2D, -C2E, -C4F, -C4P, -F1A6, -
    G1A6, -J2A
    HO-360-A1A, -B1A, -B1B, -C1A
    LO-360-A1G6D, -A1H6

Type Certificate Number 1E10 –
    IO-360-B1B, -B1B, -B1C, -B1D, -B1E, -B1F, -B1F6, -B1G6, -B2E, -B2F, -B2F6, -B4A, -E1A, -F1A, -L2A, -
M1A, -M1B
    HIO-360-A1A, -B1B, -G1A
    AEIO-360-AB1B, -B1D, -B1F, -B1F6, -B1G6, -B1H, -B2F, -B2F6, -B4A, -H1A, -H1B

Type Certificate Number 1E1 –
    VO-360-A1A, -A1B, -B1A
    IVO-360-A1A

Type Certificate Number E-295 –
    O-540-A1A, -A1A5, -A1B5, -A1C5, -A1D, -A1D5, -A2B, -A3D5, -A4A5, -A4B5, -A4C5, -A4D5, -D1A5, -
    E4A5, -E4B5, -E4C5, -F1A5, -F1B5, -G1A5, -G2A5, -H1A5, -H1A5D, -H1B5D, -H2A5, -H2A5D, -H2B5D, -
    L3C5D

Type Certificate Number 1E4 –
    IO-540-C1B5, -C1C5, -C2C, -C4B5, -C4B5D, -C4C5, -C4D5, -C4D5D, -D4A5, -D4B5, -D4C5, -J4A5, -
    N1A5, -R1A5, -T4A5D, -T4B5, -T4B5, T4B5D, T4B5D, T4C5D, V4A5, -V4A5D
    AEIO-540-D4A5, -D4B5, -D4C5, -D4D5

Type Certificate Number E14EA –
    TIO-540-G1A

*Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.*

INSTRUCTIONS: The transfer endorsement below may be used to notify the appropriate FAA Regional Office of the transfer of the Supplemental Type Certificate.

The FAA will reissue the certificate in the name of the transferee and forward it to him.

## **TRANSFER ENDORSEMENT**

Transfer the ownership of Supplemental Type Certificate Number _____

to *(Name of transferee)* _____

*(Address of transferee)* _____

*(Number and street)*

_____

*(City, State, and ZIP code)*

from (*Name of grantor*)(*Print or type*)       _____

(*Address of grantor*)       _____

*(Number and street)*

_____

*(City, State, and ZIP code)*

Extent of Authority (if licensing agreement): _____

_____

_____

_____

Date of Transfer: _____

Signature of grantor (*In ink*):       _____



Transport Canada / Transports Canada

# Type Certificate

## IE-58

Pursuant to Canadian Aviation Regulations PART V, SUBPART 11, this Type Certificate is issued to:

**Superior Air Parts, Inc.**
**100 - 621 South Royal Lane**
**Coppell, Texas**
**United States of America, 75019-3805**

For the Following Aeronautical Product(s):

**SUPERIOR AIR PARTS IO-360, O-360**

Details of the type design, basis of certification, operating limitations and other associated airworthiness requirements are specified in:

Director, Aircraft Certification
for Minister of Transport

May 17, 2006
Date of Issue

Canada

*Department of Transportation*

*Federal Aviation Administration*

**ENGINE**

*Type Certificate*

*Number* E00001SC

*This certificate issued to*    Superior Air Parts, Incorporated

*certifies that the type design for the following product with the operating limitations and conditions therefor as specified in the Federal Aviation Regulations and the Type Certificate Data Sheet, meets the airworthiness requirements of Part 33 of the Federal Aviation Regulations.*

Models
O-360
IO-360

*This certificate, and the Type Certificate Data Sheet which is a part hereof, shall remain in effect until surrendered, suspended, revoked, or a termination date is otherwise established by the Administrator of the Federal Aviation Administration.*

*Date of application:*    July 17, 2001

*Date of issuance:*    March 31, 2004

*By direction of the Administrator.*

*(Signature)* _____
S. Frances Cox
Manager, Special Certification Office
*(Title)* _____
Southwest Region

*This certificate may be transferred if endorsed as provided on the reverse hereof.*

*Any alteration of this certificate and/or the Type Certificate Data Sheet is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.*

FAA FORM 8110-9 (2-82)

*Department of Transportation*
Federal Aviation Administration

**ENGINE**

*Type Certificate*

*Number* E00001SC

*This certificate issued to* Superior Air Parts, Incorporated

certifies that the type design for the following product with the operating limitations and conditions therefor as specified in the Federal Aviation Regulations and the Type Certificate Data Sheet, meets the airworthiness requirements of Part 33 of the Federal Aviation Regulations.

