Schedule B28
Office Equipment

| Area | Description | CAR # | SL # Years | Company Name/Invoice | Acquisition Date | Depreciation Start Date | Monthly Depreciation | Original Cost | Balance 11/30/2008 | Estimated Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1520-1 | S/T Chair, Oxblood | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 5.24 | 314.33 | - | 78.58 |
| 1520-1 | 2 Side chairs, oxblood | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 3.74 | 224.52 | - | 56.13 |
| 1520-1 | S/T Chair, Oxblood | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 3.74 | 224.52 | - | 56.13 |
| 1520-1 | 4 High back leather chairs | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 20.11 | 1,206.81 | - | 301.70 |
| 1520-1 | 12' conference table, black | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 14.97 | 898.09 | - | 224.52 |
| 1520-1 | 8 S/T chairs, black | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 16.47 | 987.90 | - | 246.98 |
| 1520-1 | 6' Oval conference table, mahogany | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 18.24 | 1,094.55 | - | 273.64 |
| 1520-1 | 4 Bankers chairs, oxblood | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 12.72 | 763.38 | - | 190.85 |
| 1520-1 | 10' conference table, cordovan | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 36.20 | 2,172.26 | - | 543.07 |
| 1520-1 | National buffet credenza | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 27.11 | 1,626.67 | - | 406.67 |
| 1520-1 | National av board | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 16.54 | 992.39 | - | 248.10 |
| 1520-1 | National telephone stand | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 9.58 | 574.78 | - | 143.70 |
| 1520-1 | Reception station, mahogany | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 54.26 | 3,255.57 | - | 813.89 |
| 1520-1 | Desk/Credenza set, walnut | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 44.90 | 2,694.27 | - | 673.57 |
| 1520-1 | Desk/Credenza set, cordovan | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 34.61 | 2,076.83 | - | 519.21 |
| 1520-1 | 2 Desk/Credenza set, walnut | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 31.81 | 1,908.44 | - | 477.11 |
| 1520-1 | 2 Desk/Credenza set, oak | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 26.19 | 1,571.66 | - | 392.92 |
| 1520-1 | 2 side chairs, wood arms | | 5 | CFSI - Dallas/9176 | 2/1/2002 | 02/01/02 | 2.25 | 134.71 | - | 33.68 |
| 1520-1 | Full office furniture for Pres & Exec VP | | 5 | Dallas Desk | 2/4/2002 | 02/01/02 | 100.00 | 6,000.00 | - | 1,500.00 |
| 1520-1 | Book shelves for Exec VP office | | 5 | Tim Archer | 2/4/2002 | 02/01/02 | 16.42 | 984.92 | - | 246.23 |
