Schedule B29
Machinery

| Area | Description | CAR # | SL # Years | Company Name/Invoice | Acquisition Date | Depreciation Start Date | Monthly Depreciation | Original Cost | Balance 11/30/2008 | Estimated Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1530-1 | 4 Shelf Bins-RED | | 10 | Shelfbins United States Plastics-686289 | 02/16/99 | 02/16/99 | 5.88 | 705.77 | - | 176.44 |
| 1530-1 | ARTMS-200E2 HEATER FOR OIL MACHINE | | 10 | Chromalox Inv, # 175821-300 | 2/6/2001 | 02/01/01 | 6.58 | 789.43 | 171.04 | 197.36 |
| 1530-1 | Marktronic Multidot and software | | 10 | DAPRA Marking System PO# 10174 | 10/19/01 | 10/01/01 | 135.33 | 16,239.90 | 4,601.31 | 4,059.98 |
| 1530-1 | Air Dryer | | 10 | Grainger/201-867180-6 | 1/28/2002 | 02/01/02 | 12.11 | 1,452.72 | 460.03 | 363.18 |
| 1530-1 | Air compressor installation and pipe drops | | 10 | American Air Compressor/Inv 14607 | 2/6/2002 | 03/01/02 | 11.77 | 1,412.66 | 459.11 | 353.17 |
| 1530-1 | 950-939-9 Digi Kit and 209-783 Dial Caliper | | 10 | Crescent Gage and Tool/Invoice 11791 | 4/22/2002 | 05/01/02 | 8.02 | 962.07 | 328.71 | 240.52 |
| 1530-1 | MTI-178-923A; Mitutoyo, Surftest, Model SJ-201P | | 10 | Southwestern Gage, Inc./Invoice I13485 | 4/25/2002 | 05/01/02 | 16.71 | 2,005.78 | 685.31 | 501.45 |
| 1530-1 | 2 ZEB-112-741-00000 Bar Code equipment | | 5 | Texas Barcode Systems/Invoice 43071 | 8/5/2003 | 08/01/03 | 83.27 | 4,996.25 | - | 1,249.06 |
| 1530-1 | Engine Test Stand | EF | 10 | Various | 12/29/2004 | 01/01/05 | 358.70 | 43,044.26 | 26,185.26 | 21,522.13 |
| 1530-1 | Bench center head and indicator base | | 10 | Southwestern Gage/Invoice I20908 | 1/5/2005 | 01/01/05 | 14.16 | 1,699.20 | 1,033.68 | 424.80 |
| 1530-1 | Engine Test Stand additional parts | EF | 10 | Various | 2/1/2005 | 02/01/05 | 53.95 | 6,473.91 | 3,992.24 | 3,236.96 |
| 1530-1 | Engine Test Stand additional parts | EF | 10 | Various | 3/1/2005 | 03/01/05 | 5.02 | 601.82 | 376.14 | 300.91 |
| 1530-1 | Blower fan and installation | | 10 | Grainger/Invoice 946-671093-7 | 3/1/2005 | 03/01/05 | 25.39 | 3,046.51 | 1,904.07 | 761.63 |
| 1530-1 | Quality inspection software | | 3 | Audie Technology/Invoice 13016 | 4/12/2005 | 04/01/05 | 74.63 | 2,686.50 | - | 671.63 |
| 1530-1 | Parts for test stand | EF | 5 | Grainger Generator | 5/15/2005 | 06/01/05 | 12.07 | 724.19 | 217.26 | 362.10 |
| 1530-1 | Fuel tank for test stand | EF | 5 | Swafford Precision | 5/15/2005 | 06/01/05 | 23.33 | 1,400.00 | 420.00 | 700.00 |
