Schedule B35
Display Booth

| Area | Description | CAR # | SL # Years | Company Name/Invoice | Acquisition Date | Depreciation Start Date | Monthly Depreciation | Original Cost | Balance 11/30/2008 | Estimated Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1515-1 | Trade Show booth signs | | 5 | Expand A Sign/Invoice 1559 | 3/16/2005 | 03/01/05 | 54.80 | 3,288.00 | 822.00 | - |
| 1515-1 | Camshaft for Display booth | | 5 | Thielert/Invoice 300116-168 | 4/7/2005 | 08/01/05 | 20.83 | 1,250.00 | 416.67 | - |
| 1515-1 | Custom built display counters | | 5 | Display Concepts/Invoice N50628 | 6/10/2005 | 06/01/05 | 162.32 | 9,739.25 | 2,921.78 | - |
| 1515-1 | Display counters and misc materials | | 5 | Display Concepts/Invoice N50628 | 6/10/2005 | 07/01/05 | 182.17 | 10,929.97 | 3,461.16 | - |
| 1515-1 | Acrylic bases for display booth | | 5 | E&D Plastics | 6/15/2005 | 06/01/05 | 10.37 | 622.49 | 186.75 | - |
| 1515-1 | Acrylic bases for display booth | | 5 | E&D Plastics | 6/17/2005 | 06/01/05 | 43.30 | 2,598.00 | 779.40 | - |
| 1515-1 | Seamless Dye sub fabric graphic print | | 5 | Laarhoven Desing/Invoice 4441 | 6/30/2005 | 06/01/05 | 40.72 | 2,443.13 | 732.94 | - |
| 1515-1 | Miscellaneous hardware for display | | 5 | Home Depot | 6/30/2005 | 07/01/05 | 1.19 | 71.14 | 22.53 | - |
| 1515-1 | Black acrylic base for display booth | | 5 | E&D Plastics/Invoice 5939 | 7/18/2005 | 08/01/05 | 3.34 | 200.26 | 66.75 | - |
| 1515-1 | Shingles for display booth | | 5 | Shake & Shingle/Invoice 098764 | 7/19/2005 | 08/01/05 | 0.35 | 20.71 | 6.90 | - |
| 1515-1 | Engine crate for display engine | | 5 | Craters & Freighters/Invoice JSO107893 | 12/22/2005 | 05/01/06 | 20.00 | 1,200.00 | 580.00 | - |
| 1515-1 | Engine stand for display engines | | 5 | Thielert/Invoice 362727 | 7/12/2006 | 09/01/06 | 68.07 | 4,084.00 | 2,246.20 | - |
| 1515-1 | Counter tops; fabric graphic panesl, header panels | | 5 | Derse/Invoice 50812 | 10/19/2006 | 11/01/06 | 58.03 | 3,482.00 | 2,031.17 | - |
| 1515-1 | Counter tops; fabric graphic panesl, header panels | | 5 | Derse/Invoice 50812 | 10/19/2006 | 11/01/06 | 58.03 | 3,482.00 | 2,031.17 | - |