Schedule B35
Software

| Area | Description | CAR # | SL # Years | Company Name/Invoice | Acquisition Date | Depreciation Start Date | Monthly Depreciation | Original Cost | Balance 11/30/2008 | Estimated Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1521-1 | 40% of new License Fee on IBS Software | | 3 | IBS Inv # 513379 | 12/21/00 | 09/01/01 | 973.67 | 35,052.00 | - | - |
| 1521-1 | 60% of new license agreement | | 3 | IBS | 1/1/2001 | 09/01/01 | - | - | - | - |
| 1521-1 | IBS internet connection and connectivity | | 3 | IBS/DMI 513375 | 1/4/2001 | 03/01/02 | 1,460.50 | 52,578.00 | - | - |
| 1521-1 | Project Initiation | | 3 | IBS INV # 513681 | 3/7/2001 | 09/01/01 | 140.63 | 5,062.50 | - | - |
| 1521-1 | Capitalize Labor of IBS Project | | 3 | Superior Air JE #31431 | 4/1/2001 | 09/01/01 | 36.08 | 1,299.02 | - | - |
| 1521-1 | Travel for Project | | 3 | IBS # 513746 | 4/3/2001 | 09/01/01 | 50.97 | 1,834.99 | - | - |
| 1521-1 | Project Initiation | | 3 | IBS # 513789 | 4/5/2001 | 09/01/01 | 286.63 | 10,318.75 | - | - |
| 1521-1 | Travel for Project | | 3 | IBS # 513792 | 4/5/2001 | 09/01/01 | 41.23 | 1,484.34 | - | - |
| 1521-1 | Project Initiation | | 3 | IBS Inv # 513831 | 4/18/2001 | 09/01/01 | 176.22 | 6,343.75 | - | - |
| 1521-1 | Pilot of IBS new system | | 3 | IBS 513955 | 5/1/2001 | 09/01/01 | - | - | - | - |
| 1521-1 | Pilot of IBS new system | | 3 | IBS 513913 | 5/1/2001 | 09/01/01 | - | - | - | - |
| 1521-1 | IBS Project mgmt, solution confirmation, & conver | | 3 | IBS/DMI513913 | 5/7/2001 | 03/01/02 | 166.49 | 5,993.75 | - | - |
| 1521-1 | IBS | | 3 | IBS | 5/10/2001 | 03/01/02 | 2.30 | 82.94 | - | - |
| 1521-1 | IBS Project mgmt, solution confirmation, & conver | | 3 | IBS/DMI513955 | 5/21/2001 | 03/01/02 | 432.99 | 15,587.50 | - | - |
| 1521-1 | IBS Project Superior labor capitalization | | 3 | Superior | 5/31/2001 | 03/01/02 | 304.33 | 10,955.84 | - | - |
| 1521-1 | Capitalize Labor of IBS Project | | 3 | Superior Air JE #32133 | 6/1/2001 | 09/01/01 | 17.54 | 631.56 | - | - |
| 1521-1 | PSER Solution Confirmation - Client Site | | 3 | IBS INV # 514038 | 6/1/2001 | 09/01/01 | 1,154.86 | 41,575.00 | - | - |
| 1521-1 | IBS Implementation | | 3 | IBS | 6/18/2001 | 03/01/02 | 1.39 | 50.00 | - | - |
| 1521-1 | IBS Project Management | | 3 | IBS | 6/18/2001 | 03/01/02 | 7.81 | 281.25 | - | - |
| 1521-1 | IBS Solution Confirmation | | 3 | IBS | 6/18/2001 | 03/01/02 | 48.61 | 1,750.00 | - | - |
| 1521-1 | IBS Project Management | | 3 | IBS | 7/3/2001 | 03/01/02 | 32.12 | 1,156.25 | - | - |
| 1521-1 | IBS Project Management | | 3 | IBS | 7/19/2001 | 03/01/02 | 34.72 | 1,250.00 | - | - |
| 1521-1 | IBS Solution Confirmation | | 3 | IBS | 7/19/2001 | 03/01/02 | 82.50 | 2,970.00 | - | - |
| 1521-1 | IBS Visifax | | 3 | IBS | 7/19/2001 | 03/01/02 | 39.83 | 1,434.00 | - | - |
| 1521-1 | Capitalize Labor of IBS Project | | 3 | Superior Air Voucher # 4220243 | 7/31/2001 | 03/01/02 | 35.06 | 1,262.04 | - | - |
| 1521-1 | IBS Implementation and Coversion and Proj Mgmt | | 3 | IBS # DMI 514291 | 9/6/2001 | 03/01/02 | 165.17 | 5,946.25 | - | - |
