# SOFA 3c and 23
# Payments to Insiders

| Employees | WIRE AMT | DIR DEP AMT | CHECK AMT | CHECK TYPE | CHECK # | DATE |
|---|---|---|---|---|---|---|
| Abercrombie, Kent | | | 45.00 | Cafeteria 125 Reimbursement | 1410 | 7/2/2008 |
| Abercrombie, Kent | | | 145.00 | Cafeteria 125 Reimbursement | 1412 | 7/15/2008 |
| Abercrombie, Kent | | | 30.00 | Cafeteria 125 Reimbursement | 1418 | 9/16/2008 |
| Abercrombie, Kent | | | 15.00 | Cafeteria 125 Reimbursement | 1422 | 11/3/2008 |
| Abercrombie, Kent | | | 65.00 | Cafeteria 125 Reimbursement | 1424 | 11/17/2008 |
| Abercrombie, Kent | | | 308.00 | Expense Report | 58443 | 4/4/2008 |
| Abercrombie, Kent | | | 992.04 | Expense Report | 58517 | 4/18/2008 |
| Abercrombie, Kent | | | 62.06 | Expense Report | 59011 | 6/2/2008 |
| Abercrombie, Kent | | | 64.28 | Expense Report | 59089 | 6/13/2008 |
| Abercrombie, Kent | | | 783.50 | Expense Report | 59409 | 7/25/2008 |
| Abercrombie, Kent | | | 3,350.07 | Expense Report | 59507 | 8/8/2008 |
| Abercrombie, Kent | | | 900.96 | Expense Report | 59620 | 8/22/2008 |
| Abercrombie, Kent | | | 30.95 | Expense Report | 60193 | 11/7/2008 |
| Abercrombie, Kent | | | 2,137.95 | Expense Report | 60367 | 12/5/2008 |
| Abercrombie, Kent | | | 3,197.33 | Payroll | 45 | 1/4/2008 |
| Abercrombie, Kent | | $3,165.47 | | Payroll | | 1/18/2008 |
| Abercrombie, Kent | | | 3,165.45 | Payroll | 57883 | 2/1/2008 |
| Abercrombie, Kent | | $3,313.49 | | Payroll | | 2/15/2008 |
| Abercrombie, Kent | | $3,017.44 | | Payroll | | 2/29/2008 |
| Abercrombie, Kent | | $3,165.46 | | Payroll | | 3/14/2008 |
| Abercrombie, Kent | | $3,025.47 | | Payroll | | 3/28/2008 |
| Abercrombie, Kent | | $3,025.45 | | Payroll | | 4/11/2008 |
| Abercrombie, Kent | | $3,025.47 | | Payroll | | 4/25/2008 |
| Abercrombie, Kent | | $3,025.46 | | Payroll | | 5/9/2008 |
| Abercrombie, Kent | | $3,025.47 | | Payroll | | 5/23/2008 |
| Abercrombie, Kent | | $3,025.46 | | Payroll | | 6/6/2008 |
| Abercrombie, Kent | | $3,025.45 | | Payroll | | 6/20/2008 |
| Abercrombie, Kent | | $3,025.47 | | Payroll | | 7/3/2008 |
| Abercrombie, Kent | | $3,025.46 | | Payroll | | 7/18/2008 |
| Abercrombie, Kent | | $3,025.47 | | Payroll | | 8/1/2008 |
| Abercrombie, Kent | | $3,025.46 | | Payroll | | 8/15/2008 |
| Abercrombie, Kent | | $3,025.46 | | Payroll | | 8/29/2008 |
| Abercrombie, Kent | | $3,025.46 | | Payroll | | 9/12/2008 |
| Abercrombie, Kent | | $3,025.46 | | Payroll | | 9/26/2008 |
| Abercrombie, Kent | | $3,275.47 | | Payroll | | 10/10/2008 |
| Abercrombie, Kent | | $4,027.68 | | Payroll | | 10/24/2008 |
| Abercrombie, Kent | | $4,074.29 | | Payroll | | 11/7/2008 |
| Abercrombie, Kent | | $4,074.28 | | Payroll | | 11/21/2008 |
| Abercrombie, Kent | | $4,074.28 | | Payroll | | 12/5/2008 |
| Abercrombie, Kent | | $4,074.29 | | Payroll | | 12/19/2008 |
| Abercrombie, Kent | | $4,257.50 | | Payroll | 900659 | 12/30/2008 |
| Dr. Kubler - TAE | $53,388.89 | | | Payment on Account | | 3/26/2008 |
| Dr. Kubler - TAE | $104,890.20 | | | Payment on Account | | 5/7/2008 |
| Dr. Kubler - TAE | $30,876.63 | | | Payment on Account | | 6/19/2008 |
| Dr. Kubler - TAE | $56,783.09 | | | Payment on Account | | 8/18/2008 |
| Dr. Kubler - TAE | $92,768.54 | | | Payment on Account | | 8/26/2008 |
| Dr. Kubler - TAE | $4,875.00 | | | Payment on Account | | 9/2/2008 |
| Dr. Kubler - TAE | $21,818.10 | | | Payment on Account | | 9/17/2008 |
| Dr. Kubler - TAE | $11,075.37 | | | Payment on Account | | 9/18/2008 |
| Dr. Kubler - TAE | $34,396.85 | | | Payment on Account | | 10/9/2008 |
| Dr. Kubler - TAE | $4,125.00 | | | Payment on Account | | 10/10/2008 |
| Dr. Kubler - TAE | $140,649.25 | | | Payment on Account | | 10/24/2008 |
| Dr. Kubler - TAE | $165,152.33 | | | Payment on Account | | 11/18/2008 |
| Dr. Kubler - TAE | $1,150.00 | | | Payment on Account | | 11/21/2008 |
| Dr. Kubler - TAE | $27,338.40 | | | Payment on Account | | 12/4/2008 |
| Dr. Ahrendt - TAG | $148,222.20 | | | Interest | | 1/4/2008 |
| Dr. Ahrendt - TAG | $146,611.11 | | | Interest | | 3/26/2008 |
| Dr. Ahrendt - TAG | $146,611.11 | | | Interest | | 6/30/2008 |
| Dr. Ahrendt - TAG | $148,222.22 | | | Interest | | 10/14/2008 |