# SOFA 14
## Property Held for Another

Superior Air Parts, Inc.
Thyssen Consigned Inventory
12/30/2008

| Whse | Zone | Location | Part Number | Description | Qty | Avg Cost | Ext Cost |
|------|------|----------|-------------|-------------|-----|----------|----------|
| TA1 | TA | 03H | NE-0000-0000201 | SENSOR | 4 | 0.00 | 0.00 |
| TA1 | TA | 02I | NE-0000-0133101 | CRANK SENSOR | 10 | 0.00 | 0.01 |
| TA1 | TA | 03G | NM-0000-0003101 | NUT HEXAGON W/FLANGE | 6 | 0.00 | 0.01 |
| TA1 | TA | 03E | NM-0000-0004201 | SEALING RING | 2 | 0.00 | 0.00 |
| TA1 | TA | 01J | NM-0000-0004501 | RUBBER MOUNT LH ENGINE MOUNT | 4 | 0.00 | 0.00 |
| TA1 | TA | 03F | NM-0000-0014001 | SEALING RING | 4 | 0.00 | 0.00 |
| TA1 | TA | 01C | NM-0000-0016901 | HOSE CLAMP | 20 | 0.00 | 0.02 |
| TA1 | TA | 02L | NM-0000-0017901 | HEXAGON NUT | 50 | 0.00 | 0.05 |
| TA1 | TA | 02L | NM-0000-0018101 | HEXAGON NUT | 20 | 0.00 | 0.02 |
| TA1 | TA | 02H | NM-0000-0021601 | HOSE CLAMP | 20 | 0.00 | 0.02 |
| TA1 | TA | 02E | NM-0000-0022801 | ORING | 6 | 0.00 | 0.01 |
| TA1 | TA | 01E | NM-0000-0023101 | VIBRATION DAMPER | 10 | 0.00 | 0.01 |
| TA1 | TA | 03L | NM-0000-0023101 | VIBRATION DAMPER | 6 | 0.00 | 0.01 |
| TA1 | TA | 01L | NM-0000-0024101 | HEXAGON NUT | 30 | 0.00 | 0.03 |
| TA1 | TA | 01B | NM-0000-0024401 | SEALING RING FOR INJECTOR | 20 | 0.00 | 0.02 |
| TA1 | TA | 01C | NM-0000-0024601 | VIBRATION DAMPER | 4 | 0.00 | 0.00 |
| TA1 | TA | 02G | NM-0000-0076601 | SCREW PLUG W/COLLAR | 7 | 0.00 | 0.01 |
| TA1 | TA | 02D | NM-0000-0119101 | ORING HIGH PRESSURE PUMP | 12 | 0.00 | 0.01 |
| TA1 | TA | 03I | NM-0000-0121001 | SEALING RING | 10 | 0.00 | 0.01 |
| TA1 | TA | 02J | NM-0000-0124401 | PRESSURE REDUCING VALVE | 1 | 0.00 | 0.00 |
| TA1 | TA | 02I | NM-0000-0140401 | WASHER PROTECTING WEDGE | 8 | 0.00 | 0.01 |
| TA1 | TA | 03H | NM-0000-0141101 | SPLINT | 3 | 0.00 | 0.00 |
| TA1 | TA | 03G | NM-0000-0144001 | ORING | 3 | 0.00 | 0.00 |
| TA1 | TA | 03E | NM-0000-0152401 | VIBRATION DAMPNER | 5 | 0.00 | 0.01 |
| TA1 | TA | 02L | NM-0000-0159101 | VIBRATION DAMPER | 20 | 0.00 | 0.02 |
| TA1 | TA | 03I | VM01678 | SPECIAL GREASE | 2 | 0.00 | 0.00 |
| TA1 | TA | 03K | 02-6120-16102R1 | GOVERNOR FEED PRESS CONT. VALV | 2 | 0.00 | 0.00 |
| TA1 | TA | 03H | 02-6120-16126R3 | GEAR OIL FILTER PLUG SW 13 | 10 | 0.00 | 0.01 |
| TA1 | TA | 03H | 02-6120-16141R1 | SEALING RING | 9 | 0.00 | 0.01 |
| TA1 | TA | 03K | 02-6120-16160R1 | PRESSURE REDUCING VALVE | 2 | 0.00 | 0.00 |
| TA1 | TA | 03D | 02-6120-16169R1 | OIL FILTER GEARBOX | 10 | 0.00 | 0.01 |
| TA1 | TA | 03E | 02-6120-16200R1 | BANJO BOLT, GEARBOX OIL DRAIN | 2 | 0.00 | 0.00 |
