EXHIBIT A
Superior Air Parts, Inc.
Wages and Benefits Schedule

| Employee | Annual | Hourly | Prepetition Hours | Prepetition Wages | Accrued Vacation Hours | Accrued Vacation Payout through 12/30/08 |
|---|---|---|---|---|---|---|
| Abercrombie, Kent | 130,000.00 | 62.50 | 16.00 | 1,000.00 | 307.38 | 20,211.25 |
| Benoit, Patrick | 101,156.64 | 48.63 | 16.00 | 778.13 | 16.10 | 1,561.12 |
| Blackwood, Bill | 88,000.12 | 42.31 | 16.00 | 676.92 | 34.40 | 2,132.31 |
| Clemens, Jan | 69,542.46 | 33.43 | 16.00 | 534.94 | 189.26 | 6,862.64 |
| Everett, James | 69,320.16 | 33.33 | 16.00 | 533.23 | 59.20 | 2,506.19 |
| Henman, Brent | 85,000.24 | 40.87 | 16.00 | 653.85 | 120.76 | 5,588.77 |
| Lacayo, Elvis | 23,795.20 | 11.44 | 16.00 | 183.04 | 100.94 | 1,337.79 |
| Lasky, Allen | 47,299.20 | 22.74 | 16.00 | 363.84 | 133.44 | 3,398.27 |
| Lochridge, Thomas | 88,000.12 | 42.31 | 16.00 | 676.92 | 88.24 | 4,410.16 |
| Paust, Jeffery | 128,750.18 | 61.90 | 16.00 | 990.39 | 109.26 | 7,753.48 |
| Perez, Maria | 23,400.00 | 11.25 | 16.00 | 180.00 | 6.67 | 255.04 |
| Reach, Chenda | 39,644.80 | 19.06 | 16.00 | 304.96 | 186.36 | 3,856.98 |
| Renfro, Mary | 44,283.20 | 21.29 | 16.00 | 340.64 | 51.28 | 1,432.39 |
| Ruiz, Juan | 30,534.40 | 14.68 | 16.00 | 234.88 | 160.30 | 2,588.08 |
| Whitley, James | 52,500.24 | 25.24 | 16.00 | 403.85 | 31.46 | 1,197.91 |
| Total | | | | 7,855.59 | | 65,092.39 |

EXHIBIT A

Superior Air Parts, Inc.
401(k) Contribution Schedule

| Dept | Employees | 12/30/2008 EE Contribution | 12/30/2008 ER Match | 12/30/2008 Loan | 12/30/2008 EE Contribution | 12/30/2008 ER Match | 12/30/2008 Loan |
|---|---|---|---|---|---|---|---|
| 57 | Blackwood, Bill | 507.69 | 101.54 | | | | |
| 57 | Ingle, Darrell | | | | | | |
| 57 | Martinez, Abel | | | | | | |
| 57 | Yearsley, Evan | | | | | | |
| 40 | Cannon, Bill | 197.12 | 59.13 | | 112.72 | 33.81 | |
| 40 | Forde, Heather | | | | | | |
| 40 | Lochridge, Jeff | | | | | | |
| 10 | Benavides, Chris | | | | | | |
| 10 | Jaimes, Eric | | | | | | |
| 10 | Lacayo, Elvis | 10.30 | 5.15 | | | | |
| 10 | Maldonado, Ruben | 94.18 | 47.09 | 18.46 | 75.86 | 37.93 | |
| 10 | Melgar, Maria | 56.31 | 28.16 | | 79.59 | 39.80 | |
| 10 | Mercado, Manuel | | | | | | |
| 10 | Metcalf, Wilbert | | | | | | |
| 10 | Owens, Chad | | | | | | |
| 10 | Perez, Maria | 58.32 | 29.16 | | | | |
| 10 | Reach, Chenda | 103.90 | 51.95 | | | | |
| 10 | Ruiz, Juan | 11.89 | 5.95 | | | | |
| 50 | Garcia, Pilar | 64.86 | 32.43 | | 164.30 | 82.15 | |
| 50 | Lasky, Allen | 193.92 | 58.17 | | | | |
| 50 | Osman, Wahid | 104.60 | 31.38 | 399.68 | 31.92 | 9.57 | |
| 50 | Paust, Jeff | 0.00 | 148.56 | | | | |
| 50 | Wright, Gary | 114.84 | 57.42 | | 65.00 | 32.50 | |
| 55 | Hewitt, Carolyn | 326.79 | 65.35 | | 689.83 | 137.96 | |
| 55 | Marsden, Fred | 221.83 | 95.07 | 205.76 | 475.79 | 128.51 | |
| 70 | Henman, Brent | 163.46 | 81.73 | | | | |
| 70 | Peterson, Bill | 299.07 | 112.15 | | 932.99 | 349.87 | |
| 80 | Abercrombie, Kent | 0.00 | 150.00 | | | | |
| 80 | Clemens, Jan | 187.22 | 80.24 | 176.31 | | | |
| 80 | Ho, Tzu-Ying | 133.84 | 66.92 | 16.99 | 70.12 | 35.06 | |
| 80 | Renfro Mary | | | | | | |
| 80 | Benoit, Pat | 233.44 | 116.72 | | | | |
| 80 | Wootton, Chris | 145.40 | 72.70 | | 70.73 | 35.87 | |
| | Total | 3,228.98 | 1,496.97 | 817.20 | 2,768.85 | 923.03 | 0.00 |