Exhibit B

Auction and Sale Notice

## NOTICE TO CREDITORS OF SUPERIOR AIR PARTS, INC.

On December 30, 2008 Superior Air Parts, Inc. ("Superior") filed for protection under Chapter 11 of the U.S. Bankruptcy Code in the Bankruptcy Court for the Northern District of Texas –Dallas Div., Case no. 08-36705-11. Superior sells Superior-brand parts for engines created by the Continental division of Teledyne, Inc. and the Lycoming division of Textron Inc. Superior is also an OEM for the 180-horsepower Vantage Engine and owner-built XM-360 engines for various aircraft companies. In addition, Superior is a distributor of over 2,000 general parts purchased from other manufacturers to compliment its own product line.

SUPERIOR IS SELLING ITS ASSETS FREE AND CLEAR OF CLAIMS AND LIENS

Superior has filed motions with the Bankruptcy Court seeking approval of a bidding procedure and the sale of substantially of its assets and will file a Plan to distribute the proceeds of the sale to all creditors of Superior after the sale has been approved and closed. A hearing has been set on the proposed sale on February __, 2009.

In order to get the highest price possible for the assets for the benefit of Superior's creditors, Superior's assets will be sold free and clear of all claims and encumbrances, and all creditors who have claims of any kind against Superior, whether known or unknown, will be enjoined and forever barred from pursuing any claims of any nature whatsoever against the purchaser. This is a general description of how the sale may affect a creditor's rights and so to obtain the specific details, you should view Superior's proposed order approving the sale at http://www.strasburger.com/_client/Superior-Air-Parts/show.asp or by contacting Ms. Angela Dunn, Legal Administrative Assistant, Strasburger & Price, LLP, angela.dunn@straburger.com, facsimile 512-499-3660.

BAR DATE TO FILE A PROOF OF CLAIM

If you have a claim against Superior you MUST file a proof of claim before the bar date for filing proofs of claims set by the court or your claim will be forever barred. The court has set a bar date for filing proofs of claims for _____, 2009. You may obtain an official proof of claim form and filing instructions from the website for the bankruptcy court: http://www.txnb.uscourts.gov/Reference-Library/Forms