Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**PROPOSED ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-36705-11 |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | CHAPTER 11 |
| DEBTOR, | § | |
| | § | |

APPLICATION TO EMPLOY
<u>STRASBURGER & PRICE, LLP AS BANKRUPTCY COUNSEL FOR DEBTOR</u>

*NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, 12TH FLOOR, DALLAS, TEXAS 75242, BEFORE 5:00 O'CLOCK P.M., TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF. ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND THE TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.*

Superior Air Parts, Inc. ("Debtor") files this Application to Employ Strasburger & Price, LLP as Bankruptcy Counsel for Debtor ("Application") and in support hereof would show as follows:

1. On December 31, 2008 (the "Commencement Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business as debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. The Debtor desires to employ Stephen A. Roberts, Robert P. Franke, Duane J. Brescia, and the law firm Strasburger & Price, LLP (the "Firm" or "Strasburger") with offices located at (i) 600 Congress Avenue, Suite 1600, Austin, Texas 78701 and (ii) 901 Main Street, Suite 4400, Dallas, Texas 75202, to serve as its bankruptcy counsel.

3. This Firm has been selected by the Debtor because Mr. Roberts, Mr. Franke, Mr. Brescia and the Firm are knowledgeable and experienced in bankruptcy practice and related matters. The professional services to be rendered and the proposed arrangement for compensation are set forth in the Professional Services Agreement attached hereto as *Exhibit A*.

4. The Firm's customary fees and expenses incurred in connection with this representation are to be paid out of the estate. Stephen A. Roberts' current hourly rate is $485, Robert P. Franke's current hourly rate is $475 and Duane J. Brescia's current hourly rate is $415. From time to time, other attorneys in the Firm may be utilized when necessary and cost effective. The rates of other attorneys in the Firm range from $200 to $615 per hour and paralegals are $80 to $180 per hour. The rates charged by the

Firm are its standard and customary rates charged to clients for these types of services and these rates are in keeping with the customary rates for services in this District.

  5.  The Firm has received three pre-petition retainers totaling $120,000 in connection with its assistance on workout advice, negotiating the proposed sale of assets and pre-bankruptcy preparations. Of that amount, approximately $113,123.32 has been earned and paid as a pre-petition fee, leaving a balance of $6,876.68 to serve as its post-petition retainer. A copy of the Firm's Disclosure of Compensation under BLR 2016 is attached hereto as *Exhibit B*.

  6.  The Firm will seek payment of its fees and expenses from the estate by filing an application for approval of fees and expenses pursuant to 11 U.S.C. §§ 330 and 331 and Local Bankruptcy Rule 2016. The Firm will only seek to apply the retainer if the estate's assets cannot satisfy the Firm's fees and expenses.

  7.  The Firm has checked its conflict of interest records and advised the Debtor that it does not have a conflict in this case and that it is otherwise a disinterested person with respect to the Debtor, the estate and creditors.

  8.  Counsel has not shared, or agreed to share any compensation received or that may be received with another party or person, or any compensation another person or party has received or may receive.

  9.  The Debtor believes the employment of the Firm would be in the best interest of the estate. No other legal professionals have been retained for bankruptcy matters.

WHEREFORE, Superior Air Parts, Inc. requests that the Court enter an order approving the employment of Strasburger & Price, LLP, as its bankruptcy counsel, upon the terms described in this Application, and for such other relief as is just.

Respectfully submitted,

**Superior Air Parts, Inc.**

By:  __/s/ Kent Abercrombie_____
Kent Abercrombie, Chief Executive Officer

**Debtor and Debtor-in-Possession**

Respectfully submitted,

/s/ Stephen A. Roberts
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Proposed Bankruptcy Attorneys for the Debtor**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the partie(s) listed below and on the attached service list via First Class U.S. Mail, postage prepaid on January 2, 2009.

/s/ Stephen A. Roberts
Stephen A. Roberts

Office of the United States Trustee
1100 Commerce Street
Dallas, Texas  75242-1496

LIMITED SERVICE LIST

| | | |
|---|---|---|
| Theilert Aircraft Engines<br>Nieritzstr 14 D-01097<br>Dresden Germany | Mahle Engine Components<br>60428 Marine Road<br>Atlantic IA 50022-8291 | KS-Pistoes<br>Rodovia Arnald, Julio Mauberg<br>4000 Disrito Industrial No<br>Nova Odessa SP Brasil CAIZA<br>Postal 91 CEP 13460-000 |
| Airsure Limited<br>15301 Spectrum Drive, #500<br>Addison, TX  75001 | ECK Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Mahle Engine Components<br>14161 Manchester Road<br>Manchester, MO 63011 |
| Crane Cams<br>530 Fentress Blvd<br>Daytona Beach, FL  32114 | Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas TX  75227 | Saturn Fasteners Inc.<br>425 S. Varney St.<br>Burbank, CA  91502 |
| Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29654-0686 | Ohio Gasket & Shim<br>976 Evans Ave.<br>Akron, OH 44305 | Gerhardt Gear<br>133 East Santa Anita<br>Burbank CA  91502-1926 |
| Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601 | Helio Precision Products<br>601 North Skokie Highway<br>Lake Bluff, IL  60044 | Knappe & Koester Inc.<br>18 Bradco Street<br>Keen, NH 3431 |
| Garlock-Metallic Gasket Div<br>250 Portwall St., Ste. 300<br>Houston, TX  77029 | AOPA Pilot<br>PO Box 973<br>Frederick, MD  21701 | Mahle Engine Components<br>17226 Industrial HWY<br>Caldwell, OH  43724-9779 |
| Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX  75050-1222 | Seal Science<br>17131 Daimler<br>Irvine, CA  92614-5508 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Mary Frances Durham<br>Office of the US Trustee<br>1100 Commerce Street, Rm. 976<br>Dallas, TX  75242-1496 | David Childs, Ph.D.<br>Dallas County Tax Assessor/Collector<br>500 Elm Street, Records Building<br>Dallas, TX 75202 | Thielert AG<br>Albert-Einstein-Ring 11<br>D-22761, Hamburg Germany |
| Betsy Price, Tax Assessor Collector<br>100 E. Weatherford<br>PO Box 961018<br>Fort Worth, TX 76196 | Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Ace Grinding & Machine Company<br>2020 Winner Street<br>Walled Lake, MI 48390 |
| Lynden International<br>1800 International Blvd. #800<br>Seattle, WA 98188 | Combustion Technologies, Inc.<br>1804 Slatesville Road<br>Chatham, VA 24531 | Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG,<br>Feld<br>Witten, Germany 58456 |

Chester Salomon
Stevens & Lee
485 Madison Ave., 20th Floor
New York, NY 10022

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019