Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**PROPOSED ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC**.

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 08-36705-11 |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | CHAPTER 11 |
| DEBTOR, § | |
| § | |

**VERIFIED STATEMENT OF
STRASBURGER & PRICE, LLP FILED PURSUANT TO 11 U.S.C. § 2014**

Strasburger & Price, LLP, the proposed attorneys for Superior Air Parts, Inc. ("Debtor") hereby submit this verified statement of disinterestedness pursuant to Bankruptcy Rule 2014(a):

STATE OF TEXAS §
§
COUNTY OF TRAVIS §

Before me the undersigned authority, on this day personally appeared Stephen A. Roberts, known to me to be the person whose name is subscribed hereto, and after having been duly sworn, he did depose and say the following:

1.    My name is Stephen A. Roberts. I am over the age of 18 years, am competent to make this affidavit and have personal knowledge of the facts stated

herein. Each and every statement contained herein is true and correct to the best of my information and belief.

2. I am an attorney duly admitted to practice in the State of Texas and in this Court.

3. The law firm of Strasburger & Price, LLP (the "Firm") maintains offices for the practice of law at (i) 600 Congress Avenue, Suite 1600, Austin, Texas 78701-3248, telephone (512) 499-3600, facsimile (512) 499-3660 and at (ii) 901 Main Street, Suite 4400, Dallas, Texas 75202-3794, telephone (214) 651-4300, facsimile (214) 651-4330..

4. Neither I nor the Firm hold or represent an interest adverse to the estate, and are disinterested persons as that term is defined by 11 U.S.C. §§ 327(a) and 101(14). Neither I nor the Firm have had any connection with the above-named Debtor, the Debtor's creditors, or any other party-in-interest herein except as disclosed herein.

5. Superior Air Parts, Inc. first retained the Firm on October 8, 2008 and remitted three pre-petition retainers to the Firm totaling $120,000 for services to be rendered in evaluating the company's options and determining the advisability of filing for bankruptcy protection under the Bankruptcy Code. The Firm provided such services and applied the retainers to its fees and expenses through December 30, 2007. A balance of $6,876.68 of the retainer remains unused and the Firm will use that sum as its post-petition retainer. There are no remaining prepetition fees owed to the Firm by the Debtor.

6. The Firm has checked its records for the last five years and has canvassed attorneys and does not have any conflicts of interest and has not represented any creditors in connection with the Debtor or its estate.

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Proposed Bankruptcy Attorneys for the Debtor**

SWORN TO AND SUBSCRIBED before me by Stephen A. Roberts on this the 2nd day of January 2009 to certify which witness my hand and seal of office.

/s/ *Johanna Siemering*
**NOTARY PUBLIC, STATE OF TEXAS**

**My commission expires:** September 20, 2011

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the parties listed below and on the attached service list, if any, via First Class U.S. Mail, postage prepaid and email on January 2, 2009.

/s/ *Stephen A. Roberts*
Stephen A. Roberts

Office of the United States Trustee
1100 Commerce Street
Dallas, Texas  75242-1496

LIMITED SERVICE LIST

Case 08-36705-bjh11    Doc 14    Filed 01/02/09    Entered 01/02/09 15:13:07    Desc Main
Document      Page 4 of 6

Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA
Postal 91 CEP 13460-000

Airsure Limited
15301 Spectrum Drive, #500
Addison, TX  75001

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

Crane Cams
530 Fentress Blvd
Daytona Beach, FL  32114

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX  75227

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA  91502

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

Gerhardt Gear
133 East Santa Anita
Burbank CA  91502-1926

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL  60044

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431

Garlock-Metallic Gasket Div
250 Portwall St., Ste. 300
Houston, TX  77029

AOPA Pilot
PO Box 973
Frederick, MD  21701

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH  43724-9779

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX  75050-1222

Seal Science
17131 Daimler
Irvine, CA  92614-5508

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Mary Frances Durham
Office of the US Trustee
1100 Commerce Street, Rm. 976
Dallas, TX  75242-1496

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

Lynden International
1800 International Blvd. #800
Seattle, WA 98188

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG,
Feld
Witten, Germany 58456

Chester Salomon
Stevens & Lee
485 Madison Ave., 20th Floor
New York, NY 10022

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019