Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**PROPOSED ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | **Chapter 11** |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | **Case No. 08-36705** |
| | § | |
| **Debtor.** | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the following motions, filed on Friday, January 2, 2009, were served on the parties listed on the attached service lists via the method indicated below, on January 2, 2009. In addition to service of these motions, correspondence has been served via fax to all creditors on the Limited Service List, including the Amended List of Top-Twenty Unsecured Creditors[1] advising them of the filing of these motions and the web address where electronic copies of the motions are available for review and download. A copy of the correspondence is attached.

---

[1] This list includes vendors of the Debtor who have claims exceeding $15,750.

544531.1/SPA/20354/0102/010209

The Limited Service list consists of the U.S. Trustee, governmental agencies, the secured creditor, and the top twenty unsecured creditors, excluding insiders. The Comprehensive Service List consists of all parties on the Limited Service List, all creditors listed on the Debtor's Schedules, suppliers, and customers.

| Docket No. | Title | Service List and Method of Service |
|---|---|---|
| 6 | Debtor's Motion Pursuant to Section 364(c) of the Bankruptcy Code for Final Order Authorizing Post-Petition Financing | Via U.S. first class mail to the Limited Service List |
| 7 | Debtor's Motion for Order Authorizing the Debtor to Pay Pre-Petition Wages, Salary, and Employee Benefits | Via U.S. first class mail to the Limited Service List |
| 8 | Motion of the Debtor for Authorization to Implement Retention Program for Key Employees | Via U.S. first class mail to the Limited Service List |
| 9 | Debtor's Ex-Parte Motion to Shorten Required Notices on (1) Motion to Implement Retention Program for Key Employees and (ii) Motion Pursuant to Section 364(c) of the Bankruptcy Code for Final Order Authorizing Post-Petition Financing | Via U.S. first class mail to the Limited Service List |
| 10 | Debtor's Expedited Motion to Approve Bid Procedures for the Sale of Substantially All of Debtor's Assets Free and Clear of Liens | Via U.S. first class mail to all listed on the Comprehensive Service List |
| 11 | Debtor's Motion to Sell Substantially All of Debtor's Assets Free and Clear of Liens | Via U.S. first class mail to all listed on the Comprehensive Service List |
| 12 | Debtor's Motion for Order Setting Bar Date for Claims | Via U.S. first class mail to all listed on the Comprehensive Service List |
| 13 | Application to Employ Strasburger & Price, LLP as Bankruptcy Counsel for the Debtor | Via U.S. first class mail to the Limited Service List |

| Docket No. | Title | Service List and Method of Service |
|---|---|---|
| 14 | Debtor's Motion for Expedited Hearing on Motions filed by the Debtor on January 2, 2008 | Via U.S. first class mail to all listed on the Comprehensive Service List |

Respectfully submitted,

/s/ *Duane J. Brescia*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600
Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Proposed Bankruptcy Attorneys for the Debtor**



January 2, 2009

STEPHEN A. ROBERTS
512.499.3624
Direct Fax: 512.536.5723
stephen.roberts@strasburger.com

Board Certified Business Bankruptcy Law
Texas Board of Legal Specialization

<u>VIA FACSIMILE</u>
Limited Service List and
Top 20 Unsecured Creditors of Superior Air Parts, Inc.

RE:   Chapter 11 of Superior Air Parts, Inc.

Dear Creditor:

Superior Air Parts, Inc. ("Superior") filed Chapter 11 of the United States Bankruptcy Code on December 31, 2008 in the United States Bankruptcy Court in the Northern District of Texas –Dallas Division, case no. 08-36705-11.  We represent Superior.

You are receiving this letter because you are on Superior's limited service list which includes its 20 largest unsecured creditors, excluding insiders.

Superior filed Chapter 11 to facilitate the sale of all of its assets in February 2009.  If the court approves the sale, the proceeds of the sale will be distributed to creditors of Superior under a bankruptcy plan to be filed in the near future.  In order to obtain the maximum purchase price for Superior's assets, the assets will be sold free and clear of all liens, claims, and encumbrances, and creditors of Superior will be barred from pursuing any claims against the purchaser.

