Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**PROPOSED ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | **Case No. 08-36705** |
| **SUPERIOR AIR PARTS, INC.,** | § § | **Chapter 11** |
| **Debtor.** | § § § | |

## SUPPLEMENTAL CERTIFICATE OF CONFERENCE

This Certificate of Conference shall supplement the certificate of conference filed with the Debtor's Motion for Expedited Hearing on Motions filed by the Debtor on January 2, 2008 (docket no. 15, which seeks expedited hearings on docket nos. 6, 7, 8, 10, and 12). The undersigned has conferred with the United States Trustee ("Trustee") and hereby certifies that the Trustee does not oppose the Debtor's request for expedited hearings.

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Proposed Bankruptcy Attorneys for the Debtor**