Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**PROPOSED ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § § | Chapter 11 |
| Debtor. | § § § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT, a hearing will take place at **9:00 a.m. on Friday, January 9, 2009** in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Dallas, TX 75242-1496, before the Honorable Barbara J. Houser to consider the following motions filed by Debtor, Superior Air Parts, Inc.:

| Docket No. | Title of Motion | Date Filed |
|---|---|---|
| 7 | Debtor's Motion For Order Authorizing The Debtor To Pay Pre-Petition Wages, Salaries And Employee Benefits | January 2, 2008 |
| 6 | Debtor's Motion Pursuant to Section 364(c) of the Bankruptcy Code for Final Order Authorizing Post-petition Financing | January 2, 2008 |

| Docket No. | Title of Motion | Date Filed |
|---|---|---|
| 8 | Debtor's Motion for Authority to Implement Retention Program for Key Employees | January 2, 2008 |
| 10 | Debtor's Motion for Approval of Bid Procedures | January 2, 2008 |
| 12 | Debtor's Motion for Order Setting Bar Date for Claims | January 2, 2008 |

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Proposed Bankruptcy Attorneys for the Debtor**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served via fax (or email, as indicated) upon the Limited Service List, and via First Class U.S. Mail, postage prepaid upon the Comprehensive Service List on January 6, 2009. Because of its size, the Comprehensive Service List is not included in the service package, but is available for review at http://www.strasburger.com/client/SuperiorAirParts/.

/s/ *Stephen A. Roberts*
Stephen A. Roberts