Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany
Fax: 011-49-89-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

Airsure Limited
15301 Spectrum Drive, #500
Addison, TX 75001
Fax: 214-705-6262

Crane Cams
530 Fentress Blvd
Daytona Beach, FL 32114
Fax: 386-947-5109

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686
Fax: 864-843-5479

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601
Fax: 256-353-2197

Chester Salomon
Stevens & Lee
485 Madison Ave., 20th Floor
New York, NY 10022
Fax: 212-319-8505

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX 75050-1222
Fax: 972-623-0404

Mary Frances Durham
Office of the US Trustee
1100 Commerce Street, Rm. 976
Dallas, TX 75242-1496
214-767-8971

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196
Fax: 817-884-2793

Lynden International
1800 International Blvd. #800
Seattle, WA 98188
Fax: 206-777-7330

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291
Fax: 712-243-1553

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967
Fax: 251-625-2241

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227
Fax: 214-388-0619

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305
Fax: 330-630-2075

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044
Fax: 847-473-1306

AOPA Pilot
PO Box 973
Frederick, MD 21701
Thomas.haines@aopa.org
Steve@ellsaviation.com

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor
PO Box 9478
Coppell, TX 75019
Fax: 972-304-3571

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202
214-653-7887

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002
Fax: 860-242-3159

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531
mpercario@combustech.com

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal
91 CEP 13460-000
Fax: 011-55-19-3466-9814

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011
Fax: 636-394-3736

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502
Fax: 818-846-0003

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926
Fax: 818-842-1458

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431
Fax: 603-355-2266

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH 43724-9779
Fax: 740-732-2520

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114
Fax: 214-413-5028

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany
Fax: 011-49-040-899-5610

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390
Fax: 248-624-0512

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG,
Feld
Witten, Germany 58456
Fax: 011-49-230-27-08-28