Neil J. Orleans
State Bar No. 15303500
**GOINS, UNDERKOFLER, CRAWFORD
  & LANGDON, L.L.P.**
1201 Elm Street, Suite 4800
Dallas, Texas 75270
Attorneys for **Aviall, Inc.**

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| **SUPERIOR AIR PARTS, INC.** | § |
| | §    CASE NO. 08-36705-bjh11 |
| | § |
| Debtor. | § |

### NOTICE OF APPEARANCE AND REQUEST FOR COPIES

**PLEASE TAKE NOTICE** that the undersigned appears on behalf of Aviall, Inc., a creditor herein, and hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> Neil J. Orleans
> Goins, Underkofler, Crawford & Langdon, L.L.P.
> 1201 Elm Street, Suite 4800
> Dallas, Texas 75270

This request includes all notices and papers in this case as well as notices of any hearings with regard to the above-referenced proceeding.

**DATED** this the 7th day of January 2009.

Respectfully submitted,

/s/ Neil J. Orleans
**Neil J. Orleans**
State Bar No. 15303500
**GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, L.L.P.**
1201 Elm Street, Suite 4800
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 (Fax)
Attorneys for **Aviall, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served electronically on the Attorney for the Debtor, **Stephen A. Roberts,** Strasburger & Price, LLP, 600 Congress Avenue, Suite 1600, Austin, Texas 78701; and the **U. S. Trustee**, 1100 Commerce Street, Room 976, Dallas, Texas 75242 on this 7th day of January 2009.

/s/ Neil J. Orleans
Neil J. Orleans