BTXN 104a (rev. 10/99)

Receipt No.: _____

Initials: _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:  Superior Air Parts, Inc.

§
§    Case No.:   08-36705-BJH-11
§
§
§
Debtor(s)    §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1.  Name:   Freeman                 William                 B.
                 *Last*                          *First*                        *MI*

2.  Firm Name:   Pillsbury Winthrop Shaw Pittman LLP

3.  Address:   725 South Figueroa Street, Suite 2800

         Los Angeles, CA  90017-5406


4.  Phone:  213-488-7269            FAX:  213-629-1033

5.  Name used to sign *all* pleadings:   William B. Freeman

6.  Retained by:   Textron Inc. and Avco Corporation

7.  Admitted on   October 1988   and presently a member in good standing of
the bar of the highest court of the state of   California   and
issued the bar license number of   137276   .

8.  Admitted to practice before the following courts:

| *Court:* | *Admission Date:* |
| --- | --- |
| Central District of California | October 1988 |
|  |  |
|  |  |

*Continued.*

9.  Are you presently a member in good standing of the bars of the courts listed above?

☒ Yes  ☐ No

If "No," please list all courts which you are no longer admitted to practice:

10.  Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐ Yes  ☒ No

If "Yes," please provide details:

11.  Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes  ☒ No

If "Yes," please provide details:

12.  Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application* | *Case No. and Style* |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

13.  Local counsel of record:  Deirdre B. Ruckman, Gardere Wynne Sewell LLP

14.  Local counsel's address:  1601 Elm Street, Suite 3000, Dallas, TX  75201-4761

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☐  I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☒  I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankrutpcy Court accompanied with the $25.00 filing fee on 01/07/09 _____.

William B. Freeman
_____
Printed Name of Applicant

Date 1/7/09

_____
Signature of Applicant