Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**PROPOSED ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § § | Chapter 11 |
| Debtor. | § § § | |

**DEBTOR'S EXHIBIT LIST FORE THE
EXPEDITED HEARING ON MOTIONS
FILED JANUARY 2, 2009 (DOCKET NOS. 6,7,8,10, & 12)**

| EXH. # | DATE | DESCRIPTION | Offer | Object | Admit | Disposition After Trial |
|---|---|---|---|---|---|---|
| 1. | 12/31/08 | Debtor's Schedules (w/out attachments) | | | | |
| 2. | 12/31/08 | Debtor's Statement of Financial Affairs (w/out attachments) | | | | |
| 3. | 12/18/08 | Consent of Thielert AG to use of cash collateral | | | | |
| 4. | 11/2008 | Superior Balance Sheet and Income Statement as of Nov 2008 | | | | |
| 5. | | Debtor's Cash Flow Projections | | | | |
| 6. | 12/30/08 | Asset Purchase Agreement with Avco Corporation | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7. | | Affidavit of Daniel Schenk, Corporate Finance Partners, re Debtor's sells efforts | | | | |
| 8. | | Affidavit of Representative of Avco Corp./Textron Inc re break-up fee | | | | |
| 9. | 1/8/09 | Proposed Form of Notice – EAA Magazine | | | | |
| 10. | 1/8/09 | Proposed Form of Notice – Other Publications | | | | |
| 11. | 1/8/09 | Proposed Form of Notice to FAA-registered engine owners | | | | |

Respectfully submitted,

/s/ Stephen A. Roberts
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600 / Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Proposed Bankruptcy Attorneys for the Debtor**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the partie(s) listed below and on the attached service list via First Class U.S. Mail, postage prepaid on January 8, 2009.

/s/ *Stephen A. Roberts*
Stephen A. Roberts

Office of the United States Trustee
1100 Commerce Street
Dallas, Texas 75242-1496

Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany
Fax: 011-49-89-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

Airsure Limited
15301 Spectrum Drive, #500
Addison, TX 75001
Fax: 214-705-6262

Crane Cams
530 Fentress Blvd
Daytona Beach, FL 32114
Fax: 386-947-5109

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686
Fax: 864-843-5479

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601
Fax: 256-353-2197

Chester Salomon
Stevens & Lee
485 Madison Ave., 20th Floor
New York, NY 10022
Fax: 212-319-8505

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX 75050-1222
Fax: 972-623-0404

Deirdre B. Ruckman
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX 75201

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196
Fax: 817-884-2793

Lynden International
1800 International Blvd. #800
Seattle, WA 98188
Fax: 206-777-7330

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291
Fax: 712-243-1553

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967
Fax: 251-625-2241

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227
Fax: 214-388-0619

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305
Fax: 330-630-2075

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044
Fax: 847-473-1306

AOPA Pilot
PO Box 973
Frederick, MD 21701
Thomas.haines@aopa.org
Steve@ellsaviation.com

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor
PO Box 9478
Coppell, TX 75019
Fax: 972-304-3571

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202
214-653-7887

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002
Fax: 860-242-3159

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531
mpercario@combustech.com

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal
91 CEP 13460-000
Fax: 011-55-19-3466-9814

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011
Fax: 636-394-3736

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502
Fax: 818-846-0003

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926
Fax: 818-842-1458

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431
Fax: 603-355-2266

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH 43724-9779
Fax: 740-732-2520

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114
Fax: 214-413-5028

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany
Fax: 011-49-40-899-5610

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390
Fax: 248-624-0512

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG,
Feld
Witten, Germany 58456
Fax: 011-49-230-27-08-28

Neil J. Orleans
Goins, Underkolfer, et al, LLP
1201 Elm Street, Ste. 4800
Dallas, TX  75270