## EXHIBIT B

Labor costs incurred by Textron Inc. in connection with Project Wing

| Name | Employer | Hours Spent on Wing | Hourly Rate* | Total Implied Cost |
|---|---|---|---|---|
| Donnie Braunstein (Legal) | Textron Inc. | 35 | $500 | $17,500 |
| Arnold Friedman (Legal) | Textron Inc. | 20 | $750 | $15,000 |
| Christopher Johnson (Risk Management/ Insurance) | Textron Inc. | 20 | $250 | $5,000 |
| David Stonestreet (Tax) | Textron Inc. | 20 | $500 | $10,000 |
| TOTAL | | | | $47,500 |

* Rate shown is the equivalent rate of outside legal counsel or risk management consultants having substantially similar qualifications and experience.

DALLAS 2005830v.1