EXHIBIT C

**Textron Systems**
Project: WING ( Superior Air Parts)
Charge Code: TEIX6ACQ6

| Expense category: | Actual Cost Incurred 01/01/08-01/06/09 $ |
|---|---|
| Airfare | 2,254.01 |
| Auto rental | 83.80 |
| Hotel | 436.00 |
| Meals | 186.75 |
| Other Travel | 195.42 |
| Business meetings | 197.63 |
| Labor | 21,022.86 |
| **Total** | **24,376.47** |

| Hours by employee: | Actual Hours Incurred 01/01/08-01/06/09 Hours |
|---|---|
| Kemp, Walter | 10.70 |
| DeMarco, Richard | 151.00 |
| Tirpaeck, Amy | 194.00 |
| Zambroski, Richard | 9.00 |
| **Total** | **364.70** |

**Note: Labor Expense Total reflects the actual hourly rate applicable to each named employee utilized by the Textron Systems division of Textron Inc. for government contracting purposes multiplied by the number of hours expended by such employee. The labor reflected above is unburdened by fringe benefits and other associated overheads.**