## Project Wing Legal Costs

| Invoice # | Date | Company | Amount | |
|---|---|---|---|---|
| 0109H | 1/1/2009 | Richard C. Weisberg | $450.00 | |
| 0109F | 1/1/2009 | Richard C. Weisberg | $1,125.00 | |
| 0708H | 7/1/2008 | Richard C. Weisberg | $3,261.00 | |
| 1208H | 12/1/2008 | Richard C. Weisberg | $3,261.00 | |
| 0508H | 5/1/2008 | Richard C. Weisberg | $525.00 | |
| 0308F | 3/1/2008 | Richard C. Weisberg | $561.00 | |
| 1008F | 10/1/2008 | Richard C. Weisberg | $2,137.00 | |
| 71083909 | 8/27/2008 | White & Case | $18,417.40 | This is an approximate charge in USD, the total in EUR is 13,547.24 |
| 71085541 | 12/5/2008 | White & Case | $14,830.96 | This is the actual USD amount, the EUR amount is 10,533.35 |
| 1099 | 7/9/2008 | Smith & Moore | $12,983.04 | |
| 7479579 | 11/7/2008 | Pillsbury | $119.32 | |
| 7471669 | 10/9/2008 | Pillsbury | $9,161.66 | |
| 7484940 | 11/30/2008 | Pillsbury | $3,162.11 | |
| to be issued | 12/31/2008 | Pillsbury | $25,000.00 | |
| 6494 | 11/30/2008 | GTC Law Group | $7,565.00 | |
| 6301 | 10/31/2008 | GTC Law Group | $4,848.00 | |
| 6001 | 9/30/2008 | GTC Law Group | $10,837.20 | |
| 5750 | 8/31/2008 | GTC Law Group | $12,178.00 | |
| 5387 | 8/14/2008 | GTC Law Group | $22,914.05 | |
| to be issued | 12/31/2008 | GTC Law Group | $41,252.50 | |
| to be issued | 12/31/2008 | Gardere | $36,937.50 | |
| **Total** | | | **$231,526.74** | |

EXHIBIT A