EXHIBIT A to Affidavit of W. Robert Kemp

**Textron Systems - Lycoming**
Project: WING ( Superior Air Parts)

| Expense category: | Actual Cost Incurred 01/01/08-01/06/09 $ |
|---|---|
| Airfare | 5,169.59 |
| Auto rental | 1,271.74 |
| Hotel | 877.45 |
| Meals | 801.32 |
| Other Travel | 145.21 |
| Business meetings | 76.52 |
| Hotel unallowable | 0.00 |
| US Other Travel Unallowable | 0.00 |
| Outside Legal | 0.00 |
| Other Costs (Moffett and independent consultants) | 7,221.92 |
| Labor | 87,117.95 |
| **Total** | **102,681.70** |

| Hours by employee: | Actual Hours Incurred 01/01/08-01/06/09 Hours |
|---|---|
| Walsh,Ian K | 120.00 |
| Wagner,Donald J | 40.00 |
| Snyder,Suzette M | 40.00 |
| Helminiak,Jerome J | 100.00 |
| Everhart,Michael D | 60.00 |
| Strite,Jack A | 100.00 |
| Foster,Douglas W | 30.00 |
| Copeland,Robert J | 0.00 |
| Dawes,David W | 50.00 |
| Kraft,Michael J | 20.00 |
| Mankad,Pankaj N | 10.00 |
| Wepener,Verne | 20.00 |
| Best,Howard J | 40.00 |
| Naculich,Gary T | 4.00 |
| Racine,Dennis R | 50.00 |
| Ranck,Steven D | 960.00 |
| Diaz, Antonio | 4.00 |
| Witmer, Scott | 4.00 |
| Lynch, Sherry | 4.00 |
| Winters, Yvonnes | 8.00 |
| Miller, Scott | 8.00 |
| Stetts, Barbara | 10.00 |

AFFIDAVIT IN SUPPORT OF DEBTOR'S EXPEDITED MOTION TO
APPROVE BID PROCEDURES FOR SALE OF SUBSTANTIALLY ALL OF DEBTOR'S
ASSETS FREE AND CLEAR OF LIENS – Page 6

DALLAS 2005876v.2

| | | |
|---|---:|---:|
| Harrington, Tim | 40.00 | |
| Stoner, Todd J | 10.00 | |
| **Total** | **1732.00** | 81,814.30 |
| Hourly Labor | | 5,303.65 |
| **Total Labor** | | 87,117.95 |

**Note:** Labor Expense Total reflects the actual hourly rate applicable to each named employee utilized by the Textron Systems division of Textron Inc. for government contracting purposes multiplied by the number of hours expended by such employee. The labor reflected above is unburdened by fringe benefits and other associated overheads.

AFFIDAVIT IN SUPPORT OF DEBTOR'S EXPEDITED MOTION TO
APPROVE BID PROCEDURES FOR SALE OF SUBSTANTIALLY ALL OF DEBTOR'S
ASSETS FREE AND CLEAR OF LIENS – Page 7

DALLAS 2005876v.2