Deirdre B. Ruckman (21196500)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: 214.999.3000
Facsimile: 214.999.4667

ATTORNEY FOR TEXTRON INC AND AVCO CORPORATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| SUPERIOR AIR PARTS, INC. | § § § | Case No. 08-36705-11 |
| Debtor. | § § § § | |

### AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2009, a true and correct copy of both *Arnold M. Friedman's Affidavit in Support of Debtor's Expedited Motion to Approve Bid Procedures for Sale of Substantially All of Debtor's Assets Free and Clear of Liens* [Docket No. 30] and *W. Robert Kemp's Affidavit in Support of Debtor's Expedited Motion to Approve Bid Procedures for Sale of Substantially All of Debtor's Assets Free and Clear of Liens* [Docket No. 31] were served electronically by the Court's PACER system.

Date: January 8, 2009

*/s/ Deirdre B. Ruckman*
Deirdre B. Ruckman (#21196500)
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: 214-999-4250
Facsimile: 214-999-3250

ATTORNEY FOR TEXTRON INC AND
AVCO CORPORATION