JAMES T. JACKS
ACTING UNITED STATES ATTORNEY
Howard A. Borg
Assistant United States Attorney
Texas State Bar No. 02667600
Burnett Plaza, Suite 1700
801 Cherry Street, Unit No. 4
Fort Worth, Texas 76102-6882
howard.borg@usdoj.gov
Telephone: 817.252.5200
Facsimile: 817.978.6351
Attorneys for
United States of America
Federal Aviation Administration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CASE NO. 08-36705-BJH-11 |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |

NOTICE OF APPEARANCE OF FAA
AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned counsel is appearing for the following governmental unit in the above-styled and numbered bankruptcy case: United States of America on behalf of the Federal Aviation Administration ("FAA"). Bankruptcy Rule 9010(b). The FAA is a party in interest.

Pursuant to Bankruptcy Rules that include 2002, 3017(a), 9007, and 9013, all notices given or required to be given to the FAA and all papers served or required to be served on this agency in this case are requested to be served on the undersigned counsel.

**Notice of Appearance for FAA**         Page 1 of 3

This appearance is on behalf of the agency or instrumentality identified above only, and neither extends to nor constitutes an appearance by any other agency, instrumentality, branch, or subdivision of the United States of America, and, further, this Appearance does not constitute a waiver of the requirements of proper and full service on such other agency, instrumentality, branch, or subdivision of the United States of America.

DATED January 9, 2009.

                                        Respectfully submitted,

                                        JAMES T. JACKS
                                        ACTING UNITED STATES ATTORNEY
                                        */s/ Howard A. Borg*
                                        Howard A. Borg
                                        Assistant United States Attorney
                                        State Bar No. 02667600
                                        Burnett Plaza, Suite 1700
                                        801 Cherry Street, Unit 4
                                        Fort Worth, Texas 76102-6882
                                        howard.borg@usdoj.gov
                                        Telephone: 817.252.5200
                                        Facsimile: 817.978.6351
                                        Attorneys for Federal Aviation Administration

## CERTIFICATE OF SERVICE

On January 9, 2009, a true and correct copy of the foregoing pleading was served on the following parties by either court enabled electronic filing or First Class Mail:

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701

Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street
Suite 211
McKinney, TX 75069

Neil J. Orleans
Goins, Underkofler, Crawford and Langdon
1201 Elm St., Suite 4800
Dallas, TX 75270

Deirdre B. Ruckman
Gardere,Wynne & Sewell
1601 Elm St., Suite 3000
Dallas, TX 75201

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496


                                                    */s/ Howard A. Borg*
                                                    Howard A. Borg
                                                    Assistant United States Attorney