

NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 9, 2009

United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | CHAPTER 11 |
| | § | |
| DEBTOR, | § | |
| | § | |

### ORDER SETTING BAR DATE FOR CLAIMS

Upon consideration of the Debtor's Motion for Order Setting Bar Date for Filing of Claims (the "Motion"), the Court finds that cause exists to allow the Motion and that the requested bar date for claims is reasonable, constitutes adequate notice of the deadline under Bankruptcy Rule of Procedure 2002(a)(7), and should not prejudice the rights of any interested party herein. Therefore, it is

ORDERED, that the deadline by which all creditors must file a proof of claim or interest, except for governmental entities, in the above-captioned case is February 17, 2009. It is further,

ORDERED, that the Debtor shall serve notice to all parties-in-interest required to receive notice under Federal Rule of Bankruptcy Procedure 2002(a)(7).

##END OF ORDER##

Order submitted by:
*/s/ Duane J. Brescia*
Stephen A. Roberts
Duane J. Brescia
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin Texas, 78701
Tel. (512) 499-3600 / Fax (512) 499-3660
Stephen.roberts@strasburger.com
Duane.brescia@strasburger.com