

NORTHERN DISTRICT OF TEXAS
ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 9, 2009

United States Bankruptcy Judge

---

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | CHAPTER 11 |
| | § | |
| DEBTOR, | § | |
| | § | |

## ORDER GRANTING AUTHORIZATION FOR
## DEBTOR TO IMPLEMENT RETENTION PROGRAM

Upon consideration of the motion ("Motion") filed by Superior Air Parts, Inc. ("Debtor"), as debtor and debtor-in-possession, seeking entry of an order authorizing the Debtor to implement a retention program; and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that the relief requested in the Motion is in the best interest of the Debtor, its estate and creditors and is otherwise fair and reasonable under the circumstances; and it appearing that due and appropriate notice of the Motion has been given and no further notice need be given; and upon the

proceedings before the Court; and good and sufficient cause appearing; the Court finds that cause exists to GRANT the Motion. It is hereby

ORDERED, that the Debtor is authorized to implement the Retention Program on the terms and conditions described in the Motion.

##END OF ORDER##

Order submitted by:
*/s/ Duane J. Brescia*
Stephen A. Roberts
Duane J. Brescia
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin Texas, 78701
Tel. (512) 499-3600 / Fax (512) 499-3660
Stephen.roberts@strasburger.com
Duane.brescia@strasburger.com