

NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature]*

Signed January 9, 2009　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 08-36705 |
| SUPERIOR AIR PARTS, INC. § | |
| § | CHAPTER 11 |
| DEBTOR, § | |
| § | |

### FINAL ORDER AUTHORIZING THE DEBTOR TO
### OBTAIN POST-PETITION FINANCING PURSUANT TO
### SECTION 364(C) OF THE BANKRUPTCY CODE

On this day, came on for consideration of the Motion for final order granting authorization to obtain debtor-in-possession financing from Avco Corporation, pursuant to Bankruptcy Code § 364(c) ("Motion") filed by the Debtor, Superior Air Parts, Inc.; and after due and proper notice of the Motion being given and no further noticing being required, the Court finds that cause exists to GRANT the Motion. Therefore, its is

ORDERED, that the Debtor, Superior Air Parts, Inc., is hereby authorized to obtain post-petition, debtor-in-possession financing from Avco Corporation pursuant to the terms and conditions described in the Motion; and it is further

ORDERED, upon the furnishing of such funds as may be required by the Motion and APA, Avco Corporation shall be granted a super-priority administrative expense claim pursuant to Bankruptcy Code §§ 364(c)(1), 503(b) and 507(a) in an amount equal to the funds extended, which will be binding upon any subsequently appointed Chapter 11 or Chapter 7 trustee;  and it is further

ORDERED, the financing provided herein is deemed to be made in good faith and Avco is entitled to the protections afforded by 11 U.S.C. § 364(e); and it is further

ORDERED, the Debtor is hereby authorized to execute such documents or make other arrangements necessary to effect the conditions of this Order, but otherwise in compliance with the Bankrutpcy Code.

##END OF ORDER##

Order submitted by:
*/s/ Duane J. Brescia*
Stephen A. Roberts
Duane J. Brescia
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin Texas, 78701
Tel. (512) 499-3600 / Fax (512) 499-3660
Stephen.roberts@strasburger.com
Duane.brescia@strasburger.com