

NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 9, 2009

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-36705 |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | CHAPTER 11 |
| DEBTOR, | § | |
| | § | |

**ORDER SHORTENING REQUIRED NOTICES ON (I) MOTION TO IMPLEMENT RETENTION PROGRAM FOR KEY EMPLOYEES (Docket No. 8) AND (II) MOTION PURSUANT TO SECTION 364(C) OF THE BANKRUPTCY CODE FOR <u>FINAL ORDER AUTHORIZING POST-PETITION FINANCING (Docket No. 6)</u>**

Upon consideration of the Debtor's Expedited Motion to Shorten Required Notices on (i) Motion for Authority to Implement Retention Program for Key Employees (Docket No. 8) and (ii) Motion Pursuant to Bankruptcy Code § 364(c) for Final Order Granting Authorization to Obtain Debtor-in-possession Financing (Docket No. 6)("Motion"); and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that the relief requested in the Motion is in the best interest of the Debtor, its estate and creditors and is otherwise fair and reasonable under the circumstances;

and it appearing that due and appropriate notice of the Motion has been given and no further notice need be given; and upon the proceedings before the Court; and good and sufficient cause appearing; the Court finds that cause exists to GRANT the Motion. It is hereby

ORDERED, that the required notices pursuant to 11 U.S.C. § 2002(a)(2) and Rule 4001(c)(2) of the Federal Rules of Bankruptcy Procedure for the following motions are hereby shortened ____ days, which is equal to the number of days between the date of this Order and the hearing date or all expedited motions described in the Motion:

    (a) Motion for Authority to Implement Retention Program for Key Employees (Docket No. 8) and

    (b) Motion Pursuant to Bankruptcy Code § 364(c) for Final Order Granting Authorization to Obtain Debtor-in-possession Financing (Docket No. 6).

Debtor is responsible for notice of this Order.

##END OF ORDER##

Order submitted by:
*/s/ Duane J. Brescia*
Stephen A. Roberts
Duane J. Brescia
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin Texas, 78701
Tel. (512) 499-3600 / Fax (512) 499-3660
Stephen.roberts@strasburger.com
Duane.brescia@strasburger.com