BK NO. 08-36705

ADV. NO. _____

IN RE: Superior Air Parts, Inc.
**DEBTOR**

Superior Air Parts, Inc.
**PLANTIFF / MOVANT**

Stephen Roberts
**ATTORNEY**

**TYPE OF HEARING:** First Day Motions (6),(7),(8),(10),(12)

**VS**

_____
**DEFENDANT / RESPONDENT**

_____
**ATTORNEY**

**EXHIBITS**

1-11 (See exhibit binder)

**REPORTED BY:** J. Bergsen

**HEARING DATE:** 1/9/2009

**JUDGE PRESIDING:** HDH