*Anita F. McMahon*
*1646 Belmont Avenue*
*Baton Rouge, LA  70808*

*08·36705*

**FILED** _JB_

JAN 1 3 2009

**RECEIVED**

January 9, 2009

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

JAN 1 3 2008

TAWANA C. MARSHALL, CLERK
' BANKRUPTCY COURT
NO.. .iERN DISTRICT OF TEXAS

Ms. Tawana C. Marshall
Clerk of Court
Earle Cabell Building, U.S. Courthouse
1100 Commerce Street - Room 1254
Dallas, TX 75242-1496

Dear Madam:

Superior Air Parts, Inc. recently filed for Chapter 11 bankruptcy (Case # 083-6705) in the Northern District of Texas. ████riting to request that I receive a copy of all filings in this case as a valid creditor.  A completed Proof of Claim form accompanies this letter, along with supporting documentation.

Recently, a Debtor's Expedited Motion to approve bid Procedures for Sale of Assets was filed.  This is specific to Avco Corporation, which owns Lycoming aircraft engines.  If this motion succeeds and if Avco does purchase Superior's assets, I want to make sure I am on record as being a valid warranty holder of a new engine.  Product Warranties are specifically addressed in the asset listing in the Debtor's Motion to Sell Assets filed with your court on January 2, 2009.

I just purchased and installed a new Superior engine that came with a one year/three year parts and labor warranty.  I would like Avco/Lycoming to honor this warranty should the need arise in the proper operation of my engine during this time frame.

Please let me know if there is any other information you need from me.  I have enclosed a self addressed, stamped envelope for your convenience.

Sincerely,

Anita "Ann" F. McMahon