IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |

## REQUEST FOR NOTICE

TO:   THE DEBTOR, THE TRUSTEE, THE COURT, AND ALL INTERESTED PARTIES:

Combustion Technologies, Inc., creditor in the above-referenced Chapter 11 action, by and through its attorney, Michael L. Jones, hereby requests, pursuant to Bankruptcy Rule 2002(g), that copies of all notices in connection with the above-captioned matter required to be sent by Bankruptcy Rule 2002, and all subdivisions thereof, be mailed or e-mailed to said creditor at the following address:

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Suite 150
Dallas, Texas 75204
Telephone:   (214) 954-9700
Fax No.:   (214) 954-9701
mjones@henryandjones.com

and that said creditor be served as well with copies of all other pleadings and documents filed in the above-captioned matter.

**REQUEST FOR NOTICE – Page 1**

Date:   January 15, 2009

/s/ Michael L. Jones
Michael L. Jones
State Bar No. 10929460
**HENRY & JONES, L.L.P.**
2902 Carlisle Street, Suite 150
Dallas, Texas 75204-4078
(214) 954-9700
(214) 954-9701 Telecopy

**ATTORNEYS FOR CREDITOR
COMBUSTION TECHNOLOGIES, INC.**

## CERTIFICATE OF MAILING

I hereby certify that on this 15th day of January, 2009, a true and correct copy of the **REQUEST FOR NOTICE** was sent via U.S. Mail, postage prepaid and properly addressed to the following:

Mary Frances Durham
Office of the U.S. Trustee
1100 Commerce Street, Rm. 976
Dallas, Texas  75242-1496

Stephen A. Roberts
Robert P. Franke
Duane J. Brescia
Strasburger & Price, LLP
600 Congress, Suite 1600
Austin, Texas  78701

/s/ Michael L. Jones
Michael L. Jones

S:\927 MLJ Misc\Combustion Technologies\Request for Special Notice.doc