## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:

SUPERIOR AIR PARTS, INC.

        Debtor.

_____/

Case No. 08-36705-BJH

Chapter 11

## APPEARANCE

NOW COMES the law firm of Warner Norcross & Judd LLP and hereby enters its appearance for and on behalf of MAHLE Engine Components USA, Inc., creditor in the above-captioned case.

Dated: January 21, 2009

/s/ Gordon J. Toering
Gordon J. Toering (P46409)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2185
Fax: (616) 222-2185
Email: gtoering@wnj.com
Attorneys for MAHLE Engine
Components USA, Inc.