

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed January 20, 2009**                                               **United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                              §
Superior Air Parts, Inc.            §     Case No.: 08−36705−bjh11
                                    §     Chapter No.: 11
              Debtor(s)             §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **William B. Freeman**, **ORDERS** this application be:

☑ *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #