LARRY K. HERCULES
Larry K. Hercules
SBOT: 09504200
1400 Preston Road, Suite 280
Plano, Texas 75093
Telephone: (972) 964-9757
Facsimile: (972) 964-0120
Email: lkhercules@yahoo.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | )( | |
| | )( | |
| SUPERIOR AIR PARTS, INC., | )( | Case No. 08-36705 BJH |
| | )( | Chapter 11 |
| Debtor | )( | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of Zanzi, S.p.A. ("Zanzi") a creditor and party-in-interest, who pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

> LARRY K. HERCULES, ATTORNEY AT LAW
> 1400 Preston Road, Suite 280
> Plano, Texas 75093
> Telephone: 972/964-9757
> Facsimile: 972/964-0120
> Email: lkhercules@yahoo.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-

mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Zanzi's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Zanzi is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: Plano, Texas
      January 28, 2009

                                LARRY K. HERCULES,
                                ATTORNEY AT LAW

                                /s/ Larry K. Hercules
                                Larry K. Hercules (SBOT: 09504200)
                                1400 Preston Road, Suite 280
                                Plano, Texas 75093
                                Telephone:  (972) 964-9757
                                Facsimile: (972) 964-0120
                                Email: lkhercules@yahoo.com

                                Attorney for Zanzi, S.p.A.

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served by regular mail to the persons listed on the attached service list on January 28, 2009.

                                                ***/s/ Larry K. Hercules***

                                        _____
                                        Larry K. Hercules
                                        Attorney for Zanzi, S.p.A.