Thielert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany

Airsured, Inc.
5301 Spectrum Drive, #500
Addison, TX  75001

Crane Cams
530 Fentress Blvd
Daytona Beach, FL  32114

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC  29654-0686

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL  35601

Garlock-Metallic Gasket Div
250 Portwall St., Ste. 300
Houston, TX  77029

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX  75050-1222

Mary Frances Durham
Office of the US Trustee
1100 Commerce Street, Rm. 976
Dallas, TX  75242-1496

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX  76196

Mahle Engine Components
60428 Marine Road
Atlantic IA  50022-8291

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI  54221-0967

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX  75227

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH  44305

Hello Precision Products
601 North Skokie Highway
Lake Bluff, IL  60044

AOPA Pilot
PO Box 973
Frederick, MD 21701

Seal Science
17131 Daimler
Irvine, CA 92614-5508

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

KS-Pistoes
Rodovia Amald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA
Postal 91 CEP 13460-000

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 03431

Mahle Engine Components
17226 Industrial Hwy
Caldwell, OH 43724-9779

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Lynden International
1800 International Blvd., #800
Seattle, WA 98188

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701

Mary McGuffey, Tax Assessor Collector
P.O. Box 9478
Coppell, TX 75019

Combustion Technologies, Inc.
1804 Statesville Road
Chatham, VA 24531

U.S. Trustee
1100 Commerce St., Rm. 976
Dallas, TX 75242-1496

Kent Abercrombie
Superior Auto Parts, Inc.
21 S. Royal Ln., Ste. 100
Coppell, TX 75019-3805

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG,
Feld
Witten, Germany 58456

Diedre B. Ruckman
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201

SL1 894974v1/104221.00001