Warren H. Smith
Texas State Bar No. 18757050
Warren H. Smith & Associates, P.C.
325 N. St. Paul, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

ATTORNEYS FOR AICCO, INC.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705-BJH-11 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Hearing: 2/17/09 at 1:15 p.m. |
| | § | |
| Debtor. | § | |

### NOTICE OF PRELIMINARY HEARING ON
### MOTION OF AICCO, INC., FOR RELIEF FROM THE STAY
### AND FOR ADEQUATE PROTECTION

PLEASE TAKE NOTICE that on February 17, 2009, at 1:15 p.m., the Honorable Barbara J. Houser, Chief Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, will hold a hearing on AICCO, Inc.'s MOTION FOR RELIEF FROM THE STAY AND FOR ADEQUATE PROTECTION (the "Lift-Stay Motion") filed by AICCO, Inc., on January 26, 2009, at docket #56, a copy of which was previously served on the parties. The hearing will be held at the United States Bankruptcy Court located at 1100 Commerce Street, Dallas, Texas, on the 14th floor in Courtroom no. 2.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____*/s/ Mark W. Steirer*_____
Warren H. Smith
Texas State Bar No. 18757050
Mark W. Steirer
Texas State Bar No. 19139600

Republic Center
325 N. St. Paul, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**ATTORNEYS FOR AICCO, INC.**

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of January 2009, a true and correct copy of this Notice of Hearing was served First-Class United States Mail on the parties on the attached service list.

_____*/s/ Mark W. Steirer*_____
Mark W. Steirer

Service List

**Debtor:**
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

**Debtor's Counsel:**
Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701

**Office of the U.S. Trustee:**
Mary Frances Durham
Office of the US Trustee
1100 Commerce Street, Rm. 976
Dallas, TX 75242-1496

**Top 20 Unsecureds:**
Mahle Engine Components USA
60428 Marne Road
Atlantic, IA 50022-8291

KS-Pistoes
Rodovia Arnald, Julio Mauerberg
4000 Distrito Industrial
Nova Odessa - SP Brasil
CAIXA Postal 91, CEP 13460-000

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Airsure Limited
15301 Spectrum Drive, #500
Addison, TX 75001

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Crane Cams
530 Fentress Blvd
Daytona Beach, FL 32114

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX 75050-1222

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Lynden International
1800 International Blvd., #800
Seattle, WA 98188

Saturn Fasteners, Inc.
425 S. Varney St.
Burbank, CA 91502

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601

AOPA Pilot
P.O. Box 973
Frederick, MD 21701

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29657-0686

**NOTICE OF PRELIMINARY HEARING ON MOTION OF AICCO, INC.,
FOR RELIEF FROM THE STAY AND FOR ADEQUATE PROTECTION**

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co., KG
Felderstrasse 1
Witten, Germany 58456

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 03431

**Parties Requesting Notice:**
Deirdre B. Ruckman
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808

Michael L. Jones
Henry & Jones, P.C.
2902 Carlisle St., Suite 150
Dallas, TX 75204

Chester B. Salomon
Stevens & Lee, P.C.
485 Madison Ave., 20th Floor
New York, NY 10022

Gordon J. Toering
Warner Norcross & Judd, L.L.P.
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503

Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201

James T. Jacks
Howard A. Borg
U.S. Attorney's Office
Burnett Plaze, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, TX 76102-6882

Neil J. Orleans
Goins, Underkofler, Crawford
    & Langdon, L.L.P.
1201 Elm Street, Suite 4800
Dallas, TX 75270

**Others:**
Theilert Aircraft Engines
Nieritzstrasse 14 D-01097
Dresden Germany

Garlock-Metallic Gasket Div
250 Portwall St., Ste. 300
Houston, TX 77029

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196

Seal Science
17131 Daimler
Irvine, CA 92614-5508

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

**NOTICE OF PRELIMINARY HEARING ON MOTION OF AICCO, INC.,
FOR RELIEF FROM THE STAY AND FOR ADEQUATE PROTECTION**

Mahle Engine Components
17226 Industrial Hwy
Caldwell, OH 43724-9779

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
P.O. Box 9478
Coppell, TX 75019

Kent Abercrombie
Superior Auto Parts, Inc.
21 S. Royal Ln., Ste. 100
Coppell, TX 75019-3805

**NOTICE OF PRELIMINARY HEARING ON MOTION OF AICCO, INC.,
FOR RELIEF FROM THE STAY AND FOR ADEQUATE PROTECTION**