United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242  (214) 767-8967

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Superior Air Parts, Inc.** | § | Case No:  08-36705-BJH-11 |
| | § | |
| **Debtors-in-Possession** | § | |

### APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. §1102(a)(1), the following persons are appointed to the Official Unsecured Creditors' Committee in the above styled and numbered case:

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl  33458
phone:  561-575-1905, x 114
fax:  561-575-0795
ellend@rjnational.com

KSPG Automotive Brazil LTDA
Werner Wilhelm Albus
or Valeria de Freitas Mesquita
Rodovia Arnaldo Julio Mauerbert, n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil
Caixa Postal 91
phone:  +55 19-3466 9703
        +55 19 3466 9769
fax:  +55 19 3466 9868
werner.albus@br.kspg.com
valeria.mesquita@br.kspg.com

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI  54221-0967
phone: 920-682-4618
fax:     920-682-9298
email:  ann.delsman@eckindustries.com

January 29, 2009
            William T. Neary
            United States Trustee
              /s/ Mary Frances Durham
            Mary Frances Durham, TXB #00790144
            United States Department of Justice
            Office of the United States Trustee
            1100 Commerce Street, Room 976
            Dallas, TX 75242 (214) 767-8967, ext. 241
            maryfrances.durham@usdoj.gov
            214-767-8971 fax number

<u>Certificate of Service</u>

   I hereby certify that I mailed a copy of the above document to persons listed above and the following persons by first class, United States mail, postage pre-paid on January 29, 2009:

Gregory B. Gill, Jr.
128 North Durkee Street,
Appleton, WI  54911

Charles B. Dedmon
Aviation Consulting Group, Inc.
5706 Hagen Court
Dallas, TX  75252            /s/  Mary Frances Durham
                    Mary Frances Durham