# Exhibit A

# Ace Grinding & Machine Company

**Invoice # 4350**

2020 Winner Street
P.O. Box 285
Walled Lake, MI 48390
248-624-7576  FAX: 248-624-0512

**BILL TO:** Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

**SHIP TO:** Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

**Invoice Date**
12/16/2008

**P.O. Number**  105766

| Date Shipped | Shipper No. | Via | F.O.B. | Terms |
|---|---|---|---|---|
| 12/16/2008 | 4350 | Lyndan | Our Plant | 6% 10, Net 30 D... |

| Quantity | Part No. | Description | | Price Each | Amount |
|---|---|---|---|---|---|
| 528 | SA539467 | Pin & Plug Assy Rev L Lot# 54 | 10ctns | 18.16 | 9,588.48 |
| | | **Total** | | | **$9,588.48** |

Parts shipped on this invoice are subject to acceptance, rejection, return or exchange within 10 days.
We hereby certify that these goods were produced in compliance with all requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14, thereof.

# Ace Grinding & Machine Company

**Invoice**
**# 4351**

2020 Winner Street
P.O. Box 285
Walled Lake, MI 48390
248-624-7576  FAX: 248-624-0512

**BILL TO:** Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

**SHIP TO:** Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

**P.O. Number** 105889

**Invoice Date**
12/16/2008

| Date Shipped | Shipper No. | Via | F.O.B. | Terms |
|---|---|---|---|---|
| 12/16/2008 | 4351 | Lyndan | Our Plant | 6% 10, Net 30 D... |

| Quantity | Part No. | Description | | Price Each | Amount |
|---|---|---|---|---|---|
| 2,000 | SA639193 | Bushing Rev F Lot# 52 | 2ctns | 2.47 | 4,940.00 |
| | | **Total** | | | **$4,940.00** |

Parts shipped on this invoice are subject to acceptance, rejection, return or exchange within 10 days.
We hereby certify that these goods were produced in compliance with all requirements of sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended, and of regulations and orders of the Administrator of the Wage and Hour Division issued under Section 14, thereof.

# Exhibit B

# PLEASE PRINT OR TYPE

Perfect Commerce Part#: OD-1362 (rev. date 02/05)

STRAIGHT BILL OF LADING - NOT NEGOTIABLE

**LYNDEN INTERNATIONAL**
800-282-7911

DATE  12-16-08

DRIVER AFFIX
PRO NUMBER
LABEL HERE.

| FROM: SHIPPER | ACE GRINDING & MACHINE CO. |
| | 2929 Winner |
| STREET | P.O. Box 285 |
| CITY, STATE, ZIP | WALLED LAKE, MI 48390 |

SHIPPER'S NUMBER  4350 + 4351
CUSTOMER P.O. NO.  105766 + 105889

| TO: CONSIGNEE | Superior Air Parts, Inc. | BILL TO: NAME | Superior Air Parts, Inc. |
| STREET | 621 South Royal Lane | | 621 South Royal Lane |
| | Suite 100 | ADDRESS | Suite 100 |
| CITY, STATE, ZIP | Coppell, TX 75019-3805 | CITY, STATE, ZIP | Coppell, TX 75019-3805 |

| NO. SHIP. UNITS | HM | KIND OF PACKAGING, DESCRIPTION OF ARTICLES | WEIGHT LBS. (Subject to Correction) |
|---|---|---|---|
| 10 ctns | | Int. Comb. Eng. Pts (AXIPN)  SA 539467 | 478# |
| 2 ctns | | "      "      "      "       SA 639193 | 48# |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL PCS. | 12 ctns | MARK "X" IN COLUMN FOR HAZARDOUS MATERIALS | 24 HR EMERGENCY RESPONSE HAZ MAT PH# ( ) | TOTAL WT. | 526# |

## FREIGHT CHARGES

C.O.D. AMT. $ _____
CUSTOMER'S CHECK ACCEPTABLE FOR C.O.D.?  YES ☐  NO ☐
C.O.D. FEE IS COLLECT UNLESS MARKED PREPAID   ☐ C.O.D. FEE PREPAID

REMIT C.O.D. TO: NAME
ADDRESS
CITY, STATE, ZIP

**PREPAID** UNLESS BOX IS CHECKED

*DECLARED VALUE:* Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property. If the value is omitted, the shipment will be subject to the lowest actual or released value in NMFC 100 Series.
    The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ 14529.00 per Shipment

FOR FREIGHT COLLECT SHIPMENTS: if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement: The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

**COLLECT** IF BOX IS CHECKED ☒

*YELLOW TRANSPORTATION LIABILITY:* Shipments valued at more than $25.00 per pound per package are of extraordinary value. Carrier's maximum liability coverage is $25.00 per pound per package subject to a $128,000 maximum input liability, unless the shipper requests excess coverage (at an additional charge) on the bill of lading. Other liability restrictions for specific commodities may apply and are found in Yellow Transportation Rules and Conditions publication. The liability on household goods and personal effects is based on value declared, not to exceed $5 per lb.

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request. The property described above, is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown above, which said carrier agrees to carry to destination, if on its route, or otherwise deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all bill of lading terms and conditions in the governing classification on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| SHIPPER | Ace Grinding + Machine Company | CARRIER | Lynden International |
| PER | Shawn Watkins | DRIVER | PCS | DATE |
| COLLECTED AT PICKUP $ | | ☐ CASH  ☐ CHECK _____ | ☐ C/CARD TYPE _____ |

12-16-08



## LYNDEN INTERNATIONAL
Lynden Air Freight, Inc.
P.O. BOX 84167
SEATTLE, WA 98124
www.laf.lynden.com

**AIRBILL NUMBER** 4222574

ORIGIN DFW
DATE SHIPPED 12/16/08

| PIECES | DESCRIPTION OF COMMODITY | | WEIGHT | UM WEIGHT |
|--------|--------------------------|---|--------|-----------|
| 12 | AIRCRAFT-12 BXS | 48,40,24,1 | 526 | 258 |
| 12 | TOTAL | | 526 | |

SUPERIOR AIR PARTS
621 SOUTH ROYAL LN STE 100
COPPELL        TX 75019

SUPERID.838    12/23/08    17:00
77E

CUBIC FT. 26-7    DENSITY 19

DATE REC'VD 12/16/08

CONSIGNEE COPY

WORLDWIDE COMMUNICATIONS CENTER-SEATTLE, WA
1 (800) 926-5703

_Susan Ruiz_    12/23/08  13:23