IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUPERIOR AIR PARTS, INC. | ) | Case No. 08-36705 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER AUTHORIZING ALLOWANCE AND PAYMENT OF
<u>ACE GRINDING & MACHINE CO.'S 11 U.S.C. § 503(b)(9) ADMINISTRATIVE
EXPENSE CLAIM</u>**

Upon consideration of the Motion of Ace Grinding & Machine Co. for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) (the "Motion"), notice of the Motion having been duly given and deemed proper under the circumstances, and the Court finding good cause to grant the relief granted in the Motion, it is hereby

**ORDERED**, that the Motion is Granted; and it is further

**ORDERED** that Ace Grinding & Machine Co. is granted an allowed administrative

expense under 11 U.S.C. § 503(b)(9) in the amount of **$14,528.48** against the chapter 11 bankruptcy estate of Debtor and Debtor is authorized and required to immediately pay such administrative expense.

# # # End of Order # # #