| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 08-36705-bjh11<br>Northern District of Texas<br>Dallas<br>Thu Jan 29 13:39:21 CST 2009 | Aviation Parts Supply, Inc.<br>511 E. John Carpenter Freeway<br>Suite 440<br>Irving, TX 75062-8153 | City of Coppell<br>Linebarger Goggan Blair & Sampson,LLP<br>c/o Laurie A. Spindler<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201-2644 |
| Coppell ISD<br>Linebarger Goggan Blair & Sampson,LLP<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201-2644 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, #1600<br>Dallas, TX 75201-2644 | U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 |
| U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 | Warren H. Smith & Associates, P.C.<br>325 N. St Paul Street<br>Republic Center, Suite 1250<br>Dallas, TX 75201-3801 | Zanzi, S.p.A.<br>Corso Vercelli, 159<br>10015 Ivera Italy |
| 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | 121FIVE.COM - CO TIM KERN<br>PO BOX 30<br>ANDERSON, IN 46015-0030 | 4SURE.COM dba:  TECHDEPOT<br>6 CAMBRIDGE DR<br>TRUMBULL, CT 06611-4700 |
| A.E.R.O. INC<br>3701 HWY 162<br>GRAINTE CITY, IL 62040-6628 | AADFW, INC<br>2161 REGAL PARKWAY<br>EULESS, TX 76040-6733 | AARON COVERT<br>5529 RICE DRIVE<br>THE COLONY, TX 75056-1345 |
| ACE GRINDING & MACHINE COMPANY<br>2020 WINNER STREET<br>WALLED LAKE, MI 48390-3259 | ACT AAA COOPER TRANSPORTATION<br>1751 KINSEY ROAD<br>DOTHAN, AL 36303-5877 | ADP INC<br>2735 STEMMONS FRWY<br>DALLAS, TX 75207-2299 |
| ADT SECURITY SERVICES<br>2403 LACY LANE<br>CARROLLTON, TX 75006-6514 | ADVANCED CONNECTIONS INC<br>2015 MCKENZIE, SUITE 120<br>CARROLLTON, TX 75006-8365 | ADVANCED MACHINING & TOOL, INC<br>1616 NORTH BECKLEY<br>LANCASTER, TX 75134-2606 |
| AERO ACCESSORIES<br>1240 SPRINGWOOD AVE.<br>GIBSONVILLE, NC 27249-2667 | AERO ACCESSORIES<br>1240 SPRINGWOOD CHURCH ROAD<br>GIBSONVILLE, NC 27249 | AERO AVIATION<br>9 S 041 AERO DRIVE<br>NAPERVILLE, IL 60564-9403 |
| AEROPARTES JIMENEZ, S.A.DE C.V.<br>RIO PIZXTLA No. 927 NTE.<br>LOS MOCHIS, SINOLA MEXICO 81240 | AEROSPACE PRODUCTS INTL<br>3778 DISTRIPLEX DRIVE NORTH<br>MEMPHIS, TN 38118-7299 | AETNA<br>PO BOX 45084<br>JACKSONVILLE, FL 32232-5084 |
| AICCO, INC<br>Imperial A.I. Credit companies, Inc.<br>101 Hudson St., 34th Floor<br>Jersey City, New Jersey 07302-3905 | AIR MASTER FLYING CLUB<br>881 BLACK HORSE PIKE<br>PLEASANTVILLE, NJ 08232-4101 | AIR POWER INC<br>4900 SOUTH COLLINS<br>ARLINGTON, TX 76018-1135 |

| | | |
|---|---|---|
| AIR SUPPORT INTERNATIONAL<br>PO BOX 489<br>MARSHFIELD, MO 65706-0489 | AIR WEST AIRCRAFT ENGINES<br>670 AIRPORT BLVD<br>SAN CARLOS, CA 94070-2707 | AIR-TEC<br>37 SANDIA MT. TRAIL, SANDIA AIRPARK<br>EDGEWOOD, NM 87015 |
| AIRCRAFT CYLINDER & ENGINE INC<br>516 N LINK LANE, UNIT 1<br>FT COLLINS, CO 80524-4786 | AIRCRAFT CYLINDERS OF AMERICA<br>1006 E INDEPENDENCE STREET<br>TULSA, OK 74106-5310 | AIRCRAFT ENGINE & ACCESSORY<br>2275 CROWN ROAD<br>DALLAS, TX 75229-2099 |
| AIRCRAFT SPECIALTIES SERVICE<br>TULSA INTL AIRPORT, 2860 NORTH SHERIDAN<br>TULSA, OK 74115-2304 | AIRFLOW PERFORMANCE INC<br>111 AIRFLOW DRIVE<br>SPARTANBURG, SC 29306-3993 | AIRPARTS COMPANY INC<br>2310 NW 55TH COURT<br>FORT LAUDERDALE, FL 33309-2743 |
| AIRSURE LIMITED<br>15301 SPECTRUM DRIVE No. 500<br>ADDISON, TX 75001-6425 | AKORBI CONSULTING<br>400 EAST ROYAL LANE, No. 218<br>IRVING, TX 75039-3516 | ALBERADO MARTINEZ<br>2331 KLONDIKE DRIVE<br>DALLAS, TX 75228-4015 |
| ALCOA FASTENING SYSTEMS<br>3990 A HERITAGE OAK COURT<br>SIMI VALLEY, CA 93063-6715 | ALL AMERICAN BENEFITS, INC.<br>13747 MONTFORT DRIVE, SUITE 337<br>DALLAS, TX 75240-4473 | ALLEN LASKY<br>2004 GENEVA DRIVE<br>RICHARDSON, TX 75081-2637 |
| ALPHA ONE FLIGHT<br>246 SOUTH MEADOW ROAD<br>PLYMOUTH, MA 02360-4790 | AMCO ENTERPRISES<br>4209 HAHN BLVD<br>FORT WORTH, TX 76117-1797 | ANA FONTES<br>8801 THOMPSON DRIVE<br>ARGYLE, TX 76226-6504 |
| AOPA PILOT<br>PO BOX 973<br>FREDERICK, MD 21705-0973 | ARAMARK<br>1900 EMPIRE CENTRAL<br>DALLAS, TX 75235-4203 | ARCHIVE SUPPLIES, INC.<br>2975 LADYBIRD LANE<br>DALLAS, TX 75220-1415 |
| ARNER FLYING SERVICE INC.<br>ARNER MEMORIAL AIRPORT, 1001 COAL STREET<br>LEHIGHTON, PA 18235-1117 | ARROWPROP COMPANY<br>PO BOX 610<br>MEEKER, OK 74855-0610 | ASSOCIATED SPRING-CORRY<br>226 SOUTH CENTER ST<br>CORRY, PA 16407-1992 |
| ASSOCIATED SPRING-MILWAUKEE<br>434 WEST EDGERTON AVENUE<br>MILWAUKEE, WI 53207-6097 | ASSOCIATED SPRING-SALINE<br>1445 BARNES COURT<br>SALINE, MI 48176-9000 | AT & T MOBILITY<br>PO BOX 68056<br>ANAHEIM HILLS, CA 92817-0856 |
| ATI ACCELERATED TECHNOLOGIES<br>1611 HEADWAY CIRCLE BLDG 1<br>AUSTIN, TX 78754-5160 | AUTOMATIC SCREW MACHINE<br>709 2ND AVENUE SE<br>DECATUR, AL 35601-2517 | AVIALL SERVICES INC<br>PO BOX 619048<br>DALLAS, TX 75261-9048 |

| | | |
|---|---|---|
