BTXN 104a (rev. 10/99)

Receipt No.: _____

Initials: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: Superior Air Parts

§
§ Case No.: 08-36705-BJH-11
§
§
§
§
Debtor(s) §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Leib, Michael S.__
   *Last*      *First*      *MI*

2. Firm Name: __Maddin, Hauser, Wartell, Roth & Heller, P.C.__

3. Address: __Third Floor Essex Centre__
   __28400 Northwestern Highway__
   __Southfield, MI  48034-8004__

4. Phone: __248-354-4030__    FAX: __248-359-6174__

5. Name used to sign *all* pleadings: __Michael S. Leib__

6. Retained by: __Ace Grinding & Machine Company__

7. Admitted on __November 14, 1979__ and presently a member in good standing of the bar of the highest court of the state of __Michigan__ and issued the bar license number of __P 30470__.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | U.S. District Court-E.D. MI | November 17, 1979 |
   | U.S. 6th Cir. Court of Appeals | August 19, 1983 |
   | U.S. Supreme Court | May 18, 1992 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

13. Local counsel of record: Joseph A. Friedman

14. Local counsel's address: Kane Russell Coleman & Logan, PC
    1601 Elm Street; Suite 3700, Dallas, TX 75201

Continued.

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankrutpcy Court accompanied with the $25.00 filing fee on _____.

Michael S. Leib
_____          _____
Printed Name of Applicant                                   Date

*[signature]*
_____
Signature of Applicant