BTXN 104a (rev. 10/99)

Receipt No.: _____

Initials: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:  SUPERIOR AIR PARTS, INC.,

§
§  Case No.: 08-36705
§
§
§
Debtor(s)  §

**FILED**
JAN 3 0 2009
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1.  Name: __BURD_____ __WILLIAM_____ __G.__
       *Last*                        *First*              *MI*

2.  Firm Name: __ATKINSON & BROWNELL, P.A.__

3.  Address: __ONE BISCAYNE TOWER__
             __2 SOUTH BISCAYNE BOULEVARD, SUITE 3750__
             __MIAMI, FLORIDA 33131__

4.  Phone: __(305) 376-8840__    FAX: __(305) 376-8841__

5.  Name used to sign *all* pleadings: __WILLIAM G. BURD, ESQ.__

6.  Retained by: __VIRGIN RECORDS OF AMERICA, INC.__

7.  Admitted on __10/30/1980__ and presently a member in good standing of the bar of the highest court of the state of __FLORIDA__ and issued the bar license number of __306800__.

8.  Admitted to practice before the following courts:

    | Court: | Admission Date: |
    |---|---|
    | UNITED STATES SUPREME COURT | 1994 |
    | NORTHERN DISTRICT OF FLORIDA | 1999 |
    | MIDDLE DISTRICT OF FLORIDA | 1986 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*        *Case No. and Style*

    _____              _____

    _____              _____

    _____              _____

13. Local counsel of record: __SUSAN B. HERSH, ESQ._____

14. Local counsel's address: __12770 COIT ROAD, SUITE 950_____
                              _____DALLAS, TEXAS 75251_____

*Continued.*

  I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

  I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

  ☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

  ☒ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankrutpcy Court accompanied with the $25.00 filing fee on 01/27/09_____.

WILLIAM G. BURD, ESQ.
Printed Name of Applicant

01/27/09
Date

*[signature]*
Signature of Applicant