United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242  (214) 767-8967

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Superior Air Parts, Inc. | § | Case No:  08-36705-BJH-11 |
| | § | |
| Debtors-in-Possession | § | Chapter 11 |

### First Amended Appointment of Official Unsecured Creditors' Committee

Pursuant to 11 U.S.C. §1102(a)(1), the following persons are appointed to the First Amended Official Unsecured Creditors' Committee in the above styled and numbered case:

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl  33458
phone: 561-575-1905, x 114
fax:     561-575-0795
email:  ellend@rjnational.com

Werner Wilhelm Albus
or Valeria de Freitas Mesquita
KSPG Automotive Brazil LTDA
Rodovia Arnaldo Julio Mauerbert, n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil
Caixa Postal 91
phone: +55 19-3466 9703
        +55 19 3466 9769
fax:    +55 19 3466 9868
email:  werner.albus@br.kspg.com
email:  valeria.mesquita@br.kspg.com

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI  54221-0967
phone: 920-682-4618
fax:     920-682-9298
email:  phil.eck@eckindustries.com

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002
phone: 860-242-8228
fax:     860-242-3159
email:  gryf@hartfordaircraft.com

Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614
phone: 949-253-3130
fax:     949-353-3141
email:  pkakar@sealscience.com

Stefano Gazzola
Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivrea, Italy
phone: +39 0125 251540
Fax:    +39 0125 615581
email:  stefano.gazzola@zanzi.com

January 30, 2009                              William T. Neary
                                              United States Trustee
                                                    /s/ Mary Frances Durham
                                              Mary Frances Durham, TXB #00790144
                                              United States Department of Justice
                                              Office of the United States Trustee
                                              1100 Commerce Street, Room 976
                                              Dallas, TX 75242 (214) 767-8967, ext. 241
                                              maryfrances.durham@usdoj.gov
                                              214-767-8971 fax number

Certificate of Service

     I hereby certify that I mailed a copy of the above document to persons listed above and the following persons by first class, United States mail, postage pre-paid on January 30, 2009:

Gregory B. Gill, Jr.
128 North Durkee Street,
Appleton, WI  54911

Charles B. Dedmon
Aviation Consulting Group, Inc.
5706 Hagen Court
Dallas, TX  75252

    /s/  Mary Frances Durham
Mary Frances Durham