Vincent Slusher
State Bar No. 00785480
J. Seth Moore
State Bar No. 24027522
Beirne Maynard & Parsons L.L.P.
1700 Pacific Ave., Suite 4400
Dallas, Texas 75201
214.237.4300 Telephone
214.237.4340 Facsimile

**ATTORNEYS FOR THEILERT AIRCRAFT ENGINES GMBH**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re: § <br> § <br> SUPERIOR AIR PARTS, INC., § <br> § <br> DEBTORS. § § | CASE NO.: 08-36705-BJH-11 |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS

Please take notice that Beirne Maynard & Parsons, appearing on behalf of Thielert Aircraft Engines GmbH hereby submits this Notice of Appearance in the above-captioned case and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and §342 of the Bankruptcy Code. **Beirne Maynard & Parsons, L.L.P. hereby authorizes and agrees to accept service via e-mail.** All notices given or required to be given in this case shall be served upon Beirne Maynard & Parsons L.L.P. as follows:

Vincent P. Slusher
J. Seth Moore
Beirne Maynard & Parsons L.L.P.
1700 Pacific Ave., Suite 4400
Dallas, Texas 75201
214.237.4300 (Telephone)
214.237.4340 (Facsimile)
vslusher@bmpllp.com
jmoore@bmpllp.com
bankruptcyemail@bmpllp.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, plan of reorganization or disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or fax or otherwise, filed with regard to the above case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to: (1) Thielert Aircraft Engines GmbH's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or

construed to submit Thielert Aircraft Engines GmbH to the jurisdiction of the Court. The undersigned additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

DATED this 2nd day of February, 2009.

Respectfully submitted,

**BEIRNE MAYNARD & PARSONS L.L.P.**

By: /s/ *J. Seth Moore*
Vincent P. Slusher
State Bar No. 00785480
J. Seth Moore
State Bar No. 24027522
1700 Pacific Ave., Suite 4400
Dallas, Texas 75201
214.237.4300 (Telephone)
214.236.4340 (Facsimile)
**ATTORNEYS THIELERT AIRCRAFT ENGINES GMBH**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served via the Court's ECF notification and/or first class mail, postage prepaid, on this 2nd day of February 2009, upon all persons and entities listed on the attached service list.

/s/ J. Seth Moore
J. Seth Moore

| | | |
|---|---|---|
| Theilert Aircraft Engines<br>Nieritzstr 14 D-01097<br>Dresden Germany | Airsure Limited<br>15301 Spectrum Drive, #500<br>Addison, TX 75001 | Crane Cams<br>530 Fentress Blvd.<br>Daytona, FL 32114 |
| Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29654-0686 | Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601 | Garlock-Metallic Gasket Div.<br>250 Portwall St., Ste. 300<br>Houston, TX 77029 |
| Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX 75050-1222 | Mary Frances Durham<br>Office of the US Trustee<br>1100 Commerce St., Rm. 976<br>Dallas, TX 75242-1496 | Betsy Price, Tax Assessor Collector<br>100 E. Weatherford<br>P.O. Box 961018<br>Fort Worth, TX 76196 |
| Mahle Engine Components<br>60428 Marine Road<br>Atlantic, IA 50022-8291 | ECK Industries, Inc.<br>1602 N. 8th Street<br>Manitowoc, WI 54221-0967 | Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas, TX 75227 |
| Ohio Gasket & Shim<br>976 Evans Ave.<br>Akron, OH 44305 | Hello Precision Products<br>601 N. Skokie Highway<br>Lake Bluff, IL 60044 | AOPA Pilot<br>P.O. Box 973<br>Frederick, MD 21701 |
| Seal Science<br>17131 Daimler<br>Irvine, CA 92614-5508 | David Childs, Ph.D.<br>Dallas County Tax Assessor/Collector<br>500 Elm St., Records Bldg.<br>Dallas, TX 75202 | Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 |
| KS-Pistoes<br>Rodovia Arnald, Julio Mauberg<br>4000 Disrito Industrial No.<br>Nova Odessa SP Brasil CAIZA<br>Postal 91 CEP 13460-000 | Mahle Engine Components<br>14161 Manchester Road<br>Manchester, MO 63011 | Saturn Fasteners, Inc.<br>425 S. Varney St.<br>Burbank, CA 91502 |
| Gerhardt Gear<br>133 East Santa Anita<br>Burbank, CA 91502-1926 | Knappe & Koester, Inc.<br>18 Bradco Street<br>Keen, NH 03431 | Mahle Engine Components<br>17226 Industrial Hwy<br>Caldwell, OH 43724-0779 |
| Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Lynden International<br>1800 International Blvd., #800<br>Seattle, WA 98188 | Ace Grinding & Machine Co.<br>2020 Winner Street<br>Walled Lake, MI 48390 |
| Stephen A. Roberts<br>Strasburger & Price, LLP<br>600 Congress Ave., Ste. 1600<br>Austin, TX 78701 | City of Coppell/Coppell ISD<br>Mary McGuffey, Tax Assessor Collector<br>P.O. Box 9478<br>Coppell, TX 75019 | Combustion Technologies, Inc.<br>1804 Statesville Road<br>Chatham, VA 24531 |
| U.S. Trustee<br>1100 Commerce St., Rm. 976<br>Dallas, TX 75242-1496 | Kent Abercrombie<br>Superior Auto Parts, Inc.<br>21 S. Royal Ln., Ste. 100<br>Coppell, TX 75019-3805 | Ruhrtaler Gesenkschmiede<br>F.W. Eengler GMBH & Co. KG Feld<br>Witten, Germany 58456 |
| Diedre B. Ruckman<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Ste. 3000<br>Dallas, TX 75201 | | |