Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**PROPOSED ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | **Chapter 11** |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | **Case No. 08-36705** |
| | § | |
| **Debtor.** | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the Notice of Auction and Hearing in Respect of Debtor's Motion for the Sale of Substantially All of Superior Air Parts, Inc.'s Assets Pursuant to Sections 105 and 363 of the Bankruptcy Code Free and Clear of Liens, Claims, Encumbrances and Interests and Notice of Bar Date to File Proofs of Claim ("Notice of Auction and Bar Date"), a copy of which is attached hereto, along with copies of the Notice of Chapter 11 Case, Meeting of Creditors and Deadlines and Proof of Claim form and instructions, were served by United States first class mail on the parties on the attached Service List on January 16, 2009.

The undersigned further certifies that a true and correct copy of the Notice of Auction and Bar Date was served by United States bulk rate mail on January

16, 2009, to all registered Aerosport, Continental Motors, Lycoming, Mattituck, Superior, and TCM Motors engine owners, as identified and listed on the website of the Federal Aviation Administration at:

http://www.faa.gov/licenses_certificates/aircraft_certification/aircraft_registry/releasable_aircraft_download/

    Respectfully submitted,

    /s/ *Stephen A. Roberts*
    Stephen A. Roberts (SBN 17019200)
    Robert P. Franke (SBN 07371200)
    Duane J. Brescia (SBN 24025265)
    **STRASBURGER & PRICE, LLP**
    600 Congress, Suite 1600
    Austin, Texas 78701
    Tel. (512) 499-3600
    Fax (512) 499-3643
    stephen.roberts@strasburger.com
    bob.franke@strasburger.com
    duane.brescia@strasburger.com

    **Proposed Bankruptcy Attorneys for the Debtor**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | § | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

**NOTICE OF AUCTION AND HEARING IN RESPECT OF DEBTOR'S MOTION
FOR THE SALE OF SUBSTANTIALLY ALL OF SUPERIOR AIR PARTS, INC.'S ASSETS PURSUANT TO
SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES AND INTERESTS.**

**NOTICE OF BAR DATE TO FILE PROOFS OF CLAIMS**

<u>**YOUR RIGHTS MAY BE AFFECTED**</u>

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on December 31, 2008, Superior Air Parts, Inc. ("Superior" or "Debtor") filed for protection under Chapter 11 of the United States Bankruptcy Code. Superior sells Superior-brand parts for engines created by Teledyne Continental Motors, Inc. and the Lycoming Engines division of Avco Corporation, a subsidiary of Textron Inc. Superior is also an OEM for the 180-horsepower Vantage Engine and owner-built XM-360 engines for various aircraft companies. Superior is a distributor of over 2,000 general parts purchased from other manufacturers which complement its own product line. On January 2, 2009, Superior, as debtor-in-possession, filed a motion (the "Sale Motion") with the United States Bankruptcy Court for the North District of Texas, Dallas Division (the "Court"), requesting entry of an order (the "Sale Order"), pursuant to sections 105 and 363 of title 11 of the United States Code, authorizing the sale (the "Asset Sale") free and clear of all liens, claims, encumbrances and interests of substantially all of its assets ("Superior Assets").

PLEASE TAKE FURTHER NOTICE:

A. Pursuant to an order, dated on or about January 9, 2009 (the "Bid Procedures Order"), the Debtor will conduct an auction (the "Auction") at the offices of Strasburger & Price, LLP, 901 Main Street, Suite 4400, Dallas, Texas 75202-3794 at 9:00 a.m. on February 24, 2009 (Prevailing Central Time), for the sale of the Superior Assets. Parties wishing to participate at the Auction must submit "Qualified Bids" so as to be actually received by February 19, 2009 at 4:00 p.m. (Prevailing Central Time) (the "Bid Deadline"), which bids must be delivered in accordance with the Bid Procedures Order and provide for total consideration to the Debtor of not less than $12,350,000.00 for the purchase of the Superior Assets, subject to inventory adjustments not greater than the Debtor's agreement with Avco Corporation referenced below. The Bid Procedures Order also sets forth, among other things, the specific requirements for a bid to be a Qualified Bid.

