Michael L. Jones
State Bar No. 10929460
Henry & Jones, L.L.P.
2902 Carlisle St., Suite 150
Dallas, TX 75204-4078
(214) 954-9700 Telephone
(214) 954-9701 Telecopy
mjones@henryandjones.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |

### MOTION OF COMBUSTION TECHNOLOGIES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(9)

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT THE EARLE CABELL BUILDING, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242 BEFORE CLOSE OF BUSINESS ON FEBRUARY 23, 2009, WHICH IS TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Combustion Technologies, Inc. ("Claimant"), hereby moves this Court for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) (the "Motion"). In support of the Motion, claimant states as follows:

## BACKGROUND AND JURISDICTION

1. On December 31, 2008 (the Commencement Date"), Superior Air Parts, Inc. (the "Debtor"), filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4. Venue of the Debtor's case and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

5. Within the 20 days before the Commencement Date, Claimant supplied goods to the Debtor in the ordinary course of business which were received by the Debtor, and for which Claimant has not been paid (the "Administrative Expense Goods"). The value of the Administrative Expense Goods delivered is $23,432 (the "Administrative Expense Claim"). The invoice attached collectively hereto as **Exhibit A** summarizes (1) the goods provided by Claimant, (2) the invoice number underlying the Administrative Expense Claim, the (3) the invoice amount. The bills of lading demonstrating delivery is attached as **Exhibit B**.

## RELIEF REQUESTED

**Allowance of Administrative Expense Claim Under 11 U.S.C. § 503(b)(9)**

6. Section 503(b)(9) of the Bankruptcy Code Provides:

> After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under Section 502(f) of this title, including –
>
> * * * *
>
> The value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in

which the goods have been sold to the debtor in the ordinary course of such debtor's business.

A seller of goods to a debtor need not make a written demand on the debtor in order to assert its right under Section 503(b)(9). See 11 U.S.C. § 546(c).

7. In this case, the Administrative Expense Goods were (1) received the Debtor within 20 days of the Commencement Date and (2) were sold to the Debtor in the ordinary course of the Debtor's business.

8. Thus, Claimant is entitled to an allowed administrative expense against the chapter 11 bankruptcy estate of Debtor in the amount of $23,432.

9. Attached hereto as **Exhibit C** is the proposed order (the "Order") granting the relief requested herein.

WHEREFORE, Claimant respectfully requests that this Court enter the Order and grant such other and further relief as the Court deems appropriate in the circumstances.

/s/ Michael L. Jones
Michael L. Jones
State Bar No. 10929460
**HENRY & JONES, L.L.P.**
2902 Carlisle Street, Suite 150
Dallas, Texas 75204-4078
(214) 954-9700
(214) 954-9701 Telecopy

**ATTORNEYS FOR CREDITOR
COMBUSTION TECHNOLOGIES, INC.**

## CERTIFICATE OF MAILING

I hereby certify that on this 3rd day of February, 2009, a true copy of the Motion Of Combustion Technologies, Inc. For Allowance And Payment Of Administrative Expense Claim Under 11 U.S.C. §503(b)(9) was sent via U.S. Mail, postage prepaid and properly addressed to the following:

Mary Frances Durham
Office of the U.S. Trustee
1100 Commerce Street, Rm. 976
Dallas, Texas 75242-1496

Stephen A. Roberts
Robert P. Franke
Duane J. Brescia
Strasburger & Price, LLP
600 Congress, Suite 1600
Austin, Texas 78701

Howard A. Borg
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit No. 4
Fort Worth, Texas 76102-6882

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

Joseph A. Friedman
Gregory M. Zarin
Kane, Russell, Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201

Michael S. Leib
Madden, Hauser, Wartell, Roth & Heller, P.C.
Third Floor Essex Centre
28400 Northwestern Highway
Southfield, Michigan 48034-8004

/s/ Michael L. Jones
Michael L. Jones

**MOTION OF COMBUSTION TECHNOLOGIES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(9) – Page 4**