From: Combustion Technologies    To: 12149549701    01/12/2009 10:19    #686 P.002/006



**COMBUSTION TECHNOLOGIES, INC**
1804 SLATESVILLE ROAD
CHATHAM, VA 24531
Voice: 434-432-1428
Fax: 434-432-1429
www.combustech.com
ctinfo@combustech.com

# INVOICE

Invoice Number: 5612
Invoice Date: Dec 18, 2008
Page: 1

*Duplicate*

SUPERIOR AIR PARTS, INC
621 SOUTH ROYAL LANE
SUITE 100
COPPELL, TX 75019

SUPERIOR AIR PARTS
621 SOUTH ROYAL LANE
SUITE 100
COPPELL, TX 75019

| 122427 | 105980 | | 1.5% 10, Net 30 Days | |
|---|---|---|---|---|
| CHATHAM | LYNDEN INTERNATIONAL | | 12/18/08 | 1/17/09 |
| 175.00 | FAA-PMA SL 10207 P10 REV T PISTON | 2031-1 | 80.80 | 14,140.00 |
| 115.00 | FAA-PMA SL 10207 STD REV T PISTON | 2031-1 | 80.80 | 9,292.00 |

EXHIBIT A

| Subtotal | 23,432.00 |
|---|---|
| Freight | |
| Total Invoice Amount | 23,432.00 |
| Payment/Credit Applied | |

Check/Credit Memo No:

**Certification of Conformance:**
Combustion Technologies Inc. certifies that all parts identified on this form are in conformance with all material, manufacturing and drawing specifications. All test reports, material certifications and all other data incurred during the manufacture of these parts are kept on file in our main office and will be made available upon request