**STRAIGHT BILL OF LADING - SHORT FORM- ORIGINAL-NOT NEGOTIABLE**

RECEIVED, Subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading

CARRIER: LYNDEN INTERNATIONAL 400 A EDWARDIA DR.
GREENSBORO, NC 27409

On COLLECT ON DELIVERY Shipments the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1 of NMFC

| | SHIPPER'S NO. | |
|---|---|---|
| | DATE | 12/17/2008 |

| CONSIGNEE | STREET ADDRESS | CITY/STATE | ZIP CODE |
|---|---|---|---|
| SUPERIOR AIR PARTS | 621 SOUTH ROYAL LANE SUIT 100 | COPPELL TX | 75019-3805 |
| SHIPPER | STREET ADDRESS | CITY/STATE | ZIP CODE |
| COMBUSTION TECHNOLOGIES, INC | 1804 SLATESVILLE ROAD | CHATHAM, VA | 24531 |
| ROUTE | VEHICLE INITIALS | | P.O. No. 105960 |

| No Packages | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | CLASS |
|---|---|---|---|
| 1 | SKID - INTERNAL AIRCRAFT ENGINE PARTS | 1,085 | 85 |
| | (2 SKIDS - 3 BOXES) | | |

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate hereon, and all other requirements of Consolidated Freight Classification

FREIGHT CHARGES ARE TO BE PAID BY:
SHIPPER
X  CONSIGNEE

The property described below, in apparent order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated above, which said carrier agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, and set forth in the classification of tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER CERTIFICATION | CARRIER CERTIFICATION |
|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of DOT | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle |
| Per: *[signature]* Date: 12/17/2008 | Per: *[signature]* 2 Skids Date: 12/22/08 Package *[signature]* |



EXHIBIT B