IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re | § § § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § § | Chapter 11 |
| Debtor. | § | |

ORDER AUTHORIZING ALLOWANCE AND PAYMENT OF
COMBUSTION TECHNOLOGIES, INC.'S 11 U.S.C. §503(b)(9)
ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the Motion of Combustion Technologies, Inc. for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) (the "Motion"), notice of the Motion having been duly given and deemed proper under the circumstances, and the Court finding good cause to grant the relief granted in the Motion, it is hereby

ORDERED, that the Motion is Granted, and it is further

ORDER that Combustion Technologies, Inc. is granted an allowed administrative expense under 11 U.S.C. § 503(b)(9) in the amount of $23,432 against the chapter 11 bankruptcy estate of Debtor and Debtor is authorized and required to immediately pay such administrative expense.

# # # End of Order # # #

ORDER AUTHORIZING ALLOWANCE AND PAYMENT OF COMBUSTION TECHNOLOGIES, INC.'S
11 U.S.C. §503(b)(9) ADMINISTRATIVE EXPENSE CLAIM – Page 1

EXHIBIT C