David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
R. Adam Swick
State Bar No. 24051794
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**PROPOSED ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| § | |
| SUPERIOR AIR PARTS, INC., § | Jointly Administered |
| et al., § | |
| § | |
| § | |
| DEBTORS-IN POSSESSION. § | CHAPTER 11 |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION TO EMPLOY BAKER & McKENZIE AS GENERAL COUNSEL *NUNC PRO TUNC* TO JANUARY 29, 2009, PURSUANT TO SECTIONS 328(a), 330 and 1103(a) OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**

TO THE HONORABLE BARBARA J. HOUSER,
UNITED STATES BANKRUPTCY JUDGE:

NOW COMES the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), by and through its proposed counsel Baker & McKenzie, and files this its Application (the "<u>Application</u>") to Employ Baker & McKenzie ("<u>B&M</u>") as General Counsel Nunc Pro Tunc to January 29, 2009. Pursuant to Sections 328(a), 330 and 1103(a) of the Bankruptcy Code and

Federal Rule of Bankruptcy Procedure 2014. In support of the Application, the Committee respectfully states:

## I.    JURISDICTION AND VENUE

1.    This Court exercises subject matter jurisdiction over this Application pursuant to 11 U.S.C. § 1103(a) and 28 U.S.C. §§ 157 and 1334. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 1408 and 1409. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.    FACTUAL BACKGROUND

3.    This case was commenced by the filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division on December 31, 2008 (the "Petition Date"). Since the Petition Date, the Debtor has continued to operate their businesses as a debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4.    On or about January 29, 2009, the United States Trustee certified and appointed the Committee in accordance with Section 1102(a)(1) of the Bankruptcy Code. The members of the Committee, as amended, include (1) AVStar Aircraft Accessories, Inc., represented by Ronald J. Weaver , (2) Eck Industries, Inc., represented by Phil Eck, (3) KSPG Automotive Brazil LTDA, represented by Werner Wilhelm Albus and Valeria de Freitas Mesquita, (4) Hartford Aircraft Products represented by Jim Griffin, (5) Seal Science, Inc., represented by Piyush Kakar, and (6) Zanzi, S.P.A., represented by Stefano Gazzola.

5. On or about January 29, 2009, the Committee interviewed and voted to retain B&M as its legal counsel to represent it and advise the Committee on matters arising in the case. The Committee further instructed Ronald J. Weaver ("Weaver") of AVStar Aircraft Accessories, Inc., the Committee's chairman, to seek this Court's authorization of the retention of B&M according to the terms set forth in this Application.

### III.    RELIEF REQUESTED AND BASIS THEREFOR

6. The Committee seeks to employ B&M as its general counsel to advise and represent the Committee in the above-styled Chapter 11 case (the "Chapter 11 Case"). The Committee respectfully requests entry of an order of this Court pursuant to Sections 330 and 1103(a) of the Bankruptcy Code authorizing the Committee to employ and retain B&M as general counsel *nunc pro tunc* to January 29, 2009, for the Committee to perform necessary legal services during this Chapter 11 Case.

**A.    Services to be Rendered by B&M**

7. The Committee has requested that B&M provide, without limitation, the following professional services to the Committee during these Chapter 11 Cases:

(a)    Advise the Committee with respect to its statutory powers and duties;

(b)    Advise the Committee and consult with the Debtor concerning the administration of the Debtor's estate;

(c)    Advise the Committee with respect to assets sales proposed by the Debtor;

(d)    Assist the Committee in its investigation of the acts, conduct, assets, liabilities and financial condition of the Debtor, the operation of the Debtor's business and

the desirability of the continuance of such business and any other matters relevant to the case or to the formulation of a plan(s) of reorganization or liquidation;

(e) Advise the Committee regarding the formulation of a plan of reorganization or liquidation for the Debtor;

(f) Prepare and defend, on the Committee's behalf, any and all necessary and appropriate legal papers;

(g) Represent the Committee in all matters before this Court; and

(h) Perform any and all other and further legal services as may be necessary and appropriate to protect all unsecured creditors.

**B.    Qualifications of B&M to Serve as General Counsel to the Committee**

8. The Committee selected B&M, subject to this Court's approval, because the Committee believes that the services of B&M, and particularly B&M's core team designated for the Chapter 11 Case as set forth below, are required to adequately advise the Committee during the Chapter 11 Case and to enable the Committee to (i) fully and satisfactorily perform its duties under the Bankruptcy Code and (ii) represent the interests of all unsecured creditors.

