# EXHIBIT A-1

| Name and Address | DESCRIPTION OF CONTRACT OR LEASE |
|---|---|
| **Arkadin, Inc.**<br>620 Tinton Avenue<br>Tinton Falls, NJ 07724 | Arkadin Anytime Audio Teleconferencing Services |
| **Choice Solutions, L.L.C.**<br>Attn: James Steinlage<br>10801 Mastin Blvd., Ste. 900<br>Overland Park, KS 66213 | Engagement Agreement |
| **Choice Solutions, L.L.C.**<br>Attn: James Steinlage<br>10801 Mastin Blvd., Ste. 900<br>Overland Park, KS 66213 | Master Services Agreement.  Debtor is purchaser of professional services. |
| **New Horizons**<br>5151 Belt Line Rd.<br>Dallas, TX 75254 | Order agreement (software training) |
| **Print, Inc.**<br>11265 Kirkland Way, Ste 3000<br>Kirkland, PA 98033 | Cost per copy rental agreement |
| **Thielert Aircraft Engines GmbH**<br>Nieritzstr 14<br>D-10097, Dresden Germany | Aircraft Engines/Parts |
| **Web Trends**<br>851 SW 6th Ave., #600<br>Portland, OR 97204 | Analytics and Marketing Software |
| **Zanzi S.p.A.**<br>Corso Vercelli, 159<br>10015 Ivera, Italy | Provider of aircraft engine parts. |