Case 08-36705-bjh11   Doc 74-3   Filed 02/04/09   Entered 02/04/09 17:10:14   Desc
Exhibit A-3   Page 1 of 1

Exhibit A-3
Customer Purchase Orders

| Cust # | Name | Prd Code | Description | SO # | Order Ref | B/O Qty | B/O Amt |
|---|---|---|---|---|---|---|---|
| 107781 | TAMAR | SA638172 | BUSHING | 1267005 | 002T/09 | 4 | 7.44 |
| 112159 | AIRCRAFT ENGINE SPECIALISTS | SL78531 | HOUSING, OIL PUMP | 1264318 | 114546 | 2 | 138.44 |
| 112159 | AIRCRAFT ENGINE SPECIALISTS | SL78531 | HOUSING, OIL PUMP | 1264598 | 114720 | 2 | 138.44 |
| 112290 | FLYER INDUSTRIA | NAS1149F0563P | WASHER | 1266354 | 3013/08 | 6 | 0.12 |
| 112290 | FLYER INDUSTRIA | SL-STD-2213 | SCREW | 1266354 | 3013/08 | 3 | 22.11 |
| 112290 | FLYER INDUSTRIA | SL12186 | NUT-HEX | 1266354 | 3013/08 | 24 | 41.52 |
| 112290 | FLYER INDUSTRIA | SL13521A | BEARING, ROD | 1266354 | 3013/08 | 8 | 54.16 |
| 112290 | FLYER INDUSTRIA | SL13884A | BEARING, FRONT MAIN | 1266354 | 3013/08 | 6 | 495.12 |
| 112290 | FLYER INDUSTRIA | SL16711A | BEARING | 1266354 | 3013/08 | 12 | 266.88 |
| 112290 | FLYER INDUSTRIA | SL75439-1P | GASKET SET PRODUCTION ENGINE | 1266354 | 3013/08 | 3 | 0.03 |
| 112290 | FLYER INDUSTRIA | SL78027 | BOLT, CONNECTING ROD | 1266354 | 3013/08 | 24 | 368.4 |
| 112809 | JOHN KLATT AIRSHOWS | SL11750 | CONNECTING ROD ASSEMBLY | 1266502 | RB-0725 | 6 | 1683.3 |
| 11488 | AIRCRAFT SPECIALTIES SERVICE | SL78531 | HOUSING, OIL PUMP | 1264108 | 25203 | 3 | 207.66 |
| 11488 | AIRCRAFT SPECIALTIES SERVICE | SL78531 | HOUSING, OIL PUMP | 1264364 | 25256 | 1 | 0 |
| 11488 | AIRCRAFT SPECIALTIES SERVICE | SL78531 | HOUSING, OIL PUMP | 1265964 | 25562 | 1 | 69.22 |
| 11488 | AIRCRAFT SPECIALTIES SERVICE | SL78531 | HOUSING, OIL PUMP | 1266086 | 25578 | 1 | 69.22 |
| 11488 | AIRCRAFT SPECIALTIES SERVICE | SL78531KIT | OIL PUMP KIT | 1264364 | 25256 | 1 | 223.95 |
| 11772 | AVIAN AERONAUTICS, INC. | SL78531 | HOUSING, OIL PUMP | 1264848 | Aug-19 | 2 | 150.2 |
| 12881 | AERODYNE CORPORATION | SL78531 | HOUSING, OIL PUMP | 1264940 | 553 | 1 | 78.91 |
| 26268 | ONE STOP AVIATION | SL78531 | HOUSING, OIL PUMP | 1265309 |  | 1 | 75.1 |
| 45060 | LINDAIR SERVICES | SL78531 | HOUSING, OIL PUMP | 1265159 | 4071 | 1 | 69.22 |
| 45060 | LINDAIR SERVICES | SL78531 | HOUSING, OIL PUMP | 1265509 | 4072 | 1 | 0 |
| 45060 | LINDAIR SERVICES | SL78531 | HOUSING, OIL PUMP | 1266091 | 4073 | 1 | 0 |
| 45060 | LINDAIR SERVICES | SL78531KIT | OIL PUMP KIT | 1265509 | 4072 | 1 | 223.95 |
| 45060 | LINDAIR SERVICES | SL78531KIT | OIL PUMP KIT | 1266091 | 4073 | 1 | 223.95 |
| 51000 | ADAMS AVIATION SUPPLY CO. LTD. | SL78531 | HOUSING, OIL PUMP | 1266156 | E84136 | 1 | 69.22 |
| 55250 | AIRPARTS COMPANY, INC. | SL10077 | SEAT, VALVE, SPRING | 1265791 | 52001-2731 | 8 | 44.8 |
| 55250 | AIRPARTS COMPANY, INC. | SL74309A M03 | BEARING | 1266730 | 53295-2731 | 48 | 899.04 |
| 55250 | AIRPARTS COMPANY, INC. | SL78531 | HOUSING, OIL PUMP | 1264008 | 49601-2731 | 2 | 138.44 |
| 55250 | AIRPARTS COMPANY, INC. | SL78531 | HOUSING, OIL PUMP | 1264719 | 50433-2731 | 1 | 69.22 |
| 55250 | AIRPARTS COMPANY, INC. | SL78531 | HOUSING, OIL PUMP | 1265194 | 51086-2731 | 1 | 69.22 |
| 71025 | WESTERN SKYWAYS, INC. | SL78531 | HOUSING, OIL PUMP | 1266563 | 48921 | 4 | 300.4 |
| 91158 | MATTITUCK AVIATION CORPORATION | SL78531 | HOUSING, OIL PUMP | 1264372 | 68721 | 1 | 78.91 |