UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

IN RE:                              )
                                    )
SUPERIOR AIR PARTS INC.             )   Chapter 11 PROCEEDING
                                    )
                                    )   Case No. 08-36705-BJH11
DEBTOR

*FILED JAN 26 2009*

## REQUEST FOR COPIES OF ALL NOTICES

Please take notice that the undersigned representing **tw telecom inc.** formerly known as Time Warner Telecom Inc., a creditor and party in interest, without consenting to or waiving any rights with respect to jurisdiction, requests copies of all notices and pleadings pursuant to Rules 2002(a), (b) and (f) and 3017(a) of the Federal Rules of Bankruptcy Procedure. All such notices should be addressed as follows:

> Linda Boyle
> tw telecom inc.
> 10475 Park Meadows Drive, #400
> Littleton, CO 80124
> Telephone: 303-566-1284
> Fax: 303-566-1010

Please take further notice that, pursuant to Section 11099(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notice of any application, complaint, demand, hearing, motion petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by postal mail, electronic mail, delivery, telephone, facsimile, telegraph, telex or otherwise filed with regard to the above-referenced case and the proceedings therein.

Respectfully submitted,

_____
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
303-566-1000

Representative for **tw telecom inc.**

Dated: January 22, 2009

## CERTIFICATE OF SERVICE

I certify that on January 22, 2009, a copy of the foregoing Request for Copies of All Notices was sent by First Class Mail, postage prepaid, to each of the following persons.

United States Bankruptcy Court
Northern District of Texas
1100 Commerce Street
Room 1254
Dallas, TX  75242

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Avenue
Suite 1600
Austin, TX  78701

_____
[signature]