SUSAN B. HERSH, P.C.
State Bar No. 09543925
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Telephone:       (972) 503-7070
Telecopy:        (972) 503-7077
ATTORNEY FOR VIRGIN RECORDS
AMERICA, INC., f/u/b/o NATIONAL
UNION FIRE INSURANCE COMPANY

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUPERIOR AIR PARTS, INC | § | CASE NO. 08-36705-BJH-11 |
| | § | |
| DEBTOR | § | |

### NOTICE OF APPEARANCE UNDER FEDERAL BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR NOTICE OF ALL MATTERS

VIRGIN RECORDS AMERICA, INC., f/u/b/o NATIONAL UNION FIRE INSURANCE COMPANY hereby request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon their attorney of record, as follows:

| | |
|---|---|
| Susan B. Hersh | William G. Burd |
| SUSAN B. HERSH, P.C. | Krystina N. Jiron |
| 12770 Coit Road, Suite 1100 | Atkinson & Brownell, PA |
| Dallas, TX  75251 | 2 South Biscayne Blvd., Suite 3750 |
| 972-503-7070 telephone | Miami, FL 33131 |
| 972-503-7077 fax | 305-376-8840 telephone |
| susan@susanbhershpc.com | 305-376-8841 fax |
| | wburd@atkinsonbrownell.com |
| | knjiron@atkinsonbrownell.com |

This request includes but is not limited to all notices, copies and pleadings referred to Title 11, United States Code and the Federal Bankruptcy Rules, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any

other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. This request specifically includes copies of all disclosure statements and reorganization plans.

Respectfully submitted,

SUSAN B. HERSH, P.C.

By: */s/ Susan B. Hersh*____
SUSAN B. HERSH
TBA No. 09543925
12770 Coit Road, Suite 1100
Dallas, TX  75251
(972) 503-7070
(972) 503-7077 (Fax)
ATTORNEY FOR VIRGIN RECORDS AMERICA, INC., f/u/b/o NATIONAL UNION FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing have been forwarded to the following parties by electronic means or by first-class mail on the 5th day of February, 2009.

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Suite 1600
Austin, Texas 78701

U.S. Trustee
1100 Commerce, Room 976
Dallas, TX  75242

*/s/ Susan B. Hersh*____
Susan B. Hersh