# ORIGINAL

William O. Angelley
Texas State Bar No. 24001658
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017
(213) 622-6469
(213) 622-6019 Facsimile
wangelley@kreindler.com



Attorney for Wrongful Death Claimants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | CASE NO. 08-36705-BJH-11 |
| | § | |
| DEBTOR | § | |

**OBJECTION OF WRONGFUL DEATH CLAIMANTS TO DEBTOR'S
SALE MOTION, PROPOSED SALE ORDER, AND PROPOSED ASSET SALE FOR
SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF LIENS**

The below listed wrongful death claimants, by and through undersigned counsel, file this Objection to Debtor's Sale Motion, Proposed Sale Order, and Proposed Asset Sale for Substantially All of Debtor's Assets Free and Clear of Liens.

1. Superior Air Parts, Inc. ("Debtor"), commenced this bankruptcy proceeding on or about December 31, 2008.

2. Debtor was and/or is in the business of designing, manufacturing, marketing and selling new and/or overhauled aircraft engines and aircraft engine component parts.

3. Prior to the commencement of this bankruptcy proceeding, several wrongful death

actions were filed against Debtor asserting negligence and/or products liability claims.[1] Such actions include:

    a.    *Clyda Whitefield, Individually and as Personal Representative of the Estate of Justin Whitefield, deceased, and as Next Friend of Derby Whitefield and Kennedy Whitefield, Minors, and Vickie Lynn Coy, Individually, and Bill Allen Whitefield, Individually,*

           *-and-*

           *Mark Hughes, Amy Hughes and Amber Henson as Next Friend of Brandt Henson, a Minor,*

           *vs.*

           *Superior Air Parts, et al.*

           Case No. CJ-2008-864

           In the District Court of Pontotoc County, State of Oklahoma

    b.    *Chris Reser, as father and Guardian of Logan Scott Reser, a Minor, Taylor Shalom Reser, a Minor, and Chris Reser, as Personal Representative of the Estate of Jennifer Parton, deceased, and on behalf of the Legal Heirs of the Estate of Jennifer Parton,*

           *vs.*

           *Superior Air Parts, et al.*

           Case No. C-2008-812

           In the District Court of Pontotoc County, State of Oklahoma

---

[1] Each of the listed wrongful death actions also include AVCO Corporation, the presumed buyer, as a defendant.

**OBJECTION TO DEBTOR'S SALE MOTION, PROPOSED**
**SALE ORDER AND ASSET SALE**                                                     Page 2

    c.    *Cheryl Kirkwood, Individually and as Guardian Ad Litem of Corey Manning, a Minor, as Successor in Interest and as Personal Representative of the Estate of Ricky Manning, and Taylor Manning, Individually,*

*vs.*

*Superior Air Parts, et al.*

Case No. MC018415

In the Superior Court of the State of California for the County of Los Angeles, Northern District

4.    The above-listed wrongful death claimants have timely filed proofs of claim in this bankruptcy proceeding.

5.    Debtor maintained an insurance policy providing coverage for the above-listed wrongful death claims. *Exhibit A*. The policy provides an aggregate coverage amount of $50,000,000 during the applicable policy period. *Id.*, p. 1 of 35. The deductible for the policy, however, is $350,000 per occurrence, inclusive of fees and expenses. *Id.* In practical terms, this means that before the Debtor's products liability insurer is obligated to pay any attorney's fees, litigations costs, or costs of settlement or judgment, Debtor must first pay $350,000 per case toward such fees, costs and expenses. Once Debtor has paid $350,000 per case of such fees, costs, and expenses, the insurer will step in and pay the remainder.

6.    The above-listed wrongful death claims arise from aircraft crashes that were caused, in whole or in part, by the acts or omissions of Debtor in its capacity as an aircraft engine and aircraft engine part designer, manufacturer and seller. Each of the decedents were survived by spouses, minor children and/or parents. Thus, the damages at issue in each of these cases far exceed $350,000.

