| | | |
|---|---|---|
| Theilert Aircraft Engines<br>Nieritzstr 14 D-01097<br>Dresden Germany | Mahle Engine Components<br>60428 Marine Road<br>Atlantic IA 50022-8291 | KS-Pistoes<br>Rodovia Arnald, Julio Mauberg<br>4000 Disrito Industrial No<br>Nova Odessa SP Brasil CAIZA<br>Postal 91 CEP 13460-000 |
| Airsure Limited<br>15301 Spectrum Drive, #500<br>Addison, TX  75001 | ECK Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Mahle Engine Components<br>14161 Manchester Road<br>Manchester, MO 63011 |
| Crane Cams<br>530 Fentress Blvd<br>Daytona Beach, FL  32114 | Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas TX  75227 | Saturn Fasteners Inc.<br>425 S. Varney St.<br>Burbank, CA  91502 |
| Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29654-0686 | Ohio Gasket & Shim<br>976 Evans Ave.<br>Akron, OH 44305 | Gerhardt Gear<br>133 East Santa Anita<br>Burbank CA  91502-1926 |
| Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601 | Helio Precision Products<br>601 North Skokie Highway<br>Lake Bluff, IL  60044 | Knappe & Koester Inc.<br>18 Bradco Street<br>Keen, NH 3431 |
| Garlock-Metallic Gasket Div<br>250 Portwall St., Ste. 300<br>Houston, TX  77029 | AOPA Pilot<br>PO Box 973<br>Frederick, MD  21701 | Mahle Engine Components<br>17226 Industrial HWY<br>Caldwell, OH  43724-9779 |
| Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX  75050-1222 | Seal Science<br>17131 Daimler<br>Irvine, CA  92614-5508 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Deirdre B. Ruckman/AVCO<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Ste. 3000<br>Dallas, TX  75201 | David Childs, Ph.D.<br>Dallas County Tax Assessor/Collector<br>500 Elm Street, Records Building<br>Dallas, TX 75202 | Thielert AG<br>Albert-Einstein-Ring 11<br>D-22761, Hamburg Germany |
| Betsy Price, Tax Assessor Collector<br>100 E. Weatherford<br>PO Box 961018<br>Fort Worth, TX 76196 | Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Ace Grinding & Machine Company<br>2020 Winner Street<br>Walled Lake, MI 48390 |
| Lynden International<br>1800 International Blvd. #800<br>Seattle, WA 98188 | Combustion Technologies, Inc.<br>1804 Slatesville Road<br>Chatham, VA 24531 | Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG,<br>Feld<br>Witten, Germany 58456 |

