**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.,** § | |
| et al., § | **Jointly Administered** |
| § | |
| **DEBTORS-IN POSSESSION.** § | **CHAPTER 11** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

Please take notice that Baker & McKenzie LLP enters this appearance on behalf of the the Official Committee of Unsecured Creditors (the "Committee"), pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and hereby requests pursuant to Bankruptcy Rules 2002, 3017 and 9010 that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following at the offices, postal addresses and telephone numbers listed below:

David W. Parham
State Bar Number 15459500
Elliot D. Schuler
State Bar Number 24033046
R. Adam Swick
State Bar No. 24051794
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone:  (214) 978-3000
Facsimile:   (214) 978-3099
E-mail:  david.w.parham@bakernet.com
E-mail:  elliot.d.schuler@bakernet.com
Adam.Swick@bakernet.com

**Page 1**
DALDMS/656576.1

Dated:    February 5, 2009

Respectfully submitted,

By:  /s/ Elliot D. Schuler
David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
R. Adam Swick
State Bar No. 24051794
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**PROPOSED ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing Application to be served upon the persons or entities identified below via United States mail, first-class postage pre-paid and properly addressed, and through the Court's ECF system on this the 5th day of February 2009.

Stephen Roberts
STRASBURGER & PRICE, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701

Mary Frances Durham
Trial Attorney for the Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX  75242

/s/ Elliot D. Schuler
Elliot D. Schuler