| | | |
|---|---|---|
| Theilert Aircraft Engines<br>Nieritzstr 14 D-01097<br>Dresden Germany | Mahle Engine Components<br>60428 Marine Road<br>Atlantic IA 50022-8291 | KS-Pistoes<br>Rodovia Arnald, Julio Mauberg<br>4000 Disrito Industrial No<br>Nova Odessa SP Brasil CAIZA<br>Postal 91 CEP 13460-000 |
| Airsure Limited<br>15301 Spectrum Drive, #500<br>Addison, TX 75001 | ECK Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Mahle Engine Components<br>14161 Manchester Road<br>Manchester, MO 63011 |
| Crane Cams<br>530 Fentress Blvd<br>Daytona Beach, FL 32114 | Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas TX 75227 | Saturn Fasteners Inc.<br>425 S. Varney St.<br>Burbank, CA 91502 |
| Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29654-0686 | Ohio Gasket & Shim<br>976 Evans Ave.<br>Akron, OH 44305 | Gerhardt Gear<br>133 East Santa Anita<br>Burbank CA 91502-1926 |
| Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601 | Helio Precision Products<br>601 North Skokie Highway<br>Lake Bluff, IL 60044 | Knappe & Koester Inc.<br>18 Bradco Street<br>Keen, NH 3431 |
| Garlock-Metallic Gasket Div<br>250 Portwall St., Ste. 300<br>Houston, TX 77029 | AOPA Pilot<br>PO Box 973<br>Frederick, MD 21701 | Mahle Engine Components<br>17226 Industrial HWY<br>Caldwell, OH 43724-9779 |
| Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX 75050-1222 | Seal Science<br>17131 Daimler<br>Irvine, CA 92614-5508 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Deirdre B. Ruckman/AVCO<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Ste. 3000<br>Dallas, TX 75201 | David Childs, Ph.D.<br>Dallas County Tax Assessor/Collector<br>500 Elm Street, Records Building<br>Dallas, TX 75202 | Thielert AG<br>Albert-Einstein-Ring 11<br>D-22761, Hamburg Germany |
| Betsy Price, Tax Assessor Collector<br>100 E. Weatherford<br>PO Box 961018<br>Fort Worth, TX 76196 | Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Ace Grinding & Machine Company<br>2020 Winner Street<br>Walled Lake, MI 48390 |
| Lynden International<br>1800 International Blvd. #800<br>Seattle, WA 98188 | Combustion Technologies, Inc.<br>1804 Slatesville Road<br>Chatham, VA 24531 | Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG,<br>Feld<br>Witten, Germany 58456 |

Chester Salomon
Stevens & Lee
485 Madison Ave., 20th Floor
New York, NY 10022

Neil J. Orleans
Goins, Underkofler, et al, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB   T2P 3V4

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO 80124

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl 33458

William G. Burd/Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
 Miami, FL 33131

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019

Howard A. Borg
Ass't US Atty for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Gordon J. Toering
**WARNER NORCROSS & JUDD LLP**
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

Stefano Gazzola
Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivrea, Italy

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124

Kent Abercrombie
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Laurie A. Spindler
Linebarger Goggan et al, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX 75201
Attys for Theilert Aircraft Engines GMBH

Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614

Werner Wilhelm Albus/Valeria de Freitas Mesquita
KSPG Automotive Brazil LTDA
Rodovia Arnaldo Julio Mauerbert,
 n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil
Caixa Postal 91

