Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**PROPOSED ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | Case No. 08-36705 |
| **SUPERIOR AIR PARTS, INC.,** | § § | Chapter 11 |
| **Debtor.** | § § § | |

**NOTICE OF HEARING ON DEBTOR'S MOTION
TO REJECT CERTAIN EXECUTORY CONTRACTS (DOCKET #74)**

PLEASE TAKE NOTICE THAT, a hearing will take place **Tuesday, February 24, 2009 at 3:15 p.m.** in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Dallas, TX 75242-1496, before the Honorable Barbara J. Houser to consider the Debtor's Motion To Reject Certain Executory Contracts (Docket #74).

Respectfully submitted,

/s/ *Duane J. Brescia*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Proposed Bankruptcy Attorneys for the Debtor**

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing pleading were forwarded to the parties listed below and on the attached service list via first class U.S. Mail, postage prepaid, on the 9th day of February, 2009.

/s/ *Duane J. Brescia*
Duane J. Brescia

**Arkadin, Inc.**
620 Tinton Avenue
Tinton Falls, NJ 07724

**Choice Solutions, L.L.C.**
Attn: James Steinlage
10801 Mastin Blvd., Ste. 900
Overland Park, KS 66213

**Choice Solutions, L.L.C.**
Attn: James Steinlage
10801 Mastin Blvd., Ste. 900
Overland Park, KS 66213

**New Horizons**
5151 Belt Line Rd.
Dallas, TX 75254

**Print, Inc.**
11265 Kirkland Way, Ste 3000
Kirkland, PA 98033

**Thielert Aircraft Engines GmbH**
Nieritzstr 14
D-10097, Dresden Germany

**Web Trends**
851 SW 6th Ave., #600
Portland, OR 97204

**Zanzi S.p.A.**
Corso Vercelli, 159
10015 Ivera, Italy