| | | |
|---|---|---|
| Theilert Aircraft Engines<br>Nieritzstr 14 D-01097<br>Dresden Germany | Mahle Engine Components<br>60428 Marine Road<br>Atlantic IA 50022-8291 | KS-Pistoes<br>Rodovia Arnald, Julio Mauberg<br>4000 Disrito Industrial No<br>Nova Odessa SP Brasil CAIZA<br>Postal 91 CEP 13460-000 |
| Airsure Limited<br>15301 Spectrum Drive, #500<br>Addison, TX 75001 | ECK Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Mahle Engine Components<br>14161 Manchester Road<br>Manchester, MO 63011 |
| Crane Cams<br>530 Fentress Blvd<br>Daytona Beach, FL 32114 | Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas TX 75227 | Saturn Fasteners Inc.<br>425 S. Varney St.<br>Burbank, CA 91502 |
| Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29654-0686 | Ohio Gasket & Shim<br>976 Evans Ave.<br>Akron, OH 44305 | Gerhardt Gear<br>133 East Santa Anita<br>Burbank CA 91502-1926 |
| Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601 | Helio Precision Products<br>601 North Skokie Highway<br>Lake Bluff, IL 60044 | Knappe & Koester Inc.<br>18 Bradco Street<br>Keen, NH 3431 |
| Garlock-Metallic Gasket Div<br>250 Portwall St., Ste. 300<br>Houston, TX 77029 | AOPA Pilot<br>PO Box 973<br>Frederick, MD 21701 | Mahle Engine Components<br>17226 Industrial HWY<br>Caldwell, OH 43724-9779 |
| Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX 75050-1222 | Seal Science<br>17131 Daimler<br>Irvine, CA 92614-5508 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Deirdre B. Ruckman/AVCO<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Ste. 3000<br>Dallas, TX 75201 | David Childs, Ph.D.<br>Dallas County Tax Assessor/Collector<br>500 Elm Street, Records Building<br>Dallas, TX 75202 | Thielert AG<br>Albert-Einstein-Ring 11<br>D-22761, Hamburg Germany |
| Betsy Price, Tax Assessor Collector<br>100 E. Weatherford<br>PO Box 961018<br>Fort Worth, TX 76196 | Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Ace Grinding & Machine Company<br>2020 Winner Street<br>Walled Lake, MI 48390 |
| Lynden International<br>1800 International Blvd. #800<br>Seattle, WA 98188 | Combustion Technologies, Inc.<br>1804 Slatesville Road<br>Chatham, VA 24531 | Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG,<br>Feld<br>Witten, Germany 58456 |

Chester Salomon
Stevens & Lee
485 Madison Ave., 20th Floor
New York, NY 10022

Neil J. Orleans
Goins, Underkolfer, et al, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB   T2P 3V4

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO 80124

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl 33458

William G. Burd/Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
 Miami, FL 33131

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019

Howard A. Borg
Ass't US Atty for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Gordon J. Toering
**WARNER NORCROSS & JUDD LLP**
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

Stefano Gazzola
Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivrea, Italy

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124

Kent Abercrombie
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Laurie A. Spindler
Linebarger Goggan et al, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX 75201
Attys for Theilert Aircraft Engines GMBH

Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614

Werner Wilhelm Albus/Valeria de Freitas Mesquita
KSPG Automotive Brazil LTDA
Rodovia Arnaldo Julio Mauerbert,
 n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil
Caixa Postal 91

