**CT Corporation**

1209 Orange Street  302 777 0220 tel
Wilmington, DE 19801  800 677 3394 toll free
www.ctlegalsolutions.com

February 04, 2009

FILED

FEB 11 2009

TAWA............., CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Northern District: United States Bankruptcy Court - Dallas
Earle Cabell Fed. Bldg.,
1100 Commerce St.,
Dallas, TX 75242

Re: Superior Air Parts, Inc., Debtor vs. Preferred Interest Leasing Ltd

Case No. 08-36705

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Joanne Holmes
Sr. Process Specialist

Log# 514397441

FedEx Tracking# 798083460207

cc: Stephen A. Roberts
    Strasburger & Price, LLP
    600 Congress, Suite 1600,
    Austin, TX 78701

Strasburger & Price, LLP
600 Congress, Suite 1600
Austin, Texas 78701

PRSRT STD
U.S. POSTAGE PAID
PERMIT NO. 1149
AUSTIN, TX

T2 P2
PREFERRED INTEREST LEASING LTD
OR CURRENT RESIDENT
1209 N ORANGE ST
WILMINGTON DE 19801-1120