David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
R. Adam Swick
State Bar No. 24051794
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**PROPOSED ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.,** § | |
| et al., § | **Jointly Administered** |
| § | |
| **DEBTORS-IN POSSESSION.** § | **CHAPTER 11** |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the following creditor's address should be corrected to:

> Eaton Corporation
> Global Trade Credit
> 1111 Superior Avenue
> Cleveland, OH  44114

**Page 1**
DALDMS/657029.1

Dated:    February 13, 2009

Respectfully submitted,

By:    s/ Elliot D. Schuler
David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
R. Adam Swick
State Bar No. 24051794
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**PROPOSED ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified through the Court's ECF system on this the 13th day of February 2009.

/s/ Elliot D. Schuler
Elliot D. Schuler

**Page 2**
DALDMS/657029.1