# EXHIBIT A

| Company Name/Invoice | Description | Location | Acquisition Date |
|---|---|---|---|
| | Tooling SL13521A-TL | Atlantic, IA | 3/5/2002 |
| Glacier Daido/Invoice CA178558 (now Mahle Atlantic) | Tooling - SL16711A-TL | Atlantic, IA | 8/13/2002 |
| Glacier Daido/Invoice CA179501 (now Mahle Atlantic) | Tooling - SL13212A-TL | Atlantic, IA | 8/13/2002 |
| Glacier Daido/Invoice CA179501 (now Mahle Atlantic) | SL74309A Tooling for bearings | Atlantic, IA | 9/19/2002 |
| Glacier Daido/Invoice CA180330 (now Mahle Atlantic) | SL11575A and SL13884A tooling | Atlantic, IA | 12/10/2002 |
| Glacier Daido/Invoice CA182581 (now Mahle Atlantic) | SL10124-TL tooling | Atlantic, IA | 2/10/2003 |
| Glacier Daido/Invoice CA184465 (now Mahle Atlantic) | SL13885A-TL tooling | Atlantic, IA | 3/20/2003 |
| Glacier Daido/Invoice CA185690 (now Mahle Atlantic) | | | |

| Company Name/Invoice | Description | Location | Acquisition Date |
|---|---|---|---|
| Glacier Vandervelt-802417 (now Mahle Caldwell) | SA 633141 Washer | Caldwell, OH | 01/25/99 |