WARNER NORCROSS & JUDD LLP
Gordon J. Toering (*Pro Hac Vice* Pending)
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2185
Fax:  (616) 222-2185
Email:  gtoering@wnj.com

And

Vickie L. Driver
Pronske & Patel, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Phone: 214.658.6500
Fax: 214.658.6509
Email: vdriver@pronskepatel.com

**Attorneys for MAHLE Engine
Components USA, Inc.**

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| | § | **Case No. 08-36705-BJH** |
| **SUPERIOR AIR PARTS, INC.,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

**APPLICATION OF MAHLE ENGINE COMPONENTS USA, INC.
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
<u>EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(9)</u>**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT THE EARLE CABELL BUILDING, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242 BEFORE CLOSE OF BUSINESS ON MARCH 9, 2009, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

MAHLE Engine Components USA, Inc. ("Claimant"), files this *Application for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(9)* (the "Application") and states as follows:

1.     On December 31, 2008, (the "Petition Date") Superior Air Parts, Inc. ("Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.     The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

3.     This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2).

4.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.     Within 20 days before the Petition Date, Claimant supplied goods to Debtor in the ordinary course of business which were received by the Debtor, and for which Claimant has not been paid (the "Goods"). The value of the Goods is $121,416.05. True and correct copies of the invoices are attached hereto as Exhibit A and are incorporated herein by reference.

6.     Accordingly, Claimant is entitled to an allowed administrative expense claim under 11 U.S.C. § 503(b)(9) in the amount of $121,416.05.

WHEREFORE PREMISES CONSIDERED, MAHLE Engine Components USA, Inc. respectfully requests entry of an order allowing the Claimant's administrative expense claim in the amount of $121,416.05, and grant such other and further relief, whether in law or in equity, to which Mahle may be entitled.

Dated:  February 16, 2009

/s/ Gordon J. Toering
Gordon J Toering (*Pro Hac Admission* Pending)
Michael B. O'Neal
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2185
Fax:  (616) 222-2185
Email:  gtoering@wnj.com

And

Vickie L. Driver
Pronske & Patel, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Phone: 214.658.6500
Fax: 214.658.6509
Email: vdriver@pronskepatel.com

Attorneys for MAHLE Engine
Components USA, Inc.