# EXHIBIT A

# MAHLE

SHIPPED FROM:
MAHLE ENGINE COMPONENTS USA, INC.
14161 MANCHESTER ROAD
MANCHESTER MO 63011

IF QUESTIONS CONTACT;
VICKI SPINNER 231/724-1820

# INVOICE

| NO. | 2281936 |
|---|---|
| DATE | 12/16/08 |
| PAGE | 1 |

Please Mail Remittance To:
MAHLE ENGINE COMPONENTS USA, INC.
14699 COLLECTION CENTER DR.
CHICAGO IL 60693

| CUSTOMER NO. | | CUSTOMER NO. | |
|---|---|---|---|
| 27525 | 01349520 | 27525 | |

SOLD TO:
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL, TX
75019-3805

SHIP TO:
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL, TX
75019

| F.O.B. | SHIP DATE | BILL OF LADING | PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS: |
|---|---|---|---|---|---|
| MANCHESTER MO | 12/16/08 | 105533 | 12160801 | 105533 | XXXX-PICK UP | NET 30 DAYS |

| SUPPLIER CODE | OUR ORDER NUMBER |
|---|---|
| 104356 | 105533 |

| ITEM NO. | DESCRIPTION | | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SA470P15 PC: SEC100Y | MATERIAL CERTS REQUIRED DSC: MCL-40TAW | 5.0150  .1550 | 442 407 | 501 | 9.7600 | 4,889.76 |

SHIPPING CONTAINERS:
1/360, 1/141
TOTAL PALLETS        1
TOTAL CARTONS       16    GROSS WEIGHT
LOOSE CARTONS              NET WEIGHT

| | TOTAL | 4,889.76 |
|---|---|---|

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7 and 12 of the Fair Labor Standards Act as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.



# MAHLE

**SHIPPED FROM:**
MAHLE ENGINE COMPONENTS USA, INC.
14161 MANCHESTER ROAD
MANCHESTER
MO 63011

IF QUESTIONS CONTACT:
VICKI SPINNER
231/724-1820

# INVOICE

| NO. 2281937 | | |
|---|---|---|
| DATE | PAGE | |
| 12/16/08 | 1 | |

Please Mail Remittance To:
MAHLE ENGINE COMPONENTS USA, INC.
14699 COLLECTION CENTER DR.
CHICAGO IL 60693

| CUSTOMER NO. | | CUSTOMER NO. | |
|---|---|---|---|
| 27525 | 01349520 | 27525 | |

**SOLD TO:**
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL TX
75019-3805

**SHIP TO:**
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL, TX
75019

TERMS: NET 30 DAYS

| F.O.B. | OUR ORDER NUMBER | SHIP DATE | BILL OF LADING | PURCHASE ORDER NUMBER | BALANCE DUE | SHIPPED VIA |
|---|---|---|---|---|---|---|
| MANCHESTER MO | 105988 | 12/16/08 | 12160801 | 105988 | | XXXX-PICK UP |

| ITEM NO. | SUPPLIER CODE | DESCRIPTION | | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SA5209P05 | 104356 | MATERIAL CERTS REQUIRED | | 751 | 4.1750 | 3,135.43 |
| PC: SEC110P | | REV X | | | | |
| | | DSC: B -10 | 5.2550 .0940 | | | |

SHIPPING CONTAINERS:
1/604, 1/147

TOTAL PALLETS 1   442 GROSS WEIGHT
TOTAL CARTONS 16  407 NET WEIGHT
TOTAL LOOSE CARTONS

**TOTAL** 3,135.43



**MAHLE**
SHIPPED FROM: MAHLE ENGINE COMPONENTS USA, INC.
14161 MANCHESTER ROAD
MANCHESTER MO 63011

01349520

INVOICE

IF QUESTIONS CONTACT:
VICKI SPINNER    231/724-1820

Please Mail Remittance To:
MAHLE ENGINE COMPONENTS USA, INC.
14695 COLLECTION CENTER DR.
CHICAGO IL 60693

