WARNER NORCROSS & JUDD LLP
Gordon J. Toering (*Pro Hac Vice* Pending)
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2185
Fax:  (616) 222-2185
Email:  gtoering@wnj.com

And

Vickie L. Driver
Pronske & Patel, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Phone: 214.658.6500
Fax: 214.658.6509
Email: vdriver@pronskepatel.com

Attorneys for MAHLE Engine
Components USA, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | Case No. 08-36705-BJH |
| SUPERIOR AIR PARTS, INC., | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a copy of the **APPLICATION OF MAHLE ENGINE COMPONENTS USA, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(9)** was served (i) by filing the Motion via the Court's electronic noticing system (ECF) to the parties receiving notice via ECF, and to (ii) the Debtor, Debtor's counsel, parties requesting notice, and parties listed on the attached Creditor matrix, by first class mail, postage prepaid on the 17th day of February, 2009.

Dated:  February 17, 2009

/s/ Gordon J. Toering
Gordon J Toering (*Pro Hac Admission* Pending)
Michael B. O'Neal
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2185
Fax:  (616) 222-2185
Email:  gtoering@wnj.com

And

Vickie L. Driver
Pronske & Patel, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Phone: 214.658.6500
Fax: 214.658.6509
Email: vdriver@pronskepatel.com

Attorneys for MAHLE Engine
Components USA, Inc.

Label Matrix for local noticing
0539-3
Case 08-36705-bjh11
Northern District of Texas
Dallas
Tue Feb 17 07:01:38 CST 2009

Aviation Parts Supply, Inc.
511 E. John Carpenter Freeway
Suite 440
Irving, TX 75062-8153

City of Coppell
Linebarger Goggan Blair & Sampson,LLP
c/o Laurie A. Spindler
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2644

Coppell ISD
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2644

Eaton Corporation
Global Trade Credit
1111 Superior Avenue
Cleveland, OH 44114-2522

Official Committee of Unsecured Creditors
Baker & McKenzie LLP
2001 Ross Avenue
Suite 2300
Dallas, TX 75201-2968

TW Telecom Inc.
co Linda Boyle
10475 Park Meadows Dr. Ste. 400
Littleton, CO 80124-5454

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, #1600
Dallas, TX 75201-2644

Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivera Italy

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

121five.com
co Tim Kern
PO Box 30
Anderson, IN 46015-0030

4sure.com
dba Techdepot
6 Cambridge Dr
Trumbull, CT 06611-4700

AADFW, Inc.
2161 Regal Pkwy
Euless, TX 76040-6733

ADP, Inc.
2735 Stemmons Frwy
Dallas, TX 75207-2299

ADT Security Services
2403 Lacy Ln
Carrollton, TX 75006-6514

AERO, Inc.
3701 Hwy 162
Grainte City, IL 62040-6628

AICCO, INC
Imperial A.I. Credit companies, Inc.
101 Hudson St., 34th Floor
Jersey City, New Jersey 07302-3905

AOPA Pilot
Rebecca Full
421 Aviation Way
Frederick, MD 21701-4756

AT & T Mobility
PO Box 68056
Anaheim Hills, CA 92817-0856

ATI Accelerated Technologies
1611 Headway Cir Bldg 1
Austin, TX 78754-5160

Aaron Covert
5529 Rice Dr
The Colony, TX 75056-1345

Ace Grinding & Machine Co.
c/o Gregory M. Zarin
Kane Russell Coleman & Logan PC
1601 Elm Street, Suite 3700
Dallas, Texas 75201-7207

Ace Grinding & Machine Company
2020 Winner St
Walled Lake, MI 48390-3259

Act AAA Cooper Transportation
1751 Kinsey Rd
Dothan, AL 36303-5877

Advanced Connections, Inc.
2015 McKenzie Ste 120
Carrollton, TX 75006-8365

Advanced Machining & Tool, Inc.
1616 N Beckley
Lancaster, TX 75134-2606

Aeorpartes Jimenez, SA DE CV
Rio Pixxtla No. 927 NTE.
Los Mochis, Sinola 81240
Mexico

Aero Accessories
1240 Springwood Ave
Gibsonville, NC 27249-2667

Aero Accessories
1240 Springwood Church Rd
Gibsonville, NC 27249

Aero Aviation
9 S 041 Aero Dr
Naperville, IL 60564-9403

Aerospace Products International
3778 Distriplex Dr N
Memphis, TN 38118-7299

Aetna
PO Box 45084
Jacksonville, FL 32232-5084

Air Master Flying Club
881 Black Horse Pike
Pleasantville, NJ 08232-4101

Air Power, Inc.
4900 S Collins
Arlington, TX 76018-1135

Air Support International
PO Box 489
Marshfield, MO 65706-0489

Air West Aircraft Engines
670 Airport Blvd
San Carlos, CA 94070-2707

Air-Tec
37 Sandia Mt. Trl, Sandia Airpark
Edgewood, NM 87015

Aircraft Cylinder & Engine, Inc.
516 N Link Ln Unit 1
Ft Collins, CO 80524-4786

Aircraft Cylinders of America
1006 E Independence St
Tulsa, OK 74106-5310

Aircraft Engine & Accessory
2275 Crown Rd
Dallas, TX 75229-2099

Aircraft Specialties Service
2860 N Sheridan
Tulsa International Airport
Tulsa, OK 74115-2304

Airflow Performance, Inc.
111 Airflow Dr
Spartanburg, SC 29306-3993

Airparts Company, Inc.
2310 NW 55th Ct
Fort Lauderdale, FL 33309-2743

Airsure Limited
15301 Spectrum Dr Ste 500
Addison, TX 75001-6425

Akorbi Consulting
400 E Royal Ln Ste 218
Irving, TX 75039-3516

Alberado Martinez
2331 Klondike Dr
Dallas, TX 75228-4015

Alcoa Fastening Systems
3990 A Heritage Oak Ct
Simi Valley, CA 93063-6715

Alcoa, Inc.
201 Isabella St., 6E02
Pittsburgh, PA 15212-5858

All American Benefits, Inc.
13747 Montford Dr Ste 337
Dallas, TX 75240-4473

Allen Lasky
2004 Geneva Dr
Richardson, TX 75081-2637

Alpha One Flight
246 S Meadow Rd
Plymouth, MA 02360-4790

Amber Henson for Brandt Henson, a Minor
co William Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Amco Enterprises
4209 Hahn Blvd
Fort Worth, TX 76117-1797

Amy Hughes for Estate of Branden Hughes
co William Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Ana Fontes
8801 Thompson Dr
Argyle, TX 76226-6504

Anita F. McMahon
1646 Belmont Avenue
Baton Rouge, LA 70808-1004

Aramark
1900 Empire Central
Dallas, TX 75235-4203

Aramark Uniform Services
1900 Empire Central
PO Box 36028
Dallas, TX 75235-1028

Archive Supplies, Inc.
2975 Ladybird Ln
Dallas, TX 75220-1415

Arkadin, Inc.
620 Tinton Avenue
Tinton Falls, NJ 07724-3260

Arner Flying Service, Inc.
1001 Coal St
Arner Memorial Airport
Lehighton, PA 18235-1117

