BTXN 104a (rev. 10/99)

Receipt No.: _____

Initials: _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

                        § 
                        §  Case No.:
                        §
                        §
                        §
Debtor(s)    §

## AMENDED
## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name:  Toering          Gordon          J.
              *Last*          *First*          *MI*

2. Firm Name:  Warner Norcross & Judd LLP

3. Address:  900 Fifth Third Center

   111 Lyon Street, NW

   Grand Rapids, MI  49503

4. Phone:  616-752-2185          FAX:  616-222-2185

5. Name used to sign *all* pleadings:  Gordon J. Toering

6. Retained by:  MAHLE Engine Components USA, Inc.

7. Admitted on  5/18/1992  and presently a member in good standing of the bar of the highest court of the state of  Michigan  and issued the bar license number of  P46409 .

8. Admitted to practice before the following courts:

   | *Court:* | *Admission Date:* |
   |---|---|
   | U.S. District Court-W.D. Michigan | 1992 |
   | U.S. District Court-E.D. Michigan | 1998 |
   | U.S. District Court-N.D. Illinois | 2004 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

13. Local counsel of record: __Vickie L. Driver_____

14. Local counsel's address: __Pronske & Patel, P.C._____
    _____1700 Pacific Avenue, Suite 2260, Dallas, Texas 75201_____

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankrutpcy Court accompanied with the $25.00 filing fee on _____.


Gordon J. Toering                                         2/17/09
Printed Name of Applicant                                 Date

*[signature]*
Signature of Applicant