Laurie A. Spindler, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, Texas 75201
(214) 880-0089 Telephone
(469) 221-5002 Facsimile

Attorneys for City of Coppell, Coppell ISD,
Dallas County and Tarrant County

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | **Case No. 08-36705** |
| Debtor. | § | |

### AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the City of Coppell, Coppell ISD, Dallas County and Tarrant County's Limited Objection to Debtor's Motion to Sell Substantially All of Debtor's Assets Free and Clear of Liens was served electronically through the Court's electronic case filing system or via facsimile upon: Superior Air Parts, Inc., 621 South Royal Lane, Suite 100, Coppell, Texas, 75019, attn: Mr. Kent Abercrombie, Facsimile: (972) 829-4674; email: kabercrombie@superiorairparts.com; Stephen A. Roberts, Strasburger & Price, LLP, 600 Congress Avenue, Suite 1600, Austin, Texas 78701, Facsimile: (512) 536-5723, email: stephen.roberts@strasburger.com; Deirdre B. Ruckman, Gardere Wynne Sewell, LLP, 1601 Elm Street, Suite 3000, Dallas, Texas 75201, Facsimile: (214) 999-4667 and David W. Parham, Baker & McKenzie, LLP, 2001 Ross Avenue, Suite 2300, Dallas, Texas 75201; Facsimile: (214) 978-3099, email: david.w.parham@bakernet.com on this 17th day of February 2009.

    Respectfully submitted,

    Linebarger Goggan Blair & Sampson, LLP
    2323 Bryan St., Suite 1600
    Dallas, TX 75201
    Ph. No. (214) 880-0089
    Fax No. (469) 221-5002
    laurie.spindler@publicans.com

By:    /s/Laurie A. Spindler
    Laurie A. Spindler (SBN 24028720)

    ATTORNEYS FOR CITY OF COPPELL,
    COPPELL ISD, DALLAS COUNTY AND
    TARRANT COUNTY