**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

February 04, 2009

Stephen A Roberts
Strasburger & Price, LLP
600 Congress, Suite 1600,
Austin, TX 78701

Re: Superior Air Parts, Inc., Debtor vs. WPD 58 LLC

Case No 08-36705

Dear Mr. Roberts,

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of WPD 58 LLC

Accordingly, we are returning the documents received from you.

Very truly yours,

Anna Stewart
Process Specialist

Log# 514395098

FedEx Tracking# 790156957202

cc: Texas Northern District United States Bankruptcy Court
    147 Mahon U.S. Courthouse,
    501 W 10th Street,
    Fort Worth, TX 76102-3643