**CT Corporation**

1209 Orange Street  
Wilmington, DE 19801

302 777 0220 tel  
800 677 3394 toll free  
www.ctlegalsolutions.com

February 04, 2009

Stephen A. Roberts  
Strasburger & Price, LLP  
600 Congress, Suite 1600,  
Austin, TX 78701

Re: Superior Air Parts, Inc., Debtor vs. P C L Inc

Case No. 08-36705

Dear Mr. Roberts,

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of P C L Inc. Currently, the state lists Delaware Registry, Ltd. as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Anna Stewart  
Process Specialist

Log# 514395379

FedEx Tracking# 798083895956

cc: Texas Northern District United States Bankruptcy Court  
    147 Mahon U S Courthouse,  
    501 W 10th Street,  
    Fort Worth, TX 76102-3643