**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

February 04, 2009

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress, Suite 1600,
Austin, TX 78701

Re: Superior Air Parts, Inc , Debtor vs Stella Australis Inc

Case No  08-36705

Dear Mr Roberts,

We are herewith returning the Notice of Auction and Hearing Letter which we received regarding the above captioned matter

Stella Australis Inc is not listed on our records or on the records of the State of DE.

Very truly yours,

Anna Stewart
Process Specialist

Log# 514395454

FedLx Tracking# 791209600920

cc: Texas Northern District United States Bankruptcy Court
     147 Mahon U.S Courthouse,
     501 W. 10th Street,
     Fort Worth, TX 76102-3643