**CT Corporation**

1209 Orange Street  302 777 0220 tel
Wilmington, DE 19801  800 677 3394 toll free
www.ctlegalsolutions.com

February 04, 2009

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress, Suite 1600,
Austin, TX 78701

Re  Superior Air Parts, Inc , Debtor vs  Unknown Entity

Case No  08-36705

Dear Mr. Roberts,

The Corporation Trust Company received the enclosed Notice of Auction and Hearing Letter.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended  Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

*[signature]*
Anna Stewart
Process Specialist

Log# 514399520

FedEx Tracking# 798083952290

cc. Texas Northern District United States Bankruptcy Court
    147 Mahon U.S. Courthouse,
    501 W 10th Street,
    Fort Worth, TX  76102-3643