**CT Corporation**

1209 Orange Street  302 777 0220 tel
Wilmington, DE 19801  800 677 3394 toll free
www.ctlegalsolutions.com

February 04, 2009

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress, Suite 1600,
Austin, TX 78701

Re: Superior Air Parts, Inc., Debtor vs Noble Trevor B

Case No. 08-36705

Dear Mr. Roberts,

We are herewith returning the Notice of Auction and Hearing Letter which we received regarding the above captioned matter

Noble Trevor B is not listed on our records or on the records of the State of DE.

Very truly yours,

Anna Stewart
Process Specialist

Log# 514398641

FedEx Tracking# 790648765336

cc: Texas Northern District United States Bankruptcy Court
    147 Mahon U.S. Courthouse,
    501 W 10th Street,
    Fort Worth, TX 76102-3643