SERVICE LIST: Superior Air Parts, Inc.

Deirdre B. Ruckman, Esq.;AVCO
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, Texas 75201

Howard A. Borg, Esq.
Ass't US Attorney for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Laurie A. Spindler, Esq.
Linebarger, Goggan et al, LLP
2323 Bryan Street, Suite 1600
Dallas, Texas 75201

Anita F. McMahon
1646 Belmont Avenue
Baton Rouge, LA 70808

Michael L. Jones, Esq.
Henry & Jones, LLP
2902 Carlisle Street, Suite 150
Dallas, Texas 75204

Chester B. Saloman, Esq.
Stevens & Lee
485 Madison Avenue, 20th Floor
New York, NY 10022

Gordon J. Toering, Esq.
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

Linda Boyle, Esq.
TW Telecom, Inc.
10475 Park Meadows Drive, #400
Littleton, Colorado 80124

Vincent Slusher/J. Seth Moore, Esq.
Beirne Maynard & Parsons, LLP
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201

Susan B. Hersh, Esq.
SUSAN B. HERSH, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251

Elliott D. Schuler, Esq.
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201