**Explanation To Proof of Claim**

**The claim for $1,431,531.76 represents finished manufactured valves for airplane engines, work in progress and materials with specification standards acquired by Zanzi, S.p.A. prior to December 29, 2008, pursuant to Purchase Orders executed by Debtor.**