Superior Air Parts
Final accounts

| Total claims splitted | 1 € = 1,3 $ |
|---|---:|
| Credit payables | 7,882.06 |
| Stock value | 664,421.33 |
| WIP value | 679,447.11 |
| Materials value | 87,663.33 |
| Total claim | 1,431,531.76 |

Zanzi SpA - Ivrea (TO) Italy                                                                                                    Date 24th January 2009

Superior Air Parts

Stock value of pending orders

| ZANZI Code | Superior CODE | Purchase order no. | Ordered quantity | Shipped quantity | stock quantity | Basic price € | Extra chrage material € | Total price € | Total price $ | Total amount € | Total amount $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1 € = 1,3 $ | | 1 € = 1,3 $ |
| SUP/003/L | SA646460 | 104945 | 1300 | 531 | 230 | 46.81 | 6.8 | 53.61 | 69.693 | 12330.3 | 16,029.39 |
| SUP/004/S | SA539988 | 104943 | 6500 | 0 | 3922 | 18.07 | 0.35 | 18.42 | 23.946 | 72243.24 | 93,916.21 |
| SUP/005/J | SA10204 | 104941 | 2400 | 0 | 1692 | 32.19 | 0.51 | 32.7 | 42.51 | 55328.4 | 71,926.92 |
| SUP/006/AA | SA643873 | 104946 | 9600 | 0 | 2256 | 42.99 | 10.59 | 53.58 | 69.654 | 120876.48 | 157,139.42 |
| SUP/007/M | SA646459 | 104944 | 1000 | 357 | 1488 | 18.73 | 0.37 | 19.1 | 24.83 | 28420.8 | 36,947.04 |
| SUP/009/D | SA65160 | 104939 | 400 | 100 | 226 | 40.66 | 0.51 | 41.17 | 53.521 | 9304.42 | 12,095.75 |
| SUP/010/E | SA65140 | 104940 | 300 | 0 | 300 | 23.43 | 0.27 | 23.7 | 30.81 | 7110 | 9,243.00 |
| SUP/012/K | SA641792 | 104942 | 2400 | 0 | 2294 | 17.43 | 0.27 | 17.7 | 23.01 | 40603.8 | 52,784.94 |
| SUP/015/T | SL16740A | 104957 | 1300 | 0 | 1033 | 61.82 | 10.95 | 72.77 | 94.601 | 75171.41 | 97,722.83 |
| SUP/017/P | SL19001A | 104955 | 5900 | 0 | 575 | 53.48 | 10.56 | 64.04 | 83.252 | 36823 | 47,869.90 |
| SUP/018/N | SL13622 | 104956 | 300 | 0 | 390 | 27.03 | 0.68 | 27.71 | 36.023 | 10806.9 | 14,048.97 |
| SUP/019/E | SL15314 | = | 0 | 0 | 402 | 0 | 0 | 0 | 0 | - | - |
| SUP/021/F | SL11901 | 104949 | 700 | 0 | 1114 | 17.85 | 0 | 17.85 | 23.205 | 19884.9 | 25,850.37 |
| SUP/023/U | SL73938 | 104954 | 3700 | 0 | 1139 | 18.44 | 0.7 | 19.14 | 24.882 | 21800.46 | 28,340.60 |
| SUP/022/D | SL19034 | 104950 | 1600 | 499 | 6 | 54.49 | 10.38 | 64.87 | 84.331 | 389.22 | 505.99 |
| | | | | | | | | | TOTAL | 511,093.33 | 664,421.33 |

