# zanzi

Order acknowledgment    : GE 313677  21/12/07  Rev.:  1    of:   26/05/08                    Page    :              1
Your P.O.               : 104939  24/10/07
Your P.O.  Rev.         : OF 22/05/2008
Customer code           : 067

                                                        Messrs

                                                        SUPERIOR AIR PARTS Inc.
                                                        621 South Royal Lane-Suite 100
                                                        COPPELL, TEXAS 75019-3805      US USA

Payment terms           : 00F110 60 DAYS NET FROM INVOICE DATE

Transport               : BY AIRFREIGHT                        Consignee :
Delivery terms          : C & F DFW AIRPORT
Carrier                 : PANALPINA c/o CHRONO EXPRESS

Our Bank                : INTESA SANPAOLO SPA  NEW YORK         Currency:  USD DOLLAR
Residuo in Ordine

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|-----------|----------|-------------|----------|-----|
| PFSUP/009/D | DRG. SA65160 REV. D - VALVES COMM. 21709 - BULK | N.  100,00 | 40,66000 | | 4.066,00 | 27/02/09 | 8 |
| PFSUP/009/D | DRG. SA65160 REV. D - VALVES COMM. 21709 - BULK | N.  200,00 | 40,66000 | | 8.132,00 | 31/03/09 | 8 |
| Note | ALL BULK PACKAGED | | | | | | |
| | UNIT MATERIAL SURCHARGE $ 0.51 (KINDLY REFER TO MR.A.MAGLIONE E-MAIL DATED 6/08/07 | | | | | | |
| | UNIT PRICES AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S. DOLLARS AT THE EXCHANGE RATE OF 1E = 1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE. (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/ eurofxref/html/index.en.html) | | | | | | |
| | REV. 1 TO CHANGE DELIVERIES ITEMS 2-3)AND QUANTITY ITEM 3) | | | | | | |

                    Total amount of supply        :                        USD       12.198,00

Zanzi S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 €I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

PURCHASE ORDER

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

Order number   104939

| Supplier | Order date | Print date |
|----------|-----------|-----------|
| 104313 | 10/24/07 | 5/21/08 |

Delivery address

Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address

ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer

Jeff Lochridge

To:

ANDREA MAGLIONE

Terms of payment
Net 60 Days

Internal Authorization

Manner of transport   Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|
| ALL BULK PACKAGED | | | | | |
| SA65160   VALVE | | | | | |
| Rev D | 100   EA | 02/29/08 | 40.660 | | Y |
| | | | Line value: | | 4066.00 |
| SA65160   VALVE | | | | | |
| Rev D | 200   EA | 03/31/08 | 40.660 | | Y |
| | | | Line value: | | 8132.00 |

PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 05/21/08: REVISED PO TO MATCH SAP FORECAST.

Order total:   12198.00

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

| Acknowledgement: | Sign and return by FAX to 1-866-743-3558 | 5/26/08 |
|------------------|------------------------------------------|---------|
| Signature | | Date |

# ZANZI

```
Order acknowledgment   : GE 313677  21/12/07   Rev.:       Of:                    Page    :           1
Your P.O.              : 104939  24/10/07
Your P.O.  Rev.        :
Customer code          : 067
```

```
                                                         Messrs

                                                              SUPERIOR AIR PARTS Inc.
                                                              621 South Royal Lane-Suite 100
                                                                 COPPELL,  TEXAS 75019-3805    US USA
```

```
Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                          Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA  NEW YORK          Currency:  USD DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | V. |
|------|-------------|----------|------------|----------|-------------|----------|----|
| PFSUP/009/D | DRG. SA65160 REV. D | N. 100,00 | 40,66000 | | 4.066,00 | 31/03/08 | |
| | VALVES | | | | | | |
| | COMM. 21709 | | | | | | |
| PFSUP/009/D | DRG. SA65160 REV. D | N. 100,00 | 40,66000 | | 4.066,00 | 30/05/08 | |
| | VALVES | | | | | | |
| | COMM. 21709 | | | | | | |
| PFSUP/009/D | DRG. SA65160 REV. D | N. 100,00 | 40,66000 | | 4.066,00 | 31/07/08 | |
| | VALVES | | | | | | |
| | COMM. 21709 | | | | | | |
| PFSUP/009/D | DRG. SA65160 REV. D | N. 100,00 | 40,66000 | | 4.066,00 | 31/10/08 | |
| | VALVES | | | | | | |
| | COMM. 21709 | | | | | | |
| Note : | ALL BULK PACKAGED | | | | | | |
| | . | | | | | | |
| | UNIT MATERIAL SURCHARGE $ 0.51 | | | | | | |
| | (KINDLY REFER TO MR.A.MAGLIONE | | | | | | |
| | E-MAIL DATED 6/08/07 | | | | | | |
| | . | | | | | | |
| | UNIT PRICES AND EXTRA PRICING | | | | | | |
| | FOR MATERIAL SURCHARGE IN | | | | | | |
| | U.S. DOLLARS AT THE EXCHANGE | | | | | | |
| | RATE OF 1E = 1$ TO BE FURTHER | | | | | | |
| | CONVERTED AT THE EXCHANGE | | | | | | |
| | RATE OF THE PREVIOUS DAY OF | | | | | | |
| | INVOICING DATE. | | | | | | |
| | (KINDLY REFER TO THE FOLLOWING | | | | | | |
| | LINK: | | | | | | |
| | www.ecb.int/stats/exchange/ | | | | | | |

**Zanzi s.p.A.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

