# zanzi

| | | | | | |
|---|---|---|---|---|---|
Order acknowledgment   : GE  313782  27/12/07   Rev.:   2   Of:  28/05/08                    Page   :        1
Your P.O.             : .104943  24/10/07
Your P.O.  Rev.       :  OF 22/05/2008
Customer code         : 067

```
                                              Messrs
                                                  SUPERIOR AIR PARTS Inc.
                                                  621 South Royal Lane-Suite 100
                                                  COPPELL,  TEXAS 75019-3805    US USA
```

Payment terms      : 00F110 60 DAYS NET FROM INVOICE DATE

Transport          : BY AIRFREIGHT                               Consignee :
Delivery terms     : C & F DFW AIRPORT
Carrier            : PANALPINA c/o CHRONO EXPRESS

Our Bank           : INTESA SANPAOLO SPA  NEW YORK               Currency:  USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 SINGLE | N.   200,00 | 18,41000 | | 3.682,00 | 26/11/08 | E |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 BULK | N.   500,00 | 18,07000 | | 9.035,00 | 31/12/08 | E |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 SINGLE | N.   200,00 | 18,41000 | | 3.682,00 | 31/12/08 | E |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 BULK | N.   500,00 | 18,07000 | | 9.035,00 | 30/01/09 | |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 SINGLE | N.   200,00 | 18,41000 | | 3.682,00 | 30/01/09 | |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 BULK | N.   500,00 | 18,07000 | | 9.035,00 | 27/02/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 | N.   200,00 | 18,41000 | | 3.682,00 | 27/02/09 | |

**Zanzi S.p.A.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE. 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
info@zanzi.com

# zanzi

| Order acknowledgment | : GE  313782  27/12/07  Rev.:  2  of:  28/05/08 | | | Page : | 2 |

Your P.O.         : .104943  24/10/07
Your P.O.  Rev.   : OF 22/05/2008

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| | SINGLE | | | | | | |
| PFSUP/004/T | DRG. SA539988 REV. T | N.   4000,00 | 18,07000 | | 72.280,00 | 31/03/09 | E |
| | INTAKE VALVES | | | | | | |
| | COMM. 21713 | | | | | | |
| | BULK | | | | | | |
| PFSUP/004/T | DRG. SA539988 REV. T | N.    200,00 | 18,41000 | | 3.682,00 | 31/03/09 | E |
| | INTAKE VALVES | | | | | | |
| | COMM. 21713 | | | | | | |
| | SINGLE | | | | | | |
| Note        : | UNIT MATERIAL SURCHARGE $ 0.35 | | | | | | |
| | (KINDLY REFER TO MR.A.MAGLIONE | | | | | | |
| | E-MAIL DATED 6/08/07) | | | | | | |
| | . | | | | | | |
| | UNIT PRICES AND EXTRA PRICING | | | | | | |
| | FOR MATERIAL SURCHARGE IN | | | | | | |
| | U.S. $ AT THE EXCHANGE RATE OF | | | | | | |
| | 1E=1$ TO BE FURTHER CONVERTED | | | | | | |
| | AT THE EXCHANGE RATE OF THE | | | | | | |
| | PREVIOUS DAY OF INVOICING DATE | | | | | | |
| | . | | | | | | |
| | (KINDLY REFER TO THE FOLLOWING | | | | | | |
| | LINK: | | | | | | |
| | www.ecb.int/stats/exchange/ | | | | | | |
| | eurofxref/html/index.en.html) | | | | | | |
| | | | | | | | |
| | REVISION N. 1 TO CHANGE QUANTI | | | | | | |
| | TIES AND DELIVERIES ALL ITEMS | | | | | | |
| | | | | | | | |
| | REVISION N. 2 TO CHANGE QUANTI | | | | | | |
| | TIES AND DELIVERIES | | | | | | |

| Total amount of supply        : | | USD | 117.795,00 |

**Zanzi** s.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| | | Order number | 104943 |
|---|---|---|---|
| Supplier | Order date | Print date | |
| 104313 | 10/24/07 | 5/22/08 | |

Delivery address

Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address

ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer

Jeff Lochridge

To:

