# zanzi

```
Order acknowledgment  : GE  313683  21/12/07   Rev.:   1    of: 28/05/08                                        Page  :       1
Your P.O.             : 104945  24/10/07
Your P.O. Rev.        :  OF 21/05/2008
Customer code         : 067
                                                              Messrs
                                                                    SUPERIOR AIR PARTS Inc.
                                                                    621 South Royal Lane-Suite 100
                                                                           COPPELL,  TEXAS 75019-3805      US USA

Payment terms         : 00F110 60 DAYS NET FROM INVOICE DATE

Transport             : BY AIRFREIGHT                               Consignee :
Delivery terms        : C & F DFW AIRPORT
Carrier               : PANALPINA c/o CHRONO EXPRESS


Our Bank              : INTESA SANPAOLO SPA  NEW YORK                         Currency:  USD DOLLAR
Residuo in Ordine
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/003/L | DRG. SA646460 REV. L - VALVES COMM. 21715 - SINGLE | N. 200,00 | 46,81000 | | 9.362,00 | 30/05/08 | E |
| PFSUP/003/L | DRG. SA646460 REV. L - VALVES COMM. 21715 - SINGLE | N. 300,00 | 46,81000 | | 14.043,00 | 30/06/08 | E |
| PFSUP/003/L | DRG. SA646460 REV. L - VALVE COMM. 21715 - SINGLE | N. 100,00 | 46,81000 | | 4.681,00 | 31/07/08 | E |
| PFSUP/003/L | DRG. SA646460 REV. L - VALVES COMM. 21715 - SINGLE | N. 100,00 | 46,81000 | | 4.681,00 | 29/08/08 | E |
| PFSUP/003/L | DRG. SA646460 REV. L - VALVE COMM. 21715 - SINGLE | N. 100,00 | 46,81000 | | 4.681,00 | 30/09/08 | E |
| PFSUP/003/L | DRG. SA646460 REV. L - VALVES COMM. 21715 - SINGLE | N. 100,00 | 46,81000 | | 4.681,00 | 31/10/08 | E |
| PFSUP/003/L | DRG. SA646460 REV. L - VALVES COMM. 21715 - SINGLE | N. 100,00 | 46,81000 | | 4.681,00 | 26/11/08 | E |
| PFSUP/003/L | DRG. SA646460 REV. L - VALVES COMM. 21715 - SINGLE | N. 100,00 | 46,81000 | | 4.681,00 | 31/12/08 | |
| Note : | UNIT MATERIAL SURCHARGE $ 6.80 (KINDLY REFER TO MR.A.MAGLIONE E-MAIL DATED 6/08/07) . UNIT PRICES AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S. DOLLARS AT THE EXCHANGE RATE OF 1E=1$ TO BE FURTHER | | | | | | |

Zanzi S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

**zanzi**

```
Order acknowledgment  : GE  313683   21/12/07   Rev.:  1      of:  28/05/08                                 Page    :      2
Your P.O.             : 104945  24/10/07
Your P.O. Rev.        : OF 21/05/2008
```

| | | | | | |
|---|---|---|---|---|---|
| CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE. (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/ eurofxref/html/index.en.html) | | | | | |
| ALL SINGLE PACKAGED | | | | | |
| REVISION N.1 TO CHANGE QUANTITY AND DELIVERIES | | | | | |

```
            Total amount of supply                                                      USD      51.491,00
```

Zanzi S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

Delivery address
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer
Jeff Lochridge

To:
ANDREA MAGLIONE

Terms of payment
Net 60 Days

Internal Authorization
*[signature: Jeffry Lochridge]*

Manner of transport   Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

ALL SINGLE PACKAGED

SA646460                    VALVE, EXHAUST
Rev L            200  EA    05/30/08           ~~47.81~~ 46.81                    Y
                                                         Line value:    ~~9482.00~~ 9362.00

                            SA646460 VALVE

SA646460                    VALVE, EXHAUST
Rev L            300  EA    06/30/08           ~~47.02~~ 46.81                    Y
                                                         Line value:    ~~14103.00~~ 14043.00

                            SA646460 VALVE

SA646460                    VALVE, EXHAUST
Rev L            100  EA    07/31/08           ~~47.81~~ 46.81                    Y
                                                         Line value:    ~~4781.00~~ 4681.00

                            SA646460 VALVE

SA646460                    VALVE, EXHAUST
Rev L            100  EA    08/29/08           ~~47.81~~ 46.81                    Y

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:   Sign and return by FAX to
                    1-866-743-3558

Signature *[signature]*                                        Date  5/28/08

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

Line value: ~~4701.00~~ 4681.00

SA646460 VALVE

SA646460       VALVE, EXHAUST
Rev L          100   EA   09/30/08      ~~47.01~~ 46.81                  Y

Line value: ~~4701.00~~ 4681.00

SA646460 VALVE

SA646460       VALVE, EXHAUST
Rev L          100   EA   10/31/08      ~~47.010~~                         Y

Line value: ~~4701.00~~ 4681.00

SA646460 VALVE

SA646460       VALVE, EXHAUST
Rev L          100   EA   11/26/08      ~~47.010~~ 46.81                  Y

Line value: ~~4701.00~~ 4681.00

SA646460 VALVE

SA646460       VALVE, EXHAUST
Rev L          100   EA   12/31/08      ~~47.010~~ 46.81                  Y

Line value: ~~4701.00~~ 4681.00

SA646460 VALVE

PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 05/21/08: REVISED PO TO MATCH SAP FORECAST.

Order total: ~~51711.00~~ 51491.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **



Acknowledgement:
Signature _____  Date 5/28/08

**Zanzi**

