# zanzi

| | | | | | | |
|---|---|---|---|---|---|---|
| Order acknowledgment | : GE 313780 27/12/07 | Rev.: 2 | of: 28/05/08 | | Page | : 1 |
| Your P.O. | : 104946 24/10/07 | | | | | |
| Your P.O. Rev. | : OF 21/05/2008 | | | | | |
| Customer code | : 067 | | | | | |

Messrs

SUPERIOR AIR PARTS Inc.

621 South Royal Lane-Suite 100

COPPELL, TEXAS 75019-3805    US USA

Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport      : BY AIRFREIGHT                          Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier       : PANALPINA c/o CHRONO EXPRESS

Our Bank      : INTESA SANPAOLO SPA  NEW YORK              Currency:  USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716<br>SINGLE | N. 500,00 | 43,33000 | | 21.665,00 | 31/10/08 | 8 |
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716<br>SINGLE | N. 500,00 | 43,33000 | | 21.665,00 | 26/11/08 | 8 |
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716<br>BULK | N. 500,00 | 42,99000 | | 21.495,00 | 31/12/08 | 8 |
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716<br>SINGLE | N. 500,00 | 43,33000 | | 21.665,00 | 31/12/08 | 8 |
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716<br>BULK | N. 500,00 | 42,99000 | | 21.495,00 | 30/01/09 | 8 |
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716<br>SINGLE | N. 500,00 | 43,33000 | | 21.665,00 | 30/01/09 | 8 |
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716 | N. 500,00 | 42,99000 | | 21.495,00 | 27/02/09 | 8 |

**Zanzi S.p.A.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com

# zanzi

Order acknowledgment    : GE  313780  27/12/07  Rev.:  2  Of:  28/05/08                    Page    :          2
Your P.O.               : .104946  24/10/07
Your P.O.  Rev.         : OF 21/05/2008

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| | BULK | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.    500,00 | 43,33000 | | 21.665,00 | 27/02/09 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.   4000,00 | 42,99000 | | 171.960,00 | 31/03/09 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | BULK | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.   1600,00 | 43,33000 | | 69.328,00 | 31/03/09 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| Note        : | UNIT MATERIAL SURCHARGE $10.59 | | | | | | |
| | (KINDLY REFER TO MR.A.MAGLIONE | | | | | | |
| | E-MAIL DATED 6/08/07) | | | | | | |
| | . | | | | | | |
| | UNIT PRICES AND EXTRA PRICING | | | | | | |
| | FOR MATERIAL SURCHARGE IN | | | | | | |
| | U.S. $ AT THE EXCHANGE RATE OF | | | | | | |
| | 1E=1$ TO BE FURTHER CONVERTED | | | | | | |
| | AT THE EXCHANGE RATE OF THE | | | | | | |
| | PREVIOUS DAY OF INVOICING DATE | | | | | | |
| | . | | | | | | |
| | (KINDLY REFER TO THE FOLLOWING | | | | | | |
| | LINK: | | | | | | |
| | www.ecb.int/stats/exchange/ | | | | | | |
| | eurofxref/html/index.en.html) | | | | | | |
| | . | | | | | | |
| | REVISION N. 1 TO CHANGE QUANTI | | | | | | |
| | TIES AND DELIVERIES ALL ITEMS | | | | | | |
| | . | | | | | | |
| | REVISION N. 2 TO CHANGE QUANTI | | | | | | |
| | TIES AND DELIVERIES | | | | | | |

Total amount of supply        :                                                    USD        414.098,00

**Zanzi** S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
info@zanzi.com

PURCHASE ORDER    Order number    104946

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

Delivery address

Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address

ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer

Jeff Lochridge

To:

ANDREA MAGLIONE

Terms of payment
Net 60 Days

Internal Authorization

*Jeffry Lochridge*

Manner of transport    Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| 2008 PURCHASE ORDER | | | | | |
| SA643873 | 500    EA | 12/31/08 | 42.990 | | Y |
| Rev AA | | | | | |

Line value:    21495.00

SA643873 VALVE

BULK PACKAGED

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| SA643873 | 500    EA | 10/31/08 | 43.330 | | Y |
| Rev AA | | | | | |

Line value:    21665.00

SA643873 VALVE

SINGLE PACKAGED

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| SA643873 | 500    EA | 01/30/09 | 42.990 | | Y |
| Rev AA | | | | | |

Line value:    21495.00

SA643873 VALVE

BULK PACKAGED

**\*\* All Suppliers must comply with QAM003 Superior's Quality Requirements Manual \*\***

Acknowledgement:    Sign and return by FAX to
1-866-743-3558

ZANZI S.p.A.

