

Page : 1

```
Order acknowledgment  : GE  313681   21/12/07  Rev.:  2  of: 27/05/08
Your P.O.             : 104949      24/10/07
Your P.O. Rev.        : OF 21/05/2008
Customer code         : 067
```

Messrs

SUPERIOR AIR PARTS Inc.
621 South Royal Lane-Suite 100
COPPELL, TEXAS 75019-3805    US USA

```
Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                              Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA  NEW YORK              Currency:  USD DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/021/G | DRG. SL11901 REV. G  INTAKE VALVES  COMM. 21717 - BULK | N. 100,00 | 17,85000 | | 1.785,00 | 30/01/09 | 8] |
| PFSUP/021/G | DRG. SL11901 REV. G  INTAKE VALVES  COMM. 21717 - BULK | N. 100,00 | 17,85000 | | 1.785,00 | 27/02/09 | 8] |
| PFSUP/021/G | DRG. SL11901 REV. G  INTAKE VALVES  COMM. 21717 - BULK | N. 500,00 | 17,85000 | | 8.925,00 | 31/03/09 | 8] |
| Note : | ALL BULK PACKAGED | | | | | | |
| | UNIT PRICES IN U.S. DOLLARS AT THE EXCHANGE RATE OF E1=1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/ eurofxref/html/index.en.html) | | | | | | |
| | REVISION N. 1 TO CHANGE DELIVERIES ALL ITEMS. | | | | | | |
| | REVISION N. 2 TO CHANGE DELIVERIES ITEMS 1-2-3) AND QUANTITY ITEM 3) | | | | | | |

---

**Zanzi** S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.



```
Order acknowledgment  : GE  313681  21/12/07  Rev.:  2   of:  27/05/08              Page :        2
Your P.O.             : 104949  24/10/07
Your P.O.  Rev.       :  OF 21/05/2008
```

|  | Total amount of supply | : | USD | 12.495,00 |

Zanzi S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

# PURCHASE ORDER

**Order number** 104949

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier no | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

**Delivery address**
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

**Order address**
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

**Buyer**
Jeff Lochridge

**To:**
ANDREA MAGLIONE

**Terms of payment**
Net 60 Days

**Internal Authorization**
[signature] Jeffry Lochridge

**Manner of transport** Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| 2008 PURCHASE ORDER | | | | | |
| SL11901 Rev G | 100 EA | 01/30/09 | 17.850 | | Y |
| | | | Line value: | | 1785.00 |
| SL11901 VALVE | | | | | |
| SL11901 Rev G | 100 EA | 02/27/09 | 17.850 | | Y |
| | | | Line value: | | 1785.00 |
| SL11901 VALVE | | | | | |
| SL11901 Rev G | 500 EA | 03/31/09 | 17.850 | | Y |
| | | | Line value: | | 8925.00 |
| SL11901 VALVE | | | | | |

ALL BULK PACKAGED
PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

**Acknowledgement:** Sign and return by FAX to 1-866-743-3558

Signature [signature]   Date 5/27/08

**ZANZI**

```
Order acknowledgment  : GE  313681  21/12/07   Rev.:  1  of: 27/03/08            Page :       1
Your P.O.             : 104949      24/10/07
Your P.O. Rev.        : OF 19/03/2008
Customer code         : 067
                                                       Messrs
                                                            SUPERIOR AIR PARTS Inc.
                                                            621 South Royal Lane-Suite 100
                                                               COPPELL,  TEXAS 75019-3805    US USA


Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                            Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA  NEW YORK            Currency:   USD DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 - BULK | N.  100,00 | 17,85000 | | 1.785,00 | 31/07/08 | |
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 - BULK | N.  100,00 | 17,85000 | | 1.785,00 | 29/08/08 | |
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 - BULK | N.  100,00 | 17,85000 | | 1.785,00 | 30/09/08 | |
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 - BULK | N.  100,00 | 17,85000 | | 1.785,00 | 31/10/08 | |
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 - BULK | N.  100,00 | 17,85000 | | 1.785,00 | 26/11/08 | |
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 - BULK | N.  100,00 | 17,85000 | | 1.785,00 | 31/12/08 | |
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 - BULK | N.  100,00 | 17,85000 | | 1.785,00 | 30/01/09 | |
| Note | ALL BULK PACKAGED<br><br>UNIT PRICES IN U.S. DOLLARS<br>AT THE EXCHANGE RATE | | | | | | |

**Zanzi S.p.A.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com - info@zanzi.com

# PURCHASE ORDER

Order number: 104949

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Supplier: 104313    Order date: 10/24/07    Print date: —

Delivery address:
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address:
PANDI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer: Bill Bainbridge

To: ANDREA MAGLIONE

Terms of payment: Net 60 Days

Internal Authorization: _____

Manner of transport: Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Number | Quantity | Del. date | Price | Discount | Firm |
|---|---|---|---|---|---|
| 1048 PURCHASE ORDER | | | | | |
| SL18901  VALVE | 100 EA  07/31/08 | | 17.850 | | Y |
| | | | Line value: | | 1785.00 |
| SL18901  VALVE | 100 EA  08/29/08 | | 17.850 | | Y |
| | | | Line value: | | 1785.00 |
| SL18901  VALVE | 100 EA  09/30/08 | | 17.850 | | Y |
| | | | Line value: | | 1785.00 |
| SL18901  VALVE | | | | | |

