# zanzi

Page : 1

```
rder acknowledgment  : GE  313686   27/12/07   Rev.:  1   of:  28/05/08
our P.O.             : 104950   24/10/07
our P.O. Rev.        : OF 21/05/2008
ustomer code         : 067
```

Messrs
SUPERIOR AIR PARTS Inc.
621 South Royal Lane-Suite 100
COPPELL,  TEXAS  75019-3805   US USA

```
ayment terms     : 00F110 60 DAYS NET FROM INVOICE DATE

                                                        Consignee :
ransport         : BY AIRFREIGHT
elivery terms    : C & F DFW AIRPORT
arrier           : PANALPINA c/o CHRONO EXPRESS

ur Bank          : INTESA SANPAOLO SPA   NEW YORK         Currency: USD DOLLAR
esiduo in Ordine
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>SINGLE | N.  100,00 | 54,83000 | | 5.483,00 | 30/01/09 | 8] |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>BULK | N.  100,00 | 54,49000 | | 5.449,00 | 30/01/09 | 8: |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>SINGLE | N.  100,00 | 54,83000 | | 5.483,00 | 27/02/09 | 8: |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>BULK | N.  100,00 | 54,49000 | | 5.449,00 | 27/02/09 | 8: |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>BULK | N.  400,00 | 54,49000 | | 21.796,00 | 31/03/09 | 8: |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>SINGLE | N.  800,00 | 54,83000 | | 43.864,00 | 31/03/09 | 8: |
| Note | UNIT MATERIAL SURCHARGE$10.38<br>(KINDLY REFER TO MR.A.MAGLIONE | | | | | | |

Zanzi S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com - info@zanzi.com

# zanzi

```
rder acknowledgment   : GE  313686  27/12/07    Rev.:  1   of:  28/05/08                    Page   :        2
our P.O.              :  104950   24/10/07
our P.O.  Rev.        :  OF 21/05/2008
```

| | | | | | |
|---|---|---|---|---|---|
| E-MAIL DATED 6/08/07) | | | | | |
| UNIT PRICES AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S. $ AT THE EXCHANGE RATE OF 1E=1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE | | | | | |
| (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/eurofxref/html/index.en.html) | | | | | |
| REVISION N.1 TO CHANGE DELIVERIES AND QUANTITIES. | | | | | |

