# zanzi

```
Order acknowledgment  : GE 313774 26/03/08    Rev.:  2   of:  27/05/08              Page  :        1
Your P.O.             : .104954 24/10/07
Your P.O. Rev.        : OF 21/05/2008
Customer code         : 067
                                                         Messrs
                                                              SUPERIOR AIR PARTS Inc.
                                                              621 South Royal Lane-Suite 100
                                                                    COPPELL, TEXAS 75019-3805    US USA


Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                          Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA  NEW YORK          Currency:  USD DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 BULK | N. 400,00 | 18,44000 | | 7.376,00 | 30/01/09 | 8: |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 BULK | N. 400,00 | 18,44000 | | 7.376,00 | 27/02/09 | 8: |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 SINGLE | N. 100,00 | 18,78000 | | 1.878,00 | 30/01/09 | 8 |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 BULK | N. 2300,00 | 18,44000 | | 42.412,00 | 31/03/09 | 8 |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 SINGLE | N. 100,00 | 18,78000 | | 1.878,00 | 27/02/09 | 8 |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 SINGLE | N. 300,00 | 18,78000 | | 5.634,00 | 31/03/09 | 8 |
| Note | UNIT MATERIAL SURCHARGE $ 0.70 (KINDLY REFER TO MR.A.MAGLIONE E-MAIL DATED 6/08/07) | | | | | | |

Zanzi S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com – info@zanzi.com

**zanzi**

```
Order acknowledgment  : GE  313774  26/03/08   Rev.:  2   of:  27/05/08                                         Page    :          2
Your P.O.             :  .104954  24/10/07
Your P.O.  Rev.       :  OF 21/05/2008
```

| | | | | | | |
|---|---|---|---|---|---|---|
| | UNIT PRICE AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S. $ AT THE EXCHANGE RATE OF 1E= 1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/ eurofxref/html/index.en.html) . REVISION N. 1 TO CHANGE QUANTI TIES AND DELIVERIES ALL ITEMS . REVISION N. 2 TO CHANGE QUANTI TIES AND DELIVERIES ALL ITEMS | | | | | | |

```
         Total amount of supply          :                            USD         66.554,00
```

Zanzi S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com - info@zanzi.com

# PURCHASE ORDER

**Order number** 104954

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

**Delivery address**
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

**Order address**
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

**Buyer**
Jeff Lochridge

**To:**
ANDREA MAGLIONE

**Terms of payment**
Net 60 Days

**Internal Authorization**
[signature: Jeffry Lochridge]

**Manner of transport** Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| 2008 PURCHASE ORDER | | | | | |
| SL73938 Rev V | 400 EA | 01/30/09 | 18.440 | | Y |
| | | | Line value: | | 7376.00 |
| SL73938 BULK PACKAGING | | | | | |
| SL73938 Rev V | 400 EA | 02/27/09 | 18.440 | | Y |
| | | | Line value: | | 7376.00 |
| SL73938 BULK PACKAGING | | | | | |
| SL73938 Rev V | 100 EA | 01/30/09 | 18.780 | | Y |
| | | | Line value: | | 1878.00 |
| SL73938 SINGLE PACKAGED | | | | | |

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

| Acknowledgement: | Sign and return by FAX to 1-866-743-3558 | |
|---|---|---|
| Zanzi S.p.A. | | 5/29/08 |
| Signature | | Date |

# zanzi

Order acknowledgment : GE  313774   26/03/08   Rev.:   1   of:   26/03/08                          Page :      1
Your P.O.            :  104954   24/10/07
Your P.O. Rev.       : OF 19/03/2008
Customer code        : 067

                                                              Messrs
                                                                      SUPERIOR AIR PARTS Inc.
                                                                      621 South Royal Lane-Suite 100
                                                                          COPPELL,  TEXAS 75019-3805      US USA


Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                              Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA  NEW YORK              Currency:  USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721<br>BULK | N. 600,00 | 18,44000 | | 11.064,00 | 29/08/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721<br>BULK | N. 500,00 | 18,44000 | | 9.220,00 | 30/09/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721<br>SINGLE | N. 100,00 | 18,78000 | | 1.878,00 | 30/10/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721<br>BULK | N. 400,00 | 18,44000 | | 7.376,00 | 30/10/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721<br>BULK | N. 400,00 | 18,44000 | | 7.376,00 | 26/11/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721<br>SINGLE | N. 100,00 | 18,78000 | | 1.878,00 | 26/11/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721 | N. 400,00 | 18,44000 | | 7.376,00 | 31/12/08 | 81 |

Zanzi S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com – info@zanzi.com

