# zanzi

```
Order acknowledgment   : GE  313775   26/03/08  Rev.:  2   of:  27/05/08                 Page    :        1
Your P.O.              : .104955  24/10/07
Your P.O. Rev.         : OF 21/05/2008
Customer code          : 067
                                                         Messrs
                                                                 SUPERIOR AIR PARTS Inc.
                                                                 621 South Royal Lane-Suite 100
                                                                        COPPELL, TEXAS  75019-3805    US USA


Payment terms      : 00F110 60 DAYS NET FROM INVOICE DATE

Transport          : BY AIRFREIGHT                              Consignee :
Delivery terms     : C & F DFW AIRPORT
Carrier            : PANALPINA c/o CHRONO EXPRESS

Our Bank           : INTESA SANPAOLO SPA   NEW YORK              Currency:  USD DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 SINGLE | N. 300,00 | 53,82000 | | 16.146,00 | 26/11/08 | 8] |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 SINGLE | N. 300,00 | 53,82000 | | 16.146,00 | 31/12/08 | 8: |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 SINGLE | N. 300,00 | 53,82000 | | 16.146,00 | 30/01/09 | 8: |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 BULK | N. 400,00 | 53,48000 | | 21.392,00 | 30/01/09 | 8: |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 SINGLE | N. 300,00 | 53,82000 | | 16.146,00 | 27/02/09 | 8: |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 BULK | N. 400,00 | 53,48000 | | 21.392,00 | 27/02/09 | 8 |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 | N. 600,00 | 53,82000 | | 32.292,00 | 31/03/09 | 8 |

Zanzi S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com - info@zanzi.com

# zanzi

```
Order acknowledgment  : GE  313775   26/03/08  Rev.:   2    Of:  27/05/08                    Page    :        2
Your P.O.             : .104955    24/10/07
Your P.O.  Rev.       : OF 21/05/2008
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
|  | SINGLE |  |  |  |  |  |  |
| PFSUP/017/Q | DRG. SL19001A REV. Q | N. 2300,00 | 53,48000 |  | 123.004,00 | 31/03/09 | 8] |
|  | EXHAUST VALVES |  |  |  |  |  |  |
|  | COMM. 21719 |  |  |  |  |  |  |
|  | BULK |  |  |  |  |  |  |
| Note : | UNIT MATERIAL SURCHARGE $10.56 |  |  |  |  |  |  |
|  | (KINDLY REFER TO MR.A.MAGLIONE |  |  |  |  |  |  |
|  | E-MAIL DATED 6/08/2007) |  |  |  |  |  |  |
|  | . |  |  |  |  |  |  |
|  | UNIT PRICES AND EXTRA PRICING |  |  |  |  |  |  |
|  | FOR MATERIAL SURCHARGE IN |  |  |  |  |  |  |
|  | U.S. DOLLARS AT THE EXCHANGE |  |  |  |  |  |  |
|  | RATE OF 1E=1$ TO BE FURTHER |  |  |  |  |  |  |
|  | CONVERTED AT THE EXCHANGE |  |  |  |  |  |  |
|  | RATE OF THE PREVIOUS DAY OF |  |  |  |  |  |  |
|  | INVOICING DATE. |  |  |  |  |  |  |
|  | (KINDLY REFER TO THE FOLLOWING |  |  |  |  |  |  |
|  | LINK: |  |  |  |  |  |  |
|  | www.ecb.int/stats/exchange/ |  |  |  |  |  |  |
|  | eurofxref/html/index.en.html) |  |  |  |  |  |  |
|  | . |  |  |  |  |  |  |
|  | REVISION N. 1 TO CHANGE QUANTI |  |  |  |  |  |  |
|  | TIES AND DELIVERIES ALL ITEMS |  |  |  |  |  |  |
|  | . |  |  |  |  |  |  |
|  | REVISION N. 2 TO CHANGE QUANTI |  |  |  |  |  |  |
|  | TIES AND DELIVERIES ALL ITEMS |  |  |  |  |  |  |

```
                Total amount of supply         :                                       USD    262.664,00
```

