# zanzi

Order acknowledgment  : GE  313679  21/12/07   Rev.:   2   of:   28/05/08        Page  :        1
Your P.O.             : 104956  24/10/07
Your P.O.  Rev.       : OF 21/05/2008
Customer code         : 067

Messrs

SUPERIOR AIR PARTS Inc.
621 South Royal Lane-Suite 100
COPPELL,  TEXAS 75019-3805      US USA

Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                              Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA  NEW YORK         Currency:  USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|------|-------------|----------|------------|----------|-------------|----------|-----|
| PFSUP/018/P | DRG. SL13622 REV. P | N.   100,00 | 27,03000 | | 2.703,00 | 30/01/08 | 83 |
| | INTAKE VALVES | | | | | | |
| | COMM. 21720  -  SINGLE | | | | | | |
| PFSUP/018/P | DRG. SL13622 REV. P | N.   100,00 | 27,03000 | | 2.703,00 | 27/02/08 | 83 |
| | INTAKE VALVES | | | | | | |
| | COMM. 21720  -  SINGLE | | | | | | |
| PFSUP/018/P | DRG. SL13622 REV. P | N.   100,00 | 27,03000 | | 2.703,00 | 31/03/08 | 83 |
| | INTAKE VALVES | | | | | | |
| | COMM. 21720  -  SINGLE | | | | | | |
| Note  : | ALL SINGLE PACKAGED | | | | | | |
| | UNIT MATERIAL SURCHARGE $ 0.68 | | | | | | |
| | (KINDLY REFER TO MR.A.MAGLIONE | | | | | | |
| | E-MAIL DATED 6/08/07 | | | | | | |
| | UNIT PRICES AND EXTRA PRICING | | | | | | |
| | FOR MATERIAL SURCHARGE IN | | | | | | |
| | U.S. $ AT THE EXCHANGE RATE OF | | | | | | |
| | 1E=1$ TO BE FURTHER CONVERTED | | | | | | |
| | AT THE EXCHANGE RATE OF THE | | | | | | |
| | PREVIOUS DAY OF INVOICING DATE | | | | | | |
| | (KINDLY REFER TO THE FOLLOWING | | | | | | |
| | LINK: | | | | | | |
| | www.ecb.int/stats/exchange/ | | | | | | |
| | eurofxref/html/index.en.html) | | | | | | |
| | REVISION N. 1 TO CHANGE | | | | | | |
| | DELIVERIES ALL ITEMS | | | | | | |

**Zanzi S.p.A.** Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

www.zanzi.com – info@zanzi.com

# zanzi

Order acknowledgment  : GE  313679   21/12/07  Rev.: 2   of:  28/05/08                    Page  .          2

Your P.O.             : 104956  24/10/07

Your P.O.  Rev.       :  OF 21/05/2008

| | REVISION N. 2 TO CHANGE | | | | | | |
| | DELIVERIES ALL ITEMS | | | | | | |

Total amount of supply        :                                USD          8.109,00

**Zanzi** S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
info@zanzi.com

**PURCHASE ORDER**

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 104313 | 10/24/07 | 5/21/08 |

Delivery address

Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address

ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer

Jeff Lochridge

To:

ANDREA MAGLIONE

Terms of payment
Net 60 Days

Internal Authorization

Manner of transport   Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|---|
| 2008 PURCHASE ORDER | | | | | | |
| SL13622 | | VALVE | | | | |
| Rev F | 100 | EA | 01/30/09 | 27.030 | | Y |
| | | | | Line value: | | 2703.00 |
| | | SL13622 VALVE | | | | |
| SL13622 | | VALVE | | | | |
| Rev F | 100 | EA | 02/27/09 | 27.030 | | Y |
| | | | | Line value: | | 2703.00 |
| | | SL13622 VALVE | | | | |
| SL13622 | | VALVE | | | | |
| Rev F | 100 | EA | 03/31/09 | 27.030 | | Y |
| | | | | Line value: | | 2703.00 |
| | | SL13622 VALVE | | | | |

ALL SINGLE PACKAGED
PRINT DATE 11/28/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:
ZANZI S.p.A.

Sign and return by FAX to
1-866-743-3558

Signature   Delegato
(Stefano Gazzola)

5/28/08

Date

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|----------|-----------|-----------|
| 104313 | 10/24/07 | 5/21/08 |

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|

PRINT DATE 12/12/07: CHANGED REVISION LEVEL FROM 'O' TO 'P';
REVISION 'O' PENDING FAA APPROVAL.
PRINT DATE 03/19/08: REVISED TO MATCH SAP FORECAST
PRINT DATE 05/21/08: REVISED PO TO MATCH SAP FORECAST.

