Ca



SUP SL10740 LVS
M14228A
SUPERIOR AIR PARTS Inc
100



