Larry K. Hercules
SBOT: 0950400
Preston Pointe Center
1400 Preston Road, Suite 280
Plano, Texas 75093
Telephone: (972) 964-9757
Facsimile: (972) 964-0120

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: | )( |
| | )(  Case No. 08-36705 BJH |
| SUPERIOR AIR PARTS, INC. | )( |
| | )( |
| Debtor | )( |
| _____ | )( |

## WITNESS & EXHIBIT LIST

**TO THE HON. BARBARA J. HOUSER, UNITED STATES BANKRUPTCY JUDGE:**

   **COMES NOW** ZANZI S.p.A. ("Zanzi"), who files its Witness and Exhibit List as follows:

### WITNESSES

1. Steffano Gazzola, President & CEO of Zanzi;
2. Andrea Maglione, Marketing & Sales Director of Zanzi;
3. Any witnesses called by Debtor;
4. Any witnesses called as rebuttal witnesses.

### EXHIBITS

Exhibit 1:    Proof of Claim, including all attachments

_____

Respectfully submitted,

*/s/ Larry K. Hercules*
Larry K. Hercules
LARRY K. HERCULES, ATTORNEY AT LAW
State Bar No. 09504200
1400 Preston Road, Suite 280
Plano, Texas 75093
Telephone: (972) 964-9757
Facsimile: (972) 964-0120

ATTORNEY FOR ZANZI S.p.A.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Witness and Exhibit List was sent by First Class U.S. mail, postage prepaid, to Stephen A. Roberts, Robert P. Franke and Duane J. Brescia, Strasburger & Price, LLP, Attorneys for Debtor, 600 Congress, Suite 1600, Austin, Texas, 78701, as well as the parties listed below and on the attached service list on this the 18th day of February, 2009:

**U.S. Trustee:**
Office of the U.S. Trustee
100 Commerce Street
Room 976
Dallas, TX 75242-1496

**Arkadin, Inc.**
620 Tinton Avenue
Tinton Falls, NJ 07724

**Choice Solutions, L.L.C.**
Attn: James Steinlage
10801 Mastin Blvd., Suite 900
Overland Park, KS 66213

**New Horizons**
5151 Belt Line Road
Dallas, TX 75254

___

**Print, Inc.**
11265 Kirkland Way, Suite 3000
Kirkland, PA 98033

**Thielert Aircraft Engines GmbH**
Neiritzstr 14
D-10097, Dresden, Germany

**Web Trends**
851 SW 6th Avenue, #600
Portland, OR 97204

                                           */s/ Larry K. Hercules*_____
                                           Larry K. Hercules