Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone  (469) 742-0855
Fax  (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc**.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| SUPERIOR AIR PARTS, INC. § | CASE NO. 08-36705-BJH-11 |
| § | |
| § | |
| DEBTOR § | |

**AVIATION PARTS SUPPLY, INC.'S WITNESS AND EXHIBIT LIST FOR HEARING
ON DEBTOR'S MOTION TO SELL SUBSTANTIALLY ALL OF DEBTOR'S ASSETS
FREE AND CLEAR OF LIENS**

Aviation Parts Supply, Inc. ("APS"), a creditor and/or party in interest, by and through undersigned counsel, files its Witness and Exhibit List in connection with the hearing on the Debtor's Motion to Sell Substantially all of Debtor's Assets Free and Clear of Liens set for February 24, 2009 at 3:15p.m.:

## WITNESSES

APS may call the following witnesses:

1. Kent Abercrombie;

2. Any witnesses designated by any other party, including the Debtor; and

3. Rebuttal witnesses, as needed.

## EXHIBITS

APS may offer into evidence or ask for judicial notice in the hearings any of the following exhibits:

1. Corporate Financial Partners ("CFP") Superior Air Parts Inc Short Profile dated May 2008

2. CFP IS Forecast 2008-2010

3. CFP 2008 Liquidity Forecast

4. CFP Headcount

5. SATP Financial Information Package dated June 2008

6. CFP Solicitation to Purchase Superior May 15, 2008

7. CFP Offer Procedures Letter 1 dated June 16, 2008

8. CFP Response to APS Offer dated December 4, 2008

9. APS Share Offer dated December 12, 2008

10. K. Abercrombie Oct. Forecast Piece Parts 12 Million

11. Stock Purchase Agreement – BIR Draft August 22, 2008

12. Email from CFP to APS dated November 4, 2008

13. Asset Purchase Agreement – November 4, 2008

14. Email CFP to APS dated December 4, 2008

15. Asset Purchase Agreement dated December 30, 2008 - EXECUTION COPY

16. Any pleadings filed in this case

17. Any exhibits designated by other parties, including the Debtor; and

18. Rebuttal exhibits, as necessary.

Respectfully submitted,

By: /s/Billy G. Leonard, Jr.
    BILLY G. LEONARD, JR.
    Texas State Bar No. 12208100
    1650 W. Virginia Street, Suite 211
    McKinney, Texas 75069
    (469) 742-0855
    (469) 442-0135 (Facsimile)

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
(214) 217-8070
(214) 217-8861 (facsimile)

**Attorneys for Aviation Parts Supply, Inc.**

## **CERTIFICATE OF SERVICE**

     The undersigned counsel certifies that on the 19th day of February, 2009, a true and correct copy of the foregoing with exhibits was forwarded to Mr. Stephen Roberts, counsel for the Debtor, Ms. Deirdre Ruckman, counsel for AVCO, and Mr. David W. Parham, counsel for the Creditors' Committee via e-mail and to those persons set forth on the attached service list via First Class U.S. Mail without exhibits attached.


                                                  <u>/s/Billy G. Leonard, Jr</u>
                                                  Billy G. Leonard, Jr.

