WARNER NORCROSS & JUDD LLP
Gordon J. Toering (*Pro Hac Vice* Pending)
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2185
Fax: (616) 222-2185
Email: gtoering@wnj.com

and

Vickie L. Driver
Pronske & Patel, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Phone: 214.658.6500
Fax: 214.658.6509
Email: vdriver@pronskepatel.com

**ATTORNEYS FOR MAHLE ENGINE
COMPONENTS USA, INC.**

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **In re:** § | |
| § | |
| § | **Case No. 08-36705-BJH** |
| **SUPERIOR AIR PARTS, INC.,** § | |
| § | **Chapter 11** |
| Debtor. § | |

### WITNESS & EXHIBIT LIST FOR HEARING ON OBJECTION OF MAHLE ENGINE COMPONENTS USA, INC. TO DEBTOR'S MOTION TO SELL SUBSTANTIALLY ALL OF DEBTOR'S ASSETS FREE AND CLEAR OF LIENS [DOCKET 93]

MAHLE Engine Components USA, Inc. ("Mahle"), creditor in the above-referenced matter, hereby files this Witness and Exhibit list in connection with the hearing on the above-referenced objection and all pleadings related thereto (the "Objection") to be heard February 24, 2009 at 3:15p.m:

**I. Witnesses**

a) Dale Hoium, MAHLE Engine Components USA, Inc. (formerly Dana Glacier Vandervell)

1

b) all witnesses designated and/or called by any party in this matter; and

c) any and all necessary rebuttal and/or impeachment witnesses.

**II. Exhibits**

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE |
|---|---|---|---|---|---|---|
| Exh A | Tooling list | | | | | |
| Exh B | Terms and conditions between Debtor and Mahle | | | | | |
| Exh C | Letter to Debtor concerning sale of Mahle tooling | | | | | |
| Exh D | Fax information sheet concerning tooling location and ownership | | | | | |

Counsel also designates any exhibit designated by any party and any rebuttal and/or impeachment exhibits. Counsel expressly reserves the right to amend or supplement this list at any time prior to the hearing. Copies of the Exhibits A-C designated herein are filed as of record as exhibits to the Objection and have been thereby served upon the parties served with the Objection. Exhibit D is attached hereto. Other parties may obtain copies of any exhibit by requesting such copies, in writing, from the undersigned counsel.

Dated: February 19, 2009 /s/ Gordon J. Toering
Gordon J Toering (*Pro Hac Admission* Pending)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone: (616) 752-2185
Fax: (616) 222-2185
Email: gtoering@wnj.com

and

Vickie L. Driver
State Bar No. 24026886
Pronske & Patel, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Phone: 214.658.6500
Fax: 214.658.6509
Email: vdriver@pronskepatel.com

Attorneys for MAHLE Engine
Components USA, Inc.

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing document was served (i) by filing the Motion via the Court's electronic noticing system (ECF) to the parties receiving notice via ECF and to the parties below by first class mail, postage prepaid on this 19th day of February, 2009.

Deirdre B. Ruckman, Esq.
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, Texas 75201

Howard A. Borg, Esq.
Ass't US Attorney for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Laurie A. Spindler, Esq.
Linebarger, Goggan et al, LLP
2323 Bryan Street, Suite 1600
Dallas, Texas 75201

Anita F. McMahon
1646 Belmont Avenue
Baton Rouge, LA 70808

Michael L. Jones, Esq.
Henry & Jones, LLP
2902 Carlisle Street, Suite 150
Dallas, Texas 75204

Stephen A. Roberts /Robert P. Franke
Strasburger & Price, LLP
600 Congress, Suite 1600
Austin, Texas, 78701

Neil J. Orleans
Goins, Underkofler, Crawford & Langdon
1201 Elm Street, Suite 4800
Dallas, Texas 75270

Larry K. Hercules
1400 Preston Road, Suite 280
Plano, Texas 75093

Chester B. Saloman, Esq.
Stevens & Lee
485 Madison Avenue, 20$_{th}$ Floor
New York, NY 10022

Linda Boyle, Esq.
TW Telecom, Inc.
10475 Park Meadows Drive, #400
Littleton, Colorado 80124

U.S. Trustee
1100 Commerce Street Room 976
Dallas, TX 75242-1496

Susan B. Hersh, Esq.
12770 Coit Road, Suite 1100
Dallas, Texas 75251

Elliott D. Schuler, Esq.
Baker & McKenzie LLP
2001 Ross Avenue
Dallas, Texas 75201

              /s/ Vickie Driver

1637056

4

 **GLACIER VANDERVELL NORTH AMERICA**

## Facsimile transmission

For the attention of

*LISA PENSHORN*

Company                                      Facsimile number

*SUPERIOR AIR PARTS INC.*        *972-663-2629*

cc:                                          Facsimile number


From                                         Direct line

*DALE HOIUM*

Reference                                    Date

                                             *4-19-00*

Subject                                      No. of pages (including this sheet)

                                             *10*

Unless otherwise indicated, the information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service at our expense. Thank you.

## MESSAGE:

*THE INFORMATION YOU REQUESTED*

**GLACIER VANDERVELL NORTH AMERICA**
17226 CR 57, Caldwell, OH  43724  TEL: 740 732 2311  FAX: 740 732 2520



AIR PARTS, INC.

April 18, 2000

Dale Hoiem
Dana-Glacier Vandervell
17226 CR 57
Caldwell, OH 43724

Dear Dale,

Superior Air Parts, Inc. has begun the annual task of reviewing and reconfirming the location of all capital assets in the form of tooling. This is a standard request we must make to satisfy our Certified Accounting firm. It is important that we receive this information as soon as possible in order to complete our capital asset review. I am attaching a Tooling Information Worksheet. Please complete a worksheet for each Superior tool located at you facility.

If you have any questions please contact me by phone at (972) 663-2633 or by e-mail at lpenshorn@superair.com I appreciate your cooperation and assistance in this matter.

Sincerely,

Lisa Penshorn



## Tooling Information Worksheet

1. Part Number: **SA530192**    2. Revision Level: **A**

3. Tool Location **DANA**    4. Tool Creation
   Company: **GLACIER VANDERVELL**    Date: _____
   Address: **17226 CR 57**    Cost: _____
   **CALDWELL OHIO 43724**    Estimated Life: _____

5. Tool Condition: ___ Poor   ___ Fair   **X** Good   ___ Excellent

   Comments: **TOOLING IS THE PROPERTY OF DANA GLACIER VANDERVELL**

6. Tool Maintenance

   | Date | Description | Cost |
   |------|-------------|------|
   |      |             |      |
   |      |             |      |
   |      |             |      |
   |      |             |      |

7. Number of Pattern Sections (If applicable): _____

8. Pours to Date (If applicable): _____

9. Please provide photos of each Pattern Section with Description including tool part number. If possible provide digital photos and email them to: lpenshorn@superair.com

Completed By:

_[signature]_    **4-19-00**
Name             Date