David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
R. Adam Swick
State Bar No. 24051794
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**PROPOSED ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 08-36705-BJH-11** |
| | § | |
| **SUPERIOR AIR PARTS, INC., et al.,** | § | **Jointly Administered** |
| | § | |
| **DEBTOR-IN POSSESSION.** | § | **CHAPTER 11** |

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR FEBRUARY 24, 2009

TO THE HONORABLE BARBARA J. HOUSER,
UNITED STATES BANKRUPTCY JUDGE:

NOW COMES the Official Committee of Unsecured Creditors (the "Committee"), by and through its proposed counsel Baker & McKenzie, and files this its Witness & Exhibit list for the matters to be heard on February 24, 2009.

### I. Witnesses

1. Stephen Thomas
2. Witnesses designated or used by other parties
3. Rebuttal witnesses

### II. Exhibits

1. Any exhibits designated or used by any other party
2. Rebuttal exhibits

DALDMS/657345.1

DATED: February 19, 2009
Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE**

By: /s/ Elliot D. Schuler
    David W. Parham
    State Bar No. 15459500
    Elliot D. Schuler
    State Bar No. 24033046
    R. Adam Swick
    State Bar No. 24051794
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**PROPOSED ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

# **CERTIFICATE OF SERVICE**

 The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served upon the persons identified below via US mail, first-class postage pre-paid and properly addressed, and through the Court's ECF system on February 19, 2009.

Stephen Roberts
STRASBURGER & PRICE, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701

Mary Frances Durham
Trial Attorney for the Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX  75242

Vickie L. Driver
Pronske & Patel
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069

Deirdre B. Ruckman
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas  75201

Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, Texas 75201

Larry Hercules
1400 Preston Road, Suite 280
Plano, Texas 75093

William Angelley
707 Wilshire Boulevard
Los Angeles, CA  90017

                                              /s/ Elliot D. Schuler
                                              Elliot D. Schuler

DALDMS/657345.1