STEPHEN A. ROBERTS
STATE BAR NO. 01701920
ROBERT P. FRANKE
STATE BAR NO. 07371200
DUANE J. BRESCIA
STATE BAR NO. 24025265
STRASBURGER & PRICE, LLP
600 CONGRESS AVE., SUITE 1600
AUSTIN, TEXAS 78701-2974
(512) 499-3600
(512) 499-3660 Fax

PROPOSED ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 08-36705-BJH** |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR,** | § | |
| | § | |
| | § | |

## SUPERIOR AIR PARTS, INC.'S WITNESS AND EXHIBIT LIST FOR HEARING ON ITS MOTION TO SELL SUBSTANTIALLY ALL OF ITS ASSETS FREE AND CLEAR OF LIENS

TO:   THE HONORABLE BARBARA J. HOUSER
      UNITED STATES BANKRUPTCY JUDGE:

Superior Air Parts, Inc. ("Debtor" or "Superior") files its Witness and Exhibit List in

connection with the hearing on the Debtor's Motion to Sell Substantially all of Debtor's

Assets Free and Clear of Liens set for February 24, 2009 at 3:15 p.m.:

## I.
## WITNESSES

Debtor may call the following witnesses:

1.   Kent Abercrombie, President and CEO of Superior Air Parts, Inc.;

2.   Daniel Schenk, Managing Director, Corporate Finance Partners MidCap GmbH;

3.   Any witnesses designated by any other party appearing in this action; and

4.   Rebuttal witnesses, as needed.

## II.
## EXHIBITS

Debtor may offer into evidence or ask for judicial notice in the hearings any of the

following exhibits:

1. 10/27/97 – First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Joint Plan of Reorganization of SP Holdings Corp. and Superior Air Parts, Inc., October 30, 1997;

2. Indemnification and Hold Harmless Agreement between Eaton Corporation and Superior Air Parts, Inc. proposed by Eaton;

3. 09/30/08 – Illinois National Insurance Company: Liability Insurance policy excerpt;

4. 09/12/08 – Aviation Air Parts Offer;

5. 12/11/08 – FNB Letter to AERO;

6. Superior Balance Sheets 2004-2008;

7. Superior Income Statements – 2004-2008;

8. Superior Cash flow statements – 2005-2008;

9. 12/31/08 – Debtor's Schedules of Assets and Liabilities;

10. 12/31/08 – Debtor's Statement of Financial Affairs;

11. 02/19/09 – U.S. Bankruptcy Court Claims Register for Superior Air Parts, Inc.;

12. 02/19/09 – Debtor's Analysis of Estimated Claims;

13. 12/30/09 – Textron Asset Purchase Agreement;

14. 02/19/09 – Teledyne Asset Purchase Agreement;

15. CFP Summary of Investor Interest;

16. CFP Financial Information Package;

17. CFP Powerpoint Presentation;

18. CFP Superior Short Profile;

19. 02/14/06 – Assignments of Debts to Thielert;

20. 02/16/09 – Superior Liquidity Analysis;

21. 02/19/09 – UCC Search on Thielert AG;

22. 02/19/09 – UCC Search on Superior Air Parts, Inc.;

23. 01/14/09 – Certificate of Service on Notice of Auction and Bar Date 1;

24. 02/03/09 – Certificate of Service on Notice of Auction and Bar Date 2;

25. 02/13/09 – Superior inventory analysis;

26. 2/20/09 - Motion to Return Reclaimed Goods;

27. Monthly Operating Report – January 2009; and

28. Rebuttal exhibits, as necessary.


Respectfully submitted,


/s/ Stephen A. Roberts
STEPHEN A. ROBERTS
STATE BAR NO. 01701920
ROBERT  P. FRANKE
STATE BAR NO. 07371200
DUANE J. BRESCIA
STATE BAR NO. 24025265
**STRASBURGER & PRICE, LLP**
600 CONGRESS AVE., SUITE 1600
AUSTIN, TEXAS 78701-2974
(512) 499-3600
(512) 499-3660 Fax
stephen.roberts@strasburger.com
robert.franke@strasburger.com
duane.brescia@strasburger.com

**PROPOSED ATTORNEYS FOR
DEBTOR SUPERIOR AIR PARTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the parties listed below have been served a true and correct copy of the foregoing pleading with exhibits as indicted below February 19, 2009 and that a true and correct copy of the foregoing pleading without exhibits was forwarded to the parties listed on the attached service list via first class U.S. Mail, postage prepaid, February 20, 2009.

