Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Robert Tyler (SBN 24009347)
Duane J. Brescia (SBN 24025265)
STRASBURGER & PRICE, LLP
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |

**RESPONSE TO MOTION OF COMBUSTION TECHNOLOGIES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. SECTION 503(b)(9) [Docket No. 70]**

TO:   THE HONORABLE BARBARA J. HOUSER,
      UNITED STATES BANKRUPTCY JUDGE:

Superior Air Parts, Inc. ("Superior" or "Debtor"), as debtor and debtor-in-possession, and for its Response to Combustion Technologies, Inc. ("Combustion" or "Creditor") motion (the "Motion") for an order under § 503(b)(9) of Title 11 of the United States Code (the "Bankruptcy Code") [Docket No. 60] requesting allowance of an Administrative Expense Claim and requesting immediate payment respectfully states as follows:

# I.
# RELIEF REQUESTED

1.  Pursuant to its Motion, Combustion seeks allowance of their Administrative Claims under § 503(b)(9) of the Bankruptcy Code and to require the Debtor to pay those claims immediately.  While the Debtor consents to allowance of the claim, the Debtor requests that Combustion's request for immediate payment be denied.  The Debtor intends to file a plan and treat the claim under a plan pursuant to 1129(a)(9)(A).

# II.
# BASIS FOR THE RELIEF REQUESTED

2.  It is essential to the Debtor's ability to continue to operate their businesses and ultimately reorganize that the Debtor maintain sufficient liquidity and cash flow.  To pay pre-petition Administrative Claims immediately could severely impact the Debtor's ability to stay afloat long enough to consummate the purchase and could also result in disparate treatment of creditors.

3.  Combustion offers no cases, evidence, or even argument in support of its request for immediate payment.

4.  The timing of payment of an administrative expense claim is within the discretion of the Court.  *In re Garden Ridge Corp.,* 323 B.R. 136 (Bankr. D. Del. 2005).

5.  "In making this determination, one of the chief factors courts consider is bankruptcy's goal of an orderly and equal distribution among creditors and the need to prevent a race to a debtor's assets." *In re HQ Global Holdings, Inc.,* 282 B.R. 169 (Bankr. D. Del. 2002).

6.  "Prior to the enactment of 11 U.S.C. § 503(b)(9) [*13] , it was black letter law that the question [of when] the bankruptcy estate should be ordered to pay an

allowed administrative expense is within the bankruptcy court's discretion". *In re Bookbinders' Restaurant, Inc.*, No. 06-12302ELF, 2006 Bankr. LEXIS 3749, 2006 WL 3858020 (Bankr. E.D. Pa. Dec. 28, 2006), *citing to:* "*E.g.*, *In re Colortex Industries,* 19 F.3d 1371, 1384 (11th Cir. 1994); *In re HQ Global Holdings, Inc.,* 282 B.R. 169, 173 (Bankr. D. Del. 2002)".

7.   Section 503(b)(9) was enacted, apparently, to provide relief to creditors who had provided goods to the Debtor on the eve of bankruptcy.  The relief provided, however, was not immediate payment.  Instead, the provision exalts the status of the claim from a pre-petition claim, to an administrative claim.  The effect of the change of status of the claim is to provide for payment in full upon confirmation of the plan.  *In Re Plastech Engineered Products*, 394 B.R. 147, 152-153 2008 Bankr. (Bankr. D. Mich., September 16, 2008)

8.   *In re Global Home Products, LLC,* No. 06-10340(KG), 2006 Bankr. LEXIS 3608, 2006 WL 3791955 (Bankr. D. Del. Dec. 21, 2006), and *In re Bookbinders' Restaurant, Inc.,* No. 06-12302ELF, 2006 Bankr. LEXIS 3749, 2006 WL 3858020 (Bankr. E.D. Pa. Dec. 28, 2006) are the seminal cases on the timing of payment of an administrative claim under Section 503(b)(9).  Both cases conclude that there is no right of immediate payment.

9.   *Global Home* reiterates the standard enunciated in *In re Garden Ridge Corp.,* 323 B.R. 136 (Bankr. D. Del. 2005) regarding the three factors the Court should consider in determining the timing of payments: prejudice to the Debtor, hardship to the claimant and prejudice to other creditors.  2006 Bankr. LEXIS 3608 at 12.

