William G. Burd
Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131
305-376-8840 telephone
305-376-8841 fax

SUSAN B. HERSH, P.C.
State Bar No. 09543925
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Telephone: 972-503-7070
Telecopy: 972-503-7077
COUNSEL FOR VIRGIN RECORDS
AMERICA, INC., f/u/b/o NATIONAL
UNION FIRE INSURANCE COMPANY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **Case No. 08-36705-BJH** |
| § | **Chapter 11** |
| **SUPERIOR AIR PARTS, INC.,** § | |
| Debtor. § | |
| § | **Preliminary Hearing Set:** |
| § | **March 17, 2009 at 1:15 p.m.** |

**NOTICE OF PRELIMINARY HEARING ON VIRGIN RECORDS AMERICA, INC.'S
MOTION FOR RELIEF FROM STAY TO CONSUMMATE SETTLEMENT
OF SUIT WITH INSURANCE CARRIER**

Please take notice that a Preliminary hearing on Virgin Records America, Inc.'s Motion for Relief from Stay to Consummate Settlement of Suit with Insurance Carrier, filed on February 20, 2009, has been scheduled for **March 17, 2009 at 1:15 p.m.** before the Honorable Barbara J. Houser, United States Bankruptcy Court, 14th floor, 1100 Commerce Street, Dallas, Texas 75242.

Respectfully Submitted,

*/s/Susan B. Hersh*
SUSAN B. HERSH, P.C.
State Bar No. 09543925
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Telephone: 972-503-7070
Telecopy: 972-503-7077
susan@susanbhershpc.com
COUNSEL FOR VIRGIN RECORDS
AMERICA, INC., f/u/b/o NATIONAL
UNION FIRE INSURANCE COMPANY

CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of February, 2009, a true and correct copy of the foregoing Motion for Relief from the Automatic Stay was served via the Court's electronic noticing system (ECF) to those parties receiving ECF notification or by United States first class mail, postage prepaid, upon the parties listed below and on the attached list.

*/s/ Susan B. Hersh*
Susan B. Hersh


Stephen Roberts
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701-2974

David Parham
Baker & Mckenzie, LLP
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201

Mary Frances Durham
Office of the US Trustee
1100 Commerce Street, Rm. 976
Dallas, TX 75242-1496