| | | |
|---|---|---|
| Theilert Aircraft Engines<br>Nieritzstr 14 D-01097<br>Dresden Germany | Mahle Engine Components<br>60428 Marine Road<br>Atlantic, IA | KS-Pistoes<br>Rodovia Arnald, Julio Maubert<br>4000 Distrito Industrial No. 01<br>Nova Odessa SP Brasil<br>CAIZA Postal 91 CEP 13460-000 |
| Aisure Limited<br>15301 Spectrum Drive # 500<br>Addison, TX 75001 | Phil Eck<br>ECK Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Mahle Engine Components<br>14161 Manchester Road<br>Manchester, MO 63011 |
| Crane Cams<br>530 Fentress Blvd.<br>Daytona Beach, FL 32114 | Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas, TX 75227 | Saturn Fasteners, Inc.<br>425 S. Varney Street<br>Burbank, CA 91502 |
| Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29654-0686 | Ohio Gasket & Shim<br>975 Evans Ave.<br>Akron, OH 44305 | Gerhardt Gear<br>133 East Santa Anita<br>Burbank, CA 91502-1926 |
| Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601 | Helio Precision Products<br>601 North Skokie Highway<br>Lake Bluff, IL 60044 | Knappe & Koester, Inc.<br>18 Bradco Street<br>Keen, NH 3431 |
| Garlock-Metallic Gasket Division<br>250 Portwall Street, Suite 300<br>Houston, Texas 77029 | AOPA Pilot<br>PO Box 973<br>Frederick, MD 21701 | Mahle Engine Components<br>17226 Industrial Hwy<br>Caldwell, OH 43724-9779 |
| Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX 75050-1222 | Piyush Kakar<br>Seal Science, Inc.<br>17131 Daimler<br>Irvine, CA 92614-5508 | Internal Revenue Service<br>Special Procedures—Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Deidre B. Ruckman/AVCO<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201 | David Childs<br>Dallas County Tax Assessor/Collector<br>500 Elm Street, Records Bldg<br>Dallas, TX 75202 | Theilert AG<br>Albert-Einstein-Ring 11<br>D-22761, Hamburg Germany |
| Besty Price, Tax Assessor Collector<br>100 E. Weatherford<br>PO Box 961018<br>Ft. Worth, TX 76196 | Jim Griffin<br>Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Ace Grinding & Machine Company<br>2020 Winner Street<br>Walled Lake, MI 48390 |
| Lynden International<br>1800 International Blvd. #800<br>Seattle, WA 98188 | Combustion Technologies, Inc.<br>1804 Slatesville Road<br>Chatham, VA 24531 | Ruhrtaler Gesenkscmiede<br>FW Wengler GMBH & Co.<br>KG Feld<br>Witten, Germany 58456 |

Chester Salomon
Stevens & Lee
485 Madison Ave., 20th Floor
New York, NY 10022

Neil J. Orleans
Goins, Underkolfer, etal
1201 Elm Street, Suite 4800
Dallas, TX 75270

Jeffrey N. Thom, QC
Miller Thompson, LLP
3000, 700-9th Ave. SW
Calgary, AB T2P 3V4

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Suite 150
Dallas, TX 75204

Laura (or Linda) Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124

Stefano Gazzola
Zanzi, S.P.A.
Corso Vercelli, 159
10015 Ivrea, Italy

William Burd/Krystina Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Suite 1600
Austin, TX 78701

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor
PO Box 9478
Coppell, TX 75019

Howard S. Borg
Assistant US Attorney for FAA
801 Cherry Street, Unit 4, Suite 1700
Ft. Worth, TX 76102-68882

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

Larry K. Hercules
Attorney at Law
1400 Preston Road, Suite 280
Plano, TX 75093

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Suite 4400
Dallas, TX 75201

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, FL 3458

William O. Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd. 41st Floor
LA, CA 90017

Timothy McFadden/Melissa Hayward
Locke Lord Bissell & Liddell, LLP
111 South Wacker Drive
Chicago, IL 60606

Kent Ambercrombie
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 750019-3805

Laurie A. Spindler
Linebarger Goggan, etal
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808

Gregory B. Gill, Jr.
Gill & Gill, SC
128 North Durkee Street
Appleton, WI 54911

Mary Frances Durham
US Dept. of Justice
Office of the US Trustee
1100 Commerce St., Room 976
Dallas, TX 75242

Susan B. Hersh, P.C.
12770 Coit Road, Suite 1100
Dallas, TX 75251

Michael S. Leib
Maddin, Hauser, Wartell
28400 Northwestern Highway, 3rd floor
Southfield, Michigan 48034-8004

David Parham/Elliot Schuler/Adam Swick
Baker & McKenzie, LLP
2001 Ross Ave, Suite 2300
Dallas, TX 75201