**Morton A. Rudberg**
Texas Bar No. 17368000
6440 N. Central Expwy. Suite 516
Dallas, Texas 75206
Telephone (214) 696-2900
Facsimile 214) 696-2984

**Michelle E. Shriro**
State Bar No. 18310900
**SINGER & LEVICK, P.C.**
16200 Addison Road, Suite 140
Addison, Texas  75001
Telephone (972) 380-5533
Facsimile (972) 380-5748
**COUNSEL FOR HENRY W. BAILEY, JR. AND CAROLE BAILEY, ET AL
AND JANET L. INNIS ET AL AND ROXANNE CHERRY, ET AL AND TOBY DESCH**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | Hearing Date: March 17, 2009 |
| Debtor | § | Time: 1:15 p.m. |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THE DEBTOR SHALL FILE A RESPONSE TO THIS MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITHIN 12 DAYS FROM THE SERVICE OF THIS MOTION (UNDER BANKRUPTCY RULE 9006(E) SERVICE BY MAIL IS COMPLETE UPON MAILING; UNDER BANKRUPTCY RULE 9006(F), 3 DAYS ARE ADDED TO THE PERIOD FOR FILING A RESPONSE WHEN NOTICE OF THE PERIOD FOR FILING A RESPONSE IS SERVED BY MAIL) WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242.  THE DEBTOR'S RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.  IF THE DEBTOR DOES NOT FILE A RESPONSE AS REQUIRED, THE ALLEGATIONS IN THIS MOTION FOR RELIEF FROM THE AUTOMATIC STAY SHALL BE DEEMED ADMITTED, UNLESS GOOD CAUSE IS SHOWN WHY THESE ALLEGATIONS SHOULD NOTE BE DEEMED ADMITTED AND**

**AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ABSENT COMPELLING CIRCUMSTANCES, EVIDENCE PRESENTED AT PRELIMINARY HEARINGS IN THE DALLAS DIVISION ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL BE BY AFFIDAVIT ONLY. THE PARTY REQUESTING THE HEARING MUST SERVE EVIDENTIARY AFFIDAVITS AT LEAST SEVEN DAYS IN ADVANCE OF SUCH HEARING; THE RESPONDING PARTY MUST SERVE EVIDENTIARY AFFIDAVITS AT LEAST FORTY-EIGHT HOURS IN ADVANCE OF SUCH HEARING; THE PARTY REQUESTING THE HEARING IS RESPONSIBLE FOR MAKING SURE ALL OTHER HEARING PARTICIPANTS KNOWN TO SUCH PARTY ARE AWARE OF LOCAL RULE 4001. FAILURE OF AN ATTORNEY TO ATTEND A SCHEDULED AND NOTICED PRELIMINARY HEARING MAY BE GROUNDS FOR DEFAULT RELIEF REGARDLESS OF THE PRESENCE OR ABSENCE OF AFFIDAVITS.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Henry W. Bailey, Jr. and Carole Bailey, et al and Janet L. Innis et al (the "Bailey/Innes Plaintiffs" as defined below) and Roxanne Cherry, et al and Toby Desch (the "Cherry/Desch Plaintiffs" as defined below) (collectively the "Movants"), creditors, and files this their Motion for Relief from the Automatic Stay (the "Motion"), and support thereof would show the Court as follows:

### I. Jurisdiction

1. The Court has jurisdiction over the subject matter of the Motion pursuant to 11 U.S.C. §§103, 361, 362 and 363 and pursuant to 28 U.S.C. §§1334(b) and 157(b).

### II. Background

2. On December 31, 2008, Superior Air Parts, Inc. ("Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code. Debtor remains in possession of its property.

