**Morton A. Rudberg**
Texas Bar No. 17368000
6440 N. Central Expwy. Suite 516
Dallas, Texas 75206
Telephone (214) 696-2900
Facsimile 214) 696-2984

**Michelle E. Shriro**
State Bar No. 18310900
**SINGER & LEVICK, P.C.**
16200 Addison Road, Suite 140
Addison, Texas  75001
Telephone (972) 380-5533
Facsimile (972) 380-5748
**COUNSEL FOR HENRY W. BAILEY, JR. AND CAROLE BAILEY, ET AL**
**AND JANET L. INNIS ET AL AND ROXANNE CHERRY, ET AL AND TOBY DESCH**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | Hearing Date: March 17, 2009 |
| Debtor | § | Time: 1:15 p.m. |

### NOTICE OF HEARING

Please take notice that a preliminary hearing has been set on the Motion for Relief from Automatic Stay filed by Henry W. Bailey, Jr. and Carole Bailey, et al and Janet L. Innis et al and Roxanne Cherry, et al and Toby Desch for 1:15 p.m. on Tuesday, March 17, 2009 before the Honorable Barbara J. Houser, United States Bankruptcy Chief Judge for the Northern District of Texas, Dallas Division, 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, Texas.

Respectfully submitted,

Morton A. Rudberg
Texas Bar No. 17368000
6440 N. Central Expwy. Suite 516
Dallas, Texas 75206
Tel. (214) 696-2900
Fax  (214) 696-2984

― and ―

SINGER & LEVICK, P.C.

By      /s/Michelle E. Shriro
        Michelle E. Shriro
        State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, TX 75001-5350
Tel. (972) 380-5533
Fax (972) 380-5748
mshriro@singerlevick.com

ATTORNEYS FOR HENRY W. BAILEY, JR. AND CAROLE BAILEY, ET AL AND JANET L. INNIS ET AL AND ROXANNE CHERRY, ET AL AND TOBY DESCH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and to all others listed on the attached service list via first class mail, postage prepaid on this 20th day of February 2009.

  /s/Michelle E. Shriro
Michelle E. Shriro

Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Duane J. Brescia
Strasburger & Price LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701

Robert P. Franke
Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, TX 75202

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701

Official Committee of Unsecured Creditors
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201

David William Parham
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201

Elliot D. Schuler
Baker and McKenzie
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

U.S. Trustee
Northern District of Texas
1100 Commerce St., Rm. 976
Dallas, Texas 75242-1496

William O. Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41th Floor
Los Angeles, CA 90017

Howard A. Borg
801 Cherry St., Suite 1700, Unit 4
Ft. Worth, TX 76102-6882

William G. Burd
Atkinson & Brownell, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131

Sarah Brooke Davis
Beirne, Maynard & Parsons L.L.P.
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201-7305

Vickie L. Driver
Pronske & Patel, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, TX 75201

William B. Freeman
Pillsbury Winthrop LLP
725 S. Figueroa St.
Ste. 2800
Los Angeles, CA 90017-5406

Melissa S. Hayward
Locke Lord Bissell & Liddell LLP
2200 Ross Ave., Ste. 2200
Dallas, TX 75201

Larry K. Hercules
Larry K. Hercules, P.C.
1400 Preston Road, Suite 280
Plano, TX 75093

Susan B. Hersh
Susan B. Hersh, P.C.
12770 Coit Rd., Suite 1100
Dallas, TX 75251

Krystina N. Jiron
Atkinson & Brownell, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131

Michael L. Jones
Henry & Jones
2902 Carlisle St., Suite 250
Dallas, TX 75204-4078

Michael S. Leib
Maddin, Hauser, et al
Third Floor Essex Centre
28400 Northwestern Highway
Southfield, MI 48034-8004

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street
Suite 211
McKinney, TX 75069

Neil J. Orleans  
Goins, Underkofler, Crawford and Langdon  
1201 Elm St., Suite 4800  
Dallas, TX 75270  

Deirdre B. Ruckman  
Gardere,Wynne & Sewell  
1601 Elm St., Suite 3000  
Dallas, TX 75201  

Chester B. Salomon  
Salomon Green & Ostrow, PC  
485 Madison Ave.  
New York, NY 10022  

Warren H. Smith  
Warren H. Smith & Associates, P.C.  
325 N. St. Paul, Suite 1275  
Dallas, TX 75201  

Warren H. Smith  
Donohe, Jameson & Carroll  
325 N. St. Paul St., Suite 4080  
Dallas, TX 75201  

Laurie A. Spindler  
Linebarger Goggan Blair & Sampson, LLP  
2323 Bryan St., Suite 1600  
Dallas, TX 75201  

Gordon J. Toering  
Warner Norcross & Judd LLP  
900 Fifth Third Center  
111 Lyon St., N.W.  
Grand Rapids, MI 49503  

Gregory M. Zarin  
Kane Russell Coleman and Logan, PC  
1601 Elm St., Ste. 3700  
Dallas, TX 75201