U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed February 18, 2009                                                                      **United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-36705 |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | CHAPTER 11 |
| DEBTOR, | § | |
| | § | |

**ORDER (I) APPROVING EMPLOYMENT OF CORPORATE FINANCE
PARTNERS MIDCAP GMBH AS INVESTMENT CONSULTANT FOR THE
DEBTOR (II) AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT
<u>WITH CORPORATE FINANCE PARTNERS MIDCAP GMBH</u>**

On this day, came on for consideration of the Debtor's (I) Application to Employ Corporate Finance Partners Midcap GmbH ("CFP") to serve as Investment Consultants and (II) Motion to Assume Executory Contract with Corporate Finance Partners Midcap GmbH ("Application"), as more particularly set forth in the Application. No notice of hearing on said Application need be given and no objections have been filed that have not been withdrawn. The Debtor and CFP have represented to this Court that CFP holds or represents no interest adverse to the Debtor or its estate, that it is is disinterested, and that its employment is in the best interest of the estate. It is therefore

ORDERED, that the Debtor is hereby authorized to employ Corporate Finance Partners Midcap GmbH, in the capacities and on the terms set forth in the Services Agreement attached as *Exhibit A* to the Application, pursuant to 11 U.S.C. § 327(a), with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

ORDERED, that CFP shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof; it is further

ORDERED, that the Debtor is authorized to assume the executory contract with CFP and that no cure provisions are required.

##END OF ORDER##

Order submitted by:
*/s/ Duane J. Brescia*
Stephen A. Roberts
Duane J. Brescia
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin Texas, 78701
Tel. (512) 499-3600 / Fax (512) 499-3660
Stephen.roberts@strasburger.com
Duane.brescia@strasburger.com