Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § § | Chapter 11 |
| Debtor. | § § § | |

## NOTICE OF AUCTION

PLEASE TAKE NOTICE THAT, an auction will be held **on Tuesday, February 24, 2009**, at 9:00 a.m. (CDT) in the offices of Strasburger & Price, LLP, 901 Main Street, Ste. 4400, Dallas, TX 75202-3794.

Respectfully submitted,

/s/ *Duane J. Brescia*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for the Debtor**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served via electronic mail to the parties listed below February 20, 2009.

Deirdre B. Ruckman/AVCO
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX  75201
druckman@gardere.com

Teledyne Technologies Incorporated
1049 Caminos Dos Rios
Thousand Oaks, CA 91360
Phone: 805.373.4602
Fax: 805.373.4610
Attention: John Kuelbs, General Counsel
Email: jtkuelbs@teledyne.com

Haynes and Boone, LLP
Attention: Robin Phelan & Ian Peck
2323 Victory Avenue, Suite 700
Dallas, TX 75219-7672
robin.phelan@haynesboone.com
ian.peck@haynesboone.com
Fax: 214.200.0649

David W. Parham,
Elliot Schuler & A. Swick
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX  75201
Creditors' Committee Counsel
david.w.parham@bakernet.com
elliot.d.schuler@bakernet.com
adam.swick@bakernet.com

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
maryfrances.durham@usdoj.gov

            /s/ *Duane J. Brescia*
            Duane J. Brescia