Monthly Operating Report

CASE NAME: Superior Air Parts Inc

CASE NUMBER: 08-36705-BJH-11

JUDGE:

ACCRUAL BASIS

02/13/95, RWD, 2/96, RWD, 7/99

UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Texas

Dallas DIVISION

MONTHLY OPERATING REPORT

MONTH ENDING: January, 2009

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_[signature]_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Kent Abercrombie
PRINTED NAME OF RESPONSIBLE PARTY

President / CEO
TITLE

2/20/2009
DATE

PREPARER:

_[signature]_
ORIGINAL SIGNATURE OF PREPARER

Keint Abercrombie
PRINTED NAME OF PREPARER

Presidnet / CEO
TITLE

2/20/2009
DATE

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

## COMPARATIVE BALANCE SHEET

|   |   | ASSETS | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
|   | 1. | UNRESTRICTED CASH | 412,357 | 1,113,948 |   |   |
|   | 2. | RESTRICTED CASH | 0 | 291,195 |   |   |
|   | 3. | TOTAL CASH | 412,357 | 1,405,143 | 0 | 0 |
| a. | 4. | ACCOUNTS RECEIVABLE (NET) | 5,392,055 | 6,187,448 |   |   |
| b. | 5. | INVENTORY | 11,158,744 | 9,924,648 |   |   |
|   | 6. | NOTES RECEIVABLE | 0 | 0 |   |   |
|   | 7. | PREPAID EXPENSES | 85,107 | 323,822 |   |   |
|   | 8. | OTHER (ATTACH LIST) | 13,385 | 0 |   |   |
|   | 9. | TOTAL CURRENT ASSETS | 16,649,291 | 16,435,918 | 0 | 0 |
| c. | 10. | PROPERTY, PLANT, & EQUIPMENT | 1,062,565 | 6,491,589 |   |   |
| c. | 11. | LESS: ACCUMULATED DEPRECIATION/DEPLETION | 0 | 5,193,136 |   |   |
|   | 12. | NET PROPERTY, PLANT & EQUIPMENT | 1,062,565 | 1,298,453 | 0 | 0 |
|   | 13. | DUE FROM INSIDERS | 0 | 0 |   |   |
|   | 14. | OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | 0 | 1,194,515 |   |   |
|   | 15. | OTHER (ATTACH LIST) | 15,471 | 0 |   |   |
|   | 16. | TOTAL ASSETS | 18,139,684 | 20,334,029 | 0 | 0 |
| **POSTPETITION LIABILITIES** |
|   | 17. | ACOUNTS PAYABLE |   | 456,820 |   |   |
|   | 18. | TAXES PAYABLE |   | 301,804 |   |   |
| d. | 19. | NOTES PAYABLE |   | 51,555 |   |   |
|   | 20. | PROFESSIONAL FEES |   | 133,731 |   |   |
|   | 21. | SECURED DEBT |   |   |   |   |
|   | 22. | OTHER (ATTACH LIST) |   | 33,764 |   |   |
|   | 23. | TOTAL POSTPETITION LIABILITIES | 0 | 977,674 | 0 | 0 |
| **PREPETITION LIABILITIES** |
|   | 24. | SECURED DEBT | 10,291,701 | 10,146,611 |   |   |
|   | 25. | PRIORITY DEBT | 74,641 | 0 |   |   |
|   | 26. | UNSECURED DEBT | 16,897,517 | 16,949,094 |   |   |
|   | 27. | OTHER (ATTACH LIST) | 0 | 3,310,194 |   |   |
|   | 28. | TOTAL PREPETITION LIABILITIES | 27,263,859 | 30,405,899 | 0 | 0 |
|   | 29. | TOTAL LIABILITIES | 27,263,859 | 31,383,573 | 0 | 0 |
| **EQUITY** |
| e. | 30. | PREPETITION OWNERS' EQUITY |   | (11,010,850) |   |   |
|   | 31. | POSTPETITION CUMULATIVE PROFIT OR (LOSS) |   | (38,692) |   |   |
|   | 32. | DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) |   |   |   |   |
|   | 33. | TOTAL EQUITY | 0 | (11,049,542) | 0 | 0 |
|   | 34. | TOTAL LIABILITIES & OWNERS EQUITY | 27,263,859 | 20,334,031 | 0 | 0 |

