**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed February 18, 2009          **United States Bankruptcy Judge**

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | §    CASE NO. 08-36705-11 |
| SUPERIOR AIR PARTS, INC. | § |
| | §    CHAPTER 11 |
| DEBTOR, | § |
| | § |

### ORDER APPROVING EMPLOYMENT OF
### STRASBURGER & PRICE, LLP AS BANKRUPTCY COUNSEL FOR THE DEBTOR

On this day, came on for consideration of the Application to Employ ("Application") filed by the Debtor, Superior Air Parts, Inc., seeking approval of the Court to allow Stephen A. Roberts, Robert P. Franke, Duane J. Brescia, and the law firm Strasburger & Price, LLP, (collectively, "Strasburger") to serve as attorneys for the Debtor, as more particularly set forth in the Application and the verified affidavit on file in this matter. No notice of hearing on said Application need be given and no objections have been filed that have not been withdrawn. The Debtor and Strasburger have represented to this Court that Strasburger holds or represents no interest adverse to the

Debtor or its estate, that it is disinterested, and that its employment is in the best interest of the estate.  It is therefore

ORDERED, that the Debtor, Superior Air Parts, Inc., is hereby authorized to employ Stephen A. Roberts, Robert P. Franke, Duane J. Brescia, and the law firm of Strasburger & Price, LLP, in the capacities and on the terms set forth in the Professional Services Agreement attached as *Exhibit A* to the Application, pursuant to 11 U.S.C. § 327(a), with all fees payable subject to interim and/or final application to and approval of this Court; and it is further

ORDERED, that Strasburger shall comply in all respects with N.D. TX L.B.R. 2016.1 and the Rules of the Court as set forth in the United States Bankruptcy Court Northern District of Texas Attorney Desk Reference, including Appendix B thereof.

##END OF ORDER##

Order submitted by:
*/s/ Stephen A. Roberts*
Stephen A. Roberts
Robert P. Franke
Duane J. Brescia
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin Texas, 78701
Tel. (512) 499-3600 / Fax (512) 499-3660
Stephen.roberts@strasburger.com
Duane.brescia@strasburger.com

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: dbrown            Page 1 of 1            Date Rcvd: Feb 20, 2009
Case: 08-36705                Form ID: pdf012         Total Served: 2

The following entities were served by first class mail on Feb 22, 2009.
aty          +Robert P. Franke,   Strasburger & Price, LLP,   600 Congress Ave., Ste. 1600,
               Austin, TX 78701-2974
intp         +Official Committee of Unsecured Creditors,   Baker & McKenzie LLP,   2001 Ross Avenue,
               Suite 2300,   Dallas, TX 75201-2968
The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2009**                    **Signature:** _Joseph Speetjens_