**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

February 04, 2009

FILED

FEB 12 2009

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Tawana C. Marshall
U.S. Bankruptcy Court,
1100 Commerce Street,
Room 1254,
Dallas, TX 75242

Re: Superior Air Parts, Inc., Debtor vs. Lance Transportation & Leasing

Case No. 08-36705

Dear Ms. Marshall,

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

*Anna Stewart*

Anna Stewart
Process Specialist

Log# 514398568

FedEx Tracking# 790157010754

cc: Stephen A. Roberts
    Strasburger & Price, LLP
    600 Congress, Suite 1600,
    Austin, TX 78701

Strasburger & Price LL8
600 Congress, Suite 1600
Austin, Texas 78701

PRSRT STD
U.S. POSTAGE PAID
PERMIT NO. 1149
AUSTIN, TX

T2  P3
LANCE TRANSPROTATION & LEASING
OR CURRENT RESIDENT
100 W 10TH ST
WILMINGTON DE 19801-6603