Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone  (469) 742-0855
Fax  (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc**.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | CASE NO. 08-36705-BJH-11 |
| | § | |
| | § | |
| DEBTOR | § | |

**AVIATION PARTS SUPPLY, INC.'S SUPPLEMENTAL EXHIBIT LIST FOR HEARING
ON DEBTOR'S MOTION TO SELL SUBSTANTIALLY ALL OF DEBTOR'S ASSETS
<u>FREE AND CLEAR OF LIENS</u>**

Aviation Parts Supply, Inc. ("APS"), a creditor and/or party in interest, by and through undersigned counsel, files its Supplemental Exhibit List in connection with the hearing on the Debtor's Motion to Sell Substantially all of Debtor's Assets Free and Clear of Liens set for February 24, 2009 at 3:15p.m.:

## EXHIBITS

In addition to the exhibits identified in APS' prior Witness and Exhibit list filed on February 19, 2009, APS may offer into evidence or ask for judicial notice in the hearings any of the following additional exhibits:

16. TCM letter to CFP dated September 26, 2008.

Respectfully submitted,

By: /s/Billy G. Leonard, Jr.
    BILLY G. LEONARD, JR.
    Texas State Bar No. 12208100
    1650 W. Virginia Street, Suite 211
    McKinney, Texas 75069
    (469) 742-0855
    (469) 442-0135 (Facsimile)

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
(214) 217-8070
(214) 217-8861 (facsimile)

**Attorneys for Aviation Parts Supply, Inc.**

## CERTIFICATE OF SERVICE

    The undersigned counsel certifies that on the 19th day of February, 2009, a true and correct copy of the foregoing with exhibits was forwarded to Mr. Stephen Roberts, counsel for the Debtor, Ms. Deirdre Ruckman, counsel for AVCO, and Mr. David W. Parham, counsel for the Creditors' Committee via e-mail and to those persons who receive notice through the Courts ECF system without exhibits attached.

                                          /s/Billy G. Leonard, Jr
                                          Billy G. Leonard, Jr.