Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone  (469) 742-0855
Fax  (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc**.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § § | |
| **SUPERIOR AIR PARTS, INC.** | § § § § | **CASE NO. 08-36705-BJH-11** |
| **DEBTOR** | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Please take notice that Billy G. Leonard, Jr. and Kevin H. Good represent Aviation Parts Supply, Inc., a creditor and party in interest, in the above-styled and numbered case.  The undersigned enter their appearance pursuant to Title 11 U.S.C. §1109(b) and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 3017(a), including, without limitation, all proposed Disclosure Statements and Plans of Reorganization.  All such notices should be addressed as follows:

BILLY G. LEONARD, JR.
ATTORNEY AT LAW
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069

and to

Kevin H. Good
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201

Please take further notice that the foregoing demand includes not only the notices and

papers referred to in the Rules specified above but also includes, without limitation,

notices of any application, complaint, demand, hearing, motion, order, petition, plan of

reorganization or disclosure statement, pleading or request, whether formal or informal,

written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone,

telegraph, telex or telefax or otherwise, filed with regard to the above case and

proceedings therein.

DATE: February 23, 2009

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND OTHER DOCUMENTS – Page 2

Respectfully submitted,

By: /s/ Billy G. Leonard, Jr.
    BILLY G. LEONARD, JR.
    Texas State Bar No. 12208100
    1650 W. Virginia Street, Suite 211
    (469) 742-0855
    (469) 442-0135 (Facsimile)

and

    Kevin H. Good
    Texas Bar No. 08139300
    Conner & Winters LLP
    1700 Pacific Avenue
    Suite 2250
    Dallas, Texas 75201
    Telephone  (214)217-8070
    Fax  (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc.**

## CERTIFICATE OF SERVICE

    The undersigned counsel certifies that on the 23rd day of February, 2009, a true and correct copy of the foregoing was served via the Court's electronic notification system (ECF) on those parties who receive notice through the Court ECF system.

/s/Billy G. Leonard, Jr.
BILLY G. LEONARD, JR.