[Reclamation Demand Letter Form for Bankruptcy Cases]

**FILED**
**FEB 11 2009**
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

February 5, 2009

*Via Facsimile:* _____
*and Federal Express:*

Superior Air Parts, Inc.
621 S. Royal Lane # 100
Coppell, TX 75019

*Via Certified U.S. Mail, Return Receipt Requested:*

Case No. 08-36705)

Re:  **RECLAMATION DEMAND TO [NAME OF BUYER]**

Dear Sir or Madam:

In accordance with Bankruptcy Code Section 546(c), [Crane Cams Inc.] ("Creditor") hereby makes demand for reclamation of goods (the "Goods") received by [Superior Air Parts, Inc.] ("Debtor") from Creditor within the forty-five (45) days prior to the petition filing date in the Debtor's bankruptcy case at a time when Debtor was insolvent, and which Goods are currently in Debtor's possession. (Accordingly, this would cover goods received by Debtor on or after _December 31, 2008.) Attached hereto as Exhibit "A" is documentation describing or identifying the particular Goods for which Creditor asserts its reclamation claim. Creditor reserves the right to modify the scope of the Goods subject to its reclamation claim, following further investigation and subject to applicable law.

Please contact the undersigned for instructions concerning the return of the Goods to Creditor. You are further notified that all goods subject to Creditor's reclamation rights should be protected and segregated, and are not to be used for any purpose whatsoever except by agreement of the parties or following notice and a hearing by a court of competent jurisdiction.

We appreciate your cooperation in this matter. Please call with any questions.

Very truly yours,

By: *Pat Phillips*

Credit Manager
Crane Cams Inc.

Attachment

769985 v1 (01540.00005.000)

# CRANE Cams INC.
*a division of Mikronite® technologies group*

530 Fentress Blvd.
Daytona Beach, FL 32114
Telephone .: 386-252-1151
Fax .........: 386-258-8846

P.O. Box 860426
ORLANDO, FL 32886-0426
USA

**Sold to    519150**
SUPERIOR AIR PARTS, INC
621 S. ROYAL LANE # 100
COPPELL, TX 75019
USA

**Ship to**
SUPERIOR AIR PARTS, INC
621 S. ROYAL LANE # 100
COPPELL, TX 75019
USA

## Invoice

Number ................: 0000128362
Date ....................: 12/19/2008
Page ...................: 1    of 1
Sales order ...........: SO_000100109
Created Date .........: 12/12/2008
Purchase Order Number : 106374A
Our ref. ................: 09480
Payment terms ........: AR Net 30th
Cash discount ........:
Delivery terms ........: BILL CUST UPS ACCT
Packing Slip ..........: PackS_00142021

| Item number | Description | Quantity | Net Price each | Net amount |
|---|---|---|---|---|
| OEM1100 | SV 72805-2 SUPERIOR AIR HYD. R/L | 117.00 | 93.00 | 10,881.00 |

| Sales balance | Total discount | Misc. charges | Freight | Sales tax | Total | |
|---|---|---|---|---|---|---|
| 10,881.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,881.00 | USD |
| Due date | 2/28/2009 | | | | | |
| Shipping weight ..: | 0.00 | | | | | |

`DEC 1 9 2008`

Sold to: 519150
SUPERIOR AIR PARTS, INC

SUPERIOR AIR PARTS, INC
621 S. ROYAL LANE # 100
COPPELL, TX  75019
USA

# Picking list

Sales order ..............: SO_000100109
Order type ...............: SH
Date/Time ................: 12/19/2008      03:17:43 pm
Page .....................: 1     of  1
Entered by ...............: ~~09480~~
Mode of delivery .........: UPS 1 DAY (RED)
Freight terms of delivery .: BILL CUST UPS ACCT

Customer requisition ....: 106374A

**Picking list : PICKL00145062**

| Item number | Description | Sales quantity | Unit | Delivery date | Quantity | Picked | Line ext amount |
|---|---|---|---|---|---|---|---|
| OEM1100 | SV 72805-2 SUPERIOR AIR HYD. R/L | 117.00 | EA | 12/18/2008 | 117.00 | 117 | 93.00 |

Warehouse : 101

Location : FINGD

***FOR USE ON EXPERIMENTAL ENGINES AND COMPONENTS ONLY***
******QAM 003 DOES NOT APPLY TO THIS PURCHASE ORDER******

BILL CUST UPS ACCT 752329

```
373375
SERVICE 1DA     DEC 19, 2008
TRACKING# 1Z37337501446884S0
REF 1: 519150               ACT WT  41.5 LBS
REF 2: SO_000100109         BILL WT 42 LBS    #PK 1
                            ALL CURRENCY USD
HANDLING CHARGE 0.00
REFERENCE RATE CHARGES:
DV 0.00
DC 0.00              COD     0.00    SERVICE
AH 0.00              HZMT    0.00         F/C USD
TOT REF CHG  161.17  NTFY    0.00    RS  0.00
                             0.00    SD  0.00
                     REF+HANDLING     SP  0.00
                                          0.00
                                       161.17
```

