IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| SUPERIOR AIR PARTS, INC. | § § § | Case No. 08-36705-BJH-11 |
| Debtor. | § | |

**ORDER GRANTING THE AVIATION INSURERS' REQUEST
FOR ADEQUATE PROTECTION OF THEIR INTERESTS PURSUANT
TO SECTION 363(e) OF THE BANKRUPTCY CODE**

Upon the request made by the companies and syndicates at Lloyd's, London that individually subscribed to insurance policies identified as B0823AB7100402, B0823AB7A00435, B0823AM7B00195, 576/AJA2338, 576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 and B08752008QAM5036, together with Illinois National Insurance Co. and any other member insurer of the American International Group, Inc. that previously insured and/or currently insure the Debtor for adequate protection (the "Request for Adequate Protection") of their interests pursuant to section 363(e) of the Bankruptcy Code (11 U.S.C. § 363(e)) in connection with Debtor's Motion to Sell Substantially All of Debtor's Assets Free and Clear of Liens (the "Sale Motion"); the Court having reviewed the Request for Adequate

Protection and having heard the statements of counsel in support of the relief requested therein at the hearing before the Court (the "**Hearing**"), finds that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this is a core matter pursuant to 28 U.S.C. § 157(b)(2), notice of the Request for Adequate Protection and the Hearing were sufficient under the circumstances and that no further notice need be given, and the legal and factual bases set forth in the Request for Adequate Protection and at the Hearing establish just cause for the relief granted herein,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Request for Adequate Protection is GRANTED.

2. All Actual and Potential Evidence, as defined in the Request for Adequate Protection, included within the assets proposed to be sold pursuant to the Sale Motion, shall be preserved by any buyer and/or transferee thereof and all privileges that attach to such Actual and Potential Evidence shall also be preserved.

3. Language substantially similar to the Cooperation Clause, as defined in the Request for Adequate Protection, shall be included in any order approving the Sale Motion.

### End of Order ###

**Prepared and Submitted by:**

*/s/ Shari L. Heyen*
Shari L. Heyen
Texas State Bar No. 09564750
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, Texas 77002
Telephone: 713-374-3500
Facsimile: 713-374-3505

- and –

DAL 77,377,700v1                                    2

Bryan L. Elwood
Texas State Bar No. 24029535
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3641
Facsimile: (214) 665-5941

**COUNSEL FOR ILLINOIS NATIONAL INSURANCE CO.**


*/s/ Melissa S. Hayward*
Melissa S. Hayward
Texas Bar No. 24044908
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: 214-740-8000
Fax: 214-740-8800

- and -

Timothy S. McFadden
Illinois Bar No. 6275486
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0370
Fax: 312-443-0336

**COUNSEL FOR THE COMPANIES AND SYNDICATES AT
LLOYD'S, LONDON THAT INDIVIDUALLY SUBSCRIBED TO
INSURANCE POLICIES IDENTIFIED AS B0823AB7100402,
B0823AB7A00435, B0823AM7B00195, 576/AJA2338,
576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 AND
B08752008QAM5036**