# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | Case No. 08-36705-BJH-11 |
| Debtor. | § | |

## ORDER SETTING AN EXPEDITED HEARING ON AVIATION INSURERS' REQUEST FOR ADEQUATE PROTECTION OF THEIR INTEREST PURSUANT TO SECTION 363(e) OF THE BANKRUPTCY CODE

The Aviation Insurers' request for an expedited hearing on their request for adequate protection (the "Request for Adequate Protection") filed on February 25, 2009, as Docket No. 136 in the above-referenced bankruptcy case is hereby GRANTED. A hearing with regard to the Request for Adequate Protection will commence at 1:45 p.m. on Thursday, February 26, 2009, before the Honorable Barbara J. Houser, Chief United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, Courtroom No. 2, 1100 Commerce Street, 14th Floor, Dallas, Texas, 75242-1496, and may be continued as announced in open court.

### ### End of Order ###

DAL 77,377,593v1

1

**Prepared and Submitted by:**

*/s/ Shari L. Heyen*
Shari L. Heyen
Texas State Bar No. 09564750
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, Texas 77002
Telephone: 713-374-3500
Facsimile: 713-374-3505

- and -

Bryan L. Elwood
Texas State Bar No. 24029535
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3641
Facsimile: (214) 665-5941

COUNSEL FOR ILLINOIS NATIONAL INSURANCE CO.

*/s/ Melissa S. Hayward*
Melissa S. Hayward
Texas Bar No. 24044908
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: 214-740-8000
Fax: 214-740-8800

- and -

Timothy S. McFadden
Illinois Bar No. 6275486
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0370
Fax: 312-443-0336

COUNSEL FOR THE COMPANIES AND SYNDICATES AT
LLOYD'S, LONDON THAT INDIVIDUALLY SUBSCRIBED TO
INSURANCE POLICIES IDENTIFIED AS B0823AB7100402,
B0823AB7A00435, B0823AM7B00195, 576/AJA2338,
576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 AND
B08752008QAM5036