| | |
|---|---|
| Melissa S. Hayward<br>  Texas Bar No. 24044908<br>LOCKE LORD BISSELL & LIDDELL LLP<br>  2200 Ross Avenue, Suite 2200<br>  Dallas, Texas 75201-6776<br>  Telephone: 214-740-8000<br>  Fax: 214-740-8800 | Shari L. Heyen<br>  Texas State Bar No. 09564750<br>GREENBERG TRAURIG, LLP<br>  1000 Louisiana, Suite 1800<br>  Houston, Texas 77002<br>  Telephone: 713-374-3500<br>  Facsimile: 713-374-3505 |
| -and-<br>Timothy S. McFadden<br>  Illinois Bar No. 6275486<br>LOCKE LORD BISSELL & LIDDELL LLP<br>  111 South Wacker Drive<br>  Chicago, IL 60606<br>  Telephone: 312-443-0370<br>  Fax: 312-443-0336 | -and-<br>Bryan L. Elwood<br>  Texas State Bar No.24029535<br>GREENBERG TRAURIG, LLP<br>  2200 Ross Avenue, Suite 5200<br>  Dallas, Texas 75201<br>  Telephone: (214) 665-3641<br>  Facsimile: (214) 665-5941 |
| COUNSEL FOR THE COMPANIES AND SYNDICATES AT LLOYD'S, LONDON THAT INDIVIDUALLY SUBSCRIBED TO INSURANCE POLICIES IDENTIFIED AS B0823AB7100402, B0823AB7A00435, B0823AM7B00195, 576/AJA2338, 576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 AND B08752008QAM5036 | COUNSEL FOR ILLINOIS NATIONAL INSURANCE CO. |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>SUPERIOR AIR PARTS, INC.<br><br>    Debtor. | §<br>§<br>§<br>§    Case No. 08-36705-BJH-11<br>§<br>§ |

## CERTIFICATE OF CONFERENCE REGARDING THE AVIATION INSURERS' REQUEST FOR ADEQUATE PROTECTION OF THEIR INTERESTS PURSUANT TO SECTION 363(e) OF THE BANKRUPTCY CODE

On Feb 25, 2009, the Aviation Insurers filed their *Request for Adequate Protection of Their Interests Pursuant to Section 363(e) of the Bankruptcy Code* (the "Adequate Protection Motion") (Docket No. 136). Counsel for Illinois National Insurance Co. has conferred with Debtor's counsel, and the Debtor opposes the relief requested in the Adequate Protection Motion.

On February 25, 2009, the Aviation Insurers filed their Motion for an expedited hearing concerning the Adequate Protection Motion (the "Request for an Expedited Hearing") (Docket No. 137). Counsel for Illinois National Insurance Co. has conferred with Debtor's counsel, and the Debtor does not oppose the setting of an expedited hearing on the Adequate Protection Motion.

DATED: February 26, 2009

        Respectfully Submitted,

By: /s/ Shari L. Heyen
    Shari L. Heyen
    Texas State Bar No. 09564750
    Greenberg Traurig, LLP
    1000 Louisiana, Suite 1800
    Houston, Texas 77002
    Telephone: 713-374-3500
    Facsimile: 713-374-3505

- and -

Bryan L. Elwood
Texas State Bar No. 24029535
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3641
Facsimile: (214) 665-5941

COUNSEL FOR ILLINOIS NATIONAL INSURANCE CO.

- and -

Melissa S. Hayward
  Texas Bar No. 24044908
LOCKE LORD BISSELL & LIDDELL LLP
  2200 Ross Avenue, Suite 2200
  Dallas, Texas 75201-6776
  Telephone: 214-740-8000
  Fax: 214-740-8800
- and -

        Timothy S. McFadden
         Illinois Bar No. 6275486
     LOCKE LORD BISSELL & LIDDELL LLP
       111 South Wacker Drive
        Chicago, IL 60606
       Telephone: 312-443-0370
        Fax: 312-443-0336

**COUNSEL FOR THE COMPANIES AND SYNDICATES AT LLOYD'S, LONDON THAT INDIVIDUALLY SUBSCRIBED TO INSURANCE POLICIES IDENTIFIED AS B0823AB7100402, B0823AB7A00435, B0823AM7B00195, 576/AJA2338, 576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 AND B08752008QAM5036**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served upon all parties receiving electronic notice via the Court's CM/ECF system on February 26, 2009.

          */s/ Shari L. Heyen*
          Shari L. Heyen