```
                                                              FILED
      IN THE UNITED STATES BANKRUPTCY COURT                 FEB 17 2009
         FOR THE NORTHERN DISTRICT OF TEXAS              TAWANA C. MARSHALL, CLERK
                    DALLAS DIVISION                         U.S. BANKRUPTCY COURT
                                                         NORTHERN DISTRICT OF TEXAS
```

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SUPERIOR AIR PARTS, INC. | ) | Case No.: 08-36705-BJH-11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| BRADLEY L. DERUBBA | ) | |
| Creditor. | ) | |
| | ) | |

## OBJECTION TO THE SALE OF SUPERIOR AIR PARTS, INC ASSETS.

The undersigned (Creditor) purchased an experimental engine model number XP-O-360-B1AC2 serial number 36E081434 via escrow closing on 19MY08 for the total amount of $21,600.00. The purchase agreement between the two parties was to include a three year warranty plus a six month extension for engine installation. The undersigned notified Superior Air Parts in December 2008 that the engine had been installed on the Creditor's aircraft frame. At this time the undersigned was told that "the problems with Thielert had nothing to do with Superior". "Superior was a strong company with many orders and no cash flow problems." This purchase agreement was breached when Superior Air Parts announced in January 2009 that they will no longer support the warranty or sell parts under the Superior line of products. The undersigned respectfully demands settlement by the return of the original purchase price prior to undersigned prior to the sale of Superior's assets.

**The undersigned respectfully moves this court to deny the Debtor's motion to approve bid procedures for the sale of substantially all of the debtor's assets until this instant issue has been resolved.**

                                                  */s/ Bradley L. DeRubba 13FE09*
                                           BRADLEY L. DERUBBA, Pro se
                                           Creditor.
                                           120 North Crandon Avenue
                                           Niles, Ohio 44446
                                           (330)544-4409

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the B10 Claim and motion was served by certified priority mail on this 13th day of February 2009 to:

Stephen Roberts
Proposed Attorneys for Debtor Superior Air Parts, Inc.
Strasburger & Price, LLP
600 Congress, Suite 1600
Austin, TX 78701
(512) 499-3600 / (512) 499-3660 Fax

_____  /31-F09
BRADLEY L. DeRUBBA, Pro se
Creditor.
120 North Crandon Avenue
Niles, Ohio 44446
(330) 544-4409