**CT Corporation**

1209 Orange Street  
Wilmington, DE 19801  
302 777 0220 tel  
800 677 3394 toll free  
www.ctlegalsolutions.com

**RECEIVED**

FEB 17 2009

TAWANA C. MARSHALL, CLERK  
U.S. BANKRUPTCY COURT  
NORTHERN DISTRICT OF TEXAS

February 04, 2009

Stephen A. Roberts  
Strasburger & Price, LLP  
600 Congress, Suite 1600,  
Austin, TX 78701

Re: Superior Air Parts, Inc., Debtor vs. MD Air Services Inc.

Case No. 08-36705

Dear Mr. Roberts,

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for MD Air Services Inc

MD Air Services Inc is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Joanne Holmes  
Sr. Process Specialist

Log# 514395788

FedEx Tracking# 790156950837

cc: Northern District: United States Bankruptcy Court - Dallas  
Earle Cabell Fed. Bldg.,  
1100 Commerce St.,  
Dallas, TX 75242

**CT Corporation**

1209 Orange Street  
Wilmington, DE 19801

302 777 0220 tel  
800 677 3394 toll free  
www.ctlegalsolutions.com

February 04, 2009

Stephen A. Roberts  
Strasburger & Price, LLP  
600 Congress, Suite 1600,  
Austin, TX 78701

Re: Superior Air Parts, Inc., Debtor vs. MD Air Services Inc.

Case No. 08-36705

Dear Mr. Roberts,

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for MD Air Services Inc.

MD Air Services Inc. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Joanne Holmes  
Sr. Process Specialist

Log# 514395780

FedEx Tracking# 791209492226

cc: Northern District: United States Bankruptcy Court - Dallas  
    Earle Cabell Fed. Bldg.,  
    1100 Commerce St.,  
    Dallas, TX 75242



CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

February 04, 2009

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress, Suite 1600,
Austin, TX 78701

Re: Superior Air Parts, Inc., Debtor vs. Knight Oil Resources Inc.

Case No. 08-36705

Dear Mr. Roberts,

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Knight Oil Resources, Inc.. Currently, the state lists Delaware Registry, Ltd. as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Joanne Holmes
Sr. Process Specialist

Log# 514395077

FedEx Tracking# 790156896034

cc: Northern District: United States Bankruptcy Court - Dallas
    Earle Cabell Fed. Bldg.,
    1100 Commerce St.,
    Dallas, TX 75242

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

February 04, 2009

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress, Suite 1600,
Austin, TX 78701

Re: Superior Air Parts, Inc., Debtor vs. Medtor LLC

Case No. 08-36705

Dear Mr. Roberts,

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Medtor LLC. Currently, the state lists Karis Corporation as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Joanne Holmes
Sr. Process Specialist

Log# 514395129

FedEx Tracking# 790648648753

cc: Northern District: United States Bankruptcy Court - Dallas
    Earle Cabell Fed. Bldg.,
    1100 Commerce St.,
    Dallas, TX 75242

**CT Corporation**

1209 Orange Street  
Wilmington, DE 19801  

302 777 0220 tel  
800 677 3394 toll free  
www.ctlegalsolutions.com

February 04, 2009

Stephen A. Roberts  
Strasburger & Price, LLP  
600 Congress, Suite 1600,  
Austin, TX 78701

Re: Superior Air Parts, Inc., Debtor vs. SRQ Inc.

Case No. 08-36705

Dear Mr. Roberts,

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for SRQ, INC.

SRQ, INC. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Joanne Holmes  
Sr. Process Specialist

Log# 514397344

FedEx Tracking# 798083834678

cc: Northern District: United States Bankruptcy Court - Dallas  
    Earle Cabell Fed. Bldg.,  
    1100 Commerce St.,  
    Dallas, TX 75242