Melissa S. Hayward
  Texas Bar No. 24044908
LOCKE LORD BISSELL & LIDDELL LLP
  2200 Ross Avenue, Suite 2200
  Dallas, Texas 75201-6776
  Telephone: 214-740-8000
  Fax: 214-740-8800

-and-
Timothy S. McFadden
  Illinois Bar No. 6275486
LOCKE LORD BISSELL & LIDDELL LLP
  111 South Wacker Drive
  Chicago, IL 60606
  Telephone: 312-443-0370
  Fax: 312-443-0336

COUNSEL FOR THE COMPANIES AND
SYNDICATES AT LLOYD'S, LONDON THAT
INDIVIDUALLY SUBSCRIBED TO INSURANCE
POLICIES IDENTIFIED AS  B0823AB7100402,
B0823AB7A00435, B0823AM7B00195, 576/AJA2338,
576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 AND
B08752008QAM5036

Shari L. Heyen
  Texas State Bar No. 09564750
GREENBERG TRAURIG, LLP
  1000 Louisiana, Suite 1800
  Houston, Texas 77002
  Telephone: 713-374-3500
  Facsimile: 713-374-3505

-and-
Bryan L. Elwood
  Texas State Bar No. 24029535
GREENBERG TRAURIG, LLP
  2200 Ross Avenue, Suite 5200
  Dallas, Texas 75201
  Telephone: (214) 665-3641
  Facsimile: (214) 665-5941

COUNSEL FOR ILLINOIS NATIONAL INSURANCE CO.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | Case No. 08-36705-BJH-11 |
| Debtor. | § | |

### MOTION TO WITHDRAW REGARDING THE AVIATION INSURERS' REQUEST FOR ADEQUATE PROTECTION OF THEIR INTERESTS PURSUANT TO SECTION 363(e) OF THE BANKRUPTCY CODE

On Feb 25, 2009, the Aviation Insurers filed their *Request for Adequate Protection of Their Interests Pursuant to Section 363(e) of the Bankruptcy Code* (the "Adequate Protection Motion") (Docket No. 136) and requested expedited hearing thereon (Docket No. 137). On February 26, 2009, the Debtor announced that it was not going forward with its motion to sell all or substantially all of its assets. Accordingly, the Aviation Insurers (as defined in the Adequate

Protection Motion) file this motion to withdraw their Adequate Protection Motion without prejudice to refiling it at a later date.

FOR THESE REASONS, the Aviation Insurers respectfully request that their Adequate Protection Motion be withdrawn without prejudice, and for such other and further relief to which they may be entitled.

DATED: March 2, 2009

Respectfully Submitted,

By: /s/ Shari L. Heyen
    Shari L. Heyen
    Texas State Bar No. 09564750
    Greenberg Traurig, LLP
    1000 Louisiana, Suite 1800
    Houston, Texas 77002
    Telephone: 713-374-3500
    Facsimile: 713-374-3505

- and -

Bryan L. Elwood
Texas State Bar No. 24029535
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3641
Facsimile: (214) 665-5941

**COUNSEL FOR ILLINOIS NATIONAL INSURANCE CO.**

- and -

By: /s/Melissa S. Hayward
    Melissa S. Hayward
    Texas Bar No. 24044908
    LOCKE LORD BISSELL & LIDDELL LLP
    2200 Ross Avenue, Suite 2200
    Dallas, Texas 75201-6776
    Telephone: 214-740-8000
    Fax: 214-740-8800

- and -

        Timothy S. McFadden
         Illinois Bar No. 6275486
     LOCKE LORD BISSELL & LIDDELL LLP
       111 South Wacker Drive
        Chicago, IL 60606
       Telephone: 312-443-0370
        Fax: 312-443-0336

**COUNSEL FOR THE COMPANIES AND SYNDICATES AT LLOYD'S, LONDON THAT INDIVIDUALLY SUBSCRIBED TO INSURANCE POLICIES IDENTIFIED AS B0823AB7100402, B0823AB7A00435, B0823AM7B00195, 576/AJA2338, 576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 AND B08752008QAM5036**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties receiving electronic notice via the Court's CM/ECF system on March 2, 2009.

        */s/ Shari L. Heyen*
        Shari L. Heyen