# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | Case No. 08-36705-BJH-11 |
| Debtor. | § | |

## ORDER GRANTING THE AVIATION INSURERS' MOTION TO WITHDRAW THEIR REQUEST FOR ADEQUATE PROTECTION OF THEIR INTERESTS PURSUANT TO SECTION 363(e) OF THE BANKRUPTCY CODE

The Court has before it the *Motion to Withdraw the Aviation Insurers' Request for Adequate Protection of Their Interests Pursuant to Section 363(e) of the Bankruptcy Code* (the "Motion to Withdraw") filed by the companies and syndicates at Lloyd's, London that individually subscribed to insurance policies identified as B0823AB7100402, B0823AB7A00435, B0823AM7B00195, 576/AJA2338, 576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 and B08752008QAM5036, together with Illinois National Insurance Co. and any other member insurer of the American International Group, Inc. (collectively, the "Aviation Insurers") filed in connection with Debtor's Motion to Sell Substantially All of Debtor's Assets

Free and Clear of Liens; the Court has reviewed the Motion to Withdraw and finds that just cause for the relief requested therein,

**THEREFORE, IT IS HEREBY ORDERED THAT** the Motion to Withdraw the Request for Adequate Protection is GRANTED without prejudice to refiling it at a later date.

### ### End of Order ###

**Prepared and Submitted by:**

*/s/ Shari L. Heyen*
Shari L. Heyen
Texas State Bar No. 09564750
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, Texas 77002
Telephone: 713-374-3500
Facsimile: 713-374-3505


- and –


Bryan L. Elwood
Texas State Bar No. 24029535
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3641
Facsimile: (214) 665-5941

COUNSEL FOR ILLINOIS NATIONAL INSURANCE CO.

/s/ Melissa S. Hayward

Melissa S. Hayward
Texas Bar No. 24044908
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: 214-740-8000
Fax: 214-740-8800

 - and -

Timothy S. McFadden
Illinois Bar No. 6275486
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0370
Fax: 312-443-0336

**COUNSEL FOR THE COMPANIES AND SYNDICATES AT LLOYD'S, LONDON THAT INDIVIDUALLY SUBSCRIBED TO INSURANCE POLICIES IDENTIFIED AS B0823AB7100402, B0823AB7A00435, B0823AM7B00195, 576/AJA2338, 576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 AND B08752008QAM5036**