STEPHEN A. ROBERTS
STATE BAR NO. 01701920
ROBERT P. FRANKE
STATE BAR NO. 07371200
DUANE J. BRESCIA
STATE BAR NO. 24025265
STRASBURGER & PRICE, LLP
600 CONGRESS AVE., SUITE 1600
AUSTIN, TEXAS 78701-2974
(512) 499-3600
(512) 499-3660 FAX

ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § § | Chapter 11 |
| Debtor. | § § § | Preliminary Hearing: March 17, 2009<br>1:15 p.m. |

**DEBTOR'S RESPONSE TO VIRGIN RECORDS AMERICA, INC.'S MOTION
FOR RELIEF FROM THE STAY TO CONSUMMATE SETTLEMENT
OF SUIT WITH INSURANCE CARRIER**

TO:    THE HONORABLE COURT:

Superior Air Parts, Inc., Debtor and Debtor-in-Possession ("Debtor") responds to the Motion for Relief from Stay to Consummate Settlement of Suit with Insurance Carrier filed by Virgin Records America, Inc. f/u/b/o National Union Fire Insurance Company ("Virgin Records") requesting relief to finalize and consummate a settlement in pending litigation and in support would respectfully show:

**I.**

**JURISDICTION**

1

1.  On December 31, 2008, (the "Petition Date"), Debtor field a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court"). The Debtor continues to operate its business and manage its properties and assets as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. An unsecured creditors committee has been appointed in the case.

2.  The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This Motion involves a core proceeding pursuant to 28 U.S.C. § 157(b).

3.  Venue is proper with the Bankruptcy Court pursuant to 28 U.S.C. § 1408.

## II.
## BACKGROUND

4.  The Debtor is a Texas corporation with its offices and operating facilities located in Coppell, Dallas County, Texas. It is one of the largest suppliers of parts under Federal Aviation Administration's ("FAA") Parts Manufacturer Approval ("PMA") regulations for piston engines. It provides Superior-brand parts for engines created by two primary original equipment manufacturers ("OEMs"), the Continental division of Teledyne, Inc. and the Lycoming division of Textron, Inc. Its customers are companies that perform maintenance and overhaul work in the general aviation industry. The Debtor is also an OEM for the (i) 180-horsepower Vantage Engine and (ii) Superior or owner-built XP-360 Engine for various aircraft companies.

5.  On December 30, 2008, the Debtor entered into an asset purchase agreement ("APA") with Avco Corporation ("Avco"), a wholly-owned subsidiary of

2

Textron, Inc, wherein Avco agreed to buy substantially all of the Debtor's assets, subject to adjustments for inventory reductions. One of the conditions of the purchase agreement was that the purchase be consummated through a Chapter 11 bankruptcy proceeding. This Chapter 11 case was filed to liquidate the assets of the Debtor and to obtain the highest and best price for creditors, either through the APA with Avco, or a public auction.

6. The Bankruptcy Court approved Superior's Expedited Motion to Approve Bid Procedures for Sale of Substantially All of Debtor's Assets Free and Clear of Liens (Docket No. 43). Under the bid procedures, the auction of the Superior's assets was held beginning on February 24, 2009 and continued on February 26, 2009. At the conclusion of the auction, the Debtor rejected the offers of two Qualified Bidders because neither was in the best interest of the Debtor's estate and its creditors.

### III.
### RESPONSE TO VIRGIN RECORDS' MOTION

7. The Debtor has no objection to lifting the automatic stay to allow for the finalization and consummation of the settlement agreement described in Virgin Records' motion provided that the insurance carrier that issued the underlying policy assumes full financial responsibility for defending and indemnifying the Debtor. A further condition is that the settlement does not impose any costs against the Debtor and resolves any claims that Virgin Records, and the other parties to the litigation may assert against the Debtor.

8. Superior's non-opposition is also conditioned upon the settlement agreement being approved by the Bankruptcy Court.

2715128.1/SP/20354/0102/030409

WHEREFORE, the Superior Air Parts, Inc. requests the Court grant it the relief requested in this response and for such other and further relief as is just.

Dated: March 4, 2009.

