Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Robert Tyler (SBN 24009347)
Duane J. Brescia (SBN 24025265)
STRASBURGER & PRICE, LLP
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § § | Chapter 11 |
| Debtor. | § § | |

## DEBTOR'S MOTION TO RETURN RECLAIMED GOODS

TO:   THE HONORABLE BARBARA J. HOUSER,
       UNITED STATES BANKRUPTCY JUDGE

Superior Air Parts, Inc., Debtor-in-Possession ("Superior" or "Debtor"), files this Motion to Return Reclaimed Goods pursuant to 11 U.S.C. § 546(h) and in support, offers the following:

1.    The Debtor received written reclamation demands from four suppliers: Availl, Inc., Mahle Engine Components USA, Inc., Seal Science, Inc., and Emag Ignitions (TM) ("the Reclaiming Creditors") pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code, wherein the Reclaiming Creditors demanded that all goods received by the Debtor within 45 days prior to the filing of this case be returned.

2.     11 U.S.C. § 546(c) provides, in part, that the rights of the trustee are subject to the "right of a seller of goods that has sold goods to the debtor, in the ordinary course of such seller's business, to reclaim such goods if the debtor has received such goods while insolvent."  The reclaiming creditors' rights are subject to any prior security interests; however, there are no perfected security interests in the Debtor's inventory. Reclamation is limited to goods delivered 45 days prior to the bankruptcy filing. Reclaiming Creditors must demand reclamation no later than 20 days after the date of commencement of the case.  11 U.S.C. § 546(c); *In re Dana Corporation*, 367 B.R. 409, 415 (Bankr. S.D.N.Y. 2007).

3.     All of the demands were received by Superior on or before 20 days after the commencement of this case and the inventory items at issue were received by Superior within 45 days of the filing of this case and were delivered in the ordinary course of business.

4.     Upon receipt of each demand, Superior identified and segregated the remaining inventory on hand subject to the particular reclamation claim.  Superior prepared spreadsheets for each Reclaiming Creditor identifying the goods subject to the reclamation claims, the goods remaining in inventory when the demand was received, and the purchase price for each such item, which are attached as Exhibit A to this Motion.

5.     Debtor hereby seeks authority to return the goods on hand at the time the reclamation demands were received for a credit on the purchase price for each item returned in the amount reflected under "Credit Due" in the attached Exhibit A.  Section 546(h) provides that if the Court, after notice and hearing, determines that it is in the

best interest of the estate, the Debtor may return goods to the reclaiming creditors and offset the purchase price of the returned goods against any claims of the reclaiming creditors against the Debtor that arose before the commencement of the case.

WHEREFORE, the Debtor requests that the Court enter its Order allowing the Debtor to return goods to the Reclaiming Creditors so that the Debtor may offset the purchase price of any reclaimed goods against any claims of the Reclaiming Creditors. Further, the Debtor requests such other and further relief as this Court may deem just and proper.

Respectfully submitted,

 _/s/ Stephen A. Roberts_
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
Robert Tyler (SBN 24009347)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
Robert.tyler@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for Debtor Superior Air Parts, Inc.**

## CERTIFICATE OF CONFERENCE

Counsel for Debtor has conferred with counsel for the committee of unsecured creditors, who do not oppose this Motion.  On February 19, 2009, counsel provided Aviall, Inc., Mahle Engine Components USA, Inc., Seal Science, Inc., and Emag Ignitions a copy of the Motion along with an itemized description of the items to be returned.  These claimants have not indicated that they oppose the Motion.  The other creditors in this case are too numerous to contact prior to filing this Motion, and the Debtor cannot reasonably anticipate whether the other creditors will oppose this Motion.

_/s/ Stephen A. Roberts_
Stephen A. Roberts

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the parties on the attached service list via First Class U.S. Mail, postage prepaid March 5, 2009.

