Roger W. Stallkamp
3548 Old Oaks Drive
Beavercreek, OH 45431-2412
March 2, 2009

**FILED**
MAR 09 2009
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Clerk of the Bankruptcy Court
1100 Commerce Street.
Room 1254
Dallas, TX 75242

Re:     Debtor:     Superior Air Parts, Inc.
         Case No.:   08-36705-bjh11
Creditor:   Roger W. Stallkamp
            3548 Old Oaks Drive
            Beavercreek, OH 45431-2412

Subject: Notice of Withdrawal of Claim

Dear Madam Clerk:

On or about February 21, 2009, I submitted a claim to this court against Superior Air Parts in the amount of $5,591.57. I have since received notice from the court that my claim was accepted.

Basis for my claim were two invoices submitted to the law firm of Maloney, Bean, Horn & Hull in the amounts of $1,045.00 and $4,546.57. These invoices were for services rendered in defense of a law suit against Superior Air Parts and represented by the above firm. I have just recently received full payment from the firm of Maloney, Bean, Horn & Hull. **Thus, my claim is no longer valid and should be withdrawn.** Any remaining claims against debtor Superior Air Parts, if any exist at all, as a result of my services now rests with the firm of Maloney, Bean, Horn & Hull.

Sincerely yours,

Roger W. Stallkamp

cc: Jim Burt (MBHH)