Seth Abrams
Joel D. Adler
Jennifer Anderson Hoffman
Frank Angione Jr.
Andrew S. Connell
Andrew S. Connell, Jr.
Philip E. Glatzer
K. Stuart Goldberg
Walter G. Latimer
Samuel S. Lewis
Bruce R. Marx
Robert Scott Newman
Gregory A. Reed
Michael C. Rotunno
Howard A. Stone
Karl E. Sturge
Thomas F. Valerius
Homer L. Marlow
   (1925-2000)
Nicholas J. Desmond
   (1954-2001)

Milly G. Borroto
Ruben V. Chavez
Robert D. Friedman
Jennifer Gauthier
Craig L. Gilbert
William G. Liston
Peter J. Oppenheimer
Maritza Peña
Jose I. Valdes
Rosemary B. Wilder
Brian G. Winger

ATTORNEYS AT LAW

4000 Ponce de Leon Boulevard, Suite 570 • Coral Gables, Florida 33146
305/446-0500 • Fax: 305/446-3667

*Fort Lauderdale Office:*
One East Broward Boulevard, Suite 905 • Fort Lauderdale, Florida 33301
954/765-3400 • Fax: 954/765-1933

FILED
MAR - 6 2009
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**Writer's Direct Line:**
(786) 999-1765
bmarx@marlowconnell.com

Reply to Coral Gables

March 4, 2009

**VIA U.S. MAIL**
United States Bankruptcy Court
Northern District of Texas
1100 Commerce Street
Room 1254
Dallas, TX 75242

Re:   **In re: Superior Air Parts, Inc.
      Case No.: 08-36705-bjh11
      Subject: Notice of Withdrawal of Claim**

Dear Sir/Madame:

Please accept this correspondence as our request to withdraw our amended Proof of Claim dated February 19, 2009.

Very truly yours,

Bruce R. Marx

BRM/cc