# THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRIBUTED... NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: Superior Air Parts, Inc., Debtor(s). | Case No. 08-36705 BJH |
| 621 S Royal Lane, Ste. 100 | Chapter 11 |
| Coppell, TX 75019-3805 | |
| 75-1253598 | |

### Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Revenue

Notices should be addressed to:
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The Tennessee Department of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,

Robert E. Cooper, Jr.
Attorney General and Reporter

/s/ Michael Willey
Michael Willey
Assistant Attorney General
BPR No. 019648
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: 615-532-2504    Fax: 615-741-3334

### CERTIFICATE OF SERVICE

I certify that on _____March 13, 2009_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Michael Willey
Michael Willey
Assistant Attorney General

| | |
|---|---|
| Office of the U.S. Trustee | Stephen A. Roberts |
| 1100 Commerce Street | Attorney for the Debtor(s) |
| Room 976 | 600 Congress Ave., Ste 1600 |
| Dallas, Texas 75242 | Austin, TX 78701 |