**Morton A. Rudberg**
Texas Bar No. 17368000
6440 N. Central Expwy. Suite 516
Dallas, Texas 75206
Telephone (214) 696-2900
Facsimile 214) 696-2984

**Michelle E. Shriro**
State Bar No. 18310900
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Telephone (972) 380-5533
Facsimile (972) 380-5748
COUNSEL FOR HENRY W. BAILEY, JR. AND CAROLE BAILEY, ET AL
AND JANET L. INNIS ET AL AND ROXANNE CHERRY, ET AL AND TOBY DESCH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | Hearing Date: April 27, 2009 |
| Debtor | § | Time: 10:00 a.m. |

## NOTICE OF FINAL HEARING

Please take notice that a final hearing on the portion of the Motion for Relief from the Automatic Stay filed by Henry W. Bailey, Jr. and Carole Bailey, et al and Janet L. Innis et al and Roxanne Cherry, et al and Toby Desch regarding lawsuits filed by Roxanne Cherry, Administrator of the Estate of Christopher Desch, Deceased and Toby Desch has been set on Monday, April 27, 2009 at 10:00 a.m. before the Honorable Barbara J. Houser, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division,1100 Commerce, Room 14th Floor, Courtroom #2, Dallas, Texas 75002.

Respectfully submitted,

Morton A. Rudberg
Texas Bar No. 17368000
6440 N. Central Expwy. Suite 516
Dallas, Texas 75206
Tel. (214) 696-2900
Fax (214) 696-2984

― and ―

SINGER & LEVICK, P.C.


By      /s/Michelle E. Shriro
    Michelle E. Shriro
    State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, TX 75001-5350
Tel. (972) 380-5533
Fax (972) 380-5748
mshriro@singerlevick.com

ATTORNEYS FOR HENRY W. BAILEY, JR. AND CAROLE BAILEY, ET AL AND JANET L. INNIS ET AL AND ROXANNE CHERRY, ET AL AND TOBY DESCH


## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and to all others listed on the attached service list via first class mail, postage prepaid on this 18th day of March 2009.

    /s/Michelle E. Shriro
    Michelle E. Shriro