Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Robert P. Franke
Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, TX 75202

David William Parham
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201

William O. Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41th Floor
Los Angeles, CA 90017

William G. Burd
Atkinson & Brownell, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131

William B. Freeman
Pillsbury Winthrop LLP
725 S. Figueroa St.
Ste. 2800
Los Angeles, CA 90017-5406

Krystina N. Jiron
Atkinson & Brownell, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131

Warren H. Smith
Warren H. Smith & Associates, P.C.
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Warren H. Smith
Donohe, Jameson & Carroll
325 N. St. Paul St., Suite 4080
Dallas, TX 75201