U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed March 13, 2009                                                United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § § | Chapter 11 |
| Debtor. | § § | |

### AGREED ORDER PERTAINING TO MOTION OF
### ACE GRINDING & MACHINE CO. INC. FOR ALLOWANCE AND PAYMENT
### OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(9)

(THIS ORDER RESOLVES DOCKET #60)

Upon consideration of the Motion for Allowance and Payment of Administrative Expense Claims under 11 U.S.C. § 503(b)(9) ("Motion") filed by Ace Grinding & Machine Co. ("Movant"), a creditor and party-in-interest, and after due and proper notice of the Motion having been given, and the parties having agreed to the relief described herein below, the Court finds as set forth below.

THEREFORE, the following is hereby ORDERED:

Movant's Administrative Expense Claim in the amount of $14,528.48 is hereby allowed. Movant's request for payment is denied without prejudice to Movant seeking payment in future.

### AGREED TO AND ENTRY REQUESTED BY:

*/s/ Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
Robert Tyler (SBN 24009347)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
Robert.tyler@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for Debtor Superior Air Parts, Inc.**

*/s/ Gregory M. Zarin*
Joseph A. Friedman (SBN 0768280)
Gregory M. Zarin (SBN 24060871)
**KANE RUSSELL COLEMAN & LOGAN PC**
1601 Elm Street, Suite 3700
Dallas, Texas 75201
Tel. (214) 777-4200 / Fax (214) 777-4299
gzarin@krcl.com

Michael S. Leib
Michigan Bar No. P30470
**MADDIN HAUSER WARTELL ROTH & HELLER, P.C.**
Third Floor Essex Centre
28400 Northwestern Highway
Southfield, Michigan 48034-8004
Tel. (248) 354-4030 / Fax (248) 359-6174
msl@maddinhauser.com

**Attorneys for Ace Grinding & Machine Co.**

# # # End of Order # # #