| | Monthly Operating Report |
|---|---|
| CASE NAME: Superior Air Parts, Inc. | ACCRUAL BASIS |
| CASE NUMBER: 08-36705-BJH-11 | 02/13/95, RWD, 2/96, RWD, 7/99 |
| JUDGE: | |

UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Texas

Dallas DIVISION

MONTHLY OPERATING REPORT

MONTH ENDING: February, 2009

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_[signature]_  President
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY    TITLE

Kent Abercrombie    3-17-2009
PRINTED NAME OF RESPONSIBLE PARTY    DATE

PREPARER:

_[signature]_  President
ORIGINAL SIGNATURE OF PREPARER    TITLE

Kent Abercrombie    3-17-2009
PRINTED NAME OF PREPARER    DATE

Monthly Operating Report
ACCRUAL BASIS-1

CASE NAME: SUPERIOR AIR PARTS, INC.
CASE NUMBER: 08-36705-BJH-11

## COMPARATIVE BALANCE SHEET

|   | ASSETS | SCHEDULE AMOUNT | MONTH 1/31/2009 | MONTH 2/28/2009 | MONTH |
|---|---|---|---|---|---|
| 1. | UNRESTRICTED CASH | 412,357 | 1,113,948 | 2,186,122 | |
| 2. | RESTRICTED CASH | 0 | 291,195 | 269,590 | |
| 3. | TOTAL CASH | 412,357 | 1,405,143 | 2,455,712 | 0 |
| 4. | ACCOUNTS RECEIVABLE (NET) | 5,392,055 | 6,187,448 | 6,349,521 | |
| 5. | INVENTORY | 11,158,744 | 9,924,648 | 8,726,576 | |
| 6. | NOTES RECEIVABLE | 0 | 0 | 0 | |
| 7. | PREPAID EXPENSES | 85,107 | 323,822 | 604,025 | |
| 8. | OTHER (ATTACH LIST) | 13,385 | 0 | | |
| 9. | TOTAL CURRENT ASSETS | 16,649,291 | 16,435,918 | 15,680,121 | 0 |
| 10. | PROPERTY, PLANT, & EQUIPMENT | 1,062,565 | 6,491,589 | 6,491,589 | |
| 11. | LESS: ACCUMULATED DEPRECIATION/DEPLETION | 0 | 5,193,136 | 5,243,269 | |
| 12. | NET PROPERTY, PLANT & EQUIPMENT | 1,062,565 | 1,298,453 | 1,248,320 | 0 |
| 13. | DUE FROM INSIDERS | 0 | 0 | 0 | |
| 14. | OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | 0 | 1,194,515 | 1,168,317 | |
| 15. | OTHER (ATTACH LIST) | 15,471 | 0 | 0 | |
| 16. | TOTAL ASSETS | 18,139,684 | 20,334,029 | 20,552,470 | 0 |
| **POSTPETITION LIABILITIES** | | | | | |
| 17. | ACOUNTS PAYABLE | | 456,820 | 849,098 | |
| 18. | TAXES PAYABLE | | 301,804 | 312,722 | |
| 19. | NOTES PAYABLE | | 51,555 | 96,667 | |
| 20. | PROFESSIONAL FEES | | 133,731 | 457,490 | |
| 21. | SECURED DEBT | | | | |
| 22. | OTHER (ATTACH LIST) | | 33,764 | 61,346 | |
| 23. | TOTAL POSTPETITION LIABILITIES | 0 | 977,674 | 1,777,322 | 0 |
| **PREPETITION LIABILITIES** | | | | | |
| 24. | SECURED DEBT | 10,291,701 | 10,146,611 | 10,146,611 | |
| 25. | PRIORITY DEBT | 74,641 | 0 | 0 | |
| 26. | UNSECURED DEBT | 16,897,517 | 16,949,094 | 16,806,899 | |
| 27. | OTHER (ATTACH LIST) | 0 | 3,310,194 | 3,310,194 | |
| 28. | TOTAL PREPETITION LIABILITIES | 27,263,859 | 30,405,899 | 30,263,704 | 0 |
| 29. | TOTAL LIABILITIES | 27,263,859 | 31,383,573 | 32,041,026 | 0 |
| **EQUITY** | | | | | |
| 30. | PREPETITION OWNERS' EQUITY | | (11,010,850) | (11,010,850) | |
| 31. | POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | (38,692) | (477,705) | |
| 32. | DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | | 0 | |
| 33. | TOTAL EQUITY | 0 | (11,049,542) | (11,488,555) | 0 |
| 34. | TOTAL LIABILITIES & OWNERS EQUITY | 27,263,859 | 20,334,031 | 20,552,471 | 0 |

Margin markers: a. (row 4), b. (row 5), c. (rows 10, 11), d. (row 19), e. (row 30)

Accrual Basis - 1 Attachment

| | | |
|---|---|---:|
| 14. | Other Assts | |
| | PMAs | 1,148,396 |
| | Engine Manuals | 19,921 |
| | | 1,168,317 |
| 22. | Other | |
| | Accrued Profit Sharing | 3,685 |
| | 401(K) Contribution Payable | 3,864 |
| | 401(K) Employer Match | 2,563 |
| | Accrued Insurance - SIR | (90,000) |
| | Accrued Scrap | 10,000 |
| | Piston Warranty | (1,899) |
| | Accrued Advertising | 10,928 |
| | Deferred Core Profit | 325 |
| | Deferred Core Profit - Contra | (812) |
| | | (61,346) |
| 27. | Other | |
| | Accrued Payroll | (11,783) |
| | Accrued Vacation Pay | (57,237) |
| | Accrued Profit Sharing | (3,878) |
| | 401(K) Contribution Payable | (5,997) |
| | 401(K) Employer Match | (3,215) |
| | Accrued Bonuses | - |
| | Accrued Insurance - SIR | (1,855,797) |
| | Accrued Scrap | (10,000) |
| | Piston Warranty | (876,390) |
| | Mil Engine Warranty | (227,209) |
| | 520 Cylinder Reserve | (207,177) |
| | Accrued Advertising | (14,428) |
| | Deferred Core Profit | (121,228) |
| | Deferred Core Profit - Contra | 124,526 |
| | Sales Ret & Allow Reserve | (40,382) |
| | | (3,310,194) |