Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.  
CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-2

### INCOME STATEMENT

| | | MONTH 1/31/2009 | MONTH 2/28/2009 | MONTH | QUARTER TOTAL |
|---|---|---:|---:|---:|---:|
| **REVENUES** | | | | | |
| 1. | GROSS REVENUES | 1,995,305 | 1,595,967 | | 3,591,272 |
| 2. | LESS: RETURNS & DISCOUNTS | 90,642 | 27,340 | | 117,982 |
| 3. | NET REVENUE | 1,904,663 | 1,568,627 | 0 | 3,473,290 |
| **COST OF GOODS SOLD** | | | | | |
| 4. | MATERIAL | 1,225,954 | 1,196,428 | | 2,422,382 |
| 5. | DIRECT LABOR | 0 | 0 | | 0 |
| 6. | DIRECT OVERHEAD | 0 | 0 | | 0 |
| 7. | TOTAL COST OF GOODS SOLD | 1,225,954 | 1,196,428 | 0 | 2,422,382 |
| 8. | GROSS PROFIT | 678,709 | 372,198 | 0 | 1,050,907 |
| **OPERATING EXPENSES** | | | | | |
| 9. | OFFICER/INSIDER COMPENSATION | 11,000 | 10,000 | | 21,000 |
| 10. | SELLING & MARKETING | 7,315 | 5,766 | | 13,081 |
| 11. | GENERAL & ADMINISTRATIVE | 483,845 | 636,724 | | 1,120,569 |
| 12. | RENT & LEASE | 33,936 | 35,612 | | 69,548 |
| 13. | OTHER (ATTACH LIST) | 0 | 0 | | 0 |
| 14. | TOTAL OPERATING EXPENSES | 536,096 | 688,102 | 0 | 1,224,198 |
| 15. | INCOME BEFORE NON-OPERATING INCOME & EXPENSE | 142,613 | (315,904) | 0 | (173,291) |
| **OTHER INCOME & EXPENSES** | | | | | |
| 16. | NON-OPERATING INCOME (ATT. LIST) | 0 | 0 | | 0 |
| 17. | NON-OPERATING EXPENSE (ATT. LIST) | 0 | 0 | | 0 |
| 18. | INTEREST EXPENSE | 49,944 | 45,111 | | 95,055 |
| 19. | DEPRECIATION/DEPLETION | 50,350 | 50,133 | | 100,483 |
| 20. | AMORTIZATION | 26,198 | 26,198 | | 52,396 |
| 21. | OTHER (ATTACH LIST) | 0 | 0 | | 0 |
| 22. | NET OTHER INCOME & EXPENSES | 126,492 | 121,443 | 0 | 247,935 |
| **REORGANIZATION EXPENSES** | | | | | |
| 23. | PROFESSIONAL FEES | 0 | 0 | | 0 |
| 24. | U.S. TRUSTEE FEES | 325 | 0 | | 325 |
| 25. | OTHER (ATTACH LIST) | 0 | 0 | | 0 |
| 26. | TOTAL REORGANIZATION EXPENSES | 325 | 0 | | 325 |
| 27. | INCOME TAX | 1,667 | 1,667 | | 3,334 |
| 28. | NET PROFIT (LOSS) | 14,129 | (439,014) | | (424,885) |

