Monthly Operating Report
ACCRUAL BASIS-4

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

| | ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH 1/31/2009 | MONTH 2/28/2009 | MONTH |
|---|---|---|---|---|---|
| 1. | 0-30 | 1,746,699 | 2,356,272 | 2,386,483 | |
| 2. | 31-60 | 129,130 | 405,439 | 357,409 | |
| 3. | 61-90 | 48,258 | 72,248 | 305,862 | |
| 4. | 91+ | 3,467,968 | 3,523,074 | 3,541,859 | |
| 5. | TOTAL ACCOUNTS RECEIVABLE | 5,392,055 | 6,357,033 | 6,591,614 | 0 |
| f. 6. | AMOUNT CONSIDERED UNCOLLECTIBLE | 0 | 4,096,264 | 4,154,909 | |
| 7. | ACCOUNTS RECEIVABLE (NET) | 5,392,055 | 2,260,769 | 2,436,705 | 0 |

AGING OF POSTPETITION TAXES AND PAYABLES

| | TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
|---|---|---|---|---|---|---|
| 1. | FEDERAL | | | | | 0 |
| 2. | STATE | | | | | 0 |
| 3. | LOCAL | | | | | 0 |
| 4. | OTHER (ATTACH LIST) | | | | | 0 |
| 5. | TOTAL TAXES PAYABLE | | | | | 0 |
| 6. | ACCOUNTS PAYABLE | 479,166 | | | | 479,166 |

STATUS OF POSTPETITION TAXES

| FEDERAL | | BEGINNING TAX LIABILITY* | AMOUNT WITHHELD AND OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|---|
| 1. | WITHHOLDING** | 0 | 9,851 | 9,851 | 0 |
| 2. | FICA - EMPLOYEE** | 0 | 4,894 | 4,894 | 0 |
| 3. | FICA - EMPLOYER** | 0 | 4,894 | 4,894 | 0 |
| 4. | UNEMPLOYMENT | 0 | 203 | 203 | 0 |
| 5. | INCOME | 0 | 0 | 0 | 0 |
| 6. | OTHER (ATTACH LIST) | 0 | 2,289 | 2,289 | 0 |
| 7. | TOTAL FEDERAL TAXES | 0 | 22,132 | 22,132 | 0 |
| STATE AND LOCAL | | | | | |
| 8. | WITHHOLDING | 0 | 0 | 0 | 0 |
| 9. | SALES | 1,988 | 668 | 0 | 2,656 |
| 10. | EXCISE | 0 | 0 | 0 | 0 |
| 11. | UNEMPLOYMENT | 0 | 1,646 | 1,646 | 0 |
| 12. | REAL PROPERTY | 0 | 0 | 0 | 0 |
| 13. | PERSONAL PROPERTY | 0 | 0 | 0 | 0 |
| 14. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 15. | TOTAL STATE & LOCAL | 1,988 | 2,314 | 1,646 | 2,656 |
| 16. | TOTAL TAXES | 1,988 | 24,446 | 23,778 | 2,656 |

\*   The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.

\*\*  Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.

| DEPARTMENT | HOURS | | EARNINGS | | | GROSS | STATUTORY DEDUCTIONS | | VOL DEDS. | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| | Reg / O/T | Hours 3 & 4 | Reg / O/T | Earn 3 & 4 | Earn 5 | | Federal | State/Local | | |
| ** GRAND TOTAL ** | | | | | | NO. PAYS: 15  NET CASH: | | 29,889.53 | | |

Hours 3,4 Analysis:
S SICK   16.78
Total    16.78

Earnings 3,4,5 Analysis:
S SICK   232.11
Total    232.11

Deduction Analysis
A COLPRE       33.57
B COLPST       31.87
F K.LOAN      193.30
H HLTH      1,776.50
J TERMLF      115.24
K 401K      1,392.25
W CHK      29,639.53
X CHK2        150.00
Z SAV2        100.00
Total      33,432.26

Cafeteria 125
Deduction Analysis
A - MED        33.57
H - MED     1,776.50
Total       1,810.07

| State Analysis: | STATE TAX | STATE WAGES | | FIT BY STATE |
|---|---|---|---|---|
| TX | | | | 4,943.39 |
| Total | | | | 4,943.39 |

Federal Taxable Analysis and
Employer Unemployment Liability

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 38,202.32 | | 4,943.39 |
| FUTA | 16,878.25 | .80 | 135.03 |
| Social Security-EE | 39,594.57 | 6.20 | 2,454.89 |
| Social Security-ER | 39,594.57 | 6.20 | 2,454.86 |
| Medicare-EE | 39,594.57 | 1.45 | 574.10 |
| Medicare-ER | 39,594.57 | 1.45 | 574.12 |

State Taxable Analysis and
Employer Unemployment Liability

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| TX SUI | 25,665.35 | 4.1600 | 1,067.68 |
| Total | 25,665.35 | | 1,067.68 |

Memo Analysis:
N- K 401MTC    655.50
Total          655.50

| | | TOTAL LIABILITY |
|---|---|---|
| Federal Deposit Liability | | |
| Federal Tax | | 4,943.39 |
| Earned Income Credit Advances | | |
| Social Security | | |
|   EE Amount Withheld | 2,454.89 | |
|   ER Taxable X  6.20% | 2,454.86 | |
|   Total Social Security | | 4,909.75 |
| Medicare | | |
|   EE Amount Withheld | 574.10 | |
|   ER Taxable X  1.45% | 574.12 | |
|   Total Medicare | | 1,148.22 |
| Total | | 11,001.36 |

ALL CROSSFOOTS OK



Payroll Summary

SUPERIOR AIR PARTS
Company Code:  PS7

Batch: 1204-062   Period Ending: 02/08/2009   Week 07
                  Pay Date: 02/13/2009   Page 9

| ITEM/DESCRIPTION | JURISDICTION | TAXABLE | LIABILITY | FEDERAL INCOME TAX BY STATE |
|---|---|---|---|---|
| NET CASH    (NET MINUS VOIDS PLUS DEPOSITS) | | | | |
| FEDERAL PAYROLL TAX | | | | |
| FEDERAL INCOME TAX    4,943.39 | | 38,202.32 | 29,889.53 | |
| EARNED INCOME CREDIT ADVANCES    .00 | | | | |
| SOCIAL SECURITY EMPLOYEE AMT WITHHELD    2,454.89 | | | | |
| SOC SEC ER TXBL    39,594.57 X 6.20    2,454.86 | | | | |
| MEDICARE EMPLOYEE AMT WITHHELD    574.10 | | | | |
| MEDICARE ER TXBL    39,594.57 X 1.45    574.12 | | | | |
| FEDERAL DEPOSIT LIABILITY | | | 11,001.36 | |
| FUTA | | 16,878.25 X .80 | 135.03 | |
| STATE INCOME TAX WITHHELD | TEXAS | .00 | .00 | 4,943.39 |
| EMPLOYER SUI/SDI | TEXAS | 25,665.35 X 4.1600% | 1,067.68 | |
| COMPANY RECAP | | | 42,093.60 | 4,943.39 |

ADP Payroll Summary Recap Report

SUPERIOR AIR PARTS
Company Code: PS7

Batch: 1204-062   Period Ending: 02/08/2009   Week 07
Pay Date: 02/13/2009   Page 10