| DEPARTMENT | HOURS | | EARNINGS | | | GROSS | STATUTORY DEDUCTIONS | | VOL.DEDS. | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| | Reg / O/T | Hours 3 & 4 | Reg / O/T | Earn 3 & 4 | Earn 5 | | Federal | State/Local | | |
| ** GRAND TOTAL ** | | | | | NO. PAYS: 15 | NET CASH: | 28,202.46 | | | |

### Hours 3,4 Analysis:
| | | | | | Earnings 3,4,5 Analysis: | | | Deduction Analysis | | |
|---|---|---|---|---|---|---|---|---|---|---|
| S SICK | 3.84 | | | | S SICK | 43.93 | | A COLPRE | | 33.57 |
| | Total | 3.84 | | | Total | 43.93 | | B COLPST | | 31.87 |
| | | | | | | | | F K LOAN | | 193.30 |
| | | | | | | | | H HLTH | | 1,776.50 |
| | STATE | FIT | | | Memo Analysis: | | | J TERMLF | | 115.24 |
| State Analysis: | WAGES | BY STATE | | | N- K 401MTC | | 651.54 | K 401K | | 2,882.77 |
| TX | 4,907.97 | | | | Total | | 651.54 | W CHK | | 27,952.46 |
| Total | 4,907.97 | | | | | | | X CHK2 | | 150.00 |
| | | | | | | | | Z SAV2 | | 100.00 |
| | | | | | | | | Total | | 33,235.71 |

### Federal Taxable Analysis and
| Employer Unemployment Liability | TAXABLE | PCT | TAX | | State Taxable Analysis and | | | Cafeteria 125 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Federal | 36,460.62 | | 4,907.97 | | Employer Unemployment Liability | TAXABLE | TAX | Deduction Analysis | | |
| FUTA | 8,513.89 | .80 | 68.11 | | TX SUI | 13,908.93 | 578.61 | A - MED | | 33.57 |
| Social Security-EE | 39,343.39 | 6.20 | 2,439.27 | | Total | 13,908.93 | 578.61 | H - MED | | 1,776.50 |
| Social Security-ER | 39,343.39 | 6.20 | 2,439.29 | | | | | Total | | 1,810.07 |
| Medicare-EE | 39,343.39 | 1.45 | 570.51 | | | | | | | |
| Medicare-ER | 39,343.39 | 1.45 | 570.48 | | | | | | | |

### Federal
| Deposit Liability | | TOTAL LIABILITY |
|---|---|---|
| Federal Tax | | 4,907.97 |
| Earned Income Credit Advances | | |
| Social Security | | |
| EE Amount Withheld | 2,439.27 | |
| ER Taxable X 6.20% | 2,439.29 | |
| Total Social Security | | 4,878.56 |
| Medicare | | |
| EE Amount Withheld | 570.51 | |
| ER Taxable X 1.45% | 570.48 | |
| Total Medicare | | 1,140.99 |
| Total | | 10,927.52 |

ALL CROSSFOOTS OK

SUPERIOR AIR PARTS
Company Code: PS7

Payroll Summary

Batch: 4486-062   Period Ending: 02/22/2009   Week 09
Pay Date: 02/27/2009   Page 9



| ITEM/DESCRIPTION | JURISDICTION | TAXABLE | LIABILITY | FEDERAL INCOME TAX BY STATE |
|---|---|---|---|---|
| NET CASH    (NET MINUS VOIDS PLUS DEPOSITS) | | | | |
| FEDERAL PAYROLL TAX | | | | |
| FEDERAL INCOME TAX | | 36,460.62 | 28,202.46 | |
| EARNED INCOME CREDIT ADVANCES | | | .00 | |
| SOCIAL SECURITY EMPLOYEE AMT WITHHELD | | | | |
| SOC SEC ER TXBL    39,343.39 X 6.20 | | | 2,439.27 | |
| | | | 2,439.29 | |
| MEDICARE EMPLOYEE AMT WITHHELD | | | 570.51 | |
| MEDICARE ER TXBL    39,343.39 X 1.45 | | | 570.48 | |
| FEDERAL DEPOSIT LIABILITY | | | 10,927.52 | |
| FUTA | | 8,513.89 X .80 | 68.11 | |
| STATE INCOME TAX WITHHELD | TEXAS | .00 | .00 | 4,907.97 |
| EMPLOYER SUI/SDI | TEXAS | 13,908.93 X 4.1600% | 578.61 | |
| COMPANY RECAP | | | 39,776.70 | 4,907.97 |

ADP Payroll Summary Recap Report

SUPERIOR AIR PARTS
Company Code: PS7

Batch: 4486-062    Period Ending: 02/22/2009    Week 09
Pay Date: 02/27/2009    Page 10

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-5

The debtor in possession must complete the reconciliation below for each bank acocunt, including all general, payroll, and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH: _____

### BANK RECONCILIATIONS

| | | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| A. | BANK: JPMORGAN CHASE | JPM CHASE | JPM CHASE | JPM CHASE | |
| B. | ACCOUNT NUMBER: | 790437578 | 790438485 | 790438568 | TOTAL |
| C. | PURPOSE (TYPE): | Operating | Payroll | AVCO | |
| 1 | BALANCE PER BANK STATEMENT | 2,184,450 | 0 | 269,590 | 2,454,040 |
| 2 | ADD: TOTAL DEPOSITS NOT CREDITED | 0 | 0 | 0 | 0 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | 0 | 0 | 0 | 0 |
| 4. | OTHER RECONCILING ITEMS | 0 | 0 | 0 | 0 |
| 5. | MONTH END BALANCE PER BOOKS | 2,184,450 | 0 | 269,590 | 2,454,040 |
| 6. | NUMBER OF LAST CHECK WRITTEN | 70041 | | Wires only | 70041 |

### INVESTMENT ACCOUNTS

| BANK, ACCOUNT NAME, & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | 0 | 0 |

### CASH

| 12. | CURRENCY ON HAND | 500 |
|---|---|---|
| 13. | TOTAL CASH - END OF MONTH | 2,454,540 |