Monthly Operating Report

ACCRUAL BASIS-7

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

MONTH: _____

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | X | |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

Prepetition local taxes have been paid

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY | |
|---|---|---|---|---|
| Product Liability Insurance | AIG and others | Sep 08 - Aug 09 | 391,875 | quarterly |
| Product Liability Insurance | AIG and others | Sep 08 - Aug 09 | 17,500 | quarterly |
| Product Liability Insurance | AICCO | Sep 08 - Aug 09 | 5,971 | monthly |
| General Liability and Property Casualty | Chubb | Oct 08 - Sep 09 | 7,716 | quarterly |
| Auto | Chubb | Oct 08 - Sep 09 | 1,534 | quarterly |
| Foreign Package | Chubb | Oct 08 - Sep 09 | 985 | quarterly |
| Ocean Cargo | Chubb | Oct 08 - Sep 09 | 8,500 | annually |
| Aircraft | AIG | Sep 08 - Sep 09 | 1,129 | annually |
| Workers Compensation | Chubb | Oct 08 - Sep 09 | 33,813 | annually |

Footnotes:

| | |
|---|---|
| a. | Gross accounts receivable reported on original schedule |
| b. | Gross inventory reported on original schedule |
| c. | Original schedule reported as estimated market value. Gross fixed assets and accumulated depreciation reported on monthly report. |
| d. | Notes payable is the postpetition interest accrued on term loan |
| e. | Prepetition Owners' Equity not included on original schedule |
| f. | Thielert receivable due to accounts payable offset and estimated 25% of non-Thielert receivables |
| g. | Estimated January 2009 expenses |