**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed March 23, 2009

**United States Bankruptcy Judge**

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| Debtor. | § | |

### AGREED ORDER PERTAINING TO MOTION OF COMBUSTION TECHNOLOGIES, INC. FOR ALLOWANCE AND PAYMENT OF <u>ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(9)</u>

(THIS ORDER RESOLVES DOCKET #70)

Upon consideration of the Motion for Allowance and Payment of Administrative Expense Claims under 11 U.S.C. § 503(b)(9) ("Motion") filed by Combustion Technologies, Inc. ("Movant"), a creditor and party-in-interest, and after due and proper notice of the Motion having been given, and the parties having agreed to the relief described herein below, the Court finds as set forth below.

THEREFORE, the following is hereby ORDERED:

Movant's Administrative Expense Claim in the amount of $23,432.00 is hereby allowed. Movant's request for immediate payment is denied without prejudice to Movant seeking payment in future.

##END OF ORDER##

**AGREED TO AND ENTRY REQUESTED BY:**

/s/ Stephen A. Roberts
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
Robert Tyler (SBN 24009347)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
Robert.tyler@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for Debtor Superior Air Parts, Inc.**


/s/ Michael L. Jones
Michael L. Jones
State Bar No. 10929460
**HENRY & JONES, LLP**
2902 Carlisle Street, Suite 150
Dallas, Texas 75204-4078
Tel. (214) 954-9700 / Fax (214) 954-9701
mjones@henryandjones.com

**Attorneys for Creditor Combustion Technologies, Inc.**