**Morton A. Rudberg**
**Texas Bar No. 17368000**
**6440 N. Central Expwy. Suite 516**
**Dallas, Texas 75206**
**Telephone (214) 696-2900**
**Facsimile 214) 696-2984**

**Michelle E. Shriro**
**State Bar No. 18310900**
**SINGER & LEVICK, P.C.**
**16200 Addison Road, Suite 140**
**Addison, Texas  75001**
**Telephone (972) 380-5533**
**Facsimile (972) 380-5748**
**COUNSEL FOR HENRY W. BAILEY, JR. AND CAROLE BAILEY, ET AL**
**AND JANET L. INNIS ET AL AND ROXANNE CHERRY, ET AL AND TOBY DESCH**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | Case No. 08-36705-BJH-11 |
| | § | Hearing Date: April 27, 2009 |
| Debtor | § | Time: 9:00 a.m. |

### NOTICE OF RESET ON FINAL HEARING

Please take notice that a final hearing on the portion of the Motion for Relief from the Automatic Stay filed by Henry W. Bailey, Jr. and Carole Bailey, et al and Janet L. Innis et al and Roxanne Cherry, et al and Toby Desch regarding lawsuits filed by Roxanne Cherry, Administrator of the Estate of Christopher Desch, Deceased and Toby Desch has been reset to Monday, April 27, 2009 at **9:00 a.m.** before the Honorable Barbara J. Houser, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, 1100 Commerce, Room 14th Floor, Courtroom #2, Dallas, Texas 75002.

Respectfully submitted,

Morton A. Rudberg
Texas Bar No. 17368000
6440 N. Central Expwy. Suite 516
Dallas, Texas 75206
Tel. (214) 696-2900
Fax  (214) 696-2984

— and —

SINGER & LEVICK, P.C.


By      /s/Michelle E. Shriro
        Michelle E. Shriro
        State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, TX 75001-5350
Tel. (972) 380-5533
Fax (972) 380-5748
mshriro@singerlevick.com

ATTORNEYS FOR HENRY W. BAILEY, JR. AND CAROLE
BAILEY, ET AL AND JANET L. INNIS ET AL AND
ROXANNE CHERRY, ET AL AND TOBY DESCH


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and to all others listed on the attached service list via first class mail, postage prepaid on this 30th day of March 2009.


        /s/Michelle E. Shriro
        Michelle E. Shriro

Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Robert P. Franke
Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, TX 75202

David William Parham
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201

William O. Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41th Floor
Los Angeles, CA 90017

William G. Burd
Atkinson & Brownell, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131

William B. Freeman
Pillsbury Winthrop LLP
725 S. Figueroa St.
Ste. 2800
Los Angeles, CA 90017-5406

Krystina N. Jiron
Atkinson & Brownell, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131

Warren H. Smith
Warren H. Smith & Associates, P.C.
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Warren H. Smith
Donohe, Jameson & Carroll
325 N. St. Paul St., Suite 4080
Dallas, TX 75201