Case 08-36705-bjh11   Doc 165   Filed 04/01/09   Entered 04/01/09 09:48:25   U.S. BANKRUPTCY COURT
Main Document   Page 1 of 2   NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed March 30, 2009                                       **United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: § | |
| § | |
| § | Case No. 08-36705-BJH |
| **SUPERIOR AIR PARTS, INC.,** § | |
| § | Chapter 11 |
| Debtor. § | |

**ORDER EXTENDING TIME FOR MAHLE ENGINE**
**COMPONENTS USA, INC. TO RESPOND TO DEBTOR'S**
**MOTION TO RETURN RECLAIMED GOODS (Docket No. 148)**

**ON THIS DAY**, came on for consideration without hearing the *Unopposed Motion of Mahle Engine Components USA, Inc., to Extend Time Respond to Motion to Return Reclaimed Goods* (the "Motion") filed by Mahle Engine Components USA, Inc. ("Mahle"). The Court finds that it has jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334(b), and that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The Court finds that the motion has merit and that the Debtor does not object to the relief sought therein.

**IT IS THEREFORE ORDERED** that the Motion is granted; and

**IT IS FURTHER ORDERED** that Mahle shall have up to and including **April 8, 2009** to file a response to the *Debtor's Motion to Return Reclaimed Goods* [Docket No,. 148].

**IT IS SO ORDERED.**

### End of Order ###

/s/ Vickie L. Driver
Gordon J Toering (*Admitted Pro Hac Vice*)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2185
Fax:  (616) 222-2185
Email:  gtoering@wnj.com

and

Vickie L. Driver
State Bar No. 24026886
Pronske & Patel, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Phone: 214.658.6500
Fax: 214.658.6509
Email: vdriver@pronskepatel.com

Attorneys for MAHLE Engine Components USA, Inc.