U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed March 30, 2009**                                                                                    **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | Hearing Date: March 17, 2009 |
| Debtor | § | Time: 1:15 p.m. |

### AGREED ORDER GRANTING THE PORTION OF THE MOTION
### FOR RELIEF FROM THE AUTOMATIC STAY AS TO HENRY W. BAILEY, JR.
### AND CAROLE BAILEY, ET AL AND JANET L. INNIS ET AL AND
### <u>CONTINUING BALANCE OF MOTION TO APRIL 27. 2009 AT 10:00 A.M.</u>

CAME ON for consideration, the Motion for Relief from the Automatic Stay (the "Motion") filed by Henry W. Bailey, Jr. and Carole Bailey, Individually and In Their Own Right, and Henry W. Bailey, Jr., as Administrator of the Estate of Matthew J. Bailey, Deceased and Janet L. Innis, Individually and In Her Own Right, and Janet L. Innis, as Administratrix of the Estate of Thomas Innis, Deceased (the "Bailey/Innis Plaintiffs") and the Court finding that notice was proper under the circumstances and having noted the agreement of the parties below, hereby enters the following order. IT IS THEREFORE

**ORDERED** that the automatic stay is hereby terminated with respect to the lawsuit in the Court of Common Pleas, Montgomery County, Pennsylvania and the case is styled as follows: Cause No. 99-21769, *Henry W. Bailey, Jr. and Carole Bailey, Individually and In Their Own Right, and Henry W. Bailey, Jr., as Administrator of the Estate of Matthew J. Bailey, Deceased and Janet L. Innis, Individually and In Her Own Right, and Janet L. Innis, as Administratrix of the Estate of Thomas Innis, Deceased v. Fare Share Limited d/b/a Limerick Flight Center and George Himmelreich and Charles B. Kemner and Superior Air Parts, Inc. and Dana Corporation and Perfect Circle Division Engine Systems Group and Hastings Machining and Hastings Manufacturing Company* to allow the Bailey/Innis Plaintiffs to proceed with the litigation. IT IS FURTHER.

**ORDERED** that the automatic stay is terminated to allow the Bailey/Innis Plaintiffs to collect against any applicable insurance policies or proceeds from such policies. IT IS FURTHER

**ORDERED** that pursuant to their agreement to waive their claims against the Debtor's bankruptcy estate the Bailey/Innis Plaintiffs shall withdraw their claims in this case within ten (10) days after this order becomes final. IT IS FURTHER

**ORDERED** that the remaining portion of the Motion regarding Roxanne Cherry, Administrator of the Estate of Christopher Desch, Deceased and Toby Desch (the "Cherry/Desch Plaintiffs") is hereby continued to April 27, 2009 at 10:00 a.m. IT IS FURTHER

**ORDERED** that this Order is effective immediately upon entry and the enforcement of this Order will not be stayed pursuant to the 10-day stay otherwise prescribed by Bankruptcy Rule 4001(a)(3).

### End of Order ###

AGREED:

/s/Michelle E. Shriro
Michelle E. Shriro
State Bar No. 18310900
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Telephone: (972) 380-5533
Facsimile: (972) 380-5748
mshriro@singerlevick.com

ATTORNEYS FOR HENRY W. BAILEY, JR.
AND CAROLE BAILEY, ET AL AND
JANET L. INNIS ET AL


/s/Robert P. Franke (*Signature Permission on File*)
Robert P. Franke
State Bar No. 07371200
STRASBURGER & PRICE, L.L.P.
901 Main St., Suite 4300
Dallas, TX 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330
robert.franke@strasburger.com

ATTORNEY FOR DEBTOR SUPERIOR
AIR PARTS, INC.

/s/David W. Parham *(Signature Permission on File)*
David W. Parham
State Bar No. 15459500
Baker & McKenzie
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3034
Facsimile: (214) 978-3099
david.w.parham@bakernet.com
ATTORNEY FOR THE OFFICIAL
UNSECURED CREDITORS COMMITTEE

PREPARED BY:

Michelle E. Shriro
State Bar No.18310900
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, Texas  75001
Tel. (972) 380-5533
Fax (972) 380-5748
mshriro@singerlevick.com
ATTORNEYS FOR HENRY W. BAILEY, JR.
AND CAROLE BAILEY, ET AL AND
JANET L. INNIS ET AL