U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed April 7, 2009                                                                 **United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 08-36705-BJH-11 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Jointly Administered |
| et al., | § | |
| | § | |
| DEBTORS-IN POSSESSION. | § | CHAPTER 11 |

**ORDER APPROVING OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
APPLICATION TO EMPLOY BAKER & McKENZIE AS GENERAL COUNSEL *NUNC
PRO TUNC* TO JANUARY 29, 2009, PURSUANT TO SECTIONS 328(a), 330 and 1103(a)
OF THE BANKRUPTCY CODE AND
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**

Upon the Application (the "Application") dated February 4, 2009 [Docket No. 73], of the

Official Committee of Unsecured Creditors (the "Committee"), for entry of an order pursuant to

Sections 328(a), 330 and 1103(a) of Title 11 of the United States Code (the "Bankruptcy Code")

and Federal Rule of Bankruptcy Procedure 2014, authorizing the Committee to employ and

retain the law firm of Baker & McKenzie ("B&M") as its counsel, *nunc pro tunc* to January 29,

DALDMS/659057.1

2009, and upon the Declaration of David W. Parham, a partner of the firm of B&M, in support thereof (the "Declaration"); and the Court being satisfied based on the representations made in the Application and Declaration that said attorneys are a "disinterested person" as that term is defined under Section 101 of the Bankruptcy Code, and that their employment is necessary, and would be in the best interests of the Committee; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that, the Application be, and hereby is, granted to the extent provided herein; and it is further

ORDERED that, in accordance with Sections 330 and 1103(a) of Title 11 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014, the Committee be and hereby is authorized to employ and retain the law firm of B&M as its attorneys, *nunc pro tunc* to January 29, 2009, on the terms set forth in the Application and Declaration.

# # # End of Order # # #