**EXHIBIT A**

**MAHLE RECLAMATION**

| Item # | PO# | Invoice # | Unit Price | Qty Shipped | Qty at SAP | Qty Difference | $$ | Date Received | 20-Day 12/12-12/31 | SAP Need Qty | $$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SA5209 P05 | 105988 | 2281937 | $4.175 | 751 | 751 | 0 | $3,135.43 | 12/29/08 | Yes | 604 | $2,521.70 |
| SL78862 P10 | 105926 | 2281960 | $17.338 | 474 | 474 | 0 | $8,218.21 | 12/19/08 | Yes | 0 | $0.00 |
| SL78862 P10 | 105926 | 2281941 | $17.338 | 150 | 150 | 0 | $2,600.70 | 12/29/08 | Yes | 0 | $0.00 |
| SA630678 P05 | 106221 | 2281942 | $6.534 | 500 | 480 | (20) | $3,136.32 | 12/29/08 | Yes | 480 | $3,136.32 |
| SA4707 P15 | 105533 | 2281936 | $9.760 | 501 | 501 | 0 | $4,889.76 | 12/29/08 | Yes | 141 | $1,376.16 |
| SA5004 P05 | 106190 | 2281939 | $11.084 | 140 | 140 | 0 | $1,551.76 | 12/29/08 | Yes | 0 | $0.00 |
| SL74241A | 105990 | 2281940 | $10.153 | 1863 | 1863 | 0 | $18,915.04 | 12/29/08 | Yes | 1863 | $18,915.04 |
| SL73998A | 105925 | 2281943 | $5.333 | 707 | 707 | 0 | $3,770.43 | 12/29/08 | Yes | 707 | $3,770.43 |
| SA4003 P15 | 105987 | 2281938 | $14.047 | 890 | 890 | 0 | $12,501.83 | 12/29/08 | Yes | 640 | $8,990.08 |
| SL74673A | 105798 | 2281871 | $8.329 | 3200 | 2512 | (688) | $20,922.45 | 12/05/08 | No | 1280 | $10,661.12 |
| SA646288 | 105369 | CC933246 | $14.500 | 2808 | 2808 | 0 | $40,716.00 | 12/29/08 | Yes | 1760 | $25,520.00 |
| SA530658 | 105369 | CC932869 | $2.150 | 4500 | 4481 | (19) | $9,634.15 | 12/01/08 | No | 3600 | $7,740.00 |
| SL13884A | 105681 | 7209050 | $70.449 | 795 | 795 | 0 | $56,006.96 | 12/03/08 | No | 795 | $56,006.96 |
| SL13884A M10 | 105681 | 7209050 | $70.449 | 255 | 237 | (18) | $16,696.41 | 12/03/08 | No | 61 | $4,297.39 |
| SA634503 M10 | 105721 | 7209050 | $13.140 | 471 | 469 | (2) | $6,162.66 | 12/03/08 | No | 469 | $6,162.66 |
| SL11575A | 105647 | 7209505 | $21.111 | 778 | 728 | (50) | $15,368.81 | 12/29/08 | Yes | 204 | $4,306.64 |
| SL11575A M03 | 105647 | 7209505 | $21.111 | 257 | 257 | 0 | $5,425.53 | 12/29/08 | Yes | 0 | $0.00 |
| SA630464 M10 | 105822 | 7209273 | $15.350 | 572 | 572 | 0 | $8,780.20 | 12/09/08 | No | 0 | $0.00 |
| SL74309A | 105824 | 7209273 | $9.781 | 532 | 532 | 0 | $5,203.49 | 12/09/08 | No | 532 | $5,203.49 |
| SL74309A M03 | 105824 | 7209273 | $9.781 | 533 | 533 | 0 | $5,213.27 | 12/09/08 | No | 432 | $4,225.39 |
| SL11020 | 105744 | 7209190 | $12.926 | 805 | 692 | (113) | $8,944.79 | 12/05/08 | No | 488 | $6,307.89 |
| SL11020 M06 | 105744 | 7209190 | $12.926 | 271 | 271 | 0 | $3,502.95 | 12/05/08 | No | 204 | $2,636.90 |
| SL11020 | 105820 | 7209190 | $12.926 | 304 | 304 | 0 | $3,929.50 | 12/05/08 | No | 304 | $3,929.50 |
| SL11020 M03 | 105820 | 7209190 | $12.926 | 510 | 510 | 0 | $6,592.26 | 12/05/08 | No | 306 | $3,955.36 |
| SL11020 M06 | 105820 | 7209190 | $12.926 | 271 | 271 | 0 | $3,502.95 | 12/05/08 | No | 0 | $0.00 |
| SL13521A | 105823 | 7209190 | $5.917 | 1503 | 1503 | 0 | $8,893.25 | 12/05/08 | No | 1503 | $8,893.25 |
| SL13521A M03 | 105823 | 7209190 | $5.917 | 540 | 540 | 0 | $3,195.18 | 12/05/08 | No | 135 | $798.80 |
| | | | | | | | **$287,410.28** | | | | **$189,355.08** |