BTXN 146 (rev. 03/03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No.: 08-36705-BJH-11 |
| | § | |
| Superior Air Parts, Inc. | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

# MOTION FOR SETTING AND
# REQUEST FOR EXPEDITED HEARING

1. Superior Air Parts, Inc. hereby requests that a hearing be set on the Unopposed Motion for Extension of Time to Assume or Reject Unexpired Lease of Non-Residential Real Property not later than April 24, 2009. Hearing by such date is necessary because the 120-day period provided for in 11 U.S.C. 365 (d)(4), in which Debtor may assume or reject the lease, expries on April 30, 2009, whereupon the lease is deemed rejected. .
2. Notice of proposed expedited hearing will be provided to the Landlord, Texas Dugan Limited Partnership, the U.S. Trustee, the Official Committee of Unsecured Creditors, and all parties requesting notice in this case. by Superior Air Parts, Inc.. This notice will be sufficient because notice will be given to all parties to whom notice is required..
3. A hearing was not requested earlier because Debtor was previously on track to sell all assets under an approved bidding procedure. On February 24 and 25, 2009, the Debtor conducted an auction of its assets, but the end result was that the Debtor did not receive any offer that was acceptable to the Debtor and the Committee. The Debtor is currently operating in the ordinary course of business while a plan of reorganization is formulated.

　　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Duane J. Brescia

　　　　　　　　　　　　　　　　　　　　　　　　　　Duane J. Brescia
　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for
　　　　　　　　　　　　　　　　　　　　　　　　　　Superior Air Parts, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　April 14, 2009

# CERTIFICATE OF CONFERENCE

Counsel for Debtor has conferred with Texas Dugan Limited Partnership and counsel for the Official Committee of Unsecured Creditors, who do not oppose the Motion or the request for expedited hearing.