Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE** | § | Chapter 11 |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | Case No. 08-36705 |
| | § | |
| **Debtor.** | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion for Setting and Request for Expedited Hearing (docket no. 176) was served upon the attached service list, as indicated, on April 15, 2009.

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600
Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for the Debtor**

Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany
Fax: 011-49-89-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

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291
Fax: 712-243-1553

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal
91 CEP 13460-000
Fax: 011-55-19-3466-9814

Airsure Limited
15301 Spectrum Drive, #500
Addison, TX  75001
Fax: 214-705-6262

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967
Fax: 251-625-2241

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011
Fax: 636-394-3736

Crane Cams
530 Fentress Blvd
Daytona Beach, FL  32114
Fax: 386-947-5109

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX  75227
Fax: 214-388-0619

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA  91502
Fax: 818-846-0003

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686
Fax: 864-843-5479

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305
Fax: 330-630-2075

Gerhardt Gear
133 East Santa Anita
Burbank CA  91502-1926
Fax: 818-842-1458

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601
Fax: 256-353-2197

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL  60044
Fax: 847-473-1306

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431
Fax: 603-355-2266

Chester Salomon
Stevens & Lee
485 Madison Ave., 20th Floor
New York, NY 10022
Fax: 212-319-8505

AOPA Pilot
PO Box 973
Frederick, MD  21701
Thomas.haines@aopa.org
Steve@ellsaviation.com

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH  43724-9779
Fax: 740-732-2520

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX  75050-1222
Fax: 972-623-0404

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor
PO Box 9478
Coppell, TX 75019
Fax: 972-304-3571

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114
Fax: 214-413-5028

Deirdre B. Ruckman
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX  75201
Fax:  214.999.3963

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202
214-653-7887

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany
Fax: 011-49-40-899-5610

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196
Fax: 817-884-2793

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002
Fax: 860-242-3159

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390
Fax: 248-624-0512

Lynden International
1800 International Blvd. #800
Seattle, WA 98188
Fax: 206-777-7330

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531
mpercario@combustech.com

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456
Fax: 011-49-230-27-08-28

Neil J. Orleans
Goins, Underkolfer, et al, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270
Fax: 214-969-5902

Laurie A. Spindler
Linebarger Goggan et al, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201
Fax: (469) 221-5002

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204
Fax: 214-954-9701

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO 80124
Fax: 303-566-1010

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl 33458
Fax: 561-575-0795

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002
Fax: 860-242-3159

Mary Frances Durham
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
Fax: 214-767-8971

William G. Burd/Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131
Fax: 305-376-8841

BILLY G. LEONARD, JR.
1650 W. Virginia Street, Suite 211
Fax (469) 442-0135

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB   T2P 3V4
Fax:  403-262-0007

Gordon J. Toering
**WARNER NORCROSS & JUDD LLP**
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Fax: (616) 222-2185

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093
Fax: 972-964-0120

LARRY K. HERCULES
1400 Preston Road, Suite 280
Plano, Texas 75093
FAX: 972-964-0120

Werner Wilhelm Albus/Valeria de Freitas Mesquita
KSPG Automotive Brazil LTDA
Rodovia Arnaldo Julio Mauerbert,
 n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil
Caixa Postal 91

Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614
Fax: 949-353-3141

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124
Fax: 303-566-1010

David W. Parham,
Elliot Schuler & A.Swick
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX  75201
Fax: (214) 651-4330

Kevin H. Good
Conner & Winters LLP
1700 Pacific Avenue, Suite 2250
Dallas, Texas 75201
Fax (214) 217-8861

Howard A. Borg
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882
Fax: 817.978.6351

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA  70808
FAX: None provided

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911
Fax:  920-739-3027

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX  75201
Attys for Theilert GMBH
Fax: 214-237-4340

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967
Fax: 920-682-9298

Stefano Gazzola
Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivrea, Italy
Fax: 39 0125 615581

Susan B. Hersh
12770 Coit Rd. Ste. 1100
Dallas, TX  75251
Fax: 972-503-7077

Ava Strout
Texas Dugan Limited Partnership
14241 N. Dallas Parkway, Ste 1000
Dallas, TX 75254
Fax: (972) 361-6800