Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany
Fax: 011-49-89-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

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291
Fax: 712-243-1553

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal
91 CEP 13460-000
Fax: 011-55-19-3466-9814

Airsure Limited
15301 Spectrum Drive, #500
Addison, TX  75001
Fax: 214-705-6262

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967
Fax: 251-625-2241

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011
Fax: 636-394-3736

Crane Cams
530 Fentress Blvd
Daytona Beach, FL  32114
Fax: 386-947-5109

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX  75227
Fax: 214-388-0619

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA  91502
Fax: 818-846-0003

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686
Fax: 864-843-5479

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305
Fax: 330-630-2075

Gerhardt Gear
133 East Santa Anita
Burbank CA  91502-1926
Fax: 818-842-1458

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601
Fax: 256-353-2197

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL  60044
Fax: 847-473-1306

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431
Fax: 603-355-2266

Chester Salomon
Stevens & Lee
485 Madison Ave., 20th Floor
New York, NY 10022
Fax: 212-319-8505

AOPA Pilot
PO Box 973
Frederick, MD  21701
Thomas.haines@aopa.org
Steve@ellsaviation.com

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH  43724-9779
Fax: 740-732-2520

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX  75050-1222
Fax: 972-623-0404

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor
PO Box 9478
Coppell, TX 75019
Fax: 972-304-3571

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114
Fax: 214-413-5028

Deirdre B. Ruckman
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX  75201
Fax:  214.999.3963

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202
214-653-7887

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany
Fax: 011-49-40-899-5610

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196
Fax: 817-884-2793

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002
Fax: 860-242-3159

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390
Fax: 248-624-0512

Lynden International
1800 International Blvd. #800
Seattle, WA 98188
Fax: 206-777-7330

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531
mpercario@combustech.com

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456
Fax: 011-49-230-27-08-28

Neil J. Orleans
Goins, Underkolfer, et al, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270
Fax: 214-969-5902

Laurie A. Spindler
Linebarger Goggan et al, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201
Fax: (469) 221-5002

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204
Fax: 214-954-9701

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO 80124
Fax: 303-566-1010

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl 33458
Fax: 561-575-0795

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002
Fax: 860-242-3159

Mary Frances Durham
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
Fax: 214-767-8971

William G. Burd/Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131
Fax: 305-376-8841

BILLY G. LEONARD, JR.
1650 W. Virginia Street, Suite 211
Fax (469) 442-0135

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB   T2P 3V4
Fax: 403-262-0007

Gordon J. Toering
**WARNER NORCROSS & JUDD LLP**
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Fax: (616) 222-2185

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093
Fax: 972-964-0120

LARRY K. HERCULES
1400 Preston Road, Suite 280
Plano, Texas 75093
FAX: 972-964-0120

Werner Wilhelm Albus/Valeria de Freitas
Mesquita
KSPG Automotive Brazil LTDA
Rodovia Arnaldo Julio Mauerbert,
 n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil
Caixa Postal 91

Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614
Fax: 949-353-3141

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124
Fax: 303-566-1010

David W. Parham,
Elliot Schuler & A.Swick
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201
Fax: (214) 651-4330

Kevin H. Good
Conner & Winters LLP
1700 Pacific Avenue, Suite 2250
Dallas, Texas 75201
Fax (214) 217-8861

Howard A. Borg
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882
Fax: 817.978.6351

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808
FAX: None provided

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911
Fax: 920-739-3027

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX 75201
Attys for Theilert GMBH
Fax: 214-237-4340

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967
Fax: 920-682-9298

Stefano Gazzola
Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivrea, Italy
Fax: 39 0125 615581

Susan B. Hersh
12770 Coit Rd. Ste. 1100
Dallas, TX 75251
Fax: 972-503-7077

Ava Strout
Texas Dugan Limited Partnership
14241 N. Dallas Parkway, Ste 1000
Dallas, TX 75254
Fax: (972) 361-6800