Morton A. Rudberg
Texas Bar No. 17368000
6440 N. Central Expwy. Suite 516
Dallas, Texas 75206
Telephone (214) 696-2900
Facsimile 214) 696-2984

Michelle E. Shriro
State Bar No. 18310900
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Telephone (972) 380-5533
Facsimile (972) 380-5748
COUNSEL FOR ROXANNE CHERRY, ET AL AND TOBY DESCH

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | Hearing Date: April 27, 2009 |
| Debtor | § | Time: 9:00 a.m. |

**EXHIBIT LIST IN SUPPORT OF MOTION FOR RELIEF FROM
THE AUTOMATIC STAY AS TO THE ROXANNE CHERRY, ET AL
AND THE CHERRY/DESCH LAWSUITS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Roxanne Cherry, Administrator of the Estate of Christopher Desch, Deceased and Toby Desch, (the "Cherry/Desch Plaintiffs") submit their Exhibit List in Support of their Motion for Relief from the Automatic Stay as to the Roxanne Cherry, et al and Cherry Desch lawsuits, as follows:

Exhibits:

    1.    Complaint filed September 22, 2008 in Case No. CL08004429-00 pending in the Circuit Court of the City of Richmond, VA, John Marshall Courts Building, In

Re: Roxanne Cherry, Administrator of the Estate of Christopher Desch, Deceased v Lycoming Engines et al.

2. Complaint filed December 9, 2008 in Cause No. 01765 pending in the United States District Court for the Eastern District of Pennsylvania, In Re: Roxanne Cherry, Administrator of the Estate of Christopher Desch, Deceased and Toby Desch v Lycoming Engines et al.

3. Company Insurance Policy No. 501/MU06AQJ1 issued to Superior Air Parts, Inc. and others for the period of August 1, 2006 – July 1, 2007.

4. The Cherry/Desch Plaintiffs reserve the right to use any exhibit that Debtor introduces into evidence.

Respectfully submitted,

Morton A. Rudberg
Texas Bar No. 17368000
6440 N. Central Expwy. Suite 516
Dallas, Texas 75206
Tel. (214) 696-2900
Fax (214) 696-2984

— and —

SINGER & LEVICK, P.C.

By      /s/Michelle E. Shriro
Michelle E. Shriro
State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, TX 75001-5350
Tel. (972) 380-5533
Fax (972) 380-5748
mshriro@singerlevick.com

ATTORNEYS FOR ROXANNE CHERRY, ET AL
AND TOBY DESCH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties that are registered or otherwise entitled to receive electronic notices via electronic notification pursuant to the ECF procedures in this District on this 22nd day of April, 2009.

    /s/Michelle E. Shriro
Michelle E. Shriro