STEPHEN A. ROBERTS
STATE BAR NO. 01701920
DUANE J. BRESCIA
STATE BAR NO. 24025265
STRASBURGER & PRICE, LLP
600 CONGRESS AVE., SUITE 1600
AUSTIN, TEXAS 78701-2974
(512) 499-3600
(512) 499-3660 Fax

ROBERT P. FRANKE
STATE BAR NO. 07371200
STRASBURGER & PRICE, L.L.P.
901 MAIN STREET, SUITE 4400
DALLAS, TX 75202
214-651-4300 – TELEPHONE
214-651-4330 – FACSIMILE

ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-36705-BJH |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | Hearing Date: April 27, 2009 |
| | § | Time: 9:00 a.m. |

**SUPERIOR AIR PARTS, INC.'S WITNESS AND EXHIBIT LIST FOR**
**HEARING ON ROXANNE CHERRY, ET AL AND TOBY DESCH'S MOTION FOR**
<u>**RELIEF FROM THE AUTOMATIC STAY**</u>

**TO:   THE HONORABLE BARBARA J. HOUSER**
**UNITED STATES BANKRUPTCY JUDGE:**

Superior Air Parts, Inc. ("Debtor" or "Superior") files its Witness and Exhibit List in connection with the hearing on Roxanne Cherry, et al and Toby Desch's Motion for Relief from the Automatic Stay set for April 27, 2009 at 9:00 a.m.

**I.**
<u>**WITNESSES**</u>

Debtor may call the following witnesses:

1.   Kent Abercrombie, President and CEO of Superior Air Parts, Inc.;

2.   Any witnesses designated by any other party appearing in this action; and

3. Rebuttal witnesses, as needed.

## II.
## EXHIBITS

Debtor may offer into evidence or ask for judicial notice in the hearings any of the following exhibits:

1. Company Insurance Policy No. 501/MU06AQJ1 issued to Superior Air Parts, Inc. and others for the period of August 1, 2006 - July 31, 2007;

2. Certain London Market Insurers' Proof of Claim filed on February 17, 2009;

3. 12/31/08 – Debtor's Schedules of Assets and Liabilities;

4. 12/31/08 – Debtor's Statement of Financial Affairs; and

5. Rebuttal exhibits, as necessary.

Respectfully submitted,

*/s/ Robert P. Franke*
STEPHEN A. ROBERTS
STATE BAR NO. 01701920
DUANE J. BRESCIA
STATE BAR NO. 24025265
**STRASBURGER & PRICE, LLP**
600 CONGRESS AVE., SUITE 1600
AUSTIN, TEXAS 78701-2974
(512) 499-3600
(512) 499-3660 Fax

ROBERT P. FRANKE
STATE BAR NO. 07371200
**STRASBURGER & PRICE, LLP**
901 MAIN STREET, SUITE 4400
DALLAS, TEXAS 75202
(214) 651-4300
(214) 651-4330 Fax

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served upon all parties that are registered or otherwise entitled to receive electronic notices via electronic notification pursuant to the ECF procedures in this District on this 22nd day of April, 2009.

*/s/ Robert P. Franke*
_____
Robert P. Franke