|  |  |
|---|---|
| CASE NAME: Superior Air Parts, Inc. | Monthly Operating Report |
| CASE NUMBER: 08-36705-BJH-11 | ACCRUAL BASIS |
| JUDGE: | 02/13/95, RWD, 2/96, RWD, 7/99 |

UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Texas

Dallas DIVISION

MONTHLY OPERATING REPORT

MONTH ENDING: March, 2009

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY — President / TITLE

Kent Abercrombie
PRINTED NAME OF RESPONSIBLE PARTY — 4-20-09 / DATE

PREPARER:

ORIGINAL SIGNATURE OF PREPARER — President / TITLE

Kent Abercrombie
PRINTED NAME OF PREPARER — 4-20-09 / DATE

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-1

## COMPARATIVE BALANCE SHEET

| | | | SCHEDULE AMOUNT | MONTH 1/31/2009 | MONTH 2/28/2009 | MONTH 3/31/2009 |
|---|---|---|---|---|---|---|
| | | ASSETS | | | | |
| | 1. | UNRESTRICTED CASH | 412,357 | 1,113,948 | 2,186,122 | 3,082,131 |
| | 2. | RESTRICTED CASH | 0 | 291,195 | 269,590 | 0 |
| | 3. | TOTAL CASH | 412,357 | 1,405,143 | 2,455,712 | 3,082,131 |
| a. | 4. | ACCOUNTS RECEIVABLE (NET) | 5,392,055 | 6,187,448 | 6,349,521 | 5,263,623 |
| b. | 5. | INVENTORY | 11,158,744 | 9,924,648 | 8,726,576 | 8,271,058 |
| | 6. | NOTES RECEIVABLE | 0 | 0 | 0 | 0 |
| | 7. | PREPAID EXPENSES | 85,107 | 323,822 | 604,025 | 451,762 |
| | 8. | OTHER (ATTACH LIST) | 13,385 | 0 | 0 | 0 |
| | 9. | TOTAL CURRENT ASSETS | 16,649,291 | 16,435,918 | 15,680,121 | 13,986,443 |
| c. | 10. | PROPERTY, PLANT, & EQUIPMENT | 1,062,565 | 6,491,589 | 6,491,589 | 6,491,589 |
| c. | 11. | LESS: ACCUMULATED DEPRECIATION/DEPLETION | 0 | 5,193,136 | 5,243,269 | 5,292,655 |
| | 12. | NET PROPERTY, PLANT & EQUIPMENT | 1,062,565 | 1,298,453 | 1,248,320 | 1,198,935 |
| | 13. | DUE FROM INSIDERS | 0 | 0 | 0 | 0 |
| | 14. | OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | 0 | 1,194,515 | 1,168,317 | 1,142,118 |
| | 15. | OTHER (ATTACH LIST) | 15,471 | 0 | 0 | 0 |
| | 16. | TOTAL ASSETS | 18,139,684 | 20,334,029 | 20,552,470 | 19,409,627 |
| | | POSTPETITION LIABILITIES | | | | |
| | 17. | ACOCUNTS PAYABLE | | 456,820 | 849,098 | 381,647 |
| | 18. | TAXES PAYABLE | | 301,804 | 312,722 | 345,478 |
| d. | 19. | NOTES PAYABLE | | 51,555 | 96,667 | 146,611 |
| | 20. | PROFESSIONAL FEES | | 133,731 | 457,490 | 321,779 |
| | 21. | SECURED DEBT | | | | |
| | 22. | OTHER (ATTACH LIST) | | 33,764 | 61,346 | 124,125 |
| | 23. | TOTAL POSTPETITION LIABILITIES | 0 | 977,674 | 1,777,322 | 1,319,641 |
| | | PREPETITION LIABILITIES | | | | |
| | 24. | SECURED DEBT | 10,291,701 | 10,146,611 | 10,146,611 | 10,146,611 |
| | 25. | PRIORITY DEBT | 74,641 | 0 | 0 | 0 |
| | 26. | UNSECURED DEBT | 16,897,517 | 16,949,094 | 16,806,899 | 16,866,817 |
| | 27. | OTHER (ATTACH LIST) | 0 | 3,310,194 | 3,310,194 | 3,310,194 |
| | 28. | TOTAL PREPETITION LIABILITIES | 27,263,859 | 30,405,899 | 30,263,704 | 30,323,622 |
| | 29. | TOTAL LIABILITIES | 27,263,859 | 31,383,573 | 32,041,026 | 31,643,263 |
| | | EQUITY | | | | |
| e. | 30. | PREPETITION OWNERS' EQUITY | | (11,010,850) | (11,010,850) | (11,010,850) |
| | 31. | POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | (38,692) | (477,705) | (1,222,785) |
| | 32. | DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | | 0 | |
| | 33. | TOTAL EQUITY | 0 | (11,049,542) | (11,488,555) | (12,233,635) |
| | 34. | TOTAL LIABILITIES & OWNERS EQUITY | 27,263,859 | 20,334,031 | 20,552,471 | 19,409,628 |

