| DEPARTMENT | HOURS | | | EARNINGS | | | | GROSS | STATUTORY DEDUCTIONS | | VOL DEDS. | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg / O/T | Hours 3 & 4 | | Reg / O/T | Earn 3 & 4 | | Earn 5 | | Federal | State/Local | | |
| * GRAND TOTAL * * | | | | | | | | NO. PAYS: 15 | NET CASH: | 29,116.47 | | |

**Hours 3,4 Analysis:**

| S | SICK | 15.71 | V | VAC | 32.00 |
|---|---|---|---|---|---|
| | | | | Total | 47.71 |

**Earnings 3,4,5 Analysis:**

| S | SICK | 271.25 | V | VAC | 170.32 |
|---|---|---|---|---|---|
| | | | | Total | 441.57 |

**Memo Analysis:**

| N- | K | 401MTC | 656.38 |
|---|---|---|---|
| | | Total | 656.38 |

**Deduction Analysis**

| A | COLPRE | 33.57 |
|---|---|---|
| B | COLPST | 31.87 |
| F | K LOAN | 193.30 |
| H | HLTH | 1,776.50 |
| J | TERMLF | 115.24 |
| K | 401K | 2,168.00 |
| W | CHK | 28,866.47 |
| X | CHK2 | 150.00 |
| Z | SAV2 | 100.00 |
| **Total** | | **33,434.95** |

**State Analysis:**

| | STATE TAX | STATE WAGES | FIT BY STATE |
|---|---|---|---|
| X | | | 4,759.60 |
| Total | | | 4,759.60 |

**Federal Taxable Analysis and Employer Unemployment Liability**

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 37,230.44 | | 4,759.60 |
| FUTA | 3,145.09 | .80 | 25.16 |
| Social Security-EE | 39,398.44 | 6.20 | 2,442.71 |
| Social Security-ER | 39,398.44 | 6.20 | 2,442.70 |
| Medicare-EE | 39,398.44 | 1.45 | 571.25 |
| Medicare-ER | 39,398.44 | 1.45 | 571.28 |

**State Taxable Analysis and Employer Unemployment Liability**

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| TX SUI | 7,144.19 | 4.1600 | 297.20 |
| Total | 7,144.19 | | 297.20 |

**Cafeteria 125 Deduction Analysis**

| A | - MED | 33.57 |
|---|---|---|
| H | - MED | 1,776.50 |
| **Total** | | **1,810.07** |

**Federal Deposit Liability**

| | | TOTAL LIABILITY |
|---|---|---|
| Federal Tax | | 4,759.60 |
| Earned Income Credit Advances | | |
| Social Security | | |
| EE Amount Withheld | 2,442.71 | |
| ER Taxable X  6.20% | 2,442.70 | |
| Total Social Security | | 4,885.41 |
| Medicare | | |
| EE Amount Withheld | 571.25 | |
| ER Taxable X  1.45% | 571.28 | |
| Total Medicare | | 1,142.53 |
| Total | | 10,787.54 |

ALL CROSSFOOTS OK


1999, Automatic Data Processing, Inc.

| EM/DESCRIPTION | | JURISDICTION | TAXABLE | LIABILITY | FEDERAL INCOME TAX BY STATE |
|---|---|---|---|---|---|
| ET CASH    (NET MINUS VOIDS PLUS DEPOSITS) | | | | 29,116.47 | |
| EDERAL PAYROLL TAX | | | | | |
|   FEDERAL INCOME TAX | 4,759.60 | | 37,230.44 | | |
|   EARNED INCOME CREDIT ADVANCES | .00 | | | | |
|   SOCIAL SECURITY EMPLOYEE AMT WITHHELD | 2,442.71 | | | | |
|   SOC SEC ER TXBL          39,398.44  X     6.20 | 2,442.70 | | | | |
|   MEDICARE EMPLOYEE AMT WITHHELD | 571.25 | | | | |
|   MEDICARE ER TXBL         39,398.44  X     1.45 | 571.28 | | | | |
|   FEDERAL DEPOSIT LIABILITY | 10,787.54 | | | 10,787.54 | |
| JTA | | | 3,145.09  X   .80 | 25.16 | |
| TATE INCOME TAX ITHHELD | | TEXAS | .00 | .00 | 4,759.60 |
| MPLOYER SUI/SDI | | TEXAS | 7,144.19  X   4.1600% | 297.20 | |
| OMPANY RECAP | | | | 40,226.37 | 4,759.60 |

**ADP®  Payroll Summary Recap Report**    1996 Automatic Data Processing, Inc.

**SUPERIOR AIR PARTS**    Company Code:    PS7

Batch: **7803-062**    Period Ending : **03/08/2009**    Week  11
Pay Date : **03/13/2009**    Page   10

| EPARTMENT | HOURS | | EARNINGS | | | GROSS | STATUTORY DEDUCTIONS | | VOL DEDS. | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| | Reg / O/T | Hours 3 & 4 | Reg / O/T | Earn 3 & 4 | Earn 5 | | Federal | State/Local | | |
| * GRAND TOTAL * * | | | | | | NO. PAYS: | 15 | NET CASH: | 28,475.21 | |

