# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: SUPERIOR AIR PARTS, INC. | § § § § | CHAPTER 11 |
| DEBTOR(S) | § | CASE NO.: 08-36705-11 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

    Now comes Coppell ISD, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. Coppell ISD filed its secured claim on or about January 9, 2009 in the amount of $70,408.62, which claim is designated as claim number 3-1 on the claims register. This claim is no longer owed by the Debtor(s). Therefore, Coppell ISD hereby withdraws its claim number 3-1.

## CERTIFICATE OF SERVICE

I hereby certify that on __24th__ day of April, 2009, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@Publicans.com

By: /s/ Laurie A. Spindler
Elizabeth Weller, Attorney
Texas Bar No. 00785514
Laurie A. Spindler, Attorney
Texas Bar No. 24028720
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900
Todd W. Deatherage
Texas Bar No. 05625400