BK NO. 08-36705-BJH-11
ADV. NO. _____

IN RE: Superior Air Parts, Inc.
**DEBTOR**

Henry W Bailey Jr; Carole Bailey, et al
**PLANTIFF / MOVANT**

M. Shriro
**ATTORNEY**

Mtn. for Relief from Stay (120)
**TYPE OF HEARING**

VS  Superior Air Parts, Inc.
**DEFENDANT / RESPONDENT**

B. Franke
**ATTORNEY**

**EXHIBITS**

Movant exhibits 1-3
(see enclosed exhibit list)

Debtor exhibits 1-6
(see exhibit list enclosed)

C. Medders
**REPORTED BY**

4/27/09
**HEARING DATE**

B.J.H.
**JUDGE PRESIDING**