IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE
### AND REQUEST FOR COPIES OF NOTICES

**PLEASE TAKE NOTICE** that Airsure Ltd., LLC ("Airsure"), a creditor and party in interest herein, hereby requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith now be given to and served upon:

Rosa R. Orenstein
**LOOPER, REED & McGRAW, P.C.**
4100 Thanksgiving Tower
1601 Elm Street
Dallas, TX  75201
Telephone:  (214) 954-4135
Facsimile: (214) 953-1332

This request encompasses all notices, copies and pleadings referred to in Section 1109(b) of Title 11 of the United States Code, or in Rule 2002, 3017 or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation notices of any plan, disclosure statement, orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise that effect or seek to effect the above-captioned proceeding.

---

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter to which the creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted on this the 29th day of April, 2009.

**LOOPER REED & McGRAW, P.C.**

By: /s/ Rosa R. Orenstein
Rosa R. Orenstein, Esq.
State Bar No. 17153200
1601 Elm Street, Suite 4100
Dallas, Texas 75201
Telephone: (214) 945-4135
Facsimile: (214) 953-1332

**ATTORNEYS FOR AIRSURE LTD., LLC**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for All Copies has been electronically filed in the case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system and forwarded via United States first class mail, postage prepaid to those parties in interest set forth on the attached mailing matrix on this the 29th day of April, 2009.

/s/ Rosa R. Orenstein
Rosa R. Orenstein