Stephen Roberts
Texas Bar No. 17019200
Robert  P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| | § | |
| **IN RE:** | § | **Case No. 08-36705** |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |

**DEBTOR'S MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING
ON DEBTOR'S MOTION TO EXTEND EXCLUSIVITY PERIOD**

1.      Superior Air Parts, Inc. ("Debtor"), as debtor-in-possession, hereby requests that a hearing be set on the Unopposed Motion to Extend Exclusivity Period on May 18, 2009.   Hearing by such date is necessary because the exclusivity period of 11 U.S.C. § 1121 expires April 30, 2009.

2.      Proper notice of the proposed expedited hearing will be provided to the Official Committee of Unsecured Creditors, United States Trustee, Thielert AG, Aviation Parts Supply, Inc., and all parties listed on the attached Limited Service List.

3.      A hearing was not requested earlier because in the last week, there have been significant and unexpected breakthroughs in negotiations regarding the sale of the

company which substantially increases the likelihood that the Debtor will be able to file a

consensual plan within the next two weeks.

WHEREFORE, the Debtor request that the Court enter an Order setting an

expedited hearing on the Motion and granting such other and further relief as this Court

may deem just and proper.

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for the Debtor**


## CERTIFICATE OF CONFERENCE

The undersigned certifies that this motion is unopposed by the Official Committee of Unsecured Creditors, the U.S. Trustee, Thielert AG, and Aviation Parts Supply, Inc.

/s/ *Stephen A. Roberts*
Stephen A. Roberts


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the parties on the attached Limited Service List via First Class U.S. Mail, postage prepaid and email on April 30, 2009.

/s/ *Stephen A. Roberts*
Stephen A. Roberts