# EXHIBIT A

| Item # | PO# | Invoice # | Unit Price | Qty Shipped | Qty at SAP | Qty Difference | $$ |
|---|---|---|---|---|---|---|---|
| 18D19394 | 106373 | 4664485 | $23.11 | 1 | 1 | 0 | $23.11 |
| | | | | | | Total | **$23.11** |