## E-MAG IGNITIONS RECLAMATION DEMAND

| Item # | PO# | Invoice # | Unit Price | Qty Shipped | Qty at SAP | Qty Difference | $$ |
|---|---|---|---|---|---|---|---|
| SUPERIOR PACK "2P" | 106312 | 1970 | $ 2,133.40 | 1 | 1 | 0 | $2,133.40 |