U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed May 6, 2009**                              **United States Bankruptcy Judge**

---

BTXN057 (rev. 01/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                              §
Superior Air Parts, Inc.           §    Case No.: 08–36705–bjh11
                                §    Chapter No.: 11
              Debtor(s)     §

## ORDER DENYING MOTION FOR WANT OF PROSECUTION

The Court, after review of the file and docket in the above entitled and numbered case, finds that on February 25, 2009, The companies and snydicates at Lloyd's, London filed a Aviation Insurers' Request for adequate protection of their interest ("Motion"), document number 136.

The Court also finds that more than forty–five (45) days have passed since the filing of this Motion and that:

☐ a Certificate of No Objection has not been filed with respect to the Motion as required by N.D. TX L.B.R. 9007.1(d).

☑ no hearing has been requested.

☐ Proposed Order has not been submitted.

☐ the Court held a hearing on Hearing Date, at which time counsel announced that an order disposing of the Motion would be submitted within # of days days.

☐ the matter was removed from the Court's docket on representation of counsel that an order disposing of the Motion would be submitted within # of days days of the hearing date.

☑ Other : Proposed Order has not been uploaded.

The Court further finds that insufficient action has been taken to obtain the relief sought. It is, therefore **ORDERED** that the Motion is **DENIED** without prejudice to refiling.

# # # End of Order # # #