U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed May 11, 2009**                                                        **United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: § | |
| § | |
| § | Case No. 08-36705-BJH |
| **SUPERIOR AIR PARTS, INC.,** § | |
| § | Chapter 11 |
| Debtor. § | |

**AGREED ORDER RESOLVING APPLICATION FOR**
**ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**
**FOR MAHLE ENGINE COMPONENTS USA, INC.**

CAME ON FOR CONSIDERATION, without hearing, the *Application for and Administrative Expense Claim for Mahle Engine Components USA, Inc.* ("Application") (Docket #94) filed by Mahle Engine Components USA, Inc. ("Mahle"). The Court finds that it has jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334(b), and that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The Court finds that the parties agree that the Application is granted solely as provided by the entry of the *Agreed Order on Debtor's Motion to Return Reclaimed Goods as to Mahle Engine Components USA, Inc. Only* ("Agreed Order") (Docket #181).

**IT IS THEREFORE ORDERED** that the Application is granted as provided in the Agreed Order;

**IT IS FURTHER ORDERED** that the Application is denied in all other respects provided however that Mahle is permitted to refile the Application timely without regard to prior deadlines set forth by this Court or by statute if the terms of the Agreed Order are not fulfilled by the Debtor or as otherwise ordered by this Court.

**IT IS SO ORDERED.**

### END OF ORDER ###

/s/ Vickie L. Driver
Gordon J Toering (*Admitted Pro Hac Vice*)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2185
Fax:  (616) 222-2185
Email:  gtoering@wnj.com

and

Vickie L. Driver
State Bar No. 24026886
Pronske & Patel, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Phone: 214.658.6500
Fax: 214.658.6509
Email: vdriver@pronskepatel.com

**ATTORNEYS FOR MAHLE ENGINE COMPONENTS USA, INC.**


**AGREED TO BY**

  /s/ Duane J. Brescia
Duane J. Brescia
Texas Bar No. 5025265
STRASBURGER & PRICE, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701
Phone: (512) 499-3647
Fax: (512) 499-3660
Email: duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR**