## SERVICE LIST

Deirdre B. Ruckman, Esq.
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, Texas 75201

Howard A. Borg, Esq.
Ass't US Attorney for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Laurie A. Spindler, Esq.
Linebarger, Goggan et al, LLP
2323 Bryan Street, Suite 1600
Dallas, Texas 75201

Anita F. McMahon
1646 Belmont Avenue
Baton Rouge, LA 70808

Michael L. Jones, Esq.
Henry & Jones, LLP
2902 Carlisle Street, Suite 150
Dallas, Texas 75204

Stephen A. Roberts /Robert P. Franke
Strasburger & Price, LLP
600 Congress, Suite 1600
Austin, Texas, 78701

Tennessee Department of Revenue
c/o Tennessee Attorney General's Office,
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202

Billy G. Leonard, Jr.
Attorneys for Aviation Parts Supply, Inc.
1650 W. Virginia Street, Suite 211
McKinney, Texas  75069

Kevin H. Good
Attorneys for Aviation Parts Supply, Inc.
Conner & Winters
1700 Pacific Avenue, Suite 2250
Dallas, Texas  75201

Neil J. Orleans
Goins, Underkofler, Crawford & Langdon
1201 Elm Street, Suite 4800
Dallas, Texas 75270

Larry K. Hercules
1400 Preston Road, Suite 280
Plano, Texas 75093

Chester B. Saloman, Esq.
Stevens & Lee
485 Madison Avenue, 20$_{th}$ Floor
New York, NY 10022

Linda Boyle, Esq.
TW Telecom, Inc.
10475 Park Meadows Drive, #400
Littleton, Colorado 80124

U.S. Trustee
1100 Commerce Street Room 976
Dallas, TX 75242-1496

Susan B. Hersh, Esq.
12770 Coit Road, Suite 1100
Dallas, Texas 75251

Elliott D. Schuler, Esq.
Baker & McKenzie LLP
2001 Ross Avenue
Dallas, Texas 75201

1