Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
PRONSKE & PATEL, P.C.
1700 Pacific Ave., Suite 2260
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: vdriver@pronskepatel.com
Email: cstephenson@pronskepatel.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | **CASE NO. 08-36705-BJH-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**VERIFIED STATEMENT OF PRONSKE & PATEL, P.C.
PURSUANT TO BANKRUPTCY RULE 2019**

Pronske & Patel, P.C. ("Pronske & Patel") is counsel in this case to creditors, MAHLE Engine Components USA, Inc. ("MAHLE") and plaintiffs in varied litigation in which the Debtor is a defendant (collectively, the "Litigation Claimants"), as follows:

1. Clyda Whitefield (as personal representative of the Estate of Justin Whitefield), Mark Hughes, Amy Hughes and Brandt Hughes (through Amber Henson, his Next Friend, as Next of Kin of Branden Hughes) (collectively, the "Whitefield and Hughes Plaintiffs") filed suit against the Debtor, among other Defendants, in the District Court of Pontotoc County, State of Oklahoma, Case No. CJ-2008-864 on August 18, 2008. The Whitefield and Hughes Plaintiffs' causes of action against the Debtor include negligence, strict products liability, and breach of warranty.

2. Chris Reser (as Father and Guardian of Logan Scott Reser, a minor, and Taylor Shalom Reser, a minor; as personal representative of the Estate of Jennifer Parton; and on behalf of the Legal Heirs of the Estate of Jennifer Parton) (the "Reser Plaintiffs") filed suit against the Debtor, among other Defendants, in the District Court of Pontotoc County, State of Oklahoma, Case No. CJ-2008-812 on November 3, 2008. The Reser Plaintiffs' causes of action against the Debtor include negligence, products liability, and breach of warranty.

>3. Cheryl Kirkwood (individually and as guardian ad litem of Cory Manning, a minor, as successor in interest and as personal representative of the Estate of Ricky Manning) and Taylor Manning (individually, as successor in interest and as a personal representative of the Estate of Ricky Manning) (the "Kirkwood Plaintiffs") filed suit against the Debtor, among other Defendants, in the Superior Court of the State of California for the County of Los Angeles, Northern District, Case No. MC018515 on September 12, 2007.  The Kirkwood Plaintiffs' causes of action against the Debtor include negligence, products liability and breach of warranty.
>
>4. Elizabeth Luyster (as Executor and Administrator of the Estates of Alfred W. Zadow and Donna M. Zadow) (the "Zadow Plaintiff") filed suit against the Debtor, among other Defendants, in the United States District Court, Southern District of New York, Case No. 06 CV 4166 on March 30, 2007.  The Zadow Plaintiff's causes of action against the Debtor include negligence, strict liability and breach of warranty.

Pronske & Patel filed an Application for Administrative Expenses on behalf of MAHLE, an Objection of MAHLE to Debtor's Motion to Sell Substantially All of Debtor's Assets Free and Clear of Liens, and negotiated an Agreed Order on Debtor's Motion to Return Reclaimed Goods as to MAHLE Only.  Additionally, on behalf of the Litigation Claimants, Pronske & Patel filed a Motion for Relief from Stay.

Pursuant to Federal Rule of Bankruptcy Procedure 2019 ("Rule 2019"), Pronske & Patel duly files this Rule 2019 Statement.

Pronske & Patel hereby states as follows:

1. I, Vickie L. Driver, an attorney at law and a partner at the firm Pronske & Patel, 1700 Pacific Avenue, Suite 2260, Dallas, Texas 75201, am a member in good standing admitted to practice in the State of Texas and make this verified statement.

2. Pronske & Patel currently represents MAHLE and the Litigation Claimants in this case with respect to their claims against the Debtor.

3. On or about February 16, 2009, Pronske & Patel was retained to represent MAHLE in connection with this bankruptcy case.

**VERIFIED STATEMENT OF PRONSKE & PATEL, P.C. PURSUANT TO BANKRUPTCY RULE 2019 –
Page 2**

4. On or about March 10, 2009, Pronske & Patel was retained to represent the Litigation Claimants in connection with this bankruptcy case.

5. As required by Rule 2019, the address for MAHLE is c/o Michael O'Neal, Warner Norcross & Judd, LLP, 900 Fifth Third Center, 111 Lyon Street NW, Grand Rapids, MI, 49503-2487. MAHLE has an outstanding claim against the Estate in the amount of $839,659.35, as reflected in Claim No. 71.

6. As required by Rule 2019, the address for the Litigation Claimants is c/o Wil Angelley, Kreindler & Kreindler, LLP, 707 Wilshire Boulevard, Los Angeles, CA, 90017-3613. The Litigation Claimants' claims are described above and are not yet liquidated.

7. Pronske & Patel does not own, nor has it previously owned, any claims or interests against the Debtor.

8. The undersigned certifies that this verified statement is true and accurate, to the best of her knowledge and belief.

Dated: May 13, 2009          Respectfully submitted,

By:    /s/ Vickie L. Driver
Vickie L. Driver
Texas Bar No. 24026886
Christina W. Stephenson
Texas Bar No. 24049535
PRONSKE & PATEL, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: vdriver@pronskepatel.com
Email: cstephenson@pronskepatel.com