Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
PRONSKE & PATEL, P.C.
1700 Pacific Ave., Suite 2260
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: vdriver@pronskepatel.com
Email: cstephenson@pronskepatel.com

**COUNSEL FOR MOVANTS**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | **CASE NO. 08-36705-BJH-11** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

### NOTICE OF HEARING

PLEASE BE ADVISED that a preliminary hearing on the *Motion for Relief from the Automatic Stay* [Docket No. 204] will be held before the Honorable Barbara J. Houser, United States Bankruptcy Judge, Earl Cabell Federal Building, 1100 Commerce Street, 14th Floor, Dallas, Texas at **1:30 p.m.** on **June 2, 2009**.

Of this Notice take due regard.

**NOTICE OF HEARING – Page 1**

Dated: May 13, 2009

Respectfully submitted,

By:    /s/ Christina W. Stephenson
Vickie L. Driver
Texas Bar No. 24026886
Christina W. Stephenson
Texas Bar No. 24049535
PRONSKE & PATEL, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, Texas 75201
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: vdriver@pronskepatel.com
Email: cstephenson@pronskepatel.com

**COUNSEL FOR MOVANTS**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on May 13, 2009 I caused to be served the foregoing pleading upon the parties on the Master Service List attached hereto via electronic transmission and/or United States mail, first class delivery.

/s/ Christina W. Stephenson
Christina W. Stephenson