BECKER, GLYNN, MELAMED & MUFFLY LLP
By: Chester B Salomon (CS-2319)
299 Park Avenue
New York, New York 10171
(212) 888-3033

UNITED STATES BANKRUPCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUPERIOR AIR PARTS, INC.<br><br>　　　　　Debtor. | Case No. 08-36705<br><br>Chapter 11 |

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Chester B. Salomon__

☐ *Attorney*

　　☐　I am a U.S.D.C., Northern District of Texas attorney. My Bar Number is: _____

　　✓　I am a Pro Hac Vice attorney

　　☐　I am a Government Agency attorney

☐ *Law Firm/Governmental Agency Association*

　　From: __Stevens & Lee__

　　To: __Becker, Glynn, Melamed and Muffly LLP__

　　✓　I will continue to be counsel of record on the above-entitled case, and all related proceedings, at my new firm/agency.

　　☐　I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

| | | |
|---|---|---|
| ☐ | *Address:* | 299 Park Avenue, 16th Floor, New York, NY 10171 |
| ☐ | *Telephone Number:* | 212-888-3033 |
| ☐ | *Fax Number:* | 212-888-0255 |
| ☐ | *E-Mail Address:* | csalomon@beckerglynn.com |

Dated: May 14, 2009          *[signature]*

2

BECKER, GLYNN, MELAMED & MUFFLY LLP
By: Chester B Salomon (CS-2319)
299 Park Avenue
New York, New York 10171
(212) 888-3033

UNITED STATES BANKRUPCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| SUPERIOR AIR PARTS, INC. | Case No. 08-36705 |
| Debtor. | Chapter 11 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Change of Address of Chester B. Salomon, dated May 14, 2009, was served on the parties on the attached Service List via Federal Express overnight mail and electronic mail, on May 14, 2009.

Dated: New York, New York
       May 14, 2009

BECKER, GLYNN, MELAMED & MUFFLY LLP

By:  /s/ Chester B. Salomon
     Chester B. Salomon (CS-2319)
299 Park Avenue
New York, New York 10171
(212) 888-3033

## Service List

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701

bar

## Service List

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701