| Employees | WIRE AMT | DIR DEP AMT | CHECK AMT | CHECK TYPE | CHECK # | DATE |
|---|---|---|---|---|---|---|
| Dr. Kubler - TAE | $53,388.89 | | | Payment on Account | | 3/26/2008 |
| Dr. Kubler - TAE | $104,890.20 | | | Payment on Account | | 5/7/2008 |
| Dr. Kubler - TAE | $30,876.63 | | | Payment on Account | | 6/19/2008 |
| Dr. Kubler - TAE | $56,783.09 | | | Payment on Account | | 8/18/2008 |
| Dr. Kubler - TAE | $92,768.54 | | | Payment on Account | | 8/26/2008 |
| Dr. Kubler - TAE | $4,875.00 | | | Payment on Account | | 9/2/2008 |
| Dr. Kubler - TAE | $21,818.10 | | | Payment on Account | | 9/17/2008 |
| Dr. Kubler - TAE | $11,075.37 | | | Payment on Account | | 9/18/2008 |
| Dr. Kubler - TAE | $34,396.85 | | | Payment on Account | | 10/9/2008 |
| Dr. Kubler - TAE | $4,125.00 | | | Payment on Account | | 10/10/2008 |
| Dr. Kubler - TAE | $140,649.25 | | | Payment on Account | | 10/24/2008 |
| Dr. Kubler - TAE | $165,152.33 | | | Payment on Account | | 11/18/2008 |
| Dr. Kubler - TAE | $1,150.00 | | | Payment on Account | | 11/21/2008 |
| Dr. Kubler - TAE | $27,338.40 | | | Payment on Account | | 12/4/2008 |
| Dr. Ahrendt - TAG | $148,222.20 | | | Interest | | 1/4/2008 |
| Dr. Ahrendt - TAG | $146,611.11 | | | Interest | | 3/26/2008 |
| Dr. Ahrendt - TAG | $146,611.11 | | | Interest | | 6/30/2008 |
| Dr. Ahrendt - TAG | $148,222.22 | | | Interest | | 10/14/2008 |
| | $1,338,954.29 | $0.00 | $0.00 | **$1,338,954.29** | | |