Kenneth A. Hill
Quilling, Selander, Cummiskey
  & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CASE NO. 08-36705 |
| | § | (Chapter 11) |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Kenneth A. Hill and the law firm of Quilling, Selander, Cummiskey & Lownds, P.C. files an appearance in the above-referenced case. The aforesaid attorney and law firm hereby enters this appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 3017(a). All such notices should be addressed as follows:

Kenneth A. Hill
QUILLING, SELANDER, CUMMISKEY
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telecopy).

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral,

and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, telex or otherwise filed with regard to the above-referenced bankruptcy proceeding.

        Respectfully submitted,

        QUILLING, SELANDER, CUMMISKEY
         & LOWNDS, P.C.
        2001 Bryan Street, Suite 1800
        Dallas, Texas  75201
        (214) 871-2100 (Telephone)
        (214) 871-2111 (Telecopy)

By: */s/ Kenneth A. Hill*
    Kenneth A. Hill
    State Bar No. 09646950