U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

*Barbara J. Houser*

**Signed May 19, 2009**                    **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | CHAPTER 11 |
| | § | |
| DEBTOR, | § | |
| | § | |
| | § | |

## ORDER EXTENDING TIME TO ASSUME OR REJECT
## NON-RESIDENTIAL REAL PROPERTY LEASE

Upon consideration of the Debtor's Unopposed Motion for Extension of Time to Assume or Reject Unexpired Non-Residential Real Property Lease (Docket No. 175) ("Motion"), and after review of the pleadings, documents, and arguments of counsel, if any, the Court finds that cause exists to grant the Motion. Accordingly, it is hereby:

ORDERED, that the deadline by which Debtor may assume or reject its unexpired, non-residential real property lease with Texas Dugan Limited Partnership is hereby extended to and including July 29, 2009.

### ### End of Order ###