

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed May 19, 2009                                                  **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | CHAPTER 11 |
| | § | |
| DEBTOR, | § | |
| | § | |

### ORDER EXTENDING TIME TO ASSUME OR REJECT
### NON-RESIDENTIAL REAL PROPERTY LEASE

Upon consideration of the Debtor's Unopposed Motion for Extension of Time to Assume or Reject Unexpired Non-Residential Real Property Lease (Docket No. 175) ("Motion"), and after review of the pleadings, documents, and arguments of counsel, if any, the Court finds that cause exists to grant the Motion. Accordingly, it is hereby:

ORDERED, that the deadline by which Debtor may assume or reject its unexpired, non-residential real property lease with Texas Dugan Limited Partnership is hereby extended to and including July 29, 2009.

### End of Order ###

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: bsimpson             Page 1 of 1            Date Rcvd: May 19, 2009
Case: 08-36705                Form ID: pdf012            Total Served: 1

The following entities were served by first class mail on May 21, 2009.
aty          +Robert P. Franke,   Strasburger & Price, LLP,   600 Congress Ave., Ste. 1600,
              Austin, TX 78701-2974
The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 21, 2009**                    **Signature:** _Joseph Speetjens_