**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

S T A T E M E N T

May 13, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:       000002**
**Invoice Number:  23089469**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING FEBRUARY 28, 2009, AS FOLLOWS:

**Re:  Committee Representation**

**TOTAL FEES** ................................................................................$     27,408.00

**TOTAL AMOUNT DUE**.............................................................$     27,408.00

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP – Master Account**
**Wells Fargo Bank**
**1445 Ross Avenue, Suite 4400**
**Dallas, TX 75202**
**Account No. 4121374128**
**Routing No. 121000248**
Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #:  23089469

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**EXHIBIT A**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 13, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:       000002**
**Invoice Number:  23089469**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING FEBRUARY
28, 2009, AS FOLLOWS:

**RE: Committee Representation**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/29/09 | Parham | Telephone conference with Billy Leonard, interested bidder's counsel. | .3 |
| 01/29/09 | Schuler | Telephone call with counsel for Aviation Parts regarding testimony at 341 meeting, bid procedures and potential sale of assets (0.3); initial review of pleadings filed with regard to sale and sale procedures (0.9). | 1.2 |
| 01/30/09 | Parham | Telephone conference with purchaser's counsel(.3). | .3 |

BAKER & MᶜKENZIE

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089469

May 13, 2009
Matter Number: 000002
Page 2

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/30/09 | Parham | Telephone conference with S Roberts regarding case issues, status. | .5 |
| 01/30/09 | Schuler | Conference call with counsel for Textron (0.3); prepared e-mail to debtor's counsel advising of election and requesting certain identified documents regarding debtor's financial situation and marketing efforts (0.4); continued review of APA and bid procedures (0.9). | 1.6 |
| 02/01/09 | Schuler | Reviewed recent pleadings filed in case (0.6). | .6 |
| 02/02/09 | Dixon | PACER research and review of documents regarding Superior Air Parts, Inc. | 4.8 |
| 02/03/09 | Adams | Receipt and preparation of extensive document production received from the Debtor. | 6.0 |
| 02/03/09 | Dixon | Review docket and organize various documents filed in the bankruptcy case for Superior Air Parts, Inc. | 1.3 |
| 02/03/09 | Parham | Meet with Chuck Dedman | 1.7 |
| 02/03/09 | Parham | Conference with Schuler regarding case strategy, investigation(.8). | .8 |
| 02/03/09 | Schuler | Meeting with C. Dedmon (2.0); reviewed docket sheet for any pending motions and reviewed same (0.4); telephone call with debtor's counsel regarding claims of certain creditors with finished but undelivered goods and Debtor's current operations (0.3). | 2.7 |
| 02/04/09 | Adams | Continued document production received from the Debtor. | 5.0 |
| 02/04/09 | Parham | Telephone conference with Debtor's counsel(.3). | .3 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089469

May 13, 2009
Matter Number: 000002
Page 3

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/04/09 | Schuler | Reviewed information provided by debtor's counsel regarding inquiries of potential buyers and attaching financial and market effort information (0.7); conference call with debtor's counsel regarding same and other pending issues (0.2); exchanged e-mail with debtor and committee members to arrange time to question D. Schenk regarding marketing efforts (0.2); reviewed updated cash flow statements from debtor (0.3). | 1.4 |
| 02/05/09 | Dixon | Continue to research contact information for creditor's holding unsecured non-priority claims listed on Schedule F; file Notice of Appearance and Request for Service documents with the United States Bankruptcy Court in the Northern District of Texas, Dallas Division; prepare service of process. | 4.4 |
| 02/05/09 | Schuler | Exchanged emails regarding upcoming conference with D. Schenk and scope of issues to be discussed (0.2); initial review of voluminous documents produced by Debtor (2.4); preparation of Notice of appearance (0.3); reviewed objection filed to motion to sell (0.2). | 3.5 |
| 02/06/09 | Parham | Telephone conference with Counsel for Mahle GMBH, a creditor. | .3 |
| 02/06/09 | Parham | Telephone conference with counsel for potential bidder(.2); conference with Schuler regarding various issues(.2) | .4 |
| 02/06/09 | Schuler | Continued preparation of spreadsheet analyzing potential recovery for unsecured creditors (0.9); continued coordination of bar date reminder notices (0.3); extensive review of documents produced by Debtor from their database (3.3); telephone call from Debtor's counsel regarding pending inquiries (0.2). | 4.7 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089469

