**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 13, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000003**
**Invoice Number:  23089470**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING FEBRUARY 28, 2009, AS FOLLOWS:

## Re:  Employment and Fee Applications

**TOTAL FEES** ............................................................................$    **6,116.50**

**TOTAL AMOUNT DUE**.............................................................$    **6,116.50**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP – Master Account**
**Wells Fargo Bank**
**1445 Ross Avenue, Suite 4400**
**Dallas, TX 75202**
**Account No. 4121374128**
**Routing No. 121000248**
**Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name**

**RE:  Invoice #:  23089470**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**EXHIBIT**
**B**

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 13, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000003**
**Invoice Number:  23089470**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING FEBRUARY 28, 2009, AS FOLLOWS:

**RE: Employment and Fee Applications**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/29/09 | Schuler | Initial preparation of Bylaws for Unsecured Creditors Committee and initial preparation of application to employ Baker & McKenzie (1.8). | 1.8 |
| 01/30/09 | Schuler | Initial preparation of bylaws and application to employ (1.3). | 1.3 |
| 01/31/09 | Parham | Review application to employ (.3). | .3 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089470

May 13, 2009
Matter Number: 000003
Page 2

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/31/09 | Schuler | Finalized draft version of bylaws for Committee and Application to Employ Baker McKenzie (1.9). | 1.9 |
| 02/02/09 | Schuler | Continued application to employ and related declaration in support thereof (0.3). | .3 |
| 02/03/09 | Schuler | Continued employment application and arranged for filing and service (0.3). | .3 |
| 02/04/09 | Dixon | File Application to Employ Baker & McKenzie as General Counsel, Nunc Pro Tunc with the United States Bankruptcy Court in the Northern District of Texas, Dallas Division; prepare service of process. | 2.8 |
| 02/04/09 | Parham | Review application to employ(.2). | .2 |
| 02/04/09 | Schuler | Finalized application to employ and related declaration and arranged for filing and service (0.5). | .5 |
| 02/13/09 | Schuler | Reviewed multiple emails approving retention of Lain Faulkner as financial advisor (0.3); telephone call with D. Faulkner advising of same and providing background for work needed in advance of same (0.4). | .7 |
| 02/15/09 | Schuler | Initial preparation of application to Employ Lain Faulkner and accompanying Affidavit and forwarded draft version of same to D. Faulkner for review (2.6). | 2.6 |
| 02/16/09 | Schuler | Telephone call with D. Faulkner regarding proposed application and affidavit (0.2); revised application to employ and related affidavit and arranged for filing and service (0.8); second telephone call with D. Faulkner regarding same (0.1). | 1.1 |
| 02/17/09 | Adams | Finalize, scan and serve the Application to Employ Lain Faulkner with Affidavits. | 1.0 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089470

May 13, 2009
Matter Number: 000003
Page 3

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/25/09 | Schuler | Initial preparation of proposed motion for compensation procedures (1.3). | 1.3 |
| 02/27/09 | Schuler | Finalize proposed procedures motion and sent e-mail to Debtor's counsel regarding same (0.7). | .7 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Mari L. Adams | 1.0 | 140.00 | $ | 140.00 |
| Sandra L. Dixon | 2.8 | 205.00 | | 574.00 |
| David W. Parham | .5 | 555.00 | | 277.50 |
| Elliot D. Schuler | 12.5 | 410.00 | | 5,125.00 |
| | | **Total:** | $ | **6,116.50** |

**TOTAL AMOUNT DUE:**     $    **6,116.50**

# BAKER & McKENZIE

**ATTORNEYS AT LAW**

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# S T A T E M E N T

May 14, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:     000003**
**Invoice Number:  23089493**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

<u>**Re:  Employment and Fee Applications**</u>

**TOTAL FEES** ....................................................................................$       831.50

**TOTAL AMOUNT DUE**.....................................................................$       831.50

<u>For your convenience, you may send a *Wire Transfer* in payment of statements to:</u>

**Baker & McKenzie LLP -- Master Account**
**Wells Fargo Bank**
**1445 Ross Avenue, Suite 4400**
**Dallas, TX 75202**
**Account No. 4121374128**
**Routing No. 121000248**
**Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name**

**RE:  Invoice #:  23089493**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & MᶜKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000003**
**Invoice Number:  23089493**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

**RE: Employment and Fee Applications**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/10/09 | Swick | Draft proposed order on Motion for Interim Professionals' Fees. | 1.2 |
| 03/11/09 | Parham | Review and send fee procedures order to S&P(.2). | .2 |
| 03/25/09 | Schuler | Preparation of two orders approving applications to employ orders and related emails with court regarding same (0.6). | .6 |