Models
O-360
IO-360

*This certificate, and the Type Certificate Data Sheet which is a part hereof, shall remain in effect until surrendered, suspended, revoked, or a termination date is otherwise established by the Administrator of the Federal Aviation Administration.*

*Date of application:* July 17, 2001

*Date of issuance:* March 31, 2004

*By direction of the Administrator.*

*(Signature)*

S. Frances Cox
Manager, Special Certification Office
*(Title)* Southwest Region

This certificate may be transferred if endorsed as provided on the reverse hereof.

*Any alteration of this certificate and/or the Type Certificate Data Sheet is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.*

FAA FORM 8110-9 (2-82)



**European Aviation Safety Agency**

# TYPE CERTIFICATE

## EASA.(IM).E.024

This certificate, established in accordance with Regulations (EC) No 1592/2002 and (EC) No 1702/2003 and issued to

# Superior Air Parts, Inc.

621 South Royal Lane, Suite 100
Coppell
Texas 75019-3805
USA

certifies that the engine type designs listed below comply with the applicable Type Certification Basis and environmental protection requirements when operated within the conditions and limitations specified on the associated Type Certificate Data Sheet N°. (IM).E.024

| Model | Date of issue |
|---|---|
| O-360 | 02 November 2006 |
| IO-360 | 02 November 2006 |

This certificate and its associated type-certificate data sheet, which is a part thereof, shall remain valid unless otherwise surrendered or revoked.

For the European Aviation Safety Agency,

Klaus Böwing
Certification Manager Propulsion
Certification Directorate

The United States of America

## Department of Transportation
### Federal Aviation Administration

ENGINE

# Type Certificate

### Number E00001SC

*This certificate issued to* Superior Air Parts, Incorporated

*certifies that the type design for the following product with the operating limitations and conditions therefor as specified in the Federal Aviation Regulations and the Type Certificate Data Sheet, meets the airworthiness requirements of Part* 33 *of the Federal Aviation Regulations.*

Models:
O-360
IO-360

*This certificate, and the Type Certificate Data Sheet which is a part hereof, shall remain in effect until surrendered, suspended, revoked, or a termination date is otherwise established by the Administrator of the Federal Aviation Administration.*

*Date of application:* July 17, 2001

*Date of issuance:* March 31, 2004

By direction of the Administrator.

(Signature) S. Francel Cox
Manager, Special Certification Office
(Title) Southwest Region

*This certificate may be transferred if endorsed as provided on the reverse hereof.*

*Any alteration of this certificate and/or the Type Certificate Data Sheet is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both.*

FAA FORM 8110-9 (2-80)

UNITED STATES OF AMERICA

DEPARTMENT OF TRANSPORTATION

FEDERAL AVIATION ADMINISTRATION

# Air Agency Certificate

*Number* **5SPR667Y**

*This certificate is issued to*

**Superior Air Parts, Inc.**

*whose business address is*

**621 South Royal Lane, Suite 100 Coppell, TX 75019-3805**

*upon finding that its organization complies in all respects
with the requirements of the Federal Aviation Regulations
relating to the establishment of an Air Agency, and is
empowered to operate an approved*

*with the following ratings:*
**Limited Powerplant**

*This certificate, unless canceled, suspended, or revoked,
shall continue in effect* **indefinitely**

*Date issued:*

June 12, 2007

*By direction of the Administrator*

Lewis C. Gonzales Jr.

Manager, Dallas FSDO-05

**This Certificate is not Transferable,** AND ANY MAJOR CHANGE IN THE BASIC FACILITIES, OR IN THE LOCATION THEREOF,
SHALL BE IMMEDIATELY REPORTED TO THE APPROPRIATE REGIONAL OFFICE OF THE FEDERAL AVIATION ADMINISTRATION

*Any alteration of this certificate is punishable by a fine of not exceeding $1,000, or imprisonment not exceeding 3 years, or both*

FAA Form 8000-4 (1-67)      SUPERSEDES FAA FORM 390.      AFS Electronic Forms System - x2 2



*The United States of America*

*Department of Transportation*

## *Federal Aviation Administration*

# Production Certificate

### Number 14SW

*This certificate, issued to*

SUPERIOR AIR PARTS, INC.

*Whose business address is*
621 SOUTH ROYAL LANE, SUITE 100
COPPELL, TEXAS 75019

*and whose manufacturing facilities are located at*
621 SOUTH ROYAL LANE, SUITE 100
COPPELL, TEXAS 75019

*authorizes the production, at the facilities listed above, of reasonable duplicates of*

ENGINES

*which are manufactured in conformity with authenticated data, including drawings, for which Type Certificates specified in the pertinent and currently effective Production Limitation Record were issued. The facilities, methods, and procedures of this manufacturer were demonstrated as being adequate for the production of such duplicates on date of* November 22, 2005.

*Duration:* This certificate shall continue in effect indefinitely, provided, the manufacturer continuously complies with the requirements for original issuance of certificate, or until the certificate is canceled, suspended, or revoked.

*Date Issued:*

November 22, 2005

By direction of the Administrator

Jerald E. Streitz
Manager, Manufacturing Inspection
Office, ASW-180