| 1520-1 | Accessory items for executive bathroom | | 5 | Bernie Coleman | 2/4/2002 | 02/01/02 | 5.82 | 349.20 | - | 87.30 |
| 1520-1 | Executive furniture for new offices | | 5 | Dallas Desk | 2/4/2002 | 02/01/02 | 180.48 | 10,828.66 | - | 2,707.17 |
| 1520-1 | Leather top desk, hutch, credz for CFO | | 5 | Texas Furniture Source | 2/5/2002 | 02/01/02 | 95.91 | 5,754.57 | - | 1,438.64 |
| 1520-1 | Dallas Desk | | 5 | Dallas Desk | 2/11/2002 | 03/01/02 | 128.19 | 7,691.13 | - | 1,922.78 |
| 1520-1 | Silk plants, cocktail table, and accessories | | 5 | | 2/23/2002 | 02/01/02 | 9.98 | 598.91 | - | 149.73 |
| 1520-1 | 1 24x45 Computer work table (CFO) | | 5 | Dallas Desk | 3/19/2002 | 04/01/02 | 9.83 | 589.91 | - | 147.48 |
| 1520-1 | Chairs for office | | 5 | Dallas Desk | 3/30/2002 | 04/01/02 | 15.08 | 904.81 | - | 226.20 |
| 1520-1 | 2 Compaq 1010 Thin Clients/4 Dell Planar 15" Mon | | 5 | Aztec Systems/ Invoice 10765 | 3/31/2002 | 04/01/02 | 81.39 | 4,883.59 | - | 1,220.90 |
| 1520-1 | Global Credenza - Harvest Oak (Fin Conf Room) | | 5 | CFSI Dallas/ Invoice 9266 | 4/2/2002 | 04/01/02 | 7.61 | 456.82 | - | 114.21 |
| 1520-1 | Training Rm (1 Blk table, 1 lectern, 2 tables, 14 chairs) | | 5 | Dallas Desk | 4/19/2002 | 04/01/02 | 41.07 | 2,464.09 | - | 616.02 |
| 1520-1 | Fujitsu PC - P1032 Computer - Tim Archer portable | | 3 | Fujitsu PC Online Store/Expense Rpt | 6/13/2002 | 06/01/02 | 57.69 | 2,076.84 | - | 519.21 |
| 1520-1 | Bernie Coleman's laptop | | 3 | Expense report | 6/24/2002 | 07/01/02 | 57.09 | 2,055.14 | - | 513.79 |
| 1520-1 | Qty 2 Compaq Evo D300v and monitors (Hill/Hauser) | | 3 | Aztec Systems/Invoice 11205 | 6/30/2002 | 07/01/02 | 60.31 | 2,171.28 | (0.00) | 542.82 |
| 1520-1 | Software for Engineering | | 3 | Software | 8/7/2002 | 08/01/02 | 20.44 | 735.77 | - | 183.94 |
| 1520-1 | 15" LCD Monitor, 21" 20V 25MM Monitor | | 3 | Buy.com/Order # 14001117 | 9/4/2002 | 09/01/02 | 25.90 | 932.44 | - | 233.11 |
| 1520-1 | Citrix Server installation and software | | 3 | Aztec/Invoice 12264 | 9/9/2002 | 02/01/03 | 163.19 | 5,874.73 | - | 1,468.68 |
| 1520-1 | Evo D300v with Intel Pentium 4 | | 3 | Aztec Systems/Invoice 11599 | 9/12/2002 | 09/01/02 | 30.27 | 1,089.69 | - | 272.42 |
| 1520-1 | 5 Drawer lateral files for Engine Sales (qty 2) | | 3 | CFSI/Invoice 3019 | 2/11/2003 | 02/01/03 | 27.81 | 1,001.31 | - | 250.33 |
| 1520-1 | Project Mgmt software for XP360 program (Beall) | | 3 | Buy.com/S Lathan Expense report | 2/24/2003 | 02/01/03 | 14.95 | 538.31 | - | 134.58 |
| 1520-1 | Lobby furniture for Engine facility | EF | 5 | Cantoni/order 0307301ZVOB | 3/7/2003 | 03/01/03 | 80.20 | 4,811.71 | - | 1,202.93 |