| 1530-1 | Experimental propeller and governor for Test Cell | | 5 | American Propeller Srvc/Inv 5531-01-2006 | 1/30/2006 | 02/01/06 | 76.67 | 4,600.00 | 1,993.33 | 1,150.00 |
| 1530-1 | Conn plug, crimp contact, and serial wrap - Test Cell | | 5 | Digi-Key/Invoice 19812362 | 2/10/2006 | 02/01/06 | 4.32 | 258.99 | 112.23 | 64.75 |
| 1530-1 | Black, white, and yellow connectors - Test Cell | | 5 | Omega Engineering/Invoice 989243 | 2/13/2006 | 02/01/06 | 2.93 | 175.79 | 76.18 | 43.95 |
| 1530-1 | Types J & K thermocouple probes - Test Cell | | 5 | UMA, Inc./Invoice 130798 | 2/14/2006 | 02/01/06 | 18.42 | 1,104.97 | 478.82 | 276.24 |
| 1530-1 | Oil temp - Test Cell | | 5 | Van's Aircraft/Invoice 5781 | 2/15/2006 | 02/01/06 | 2.32 | 139.32 | 60.37 | 34.83 |
| 1530-1 | Dynafocal engine mount - Test Cell | | 5 | Halsey Engineering/Invoice 6645 | 3/27/2006 | 05/01/06 | 41.67 | 2,500.00 | 1,208.33 | 625.00 |
| 1530-1 | Exabyte VXA-2 Packet 1x10 1U Autoloader | | 5 | Tech Depot/Invoice B060425978V2 | 4/21/2006 | 05/01/06 | 32.45 | 1,946.91 | 941.01 | 486.73 |
| 1530-1 | Thermocouple probes - Test Cell | | 5 | U.M.A., Inc./Invoice 131450 | 5/18/2006 | 05/01/06 | 33.70 | 2,022.20 | 977.40 | 505.55 |
| 1530-1 | Double wall storage tank - Test Cell | | 5 | BH Tank, Inc./Invoice 13152 | 5/26/2006 | 06/01/06 | 62.75 | 3,765.16 | 1,882.58 | 941.29 |
| 1530-1 | Conical and Dynafocal engine mounts - Test Cell | | 5 | Halsey Engineering/Invoice 6740 | 6/5/2006 | 06/01/06 | 99.00 | 5,940.00 | 2,970.00 | 1,485.00 |
| 1530-1 | Shelf cabinet, stool, and rivet tool - Test Cell | | 5 | McMaster-Carr/Invoice 45939716 | 6/21/2006 | 06/01/06 | 8.58 | 515.06 | 257.53 | 128.77 |
| 1530-1 | Engine mounts for test cells | | 5 | Air Power, Inc./Invoice 06/23/06144586 | 6/21/2006 | 08/01/06 | 12.78 | 767.05 | 409.09 | 191.76 |
| 1530-1 | Marsh Electric Kraft Tape dispenser | | 5 | Uline/Invoice 15431630 | 7/12/2006 | 07/01/06 | 17.34 | 1,040.30 | 537.49 | 260.08 |
| 1530-1 | Bin shelving for sales documents room | | 5 | Mel Handling Equipment/Invoice 38906 | 9/18/2006 | 09/01/06 | 39.40 | 2,364.18 | 1,300.30 | 591.05 |
| 1530-1 | Sony Ericsson K800i laptop for Elmar (QA) | | 5 | Thielert/Invoice 460044 | 9/21/2006 | 01/01/07 | 39.27 | 2,356.20 | 1,452.99 | 589.05 |
| 1530-1 | Latitude D620 laptops for Engineering & Training | | 5 | Dell Marketing/Invoice R57906220 | 10/29/2006 | 11/01/06 | 63.43 | 3,806.04 | 2,220.19 | 951.51 |
| 1530-1 | Dell Precision 490 (3) for Engineering | | 5 | Dell/Inv T07059161 | 11/29/2006 | 12/01/06 | 126.22 | 7,573.16 | 4,543.90 | 1,893.29 |