| 1521-1 | IBS Solution Confirmation and Implementation | | 3 | IBS # DMI 514392 | 09/07/01 | 03/01/02 | 159.03 | 5,725.00 | - | - |
| 1521-1 | IBS Implementation and Project Management | | 3 | IBS # DMI 514411 | 09/20/01 | 03/01/02 | 47.40 | 1,706.25 | - | - |
| 1521-1 | IBS Project Management and Solution Confirmation | | 3 | IBS # DMI 514313 | 9/21/2001 | 03/01/02 | 37.50 | 1,350.00 | - | - |
| 1521-1 | IBS Project Superior labor capitalization | | 3 | Superior | 9/30/2001 | 03/01/02 | 75.34 | 2,712.09 | - | - |
| 1521-1 | IBS 3.80b conversion | | 3 | IBS # DMI 514451 | 10/01/01 | 03/01/02 | 59.03 | 2,125.00 | - | - |
| 1521-1 | IBS 3.80b labor capitalization | | 3 | | 10/01/01 | 03/01/02 | 125.71 | 4,525.62 | - | - |
| 1521-1 | System Implementation | | 3 | IBS #DMI 514529 | 10/22/01 | 03/01/02 | 252.78 | 9,100.00 | - | - |
| 1521-1 | Capitalized labor for IBS Project | | 3 | | 11/01/01 | 03/01/02 | 115.71 | 4,165.43 | - | - |
| 1521-1 | System Implementation | | 3 | IBS #DMI 514570 | 11/05/01 | 03/01/02 | 222.64 | 8,015.00 | - | - |
| 1521-1 | System Implementation | | 3 | IBS #DMI 514634 | 11/20/01 | 03/01/02 | 605.14 | 21,785.00 | - | - |
| 1521-1 | IBS Upgrade Project Mgmt and Implementation | | 3 | IBS/ Invoice # DMI 514799 | 12/20/2001 | 03/01/02 | 88.43 | 3,183.50 | - | - |
| 1521-1 | IBS Jetform & Jetform Design | | 3 | IBS/ Invoice # DMI 513376 | 1/4/2002 | 03/01/02 | 261.11 | 9,400.00 | - | - |
| 1521-1 | IBS | | 3 | IBS | 1/11/2002 | 03/01/02 | 19.10 | 687.50 | - | - |
| 1521-1 | IBS Project time and materials | | 3 | IBS/DM 515040 | 2/22/2002 | 03/01/02 | 27.08 | 975.00 | - | - |
| 1521-1 | Programming | | 3 | Texas400 Computer/Invoice 1049 | 2/28/2002 | 03/01/02 | 18.06 | 650.00 | - | - |
| 1521-1 | Post Implementation requirements & modifications | | 3 | IBS/DMI 515152 | 3/1/2002 | 03/01/02 | 25.69 | 925.00 | - | - |
| 1521-1 | IBS Requirements doc and time & materials | | 3 | IBS/DMI 515105 | 3/6/2002 | 03/01/02 | 44.44 | 1,600.00 | - | - |
| 1521-1 | Production Modification | | 3 | IBS/ Invoice DMI 515194 | 4/3/2002 | 04/01/02 | 118.06 | 4,250.00 | - | - |
| 1521-1 | Production Modification | | 3 | IBS/ Invoice DMI 515260 | 4/19/2002 | 04/01/02 | 326.35 | 11,748.75 | - | - |
| 1521-1 | IBS Project Superior labor capitalization | | 3 | Superior | 4/19/2002 | 04/01/02 | 138.89 | 5,000.00 | - | - |
| 1521-1 | IBS 3.80b conversion briefings | | 3 | SL Expense report | 4/24/2002 | 05/01/02 | 2.33 | 84.00 | - | - |
| 1521-1 | 35 hrs for programming | | 3 | Texas400 Computer/Invoice 1073 | 4/30/2002 | 05/01/02 | 55.97 | 2,015.00 | - | - |
| 1521-1 | IBS 3.80b implementation and modifications | | 3 | IBS/ DMI 515326 | 5/6/2002 | 05/01/02 | 302.08 | 10,875.00 | - | - |

| Code | Description | Qty | Reference | Date | Period | Value1 | Value2 | Value3 | Value4 |
|---|---|---|---|---|---|---|---|---|---|
| 1521-1 | Report programming for AS400 | 3 | Texas 400/Invoice 1091 | 6/4/2002 | 06/01/02 | 46.04 | 1,657.50 | (0.00) | - |