| TA1 | TA | 03I | 02-6120-16201R1 | SEALING RING DRAIN SCREW | 10 | 0.00 | 0.01 |
| TA1 | TA | 01C | 02-7120-09002R7 | ASSY FORWARD SHOCK MOUNT | 4 | 0.00 | 0.00 |
| TA1 | TA | 03B | 02-7120-09106R1 | GROOVED PIN | 4 | 0.00 | 0.00 |
| TA1 | TA | 02E | 02-7120-09107R1 | RUBBER MOUNT (RH ENGINE MOUNT) | 4 | 0.00 | 0.00 |
| TA1 | TA | 03L | 02-7120-09108R3 | STOP PLATE | 4 | 0.00 | 0.00 |
| TA1 | TA | 03H | 02-7120-09109R1 | BOLT, RUBBER BEARING | 4 | 0.00 | 0.00 |
| TA1 | TA | 02G | 02-7120-09114R1 | RUBBER MOUNT (LH ENGINE MOUNT) | 4 | 0.00 | 0.00 |
| TA1 | TA | 03E | 02-7120-09115R1 | BOLT, RUBBER BEARING, OIL SUMP | 4 | 0.00 | 0.00 |
| TA1 | TA | 03J | 02-7120-09125R2 | RUBBER WASHER | 4 | 0.00 | 0.00 |
| TA1 | TA | 01E | 02-7150-55005R3-AT | GPC GLOW PLUG CONTROL UNIT | 2 | 0.00 | 0.00 |
| TA1 | TA | C | 02-7150-55030R1 | ASSY ALTERNATOR 28V | 6 | 0.00 | 0.01 |
| TA1 | TA | 01F | 02-7150-55112R4 | ASSY ALTREG 28V | 4 | 0.00 | 0.00 |
| TA1 | TA | 03C | 02-7150-55112R4-AT | ASSY ALTREG 28V | 1 | 0.00 | 0.00 |
| TA1 | TA | 03H | 02-7150-55139R1 | LOCKNUT | 10 | 0.00 | 0.01 |
| TA1 | TA | 03L | 02-7210-07184R1 | CYLINDRICAL BOLT | 3 | 0.00 | 0.00 |
| TA1 | TA | 02F | 02-7210-07185R1 | CYLINDRICAL BOLT | 5 | 0.00 | 0.01 |
| TA1 | TA | 03L | 02-7210-07186R1 | CYLINDRICAL BOLT | 2 | 0.00 | 0.00 |
| TA1 | TA | 03K | 02-7210-07190R3 | PLUG | 10 | 0.00 | 0.01 |
| TA1 | TA | 03J | 02-7210-07191R1 | SEALING RING PLUG BOLT | 11 | 0.00 | 0.01 |
| TA1 | TA | 03I | 02-7210-07328R1 | GEAR TEMP SENSOR | 2 | 0.00 | 0.00 |
| TA1 | TA | B | 02-7210-07902R1-AT | GEAR BOX ZSB | 1 | 0.00 | 0.00 |
| TA1 | TA | FLOOR | 02-7210-07902R3-AT | GEAR BOX ZSB 28V W/PIPE FIT | 1 | 0.00 | 0.00 |
| TA1 | TA | FLOOR | 02-7210-07930R1-AT | GEARBOX ASSEMBLY DA42-28V | 1 | 0.01 | 0.01 |
| TA1 | TA | FLOOR | 02-7210-07930R2-AT | GEAR BOX ZSB | 2 | 0.00 | 0.00 |
| TA1 | TA | FLOOR | 02-7210-07940R2-AT | GEAR BOX ASSY 14V/HOSE | 1 | 0.00 | 0.00 |
| TA1 | TA | B | 02-7210-07942R2-AT | ASSEMBLY GEARBOX 28V HOSE | 1 | 0.00 | 0.00 |
| TA1 | TA | C | 02-7210-07943R2-AT | ASSEMBLY GEARBOX 14V HOSE | 1 | 0.00 | 0.00 |
| TA1 | TA | FLOOR | 02-7210-07943R3-AT | ASSY GEARBOX 28V W/PIPE FIT | 1 | 0.00 | 0.00 |
| TA1 | TA | FLOOR | 02-7210-07944R3-AT | GEARBOX ASSY 28V W/HOSE FIT | 2 | 0.00 | 0.00 |
| TA1 | TA | D | 02-7210-11001R12-AT | ASSY CLUTCH | 1 | 0.00 | 0.00 |
| TA1 | TA | D | 02-7210-11001R12-AT | ASSY CLUTCH | 1 | 0.00 | 0.00 |
| TA1 | TA | 02D | 02-7220-01136R1 | PLUG | 2 | 0.00 | 0.00 |
| TA1 | TA | C | 02-7220-08104R2 | BEARING HOUSING | 1 | 0.00 | 0.00 |

Superior Air Parts, Inc.