After several months of marketing the company, Superior accepted an offer from Avco Corporation ("Avco"), an affiliate of Textron, Inc., for $11.5 million, subject to certain adjustments in the Asset Purchase Agreement. The Debtor is asking the court to set an expedited hearing to adopt a bidding procedure in an effort to get higher offers and will ask the court to set a hearing on a sale to Avco or the highest bidder in February 2009.

**Today we have filed the following motions which may affect your rights and we are asking the court to set an expedited hearing on them in the next two weeks.**

*Debtor's Motion Pursuant to Section 364(c) of the Bankruptcy Code for Final Order Authorizing Post-Petition Financing;*



Limited Service List and
Top 20 Unsecured Creditors of Superior Air Parts, Inc.
January 2, 2009
Page 2

    *Debtor's Motion for Order Authorizing the Debtor to Pay Pre-Petition Wages, Salary, and Employee Benefits;*

    *Motion of the Debtor for Authorization to Implement Retention Program for Key Employees;*

    *Debtor's Expedited Motion to Approve Bid Procedures for the Sale of Substantially All of Debtor's Assets Free and Clear of Liens;*

    *Debtor's Ex-Parte Motion to Shorten Required Notices on (1) Motion to Implement Retention Program for Key Employees and (ii) Motion Pursuant to Section 364(c) of the Bankruptcy Code for Final Order Authorizing Post-Petition Financing; and*

    *Debtor's Motion for Order Setting Bar Date for Claims.*

    We have also filed a *Motion to Sell Substantially All of Debtor's Assets Free and Clear of Liens* and have asked that it be set in February 2009 and an *Application to Employ Strasburger & Price, LLP as Bankruptcy Counsel for the Debtor* which does not require a hearing unless objections are filed.

    We will advise you when the court has set a hearing.

**You can obtain copies of the motions listed below and the Asset Purchase Agreement with Avco by going to** http://www.strasburger.com/client/SuperiorAirParts/. We are also sending you copies of the motions by first class mail.

    We cannot give you legal advice but if you have any questions, you may contact my Paralegal, Ms. Donna Krupa at donna.krupa@strasburger.com or at 512-499-3648.

Regards,

*/s/Stephen A. Roberts*

Stephen A. Roberts

Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany
Fax: 011-49-0-89-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

Airsure Limited
15301 Spectrum Drive, #500
Addison, TX  75001
Fax: 972-980-4090

Crane Cams
530 Fentress Blvd
Daytona Beach, FL  32114
Fax: 386-947-5109

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686
Fax: 864-843-5479

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601
Fax: 256-355-3612

Chester Salomon
Stevens & Lee
485 Madison Ave., 20th Floor
New York, NY 10022
Fax: 212-319-8505

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX  75050-1222
Fax: 972-623-0404

Mary Frances Durham
Office of the US Trustee
1100 Commerce Street, Rm. 976
Dallas, TX  75242-1496
214-767-8971

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196
Fax: 817-884-2793

Lynden International
1800 International Blvd. #800
Seattle, WA 98188
Fax: 206-777-7330

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291
Fax: 712-243-1553

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967
Fax: 251-625-2241

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX  75227
Fax: 214-388-0619

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305
Fax: 330-630-2075

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL  60044
Fax: 847-473-1306

AOPA Pilot
PO Box 973
Frederick, MD  21701
Fax: 805-226-7422

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor
PO Box 9478
Coppell, TX 75019
Fax: 972-304-3571

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202
214-653-7887

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002
Fax: 860-242-3159

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531
Fax: 434-770-2410

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal
91 CEP 13460-000
Fax: 011-55-19-3466-9814

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011
Fax: 636-394-3736

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA  91502
Fax: 818-846-0003

Gerhardt Gear
133 East Santa Anita
Burbank CA  91502-1926
Fax: 818-842-1458

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431
Fax: 603-355-2266

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH  43724-9779
Fax: 740-732-2520

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114
Fax: 214-413-5028

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany
Fax: 011-49-0-040-899-5610

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390
Fax: 248-624-0512

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG,
Feld
Witten, Germany 58456
Fax: 011-49-0-23-02/7-08-28