| AVIATION GROUP LIMITED<br>N2509 COMMERCIAL DRIVE<br>WAUPACA, WI 54981 | AVIATION INTERNATIONAL CORP<br>5555 N W 36TH STREET<br>MIAMI SPRINGS, FL 33166-5812 | AVIATION UNLIMITED<br>2833 16th AVENUE, TORONTO BUTTONVILLE AI<br>MARKHAM, ONTARIO, CANADA L3R 0P8 |
| Anita F. McMahon<br>1646 Belmont Avenue<br>Baton Rouge, LA 70808-1004 | Aramark Uniform Services<br>1900 Empire Central<br>PO Box 36028<br>Dallas, TX 75235-1028 | Arkadin, Inc.<br>620 Tinton Avenue<br>Tinton Falls, NJ 07724-3260 |
| Aviall, Inc.<br>c/o Neil J. Orleans<br>1201 Elm St., Suite 4800<br>Dallas, Texas 75270-2165 | BARNSTORMERS INC<br>312 WEST 4TH STREET<br>CARSON CITY, NV 89703-4250 | BARRETT PRECISION ENGINES INC<br>2870-B NORTH SHERIDAN RD<br>TULSA, OK 74115-2304 |
| BARRETT PRECISION ENGINES, INC<br>2870B NORTH SHERIDAN<br>TULSA, OK 74115-2304 | BARTON TECHNICAL SERVICES LLC<br>4123 BLUE HERON RIDGE<br>MOBILE, AL 36693-4373 | BAX GLOBAL<br>PO BOX 612307<br>DFW AIRPORT, TX 75261-2307 |
| BEDE CORP<br>6440 NORWALK ROAD, SUITE F<br>MEDINA, OH 44256-7152 | BEST TOOL & MANUFACTURING CO.<br>3515 NORTHEAST 33rd TERRACE<br>KANSAS CITY, MO 64117-2693 | BETSY PRICE, TAX ASSESSOR - COLLECTOR<br>PO BOX 961018<br>FORT WORTH, TX 76161-0018 |
| BILL BOWERS<br>2834 ORANGE PICKER ROAD<br>JACKSONVILLE, FL 32223-2685 | BILL MCDONALD, DAR<br>9700 DIVOT DRIVE<br>GRANBURY, TX 76049-4467 | BILLS AIRCRAFT SERVICE<br>20836 483rd AVENUE<br>ELKTON, SD 57026-6600 |
| BILLY G LEONARD, JR<br>1650 W. VIRGINIA STREET, No. 211<br>MCKINNEY, TX 75069-7703 | BIZZY BEES PEST CONTROL CO<br>2812 TRINITY SQUARE DRIVE, SUITE No. 100<br>CARROLLTON, TX 75006-2463 | BMC SOLUTIONS, INC.<br>3391 TOWN POINT DR NW<br>KENNESAW, GA 30144-7079 |
| BOB REUTHER<br>97 WHITE BRIDGE ROAD, APT L-1<br>NASHVILLE, TN 37205-1424 | BORING MACHINE CORPORATION<br>7922 RANCHERS ROAD<br>FRIDAY, MN 55432-1887 | BRENT HENMAN<br>2234 STONEHENGE LANE<br>LEWISVILLE, TX 75056-5642 |
| BRIAN TOM<br>22255 E WILDFERN LANE<br>BRIGHTWOOD, OR 97011-8731 | BRIDGETTE WOODS<br>501 LEGENDS<br>LEWISVILLE, TX 75057-4175 | BUNTING BEARINGS-HOLLAND<br>1001 HOLLAND PARK BLVD<br>HOLLAND, OH 43528-9156 |
| BUNTING BEARINGS-KALAMAZOO<br>4252 E. KILGORE RD<br>KALAMAZOO, MI 49002-1910 | CANADIAN HOME ROTORS INC<br>4 ROY STREET<br>EAR FALLS, ONTARIO, CANADA P0V 1T0 | CAPPA GRANITE<br>1310 W. EULESS BLVD, SUITE 100<br>EULESS, TX 76040-4988 |

| | | |
|---|---|---|
| CARE NOW CORPORATION<br>601 CANYON DRIVE No. 100<br>COPPELL, TX 75019-3860 | CARL H JOHNSON<br>1908 HAYMEADOW<br>CARROLLTON, TX 75007-5412 | CARL ZEISS IMT CORP<br>6250 SYCAMORE LANE NORTH<br>MAPLE GROVE, MN 55369-6310 |
| CARLEY FOUNDRY INC<br>8301 CORAL SEA STREET NE<br>BLAINE, MN 55449-7252 | CAROLYN HEWITT<br>10925 FANDOR STREET<br>FORT WORTH, TX 76108-4507 | CAST WELL<br>650 PENNSYLVANIA AVE<br>ELIZABETH, NJ 07201-1299 |
| CASTOR AVIATION, INC.<br>250 TEXAS WAY, HANGER 24 NORTH<br>FT WORTH, TX 76106-2774 | CAVALIER LOGISTICS<br>250 SHEFFIED STREET<br>MOUNTAINSIDE, NJ 07092-2303 | CEBOS LTD<br>5936 FORD COURT, No. 203<br>BRIGHTON, MI 48116-8427 |
| CENTRAL FREIGHT LINES INC<br>PO BOX 2638<br>WACO, TX 76702-2638 | CENTRAL TRANSPORT INTL<br>PO BOX 33299<br>DETROIT, MI 48232-5299 | CHAD OWENS<br>713 HUNDLEY DRIVE<br>LAKE DALLAS, TX 75065-2637 |
| CHAMPION AEROSPACE INC<br>1230 OLD NORRIS ROAD<br>LIBERTY, SC 29657-3508 | CHENDA REACH<br>2335 HIGH BANK DRIVE<br>MESQUITE, TX 75181-1763 | CHICK PACKAGING OF DFW<br>700 W. BETHEL ROAD No. 100<br>COPPELL, TX 75019-4486 |
| CHOICE SOLUTIONS LLC<br>222 WEST LAS COLINAS BLVD No. 1150 EAST<br>IRVING, TX 75039 | CHRIS BENAVIDES<br>1012 E PIONEER<br>IRVING, TX 75061-7839 | CHRIS WOOTTON<br>2775 N HWY 360 No. 217<br>GRAND PRAIRIE, TX 75050-7804 |
| CHRISTIANSEN AVIATION<br>PO BOX 702412<br>TULSA, OK 74170-2412 | CITY OF COPPELL<br>255 PARKWAY BLVD<br>COPPELL, TX 75019-6603 | CITY OF COPPELL - COPPELL ISD<br>PO BOX 9478<br>COPPELL, TX 75019-9478 |
| CITY WATER INTERNATIONAL, LTD<br>PO BOX 674007<br>DALLAS, TX 75267-4007 | CLEARFIELD JEFFERSON REG. AIR<br>PO BOX 299<br>FALLS CREEK, PA 15840-0299 | COASTAL AVIATION SERVICES<br>88 LANDRY STREET, BIDDEFORD AIRPORT<br>BIDDEFORD, ME 04005-4321 |
| COLORADO AIR PARTS INC<br>1519 1300 ROAD<br>DELTA, CO 81416-8742 | COMBUSTION TECHNOLOGIES, INC.<br>1804 SLATESVILLE ROAD<br>CHATHAM, VA 24531-3179 | COMFORT TECHNOLOGIES, LLC<br>PO BOX 270809<br>FLOWER MOUND, TX 75027-0809 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | COMTEC MANUFACTURING, INC.<br>1012 DELAUM ROAD<br>ST MARYS, PA 15857-3360 | CON-WAY FREIGHT INC<br>PO BOX 982020<br>NORTH RICHLAND HILLS, TX 76182-8020 |

| | | |
|---|---|---|
| CONNERS & WINTERS<br>CARROLLTON TOWERS - EAST , 13601 PRESTON<br>DALLAS, TX 75240-4911 | CORBETT MANUFACTURING CO<br>650 N. MAIN CENTER<br>ST. CHARLES, MO 63301-2186 | CORPORATE EXPRESS INC<br>2230 AVENUE J<br>ARLINGTON, TX 76006-5866 |