B. A hearing (the "Sale Hearing") will be held on February 24, 2009 at 3:15 p.m. (Prevailing Central Time), or as soon thereafter as counsel can be heard, before the Honorable Barbara J. Houser in the United States Bankruptcy Court for the Northern District of Texas, U. S. Courthouse, 1100 Commerce Street, at Dallas, Texas 75242 at which time the Debtor will seek entry of an order approving the Asset Sale in accordance with the Bid Procedures Order.

C. The Debtor has selected Avco Corporation, a subsidiary of Textron Inc. ("Avco") as the stalking horse bidder pursuant to the terms of that certain Asset Purchase Agreement dated as of December 30, 2008 (the "Agreement"), which Agreement provides among other things, for the sale of the Superior Assets by the Superior to Avco free and clear of all liens, claims, encumbrances and interests. Under the terms of the Agreement, Avco will provide aggregate consideration in the amount of $11,500,000 in cash, subject

certain adjustments and the auction process, for the purchase of the Superior Assets.

D. Any entity that wishes to submit a bid for the purchase of the Superior Assets must comply in all respects with the terms and conditions established by the Bid Procedures Order. Copies of the Bid Procedures Order are available by going to http://www.strasburger.com/client/SuperiorAirParts/.

E. Any entity that wishes to submit a bid for Superior Assets is strongly advised to contact Donna Krupa, Paralegal at Strasburger & Price, LLP. Her email address is: donna.krupa@strasburger.com.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Asset Sale must be made in writing, filed with the Court, and served in accordance with the terms and conditions established by the Bid Procedures on or before February 17, 2009.

PLEASE TAKE FURTHER NOTICE that in the absence of any timely objection, the Debtor will submit to the Court a form of order setting forth, among other things, that (i) the notice procedures of the Sale Motion have been satisfied, (ii) no objection to the Sale Motion was timely made or such objection has been resolved, and (iii) the Debtor may proceed with the relief requested in the Sale Motion.

PLEASE TAKE FURTHER NOTICE that the form of order will also provide that to the extent any person or entity has, or claims to have, any lien, claim, encumbrance, or charge of any kind or nature whatsoever or any other interest, whether known or unknown ("Interest") in the Superior Assets (including, but not limited to claims relating to warranty, defect or similar claims), pursuant to the Sale Motion, such Interest will attach to the proceeds derived by the Debtor from the sale of the Superior Assets in order of their priority and with the same validity, force and effect that such Interest now has against the Superior Assets, subject to all rights and defenses the Debtor may have; and further that all entities holding such Interests are forever barred and enjoined from asserting such Interests against Avco, its affiliates, successors or assigns, or the Superior Assets.

PLEASE TAKE FURTHER NOTICE that any entity wishing to receive a copy of the Sale Motion, Bid Procedures Order or Agreement, go to http://www.strasburger.com/client/SuperiorAirParts.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE TO YOU OR THE OPPORTUNITY TO OBJECT.

PLEASE TAKE FURTHER NOTICE that the DEADLINE FOR FILING PROOFS OF CLAIMS is **February 17, 2009**. If you have a claim against Superior you MUST file a proof of claim before the bar date for filing proofs of claims set by the court or your claim will be forever barred. You may obtain an official proof of claim form and filing instructions from the bankruptcy court at http://www.txnb.uscourts.gov/Reference-Library/Forms.

This is the only notice you will receive concerning the subject matter contained herein. Accordingly, you are urged to consult with counsel of your choosing or otherwise respond to this notice as you deem appropriate.