9. B&M is an international law firm employing in excess of 3000 attorneys in approximately 60 offices in the United States and throughout the world. B&M has extensive experience, expertise and resources in bankruptcy, insolvency and debtors' and creditors' rights, as well as expertise in business litigation, corporate and securities and other business matters and is well-qualified to represent the Committee for the purposes set forth in the Application. B&M has agreed, subject to this Court's approval, to accept employment on behalf of the Committee on the terms and conditions set forth within the Application.

10. For the reasons more fully described in the Declaration of David Parham, Esq. (the "Parham Declaration"), who is a member of B&M, and after reasonable investigation and inquiry, the Committee believes that B&M is well-suited to provide, and has thus far provided, the Committee with thorough and accurate advice and legal services on issues affecting all of the Debtor's unsecured creditors. A copy of the Parham Declaration is attached as "Exhibit A" and incorporated in full by reference herein.

C. **Disclosures by B&M to the Committee and the Court**

11. As described in more detail within the Parham Declaration and upon information provided by B&M, the Committee understands the following: (a) B&M is "disinterested" within the meaning of 11 U.S.C. § 101, except as described both herein and within the Parham Declaration; (b) neither B&M nor its professionals have any connection with the Debtor, the creditors or any party in interest, except as stated both herein and within the Parham Declaration; and (c) B&M neither represents nor holds any interest adverse to the interest represented by the Committee in the matters for which B&M is to be retained, except as described both herein and within the Parham Declaration.

12. More specifically, B&M has advised the Committee of its connections with the Debtor and its creditors as follows:

  (a) B&M is not and was not a creditor, equity security holder or insider of the Debtor;

  (b) B&M is not and was not an investment banker for any outstanding security of the Debtor or involved as lawyers for any party in connection with the issuance of the Debtor's securities;

(c) B&M is not and was not, within three years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor;

(d) B&M is not and was not, within two years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor; and

(e) B&M has no interest adverse to Debtor's estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, their estate or any investment bankers for the issuance of any securities of the Debtor or for any other reason.

13. B&M has conducted a preliminary review of potential contacts with the Debtor, its estate and its creditors. B&M intends to continue to conduct such reviews as the above-styled case progresses and to disclose any contacts subsequently discovered to both the Committee and this Court. In the meantime, B&M has identified that it has had contact with the following creditors or parties in interest of this estate on matters unrelated to the Debtor:

(a) Mahle Engine Components- domestic mergers and acquisitions.

(b) In addition, B&M has represented Textron, Inc., the parent of a bidder for the Debtor's assets, in discreet international tax matters and Bell Helicopter, another Textron subsidiary in international commercial issues.

**D.    Proposed Compensation of B&M**

14.    In accordance with Sections 330 of the Bankruptcy Code, B&M proposes to charge its usual and customary rates for this matter, subject to the terms and provisions of the Bankruptcy Code, the Federal and Local Rules of Bankruptcy Procedure and any order entered by this Court pertaining to the payment of B&M.  In accordance with the Bankruptcy Code and the Federal and Local Rules of Bankruptcy Procedure, B&M will maintain detailed records of the nature of the services B&M renders to the Committee in support of the attorneys' fees and expenses incurred the by Committee.  Baker & McKenzie's current hourly rates in U.S. Dollars are set forth as follows:

| Billing Categories | Range |
|---|---|
| Partners | $425 - 695/per hour |
| Of Counsel | $415 - 470/per hour |
| Associates | $260 - 435/per hour |
| Para-professionals | $140- 225/per hour |

15.    B&M's hourly rates are subject to increase in the ordinary course from time to time during the Chapter 11 Case.

16.    Furthermore, the Committee understands that B&M's hourly rates for professionals and paraprofessionals are not intended to cover out-of-pocket costs and expenses, which are billed separately.  B&M regularly charges its clients outside of bankruptcy for the costs, expenses and disbursements incurred by it in connection with its representations including, among other things, telephone and facsimile charges, document processing, photocopying charges, package delivery charges, travel charges, charges for mailing (including, without

limitation, envelopes and labels), travel expenses, expenses for "working meals," computerized research, transcription costs and staff, secretarial and other overtime.