7. The above-listed wrongful death claimants will shortly be filing a motion for relief from the automatic stay in order to recover damages from the Debtor's insurance proceeds. The large, self-depleting retainer on Debtor's insurance policy, however, stands as an obstacle to the wrongful death claimants' ability to recover. Although Debtor has sufficient insurance to cover the claims, subsequent to its bankruptcy filing, Debtor can not or will not pay the first $350,000 per occurrence in fees, costs and expenses required before the insurer's obligations begin.

8. Neither the Debtor's Sale Motion or Proposed Sale Order address this issue. Thus, the above-listed wrongful death claimants object to the Sale Motion, the Proposed Sale Order and the Asset Sale.

WHEREFORE, the above-listed wrongful death claimants respectfully request that the Court sustain their objection and modify the Sale Motion, Proposed Sale Order and Asset Sale to include provisions for payment by Debtor and/or any purchaser of the self depleting retainer on Debtor's products liability insurance policy.

DATED: January 30, 2009

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: _____
William O. Angelley
Texas Bar No. 24001658
707 Wilshire Blvd, 41st Floor
Los Angeles, CA 90017
(213) 622-6469
(213) 622-6019 Facsimile

Attorney for Wrongful Death Claimants

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on January 30, 2009, a true and correct copy of the foregoing, with Exhibit A, was forwarded via First Class U.S. Mail to the Debtor, the Debtor's counsel, and the Trustee. All others on the attached service list were served the Objection without Exhibit A via First Class U.S. Mail.

_____
William O. Angelley

Service List

**Debtor:**
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

**Debtor's Counsel:**
Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701

**Office of the U.S. Trustee:**
Mary Frances Durham
Office of the US Trustee
1100 Commerce Street, Rm. 976
Dallas, TX 75242-1496

**Top 20 Unsecureds:**
Mahle Engine Components USA
60428 Marne Road
Atlantic, IA 50022-8291

KS-Pistoes
Rodovia Arnald, Julio Mauerberg
4000 Distrito Industrial
Nova Odessa - SP Brasil
CAIXA Postal 91, CEP 13460-000

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Airsure Limited
15301 Spectrum Drive, #500
Addison, TX 75001

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Crane Cams
530 Fentress Blvd
Daytona Beach, FL 32114

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX 75050-1222

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Lynden International
1800 International Blvd., #800
Seattle, WA 98188

Saturn Fasteners, Inc.
425 S. Varney St.
Burbank, CA 91502

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601

AOPA Pilot
P.O. Box 973
Frederick, MD 21701

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29657-0686

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co., KG
Felderstrasse 1
Witten, Germany 58456

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 03431

**Parties Requesting Notice:**
Deirdre B. Ruckman
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808

Michael L. Jones
Henry & Jones, P.C.
2902 Carlisle St., Suite 150
Dallas, TX 75204

Chester B. Salomon
Stevens & Lee, P.C.
485 Madison Ave., 20th Floor
New York, NY 10022

Gordon J. Toering
Warner Norcross & Judd, L.L.P.
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503

Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201

James T. Jacks
Howard A. Borg
U.S. Attorney's Office
Burnett Plaze, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, TX 76102-6882

Neil J. Orleans
Goins, Underkofler, Crawford
    & Langdon, L.L.P.
1201 Elm Street, Suite 4800
Dallas, TX 75270

**Others:**
Theilert Aircraft Engines
Nieritzstrasse 14 D-01097
Dresden Germany

Garlock-Metallic Gasket Div
250 Portwall St., Ste. 300
Houston, TX 77029

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196

Seal Science
17131 Daimler
Irvine, CA 92614-5508

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

Mahle Engine Components
17226 Industrial Hwy
Caldwell, OH 43724-9779

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
P.O. Box 9478
Coppell, TX 75019

Kent Abercrombie
Superior Auto Parts, Inc.
21 S. Royal Ln., Ste. 100
Coppell, TX 75019-3805

# UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS

## ADDITIONAL EXHIBITS OR ATTACHMENTS SUBMITTED

Additional exhibits or attachments in reference to this document were submitted. Pursuant to our Administrative Procedures for CM/ECF, such documentation is not to be filed with the court except as summarized or excerpted, unless a party is directed to do so. The court will not process or retain more than 5 pages of exhibits or attachments to documents filed with the court. A complete copy of the exhibits or attachments are available upon request from the filer.