| | | |
|---|---|---|
| Chester Salomon<br>Stevens & Lee<br>485 Madison Ave., 20th Floor<br>New York, NY 10022 | City of Coppell/Coppell ISD<br>Mary McGuffey, Tax Assessor Collector<br>PO Box 9478<br>Coppell, TX 75019 | Kent Abercrombie<br>Superior Air Parts, Inc.<br>621 S. Royal Lane, Suite 100<br>Coppell, TX 75019-3805 |
| Neil J. Orleans<br>Goins, Underkolfer, et al, LLP<br>1201 Elm Street, Ste. 4800<br>Dallas, TX 75270 | Howard A. Borg<br>Ass't US Atty for FAA<br>Burnett Plaza, Suite 1700<br>801 Cherry Street, Unit 4<br>Fort Worth, Texas 76102-6882 | Laurie A. Spindler<br>Linebarger Goggan et al, LLP<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201 |
| Jeffrey N. Thom, Q.C.<br>Miller Thomson LLP<br>3000, 700 - 9th Avenue SW<br>Calgary, AB  T2P 3V4 | Gordon J. Toering<br>**WARNER NORCROSS & JUDD LLP**<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503 | Anita F. McMahon<br>1646 Belmont Ave.<br>Baton Rouge, LA 70808 |
| Michael L. Jones<br>Henry & Jones, LLP<br>2902 Carlisle Street, Ste. 150<br>Dallas, TX 75204 | LARRY K. HERCULES<br>ATTORNEY AT LAW<br>1400 Preston Road, Suite 280<br>Plano, Texas 75093 | Gregory B. Gill, Jr.<br>Gill & Gill, S.C.<br>128 North Durkee St.<br>Appleton, WI 54911 |
| Laura Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows, Dr. #400<br>Littleton, CO 80124 | LARRY K. HERCULES<br>ATTORNEY AT LAW<br>1400 Preston Road, Suite 280<br>Plano, Texas 75093 | Vincent Slusher/J. Seth Moore<br>Beirne Maynard & Parsons, LLP<br>1700 Pacific Ave., Ste. 4400<br>Dallas, TX 75201<br>Attys for Theilert Aircraft Engines GMBH |
| Mary Frances Durham<br>U.S. Department of Justice<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | Stefano Gazzola<br>Zanzi, S.p.A.<br>Corso Vercelli, 159<br>10015 Ivrea, Italy | Piyush Kakar<br>Seal Science Inc.<br>17131 Daimler<br>Irvine, CA 92614 |
| Jim Griffin<br>Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Phil Eck<br>Eck Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Werner Wilhelm Albus/Valeria de Freitas Mesquita<br>KSPG Automotive Brazil LTDA<br>Rodovia Arnaldo Julio Mauerbert,<br> n. 4000-Distrito Industrial 01<br>Nova Odessa- SP Brasil<br>Caixa Postal 91 |
| Ronald Weaver<br>Avstar<br>1365 Park Lane South<br>Jupiter, Fl 33458 | Linda Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows Dr. #400<br>Littleton, CO 80124 | Susan B. Hersh<br>12770 Coit Rd. Ste. 1100<br>Dallas, TX 75251 |
| William G. Burd/Krystina N. Jiron<br>Atkinson & Brownell, PA<br>2 South Biscayne Blvd., Suite 3750<br>Miami, FL 33131 | | |