Susan B. Hersh
12770 Coit Rd. Ste. 1100
Dallas, TX 75251

| | | |
|---|---|---|
| ACE GRINDING & MACHINE COMPANY<br>2020 WINNER STREET<br>WALLED LAKE, MI 48390 | ADVANCED MACHINING & TOOL, INC<br>1616 NORTH BECKLEY<br>LANCASTER, TX 75134 | AIR POWER INC<br>4900 SOUTH COLLINS<br>ARLINGTON, TX 76018 |
| AIRPARTS COMPANY INC<br>2310 NW 55TH COURT<br>FORT LAUDERDALE, FL 33309 | ALCOA FASTENING SYSTEMS<br>3990 A HERITAGE OAK COURT<br>SIMI VALLEY, CA 93063-6711 | ASSOCIATED SPRING-CORRY<br>226 SOUTH CENTER ST<br>CORRY, PA 16407-1992 |
| ASSOCIATED SPRING-MILWAUKEE<br>434 WEST EDGERTON AVENUE<br>MILWAUKEE, WI 53207 | ASSOCIATED SPRING-SALINE<br>1445 BARNES COURT<br>SALINE, MI 48176 | AUTOMATIC SCREW MACHINE<br>709 2ND AVENUE SE<br>DECATUR, AL 35601 |
| BORING MACHINE CORPORATION<br>7922 RANCHERS ROAD<br>FRIDAY, MN 55432 | BUNTING BEARINGS-KALAMAZOO<br>4252 E. KILGORE RD<br>KALAMAZOO, MI 49002 | COMBUSTION TECHNOLOGIES, INC.<br>1804 SLATESVILLE ROAD<br>CHATHAM, VA 24531 |
| CORLEY GASKET CO<br>6555 HUNNICUT ROAD<br>DALLAS, TX 75227 | CP PISTONS INC<br>1902 MCGAW AVENUE<br>IRVINE, CA 92614 | CRANE CAMS<br>530 FENTRESS BLVD<br>DAYTONA BEACH, FL 32114 |
| CUSTOM TUBE PRODUCTS INC<br>435 A2 AIRPARK ROAD<br>EDGEWATER, FL 32132 | EATON CORPORATION<br>700 LUICKS LANE<br>BELMOND, IA 50421 | ECK INDUSTRIES INC<br>1602 NORTH 8TH STREET<br>MANITOWOC, WI 54221-0967 |
| E-MAG IGNITIONS<br>2014 GREG STREET<br>AZLE, TX 76020 | FLEX-FAB, LLC<br>1699 WEST M-43 HWY<br>HASTINGS, MI 49058 | GARLOCK - METALLIC GASKET DIV<br>250 PORTWALL ST, SUITE 300<br>HOUSTON, TX 77029 |
| GARLOCK SEALING TECHNOLOGIES<br>1666 DIVISION STREET<br>PALMYRA, NY 14522 | GATES RUBBER CO-DEPT-0804<br>1551 WEWATTA STREET<br>DENVER, CO 80202 | GENESEE STAMPING & FABRICATING<br>1470 AVENUE T<br>GRAND PRAIRIE, TX 75050-1222 |
| GERHARDT GEAR<br>133 EAST SANTA ANITA<br>BURBANK, CA 91502-1926 | HARTFORD AIRCRAFT PRODUCTS<br>94 OLD POQUONOCK ROAD<br>BLOOMFIELD, CT 6002 | HELIO PRECISION PRODUCTS<br>601 NORTH SKOKIE HIGHWAY<br>LAKE BLUFF, IL 60044 |
| LIGHT SPEED ENGINEERING, LLC<br>416 E SANTA MARIA, HANGAR 15<br>ASANTA PAULA, CA 93060 | MAHLE ENGINE COMPONENTS USA<br>60428 MARNE ROAD<br>ATLANTIC, IA 50022-8291 | MANITOWOC TOOL & MACHINING LLC<br>4211 CLIPPER DRIVE<br>MANITOWOC, WI 54220 |

TAMAR
VIA GALILEO GALILEI
TRAVERSA III, NO. 4
25010 S. ZENO NAVIGLIO (BS.)
ITALY
ITA

JOHN KLATT AIRSHOWS
17798 HYDRANGEA LANE
LAKEVILLE, MN 55044

AERODYNE CORPORATION
5198 W MILITARY HIGHWAY
CHESAPEAKE, VA 23321-1109

ADAMS AVIATION SUPPLY CO. LTD.
BIGGIN HILL AIRPT, BIGGIN
HILLKENT TN16 3BN
ENGLAND
GBR

MATTITUCK AVIATION
CORPORATION
P O BOX 1432
MATTITUCK, NY 11952

AIRCRAFT ENGINE SPECIALISTS
2350 S AIRPORT BLVD
CHANDLER, AZ 85249

AIRCRAFT SPECIALTIES SERVICE
P O BOX 582553
TULSA, OK 74158

ONE STOP AVIATION
1119 S CLEVELAND ST
OCEANSIDE, CA 92054

AIRPARTS COMPANY, INC.
P.O. BOX 9268
2310 N.W. 55 COURT
FORT LAUDERDALE, FL 33310-9268

FLYER INDUSTRIA
AERONAUTICA FLYER
CX 13 AMERICANA
SP 13.170-970
BRAZIL
BRA

AVIAN AERONAUTICS, INC.
8900 STATE HWY 3 SW  STE 102
BREMERTON NATIONAL AIRPORT
PORT ORCHARD, WA 98367

LINDAIR SERVICES
5180 AIRPORT ROAD SOUTH
INTL AIRPORT,VANCOUVER, B.C.,
CANADA V7B 1B4
CAN

WESTERN SKYWAYS, INC.
21 CREATIVE PLACE
MONTROSE, CO 81401