Susan B. Hersh
12770 Coit Rd. Ste. 1100
Dallas, TX 75251

ACE GRINDING & MACHINE COMPANY
2020 WINNER STREET
WALLED LAKE, MI 48390

ADVANCED MACHINING & TOOL, INC
1616 NORTH BECKLEY
LANCASTER, TX 75134

AIR POWER INC
4900 SOUTH COLLINS
ARLINGTON, TX 76018

AIRPARTS COMPANY INC
2310 NW 55TH COURT
FORT LAUDERDALE, FL 33309

ALCOA FASTENING SYSTEMS
3990 A HERITAGE OAK COURT
SIMI VALLEY, CA 93063-6711

ASSOCIATED SPRING-CORRY
226 SOUTH CENTER ST
CORRY, PA 16407-1992

ASSOCIATED SPRING-MILWAUKEE
434 WEST EDGERTON AVENUE
MILWAUKEE, WI 53207

ASSOCIATED SPRING-SALINE
1445 BARNES COURT
SALINE, MI 48176

AUTOMATIC SCREW MACHINE
709 2ND AVENUE SE
DECATUR, AL 35601

BORING MACHINE CORPORATION
7922 RANCHERS ROAD
FRIDAY, MN 55432

BUNTING BEARINGS-KALAMAZOO
4252 E. KILGORE RD
KALAMAZOO, MI 49002

COMBUSTION TECHNOLOGIES, INC.
1804 SLATESVILLE ROAD
CHATHAM, VA 24531

CORLEY GASKET CO
6555 HUNNICUT ROAD
DALLAS, TX 75227

CP PISTONS INC
1902 MCGAW AVENUE
IRVINE, CA 92614

CRANE CAMS
530 FENTRESS BLVD
DAYTONA BEACH, FL 32114

CUSTOM TUBE PRODUCTS INC
435 A2 AIRPARK ROAD
EDGEWATER, FL 32132

EATON CORPORATION
700 LUICKS LANE
BELMOND, IA 50421

ECK INDUSTRIES INC
1602 NORTH 8TH STREET
MANITOWOC, WI 54221-0967

E-MAG IGNITIONS
2014 GREG STREET
AZLE, TX 76020

FLEX-FAB, LLC
1699 WEST M-43 HWY
HASTINGS, MI 49058

GARLOCK - METALLIC GASKET DIV
250 PORTWALL ST, SUITE 300
HOUSTON, TX 77029

GARLOCK SEALING TECHNOLOGIES
1666 DIVISION STREET
PALMYRA, NY 14522

GATES RUBBER CO-DEPT-0804
1551 WEWATTA STREET
DENVER, CO 80202

GENESEE STAMPING & FABRICATING
1470 AVENUE T
GRAND PRAIRIE, TX 75050-1222

GERHARDT GEAR
133 EAST SANTA ANITA
BURBANK, CA 91502-1926

HARTFORD AIRCRAFT PRODUCTS
94 OLD POQUONOCK ROAD
BLOOMFIELD, CT 6002

HELIO PRECISION PRODUCTS
601 NORTH SKOKIE HIGHWAY
LAKE BLUFF, IL 60044

LIGHT SPEED ENGINEERING, LLC
416 E SANTA MARIA, HANGAR 15
ASANTA PAULA, CA 93060

MAHLE ENGINE COMPONENTS USA
60428 MARNE ROAD
ATLANTIC, IA 50022-8291

MANITOWOC TOOL & MACHINING LLC
4211 CLIPPER DRIVE
MANITOWOC, WI 54220

| | | |
|---|---|---|
| TAMAR<br>VIA GALILEO GALILEI<br>TRAVERSA III, NO. 4<br>25010 S. ZENO NAVIGLIO (BS.)<br>ITALY<br>ITA | AIRCRAFT ENGINE SPECIALISTS<br>2350 S AIRPORT BLVD<br>CHANDLER, AZ 85249 | FLYER INDUSTRIA<br>AERONAUTICA FLYER<br>CX 13 AMERICANA<br>SP 13.170-970<br>BRAZIL<br>BRA |
| JOHN KLATT AIRSHOWS<br>17798 HYDRANGEA LANE<br>LAKEVILLE, MN 55044 | AIRCRAFT SPECIALTIES SERVICE<br>P O BOX 582553<br>TULSA, OK 74158 | AVIAN AERONAUTICS, INC.<br>8900 STATE HWY 3 SW  STE 102<br>BREMERTON NATIONAL AIRPORT<br>PORT ORCHARD, WA 98367 |
| AERODYNE CORPORATION<br>5198 W MILITARY HIGHWAY<br>CHESAPEAKE, VA 23321-1109 | ONE STOP AVIATION<br>1119 S CLEVELAND ST<br>OCEANSIDE, CA 92054 | LINDAIR SERVICES<br>5180 AIRPORT ROAD SOUTH<br>INTL AIRPORT,VANCOUVER, B.C.,<br>CANADA V7B 1B4<br>CAN |
| ADAMS AVIATION SUPPLY CO. LTD.<br>BIGGIN HILL AIRPT, BIGGIN<br>HILLKENT TN16 3BN<br>ENGLAND<br>GBR | AIRPARTS COMPANY, INC.<br>P.O. BOX 9268<br>2310 N.W. 55 COURT<br>FORT LAUDERDALE, FL 33310-9268 | WESTERN SKYWAYS, INC.<br>21 CREATIVE PLACE<br>MONTROSE, CO 81401 |
| MATTITUCK AVIATION<br>CORPORATION<br>P O BOX 1432<br>MATTITUCK, NY 11952 | | |