NO. 2281938
DATE 12/16/08
PAGE 1

| CUSTOMER NO. | CUSTOMER NO. | | |
|---|---|---|---|
| 27525 | 27525 | | |

SOLD TO:
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL    TX
75019-3805

SHIP TO:
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL,    TX
75019

SHIPPED VIA: XXXXX-PICK UP
TERMS: NET 30 DAYS

| F.O.B. | OUR ORDER NUMBER | SHIP DATE | BILL OF LADING | PURCHASE ORDER NUMBER | BALANCE DUE |
|---|---|---|---|---|---|
| MANCHESTER MO | 105987 | 12/16/08 | 12160801 | 105987 | |

| SUPPLIER CODE | | | | | |
|---|---|---|---|---|---|
| 104356 | | | | | |

| ITEM NO. | DESCRIPTION | | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SA4003P15 | MATERIAL CERTS REQUIRED | | | | |
| PC: SEC108Y | REV AE | | | | |
| | DSC: TKG-18U | 5.0150    .0935 | 890 | 14.0470 | 12,501.83 |
| | 1/640,1/250 | | | | |
| SHIPPING CONTAINERS: | TOTAL PALLETS    1 | | | | |
| | TOTAL CARTONS    16 | GROSS WEIGHT    442 | | | |
| | LOOSE CARTONS | NET WEIGHT    407 | | | |

TOTAL  12,501.83

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6,7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

COPY 1



# MAHLE

**SHIPPED FROM:** MAHLE ENGINE COMPONENTS USA, INC.
14161 MANCHESTER ROAD
MANCHESTER
MO 63011

**INVOICE**

IF QUESTIONS CONTACT:
VICKI SPINNER 231/724-1820

Please Mail Remittance To:
MAHLE ENGINE COMPONENTS USA, INC.
14699 COLLECTION CENTER DR.
CHICAGO IL 60693

| NO. | 2281939 |
|---|---|
| DATE | 12/16/08 |
| PAGE | 1 |

| CUSTOMER NO. | | | CUSTOMER NO. | |
|---|---|---|---|---|
| 27525 | | 01349520 | 27525 | |

**SOLD TO:**
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL        TX
75019-3805

**SHIP TO:**
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL,        TX
75019

| F.O.B. | SHIP DATE | BILL OF LADING | TERMS: |
|---|---|---|---|
| MANCHESTER MO | 12/16/08 | 12160801 | NET 30 DAYS |

| SUPPLIER CODE | OUR ORDER NUMBER | PURCHASE ORDER NUMBER | SHIPPED VIA |
|---|---|---|---|
| 104356 | 106190 | 106190 | XXXX-PICK UP |

| ITEM NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SA5004P05 PC: SEC124P | MATERIAL CERTS REQUIRED DSC: TKG-18U    5.2550   .0935 | | 140 | 11.0840 | 1,551.76 |

SHIPPING CONTAINERS:

1/140

TOTAL PALLETS           1
TOTAL CARTONS          16     GROSS WEIGHT    442
TOTAL LOOSE CARTONS           NET WEIGHT      407

| TOTAL | 1,551.76 |
|---|---|

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6,7 and 12 of the Fair Labor Standards Act as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.



# MAHLE
SHIPPED FROM: MAHLE ENGINE COMPONENTS USA, INC.
14161 MANCHESTER ROAD
MANCHESTER
MO 63011

**INVOICE**

IF QUESTIONS CONTACT:
VICKI SPINNER 231/724-1820

Please Mail Remittance To:
MAHLE ENGINE COMPONENTS USA, INC.
14699 COLLECTION CENTER DR.
CHICAGO IL 60693

| NO. | 2281940 |
|---|---|
| DATE | 12/16/08 |
| PAGE | 1 |

| CUSTOMER NO. | | CUSTOMER NO. | |
|---|---|---|---|
| 27525 | 01349520 | 27525 | |

| SOLD TO | SHIP TO |
|---|---|
| SUPERIOR AIR PARTS, INC.<br>621 SOUTH ROYAL LANE<br>SUITE 100<br>COPPELL, TX<br>75019-3805 | SUPERIOR AIR PARTS, INC.<br>621 SOUTH ROYAL LANE<br>SUITE 100<br>COPPELL, TX<br>75019 |

| F.O.B. | SHIP DATE | BILL OF LADING | SHIPPED VIA | TERMS: |
|---|---|---|---|---|
| MANCHESTER MO | 12/16/08 | 12160801 | XXXX-PICK UP | NET 30 DAYS |

| SUPPLIER CODE | OUR ORDER NUMBER | PURCHASE ORDER NUMBER | BALANCE DUE |
|---|---|---|---|
| 104356 | 105990 | 105990 | |

| ITEM NO. | DESCRIPTION | | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| SL74241A<br>PC: SEC157 | MATERIAL CERTS REQUIRED<br>REV D<br>DSC: RKO-18U | 5.1250 .0935 | 1,863 | 10.1530 | 18,915.04 |