Arrowprop Company
PO Box 610
Meeker, OK 74855-0610

Associated Spring-Corry
226 S Center St
Corry, PA 16407-1992


Associated Spring-Milwaukee
434 W Edgerton Ave
Milwaukee, WI 53207-6097

Associated Spring-Saline
1445 Barnes Ct
Saline, MI 48176-9000

Automatic Screw Machine
709 2nd Ave SE
Decatur, AL 35601-2517


Aviall Services, Inc.
PO Box 619048
Dallas, TX 75261-9048

Aviall, Inc.
c/o Neil J. Orleans
1201 Elm St., Suite 4800
Dallas, Texas 75270-2165

Aviation Group Ltd.
PO Box 381
Waupaca, WI 54981-0381


Aviation International Corp.
5555 NW 36th St
Miami Springs, FL 33166-5812

Aviation Parts Supply, Inc.
511 E. John Carpenter Freeway
Suite 440
Irving, Texas 75062-8153

Aviation Unlimited
2833 16th Ave
Toronto Buttonville Airport
Markham, ON L3R 0P8
Canada


Avstar Fuel Systems, Inc.
Attn: Ellen D-Arcangelo, Esq.
1365 Park Lane South
Jupiter, FL 33458-8042

BEDE Corp
6440 Norwalk Rd Ste F
Medina, OH 44256-7152

BMC Solutions, Inc.
3391 Town Point Dr NW
Kennesaw, GA 30144-7079


Barnstormers, Inc.
312 W 4th St
Carson City, NV 89703-4250

Barrett Precision Engines, Inc.
2870-B N Sheridan Rd
Tulsa, OK 74115-2304

Barrett Precision Engines, Inc.
2870B N Sheridan
Tulsa, OK 74115-2304


Barton Technical Services LLC
4123 Blue Heron Ridge
Mobile, AL 36693-4373

Bax Global
PO Box 612307
DFW Airport, TX 75261-2307

Best Tool & Manufacturing Co.
3515 NE 33rd Terrace
Kansas City, MO 64117-2693


Betsy Price, Tax Assessor-Collector
PO Box 961018
Fort Worth, TX 76161-0018

Bill Allen Whitefiled
co William Angellley
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Bill Bowers
2834 Orange Picker Rd
Jacksonville, FL 32223-2685


Bill McDonald, DAR
9700 Divot Dr
Granbury, TX 76049-4467

Bills Aircraft Service
20836 483rd Ave
Elkton, SD 57026-6600

Billy G. Leonard, Jr.
1650 W Virginia St Ste 211
McKinney, TX 75069-7703


Bizzy Bees Pest Control Co.
2812 Trinity Square Dr Ste 100
Carrollton, TX 75006-2464

Bob Brown
7165 SE 95th Ln.
Ocala, FL 34472-9243

Bob Reuther
97 White Bridge Rd Apt L-1
Nashville, TN 37205-1424

Boring Machine Corporation
7922 Ranchers Rd
Friday, MN 55432-1887

Brent Henman
2234 Stonehenge Ln
Lewisville, TX 75056-5642

Brian Tom
22255 E Wildfern Ln
Brightwood, OR 97011-8731


Bridgette Woods
501 Legends
Lewisville, TX 75057-4175

Broward County Revenue Collector
Revenue Collection Division - Govt. Cent
Attn:  Litigation Section
115 S. Andrews Ave.
Fort Lauderdale, FL 33301-1895

Bunting Bearings, LLC.
1001 Holland Park Blvd.
Holland, OH 43528-9156


Bunting Bearings-Kalamazoo
4252 E Kilgore Rd
Kalamazoo, MI 49002-1910

Byron Dale Weakley
1255 Oaklawn Rd.
Chapmansboro, TN 37035-5107

CP Pistons, Inc.
1902 McGaw Ave
Irvine, CA 92614-0910


CPI Office Products
11111 Zodiac Ln
Dallas, TX 75229-4720

Canadian Home Rotors, Inc.
4 Roy Street
Ear Falls, ON  P0V 1T0
Canada

Cappa Granite
1310 W Euless Blvd Ste 100
Euless, TX 76040-4988


Care Now Corporation
601 Canyon Dr Ste 100
Coppell, TX 75019-3860

Carl H. Johnson
1908 Haymeadow
Carrollton, TX 75007-5412

Carl Zeiss IMT Corp
6250 Sycamore Ln N
Maple Grove, MN 55369-6310


Carley Foundry, Inc.
8301 Coral Sea St NE
Blaine, MN 55449-7252

Carolyn Hewitt
10925 Fandor St
Fort Worth, TX 76108-4507

Cast Well
650 Pennsylvania Ave
Elizabeth, NJ 07201-1299


Castor Aviation, Inc.
250 Texas Way, Hanger 24 N
Ft Worth, TX 76106-2774

Cavalier Logistics
250 Sheffied St
Mountainside, NJ 07092-2303

Cebos Ltd.
5936 Ford Ct Ste 203
Brighton, MI 48116-8427


Cebos, Ltd.
7600 Grand River, Ste 200
Brighton, MI 48114-9311

Central Freight Lines, Inc.
PO Box 2638
Waco, TX 76702-2638

Central Transport International
PO Box 33299
Detroit, MI 48232-5299


Chad Owens
713 Bundley Dr
Lake Dallas, TX 75065-2637

Champion Aerospace, Inc.
1230 Old Norris Rd
Liberty, SC 29657-3508

Chenda Reach
2335 High Bank Drive
Mesquite, TX 75181-1763


Cheryl Kirkwood and Taylor Manning
CO Kreindler & Kreindler, LLP
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017-3501

Cheryl Kirkwood for Ricky Manning
c/o William Angelly
Kreindler & Kreindler, LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Chester B. Salomon
Stevens & Lee
485 Madison Avenue, 20th Floor
New York, NY 10022-5813

Chester B. Salomon, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022-5813

Chick Packaging of DFW
700 W Bethel Rd Ste 100
Coppell, TX 75019-4486

Choice Solutions LLC
222 W Las Colinas Blvd Ste 1150 E
Irving, TX 75039

Choice Solutions, LLC
Attn: James Steinlage
10801 Mastin Blvd., Ste 900
Overland Park, KS 66210-1677

Chris Benavides
1012 E Pioneer
Irving, TX 75061-7839

Chris Reser
CO Beeler, Walsh & Walsh, PLLC
4508 N. Classen Blvd.
Oklahoma City, OK 73118-4814

Chris Wootton
2775 N Hwy 360 No. 217
Grand Prairie, TX 75050-7804

Christiansen Aviation
PO Box 702412
Tulsa, OK 74170-2412

Citrix Systems, Inc.
851 West Cypress Creek Rd.
Fort Lauderdale, FL 33309-2040

City Water International, Inc.
PO Box 319
Elma, NY 14059-0319

City Water International, Ltd.
PO Box 674007
Dallas, TX 75267-4007

City of Coppell
255 Parkway Blvd
Coppell, TX 75019-6603

City of Coppell
co Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

City of Coppell - Coppell ISD
PO Box 9478
Coppell, TX 75019-9478

Clearfield Jefferson Reg. Air
PO Box 299
Falls Creek, PA 15840-0299

Clyda Whitefield for Justin Whitefield
c/o William Angelly
Kreindler & Kreindler, LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Clyda Whitefield for minor Derby Whitefield
William Angelly
707 Wilshire Blvd, 41st Fl
Los Angeles, CA 90017-3501