Superior Air Parts
WIP value of pending orders

| Zanzi Code | Superior Code | Operation code | Operation Description | Quantity | wip cost | material surcharge | final wip cost € | final wip cost $ | total amount in € | total amount in $ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 1 € = 1,3 $ | | 1 € = 1,3 $ |
| SUP/015/R | SL16740 | 00754 | COLLAUDO RES. MECC.(TRAZIONE) | 258 | 29.32 | 10.95 | 40.27 | 52.35 | 10,388.67 | 14,544.13 |
| SUP/015/R | SL16740 | 00205 | RINVENIMENTO DOPO SALD. | 9 | 34.64 | 10.95 | 45.59 | 59.26 | 410.29 | 574.41 |
| SUP/022/F | SL19034 | 00250 | TEMPRA ESTREMITA' STELO | 1095 | 39.17 | 10.38 | 49.55 | 64.41 | 54,257.02 | 75,959.83 |
| SUP/023/U | SL73938 | 00754 | COLLAUDO RES. MECC.(TRAZIONE) | 2561 | 4.73 | 0.70 | 5.43 | 7.06 | 13,910.06 | 19,474.09 |
| SUP/004/S | SA53998 | 00620 | STAMPIGLIATURA | 2578 | 16.74 | 0.35 | 17.09 | 22.22 | 44,067.97 | 61,695.16 |
| SUP/005/J | SA10204 | 00741 | COLLAUDO VISIVO E FORMA | 708 | 30.61 | 0.51 | 31.12 | 40.45 | 22,029.56 | 30,841.38 |
| SUP/012/K | SA641792 | 00754 | COLLAUDO RES. MECC.(TRAZIONE) | 106 | 4.14 | 0.27 | 4.41 | 5.73 | 466.97 | 653.75 |
| SUP/009/D | SA65160 | 00211 | SOLUBILIZZAZIONE | 74 | 4.94 | 0.51 | 5.45 | 7.09 | 403.35 | 564.69 |
| SUP/003/L | SA646460 | 00501 | COLL. LIQUIDI PENET. DOPO SALDATURA | 443 | 20.10 | 6.80 | 26.90 | 34.97 | 11,915.19 | 16,681.27 |
| SUP/003/L | SA646460 | 00250 | TEMPRA ESTREMITA' STELO | 50 | 32.81 | 6.80 | 39.61 | 51.49 | 1,980.35 | 2,772.49 |
| SUP/006/AA | SA643873 | 00610 | RETT. SGROSSATURA STELO | 1958 | 32.83 | 10.59 | 43.42 | 56.45 | 85,019.05 | 119,026.66 |
| SUP/017/P | SL19001A | 00700 | COLLAUDO LIQUIDI PENETRANTI | 1102 | 51.06 | 10.56 | 61.62 | 80.11 | 67,908.22 | 95,071.51 |
| SUP/017/P | SL19001A | 00168 | PREPARAZIONE SODIO | 1053 | 26.13 | 10.56 | 36.69 | 47.70 | 38,634.92 | 54,088.88 |
| SUP/017/P | SL19001A | 00631 | RETTIFICA GOLA | 1224 | 47.32 | 10.56 | 57.88 | 75.24 | 70,844.02 | 99,181.63 |
| SUP/017/P | SL19001A | 00754 | COLLAUDO RES. MECC.(TRAZIONE) | 517 | 28.32 | 10.56 | 38.88 | 50.54 | 20,100.96 | 28,141.34 |
| SUP/017/P | SL19001A | 00250 | TEMPRA ESTREMITA' STELO | 830 | 38.57 | 10.56 | 49.13 | 63.87 | 40,777.90 | 57,089.06 |
| SUP/003/L | SA646460 | 00640 | RETT. FINITURA STELO | 46 | 41.13 | 6.80 | 47.93 | 62.31 | 2,204.87 | 3,086.81 |
| | | | | | | | | TOTAL | 485,319.36 | 679,447.11 |

Superior Air Parts
Material for balance pending orders

| Materials | kgs in stock for balace | Price per kg | Totale value € | Total value $ |
|---|---|---|---|---|
| | | | | 1 € = 1,3 $ |
| Nimonic 80A diam. 11,3 mm | 1669 | 32.97 | 55,026.93 | 71,535.01 |
| Nimonic 80A diam. 13,1 mm | 185 | 32.44 | 6,001.40 | 7,801.82 |
| Stellite VF4 | 150 | 42.70 | 6,405.00 | 8,326.50 |
| | | TOTAL | 67,433.33 | 87,663.33 |

Zanzi SpA - Ivrea (TO) - Italy                                                                                                   Date 24th January 2009