```
Order acknowledgment   : GE  313677  21/12/07   Rev.:      Of:                              Page   :        2
Your P.O.              : 104939  24/10/07
Your P.O.  Rev.        :
```

| | eurofxref/html/index.en.html) | | | | | | |
|---|---|---|---|---|---|---|---|

Total amount of supply        :                                              USD        16.264,00

# PURCHASE ORDER

**Order number** 104939

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|----------|-----------|-----------|
| 104313 | 10/24/07 | 10/24/07 |

| Delivery address | Order address |
|------------------|---------------|
| Superior Air Parts Inc.<br>621 South Royal Lane<br>Suite 100<br>Coppell TX 75019-3805 | ZANZI S.p.A.<br>CORSO VERCELLI, 159<br>10015 IVREA<br>ITALY |

| Buyer | To: |
|-------|-----|
| JEFF LOCHRIDGE        PURCHASING | ANDREA MAGLIONE |

| Terms of payment | Internal Authorization |
|------------------|------------------------|
| Net 60 Days | |

Manner of transport  Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|

ALL BULK PACKAGED

| Product | Quantity | | Del.date | Price | | Discount | Prev. |
|---------|----------|---|----------|-------|---|----------|-------|
| . SA65160<br>Rev D | 100 | EA | VALVE<br>03/31/08 | ~~54,890~~ | 40,66 | | N |
| | | | | Line value: | | ~~5489,00~~ 4.066,00 | |
| . SA65160<br>Rev D | 100 | EA | VALVE<br>05/30/08 | ~~54,890~~ | 40,66 | | N |
| | | | | Line value: | | ~~5489,00~~ 4.066,00 | |
| . SA65160<br>Rev D | 100 | EA | VALVE<br>07/31/08 | =~~54,890~~ | 40,66 | | N |
| | | | | Line value: | | ~~5489,00~~ 4.066,00 | |
| . SA65160<br>Rev D | 100 | EA | VALVE<br>10/31/08 | ~~54,890~~= | 40,66 | | N |
| | | | | Line value: | | ~~5489,00~~ 4.066,00 | |

**Order total:**          ~~21956,00~~  16.264,0(

Unit material surcharge $ 0.51 (Kindly refer to Mr.A. Maglione e-mail dated 6/06/07
Unit prices and extra pricing for material surcharge in U.S. $ at the exchange rate
1E=1$ to be further converted at the exchange rate of the previous day of invoicing
date. (Kindly refer to the following link: www.ecb.int/stats/exchange/eurofxref/html
index.en.html)

**** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual ****

| Acknowledgement: | Sign and return by FAX to<br>1-866-743-3558 | |
|------------------|---------------------------------------------|---|
| Signature | | 12/21/2007<br>Date |

# zanzi

| Order acknowledgment | : GE 313675  21/12/07 Rev.: 1  Of: 26/05/08 | Page : | 1 |
| Your P.O. | : 104940  24/10/07 | | |
| Your P.O.  Rev. | : 22/05/2008 | | |
| Customer code | : 067 | | |

Messrs

SUPERIOR AIR PARTS Inc.
621 South Royal Lane-Suite 100
COPPELL,  TEXAS 75019-3805    US USA

| Payment terms | : 00F110 60 DAYS NET FROM INVOICE DATE | |
| | | |
| Transport | : BY AIRFREIGHT | Consignee : |
| Delivery terms | : C & F DFW AIRPORT | |
| Carrier | : PANALPINA c/o CHRONO EXPRESS | |
| | | |
| Our Bank | : INTESA SANPAOLO SPA  NEW YORK | Currency:  EUR  EURO |

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| PFSUP/010/E | DRG. SA65140 REV. E - VALVES COMM. 21710 - BULK | N.   100,00 | 23,43000 | | 2.343,00 | 27/02/09 | E |
| PFSUP/010/E | DRG. SA65140 REV. E - VALVES COMM. 21710 - BULK | N.   200,00 | 23,43000 | | 4.686,00 | 31/03/09 | E |
| Note : | ALL BULK PACKAGED | | | | | | |
| | . | | | | | | |
| | UNIT MATERIAL SURCHARGE $ 0.27 | | | | | | |
| | (KINDLY REFER TO MR.A.MAGLIONE | | | | | | |
| | E-MAIL DATED 6/08/07 | | | | | | |
| | . | | | | | | |
| | UNIT PRICES AND EXTRA PRICING | | | | | | |
| | FOR MATERIAL SURCHARGE IN | | | | | | |
| | U.S. DOLLARS AT THE EXCHANGE | | | | | | |
| | RATE OF 1E = 1$ TO BE FURTHER | | | | | | |
| | CONVERTED AT THE EXCHANGE | | | | | | |
| | RATE OF THE PREVIOUS DAY OF | | | | | | |
| | INVOICING DATE. | | | | | | |
| | (KINDLY REFER TO THE FOLLOWING | | | | | | |
| | LINK: | | | | | | |
| | www.ecb.int/stats/exchange/ | | | | | | |
| | eurofxref/html/index.en.html) | | | | | | |
| | . | | | | | | |
| | REV.1 TO CHANGE DELIVERIES | | | | | | |
| | ITEM 1-2) AND QUANTITY ITEM 2) | | | | | | |

| Total amount of supply | : | USD | 7.029,00 |

Zanzi S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

PURCHASE ORDER

Order number **104940**

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

Delivery address

Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address

ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer

Jeff Lochridge

To:

ANDREA MAGLIONE

Terms of payment
Net 60 Days

Internal Authorization

Manner of transport   Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| ALL BULK PACKAGED. | | | | | |
| SA65140 | | VALVE, INTAKE | | | |
| Rev E | 100   EA | 02/27/08 | 23.430 | | Y |

Line value:   2343.00

| | | | | | |
|---|---|---|---|---|---|
| SA65140 | | VALVE, INTAKE | | | |
| Rev E | 200   EA | 03/31/08 | 23.430 | | Y |

Line value:   4686.00

PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 05/21/08: REVISED PO TO MATCH SAP FORECAST.

Order total:   7029.00

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

| Acknowledgement: | Sign and return by FAX to 1-866-743-3558 | |
|---|---|---|
| Signature | | 5/26/08 Date |

**ZANZI**

Order acknowledgment   : GE  313675  21/12/07   Rev.:        Of:                                    Page    :              1
Your P.O.              : 104940   24/10/07
Your P.O.  Rev.        :
Customer code          : 067

                                                                    Messrs

                                                              SUPERIOR AIR PARTS Inc.
                                                          621 South Royal Lane-Suite 100
                                                              COPPELL,  TEXAS 75019-3805     US USA

Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                              Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA  NEW YORK              Currency:  USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| PFSUP/010/E | DRG. SA65140 REV. E<br>VALVES<br>COMM. 21710 | N.   100,00 | 23,43000 | | 2.343,00 | 30/05/08 | 8: |
| PFSUP/010/E | DRG. SA65140 REV. E<br>VALVES<br>COMM. 21710 | N.   100,00 | 23,43000 | | 2.343,00 | 31/07/08 | 8: |
| PFSUP/010/E | DRG. SA65140 REV. E<br>VALVES<br>COMM. 21710 | N.   100,00 | 23,43000 | | 2.343,00 | 31/10/08 | 8: |
| Note     : | ALL BULK PACKAGED<br><br>UNIT MATERIAL SURCHARGE $ 0.27<br>(KINDLY REFER TO MR.A.MAGLIONE<br>E-MAIL DATED 6/08/07<br>.<br>UNIT PRICES AND EXTRA PRICING<br>FOR MATERIAL SURCHARGE IN<br>U.S. DOLLARS AT THE EXCHANGE<br>RATE OF 1E = 1$ TO BE FURTHER<br>CONVERTED AT THE EXCHANGE<br>RATE OF THE PREVIOUS DAY OF<br>INVOICING DATE.<br>(KINDLY REFER TO THE FOLLOWING<br>LINK:<br>www.ecb.int/stats/exchange/<br>eurofxref/html/index.en.html) | | | | | | |

                        Total amount of supply    :                              USD        7.029,00

**Zanzi s.p.a.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

**PURCHASE ORDER**      Order number   **104940**

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 10/24/07 |

| Delivery address | Order address |
|---|---|
| Superior Air Parts Inc.<br>621 South Royal Lane<br>Suite 100<br>Coppell TX 75019-3805 | ZANZI S.p.A.<br>CORSO VERCELLI, 159<br>10015 IVREA<br>ITALY |

| Buyer | To: |
|---|---|
| JEFF LOCHRIDGE        PURCHASING | ANDREA MAGLIONE |

| Terms of payment | Internal Authorization |
|---|---|
| Net 60 Days | *[signature]* |

Manner of transport   Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| ALL BULK PACKAGED. | | | | | |
| . SA65140<br>Rev E | 100 EA | VALVE, INTAKE<br>05/30/08 | ~~31,630~~ 23,43 | | Y |
| | | | Line value: | ~~3163,00~~ 2343,00 | |
| . SA65140<br>Rev E | 100 EA | VALVE, INTAKE<br>07/31/08 | ~~31,630~~ 23,43 | | Y |
| | | | Line value: | ~~3163,00~~ 2343,00 | |
| . SA65140<br>Rev E | 100 EA | VALVE, INTAKE<br>10/31/08 | ~~31,630~~ 23,43 | | N |
| | | | Line value: | ~~3163,00~~ 2343,00 | |

**Order total:**      ~~=9489,00~~ 7029

Unit material surcharge $ 0.27 (Kindly refer to MR. A. Maglione e-mail dated 6/08/

Unit prices and extra pricing for material surcharge in U.S. Dollars at the exchan
rate of 1E = 1$ to be further converted at the exchange rate of the previous day o
invoicing date. (Kindly refer to the following link: www.ecb.int/stats/exchange/
eurofxref/html/index.en.html)

**\*\* All Suppliers must comply with QAM003 Superior's Quality Requirements Manual \*\***

| Acknowledgement: | Sign and return by FAX to<br>1-866-743-3558 | |
|---|---|---|
| Signature *[signature]* | Date | 12 21 2007 |

**zanzi**