ANDREA MAGLIONE

Terms of payment

Net 60 Days

Internal Authorization

Manner of transport   Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| 2008 PURCHASE ORDER | | | | | |
| SA539988 | VALVE | | | | |
| Rev T | 500 EA | 12/31/08 | 18.070 | | Y |
| | | | Line value: | | 9035.00 |
| | SA539988 VALVE | | | | |
| BULK PACKAGED | | | | | |
| SA539988 | VALVE | | | | |
| Rev T | 500 EA | 01/30/09 | 18.070 | | Y |
| | | | Line value: | | 9035.00 |
| | SA539988 VALVE | | | | |
| BULK PACKAGED | | | | | |
| SA539988 | VALVE | | | | |
| Rev T | 500 EA | 02/27/09 | 18.070 | | Y |
| | | | Line value: | | 9035.00 |
| | SA539988 VALVE | | | | |
| BULK PACKAGED | | | | | |

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:   Sign and return by FAX to
1-866-743-3558

Signature                      Date  5/08/08

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|----------|-----------|-----------|
| 104313 | 10/24/07 | 5/22/08 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|
| SA539988<br>Rev T | 4000 EA | 03/31/09 | 18.070 | | Y |

Line value: 72280.00

SA539988 VALVE

BULK PACKAGED

| SA539988<br>Rev T | 200 EA | 11/26/08 | 18.410 | | Y |

Line value: 3682.00

SA539988 VALVE

SINGLE PACKAGED

| SA539988<br>Rev T | 200 EA | 12/31/08 | 18.410 | | Y |

Line value: 3682.00

SA539988 VALVE

SINGLE PACKAGED

| SA539988<br>Rev T | 200 EA | 01/30/09 | 18.410 | | Y |

Line value: 3682.00

SA539988 VALVE

SINGLE PACKAGED

| SA539988<br>Rev T | VALVE, INT.<br>200 EA | 02/27/09 | 18.410 | | Y |

Line value: 3682.00

SA539988 VALVE

SINGLE PACKAGED

| SA539988<br>Rev T | VALVE, INT.<br>200 EA | 03/31/09 | 18.410 | | Y |

**\*\* All vendors must comply with QAM003 Superior's Quality Requirements Manual \*\***



Acknowledgement:

_____
Signature

5/28/08
Date

Stefano Bazzoni

PURCHASE ORDER                          Order number:   104943

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/22/08 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

Line value:        3682.00

SA539988 VALVE

SINGLE PACKAGED
PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST
PRINT DATE 05/22/08: REVISED PO TO MATCH SAP FORECAST.

Order total:        117795.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

_____          5/28/08
Signature                           Date

(Silvano Baez)

**zanzi**

```
Order acknowledgment  : GE 313782  27/12/07  Rev.:  1    Of:  27/03/08                Page  :      1
Your P.O.             : .104943  24/10/07
Your P.O.  Rev.       :  OF 19/03/2008
Customer code         : 067
```

                                                    Messrs

                                          SUPERIOR AIR PARTS Inc.
                                          621 South Royal Lane-Suite 100
                                          COPPELL,  TEXAS 75019-3805    US USA

```
Payment terms   : 00F110 60 DAYS NET FROM INVOICE DATE

Transport       : BY AIRFREIGHT                    Consignee :
Delivery terms  : C & F DFW AIRPORT
Carrier         : PANALPINA c/o CHRONO EXPRESS

Our Bank        : INTESA SANPAOLO SPA  NEW YORK          Currency:  USD DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N.  600,00 | 18,07000 | | 10.842,00 | 30/06/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N.  600,00 | 18,07000 | | 10.842,00 | 31/07/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N.  600,00 | 18,07000 | | 10.842,00 | 29/08/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N.  600,00 | 18,07000 | | 10.842,00 | 30/09/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N.  600,00 | 18,07000 | | 10.842,00 | 31/10/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>SINGLE | N.  200,00 | 18,41000 | | 3.682,00 | 31/10/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713 | N.  600,00 | 18,07000 | | 10.842,00 | 26/11/08 | |

**Zanzi s.p.a.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com – info@zanzi.com

Case 08-36705-bjh11 Doc 110-6 Filed 02/18/09 Entered 02/18/09 16:54:13 Desc
Exhibit Purchase Orders Page 7 of 28

order acknowledgment ... ref 112363 27/12/07 Rev 1 date 27/03/08 page 2
Your P.O. : 104943 24/10/07
Your P.O. Rev. : OF 19/03/2008

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| | BULK | | | | | | |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 SINGLE | N. 200,00 | 18,41000 | | 3.682,00 | 26/11/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 BULK | N. 500,00 | 18,07000 | | 9.035,00 | 31/12/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 SINGLE | N. 200,00 | 18,41000 | | 3.682,00 | 31/12/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 BULK | N. 600,00 | 18,07000 | | 10.842,00 | 30/01/09 | |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 SINGLE | N. 200,00 | 18,41000 | | 3.682,00 | 30/01/09 | |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 BULK | N. 700,00 | 18,07000 | | 12.649,00 | 27/02/09 | |
| PFSUP/004/T | DRG. SA539988 REV. T INTAKE VALVES COMM. 21713 SINGLE | N. 200,00 | 18,41000 | | 3.682,00 | 27/02/09 | |
| Note : | UNIT MATERIAL SURCHARGE $ 0.35 (KINDLY REFER TO MR.A.MAGLIONE E-MAIL DATED 6/08/07) UNIT PRICES AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S. $ AT THE EXCHANGE RATE OF 1E=1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE | | | | | | |

```
! .               |              |      |      |      |      |
! (KINDLY REFER TO THE FOLLOWING |      |      |      |      |
| LINK:            |              |      |      |      |      |
| www.ecb.int/stats/exchange/    |      |      |      |      |
| eurofxref/html/index.en.html)  |      |      |      |      |
| .               |              |      |      |      |      |
| REVISION N. 1 TO CHANGE QUANTI |      |      |      |      |
| TIES AND DELIVERIES ALL ITEMS  |      |      |      |      |
```

Total amount of supply    :                              USD        115.988,00

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order date
104943          17/24/07          Print date

Delivery address
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address
AERO S.p.A.
CORSO VERCELLI  155
TORINO  TORBA
ITALY

Buyer
Jeff Lockridge

To:
ANDREA MAGLIONE

Terms of payment
Net 30 Days

Internal Authorization

Manner of transport   Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Item | Quantity | Del.date | Price | Discount | Item |
|---|---|---|---|---|---|
| JUST PURCHASE ORDER | | | | | |
| SA55P618   VALVE | | | | | |
|  | 600   EA   14/19/08 | | 18.07 | |  |

Line value:          10842.00

SA55P619 VALVE
SA55 PACKAGED

| SA55P619   VALVE | | | | | |
|  | 600   EA   04/18/08 | | 18.070 | |  |

Line value:          10842.00

SA55P621 VALVE
BULK PACKAGED

| SA55P621   VALVE | | | | | |
|  | 600   EA   04/18/08 | | 18.070 | |  |

Line value:          10842.00

SA55P621 VALVE
BULK PACKAGED

'' All Suppliers must comply with QAM003 Superior's Quality Requirements Manual ''

Acknowledgement:   Sign and return by FAX to
1-866-743-3558

Signature                                    Date   3/27/2008

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Line value: 9735.00

Line value: 3682.00

Line value: 10841.00

Line value: 3682.00

Line value: 12649.00

Line value: 3682.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature                          Date  3/27/2008

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| | VALVE | | | | |
| | EA | | 18.073 | | V |

Line value:    10942.00

SA539939 VALVE

PULP PACKAGED

| | VALVE | | | | |
| | EA | | 18.073 | | |

Line value:    10842.00

VALVE PREHEATER

| | VALVE | | | | |
| | EA | | 18.410 | | V |

Line value:    3682.00

VALVE PREHEATER

PULP PACKAGED

| | VALVE | | | | |
| | EA | | 18.073 | | V |

Line value:    10842.00

SA539988 VALVE

PULP PACKAGED

| | VALVE | | | | |
| | EA | | 18.41 | | |

Line value:    3682.00

VALVE VALVE

PULP PACKAGED

| | VALVE | | | | |
| | EA | | 18.073 | | |

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature           3/27/2008
                          Date

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST

Order total:  115966.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature    Delegate                    3/27/2008
                                         Date

# zanzi

| Order acknowledgment | : GE 313684 27/12/07 | Rev.: | Of: | | Page : | 1 |

Your P.O.        : 104943  24/10/07
Your P.O. Rev.   :
Customer code    : 067

Messrs

SUPERIOR AIR PARTS Inc.
621 South Royal Lane-Suite 100
COPPELL, TEXAS 75019-3805    US USA

Payment terms   : 00F110 60 DAYS NET FROM INVOICE DATE

Transport       : BY AIRFREIGHT                              Consignee :
Delivery terms  : C & F DFW AIRPORT
Carrier         : PANALPINA c/o CHRONO EXPRESS

Our Bank        : INTESA SANPAOLO SPA  NEW YORK              Currency: USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N.    700,00 | 18,07000 | | 12.649,00 | 30/04/08 | 8 |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N.    700,00 | 18,07000 | | 12.649,00 | 30/05/08 | 8 |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N.    600,00 | 18,07000 | | 10.842,00 | 30/06/08 | 8 |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N.    600,00 | 18,07000 | | 10.842,00 | 31/07/08 | 8 |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>SINGLE | N.    100,00 | 18,41000 | | 1.841,00 | 31/07/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N.    600,00 | 18,07000 | | 10.842,00 | 29/08/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713 | N.    100,00 | 18,41000 | | 1.841,00 | 29/08/08 | |

**Zanzi s.p.A.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A

Order acknowledgment : GF- 313684 27/12/07 Rev. : 0(
Your P.O. : 104943) 24/10/07.
Your P.O. Rev. :

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| | SINGLE | | | | | | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N. 600,00 | 18,07000 | | 10.842,00 | 30/09/08 | 8 |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>SINGLE | N. 200,00 | 18,41000 | | 3.682,00 | 30/09/08 | 8 |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N. 600,00 | 18,07000 | | 10.842,00 | 31/10/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>SINGLE | N. 200,00 | 18,41000 | | 3.682,00 | 31/10/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N. 600,00 | 18,07000 | | 10.842,00 | 26/11/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>SINGLE | N. 200,00 | 18,41000 | | 3.682,00 | 26/11/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>BULK | N. 500,00 | 18,07000 | | 9.035,00 | 31/12/08 | |
| PFSUP/004/T | DRG. SA539988 REV. T<br>INTAKE VALVES<br>COMM. 21713<br>SINGLE | N. 200,00 | 18,41000 | | 3.682,00 | 31/12/08 | |
| Note : | UNIT MATERIAL SURCHARGE $ 0.35<br>(KINDLY REFER TO MR.A.MAGLIONE<br>E-MAIL DATED 6/08/07)<br><br>UNIT PRICES AND EXTRA PRICING | | | | | | |