```
Order acknowledgment  : GE  313683  21/12/07    Rev.:          Of:                                    Page :        1
Your P.O.             : 104945  24/10/07
Your P.O. Rev.        :
Customer code         : 067
                                                                   Messrs
                                                                       SUPERIOR AIR PARTS Inc.
                                                                       621 South Royal Lane-Suite 100
                                                                          COPPELL,  TEXAS  75019-3805    US USA

Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                              Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA   NEW YORK                      Currency:   USD  DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/003/L | DRG. SA646460 REV. L VALVES COMM. 21715 | N. 200,00 | 46,81000 | | 9.362,00 | 31/01/08 | 8] |
| PFSUP/003/L | DRG. SA646460 REV. L VALVES COMM. 21715 | N. 200,00 | 46,81000 | | 9.362,00 | 29/02/08 | 8: |
| PFSUP/003/L | DRG. SA646460 REV. L VALVES COMM. 21715 | N. 200,00 | 46,81000 | | 9.362,00 | 31/03/08 | 8: |
| PFSUP/003/L | DRG. SA646460 REV. L VALVES COMM. 21715 | N. 100,00 | 46,81000 | | 4.681,00 | 30/04/08 | 8: |
| PFSUP/003/L | DRG. SA646460 REV. L VALVES COMM. 21715 | N. 100,00 | 46,81000 | | 4.681,00 | 30/05/08 | 8 |
| PFSUP/003/L | DRG. SA646460 REV. L VALVES COMM. 21715 | N. 100,00 | 46,81000 | | 4.681,00 | 30/06/08 | 8 |
| PFSUP/003/L | DRG. SA646460 REV. L VALVES COMM. 21715 | N. 100,00 | 46,81000 | | 4.681,00 | 31/07/08 | 8 |
| PFSUP/003/L | DRG. SA646460 REV. L VALVES COMM. 21715 | N. 100,00 | 46,81000 | | 4.681,00 | 29/08/08 | 8 |
| PFSUP/003/L | DRG. SA646460 REV. L | N. 100,00 | 46,81000 | | 4.681,00 | 30/09/08 | 8 |

**Zanzi S.p.A.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| | VALVES | | | | | | |
| | COMM. 21715 | | | | | | |
| PFSUP/003/L | DRG. SA646460 REV. L | N. 100,00 | 46,81000 | | 4.681,00 | 31/10/08 | 8 |
| | VALVES | | | | | | |
| | COMM. 21715 | | | | | | |
| PFSUP/003/L | DRG. SA646460 REV. L | N. 100,00 | 46,81000 | | 4.681,00 | 26/11/08 | 8 |
| | VALVES | | | | | | |
| | COMM. 21715 | | | | | | |
| PFSUP/003/L | DRG. SA646460 REV. L | N. 100,00 | 46,81000 | | 4.681,00 | 31/12/08 | |
| | VALVES | | | | | | |
| | COMM. 21715 | | | | | | |
| Note : | UNIT MATERIAL SURCHARGE $ 6.80 (KINDLY REFER TO MR.A.MAGLIONE E-MAIL DATED 6/08/07) . UNIT PRICES AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S. DOLLARS AT THE EXCHANGE RATE OF 1E=1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE. (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/ eurofxref/html/index.en.html) . ALL SINGLE PACKAGED | | | | | | |

Total amount of supply    :                                          USD    70.215,00