Signature Amministratore Delegato
Stefano Gazzola

Date    5/28/08

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| SA643873 | | VALVE, EXHAUST | | | |
| Rev AA | 500 EA | 11/26/08 | 43.330 | | Y |

Line value: 21665.00

SA643873 VALVE

**SINGLE PACKAGED**

| | | | | | |
|---|---|---|---|---|---|
| SA643873 | | VALVE, EXHAUST | | | |
| Rev AA | 500 EA | 02/27/09 | 42.990 | | Y |

Line value: 21495.00

SA643873 VALVE

**BULK PACKAGED**

| | | | | | |
|---|---|---|---|---|---|
| SA643873 | | VALVE, EXHAUST | | | |
| Rev AA | 500 EA | 12/31/08 | 43.330 | | Y |

Line value: 21665.00

SA643873 VALVE

**SINGLE PACKAGED**

| | | | | | |
|---|---|---|---|---|---|
| SA643873 | | VALVE, EXHAUST | | | |
| Rev AA | 4000 EA | 03/31/09 | 42.990 | | Y |

Line value: 171960.00

SA643873 VALVE

**BULK PACKAGED**

| | | | | | |
|---|---|---|---|---|---|
| SA643873 | | VALVE, EXHAUST | | | |
| Rev AA | 500 EA | 01/30/09 | 43.330 | | Y |

Line value: 21665.00

SA643873 VALVE

**SINGLE PACKAGED**

| | | | | | |
|---|---|---|---|---|---|
| SA643873 | | VALVE, EXHAUST | | | |
| Rev AA | 500 EA | 02/27/09 | 43.330 | | Y |

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **



Acknowledgement:

Signature _____ _____   Date 5/28/08

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

Line value:     21665.00

SA643873 VALVE

SINGLE PACKAGED

| SA643873 | | | VALVE, EXHAUST | | |
| Rev AA | 1600 EA | 03/31/09 | 43.330 | | Y |

Line value:     69328.00

SA643873 VALVE

SINGLE PACKAGED
PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST
PRINT DATE 05/21/08: REVISED PO TO MATCH SAP FORECAST.

Order total:     414098.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

_____    5/28/08
Signature                    Date



Order acknowledgment  : GE 313780  27/12/07  Rev.:  1  of:  27/03/08                    Page  :         1
Your P.O.             : .104946  24/10/07
Your P.O. Rev.        : OF 19/03/2008
Customer code         : 067

                                                    Messrs

                                                    SUPERIOR AIR PARTS Inc.
                                                    621 South Royal Lane-Suite 100
                                                    COPPELL,  TEXAS 75019-3805    US USA

Payment terms   : 00F110 60 DAYS NET FROM INVOICE DATE

Transport       : BY AIRFREIGHT                           Consignee :
Delivery terms  : C & F DFW AIRPORT
Carrier         : PANALPINA c/o CHRONO EXPRESS

Our Bank        : INTESA SANPAOLO SPA  NEW YORK           Currency: USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| PFSUP/006/AA | DRG. SA643873 REV. AA  VALVES  COMM. 21716  BULK | N.  600,00 | 42,99000 | | 25.794,00 | 30/06/08 | 8 |
| PFSUP/006/AA | DRG. SA643873 REV. AA  VALVES  COMM. 21716  SINGLE | N.  500,00 | 43,33000 | | 21.665,00 | 30/06/08 | |
| PFSUP/006/AA | DRG. SA643873 REV. AA  VALVES  COMM. 21716  BULK | N.  600,00 | 42,99000 | | 25.794,00 | 31/07/08 | |
| PFSUP/006/AA | DRG. SA643873 REV. AA  VALVES  COMM. 21716  SINGLE | N.  400,00 | 43,33000 | | 17.332,00 | 31/07/08 | |
| PFSUP/006/AA | DRG. SA643873 REV. AA  VALVES  COMM. 21716  BULK | N.  600,00 | 42,99000 | | 25.794,00 | 29/08/08 | |
| PFSUP/006/AA | DRG. SA643873 REV. AA  VALVES  COMM. 21716  SINGLE | N.  500,00 | 43,33000 | | 21.665,00 | 29/08/08 | |
| PFSUP/006/AA | DRG. SA643873 REV. AA  VALVES  COMM. 21716 | N.  600,00 | 42,99000 | | 25.794,00 | 30/09/08 | |