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement: Sign and return by FAX to 1-866-743-3558

Signature: [signature]    Date: 3/27/2008

PURCHASE ORDER                                              Order number    104949

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| | Quantity | | Price | Discount | Prev |
|---|---|---|---|---|---|
| | | | | Line value: | 1785.00 |
| | | | 17.850 | | 7 |
| | | | | Line value: | 1785.00 |
| | | | 17.850 | | |
| | | | | Line value: | 1785.00 |
| | 100 | 01/30/09 | 17.850 | | M |
| | | | | Line value: | 1785.00 |

ALL BULK PACKAGED
PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 12/12/07: CHANGED REVISION LEVEL FROM 'H' TO 'G'
REVISION 'H' PENDING FAA APPROVAL.
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST

                                    Order total:       12495.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:
Signature                                       3/27/2008
                                                Date

# zanzi

```
)rder acknowledgment   : GE  313681   21/12/07  Rev.:           Of:                                      Page    :        1
'our P.O.              : 104949 24/10/07
'our P.O. Rev.         :
:ustomer code          : 067
                                                               Messrs
                                                                      SUPERIOR AIR PARTS Inc.
                                                                      621 South Royal Lane-Suite 100
                                                                             COPPELL,   TEXAS 75019-3805      US USA

'ayment terms   : 00F110 60 DAYS NET FROM INVOICE DATE

:ransport       : BY AIRFREIGHT                                Consignee :
)elivery terms  : C & F DFW AIRPORT
:arrier         : PANALPINA c/o CHRONO EXPRESS

)ur Bank        : INTESA SANPAOLO SPA   NEW YORK                          Currency:   USD DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 | N.  100,00 | 17,85000 | | 1.785,00 | 30/06/08 | 81 |
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 | N.  100,00 | 17,85000 | | 1.785,00 | 31/07/08 | 81 |
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 | N.  100,00 | 17,85000 | | 1.785,00 | 29/08/08 | 81 |
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 | N.  100,00 | 17,85000 | | 1.785,00 | 30/09/08 | 81 |
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 | N.  100,00 | 17,85000 | | 1.785,00 | 31/10/08 | 81 |
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 | N.  100,00 | 17,85000 | | 1.785,00 | 26/11/08 | 81 |
| PFSUP/021/G | DRG. SL11901 REV. G<br>INTAKE VALVES<br>COMM. 21717 | N.  100,00 | 17,85000 | | 1.785,00 | 31/12/08 | 81 |
| Note | ALL BULK PACKAGED<br><br>UNIT PRICES IN U.S. DOLLARS<br>AT THE EXCHANGE RATE | | | | | | |

Zanzi S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com – info@zanzi.com

```
Order acknowledgment  : GE  313681  21/12/07  Rev.:         Of:                            Page  :         2
Your P.O.             : 104949      24/10/07
Your P.O.  Rev.       :
```

| | | | | | | |
|---|---|---|---|---|---|---|
| | OF E1=1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/ eurofxref/html/index.en.html) | | | | | |
| | Total amount of supply : | | | | USD | 12.495,00 |

# PURCHASE ORDER

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 12/12/07 |

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Delivery address
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer: JEFF LOCHRIDGE    PURCHASING

To: ANDREA MAGLIONE

Terms of payment: Net 60 Days

Internal Authorization

Manner of transport: Best way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del. date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| SL11901 Rev G | 100 EA | 06/30/08 | 17.850 | | Y |
| | | | Line value: | 1785.00 | EUR |
| SL11901 Rev G | 100 EA | 07/31/08 | 17.850 | | Y |
| | | | Line value: | 1785.00 | EUR |
| SL11901 Rev G | 100 EA | 08/29/08 | 17.850 | | Y |
| | | | Line value: | 1785.00 | EUR |
| SL11901 Rev G | 100 EA | 09/30/08 | 17.850 | | Y |

Unit prices in U.S. Dollars at the exchange rate of 1E = 1$ to be further converted at the exchange rate of the previous day of invoicing date.    %%

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **



Acknowledgement: Sign and return by FAX to 1-866-743-3558
Signature
Date: 12/21/2007

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

PURCHASE ORDER

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/04/07 | 12/12/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

Line value:    1785.00    EUR

SL11901 VALVE

SL11901       VALVE
Rev G         100  EA  10/31/08   17.850              Y

Line value:    1785.00    EUR

SL11901 VALVE

SL11901       VALVE
Rev G         100  EA  11/26/08   17.850              Y

Line value:    1785.00    EUR

SL11901 VALVE

SL11901       VALVE
Rev G         100  EA  12/31/08   17.850              Y

Line value:    1785.00    EUR

SL11901 VALVE

ALL BULK PACKAGED
PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 12/12/07: CHANGED REVISION LEVEL FROM 'H' TO 'G';
REVISION 'H' PENDING FAA APPROVAL.

Order total:    12495.00    EUR

%% (Kindly refer to the following link: www.ecb.int/stats/exchange/eurofxref/
   html/index.en.html)

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:
Signature                        Date  12/21/2007