```
           Total amount of supply              :                              USD      87.524,00
```

Zanzi S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT. TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
info@zanzi.com

# PURCHASE ORDER

Order number 104950

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

**Delivery address**
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

**Order address**
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

**Buyer**
Jeff Lochridge

**To:**
ANDREA MAGLIONE

**Terms of payment**
Net 60 Days

**Internal Authorization**
*[signature: Jeffry Lochridge]*

**Manner of transport** Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev |
|---|---|---|---|---|---|
| 2008 PURCHASE ORDER | | | | | |
| SL19034 Rev G | 100 EA | 01/30/09 | 54.830 | | Y |
| | | | Line value: | 5483.00 | |
| SL19034 VALVE — SINGLE PACKAGING | | | | | |
| SL19034 Rev G | 100 EA | 01/30/09 | 54.490 | | Y |
| | | | Line value: | 5449.00 | |
| SL19034 VALVE — BULK PACKAGING | | | | | |
| SL19034 Rev G | 100 EA | 02/27/09 | 54.490 [handwritten: 54.83] | | Y |
| | | | Line value: | 5449.00 | |
| SL19034 VALVE — SINGLE PACKAGING | | | | | |

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **



Acknowledgement: Sign and return by FAX to 1-866-743-3558

Signature: ZANZI S.p.A. *[signature]*
Date: 5/28/08

# PURCHASE ORDER

Order number: 104950

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| SL19034 Rev G | 100 EA | 02/27/09 | 54.49 (54.830) | | Y |

Line value: 5483.00

SL19034 VALVE
BULK PACKAGING

| SL19034 Rev G | 400 EA | 03/31/09 | 54.49 (54.830) | | Y |

Line value: 21932.00

SL19034 VALVE
BULK PACKAGING

| SL19034 Rev G | 800 EA | 03/31/09 | 54.83 (54.490) | | Y |

Line value: 43592.00

SL19034 VALVE
SINGLE PACKAGING
PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 12/12/07: CHANGED REVISION LEVEL FROM 'H' TO 'G';
REVISION 'H' PENDING FAA APPROVAL
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST
PRINT DATE 05/21/08: REVISED PO TO MATCH SAP FORECAST.

Order total: 87388.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature / Amministratore Delegato        Date: 5/28/08

PURCHASE ORDER　　　　　　　　　　　　Order number　　104950

**Superior Air Parts**
**621 South Royal Lane**
**Suite 100**
**Coppell TX 75019-3805**

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 2/19/09 |

Delivery address
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer
Jeff Lochridge

To:
ANDREA MAGLIONE

Terms of payment
Net 60 Days

Internal Authorization

Manner of transport: Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| 2008 PURCHASE ORDER | | | | | |
| SL19034 | | VALVE | | | |
| Rev 0 | 100 EA | 04/30/08 | 54.830 | | Y |
| | | | Line value: | 5483.00 | |

SL19034 VALVE
SINGLE PACKED

| SL19034 | | VALVE | | | |
| Rev 0 | 100 EA | 05/30/08 | 54.830 | | Y |
| | | | Line value: | 5483.00 | |

SL19034 VALVE
SINGLE PACKED

| SL19034 | | VALVE | | | |
| Rev 0 | 100 EA | 06/30/08 | 54.830 | | Y |
| | | | Line value: | 5483.00 | |

SL19034 VALVE
SINGLE PACKED

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

| Acknowledgement: | Sign and return by FAX to 1-866-743-3558 |
|---|---|
| Signature | Date |

PURCHASE ORDER

| | | |
|---|---|---|
| Superior Air Parts | | Order number  104950 |
| 621 South Royal Lane | Supplier | Order date    Print date |
| Suite 100 | 104313 | 10/24/07     2/19/08 |
| Coppell TX 75019-3805 | | |

| Product | Quantity | Del. date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| SL19034 | 100 EA | 06/30/08 | 54.490 | | Y |

Line value: 5449.00

SL19034 VALVE
BULK PACKAGING

| SL19034 | 100 EA | 07/31/08 | 54.830 | | Y |

Line value: 5483.00

SL19034 VALVE
SINGLE PACKED

| SL19034 | 100 EA | 07/31/08 | 54.490 | | Y |

Line value: 5449.00

SL19034 VALVE
BULK PACKAGING

| SL19034 | 100 EA | 08/29/08 | 54.490 | | Y |

Line value: 5449.00

SL19034 VALVE
BULK PACKAGING

| SL19034 | 100 EA | 09/30/08 | 54.830 | | Y |

Line value: 5483.00

SL19034 VALVE
SINGLE PACKAGED

| SL19034 | 100 EA | 10/31/08 | 54.830 | | Y |

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature _____ Date _____

PURCHASE ORDER　　　　　　　　　Order number　　104950

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 3/18/08 |

| Product | Quantity | Del. date | Price | Discount | Prov. |
|---|---|---|---|---|---|

Line value:　5483.00

SL19034 VALVE

SINGLE PACKAGED

SL19034　　　　　VALVE
　　　　　100　EA　10/31/08　54.490　　　　　　Y

Line value:　5449.00

SL19034 VALVE

BULK PACKAGING

SL19034　　　　　VALVE
　　　　　100　EA　11/26/08　54.830　　　　　　Y

Line value:　5483.00

SL19034 VALVE

SINGLE PACKAGED

SL19034　　　　　VALVE
　　　　　100　EA　12/29/08　54.490　　　　　　Y

Line value:　5449.00

SL19034 VALVE

BULK PACKAGING

SL19034　　　　　VALVE, EXHAUST (ROTOR TYPE)
　　　　　100　EA　12/29/08　54.830　　　　　　N

Line value:　5483.00

SL19034 VALVE

SINGLE PACKAGED

SL19034　　　　　VALVE, EXHAUST (ROTOR TYPE)
　　　　　100　EA　01/30/09　54.490　　　　　　N

Line value:　5449.00

SL19034 VALVE

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature　　　　　　　　　　　　　Date

PURCHASE ORDER     Order number     104950

Superior Air Parts
621 South Royal Lane     Supplier     Order date     Print date
Suite 100                104313      10/24/07      3/19/08
Coppell TX 75019-3805

Account      Quantity      Del.date      Price      Discount      Prov.

M F PACKAGING
PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 12/12/07: CHANGED REVISION LEVEL FROM 'H' TO 'G';
REVISION 'H' PENDING FAA APPROVAL
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST

                              Order total:        76558.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature                                   Date

# zanzi