```
Order acknowledgement   20031014 Rev :              26/03/08
Your P.O.       :   104954   24/10/07
Your P.O. Rev.  :   OF 19/03/2008
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| | BULK | | | | | | |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 SINGLE | N. 100,00 | 18,78000 | | 1.878,00 | 31/12/08 | |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 SINGLE | N. 100,00 | 18,78000 | | 1.878,00 | 30/01/09 | |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 BULK | N. 400,00 | 18,44000 | | 7.376,00 | 30/01/09 | |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 SINGLE | N. 100,00 | 18,78000 | | 1.878,00 | 27/02/09 | |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 BULK | N. 400,00 | 18,44000 | | 7.376,00 | 27/02/09 | |
| Note | UNIT MATERIAL SURCHARGE $ 0.70 (KINDLY REFER TO MR.A.MAGLIONE E-MAIL DATED 6/08/07) | | | | | | |
| | UNIT PRICE AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S. $ AT THE EXCHANGE RATE OF 1E= 1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/ eurofxref/html/index.en.html) | | | | | | |
| | REVISION N. 1 TO CHANGE QUANTI TIES AND DELIVERIES ALL ITEMS | | | | | | |

```
Total amount of supply          :                           USD      66.554,00
```

# PURCHASE ORDER

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Supplier: 104313
Order date: 10/24/07
Print date: 1/19/09

Delivery address:
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address:
ZANZI S.p.A.
CORSO VERCELLI, 139
10015 IVREA
ITALY

Buyer:
Bill Loderidge

To:
ANDREA MAGLIONE

Terms of payment:
Net 60 Days

Internal Authorization

Manner of transport: Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del. date | Price | Discount | Prev. |
|---|---|---|---|---|---|

STOCK PURCHASE ORDER

                                                        12.460        Y
                                              Line value:    11064.00

BLUE MAGNAFLUX
                                                        13.460        Y
                                              Line value:     9220.00

                                                        18.790        Y
                                              Line value:     1878.00

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement: Sign and return by FAX to 1-866-743-3558

Signature: [signed]
Date: 3/26/2008

# PURCHASE ORDER

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| | | | | | |
|---|---|---|---|---|---|
| | Quantity | Release | Price | Discount | Price |

Line value: 7376.00

Line value: 7376.00

Line value: 1878.00

Line value: 7376.00

18.78  18.78

1878.00
Line value:

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature: [signed]   Date: 3/26/2008

PURCHASE ORDER

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Line value: 1878.00

SINGLE PACKAGED

Line value: 7376.00

BULK PACKAGING

Line value: 1878.00

SINGLE PACKAGING

Line value: 7376.00

BULK PACKAGING
PRINT DATE 11/28/07: REVISED TO CHANGE CURRENCY FROM
DOLLARS TO EUROS
PRINT DATE 12/12/07: CHANGED REVISION LEVEL FROM 'W' TO 'V'
REVISION 'W' PENDING FAA APPROVAL
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST

Order total: 66554.00

" All vendors must comply with QAM003 Superior's Quality Requirements Manual "

Acknowledgement:
Signature _____  Date 3/26/2008

# zanzi

```
Order acknowledgment   : GE  313692 / 11/01/08   Rev.:        Of:                                    Page :        1
Your P.O.              : 104954 / 24/10/07
Your P.O.  Rev.        :
Customer code          : 067
                                                              Messrs
                                                                        SUPERIOR AIR PARTS Inc.
                                                                        621 South Royal Lane-Suite 100
                                                                             COPPELL,  TEXAS 75019-3805    US USA

Payment terms          : 00F110 60 DAYS NET FROM INVOICE DATE

Transport              : BY AIRFREIGHT                                 Consignee :
Delivery terms         : C & F DFW AIRPORT
Carrier                : PANALPINA c/o CHRONO EXPRESS

Our Bank               : INTESA SANPAOLO SPA  NEW YORK              Currency:   USD   DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721<br>SINGLE | N. 100,00 | 18,78000 | | 1.878,00 | 30/04/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721<br>SINGLE | N. 100,00 | 18,78000 | | 1.878,00 | 30/06/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721<br>BULK | N. 600,00 | 18,44000 | | 11.064,00 | 30/06/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721<br>BULK | N. 600,00 | 18,44000 | | 11.064,00 | 31/07/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721<br>SINGLE | N. 100,00 | 18,78000 | | 1.878,00 | 29/08/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721<br>BULK | N. 600,00 | 18,44000 | | 11.064,00 | 29/08/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V<br>VALVES<br>COMM. 21721 | N. 600,00 | 18,44000 | | 11.064,00 | 30/09/08 | 81 |

Zanzi S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com – info@zanzi.com