Zanzi S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com info@zanzi.com

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| | Supplier | Order date | Print date |
|---|---|---|---|
| | 104313 | 10/24/07 | 5/21/08 |

Delivery address
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer
Jeff Lochridge

To:
ANDREA MAGLIONE

Terms of payment
Net 60 Days

Internal Authorization
*[signature: Jeffry Lochridge]*

Manner of transport  Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| 2008 PURCHASE ORDER | | | | | |
| SL19001A    VALVE | | | | | |
| Rev 0 | 300  EA | 11/26/08 | 53.820 | | Y |
| | | | Line value: | | 16146.00 |

SL19001A VALVE
SINGLE PACKAGED

| | | | | | |
|---|---|---|---|---|---|
| SL19001A    VALVE | | | | | |
| Rev 0 | 300  EA | 12/31/08 | 53.820 | | Y |
| | | | Line value: | | 16146.00 |

SL19001A VALVE
SINGLE PACKAGED

| | | | | | |
|---|---|---|---|---|---|
| SL19001A    VALVE | | | | | |
| Rev 0 | 300  EA | 01/30/09 | 53.820 | | Y |
| | | | Line value: | | 16146.00 |

SL19001A VALVE
SINGLE PACKAGED

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement: Sign and return by FAX to 1-866-743-3558
ZANZI S.p.A.
Signature  *(Stefano Gaz...)*    Date  5/27/08

# PURCHASE ORDER

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| SL19001A Rev Q | 400 EA | 01/30/09 | 53.480 | | Y |

Line value: 21392.00

SL19001A VALVE
BULK PACKAGING

| SL19001A Rev Q | 300 EA | 02/27/09 | 53.820 | | Y |

Line value: 16146.00

SL19001A VALVE
SINGLE PACKAGED

| SL19001A Rev Q | 400 EA | 02/27/09 | 53.480 | | Y |

Line value: 21392.00

SL19001A VALVE
BULK PACKAGING

| SL19001A Rev Q | 600 EA | 03/31/09 | 53.820 | | Y |

Line value: 32292.00

SL19001A VALVE
SINGLE PACKAGED

| SL19001A Rev Q | 2300 EA | 03/31/09 | 53.480 | | Y |

Line value: 123004.00

SL19001A VALVE
BULK PACKAGING
PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS
PRINT DATE 12/12/07: CHANGED REVISION LEVEL FROM 'R' TO 'Q';

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **



Acknowledgement:
Signature _____  Date 5/27/08

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

PURCHASE ORDER    Order Number: 104933

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

REVISION 'R' PENDING FAA APPROVAL
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST
PRINT DATE 05/21/08: REVISED PO TO MATCH SAP FORECAST.

                            Order total:        262664.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **



Acknowledgement: Zanzi S.p.A.
Signature: Store Delegate (Setimo Lazzari)
Date: 5/27/08

# zanzi

```
Order acknowledgment  : GE  313775  26/03/08  Rev.:  1   of:  26/03/08                Page  :        1
Your P.O.             : 104955  24/10/07
Your P.O. Rev.        : OF 19/03/2008
Customer code         : 067
                                                        Messrs
                                                              SUPERIOR AIR PARTS Inc.
                                                              621 South Royal Lane-Suite 100
                                                                COPPELL,  TEXAS 75019-3805   US USA

Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                         Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA  NEW YORK          Currency: USD DOLLAR
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 30/06/08 | |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 31/07/08 | |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 29/08/08 | |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 BULK | N. 600,00 | 53,48000 | | 32.088,00 | 29/08/08 | |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 30/09/08 | |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 BULK | N. 500,00 | 53,48000 | | 26.740,00 | 30/09/08 | |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 | N. 200,00 | 53,82000 | | 10.764,00 | 31/10/08 | |

Zanzi S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com – info@zanzi.com