                            Order total:          8109.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature                              5/28/08
                                        Date

# zanzi

| | | |
|---|---|---|
| Order acknowledgment | : GE 313679 21/12/07 | Rev.: 1 Of: 26/03/08 |
| Your P.O. | : 104956 24/10/07 | |
| Your P.O. Rev. | : OF 19/03/2008 | |
| Customer code | : 067 | |

Page : 1

Messrs

SUPERIOR AIR PARTS Inc.
621 South Royal Lane-Suite 100
COPPELL, TEXAS 75019-3805    US USA

Payment terms    : 00F110 60 DAYS NET FROM INVOICE DATE

Transport        : BY AIRFREIGHT                           Consignee :
Delivery terms   : C & F DFW AIRPORT
Carrier          : PANALPINA c/o CHRONO EXPRESS

Our Bank         : INTESA SANPAOLO SPA  NEW YORK           Currency: USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/018/P | DRG. SL13622 REV. P INTAKE VALVES COMM. 21720 - SINGLE | N. 100,00 | 27,03000 | | 2.703,00 | 26/11/08 | 81 |
| PFSUP/018/P | DRG. SL13622 REV. P INTAKE VALVES COMM. 21720 - SINGLE | N. 100,00 | 27,03000 | | 2.703,00 | 31/12/08 | 81 |
| PFSUP/018/P | DRG. SL13622 REV. P INTAKE VALVES COMM. 21720 - SINGLE | N. 100,00 | 27,03000 | | 2.703,00 | 30/01/09 | 81 |
| Note : | ALL SINGLE PACKAGED | | | | | | |
| | UNIT MATERIAL SURCHARGE $ 0.68 (KINDLY REFER TO MR.A.MAGLIONE E-MAIL DATED 6/08/07 | | | | | | |
| | UNIT PRICES AND EXTRA PRICING FOR MATERIAL SURCHARGE IN U.S. $ AT THE EXCHANGE RATE OF 1E=1$ TO BE FURTHER CONVERTED AT THE EXCHANGE RATE OF THE PREVIOUS DAY OF INVOICING DATE | | | | | | |
| | (KINDLY REFER TO THE FOLLOWING LINK: www.ecb.int/stats/exchange/ eurofxref/html/index.en.html) | | | | | | |
| | REVISION N. 1 TO CHANGE DELIVERIES ALL ITEMS | | | | | | |

Zanzi S.p.A. Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e P.I. 06801870012
COD. EXPORT: TO 059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.
info@zanzi.com

```
Order acknowledgment    : GE  313679  21/12/07  Rev.:    1     of: 26/03/08                              Page   :
Your P.O.               : 104956  24/10/07
Your P.O.  Rev.         :  OF 19/03/2008
=================================+========================+==============+============+================
                Total amount of supply       :                              USD        8,109.00
=================================================================================================
```



PURCHASE ORDER

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
| 101313 | 10/24/07 | |

Delivery address

Superior Air Parts Inc
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address

ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer

Jeff Lochridge

To:

ANDREA RAGLIONE

Terms of payment
Net 60 Days

Internal Authorization

Manner of transport  Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| | | | | | |
|---|---|---|---|---|---|
| Part | Quantity | By Date | Price | Discount | Prod. |

OPEN PURCHASE ORDER

| | | | | | |
|---|---|---|---|---|---|
| | SL13807 | | 11-24-08 | 27.030 | Y |

Line value:    2703.00

| | | | | | |
|---|---|---|---|---|---|
| | SL13807 | | 12-31-08 | 27.030 | Y |

Line value:    2703.00

| | | | | | |
|---|---|---|---|---|---|
| | SL13807 | | | 27.030 | Y |

Line value:    2703.00

ALL FIRM ORDERS
MUST SHIP TO US OR IT AGREED TO TO CHANGE CURRENTLY FROM
ITEMS TO SHIP.

*" All Suppliers must comply with QAM003 Superior's Quality Requirements Manual "*

Acknowledgement:    Sign and return by FAX to
1-866-743-3558

Signature                          Date   3/26/2008

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order total:          $109.00

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:

Signature                          3/26/2008

                                   Date

**zanzi**

| | |
|---|---|
| Order acknowledgment | : GE 313679  21/12/07  Rev.: | Of: | Page : | 1 |
| Your P.O. | : 104956  24/10/07 |
| Your P.O.  Rev. | : |
| Customer code | : 067 |

Messrs

SUPERIOR AIR PARTS Inc.
621 South Royal Lane-Suite 100
COPPELL,  TEXAS 75019-3805    US USA

| | |
|---|---|
| Payment terms | : 00F110 60 DAYS NET FROM INVOICE DATE |
| Transport | : BY AIRFREIGHT |
| Delivery terms | : C & F DFW AIRPORT |
| Carrier | : PANALPINA c/o CHRONO EXPRESS |