SERVICE LIST

| | | |
|---|---|---|
| **Theilert Aircraft Engines**<br>Nieritzstr 14 D-01097<br>Dresden Germany | **Mahle Engine Components**<br>60428 Marine Road<br>Atlantic IA 50022-8291 | **KS-Pistoes**<br>Rodovia Arnald, Julio Mauberg<br>4000 Disrito Industrial No<br>Nova Odessa SP Brasil CAIZA Postal 91<br>CEP 13460-000 |
| **Airsure Limited**<br>15301 Spectrum Drive, #500<br>Addison, TX 75001 | **ECK Industries, Inc.**<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | **Mahle Engine Components**<br>14161 Manchester Road<br>Manchester, MO 63011 |
| **Crane Cams**<br>530 Fentress Blvd<br>Daytona Beach, FL 32114 | **Corley Gasket Co.**<br>6555 Hunnicut Road<br>Dallas TX 75227 | **Saturn Fasteners Inc.**<br>425 S. Varney St.<br>Burbank, CA 91502 |
| **Champion Aerospace, Inc.**<br>1230 Old Norris Road<br>Liberty, SC 29654-0686 | **Ohio Gasket & Shim**<br>976 Evans Ave.<br>Akron, OH 44305 | **Gerhardt Gear**<br>133 East Santa Anita<br>Burbank CA 91502-1926 |
| **Automatic Screw Machine**<br>709 2nd Avenue SE<br>Decatur, AL 35601 | **Helio Precision Products**<br>601 North Skokie Highway<br>Lake Bluff, IL 60044 | **Knappe & Koester Inc.**<br>18 Bradco Street<br>Keen, NH 3431 |
| **Chester Salomon**<br>Stevens & Lee<br>485 Madison Ave., 20th Floor<br>New York, NY 10022 | **AOPA Pilot**<br>PO Box 973<br>Frederick, MD 21701 | **Mahle Engine Components**<br>17226 Industrial HWY<br>Caldwell, OH 43724-9779 |
| **Genesee Stamping & Fabricating**<br>1470 Avenue T<br>Grand Prairie, TX 75050-1222 | **City of Coppell/Coppell ISD**<br>Mary McGuffey, Tax Assessor<br>PO Box 9478<br>Coppell, TX 75019 | **Internal Revenue Service**<br>Special Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| | **David Childs, Ph.D.**<br>Dallas County Tax Assessor/Collector<br>500 Elm Street, Records Building<br>Dallas, TX 75202 | **Thielert AG**<br>Albert-Einstein-Ring 11<br>D-22761, Hamburg Germany |
| **Betsy Price, Tax Assessor Collector**<br>100 E. Weatherford<br>PO Box 961018<br>Fort Worth, TX 76196 | **Hartford Aircraft Products**<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | **Ace Grinding & Machine Company**<br>2020 Winner Street<br>Walled Lake, MI 48390 |

SERVICE LIST

**Lynden International**
1800 International Blvd. #800
Seattle, WA 98188

**Mary Frances Durham**
Office of the US Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242-1496

**Kent Abercrombie**
Superior Air Parts, Inc.
621 S. Royal Ln., Suite 100
Coppell, TX 75019-3805

**Neil J. Orleans**
Goins Underkofler, et. al.
1201 Elm Street, Ste. 4800
Dallas, TX 75270

**Anita F. McMahon**
1646 Belmont Avenue
Baton Rouge, LA 70808

**Susan B. Hersh, P.C.**
12770 Coit Road, Suite 1100
Dallas, Texas 75251

**William G. Burd**
Atkinson & Brownell, PA
2 So. Biscayne Blvd., Suite 3750
Miami, Florida 33131

**David W Parham**
Baker & McKenzie
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201

**Combustion Technologies, Inc.**
1804 Slatesville Road
Chatham, VA 24531

**Seal Science**
17131 Daimler
Irvine, CA 92614-5508

**Chester Salomon**
Stevens & Lee
485 Madison Ave., 20th Flr.
New York, NY 10022

**Gordon J. Toering**
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503

**Laurie A. Spindler**
Linebarger Goggan Blair, et. al.
2323 Bryan Street, Suite 1600
Dallas, TX 75201

**William O. Angelley**
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, California 90017

**Michael S. Leib**
Maddin, Hauser, Wartell
28400 Northwestern Highway, 3rd Fl.
Southfield, Michigan 48034-8004

**Ruhrtaler Gesenkschmiede**
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456

**Stephen A. Roberts**
Strasburger & Price, L.L.P.
600 Congress Ave., Suite 1600
Austin, TX 78701

**Deirdre B. Ruckman**
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201-4761

**Michael L. Jones**
Henry & Jones LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204

**Howard A. Borg**
Assistant United States Attorney
801 Cherry Street, Unit 4, Ste. 1700
Fort Worth, TX 76102-6882

**Vincent P. Slusher**
Beirne Maynard & Parsons LLP
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201

**Larry K. Hercules**
1400 Preston Road, Suite 280
Plano, Texas 75093