Via Electronic mail with exhibits accessible at:
http://www.strasburger.com/_client/SAP-Exhibit-List/show.asp

Deirdre B. Ruckman/AVCO
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX  75201
druckman@gardere.com

David W. Parham,
Elliot Schuler & A. Swick
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX  75201
Creditors' Committee Counsel
david.w.parham@bakernet.com
elliot.d.schuler@bakernet.com
adam.swick@bakernet.com

Billy Leonard
Law Offices of Billy Leonard
1650 W. Virginia Street, Suite 211
McKinney, TX 75069
Aviation Parts Supply, Inc.
bleonard@billyleonardlaw.com

Larry K. Hercules
Attorney At Law
1400 Preston Road, Suite 280
Plano, Texas 75093
Zanzi S.p.A.
lkhercules@yahoo.com

Gordon Toering
Warner, Norcross & Judd
900 Old Kent Bldg.
111 Lyon St. N.W.
Grand Rapids, MI 49503
gtoering@wnj.com

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
maryfrances.durham@usdoj.gov

William O. Angelley
Kreindler & Kreindler LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
Wrongful Death Plaintiffs
wangelley@kreindler.com

Chester B. Salomon
Stevens & Lee
485 Madison Ave., 20th Fl.
New York, NY  10022
TAG
CS@stevenslee.com

Cynthia Cole
Beirne, Maynard & Parsons, L.L.P.
1700 Pacific Avenue Suite 4400
Dallas, TX  75201
TAE
ccole@bmpllp.com

Lisa Trainor
ltrainor@gtclawgroup.com

Richard Weinberg
weisberg@weisberg-law.com

William Freeman
bill.freeman@pillsburylaw.com

    */s/ Stephen A. Roberts*
    Stephen A. Roberts

Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal
91 CEP 13460-000

Airsure Limited
15301 Spectrum Drive, #500
Addison, TX  75001

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

Crane Cams
530 Fentress Blvd
Daytona Beach, FL  32114

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX  75227

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA  91502

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

Gerhardt Gear
133 East Santa Anita
Burbank CA  91502-1926

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL  60044

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431

Garlock-Metallic Gasket Div
250 Portwall St., Ste. 300
Houston, TX  77029

AOPA Pilot
PO Box 973
Frederick, MD  21701

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH  43724-9779

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX  75050-1222

Seal Science
17131 Daimler
Irvine, CA  92614-5508

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Deirdre B. Ruckman/AVCO
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX  75201

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

Lynden International
1800 International Blvd. #800
Seattle, WA 98188

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456

Chester Salomon
Stevens & Lee
485 Madison Ave., 20th Floor
New York, NY 10022

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019

Kent Abercrombie
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Neil J. Orleans
Goins, Underkolfer, et al, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270

Howard A. Borg/James T. Jacks
Ass't US Atty for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Laurie A. Spindler
Linebarger Goggan et al, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB   T2P 3V4

Gordon J. Toering
**WARNER NORCROSS & JUDD LLP**
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO 80124

Melissa S. Hayward
LOCKE LORD& LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Counsel for the Insurers

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX 75201
Attys for Theilert Aircraft Engines
GMBH

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Stefano Gazzola
Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivrea, Italy

Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Werner Wilhelm Albus
Valeria de Freitas Mesquita
KSPG Automotive Brazil LTDA
Rodovia Arnaldo Julio Mauerbert,
  n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil
Caixa Postal 91

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl 33458

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124

Susan B. Hersh
12770 Coit Rd. Ste. 1100
Dallas, TX 75251

William G. Burd/Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131

David W. Parham,
Elliot Schuler & A. Swick
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201

Timothy S. McFadden
LOCKE LORD BISSELL& LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Counsel for the Insurers