10. *Bookbinder* notes the *Garden Ridge* standard, but also references consistency with other sections of the code, citing: *In re Dieckhaus Stationers of King of Prussia, Inc.,* 73 B.R. 969, 972 (Bankr. E.D. Pa. 1987) and recitation of the need to avoid a race to the courthouse and to ensure an equal distribution to creditors, citing: *In re HQ Global Holdings, Inc.,* 282 B.R. 169, 173 (Bankr. D. Del. 2002). 2006 Bankr. LEXIS 3749 at 13-14.

11. In this case, all of the above considerations mandate a denial of Combustion's request for immediate payment. Combustion has made no effort to show any hardship. Combustion should be paid pursuant to a plan under 1129(a)(9)(A), along with all other Administrative Expense creditors. To order immediate payment would surely and immediately start a "race to the courthouse", prompting all other administrative claimants to also seek immediate payment (indeed, one other claimant has already requested immediate payment).

12. The Debtor should not be put to the burden (and consequent drain on the estate) of responding to each and every Administrative Expense Claimant's request for immediate payment.

13. Perhaps more importantly, the Debtor intends to sell the business for a sufficient sum of money to pay all

WHEREFORE, the Debtors request that the Court deny Combustion's request for immediate payment of its administrative expense claim, and such other and further relief as this Court may deem just and proper.

        Respectfully submitted,

        */s Stephen A. Roberts*
        Stephen A. Roberts (SBN 17019200)
        Robert P. Franke (SBN 07371200)
        Duane J. Brescia (SBN 24025265)
        Robert Tyler (SBN 24009347)
        **STRASBURGER & PRICE, LLP**
        600 Congress, Suite 1600
        Austin, Texas 78701
        Tel. (512) 499-3600  /  Fax (512) 499-3643
        stephen.roberts@strasburger.com
        bob.franke@strasburger.com
        Robert.tyler@strasburger.com
        duane.brescia@strasburger.com

        **Bankruptcy Attorneys for Debtor Superior Air Parts, Inc.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the parties on the attached service list via First Class U.S. Mail, postage prepaid February 20, 2009.

        */s/ Stephen A. Roberts*
        Stephen A. Roberts

| | | |
|---|---|---|
| Theilert Aircraft Engines<br>Nieritzstr 14 D-01097<br>Dresden Germany | Mahle Engine Components<br>60428 Marine Road<br>Atlantic IA 50022-8291 | KS-Pistoes<br>Rodovia Arnald, Julio Mauberg<br>4000 Disrito Industrial No<br>Nova Odessa SP Brasil CAIZA Postal<br>91 CEP 13460-000 |
| Airsure Limited<br>15301 Spectrum Drive, #500<br>Addison, TX  75001 | ECK Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Mahle Engine Components<br>14161 Manchester Road<br>Manchester, MO 63011 |
| Crane Cams<br>530 Fentress Blvd<br>Daytona Beach, FL  32114 | Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas TX  75227 | Saturn Fasteners Inc.<br>425 S. Varney St.<br>Burbank, CA  91502 |
| Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29654-0686 | Ohio Gasket & Shim<br>976 Evans Ave.<br>Akron, OH 44305 | Gerhardt Gear<br>133 East Santa Anita<br>Burbank CA  91502-1926 |
| Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601 | Helio Precision Products<br>601 North Skokie Highway<br>Lake Bluff, IL  60044 | Knappe & Koester Inc.<br>18 Bradco Street<br>Keen, NH 3431 |
| Garlock-Metallic Gasket Div<br>250 Portwall St., Ste. 300<br>Houston, TX  77029 | AOPA Pilot<br>PO Box 973<br>Frederick, MD  21701 | Mahle Engine Components<br>17226 Industrial HWY<br>Caldwell, OH  43724-9779 |
| Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX  75050-1222 | Seal Science<br>17131 Daimler<br>Irvine, CA  92614-5508 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Deirdre B. Ruckman/AVCO<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Ste. 3000<br>Dallas, TX  75201 | David Childs, Ph.D.<br>Dallas County Tax Assessor/Collector<br>500 Elm Street, Records Building<br>Dallas, TX 75202 | Thielert AG<br>Albert-Einstein-Ring 11<br>D-22761, Hamburg Germany |
| Betsy Price, Tax Assessor Collector<br>100 E. Weatherford<br>PO Box 961018<br>Fort Worth, TX 76196 | Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Ace Grinding & Machine Company<br>2020 Winner Street<br>Walled Lake, MI 48390 |
| Lynden International<br>1800 International Blvd. #800<br>Seattle, WA 98188 | Combustion Technologies, Inc.<br>1804 Slatesville Road<br>Chatham, VA 24531 | Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG, Feld<br>Witten, Germany 58456 |