3.  Movants each have various causes of action. The first group of Plaintiffs, Henry W. Bailey, Jr. and Carole Bailey, Individually and In Their Own Right, and Henry W. Bailey, Jr., as Administrator of the Estate of Matthew J. Bailey, Deceased and Janet L. Innis, Individually and In Her Own Right, and Janet L. Innis, as Administratrix of the Estate of Thomas Innis, Deceased (the "Bailey/Innis Plaintiffs"), filed a lawsuit in the Court of Common Pleas, Montgomery County, Pennsylvania and the case is styled as follows: Cause No. 99-21769, *Henry W. Bailey, Jr. and Carole Bailey, Individually and In Their Own Right, and Henry W. Bailey, Jr., as Administrator of the Estate of Matthew J. Bailey, Deceased and Janet L. Innis, Individually and In Her Own Right, and Janet L. Innis, as Administratrix of the Estate of Thomas Innis, Deceased v. Fare Share Limited d/b/a Limerick Flight Center and George Himmelreich and Charles B. Kemner and Superior Air Parts, Inc. and Dana Corporation and Perfect Circle Division Engine Systems Group and Hastings Machining and Hastings Manufacturing Company* ("Bailey/Innis Lawsuit"). The Bailey/Innis Lawsuit arises from the December 21, 1997 crash of a Cessna 152 aircraft in Spring City, PA that killed Thomas Innis and Matthew Bailey. This product liability and negligence action was filed in the Pennsylvania Court of Common Pleas for Montgomery County in 1999 against several defendants including Superior Air Parts, Dana Corp., Hastings Manufacturing, Perfect Circle, and Fareshare. The claims against the Debtor concern negligence and defects with respect to the design and continuing airworthiness of pistons it manufactured and were installed in the aircraft. There is a parallel declaratory judgment action pending wherein one defendant's insurer is disclaiming coverage under an airport liability policy. The parties are awaiting the outcome of the declaratory judgment action before this matter can be set for trial.

4. The second group of Plaintiffs, Roxanne Cherry, Administrator of the Estate of Christopher Desch, Deceased and Toby Desch (the "Cherry/Desch Plaintiffs"), filed two different lawsuits. The first lawsuit is pending in the Circuit Court of the City of Richmond, Virginia and is styled as follows: Case No. CL08004429-00, *Roxanne Cherry, Administrator of the Estate of Christopher Desch, Deceased v. Lycoming Engines, A Division of Avco Corporation f/d/a Textron Lycoming Reciprocating Engine Division and Avco Corporation and Textron, Inc. and Teledyne Continental Motors, Inc. and Dominion Aviation Services, Inc. and Superior Air Parts, Inc.* The second lawsuit was filed in the Court of Common Pleas of Philadelphia County, Pennsylvania and was removed to the United States District Court for the Eastern District of Pennsylvania and is styled as follows: Cause No. 01765 (December Term, 2008), *Roxanne Cherry, Administrator of the Estate of Christopher Desch, Deceased and Toby Desch  v.  Lycoming Engines, A Division of Avco Corporation f/d/a Textron Lycoming Reciprocating Engine Division and Avco Corporation and Textron, Inc. and The Manufacturer of Magneto Clamp Lycoming Part No. 66M19385 and Interface Solutions, Inc. and Superior Air Parts* (collectively these two lawsuits are referred to herein as the "Cherry/Desch Lawsuits").

5. The Cherry/Desch Lawsuits arise from the December 10, 2006 crash of a Piper PA-32R-300 aircraft that killed prominent oncologist Christopher Desch, M.D. Dr. Desch is survived by his wife Roxeanne Cherry and their son Toby Desch. The Desches originally filed their lawsuit in Richmond County, VA on September 22, 2008 against several defendants including Superior Air Parts, Teledyne Continental Motors, Lycoming Engines, and Dominion Aviation Services. At the time the Cherry/Desch Plaintiffs received Superior's suggestion of bankruptcy, the parties had begun discovery and a motion to transfer venue had been filed by Dominion Aviation. The Cherry/Desch Plaintiffs filed a second lawsuit in the Pennsylvania

Court of Common Pleas of Philadelphia County on December 9, 2008 against several defendants including Superior Air Parts, Lycoming Engines, Interface Solutions, and the manufacturer of a certain gasket whose identity had been concealed from the plaintiffs. At the time the Cherry/Desch Plaintiffs received the Suggestion of Bankruptcy, a motion to remand was pending before the court.

### III.  Relief Requested

6. Pursuant to 11 U.S.C. Sec. 362(d)(1), cause exists to grant Movants relief from stay to proceed with the Bailey/Innis Lawsuit and the Cherry/Desch Lawsuits to final judgment in the non-bankruptcy forum for the reason that these claims are covered by insurance. Movants seek recovery only from applicable insurance, if any, and waives any deficiency or other claims against the bankruptcy estate property.

7. Accordingly, Movants are entitled to relief from the automatic stay to allow them to exercise any of their rights and remedies as to the above described causes of action.