Accrual Basis - 1 Attachment

| | | |
|---|---|---:|
| 14. | Other Assts | |
| | PMAs | 1,172,851 |
| | Engine Manuals | 21,664 |
| | | 1,194,515 |
| 22. | Other | |
| | Accrued Profit Sharing | 3,685 |
| | 401(K) Contribution Payable | 3,808 |
| | 401(K) Employer Match | 2,535 |
| | Accrued Insurance - SIR | (45,000) |
| | Piston Warranty | (2,720) |
| | Accrued Advertising | 4,994 |
| | Deferred Core Profit | (1,625) |
| | Deferred Core Profit - Contra | 560 |
| | | (33,764) |
| 27. | Other | |
| | Accrued Payroll | (11,783) |
| | Accrued Vacation Pay | (57,237) |
| | Accrued Profit Sharing | (3,878) |
| | 401(K) Contribution Payable | (5,997) |
| | 401(K) Employer Match | (3,215) |
| | Accrued Bonuses | - |
| | Accrued Insurance - SIR | (1,855,797) |
| | Accrued Scrap | (10,000) |
| | Piston Warranty | (876,390) |
| | Mil Engine Warranty | (227,209) |
| | 520 Cylinder Reserve | (207,177) |
| | Accrued Advertising | (14,428) |
| | Deferred Core Profit | (121,228) |
| | Deferred Core Profit - Contra | 124,526 |
| | Sales Ret & Allow Reserve | (40,382) |
| | | (3,310,194) |

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-2

## INCOME STATEMENT

| | | MONTH | MONTH | MONTH | QUARTER TOTAL |
|---|---|---:|---:|---:|---:|
| **REVENUES** | | | | | |
| 1. | GROSS REVENUES | 1,995,305 | | | 1,995,305 |
| 2. | LESS: RETURNS & DISCOUNTS | 90,642 | | | 90,642 |
| 3. | NET REVENUE | 1,904,663 | | | 1,904,663 |
| **COST OF GOODS SOLD** | | | | | |
| 4. | MATERIAL | 1,225,954 | | | 1,225,954 |
| 5. | DIRECT LABOR | 0 | | | 0 |
| 6. | DIRECT OVERHEAD | 0 | | | 0 |
| 7. | TOTAL COST OF GOODS SOLD | 1,225,954 | | | 1,225,954 |
| 8. | GROSS PROFIT | 678,709 | | | 678,709 |
| **OPERATING EXPENSES** | | | | | |
| 9. | OFFICER/INSIDER COMPENSATION | 11,000 | | | 11,000 |
| 10. | SELLING & MARKETING | 7,315 | | | 7,315 |
| 11. | GENERAL & ADMINISTRATIVE | 483,845 | | | 483,845 |
| 12. | RENT & LEASE | 33,936 | | | 33,936 |
| 13. | OTHER (ATTACH LIST) | 0 | | | 0 |
| 14. | TOTAL OPERATING EXPENSES | 536,096 | | | 536,096 |
| 15. | INCOME BEFORE NON-OPERATING INCOME & EXPENSE | 142,613 | | | 142,613 |
| **OTHER INCOME & EXPENSES** | | | | | |
| 16. | NON-OPERATING INCOME (ATT. LIST) | 0 | | | 0 |
| 17. | NON-OPERATING EXPENSE (ATT. LIST) | 0 | | | 0 |
| 18. | INTEREST EXPENSE | 49,944 | | | 49,944 |
| 19. | DEPRECIATION/DEPLETION | 50,350 | | | 50,350 |
| 20. | AMORTIZATION | 26,198 | | | 26,198 |
| 21. | OTHER (ATTACH LIST) | 0 | | | 0 |
| 22. | NET OTHER INCOME & EXPENSES | 126,492 | | | 126,492 |
| **REORGANIZATION EXPENSES** | | | | | |
| 23. | PROFESSIONAL FEES | 0 | | | 0 |
| 24. | U.S. TRUSTEE FEES | 325 | | | 325 |
| 25. | OTHER (ATTACH LIST) | 0 | | | 0 |
| 26. | TOTAL REORGANIZATION EXPENSES | 325 | | | 325 |
| 27. | INCOME TAX | 1,667 | | | 1,667 |
| 28. | NET PROFIT (LOSS) | 14,129 | | | 14,129 |