Receipt: _____

Tax amount    Total
     0.00     10,881.00    USD



## Delivery Notification

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

**Tracking Number:** 1Z 373 375 01 4468 845 0
**Service:** NEXT DAY AIR
**Weight:** 41.50 Lbs
**Shipped/Billed On:** 12/19/2008
**Delivered On:** 12/22/2008 10:29 A.M.
**Delivered To:** COPPELL, TX, US
**Signed By:** LAZARO
**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  02/05/2009 1:43 P.M.  ET

Close Window

## Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 373 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 845 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/22/2008 10:29 A.M. |
| Signed By: | LAZARO |
| Location: | DOCK |
| Delivered To: | COPPELL, TX, US |
| Shipped/Billed On: | 12/19/2008 |
| Service: | NEXT DAY AIR |
| Weight: | 41.50 Lbs |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| DALLAS/FT. WORTH A/P, TX, US | 12/22/2008 | 10:29 A.M. | DELIVERY |
| | 12/22/2008 | 6:14 A.M. | OUT FOR DELIVERY |
| | 12/22/2008 | 12:54 A.M. | ARRIVAL SCAN |
| DALLAS, TX, US | 12/22/2008 | 12:20 A.M. | DEPARTURE SCAN |
| DALLAS, TX, US | 12/21/2008 | 7:23 P.M. | ARRIVAL SCAN |
| DALLAS/FT. WORTH A/P, TX, US | 12/20/2008 | 9:30 P.M. | DEPARTURE SCAN |
| | 12/20/2008 | 7:02 P.M. | ARRIVAL SCAN |
| LOUISVILLE, KY, US | 12/20/2008 | 6:29 A.M. | DEPARTURE SCAN |
| | 12/20/2008 | 12:48 A.M. | ARRIVAL SCAN |
| ORLANDO, FL, US | 12/19/2008 | 10:55 P.M. | DEPARTURE SCAN |
| | 12/19/2008 | 8:48 P.M. | ARRIVAL SCAN |
| DAYTONA BEACH, FL, US | 12/19/2008 | 7:55 P.M. | DEPARTURE SCAN |
| | 12/19/2008 | 6:52 P.M. | ORIGIN SCAN |
| | 12/19/2008 | 5:01 P.M. | PICKUP SCAN |
| US | 12/19/2008 | 4:43 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 02/05/2009 1:43 P.M. ET

# PURCHASE ORDER

Order number **106374** A

**Superior Air Parts**
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

| Supplier | Order date | Print date |
|---|---|---|
|  | 12/12/08 | 12/15/08 |

**Delivery address**
Superior Air Parts Inc.
621 South Royal Lane
Suite 100
Coppell TX 75019-3805

**Order address**
CRANE CAMS
530 FENTRESS BLVD
DAYTONA BEACH FL 32114

**Buyer**
Jeff Lochridge

**To:**
Bruce Crouse

**Terms of payment**
Net 30 Days

**Internal Authorization**
*Jeffry Lochridge* (signature)

**Manner of transport** UPS Next Day – Package # 752329

*** FOR USE ON EXPERIMENTAL ENGINES AND COMPONENTS ONLY ***
****** QAM 003 DOES NOT APPLY TO THIS PURCHASE ORDER ******

| Product | Quantity | Del.date | Price | Discount | Prev. |
|---|---|---|---|---|---|
| SV72805-2 Rev 1 | 100 EA | 12/19/08 | 93.000 |  | Y |

ROLLER LIFTER SUBASSY BODY PIN

Line value: 9300.00 USD

A Print date 12/15/08: Revised quantity from 50 to 100 units.

Order total: 9300.00 USD

*[handwritten:]* P.O.

S/O 100109 UPDATED TO 100 pcs

12/15/08

ORDER INCREASED TO 117 pcs. SUPERIOR RETURNED 109 FOR REWORK. CRANE REWORKED 106 & RETURNED TO SUPERIOR ON 12/29/08. 3 SCRAPPED CREDIT TO BE ISSUED FOR THE 3 pcs

** All Suppliers must comply with QAM003 Superior's Quality Requirements Manual **

**Acknowledgement:** Sign and return by FAX to 1-866-743-3556

Signature _____ Date _____

*[handwritten:]* 106 RETURNED ON S/O 100109