        Respectfully submitted,

/s/ Robert P. Franke
Stephen A. Roberts (SBN 17019200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
duane.brescia@strasburger.com


Robert P. Franke
STATE BAR NO. 07371200
**STRASBURGER & PRICE, L.L.P.**
901 Main Street, Suite 4300
Dallas, TX 75202
214-651-4300 – Telephone
214-651-4330 – Facsimile
robert.franke@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing pleading were served on the parties listed below and on the attached service list by filing the Response via the Court's electronic noticing system (ECF) to the parties receiving notice via ECF or first class U.S. Mail, postage prepaid, on the 4th day of March, 2009.

| | |
|---|---|
| Susan B. Hersh<br>12770 Coit Road, Suite 1100<br>Dallas, Texas 75251 | William G. Burd<br>Atkinson & Brownell, P.A.<br>One Biscayne Tower, Suite 3750<br>2 Biscayne Blvd.<br>Miami, Florida 33131 |
| David Parham<br>Baker & McKenzie, LLP<br>2001 Ross Avenue, Suite 2300<br>Dallas, Texas 75201 | |

*/s/ Robert P. Franke*
Robert P. Franke

| | | |
|---|---|---|
| Superior Air Parts, Inc.<br>621 S. Royal Lane, Suite 100<br>Coppell, TX 75019-3805 | Mary Frances Durham<br>Office of the US Trustee<br>1100 Commerce Street, Rm 976<br>Dallas, Texas 75242-1496 | Mahle Engine Components USA<br>60428 Marne Road<br>Atlantic, IA 50022-8291 |
| KS-Pistoes<br>Rodovia Arnald, Julio Mauerberg<br>4000 Districto Industrial<br>Nova Odessa-SP Brasil<br>CAIXA Postal 91, CEP 13460-000 | ECK Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Airsure Limited<br>15301 Spectrum Drive, #500<br>Addison, TX 75001 |
| Helio Precision Products<br>601 North Skokie Highway<br>Lake Bluff, IL 60044 | Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Crane Cams<br>530 Fentress Blvd.<br>Daytona Beach, FL 32114 |
| Ace Grinding & Machine Company<br>2020 Winner Street<br>Walled Lake, MI 48390 | Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX 75050-1222 | Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas, Texas 75227 |
| Lynden International<br>1800 International Blvd, #800<br>Seattle, WA 98188 | Saturn Fasteners, Inc.<br>425 S. Varney St.<br>Burbank, CA 91502 | Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601 |
| AOPA Pilot<br>P.O. Box 973<br>Frederick, MD 21701 | Combustion Technologies, Inc.<br>1804 Slatesville Road<br>Chatham, VA 24531 | Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29657-0686 |
| Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co., KG<br>Felderstrasse 1<br>Witten, Germany 58456 | Ohio Gasket & Shim<br>976 Evans Ave.<br>Akron, OH 44305 | Gerhardt Gear<br>133 East Santa Anita<br>Burbank, CA 91502-1926 |
| Knappe & Koester Inc.<br>18 Bradco Street<br>Keen, NH 03431 | Deirdre B. Ruckman<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, Texas 75201 | Anita F. McMahon<br>1646 Belmont Ave.<br>Baton Rouge, LA 70808 |
| Michael L. Jones<br>Henry & Jones, P.C.<br>2902 Carlisle St., Suite 150<br>Dallas, Texas 75204 | Chester B. Salomon<br>Stevens & Lee, P.C.<br>485 Madison Ave., 20th Floor<br>New York, NY 10022 | Gordon J. Toering<br>Warner Norcross & Judd, L.L.P.<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, MI 49503 |

| | | |
|---|---|---|
| Theilert Aircraft Engines<br>Nieritzstrasse 14 D-01097<br>Dresden Germany | Garlock-Metallic Gasket Div<br>250 Portwall St., Ste. 300<br>Houston, Texas 77029 | Betsy Price, Tax Assessor Collector<br>100 E. Weatherford<br>PO Box 961018<br>Fort Worth, TX 76196 |
| Seal Science<br>17131 Daimler<br>Irvine, CA 92614-5508 | David Childs, Ph.D.<br>Dallas County Tax Assessor/Collector<br>500 Elm St, Records Building<br>Dallas, Texas 75202 | Mahle Engine Components<br>14161 Manchester Road<br>Manchester, MO 63011 |
| Mahle Engine Components<br>17226 Industrial Hwy<br>Caldwell, OH 43724-9779 | Internal Revenue Service<br>Special Procedures – Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 | City of Coppell/Coppell ISD<br>Mary McGuffey, Tax Assessor Collector<br>P.O. Box 9478<br>Coppell, TX 75019 |
| Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson<br>2323 Bryan St., Suite 1600<br>Dallas, Texas 75201 | James T. Jacks, Howard A. Borg<br>U.S. Attorney's Office<br>Burnett Plaza, Suite 1700<br>801 Cherry Street, Unit 4<br>Fort Worth, TX 76102-6882 | Neil J. Orleans<br>Goins, Underkofler, Crawford & Langdon<br>1201 Elm Street, Suite 4800<br>Dallas, Texas 75270 |
| Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Road,<br>Suite 140<br>Addison, TX 75001-5350 | Morton A. Rudberg<br>6440 N. Central Expwy., Suite 516<br>Dallas, Texas 75206 | |