_/s/ Stephen A. Roberts_
Stephen A. Roberts

Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal
91 CEP 13460-000

Airsure Limited
15301 Spectrum Drive, #500
Addison, TX 75001

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

Crane Cams
530 Fentress Blvd
Daytona Beach, FL 32114

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431

Garlock-Metallic Gasket Div
250 Portwall St., Ste. 300
Houston, TX 77029

AOPA Pilot
PO Box 973
Frederick, MD 21701

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH 43724-9779

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX 75050-1222

Seal Science
17131 Daimler
Irvine, CA 92614-5508

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Deirdre B. Ruckman/AVCO
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX 75201

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

Lynden International
1800 International Blvd. #800
Seattle, WA 98188

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456

Chester Salomon
Stevens & Lee
485 Madison Ave., 20th Floor
New York, NY 10022

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019

Kent Abercrombie
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Neil J. Orleans
Goins, Underkolfer, et al, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270

Howard A. Borg/James T. Jacks
Ass't US Atty for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Laurie A. Spindler
Linebarger Goggan et al, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB   T2P 3V4

Gordon J. Toering
**WARNER NORCROSS & JUDD LLP**
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO 80124

Melissa S. Hayward
LOCKE LORD& LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Counsel for the Insurers

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX 75201
Attys for Theilert Aircraft Engines
GMBH

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Stefano Gazzola
Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivrea, Italy

Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Werner Wilhelm Albus
Valeria de Freitas Mesquita
KSPG Automotive Brazil LTDA
Rodovia Arnaldo Julio Mauerbert,
 n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil
Caixa Postal 91

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl 33458

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124

Susan B. Hersh
12770 Coit Rd. Ste. 1100
Dallas, TX 75251

William G. Burd/Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
 Miami, FL 33131

David W. Parham,
Elliot Schuler & A. Swick
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201

Timothy S. McFadden
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Counsel for the Insurers

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069

Kevin H. Good
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201

# EXHIBIT A

# E-MAG IGNITIONS RECLAMATION DEMAND

| Item # | PO# | Invoice # | Unit Price | Qty Shipped | Qty at SAP | Qty Difference | $$ |
|---|---|---|---|---|---|---|---|
| SUPERIOR PACK "2P" | 106312 | 1970 | $ 2,133.40 | 1 | 1 | 0 | $2,133.40 |

# SEAL SCIENCE RECLAMATION DEMAND

| Item # | PO# | Invoice # | Unit Price | Qty Shipped | Qty at SAP | Qty Difference | $$ |
|--------|-----|-----------|-----------|-------------|------------|----------------|-----|
| SA641607 | 106310 | 61082 | 0.339 | 5000 | 5000 | 0 | $1,695.00 |
| SL14260 | 106159 | 60949 | 0.72 | 1500 | 1500 | 0 | $1,080.00 |
| SL72075 | 106078 | 60622 | 0.165 | 5000 | 5000 | 0 | $825.00 |
| SL62869 | 105549 | 60758 | 0.55 | 1200 | 1200 | 0 | $660.00 |
| SA21477 | 106295 | 60552 | 0.105 | 5500 | 4613 | (887) | $484.37 |
| SL12136 | 105655 | 60448 | 0.72 | 450 | 450 | 0 | $324.00 |
| SL13641 | 105655 | 60448 | 0.498 | 950 | 816 | (134) | $406.37 |
| SA632050 | 105655 | 60315 | 0.973 | 950 | 950 | 0 | $924.35 |
| SL12136 | 105655 | 60315 | 0.72 | 1000 | 999 | (1) | $719.28 |
| SA638172 | 105655 | 60315 | 0.252 | 4900 | 3882 | (1018) | $978.26 |