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-3

## INCOME STATEMENT

| | CASH RECEIPTS AND DISBURSEMENTS | MONTH 1/31/2009 | MONTH 2/28/2009 | MONTH | QUARTER TOTAL |
|---|---|---|---|---|---|
| 1. | CASH - BEGINNING OF MONTH | 489,772 | 1,112,776 | | 1,602,548 |
| | **RECEIPTS FROM OPERATIONS** | | | | |
| 2. | CASH SALES | 0 | 0 | | 0 |
| | **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | |
| 3. | PREPETITION | 0 | | | 0 |
| 4. | POSTPETITION | 927,778 | 1,359,115 | | 2,286,893 |
| 5. | TOTAL OPERATING RECEIPTS | 927,778 | 1,359,115 | 0 | 2,286,893 |
| | **NON-OPERATING RECEIPTS** | | | | |
| 6. | LOANS & ADVANCES (ATTACH LIST) | 0 | 0 | | 0 |
| 7. | SALE OF ASSETS | 0 | 0 | | 0 |
| 8. | OTHER (ATTACH LIST) | 0 | 0 | | 0 |
| 9. | TOTAL NON-OPERATING RECEIPTS | 0 | 0 | 0 | 0 |
| 10. | TOTAL RECEIPTS | 927,778 | 1,359,115 | 0 | 2,286,893 |
| 11. | TOTAL CASH AVAILABLE | 1,417,550 | 2,471,891 | 0 | 3,889,441 |
| | **OPERATING DISBURSEMENTS** | | | | |
| 12. | NET PAYROLL | 72,395 | 58,092 | | 130,487 |
| 13. | PAYROLL TAXES PAID | 55,858 | 23,778 | | 79,636 |
| 14. | SALES, USE, & OTHER TAXES PAID | 106,358 | 39,456 | | 145,814 |
| 15. | SECURED/RENTAL/LEASES | 34,865 | 48,503 | | 83,368 |
| 16. | UTILITIES | 0 | 1,170 | | 1,170 |
| 17. | INSURANCE | 6,270 | 55,374 | | 61,644 |
| 18. | INVENTORY PURCHASES | 0 | 250 | | 250 |
| 19. | VEHICLE EXPENSES | 0 | 0 | | 0 |
| 20. | TRAVEL | 0 | 0 | | 0 |
| 21. | ENTERTAINMENT | 0 | 0 | | 0 |
| 22. | REPAIRS & MAINTENANCE | 0 | 5,059 | | 5,059 |
| 23. | SUPPLIES | 0 | 2,822 | | 2,822 |
| 24. | ADVERTISING | 0 | 4,556 | | 4,556 |
| 25. | OTHER (ATTACH LIST) | 29,028 | 47,555 | | 76,583 |
| 26. | TOTAL OPERATING DISBURSEMENTS | 304,774 | 286,616 | 0 | 591,390 |
| | **REORGANIZATION EXPENSES** | | | | |
| 27. | PROFESSIONAL FEES | 0 | 0 | | 0 |
| 28. | U.S. TRUSTEE FEES | 0 | 325 | | 325 |
| 29. | OTHER (ATTACH LIST) | 0 | 0 | | 0 |
| 30. | TOTAL REORGANIZATION EXPENSES | 0 | 325 | 0 | 325 |
| 31. | TOTAL DISBURSEMENTS | 304,774 | 286,941 | 0 | 591,715 |
| 32. | NET CASH FLOW | 623,004 | 1,072,174 | 0 | 1,695,178 |
| 33. | CASH - END OF MONTH | 1,112,776 | 2,184,950 | 0 | 3,297,726 |

Accrual Basis - 3 Attachment

25. Other

| | |
|---|---:|
| Abelardo Martinez | 849.07 |
| Abelardo Martinez | 768.74 |
| ADP Inc | 48.61 |
| ADP Inc | 159.77 |
| ADP Inc | 48.61 |
| ADP Inc | 37.46 |
| ADT Security Service | 222.57 |
| ADT Security Services Inc | 215.72 |
| AOPA Pilot | 12,770.40 |
| AT&T Mobility | 1,026.42 |
| Bank Fees | 1,486.81 |
| Bank Fees | 945.68 |
| Bank Fees | 519.25 |
| Carl H Johnson | 2,460.00 |
| Credit Card Fees | 788.73 |
| Dallas Recycling | 238.15 |
| Darrell Ingle | 810.00 |
| Experimental Aircraft Assoc Inc | 4,993.75 |
| Experimental Aircraft Association I | 4,114.00 |
| Hurst | 580.00 |
| ING | 650.00 |
| ING | 2,991.05 |
| ING | 3,062.45 |
| Maria Garcia | 330.39 |
| Maria Melgar | 614.03 |
| Maria Melgar | 508.26 |
| Sky-Tel | 7.72 |
| Trade-A-Plane | 1,052.64 |
| TW Telecom | 702.59 |
| United Parcel Service | 2,398.49 |
| United Parcel Service | 1,063.91 |
| United Parcel Service | 1,089.72 |
| | 47,555 |