Accrual Basis - 1 Attachment

14. Other Assts
    PMAs    1,123,941
    Engine Manuals    18,177
        1,142,118

22. Other
    Accrued Payroll    (15,711)
    Accrued Profit Sharing    3,492
    401(K) Contribution Payable    1,670
    401(K) Employer Match    1,907
    Accrued Insurance - SIR    (135,000)
    Accrued Scrap    10,000
    Piston Warranty    (4,619)
    Accrued Advertising    14,428
    Deferred Core Profit    (85)
    Deferred Core Profit - Contra    (207)
        (124,125)

27. Other
    Accrued Payroll    (11,783)
    Accrued Vacation Pay    (57,237)
    Accrued Profit Sharing    (3,878)
    401(K) Contribution Payable    (5,997)
    401(K) Employer Match    (3,215)
    Accrued Bonuses    -
    Accrued Insurance - SIR    (1,855,797)
    Accrued Scrap    (10,000)
    Piston Warranty    (876,390)
    Mil Engine Warranty    (227,209)
    520 Cylinder Reserve    (207,177)
    Accrued Advertising    (14,428)
    Deferred Core Profit    (121,228)
    Deferred Core Profit - Contra    124,526
    Sales Ret & Allow Reserve    (40,382)
        (3,310,194)

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-2

## INCOME STATEMENT

| | | MONTH 1/31/2009 | MONTH 2/28/2009 | MONTH 3/31/2009 | QUARTER TOTAL |
|---|---|---|---|---|---|
| **REVENUES** | | | | | |
| 1. | GROSS REVENUES | 1,995,305 | 1,595,967 | 607,426 | 4,198,698 |
| 2. | LESS: RETURNS & DISCOUNTS | 90,642 | 27,340 | 15,714 | 133,696 |
| 3. | NET REVENUE | 1,904,663 | 1,568,627 | 591,712 | 4,065,001 |
| **COST OF GOODS SOLD** | | | | | |
| 4. | MATERIAL | 1,225,954 | 1,196,428 | 509,074 | 2,931,456 |
| 5. | DIRECT LABOR | 0 | 0 | 0 | 0 |
| 6. | DIRECT OVERHEAD | 0 | 0 | 0 | 0 |
| 7. | TOTAL COST OF GOODS SOLD | 1,225,954 | 1,196,428 | 509,074 | 2,931,456 |
| 8. | GROSS PROFIT | 678,709 | 372,198 | 82,638 | 1,133,545 |
| **OPERATING EXPENSES** | | | | | |
| 9. | OFFICER/INSIDER COMPENSATION | 11,000 | 10,000 | 11,000 | 32,000 |
| 10. | SELLING & MARKETING | 7,315 | 5,766 | 500 | 13,581 |
| 11. | GENERAL & ADMINISTRATIVE | 483,845 | 636,724 | 645,743 | 1,766,312 |
| 12. | RENT & LEASE | 33,936 | 35,612 | 43,279 | 112,827 |
| 13. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 14. | TOTAL OPERATING EXPENSES | 536,096 | 688,102 | 700,522 | 1,924,720 |
| 15. | INCOME BEFORE NON-OPERATING INCOME & EXPENSE | 142,613 | (315,904) | (617,884) | (791,175) |
| **OTHER INCOME & EXPENSES** | | | | | |
| 16. | NON-OPERATING INCOME (ATT. LIST) | 0 | 0 | 0 | 0 |
| 17. | NON-OPERATING EXPENSE (ATT. LIST) | 0 | 0 | 0 | 0 |
| 18. | INTEREST EXPENSE | 49,944 | 45,111 | 49,944 | 145,000 |
| 19. | DEPRECIATION/DEPLETION | 50,350 | 50,133 | 49,385 | 149,869 |
| 20. | AMORTIZATION | 26,198 | 26,198 | 26,198 | 78,595 |
| 21. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 22. | NET OTHER INCOME & EXPENSES | 126,492 | 121,443 | 125,528 | 373,463 |
| **REORGANIZATION EXPENSES** | | | | | |
| 23. | PROFESSIONAL FEES | 0 | 0 | 0 | 0 |
| 24. | U.S. TRUSTEE FEES | 325 | 0 | 0 | 325 |
| 25. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 26. | TOTAL REORGANIZATION EXPENSES | 325 | 0 | 0 | 325 |
| 27. | INCOME TAX | 1,667 | 1,667 | 1,667 | 5,001 |
| 28. | NET PROFIT (LOSS) | 14,129 | (439,014) | (745,079) | (1,169,964) |