**ours 3,4 Analysis:**

| S | SICK | 5.77 | V | VAC | 50.61 |
|---|---|---|---|---|---|
| | | | | Total | 56.38 |

**Earnings 3,4,5 Analysis:**

| S | SICK | 65.37 | V | VAC | 621.77 |
|---|---|---|---|---|---|
| | | | | Total | 687.14 |

**Memo Analysis:**

| N- | K | 401MTC | 651.87 |
|---|---|---|---|
| | | Total | 651.87 |

**Deduction Analysis**

| A | COLPRE | 33.57 |
|---|---|---|
| B | COLPST | 31.87 |
| F | K LOAN | 193.30 |
| H | HLTH | 1,776.50 |
| J | TERMLF | 115.24 |
| K | 401K | 2,158.19 |
| W | CHK | 28,225.21 |
| X | CHK2 | 150.00 |
| Z | SAV2 | 100.00 |
| Total | | 32,783.88 |

| :ate | STATE | STATE | FIT |
|---|---|---|---|
| nalysis: | TAX | WAGES | BY STATE |
| ;           | | | 4,899.70 |
| otal | | | 4,899.70 |

**ederal Taxable Analysis and**
**mployer Unemployment Liability**

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| deral | 36,686.98 | | 4,899.70 |
| JTA | 2,289.69 | .80 | 18.32 |
| cial Security-EE | 38,845.17 | 6.20 | 2,408.40 |
| cial Security-ER | 38,845.17 | 6.20 | 2,408.40 |
| edicare-EE | 38,845.17 | 1.45 | 563.26 |
| edicare-ER | 38,845.17 | 1.45 | 563.25 |

**State Taxable Analysis and**
**Employer Unemployment Liability**

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| TX SUI | 2,884.76 | 4.1600 | 120.01 |
| Total | 2,884.76 | | 120.01 |

**Cafeteria 125**
**Deduction Analysis**

| A | - MED | 33.57 |
|---|---|---|
| H | - MED | 1,776.50 |
| Total | | 1,810.07 |

**ederal**
**eposit Liability**

| | | TOTAL LIABILITY |
|---|---|---|
| deral Tax | | 4,899.70 |
| rned Income Credit Advances | | |
| cial Security | | |
| EE Amount Withheld | 2,408.40 | |
| ER Taxable X 6.20% | 2,408.40 | |
| Total Social Security | | 4,816.80 |
| edicare | | |
| EE Amount Withheld | 563.26 | |
| ER Taxable X 1.45% | 563.25 | |
| Total Medicare | | 1,126.51 |
| otal | | 10,843.01 |

ALL CROSSFOOTS OK

ADP® **Payroll Summary**    **SUPERIOR AIR PARTS**   Company Code:   **PS7**    Batch: **2206-062**   Period Ending : **03/22/2009**   Week **13**   Pay Date : **03/27/2009**   Page   9

999, Automatic Data Processing, Inc.

| EM/DESCRIPTION | | JURISDICTION | TAXABLE | | LIABILITY | FEDERAL INCOME TAX BY STATE |
|---|---|---|---|---|---|---|
| :T CASH      (NET MINUS VOIDS PLUS DEPOSITS) | | | | | 28,475.21 | |
| :DERAL PAYROLL TAX | | | | | | |
|   FEDERAL INCOME TAX | 4,899.70 | | 36,686.98 | | | |
|   EARNED INCOME CREDIT ADVANCES | .00 | | | | | |
|   SOCIAL SECURITY EMPLOYEE AMT WITHHELD | 2,408.40 | | | | | |
|   SOC SEC ER TXBL        38,845.17  X    6.20 | 2,408.40 | | | | | |
|   MEDICARE EMPLOYEE AMT WITHHELD | 563.26 | | | | | |
|   MEDICARE ER TXBL        38,845.17  X    1.45 | 563.25 | | | | | |
|   FEDERAL DEPOSIT LIABILITY | 10,843.01 | | | | 10,843.01 | |
| ITA | | | 2,289.69  X    .80 | | 18.32 | |
| ATE INCOME TAX THHELD | | TEXAS | .00 | | .00 | 4,899.70 |
| MPLOYER SUI/SDI | | TEXAS | 2,884.76  X    4.1600% | | 120.01 | |
| )MPANY RECAP | | | | | 39,456.55 | 4,899.70 |

Monthly Operating Report

CASE NAME:  SUPERIOR AIR PARTS, INC.

ACCRUAL BASIS-5

CASE NUMBER:  08-36705-BJH-11

The debtor in possession must complete the reconciliation below for each bank acocunt,
including all general, payroll, and tax accounts, as well as all savings and investment
accounts, money market accounts, certificates of deposit, governmental obligations, etc.
Accounts with restricted funds should be identified by placing an asterisk next to the
account number.  Attach additional sheets if necessary.