May 13, 2009
Matter Number: 000002
Page 4

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> |
|------|------|-------------|-------|
| 02/07/09 | Schuler | Continued extensive review of documents produced by Debtor (2.6); sent e-mail to Debtor's counsel and counsel for wrongful death claimants regarding certain insurance items (0.2); | 2.8 |
| 02/09/09 | Parham | Conference with Schuler regarding what we need to be doing and his review of docs(.5); telephone conference with Dennis Faulkner regarding committee advisory role(.4); conference with Schuler regarding financial advisors (.2); follow up telephone conference with Dennis Faulkner and Steve Thomas(.4); conference with Schuler and Sandy Dixon regarding communications with creditor(.3); review cash flow and e-mail debtor's counsel regarding need for modifications(.3). | 2.1 |
| 02/09/09 | Schuler | Revision to spreadsheet of possible recovery for unsecureds with emphasis on potential additional claims (0.5); continued review of documents produced by Debtor with emphasis on prior and existing agreements and capitalization (1.4); review of employment agreement with Corporate Finance and accompanying motions (0.8); initial research and review of case law discussing rejection of certain types of contracts (3.1); reviewed updated cash flow spreadsheet (0.1). | 5.9 |
| 02/10/09 | Parham | Prepare for call with debtor's marketing agent(.4); call with marketing agent, debtor's rep, committee members and debtor's counsel(1.2) ; conference with Schuler afterwards(.2);telephone conference with committee chair afterwards (.2) | 2.0 |
| 02/10/09 | Parham | Review chart of creditor recoveries and discuss same with Schuler | .5 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089469

May 13, 2009
Matter Number: 000002
Page 5

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/10/09 | Schuler | Reviewed Insurance policies (0.6); continued research and review of case law related to rejection of certain types of contracts (1.3); exchanged multiple emails with debtor's counsel regarding pending insurance issues (0.3); preparation for call with D. Schenk (0.5); participation in call with D. Schenk, debtor representatives and certain committee members (1.3); telephone call with Committee Chairman following conference call with D. Schenk to discuss same and open issues (0.4). | 4.4 |
| 02/11/09 | Schuler | Finalized two spreadsheets analyzing creditor recoveries under various scenarios (0.6). | .6 |
| 02/12/09 | Schuler | Continued research and review of case law discussing whether certain claims would qualify for administrative priority status (2.4). | 2.4 |
| 02/13/09 | Schuler | Left voice message for Debtor's counsel regarding insurance issue (0.1). | .1 |
| 02/15/09 | Schuler | Sent e-mail to Debtor's counsel regarding certain open items (0.2). | .2 |
| 02/16/09 | Parham | Review e-mail and telephone conference with Mr. Schuler regarding status. | .3 |
| 02/16/09 | Schuler | Attention to certain insurance items and subsequent call with Debtor's counsel regarding same (0.5); attention to issues for further investigation by financial advisor (0.3). | .8 |
| 02/17/09 | Schuler | Reviewed recent pleadings filed with regard to non-sale matters (0.3); left voice message for, and sent e-mail to, debtor's counsel regarding outstanding items (0.1). | .4 |
| 02/18/09 | Parham | Review e-mail and committee minutes and e-mail to Schuler regarding things to be doing. | .5 |
| 02/18/09 | Schuler | Left voice message for debtor's counsel (0.1); left another voice message for debtor (0.1). | .2 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089469

May 13, 2009
Matter Number: 000002
Page 6

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/19/09 | Schuler | Exchanged multiple e-mails regarding need for review of financial documents (0.3); lengthy conference call with representative of Debtor and Debtor's counsel regarding all pending items (1.1); prepared witness and exhibit list and arranged for filing (0.3); prepared detailed memorandum to file on current bids, governmental inquiries, and creditor issues (0.9); strategy session with A. Swick on legal research (0.2); reviewed proposed pleadings from Debtor (0.2). | 3.0 |
| 02/20/09 | Schuler | Preparation for and attendance at meeting at Debtor's offices regarding financial information (2.0); post-meeting conference with S. Thomas regarding initial thoughts (0.3); initial review of additional financial information provided by debtor (0.3); telephone call with S. Thomas regarding same and sent inquiry e- mail to Debtor regarding missing information (0.2); reviewed and revised memorandum on insurance items (0.6); reviewed memorandum on possible litigation items (0.2). | 3.6 |
| 02/22/09 | Schuler | Reviewed monthly operating report (0.2); sent e-mails to S. Thomas regarding status of review (0.1); continued review of bids research and review of case law discussing certain claims and whether they qualify for administrative status (2.2). | 2.5 |
| 02/23/09 | Parham | Telephone conference with S Thomas regarding his investigation into debtor's financial condition and ability to operate. | .3 |
| 02/23/09 | Schuler | Exchanged emails with S. Thomas regarding analysis and reviewed presentation of initial findings (0.4). | .4 |