**BAKER & MCKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089493

May 14, 2009
Matter Number: 000003
Page 2

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/25/09 | Wheeler | Upload proposed order regarding Baker & McKenzie employment application (.3); upload proposed order regarding Lain Faulkner employment application (.3); conference with Court regarding same (.1). | .7 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| David W. Parham | .2 | 555.00 | $ | 111.00 |
| Elliot D. Schuler | .6 | 410.00 | | 246.00 |
| Randall A. Swick | 1.2 | 305.00 | | 366.00 |
| Wendi J. Wheeler | .7 | 155.00 | | 108.50 |
| | | **Total:** | $ | **831.50** |

**TOTAL AMOUNT DUE:**   $   **831.50**

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

S T A T E M E N T

May 14, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000003**
**Invoice Number:  23089501**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING APRIL 30, 2009, AS FOLLOWS:

<u>Re:  Employment and Fee Applications</u>

**TOTAL FEES** ..............................................................................$      302.50

**TOTAL AMOUNT DUE**...............................................................$      302.50

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP -- Master Account**
**Wells Fargo Bank**
**1445 Ross Avenue, Suite 4400**
**Dallas, TX 75202**
**Account No. 4121374128**
**Routing No. 121000248**
**Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name**

**RE:  Invoice #:  23089501**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000003**
**Invoice Number:  23089501**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING APRIL 30,
2009, AS FOLLOWS:

**RE: Employment and Fee Applications**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/07/09 | Wheeler | Conference with Court regarding outstanding orders for employment and conference with Attorney Schuler regarding same. | .1 |
| 04/08/09 | Schuler | Reviewing e-mail from court confirming entries of orders on applications to employ (0.1). | .1 |

**BAKER & M<sup>c</sup>KENZIE**

Mr. Ron Weaver, Chairman                                    May 14, 2009
Client Number: 24227484                              Matter Number: 000003
Invoice Number: 23089501                                          Page 2

---

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/09/09 | Schuler | Reviewed orders granting employment applications and forward order approving retention of Lain Faulkner to S. Thomas and T. Gingerich (0.2). | .2 |
| 04/09/09 | Schuler | Review of proposed fee statement for March (0.4). | .4 |

## SUMMARY OF FEES:

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Elliot D. Schuler | .7 | 410.00 | $ | 287.00 |
| Wendi J. Wheeler | .1 | 155.00 | | 15.50 |
| | | **Total:** | $ | **302.50** |

**TOTAL AMOUNT DUE:**   $    **302.50**

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# S T A T E M E N T

May 15, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000003**
**Invoice Number:  23089600**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MAY 15, 2009, AS FOLLOWS:

**Re:  Employment and Fee Applications**

**TOTAL FEES**..............................................................................$    **1,886.00**

**TOTAL AMOUNT DUE**..................................................................$    **1,886.00**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP – Master Account**
**Wells Fargo Bank**
**1445 Ross Avenue, Suite 4400**
**Dallas, TX 75202**
**Account No. 4121374128**
**Routing No. 121000248**
**Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name**

**RE:  Invoice #:  23089600**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 15, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

                                    - to -

                              **BAKER & McKENZIE**
                              **Client Number:  24227484**
                              **Matter Number:     000003**
                              **Invoice Number:  23089600**
                              **IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MAY 15, 2009, AS FOLLOWS:

**RE: Employment and Fee Applications**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/04/09 | Schuler | Review of proposed fee statements to date; | .8 |
| 05/12/09 | Schuler | Continued review of proposed fee statements to date and initial preparation of fee application; | .8 |
| 05/13/09 | Schuler | Continued review of fee statements in preparation of fee application; review of fee statements from Lain Faulkner in preparation for their application; | .8 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089600

May 15, 2009
Matter Number: 000003
Page 2

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/14/09 | Schuler | Continued preparation of monthly fee applications for Baker McKenzie and Lain Faulkner for February, March and April; | 1.0 |
| 05/15/09 | Schuler | Reviewed internal spreadsheets of timekeeper summaries and expense summaries; continued preparation of first fee application and related filings; | 1.2 |

## SUMMARY OF FEES:

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Elliot D. Schuler | 4.6 | 410.00 | 1,886.00 |
| | | **Total:** $ | **1,886.00** |

**TOTAL AMOUNT DUE:** $ __1,886.00__