| 1520-1 | Deposit on server for IT | | 5 | Information Alternatives/Inv 3246 | 3/20/2003 | 03/01/03 | 33.33 | 2,000.00 | - | 500.00 |
| 1520-1 | Desks and shelving for Engine facility | EF | 5 | EB PRODUCT DISPLAYS | 3/24/2003 | 03/01/03 | 35.57 | 2,134.21 | - | 533.55 |
| 1520-1 | Electric hoist and carts for Engine facility | EF | 5 | Timsco/Invoice 22238 | 3/27/2003 | 04/01/03 | 43.48 | 2,608.77 | - | 652.19 |
| 1520-1 | Compaq Evo and related accessories | | 5 | Aztec Systems/Invoice 12459 | 3/28/2003 | 04/01/03 | 106.66 | 6,399.74 | - | 1,599.94 |
| 1520-1 | Server accessories and configuration | | 5 | Information Alternatives/Inv 3272 | 3/31/2003 | 04/01/03 | 155.48 | 9,328.82 | - | 2,332.21 |
| 1520-1 | 8' beams and wire decks | | 5 | Mel Handling Equipment/Invoice 38054 | 4/7/2003 | 04/01/03 | 61.86 | 3,711.68 | - | 927.92 |
| 1520-1 | Shelf carts for Engine facility | EF | 5 | Timsco/Invoice 2238A | 4/8/2003 | 04/01/03 | 47.29 | 2,837.64 | - | 709.41 |
| 1520-1 | Compaq Evo S/N 6X31KN8ZF0CN | | 5 | Aztec Systems/Invoice 12524 | 4/8/2003 | 04/01/03 | 19.98 | 1,198.98 | - | 299.75 |
| 1520-1 | Modular cabinets and counter tops for Eng Facility | EF | 5 | Timsco/Invoice 2238B | 4/9/2003 | 04/01/03 | 180.12 | 10,807.26 | - | 2,701.82 |

| Acct | Description | Loc | Life | Vendor/Invoice | Date | In Svc | Monthly | Cost | Accum | NBV |
|---|---|---|---|---|---|---|---|---|---|---|
| 1520-1 | Compaq Evo N1020 and accessories | | 5 | Aztec Systems/Invoice 12533 | 4/15/2003 | 05/01/03 | 50.21 | 3,012.60 | - | 753.15 |
| 1520-1 | 48"x46" wire decks | | 5 | Mel Handling Equipment/Invoice 38066 | 4/16/2003 | 04/01/03 | 5.77 | 346.40 | - | 86.60 |
| 1520-1 | Legs for work bench for Engine facility | EF | 5 | Timsco/Invoice 22502 | 4/29/2003 | 05/01/03 | 2.77 | 166.09 | - | 41.52 |
| 1520-1 | 5 Engine Stands | EF | 5 | Tooltime Inc/Invoice 3659 | 4/30/2003 | 04/01/03 | 60.83 | 3,650.00 | - | 912.50 |
| 1520-1 | Engine stands (5) for Engine facility | EF | 5 | Tooltime Inc/Invoice 3662 | 5/3/2003 | 05/01/03 | 60.83 | 3,650.00 | - | 912.50 |
| 1520-1 | Legs for Blue Bench and Blue Stringer | EF | 5 | Timsco/Invoice 22815 | 5/13/2003 | 06/01/03 | 2.24 | 134.38 | - | 33.60 |
| 1520-1 | Legs for Blue Bench | EF | 5 | Timsco/Invoice 22876 | 5/20/2003 | 06/01/03 | 2.21 | 132.58 | - | 33.15 |
| 1520-1 | Gray table w/butcher block top and desk for Eng Facility | EF | 5 | Timsco/Invoice 22791 | 5/22/2003 | 06/01/03 | 52.90 | 3,174.05 | - | 793.51 |
| 1520-1 | 8 Adjustable bar stools for Engine Facility | EF | 5 | Cantoni/Order 0531301GLOY | 5/31/2003 | 06/01/03 | 70.58 | 4,234.74 | - | 1,058.69 |