| 1530-1 | Dell Latitude D620 for Bill Blackwood | EO | 5 | Dell/Inv T22443341 | 12/5/2006 | 12/01/06 | 24.75 | 1,485.18 | 891.11 | 371.30 |
| 1530-1 | Dell Latitude D620 for Bill Brogdon | | 5 | Dell/Inv T23344770 | 12/8/2006 | 12/01/06 | 24.75 | 1,485.18 | 891.11 | 371.30 |
| 1530-1 | Carrying case and Accessories for Dell Latitude D620 | EO | 5 | Dell/Inv T21105825 | 12/8/2006 | 12/01/06 | 2.34 | 140.62 | 84.37 | 70.31 |
| 1530-1 | Multi-shelf carts for engine overhaul (10) | | 5 | Timsco/Invoice 46735 | 12/27/2006 | 12/01/06 | 89.98 | 5,398.59 | 3,239.15 | 2,699.30 |
| 1530-1 | Jib crane for Engine overhaul facility | EO | 5 | Timsco/Invoice 46731 | 12/27/2006 | 12/01/06 | 29.01 | 1,740.73 | 1,044.44 | 870.37 |
| 1530-1 | Cabinets for Engine Overhaul facility | | 5 | Timsco/Invoice 46909 | 1/10/2007 | 01/01/07 | 27.41 | 1,644.33 | 1,014.00 | 411.08 |
| 1530-1 | Engine stands for engine build facility | | 5 | Tooltime/Invoice 00004611 | 1/11/2007 | 11/01/07 | 63.17 | 3,790.00 | 2,968.83 | 947.50 |
| 1530-1 | Brinell Test machine for QA | | 5 | Qualitest/Invoice IO701-30 | 1/12/2007 | 01/01/07 | 86.88 | 5,212.50 | 3,214.38 | 1,303.13 |
| 1530-1 | Cabinets for Engine Overhaul facility | | 5 | Timsco/Invoice 46985 | 1/16/2007 | 01/01/07 | 34.93 | 2,095.72 | 1,292.36 | 523.93 |
| 1530-1 | Electric convection oven - 11KW - 240 volt | EO | 5 | Instawares/Invoice 354141 | 2/1/2007 | 03/01/07 | 42.81 | 2,568.83 | 1,669.74 | 1,284.42 |
| 1530-1 | 101696S-A Soda Cabinet with dust collection | EO | 5 | ACE/Invoice 1100201168 | 2/8/2007 | 02/01/07 | 74.82 | 4,489.00 | 2,843.03 | 2,244.50 |
| 1530-1 | Dell Latitude D420, Intel core duo U2500/Lochridge | | 5 | Dell/Invoice U40541157 | 3/1/2007 | 03/01/07 | 26.70 | 1,602.02 | 1,041.31 | 400.51 |
| 1530-1 | 2 Proof designs for test cells | EO | 5 | Emprise Corp/Invoice C06042-001 | 3/8/2007 | 03/01/07 | 520.88 | 31,253.06 | 20,314.49 | 7,813.27 |
| 1530-1 | 49055-11/c certified Ohaus weight for scale | | 5 | Scalesonline.com | 4/27/2007 | 05/01/07 | 12.82 | 769.25 | 525.65 | 192.31 |
| 1530-1 | Modular engine Dyno Test Cell soundproof room | TC | 5 | Soundmaster | 6/8/2007 | 10/01/07 | 250.17 | 15,010.00 | 11,507.67 | 7,505.00 |
| 1530-1 | Louisville ladder GS for warehouse | | 5 | Fastenal/ Invoice TXCAR108924 | 7/31/2007 | 08/01/07 | 11.51 | 690.74 | 506.54 | 172.69 |

| Code | Description | TC | Qty | Vendor | Date | Period | Depr | Cost | Book | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1530-1 | Northstar 8000 watt generator for test cell | | 5 | Northern Tool | 8/28/2007 | 08/01/07 | 27.00 | 1,619.99 | 1,187.99 | 405.00 |