| 1521-1 | IBS 3.80b post implementation modifications | 3 | IBS/DMI 515434 | 6/6/2002 | 06/01/02 | 63.89 | 2,300.00 | - | - |
| 1521-1 | IBS 3.80b post implementation modifications | 3 | IBS/DMI 515489 | 6/21/2002 | 06/01/02 | 39.58 | 1,425.00 | - | - |
| 1521-1 | IBS 3.80b post implementation modifications | 3 | IBS/DMI 515535 | 7/3/2002 | 07/01/02 | 36.11 | 1,300.00 | - | - |
| 1521-1 | IBS 3.80b post implementation modifications | 3 | IBS/DMI 515676 | 8/6/2002 | 08/01/02 | 13.19 | 475.00 | (0.00) | - |
| 1521-1 | IBS ERP mgmt, time, and materials | 3 | IBS/DMI 515677 | 8/6/2002 | 08/01/02 | 391.49 | 14,093.75 | - | - |
| 1521-1 | IBS ERP lodging and meals | 3 | IBS/DMI 515686 | 8/20/2002 | 08/01/02 | 62.23 | 2,240.38 | - | - |
| 1521-1 | IBS Production system project management | 3 | IBS/DMI 515794 | 9/9/2002 | 02/01/03 | 184.90 | 6,656.25 | - | - |
| 1521-1 | IBS Production system training and implementation | 3 | IBS/DMI 515894 | 10/4/2002 | 02/01/03 | 137.15 | 4,937.50 | - | - |
| 1521-1 | IBS ERP travel, lodging, and meals | 3 | IBS/DMI 515841 | 10/19/2002 | 10/01/02 | 87.00 | 3,131.91 | (0.00) | - |
| 1521-1 | Aircraft Engine Assembly modification | 3 | IBS/DMI 516299 | 12/1/2002 | 01/01/03 | 7.50 | 270.00 | - | - |
| 1521-1 | IBS Modification | 3 | IBS/DMI 516063 | 12/8/2002 | 12/01/02 | 70.14 | 2,525.00 | - | - |
| 1521-1 | IBS Modification | 3 | IBS/DMI 516217 | 12/9/2002 | 12/01/02 | 109.72 | 3,950.00 | - | - |
| 1521-1 | 8130 tag automation programming | 3 | IBS/Invoice DMI516294 | 1/7/2003 | 05/01/03 | 240.28 | 8,650.00 | - | - |
| 1521-1 | IBS Production system resolution/site visit | 3 | IBS/DMI516416 | 2/25/2003 | 03/01/03 | 27.94 | 1,005.98 | - | - |
| 1521-1 | IBS Production system project management | 3 | IBS/DMI516462 | 3/6/2003 | 03/01/03 | 55.03 | 1,980.98 | - | - |
| 1521-1 | IBS AEA project restart; requirement confirmations | 3 | IBS/DMI516486 | 3/12/2003 | 03/01/03 | 47.89 | 1,723.97 | - | - |
| 1521-1 | IBS Production system solution confirmation | 3 | IBS/DMI516508 | 3/20/2003 | 03/01/03 | 245.25 | 8,829.14 | - | - |
| 1521-1 | Capitalized payroll related to Prod sys project | 3 | Lathan time sheets | 3/31/2003 | 04/01/03 | 76.29 | 2,746.50 | - | - |
| 1521-1 | Capitalized payroll related to Prod sys project | 3 | | 4/1/2003 | 04/01/03 | 19.36 | 696.97 | - | - |
| 1521-1 | Cebos MQ1 Software | 3 | Cebos/Invoice 2432 | 4/4/2003 | 04/01/03 | 1,000.00 | 36,000.00 | - | - |
| 1521-1 | Cebos MQ1 Software | 3 | Cebos/Invoice 2432 | 4/4/2003 | 04/01/03 | 1,000.00 | 36,000.00 | - | - |
| 1521-1 | Production System requirements and management | 3 | IBS/DMI516577 | 4/8/2003 | 04/01/03 | 188.31 | 6,779.16 | - | - |
| 1521-1 | Production system project management | 3 | IBS/DMI516578 | 4/8/2003 | 04/01/03 | 0.94 | 33.83 | - | - |
| 1521-1 | Production System functional and technical design | 3 | IBS/DMI516613 | 4/22/2003 | 04/01/03 | 637.66 | 22,955.77 | - | - |
| 1521-1 | IBS travel expenses for Production system | 3 | IBS/Invoice DMI516616 | 4/30/2003 | 05/01/03 | 0.43 | 15.50 | - | - |