Meyer Consigned Inventory
12/30/2008

| Whse | Zone | Location | Part Number | Description | Qty | Avg Cost | Ext Cost |
|---|---|---|---|---|---|---|---|
| TA1 | TA | 03A | 02-7220-08104R2 | BEARING HOUSING | 1 | 0.00 | 0.00 |
| TA1 | TA | 01E | 02-7220-08106R1 | COOLANT TEMP. SENSOR | 1 | 0.00 | 0.00 |
| TA1 | TA | 03D | 02-7220-08106R1 | COOLANT TEMP. SENSOR | 1 | 0.00 | 0.00 |
| TA1 | TA | 02G | 02-7220-08110R1 | THERMOSTAT | 1 | 0.00 | 0.00 |
| TA1 | TA | 03I | 02-7220-08111R1 | SEALING | 1 | 0.00 | 0.00 |
| TA1 | TA | 03G | 02-7220-08112R1 | O-RING | 5 | 0.00 | 0.01 |
| TA1 | TA | 02D | 02-7220-12100R1 | V-BELT WEAR (ALTERNATOR) | 1 | 0.00 | 0.00 |
| TA1 | TA | 03E | 02-7240-03109R1 | DOUBLE NIPPLE | 3 | 0.00 | 0.00 |
| TA1 | TA | 03D | 02-7240-03109R2 | ADAPTOR | 1 | 0.00 | 0.00 |
| TA1 | TA | 02F | 02-7240-03118R1 | SUCTION FILTER | 1 | 0.00 | 0.00 |
| TA1 | TA | 02D | 02-7240-03122R1 | SUCTION FILTER | 1 | 0.00 | 0.00 |
| TA1 | TA | 02D | 02-7240-03122R1 | SUCTION FILTER | 1 | 0.00 | 0.00 |
| TA1 | TA | 03D | 02-7240-03206R1 | STUD | 6 | 0.00 | 0.01 |
| TA1 | TA | 03D | 02-7240-03206R1 | STUD | 11 | 0.00 | 0.01 |
| TA1 | TA | 02E | 02-7240-03422R2 | SEALING RING | 1 | 0.00 | 0.00 |
| TA1 | TA | 03G | 02-7240-05107R1 | QUENCH NUT | 4 | 0.00 | 0.00 |
| TA1 | TA | 01A | 02-7240-05308R1 | WASTE GATE CONTROL VALVE 24V | 1 | 0.00 | 0.00 |
| TA1 | TA | 02H | 02-7240-05308R1 | WASTE GATE CONTROL VALVE 24V | 3 | 0.00 | 0.00 |
| TA1 | TA | 03C | 02-7240-05308R1 | WASTE GATE CONTROL VALVE 24V | 1 | 0.00 | 0.00 |
| TA1 | TA | 01J | 02-7240-05340R1 | WASTE GATE CONTROL VALVE | 1 | 0.00 | 0.00 |
| TA1 | TA | C | 02-7240-05804R1 | ASSY TURBOCHARGER DIAMOND DA42 | 1 | 0.00 | 0.00 |
| TA1 | TA | 03B | 02-7250-03126R1 | SEALING RING | 10 | 0.00 | 0.01 |
| TA1 | TA | 03I | 02-7250-03138R2 | OIL TEMPERATURE SENSOR | 1 | 0.00 | 0.00 |
| TA1 | TA | 02E | 02-7250-03703R2 | OIL FILTER | 5 | 0.00 | 0.01 |
| TA1 | TA | 03G | 02-7250-03710R1 | SEALING | 2 | 0.00 | 0.00 |
| TA1 | TA | 03G | 02-7250-03711R1 | SEALING | 2 | 0.00 | 0.00 |
| TA1 | TA | 03G | 02-7250-03712R1 | SEALING | 2 | 0.00 | 0.00 |