| CP PISTONS INC<br>1902 MCGAW AVENUE<br>IRVINE, CA 92614-0910 | CPI OFFICE PRODUCTS<br>11111 ZODIAC LANE<br>DALLAS, TX 75229-4720 | CRAIG CAYLOR<br>301 MEADOW DRIVE<br>PONDER, TX 76259-9778 |
| CRANE CAMS<br>530 FENTRESS BLVD<br>DAYTONA BEACH, FL 32114-1210 | CYGNET AEROSPACE CORP<br>1971 FEARN AVENUE<br>LOS OSOS, CA 93402-2517 | CYGNUS BUSINESS MEDIA<br>1233 JANESVILLE AVENUE<br>FORT ATKINSON, WI 53538-2794 |
| Cebos, Ltd.<br>7600 Grand River, Ste 200<br>Brighton, MI 48114-9311 | Cheryl Kirkwood and Taylor Manning<br>CO Kreindler & Kreindler, LLP<br>707 Wilshire Blvd., Ste 4100<br>Los Angeles, CA 90017-3501 | Chester B. Salomon<br>Stevens & Lee<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022-5813 |
| Chester B. Salomon, Esq.<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022-5813 | Choice Solutions, L.L.C.<br>Attn: James Steinlage<br>10801 Mastin Blvd., Ste 900<br>Overland Park, KS 66210-1677 | Chris Reser<br>CO Beeler, Walsh & Walsh, PLLC<br>4508 N. Classen Blvd.<br>Oklahoma City, OK 73118-4814 |
| Citrix Systems, Inc.<br>851 West Cypress Creek Rd.<br>Fort Lauderdale, FL 33309-2009 | City Water International, Inc.<br>PO Box 319<br>Elma, NY 14059-0319 | City of Coppell<br>c/o Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2644 |
| Clyda Whitefield, et al.<br>CO Braden Varner & Aldous, P.C.<br>703 McKinney Ave., Ste 400<br>Dallas, TX 75202-6023 | Clyda Whitefield, et al.<br>CO Kreindler & Kreindler<br>707 Wilshire Blvd., Ste 4100<br>Los Angeles, CA 90017-3501 | Clyda Whitefield, et al.<br>CO Lisa Lance, Esq.<br>PO Box 595<br>Pauls Valley, OK 73075-0595 |
| Combustion Technologies, Inc.<br>c/o Michael L. Jones<br>Henry & Jones, LLP<br>2902 Carlisle St., Suite 150<br>Dallas, Texas 75204-4004 | Comfort Technoligies, LLC<br>PO Box 150434<br>Arlington, TX 76015-6434 | Coppell ISD<br>c/o Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2644 |
| Corley Gasket Co.<br>PO Box 271124<br>Dallas, TX 75227-1124 | Corporate Express Office Products, Inc.<br>Attn: Bryan Mannlein<br>555 W. 112th Ave.<br>Northglenn, CO 80234-3022 | Corporate Finance Partners<br>MidCap GmbH<br>Torstr. 33-35<br>10119 Berlin, Germany |
| Custom Tube Products, Inc.<br>P.O. Box 936<br>Edgewater, FL 32132-0936 | DALLAS RECYCLING<br>3303 PLUTO STREET<br>DALLAS, TX 75212-3430 | DANIEL & ALEX GRZELECKI<br>7209 ST. JAMES COURT<br>CORPUS CHRISTI, TX 78413-5130 |

| | | |
|---|---|---|
| DAPRA MARKING SYSTEMS<br>66 GRANBY STREET<br>BLOOMFIELD, CT 06002-3512 | DARRELL INGLE<br>2020 VISTA VIEW<br>ROANOKE, TX 76262-6800 | DAVID AUSTIN<br>12250 FM 2449<br>PONDER, TX 76259-6105 |
| DAVID BUONO<br>6707 WINTERWOOD LAND<br>DALLAS, TX 75248-5045 | DAVID CHILDS TAX ASSESSOR<br>500 ELM STREET<br>DALLAS, TX 75202-6308 | DAVID PARNELL<br>935 CONKLIN<br>CANADIAN, TX 79014-3313 |
| DAVID S RUNYAN<br>6414 INWAY DRIVE<br>SPRING, TX 77389-3672 | DAVID W ROGERS JR.<br>3843 JEFFERSON ROAD<br>GLEN ROCK, PA 17327-9431 | DEKALB FORGE<br>1832 PLEASANT<br>DEKALB, IL 60115-2609 |
| DELI MANAGEMENT INC<br>2400 BRAODWAY STREET<br>BEAUMONT, TX 77702-1904 | DELL MARKETING LP<br>ONE DELL WAY, MAIL STOP RR1-33<br>ROUND ROCK, TX 78682-7000 | DENA BEECHER<br>11524 CACTUS SPRINGS<br>FORT WORTH, TX 76248 |
| DENNIS CHEATHAM<br>311 RAVENNA ROAD<br>LAKE DALLAS, TX 75065-2389 | DIVCO<br>2806 NORTH SHERIDAN<br>TULSA, OK 74115-2332 | DOUGLAS COOK<br>5111 MESA TERRACT<br>LA MESA, CANADA 91941-4245 |
| DOUGLAS L. DODSON JR.<br>4431 KNOX AVENUE<br>ROSAMOND, CA 93560-6428 | DSS FIRE INC<br>10265 MILLER RD<br>DALLAS, TX 75238-1232 | DUKE REALTY SERVICES<br>14241 DALLAS PARKWAY No. 1000<br>DALLAS, TX 75254-2954 |
| DURRIE SALES<br>411 COUNTRY CLUB RD.<br>BENSONVILLE, IL 60106-1581 | DYNAMIC TECHNOLOGY INC<br>3201 WEST ROYAL LANE No. 150<br>IRVING, TX 75063-3137 | Dallas County<br>c/o Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2644 |
| Dallas County Tax Office<br>500 Elm Street<br>Dallas, TX 75202-6308 | Dallas Waste Disposal and Recycling, Inc<br>3303 Pluto St.<br>Dallas, TX 75212-3430 | Deidre B. Ruckman<br>Gardere Wynne Sewell LLP<br>1601 Elm St., Ste. 3000<br>Dallas, TX 75201-4761 |
| E-MAG IGNITIONS<br>2014 GREG STREET<br>AZLE, TX 76020-2749 | EASYLINK SERVICES CORPORATION<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854-3925 | EATON CORPORATION<br>700 LUICKS LANE<br>BELMOND, IA 50421-1785 |
| ECK INDUSTRIES INC<br>1602 NORTH 8TH STREET<br>MANITOWOC, WI 54220-1904 | ELECTRONICS INTERNATIONAL INC<br>63296 POWELL BUTTE HIGHWAY<br>BEND, OR 97701-9429 | ELVIS LACAYO<br>2520 CATAINA WAY<br>IRVING, TX 75060-6505 |

| | | |
|---|---|---|
| ENPARTS<br>660 FERRIS ROAD, SUITE 102<br>LANCASTER, TX 75146-5502 | ERIC JAIMES<br>2710 W. PIONEER<br>IRVING, TX 75061-6663 | ERVIN LEASING COMPANY<br>PO BOX 1689<br>ANN ARBOR, MI 48106-1689 |