Dated: January 9, 2009

    Stephen A. Roberts
    Strasburger & Price, LLP
    600 Congress, Suite 1600
    Austin, Texas 78701
    Telephone: (512) 499-3624
    Facsimile: (512) 536-5723

| | | |
|---|---|---|
| Pat McNamara<br>A.E.R.O. AVIATION<br>3701 Highway 162<br>Granite City, Illinois 62040-6628 | Ben Sandzer-Bell<br>AAR Corp.<br>1100 North Wood Dale Road<br>Wood Dale, IL 60191-1060 | Peter Wortel<br>AerCap<br>Stationsplein 965<br>Amsterdam,<br>The Netherlands |
| W Montgomery<br>Aerotech Holding<br>1100 South Pipeline Road<br>Euless, TX 76040-6913 | William J. Burke<br>AMETEK, Inc.<br>37 N. Valley Road<br>Paoli, PA 19301-1407 | Jack Norris<br>Arsenal Capital Partners, Inc.<br>320 Park Avenue, 30th Floor<br>New York, NY 10022 |
| Juriy Ivanovich Lupach<br>AVIADVIGATEL Stock Company<br>93 Komsomolski prospect Perm<br>Russian Federationn Federation | Debby Conard<br>Aviall<br>P.O. Box 619048<br>Dallas, TX 75261-9048 | Laura Curato<br>Avio S.p.A.<br>Strada del Drosso, 145<br>Turin, Italy |
| Scott Deakin<br>Barnes Group Inc.<br>123 Main Street<br>Bristol, CT 06010-6307 | Barbara Strasser<br>BRP-ROTAX GMBH & Co. KG<br>Welser Strasse 32<br>Gunskirchen, Austria | Ron Weaver<br>CAMtech Precision Manufacturing, Inc.<br>1400 Westpark Way<br>Euless, TX 76040-6734 |
| Andreas Hien<br>CMP Capital Management-Partners GmbH - Mosse Palais<br>Berlin Germany | Crossflow Aero Corp.<br>P.O. Box 519<br>Collingwood, Ontario Canada | John Watts<br>Curtiss- Wright Corporation<br>4 Becker Farm Road<br>Roseland, NJ 07068 |
| Ty Stoller<br>Danbury AeroSpace, Inc.<br>9503 Middlex<br>San Antonio, TX 78217-5915 | David J Sisson<br>821 Plamondon Rd.<br>Wheaton, Illinois 60189-7301 | Dennis R Webb<br>DeltaHawk Engines, Inc.<br>2903 Golf Avenue<br>Racine, WI 53404-1608 |
| Clinton Kent<br>Dubai Aerospace Enterprise<br>Convention Tower, Sheikh Zayed Rd.<br>Dubai UAE | Kurt B McMaken<br>Eaton Corp.<br>Eaton Center<br>Cleveland, OH 44118 | David Barnes<br>Encore FBO<br>2930 W. Sam Houston Pkwy North<br>Houston, TX 77043 |
| Jdanov Alexandrovich<br>FED Corporation<br>UKR<br>No address | Joy Sideleau<br>First Aviation Services, Inc.<br>15 Riverside Avenue<br>Westport, CT 06880-4214 | Sarah Hedger<br>GE Aviation / Smiths Group<br>One Crowne Point, Suite 470<br>Cincinnati, OH 45241 |
| Ryan L. O'Toole<br>General Aviation Modifications, Inc.<br>2800 Airport Road<br>Ada, Oklahoma 74820 | Larry R. Flynn<br>General Dynamics Aviation Services<br>500 Gulfstream Road<br>Savannah, Georgia 31408-9643 | Nigel Stein<br>GKN Plc<br>London<br>50 Pall Mall<br>UK |
| Goodrich Corp.<br>2730 West Tyvola Road<br>Charlotte, NC 28217 | Craig Bondy<br>GTCR Golder Rauner, LLC.<br>6100 Sears Tower<br>Chicago, Illinois 60606 | Jenny Tsuruda<br>Hancock Park Associates<br>1880 Century Park East Suite 900<br>Los Angeles, CA 90067-1610 |

M Bajuelo
HEICO Corp.
3000 Taft Street
Hollywood, FL 33021

Menelik Solomon
Honda Aero, Inc.
1881 Campus Commons Drive
Reston, VA 20191

Dan Morkert
Honeywell International Inc.
101 Columbia Road
Morristown, NJ 07960-4640