17. The Committee contemplates that B&M will seek compensation based upon its normal and usual hourly billing rates and will seek reimbursement for costs and expenses incurred in accordance with the Bankruptcy Code, the Federal and Local Rules of Bankruptcy Procedure and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330. The Committee further contemplates that B&M will seek interim compensation and reimbursement of expenses during the case as permitted by Section 331 of the Bankruptcy Code, the Federal and Local Rules of Bankruptcy Procedure and this Court's order.

18. Unless otherwise authorized by this Court, no compensation will be paid to B&M except pursuant to this Court's order following the filing and notice of an application for compensation and reimbursement of expenses made in compliance with the Bankruptcy Code and the Federal and Local Rules of Bankruptcy Procedure.

E.   **Notice of This Application to Employ B&M**

19. Notice of this Application has been given to (i) the United States Trustee; (ii) counsel for the Debtor; (iii) members of the Committee; and (iv) those persons identified on the service list maintained by the Debtor in accordance with Bankruptcy Rule 2002. Such notice constitutes good and sufficient notice of the relief requested in this Application, and the Committee submits that no other or further notice is necessary.

F.      **Previous Applications to Employ B&M in The Bankruptcy Case**

20.     No previous application for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Committee respectfully requests that this Court enter an order approving this Application and authorizing the Committee to employ B&M as general counsel *nunc pro tunc* to January 29, 2009, and grant the Committee any and all other relief to which it may show itself justly entitled.

DATED: February 4, 2009
         Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE**

By: /s/ David W. Parham
    David W. Parham
    State Bar No. 15459500
    Elliot D. Schuler
    State Bar No. 24033046
    R. Adam Swick
    State Bar No. 24051794
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**PROPOSED ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing Application to be served upon the persons or entities identified below and on the attached list via United States mail, first-class postage pre-paid and properly addressed, and through the Court's ECF system on this the 4th day of February 2009.

Stephen Roberts
STRASBURGER & PRICE, LLP
600 Congress Avenue, Suite 1600
Austin,Texas 78701

Mary Frances Durham
Trial Attorney for the Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX  75242

/s/ Elliot D. Schuler
Elliot D. Schuler

| | | |
|---|---|---|
| Pat McNamara<br>A.E.R.O. AVIATION<br>3701 Highway 162<br>Granite City, Illinois 62040-6628 | Ben Sandzer-Bell<br>AAR Corp.<br>1100 North Wood Dale Road<br>Wood Dale, IL 60191-1060 | Peter Wortel<br>AerCap<br>Stationsplein 965<br>Amsterdam,<br>The Netherlands |
| W Montgomery<br>Aerotech Holding<br>1100 South Pipeline Road<br>Euless, TX 76040-6913 | William J. Burke<br>AMETEK, Inc.<br>37 N. Valley Road<br>Paoli, PA 19301-1407 | Jack Norris<br>Arsenal Capital Partners, Inc.<br>320 Park Avenue, 30th Floor<br>New York, NY 10022 |
| Juriy Ivanovich Lupach<br>AVIADVIGATEL Stock Company<br>93 Komsomolski prospect Perm<br>Russian Federationn Federation | Debby Conard<br>Aviall<br>P.O. Box 619048<br>Dallas, TX 75261-9048 | Laura Curato<br>Avio S.p.A.<br>Strada del Drosso, 145<br>Turin, Italy |
| Scott Deakin<br>Barnes Group Inc.<br>123 Main Street<br>Bristol, CT 06010-6307 | Barbara Strasser<br>BRP-ROTAX GMBH & Co. KG<br>Welser Strasse 32<br>Gunskirchen, Austria | Ron Weaver<br>CAMtech Precision Manufacturing, Inc.<br>1400 Westpark Way<br>Euless, TX 76040-6734 |
| Andreas Hien<br>CMP Capital Management-Partners<br>GmbH - Mosse Palais<br>Berlin Germany | Crossflow Aero Corp.<br>P.O. Box 519<br>Collingwood, Ontario Canada | John Watts<br>Curtiss- Wright Corporation<br>4 Becker Farm Road<br>Roseland, NJ 07068 |
| Ty Stoller<br>Danbury AeroSpace, Inc.<br>9503 Middlex<br>San Antonio, TX 78217-5915 | David J Sisson<br>821 Plamondon Rd.<br>Wheaton, Illinois 60189-7301 | Dennis R Webb<br>DeltaHawk Engines, Inc.<br>2903 Golf Avenue<br>Racine, WI 53404-1608 |
| Clinton Kent<br>Dubai Aerospace Enterprise<br>Convention Tower, Sheikh Zayed Rd.<br>Dubai UAE | Kurt B McMaken<br>Eaton Corp.<br>Eaton Center<br>Cleveland, OH 44118 | David Barnes<br>Encore FBO<br>2930 W. Sam Houston Pkwy North<br>Houston, TX 77043 |
| Jdanov Alexandrovich<br>FED Corporation<br>UKR<br>No address | Joy Sideleau<br>First Aviation Services, Inc.<br>15 Riverside Avenue<br>Westport, CT 06880-4214 | Sarah Hedger<br>GE Aviation / Smiths Group<br>One Crowne Point, Suite 470<br>Cincinnati, OH 45241 |
| Ryan L. O'Toole<br>General Aviation Modifications, Inc.<br>2800 Airport Road<br>Ada, Oklahoma 74820 | Larry R. Flynn<br>General Dynamics Aviation Services<br>500 Gulfstream Road<br>Savannah, Georgia 31408-9643 | Nigel Stein<br>GKN Plc<br>London<br>50 Pall Mall<br>UK |
| Goodrich Corp.<br>2730 West Tyvola Road<br>Charlotte, NC 28217 | Craig Bondy<br>GTCR Golder Rauner, LLC.<br>6100 Sears Tower<br>Chicago, Illinois 60606 | Jenny Tsuruda<br>Hancock Park Associates<br>1880 Century Park East Suite 900<br>Los Angeles, CA 90067-1610 |