| | | |
|---|---|---|
| ACE GRINDING & MACHINE COMPANY<br>2020 WINNER STREET<br>WALLED LAKE, MI 48390 | ADVANCED MACHINING & TOOL, INC<br>1616 NORTH BECKLEY<br>LANCASTER, TX 75134 | AIR POWER INC<br>4900 SOUTH COLLINS<br>ARLINGTON, TX 76018 |
| AIRPARTS COMPANY INC<br>2310 NW 55TH COURT<br>FORT LAUDERDALE, FL 33309 | ALCOA FASTENING SYSTEMS<br>3990 A HERITAGE OAK COURT<br>SIMI VALLEY, CA 93063-6711 | ASSOCIATED SPRING-CORRY<br>226 SOUTH CENTER ST<br>CORRY, PA 16407-1992 |
| ASSOCIATED SPRING-MILWAUKEE<br>434 WEST EDGERTON AVENUE<br>MILWAUKEE, WI 53207 | ASSOCIATED SPRING-SALINE<br>1445 BARNES COURT<br>SALINE, MI 48176 | AUTOMATIC SCREW MACHINE<br>709 2ND AVENUE SE<br>DECATUR, AL 35601 |
| BORING MACHINE CORPORATION<br>7922 RANCHERS ROAD<br>FRIDAY, MN 55432 | BUNTING BEARINGS-KALAMAZOO<br>4252 E. KILGORE RD<br>KALAMAZOO, MI 49002 | COMBUSTION TECHNOLOGIES, INC.<br>1804 SLATESVILLE ROAD<br>CHATHAM, VA 24531 |
| CORLEY GASKET CO<br>6555 HUNNICUT ROAD<br>DALLAS, TX 75227 | CP PISTONS INC<br>1902 MCGAW AVENUE<br>IRVINE, CA 92614 | CRANE CAMS<br>530 FENTRESS BLVD<br>DAYTONA BEACH, FL 32114 |
| CUSTOM TUBE PRODUCTS INC<br>435 A2 AIRPARK ROAD<br>EDGEWATER, FL 32132 | EATON CORPORATION<br>700 LUICKS LANE<br>BELMOND, IA 50421 | ECK INDUSTRIES INC<br>1602 NORTH 8TH STREET<br>MANITOWOC, WI 54221-0967 |
| E-MAG IGNITIONS<br>2014 GREG STREET<br>AZLE, TX 76020 | FLEX-FAB, LLC<br>1699 WEST M-43 HWY<br>HASTINGS, MI 49058 | GARLOCK - METALLIC GASKET DIV<br>250 PORTWALL ST, SUITE 300<br>HOUSTON, TX 77029 |
| GARLOCK SEALING TECHNOLOGIES<br>1666 DIVISION STREET<br>PALMYRA, NY 14522 | GATES RUBBER CO-DEPT-0804<br>1551 WEWATTA STREET<br>DENVER, CO 80202 | GENESEE STAMPING & FABRICATING<br>1470 AVENUE T<br>GRAND PRAIRIE, TX 75050-1222 |
| GERHARDT GEAR<br>133 EAST SANTA ANITA<br>BURBANK, CA 91502-1926 | HARTFORD AIRCRAFT PRODUCTS<br>94 OLD POQUONOCK ROAD<br>BLOOMFIELD, CT 6002 | HELIO PRECISION PRODUCTS<br>601 NORTH SKOKIE HIGHWAY<br>LAKE BLUFF, IL 60044 |
| LIGHT SPEED ENGINEERING, LLC<br>416 E SANTA MARIA, HANGAR 15<br>ASANTA PAULA, CA 93060 | MAHLE ENGINE COMPONENTS USA<br>60428 MARNE ROAD<br>ATLANTIC, IA 50022-8291 | MANITOWOC TOOL & MACHINING LLC<br>4211 CLIPPER DRIVE<br>MANITOWOC, WI 54220 |

TAMAR
VIA GALILEO GALILEI
TRAVERSA III, NO. 4
25010 S. ZENO NAVIGLIO (BS.)
ITALY
ITA

AIRCRAFT ENGINE SPECIALISTS
2350 S AIRPORT BLVD
CHANDLER, AZ 85249

FLYER INDUSTRIA
AERONAUTICA FLYER
CX 13 AMERICANA
SP 13.170-970
BRAZIL
BRA

JOHN KLATT AIRSHOWS
17798 HYDRANGEA LANE
LAKEVILLE, MN 55044

AIRCRAFT SPECIALTIES SERVICE
P O BOX 582553
TULSA, OK 74158

AVIAN AERONAUTICS, INC.
8900 STATE HWY 3 SW  STE 102
BREMERTON NATIONAL AIRPORT
PORT ORCHARD, WA 98367

AERODYNE CORPORATION
5198 W MILITARY HIGHWAY
CHESAPEAKE, VA 23321-1109

ONE STOP AVIATION
1119 S CLEVELAND ST
OCEANSIDE, CA 92054

LINDAIR SERVICES
5180 AIRPORT ROAD SOUTH
INTL AIRPORT,VANCOUVER, B.C.,
CANADA V7B 1B4
CAN

ADAMS AVIATION SUPPLY CO. LTD.
BIGGIN HILL AIRPT, BIGGIN
HILLKENT TN16 3BN
ENGLAND
GBR

AIRPARTS COMPANY, INC.
P.O. BOX 9268
2310 N.W. 55 COURT
FORT LAUDERDALE, FL 33310-9268

WESTERN SKYWAYS, INC.
21 CREATIVE PLACE
MONTROSE, CO 81401

MATTITUCK AVIATION
CORPORATION
P O BOX 1432
MATTITUCK, NY 11952