SHIPPING CONTAINERS:
1/44,1/640,1/539,1/640

TOTAL PALLETS 1
TOTAL CARTONS 16 GROSS WEIGHT 442
TOTAL LOOSE CARTONS NET WEIGHT 407

**TOTAL 18,915.04**

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6,7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

COPY 1

# MAHLE

**SHIPPED FROM:** MAHLE ENGINE COMPONENTS USA, INC.
14161 MANCHESTER ROAD
MANCHESTER
MO 63011

## INVOICE

IF QUESTIONS CONTACT:
VICKI SPINNER 231/724-1820

Please Mail Remittance To:
MAHLE ENGINE COMPONENTS USA, INC.
14699 COLLECTION CENTER DR.
CHICAGO IL 60693

| NO. | 2281941 |
|---|---|
| DATE | 12/16/08 |
| PAGE | 1 |

| CUSTOMER NO. | | | CUSTOMER NO. | |
|---|---|---|---|---|
| 27525 | | | 27525 | |

**SOLD TO:**
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL, TX
75019-3805

**SHIP TO:**
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL, TX
75019

01349520

| F.O.B. | OUR ORDER NUMBER | SHIP DATE | BILL OF LADING | PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS: |
|---|---|---|---|---|---|---|
| MANCHESTER MO | 105926 | 12/16/08 | 12160801 | 105926 | XXXX-PICK UP | NET 30 DAYS |

| SUPPLIER CODE | | | | | BALANCE DUE | |
|---|---|---|---|---|---|---|
| 104356 | | | | | | |

| ITEM NO. | DESCRIPTION | | | | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| SL78862P10 PC: SBC139A | MATERIAL CERTS REQUIRED DSC: RKO-18U | | 4.3850 | .0935 | 150 | 17.3380 | 2,600.70 |

SHIPPING CONTAINERS:

1/150

TOTAL PALLETS    1
TOTAL CARTONS   16 GROSS WEIGHT 442
LOOSE CARTONS      NET WEIGHT   407

| | TOTAL | 2,600.70 |
|---|---|---|

We hereby certify that these goods were produced in compliance with applicable requirements of sections 6,7 and 12 of the Fair Labor Standards Act as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

COPY 1

# MAHLE

**SHIPPED FROM:** MAHLE ENGINE COMPONENTS USA, INC.
14161 MANCHESTER ROAD
MANCHESTER
MO 63011

**INVOICE**

IF QUESTIONS CONTACT:
VICKI SPINNER   231/724-1820

Please Mail Remittance To:
MAHLE ENGINE COMPONENTS USA, INC.
14699 COLLECTION CENTER DR.
CHICAGO IL 60693

| NO. | 2281942 |
|---|---|
| DATE | 12/16/08 |
| PAGE | 1 |

| CUSTOMER NO. | | | CUSTOMER NO. | |
|---|---|---|---|---|
| 27525 | | 01349520 | 27525 | |

**SOLD TO:**
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL, TX
75019-3805

**SHIP TO:**
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL, TX
75019

**TERMS:** NET 30 DAYS

| F.O.B. | SHIP DATE | BILL OF LADING | SHIPPED VIA |
|---|---|---|---|
| MANCHESTER MO | 12/16/08 | 12160801 | XXXX-PICK UP |

| SUPPLIER CODE | OUR ORDER NUMBER | PURCHASE ORDER NUMBER | BALANCE DUE |
|---|---|---|---|
| 104356 | 106221 | 106221 | |

| ITEM NO. | DESCRIPTION | | | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SA630678P05 PC: SBC135P | MATERIAL CERTS REQUIRED DSC: B -10   4.4425   .0940 | | | 500 | 6.5340 | 3,267.00 |