Clyda Whitefield for minor Kennedy Whitefiel
William Angelly
707 Wilshire Blvd, 41st Fl
Los Angeles, CA 90017-3501

Clyda Whitefield, et al.
CO Braden Varner & Aldous, P.C.
703 McKinney Ave., Ste 400
Dallas, TX 75202-6023

Clyda Whitefield, et al.
CO Lisa Lance, Esq.
PO Box 595
Pauls Valley, OK 73075-0595

Clyda Whitefield, et al.
co William Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Coastal Aviation Services
88 Landry St, Biddeford Airport
Biddeford, ME 04005-4321

Colorado Air Parts, Inc.
1519 1300 Rd
Delta, CO 81416-8742

Combustion Technologies, Inc.
1804 Slatesville Rd
Chatham, VA 24531-3179

Combustion Technologies, Inc.
co Michael L. Jones
Henry & Jones, LLP
2902 Carlisle St., Suite 150
Dallas, TX 75204-4004

Comfort Technoligies, LLC
PO Box 150434
Arlington, TX 76015-6434

Comfort Technologies, LLC
PO Box 270809
Flower Mound, TX 75027-0809

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Comtec Manufacturing, Inc.
1012 Delaum Rd
St Marys, PA 15857-3360

Con-Way Freight, Inc.
PO Box 982020
North Richland Hills, TX 76182-8020

Conners & Winters
Carrollton Towers East
13601 Preston
Dallas, TX 75240-4911

Coppell ISD
co Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Corbitt Manufacturing Co.
650 N Main Center
St. Charles, MO 63301-2186

Corley Gasket Co.
PO Box 271124
Dallas, TX 75227-1124

Corporate Express Office Products, Inc.
Attn: Bryan Mannlein
555 W. 112th Ave.
Northglenn, CO 80234-3022

Corporate Express, Inc.
2230 Avenue J
Arlington, TX 76006-5866

Corporate Finance Partners
MidCap GmbH
Torstr. 33-35
10119 Berlin, Germany

Craig Caylor
301 Meadow Dr
Ponder, TX 76259-9778

Crane Cams
530 Fentress Blvd
Daytona Beach, FL 32114-1210

Custom Tube Products, Inc.
P.O. Box 936
Edgewater, FL 32132-0936

Cygnet Aerospace Corp
1971 Fearn Ave
Los Osos, CA 93402-2517

Cygnus Business Media
1233 Janesville Ave
Fort Atkinson, WI 53538-2794

DSS Fire, Inc.
10265 Miller Rd
Dallas, TX 75238-1232

Dallas County
co Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Dallas County Tax Office
500 Elm Street
Dallas, TX 75202-6308

Dallas Recycling
3303 Pluto St
Dallas, TX 75212-3430

Dallas Waste Disposal and Recycling, Inc
3303 Pluto St.
Dallas, TX 75212-3430

Daniel Grzelecki
7209 St. James Court
Corpus Christi, TX 78413-5130

Dapra Marking Systems
66 Granby St
Bloomfield, CT 06002-3512

Darrell Ingle
2020 Vista View
Roanoke, TX 76262-6800

David Austin
12250 FM 2449
Ponder, TX 76259-6105

David Buono
6707 Winterwood Ln
Dallas, TX 75248-5045

David Childs, Tax Assessor-Collector
500 Elm St
Dallas, TX 75202-3304

David Parnell
935 Conklin
Canadian, TX 79014-3313

David S. Runyan
6414 Inway Dr
Spring, TX 77389-3672

David W. Rogers, Jr.
3843 Jefferson Rd
Glen Rock, PA 17327-9431

Deidre B. Ruckman
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Dekalb Forge
1832 Pleasant
Dekalb, IL 60115-2609

Deli Management, Inc.
2400 Broadway St
Beaumont, TX 77702-1904

Dell Marketing LP
1 Dell Way
Mail Stop RR1-33
Round Rock, TX 78682-7000

Dena Beecher
11524 Cactus Springs
Fort Worth, TX 76248

Dennis Cheatham
311 Ravenna Rd
Lake Dallas, TX 75065-2389

Divco
2806 N Sheridan
Tulsa, OK 74115-2332


Douglas Cook
5111 Mesa Terrace
La Mesa, CA 91941-4245

Douglas L. Dodson, Jr.
4431 Knox Ave
Rosamond, CA 93560-6428

Duke Realty Services
14241 Dallas Pkwy Ste 1000
Dallas, TX 75254-2954


Durrie Sales
411 Country Club Rd
Bensonville, IL 60106-1581

Dynamic Technology, Inc.
3201 W Royal Ln Ste 150
Irving, TX 75063-3137

E-MAG IGNITIONS
2014 GREG STREET
AZLE, TX 76020-2749


EASYLINK SERVICES CORPORATION
33 KNIGHTSBRIDGE ROAD
PISCATAWAY, NJ 08854-3925

EATON CORPORATION
700 LUICKS LANE
BELMOND, IA 50421-1785

ECK INDUSTRIES INC
1602 NORTH 8TH STREET
MANITOWOC, WI 54220-1904


ELECTRONICS INTERNATIONAL INC
63296 POWELL BUTTE HIGHWAY
BEND, OR 97701-9429

ELVIS LACAYO
2520 CATAINA WAY
IRVING, TX 75060-6505

ENPARTS
660 FERRIS ROAD, SUITE 102
LANCASTER, TX 75146-5502


ERIC JAIMES
2710 W. PIONEER
IRVING, TX 75061-6663

ERVIN LEASING COMPANY
PO BOX 1689
ANN ARBOR, MI 48106-1689

EUROPEAN AVIATION SAFETY AGENC
POSTFACH 10 12 53
D-50452 COLOGNE, GERMANY


EVAN YEARSLEY
509 PARKVIEW PLACE
COPPELL, TX 75019-2634

EXECUTIVE PRINTING SYSTEMS
PO BOX 3064
MCKINNEY, TX 75070-8182

EXPERIMENTAL AIRCRAFT ASSOC.
PO BOX 3086
OSHKOSH, WI 54903-3086


EXXON MOBIL OIL CORPORATION
3225 GALLOWS ROAD
FAIRFAX, VA 22037-0002

Endicott Forging & Mfg.
1901 North Street
Endicott, NY 13760-3200

Ervin Leasing Company
3893 Research Park Drive
Ann Arbor, MI 48108-2217


FASTENER DIMENSIONS,INC.
94-03 104TH STREET
OZONE PARK, NY 11416-1723

FAULKNERS AIR SHOP, INC.
PO BOX 1147
BURNET, TX 78611-7147

FEDERAL EXPRESS
942 SOUTH SHADY GROVE ROAD
MEMPHIS, TN 38120-4117


FEDEX FREIGHT EAST
200 FORWARD DR
HARRISON, AR 72602-0840

FLEX-FAB, LLC
1699 WEST M-43 HWY
HASTINGS, MI 49058-9285

FLIGHT INTERNATIONAL INC
1 LEAR DRIVE, WILLIAMSBURG INTL AIRPORT
NEWPORT NEWS, VA 23602-4413

FLYING J PARTNERS INC
PO BOX 207
WEST OSSIPEE, NH 03890-0207

FLYING VIKINGS, INC.
21593 SKYWEST DRIVE
HAYWARD, CA 94541-7015

FORT DEARBORN LIFE INSURANCE
2400 LAKESIDE BOULEVARD
RICHARDSON, TX 75082-4341

FRED A. RAWLINS
8326 SAWGRASS WAY
RADFORD, VA 24141-6999

FedEx Customer Information Service
As Assignee of FedEx Express, Ground
ATTN Revenue Recovery, Bankruptcy
3965 Airways Blvd., Module G, 3rd Floor
Memphis, TN 38116-5017