```
Order acknowledgment  : GE  313682  21/12/07  Rev.:  2   of: 26/05/08                        Page  :        1
Your P.O.             : 104941  24/10/07
Your P.O. Rev.        : OF 21/05/2008
Customer code         : 067
```

```
                                                          Messrs

                                               SUPERIOR AIR PARTS Inc.

                                               621 South Royal Lane-Suite 100

                                               COPPELL,  TEXAS 75019-3805      US USA
```

```
Payment terms      : 00F110 60 DAYS NET FROM INVOICE DATE

Transport          : BY AIRFREIGHT                        Consignee :
Delivery terms     : C & F DFW AIRPORT
Carrier            : PANALPINA c/o CHRONO EXPRESS

Our Bank           : INTESA SANPAOLO SPA  NEW YORK                    Currency: USD DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/005/K | DRG. SA10204 REV. K<br>EXHAUST VALVES<br>COMM. 21711 - BULK | N.  300,00 | 32,19000 | | 9.657,00 | 31/12/08 | 8 |
| PFSUP/005/K | DRG. SA10204 REV. K<br>EXHAUST VALVES<br>COMM. 21711 - BULK | N.  300,00 | 32,19000 | | 9.657,00 | 30/01/09 | 8 |
| PFSUP/005/K | DRG. SA10204 REV. K<br>EXHAUST VALVES<br>COMM. 21711 - BULK | N.  300,00 | 32,19000 | | 9.657,00 | 27/02/09 | 8 |
| PFSUP/005/K | DRG. SA10204 REV. K<br>EXHAUST VALVES<br>COMM. 21711 - BULK | N.  1500,00 | 32,19000 | | 48.285,00 | 31/03/09 | 8 |
| Note : | ALL BULK PACKAGED<br><br>UNIT MATERIAL SURCHARGE $ 0.51<br>(KINDLY REFER TO MR.A.MAGLIONE<br>E-MAIL DATED 6/08/07)<br>.<br>.<br>UNIT PRICES AND EXTRA PRICING<br>FOR MATERIAL SURCHARGE IN<br>U.S. DOLLARS AT THE EXCHANGE<br>RATE OF 1E=1$ TO BE FURTHER<br>CONVERTED AT THE EXCHANGE<br>RATE OF THE PREVIOUS DAY OF<br>INVOICING DATE.<br>(KINDLY REFER TO THE FOLLWING<br>LINK:<br>www.ecb.int/stats/exchange/ | | | | | | |

**Zanzi S.p.A.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

**zanzi**

der acknowledgment  : GE  313682  21/12/07  Rev.:  2    of: 26/05/08                                    Page  :            2
Your P.O.             : 104941  24/10/07
Your P.O.  Rev.   :  OF 21/05/2008

```
|   | eurofxref/html/index.en.html) |             |             |             |             |
|   | .                             |             |             |             |             |
|   | REVISION N.1 TO CHANGE DELIVE |             |             |             |             |
|   | RIES ALL ITEMS.               |             |             |             |             |
|   | .                             |             |             |             |             |
|   | REVISION N. 2 TO CHANGE DELIVE|             |             |             |             |
|   | RIES ITEM 1-2-3-4)AND QUANTITY|             |             |             |             |
|   | ITEM 4)                       |             |             |             |             |
```