```
Order acknowledgment   : GE  313684   27/12/07  Rev.:        Of:                    Page   :          3
Your P.O.              : 104943   24/10/07
Your P.O.   Rev.       :
```

| | FOR MATERIAL SURCHARGE IN | | | | | | |
| | U.S. $ AT THE EXCHANGE RATE OF | | | | | | |
| | 1E=1$ TO BE FURTHER CONVERTED | | | | | | |
| | AT THE EXCHANGE RATE OF THE | | | | | | |
| | PREVIOUS DAY OF INVOICING DATE | | | | | | |
| | . | | | | | | |
| | (KINDLY REFER TO THE FOLLOWING | | | | | | |
| | LINK: | | | | | | |
| | www.ecb.int/stats/exchange/ | | | | | | |
| | eurofxref/html/index.en.html) | | | | | | |

```
             Total amount of supply      :                          USD       117.795,00
```

# PURCHASE ORDER

Order number **104943**

**Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 10/24/07 |

| Delivery address | Order address |
|---|---|
| Superior Air Parts Inc.<br>621 South Royal Lane<br>Suite 100<br>Coppell TX 75019-3805 | ZANZI S.p.A.<br>CORSO VERCELLI, 159<br>10015 IVREA<br>ITALY |

| Buyer | To: |
|---|---|
| JEFF LOCHRIDGE       PURCHASING | ANDREA MAGLIONE |

| Terms of payment | Internal Authorization |
|---|---|
| Net 60 Days | |

Manner of transport  Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| .   SA539988<br>Rev T | 700   EA | 04/30/08 | ~~24,390~~ 18,07 | | Y |
| | | | Line value: | ~~17073,00~~ 12.649,00 | |
| | SA539988 VALVE | | | | |
| BULK PACKAGED | | | | | |
| .   SA539988<br>Rev T | 700   EA | 05/30/08 | ~~24,390~~ 18,07 | | Y |
| | | | Line value: | ~~17073,00~~ 12.649,00 | |
| | SA539988 VALVE | | | | |
| BULK PACKAGED | | | | | |
| .   SA539988<br>Rev T | 600   EA | 06/30/08 | ~~24,390~~ 18,07 | | Y |
| | | | Line value: | ~~14634,00~~ 12.649,00 | |
| | SA539988 VALVE | | | | |
| BULK PACKAGED | | | | | |
| .   SA539988<br>Rev T | 600   EA | 07/31/08 | ~~24,390~~ 18,07 | | Y |

(see notes in the last page)

**\*\* All Suppliers must comply with QAM003 Superior's Quality Requirements Manual \*\***

Acknowledgement:   Sign and return by FAX to
1-866-743-3558

Signature

Date   12/27/2007

# PURCHASE ORDER

Order number **104943**

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|----------|-----------|-----------|
| 104313 | 10/24/07 | 10/24/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|

Line value:    ~~14634.00~~ 12.649,00

SA539988 VALVE

BULK PACKAGED

.    SA539988            VALVE
     Rev T        100   EA   07/31/08    ~~24.890~~ 18,41        Y

Line value:    ~~2489.00~~ 1.841,00

SA539988 VALVE

SINGLE PACKAGED

.    SA539988            VALVE
     Rev T        600   EA   08/29/08    ~~24.390~~ 18,07        Y

Line value:    ~~14634.00~~ 10.842,00

SA539988 VALVE

BULK PACKAGED

.    SA539988            VALVE
     Rev T        100   EA   08/29/08    ~~24.890~~ 18,41        Y

Line value:    ~~2489.00~~ 1.841,00

SA539988 VALVE

SINGLE PACKAGED

.    SA539988            VALVE
     Rev T        600   EA   09/30/08    ~~24.390~~ 18,07        Y

Line value:    ~~14634.00~~ 10.842,00

SA539988 VALVE

BULK PACKAGED

.    SA539988            VALVE
     Rev T        200   EA   09/30/08    ~~24.890~~ 18,41        Y

Line value:    ~~4978.00~~ 3.682,00

SA539988 VALVE

(see notes in the last page)

**\*\* All vendors must comply with QAM003 Superior's Quality Requirements Manual \*\***

Acknowledgement:

Signature _____   Date 12/27/2007

**PURCHASE ORDER**    Order number    104943

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|----------|-----------|-----------|
| 104313 | 10/24/07 | 10/24/07 |

| Product | Quantity | | Del.date | Price | Discount | Prev. |
|---------|----------|---|----------|-------|----------|-------|
| SINGLE PACKAGED | | | | | | |
| .   SA539988 | | VALVE | | | | |
| Rev T | 600 | EA | 10/31/08 | 24,390 18,07 | | Y |
| | | | | Line value: | 14634,00 10.842,00 | |
| | | SA539988 VALVE | | | | |
| BULK PACKAGED | | | | | | |
| .   SA539988 | | VALVE | | | | |