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

DUPLICATE PURCHASE ORDER  Order number: 104945

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 10/24/07 |

| Delivery address | Order address |
|---|---|
| Superior Air Parts Inc.<br>621 South Royal Lane<br>Suite 100<br>Coppell TX 75019-3805 | ZANZI S.p.A.<br>CORSO VERCELLI, 159<br>10015 IVREA<br>ITALY |

| Buyer | To: |
|---|---|
| JEFF LOCHRIDGE   PURCHASING | ANDREA MAGLIONE |

| Terms of payment | Internal Authorization |
|---|---|
| Net 60 Days | (signature) |

Manner of transport  Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

ALL SINGLE PACKAGED

. SA646460           VALVE, EXHAUST
  Rev L        200 EA   01/31/08    ~~62,730~~ 46,81            N
                                    Line value:   ~~12546,00~~ 9.362,00

                      SA646460 VALVE

. SA646460           VALVE, EXHAUST
  Rev L        200 EA   02/29/08    ~~62,730~~ 46,81            N
                                    Line value:   ~~12546,00~~ 9.362,00

                      SA646460 VALVE

. SA646460           VALVE, EXHAUST
  Rev L        200 EA   03/31/08    ~~62,730~~ 46,81            N
                                    Line value:   ~~12546,00~~ 9.362,00

                      SA646460 VALVE

. SA646460           VALVE, EXHAUST
  Rev L        100 EA   04/30/08    ~~62,730~~ 46,81            N

(See notes in next page)

**\*\* All Suppliers must comply with QAM003 Superior's Quality Requirements Manual \*\***

| Acknowledgement: Sign and return by FAX to 1-866-743-3558 | |
|---|---|
| Signature (signed) | Date 12/21/2007 |

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 10/24/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| | | | Line value: | ~~6273.00~~ 4.681,00 | |
| | SA646460 VALVE | | | | |
| SA646460 Rev L | 100 EA | VALVE, EXHAUST 05/30/08 | ~~62.730~~ 46?81 | | N |
| | | | Line value: | ~~6273.00~~ 4.681,00 | |
| | SA646460 VALVE | | | | |
| SA646460 Rev L | 100 EA | VALVE, EXHAUST 06/30/08 | ~~62.730~~ 46,81 | | N |
| | | | Line value: | ~~6273.00~~ 4.681,00 | |
| | SA646460 VALVE | | | | |
| SA646460 Rev L | 100 EA | VALVE, EXHAUST 07/31/08 | ~~62.730~~ 46,81 | | N |
| | | | Line value: | ~~6273.00~~ 4.681,00 | |
| | SA646460 VALVE | | | | |
| SA646460 Rev L | 100 EA | VALVE, EXHAUST 08/29/08 | ~~62.730~~ 46,81 | | N |
| | | | Line value: | ~~6273.00~~ 4.681,00 | |
| | SA646460 VALVE | | | | |
| SA646460 Rev L | 100 EA | VALVE, EXHAUST 09/30/08 | ~~62.730~~ 46,81 | | N |
| | | | Line value: | ~~6273.00~~ 4.681,00 | |
| | SA646460 VALVE | | | | |
| SA646460 Rev L | 100 EA | VALVE, EXHAUST 10/31/08 | ~~62.730~~ 46,81 | | N |

Unit material surcharge $ 6.80 (Kindly refer to Mr.A. Maglione a-mail dated 6/08/

Unit prices and extra pricing for material surcharge in U.S. Dollars at the

**\*\* All vendors must comply with QAM003 Superior's Quality Requirements Manual \*\***

Acknowledgement:



Signature _____  Date  12/21/2007

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

# PURCHASE ORDER

Order number: 104945

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 10/24/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| | | | Line value: | | ~~6273,00~~ 4.681,00 |
| | | SA646460 VALVE | | | |
| SA646460 Rev L | 100 EA | VALVE, EXHAUST 11/26/08 | ~~62,730~~ 46,81 | | N |
| | | | Line value: | | ~~6273,00~~ 4.681,00 |
| | | SA646460 VALVE | | | |
| SA646460 Rev L | 100 EA | VALVE, EXHAUST 12/31/08 | ~~62,730~~ 46,81 | | N |
| | | | Line value: | | ~~6273,00~~ = 4.681,00 |
| | | SA646460 VALVE | | | |
| | | | **Order total:** | | ~~94095,00~~ 70.215,00 |

%% exchange rate of 1E = 1$ to be further converted at the exchange rate of the previous day of invoicing date.
(Kindly refer to the following link: www.ecb.int/stats/exchange/eurofxref/htm index.en.html)

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature: [signature]    Date: 12/21/2007