**Zanzi S.p.A.**  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com– info@zanzi.com

Order acknowledgment  : GE  313780  27/12/07  Rev. : 1  of  27/03/08                    Page  :              2

Your P.O              : .104946  24/10/07

Your P.O. Rev.        : OF 19/03/2008

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| | BULK | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.    400,00 | 43,33000 | | 17.332,00 | 30/09/08 | |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.    600,00 | 42,99000 | | 25.794,00 | 31/10/08 | |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | BULK | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.    500,00 | 43,33000 | | 21.665,00 | 31/10/08 | |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.    600,00 | 42,99000 | | 25.794,00 | 26/11/08 | |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | BULK | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.    400,00 | 43,33000 | | 17.332,00 | 26/11/08 | |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.    500,00 | 42,99000 | | 21.495,00 | 31/12/08 | |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | BULK | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.    500,00 | 43,33000 | | 21.665,00 | 31/12/08 | |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.    600,00 | 42,99000 | | 25.794,00 | 30/01/09 | |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | BULK | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.    500,00 | 43,33000 | | 21.665,00 | 30/01/09 | |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.    700,00 | 42,99000 | | 30.093,00 | 27/02/09 | |

Order acknowledgment    : GE  313780   27/12/07    Page    :    1
Your P.O.               : .104946   24/10/07
Your P.O.  Rev.         :  OF 19/03/2008

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | BULK | | | | | | |
| | | | | | | | |
| PFSUP/066/AA | DRG. SA643873 REV. AA | N.    400,00 | 43,33000 | | 17.332,00 | 27/02/09 | |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| | | | | | | | |
| Note        : | UNIT MATERIAL SURCHARGE $10.59 | | | | | | |
| | (KINDLY REFER TO MR.A.MAGLIONE | | | | | | |
| | E-MAIL DATED 6/08/07) | | | | | | |
| | . | | | | | | |
| | UNIT PRICES AND EXTRA PRICING | | | | | | |
| | FOR MATERIAL SURCHARGE IN | | | | | | |
| | U.S. $ AT THE EXCHANGE RATE OF | | | | | | |
| | 1E=1$ TO BE FURTHER CONVERTED | | | | | | |
| | AT THE EXCHANGE RATE OF THE | | | | | | |
| | PREVIOUS DAY OF INVOICING DATE | | | | | | |
| | . | | | | | | |
| | (KINDLY REFER TO THE FOLLOWING | | | | | | |
| | LINK: | | | | | | |
| | www.ecb.int/stats/exchange/ | | | | | | |
| | eurofxref/html/index.en.html) | | | | | | |
| | . | | | | | | |
| | REVISION N. 1 TO CHANGE QUANTI | | | | | | |
| | TIES AND DELIVERIES ALL ITEMS | | | | | | |

Total amount of supply        :                    USD        409.799,00

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Supplier          Order date          Print date
191315            10/24/07            4-19-08

Delivery address                          Order address
Superior Air Parts Inc.                   SANZI S.p.A.
621 South Royal Lane                      CORSO VERCELLI, 159
Suite 100                                 10015 IVREA
Coppell TX 75019-3805                     ITALY

Buyer                                     To:
Bill Dunkleberg                           ANDREA MAGLIONE

Terms of payment                          Internal Authorization
Net 60 Days

Manner of transport  Best Way

          THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

Postion        Quantity        Unit Price        Price        Discount        Prov.
2306  PURCHASE ORDER

    SA640872                   VALVE, EXHAUST
    . . . . . . .          343    EA    . . / . . / . .    83.950                     Y

                                                Line value:        28794.00

_____            SA640872 VALVE

FULLY PACKAGED

    SA640872                   VALVE, EXHAUST
    . . . . . .          343    EA    . . / . . / . .    67.950                     Y

                                                Line value:        23305.00

                               SA640872 VALVE

SINGLE PACKAGED

    SA640872                   VALVE, EXHAUST
    . . . . . .          343    EA    . . / . . / . .    83.950                     Y

                                                Line value:        28794.00

                               SA640872 VALVE

SINGLE PACKAGED

'' All Suppliers must comply with QAM003 Superior's Quality Requirements Manual ''

Acknowledgement:    Sign and return by FAX to
                    1-866-743-3558
Signature                                       3/27/2008
                                                Date

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Supplier          Order date        Print date
104313            10/24/07