```
Order acknowledgment  : GE  313686   27/12/07   Rev.:        Of:                              Page :        1
Your P.O.             : 104950   24/10/07
Your P.O. Rev.        :
Customer code         : 067
                                                              Messrs
                                                                      SUPERIOR AIR PARTS Inc.
                                                                      621 South Royal Lane-Suite 100
                                                                       COPPELL,  TEXAS 75019-3805    US USA

Payment terms       : 00F110 60 DAYS NET FROM INVOICE DATE

Transport           : BY AIRFREIGHT                              Consignee :
Delivery terms      : C & F DFW AIRPORT
Carrier             : PANALPINA c/o CHRONO EXPRESS

Our Bank            : INTESA SANPAOLO SPA  NEW YORK             Currency: USD DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>SINGLE | N. 100,00 | 54,83000 | | 5.483,00 | 31/01/08 | |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>SINGLE | N. 100,00 | 54,83000 | | 5.483,00 | 29/02/08 | |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>SINGLE | N. 100,00 | 54,83000 | | 5.483,00 | 31/03/08 | |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>BULK | N. 100,00 | 54,49000 | | 5.449,00 | 30/04/08 | |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>SINGLE | N. 100,00 | 54,83000 | | 5.483,00 | 30/04/08 | |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>SINGLE | N. 100,00 | 54,83000 | | 5.483,00 | 30/05/08 | |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718 | N. 100,00 | 54,83000 | | 5.483,00 | 30/06/08 | |

Zanzi S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com – info@zanzi.com

```
Order acknowledgment  : GE  313686  27/12/07   Rev.:        Of:                              Page :           2
Your P.O.             : 104950     24/10/07
Your P.O.  Rev.       :
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
|  | SINGLE |  |  |  |  |  |  |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>BULK | N.  100,00 | 54,49000 |  | 5.449,00 | 30/06/08 | 81 |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>SINGLE | N.  100,00 | 54,83000 |  | 5.483,00 | 31/07/08 | 81 |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>BULK | N.  100,00 | 54,49000 |  | 5.449,00 | 31/07/08 | 81 |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>BULK | N.  100,00 | 54,49000 |  | 5.449,00 | 29/08/08 | 81 |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>SINGLE | N.  100,00 | 54,83000 |  | 5.483,00 | 30/09/08 | 81 |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>SINGLE | N.  100,00 | 54,83000 |  | 5.483,00 | 31/10/08 | 81 |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>BULK | N.  100,00 | 54,49000 |  | 5.449,00 | 31/10/08 | 81 |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>SINGLE | N.  100,00 | 54,83000 |  | 5.483,00 | 26/11/08 | 81 |
| PFSUP/022/G | DRG. SL19034 REV. G<br>EXHAUST VALVES<br>COMM. 21718<br>BULK | N.  100,00 | 54,49000 |  | 5.449,00 | 29/12/08 | 81 |