```
Order acknowledgment  GB-AJ894  11/01/08  Rev.:     6/ 8                              Page      2
Your P.O.            : 104954    24/10/08
Your P.O.  Rev.      :
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| | BULK | | | | | | |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 SINGLE | N. 100,00 | 18,78000 | | 1.878,00 | 31/10/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 BULK | N. 500,00 | 18,44000 | | 9.220,00 | 31/10/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 BULK | N. 400,00 | 18,44000 | | 7.376,00 | 26/11/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 SINGLE | N. 100,00 | 18,78000 | | 1.878,00 | 31/12/08 | 81 |
| PFSUP/023/V | DRG. SL73938 REV. V VALVES COMM. 21721 BULK | N. 400,00 | 18,44000 | | 7.376,00 | 31/12/08 | 81 |
| Note | UNIT MATERIAL SURCHARGE $ 0.70 (KINDLY REFER TO MR.A.MAGLIONE E-MAIL DATED 6/08/07) . UNIT PRICES AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S. $ AT THE EXCHANGE RATE OF 1E = 1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/ eurofxref/html/index.en.html) | | | | | | |
| | Total amount of supply : | | | | USD 77.618,00 | | |

# PURCHASE ORDER

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 12/12/07 |

**Delivery address**
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

**Order address**
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

**Buyer**: JEFF LOCHRIDGE    PURCHASING

**To:** ANDREA MAGLIONE

**Terms of payment**: Net 60 Days

**Internal Authorization**

**Manner of transport**: Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| SL73938 Rev V | 100 EA | 04/30/08 | 18.780 | | Y |
| | | | Line value: | 1878.00 | EUR |
| SL73938 SINGLE PACKAGED | | | | | |
| SL73938 Rev V | 100 EA | 06/30/08 | 18.780 | | Y |
| | | | Line value: | 1878.00 | EUR |
| SL73938 SINGLE PACKAGED | | | | | |
| SL73938 Rev V | 600 EA | 06/30/08 | 18.440 | | Y |
| | | | Line value: | 11064.00 | EUR |
| SL73938 BULK PACKAGING | | | | | |
| SL73938 Rev V | 600 EA | 07/31/08 | 18.440 | | Y |

(see notes in next page)
** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

**Acknowledgement:** Sign and return by FAX to 1-866-743-3558

_____ S.p.A.
Signature _____    Date 1/11/2008

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

|  |  | Supplier | Order date | Print date |
|---|---|---|---|---|
|  |  | 104313 | 10/24/07 | 12/12/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

Line value:    11064.00    EUR

SL73938

BULK PACKAGING

SL73938           VALVE
Rev V            100   EA   08/29/08    18.780                Y

Line value:    1878.00    EUR

SL73938

SINGLE PACKAGED

SL73938           VALVE
Rev V            600   EA   08/29/08    18.440                Y

Line value:    11064.00    EUR

SL73938

BULK PACKAGING

SL73938           VALVE
Rev V            600   EA   09/30/08    18.440                Y

Line value:    11064.00    EUR

SL73938

BULK PACKAGING

SL73938           VALVE
Rev V            100   EA   10/31/08    18.780                Y

Line value:    1878.00    EUR

SL73938

SINGLE PACKAGED

SL73938           VALVE
Rev V            500   EA   10/31/08    18.440                Y

Line value:    9220.00    EUR

SL73938

Unit material surcharge $ 0.70 (Kindly refer to Mr.A. Maglione e-mail dated 6/08/07

%%

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:
Signature: [signed]         Date: 1/14/2008

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 12/12/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

BULK PACKAGING

SL73918    VALVE
Rev V    400 EA    11/26/08    18.440    Y

Line value:    7376.00    EUR

SL73935
BULK PACKAGING

SL73918    VALVE
Rev V    100 EA    12/31/08    18.780    Y

Line value:    1878.00    EUR

SL73938
SINGLE PACKAGED

SL73919    VALVE
Rev V    400 EA    12/31/08    18.440    Y

Line value:    7376.00    EUR

SL73936
BULK PACKAGING
PRINT DATE 11/29/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 12/12/07: CHANGED REVISION LEVEL FROM 'W' TO 'V';
REVISION 'W' PENDING FAA APPROVAL.

Order total:    77618.00    EUR

%% Unit prices and extra pricing for material surcharge in U.S. $ at the exchange
rate of 1E = 1$ to be further converted at the exchange rate of the previous day
of invoicing date.
(Kindly refer to the following link: www.ecb.int/stats/exchange/eurofxref/html/index.en.html)

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **



Acknowledgement:
Signature    Date 1/14/2008