```
Order acknowledgement 003110-12            Page    2
Your P.O.        :  104955        24/15/01
Your P.O. Rev.   :  OF 19/03/2008
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| | SINGLE | | | | | | |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 BULK | N. 400,00 | 53,48000 | | 21.392,00 | 31/10/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 26/11/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 BULK | N. 400,00 | 53,48000 | | 21.392,00 | 26/11/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 31/12/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 BULK | N. 400,00 | 53,48000 | | 21.392,00 | 31/12/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 30/01/09 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 BULK | N. 400,00 | 53,48000 | | 21.392,00 | 30/01/09 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 27/02/09 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q EXHAUST VALVES COMM. 21719 BULK | N. 400,00 | 53,48000 | | 21.392,00 | 27/02/09 | |

```
Order ackn...                26/03/...                    26/03/08
Your P.O.       : .104955    24/1...
Your P.O. Rev.  : OF 19/03/2008
```

| Note | : | UNIT MATERIAL SURCHARGE $10.56 (KINDLY REFER TO MR.A.MAGLIONE E-MAIL DATED 6/08/2007) . UNIT PRICES AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S. DOLLARS AT THE EXCHANGE RATE OF 1E=1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE. (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/eurofxref/html/index.en.html) . REVISION N. 1 TO CHANGE QUANTITIES AND DELIVERIES ALL ITEMS | | | | | |
|---|---|---|---|---|---|---|---|

Total amount of supply    :                                                     USD        262.664,00

PURCHASE ORDER

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order number: 104955
Supplier: 104312
Order date: 10/24/07

Line value: 32048.00

Line value: 10742.00

Line value: 26740.00

Line value: 10764.00

Line value: 21392.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:
Signature 
Date: 3/26/2008

# PURCHASE ORDER

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Supplier: 104317   Order date: 10/24/07   Print date: ...

Delivery address:
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address:
SANDI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer: Bill Loobridge

To: ANDREA PAGLIONE

Terms of payment: Net 60 Days

Internal Authorization: _____

Method of transport: Best Way

**THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.**

| Product | Quantity | Del.date | Price | Discount | Prio. |
|---|---|---|---|---|---|

2008 PURCHASE ORDER

... Line value: 10764.00

SINGLE PACKAGED
... 07/31/08 ... Line value: 10764.00

SINGLE PACKAGED
... Line value: 10764.00

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement   Sign and return by FAX to 1-866-743-3558
Signature: [signed]   Date: 3/26/2008

# PURCHASE ORDER

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Item | Quantity | Material | Price | Discount | Value |
|---|---|---|---|---|---|

Line value: 10764.00

SINGLE PACKAGED

Line value: 21392.00

BULK PACKAGING

Line value: 10764.00

SINGLE PACKAGED

Line value: 21392.00

BULK PACKAGING

Line value: 10764.00

SINGLE PACKAGED

Line value: 11392.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature              Date: 3/26/2008

# PURCHASE ORDER

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order number: 104955
Supplier: 104319
Order date: 10/24/07
Print date: [illegible]

| Item | Quantity | Delivery | Price | Discount | [   ] |
|------|----------|----------|-------|----------|-------|
| BULK PACKAGING | | | | | |

M/R EXHAUST LIFTER TUBE

Line value: 10764.00

SL19001A VALVE
SINGLE PACKAGED

LIFTR, EXHAUST, ROTAR 1/2"

Line value: 21392.00

[illegible] VALVE
BULK PACKAGING
PRINT DATE 11/29/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS
PRINT DATE 12/12/07: CHANGED REVISION LEVEL FROM 'R' TO 'Q';
REVISION 'R' PENDING FAA APPROVAL
PRINT DATE 03/19/08: REVISED PO TO MATCH SAP FORECAST

Order total: 262664.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature: [signature]   Date: 3/26/2008