Consignee :

Our Bank      : INTESA SANPAOLO SPA  NEW YORK          Currency:   USD DOLLAR

| Code | Description | Quantity | Unit price | Discount | Line amount | Delivery | VAT |
|---|---|---|---|---|---|---|---|
| PFSUP/018/P | DRG. SL13622 REV. P<br>INTAKE VALVES<br>COMM. 21720 | N.   100,00 | 27,03000 | | 2.703,00 | 31/07/08 | |
| PFSUP/018/P | DRG. SL13622 REV. P<br>INTAKE VALVES<br>COMM. 21720 | N.   100,00 | 27,03000 | | 2.703,00 | 29/09/08 | |
| PFSUP/018/P | DRG. SL13622 REV. P<br>INTAKE VALVES<br>COMM. 21720 | N.   100,00 | 27,03000 | | 2.703,00 | 26/11/08 | |
| Note : | ALL SINGLE PACKAGED<br>.<br>UNIT MATERIAL SURCHARGE $ 0.68<br>(KINDLY REFER TO MR.A.MAGLIONE<br>E-MAIL DATED 6/08/07<br>.<br>UNIT PRICES AND EXTRA PRICING<br>FOR MATERIAL SURCHARGE IN<br>U.S. $ AT THE EXCHANGE RATE OF<br>1E=1$ TO BE FURTHER CONVERTED<br>AT THE EXCHANGE RATE OF THE<br>PREVIOUS DAY OF INVOICING DATE<br>.<br>(KINDLY REFER TO THE FOLLOWING<br>LINK:<br>www.ecb.int/stats/exchange/<br>eurofxref/html/index.en.html) | | | | | | |

Total amount of supply          :                    USD        8.109,00

**Zanzi** S.p.A.  Corso Vercelli, 159 – 10015 Ivrea (To) Italy Tel:+39 0125 251540 Fax:+39 0125 615581 – C.F. e  P.I. 06801870012
COD. EXPORT: TO  059344 CAPITALE SOCIALE: 150.000 € I.V. REG.IMP.TO N. 6723 C.C.I.A.A.: 0813719 TO – COD.CEE IT 06801870012
Soggetta ad attività di direzione e controllo di Zanzi Holding S.p.A.

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| | Supplier | Order date | Print date |
|---|---|---|---|
| | 104313 | 10/24/07 | 12/12/07 |

Delivery address
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

Order address
ZANZI S.p.A.
CORSO VERCELLI, 159
10015 IVREA
ITALY

Buyer
JEFF LOCHRIDGE     PURCHASING

To:
ANDREA MAGLIONE

Terms of payment
Net 60 Days

Internal Authorization

Manner of transport   Best Way

THIS IS AN APPROVED FOR PRODUCTION TYPE PURCHASE ORDER.

| Product | Quantity | | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|---|
| SL13612 | 100 | EA | 07/31/08 | 27.030 | | Y |
| Rev P | | | | | | |

Line value:   2703.00   EUR

SL13622 VALVE

| SL13622 | 100 | EA | 09/29/08 | 27.030 | | Y |
| Rev P | | | | | | |

Line value:   2703.00   EUR

SL13632 VALVE

| SL13632 | 100 | EA | 11/26/08 | 27.030 | | Y |
| Rev P | | | | | | |

Line value:   2703.00   EUR

SL13612 VALVE

ALL SINGLE PACKAGED.
PRINT DATE 11/08/07: REVISED PO TO CHANGE CURRENCY FROM
DOLLARS TO EUROS.
PRINT DATE 12/12/07 : CHANGED REVISION LEVEL FROM 'O' TO 'P'.

Unit material surcharge $ 0.68(Kindly refer to Mr. A. Maglione e-mail dated 6/08/07)
Unit prices and extra pricing for material surcharge in U.S. Dollars at the                  %%
** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement:   Sign and return by FAX to
                   1-866-743-3558
_____S.p.A_____

Signature                          Date   12/21/2007

Superior Air Parts
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|----------|-----------|-----------|
| 104313 | 10/24/07 | 12/12/07 |

| Product | Quantity | Val.date | Price | Discount | Prev. |
|---------|----------|----------|-------|----------|-------|
| REVISION 'Q' PENDING PWA APPROVAL | | | | | |

Order total:          $109.00    EUR

%% exchange rate of 1E = 1$ to be further converted at the exchange rate of the
previous day of invoicing date.
(Kindly refer to the following link: www.ecb.int/stats/exchange/eurofxref/html/
index.en.html)

** All vendors must comply with QAM003 Superior's Quality Requirements Manual **

Acknowledgement

Signature                              12|21|2007
                                       Date