| | | |
|---|---|---|
| Chester Salomon<br>Stevens & Lee<br>485 Madison Ave., 20th Floor<br>New York, NY 10022 | City of Coppell/Coppell ISD<br>Mary McGuffey, Tax Assessor Collector<br>PO Box 9478<br>Coppell, TX 75019 | Kent Abercrombie<br>Superior Air Parts, Inc.<br>621 S. Royal Lane, Suite 100<br>Coppell, TX 75019-3805 |
| Neil J. Orleans<br>Goins, Underkolfer, et al, LLP<br>1201 Elm Street, Ste. 4800<br>Dallas, TX 75270 | Howard A. Borg/James T. Jacks<br>Ass't US Atty for FAA<br>Burnett Plaza, Suite 1700<br>801 Cherry Street, Unit 4<br>Fort Worth, Texas 76102-6882 | Laurie A. Spindler<br>Linebarger Goggan et al, LLP<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201 |
| Jeffrey N. Thom, Q.C.<br>Miller Thomson LLP<br>3000, 700 - 9th Avenue SW<br>Calgary, AB   T2P 3V4 | Gordon J. Toering<br>**WARNER NORCROSS & JUDD LLP**<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503 | Anita F. McMahon<br>1646 Belmont Ave.<br>Baton Rouge, LA 70808 |
| Michael L. Jones<br>Henry & Jones, LLP<br>2902 Carlisle Street, Ste. 150<br>Dallas, TX 75204 | LARRY K. HERCULES<br>ATTORNEY AT LAW<br>1400 Preston Road, Suite 280<br>Plano, Texas 75093 | Gregory B. Gill, Jr.<br>Gill & Gill, S.C.<br>128 North Durkee St.<br>Appleton, WI 54911 |
| Laura Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows, Dr. #400<br>Littleton, CO 80124 | Melissa S. Hayward<br>LOCKE LORD BISSELL& LIDDELL LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201<br>Counsel for the Insurers | Vincent Slusher/J. Seth Moore<br>Beirne Maynard & Parsons, LLP<br>1700 Pacific Ave., Ste. 4400<br>Dallas, TX 75201<br>Attys for Theilert Aircraft Engines GMBH |
| Mary Frances Durham<br>U.S. Department of Justice<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | Stefano Gazzola<br>Zanzi, S.p.A.<br>Corso Vercelli, 159<br>10015 Ivrea, Italy | Piyush Kakar<br>Seal Science Inc.<br>17131 Daimler<br>Irvine, CA 92614 |
| Jim Griffin<br>Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Phil Eck<br>Eck Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Werner Wilhelm Albus<br>Valeria de Freitas Mesquita<br>KSPG Automotive Brazil LTDA<br>Rodovia Arnaldo Julio Mauerbert,<br> n. 4000-Distrito Industrial 01<br>Nova Odessa- SP Brasil<br>Caixa Postal 91 |
| Ronald Weaver<br>Avstar<br>1365 Park Lane South<br>Jupiter, Fl 33458 | Linda Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows Dr. #400<br>Littleton, CO 80124 | Susan B. Hersh<br>12770 Coit Rd. Ste. 1100<br>Dallas, TX 75251 |
| William G. Burd/Krystina N. Jiron<br>Atkinson & Brownell, PA<br>2 South Biscayne Blvd., Suite 3750<br> Miami, FL 33131 | David W. Parham,<br>Elliot Schuler & A. Swick<br>Baker & McKenzie LLP<br>2001 Ross Ave., Suite 2300<br>Dallas, TX 75201 | Timothy S. McFadden<br>LOCKE LORD BISSELL& LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Counsel for the Insurers |