WHEREFORE, PREMISES CONSIDERED, Henry W. Bailey, Jr. and Carole Bailey, et al and Janet L. Innis et al and Roxanne Cherry, et al and Toby Desch respectfully request that this Court order relief from the stay and for such other and further relief as they may show themselves justly entitled.

Respectfully submitted,

Morton A. Rudberg
Texas Bar No. 17368000
6440 N. Central Expwy. Suite 516
Dallas, Texas 75206
Tel. (214) 696-2900
Fax  (214) 696-2984

― and ―

SINGER & LEVICK, P.C.


By        /s/Michelle E. Shriro
    Michelle E. Shriro
    State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, TX 75001-5350
Tel. (972) 380-5533
Fax (972) 380-5748
mshriro@singerlevick.com


ATTORNEYS FOR HENRY W. BAILEY, JR. AND CAROLE BAILEY, ET AL AND JANET L. INNIS ET AL AND ROXANNE CHERRY, ET AL AND TOBY DESCH


**CERTIFICATE OF CONFERENCE**

I hereby certify that, Morton A. Rudberg, the attorney for the above Movants advised the undersigned counsel that he spoke on numerous occasions to Bob Franke, attorney for Debtor regarding the filing of this motion and he stated that Mr. Franke advised that he was awaiting information from the Debtor regarding the insurance policies regarding the causes of action.  To date, Mr. Rudberg has not received a return call in order to resolve this matter.

/s/ Michelle E. Shriro
Michelle E. Shriro

**Motion for Relief from Automatic Stay** – Page 6
S:\Bailey, Henry\Mtn Lift Stay.doc

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and to all others listed on the attached service list via first class mail, postage prepaid on this 20th day of February 2009.

      /s/Michelle E. Shriro
      Michelle E. Shriro

Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Duane J. Brescia
Strasburger & Price LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701

Robert P. Franke
Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, TX 75202

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701

Official Committee of Unsecured Creditors
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201

David William Parham
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201

Elliot D. Schuler
Baker and McKenzie
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

U.S. Trustee
Northern District of Texas
1100 Commerce St., Rm. 976
Dallas, Texas 75242-1496

William O. Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41th Floor
Los Angeles, CA 90017

Howard A. Borg
801 Cherry St., Suite 1700, Unit 4
Ft. Worth, TX 76102-6882

William G. Burd
Atkinson & Brownell, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131

Sarah Brooke Davis
Beirne, Maynard & Parsons L.L.P.
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201-7305

Vickie L. Driver
Pronske & Patel, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, TX 75201

William B. Freeman
Pillsbury Winthrop LLP
725 S. Figueroa St.
Ste. 2800
Los Angeles, CA 90017-5406

Melissa S. Hayward
Locke Lord Bissell & Liddell LLP
2200 Ross Ave., Ste. 2200
Dallas, TX 75201

Larry K. Hercules
Larry K. Hercules, P.C.
1400 Preston Road, Suite 280
Plano, TX 75093

Susan B. Hersh
Susan B. Hersh, P.C.
12770 Coit Rd., Suite 1100
Dallas, TX 75251

Krystina N. Jiron
Atkinson & Brownell, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131

Michael L. Jones
Henry & Jones
2902 Carlisle St., Suite 250
Dallas, TX 75204-4078

Michael S. Leib
Maddin, Hauser, et al
Third Floor Essex Centre
28400 Northwestern Highway
Southfield, MI 48034-8004

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street
Suite 211
McKinney, TX 75069

Neil J. Orleans
Goins, Underkofler, Crawford and Langdon
1201 Elm St., Suite 4800
Dallas, TX 75270

Deirdre B. Ruckman
Gardere,Wynne & Sewell
1601 Elm St., Suite 3000
Dallas, TX 75201

Chester B. Salomon
Salomon Green & Ostrow, PC
485 Madison Ave.
New York, NY 10022

Warren H. Smith
Warren H. Smith & Associates, P.C.
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Warren H. Smith
Donohe, Jameson & Carroll
325 N. St. Paul St., Suite 4080
Dallas, TX 75201

Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon St., N.W.
Grand Rapids, MI 49503

Gregory M. Zarin
Kane Russell Coleman and Logan, PC
1601 Elm St., Ste. 3700
Dallas, TX 75201