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-3

## INCOME STATEMENT

| CASH RECEIPTS AND DISBURSEMENTS | | MONTH | MONTH | MONTH | QUARTER TOTAL |
|---|---|---:|---:|---:|---:|
| 1. | CASH - BEGINNING OF MONTH | 489,772 | | | 489,772 |
| **RECEIPTS FROM OPERATIONS** | | | | | |
| 2. | CASH SALES | 0 | | | 0 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | | |
| 3. | PREPETITION | 0 | | | 0 |
| 4. | POSTPETITION | 927,778 | | | 927,778 |
| 5. | TOTAL OPERATING RECEIPTS | 927,778 | 0 | 0 | 927,778 |
| **NON-OPERATING RECEIPTS** | | | | | |
| 6. | LOANS & ADVANCES (ATTACH LIST) | 0 | | | 0 |
| 7. | SALE OF ASSETS | 0 | | | 0 |
| 8. | OTHER (ATTACH LIST) | 0 | | | 0 |
| 9. | TOTAL NON-OPERATING RECEIPTS | 0 | 0 | 0 | 0 |
| 10. | TOTAL RECEIPTS | 927,778 | 0 | 0 | 927,778 |
| 11. | TOTAL CASH AVAILABLE | 1,417,550 | 0 | 0 | 1,417,550 |
| **OPERATING DISBURSEMENTS** | | | | | |
| 12. | NET PAYROLL | 72,395 | | | 72,395 |
| 13. | PAYROLL TAXES PAID | 55,858 | | | 55,858 |
| 14. | SALES, USE, & OTHER TAXES PAID | 106,358 | | | 106,358 |
| 15. | SECURED/RENTAL/LEASES | 34,865 | | | 34,865 |
| 16. | UTILITIES | 0 | | | 0 |
| 17. | INSURANCE | 6,270 | | | 6,270 |
| 18. | INVENTORY PURCHASES | 0 | | | 0 |
| 19. | VEHICLE EXPENSES | 0 | | | 0 |
| 20. | TRAVEL | 0 | | | 0 |
| 21. | ENTERTAINMENT | 0 | | | 0 |
| 22. | REPAIRS & MAINTENANCE | 0 | | | 0 |
| 23. | SUPPLIES | 0 | | | 0 |
| 24. | ADVERTISING | 0 | | | 0 |
| 25. | OTHER (ATTACH LIST) | 29,028 | | | 29,028 |
| 26. | TOTAL OPERATING DISBURSEMENTS | 304,774 | 0 | 0 | 304,774 |
| **REORGANIZATION EXPENSES** | | | | | |
| 27. | PROFESSIONAL FEES | 0 | | | 0 |
| 28. | U.S. TRUSTEE FEES | 0 | | | 0 |
| 29. | OTHER (ATTACH LIST) | 0 | | | 0 |
| 30. | TOTAL REORGANIZATION EXPENSES | 0 | 0 | 0 | 0 |
| 31. | TOTAL DISBURSEMENTS | 304,774 | 0 | 0 | 304,774 |
| 32. | NET CASH FLOW | 623,004 | 0 | 0 | 623,004 |
| 33. | CASH - END OF MONTH | 1,112,776 | 0 | 0 | 1,112,776 |

Accrual Basis - 3 Attachment

25. Other

| | |
|---|---:|
| UPS Deposit | 27,588 |
| Check Fees | 16 |
| Credit Card fees | 253 |
| City of Coppell | 10 |
| Bank fees | 1,161 |
| | 29,028 |

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-4

| ACCOUNTS RECEIVABLE AGING | | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | 0-30 | 1,746,699 | 2,356,272 | | |
| 2. | 31-60 | 129,130 | 405,439 | | |
| 3. | 61-90 | 48,258 | 72,248 | | |
| 4. | 91+ | 3,467,968 | 3,523,074 | | |
| 5. | TOTAL ACCOUNTS RECEIVABLE | 5,392,055 | 6,357,033 | 0 | 0 |
| f. 6. | AMOUNT CONSIDERED UNCOLLECTIBLE | 0 | 4,096,264 | | |
| 7. | ACCOUNTS RECEIVABLE (NET) | 5,392,055 | 2,260,769 | 0 | 0 |

AGING OF POSTPETITION TAXES AND PAYABLES

| TAXES PAYABLE | | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
|---|---|---|---|---|---|---|
| 1. | FEDERAL | | | | | 0 |
| 2. | STATE | | | | | 0 |
| 3. | LOCAL | | | | | 0 |
| 4. | OTHER (ATTACH LIST) | | | | | 0 |
| 5. | TOTAL TAXES PAYABLE | | | | | 0 |
| 6. | ACCOUNTS PAYABLE | 29,269 | 363 | | | 29,632 |