**$8,096.63**

# MAHLE RECLAMATION DEMAND

| Item # | PO# | Invoice # | Unit Price | Qty Shipped | Qty at SAP | Qty Difference | $$ |
|--------|-----|-----------|-----------|-------------|------------|----------------|-----|
| SA5209 P05 | 105988 | 2281937 | $4.175 | 751 | 751 | 0 | $3,135.43 |
| SL78862 P10 | 105926 | 2281960 | $17.338 | 474 | 474 | 0 | $8,218.21 |
| SL78862 P10 | 105926 | 2281941 | $17.338 | 150 | 150 | 0 | $2,600.70 |
| SA630678 P05 | 106221 | 2281942 | $6.534 | 500 | 480 | (20) | $3,136.32 |
| SA4707 P15 | 105533 | 2281936 | $9.760 | 501 | 501 | 0 | $4,889.76 |
| SA5004 P05 | 106190 | 2281939 | $11.084 | 140 | 140 | 0 | $1,551.76 |
| SL74241A | 105990 | 2281940 | $10.153 | 1863 | 1863 | 0 | $18,915.04 |
| SL73998A | 105925 | 2281943 | $5.333 | 707 | 707 | 0 | $3,770.43 |
| SA4003 P15 | 105987 | 2281938 | $14.047 | 890 | 890 | 0 | $12,501.83 |
| SL74673A | 105798 | 2281871 | $8.329 | 3200 | 2512 | (688) | $20,922.45 |
| SA646288 | 105369 | CC933246 | $14.500 | 2808 | 2808 | 0 | $40,716.00 |
| SA530658 | 105369 | CC932869 | $2.150 | 4500 | 4481 | (19) | $9,634.15 |
| SL13884A | 105681 | 7209050 | $70.449 | 795 | 795 | 0 | $56,006.96 |
| SL13884A M10 | 105681 | 7209050 | $70.449 | 255 | 237 | (18) | $16,696.41 |
| SA634503 M10 | 105721 | 7209050 | $13.140 | 471 | 469 | (2) | $6,162.66 |
| SL11575A | 105647 | 7209505 | $21.111 | 778 | 728 | (50) | $15,368.81 |
| SL11575A M03 | 105647 | 7209505 | $21.111 | 257 | 257 | 0 | $5,425.53 |
| SA630464 M10 | 105822 | 7209273 | $15.350 | 572 | 572 | 0 | $8,780.20 |
| SL74309A | 105824 | 7209273 | $9.781 | 532 | 532 | 0 | $5,203.49 |
| SL74309A M03 | 105824 | 7209273 | $9.781 | 533 | 533 | 0 | $5,213.27 |
| SL11020 | 105744 | 7209190 | $12.926 | 805 | 692 | (113) | $8,944.79 |
| SL11020 M06 | 105744 | 7209190 | $12.926 | 271 | 271 | 0 | $3,502.95 |
| SL11020 | 105820 | 7209190 | $12.926 | 304 | 304 | 0 | $3,929.50 |
| SL11020 M03 | 105820 | 7209190 | $12.926 | 510 | 510 | 0 | $6,592.26 |
| SL11020 M06 | 105820 | 7209190 | $12.926 | 271 | 271 | 0 | $3,502.95 |
| SL13521A | 105823 | 7209190 | $5.917 | 1503 | 1503 | 0 | $8,893.25 |
| SL13521A M03 | 105823 | 7209190 | $5.917 | 540 | 540 | 0 | $3,195.18 |

**$287,410.28**

# AVIALL RECLAMATION DEMAND

| Item # | PO# | Invoice # | Unit Price | Qty Shipped | Qty at SAP | Qty Difference | $$ |
|---|---|---|---|---|---|---|---|
| 4771 | 106341 | 4623666 | $1,895.84 | 1 | 0 | (1) | $0.00 |
| 4771 CORE CHARGE | 106341 | 4623666 | $150.00 | 1 | 0 | (1) | $0.00 |
| 654857 | 106352 | 4630627 | $220.90 | 2 | 0 | (2) | $0.00 |
| 18D19394 | 106373 | 4664485 | $23.11 | 1 | 1 | 0 | $23.11 |
| | | | | | | | **$23.11** |

# AVIALL RECLAMATION DEMAND

| Item # | PO# | Invoice # | Unit Price | Qty Shipped | Qty at SAP | Qty Difference | Credit Due |
|---|---|---|---|---|---|---|---|
| 4771 | 106341 | 4623666 | $1,895.84 | 1 | 0 | (1) | $0.00 |
| 4771 CORE CHARGE | 106341 | 4623666 | $150.00 | 1 | 0 | (1) | $0.00 |
| 654857 | 106352 | 4630627 | $220.90 | 2 | 0 | (2) | $0.00 |
| 18D19394 | 106373 | 4664485 | $23.11 | 1 | 1 | 0 | $23.11 |
| | | | | | | | **$23.11** |