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-3

## INCOME STATEMENT

| CASH RECEIPTS AND DISBURSEMENTS | | MONTH 1/31/2009 | MONTH 2/28/2009 | MONTH 3/31/2009 | QUARTER TOTAL |
|---|---|---|---|---|---|
| 1. | CASH - BEGINNING OF MONTH | 489,772 | 1,112,776 | 2,184,950 | 3,787,498 |
| **RECEIPTS FROM OPERATIONS** | | | | | |
| 2. | CASH SALES | 0 | 0 | 0 | 0 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | | |
| 3. | PREPETITION | 0 | | | 0 |
| 4. | POSTPETITION | 927,778 | 1,359,115 | 1,666,224 | 3,953,117 |
| 5. | TOTAL OPERATING RECEIPTS | 927,778 | 1,359,115 | 1,666,224 | 3,953,117 |
| **NON-OPERATING RECEIPTS** | | | | | |
| 6. | LOANS & ADVANCES (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 7. | SALE OF ASSETS | 0 | 0 | 0 | 0 |
| 8. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 9. | TOTAL NON-OPERATING RECEIPTS | 0 | 0 | 0 | 0 |
| 10. | TOTAL RECEIPTS | 927,778 | 1,359,115 | 1,666,224 | 3,953,117 |
| 11. | TOTAL CASH AVAILABLE | 1,417,550 | 2,471,891 | 3,851,174 | 7,740,616 |
| **OPERATING DISBURSEMENTS** | | | | | |
| 12. | NET PAYROLL | 72,395 | 58,092 | 57,592 | 188,079 |
| 13. | PAYROLL TAXES PAID | 55,858 | 23,778 | 22,675 | 102,311 |
| 14. | SALES, USE, & OTHER TAXES PAID | 106,358 | 39,456 | 0 | 145,814 |
| 15. | SECURED/RENTAL/LEASES | 34,865 | 48,503 | 19,068 | 102,435 |
| 16. | UTILITIES | 0 | 1,170 | 1,639 | 2,810 |
| 17. | INSURANCE | 6,270 | 55,374 | 437,858 | 499,502 |
| 18. | INVENTORY PURCHASES | 0 | 250 | 92,711 | 92,961 |
| 19. | VEHICLE EXPENSES | 0 | 0 | 0 | 0 |
| 20. | TRAVEL | 0 | 0 | 0 | 0 |
| 21. | ENTERTAINMENT | 0 | 0 | 0 | 0 |
| 22. | REPAIRS & MAINTENANCE | 0 | 5,059 | 5,844 | 10,904 |
| 23. | SUPPLIES | 0 | 2,822 | 7,165 | 9,988 |
| 24. | ADVERTISING | 0 | 4,556 | 0 | 4,556 |
| 25. | OTHER (ATTACH LIST) | 29,028 | 47,555 | 125,663 | 202,246 |
| 26. | TOTAL OPERATING DISBURSEMENTS | 304,774 | 286,616 | 770,215 | 1,361,605 |
| **REORGANIZATION EXPENSES** | | | | | |
| 27. | PROFESSIONAL FEES | 0 | 0 | 0 | 0 |
| 28. | U.S. TRUSTEE FEES | 0 | 325 | 0 | 325 |
| 29. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 30. | TOTAL REORGANIZATION EXPENSES | 0 | 325 | 0 | 325 |
| 31. | TOTAL DISBURSEMENTS | 304,774 | 286,941 | 770,215 | 1,361,930 |
| 32. | NET CASH FLOW | 623,004 | 1,072,174 | 896,009 | 2,591,187 |
| 33. | CASH - END OF MONTH | 1,112,776 | 2,184,950 | 3,080,959 | 6,378,686 |