MONTH:_____

| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| A. | BANK:  JPMORGAN CHASE | JPM CHASE | JPM CHASE | JPM CHASE | |
| B. | ACCOUNT NUMBER: | 790437578 | 790438485 | 790438568 | TOTAL |
| C. | PURPOSE (TYPE): | Operating | Payroll | AVCO | |
| 1 | BALANCE PER BANK STATEMENT | 3,080,459 | 0 | 0 | 3,080,459 |
| 2 | ADD:  TOTAL DEPOSITS NOT CREDITED | 0 | 0 | 0 | 0 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | 0 | 0 | 0 | 0 |
| 4. | OTHER RECONCILING ITEMS | 0 | 0 | 0 | 0 |
| 5. | MONTH END BALANCE PER BOOKS | 3,080,459 | 0 | 0 | 3,080,459 |
| 6. | NUMBER OF LAST CHECK WRITTEN | 70175 | | Wires only | 70175 |

| INVESTMENT ACCOUNTS | | | | | |
|---|---|---|---|---|---|
| BANK, ACCOUNT NAME, & NUMBER | | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | TOTAL INVESTMENTS | | | 0 | 0 |

| CASH | | | |
|---|---|---|---|
| 12. | CURRENCY ON HAND | | 500 |
| 13. | TOTAL CASH - END OF MONTH | | 3,080,959 |

Monthly Operating Report

| CASE NAME:  SUPERIOR AIR PARTS, INC. | ACCRUAL BASIS-5 |
|---|---|
| CASE NUMBER:  08-36705-BJH-11 | |

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll, and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number.  Attach additional sheets if necessary.

MONTH: _____

| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| A. | BANK:  JPMORGAN CHASE | JPM CHASE | JPM CHASE | JPM CHASE | TOTAL |
| B. | ACCOUNT NUMBER: | 790438162 | 790438501 | | |
| C. | PURPOSE (TYPE): | AP | Section 125 | | |
| 1 | BALANCE PER BANK STATEMENT | 0 | 0 | 0 | 0 |
| 2 | ADD:  TOTAL DEPOSITS NOT CREDITED | 0 | 0 | 0 | 0 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | 0 | 0 | 0 | 0 |
| 4. | OTHER RECONCILING ITEMS | 0 | 0 | 0 | 0 |
| 5. | MONTH END BALANCE PER BOOKS | 0 | 0 | 0 | 0 |
| 6. | NUMBER OF LAST CHECK WRITTEN | | | | 0 |

| INVESTMENT ACCOUNTS | | | | | |
|---|---|---|---|---|---|
| BANK, ACCOUNT NAME, & NUMBER | | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | TOTAL INVESTMENTS | | | 0 | 0 |

| CASH | | | |
|---|---|---|---|
| 12. | CURRENCY ON HAND | | 0 |
| 13. | TOTAL CASH - END OF MONTH | | 0 |

Monthly Operating Report

| CASE NAME:  SUPERIOR AIR PARTS, INC. | ACCRUAL BASIS-6 |
|---|---|

CASE NUMBER:  08-36705-BJH-11

MONTH:_____

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID
TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE)
AND TO PRFESSIONALS.  ALSO, FOR PAYMENTS TO INSIDERS, INDENTIFY THE TYPE OF
COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE,
TRAVEL, CAR ALLOWANCE, ETC.).  ATTACH ADDITIONAL SHEETS IF NECESSARY

### INSIDERS

| | NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|---|
| 1. | Kent Abercrombie | Payroll | 11,000 | 32,000 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | TOTAL PAYMENTS TO INSIDERS | | | 32,000 |

### PROFESSIONALS

| | NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
|---|---|---|---|---|---|---|
| g. 1. | STRASBURGER | | | | | 401,159 |
| 2. | CORPORATE FINANCE PARTNERS | | | | | 0 |
| 3. | BAKER & MCKENZIE | | | | | 190,000 |
| 4. | LAIN FAULKNER | | | | | 56,401 |
| 5. | | | | | | |
| 6. | TOTAL PAYMENTS TO PROFESSIONALS | | 0 | 0 | 0 | 647,560 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED, AND UNAPPROVED

| POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS |
|---|

| | NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|---|
| 1. | TEXAS DUGAN | 34,387 | 3,197 | 0 |
| 2. | AICCO | 5,971 | 5,971 | (0) |
| 3. | GREAT AMERICAN LEASING | 734 | 734 | (0) |
| 4. | PRINT, INC. | 1,310 | 1,310 | 0 |
| 5. | ARAMARK | 240 | 0 | 240 |
| 6. | DALLAS RECYCLING | 238 | 238 | (0) |
| 7. | ERVIN LEASING | 301 | 603 | 0 |
| 8. | TYGRIS VENDOR | 5,339 | 5,339 | (0) |
| 9. | TOTAL | 48,520 | 17,393 | 239 |