## BAKER & McKENZIE

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089469

May 13, 2009
Matter Number: 000002
Page 7

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/26/09 | Schuler | Two telephone call with S. Thomas regarding lack of purchaser and need for conference to discuss strategic alternatives (0.3); strategy session with D. Parham regarding pending issues (0.4). | .7 |
| 02/27/09 | Schuler | Telephone call to Debtor requesting updated cash flows and inventory list (0.2). | .2 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Mari L. Adams | 11.0 | 140.00 | $ | 1,540.00 |
| Sandra L. Dixon | 10.5 | 205.00 | | 2,152.50 |
| David W. Parham | 10.3 | 555.00 | | 5,716.50 |
| Elliot D. Schuler | 43.9 | 410.00 | | 17,999.00 |
| | | **Total:** | $ | **27,408.00** |

**TOTAL AMOUNT DUE:**     $    27,408.00

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 14, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000002**
**Invoice Number:  23089492**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

**Re:  Committee Representation**

**TOTAL FEES** ...................................................................................$    **9,783.50**

**TOTAL AMOUNT DUE**.......................................................................$    **9,783.50**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP – Master Account**
**Wells Fargo Bank**
**1445 Ross Avenue, Suite 4400**
**Dallas, TX 75202**
**Account No. 4121374128**
**Routing No. 121000248**
**Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name**

**RE:  Invoice #:  23089492**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000002**
**Invoice Number:  23089492**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

**RE: Committee Representation**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/01/09 | Schuler | Reviewed current cash flow and inventory list; | .2 |
| 03/04/09 | Parham | Conference with S Thomas regarding investigation of SAP financials | .6 |
| 03/04/09 | Schuler | Meeting with S. Thomas to discuss strategy and framework for financial advisor (1.1); | 1.1 |

# BAKER & McKENZIE

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089492

May 14, 2009
Matter Number: 000002
Page 2

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/05/09 | Schuler | Reviewed recent pleadings filed in case (0.2); exchanged e-mails with Debtor requesting position on fee procedures and availability to discuss case status (0.1); two telephone calls with Lain Faulkner regarding meeting with Debtor and necessary items for review (0.4). | .7 |
| 03/06/09 | Parham | Call with Debtor's counsel(1.0); telephone conference with Schuler afterwards (.3). | 1.3 |
| 03/06/09 | Schuler | Conference call with Debtor's counsel regarding pending issues (1.1); follow-up telephone call to discuss liquidation analysis, cash burn, and proposed filings (0.5); two telephone calls with Lain Faulkner regarding initial review at Debtor's offices and thoughts on same (0.5). | 2.1 |
| 03/09/09 | Parham | Review cash flows(.3). | .3 |
| 03/09/09 | Schuler | Exchanged e-mails with Lain Faulkner regarding latest cash flow and inventory reports (0.2); | .2 |
| 03/11/09 | Parham | Telephone conference with S Roberts(.5); telephone conference with D Brescia(.1). | .6 |
| 03/11/09 | Schuler | Reviewed e-mails concerning Superior's PMA's (0.1); reviewed various e-mails concerning interest from several parties (0.2); | .3 |
| 03/16/09 | Parham | Review of e-mail regarding various issues from last week to insure all handled and consider to do list for this week. | .3 |
| 03/16/09 | Parham | Telephone conference with C Dedman(.3); telephone conference with Bob Franke regarding insurance claims and stay motions(.2); review and approve orders lifting stay(.1)e-mail exchange with S Roberts regarding Lain Faulkner's role in case(.2). | .8 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman                                          May 14, 2009
Client Number: 24227484                                  Matter Number: 000002
Invoice Number: 23089492                                                 Page 3