| 1520-1 | XP360 and Vantage signs for Engine Facility | EF | 5 | Display Concepts/Invoice N030634 | 6/10/2003 | 06/01/03 | 33.76 | 2,025.36 | - | 506.34 |
| 1520-1 | Compaq XW4000 2.4GHz computer & accessories | | 5 | Aztec Systems/Invoice 12779 | 6/13/2003 | 06/01/03 | 50.32 | 3,019.09 | - | 754.77 |
| 1520-1 | Ergonomic Work Stand | | 5 | Global Equipment Co/Invoice 53093336 | 6/30/2003 | 07/01/03 | 11.96 | 717.86 | - | 179.47 |
| 1520-1 | 36x72 Roller Cart for Engine Facility | EF | 5 | | 07/01/03 | 07/01/03 | 23.45 | 1,407.25 | - | 351.81 |
| 1520-1 | Lab View Prof Dev System/Win 2000 | | 5 | National Instruments/Invoice 1201864 | 7/2/2003 | 07/01/03 | 86.52 | 5,190.91 | - | 1,297.73 |
| 1520-1 | Bench and accessories for Engine Center | EF | 5 | Timsco/Invoice 23235 | 8/8/2003 | 08/01/03 | 20.43 | 1,225.99 | - | 306.50 |
| 1520-1 | Prints and lettering for Engine Center | EF | 5 | Jim Wilson Photography/Invoice 002127 | 8/11/2003 | 08/01/03 | 104.36 | 6,261.78 | - | 1,565.45 |
| 1520-1 | Table changes (replace wooden lips w/plastic) | | 5 | Mel Handling Equipment/Invoice 38181 | 10/14/2003 | 10/01/03 | 12.63 | 757.75 | - | 189.44 |
| 1520-1 | Design Space for Inventor w/Enhancements - CAD | | 5 | Avatech Solutions/Invoice 1410IN-16379 | 10/31/2003 | 11/01/03 | 95.63 | 5,737.50 | - | 1,434.38 |
| 1520-1 | New inventory racking for warehouse | | 5 | Mel Handling Equipment/Invoice 38214 | 12/1/2003 | 12/01/03 | 36.16 | 2,169.33 | - | 542.33 |
| 1520-1 | Inventor Series 8 - UPG from R5 (2 copies) | | 5 | Avatech Solutions/Invoice 1410IN-16496 | 1/26/2004 | 02/01/04 | 148.14 | 8,888.10 | 296.27 | 2,222.03 |
| 1520-1 | Dell Pentium 4 at 2.66 GHz with 533 MHz FSB - IT | | 5 | Dell/Online order | 1/27/2004 | 02/01/04 | 12.25 | 735.06 | 24.50 | 183.77 |
| 1520-1 | Dell Dimension 2400 Series w/ XP Pro | | 5 | Dell/Online order | 1/27/2004 | 02/01/04 | 15.59 | 935.30 | 31.18 | 233.83 |
| 1520-1 | NetScreen 5GT Plus w/ support | | 5 | Aztec Systems/Invoice 13705 | 1/29/2004 | 01/01/04 | 17.41 | 1,044.61 | 17.41 | 261.15 |
| 1520-1 | Dell Dimension 2400 PC for Engineering | | 5 | Dell on line order | 1/30/2004 | 01/01/04 | 17.65 | 1,058.70 | 17.65 | 264.68 |
| 1520-1 | Scale - 9511-16062 (PC-802/1001b) | | 5 | Aldinger Company/Inv INVSLS0049952 | 2/12/2004 | 02/01/04 | 14.23 | 853.71 | 28.46 | 213.43 |
| 1520-1 | Dell Dimension 2400 w/ Pentium 4 @ 2.66GHz | | 5 | Dell On Line Order | 3/1/2004 | 03/01/04 | 13.87 | 832.46 | 41.62 | 208.12 |
| 1520-1 | Dell Precision Workstation 360 Minitower (Web Design) | | 5 | Dell On Line Order | 3/3/2004 | 03/01/04 | 42.11 | 2,526.83 | 126.34 | 631.71 |
| 1520-1 | Software for Dell Precision Workstation (Web Design) | | 5 | Buy.com on line order/18415395 | 3/11/2004 | 03/01/04 | 46.42 | 2,785.07 | 139.25 | 696.27 |