| 1530-1 | Portable hardness tester | | 5 | GE Inspection Tech/Inv KB 470741 | 9/12/2007 | 09/01/07 | 165.14 | 9,908.38 | 7,431.29 | 2,477.10 |
| 1530-1 | Dell Precision 390 Mini tower | | 5 | Dell/Invoice 865949963 | 10/7/2007 | 10/01/07 | 73.68 | 4,420.60 | 3,389.13 | 1,105.15 |
| 1530-1 | 160hp prop for engine test cell | | 5 | Eagle Engines/Invoice 1436 | 10/17/2007 | 11/01/07 | 23.33 | 1,400.00 | 1,096.67 | 350.00 |
| 1530-1 | Soundproof room charge 35% | | 5 | Taylor Dynamometer/Inv 71115-1 | 11/15/2007 | 01/01/08 | 312.25 | 18,734.80 | 15,300.09 | 4,683.70 |
| 1530-1 | Modular engine Dyno Test Cell soundproof room | TC | 5 | Soundmaster/Inv 650658 | 11/21/2007 | 01/01/08 | 280.08 | 16,805.00 | 13,724.08 | 8,402.50 |
| 1530-1 | MVP-50P-6 Engine test stand data system | | 5 | Electronics International/Invoice 102827 | 1/2/2008 | 01/01/08 | 68.93 | 4,135.75 | 3,377.53 | 1,033.94 |
| 1530-1 | Test club - 180 hp | | 5 | Arrowprop Company | 1/14/2008 | 01/01/08 | 22.98 | 1,379.00 | 1,126.18 | 344.75 |
| 1530-1 | Suplies-Engine Run Stand | TC | 5 | Bill Blackwood/Home Depot | 1/24/2008 | 02/01/08 | 1.57 | 94.03 | 78.36 | 47.02 |
| 1530-1 | Suplies-Engine Run Stand | TC | 5 | Bill Blackwood/Lowe's/AutoZone | 1/27/2008 | 02/01/08 | 1.56 | 93.86 | 78.22 | 46.93 |
| 1530-1 | Test stand for test cell | TC | 5 | Craig Caylor | 1/28/2008 | 01/01/08 | 69.13 | 4,147.50 | 3,387.13 | 2,073.75 |
| 1530-1 | Suplies-Engine Run Stand | TC | 5 | Bill Blackwood/Aircraft Spruce | 1/28/2008 | 02/01/08 | 1.38 | 82.52 | 68.77 | 41.26 |
| 1530-1 | Exhaust systems for test cell | TC | 5 | RAM Aircraft LP/SO# S066696 | 1/30/2008 | 01/01/08 | 116.13 | 6,968.00 | 5,690.53 | 3,484.00 |
| 1530-1 | Suplies-Engine Run Stand | TC | 5 | Bill Blackwood/Auto Zone | 2/3/2008 | 02/01/08 | 2.41 | 144.43 | 120.36 | 72.22 |
| 1530-1 | Exhaust systems for test cell | TC | 5 | RAM Aircraft LP/SO# S066815 | 2/5/2008 | 02/01/08 | 92.33 | 5,539.96 | 4,616.63 | 2,769.98 |
| 1530-1 | Suplies-Engine Run Stand | TC | 5 | BB/ McGill Propeller & Welding | 2/7/2008 | 02/01/08 | 10.00 | 600.00 | 500.00 | 300.00 |
| 1530-1 | Suplies-Engine Run Stand | TC | 5 | Bill Blackwood/Oreilly Auto Parts | 2/9/2008 | 02/01/08 | 2.83 | 169.88 | 141.57 | 84.94 |
| 1530-1 | Hex Head & Soc HD | | 5 | Amco Enterprises | 2/13/2008 | 03/01/08 | 2.93 | 175.62 | 149.28 | 43.91 |
| 1530-1 | Suplies-Engine Run Stand | TC | 5 | Bill Blackwood/Lowe's | 2/19/2008 | 02/01/08 | 0.25 | 15.08 | 12.57 | 7.54 |
| 1530-1 | UHMV- Bearing, Nitrile | | 5 | Grainger/ 9571058610 | 2/19/2008 | 02/01/08 | 1.32 | 78.90 | 65.75 | 39.45 |