| 1521-1 | Project Mgmt and modifications for Production system | 3 | IBS/DMI 516705 | 5/20/2003 | 06/01/03 | 1,364.59 | 49,125.20 | - | - |
| 1521-1 | Capitalized payroll related to Prod sys project | 3 | | 6/1/2003 | 06/01/03 | 204.51 | 7,362.42 | - | - |
| 1521-1 | Implementation and project mgmt for Production system | 3 | IBS/Invoice DMI 516757 | 6/5/2003 | 06/01/03 | 3.95 | 142.08 | - | - |
| 1521-1 | Implementation and project mgmt for Production system | 3 | IBS/Invoice DMI516756 | 6/5/2003 | 07/01/03 | 471.34 | 16,968.19 | - | - |
| 1521-1 | Modification, project mgmt, & implementation | 3 | IBS/Invoice DMI 516684 | 6/6/2003 | 10/01/03 | 1,141.89 | 41,107.94 | - | - |
| 1521-1 | Implementation and project mgmt for Production system | 3 | IBS/Invoice DMI516802 | 6/18/2003 | 07/01/03 | 62.77 | 2,259.72 | - | - |
| 1521-1 | Transportation and meals for Prod SysPhase 1 testing | 3 | IBS/DMI516715 | 6/27/2003 | 06/01/03 | 41.09 | 1,479.08 | - | - |
| 1521-1 | Petra Madrigal - Cebos system entry | 3 | Petra/Invoice 101 | 6/27/2003 | 06/01/03 | 9.17 | 330.00 | - | - |
| 1521-1 | Implementation and project mgmt for Production system | 3 | IBS/Invoice DMI516844 | 7/3/2003 | 07/01/03 | 90.02 | 3,240.73 | - | - |
| 1521-1 | Implementation and project mgmt for Production system | 3 | IBS/Invoice DMI516845 | 7/3/2003 | 07/01/03 | 9.77 | 351.81 | - | - |
| 1521-1 | Petra Madrigal - Cebos system entry | 3 | Petra/Invoice 102 | 7/10/2003 | 07/01/03 | 11.31 | 407.00 | - | - |
| 1521-1 | Capitalized payroll related to Prod sys project | 3 | | 7/31/2003 | 08/01/03 | 125.01 | 4,500.26 | - | - |
| 1521-1 | Petra Madrigal - Cebos system entry | 3 | Petra/Invoice 103 | 8/4/2003 | 08/01/03 | 5.44 | 195.91 | - | - |
| 1521-1 | Implementation and project mgmt for Production system | 3 | IBS/Invoice DMI 516958 | 8/7/2003 | 08/01/03 | 46.42 | 1,671.11 | - | - |
| 1521-1 | Implementation and project mgmt for Production system | 3 | IBS/Invoice DMI 517051 | 8/29/2003 | 09/01/03 | 35.33 | 1,271.94 | - | - |
| 1521-1 | Capitalized payroll related to Prod sys project | 3 | | 8/31/2003 | 09/01/03 | 34.99 | 1,259.53 | - | - |
| 1521-1 | Cebos upgrade (50% of upgrade cost) | 3 | Cebos Ltd/Invoice 2847 | 9/29/2004 | 10/01/04 | 31.25 | 1,125.00 | - | - |
| 1521-1 | Query Mgr and SQL Dev Kit | 3 | IBS/Invoice DMI519241 | 11/5/2004 | 11/01/04 | 115.47 | 4,156.80 | - | - |
| 1521-1 | Windows Server software for new network | 3 | Relational Technology/Invoice ES000167 | 5/12/2006 | 06/01/06 | 84.01 | 3,024.48 | 504.08 | 126.02 |
| 1521-1 | Microsoft Windows Server 2003 R2 for network | 3 | Tech Depot/Invoice B060616300V1 | 6/12/2006 | 06/01/06 | 54.24 | 1,952.48 | 325.41 | 81.35 |
| 1521-1 | Backup Exec 10D Win Adv/Ext | 3 | Relational Technology/Invoice ES000245 | 6/26/2006 | 07/01/06 | 33.70 | 1,213.33 | 235.93 | 58.98 |
| 1521-1 | D-Link DES-3250SR and DWL-8200AP | 3 | Tech Depot/Invoice B060637557V1 | 6/28/2006 | 07/01/06 | 67.36 | 2,425.02 | 471.53 | 117.88 |
| 1521-1 | D-Link xStack 24 Port Layer 3 Managed Gigabit Switch | 3 | Tech Depot/Invoice B060637557V2 | 6/29/2006 | 07/01/06 | 76.78 | 2,764.13 | 537.47 | 134.37 |