| TA1 | TA | 03F | 02-7250-03805R1 | SEALING RING | 2 | 0.00 | 0.00 |
| TA1 | TA | 02G | 02-7250-03812R4 | OIL PRESSURE SENSOR | 1 | 0.00 | 0.00 |
| TA1 | TA | C | 02-7310-04005R6-AT | HOCHDRUCKPUMPE(AUSTAUSCH) | 1 | 0.00 | 0.00 |
| TA1 | TA | FLOOR | 02-7310-04005R6-AT | HOCHDRUCKPUMPE(AUSTAUSCH) | 2 | 0.00 | 0.00 |
| TA1 | TA | 01J | 02-7310-04005R6-AT | HOCHDRUCKPUMPE(AUSTAUSCH) | 3 | 0.00 | 0.00 |
| TA1 | TA | 01D | 02-7310-04115R2 | O-RING | 46 | 0.00 | 0.05 |
| TA1 | TA | 03D | 02-7310-04204R2 | ZB PRESSURE PIPE | 8 | 0.00 | 0.01 |
| TA1 | TA | 02B | 02-7310-04300R1 | INJECTOR (INJECTION VALVE) | 1 | 0.00 | 0.00 |
| TA1 | TA | 03J | 02-7310-04303R2 | BOLT | 4 | 0.00 | 0.00 |
| TA1 | TA | 02L | 02-7310-04308R1 | SEALING RING INJECTION VALVE | 12 | 0.00 | 0.01 |
| TA1 | TA | 02F | 02-7310-04310R1 | INJECTOR CYL. #1 (MOD) | 2 | 0.00 | 0.00 |
| TA1 | TA | 02E | 02-7310-04419R1 | HIGH PRESSURE LINE | 2 | 0.00 | 0.00 |
| TA1 | TA | 03H | 02-7310-55100R1 | GLOW PLUG | 8 | 0.00 | 0.01 |
| TA1 | TA | 03J | 02-7310-55200R2 | GLOWPLUG 28V | 4 | 0.00 | 0.00 |
| TA1 | TA | 02L | 02-7320-01101R1 | CAMSHAFT SENSOR | 4 | 0.00 | 0.00 |
| TA1 | TA | 03F | 02-7320-02101R1 | CRANKSHAFT SENSOR | 4 | 0.00 | 0.00 |
| TA1 | TA | 03B | 02-7320-04100R3 | ASSY PRESSURE REGULATING | 1 | 0.00 | 0.00 |
| TA1 | TA | 03C | 02-7320-04100R3 | ASSY PRESSURE REGULATING | 1 | 0.00 | 0.00 |
| TA1 | TA | 03F | 02-7320-05100R1 | AIR INLET TEMPERATURE SENSOR | 2 | 0.00 | 0.00 |
| TA1 | TA | 01G | 02-9150-01115R3 | REP-SET VALVE COVER GASKET | 1 | 0.00 | 0.00 |
| TA1 | TA | 03B | 02-9150-02111R2 | REP-SET CRANK SEAL FRONT REPL. | 2 | 0.00 | 0.00 |
| TA1 | TA | 02D | 02-9150-52100R2 | ASSY CRANK CONNECTOR | 1 | 0.00 | 0.00 |
| TA1 | TA | 02H | 02-9150-52100R2 | ASSY CRANK CONNECTOR | 2 | 0.00 | 0.00 |
| TA1 | TA | 02B | 02-9150-52130R3 | ASSY CAM CONNECTOR | 4 | 0.00 | 0.00 |
| TA1 | TA | 01F | 02-9150-52150R5 | ASSY POIL CONNECTOR | 2 | 0.00 | 0.00 |
| TA1 | TA | 02H | 02-9150-52180R2 | ASSY REPSET TAIR CONNECTOR | 2 | 0.00 | 0.00 |
| TA1 | TA | 01F | 02-9150-52220R1 | ASSY PRAIL CONNECTOR | 2 | 0.00 | 0.00 |