| EUROPEAN AVIATION SAFETY AGENC<br>POSTFACH 10 12 53<br>D-50452 COLOGNE, GERMANY | EVAN YEARSLEY<br>509 PARKVIEW PLACE<br>COPPELL, TX 75019-2634 | EXECUTIVE PRINTING SYSTEMS<br>PO BOX 3064<br>MCKINNEY, TX 75070-8182 |
| EXPERIMENTAL AIRCRAFT ASSOC.<br>PO BOX 3086<br>OSHKOSH, WI 54903-3086 | EXXON MOBIL OIL CORPORATION<br>3225 GALLOWS ROAD<br>FAIRFAX, VA 22037-0002 | Endicott Forging & Mfg.<br>1901 North Street<br>Endicott, NY 13760-3200 |
| Ervin Leasing Company<br>3893 Research Park Drive<br>Ann Arbor, MI 48108-2217 | FASTENER DIMENSIONS,INC.<br>94-03 104TH STREET<br>OZONE PARK, NY 11416-1723 | FAULKNERS AIR SHOP, INC.<br>PO BOX 1147<br>BURNET, TX 78611-7147 |
| FEDERAL EXPRESS<br>942 SOUTH SHADY GROVE ROAD<br>MEMPHIS, TN 38120-4117 | FEDEX FREIGHT EAST<br>200 FORWARD DR<br>HARRISON, AR 72602-0840 | FLEX-FAB, LLC<br>1699 WEST M-43 HWY<br>HASTINGS, MI 49058-9285 |
| FLIGHT INTERNATIONAL INC<br>1 LEAR DRIVE, WILLIAMSBURG INTL AIRPORT<br>NEWPORT NEWS, VA 23602-4413 | FLYING J PARTNERS INC<br>PO BOX 207<br>WEST OSSIPEE, NH 03890-0207 | FLYING VIKINGS, INC.<br>21593 SKYWEST DRIVE<br>HAYWARD, CA 94541-7015 |
| FORT DEARBORN LIFE INSURANCE<br>2400 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082-4341 | FRED A. RAWLINS<br>8326 SAWGRASS WAY<br>RADFORD, VA 24141-6999 | FedEx Customer Information Service<br>As Assignee of FedEx Express, Ground<br>ATTN  Revenue Recovery, Bankruptcy<br>3965 Airways Blvd., Module G, 3rd Floor<br>Memphis, TN 38116-5017 |
| FedEx Freight<br>P O Box 840<br>Harrison, AR  72602-0840 | First Data Corporation<br>6201 Powers Ferry Road<br>ATS-75<br>Atlanta, GA 30339-5401 | GARLOCK - METALLIC GASKET DIV<br>250 PORTWALL ST, SUITE 300<br>HOUSTON, TX 77029-1300 |
| GARLOCK KLOSURE<br>1666 DIVISION STREET<br>PALMYRA, NY 14522-9383 | GARY WRIGHT<br>2007 PAT LANE<br>CARROLLTON, TX 75006-3166 | GASKET MANUFACTURING CO. INC<br>18001 SOUTH MAIN STREET<br>GARDENIA, CA 90248-3530 |
| GATES RUBBER CO-DEPT-0804<br>1551 WEWATTA STREET<br>DENVER, CO 80202-6173 | GENERAL AIR SERVICE<br>BOX 96, MUNICIPAL AIRPORT<br>VALLEY CITY, ND 58072-0096 | GENESEE STAMPING & FABRICATING<br>1470 AVENUE T<br>GRAND PRAIRIE, TX 75050-1222 |

```
GEORGE JENSON                        GERHARDT GEAR                         GLORIA JEAN WELSH
501 EAST FIRST STREET                133 EAST SANTA ANITA                  605 WHITNEY DRIVE
TUCSON, AZ 85705-7817                BURBANK, CA 91502-1926                SLIDELL, LA 70461-4185


GRAIG SCHULZE                        GREATAMERICA LEASING CORP             GREG VAUGA
178 VICTORY No. 108                  8742 INNOVATION WAY                   2005 ROCKWALL FARMS LANE
BURBANK, CA 91502-2805               CHICAGO, IL 60682-0087                FUQUAY VARINA, NC 27526-5471


GREGORY ZABRANSKY                    GULF COAST AVIONICS                   Garlock Sealing Technologies
400 CR 2355                          3650 DRANE FIELD RD, LAKELAND REGIONAL A   1666 Division Street
MINEOLA, TX 75773-3654               LAKELAND, FL 33811-1203               Houston, TX 77029


GreatAmerica Leasing Corporation     HALSEY ENGINEERING & MFG INC          HARRIS PACKAGING CORP.
PO Box 609                           209 N MAYHILL ROAD                    1600 CARSON STREET
Cedar Rapids, IA 52406-0609          DENTON, TX 76208-4005                 HALTOM CITY, TX 76117-6188


HARTFORD AIRCRAFT PRODUCTS           HARVEY-DACO, INC                      HEATHER FORDE
94 OLD POQUONOCK ROAD                307 LAKE AIR DRIVE                    2014 DEWITT STREET
BLOOMFIELD, CT 06002-1427            WACO, TX 76710-5835                   IRVING, TX 75062-4311


HELI-COIL - EMHART TEKNOLOGIES LLC   HELIO PRECISION PRODUCTS              HURST
PO BOX 859                           601 NORTH SKOKIE HIGHWAY              2111 WEST EULESS BLVD, HIGHWAY 10
SHELTON, CT 06484-0905               LAKE BLUFF, IL 60044-1500             EULESS, TX 76040-6707


Hetrick Aircraft, Inc.               Hurst Metallurgical Research Laboratory, Inc   IAN PULLIN
3600 NE Sardou                       2111 West Euless Blvd.                24-19 BOWMAN STREET
Topeka, KS 66616-1678                Euless, TX 76040-6707                 SOUTH PERTH, WEST AUSTRALIA


IBRAEX IND                           ING                                   INSTRON WILSON-SHORE INSTR.
QUADRA 112S RUA SRO7 N. 47, PLANTO DIREC  151 FARMINGTON AVENUE            825 UNIVERSITY AVENUE
PALMAS - TO, BRAZIL 77.020-176       HARTFORD, CT 06156-0002               NORWOOD, MA 02062-2643


INTERNATIONAL BUSINESS SYSTEMS       INTERWEST COMMUNICATIONS CORP         IWATSU Voice Networks
90 BLUE RAVINE RD                    2152 W. NORTHWEST HWY, No. 122        8001 Jetstar Dr.
FOLSOM, CA 95630-4728                DALLAS, TX 75220-4214                 Irving, TX 75063-2804


Intellipak, Inc.                     (p)INTERNAL REVENUE SERVICE           Interwest Communications Corp.