IHI Corporation
1-1, Toyosu 3-chome,
Koto-ku, Tokyo 1358710

Bernd Schottdorf
INKAP Industriekapital GmbH
Mediapark 8 Köln
Deutschland
Germany

Kawasaki Heavy Industries, Ltd.
World Trade Center Bldg., 4-1,
Hamamatsu-cho 2-chome
Tokyo JP 1056190

Vatagin Alexander Ivanovich
Klimov, JSC
11, Kantemirovskaya st.
St. Petersburg Russian Federationn
Federation

Raven Pease
L-3 Communications Holdings, Inc.
600 Third Avenue 34Th Floor
New York, NY 10016- 2001

Liebherr Group
Pfänderstr. 50-52 Lindenberg i.
Allgäu DE

Gerlinde Limbach
Limbach Flugmotoren GmbH & Co.
KG
Kotthausener Str. 5 Königswinter
DE

Roy David
Limco Piedmont Inc.
5304 S. Lawton Ave.
Tulsa OK, 74107 USA

Kruse
M.M.Warburg & CO
Kommanditgesellschaft auf Aktien
Ferdinandstraße 75
Hamburg Deutschland
Germany

Joyce Stuttard
Magellan Aerospace Corporation
3160 Derry Road East
Mississauga Ontario, Canada
 L4T IA9

Colin Flack
Marshall Aerospace Ltd.
The Airport
Cambridge UK

Alfonso de Gaetano
ME Bridge
RAS Al Khaiman
Dubai UAE

Jean Noël
MECACHROME Canada
1501 Avenue McGill College
Montreal, Canada

Francois Badoux
MISTRAL Engines SA
37, ch. Jacques-Philibert de
Sauvage Geneva CH

Semenov Borisovich
Motor Sich JSC
15, 8th of March St. Zaporozhye
Ukraine

Mulivkin Igor Anatolievich
Moscow Machine Building Production Plant
Salut
16 Budionny Av.
 Moscow
 Russian Federationn Federation

Peter Steiger
MTU Aero Engines GmbH
Dachauer Straße 665 München
Deutschland
Germany

Kiru Beltegene
Mubadala Development Company
12th Floor, ADNIC Building
Khalifa Street Abu
Dhabi UAE

Mitch Horn
NORDAM Group Inc
11200 East Pine Street
Tulsa, Oklahoma 74116-1613

Craig Yuen
Northstar Aerospace Inc.
6006 W. 73rd Street Bedford
Park, IL  60638-6106

Igor Judin
NPO Saturn
Russian Federationn Federation

Artuhov Viktorovich
OAO UMPO
Russian Federation

Bernie Coleman
Pacific Allied Products, Ltd.
91-118 Kaomi Loop
Kapolei, Hawaii 96707-1712

Robin J Davenport
Parker Hannifin Corp
6035 Parkland Boulevard
Cleveland, OH  44124-4186

Bradley Morgan
Platform Partners, LLC
600 Travis, Suite 6160
Houston, TX 77002-3024

Robin E. Baird
RAM Aircraft, Limited Partnership
7505 Karl May Drive
Waco, TX  76708-5534

Beatrice Medvedeff
SAFRAN Group / Snecma
Paris
2, bd du general Martial Valin  75015
FRANCE