M Bajuelo
HEICO Corp.
3000 Taft Street
Hollywood, FL 33021

IHI Corporation
1-1, Toyosu 3-chome,
Koto-ku, Tokyo 1358710

Vatagin Alexander Ivanovich
Klimov, JSC
11, Kantemirovskaya st.
St. Petersburg Russian Federationn
Federation

Gerlinde Limbach
Limbach Flugmotoren GmbH & Co. KG
Kotthausener Str. 5 Königswinter
DE

Joyce Stuttard
Magellan Aerospace Corporation
3160 Derry Road East
Mississauga Ontario, Canada
 L4T IA9

Jean Noël
MECACHROME Canada
1501 Avenue McGill College
Montreal, Canada

Mulivkin Igor Anatolievich
Moscow Machine Building Production Plant Salut
16 Budionny Av.
 Moscow
 Russian Federationn Federation

Mitch Horn
NORDAM Group Inc
11200 East Pine Street
Tulsa, Oklahoma 74116-1613

Artuhov Viktorovich
OAO UMPO
Russian Federation

Bradley Morgan
Platform Partners, LLC
600 Travis, Suite 6160
Houston, TX 77002-3024

Menelik Solomon
Honda Aero, Inc.
1881 Campus Commons Drive
Reston, VA 20191

Bernd Schottdorf
INKAP Industriekapital GmbH
Mediapark 8 Köln
Deutschland
Germany

Raven Pease
L-3 Communications Holdings, Inc.
600 Third Avenue 34Th Floor
New York, NY 10016- 2001

Roy David
Limco Piedmont Inc.
5304 S. Lawton Ave.
Tulsa OK, 74107 USA

Colin Flack
Marshall Aerospace Ltd.
The Airport
Cambridge UK

Francois Badoux
MISTRAL Engines SA
37, ch. Jacques-Philibert de
Sauvage Geneva CH

Peter Steiger
MTU Aero Engines GmbH
Dachauer Straße 665 München
Deutschland
Germany

Craig Yuen
Northstar Aerospace Inc.
6006 W. 73rd Street Bedford
Park, IL  60638-6106

Bernie Coleman
Pacific Allied Products, Ltd.
91-118 Kaomi Loop
Kapolei, Hawaii 96707-1712

Robin E. Baird
RAM Aircraft, Limited Partnership
7505 Karl May Drive
Waco, TX  76708-5534

Dan Morkert
Honeywell International Inc.
101 Columbia Road
Morristown, NJ 07960-4640

Kawasaki Heavy Industries, Ltd.
World Trade Center Bldg., 4-1,
Hamamatsu-cho 2-chome
Tokyo JP 1056190

Liebherr Group
Pfänderstr. 50-52 Lindenberg i.
Allgäu DE

Kruse
M.M.Warburg & CO
Kommanditgesellschaft auf Aktien
Ferdinandstraße 75
Hamburg Deutschland
Germany