SHIPPING CONTAINERS:
1/500

TOTAL PALLETS      1
TOTAL CARTONS     16   GROSS WEIGHT   442
TOTAL LOOSE CARTONS        NET WEIGHT   407

**TOTAL** 3,267.00

COPY 1



# MAHLE

**SHIPPED FROM:** MAHLE ENGINE COMPONENTS USA, INC.
14161 MANCHESTER ROAD
MANCHESTER
MO 63011

01349520

MAHLE ENGINE COMPONENTS USA, INC.
IF QUESTIONS CONTACT:
VICKI SPINNER 231/724-1820

**INVOICE**

**NO.** 2281943
**DATE** 12/16/08
**PAGE** 1

Please Mail Remittance To:
MAHLE ENGINE COMPONENTS USA, INC.
14699 COLLECTION CENTER DR.
CHICAGO IL 60693

| | | |
|---|---|---|
| **CUSTOMER NO.** 27525 | | **CUSTOMER NO.** 27525 |

**SOLD TO:** SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL TX
75019-3805

**SHIP TO:** SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL, TX
75019

**TERMS:** NET 30 DAYS

| F.O.B. | OUR ORDER NUMBER | SHIP DATE | BILL OF LADING | PURCHASE ORDER NUMBER | SHIPPED VIA |
|---|---|---|---|---|---|
| MANCHESTER MO | 105925 | 12/16/08 | 12160801 | 105925 | XXXX-PICK UP |

| SUPPLIER CODE | ITEM NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 104356 | SL73998A<br>PC: SBC126 | MATERIAL CERTS REQUIRED<br>DSC: MCL-40AW    5.1250    .1550 | 707 | 707 | 5.3330 | 3,770.43 |

SHIPPING CONTAINERS:

2/340,1/27

TOTAL PALLETS        1
TOTAL CARTONS       16       GROSS WEIGHT    442
TOTAL LOOSE CARTONS          NET WEIGHT      407

**TOTAL** 3,770.43

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

COPY 1



# MAHLE

SHIPPED FROM: MAHLE ENGINE COMPONENTS USA, INC.
14161 MANCHESTER ROAD
MANCHESTER
MO 63011

**INVOICE**

IF QUESTIONS CONTACT:
VICKI SPINNER 231/724-1820

Please Mail Remittance To:
MAHLE ENGINE COMPONENTS USA, INC.
14699 COLLECTION CENTER DR.
CHICAGO IL 60693

| NO. | 2281960 |
|---|---|
| DATE | 12/17/08 |
| PAGE | 1 |

| CUSTOMER NO. | | | CUSTOMER NO. | |
|---|---|---|---|---|
| 27525 | 01349520 | | 27525 | |

SOLD TO:
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL, TX
75019-3805

SHIP TO:
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL, TX
75019

| F.O.B. | OUR ORDER NUMBER | SHIP DATE | BILL OF LADING | SHIPPED VIA | TERMS: |
|---|---|---|---|---|---|
| MANCHESTER MO | 105926 | 12/17/08 | UPS COLLECT | UPSS-UPS FREIGHT COLLECT | NET 30 DAYS |

| SUPPLIER CODE | PURCHASE ORDER NUMBER |
|---|---|
| 104356 | 105926 |

| ITEM NO. | DESCRIPTION | | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SL78862P10 PC: SEC139A | MATERIAL CERTS REQUIRED DSC: RKO-18U | 4.3850 .0935 | 26 25 | 474 | 17.3380 | 8,218.21 |

SHIPPING CONTAINERS:
1/474
03 46311298

TOTAL PALLETS 1 GROSS WEIGHT
TOTAL CARTONS
LOOSE CARTONS 1 NET WEIGHT

| TOTAL |
|---|
| 8,218.21 |

COPY 1

# MAHLE

**SHIPPED FROM:**
MAHLE ENGINE COMPONENTS USA, INC.
60428 MARNE ROAD
ATLANTIC
IA 50022-8291

**IF QUESTIONS CONTACT:** (*R*)

**INVOICE**

| NO. | 7209505 |
|---|---|
| DATE | 12/17/08 |
| PAGE | 1 |

**Please Mail Remittance To:**
Mahle Engine Components USA
14699 Collections Center Drive
Chicago, IL 60693

| CUSTOMER NO. | 27525 | 01349520 | CUSTOMER NO. | 27525 |
|---|---|---|---|---|

**SOLD TO:**
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL TX
75019-3805

**SHIP TO:**
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL TX
75019-3805

| F.O.B. | OUR ORDER NUMBER | SHIP DATE | BILL OF LADING | PURCHASE ORDER NUMBER | TERMS: | SHIPPED VIA |
|---|---|---|---|---|---|---|
| ATLANTIC, IA | | 12/17/08 | 2285 | | NET 30 DAYS | LIAF-LYNDEN INT. AIRFREIGHT |

| ITEM NO. | SUPPLIER CODE | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | SL11575A<br>PC: SL11575A | ************************<br>P/O: 1056471.4400 .1556 STD.<br>DSC: 2.9375 CUM:<br>S/O NO. 1796 | 1,035 | 778 | 21.1110 | 16,424.36 |
| | SL11575AM03<br>PC: SL11575AM03 | ************************<br>P/O: 1056471.4400 .1571 .003<br>DSC: 2.9375 CUM:<br>S/O NO. 1796 | 1,035 | 257 | 21.1110 | 5,425.53 |