FedEx Freight
P O Box 840
Harrison, AR 72602-0840

First Data Corporation
6201 Powers Ferry Road
ATS-75
Atlanta, GA 30339-5401

GARLOCK - METALLIC GASKET DIV
250 PORTWALL ST, SUITE 300
HOUSTON, TX 77029-1300

GARLOCK KLOSURE
1666 DIVISION STREET
PALMYRA, NY 14522-9383

GARY WRIGHT
2007 PAT LANE
CARROLLTON, TX 75006-3166

GASKET MANUFACTURING CO. INC
18001 SOUTH MAIN STREET
GARDENIA, CA 90248-3530

GATES RUBBER CO-DEPT-0804
1551 WEWATTA STREET
DENVER, CO 80202-6173

GENERAL AIR SERVICE
BOX 96, MUNICIPAL AIRPORT
VALLEY CITY, ND 58072-0096

GENESEE STAMPING & FABRICATING
1470 AVENUE T
GRAND PRAIRIE, TX 75050-1222

GEORGE JENSON
501 EAST FIRST STREET
TUCSON, AZ 85705-7817

GERHARDT GEAR
133 EAST SANTA ANITA
BURBANK, CA 91502-1926

GLORIA JEAN WELSH
605 WHITNEY DRIVE
SLIDELL, LA 70461-4185

GRAIG SCHULZE
178 VICTORY No. 108
BURBANK, CA 91502-2805

GREATAMERICA LEASING CORP
8742 INNOVATION WAY
CHICAGO, IL 60682-0087

GREG VAUGA
2005 ROCKWALL FARMS LANE
FUQUAY VARINA, NC 27526-5471

GREGORY ZABRANSKY
400 CR 2355
MINEOLA, TX 75773-3654

GULF COAST AVIONICS
3650 DRANE FIELD RD, LAKELAND REGIONAL A
LAKELAND, FL 33811-1203

Garlock Sealing Technologies
1666 Division Street
Dalmyra, NY 14522-9383

GreatAmerica Leasing Corporation
PO Box 609
Cedar Rapids, IA 52406-0609

HALSEY ENGINEERING & MFG INC
209 N MAYHILL ROAD
DENTON, TX 76208-4005

HARRIS PACKAGING CORP.
1600 CARSON STREET
HALTOM CITY, TX 76117-6188

HARVEY-DACO, INC
307 LAKE AIR DRIVE
WACO, TX 76710-5835

HEATHER FORDE
2014 DEWITT STREET
IRVING, TX 75062-4311

HELI-COIL - EMHART TEKNOLOGIES LLC
PO BOX 859
SHELTON, CT 06484-0905

HELIO PRECISION PRODUCTS
601 NORTH SKOKIE HIGHWAY
LAKE BLUFF, IL 60044-1500

HURST
2111 WEST EULESS BLVD, HIGHWAY 10
EULESS, TX 76040-6707

Hartford Aircraft Products
94 Old Poquonock Rd.
Bloomfield, CT 06002-1427

Haski Aviation, Inc.
406 Frank Farone Dr.
New Castle, PA 16101-8710

Hetrick Aircraft, Inc.
3600 NE Sardou
Topeka, KS 66616-1678

Hurst Metallurgical Research Laboratory, Inc
2111 West Euless Blvd.
Euless, TX 76040-6707

IAN PULLIN
24-19 BOWMAN STREET
SOUTH PERTH, WEST AUSTRALIA

IBRAEX IND
QUADRA 112S RUA SRO7 N. 47, PLANTO DIREC
PALMAS - TO, BRAZIL 77.020-176

ING
151 FARMINGTON AVENUE
HARTFORD, CT 06156-0002

INSTRON WILSON-SHORE INSTR.
825 UNIVERSITY AVENUE
NORWOOD, MA 02062-2643

INTERNATIONAL BUSINESS SYSTEMS
90 BLUE RAVINE RD
FOLSOM, CA 95630-4728

INTERWEST COMMUNICATIONS CORP
2152 W. NORTHWEST HWY, No. 122
DALLAS, TX 75220-4214

IWATSU Voice Networks
8001 Jetstar Dr.
Irving, TX 75063-2804

Intellipak, Inc.
12322 E. 55th Street
Tulsa, OK 74146-6900

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Interwest Communications Corp.
2152 W. Northwest Hwy, Ste 122
Dallas, TX 75220-4214