Total amount of supply          :                                    USD          77.256,00

**Zanzi s.p.A.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

Delivery address

Superior Air Parts Inc.
621 South Royal Lane
Suite 100·
Coppell TX 75019-3805

Order address

ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer

Jeli Lochridge

To:

ANDREA MAGLIONE

Terms of payment
Net 60 Days

Internal Authorization

Manner of transport   Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|---|
| 2008 PURCHASE ORDER | | | | | | |
| ALL BULK PACKAGED. | | | | | | |
| SA10204 | | VALVE | | | | |
| Rev E | 300 | EA | 12/31/08 | 32.190 | | Y |
| | | | | Line value: | 9657.00 | |
| SA10204 | | SA10204 VALVE | | | | |
| SA10204 | | VALVE | | | | |
| Rev E | 300 | EA | 01/30/09 | 32.190 | | Y |
| | | | | Line value: | 9657.00 | |
| SA10204 | | SA10204 VALVE | | | | |
| SA10204 | | VALVE | | | | |
| Rev E | 300 | EA | 02/27/09 | 32.190 | | Y |
| | | | | Line value: | 9657.00 | |
| SA10204 | | SA10204 VALVE | | | | |
| SA10204 | | VALVE | | | | |
| Rev E | 1500 | EA | 03/31/09 | 32.190 | | Y |

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:  Sign and return by FAX to
1-866-743-3558

5/26/08

Signature                                    Date


(Stefano Gazzola)

PURCHASE ORDER

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

Line value: 48285.00

SA13204                     SA13204 VALVE

PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST
PRINT DATE 05/21/08: REVISED PO TO MATCH SAP FORECAST.

Order total: 77256.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:
_____ S.p.A.
Signature  Amna Delegato               5/26/08
            Diana Bertola              Date

# zanzi

Order acknowledgment  : GE 313682  21/12/07  Rev.:  1   of:  27/03/08                    Page  :            1
Your P.O.             : 104941  24/10/07
Your P.O. Rev.        : OF 19/03/2008
Customer code         : 067

                                                            Messrs

                                                    SUPERIOR AIR PARTS Inc.

                                                    621 South Royal Lane-Suite 100

                                                    COPPELL,  TEXAS 75019-3805    US USA

Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                        Consignee :

Delivery terms   : C & F DFW AIRPORT

Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA  NEW YORK            Currency:  USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|-----------|----------|-------------|----------|-----|
| PFSUP/005/K | DRG. SA10204 REV. K EXHAUST VALVES COMM. 21711 - BULK | N.  300,00 | 32,19000 | | 9.657,00 | 31/07/08 | 8 |
| PFSUP/005/K | DRG. SA10204 REV. K EXHAUST VALVES COMM. 21711 - BULK | N.  300,00 | 32,19000 | | 9.657,00 | 29/08/08 | 8 |
| PFSUP/005/K | DRG. SA10204 REV. K EXHAUST VALVES COMM. 21711 - BULK | N.  300,00 | 32,19000 | | 9.657,00 | 30/09/08 | 9 |
| PFSUP/005/K | DRG. SA10204 REV. K EXHAUST VALVES COMM. 21711 - BULK | N.  300,00 | 32,19000 | | 9.657,00 | 31/10/08 | 8 |
| PFSUP/005/K | DRG. SA10204 REV. K EXHAUST VALVES COMM. 21711 - BULK | N.  300,00 | 32,19000 | | 9.657,00 | 26/11/08 | 8 |
| PFSUP/005/K | DRG. SA10204 REV. K EXHAUST VALVES COMM. 21711 - BULK | N.  300,00 | 32,19000 | | 9.657,00 | 31/12/08 | 8 |
| PFSUP/005/K | DRG. SA10204 REV. K EXHAUST VALVES COMM. 21711 - BULK | N.  300,00 | 32,19000 | | 9.657,00 | 30/01/09 | 8 |
| PFSUP/005/K | DRG. SA10204 REV. K EXHAUST VALVES COMM. 21711 - BULK | N.  300,00 | 32,19000 | | 9.657,00 | 27/02/09 | 8 |

**Zanzi** S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

Note : | ALL BULK PACKAGED

| UNIT MATERIAL SURCHARGE $ 0.51
| (KINDLY REFER TO MR.A.MAGLIONE
| E-MAIL DATED 6/08/07)

| UNIT PRICES AND EXTRA PRICING
| FOR MATERIAL SURCHARGE IN
| U.S. DOLLARS AT THE EXCHANGE
| RATE OF 1E=1$ TO BE FURTHER
| CONVERTED AT THE EXCHANGE
| RATE OF THE PREVIOUS DAY OF
| INVOICING DATE.
| (KINDLY REFER TO THE FOLLWING
| LINK:
| www.ecb.int/stats/exchange/
| eurofxref/html/index.en.html)

| REVISION N.1 TO CHANGE DELIVE
| RIES ALL ITEMS.

| Total amount of supply    :    USD    77.256,00

PURCHASE ORDER

Order number   104941

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/21/07 | ... |

Delivery address
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer
...

To:
ANDREA MAGLIONE

Terms of payment
...

Internal Authorization
...

Manner of transport   Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | ... |
|---|---|---|---|---|---|
| ... PURCHASE ORDER | | | | | |

SA10004                    VALVE
              100   EA   07/31/08   ...

Line value:   9657.00

SA10004                    SA10004 VALVE
              100   EA   08/29/08   ...

Line value:   9657.00

SA10004                    SA10004 VALVE
              100   EA   09/30/08   ...

Line value:   9657.00

SA10004                    SA10004 VALVE
              100   EA   10/31/08   ...