| Rev T | 200 | EA | 10/31/08 | 24,890 18,41 | | Y |
| | | | | Line value: | 4978,00 3.682,00 | |
| | | SA539988 VALVE | | | | |
| SINGLE PACKAGED | | | | | | |
| .   SA539988 | | VALVE | | | | |
| Rev T | 600 | EA | 11/26/08 | 24,390 18,07 | | Y |
| | | | | Line value: | 14634,00 10.842,00 | |
| | | SA539988 VALVE | | | | |
| BULK PACKAGED | | | | | | |
| .   SA539988 | | VALVE | | | | |
| Rev T | 200 | EA | 11/26/08 | 24,890 18,41 | | Y |
| | | | | Line value: | 4978,00 3.682,00 | |
| | | SA539988 VALVE | | | | |
| SINGLE PACKAGED | | | | | | |
| .   SA539988 | | VALVE | | | | |
| Rev T | 500 | EA | 12/31/08 | 24,390 18,07 | | Y |
| | | | | Line value: | 12195,00 9.035,00 | |
| | | SA539988 VALVE | | | | |
| BULK PACKAGED | | | | | | |
| .   SA539988 | | VALVE | | | | |
| Rev T | 200 | EA | 12/31/08 | 24,890 18,41 | | Y |

(see notes in the last page)

**\*\* All vendors must comply with QAM003 Superior's Quality Requirements Manual \*\***

Acknowledgement:

Signature                                12/27/2007
                                         Date

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|----------|------------|------------|
| 104313 | 10/24/07 | 10/24/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|

Line value:          ~~4978.00~~ 3.682,00

SA539988 VALVE

SINGLE PACKAGED

Order total:          ~~159035.00~~ 117.795

Unit material surcharge $ 0.35 (Kindly refer to Mr. A. Maglione e-mail dated 6/08/0

Unit prices and extra pricing for material surcharge in U.S. Dollars at the exchang
rate of 1E = 1$ to be further converted at the exchange rate of the previous day of
invoice date.
(Kindly refer to the following link: www.ecb.int/stats/exchange/eurofxref/html/
 index.en.html)

**\*\* All vendors must comply with QAM003 Superior's Quality Requirements Manual \*\***

Acknowledgement:

Signature _____          12/27/2007

                                                Date

# zanzi

| Order acknowledgment | : GE  313691   11/01/08   Rev.:   1    Of:   28/05/08 | Page | : | 1 |
|---|---|---|---|---|

Your P.O.            : 104944    24/10/07
Your P.O.  Rev.      :   OF 21/05/2008
Customer code        : 067

                                                          Messrs

                                                 SUPERIOR AIR PARTS Inc.
                                                 621 South Royal Lane-Suite 100
                                                    COPPELL,   TEXAS 75019-3805     US USA

Payment terms     : 00F110 60 DAYS NET FROM INVOICE DATE

Transport         : BY AIRFREIGHT                          Consignee :
Delivery terms    : C & F DFW AIRPORT
Carrier           : PANALPINA c/o CHRONO EXPRESS

Our Bank          : INTESA SANPAOLO SPA  NEW YORK          Currency:   USD DOLLAR
Residuo in Ordine

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/007/M | DRG. SA646459 REV. M - VALVES COMM. 21714 - SINGLE | N.   100,00 | 18,73000 | | 1.873,00 | 31/12/08 | 81 |
| PFSUP/007/M | DRG. SA646459 REV. M - VALVES COMM. 21714 - SINGLE | N.   100,00 | 18,73000 | | 1.873,00 | 30/01/09 | 81 |
| PFSUP/007/M | DRG. SA646459 REV. M - VALVES COMM. 21714 - SINGLE | N.   100,00 | 18,73000 | | 1.873,00 | 27/02/09 | 81 |
| PFSUP/007/M | DRG. SA646459 REV. M VALVES COMM. 21714 - SINGLE | N.   300,00 | 18,73000 | | 5.619,00 | 31/03/09 | 81 |
| Note   : | ALL SINGLE PACKAGED | | | | | | |
| | UNIT MATERIAL SURCHARGE $ 0.37 (KINDLY REFER TO MR.A.MAGLIONE E-MAIL DATED 6/08/07) . | | | | | | |
| | UNIT PRICES AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S. $ AT THE EXCHANGE RATE OF 1E = 1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE . | | | | | | |
| | (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/ eurofxref/html/index.en.html) . | | | | | | |
| | REV.1 TO CHANGE DELIVERIES | | | | | | |

**Zanzi** S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A. : 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

# zanzi