Line value:      17337.00

Line value:      25794.00

Line value:      21665.00

Line value:      25794.00

Line value:      17337.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **



Acknowledgement:

Signature                              3/27/2008
                                       Date

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Supplier          Order date          Print date
104313            11/24/07            2/13/13

Item              Quantity          On date          Price    Discount          Price

Line value:          25794.00

VALVE, EXHAUST

FULL PACKAGED

              VALVE, EXHAUST
                                                    Line value:          21665.00

EXHAUST VALVE

FULL PACKAGED

              VALVE, EXHAUST
                                                    Line value:          25794.00

EXHAUST VALVE

FULL PACKAGED

              VALVE, EXHAUST
                                                    Line value:          17332.00

EXHAUST VALVE

SINGLE PACKAGED

              VALVE, EXHAUST
                                                    Line value:          21195.00

EXHAUST VALVE

FULL PACKAGED

              VALVE, EXHAUST
                                                    Line value:          21665.00

EXHAUST VALVE

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Sign _____          3/27/2008
                                Date

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Supplier: 10:923  Order date: 19/24/07  Print date: 3:10:09

| Item | Quantity | Del.date | Price | Discount | Prem. |
|------|----------|----------|-------|----------|-------|

VIRTUE PACKAGED

VALVE, EXH.

400 EA 01/30/09 40.240 Y

Line value: 25794.00

SASGETS VALUE

VALVE, EXH.

500 EA 01/30/09 43.330 Y

Line value: 21665.00

SINGLE PACKAGED

VALVE, EXH.

700 EA 01/30/09 43.049 I

Line value: 30093.00

SINGLE PACKAGED

VALVE, EXH.

400 EA 02/28/09 43.010 Y

Line value: 17232.00

SINGLE PACKAGED

PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST

Order total: 409799.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature                    3/29/2008
                             Date



order acknowledgment  : GE  313687   27/12/07  Rev.:       Of:                                    Page  :        1
Your P.O.             : 104946 24/10/07
Your P.O.  Rev.       :  .
Customer code         : 067

                                                           Messrs
                                                              SUPERIOR AIR PARTS Inc.
                                                              621 South Royal Lane-Suite 100
                                                                  COPPELL,  TEXAS 75019-3805     US USA

Payment terms   : 00F110 60 DAYS NET FROM INVOICE DATE

Transport       : BY AIRFREIGHT                              Consignee :
Delivery terms  : C & F DFW AIRPORT
Carrier         : PANALPINA c/o CHRONO EXPRESS

Our Bank        : INTESA SANPAOLO SPA  NEW YORK              Currency:  USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716<br>BULK | N.  700,00 | 42,99000 | | 30.093,00 | 30/04/08 | 81 |
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716<br>SINGLE | N.  500,00 | 43,33000 | | 21.665,00 | 30/04/08 | 81 |
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716<br>BULK | N.  700,00 | 42,99000 | | 30.093,00 | 30/05/08 | 81 |
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716<br>SINGLE | N.  400,00 | 43,33000 | | 17.332,00 | 30/05/08 | 81 |
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716<br>BULK | N.  600,00 | 42,99000 | | 25.794,00 | 30/06/08 | 81 |
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716<br>SINGLE | N.  500,00 | 43,33000 | | 21.665,00 | 30/06/08 | 81 |
| PFSUP/006/AA | DRG. SA643873 REV. AA<br>VALVES<br>COMM. 21716 | N.  600,00 | 42,99000 | | 25.794,00 | 31/07/08 | 81 |

**Zanzi** S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com– info@zanzi.com

Order acknowledgment   No. 313891   27/10/08   Rev. :                                   Page        2

Your P.O.         : 104946   24/10/08

Your P.O.  Rev.   :

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| | BULK | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.  400,00 | 43,33000 | | 17.332,00 | 31/07/08 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.  600,00 | 42,99000 | | 25.794,00 | 29/08/08 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | BULK | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.  500,00 | 43,33000 | | 21.665,00 | 29/08/08 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.  600,00 | 42,99000 | | 25.794,00 | 30/09/08 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | BULK | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.  400,00 | 43,33000 | | 17.332,00 | 30/09/08 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.  600,00 | 42,99000 | | 25.794,00 | 31/10/08 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | BULK | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.  500,00 | 43,33000 | | 21.665,00 | 31/10/08 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.  600,00 | 42,99000 | | 25.794,00 | 26/11/08 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | BULK | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.  400,00 | 43,33000 | | 17.332,00 | 26/11/08 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.  500,00 | 42,99000 | | 21.495,00 | 31/12/08 | 81 |