```
Order acknowledgment   : GE  313686  27/12/07   Rev.:           Of:                              Page  :           3
Your P.O.              : 104950  24/10/07
Your P.O.  Rev.        :
```

| Note | UNIT MATERIAL SURCHARGE$10.38 (KINDLY REFER TO MR.A.MAGLIONE E-MAIL DATED 6/08/07) . UNIT PRICES AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S. $ AT THE EXCHANGE RATE OF 1E=1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE . (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/ eurofxref/html/index.en.html) | | | | | | |
|---|---|---|---|---|---|---|---|

| Total amount of supply | : | | | | USD | 87.524,00 |
|---|---|---|---|---|---|---|

Order number 104950

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 12/12/07 |

Delivery address
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer
JEFF LOCKRIDGE     PURCHASING

To:
ANDREA MAGLIONE

Terms of payment
Net 60 Days

Internal Authorization

Manner of transport  Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| SL19034 Rev G | 100 EA | 01/31/08 | 54.830 | | Y |

Line value: 5483.00 EUR

SL19034 VALVE
SINGLE PACKED

| SL19034 Rev G | 100 EA | 02/29/08 | 54.830 | | Y |

Line value: 5483.00 EUR

SL19034 VALVE
SINGLE PACKED

| SL19034 Rev G | 100 EA | 03/31/08 | 54.830 | | Y |

Line value: 5483.00 EUR

SL19034 VALVE
SINGLE PACKED

| SL19034 Rev G | 100 EA | 04/30/08 | 54.690 | | Y |

(see notes in last page)
** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:  Sign and return by FAX to 1-866-743-3558

Signature _____  Date _____

PURCHASE ORDER　　　　　　Order number　　104950

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 12/12/07 |

| Product | Quantity | Del. date | Price | Discount | Prev. |
|---|---|---|---|---|---|

　　　　　　　　　　　　　　　　　　　Line value:　　5449.00　　EUR

SL19034 VALVE

BULK PACKAGING

　SL19034　　　　　VALVE
　Rev G　　100　EA　04/30/08　54.830　　　　　Y

　　　　　　　　　　　　　　　　　　　Line value:　　5483.00　　EUR

SL19034 VALVE

SINGLE PACKED

　SL19034　　　　　VALVE
　Rev G　　100　EA　05/30/08　54.830　　　　　Y

　　　　　　　　　　　　　　　　　　　Line value:　　5483.00　　EUR

SL19034 VALVE

SINGLE PACKED

　SL19034　　　　　VALVE
　Rev G　　100　EA　06/30/08　54.830　　　　　Y

　　　　　　　　　　　　　　　　　　　Line value:　　5483.00　　EUR

SL19034 VALVE

SINGLE PACKED

　SL19034　　　　　VALVE
　Rev G　　100　EA　06/30/08　54.490　　　　　Y

　　　　　　　　　　　　　　　　　　　Line value:　　5449.00　　EUR

SL19034 VALVE

BULK PACKAGING

　SL19034　　　　　VALVE
　Rev G　　100　EA　07/31/08　54.830　　　　　Y

　　　　　　　　　　　　　　　　　　　Line value:　　5483.00　　EUR

SL19034 VALVE

(see notes in the last page)
** All vendors must comply with QAM003 Superior's Quality Requirements Manual **



Acknowledgement:
Signature　　　　　　　　　　　　　12/27/2007
　　　　　　　　　　　　　　　　　　Date

PURCHASE ORDER                    Order number    104950

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 12/12/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

SINGLE PACKED

SL19034          VALVE
Rev G       100  EA   07/31/08    54.490                Y

                                       Line value:   5449.00    EUR

SL19034 VALVE

BULK PACKAGING

SL19034          VALVE
Rev G       100  EA   08/29/08    54.490                Y

                                       Line value:   5449.00    EUR

SL19034 VALVE

BULK PACKAGING

SL19034          VALVE
Rev G       100  EA   09/30/08    54.830                Y

                                       Line value:   5483.00    EUR

SL19034 VALVE

SINGLE PACKAGED

SL19034          VALVE
Rev G       100  EA   10/31/08    54.830                Y

                                       Line value:   5483.00    EUR

SL19034 VALVE

SINGLE PACKAGED

SL19034          VALVE
Rev G       100  EA   10/31/08    54.490                Y

                                       Line value:   5449.00    EUR

SL19034 VALVE

BULK PACKAGING

SL19034          VALVE
Rev G       100  EA   11/26/08    54.830                Y

(see notes in the last page)
** All vendors must comply with QAM003 Superior's Quality Requirements Manual **



Acknowledgement
Signature                              Date  12/27/2007

PURCHASE ORDER                    Order number    104950

**Superior Air Parts**
621 South Royal Lane                 Supplier        Order date        Print date
Suite 100                            104313          10/24/07          12/12/07
Coppell TX 75019-3805

Product       Quantity       Del.date       Price       Discount       Prev.

                                                     Line value:     5483.00        EUR

                    SL19034 VALVE
SINGLE PACKAGED

SL19034                        VALVE
Rev G         100    EA     12/29/08       54.490                      Y

                                                     Line value:     5449.00        EUR

                    SL19034 VALVE
BULK PACKAGING
PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 12/12/07: CHANGED REVISION LEVEL FROM 'H' TO 'G';
REVISION 'H' PENDING FAA APPROVAL.

                                       Order total:      87524.00        EUR

---

Unit material surcharge $ 10.38 (Kindly refer to Mr. A. Maglione e-mail dated 6/08/0

Unit prices and extra pricing for material surcharge in U.S. Dollars at the exchange rate of 1E = 1$ to be further converted at the exchange rate of the previous day of invoicing date.
(Kindly refer to the following link: www.ecb.int/stats/exchange/eurofxref/html/index.en.html)

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

| Acknowledgement: | |
|---|---|
| Signature | 12/27/2007 Date |