# zanzi

Order acknowledgment : GE 313685  27/12/07   Rev.:          Of:                                Page :        1
Your P.O.            : 104955  24/10/07
Your P.O. Rev.       :
Customer code        : 067

                                                           Messrs
                                                               SUPERIOR AIR PARTS Inc.
                                                               621 South Royal Lane-Suite 100
                                                                    COPPELL,  TEXAS 75019-3805    US USA

Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                           Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA  NEW YORK           Currency: USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 30/04/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 30/05/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 30/06/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 31/07/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>BULK | N. 600,00 | 53,48000 | | 32.088,00 | 31/07/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>SINGLE | N. 200,00 | 53,82000 | | 10.764,00 | 29/08/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719 | N. 600,00 | 53,48000 | | 32.088,00 | 29/08/08 | 81 |

Zanzi S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
www.zanzi.com – info@zanzi.com

```
Order acknowledgment    : GE  319685    27/12/07 Rev. :          Qt:                                    Page    :      2
Your P.O.               : 104955        24/10/07
Your P.O.   Rev.        :
```

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
|  | BULK |  |  |  |  |  |  |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>SINGLE | N.    200,00 | 53,82000 |  | 10.764,00 | 30/09/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>BULK | N.    600,00 | 53,48000 |  | 32.088,00 | 30/09/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>SINGLE | N.    200,00 | 53,82000 |  | 10.764,00 | 31/10/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>BULK | N.    500,00 | 53,48000 |  | 26.740,00 | 31/10/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>SINGLE | N.    200,00 | 53,82000 |  | 10.764,00 | 26/11/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>BULK | N.    400,00 | 53,48000 |  | 21.392,00 | 26/11/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>SINGLE | N.    200,00 | 53,82000 |  | 10.764,00 | 31/12/08 | 81 |
| PFSUP/017/Q | DRG. SL19001A REV. Q<br>EXHAUST VALVES<br>COMM. 21719<br>BULK | N.    400,00 | 53,48000 |  | 21.392,00 | 31/12/08 | 81 |
| Note | UNIT MATERIAL SUECHARGE $10.56<br>(KINDLY REFER TO MR.A.MAGLIONE<br>E-MAIL DATED 6/08/2007)<br>.<br>UNIT PRICES AND EXTRA PRICING |  |  |  |  |  |  |

```
Order acknowledgment      GP  303685  27/12/07  Rev.     OF             Page        3
Your P.O.              : 104955   24/15/01
Your P.O.   Rev.       :
+===============+=================================+================+================+================+================+================+=
|               | FOR MATERIAL SURCHARGE IN       |                |                |                |                |                |
|               | U.S. DOLLARS AT THE EXCHANGE    |                |                |                |                |                |
|               | RATE OF 1E=1$ TO BE FURTHER     |                |                |                |                |                |
|               | CONVERTED AT THE EXCHANGE       |                |                |                |                |                |
|               | RATE OF THE PREVIOUS DAY OF     |                |                |                |                |                |
|               | INVOICING DATE.                 |                |                |                |                |                |
|               | (KINDLY REFER TO THE FOLLOWING  |                |                |                |                |                |
|               | LINK:                           |                |                |                |                |                |
|               | www.ecb.int/stats/exchange/     |                |                |                |                |                |
|               | eurofxref/html/index.en.html)   |                |                |                |                |                |
|               |                                 |                |                |                |                |                |
+===============+=================================+================+================+================+================+================+=
                  Total amount of supply          :                                                  USD       262.664,00
```

# PURCHASE ORDER

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 12/12/07 |

Delivery address
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer
JEFF LOCHRIDGE        PURCHASING

To:
ANDREA MAGLIONE

Terms of payment
Net 60 Days

Internal Authorization

Manner of transport  Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| SL19001A Rev 0 | 200 EA | 04/30/08 | 53.820 | | Y |