STATUS OF POSTPETITION TAXES

| FEDERAL | | BEGINNING TAX LIABILITY* | AMOUNT WITHHELD AND OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|---|
| 1. | WITHHOLDING** | 0 | 9,614 | 9,614 | 0 |
| 2. | FICA - EMPLOYEE** | 0 | 4,812 | 4,812 | 0 |
| 3. | FICA - EMPLOYER** | 0 | 4,812 | 4,812 | 0 |
| 4. | UNEMPLOYMENT | 0 | 575 | 575 | 0 |
| 5. | INCOME | 0 | 0 | 0 | 0 |
| 6. | OTHER (ATTACH LIST) | 0 | 2,251 | 2,251 | 0 |
| 7. | TOTAL FEDERAL TAXES | 0 | 22,064 | 22,064 | 0 |
| STATE AND LOCAL | | | | | |
| 8. | WITHHOLDING | 0 | 0 | 0 | 0 |
| 9. | SALES | 0 | 1,988 | 0 | 1,988 |
| 10. | EXCISE | 0 | 0 | 0 | 0 |
| 11. | UNEMPLOYMENT | 0 | 2,716 | 2,716 | 0 |
| 12. | REAL PROPERTY | 0 | 0 | 0 | 0 |
| 13. | PERSONAL PROPERTY | 0 | 0 | 0 | 0 |
| 14. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 15. | TOTAL STATE & LOCAL | 0 | 4,704 | 2,716 | 1,988 |
| 16. | TOTAL TAXES | 0 | 26,768 | 24,780 | 1,988 |

\* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.

\*\* Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.

| DEPARTMENT | HOURS | | EARNINGS | | | GROSS | STATUTORY DEDUCTIONS | | VOL DEDS. | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| | Reg /O/T | Hours 3 & 4 | Reg /O/T | Earn 3 & 4 | Earn 5 | | Federal | State/Local | | |
| ** GRAND TOTAL ** | 240.00 | | 52.00 | | | NO. PAYS: | | 27,989.00 | | |
| | 9.82 | | 301.82 | | | 15 NET CASH: | | | | 32,365.19 |

Hours 3,4 Analysis:
| H | HOL | 240.00 | V | VAC | 52.00 |
|---|---|---|---|---|---|
| S | SICK | 9.82 | | | |
| | | Total | | | 301.82 |

Earnings 3,4,5 Analysis:
| H | HOL | 1,607.36 | V | VAC | 177.44 |
|---|---|---|---|---|---|
| S | SICK | 457.44 | | | |
| | | Total | | | 2,242.24 |

Memo Analysis:
| N. K | 401MTC | 742.89 |
|---|---|---|
| | Total | 742.89 |

State Analysis:
| STATE | STATE | FIT |
|---|---|---|
| TAX | WAGES | BY STATE |
| TX | 4,690.03 | |
| Total | 4,690.03 | |

State Taxable Analysis and
| Employer Unemployment Liability | TAXABLE | PCT | TAX |
|---|---|---|---|
| TX SUI | 39,974.83 | 2.7000 | 1,079.32 |
| Total | 39,974.83 | | 1,079.32 |

Federal Taxable Analysis and
| Employer Unemployment Liability | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 35,823.22 | | 4,690.03 |
| FUTA | 38,164.76 | .80 | 305.32 |
| Social Security - EE | 38,164.76 | 6.20 | 2,366.23 |
| Social Security - ER | 38,164.76 | 6.20 | 2,366.22 |
| Medicare - EE | 38,164.76 | 1.45 | 553.38 |
| Medicare - ER | 38,164.76 | 1.45 | 553.39 |

Federal Deposit Liability
| | TOTAL LIABILITY |
|---|---|
| Federal Tax | 4,690.03 |
| Earned Income Credit Advances | |
| Social Security | |
| EE Amount Withheld | 2,366.23 |
| ER Taxable X 6.20% | 2,366.22 |
| Total Social Security | 4,732.45 |
| Medicare | |
| EE Amount Withheld | 553.38 |
| ER Taxable X 1.45% | 553.39 |
| Total Medicare | 1,106.77 |
| Total | 10,529.25 |