# MAHLE RECLAMATION DEMAND

| Item # | PO# | Invoice # | Unit Price | Qty Shipped | Qty at SAP | Qty Difference | Credit Due |
|---|---|---|---|---|---|---|---|
| SA5209 P05 | 105988 | 2281937 | $4.175 | 751 | 751 | 0 | $3,135.43 |
| SL78862 P10 | 105926 | 2281960 | $17.338 | 474 | 474 | 0 | $8,218.21 |
| SL78862 P10 | 105926 | 2281941 | $17.338 | 150 | 150 | 0 | $2,600.70 |
| SA630678 P05 | 106221 | 2281942 | $6.534 | 500 | 480 | (20) | $3,136.32 |
| SA4707 P15 | 105533 | 2281936 | $9.760 | 501 | 501 | 0 | $4,889.76 |
| SA5004 P05 | 106190 | 2281939 | $11.084 | 140 | 140 | 0 | $1,551.76 |
| SL74241A | 105990 | 2281940 | $10.153 | 1863 | 1863 | 0 | $18,915.04 |
| SL73998A | 105925 | 2281943 | $5.333 | 707 | 707 | 0 | $3,770.43 |
| SA4003 P15 | 105987 | 2281938 | $14.047 | 890 | 890 | 0 | $12,501.83 |
| SL74673A | 105798 | 2281871 | $8.329 | 3200 | 2512 | (688) | $20,922.45 |
| SA646288 | 105369 | CC933246 | $14.500 | 2808 | 2808 | 0 | $40,716.00 |
| SA530658 | 105369 | CC932869 | $2.150 | 4500 | 4481 | (19) | $9,634.15 |
| SL13884A | 105681 | 7209050 | $70.449 | 795 | 795 | 0 | $56,006.96 |
| SL13884A M10 | 105681 | 7209050 | $70.449 | 255 | 237 | (18) | $16,696.41 |
| SA634503 M10 | 105721 | 7209050 | $13.140 | 471 | 469 | (2) | $6,162.66 |
| SL11575A | 105647 | 7209505 | $21.111 | 778 | 728 | (50) | $15,368.81 |
| SL11575A M03 | 105647 | 7209505 | $21.111 | 257 | 257 | 0 | $5,425.53 |
| SA630464 M10 | 105822 | 7209273 | $15.350 | 572 | 572 | 0 | $8,780.20 |
| SL74309A | 105824 | 7209273 | $9.781 | 532 | 532 | 0 | $5,203.49 |
| SL74309A M03 | 105824 | 7209273 | $9.781 | 533 | 533 | 0 | $5,213.27 |
| SL11020 | 105744 | 7209190 | $12.926 | 805 | 692 | (113) | $8,944.79 |
| SL11020 M06 | 105744 | 7209190 | $12.926 | 271 | 271 | 0 | $3,502.95 |
| SL11020 | 105820 | 7209190 | $12.926 | 304 | 304 | 0 | $3,929.50 |
| SL11020 M03 | 105820 | 7209190 | $12.926 | 510 | 510 | 0 | $6,592.26 |
| SL11020 M06 | 105820 | 7209190 | $12.926 | 271 | 271 | 0 | $3,502.95 |
| SL13521A | 105823 | 7209190 | $5.917 | 1503 | 1503 | 0 | $8,893.25 |
| SL13521A M03 | 105823 | 7209190 | $5.917 | 540 | 540 | 0 | $3,195.18 |

**$287,410.28**

# E-MAG IGNITIONS RECLAMATION DEMAND

| Item # | PO# | Invoice # | Unit Price | Qty Shipped | Qty at SAP | Qty Difference | Credit Due |
|--------|-----|-----------|-----------|-------------|------------|----------------|------------|
| SUPERIOR PACK "2P" | 106312 | 1970 | $ 2,133.40 | 1 | 1 | 0 | $2,133.40 |

# SEAL SCIENCE RECLAMATION DEMAND

| Item # | PO# | Invoice # | Unit Price | Qty Shipped | Qty at SAP | Qty Difference | Credit due |
|--------|-----|-----------|------------|-------------|------------|----------------|------------|
| SA641607 | 106310 | 61082 | 0.339 | 5000 | 5000 | 0 | $1,695.00 |
| SL14260 | 106159 | 60949 | 0.72 | 1500 | 1500 | 0 | $1,080.00 |
| SL72075 | 106078 | 60622 | 0.165 | 5000 | 5000 | 0 | $825.00 |
| SL62869 | 105549 | 60758 | 0.55 | 1200 | 1200 | 0 | $660.00 |
| SA21477 | 106295 | 60552 | 0.105 | 5500 | 4613 | (887) | $484.37 |
| SL12136 | 105655 | 60448 | 0.72 | 450 | 450 | 0 | $324.00 |
| SL13641 | 105655 | 60448 | 0.498 | 950 | 816 | (134) | $406.37 |
| SA632050 | 105655 | 60315 | 0.973 | 950 | 950 | 0 | $924.35 |
| SL12136 | 105655 | 60315 | 0.72 | 1000 | 999 | (1) | $719.28 |
| SA638172 | 105655 | 60315 | 0.252 | 4900 | 3882 | (1018) | $978.26 |

**$8,096.63**