Accrual Basis - 3 Attachment

25. Other

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-4

| | ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH 1/31/2009 | MONTH 2/28/2009 | MONTH 3/31/2009 |
|---|---|---|---|---|---|
| 1. | 0-30 | 1,746,699 | 2,356,272 | 2,386,483 | 1,223,651 |
| 2. | 31-60 | 129,130 | 405,439 | 357,409 | 189,205 |
| 3. | 61-90 | 48,258 | 72,248 | 305,862 | 314,018 |
| 4. | 91+ | 3,467,968 | 3,523,074 | 3,541,859 | 3,802,146 |
| 5. | TOTAL ACCOUNTS RECEIVABLE | 5,392,055 | 6,357,033 | 6,591,614 | 5,529,020 |
| f. 6. | AMOUNT CONSIDERED UNCOLLECTIBLE | 0 | 4,096,264 | 4,154,909 | 3,889,260 |
| 7. | ACCOUNTS RECEIVABLE (NET) | 5,392,055 | 2,260,769 | 2,436,705 | 1,639,760 |

AGING OF POSTPETITION TAXES AND PAYABLES

| | TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
|---|---|---|---|---|---|---|
| 1. | FEDERAL | | | | | 0 |
| 2. | STATE | | | | | 0 |
| 3. | LOCAL | | | | | 0 |
| 4. | OTHER (ATTACH LIST) | | | | | 0 |
| 5. | TOTAL TAXES PAYABLE | | | | | 0 |
| 6. | ACCOUNTS PAYABLE | 385,396 | (305) | (1,564) | (1,880) | 381,647 |

STATUS OF POSTPETITION TAXES

| | FEDERAL | BEGINNING TAX LIABILITY* | AMOUNT WITHHELD AND OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|---|
| 1. | WITHHOLDING** | 0 | 9,659 | 9,659 | 0 |
| 2. | FICA - EMPLOYEE** | 0 | 4,851 | 4,851 | 0 |
| 3. | FICA - EMPLOYER** | 0 | 4,851 | 4,851 | 0 |
| 4. | UNEMPLOYMENT | 0 | 43 | 43 | 0 |
| 5. | INCOME | 0 | 0 | 0 | 0 |
| 6. | OTHER (ATTACH LIST) | 0 | 2,269 | 2,269 | 0 |
| 7. | TOTAL FEDERAL TAXES | 0 | 21,674 | 21,674 | 0 |
| | STATE AND LOCAL | | | | |
| 8. | WITHHOLDING | 0 | 0 | 0 | 0 |
| 9. | SALES | 2,656 | 1,089 | 0 | 3,745 |
| 10. | EXCISE | 0 | 0 | 0 | 0 |
| 11. | UNEMPLOYMENT | 0 | 417 | 417 | 0 |
| 12. | REAL PROPERTY | 0 | 0 | 0 | 0 |
| 13. | PERSONAL PROPERTY | 0 | 0 | 0 | 0 |
| 14. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 15. | TOTAL STATE & LOCAL | 2,656 | 1,506 | 417 | 3,745 |
| 16. | TOTAL TAXES | 2,656 | 23,180 | 22,091 | 3,745 |

\* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.

\*\* Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.