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/16/09 | Schuler | Reviewed latest reports from Debtor (0.2); telephone call with Lain Faulkner (0.2); exchanged emails with debtor's counsel regarding analysis of financial advisors and work performed to date (0.2); exchanged emails regarding tooling equipment at certain locations (0.2). | .8 |
| 03/17/09 | Schuler | Telephone call with S. Thomas and T. Gingerich regarding current findings, information transmitted by Debtor's principal and current analysis( 0.3); reviewed prior cash flow statements in comparison in current numbers and exchanged e-mails with T. Gingeirch regarding same (0.2); research on confidentiality agreement and related issues with section 1103 (1.5); | 2.0 |
| 03/18/09 | Schuler | Reviewed status report from Lain Faulkner regarding review and response to action items (0.2); telephone call with S. Thomas and T. Gingerich in preparation for call with committee (0.4); exchanged emails regarding tooling issues (0.2). | .8 |
| 03/18/09 | Schuler | Research and review of case law discussing section 1103 (0.9). | .9 |
| 03/23/09 | Parham | Review KERP motion and discuss same with Schuler and other miscellaneous issues(.3). | .3 |
| 03/23/09 | Schuler | Reviewed first day motions related to employee retention plan (0.4); telephone call with S. Thomas regarding action items (0.2); reviewed latest monthly operating report (0.2); reviewed docket sheet and sent e-mail to court on pending applications (0.2); telephone call with debtor's counsel regarding certain inquiries on tooling (0.3); reviewed latest cash flow and inventory reports from Debtor (0.2). | 1.5 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman                                    May 14, 2009
Client Number: 24227484                          Matter Number: 000002
Invoice Number: 23089492                                         Page 4

---

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|---|
| 03/24/09 | Schuler | Reviewed updated tooling spreadsheet from debtor and exchanged multiple e-mails related thereto (0.4); reviewed claims analysis for certain claimants and payment trends to same (0.8) reviewed debtor's loan agreements and sale agreements for relation thereto (1.2); reviewed payment history to sale in preparation for meeting with T. Archer and C. Dedmon (0.4); left voice message for debtor regarding committee call (0.1). | 2.9 |
| 03/25/09 | Schuler | Reviewed status report from Lain Faulkner (0.4). | .4 |
| 03/26/09 | Schuler | Exchanged e-mails regarding sales history for specific parts sold (0.3); reviewed recent orders from court (0.2); reviewed materials from debtor on viability of business (0.3); brief call with S. Thomas and T. Gingerich in advance of call with Debtor (0.2); telephone conference call with debtor regarding presentation on viability of business (0.8). | 1.8 |
| 03/31/09 | Parham | Review information relating to sales at parts for discounts and conference with Schuler regarding same. | .5 |
| 03/31/09 | Schuler | Two telephone calls with T. Gingerich regarding sales history, inventory purchases and other budgeted items (0.7). | .7 |
| 03/31/09 | Schuler | Reviewed spreadsheets concerning historical pricing for certain items and current margins (0.5); reviewed responses from Debtor to concerns raised about sales prices and inventory purchases and advised Lain Faulkner with items to follow up on (0.4); reviewed recent motion by personal injury claimant to lift stay (0.2). | 1.1 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman                                    May 14, 2009
Client Number: 24227484                            Matter Number: 000002
Invoice Number: 23089492                                        Page 5

---

## SUMMARY OF FEES:

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| David W. Parham | 4.7 | 555.00 | $ | 2,608.50 |
| Elliot D. Schuler | 17.5 | 410.00 | | 7,175.00 |
| | | **Total:** | $ | **9,783.50** |

**TOTAL AMOUNT DUE:**     $     **9,783.50**

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

S T A T E M E N T

May 14, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000002**
**Invoice Number:  23089500**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING APRIL 30, 2009, AS FOLLOWS:

**Re:  Committee Representation**

**TOTAL FEES** .............................................................................$    **7,798.00**

**TOTAL AMOUNT DUE**.............................................................$    **7,798.00**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP – Master Account**
**Wells Fargo Bank**
**1445 Ross Avenue, Suite 4400**
**Dallas, TX 75202**
**Account No. 4121374128**
**Routing No. 121000248**
Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name

**RE:  Invoice #:  23089500**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000002**
**Invoice Number:  23089500**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING APRIL 30, 2009, AS FOLLOWS:

**RE: Committee Representation**

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/01/09 | Parham | Review reclamation motion and comment to Schuler regarding what needs to be done regarding diligence on motion. | .2 |
| 04/01/09 | Schuler | Reviewed reclamation motion and sent e-mail to Debtor regarding same (0.3); exchange emails with Debtor's counsel on pursuit of outstanding receivables (.2). | .5 |
| 04/01/09 | Schuler | Exchanged emails with Debtor's counsel on pursuit of outstanding receivables (0.2). | .2 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089500