| 1520-1 | Dell Inspirion 1100 w/14.1XGA,P4,2.4GHz | | 5 | Dell On Line Order | 3/25/2004 | 03/01/04 | 26.41 | 1,584.88 | 79.24 | 396.22 |
| 1520-1 | Rollaway toolbox | EF | 5 | Sam's Club/Evan Yearsley expense rpt | 4/6/2004 | 04/01/04 | 11.81 | 708.73 | 47.25 | 177.18 |
| 1520-1 | Warehouse shelving (12' uprights and shelves) | | 5 | Mel Handling Equipment/Invoice 38340 | 5/26/2004 | 06/01/04 | 26.81 | 1,608.60 | 160.86 | 402.15 |
| 1520-1 | Magstar Tap Library w/ 1 drive (new server) | | 5 | Relational Technology/Invoice WSI00805 | 6/14/2004 | 06/01/04 | 194.85 | 11,691.00 | 1,169.10 | 2,922.75 |
| 1520-1 | Multi-shelf cart with special shelf spacing | EF | 5 | Timsco/Invoice 35489 | 10/29/2004 | 11/01/04 | 58.13 | 3,487.83 | 639.44 | 871.96 |
| 1520-1 | HP A700N Pavilion Desktop PC | | 5 | TechDepot/Invoice B041264226V1 | 12/14/2004 | 12/01/04 | 10.73 | 643.55 | 128.71 | 160.89 |
| 1520-1 | Compaq Presario R3220US Notebook - Recondition | | 5 | TechDepot/Invoice B0412138542V1 | 12/28/2004 | 01/01/05 | 19.51 | 1,170.63 | 253.64 | 292.66 |
| 1520-1 | 19" E90 Monitor - Quality | | 5 | TechDepot/Invoice B050131548V1 | 1/14/2005 | 01/01/05 | 19.89 | 1,193.43 | 258.58 | 298.36 |
| 1520-1 | 21" Accusync 120 Monitor - Blake | | 5 | TechDepot/Invoice B050131548V1 | 1/14/2005 | 01/01/05 | 9.33 | 559.69 | 121.27 | 139.92 |
| 1520-1 | 48"x24" Grade A with T-Slot & surface plate | | 5 | Southwestern Gage/Invoice I21153 | 1/19/2005 | 02/01/05 | 43.94 | 2,636.47 | 615.18 | 659.12 |
| 1520-1 | Tailstock sleeve, 1.500 OD centers x 60 degree | | 5 | Southwestern Gage/Invoice I21004 | 1/20/2005 | 02/01/05 | 15.19 | 911.24 | 212.62 | 227.81 |
| 1520-1 | Installation service fees | | 5 | Cebos Ltd/Invoice 2941 | 1/31/2005 | 02/01/05 | 12.50 | 750.00 | 175.00 | 187.50 |
| 1520-1 | Primera Composer XL notebook for sales | | 5 | Tech Depot/Invoice B050245905V1 | 2/22/2005 | 03/01/05 | 44.01 | 2,640.41 | 660.10 | 660.10 |
| 1520-1 | 2 Dell Inspirion laptop computers & software - sales | | 5 | Dell on line order | 2/23/2005 | 02/01/05 | 55.75 | 3,344.92 | 780.48 | 836.23 |
| 1520-1 | Dell Dimension 4700 desktop for engineering | | 5 | Dell on line order | 3/15/2005 | 03/01/05 | 19.99 | 1,199.41 | 299.85 | 299.85 |
| 1520-1 | Dell Inspirion 600M and Inspirion 6000 notebooks | | 5 | Dell on line order | 3/15/2005 | 03/01/05 | 40.22 | 2,412.90 | 603.23 | 603.23 |
| 1520-1 | Windows Server 2003, Standard (5 client) | | 3 | TechDepot/Invoice B05055349V1 | 5/3/2005 | 05/01/05 | 27.26 | 981.19 | - | 245.30 |
| 1520-1 | SQL Server 2000 Std | | 3 | TechDepot/Invoice B05055349V2 | 5/4/2005 | 05/01/05 | 131.09 | 4,719.35 | - | 1,179.84 |