| 1530-1 | Oil Pump | | 5 | RAM Aircraft LP/SO67372 | 2/20/2008 | 02/01/08 | 10.60 | 635.87 | 529.89 | 317.94 |
| 1530-1 | Suplies-Engine Run Stand | TC | 5 | Bill Blackwood/Home Depot | 2/23/2008 | 03/01/08 | 6.14 | 368.54 | 313.26 | 184.27 |
| 1530-1 | Test Cell Hardware | TC | 5 | Bill Blackwood/Home Depot | 3/3/2008 | 03/01/08 | 1.89 | 113.60 | 96.56 | 56.80 |
| 1530-1 | Engine Run Test Cell | TC | 5 | BB/Aircraft Spruce and Specialty | 3/3/2008 | 03/01/08 | 5.82 | 349.24 | 296.85 | 174.62 |
| 1530-1 | Used Cessna Engine Mount | | 5 | Roy E. Ray Airport | 3/4/2008 | 03/01/08 | 18.33 | 1,100.00 | 935.00 | 275.00 |
| 1530-1 | DH20 Dynamometer Series | | 5 | Taylor Dynamometer/Inv 52324 | 3/6/2008 | 03/01/08 | 604.35 | 36,261.17 | 30,821.99 | 9,065.29 |
| 1530-1 | Test Cell Hardware | TC | 5 | Bill Blackwood/Aircraft Spruce Specialty | 3/10/2008 | 03/01/08 | 3.14 | 188.66 | 160.36 | 94.33 |
| 1530-1 | 304 Stainless Sheet | TC | 5 | Craig Caylor | 3/11/2008 | 03/01/08 | 13.75 | 825.00 | 701.25 | 412.50 |
| 1530-1 | EDM Machine | | 5 | DFW Movers & Erectors | 3/19/2008 | 03/01/08 | 23.54 | 1,412.50 | 1,200.63 | 353.13 |
| 1530-1 | Set Hood on Duct Work | | 5 | Davis Motor Crane Service | 3/20/2008 | 03/01/08 | 5.51 | 330.75 | 281.14 | 82.69 |
| 1530-1 | Sheet Metal | | 5 | Fireplaces & More/ Inv 157721 | 3/24/2008 | 03/01/08 | 3.81 | 228.60 | 194.31 | 57.15 |
| 1530-1 | Sheet Metal | | 5 | Fireplaces & More/ Inv 157733 | 3/28/2008 | 03/01/08 | 1.49 | 89.10 | 75.74 | 22.28 |
| 1530-1 | Door Face-Mnt Latch & Hand Held Battery Charge | | 5 | Mcmaster-Carr Supply | 3/31/2008 | 04/01/08 | 4.61 | 276.39 | 239.54 | 69.10 |
| 1530-1 | Sheet Metal | TC | 5 | Fireplace and More/ Inv 157737 | 4/1/2008 | 04/01/08 | 3.04 | 182.40 | 158.08 | 91.20 |
| 1530-1 | Test cell components | TC | 5 | BB | 4/1/2008 | 04/01/08 | 5.93 | 355.82 | 308.38 | 177.91 |
| 1530-1 | Test cell components | TC | 5 | BB | 4/1/2008 | 04/01/08 | 1.18 | 71.05 | 61.58 | 35.53 |
| 1530-1 | Spark plug coral plate | TC | 5 | BB | 4/1/2008 | 05/01/08 | 0.65 | 38.88 | 34.34 | 19.44 |
| 1530-1 | Detect External Cracking of Cylinder Heads | | 5 | JETs Inc/ Inv 8104 | 4/2/2008 | 04/01/08 | 6.67 | 400.00 | 346.67 | 100.00 |
| 1530-1 | Coupler & Silicone Collant Hose | | 5 | TH/RAM/Stuart Hose | 4/11/2008 | 04/01/08 | 1.52 | 91.46 | 79.27 | 22.87 |
| 1530-1 | Baffle and Supplies for Test Cell | TC | 5 | DI/Fireplace and More/Stuart Hose | 4/14/2008 | 04/01/08 | 2.07 | 123.98 | 107.45 | 61.99 |
| 1530-1 | Engine Test Cell Parts | TC | 5 | BB/ Stuart Hose | 4/18/2008 | 05/01/08 | 0.52 | 31.36 | 27.70 | 15.68 |