| 1521-1 | 2U Patch cord organizer and Belkin cable | 3 | Tech Depot/Invoice B06073369V1 | 7/7/2006 | 07/01/06 | 16.05 | 577.79 | 112.35 | 28.09 |
| 1521-1 | Lenovo Desktop (2), Monitors (4), and Office 2003 (5) | 3 | Tech Depot/Invoice B060910049V1 | 9/11/2006 | 09/01/06 | 95.17 | 3,426.15 | 856.54 | 214.13 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1521-1 | Microsoft software licenses | | 3 | Thielert/Invoice 460041 | 9/13/2006 | 09/01/06 | 729.53 | 26,263.00 | 6,565.75 | 1,641.44 |
| 1521-1 | Powerblade servers, rack, and connections | | 3 | Network Support Center/Inv D001544 | 9/14/2006 | 12/01/06 | 1,852.98 | 66,707.15 | 22,235.72 | 5,558.93 |
| 1521-1 | UPS machine for servers | | 3 | Dell/Invoice R17970645 | 10/4/2006 | 11/01/06 | 59.04 | 2,125.43 | 649.44 | 162.36 |
| 1521-1 | Pro/Engineer software | | 3 | TriStar, Inc./Invoice 909139 | 11/30/2006 | 12/01/06 | 539.19 | 19,410.70 | 6,470.23 | 1,617.56 |
| 1521-1 | Server installation and setup | | 3 | Network Support Center/Inv D001544 | 12/1/2006 | 12/01/06 | 130.75 | 4,707.07 | 1,569.02 | 392.26 |
| 1521-1 | Navision Project initiation and setup | | 3 | Choice Solutions/Invoice INV-70638 | 12/29/2006 | 01/01/07 | 190.04 | 6,841.40 | 2,470.51 | - |
| 1521-1 | Navision Project initiation and setup | | 3 | Choice Solutions/Invoice INV-70639 | 12/29/2006 | 01/01/07 | 15.26 | 549.37 | 198.38 | - |
| 1521-1 | Navision Project initiation and setup | | 3 | Choice Solutions/Invoice INV-70640 | 12/29/2006 | 01/01/07 | 6.54 | 235.44 | 85.02 | - |
| 1521-1 | Navision Project initiation and setup | | 3 | Choice Solutions/Invoice INV-71492 | 1/24/2007 | 02/01/07 | 96.52 | 3,474.83 | 1,351.32 | - |
| 1521-1 | Navision Project initiation and setup | | 3 | Choice Solutions/Invoice INV-71819 | 2/5/2007 | 02/01/07 | 38.15 | 1,373.42 | 534.11 | - |
| 1521-1 | Navision Project initiation and setup | | 3 | Choice Solutions/Invoice INV-71820 | 2/5/2007 | 02/01/07 | 54.50 | 1,962.03 | 763.01 | - |
| 1521-1 | Navision Project initiation and setup | | 3 | Choice Solutions/Invoice INV-72653 | 2/28/2007 | 03/01/07 | 4.36 | 156.96 | 65.40 | - |
| 1521-1 | Navision system setup and data conversion | | 3 | Choice Solutions/Invoice INV-73680 | 3/29/2007 | 04/01/07 | 90.47 | 3,256.97 | 1,447.54 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/Invoice INV-73679 | 3/29/2007 | 04/01/07 | 8.72 | 313.93 | 139.52 | - |
| 1521-1 | Navision system setup and data conversion | | 3 | Choice Solutions/Invoice INV-73680 | 3/29/2007 | 04/01/07 | 17.44 | 627.85 | 279.04 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/Invoice INV-74187 | 4/3/2007 | 04/01/07 | 14.17 | 510.13 | 226.72 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/Invoice INV-74996 | 4/27/2007 | 05/01/07 | 14.17 | 510.13 | 240.89 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/Invoice INV-74986 | 4/27/2007 | 05/01/07 | 2.18 | 78.48 | 37.06 | - |
| 1521-1 | Citrix MF Presentation Server Adv Edt for Win | | 3 | Choice Solutions/Invoice INV-75895 | 5/15/2007 | 06/01/07 | 212.15 | 7,637.40 | 3,818.70 | - |