| TA1 | TA | 02H | 02-9150-52230R1 | ASSY TOIL STECKER | 2 | 0.00 | 0.00 |
| TA1 | TA | 02B | 02-9150-52240R1 | ASSY TGEAR CONNECTOR | 2 | 0.00 | 0.00 |
| TA1 | TA | 02C | 03-7150-K001301 | OIL PRESSURE SENSOR | 2 | 0.00 | 0.00 |
| TA1 | TA | 02E | 03-7212-K004001 | FILTER ELEMENT | 10 | 0.00 | 0.01 |
| TA1 | TA | 01G | 03-7212-K004703 | PRESSURE RELIEF VALVE | 2 | 0.00 | 0.00 |
| TA1 | TA | 03F | 05-3940-K001301 | GLOW PLUG | 20 | 0.00 | 0.02 |
| TA1 | TA | 01F | 05-3940-K001501 | PRESSURE REGULATING RAIL VALVE | 10 | 0.00 | 0.01 |
| TA1 | TA | FLOOR | 05-3940-K001801 | INJECTOR 2.0 | 20 | 0.00 | 0.02 |
| TA1 | TA | 01J | 05-7121-K001301 | RUBBER BEARING | 4 | 0.00 | 0.00 |
| TA1 | TA | 02A | 05-7121-K001401 | ENGINE MOUNT GEARBOX | 4 | 0.00 | 0.00 |
| TA1 | TA | B | 05-7150-E000501-AT | ALTERNATOR ASSY 14V | 1 | 0.00 | 0.00 |

Superior Air Parts, Inc.
Thielert Consigned Inventory
12/30/2008

| Whse | Zone | Location | Part Number | Description | Qty | Avg Cost | Ext Cost |
|---|---|---|---|---|---|---|---|
| TA1 | TA | C | 05-7150-E000601 | ASSY ALTERNATOR 28V | 1 | 0.00 | 0.00 |
| TA1 | TA | B | 05-7150-E000601-AT | ALTERNATOR ASSY 28V | 10 | 0.00 | 0.01 |
| TA1 | TA | D | 05-7150-E000601-AT | ALTERNATOR ASSY 28V | 1 | 0.00 | 0.00 |
| TA1 | TA | 01G | 05-7150-E000701-AT | ALTREG ASSY 28V | 1 | 0.00 | 0.00 |
| TA1 | TA | 01G | 05-7150-E000701-AT | ALTREG ASSY 28V | 1 | 0.00 | 0.00 |
| TA1 | TA | 01G | 05-7150-E000701-AT | ALTREG ASSY 28V | 1 | 0.00 | 0.00 |
| TA1 | TA | 02J | 05-7150-E000801 | ALTREG ASSY 14V | 1 | 0.00 | 0.00 |
| TA1 | TA | D | 05-7150-E000901 | ENGINE LOOM DAI DA42 | 2 | 0.00 | 0.00 |
| TA1 | TA | 03A | 05-7150-E001101 | ALTREG ASSY | 1 | 0.00 | 0.00 |
| TA1 | TA | 02J | 05-7150-E001201 | ALTREG ASSY | 1 | 0.00 | 0.00 |
| TA1 | TA | D | 05-7150-E001401 | ENGINE LOOM TAE125-02 C172 2.0 | 1 | 0.00 | 0.00 |
| TA1 | TA | 03C | 05-7151-E000401 | GLOW PLUG ASSY CONTROL D4 | 3 | 0.00 | 0.00 |
| TA1 | TA | FLOOR | 05-7211-K006001 | CLUTCH ASSY | 45 | 0.00 | 0.05 |
| TA1 | TA | 02F | 05-7223-K000302 | V BELT | 3 | 0.00 | 0.00 |
| TA1 | TA | 03E | 05-7241-K001201 | GASKET OIL DRAIN | 3 | 0.00 | 0.00 |