12322 E. 55th Street                 CENTRALIZED INSOLVENCY OPERATIONS     2152 W. Northwest Hwy, Ste 122
Tulsa, OK 74146-6900                 PO BOX 21126                          Dallas, TX 75220-4214
                                     PHILADELPHIA PA 19114-0326
```

| | | |
|---|---|---|
| Irving ISD<br>c/o Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2644 | J & J AIR PARTS INC<br>430 NORTH BRYANT<br>PLEASANTON, TX 78064-3433 | J. R. JORDAN<br>560 CLOTHIER SPRINGS ROAD<br>MALVERN, PA 19355-8613 |
| JAMES EVERETT<br>2621 KEYHOLE STREET<br>IRVING, TX 75062-8709 | JAMES WHITLEY<br>3017 SCENIC HILLS DRIVE<br>BEDFORD, TX 76021-2853 | JAN CLEMENS<br>17269 CR 663<br>FARMERSVILLE, TX 75442-5779 |
| JEAN-PIERRE VERDIER<br>24234 EAGLE CLIFF TRAIL<br>CONIFER, CO 80433-9045 | JEFF W. SMITH<br>1950 CHISWICK ROAD<br>KNOXVILLE, TN 37922-8543 | JEFFERY PAUST<br>4854 VIEWCREST ROAD<br>SAN ANTONIO, TX 78217-1263 |
| JERRY BALLARD<br>PO BOX 2548<br>EVERGREEN, CO 80437-2548 | JIM WATKINS<br>8817 RAVENSWOOD RD<br>GRANBURY, TX 76049-8903 | JOHN F D PETERSON<br>13465 DECOTEAU ROAD<br>GONZALES, LA 70737-7357 |
| JOHN FELLENSTEIN<br>839 SUMMERLY DRIVE<br>NASHVILLE, TN 37209-4220 | JOHN GOODLOE<br>6505 RIDGLEA<br>WTAUGA, TX 76148-1753 | JOHN WEBER<br>2201 ROCKBROOK No. 1338<br>LEWISVILLE, TX 75067-3824 |
| JOHNSON, MORGAN & WHITE<br>PO BOX 5000<br>BOCA RATON, FL 33431-0800 | JUAN RUIZ<br>2851 ASTER<br>DALLAS, TX 75211-5235 | KAPCO - VALTEC AIRCRAFT SUPPLY<br>3120 E. ENTERPRISE ST<br>BREA, CA 92821-6236 |
| KELLY AEROSPACE POWER SYSTEMS<br>2900 SELMA HIGHWAY<br>MONTGOMERY, AL 36108-5038 | KENT ABERCROMBIE<br>1436 GARDENIA ST<br>IRVING, TX 75063-4232 | KISMET RUBBER PRODUCTS CORP<br>215 INDUSTRIAL BLVD<br>BLUE RIDGE, GA 30513-4605 |
| KITPLANES<br>531 ENCINITAS BLVD No. 105<br>ENCINITAS, CA 92024-3782 | KNAPPE & KOESTER INC<br>18 BRADCO STREET<br>KEENE, NH 03431-3996 | KPMG, LLP<br>717 NORTH HARWOOD STREET, No. 3100<br>DALLAS, TX 75201-6585 |
| KS-PISTOES<br>RODOVIA ARNALD JULIO MAUERBERG, 4000 - D<br>NOVA ODESSA - SP BRASIL, CAIXA POSTAL 91 | KUEHNE & NAGEL INC<br>101 WRANGLER DRIVE, SUITE 201<br>COPPELL, TX 75019-4658 | KURT MANUFACTURING CORP<br>5280 MAIN ST. N.E.<br>MINNEAPOLIS, MN 55421-1594 |
| Kayce Weakley<br>635 E Samford Avenue<br>Auburn, AL 36830-7409 | L E CLARK<br>10109 CLARK AIRFIELD ROAD, CLARK AIRPORT<br>CLARK, TX 77327 | L.E. Clark<br>10109 Clark Airfield Rd.<br>Clark Aiport<br>Clark, TX 77327 |

| | | |
|---|---|---|
| LABRIE COMMERCIAL CLEANING<br>PO BOX 833778<br>RICHARDSON, TX 75083-3778 | LARRY L. GOLLEY<br>EL PASO INTL AIRPORT, HANGAR K1<br>EL PASO, TX 79912 | LARRY REEDER<br>10484 AIRPARK LOOP<br>MELBA, ID 83641-4205 |
| LARRY WM. ELLIOTT<br>15 KINGWOOD VILLAS CT<br>KINGWOOD, TX 77339-3652 | LE JONES CO<br>1200 34TH AVENUE<br>MENOMINEE, MI 49858-1695 | LIGHT SPEED ENGINEERING, LLC<br>416 E SANTA MARIA, HANGAR 15<br>ASANTA PAULA, CA 93060-3356 |
| LYNDEN INTERNATIONAL<br>1800 INTERNATIONAL BLVD No. 800<br>SEATTLE, WA 98188-4253 | Lawrence Chevigny, et al.<br>CO Miller Thompson, LLP<br>3000, 700-9th Ave. S.W.<br>Calgary, AB, Canada T2P 3V4 | Luyster<br>CO Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590 |
| M & M AEROSPACE HARDWARE INC<br>PO BOX 025263<br>MIAMI SPRINGS, FL 33102-5263 | MAHLE ENGINE COMPONENTS USA<br>14161 MANCHESTER ROAD<br>MANCHESTER, MO 63011-4511 | MAHLE ENGINE COMPONENTS USA<br>17226 INDUSTRIAL HWY<br>CALDWELL, OH 43724-9779 |
| MAHLE ENGINE COMPONENTS USA<br>60428 MARNE ROAD<br>ATLANTIC, IA 50022-8274 | MAHLE Engine Components USA, Inc.<br>23030 Hagerty Road<br>Farmington Hills, Michigan 48335-2602 | MAJESTIC GRAPHICS LLC<br>9411 HILLTOP ROAD<br>ARGYLE, TX 76226-5017 |
| MALONEY, BEAN, HORN & HULL PC<br>511 E JOHN CARPENTER FREEWAY, SUITE No.<br>IRVING, TX 75062-3911 | MANDEL, LIPTON & STEVENSON LIMITED<br>120 N LA SALLE STREET No. 1450<br>CHICAGO, IL 60602-3498 | MANITOWOC PATTERN & MFG CO<br>4315 EXPO DRIVE<br>MANITOWOC, WI 54220-7305 |
| MANITOWOC TOOL & MACHINING LLC<br>4211 CLIPPER DRIVE<br>MANITOWOC, WI 54220-4196 | MANUEL MERCADO<br>2930 SCOTT MILL<br>CARROLLTON, TX 75007-5320 | MARIA GARCIA<br>1516 MARK<br>IRVING, TX 75061-7829 |
| MARIA MELGAR<br>205 S IRVING HEIGHT<br>IRVING, TX 75060-3256 | MARIA PEREZ<br>1908 ANNA DRIVE<br>IRVING, TX 75061-5512 | MARK SINDERSON<br>14700 HIGHTOWER<br>MINNETONKA, MN 55345-3700 |
| MARSHALLTOWN AVIATION INC<br>2651 170th STREET<br>MARSHALLTOWN, IA 50158-8917 | MARY RENFRO<br>7400 BARBARA COURT<br>WATAUGA, TX 76148-1605 | MASOUD ZEAHEDI<br>5801 ROSWELL ROAD<br>ATLANTA, GA 30328-4905 |
| MASTER PRODUCTS CO<br>6400 Park Avenue<br>Cleveland, OH 44105-4991 | MAURICE TOMPKINS<br>5024 DARDEN AVENUE<br>ORLANDO, FL 32812-1103 | MAX NICHOLS<br>5221 TELESTAR LANE<br>GRET BEND, KS 67530-3018 |

| | | |
|---|---|---|
| MAYER AVIATION<br>LAKE ELMO AIRPORT<br>LAKE ELMO, MN 55042 | MAYER BROWN LLP<br>230 SOUTH LASALLE STREET<br>CHICAGO, IL 60604-1404 | MCMASTER-CARR SUPPLY CO<br>PO BOX 740100<br>ATLANTA, GA 30374-0100 |
| MCSHAN FLORIST, INC.<br>10311 GARLAND ROAD<br>DALLAS, TX 75218-2999 | MID-FLORIDA AIR SERVICES<br>19708 EUSTIS AIRPORT ROAD<br>EUSTIS, FL 32736-7268 | MID-SOTA AICRAFT REPAIR<br>25297 LAKE ROAD<br>ST CLOUD, MN 56301-9767 |
| MIDWAY AVIATION<br>8008 CEDAR SPRINGS, LOCKBOS 15, DALLAS L<br>DALLAS, TX 75235 | MIDWEST AVIATION<br>1650 WEST COLLEGE DRIVE, SUITE 100<br>MARSHALLTOWN, MN 56258-1689 | MIKES CARTAGE COMPANY<br>PO BOX 153644<br>IRVING, TX 75015-3644 |
| MILWAUKEE WIRE PRODUCTS<br>PO BOX 217<br>MEQUON, WI 53092-0217 | MORRISSEY INC<br>9304  BRYANT AVE. SOUTH<br>BLOOMINGTON, MN 55420-3474 | MOTION INDUSTRIES<br>2221 WEST MOCKINGBIRD LANE<br>DALLAS, TX 75235-5420 |
| MSC INDUSTRIAL DIRECT CO INC<br>75 MAXESS ROAD<br>MELVILLE, NY 11747-3151 | MURRAY CORP.<br>260 SCHILLING CIRCLE<br>HUNT VALLEY, MD 21031-1109 | Michael Henderson<br>CO Law Offices of Randell C. Ogg<br>Ninth Floor, Connecticut Bldg.<br>1150 Connecticut Ave., NW<br>Washington, DC 20036-4104 |
| N.E.W. INDUSTRIES INC<br>905 S NEENAH AVE<br>STURGEON BAY, WI 54235-1907 | NATIONAL CITY COMMERCIAL CAPITAL CO, LLC<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203-1101 | NICOL SCALES, INC.<br>1412 GRIFFIN ST. EAST<br>DALLAS, TX 75215-1101 |
| NORMAN MARSDEN<br>5212 MUSTANG TRAIL<br>PLANO, TX 75093-5020 | NORTH TEXAS PRECISION INSTRUMENTS<br>7464 DOGWOOD PARK<br>FORT WORTH, TX 76118-6470 | NORTHWEST PROPANE GAS, CO.<br>11551 HARRY HINES BLVD.<br>DALLAS, TX 75229-2202 |
| New Horizons<br>5151 Belt Line Rd.<br>Dallas, TX 75254-7507 | Northwest Propeller Service<br>16709 Meridian St., E, Unit 3<br>Puyallup, WA 98375-6266 | OFALLON CASTING<br>PO BOX 280<br>OFALLON, MO 63366-0280 |
| OHIO GASKET & SHIM<br>976 EVANS AVENUE<br>AKRON, OH 44305-1096 | OMNI PACKAGING CORPORATION<br>12322 EAST 55TH STREET<br>TULSA, OK 74146-6900 | ON TIME EXPRESS<br>3409 HIGH PRAIRIE ROAD<br>GRAND PRAIRIE, TX 75050-4226 |
| PACK READY<br>PO BOX 901<br>WYLIE, TX 75098-0901 | PARKER SEAL EPS DIVISION<br>403 INDUSTRIAL DRIVE<br>NACOGDOCHES, TX 75964-1297 | PASSPORTS & VISAS<br>2938 VALLEY VIEW LANE<br>DALLAS, TX 75234-4929 |