| | | |
|---|---|---|
| Per Iversen<br>Satair A/S<br>Amager Landevej 147A<br>Kastrup Denmark | John Dowling<br>Sequa Corporation<br>4430 Director Drive<br>San Antonio, TX 78219-3206 | Andrew Farrant<br>Standard Aero<br>500-1780 Wellington Ave.<br>Winnipeg Manitoba Canada R3H 1B3 |
| Roland van Dijk<br>Stork B.V.<br>Amersfoortsestraatweg 7 KA<br>NAARDEN 1412 KA<br>The Netherlands | Doug Kertell<br>Superior Australia | Jason VanWees<br>Teledyne Technologies Inc.<br>1049 Camino Dos Rios<br>Thousand Oaks, CA 91360-2362 |
| John R. Curran<br>Textron Inc.<br>40 Westminster Street<br>Providence, RI 02903 | Hennings Huep Patrick<br>The Carlyle Group<br>57 Berkeley Square<br>London<br>W1J 6ER,<br>Great Britain | C Snyder<br>Triumph Group Inc.<br>1550 Liberty Ridge Drive<br>Wayne, PA 19087 |
| Fedorov Alexey Innokentievich<br>United Aircraft Corporation<br>Ulansky side-street, bld.1, 22<br>Moscow 101000,<br>Russian Federation | Karen Marceau<br>United Technologies Corporation<br>United Technologies Building<br>1 Financial PLZ FL 24<br>HARTFORD CT 06103-2607 | Fredrik Fryklund<br>Volvo Aero Corporation<br>S-46181 Trollhättan Sweden |
| Nathan Dalton<br>Wencor<br>1625 North 1100 West<br>Springville, Utah 84663-3184 | T Conely<br>Williams International<br>2280 E. West Maple Road<br>Walled Lake, MI 48390-3828 | Mark Munger<br>Woodward Governor Company<br>1000 East Drake Road<br>Fort Collins, CO 80525-1824 |
| Julian Sigel<br>ZF Friedrichshafen AG<br>Graf-von-Soden-Platz 1<br>88046 Friedrichshafen Deutschland<br>Germany | | |

Eugene Massamillo, Esq.
Nicholas E. Pantelopoulos, Esq.
KAPLAN, VON OHLEN &
MASSAMILLO, LLC
555 Fifth Avenue, 15th Floor
New York, New York 10017

Donald F. Knutson
KNUTSON AVIATION SERVICES
2118 N. Tyler, Bldg. B, Suite 102
Wichita, KS 67212

Jim Irvin
AIRCRAFT ENGINE
RECONSTRUCTION SPECIALIST, INC.
6501 Wilkinson Drive, Suite 200
Prescott, AZ 86301-6188

Andrew C. Verzilli, M.B.A.
VERZILLI & VERZILLI AND
CONSULTANTS, INC.
411 North Broad Street
Lansdale, PA 19446

Lawrence W. Olesen, Q.C.
BRYAN & COMPANY LLP
2600 Manulife Place
10180-101 Street
Edmonton, Alberta T5J3Y2

KEITH A FINK & ASSOCIATES
S. Keven Steinberg
STEINBERG LAW OFFICES
11500 West Olympic Blvd. Suite 316
Los Angeles, Ca 90064

Paul Leonard
16415 Addison Road, Suite 800
Addison, Texas 75001-3267

Louis Franecke
1115 Irwin Street, Suite 100
San Rafael, California 94901

Fred Fihe
Technical Consultant
P.O. Box 7315
Spanish Fort, AL 36577-731

Michael J. Holland
CONDON & FORSYTH
7 Times Square
18th Floor
New York, NY 10036

Paul Eberly
414 Sunset Drive
Gulf Shores, AL 36542

Carl Johnson
1908 Hay Meadow
Carrollton, TX 75007

Dave Klepacki
ENGINEERING SYSTEMS, INC.
4775 Centennial Blvd., Suite 106
Colorado Springs, CO 80919

Alan Agee, Esq.
GARVIN, AGEE, CARLTON AND
MASHBURN, P.C.
P.O. Box 10
Pauls Valley, OK 73075-0010

Kenneth J. Moran, Esq.
Martin A. Conn, Esq.
MORAN BROWN, PC
4110 East Parham Road
Richmond, Virginia 23228

Dustin A. Turnquist, M.S., P.E.
Senior Consultant
ENGINEERING SYSTEMS INC.
4775 Centennial Blvd., Suite 106
Colorado Springs, CO 80919

Roger W. Stallkamp
3548 Old Oaks Drive
Beavercreek, Ohio 45431-2412

George Edward, III, Ph.D., P.E.
CLARKE ENGINEERING
CONSULTANTS, INC.
46344 Lore Court
Lexington Park, MD 20653