Alfonso de Gaetano
ME Bridge
RAS Al Khaiman
Dubai UAE

Semenov Borisovich
Motor Sich JSC
15, 8th of March St. Zaporozhye
Ukraine

Kiru Beltegene
Mubadala Development Company
12th Floor, ADNIC Building
Khalifa Street Abu
Dhabi UAE

Igor Judin
NPO Saturn
Russian Federationn Federation

Robin J Davenport
Parker Hannifin Corp
6035 Parkland Boulevard
Cleveland, OH  44124-4186

Beatrice Medvedeff
SAFRAN Group / Snecma
Paris
2, bd du general Martial Valin  75015
FRANCE

Per Iversen
Satair A/S
Amager Landevej 147A
Kastrup Denmark

Roland van Dijk
Stork B.V.
Amersfoortsestraatweg 7 KA
NAARDEN 1412 KA
The Netherlands

John R. Curran
Textron Inc.
40 Westminster Street
Providence, RI  02903

Fedorov Alexey Innokentievich
United Aircraft Corporation
Ulansky side-street, bld.1, 22
Moscow 101000,
Russian Federation

Nathan Dalton
Wencor
1625 North 1100 West
Springville, Utah  84663-3184

Julian Sigel
ZF Friedrichshafen AG
Graf-von-Soden-Platz 1
88046 Friedrichshafen Deutschland
Germany

John Dowling
Sequa Corporation
4430 Director Drive
San Antonio, TX 78219-3206

Doug Kertell
Superior Australia

Hennings Huep Patrick
The Carlyle Group
57 Berkeley Square
London
W1J 6ER,
Great Britain

Karen Marceau
United Technologies Corporation
United Technologies Building
1 Financial PLZ FL 24
HARTFORD CT  06103-2607

T Conely
Williams International
2280 E. West Maple Road
Walled Lake, MI  48390-3828

Andrew Farrant
Standard Aero
500-1780 Wellington Ave.
Winnipeg Manitoba Canada R3H 1B3

Jason VanWees
Teledyne Technologies Inc.
1049 Camino Dos Rios
Thousand Oaks, CA  91360-2362

C Snyder
Triumph Group Inc.
1550 Liberty Ridge Drive
Wayne, PA 19087

Fredrik Fryklund
Volvo Aero Corporation
S-46181 Trollhättan Sweden

Mark Munger
Woodward Governor Company
1000 East Drake Road
Fort Collins, CO  80525-1824

Eugene Massamillo, Esq.
Nicholas E. Pantelopoulos, Esq.
KAPLAN, VON OHLEN &
MASSAMILLO, LLC
555 Fifth Avenue, 15th Floor
New York, New York 10017

Donald F. Knutson
KNUTSON AVIATION SERVICES
2118 N. Tyler, Bldg. B, Suite 102
Wichita, KS 67212

Jim Irvin
AIRCRAFT ENGINE
RECONSTRUCTION SPECIALIST, INC.
6501 Wilkinson Drive, Suite 200
Prescott, AZ 86301-6188

Andrew C. Verzilli, M.B.A.
VERZILLI & VERZILLI AND
CONSULTANTS, INC.
411 North Broad Street
Lansdale, PA 19446

Lawrence W. Olesen, Q.C.
BRYAN & COMPANY LLP
2600 Manulife Place
10180-101 Street
Edmonton, Alberta T5J3Y2

KEITH A FINK & ASSOCIATES
S. Keven Steinberg
STEINBERG LAW OFFICES
11500 West Olympic Blvd. Suite 316
Los Angeles, Ca 90064

Paul Leonard
16415 Addison Road, Suite 800
Addison, Texas 75001-3267

Louis Franecke
1115 Irwin Street, Suite 100
San Rafael, California 94901

Fred Fihe
Technical Consultant
P.O. Box 7315
Spanish Fort, AL 36577-731

Michael J. Holland
CONDON & FORSYTH
7 Times Square
18th Floor
New York, NY 10036

Paul Eberly
414 Sunset Drive
Gulf Shores, AL 36542

Carl Johnson
1908 Hay Meadow
Carrollton, TX 75007

Dave Klepacki
ENGINEERING SYSTEMS, INC.
4775 Centennial Blvd., Suite 106
Colorado Springs, CO 80919

Alan Agee, Esq.
GARVIN, AGEE, CARLTON AND
MASHBURN, P.C.
P.O. Box 10
Pauls Valley, OK 73075-0010