SHIPPING CONTAINERS:

| | | |
|---|---|---|
| TOTAL PALLETS | 1 | GROSS WEIGHT 375 |
| TOTAL CARTONS | 8 | NET WEIGHT 340 |

**TOTAL** 21,849.89

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6, 7 and 12 of the Fair Labor Standards Act as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

ORIGINAL

FEB-13-2009 08:06  Panama Transfer  P.01

| | PANAMA TRANSFER, INC. (PANA) 600 La Salle Avenue PANAMA, IOWA 51562 | OMAHA 322-9158 IA WATS 800-432-9405 HOME OFFICE (712) 489-2020 FAX (712) 489-2413 | | SHIP DATE 12/17/2008 | PRO 3141150 | | FREIGHT BILL PRIMARY |
|---|---|---|---|---|---|---|---|
| CONSIGNEE Town Delivery 2615 No. 11th St. Omaha, NE 68110 | TOWN2615 | FROM PAN INTERLINE SEAL CROWN BEYOND | TO OMA | RATE BASE 260065 | TRAILER NUMBER 1285 | TOTAL A.F. | REVENUE TO SHIP 41.76 41.76 |
| SHIPPER Mahle Engine Components Usa 60429 Marne Rd, W Hwy 83 Ph# 712-243-5060 Atlantic, IA 50022 | MAHL60429 | | | BILL TO Town Delivery 2615 No. 11th St. Omaha, NE 68110 | | | CONSIGNEE |
| TARIFF INFORMATION 1TMY2008MZ2008 | BILLER JMF | DEL RTE | PPD AMOUNT | RECEIPT NUMBER | CHRG - COLL TOWN2615 | PRO DT 1217 | PAGE 1 of 1 |

| PIECES | HM | DESCRIPTION OF COMMODITIES | WEIGHT-LBS | RATE | CLASS | CHARGES |
|---|---|---|---|---|---|---|
| 1 | | Superior Air Parts, INC, 621 South Royal Lane Suite 100, Coppell, TX 75019-3805 Plt 35 Ctns Engine Bearings Minimum Charge Fuel Surcharge Shipper...... (712)243-5060 Consignee.... (402)342-0486 | 375 | | | 38.00 3.76 |
| 1 | | TOTALS, Pro 3141150 | 375 | COLLECT | | 41.76 |

Signature: Severson

Handwritten:
Att Mary Anne
1-712-243-1553



# PACKING SLIP

**NO.** 7209505
**DATE** 12/17/08
**PAGE** 1

**SHIPPED FROM:**
MAHLE ENGINE COMPONENTS USA, INC.
60428 MARINE ROAD
ATLANTIC
IA 50022-8291

IF QUESTIONS CONTACT:

Please Mail Remittance To:
Mahle Engine Components USA
14699 Collections Center Drive
Chicago, IL 60693

**SOLD TO**
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL  TX
75019-3805

**SHIP TO**
SUPERIOR AIR PARTS, INC.
621 SOUTH ROYAL LANE
SUITE 100
COPPELL  TX
75019-3805

| CUSTOMER NO. | OUR ORDER NUMBER | SHIP DATE | BILL OF LADING | PURCHASE ORDER NUMBER | SHIPPED VIA | TERMS |
|---|---|---|---|---|---|---|
| 27525 | 01349520 | 12/17/08 | | 2285 | LTAF-LYNDEN INT. AIRFREIGHT | |

**CUSTOMER NO.** 27525

**F.O.B.** ATLANTIC, IA

| SUPPLIER CODE | CONTAINER | ITEM NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED |
|---|---|---|---|---|---|
| | | ************************************************** | | | |
| | | SL11575A                    P/O:105647 | | | |
| | | PC: SL11575A     DSC: 2.9375 1.4400 .1556 STD. | | | |
| | |                  S/O NO.          1796          CUM: | 1,035 | 778 |
| | | ************************************************** | | | |
| | | SL11575AM03                 P/O:105647 | | | |
| | | PC: SL11575AM03  DSC: 2.9375 1.4400 .1571 .003 | | | |
| | |                  S/O NO.          1796          CUM: | 1,035 | 257 |