Irving ISD
c/o Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

J & J AIR PARTS INC
430 NORTH BRYANT
PLEASANTON, TX 78064-3433

J. R. JORDAN
560 CLOTHIER SPRINGS ROAD
MALVERN, PA 19355-8613

JAMES EVERETT
2621 KEYHOLE STREET
IRVING, TX 75062-8709

JAMES WHITLEY
3017 SCENIC HILLS DRIVE
BEDFORD, TX 76021-2853

JAN CLEMENS
17269 CR 663
FARMERSVILLE, TX 75442-5779

JEAN-PIERRE VERDIER
24234 EAGLE CLIFF TRAIL
CONIFER, CO 80433-9045

JEFF W. SMITH
1950 CHISWICK ROAD
KNOXVILLE, TN 37922-8543

JEFFERY PAUST
4854 VIEWCREST ROAD
SAN ANTONIO, TX 78217-1263

JERRY BALLARD
PO BOX 2548
EVERGREEN, CO 80437-2548

JIM WATKINS
8817 RAVENSWOOD RD
GRANBURY, TX 76049-8903

JOHN F D PETERSON
13465 DECOTEAU ROAD
GONZALES, LA 70737-7357

JOHN FELLENSTEIN
839 SUMMERLY DRIVE
NASHVILLE, TN 37209-4220

JOHN GOODLOE
6505 RIDGLEA
WIAUGA, TX 76148-1753

JOHN WEBER
2201 ROCKBROOK No. 1338
LEWISVILLE, TX 75067-3824

JOHNSON, MORGAN & WHITE
PO BOX 5000
BOCA RATON, FL 33431-0800

JUAN RUIZ
2851 ASTER
DALLAS, TX 75211-5235

KAPCO - VALTEC AIRCRAFT SUPPLY
3120 E. ENTERPRISE ST
BREA, CA 92821-6236

KELLY AEROSPACE POWER SYSTEMS
2900 SELMA HIGHWAY
MONTGOMERY, AL 36108-5038

KENT ABERCROMBIE
1436 GARDENIA ST
IRVING, TX 75063-4232

KISMET RUBBER PRODUCTS CORP
215 INDUSTRIAL BLVD
BLUE RIDGE, GA 30513-4605

KITPLANES
531 ENCINITAS BLVD No. 105
ENCINITAS, CA 92024-3782

KNAPPE & KOESTER INC
18 BRADCO STREET
KEENE, NH 03431-3996

KPMG, LLP
717 NORTH HARWOOD STREET, No. 3100
DALLAS, TX 75201-6585

KS-PISTOES
RODOVIA ARNALD JULIO MAUERBERG, 4000 - D
NOVA ODESSA - SP BRASIL, CAIXA POSTAL 91

KUEHNE & NAGEL INC
101 WRANGLER DRIVE, SUITE 201
COPPELL, TX 75019-4658

KURT MANUFACTURING CORP
5280 MAIN ST. N.E.
MINNEAPOLIS, MN 55421-1594

Kayce Weakley
635 E Samford Avenue
Auburn, AL 36830-7409

L E CLARK
10109 CLARK AIRFIELD ROAD, CLARK AIRPORT
CLARK, TX 77327

L.E. Clark
10109 Clark Airfield Rd.
Clark Aiport
Clark, TX 77327

LABRIE COMMERCIAL CLEANING
PO BOX 833778
RICHARDSON, TX 75083-3778

LARRY L. COLLEY
EL PASO INTL AIRPORT, HANGAR K1
EL PASO, TX 79912

LARRY REEDER
10484 AIRPARK LOOP
MELBA, ID 83641-4205

LARRY WM. ELLIOTT
15 KINGWOOD VILLAS CT
KINGWOOD, TX 77339-3652

LE JONES CO
1200 34TH AVENUE
MENOMINEE, MI 49858-1695

LIGHT SPEED ENGINEERING, LLC
416 E SANTA MARIA, HANGAR 15
ASANTA PAULA, CA 93060-3356

LYNDEN INTERNATIONAL
1800 INTERNATIONAL BLVD No. 800
SEATTLE, WA 98188-4253

Lawrence Chevigny, et al.
CO Miller Thompson, LLP
3000, 700-9th Ave. S.W.
Calgary, AB, Canada T2P 3V4

Luyster
CO Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

M & M AEROSPACE HARDWARE INC
PO BOX 025263
MIAMI SPRINGS, FL 33102-5263

MAHLE ENGINE COMPONENTS USA
14161 MANCHESTER ROAD
MANCHESTER, MO 63011-4511

MAHLE ENGINE COMPONENTS USA
17226 INDUSTRIAL HWY
CALDWELL, OH 43724-9779

MAHLE ENGINE COMPONENTS USA
60428 MARNE ROAD
ATLANTIC, IA 50022-8274

MAHLE Engine Components USA, Inc.
23030 Hagerty Road
Farmington Hills, Michigan 48335-2602

MAJESTIC GRAPHICS LLC
9411 HILLTOP ROAD
ARGYLE, TX 76226-5017

MALONEY, BEAN, HORN & HULL PC
511 E JOHN CARPENTER FREEWAY, SUITE No.
IRVING, TX 75062-3911

MANDEL, LIPTON & STEVENSON LIMITED
120 N LA SALLE STREET No. 1450
CHICAGO, IL 60602-3498

MANITOWOC PATTERN & MFG CO
4315 EXPO DRIVE
MANITOWOC, WI 54220-7305

MANITOWOC TOOL & MACHINING LLC
4211 CLIPPER DRIVE
MANITOWOC, WI 54220-4196

MANUEL MERCADO
2930 SCOTT MILL
CARROLLTON, TX 75007-5320

MARIA GARCIA
1516 MARK
IRVING, TX 75061-7829

MARIA MELGAR
205 S IRVING HEIGHT
IRVING, TX 75060-3256

MARIA PEREZ
1908 ANNA DRIVE
IRVING, TX 75061-5512

MARK SINDERSON
14700 HIGHTOWER
MINNETONKA, MN 55345-3700

MARSHALLTOWN AVIATION INC
2651 170th STREET
MARSHALLTOWN, IA 50158-8917

MARY RENFRO
7400 BARBARA COURT
WATAUGA, TX 76148-1605

MASOUD ZEAHEDI
5801 ROSWELL ROAD
ATLANTA, GA 30328-4905

MASTER PRODUCTS CO
6400 Park Avenue
Cleveland, OH 44105-4991

MAURICE TOMPKINS
5024 DARDEN AVENUE
ORLANDO, FL 32812-1103

MAX NICHOLS
5221 TELESTAR LANE
GRET BEND, KS 67530-3018

MAYER AVIATION
LAKE ELMO AIRPORT
LAKE ELMO, MN 55042

MAYER BROWN LLP
230 SOUTH LASALLE STREET
CHICAGO, IL 60604-1404

MCMASTER-CARR SUPPLY CO
PO BOX 740100
ATLANTA, GA 30374-0100

MCSHAN FLORIST, INC.
10311 GARLAND ROAD
DALLAS, TX 75218-2999

MID-FLORIDA AIR SERVICES
19708 EUSTIS AIRPORT ROAD
EUSTIS, FL 32736-7268

MID-SOTA AICRAFT REPAIR
25297 LAKE ROAD
ST CLOUD, MN 56301-9767

MIDWAY AVIATION
8008 CEDAR SPRINGS, LOCKBOS 15, DALLAS L
DALLAS, TX 75235

MIDWEST AVIATION
1650 WEST COLLEGE DRIVE, SUITE 100
MARSHALLTOWN, MN 56258-1689

MIKES CARTAGE COMPANY
PO BOX 153644
IRVING, TX 75015-3644

MILWAUKEE WIRE PRODUCTS
PO BOX 217
MEQUON, WI 53092-0217

MORRISSEY INC
9304  BRYANT AVE. SOUTH
BLOOMINGTON, MN 55420-3474

MOTION INDUSTRIES
2221 WEST MOCKINGBIRD LANE
DALLAS, TX 75235-5420

MSC INDUSTRIAL DIRECT CO INC
75 MAXESS ROAD
MELVILLE, NY 11747-3151

MURRAY CORP.
260 SCHILLING CIRCLE
HUNT VALLEY, MD 21031-1109

Maloney, Bean, Horn & Hull, P.C.
511 E. John Carpenter Freeway
Suite 440
Irving, Texas 75062-8153

Michael Henderson
CO Law Offices of Randell C. Ogg
Ninth Floor, Connecticut Bldg.
1150 Connecticut Ave., NW
Washington, DC 20036-4104

N.E.W. INDUSTRIES INC
905 S NEENAH AVE
STURGEON BAY, WI 54235-1907

NATIONAL CITY COMMERCIAL CAPITAL CO, LLC
995 DALTON AVENUE
CINCINNATI, OH 45203-1101

NICOL SCALES, INC.
1412 GRIFFIN ST. EAST
DALLAS, TX 75215-1101

NORMAN MARSDEN
5212 MUSTANG TRAIL
PLANO, TX 75093-5020

NORTH TEXAS PRECISION INSTRUMENTS
7464 DOGWOOD PARK
FORT WORTH, TX 76118-6470

NORTHWEST PROPANE GAS, CO.
11551 HARRY HINES BLVD.
DALLAS, TX 75229-2202

New Horizons
5151 Belt Line Rd.
Dallas, TX 75254-7507

Northwest Propeller Service
16709 Meridian St., E, Unit 3
Puyallup, WA 98375-6266