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:   Sign and return by FAX to
                   1-866-743-3558

Signature                              Date   3/27/2008

PURCHASE ORDER

Order number    104941

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 3/19/08 |

| Position | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| | | | | Line value: | 9657.00 |
| SA10204 | | SA10204 VALVE | | | |
| SA10204 | VALVE | | | | |
| POS P | 300 EA 11/26/08 | 32.190 | | | Y |
| | | | | Line value: | 9657.00 |
| SA10204 | | SA10204 VALVE | | | |
| SA10204 | VALVE | | | | |
| POS P | 300 EA 12/31/08 | 32.190 | | | Y |
| | | | | Line value: | 9657.00 |
| SA10204 | | SA10204 VALVE | | | |
| SA10204 | VALVE, EXH. | | | | |
| POS P | 300 EA 01/30/09 | 32.190 | | | N |
| | | | | Line value: | 9657.00 |
| SA10204 | | SA10204 VALVE | | | |
| SA10204 | VALVE, EXH. | | | | |
| POS P | 300 EA 02/27/09 | 32.190 | | | N |
| | | | | Line value: | 9657.00 |
| SA10204 | | SA10204 VALVE | | | |

PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST

Order total:    77256.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

_____    3/27/2008
Signature                  Date
(Sx Marco Bazzola)

# zanzi

Order acknowledgment   : GE  313682   21/12/07   Rev.:        Of:                                Page   :          1

Your P.O.              : 104941   24/10/07

Your P.O.  Rev.        :

Customer code          : 067

                                                        Messrs

                                                        SUPERIOR AIR PARTS Inc.

                                                        621 South Royal Lane-Suite 100

                                                        COPPELL,  TEXAS 75019-3805     US USA


Payment terms     : 00F110 60 DAYS NET FROM INVOICE DATE


Transport         : BY AIRFREIGHT                          Consignee :

Delivery terms    : C & F DFW AIRPORT

Carrier           : PANALPINA c/o CHRONO EXPRESS


Our Bank          : INTESA SANPAOLO SPA  NEW YORK          Currency:  USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| PFSUP/005/K | DRG. SA10204 REV. K<br>EXHAUST VALVES<br>COMM. 21711 | N.    300,00 | 32,19000 | | 9.657,00 | 30/05/08 | E |
| PFSUP/005/K | DRG. SA10204 REV. K<br>EXHAUST VALVES<br>COMM. 21711 | N.    300,00 | 32,19000 | | 9.657,00 | 30/06/08 | E |
| PFSUP/005/K | DRG. SA10204 REV. K<br>EXHAUST VALVES<br>COMM. 21711 | N.    300,00 | 32,19000 | | 9.657,00 | 31/07/08 | E |
| PFSUP/005/K | DRG. SA10204 REV. K<br>EXHAUST VALVES<br>COMM. 21711 | N.    300,00 | 32,19000 | | 9.657,00 | 29/08/08 | E |
| PFSUP/005/K | DRG. SA10204 REV. K<br>EXHAUST VALVES<br>COMM. 21711 | N.    300,00 | 32,19000 | | 9.657,00 | 30/09/08 | E |
| PFSUP/005/K | DRG. SA10204 REV. K<br>EXHAUST VALVES<br>COMM. 21711 | N.    300,00 | 32,19000 | | 9.657,00 | 31/10/08 | E |
| PFSUP/005/K | DRG. SA10204 REV. K<br>EXHAUST VALVES<br>COMM. 21711 | N.    300,00 | 32,19000 | | 9.657,00 | 26/11/08 | E |
| PFSUP/005/K | DRG. SA10204 REV. K<br>EXHAUST VALVES<br>COMM. 21711 | N.    300,00 | 32,19000 | | 9.657,00 | 31/12/08 | E |

**Zanzi s.p.A.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 8723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

Order acknowledgment   : GE  313682  OF  2   1/1   Page   :       2
Your P.O.             : 104941  24/10/07
Your P.O.  Rev.       :

| Note | : | ALL BULK PACKAGED | | | | | |
| | | . | | | | | |
| | | UNIT MATERIAL SURCHARGE $ 0.51 | | | | | |
| | | (KINDLY REFER TO MR.A.MAGLIONE | | | | | |
| | | E-MAIL DATED 6/08/07) | | | | | |
| | | . | | | | | |
| | | . | | | | | |
| | | UNIT PRICES AND EXTRA PRICING | | | | | |
| | | FOR MATERIAL SURCHARGE IN | | | | | |
| | | U.S. DOLLARS AT THE EXCHANGE | | | | | |
| | | RATE OF 1E=1$ TO BE FURTHER | | | | | |
| | | CONVERTED AT THE EXCHANGE | | | | | |
| | | RATE OF THE PREVIOUS DAY OF | | | | | |
| | | INVOICING DATE. | | | | | |
| | | (KINDLY REFER TO THE FOLLWING | | | | | |
| | | LINK: | | | | | |
| | | www.ecb.int/stats/exchange/ | | | | | |
| | | eurofxref/html/index.en.html) | | | | | |

Total amount of supply   :                                    USD       77.256,00

PURCHASE ORDER  404941

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 10/24/07 |

| Delivery address | Order address |
|---|---|
| Superior Air Parts Inc.<br>621 South Royal Lane<br>Suite 100<br>Coppell TX 75019-3805 | ZANZI S.p.A.<br>CORSO VERCELLI, 159<br>10015 IVREA<br>ITALY |

| Buyer | To: |
|---|---|
| JEFF LOCHRIDGE    PURCHASING | ANDREA MAGLIONE |

| Terms of payment | Internal Authorization |
|---|---|
| Net 60 Days | *[signature] Jeffry Lochridge* |

Manner of transport  Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| ALL BULK PACKAGED. | | | | | |
| .   SA10204<br>Rev K | 300  EA | VALVE<br>05/30/08 | ~~43,460~~ 32,19 | | N |
| | | Line value: | ~~13038,00~~ 9.657,00 | | |
| SA10204 | | SA10204 VALVE | | | |
| .   SA10204<br>Rev K | 300  EA | VALVE<br>06/30/08 | ~~43,460~~ 32,19 | | N |
| | | Line value: | ~~13038,00~~ 9.657,00 | | |
| SA10204 | | SA10204 VALVE | | | |
| .   SA10204<br>Rev K | 300  EA | VALVE<br>07/31/08 | ~~43,460~~ 32,19 | | N |
| | | Line value: | ~~13038,00~~ 9.657,00 | | |
| SA10204 | | SA10204 VALVE | | | |
| .   SA10204<br>Rev K | 300  EA | VALVE<br>08/29/08 | ~~43,460~~ 32,19 | | N |