```
Order acknowledgment   : GE  313691  11/01/08   Rev.:   1    Of:   28/05/08                    Page   :
Your P.O.              : 104944  24/10/07
Your P.O.  Rev.        :  OF 21/05/2008
```

```
                   Total amount of supply         :                              USD        11.238,00
```

**Zanzi** S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
info@zanzi.com

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|----------|-----------|-----------|
| 104313 | 10/24/07 | 5/21/08 |

Delivery address

Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address

ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

| Buyer | To: |
|-------|-----|
| Jeff Lochridge | ANDREA MAGLIONE |

Terms of payment
Net 60 Days

Internal Authorization

*Jeffry Lochridge*

Manner of transport  Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | | Del.date | Price | Discount | Prev. |
|---------|----------|--|----------|-------|----------|-------|
| 2008 PURCHASE ORDER | | | | | | |
| ALL SINGLE PACKAGED | | | | | | |
| SA646459 | | VALVE | | | | |
| Rev M | 100 | EA | 12/31/08 | 18.730 | | Y |
| | | | | Line value: | | 1873.00 |
| SA646459 VALVE | | | | | | |
| SA646459 | | VALVE | | | | |
| Rev M | 100 | EA | 01/30/09 | 18.730 | | Y |
| | | | | Line value: | | 1873.00 |
| SA646459 VALVE | | | | | | |
| SA646459 | | VALVE | | | | |
| Rev M | 100 | EA | 02/27/09 | 18.730 | | Y |
| | | | | Line value: | | 1873.00 |
| SA646459 VALVE | | | | | | |
| SA646459 | | VALVE, INT. | | | | |
| Rev M | 300 | EA | 03/31/09 | 18.730 | | Y |

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:   Sign and return by FAX to
1-866-743-3558

Signature

(Signature)                              Date  5/28/08

PURCHASE ORDER              Order number        104944

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|----------|------------|------------|
| 104313 | 10/24/07 | 5/21/08 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|

Line value:        5619.00

SA646459 VALVE

PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST
PRINT DATE 05/21/08: REVISED PO TO MATCH SAP FORECAST.

Order total:        11238.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement
Signature _____     5/28/08
                                        Date
Stefano Gazzcca

# zanzi

Order acknowledgment   : GE 313691 / 11/01/08  Rev.:        of:                        Page   :        1
Your P.O.              : 104944 , 24/10/07
Your P.O.  Rev.        :
Customer code          : 067

                                                    Messrs

                                              SUPERIOR AIR PARTS Inc.
                                              621 South Royal Lane-Suite 100
                                                 COPPELL,  TEXAS 75019-3805    US USA


Payment terms     : 00F110 60 DAYS NET FROM INVOICE DATE

Transport         : BY AIRFREIGHT                        Consignee :
Delivery terms    : C & F DFW AIRPORT