Order acknowledgment  : Gr. 31864  27/12/07 Rev. :
Your P.O.              : 104946    24/15/07
Your P.O.  Rev.        :

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | BULK | | | | | | |
| | | | | | | | |
| PFSUP/006/AA | DRG. SA643873 REV. AA | N.   500,00 | 43,33000 | | 21.665,00 | 31/12/08 | 81 |
| | VALVES | | | | | | |
| | COMM. 21716 | | | | | | |
| | SINGLE | | | | | | |
| | | | | | | | |
| Note     : | UNIT MATERIAL SURCHARGE $10.59 | | | | | | |
| | (KINDLY REFER TO MR.A.MAGLIONE | | | | | | |
| | E-MAIL DATED 6/08/07) | | | | | | |
| | . | | | | | | |
| | UNIT PRICES AND EXTRA PRICING | | | | | | |
| | FOR MATERIAL SURCHARGE IN | | | | | | |
| | U.S. $ AT THE EXCHANGE RATE OF | | | | | | |
| | 1E=1$ TO BE FURTHER CONVERTED | | | | | | |
| | AT THE EXCHANGE RATE OF THE | | | | | | |
| | PREVIOUS DAY OF INVOICING DATE | | | | | | |
| | . | | | | | | |
| | (KINDLY REFER TO THE FOLLOWING | | | | | | |
| | LINK: | | | | | | |
| | www.ecb.int/stats/exchange/ | | | | | | |
| | eurofxref/html/index.en.html) | | | | | | |

Total amount of supply    :                          USD      414.098,00

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 10/24/07 |

| Delivery address | Order address |
|---|---|
| Superior Air Parts Inc.<br>621 South Royal Lane<br>Suite 100<br>Coppell TX 75019-3805 | ZANZI S.p.A.<br>CORSO VERCELLI, 159<br>10015 IVREA<br>ITALY |

| Buyer | To: |
|---|---|
| JEFF LOCHRIDGE      PURCHASING | ANDREA MAGLIONE |

| Terms of payment<br>Net 60 Days | Internal Authorization |
|---|---|

Manner of transport  Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| .    SA643873<br>    Rev AA | 700  EA | VALVE, EXHAUST<br>04/30/08 | ~~58.040~~ 42,99 | N | |
| | | | Line value: | ~~40628,00~~ 30.093,00 | |

SA643873 VALVE

BULK PACKAGED

| . SA643873<br>    Rev AA | 500  EA | VALVE, EXHAUST<br>04/30/08 | ~~58.540~~ 43,33 | N | |
| | | | Line value: | ~~29270,00~~ 21.665,00 | |

SA643873 VALVE

SINGLE PACKAGED

| . SA643873<br>    Rev AA | 700  EA | VALVE, EXHAUST<br>05/30/08 | ~~58.040~~ 42,99 | N | |
| | | | Line value: | ~~40628,00~~ 30.093,00 | |

SA643873 VALVE

BULK PACKAGED

| . SA643873<br>    Rev AA | 400  EA | VALVE, EXHAUST<br>05/30/08 | ~~58.540~~ 43,33 | N | |

(see notes in the last page)

**\*\* All Suppliers must comply with QAM003 Superior's Quality Requirements Manual \*\***

Acknowledgement:  Sign and return by FAX to
1-866-743-3558

Signature                                    Date  12/27/2007

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 10/24/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

Line value:    ~~23416,00~~ 17.332,00

SA643873 VALVE

SINGLE PACKAGED

| . SA643873 | 600 EA | VALVE, EXHAUST 06/30/08 | ~~58,040~~ 42,99 | N |
| Rev AA | | | | |

Line value:    ~~34824,00~~ 25.794,00

SA643873 VALVE

BULK PACKAGED

| . SA643873 | 500 EA | VALVE, EXHAUST 06/30/08 | ~~58,540~~ 43,33 | N |
| Rev AA | | | | |

Line value:    ~~29270,00~~ 21.665,00

SA643873 VALVE

SINGLE PACKAGED

| . SA643873 | 600 EA | VALVE, EXHAUST 07/31/08 | ~~58,040~~ 42,99 | N |
| Rev AA | | | | |

Line value:    ~~34824,00~~ 25.794,00

SA643873 VALVE

BULK PACKAGED

| . SA643873 | 400 EA | VALVE, EXHAUST 07/31/08 | ~~58,540~~ 43,33 | N |
| Rev AA | | | | |

Line value:    ~~23416,00~~ 17.332,00

SA643873 VALVE

SINGLE PACKAGED

| . SA643873 | 600 EA | VALVE, EXHAUST 08/29/08 | ~~58,040~~ 42,99 | N |
| Rev AA | | | | |

Line value:    ~~34824,00~~ 25.794,00

SA643873 VALVE

(see notes in the last page)