Line value: 10764.00 EUR

SL19001A VALVE
SINGLE PACKAGED

| SL19001A Rev 0 | 200 EA | 05/30/08 | 53.820 | | Y |

Line value: 10764.00 EUR

SL19001A VALVE
SINGLE PACKAGED

| SL19001A Rev 0 | 200 EA | 06/30/08 | 53.820 | | Y |

Line value: 10764.00 EUR

SL19001A VALVE
SINGLE PACKAGED

| SL19001A Rev 0 | 200 EA | 07/31/08 | 53.820 | | Y |

(see notes in the last page)
** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement  Sign and return by FAX to 1-866-743-3558
_____ S.p.A.        12/27/2007
Signature              Date

# PURCHASE ORDER

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 12/12/07 |

| Product | Quantity | Del. date | Price | Discount | Prev. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Line value: | 10764.00 | EUR |

SL19001A VALVE
SINGLE PACKAGED

| SL19001A | | VALVE | | | | | |
| Rev O | 600 EA | 07/31/08 | 53.480 | | Y | | |
| | | | | | Line value: | 32088.00 | EUR |

SL19001A VALVE
BULK PACKAGING

| SL19001A | | VALVE | | | | | |
| Rev O | 200 EA | 08/29/08 | 53.820 | | Y | | |
| | | | | | Line value: | 10764.00 | EUR |

SL19001A VALVE
SINGLE PACKAGED

| SL19001A | | VALVE | | | | | |
| Rev O | 600 EA | 08/29/08 | 53.480 | | Y | | |
| | | | | | Line value: | 32088.00 | EUR |

SL19001A VALVE
BULK PACKAGING

| SL19001A | | VALVE | | | | | |
| Rev O | 200 EA | 09/30/08 | 53.820 | | Y | | |
| | | | | | Line value: | 10764.00 | EUR |

SL19001A VALVE
SINGLE PACKAGED

| SL19001A | | VALVE | | | | | |
| Rev O | 600 EA | 09/30/08 | 53.480 | | Y | | |
| | | | | | Line value: | 32088.00 | EUR |

SL19001A VALVE

(see notes in the last page)

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:
Date: 12/27/2007



Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 12/12/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

BULK PACKAGING

SL19001A        VALVE
Rev Q           200  EA   10/31/08   53.820                Y

                                        Line value:   10764.00   EUR

                   SL19001A VALVE
SINGLE PACKAGED

SL19001A        VALVE
Rev Q           500  EA   10/31/08   53.480                Y

                                        Line value:   26740.00   EUR

                   SL19001A VALVE
BULK PACKAGING

SL19001A        VALVE
Rev Q           200  EA   11/26/08   53.820                Y

                                        Line value:   10764.00   EUR

                   SL19001A VALVE
SINGLE PACKAGED

SL19001A        VALVE
Rev Q           400  EA   11/26/08   53.480                Y

                                        Line value:   21392.00   EUR

                   SL19001A VALVE
BULK PACKAGING

SL19001A        VALVE
Rev Q           200  EA   12/31/08   53.820                Y

                                        Line value:   10764.00   EUR

                   SL19001A VALVE
SINGLE PACKAGED

SL19001A        VALVE
Rev Q           400  EA   12/31/08   53.480                Y

(see notes in the last page)

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:
        S.p.A.
Signature    Delegato          12/27/2007
                                 Date



Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104315 | 10/24/07 | 12/12/07 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|

Line value: 21392.00 EUR

SL19001A VALVE

BULK PACKAGING
PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 12/12/07: CHANGED REVISION LEVEL FROM 'R' TO 'Q';
REVISION 'R' PENDING FAA APPROVAL.

Order total: 262664.00 EUR

Unit material surcharge $ 10.56 (Kindly refer to Mr. A. Maglione e-mail dated 6/08/07)

Unit price and extra pricing for material surcharge in U.S. Dollars at the exchange rate of 1E = 1$ to be further converted at the exchange rate of the previous day of invoicing date.
(Kindly refer to the following link: www.ecb.int/stat/exchange/eurofxref/html/index.en.html)

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature _____  Date 12/27/2007