ALL CROSSFOOTS OK

Deduction Analysis
| A | COLPRE | 33.57 |
|---|---|---|
| B | COLPST | 31.87 |
| F | K LOAN | 193.30 |
| H | HLTH | 1,776.50 |
| J | | 99.41 |
| K | 401K | 2,341.54 |
| W | CHK | 27,639.00 |
| X | CHK2 | 150.00 |
| Z | SAV2 | 100.00 |
| Total | | 32,365.19 |

Cafeteria 125
Deduction Analysis
| A | - MED | 33.57 |
|---|---|---|
| H | - MED | 1,776.50 |
| Total | | 1,810.07 |

**ADP Payroll Summary**

SUPERIOR AIR PARTS
Company Code: PS7

Batch: 3140-062    Period Ending: 01/11/2009    Week 03
Pay Date: 01/16/2009    Page 9

| ITEM/DESCRIPTION | | JURISDICTION | TAXABLE | LIABILITY | FEDERAL INCOME TAX BY STATE |
|---|---|---|---|---|---|
| NET CASH    (NET MINUS VOIDS PLUS DEPOSITS) | | | | | |
| FEDERAL PAYROLL TAX | | | | | |
| FEDERAL INCOME TAX | 4,690.03 | | 35,823.22 | 27,889.00 | |
| EARNED INCOME CREDIT ADVANCES | .00 | | | | |
| SOCIAL SECURITY EMPLOYEE AMT WITHHELD | 2,366.23 | | | | |
| SOC SEC ER TXBL    38,164.76 X 6.20 | 2,366.22 | | | | |
| MEDICARE EMPLOYEE AMT WITHHELD | 553.38 | | | | |
| MEDICARE ER TXBL    38,164.76 X 1.45 | 553.39 | | | | |
| FEDERAL DEPOSIT LIABILITY | 10,529.25 | | | 10,529.25 | |
| FUTA | | TEXAS | 38,164.76 X .80 | 305.32 | |
| STATE INCOME TAX WITHHELD | | TEXAS | .00 | .00 | 4,690.03 |
| EMPLOYER SUI/SDI | | | 39,974.83 X 2.7000% | 1,079.32 | |
| COMPANY RECAP | | | | 39,802.89 | 4,690.03 |

**ADP Payroll Summary Recap Report**

**SUPERIOR AIR PARTS**
Company Code: PS7

Batch: 3140-062    Period Ending: 01/11/2009    Week 03
Pay Date: 01/16/2009    Page 10

© 1988 Automatic Data Processing, Inc.

| DEPARTMENT | HOURS | | | EARNINGS | | | GROSS | STATUTORY DEDUCTIONS | | VOL DEDS. | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg / O/T | Hours 3 & 4 | | Reg / O/T | Earn 3 & 4 | Earn 5 | | Federal | State/Local | | |
| ** GRAND TOTAL ** | | | | | | | | | 28,973.46 | | 33,312.87 |

**Hours 3,4 Analysis:**

| S | SICK | 26.22 | V | VAC | 16.00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Total | 42.22 | | | | | |

NO. PAYS: 15  NET CASH:

**Earnings 3,4,5 Analysis:**

| S | SICK | 230.73 | V | VAC | | |
|---|---|---|---|---|---|---|
| | | | | Total | | |

**Memo Analysis:**

| N | K | 401MTC | 340.64 | 4.1600 | 1,636.97 |
|---|---|---|---|---|---|
| | | Total | 571.37 | | 1,636.97 |

**Deduction Analysis**

| A | COLPRE | 33.57 |
|---|---|---|
| B | COLPST | 31.87 |
| F | K LOAN | 193.30 |
| H | HLTH | 1,776.50 |
| J | TERMLF | 115.24 |
| K | 401K | 2,188.93 |
| W | CHK | 28,723.46 |
| X | CHK2 | 150.00 |
| Z | SAV2 | 100.00 |
| Total | | 33,312.87 |

**Cafeteria 125**
**Deduction Analysis**

| A | - MED | 33.57 |
|---|---|---|
| H | - MED | 1,776.50 |
| Total | | 1,810.07 |

**State**
**Analysis:**

| STATE | STATE | FIT |
|---|---|---|
| TAX | WAGES | BY STATE |
| TX | | 4,923.86 |
| Total | | 4,923.86 |

**Federal Taxable Analysis and Employer Unemployment Liability**

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 37,255.19 | | 4,923.86 |
| FUTA | 33,666.34 | .80 | 269.33 |
| Social Security - EE | 39,444.12 | 6.20 | 2,445.51 |
| Social Security - ER | 39,444.12 | 6.20 | 2,445.54 |
| Medicare - EE | 39,444.12 | 1.45 | 571.95 |
| Medicare - ER | 39,444.12 | 1.45 | 571.94 |