May 14, 2009
Matter Number: 000002
Page 2

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/02/09 | Schuler | Exchanged multiple e-mails with Debtor's counsel regarding status of reclamation motion (0.2); sent e-mail to Debtor requesting further information on status of tooling inquiries (0.1). | .3 |
| 04/03/09 | Parham | Conference with Schuler regarding Mahle settlement(.2); e-mail committee chair regarding fees(.1). | .3 |
| 04/03/09 | Schuler | Telephone call with Debtor's counsel regarding resolution of large reclamation claim (.2). | .2 |
| 04/07/09 | Parham | Conferences with Schuler regarding committee meeting, case status and tomorrow's committee call(.4); review cash flow statements and e-mail from Committee(.2);. | .6 |
| 04/07/09 | Schuler | Reviewed emails concerning status of inventory parts sold (0.1); reviewed proposed agreed order on reclamation claimant and related e-mails (0.3); reviewed weekly cash flow reports (0.2); telephone call with T. Gingerich (0.2); telephone call with D. Brescia regarding accounts receivable situation, resolution of reclamation motion and status of tooling inquiries (0.3). | .9 |
| 04/07/09 | Schuler | Reviewed proposed agreed order on reclamation claimant and related e-mails (0.3) | .3 |
| 04/07/09 | Schuler | Reviewed e-mails concerning status of inventory parts sold (.1); call with S. Thomas and T. Gingerich regarding action items from committee (0.3); strategy session regarding upcoming committee call (0.2). | .6 |
| 04/08/09 | Parham | Review Mahle order and conference with Schuler regarding hearing(.1); | .1 |
| 04/08/09 | Schuler | Reviewed status report from Lain Faulkner (0.3). | .3 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089500

May 14, 2009
Matter Number: 000002
Page 3

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/08/09 | Schuler | Exchanged e-mails regarding proposed resolution of mahle claim (0.2); exchanged e-mails and spoke with T. Gingerich regarding recent sales that may be questionable (0.5); weekly committee call (0.8); attendance at hearing on reclamation motion (1.6). | 3.1 |
| 04/09/09 | Parham | Review spreadsheet regarding sales, conference with Schuler regarding same. | .2 |
| 04/09/09 | Schuler | Telephone call with S. Thomas regarding pending matters (0.2); exchanged emails on questionable sales made by debtor and amounts received for certain items (0.2). | .4 |
| 04/14/09 | Schuler | Telephone call and e-mails exchange with T. Gingerich regarding lack of information from Debtor (0.2); review proposed motion to extend time to assume or reject (0.1); telephone call with debtor's counsel regarding status of sale efforts, possible plan and related issues (0.3); telephone call with S. Thomas (0.2). | .8 |
| 04/15/09 | Schuler | Call with S. Thomas regarding recent receipt of weekly financials (0.1). | .1 |
| 04/15/09 | Schuler | Reviewed weekly cash flow and inventory reports (0.2). | .2 |
| 04/16/09 | Schuler | Reviewed debtor's accounts receivables motion (0.2). | .2 |
| 04/20/09 | Schuler | Reviewed latest cash flow and inventory reports and forwarded to Committee (0.2). | .2 |
| 04/21/09 | Schuler | Telephone call with T. Gingerich regarding pending inquiries(0.2). | .2 |
| 04/21/09 | Schuler | Reviewed information provided by Debtor with regard to certain sales for negative margins (0.2). | .2 |

**BAKER & MCKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089500

May 14, 2009
Matter Number: 000002
Page 4

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/23/09 | Schuler | Reviewed motion for relief from stay by personal injury claimants, and related filings, and spoke with Debtor's counsel regarding status of matter (0.5); exchanged multiple emails with debtor's counsel regarding pending issues (0.2); reviewed debtor's latest monthly operating report and exchanged e-mails regarding same(0.3). | 1.0 |
| 04/24/09 | Schuler | Exchanged multiple emails with debtor's counsel regarding recent developments and pending issues (0.3); reviewed claim withdrawals by taxing attorney for same (.2); attention to issues related to lift stay motion and sent e-mail to counsel for APS regarding same (0.3). | .8 |
| 04/26/09 | Schuler | Exchanged e-mails and spoke with counsel for APS regarding pending motion for relief from stay (0.3). | .3 |
| 04/27/09 | Parham | Telephone conference with Debtor's counsel regarding strategy(1.0) conference with Schuler regarding hearing(.2). | 1.2 |
| 04/27/09 | Schuler | Preparation for and attendance at hearing on personal injury claimants motion for relief from stay and conference with counsel for Debtor and APS following same (2.3); telephone call from T. Gingerich regarding certain expenses by the Debtor (0.2); attention to accounting issues (0.3); telephone call with S. Thomas regarding potential claims and need for liquidation analysis (0.3) | 3.1 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman                                      May 14, 2009
Client Number: 24227484                              Matter Number: 000002
Invoice Number: 23089500                                           Page 5