| 1520-1 | Webtrends software | | 3 | Tech Depot/Invoice B050518338V1 | 5/24/2005 | 06/01/05 | 97.17 | 3,498.27 | - | 874.57 |
| 1520-1 | Office 2003 Professional Edition Upgrade | | 3 | Tech Depot/Invoice B050548624 | 5/26/2005 | 06/01/05 | 358.10 | 12,891.51 | - | 3,222.88 |
| 1520-1 | Compaq Presario X6000 Notebook PC | | 3 | HP Shopping/Order H5675525 | 6/27/2005 | 06/01/05 | 70.06 | 2,521.98 | - | 630.50 |
| 1520-1 | Dell Dimension 3000 | | 3 | Dell Online order | 7/7/2005 | 07/01/05 | 27.39 | 986.17 | - | 246.54 |
| 1520-1 | dc7100 small form factor computer | | 3 | TechDepot/Invoice B05071226V1 | 7/7/2005 | 07/01/05 | 24.94 | 897.90 | - | 224.48 |

| Acct | Description | | Life | Vendor/Invoice | Date | In Service | Dep | Cost | Accum | Net |
|---|---|---|---|---|---|---|---|---|---|---|
| 1520-1 | Phone equipment and installation | | 3 | IWATSU America/Invoice 605122 | 7/12/2005 | 07/01/05 | 31.11 | 1,120.00 | - | 280.00 |
| 1520-1 | Beams and shelving for storage units | | 3 | Mel Handling Equipment/Invoice 38631 | 7/22/2005 | 07/01/05 | 25.86 | 930.95 | - | 232.74 |
| 1520-1 | Inventor Series 10 -Upgrade | | 3 | Avatech/Invoice 1410IN-17382 | 9/27/2005 | 10/01/05 | 153.59 | 5,529.41 | - | 1,382.35 |
| 1520-1 | Laptop for Sales (Brent) | | 3 | Tech Depot/Inv B051030086V1 | 10/21/2005 | 11/01/05 | 37.24 | 1,340.70 | - | 335.18 |
| 1520-1 | Computer cabinet | | 3 | Timsco/Invoice 40469 | 11/9/2005 | 11/01/05 | 24.34 | 876.21 | - | 219.05 |
| 1520-1 | Phone equipment and installation | | 3 | IWATSU America/Invoice 612813 | 12/2/2005 | 12/01/05 | 33.02 | 1,188.56 | - | 297.14 |
| 1520-1 | Bin boxes for warehouse shelving | | 3 | WW Cannon/Order 054006 | 12/12/2005 | 12/01/05 | 115.24 | 4,148.46 | - | 1,037.12 |
| 1520-1 | Warehouse shelving - wire decks and beams | | 3 | Mel Handling Equipment/Invoice 38731 | 12/16/2005 | 12/01/05 | 342.64 | 12,335.09 | - | 3,083.77 |
| 1520-1 | HP Compaq nx6110 - laptop for sales (Knick) | | 3 | TechDepot/Invoice B060146571V1 | 2/1/2006 | 02/01/06 | 25.96 | 934.59 | 51.92 | 233.65 |
| 1520-1 | Bench and lower shelf for bench | | 3 | Timsco/Invoice 42527 | 3/31/2006 | 04/01/06 | 72.42 | 2,607.24 | 289.69 | 651.81 |
| 1520-1 | Support beams and wire shelves for whse bulk strg | | 3 | Mel Handling Equipment/Invoice 38803 | 4/6/2006 | 04/01/06 | 246.57 | 8,876.50 | 986.28 | 2,219.13 |
| 1520-1 | HP Compaq nx6115 - laptop for sales (Jeff) | | 3 | Tech Depot/Invoice B06052300V1 | 5/2/2006 | 05/01/06 | 26.31 | 947.01 | 131.53 | 236.75 |
| 1520-1 | New Phone equipment for call center | | 3 | IWATSU America/Invoice 620610 | 5/9/2006 | 05/01/06 | 70.95 | 2,554.12 | 354.74 | 638.53 |