| 1530-1 | Engine Test Cell Parts | TC | 5 | BB/ Lowe's | 4/19/2008 | 05/01/08 | 3.00 | 179.92 | 158.93 | 89.96 |
| 1530-1 | USB RM 1U | | 5 | Dell/ XCM428W49 | 4/21/2008 | 05/01/08 | 9.96 | 597.74 | 528.00 | 149.44 |
| 1530-1 | Misc Hardware and supplies | TC | 5 | BB/ Home Depot | 4/21/2008 | 05/01/08 | 4.07 | 243.96 | 215.50 | 121.98 |
| 1530-1 | Washers | TC | 5 | Aviall/ 0900522153 | 4/22/2008 | 05/01/08 | 0.30 | 18.22 | 16.09 | 9.11 |
| 1530-1 | Hardware for Test Cell | TC | 5 | DI/Home Depot/Ace Hardware | 4/24/2008 | 05/01/08 | 0.93 | 55.94 | 49.41 | 27.97 |
| 1530-1 | Ducting | TC | 5 | Aviall/ 0900522883 | 4/25/2008 | 05/01/08 | 2.03 | 121.55 | 107.37 | 60.78 |
| 1530-1 | Cork Ball Floats | TC | 5 | EY/ Bass Pro Shop | 4/25/2008 | 05/01/08 | 0.06 | 3.67 | 3.24 | 1.84 |
| 1530-1 | Hardware for Test Cell | TC | 5 | DI/Home Depot/Ace Hardware | 4/28/2008 | 05/01/08 | 2.53 | 151.92 | 134.20 | 75.96 |
| 1530-1 | Supplies for Bed Mount and Fixture | TC | 5 | Craig Caylor | 4/30/2008 | 05/01/08 | 16.60 | 996.00 | 879.80 | 498.00 |
| 1530-1 | Wheeled Unit w/40' Hose | | 5 | Texas Fire Extinguisher | 5/1/2008 | 05/01/08 | 52.59 | 3,155.17 | 2,787.07 | 788.79 |

| Code | Description | | Qty | Vendor | Date | Period | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1530-1 | Engine Test Cell Parts | TC | 5 | BB/ Aircraft Spruce & Specialty | 5/2/2008 | 05/01/08 | 2.24 | 134.41 | 118.73 | 67.21 |
| 1530-1 | Misc Hardware and supplies | TC | 5 | EY/ Ace Hardware | 5/6/2008 | 05/01/08 | 2.08 | 124.97 | 110.39 | 62.49 |
| 1530-1 | Misc Parts | TC | 5 | McMaster-Carr | 5/8/2008 | 05/01/08 | 4.08 | 244.88 | 216.31 | 122.44 |
| 1530-1 | NDM Oil Cooler | TC | 5 | BB/ Aircraft Spruce & Specialty | 5/8/2008 | 05/01/08 | 5.39 | 323.24 | 285.53 | 161.62 |
| 1530-1 | Fabrication | | 5 | Sampson Enterprises, Inc | 5/30/2008 | 06/01/08 | 32.40 | 1,944.00 | 1,749.60 | 486.00 |
| 1530-1 | Misc Hardware and supplies | TC | 5 | BB/ Ace Hardware | 6/16/2008 | 06/01/08 | 3.80 | 227.89 | 205.10 | 113.95 |
| 1530-1 | P-110 EGT Probes | TC | 5 | EI | 8/11/2008 | 08/01/08 | 2.72 | 163.00 | 152.13 | 81.50 |
| 1530-1 | Fabricate TC Frame & Dyno 2 Mount | | 5 | Sampson Enterprises, Inc | 9/30/2008 | 09/01/08 | 9.90 | 594.01 | 564.31 | 148.50 |
| 1530-1 | Lighting Fixtures & Parts | TC | 5 | BB | 10/17/2008 | 10/01/08 | 3.85 | 230.99 | 223.29 | 115.50 |
| 1530-1 | Air compressor and installation in new facility | | 10 | American Air Compressor/Inv 14599 | | | 55.43 | 6,651.96 | 2,051.02 | 1,662.99 |