| 1521-1 | Navision mapping of vendor and customer files | | 3 | Choice Solutions/Invoice INV-76009 | 5/24/2007 | 06/01/07 | 19.62 | 706.33 | 353.17 | - |
| 1521-1 | Business Process worksheet and deliverables | | 3 | Choice Solutions/Invoice INV-76746 | 6/5/2007 | 06/01/07 | 5.45 | 196.20 | 98.10 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/Invoice  INV-77259 | 6/22/2007 | 07/01/07 | 4.36 | 156.96 | 82.84 | - |
| 1521-1 | Citrix installation | | 3 | Choice Solutions/Invoice  INV-77260 | 6/27/2007 | 07/01/07 | 91.41 | 3,290.80 | 1,736.81 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/Invoice  INV-77258 | 6/27/2007 | 07/01/07 | 4.36 | 156.96 | 82.84 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/Invoice INV-79518 | 8/23/2007 | 09/01/07 | 1.09 | 39.24 | 22.89 | - |
| 1521-1 | Pro/Engineer software | | 3 | TriStar, Inc./Invoice 911072 | 10/24/2007 | 10/01/07 | 252.49 | 9,089.50 | 5,554.69 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions | 11/13/2007 | 11/01/07 | 32.22 | 1,160.00 | 741.11 | - |
| 1521-1 | Project Management | | 3 | Choice Solutions/Inv INV-82870 | 11/29/2007 | 12/01/07 | 28.19 | 1,015.00 | 676.67 | - |
| 1521-1 | Pro/Engineer software | | 3 | TriStar/Inv 71022002049665 | 12/20/2007 | 12/01/07 | 207.42 | 7,467.25 | 4,978.17 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/ 40930 | 1/31/2008 | 02/01/08 | 4.03 | 145.00 | 104.72 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/ 40931 | 1/31/2008 | 02/01/08 | 61.88 | 2,227.50 | 1,608.75 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/ 40932 | 2/1/2008 | 02/01/08 | 70.94 | 2,553.75 | 1,844.38 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/85718 | 3/6/2008 | 03/01/08 | 23.16 | 833.75 | 625.31 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/INV-86323 | 3/31/2008 | 04/01/08 | 29.20 | 1,051.25 | 817.64 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/INV-86321 | 3/31/2008 | 04/01/08 | 310.14 | 11,165.00 | 8,683.89 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/INV-86322 | 3/31/2008 | 04/01/08 | 42.29 | 1,522.50 | 1,184.17 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/inv-87382 | 5/2/2008 | 05/01/08 | 27.19 | 978.75 | 788.44 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/inv-87383 | 5/2/2008 | 05/01/08 | 5.21 | 187.50 | 151.04 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/inv-87380 | 5/2/2008 | 05/01/08 | 36.25 | 1,305.00 | 1,051.25 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/inv-87381 | 5/2/2008 | 05/01/08 | 34.24 | 1,232.50 | 992.85 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/inv-87868 | 5/16/2008 | 05/01/08 | 8.06 | 290.00 | 233.61 | - |
| 1521-1 | Navision project management | | 3 | Choice Solutions/inv-87867 | 5/16/2008 | 05/01/08 | 7.05 | 253.75 | 204.41 | - |
| 1521-1 | Vmware Infrastructure issues | | 3 | Choice Solutions, LLC | 7/16/2008 | 07/01/08 | 17.14 | 617.03 | 531.33 | - |
| 1521-1 | Navision project management | | 3 | Network Support - Navision | | 03/01/08 | 2,299.66 | 82,787.72 | 62,090.79 | - |