| TA1 | TA | 03F | 05-7311-K000501 | T AIR SENSOR | 2 | 0.00 | 0.00 |
| TA1 | TA | 02I | 05-7312-K001601 | ORING SEAL 10X2 | 10 | 0.00 | 0.01 |
| TA1 | TA | C | 05-7312-K005301 | HIGH PRESSURE PUMP ASSY | 1 | 0.00 | 0.00 |
| TA1 | TA | 01L | 05-7312-K005301 | HIGH PRESSURE PUMP ASSY | 4 | 0.00 | 0.00 |
| TA1 | TA | 01C | 05-7312-K005801 | FEED PUMP | 1 | 0.00 | 0.00 |
| TA1 | TA | 01F | 05-7312-K005801 | FEED PUMP | 5 | 0.00 | 0.01 |
| TA1 | TA | 01H | 05-7312-K005801 | FEED PUMP | 1 | 0.00 | 0.00 |
| TA1 | TA | 02C | 05-7312-K005801 | FEED PUMP | 2 | 0.00 | 0.00 |
| TA1 | TA | 01B | 05-7313-K000801 | SCREW | 16 | 0.00 | 0.02 |
| TA1 | TA | 01G | 05-7313-K001801 | ORING | 100 | 0.00 | 0.10 |
| TA1 | TA | 03G | 05-7320-E000102 | RAIL PRESSURE SENSOR | 2 | 0.00 | 0.00 |
| TA1 | TA | 02F | 05-7320-E000401 | CAM ASSY SENSOR | 4 | 0.00 | 0.00 |
| TA1 | TA | 03G | 05-7522-K000301 | THERMISTOR | 2 | 0.00 | 0.00 |
| TA1 | TA | 03G | 05-7522-K000601 | SEALING RING | 2 | 0.00 | 0.00 |
| TA1 | TA | 02K | 05-7523-K004701 | HOSE FORMED | 2 | 0.00 | 0.00 |
| TA1 | TA | C | 05-7523-K004801 | HOSE FORMED | 4 | 0.00 | 0.00 |
| TA1 | TA | 01L | 05-7610-E000201-AT | FADEC TAE ASSY C2.0 DA42 | 2 | 0.00 | 0.00 |
| TA1 | TA | B | 05-7611-K000102-AT | FADEC TAE ASSY | 1 | 0.00 | 0.00 |
| TA1 | TA | 02K | 05-7611-K000102-AT | FADEC TAE ASSY | 1 | 0.00 | 0.00 |
| TA1 | TA | B | 05-8010-E001601 | STARTER 14V | 1 | 0.00 | 0.00 |
| TA1 | TA | 02F | 20-6110-16201R1 | WASHER | 6 | 0.00 | 0.01 |
| TA1 | TA | B | 20-7810-S003001 | EXHAUST SYSTEM ASSY W/O PIPE | 1 | 0.00 | 0.00 |
| TA1 | TA | 03E | 20-7810-06102R2 | NUT | 3 | 0.00 | 0.00 |
| TA1 | TA | 03E | 20-7810-06102R2 | NUT | 6 | 0.00 | 0.01 |
| TA1 | TA | 03K | 30-7520-05205R1 | ASSY FLEXIBLE FLUID COUPLING | 2 | 0.00 | 0.00 |
| TA1 | TA | 03J | 52-6110-H000201 | SUPPORT ASSY | 4 | 0.00 | 0.00 |
| TA1 | TA | 03F | 52-7150-E000102 | ALTREG ASSY DA42 | 2 | 0.00 | 0.00 |
| TA1 | TA | FLOOR | 52-7520-H005005 | HEAT PROTECTION SHEET | 5 | 0.00 | 0.01 |
| TA1 | TA | 02K | 52-7810-H000102 | EXHAUST PIPE | 2 | 0.00 | 0.00 |
|  |  |  |  |  |  |  | 0.80 |