```
PATRICK BENOIT                          PAUL HERSHORIN                           PAUL WESTCOTT
3708 ROXBURY LANE                       6077 PINE NEEDLE LANE S                  7333 49th AVENUE S.E.
PLANO, TX 75025-3721                    LAKE WORTH, FL 33467-6534                OLYMPIA, WA 98513-4515


PAUL WINTERS                            PENN YAN AERO SERVICE, INC.              PETER J BEATTY
69 BALSALL ST EAST                      2499 BATH ROAD                           18 STIRRUP RUN
BALSALL COMMON, COVENTRY ENGLAND CV77FQ PENN YAN, NY 14527-9565                  NEWARK, DE 19711-2460


PITNEY BOWES                            PLANE-POWER                              PORTLAND FORGE
2225 AMERICAN DRIVE                     346 HOWARD CLEMMONS ROAD                 EAST LAFAYETTE STREET     PO BOX 905
NEEHAH, WI 54956-1005                   GRANDBURY, TX 76048-5476                 PORTLAND, IN 47371-0905


PRECISION AIRMOTIVE LLC                 PRECISION FITTINGS                       PRECISION MACHINE & MFG CO
14800 40TH AVENUE NE                    709 NORTH MAIN STREET                    500 INDUSTRIAL ROAD
MARYSVILLE, WA 98271-8952               WELLINGTON, OH 44090-1069                GROVE, OK 74344-4102


PRINT INC                               PRO AERO ENGINES, INC.                   PROGRESSIVE AIR SERVICES LTD
ONE DEERWOOD, 10201 CENTURION PKWY N, SU 2965 AIRPORT DRIVE                      2965 AIRPORT ROAD
JACKSONVILLE, FL 32256                  KAMLOOPS, BC, CANADA  V2B 7W8,           KAMLOOPS, BC V2B 7W8


PROSTAR SERVICES INC                    PROTECTIVE PACKAGING CORP                PUBLISHERS PRESS
1420 MAC ARTHUR DRIVE No. 104           1746 W. CROSBY ROAD No. 106              100 FRANK E SIMON AVENUE
CARROLLTON, TX 75007-4456               CARROLLTON, TX 75006-6636                SHEPHERDSVILLE, KY 40165-6013


PULSAR AIRCRAFT CORPORATION             PYSZKA, BLACKMON, LEVY, MOWERS & KELLY   Paul Rice
4233 SANTA ANITA AVENUE, SUITE No. 5    14750 NW 77TH COURT No. 300              6322 Long Beach Blvd
EL MONTE CA, CA 91731-1670              MIAMI LAKES, FL 33016-1537               Harvey Cedar, NJ 08008-5758


Pitney Bowes Credit Corporation         Prima S.A.                               Print, Inc.
2225 American Drive                     Lisciasta 17 Street                      11265 Kirkland Way, Ste 3000
Neehah, WI 54956-1005                   91-357-LODZ                              Kirkland, PA 98033
                                        Poland


QUILL CORPORATION                       R & B ELECTRONICS                        R plus L CARRIERS
PO BOX 94080                            1520 INDUSTRIAL PARK DRIVE               600 GILLAM ROAD
PALATINE, IL 60094-4080                 SAULT SAINTE MARIE, MI 49783-1474        WILMINGTON, OH 45177-9089


RAM AIRCRAFT CORPORATION                RANDY BORNHORST                          REIMERS AIRCRAFT ENGINES
7505 KARL MAY DRIVE                     4236 ARBORETUM DRIVE NW                  4741 EAST 113th AVENUE
WACO, TX 76708-5534                     ROCHESTER, MN 55901-5859                 ANCHORAGE, AK 99516-1666
```

| | | |
|---|---|---|
| RESERVE ACCOUNT - WORLD HEADQUARTERS<br>1 ELMCROFT ROAD<br>STAMFORD, CT 06926-0700 | RICHARD BRINKERHOFF<br>2134 GOLD DUST COURT<br>TRINITY, FL 34655-5015 | RICHARD KRAJICEK<br>1111 HERMANN DRIVE No. 29A<br>HOUSTON, TX 77004-6932 |
| RICK BAILEY<br>8020 NAVION LANE<br>FALCON, CO 80831-8096 | ROB ATTAWAY<br>4518 E. OLIVE AVENUE<br>HIGLEY, AZ 85234-7606 | ROBINSON HELICOPTER<br>2901 AIRPORT DRIVE<br>TORRANCE, CA 90505-6115 |
| RODNEY MCLEAN<br>150 SOUTH CHASE STREET<br>LAKEWOOD, CO 80226-2311 | RONALD GELZUNAS<br>NORTH WILDWOOD MEDICAL ASSOC, 1200 NEW J<br>NORTH WILDWOOD, NJ 08260-2734 | ROSTRA VERNATHERM, INC.<br>106 ENTERPRISE DRIVE<br>BRISTON, CT 06010-8403 |
| RSI CRATING & PACKAGING<br>2230 LBJ FREEWAY, No. 400<br>DALLAS, TX 75234-7331 | RSM MCGLADREY<br>ONE GALLERIA TOWER, 13355 NOEL ROAD 8TH<br>DALLAS, TX 75240-6651 | RUBBER ASSOCIATES, INC.<br>1522 WEST TURKEYFOOT LAKE ROAD<br>BARBERTON, OH 44203-4898 |
| RUBER MALDONADO<br>18625 MIDWAY ROAD No. 402<br>DALLAS, TX 75287-3912 | RUSS AIREY<br>989 SILVERDALE DRIVE<br>WINDSOR, ONTARIO, CANADA | Reno Air Racing Association<br>14501 Mt Anderson St<br>Reno, NV 89506-1244 |
| Roxanne Cherry, Administrator of the<br>Estate of Christopher Desch<br>CO The Wolk Law Firm<br>1710-12 Locust Street<br>Philadelphia, PA 19103-6178 | Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG, Feld<br>Witten, Germany 58456 | SAE INTERNATIONAL<br>400 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15096-0001 |
| SAL BUENTELLO<br>15963 PARVIN ROAD<br>PROSPER, TX 75078-5612 | SAMPSON ENTERPRISES INC<br>894 N MILL STREET, SUITE 2<br>LEWISVILLE, TX 75057-3182 | SATURN FASTENERS INC<br>425 S. VARNEY ST.<br>BURBANK, CA 91502-2193 |
| SCOTT FREEMAN<br>840 EAST HUNGRY MOTHER DRIVE<br>MARION, VA 24354-6354 | SEAL SCIENCE INC<br>17131 DAIMLER<br>IRVINE, CA 92614-5508 | SECURLOCK STORAGE CENTERS<br>320 STATE HWY 121<br>COPPELL, TX 75019-3882 |