Allen Parmet, M.D., MPH
4320 Wornell, Suite 432
Kansas City, MO 64111

Rudy Mantel
FORENSIC ANIMATIONS
6885 NW 12th Street
Ft. Lauderdale, Florida 33313

Roch J. Shipley, Ph.D.
David K. Hall
PROFESSIONAL ANALYSIS AND
CONSULTING, INC.
43W752 US Route 30, Suite 2F
Sugar Grove, IL 60554

J. Denny Shupe, Esq.
Vincent A. LaMonaca, Esq.
SCHNADER HARRISON SEGAL &
LEWIS, L.L.P.
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286

Scott V. Goodley
BARON & BUDD, P.C.
Director of Maintenance
Department of Aviation
8001 Lemmon Avenue, Suite 145
Dallas, Texas 75209-2696

Bruce R. Marx, Esq.
MARLOW CONNELL VALERIUS
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, Fl. 33146

Carlos Blacklock
1002 Eastern Street
Wichita KS 67207

Barry Schiff
673 Trueno Avenue
Camarillo, CA 93010

Ray Claxton, Ph.D.
MATERIALS ANALYSIS, INC.
10338 Miller Rd.
Dallas, Texas 75238

AIR & SEA RECOVERY, INC.
Fort Pierce National Airport, FL 33441

MCSWAIN ENGINEERING
3320 McLemore Dr.
Pensacola, Florida 32514

Richard L. Taylor
FLIGHT INFORMATION, INC.
5498 Ayrshire Drive
Dublin, Ohio 43017-9428

Dale Alexander
Gary Novak
ENGINEERING SYSTEMS, INC.
3851 Exchange Avenue
Aurora, Illinois 60504

Andrea Findlay
AIG Aviation
1175 Peachtree Street, NE
100 Colony Square, Suite 1000
Atlanta, GA 30361

Chuck Cooper
RADIANT PHOTOGRAPHY & VIDEO
4025 Pioneer Road
Montrose, Colorado 81401

Lee Danforth, Esq./Randy Hicks, Esq.
CODDINGTON, HICKS & DANFORTH
555 Twin Dolphin Drive, Suite 300
Redwood Shores
Redwood City, California 94065-2133

David A. Levin, Esq.
AIG
70 Pine Street
New York, NY 10270

Al Head
WESTERN SKYWAYS, INC.
21 Creative Place
Montrose, Colorado 81401

Douglas Stimpson
Chuck Schueller
ACCIDENT INVESTIGATION &
RECONSTRUCTION, INC.
11740 Airport Way, Hgr. 35D
Broomfield, Colorado 80021

Jack Kendall, Esq.
AIG 1200 Abernathy Road NE
600 Northpark Town Center
Alpharetta, GA 30328