Kenneth J. Moran, Esq.
Martin A. Conn, Esq.
MORAN BROWN, PC
4110 East Parham Road
Richmond, Virginia 23228

Dustin A. Turnquist, M.S., P.E.
Senior Consultant
ENGINEERING SYSTEMS INC.
4775 Centennial Blvd., Suite 106
Colorado Springs, CO 80919

Roger W. Stallkamp
3548 Old Oaks Drive
Beavercreek, Ohio 45431-2412

George Edward, III, Ph.D., P.E.
CLARKE ENGINEERING
CONSULTANTS, INC.
46344 Lore Court
Lexington Park, MD 20653

Allen Parmet, M.D., MPH
4320 Wornell, Suite 432
Kansas City, MO 64111

Rudy Mantel
FORENSIC ANIMATIONS
6885 NW 12th Street
Ft. Lauderdale, Florida 33313

Roch J. Shipley, Ph.D.
David K. Hall
PROFESSIONAL ANALYSIS AND
CONSULTING, INC.
43W752 US Route 30, Suite 2F
Sugar Grove, IL 60554

J. Denny Shupe, Esq.
Vincent A. LaMonaca, Esq.
SCHNADER HARRISON SEGAL &
LEWIS, L.L.P.
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286

Scott V. Goodley
BARON & BUDD, P.C.
Director of Maintenance
Department of Aviation
8001 Lemmon Avenue, Suite 145
Dallas, Texas 75209-2696

Bruce R. Marx, Esq.
MARLOW CONNELL VALERIUS
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, Fl. 33146

Carlos Blacklock
1002 Eastern Street
Wichita KS 67207

Barry Schiff
673 Trueno Avenue
Camarillo, CA 93010

Ray Claxton, Ph.D.
MATERIALS ANALYSIS, INC.
10338 Miller Rd.
Dallas, Texas 75238

AIR & SEA RECOVERY, INC.
Fort Pierce National Airport, FL 33441

MCSWAIN ENGINEERING
3320 McLemore Dr.
Pensacola, Florida 32514

Chuck Cooper
RADIANT PHOTOGRAPHY & VIDEO
4025 Pioneer Road
Montrose, Colorado 81401

Al Head
WESTERN SKYWAYS, INC.
21 Creative Place
Montrose, Colorado 81401

Richard L. Taylor
FLIGHT INFORMATION, INC.
5498 Ayrshire Drive
Dublin, Ohio 43017-9428

Lee Danforth, Esq./Randy Hicks, Esq.
CODDINGTON, HICKS & DANFORTH
555 Twin Dolphin Drive, Suite 300
Redwood Shores
Redwood City, California 94065-2133

Douglas Stimpson
Chuck Schueller
ACCIDENT INVESTIGATION &
RECONSTRUCTION, INC.
11740 Airport Way, Hgr. 35D
Broomfield, Colorado 80021

Dale Alexander
Gary Novak
ENGINEERING SYSTEMS, INC.
3851 Exchange Avenue
Aurora, Illinois 60504

David A. Levin, Esq.
AIG
70 Pine Street
New York, NY 10270

Jack Kendall, Esq.
AIG 1200 Abernathy Road NE
600 Northpark Town Center
Alpharetta, GA 30328

Andrea Findlay
AIG Aviation
1175 Peachtree Street, NE
100 Colony Square, Suite 1000
Atlanta, GA 30361