SHIPPING CONTAINERS:   TOTAL PALLETS        1        GROSS WEIGHT   375
                       TOTAL CARTONS        8        NET WEIGHT     340

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6,7 and 12 of the Fair Labor Standards Act as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

ORIGINAL

Uniform Domestic Straight Bill of Lading, adopted by Carrier in Official, Southern and Western Classification territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

Shipper's No. 2285
Carrier's No. _____

LYNDEN INT. AIRFREIGHT
(Name of Carrier)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request;

12/17/08

From **MAHLE**
60428 MARNE ROAD
ATLANTIC IA 50022-8291

the property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Bill of Lading set forth in the National Motor Freight Classification 100-X and successive issues. The shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to SUPERIOR AIR PARTS, INC.         621 SOUTH ROYAL LANE
SUITE 100
(Mail or street address of consignee—For purposes of notification only.)

Destination COPPELL         State TX  75019-3805   Delivery Address * _____
(To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Supplier Code

Route _____

Delivering Carrier LYNDEN INT. AIRFREIGHT         Car or Vehicle Initials _____  No. _____

| No. Packages | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Sub. To Correction) | Class or Rate | Check Column |
|---|---|---|---|---|
| | DESTINATION | PLT94  CTN25 | | P/S# |
| | COPPEL | PALLETS CARTONS | | |
| | POOL LOC CODE: | 1  8 | | 7209505 |
| | DOCK #: | NET= 340  TARE= 35  GROSS= | | 375 |
| | PLANT CODE: | SCAC CODE: LIAF | | |
| | TOTALS: | PLT94  CTN25 | | |
| | | PALLETS= 1  CARTONS= 8 | | |
| | | NET= 340  TARE= 35  GROSS= 375 | | |
| | REMARKS:   CONTENTS: ENGINE BEARINGS | | | |

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

Charges are to be:

**COLLECT**

Received $_____
to apply in prepayment of the charges on the property described hereon.

PANAMA TRANSFER   3141150  FRT

Agent or Cashier

For _____
(The signature here acknowledges only the amount prepaid.)

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Charges Advanced: $

**MAHLE**   Shipper, Per CBLUNK _____   12·17·08   Agent, Per _____

Permanent post-office address of shipper: 2001 Sanford Street, Muskegon, MI 49443

Form 103—R2 7-04         **ORIGINAL**         Page 1 of 1

# MAHLE

**MAHLE Engine Components USA, Inc.**
17226 CR 57 · CALDWELL, OH 43724
PHONE:(740)732-2311 · FAX:(740)732-2520
DUNS NO. 04-742-7901

## INVOICE
MADE IN USA

| SHIP TO | 001 | BILL TO | 865400 |
|---|---|---|---|
| 865499 | | | |
| SUPERIOR AIR PARTS INC<br>621 SOUTH ROYAL LANE<br>SUITE 100<br>COPPELL, TX 75019-3805 | | SUPERIOR AIR PARTS INC<br>621 SOUTH ROYAL LANE<br>SUITE 100<br>COPPELL, TX 75019-3805 | |

INVOICE NO. CC933246
INVOICE DATE 12/19/2008

REMIT TO: MAHLE Engine Components USA, Inc.
14899 Collections Center Drive
Chicago, IL 60693

| | |
|---|---|
| DUNS | 04-742-7901 |
| PACKING LIST NO. | 0001770650 |
| SHIPMENT I.D. NO. | 0000177085 |
| SHIPPING DATE | 12/19/2008 |
| SUPPLIER CODE | 104342 |
| SHIPPED VIA | YELLOW FREIGHT |
| TERMS | NET 30 DAYS |

| LINE NO. | CUSTOMER PART NUMBER AND PART DESCRIPTION | CUSTOMER ORDER NUMBER | NUMBER OF PACKAGES | PIECES PER PACKAGE | WEIGHT | QUANTITY SHIPPED | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SA646288<br>WASHER<br>49778   REV   AR101415 | 105369 | | | 152 | 2,808 | EA | 14.50000 | 40,716.00 |
| 400 | | | | | | | | | |

INVOICE TOTAL   40,716.00

ORIGINAL

Page 1 of 1