OFALLON CASTING
PO BOX 280
OFALLON, MO 63366-0280

OMNI PACKAGING CORPORATION
12322 EAST 55TH STREET
TULSA, OK 74146-6900

ON TIME EXPRESS
3409 HIGH PRAIRIE ROAD
GRAND PRAIRIE, TX 75050-4226

Ohio Gasket & Shim Co., Inc.
976 Evans Ave.
Akron, OH 44305-1019

PACK READY
PO BOX 901
WYLIE, TX 75098-0901

PARKER SEAL EPS DIVISION
403 INDUSTRIAL DRIVE
NACOGDOCHES, TX 75964-1297

PASSPORTS & VISAS
2938 VALLEY VIEW LANE
DALLAS, TX 75234-4929

PATRICK BENOIT
3708 ROXBURY LANE
PLANO, TX 75025-3721

PAUL HERSHORIN
6077 PINE NEEDLE LANE S
LAKE WORTH, FL 33467-6534

PAUL WESTCOTT
7333 49th AVENUE S.E.
OLYMPIA, WA 98513-4515

PAUL WINTERS
69 BALSALL ST EAST
BALSALL COMMON, COVENTRY ENGLAND CV77FQ

PENN YAN AERO SERVICE, INC.
2499 BATH ROAD
PENN YAN, NY 14527-9565

PETER J BEATTY
18 STIRRUP RUN
NEWARK, DE 19711-2460

PITNEY BOWES
2225 AMERICAN DRIVE
NEEHAH, WI 54956-1005

PLANE-POWER
346 HOWARD CLEMMONS ROAD
GRANDBURY, TX 76048-5476

PORTLAND FORGE
EAST LAFAYETTE STREET        PO BOX 905
PORTLAND, IN 47371-0905

PRECISION AIRMOTIVE LLC
14800 40TH AVENUE NE
MARYSVILLE, WA 98271-8952

PRECISION FITTINGS, INC.
709 NORTH MAIN STREET
WELLINGTON, OH 44090-1069

PRECISION MACHINE & MFG CO
500 INDUSTRIAL ROAD
GROVE, OK 74344-4102

PRINT INC
ONE DEERWOOD, 10201 CENTURION PKWY N, SU
JACKSONVILLE, FL 32256

PRO AERO ENGINES, INC.
2965 AIRPORT DRIVE
KAMLOOPS, BC, CANADA  V2B 7W8,

PROGRESSIVE AIR SERVICES LTD
2965 AIRPORT ROAD
KAMLOOPS, BC V2B 7W8

PROSTAR SERVICES INC
1420 MAC ARTHUR DRIVE No. 104
CARROLLTON, TX 75007-4456

PROTECTIVE PACKAGING CORP
1746 W. CROSBY ROAD No. 106
CARROLLTON, TX 75006-6636

PUBLISHERS PRESS
100 FRANK E SIMON AVENUE
SHEPHERDSVILLE, KY 40165-6013

PULSAR AIRCRAFT CORPORATION
4233 SANTA ANITA AVENUE, SUITE No. 5
EL MONTE CA, CA 91731-1670

PYSZKA, BLACKMON, LEVY, MOWERS & KELLY
14750 NW 77TH COURT No. 300
MIAMI LAKES, FL 33016-1537

Paul Rice
6322 Long Beach Blvd
Harvey Cedar, NJ 08008-5758

Pitney Bowes Credit Corporation
2225 American Drive
Neehah, WI 54956-1005

Prima S.A.
Lisciasta 17 Street
91-357-LODZ
Poland

Print, Inc.
11265 Kirkland Way, Ste 3000
Kirkland, PA 98033

QUILL CORPORATION
PO BOX 94080
PALATINE, IL 60094-4080

R & B ELECTRONICS
1520 INDUSTRIAL PARK DRIVE
SAULT SAINTE MARIE, MI 49783-1474

R plus L CARRIERS
600 GILLAM ROAD
WILMINGTON, OH 45177-9089

RAM AIRCRAFT CORPORATION
7505 KARL MAY DRIVE
WACO, TX 76708-5534

RANDY BORNHORST
4236 ARBORETUM DRIVE NW
ROCHESTER, MN 55901-5859

REIMERS AIRCRAFT ENGINES
4741 EAST 113th AVENUE
ANCHORAGE, AK 99516-1666

RESERVE ACCOUNT - WORLD HEADQUARTERS
1 ELMCROFT ROAD
STAMFORD, CT 06926-0700

RICHARD BRINKERHOFF
2134 GOLD DUST COURT
TRINITY, FL 34655-5015

RICHARD KRAJICEK
1111 HERMANN DRIVE No. 29A
HOUSTON, TX 77004-6932

RICK BAILEY
8020 NAVION LANE
FALCON, CO 80831-8096

ROB ATTAWAY
4518 E. OLIVE AVENUE
HIGLEY, AZ 85234-7606

ROBINSON HELICOPTER
2901 AIRPORT DRIVE
TORRANCE, CA 90505-6115

RODNEY MCLEAN
150 SOUTH CHASE STREET
LAKEWOOD, CO 80226-2311

RONALD GELZUNAS
NORTH WILDWOOD MEDICAL ASSOC, 1200 NEW J
NORTH WILDWOOD, NJ 08260-2734

ROSTRA VERNATHERM, INC.
106 ENTERPRISE DRIVE
BRISTON, CT 06010-8403

RSI CRATING & PACKAGING
2230 LBJ FREEWAY, No. 400
DALLAS, TX 75234-7331

RSM MCGLADREY
ONE GALLERIA TOWER, 13355 NOEL ROAD 8TH
DALLAS, TX 75240-6651

RUBBER ASSOCIATES, INC.
1522 WEST TURKEYFOOT LAKE ROAD
BARBERTON, OH 44203-4898

RUBER MALDONADO
18625 MIDWAY ROAD No. 402
DALLAS, TX 75287-3912

RUSS AIREY
989 SILVERDALE DRIVE
WINDSOR, ONTARIO, CANADA

Reno Air Racing Association
14501 Mt Anderson St
Reno, NV 89506-1244

Roxanne Cherry, Administrator of the
Estate of Christopher Desch
CO The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103-6178

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feldstr. 1,
D-58456
Witten, Germany