Unit material surcharge $ 0.51 (Kindly refer to Mr. A. Maglione e-mail dated 6/08/

Unit prices and extra pricing for material surcharge in U.S. Dollars at the

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:  Sign and return by FAX to
1-866-743-3558

Signature *[signature]*    Date 12/21/2007

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

PURCHASE ORDER

| Supplier | Order date | Print date |
|----------|-----------|-----------|
| 104313   | 10/24/07  | 10/24/07  |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|

Line value:    ~~13038,00~~ 9.657,00

SA10204                SA10204 VALVE

. SA10204                VALVE
Rev K          300   EA   09/30/08    ~~43,460~~ 32,19          N

Line value:    ~~13038,00~~ 9.657,00

SA10204                SA10204 VALVE

. SA10204                VALVE
Rev K          300   EA   10/31/08    ~~43,460~~ 32,19          N

Line value:    ~~13038,00~~ 9.657,00

SA10204                SA10204 VALVE

. SA10204                VALVE
Rev K          300   EA   11/26/08    ~~43,460~~ 32,19          N

Line value:    ~~13038,00~~ 9.657,00

SA10204                SA10204 VALVE

. SA10204                VALVE
Rev K          300   EA   12/31/08    ~~=43,460~~ 32,19          N

Line value:    ~~13038,00~~ 9.657,00

SA10204                SA10204 VALVE

Order total:    ~~104304,00~~ 77.256,0

%% exchange rate of 1E = 1$ to be further converted at the exchange rate of the
   previous day of invoicing date.
   (Kindly refer to the following link: www.ecb.int/stats/exchange/eurofxref/html/
   index.en.html)

**\*\* All vendors must comply with QAM003 Superior's Quality Requirements Manual \*\***

Acknowledgement:

Signature                          12/21/2007
                                   Date

# zanzi

| | |
|---|---|
| order acknowledgment | : GE 313680  21/12/07  Rev.: 2  of: 28/05/08 |
| Your P.O. | : 104942  24/10/07 |
| Your P.O.  Rev. | : OF 21/05/2008 |
| Customer code | : 067 |

Page : 1

Messrs

SUPERIOR AIR PARTS Inc.

621 South Royal Lane-Suite 100

COPPELL, TEXAS 75019-3805    US USA

| | |
|---|---|
| Payment terms | : 00F110 60 DAYS NET FROM INVOICE DATE |
| Transport | : BY AIRFREIGHT |
| Delivery terms | : C & F DFW AIRPORT |
| Carrier | : PANALPINA c/o CHRONO EXPRESS |
| Our Bank | : INTESA SANPAOLO SPA  NEW YORK |

Consignee :

Currency: US DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/012/K | DRG. SA641792 REV. K  - VALVES COMM. 21712  - BULK | N. 300,00 | 17,43000 | | 5.229,00 | 31/12/08 | 8: |
| PFSUP/012/K | DRG. SA641792 REV. K  - VALVES COMM. 21712  - BULK | N. 300,00 | 17,43000 | | 5.229,00 | 30/01/09 | 8: |
| PFSUP/012/K | DRG. SA641792 REV. K  - VALVES COMM. 21712  - BULK | N. 300,00 | 17,43000 | | 5.229,00 | 27/02/09 | 8: |
| PFSUP/012/K | DRG. SA641792 REV. K  - VALVES COMM. 21712  - BULK | N. 1500,00 | 17,43000 | | 26.145,00 | 31/03/09 | 8: |
| Note   : | ALL BULK PACKAGED | | | | | | |
| | UNIT MATERIAL SURCHARGE $ 0.27 (KINDLY REFER TO MR.A.MAGLIONE) E-MAIL DATED 6/08/07) | | | | | | |
| | UNIT PRICES AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S.DOLLARS AT THE EXCHANGE RATE OF 1E=1S TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE. (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/ eurofxref/html/index.en.html | | | | | | |
| | REVISION N. 1 TO CHANGE DELIVE RIES ALL ITEMS. | | | | | | |

**Zanzi S.p.A.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A. 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

**zanzi**

Order acknowledgment   : GE  313680  21/12/07  Rev.:   2   of:  28/05/08                    Page   :          2
Your P.O.              : 104942  24/10/07
Your P.O.  Rev.        :  OF 21/05/2008

```
| REVISION N. 2 TO CHANGE DELIVE |
| RIES ALL ITEMS.                |
```

|                  Total amount of supply        :                    USD      41.832,00        |

**Zanzi** S.P.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

PURCHASE ORDER                              Order number        104942

Superior Air Parts
621 South Royal Lane                                Order date        Print date
Suite 100                                  104313     10/24/07        5/31/08
Coppell TX 75019-3805

Delivery address                    Order address

Superior Air Parts Inc.             ZANZI S.p.A.
621 South Royal Lane                CORSO VERCELLI, 159
Suite 100                           10015 IVREA
Coppell TX 75019-3805               ITALY


Buyer                               To:
Jeff Lochridge                      ANDREA MAGLIONE


Terms of payment                    Internal Authorization
Net 60 Days

Manner of transport  Best Way

         THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.


| Product | Quantity | Del.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|
| 2008 PURCHASE ORDER | | | | | |
| ALL BULK PACKAGED. | | | | | |
| SA641792 | | VALVE 30 DEGREE | | | |
| Rev E | 300 EA | 12/31/08 | 17.430 | | Y |

                                      Line value:        5229.00

                         SA641792 VALVE

| SA641792 | | VALVE 30 DEGREE | | | |
| Rev E | 300 EA | 01/30/09 | 17.430 | | Y |

                                      Line value:        5229.00

                         SA641792 VALVE

| SA641792 | | VALVE 30 DEGREE | | | |
| Rev E | 300 EA | 02/27/09 | 17.430 | | Y |

                                      Line value:        5229.00

                         SA641792 VALVE

| SA641792 | | VALVE 30 DEGREE | | | |
| Rev E | 300 EA | 03/31/09 | 17.430 | | Y |


** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **



Acknowledgement   Sign and return by FAX to
ZANZI S.p.A.      1-866-743-3558                     5/28/08

Signature                                           Date

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order number      104942

| | | | | | Order date | Print date |
|---|---|---|---|---|---|---|
| | | | | 104313 | 10/24/07 | 5/21/08 |

| Product | Quantity | Del.date | Price | Discount | Prov. | |
|---|---|---|---|---|---|---|

Line value:        26145.00

SA641792 VALVE

PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST
PRINT DATE 05/21/08: REVISED PO TO MATCH SAP FORECAST.