Carrier           : PANALPINA c/o CHRONO EXPRESS

Our Bank          : INTESA SANPAOLO SPA  NEW YORK              Currency:  USD   DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| PFSUP/007/M | DRG. SA646459 REV. M / VALVES COMM. 21714 / | N.  100,00 | 18,73000 | | 1.873,00 | 31/01/08 | 81 |
| PFSUP/007/M | DRG. SA646459 REV. M / VALVES COMM. 21714 | N.  100,00 | 18,73000 | | 1.873,00 | 29/02/08 | 81 |
| PFSUP/007/M | DRG. SA646459 REV. M / VALVES COMM. 21714 | N.  100,00 | 18,73000 | | 1.873,00 | 31/03/08 | 81 |
| PFSUP/007/M | DRG. SA646459 REV. M / VALVES COMM. 21714 | N.  100,00 | 18,73000 | | 1.873,00 | 30/04/08 | 81 |
| PFSUP/007/M | DRG. SA646459 REV. M / VALVES COMM. 21714 | N.  100,00 | 18,73000 | | 1.873,00 | 30/06/08 | 81 |
| PFSUP/007/M | DRG. SA646459 REV. M / VALVES COMM. 21714 | N.  100,00 | 18,73000 | | 1.873,00 | 31/07/08 | 81 |
| PFSUP/007/M | DRG. SA646459 REV. M / VALVES COMM. 21714 | N.  100,00 | 18,73000 | | 1.873,00 | 29/08/08 | 81 |
| PFSUP/007/M | DRG. SA646459 REV. M / VALVES COMM. 21714 | N.  100,00 | 18,73000 | | 1.873,00 | 30/09/08 | 81 |
| PFSUP/007/M | DRG. SA646459 REV. M / | N.  100,00 | 18,73000 | | 1.873,00 | 31/10/08 | 81 |

**Zanzi S.p.A.**  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com– info@zanzi.com

Order acknowledgment : ... - ... Rev. ... Page 2
Your P.O. : 104944 24/...
Your P.O. Rev. :

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| | VALVES | | | | | | |
| | COMM. 21714 | | | | | | |
| | | | | | | | |
| PFSUP/007/M | DRG. SA646459 REV. M | N.    100,00 | 18,73000 | | 1.873,00 | 26/11/08 | '81 |
| | VALVES | | | | | | |
| | COMM. 21714 | | | | | | |
| | | | | | | | |
| Note      : | ALL SINGLE PACKAGED | | | | | | |
| | . | | | | | | |
| | UNIT MATERIAL SURCHARGE $ 0.37 | | | | | | |
| | (KINDLY REFER TO MR.A.MAGLIONE | | | | | | |
| | E-MAIL DATED 6/08/07) | | | | | | |
| | . | | | | | | |
| | UNIT PRICES AND EXTRA PRICING | | | | | | |
| | FOR MATERIAL SURCHARGE IN U.S. | | | | | | |
| | $ AT THE EXCHANGE RATE OF 1E = | | | | | | |
| | 1$ TO BE FURTHER CONVERTED AT | | | | | | |
| | THE EXCHANGE RATE OF THE | | | | | | |
| | PREVIOUS DAY OF INVOICING DATE | | | | | | |
| | . | | | | | | |
| | (KINDLY REFER TO THE FOLLOWING | | | | | | |
| | LINK: | | | | | | |
| | www.ecb.int/stats/exchange/ | | | | | | |
| | eurofxref/html/index.en.html) | | | | | | |

| | Total amount of supply | : | | USD | 18.730,00 | | |

# PURCHASE ORDER

**Order number** **104944**

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 10/24/07 |

| Delivery address | Order address |
|---|---|
| Superior Air Parts Inc.<br>621 South Royal Lane<br>Suite 100<br>Coppell TX 75019-3805 | ZANZI S.p.A.<br>CORSO VERCELLI, 159<br>10015 IVREA<br>ITALY |

| Buyer | To: |
|---|---|
| JEFF LOCHRIDGE    PURCHASING | ANDREA MAGLIONE |

| Terms of payment | Internal Authorization |
|---|---|
| Net 60 Days | *[signature]* |