**\*\* All vendors must comply with QAM003 Superior's Quality Requirements Manual \*\***

Acknowledgement:

Signature _____    12/27/2007

Date

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|----------|-----------|-----------|
| 104313 | 10/24/07 | 10/24/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|
| BULK PACKAGED | | | | | |
| .    SA643873 | | VALVE, EXHAUST | | | |
| Rev AA | 500   EA | 08/29/08 | ~~38,540~~ 43,33 | | N |
| | | | Line value: | ~~29270,00~~ 21.665,00 | |
| | | SA643873 VALVE | | | |
| SINGLE PACKAGED | | | | | |
| .    SA643873 | | VALVE, EXHAUST | | | |
| Rev AA | 600   EA | 09/30/08 | ~~58,040~~ 42,99 | | N |
| | | | Line value: | ~~34824,00~~ 25.794,00 | |
| | | SA643873 VALVE | | | |
| BULK PACKAGED | | | | | |
| .    SA643873 | | VALVE, EXHAUST | | | |
| Rev AA | 400   EA | 09/30/08 | ~~58,540~~ 43,33 | | N |
| | | | Line value: | ~~23416,00~~ 17.332,00 | |
| | | SA643873 VALVE | | | |
| SINGLE PACKAGED | | | | | |
| .    SA643873 | | VALVE, EXHAUST | | | |
| Rev AA | 600   EA | 10/31/08 | ~~58,040~~ 42,99 | | N |
| | | | Line value: | ~~34824,00~~ 25.794,00 | |
| | | SA643873 VALVE | | | |
| BULK PACKAGED | | | | | |
| .    SA643873 | | VALVE, EXHAUST | | | |
| Rev AA | 500   EA | 10/31/08 | ~~58,540~~ 43,33 | | N |
| | | | Line value: | ~~29270,00~~ 21.665,00 | |
| | | SA643873 VALVE | | | |
| SINGLE PACKAGED | | | | | |
| .    SA643873 | | VALVE, EXHAUST | | | |
| Rev AA | 600   EA | 11/26/08 | ~~58,040~~ 42,99 | | N |

(see notes in the last page)

**\*\* All vendors must comply with QAM003 Superior's Quality Requirements Manual \*\***



Acknowledgement:

Signature                               Date

12/27/2007

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|----------|-----------|-----------|
| 104313 | 10/24/07 | 10/24/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|

Line value: ~~34824,00~~ 25.794,00

SA643873 VALVE

BULK PACKAGED

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| . SA643873 |   | VALVE, EXHAUST |   |   |   |
| Rev AA | 400 EA | 11/26/08 | ~~58,540~~ 43,33 |   | N |

Line value: ~~23416,00~~ 17.332,00

SA643873 VALVE

SINGLE PACKAGED

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| . SA643873 |   | VALVE, EXHAUST |   |   |   |
| Rev AA | 500 EA | 12/31/08 | ~~58,040~~ 42,99 |   | N |

Line value: ~~29020,00~~ 21495,00

SA643873 VALVE

BULK PACKAGED

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| . SA643873 |   | VALVE, EXHAUST |   |   |   |
| Rev AA | 500 EA | 12/31/08 | ~~58,540~~ 43,33 |   | N |

Line value: ~~29270,00~~ 21.665,00

SA643873 VALVE

SINGLE PACKAGED

**Order total:** ~~559234,00~~ 414.098,00

Unit material surcharge $ 10.59 (Kindly refer to Mr. A. Maglione e-mail dated 6/08/07

Unit prices and extra pricing for material surcharge in U.S. Dollars at the exchange
rate of 1E = 1$ to be further converted at the exchange rate of the previous day of
invoicing date.
(Kindly refer to the following link: www.ecb.int/stats/exchange/eurofxref/html/
index.en.htlm)

**\*\* All vendors must comply with QAM003 Superior's Quality Requirements Manual \*\***

Acknowledgement:

Signature _____  Date 12/27/2007