**State Taxable Analysis and Employer Unemployment Liability**

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| TX SUI | 39,350.33 | 4.1600 | 1,636.97 |
| Total | 39,350.33 | | 1,636.97 |

**Federal Deposit Liability**

| | TOTAL LIABILITY |
|---|---|
| Federal Tax | 4,923.86 |
| Earned Income Credit Advances | |
| Social Security | |
| EE Amount Withheld | 2,445.51 |
| ER Taxable X 6.20% | 2,445.54 |
| Total Social Security | 4,891.05 |
| Medicare | |
| EE Amount Withheld | 571.95 |
| ER Taxable X 1.45% | 571.94 |
| Total Medicare | 1,143.89 |
| Total | 10,958.80 |

ALL CROSSFOOTS OK

**ADP Payroll Summary**

SUPERIOR AIR PARTS  
Company Code: PS7

Batch: 6279-062  Period Ending: 01/25/2009  Week 05  
Pay Date: 01/30/2009  Page 9

© 1999 Automatic Data Processing, Inc.

| ITEM/DESCRIPTION | JURISDICTION | TAXABLE | LIABILITY | FEDERAL INCOME TAX BY STATE |
|---|---|---|---|---|
| NET CASH (NET MINUS VOIDS PLUS DEPOSITS) | | 4,923.86 | | |
| FEDERAL PAYROLL TAX | | | | |
| FEDERAL INCOME TAX | | | 28,973.46 | |
| EARNED INCOME CREDIT ADVANCES | | .00 | | |
| SOCIAL SECURITY EMPLOYEE AMT WITHHELD | | 2,445.51 | | |
| SOC SEC ER TXBL 39,444.12 X 6.20 | | 2,445.54 | | |
| MEDICARE EMPLOYEE AMT WITHHELD | | 571.95 | | |
| MEDICARE ER TXBL 39,444.12 X 1.45 | | 571.94 | | |
| FEDERAL DEPOSIT LIABILITY | | 10,958.80 | 10,958.80 | |
| FUTA | TEXAS | 33,666.34 X .80 | 269.33 | |
| STATE INCOME TAX WITHHELD | | | .00 | |
| EMPLOYER SUI/SDI | TEXAS | 39,350.33 X 4.1600% | 1,636.97 | 4,923.86 |
| COMPANY RECAP | | | 41,838.56 | 4,923.86 |

**ADP Payroll Summary Recap Report**

SUPERIOR AIR PARTS
Company Code: PS7

Batch: 6279-062   Period Ending: 01/25/2009   Week 05
Pay Date: 01/30/2009   Page 10

© 1996 Automatic Data Processing, Inc.

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-5

The debtor in possession must complete the reconciliation below for each bank acocunt, including all general, payroll, and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH: _____

| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| A. | BANK: JPMORGAN CHASE | JPM CHASE | JPM CHASE | JPM CHASE | |
| B. | ACCOUNT NUMBER: | 790437578 | 790438485 | 790438568 | TOTAL |
| C. | PURPOSE (TYPE): | Operating | Payroll | AVCO | |
| 1 | BALANCE PER BANK STATEMENT | 1,112,276 | 0 | 291,195 | 1,403,471 |
| 2 | ADD: TOTAL DEPOSITS NOT CREDITED | 0 | 0 | 0 | 0 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | 0 | 0 | 0 | 0 |
| 4. | OTHER RECONCILING ITEMS | 0 | 0 | 0 | 0 |
| 5. | MONTH END BALANCE PER BOOKS | 1,112,276 | 0 | 291,195 | 1,403,471 |
| 6. | NUMBER OF LAST CHECK WRITTEN | 70041 | | Wires only | 70041 |

| INVESTMENT ACCOUNTS | | | | | |
|---|---|---|---|---|---|
| BANK, ACCOUNT NAME, & NUMBER | | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | TOTAL INVESTMENTS | | | 0 | 0 |

| CASH | | | |
|---|---|---|---|
| 12. | CURRENCY ON HAND | | 500 |
| 13. | TOTAL CASH - END OF MONTH | | 1,403,971 |

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-5

The debtor in possession must complete the reconciliation below for each bank acocunt, including all general, payroll, and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH: _____

| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| A. | BANK: JPMORGAN CHASE | JPM CHASE | JPM CHASE | JPM CHASE | |
| B. | ACCOUNT NUMBER: | 790438162 | 790438501 | | TOTAL |
| C. | PURPOSE (TYPE): | AP | Section 125 | | |
| 1 | BALANCE PER BANK STATEMENT | 0 | 0 | 0 | 0 |
| 2 | ADD: TOTAL DEPOSITS NOT CREDITED | 0 | 0 | 0 | 0 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | 0 | 0 | 0 | 0 |
| 4. | OTHER RECONCILING ITEMS | 0 | 0 | 0 | 0 |
| 5. | MONTH END BALANCE PER BOOKS | 0 | 0 | 0 | 0 |
| 6. | NUMBER OF LAST CHECK WRITTEN | | | | 0 |

| INVESTMENT ACCOUNTS | | | | | |
|---|---|---|---|---|---|
| | BANK, ACCOUNT NAME, & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | TOTAL INVESTMENTS | | | 0 | 0 |

| CASH | | | |
|---|---|---|---|
| 12. | CURRENCY ON HAND | | 0 |
| 13. | TOTAL CASH - END OF MONTH | | 0 |

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-6

MONTH:_____

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PRFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, INDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY

### INSIDERS

| | NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|---|
| 1. | Kent Abercrombie | Payroll | 11,000 | 11,000 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | TOTAL PAYMENTS TO INSIDERS | | | 11,000 |

### PROFESSIONALS

| | NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
|---|---|---|---|---|---|---|
| g. 1. | STRASBURGER | | | | | 135,000 |
| 2. | CORPORATE FINANCE PARTNERS | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | TOTAL PAYMENTS TO PROFESSIONALS | | 0 | 0 | 0 | 135,000 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED, AND UNAPPROVED

POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| | NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|---|
| 1. | TEXAS DUGAN | 34,387 | 34,387 | 0 |
| 2. | AICCO | 5,971 | 0 | 5,971 |
| 3. | GREAT AMERICAN LEASING | 734 | 0 | 734 |
| 4. | PRINT, INC. | 1,310 | 0 | 1,310 |
| 5. | ARAMARK | 240 | 240 | 0 |
| 6. | DALLAS RECYCLING | 238 | 238 | 0 |
| 7. | ERVIN LEASING | 301 | 0 | 301 |
| 8. | TYGRIS VENDOR | 5,339 | 0 | 5,339 |
| 9. | TOTAL | 48,520 | 34,865 | 13,655 |

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-7

MONTH: _____

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | X | |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | X | |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM.  ATTACH ADDITIONAL SHEETS IF NECESSARY.

Prepetition liabilities of payroll taxes, contract labor, 401(k), insurance, section 125 plan, and employee expense reports have been paid per filings.  Prepetition local taxes have been paid.
A loan of $350,000 was received from AVCO in relation to their Asset Purchase Agreement to fund the notification of the bankruptcy proceedings.

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW.  ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSTALLMENT PAYMENTS | | | | |
|---|---|---|---|---|
| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY | |
| Product Liability Insurance | AIG and others | Sep 08 - Aug 09 | 391,875 | quarterly |
| Product Liability Insurance | AIG and others | Sep 08 - Aug 09 | 17,500 | quarterly |
| Product Liability Insurance | AICCO | Sep 08 - Aug 09 | 5,971 | monthly |
| General Liability and Property Casualty | Chubb | Oct 08 - Sep 09 | 7,716 | quarterly |
| Auto | Chubb | Oct 08 - Sep 09 | 1,534 | quarterly |
| Foreign Package | Chubb | Oct 08 - Sep 09 | 985 | quarterly |
| Ocean Cargo | Chubb | Oct 08 - Sep 09 | 8,500 | annually |
| Aircraft | AIG | Sep 08 - Sep 09 | 1,129 | annually |
| Workers Compensation | Chubb | Oct 08 - Sep 09 | 33,813 | annually |

Footnotes:

a. Gross accounts receivable reported on original schedule
b. Gross inventory reported on original schedule
c. Original schedule reported as estimated market value. Gross fixed assets and accumulated depreciation reported on monthly report.
d. Notes payable is the postpetition interest accrued on term loan
e. Prepetition Owners' Equity not included on original schedule
f. Thielert receivable due to accounts payable offset and estimated 25% of non-Thielert receivables
g. Estimated January 2009 expenses