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/30/09 | Schuler | Exchanged correspondence with debtor regarding accounts receivables aging and reiterating request that demand letters be sent (0.5); reviewed procedure on responding to open records division (0.2); reviewed various revised versions of liquidation analysis and related e-mails (0.4); reviewed e-mail regarding potential new purchaser (0.1); exchanged e-mails concerning potential resolution of reclamation demands (0.2); reviewed charts containing historical financial information (0.2). | 1.6 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| David W. Parham | 2.6 | 555.00 | $ | 1,443.00 |
| Elliot D. Schuler | 15.5 | 410.00 | | 6,355.00 |
| | | **Total:** | $ | **7,798.00** |

**TOTAL AMOUNT DUE:**   $   **7,798.00**

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# S T A T E M E N T

May 15, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:    000002**
**Invoice Number:  23089614**
**IRS#:  36-2137456**

FOR  PROFESSIONAL  SERVICES  RENDERED  FOR  THE  PERIOD  ENDING  MAY  15, 2009, AS FOLLOWS:

Re:  Committee Representation

**TOTAL FEES**................................................................................$    1,840.50

**TOTAL AMOUNT DUE**................................................................$    1,840.50

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #:  23089614

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

\\bmdalnt300\Apps\WordFlow Professional\Archive\Bill\15849\24227484\000002\23089614001.doc

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 15, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:     000002**
**Invoice Number:  23089614**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MAY 15, 2009, AS FOLLOWS:

**RE: Committee Representation**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/01/09 | Parham | Attention to issue regarding demand on delinquent accounts-review e-mail exchange between Schuler and Debtor's counsel and discuss with Schuler(.3); | .3 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089614

May 15, 2009
Matter Number: 000002
Page 2

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/01/09 | Schuler | Reviewed recent pleadings filed in case (0.2); exchanged e-mails with debtor's counsel regarding accounts receivables situation and forwarded copy of same, with remarks, to committee for review (0.3); reviewed e-mails concerning potential buyers and related issues (0.1); | .6 |
| 05/04/09 | Schuler | Exchanged e-mails regarding delinquency in accounts receivables (0.2) | .2 |
| 05/05/09 | Parham | Conferences with Schuler regarding various issues, outstanding AR, plan negotiations, tomorrow's committee call | .5 |
| 05/05/09 | Schuler | Telephone call with T. Gingerich requesting updated reports on debtor's worsening accounts receivable aging in light of debtor's refusal to attempt to collect seriously delinquent accounts (0.2); reviewed schedules containing updated information on accounts receivable and negative margins (0.3); reviewed recent pleadings filed in case (0.3); | .8 |
| 05/06/09 | Schuler | Telephone call with T. Gingerich regarding recent sales and collections (0.2); attention to accounts receivable situation (0.3); | .5 |
| 05/06/09 | Schuler | Reviewed status report of accounting issues in advance of committee call (0.3). | .3 |
| 05/07/09 | Parham | Telephone conference with counsel for APS and investigation into hearing and why we didn't get notice. | .3 |
| 05/07/09 | Schuler | Reviewed recent claims withdrawals (0.1); exchanged messages and e-mails debtor's counsel inquiring into result of hearing on exclusivity and requesting proper notice for all future hearings (0.2); sent e-mail to debtor's counsel inquiring into hearing date and time for upcoming matters (0.1); | .4 |

**BAKER & MCKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089614

May 15, 2009
Matter Number: 000002
Page 3

---

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/11/09 | Schuler | Reviewed weekly reports from debtor on cash flow and inventory (0.2). | .2 |

## SUMMARY OF FEES:

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| David W. Parham | 1.1 | 555.00 | $ | 610.50 |
| Elliot D. Schuler | 3.0 | 410.00 | | 1,230.00 |
| | | **Total:** | $ | **1,840.50** |

**TOTAL AMOUNT DUE:**   $   **1,840.50**