| 1520-1 | 3 Compaqs (2 sr1755nx, 1 sr1703 refurb) | | 3 | Fry's Electronics/Inv 3060109 | 6/1/2006 | 06/01/06 | 54.42 | 1,959.17 | 326.53 | 489.79 |
| 1520-1 | Lenovo ThinkPad X60 1708 | | 3 | Tech Depot/Invoice B06066743V1 | 6/6/2006 | 06/01/06 | 54.97 | 1,978.82 | 329.80 | 494.71 |
| 1520-1 | Panasonic Toughbook W4 | | 3 | Tech Depot/Invoice B06062289OV2 | 6/19/2006 | 06/01/06 | 61.05 | 2,197.87 | 366.31 | 549.47 |
| 1520-1 | NEC VT580 - LCD Projector and lamp | | 3 | Tech Depot/Invoice B06074129V1 | 7/7/2006 | 07/01/06 | 34.95 | 1,258.07 | 244.62 | 314.52 |
| 1520-1 | Electric outlets for new servers | | 3 | Electric Man/Invoice 02705 | 8/7/2006 | 08/01/06 | 118.92 | 4,281.24 | 951.39 | 1,070.31 |
| 1520-1 | HP NC6220 PM1.7C 512MB 60G - M. Caban | | 3 | Tech Depot/Invoice B060812876V1 | 8/10/2006 | 08/01/06 | 38.03 | 1,369.11 | 304.25 | 342.28 |
| 1520-1 | Labview Basics interactive training CDs | | 3 | National Instruments/Invoice 1677308 | 8/21/2006 | 08/01/06 | 38.58 | 1,388.89 | 308.64 | 347.22 |
| 1520-1 | Hard drives for new servers 500GB SATA II for AX150 | | 3 | Dell/Invoice P54378580 | 8/23/2006 | 09/01/06 | 40.37 | 1,453.15 | 363.29 | 363.29 |
| 1520-1 | Bulk rack shelving and shelves for warehouse | | 3 | Mel Handling Equipment/Invoice 38896 | 9/2/2006 | 09/01/06 | 121.75 | 4,383.04 | 1,095.76 | 1,095.76 |
| 1520-1 | Office furniture for QA offices | | 3 | The Desk & Chair/Invoice 82870 | 9/15/2006 | 09/01/06 | 144.93 | 5,217.32 | 1,304.33 | 1,304.33 |
| 1520-1 | Bookcase for QA offices | | 3 | The Desk & Chair/Invoice 82930 | 9/16/2006 | 09/01/06 | 10.77 | 387.55 | 96.89 | 96.89 |
| 1520-1 | Desktop PCs for whse (2); USB to parallel connect | | 3 | Tech Depot/Invoice B061013805V1 | 10/11/2006 | 11/01/06 | 28.01 | 1,008.36 | 308.11 | 252.09 |
| 1520-1 | Rolling tables for cylinder shop (4) | | 3 | Mel Handling Equipment/Inv 38923 | 10/13/2006 | 11/01/06 | 51.12 | 1,840.25 | 562.30 | 460.06 |
| 1520-1 | Lenovo 3000 J105 Desktop and monitor | | 3 | Tech Depot/Invoice B061115406V1 | 11/10/2006 | 11/01/06 | 33.94 | 1,221.73 | 373.31 | 305.43 |
| 1520-1 | Cabinet HS900 for quality tools (3) | | 3 | Dmark Corporation/Invoice 06-7526 | 1/8/2007 | 01/01/07 | 113.41 | 4,082.64 | 1,474.29 | 1,020.66 |
| 1520-1 | Workbench, risers, and shelfs | | 3 | Grainger/Invoice 9297701261 | 2/13/2007 | 02/01/07 | 75.74 | 2,726.71 | 1,060.39 | 681.68 |
| 1520-1 | Pallet hand truck, marking tape, and receptacles | | 3 | Grainger/Invoice 9299424490 | 2/15/2007 | 02/01/07 | 18.07 | 650.59 | 253.01 | 162.65 |
| 1520-1 | Black cross link foam for QA lab | | 3 | Royal Case Co/Invoice 74248 | 2/15/2007 | 02/01/07 | 67.66 | 2,435.75 | 947.24 | 608.94 |