| SEMBLEX CORPORATION<br>199 W DIVERSEY AVENUE<br>ELMHURST, IL 60126-1162 | SKF SEALING SOLUTIONS<br>PO BOX 536755<br>ATLANTA, GA 30353-6755 | SKY-TEC<br>350 HOWARD CLEMMONS ROAD<br>GRANBURY, TX 76048-5476 |
| SKYLINE AVIATION<br>SPIRIT AIRPORT, 776 NORTH BELL AVENUE<br>HESTERFIELD, MO 63005-3643 | SKYTEL<br>PO BOX 2469<br>JACKSONVILLE, MS 39225-2469 | SOUTHWESTERN GAGE INC<br>3151 COMMONWEALTH<br>DALLAS, TX 75247-6201 |

| | | |
|---|---|---|
| SPRING ENTERPRISES<br>2890 MALIBOU COURT<br>DAYTONA BEACH, FL 32128-6919 | STAN JONES AVIATION<br>1100 AIRPORT ROAD<br>SALEM, IL 62881-1046 | STAPLES BUSINESS ADVANTAGE<br>500 STAPLES DRIVE<br>FRAMINGHAM, MA 01702-4474 |
| STATE COMPTROLLER<br>111 E. 17 STREET<br>AUSTIN, TX 78774-0001 | STATE OF OHIO<br>PO BOX 16678<br>COLUMBUS, OH 43216-6678 | STAVELEY SERVICES FLUIDS ANALYSIS<br>18419 EUCLID AVENUE<br>CLEVELAND, OH 44112-1016 |
| STEPHANIE FINNEY<br>17269 CR 663<br>FARMERSVILLE, TX 75442-5779 | STEPHEN ADAMS<br>2398 WILLIAM FEW PARKWAY<br>EVANS, GA 30809-7220 | STERLING AIRCRAFT REPAIR<br>FORREST LANE, PO BOX 185<br>STERLING, AK 99672-0185 |
| STEVE GLASS<br>769 FARMBROOK DRIVE<br>BEAVERCREEK, OH 45430-1473 | STEVE WILSON<br>PO BOX 206<br>PANACEA, FL 32346-0206 | STEVES AIRCRAFT<br>15373 JONES ROAD<br>WHITE CITY, OR 97503-9577 |
| STRASBURGER & PRICE LLP<br>901 MAIN STREET, No. 4400<br>DALLAS, TX 75202-3729 | STRIPMATIC PRODUCTS INC<br>1501 ABBEY AVENUE<br>CLEVELAND, OH 44113-4298 | SUEZ ENERGY RESOURCES NA<br>PO BOX 25225<br>LEHIGH VALLEY, PA 18002-5225 |
| SUPERIOR TRANSPORT<br>3200 N SYLVANIA AVE No. A<br>FORT WORTH, TX 76111-3125 | Safety-Kleen<br>5360 Legacy Dr.<br>Bldg. 2, Ste. 100<br>Plano, TX 75024-3130 | Slick Unison<br>530 Blackhawk Park Ave.<br>Rockford, IL 61104-5136 |
| Spirangam Ragan<br>215 Granite Court<br>Boulder City, NV 89005-1215 | Strasburger & Price, LLP<br>c/o Stephen A. Roberts<br>600 Congress Avenue<br>Suite 1600<br>Austin, TX 78701-2974 | Suez Energy Resources, NA<br>1990 Post Oak Dr., Ste 1900<br>Houston, TX 77056-3831 |
| Superior Air Parts, Inc.<br>621 S. Royal Lane, Suite 100<br>Coppell, TX 75019-3877 | TECHNI PRODUCTS INC<br>126 INDUSTRIAL DRIVE<br>EAST LONGMEADOW, MA 01028-3170 | TECHNIFAX OFFICE SOLUTIONS<br>3220 KELLER SPRINGS No. 118<br>CARROLLTON, TX 75006-5903 |
| TEX-AIR PARTS INC<br>3724 N COMMERCE ST<br>FORT WORTH, TX 76106-2710 | TEXAS DUGAN L.P.<br>600 EAST 96TH STREET No. 100<br>INDIANAPOLIS, IN 46240-3792 | TEXAS FIRE EXTINGUISHER INC<br>4825 E GRAND<br>DALLAS, TX 75223-2909 |
| TEXAS NAMEPLATE<br>PO BOX 150499<br>DALLAS, TX 75315-0499 | THE BLAND CO<br>55 BROOK STREET<br>WEST HARTFORD, CT 06110-2350 | THE SERVICE CENTER<br>7301 NORTHWEST 50th STREET<br>BETHANY, OK 73008 |

| | | |
|---|---|---|
| THIELERT - PRE INSOLVENCY<br>NIERITZSTR 14<br>D-01097, DRESDEN GERMANY | THIELERT AG<br>ALBERT-EINSTEIN-RING 11<br>D-22761, HAMBURG GERMANY | THIELERT AIRCRAFT ENGINES GMBH<br>NIERITZSTR 14<br>D-01097, DRESDEN GERMANY |
| THOMAS LOCHRIDGE<br>1403 N 14TH STREET<br>HONEY GROVE, TX 75446-2024 | THOMAS REPROGRAPHICS<br>600 N CENTRAL EXPRESSWAY<br>RICHARDSON, TX 75080-5316 | (c)TIMSCO<br>1951 UNIVERSITY BUSINESS DR STE 121<br>MCKINNEY TX 75071-5806 |
| TOPCAST AVIATION SUPPLY<br>15-F WOLD PEACE CENTRE, 55 WO TUNG TSUI<br>KWAI CHUNG, HONG KONG | TREVOR DAVIS<br>23 OUDEKRAAL ROAD<br>CAMPUS BAN, SOUTH AFRICA | TRUARC COMPANY LLC<br>125 BRONICO WAY<br>PHILLIPSBURG, NJ 08865-2778 |
| TRW AUTOMOTIVE US LLC<br>3900 MOGADORE INDUSTRIAL PARKWAY<br>MOGADORE, OH 44260-1201 | TULCO OILS INC<br>627 112TH STREET<br>ARLINGTON, TX 76011-7620 | TW TELECOM<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124-5433 |
| TZU-YING HO<br>7218 BRANBLEBUSH DRIVE<br>FRISCO, TX 75034-3841 | Tarrant County<br>c/o Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2644 | Tarrant County Tax Office<br>100 E. Weatherford<br>Fort Worth, TX 76196-0001 |
| Technifax Office Solutions<br>3220 Keller Springs, Ste 118<br>Carrollton, TX 75006-5903 | Texas Dugan Limited Partnership<br>CO Duke Realty Limited Partnership<br>5495 Belt Line Road, Ste 360<br>Dallas, TX 75254-7644 | Texas Dugan Limited Partnership<br>CO Duke Realty Limited Partnership<br>5495 Belt Line Road, Suite 360<br>Dallas, TX 75254-7644 |
| Time Warner Telecom of Texas, L.P.<br>15303 Dallas Parkway, Ste 610<br>Addison, TX 75001-4646 | Time Warner Telecom of Texas, LP<br>15303 Dallas Parkway, Ste 610<br>Addison, TX 75001-4646 | Trade-A-Plane<br>P O Box 509<br>Crossville, TN 38557-0509 |
| TriStar, Inc.<br>3740 E. LaSalle St.<br>Phoenix, AZ 85040-3976 | U.S. Express Leasing, Inc.<br>10 Waterview Blvd.<br>Parsippany, NJ 07054-1286 | ULINE<br>2200 S. LAKESIDE DRIVE<br>WAUKEGAN, IL 60085-8311 |
| UMPCO<br>7100 LAMPSON AVENUE<br>GARDEN GROVE, CA 92841-3914 | UNISON INDUSTRIES, LLC<br>7575 BAYMEADOWS WAY<br>JACKSONVILLE, FL 32256-7525 | UNITED PARCEL SERVICE<br>PO BOX 650580<br>DALLAS, TX 75265-0580 |