DOWNTOWN AVIATION
2787 N. SECOND STREET
MEMPHIS TN  38671

LOMA AIR
HERENTALSESTEENWEG 10
B-2220 HEIST O/D BERG
BELGIUM

GOLDEN BAY MAINTENANCE
HANGAR 144 COMPASS RD.
JANDAKOT AIRPORT WA  6164

GOLDEN BAY MAINTENANCE
HANGAR 144 COMPASS RD
JANDAKOT AIRPORT WA  6164

BOOMERANG AVIATION
7491 S. AIRPORT ROAD
PEMBROKE PINES  FL  33023

SOUTHAIR LTD
TAIRERI
AIRPORTJ
NEW ZEALAND

SIGNATURE ENGINES
4760 AIRPORT ROAD
CINCINNATI OH  45226

FLYING MACHINES SOUTH
8727 SE 72ND AVE
OCALA FL  33472

JADE AIR PLC
THE OLD STABLES
HOODLANDS FARM LONDON
HANDCROSS WEST SUSSEX ENGLAND RH17 6HB

WHITE HAWK AVIATION INC
12517 BEAVERLY FORD ROAD
BRANDY STATION VA  22714

AERO SWAN
AIRPORT, SWAN HILL
VIC
3585
AUSSIE

AMA NANTUCKET
130 MARY DUNN WAY
HYANNIS MA  02601

CMS INCORPORATED
20666 SW CITRUS BLVD
INDIANTOWN FL  34956

PENN YAN AERO
2499 BATH RD
PENN YAN NY  14527

NORVIC AERO ENGINES
UNITS 4&5 LEVELLERS LANE
EYNESBURY SAINT NEOTS

WESTERN SKYWAYS
21 CREATIVE PLACE
MONTROSE CO  81401

Steve Gann
8166 Autumnwoods
Southhaven, MS  38671

Anglo Normandy/ Guernsey Airport
La Planque Lane
La Villiaze, Forest
Guernsey UK GY8 0D5

Aurigny Air Services
La Planque Lane
La Villiaze, Forest
Guernsey UK GY8 0D5

Carry Air PTY Ltd.
10-12 Chinderah Ray Drive
Chinderah NSW 2467
Australia

Jon S. Lore
23314 Green Holly Road
Lexington Park, MD  20653

Haski Aviation
406 Frank Farone Dr.
New Castle, PA  16101

Air Service Vamdrup
Lufthavnsvej 7A Box 62
Vamdrup, Denmark DK-6580

General Aviation Maintenance
Hangar 1
Essendon Airport
Victoria, Australia

Wittgens Markus
Durbusch 47
Rosrath, Germany D-51503

David Foord Avionics
292 Sir Donald Bradmen Dr.
Brooklyn Park, SA  5032

Patton Airspray
P.O. Box 164
Quirindi, NSW  2343
Australia

MJLG c/o Marine Lumber
Lower Orange St.
Nantucket, MA  02554

Rick Klein
4909 SW 11 Ave.
Cape Coral, FL  33914

Flyer Industria
AERONAUTICA
CX-13 Americana
SP 13.170-970 Brazil

Contract Container Service
Fryatt St.
Dunedin City Centre
Dunedin City, Otago 9016
New Zealand

David Hines
500 Sutter St.
San Francisco, CA  94102

43 Air School
Airport
43 Pruale Box X43
Port Alfred, South Africa 6170

Chuck Harris
217 Bridger
Lakeside, MT  59922

Aero-Atelier
CP 117 1281 Tourdulac
Lac-A-La Tortue, Quebec
Canada GOX ILO

Bob Brown
7165 S.E. 95th Ln.
Ocala, FL  34472

Jerry Meyers Aviation
4713 Meadow Ln.
Bozeman, MT  59715

Dean Marshall
5228 La Taste Ave.
El Paso, TX  79924

ARRC, Ltd.
Goodwood Airfield
Goodwood
Chichester
PO 18 0PH United Kingdom

Aurigny Air Services, Ltd.
States Airport
Planque Lane
Forest, Guernsey GY8 0DT

DS-Air Service
Am Luneort 13
27572 Bremerhaven
Germany

Tiger Helicopter
Shobdon Aerodrome
Leominster Herefordshire
HR6 9NR United Kingdom

Aero Service
Aeroservice Donauwoerth
Flugplatz D-86682
Genderkingen Germany

Vector Aviation
Vector Air Ltd.
The Homestead
Therfield Royston SG8 9RA

Good Wood Road Racing
G-BBRC Ltd Oriel
Cottage Station Road
Chobham Woking GU24 8AX
United Kingdom

Aero-Atelier
1281 Avenue Tour du Lac
C.P. 117 Lac-a-la-Tortue
QU G0X 1L0 Canada

Anglo Normandy
La Planque Lane
Guernsy Airport
Channel Islands
GY8 0DT  United Kingdom

Wilfredo Oquendo
PO Box 28448
Hialeah FL 33002

Ahmad Jahanfar
Clanbrae South
Hanningfield Road
South Hanningfield
Chelmsford CM3 8HX  UK

Cambridge Gliding Club
Gransden Lodge
Longstowe Road Little
Gransden Sandy
Bedfordshire SG19 3EB UK

Woodhaven Aviation
2050 300 West
Hangar #63
Spanish Fork, UT 84660