DOWNTOWN AVIATION
2787 N. SECOND STREET
MEMPHIS TN  38671

LOMA AIR
HERENTALSESTEENWEG 10
B-2220 HEIST O/D BERG
BELGIUM

GOLDEN BAY MAINTENANCE
HANGAR 144 COMPASS RD.
JANDAKOT AIRPORT WA  6164

GOLDEN BAY MAINTENANCE
HANGAR 144 COMPASS RD
JANDAKOT AIRPORT WA  6164

BOOMERANG AVIATION
7491 S. AIRPORT ROAD
PEMBROKE PINES  FL  33023

SOUTHAIR LTD
TAIRERI
AIRPORTJ
NEW ZEALAND

SIGNATURE ENGINES
4760 AIRPORT ROAD
CINCINNATI OH  45226

FLYING MACHINES SOUTH
8727 SE 72ND AVE
OCALA FL  33472

JADE AIR PLC
THE OLD STABLES
HOODLANDS FARM LONDON
HANDCROSS WEST SUSSEX ENGLAND RH17 6HB

WHITE HAWK AVIATION INC
12517 BEAVERLY FORD ROAD
BRANDY STATION VA  22714

AERO SWAN
AIRPORT, SWAN HILL
VIC
3585
AUSSIE

AMA NANTUCKET
130 MARY DUNN WAY
HYANNIS MA  02601

CMS INCORPORATED
20666 SW CITRUS BLVD
INDIANTOWN FL  34956

PENN YAN AERO
2499 BATH RD
PENN YAN NY  14527

NORVIC AERO ENGINES
UNITS 4&5 LEVELLERS LANE
EYNESBURY SAINT NEOTS

WESTERN SKYWAYS
21 CREATIVE PLACE
MONTROSE CO  81401

Steve Gann  
8166 Autumnwoods  
Southhaven, MS  38671

Carry Air PTY Ltd.  
10-12 Chinderah Ray Drive  
Chinderah NSW 2467  
Australia

Air Service Vamdrup  
Lufthavnsvej 7A Box 62  
Vamdrup, Denmark DK-6580

David Foord Avionics  
292 Sir Donald Bradmen Dr.  
Brooklyn Park, SA  5032

Rick Klein  
4909 SW 11 Ave.  
Cape Coral, FL  33914

David Hines  
500 Sutter St.  
San Francisco, CA  94102

Aero-Atelier  
CP 117 1281 Tourdulac  
Lac-A-La Tortue, Quebec  
Canada GOX ILO

Dean Marshall  
5228 La Taste Ave.  
El Paso, TX  79924

ARRC, Ltd.  
Goodwood Airfield  
Goodwood  
Chichester  
PO 18 0PH United Kingdom

Tiger Helicopter  
Shobdon Aerodrome  
Leominster Herefordshire  
HR6 9NR United Kingdom

Anglo Normandy/ Guernsey Airport  
La Planque Lane  
La Villiaze, Forest  
Guernsey UK GY8 0D5

Jon S. Lore  
23314 Green Holly Road  
Lexington Park, MD  20653

General Aviation Maintenance  
Hangar 1  
Essendon Airport  
Victoria, Australia

Patton Airspray  
P.O. Box 164  
Quirindi, NSW  2343  
Australia

Flyer Industria  
AERONAUTICA  
CX-13 Americana  
SP 13.170-970 Brazil

43 Air School  
Airport  
43 Pruale Box X43  
Port Alfred, South Africa 6170

Bob Brown  
7165 S.E. 95th Ln.  
Ocala, FL  34472

Aurigny Air Services, Ltd.  
States Airport  
Planque Lane  
Forest, Guernsey GY8 0DT

Aero Service  
Aeroservice Donauwoerth  
Flugplatz D-86682  
Genderkingen Germany

Aurigny Air Services  
La Planque Lane  
La Villiaze, Forest  
Guernsey UK GY8 0D5

Haski Aviation  
406 Frank Farone Dr.  
New Castle, PA  16101

Wittgens Markus  
Durbusch 47  
Rosrath, Germany D-51503

MJLG c/o Marine Lumber  
Lower Orange St.  
Nantucket, MA  02554

Contract Container Service  
Fryatt St.  
Dunedin City Centre  
Dunedin City, Otago 9016  
New Zealand

Chuck Harris  
217 Bridger  
Lakeside, MT  59922

Jerry Meyers Aviation  
4713 Meadow Ln.  
Bozeman, MT  59715

DS-Air Service  
Am Luneort 13  
27572 Bremerhaven  
Germany

Vector Aviation  
Vector Air Ltd.  
The Homestead  
Therfield Royston SG8 9RA

Good Wood Road Racing
G-BBRC Ltd Oriel
Cottage Station Road
Chobham Woking GU24 8AX
United Kingdom

Aero-Atelier
1281 Avenue Tour du Lac
C.P. 117 Lac-a-la-Tortue
QU G0X 1L0 Canada

Anglo Normandy
La Planque Lane
Guernsy Airport
Channel Islands
GY8 0DT  United Kingdom

Wilfredo Oquendo
PO Box 28448
Hialeah FL 33002

Ahmad Jahanfar
Clanbrae South
Hanningfield Road
South Hanningfield
Chelmsford CM3 8HX  UK

Cambridge Gliding Club
Gransden Lodge
Longstowe Road Little
Gransden Sandy
Bedfordshire SG19 3EB UK

Woodhaven Aviation
2050 300 West
Hangar #63
Spanish Fork, UT 84660