SAE INTERNATIONAL
400 COMMONWEALTH DRIVE
WARRENDALE, PA 15096-0001

SAL BUENTELLO
15963 PARVIN ROAD
PROSPER, TX 75078-5612

SAMPSON ENTERPRISES INC
894 N MILL STREET, SUITE 2
LEWISVILLE, TX 75057-3182

SATURN FASTENERS INC
425 S. VARNEY ST.
BURBANK, CA 91502-2193

SCOTT FREEMAN
840 EAST HUNGRY MOTHER DRIVE
MARION, VA 24354-6354

SEAL SCIENCE INC
17131 DAIMLER
IRVINE, CA 92614-5508

SECURLOCK STORAGE CENTERS
320 STATE HWY 121
COPPELL, TX 75019-3882

SEMBLEX CORPORATION
199 W DIVERSEY AVENUE
ELMHURST, IL 60126-1162

SKF SEALING SOLUTIONS
PO BOX 536755
ATLANTA, GA 30353-6755

SKY-TEC
350 HOWARD CLEMMONS ROAD
GRANBURY, TX 76048-5476

SKYLINE AVIATION
SPIRIT AIRPORT, 776 NORTH BELL AVENUE
HESTERFIELD, MO 63005-3643

SKYTEL
PO BOX 2469
JACKSONVILLE, MS 39225-2469

SOUTHWESTERN GAGE INC
3151 COMMONWEALTH
DALLAS, TX 75247-6201

SPRING ENTERPRISES
2890 MALIBOU COURT
DAYTONA BEACH, FL 32128-6919

STAN JONES AVIATION
1100 AIRPORT ROAD
SALEM, IL 62881-1046

STAPLES BUSINESS ADVANTAGE
500 STAPLES DRIVE
FRAMINGHAM, MA 01702-4474

STATE COMPTROLLER
111 E. 17 STREET
AUSTIN, TX 78774-0001

STATE OF OHIO
PO BOX 16678
COLUMBUS, OH 43216-6678

STAVELEY SERVICES FLUIDS ANALYSIS
18419 EUCLID AVENUE
CLEVELAND, OH 44112-1016

STEPHANIE FINNEY
17269 CR 663
FARMERSVILLE, TX 75442-5779

STEPHEN ADAMS
2398 WILLIAM FEW PARKWAY
EVANS, GA 30809-7220

STERLING AIRCRAFT REPAIR
FORREST LANE, PO BOX 185
STERLING, AK 99672-0185

STEVE GLASS
769 FARMBROOK DRIVE
BEAVERCREEK, OH 45430-1473

STEVE WILSON
PO BOX 206
PANACEA, FL 32346-0206

STEVES AIRCRAFT
15373 JONES ROAD
WHITE CITY, OR 97503-9577

STRASBURGER & PRICE LLP
901 MAIN STREET, No. 4400
DALLAS, TX 75202-3729

STRIPMATIC PRODUCTS INC
1501 ABBEY AVENUE
CLEVELAND, OH 44113-4298

SUEZ ENERGY RESOURCES NA
PO BOX 25225
LEHIGH VALLEY, PA 18002-5225

SUPERIOR TRANSPORT
3200 N SYLVANIA AVE No. A
FORT WORTH, TX 76111-3125

Safety-Kleen
5360 Legacy Dr.
Bldg. 2, Ste. 100
Plano, TX 75024-3130

Schnader Harrison Segal & Lewis LLP
Vincent A. LaMonaca, Esq.
1600 Market St., Ste. 3600
Philadelphia, PA 19103-7212

Slick Unison
530 Blackhawk Park Ave.
Rockford, IL 61104-5136

Spirangam Ragan
215 Granite Court
Boulder City, NV 89005-1215

Strasburger & Price, LLP
c/o Stephen A. Roberts
600 Congress Avenue
Suite 1600
Austin, TX 78701-2974

Suez Energy Resources, NA
1990 Post Oak Dr., Ste 1900
Houston, TX 77056-3831

Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3877

Susan B. Hersh
Susan B. Hersh, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251-1329

TECHNI PRODUCTS INC
126 INDUSTRIAL DRIVE
EAST LONGMEADOW, MA 01028-3170

TECHNIFAX OFFICE SOLUTIONS
3220 KELLER SPRINGS No. 118
CARROLLTON, TX 75006-5903

TEX-AIR PARTS INC
3724 N COMMERCE ST
FORT WORTH, TX 76106-2710

TEXAS DUGAN L.P.
600 EAST 96TH STREET No. 100
INDIANAPOLIS, IN 46240-3792

TEXAS FIRE EXTINGUISHER INC
4825 E GRAND
DALLAS, TX 75223-2909

TEXAS NAMEPLATE
PO BOX 150499
DALLAS, TX 75315-0499

THE BLAND CO
55 BROOK STREET
WEST HARTFORD, CT 06110-2350

THE SERVICE CENTER
7301 NORTHWEST 50th STREET
BETHANY, OK 73008

THIELERT - PRE INSOLVENCY
NIERITZSTR 14
D-01097, DRESDEN GERMANY

THIELERT AG
ALBERT-EINSTEIN-RING 11
D-22761, HAMBURG GERMANY

THIELERT AIRCRAFT ENGINES GMBH
NIERITZSTR 14
D-01097, DRESDEN GERMANY

THOMAS LOCHRIDGE
1403 N 14TH STREET
HONEY GROVE, TX 75446-2024

THOMAS REPROGRAPHICS
600 N CENTRAL EXPRESSWAY
RICHARDSON, TX 75080-5316

(c)TIMSCO
1951 UNIVERSITY BUSINESS DR STE 121
MCKINNEY TX  75071-5806

TOPCAST AVIATION SUPPLY
15-F WOLD PEACE CENTRE, 55 WO TUNG TSUI
KWAI CHUNG, HONG KONG

TREVOR DAVIS
23 OUDEKRAAL ROAD
CAMPUS BAN, SOUTH AFRICA

TRUARC COMPANY LLC
125 BRONICO WAY
PHILLIPSBURG, NJ 08865-2778

TRW AUTOMOTIVE US LLC
3900 MOGADORE INDUSTRIAL PARKWAY
MOGADORE, OH 44260-1201

TULCO OILS INC
627 112TH STREET
ARLINGTON, TX 76011-7620

TW TELECOM
10475 PARK MEADOWS DRIVE
LITTLETON, CO 80124-5433

TZU-YING HO
7218 BRANBLEBUSH DRIVE
FRISCO, TX 75034-3841

Tarrant County
c/o Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Tarrant County Tax Office
100 E. Weatherford
Fort Worth, TX 76196-0001

Technifax Office Solutions
3220 Keller Springs, Ste 118
Carrollton, TX 75006-5903

Tennessee Dept. of Revenue
C/O Attorney General
P O Box 20207
Nadhville,  TN 37202-4015

Texas Dugan Limited Partnership
CO Duke Realty Limited Partnership
5495 Belt Line Road, Ste 360
Dallas, TX 75254-7644

Texas Dugan Limited Partnership
CO Duke Realty Limited Partnership
5495 Belt Line Road, Suite 360
Dallas, TX 75254-7644

Thane Ostroth
2166 Babcock Dr.
Troy, MI 48084-1302

Thielert Aircraft Engines GmbH
Vincent P. Slusher/J Seth Moore
Beirne, Maynard & Parsons, L.L.P.
1700 Pacific Ave., Suite 4400
Dallas, Texas 75201-7324

Time Warner Telecom of Texas, L.P.
15303 Dallas Parkway, Ste 610
Addison, TX 75001-4646