Order total:        41832.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature                          Date    5/28/08

# zanzi

Order acknowledgment   : GE 313680  21/12/07   Rev.:  1    of:  27/03/08                    Page   :

Your P.O.              : 104942    24/10/07
Your P.O. Rev.         : OF 19/03/2008
Customer code          : 067

Messrs

SUPERIOR AIR PARTS Inc.
621 South Royal Lane-Suite 100
COPPELL,  TEXAS 75019-3805      US USA

Payment terms   : 00F110 60 DAYS NET FROM INVOICE DATE

Transport       : BY AIRFREIGHT                          Consignee :
Delivery terms  : C & F DFW AIRPORT
Carrier         : PANALPINA c/o CHRONO EXPRESS

Our Bank        : INTESA SANPAOLO SPA  NEW YORK          Currency:  USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/012/K | DRG. SA641792 REV. K  - VALVES COMM. 21712 - BULK | N.   300,00 | 17,43000 | | 5.229,00 | 31/07/08 | |
| PFSUP/012/K | DRG. SA641792 REV. K - VALVES COMM. 21712 - BULK | N.   300,00 | 17,43000 | | 5.229,00 | 29/08/08 | |
| PFSUP/012/K | DRG. SA641792 REV. K  - VALVES COMM. 21712 - BULK | N.   300,00 | 17,43000 | | 5.229,00 | 30/09/08 | |
| PFSUP/012/K | DRG. SA641792 REV. K  - VALVES COMM. 21712 - BULK | N.   300,00 | 17,43000 | | 5.229,00 | 31/10/08 | |
| PFSUP/012/K | DRG. SA641792 REV. K - VALVES COMM. 21712 - BULK | N.   300,00 | 17,43000 | | 5.229,00 | 26/11/08 | |
| PFSUP/012/K | DRG. SA641792 REV. K - VALVES COMM. 21712 - BULK | N.   300,00 | 17,43000 | | 5.229,00 | 31/12/08 | |
| PFSUP/012/K | DRG. SA641792 REV. K - VALVES COMM. 21712 - BULK | N.   300,00 | 17,43000 | | 5.229,00 | 30/01/09 | |
| PFSUP/012/K | DRG. SA641792 REV. K - VALVES COMM. 21712 - BULK | N.   300,00 | 17,43000 | | 5.229,00 | 27/02/09 | |
| Note | ALL BULK PACKAGED | | | | | | |
| | UNIT MATERIAL SURCHARGE $ 0.27 (KINDLY REFER TO MR.A.MAGLIONE E-MAIL DATED 6/08/07) | | | | | | |
| | UNIT PRICES AND EXTRA PRICING FOR MATERIAL SURCHARGE IN | | | | | | |

Zanzi S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

Order acknowledgment    : GE-313680    21/12/07    Rev.: 1    Of: 27/03/08    Page:
Your P.O.    : 104949    24/10/07
Your P.O.  Rev.    :    OF 19/03/2008

| U.S.DOLLARS AT THE EXCHANGE |
| RATE OF 1E=1$ TO BE FURTHER |
| CONVERTED AT THE EXCHANGE |
| RATE OF THE PREVIOUS DAY OF |
| INVOICING DATE. |
| (KINDLY REFER TO THE FOLLOWING |
| LINK: |
| www.ecb.int/stats/exchange/ |
| eurofxref/html/index.en.html |
| . |
| REVISION N. 1 TO CHANGE DELIVE |
| RIES ALL ITEMS. |

Total amount of supply    :                    EUR         41.832,00



PURCHASE ORDER

Order number: 104942

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Supplier: 104313    Order date: 10/24/07    Print date: 3/19/08

Delivery address
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer
Kyle Bainbridge

To:
ANDREA MAGLIONE

Means of payment
Net 60 Days

Internal Authorization

Means of transport    Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Position | Quantity | Del.date | Price | Discount | Prov. |
|---|---|---|---|---|---|
| PURCHASE ORDER | | | | | |
| INDIVIDUALLY PACKAGED | | | | | |
| | VALVE IN BRIDGE | | | | |
| | | | | Line value: | 5229.00 |
| | SILICON VALVE | | | | |
| | VALVE IN BRIDGE | | | | |
| | | | | Line value: | 5220.00 |
| | SILICON VALVE | | | | |
| | VALVE IN BRIDGE | | | | |
| | | | | Line value: | 5229.00 |
| | SILICON VALVE | | | | |
| | VALVE IN BRIDGE | | | | |

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:    Sign and return by FAX to
1-866-743-3558

Signature    

Date    3/27/2008

PURCHASE ORDER

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Line value: 5229.00

Line value: 5229.00

Line value: 5229.00

Line value: 5229.00

Line value: 5229.00

PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 03/19/08, REVISED PO TO MATCH SAP FORECAST