Manner of transport    Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| ALL SINGLE PACKAGED | | | | | |
| .   SA646459    VALVE<br>Rev M | 100    EA | 01/31/08 | ~~25.330~~ 18.73 | | N |
| | | Line value: | ~~2533.00~~ 1873.00 | | |
| | SA646459 VALVE | | | | |
| .   SA646459    VALVE<br>Rev M | 100    EA | 02/29/08 | ~~25.330~~ 18.73 | | N |
| | | Line value: | ~~2533.00~~ 1873.00 | | |
| | SA646459 VALVE | | | | |
| .   SA646459    VALVE<br>Rev M | 100    EA | 03/31/08 | ~~25.330~~ 18.73 | | N |
| | | Line value: | ~~2533.00~~ 1873.00 | | |
| | SA646459 VALVE | | | | |
| .   SA646459    VALVE<br>Rev M | 100    EA | 04/30/08 | ~~25.330~~ 18.73 | | N |

Unit material surcharge $ 0.37 (Kindly refer to Mr.A. Maglione e-mail dated 6/08/07)
Unit prices and extra pricing for material surcharge in U.S. Dollars at the        %%

**\*\* All Suppliers must comply with QAM003 Superior's Quality Requirements Manual \*\***

| Acknowledgement: | Sign and return by FAX to<br>1-866-743-3558 | |
|---|---|---|
| Signature *[signature]* | | Date *1/41/2008* |

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| | Supplier | Order date | Print date |
|---|---|---|---|
| | 104313 | 10/24/07 | 10/24/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

| | | | Line value: | ~~2533.00~~ 1873.00 | |

SA646459 VALVE

| . SA646459 | | VALVE | | | |
| Rev M | 100 EA | 06/30/08 | ~~25.330~~ 18.73 | N | |

| | | | Line value: | ~~2533.00~~ 1873.00 | |

SA646459 VALVE

| . SA646459 | | VALVE | | | |
| Rev M | 100 EA | 07/31/08 | ~~25.330~~ 18.73 | N | |

| | | | Line value: | ~~2533.00~~ 1873.00 | |

SA646459 VALVE

| . SA646459 | | VALVE | | | |
| Rev M | 100 EA | 08/29/08 | ~~25.330~~ 18.73 | N | |

| | | | Line value: | ~~2533.00~~ 1873.00 | |

SA646459 VALVE

| . SA646459 | | VALVE | | | |
| Rev M | 100 EA | 09/30/08 | ~~25.330~~ 18.73 | N | |

| | | | Line value: | ~~2533.00~~ 1873.00 | |

SA646459 VALVE

| . SA646459 | | VALVE | | | |
| Rev M | 100 EA | 10/31/08 | ~~25.330~~ 18.73 | N | |

| | | | Line value: | ~~2533.00~~ 1873.00 | |

SA646459 VALVE

| . SA646459 | | VALVE | | | |
| Rev M | 100 EA | 11/26/08 | ~~25.330~~ 18.73 | N | |

%% exchange rate of 1E = 1$ to be further converted at the exchange rate of the previous day of invoicing date.

**\*\* All vendors must comply with QAM003 Superior's Quality Requirements Manual \*\***



Acknowledgement:

Signature _____    1/11/2008    Date

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| | Supplier | Order date | Print date |
|---|---|---|---|
| | 104313 | 10/24/07 | 10/24/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

Line value:     ~~2533.00~~  1873.00

SA646459 VALVE

**Order total:**     ~~25330.00~~  18730.00

%% (Kindly refer to the following link: www.ecb.int:stats:exchange:eurofxref/html/
index.en.html)

**\*\* All vendors must comply with QAM003 Superior's Quality Requirements Manual \*\***

Acknowledgement:
_____        1/4/2008
Signature                               Date