| 1520-1 | Bulk rack shelving and shelves for warehouse | | 3 | Mel Handling Equip/Invoice 39054 | 4/7/2007 | 04/01/07 | 164.36 | 5,916.95 | 2,629.76 | 1,479.24 |
| 1520-1 | Powerware 5125-6000HW for UPS | | 3 | Power Factor Inc./Invoice PFIQ9213 | 5/14/2007 | 05/01/07 | 111.60 | 4,017.65 | 1,897.22 | 1,004.41 |
| 1520-1 | Warhouse shelving 48x16 uprights and racks | | 3 | Mel Handling/ Invoice 39132 | 8/1/2007 | 08/01/07 | 67.30 | 2,422.64 | 1,345.91 | 605.66 |
| 1520-1 | LG L226WTQ-BF2 monitor for Director of IT | | 3 | Fry's Electronics | 8/24/2007 | 08/01/07 | 10.52 | 378.82 | 210.46 | 94.71 |
| 1520-1 | Wire shelving for warehouse | | 3 | Uline/Invoice 20303768 | 9/27/2007 | 10/01/07 | 31.80 | 1,144.63 | 699.50 | 286.16 |
| 1520-1 | Office Pro Plus 2007 | | 3 | Dell/Inv 865949872 | 10/8/2007 | 11/01/07 | 71.44 | 2,571.81 | 1,643.10 | 642.95 |
| 1520-1 | OptiPlex 330 Minitower | | 3 | Dell/Inv 865949930 | 10/16/2007 | 11/01/07 | 44.49 | 1,601.71 | 1,023.31 | 400.43 |
| 1520-1 | Dual Core Xenon Processor server | | 3 | Dell/Inv 885927841 | 10/19/2007 | 11/01/07 | 114.77 | 4,131.76 | 2,639.74 | 1,032.94 |
| 1520-1 | Windows Server Std 2003 | | 3 | Dell/Inv 885927973 | 10/21/2007 | 11/01/07 | 38.76 | 1,395.18 | 891.37 | 348.80 |
| 1520-1 | System backup server and software | | 3 | Dell/Inv 885927957 | 10/22/2007 | 11/01/07 | 117.31 | 4,223.03 | 2,698.05 | 1,055.76 |
| 1520-1 | PowerVault 124T | | 3 | Dell/Inv 885927916 | 10/26/2007 | 11/01/07 | 136.74 | 4,922.69 | 3,145.05 | 1,230.67 |
| 1520-1 | Dell Latitude D630 | | 3 | Dell/Inv 924482188 | 11/19/2007 | 12/01/07 | 38.06 | 1,370.03 | 913.35 | 342.51 |
| 1520-1 | Windows Vista Business | | 3 | Dell/Inv 924482212 | 11/20/2007 | 12/01/07 | 17.71 | 637.54 | 425.03 | 159.39 |
| 1520-1 | Tape Media for LT03 and front dongle cable | | 3 | Dell/Inv XC9RKRFN9 | 12/11/2007 | 12/01/07 | 20.85 | 750.63 | 500.42 | 187.66 |
| 1520-1 | 4GB memory module for Dell PowerEdge Server | | 3 | Dell/Inv XC9RKKXW4 | 12/11/2007 | 12/01/07 | 103.92 | 3,741.06 | 2,494.04 | 935.27 |
| 1520-1 | Windows server Std 2003 R2 | | 3 | Dell/Inv XC9TMXT24 | 12/12/2007 | 12/01/07 | 19.06 | 686.25 | 457.50 | 171.56 |
| 1520-1 | Suplies-Engine Run Stand | TC | 5 | Bill Blackwood/Home Depot | 3/22/2008 | 03/01/08 | 4.74 | 284.51 | 241.83 | 71.13 |
| 1520-1 | Quad Core Xeon Processor | | 3 | Dell/XCK57FN81 | 3/26/2008 | 04/01/08 | 131.28 | 4,726.19 | 3,675.93 | 1,181.55 |
| 1520-1 | Resolve Storage Issues | | 3 | Choice Solutions, LLC | 7/28/2008 | 08/01/08 | 15.56 | 560.00 | 497.78 | 140.00 |
| 1520-1 | Juniper 5GT & SPG Products | | 3 | Choice Solutions | 9/30/2008 | 10/01/08 | 5.01 | 180.21 | 170.20 | 45.05 |