| UPS SUPPLY CHAIN SOLUTIONS INC<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 | US EXPRESS LEASING INC<br>DEPT No. 1608<br>DENVER, CO 80291-1608 | US Express Leasing, Inc.<br>10 Waterview Blvd.<br>Parsippany, NJ 07054-1286 |

| | | |
|---|---|---|
| UTI, UNITED STATES INC<br>801 HANOVER DRIVE, SUITE No. 100<br>GRAPEVINE, TX 76051-7681 | Unisource Worldwide, Inc<br>850 N Arlington Heights Rd<br>Itasca, IL 60143-2885 | United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242-0996 |
| V & L TOOL INC<br>2021 MCARTHUR ROAD<br>WAUKESHA, WI 53188-5647 | VARGA ENTERPRISES INC<br>2350 S. AIRPORT BLVD.<br>CHANDLER, AZ 85286-1701 | VB SEALS INC<br>1107 AIRPORT ROAD<br>AMES, IA 50010-8221 |
| VINTAGE PROPS & JETS, INC.<br>601 SKYLINE DRIVE<br>NEW SMYRNA BEACH, FL 32168 | VISION SERVICE PLAN - -SW<br>FILE No. 73280, PO BOX 60000<br>SAN FRANCISCO, CA 94160-0001 | VOLARE CARBURETORS LLC<br>211 CHASE STREET<br>GIBSONVILLE, NC 27249-2877 |
| Virgin Records America, Inc.<br>CO Tew Cardenas, LLP<br>Miami Center, 26th Floor<br>201 South Biscayne Blvd.<br>Miami, FL 33131-4332 | (c)W.W. GRAINGER<br>14441 W IL ROUTE 60<br>LAKE FOREST IL 60045-5201 | WAHIDUALLAH OSMAN<br>7952 EDDIE DRIVE<br>PLANO, TX 75025-6212 |
| WEB TRENDS INC<br>851 SW 6TH AVENUE No. 600<br>PORTLAND, OR 97204-1343 | WESTERN GAGE CORPORATION<br>3316-A MAYA LINDA<br>CAMARILLO, CA 93012-8776 | WESTERN MANUFACTURING CO<br>28355 INDUSTRY DRIVE, UNIT 420<br>VALENCIA, CA 91355-4139 |
| WESTERN SKYWAYS<br>21 CREATIVE PLACE<br>MONTROSE, CO 81401-6330 | WILLIAM BLACKWOOD<br>620 N COPPELL ROAD No. 4104<br>COPPELL, TX 75019-2055 | WILLIAM CANNON<br>1 WALDEN COURT<br>THE COLONY, TX 75056-3624 |
| WILLIAM E BUCKLEY<br>835 CAMP JOHNSON ROAD<br>ORANGE PARK, FL 32065-5832 | WILLIAM PETERSON<br>2720 GRAYSTONE DRIVE<br>FLOWER MOUND, TX 75028-7588 | WINSTED PRECISION BALL COMPANY<br>159 COLEBROOK RIVER ROAD<br>WINSTED, CT 06098-2203 |
| WISE AVIATION SERVICES<br>301 AIRPORT DRIVE, DECATUR MUNICIPAL AIR<br>DECATUR, TX 76234 | WITHERINGTON PROPERTIES<br>3511 SILVERSIDE RD, SUTIE 105<br>WILMINGTON, DE 19810-4902 | WSK KALISZ<br>UL. CZESTOCHOWSKA 140<br>62-800, KALASZ, POLAND |
| WYANDOTTE INDUSTRIES, INC.<br>4625 13th STREET<br>WYANDOTTE, MI 48192-7089 | Wrico Stamping Co. of Texas<br>650 Industrial Blvd.<br>Grapevine, TX 76051-3998 | YELLOW FREIGHT SYSTEM, INC.<br>PO BOX 5901<br>TOPEKA, KS 66605-0901 |
| Z PACKAGING INC<br>1402 DUNN DR<br>CARROLLTON, TX 75006-6953 | ZEPHYR AIRCRAFT ENGINES<br>39320 AVENUE B, MUNICIPAL AIRPORT<br>ZEPHYRHILLS, FL 33540 | Zanzi, S.p.A.<br>C/O Larry K. Hercules, Esq.<br>1400 Preston Road, Suite 280<br>Plano, Texas 75093-5185 |

```
Stephen A. Roberts                              UST U.S. Trustee
Strasburger & Price, LLP                        1100 Commerce Street
600 Congress Ave., Ste. 1600                    Room 976
Austin, TX 78701-2974                           Dallas, TX 75242-1011
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
COMPTROLLER OF PUBLIC ACCOUNTS       Internal Revenue Service            (d)State Comptroller of Public Accts.
111 E. 17 STREET                     Special Procedures - Insolvency     Revenue Acct. Div - Bankruptcy
AUSTIN, TX 78774-0100                PO Box 21126                        P.O. Box 13528 Capital Station
                                     Philadelphia, PA 19114              Austin, TX 78711
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
TIMSCO                               W.W. GRAINGER
9893 W UNIVERSITY DRIVE, No. 121     100 GRAINGER PARKWAY
MCKINNEY, TX 75071                   LAKE FOREST, IL 60045-5201
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Aviall, Inc.                              (u)Combustion Technologies, Inc.           (u)Dallas County



(u)Dr. Achim Ahrent, as Insolvency Administra (u)Federal Aviation Administration (FAA)  (u)MAHLE Engine Components USA, Inc.



(u)Thielert AG                               (u)Avco Corporation                        (d)City Water International, Ltd.
                                                                                        PO Box 319
                                                                                        Elma, NY 14059-0319


(d)International Business Systems            (u)KING ENGINE BEARINGS LTD                (d)LaBrie Commercial Cleaning
90 Blue Ravine Rd.                           10 HAAVATZ ST                              PO Box 833778
Folsom, CA 95630-4728                        KIRYAT GAT, ISREAL 82101                   Richardson, TX 75083-3778
```

| | | |
|---|---|---|
| (d)National City Commercial Capital Company<br>995 Dalton Ave.<br>Cincinnati, OH 45203-1101 | (d)Suez Energy Resources, NA<br>1990 Post Oak Dr., Suite 1900<br>Houston, TX 77056-3831 | (u)Textron Inc. |
| (u)Various | (d)Web Trends<br>851 SW 6th Ave., No. 600<br>Portland, OR 97204-1343 | (d)ZANZI S.p.A.<br>CORSO VERCELLI, 159<br>10015 IVERA, ITALY |
| (d)Anita F. McMahon<br>1646 Belmont Avenue<br>Baton Rouge, LA 70808-1004 | End of Label Matrix<br>Mailable recipients   481<br>Bypassed recipients    19<br>Total                 500 | |