Time Warner Telecom of Texas, LP
15303 Dallas Parkway, Ste 610
Addison, TX 75001-4646

Trade-A-Plane
P O Box 509
Crossville,  TN 38557-0509

TriStar, Inc.
3740 E. LaSalle St.
Phoenix, AZ 85040-3976

U.S. Express Leasing, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054-1286

ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085-8311

UMPCO
7100 LAMPSON AVENUE
GARDEN GROVE, CA 92841-3914

UNISON INDUSTRIES, LLC
7575 BAYMEADOWS WAY
JACKSONVILLE, FL 32256-7525

UNITED PARCEL SERVICE
PO BOX 650580
DALLAS, TX 75265-0580

UPS SUPPLY CHAIN SOLUTIONS INC
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

US EXPRESS LEASING INC
DEPT No. 1608
DENVER, CO 80291-1608

US Express Leasing, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054-1286

UTI, UNITED STATES INC
801 HANOVER DRIVE, SUITE No. 100
GRAPEVINE, TX 76051-7681

Unisource Worldwide, Inc.
850 N Arlington Heights Rd
Itasca, IL 60143-2885

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-0996

V & L TOOL INC
2021 MCARTHUR ROAD
WAUKESHA, WI 53188-5647

VARGA ENTERPRISES INC
2350 S. AIRPORT BLVD.
CHANDLER, AZ 85286-1701

VB SEALS INC
1107 AIRPORT ROAD
AMES, IA 50010-8221

VINTAGE PROPS & JETS, INC.
601 SKYLINE DRIVE
NEW SMYRNA BEACH, FL 32168

VISION SERVICE PLAN - -SW
FILE No. 73280, PO BOX 60000
SAN FRANCISCO, CA 94160-0001

VOLARE CARBURETORS LLC
211 CHASE STREET
GIBSONVILLE, NC 27249-2877

Vickie Lynn Coy
co William Angelley
707 wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Virgin Records America, Inc.
CO Tew Cardenas, LLP
Miami Center, 26th Floor
201 South Biscayne Blvd.
Miami, FL 33131-4332

Virgin Records America, Inc.
f/u/b/o National Fire Insurance Company
William G. Burd
Atkinson & Brownell, PA
2 South Biscayne Blvd, Suite 3750
Miami, FL 33131-1804

W.W. Grainger, Inc.
7300 N. Melvina Ave., M240
Niles, IL 60714-3998

WAHIDUALLAH OSMAN
7952 EDDIE DRIVE
PLANO, TX 75025-6212

WEB TRENDS INC
851 SW 6TH AVENUE No. 600
PORTLAND, OR 97204-1343

WESTERN GAGE CORPORATION
3316-A MAYA LINDA
CAMARILLO, CA 93012-8776

WESTERN MANUFACTURING CO
28355 INDUSTRY DRIVE, UNIT 420
VALENCIA, CA 91355-4139

WESTERN SKYWAYS
21 CREATIVE PLACE
MONTROSE, CO 81401-6330

WILLIAM BLACKWOOD
620 N COPPELL ROAD No. 4104
COPPELL, TX 75019-2055

WILLIAM CANNON
1 WALDEN COURT
THE COLONY, TX 75056-3624

WILLIAM E BUCKLEY
835 CAMP JOHNSON ROAD
ORANGE PARK, FL 32065-5832

WILLIAM PETERSON
2720 GRAYSTONE DRIVE
FLOWER MOUND, TX 75028-7588

WINSTED PRECISION BALL COMPANY
159 COLEBROOK RIVER ROAD
WINSTED, CT 06098-2203

WISE AVIATION SERVICES
301 AIRPORT DRIVE, DECATUR MUNICIPAL AIR
DECATUR, TX 76234

WITHERINGTON PROPERTIES
3511 SILVERSIDE RD, SUTIE 105
WILMINGTON, DE 19810-4902

WSK KALISZ
UL. CZESTOCHOWSKA 140
62-800, KALASZ, POLAND

WYANDOTTE INDUSTRIES, INC.
4625 13th STREET
WYANDOTTE, MI 48192-7089

William G. Burd
Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131-1804

William R. Bowers
2834 Orange Picker Rd.
Jacksonville, FL 32223-2685

Wrico Stamping Co. of Texas
650 Industrial Blvd.
Grapevine, TX 76051-3998

YELLOW FREIGHT SYSTEM, INC.
PO BOX 5901
TOPEKA, KS 66605-0901

Z PACKAGING INC
1402 DUNN DR
CARROLLTON, TX 75006-6953

ZEPHYR AIRCRAFT ENGINES
39320 AVENUE B, MUNICIPAL AIRPORT
ZEPHYRHILLS, FL 33540

Zanzi, S.p.A.
C/O Larry K. Hercules, Esq.
1400 Preston Road, Suite 280
Plano, Texas 75093-5185

tw telecom inc.
co Linda Boyle
10475 Park Meadows, Dr., No. 400
Littleton, CO 80124-5454

Duane J. Brescia
Strasburger & Price LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701-2974

Robert P. Franke
Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, TX 75202-3794

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701-2974

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accounts          Internal Revenue Service            (d)State Comptroller of Public Accts.
111 E 17th St                           Special Procedures - Insolvency     Revenue Acct. Div - Bankruptcy
Austin, TX 78774-0100                    PO Box 21126                        P.O. Box 13528 Capital Station
                                         Philadelphia, PA 19114              Austin, TX 78711

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

TIMSCO
9893 W UNIVERSITY DRIVE, No. 121
MCKINNEY, TX 75071

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AICCO, Inc.                          (u)Ace Grinding & Machine Co.       (u)Aviall, Inc.

(u)Combustion Technologies, Inc.        (u)Dallas County                    (u)Dr. Achim Ahrent, as Insolvency Administra

(u)Federal Aviation Administration (FAA)   (u)MAHLE Engine Components USA, Inc.   (u)Thielert AG

(u)Thielert Aircraft Engines GmbH       (u)Virgin Records America, Inc.     (u)Virgin Records of America, Inc.

(u)Wrongful Death Claimants             (u)Avco Corporation                 (d)City Water International, Ltd.
                                                                            PO Box 319
                                                                            Elma, NY 14059-0319

(d)Eaton Corporation
Global Trade Credit
1111 Superior Avenue
Cleveland, OH 44114-2522

(d)International Business Systems
90 Blue Ravine Rd.
Folsom, CA 95630-4728

(u)KING ENGINE BEARINGS LTD
10 HAAVATZ ST
KIRYAT GAT, ISREAL 82101

(d)LaBrie Commercial Cleaning
PO Box 833778
Richardson, TX 75083-3778

(d)National City Commercial Capital Company
995 Dalton Ave.
Cincinnati, OH 45203-1101

(d)Suez Energy Resources, NA
1990 Post Oak Dr., Suite 1900
Houston, TX 77056-3831

(u)Textron Inc.

(u)Various

(d)Web Trends
851 SW 6th Ave., No. 600
Portland, OR 97204-1343

(d)ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVERA, ITALY

(d)Anita F. McMahon
1646 Belmont Avenue
Baton Rouge, LA 70808-1004

End of Label Matrix
Mailable recipients    509
Bypassed recipients     26
Total                  535