Order total: 41832.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature

Date  3/27/2008

**ZANZI**

```
Order acknowledgment   : GE 313680  21/12/07   Rev.:        Of:                              Page   :        1
Your P.O.              : 104942  24/10/07
Your P.O. Rev.         :
Customer code          : 067
```

```
                                                    Messrs

                                                       SUPERIOR AIR PARTS Inc.
                                                       621 South Royal Lane-Suite 100
                                                          COPPELL,  TEXAS 75019-3805     US USA
```

```
Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                           Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA NEW YORK            Currency:  USD DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery |
|------|-------------|----------|------------|----------|-------------|----------|
| PFSUP/012/K | DRG. SA641792 REV. K<br>VALVES<br>COMM. 21712 | N.   300,00 | 17,43000 | | 5.229,00 | 30/05/08 |
| PFSUP/012/K | DRG. SA641792 REV. K<br>VALVES<br>COMM. 21712 | N.   300,00 | 17,43000 | | 5.229,00 | 30/06/08 |
| PFSUP/012/K | DRG. SA641792 REV. K<br>VALVES<br>COMM. 21712 | N.   300,00 | 17,43000 | | 5.229,00 | 31/07/08 |
| PFSUP/012/K | DRG. SA641792 REV. K<br>VALVES<br>COMM. 21712 | N.   300,00 | 17,43000 | | 5.229,00 | 29/08/08 |
| PFSUP/012/K | DRG. SA641792 REV. K<br>VALVES<br>COMM. 21712 | N.   300,00 | 17,43000 | | 5.229,00 | 30/09/08 |
| PFSUP/012/K | DRG. SA641792 REV. K<br>VALVES<br>COMM. 21712 | N.   300,00 | 17,43000 | | 5.229,00 | 31/10/08 |
| PFSUP/012/K | DRG. SA641792 REV. K<br>VALVES<br>COMM. 21712 | N.   300,00 | 17,43000 | | 5.229,00 | 26/11/08 |
| PFSUP/012/K | DRG. SA641792 REV. K<br>VALVES<br>COMM. 21712 | N.   300,00 | 17,43000 | | 5.229,00 | 31/12/08 |

**Zanzi S.p.A.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

Order acknowledgment : GE 313680 21/12/07 Rev : Of :
Your P.O. : 104942 24/10/07
Your P.O. Rev. :

Case 08-36705-bjh11 Doc 110-5 Filed 02/18/09 Entered 02/18/09 16:54:13 Desc
Exhibit Purchase Orders Page 31 of 33

Page 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Note : | ALL BULK PACKAGED | | | | | |
| | UNIT MATERIAL SURCHARGE $ 0.27 | | | | | |
| | (KINDLY REFER TO MR.A.MAGLIONE | | | | | |
| | E-MAIL DATED 6/08/07) | | | | | |
| | UNIT PRICES AND EXTRA PRICING | | | | | |
| | FOR MATERIAL SURCHARGE IN | | | | | |
| | U.S.DOLLARS AT THE EXCHANGE | | | | | |
| | RATE OF 1E=1$ TO BE FURTHER | | | | | |
| | CONVERTED AT THE EXCHANGE | | | | | |
| | RATE OF THE PREVIOUS DAY OF | | | | | |
| | INVOICING DATE. | | | | | |
| | (KINDLY REFER TO THE FOLLOWING | | | | | |
| | LINK: | | | | | |
| | www.ecb.int/stats/exchange/ | | | | | |
| | eurofxref/html/index.en.html | | | | | |

Total amount of supply  :   USD   41.832,00

**PURCHASE ORDER**    Order number    **104942**

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|----------|-----------|-----------|
| 104313 | 10/24/07 | 10/24/07 |

| Delivery address | Order address |
|------------------|---------------|
| Superior Air Parts Inc.<br>621 South Royal Lane<br>Suite 100<br>Coppell TX 75019-3805 | ZANZI S.p.A.<br>CORSO VERCELLI, 159<br>10015 IVREA<br>ITALY |

| Buyer | To: |
|-------|-----|
| JEFF LOCHRIDGE        PURCHASING | ANDREA MAGLIONE |

| Terms of payment | Internal Authorization |
|------------------|------------------------|
| Net 60 Days | _Jeffry Lochridge_ |

Manner of transport   Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|

ALL BULK PACKAGED.

| . SA641792<br>Rev K | 300  EA | VALVE 30 DEGREE<br>05/30/08 | ~~23,530~~ 17,43 | | N |

Line value:        ~~7059,00~~ 5.229,00

SA641792 VALVE

| . SA641792<br>Rev K | 300  EA | VALVE 30 DEGREE<br>06/30/08 | ~~23,530~~ 17,43 | | N |

Line value:        ~~7059,00~~ 5.229,00

SA641792 VALVE

| . SA641792<br>Rev K | 300  EA | VALVE 30 DEGREE<br>07/31/08 | ~~23,530~~ 17,43 | | N |

Line value:        ~~7059,00~~ 5.229,00

SA641792 VALVE

| . SA641792<br>Rev K | 300  EA | VALVE 30 DEGREE<br>08/29/08 | ~~23,530~~ 17,43 | | N |

Unit material surcharge $ 0.27 (Kindly refer to Mr. A. Maglione e-mail dated 6/08/

Unit prices and extra pricing for material surcharge in U.S. Dollars at the

**** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual ****

| Acknowledgement: | Sign and return by FAX to<br>1-866-743-3558 | |
|------------------|---------|---------|
| Signature | | 12/21/2007<br>Date |

# PURCHASE ORDER

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| | | | | | | Order number | 104942 |
|---|---|---|---|---|---|---|---|

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 10/24/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. | |
|---|---|---|---|---|---|---|

|  |  |  | Line value: | ~~7059,00~~ | 5.229,00 |

SA641792 VALVE

| SA641792 | | VALVE 30 DEGREE | | | | |
| Rev K | 300 EA | 09/30/08 | ~~23,530~~ 17,43 | N | | |

|  |  |  | Line value: | ~~7059,00~~ | 5.229,00 |

SA641792 VALVE

| SA641792 | | VALVE 30 DEGREE | | | | |
| Rev K | 300 EA | 10/31/08 | ~~23,530~~ | N | | |

|  |  |  | Line value: | ~~7059,00~~ | 5.229,00 |

SA641792 VALVE

| SA641792 | | VALVE 30 DEGREE | | | | |
| Rev K | 300 EA | 11/26/08 | ~~23,530~~ 17,43 | N | | |

|  |  |  | Line value: | ~~7059,00~~ | 5.229,00 |

SA641792 VALVE

| SA641792 | | VALVE 30 DEGREE | | | | |
| Rev K | 300 EA | 12/31/08 | ~~23,530~~ 17,43 | N | | |

|  |  |  | Line value: | ~~7059,00~~ | 5.229,00 |

SA641792 VALVE

**Order total:** ~~56472,00~~ 41.832,00

%% exchange rate of 1E = 1$ to be further converted at the exchange rate of the
   previous day of invoicing date.
   (Kindly refer to the following link: www.ecb.int/stats/exchange/eurofxref/html/
   index.en.html)

**\*\* All vendors must comply with QAM003 Superior's Quality Requirements Manual \*\***

Acknowledgement:

Signature _____     12/21/2007
                                       Date