**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 13, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:      000004
Invoice Number: 23089474
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING FEBRUARY 28, 2009, AS FOLLOWS:

**Re:  Potential Sales**

TOTAL FEES ............................................................................................................$       33,017.50

TOTAL AMOUNT DUE..............................................................................................$    **33,017.50**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #:  23089474

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**EXHIBIT C**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 13, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number: 000004
Invoice Number: 23089474
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING FEBRUARY 28, 2009, AS FOLLOWS:

RE: Potential Sales

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/03/09 | Schuler | Attention to issues related to potential sale (1.8). | 1.8 |
| 02/04/09 | Schuler | Attention to claims register and APA with AVCO (0.8). | .8 |
| 02/05/09 | Parham | Review APA(.8); telephone conference with Textron's counsel and Debtor's counsel regarding sale(.6); conferences with Schuler regarding what we need to be doing(.2); | 1.6 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23089474

May 13, 2009  
Matter Number: 000004  
Page 2

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/05/09 | Schuler | Reviewed proposed asset purchase agreement for clarification of assets included and excluded from (0.4). | .4 |
| 02/10/09 | Parham | Telephone conference with David Laing regarding antitrust issues and e-mail debtor's counsel regarding same. | .3 |
| 02/11/09 | Parham | Telephone conference with Textron's counsel. | .3 |
| 02/11/09 | Parham | Telephone conference with counsel for APS(.7). | .7 |
| 02/12/09 | Schuler | Reviewed letter from potential acquirer of claims and forwarded to committee for review (0.3). | .3 |
| 02/13/09 | Schuler | Extensive review of proposed Asset Purchase Agreement with emphasis on termination and related provisions (1.2). | 1.2 |
| 02/16/09 | Schuler | Further review of asset purchase agreement for clarification on certain points (0.4); reviewed emails concerning potential purchaser (0.2). | .6 |
| 02/17/09 | Parham | Review and analysis of various objections to sale and e-mail to Schuler regarding same. | .5 |
| 02/17/09 | Schuler | Reviewed multiple objections to sale motion and related e-mails (1.0); telephone call from counsel for Teledyne (0.2). | 1.2 |
| 02/18/09 | Schuler | Exchanged e-mails concerning objections to sale (0.3); reviewed recent pleadings filed including further review of sale objections (1.0); left voice message for counsel for Textron (0.1). | 1.4 |
| 02/19/09 | Parham | Review and analysis of e-mail regarding FAA issues, competing bidder and status of committee's investigation(.6). | .6 |

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | May 13, 2009 |
| Client Number: 24227484 | Matter Number: 000004 |
| Invoice Number: 23089474 | Page 3 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/19/09 | Schuler | Review correspondence from Teledyne and initial review of competing bid (1.1); reviewed witness and exhibit lists prepared by other parties (0.2); prepared witness and exhibit list and arranged for filing (0.3); initial review of proposed exhibits to be utilized by Aviation Parts Supply (0.5). | 2.1 |
| 02/20/09 | Adams | Prepare service list (.50); finalize and serve the Witness and Exhibit List for the hearing on February 24, 2009 (.50). | 1.0 |
| 02/20/09 | Dixon | Prepare Exhibit Binders for Superior Air Parts hearing regarding Aviation Parts Supply. | 6.1 |
| 02/20/09 | Schuler | Telephone call with counsel for Aviation Parts Supply regarding sale hearing (0.3); reviewed certain provisions of Teledyne APA (0.4); exchanged e-mails and spoke with antitrust counsel regarding certain provisions of Asset Purchase Agreements and thoughts on actions of governmental entities to date (0.4); continued review of exhibits designated by Aviation Parts Supply (0.5); reviewed exhibits designated by Debtor for sale hearing (1.1). | 2.7 |
| 02/21/09 | Parham | Review Teledyne bid | 1.0 |
| 02/21/09 | Schuler | Continued review of bids and exhibits in preparation for sale hearing and attention to certain modified paragraphs; | 2.1 |
| 02/22/09 | Parham | Conference with Schuler preparatory to hearing, and regarding various issues in case(2.0); e-mail debtor's counsel with questions regarding issues related to auction(.3); | 2.3 |
| 02/22/09 | Schuler | Attention to bids and other issues related to upcoming sale hearing and conferred with D. Parham regarding same (1.9); sent e-mail to debtor regarding missing exhibit (0.1). | 2.0 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23089474  

May 13, 2009  
Matter Number: 000004  
Page 4

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/23/09 | Parham | Review APAs and revise same and give comments and review of exhibits preparatory to tomorrow's auction and hearing(2.4); receipt of two telephone call from APS counsel(.9); telephone conference with Textron counsel(.4); telephone conference with debtor's counsel(.4); telephone conference with Teledyne counsel(.4); | 4.5 |
| 02/23/09 | Schuler | Reviewed Debtor's proposed modifications to bids of both Textron and Teledyne with specific attention on tooling and tagging issues (2.0); conference call with debtor's counsel regarding comments and concerns with both bids, issues we had with specific representations and warranties and other pending matters (0.4); conference call with counsel for Aviation Parts Supply regarding sale hearing and their thoughts on same (0.4); attention to certain reps and warranties in agreement and communicated proposed revisions to debtor (0.6); telephone call from counsel for Teledyne (.1); reviewed supplemental exhibit from APS (0.2); lengthy conference call with Teledyne (0.5); reviewed chart regarding tooling equipment (0.6); reviewed revised APA and provided comments thereto (1.4); additional preparation for auction and sale hearing (1.4). | 8.0 |
| 02/24/09 | Parham | Attendance at auction(6.5); attendance at court hearing(1.0) | 7.5 |
| 02/24/09 | Schuler | Preparation for and attendance at auction including negotiations with Debtor and prospective bidders regarding terms of proposed asset purchase agreements (12.3); attendance at brief sale hearing (1.0). | 13.3 |
| 02/25/09 | Parham | Conference with Schuler regarding auction, status and strategy(.4); telephone conference with S Roberts regarding status(.4). | .8 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  May 13, 2009
Client Number: 24227484  Matter Number: 000004
Invoice Number: 23089474  Page 5

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/25/09 | Parham | Review and comment on changes to revised APA | .4 |
| 02/25/09 | Parham | Receipt of call from counsel for APS regarding auction | .2 |
| 02/25/09 | Schuler | Conference call with D. Brescia and D. Krupa regarding updates to tooling suppliers (0.3); reviewed proposed sale order (0.3); continued negotiation of terms of proposed bids and reviewed and commented on various versions of Asset Purchase Agreement with Teledyne (1.8); attention to related issues affecting bids (0.3); exchanged multiple e-mails and spoke with Debtor's counsel regarding status of bids and updated position from Teledyne (0.8). | 3.5 |
| 02/26/09 | Parham | Telephone conference with E Schuler and with S Roberts regarding auction results(.5); telephone conference with counsel for Teledyne regarding auction(.4). | .9 |
| 02/26/09 | Schuler | Preparation for and attendance at auction and scheduled hearings and related meeting with debtor's counsel, counsel for bidders and calls with committee during same (6.2); telephone call with counsel for Teledyne regarding possible interest in assets and thoughts on auction (0.3). | 6.5 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Mari L. Adams | 1.0 | 140.00 | $ 140.00 |
| Sandra L. Dixon | 6.1 | 205.00 | 1,250.50 |
| David W. Parham | 21.6 | 555.00 | 11,988.00 |
| Elliot D. Schuler | 47.9 | 410.00 | 19,639.00 |
| | | **Total:** | $ 33,017.50 |

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | May 13, 2009 |
| Client Number: 24227484 | Matter Number: 000004 |
| Invoice Number: 23089474 | Page 6 |

**TOTAL AMOUNT DUE:** $ __33,017.50__

BAKER & McKENZIE

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# S T A T E M E N T

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number:  24227484
Matter Number:     000004
Invoice Number: 23089494
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

**Re:  Potential Sales**

**TOTAL FEES** ...........................................................................................$         3,409.50

**TOTAL AMOUNT DUE**............................................................................$         **3,409.50**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #:  23089494

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:      000004
Invoice Number: 23089494
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

### RE: Potential Sales

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/02/09 | Parham | Telephone conference with Teledyne counsel regarding outline of possible auction(.1). | .1 |
| 03/02/09 | Schuler | Attention to issues related to potential sale of assets; | .2 |
| 03/11/09 | Parham | Telephone conference with counsel for potential purchaser (APS)(.4). | .4 |
| 03/16/09 | Parham | Telephone conference with Rich Broberg(.3). | .3 |

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | May 14, 2009 |
| Client Number: 24227484 | Matter Number: 000004 |
| Invoice Number: 23089494 | Page 2 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/16/09 | Parham | Telephone conference with prospective purchaser's representative, (.4). | .4 |
| 03/16/09 | Schuler | Exchanged multiple e-mails regarding potential buyers (0.;2). | .2 |
| 03/17/09 | Parham | Review of proposed confidentiality agreement received from APS | .6 |
| 03/18/09 | Parham | Telephone conference with Duane Brescia seeking update on sale activity(.1); brief telephone conference with counsel for APS and send revised confidentiality agreement to him(.2). | .3 |
| 03/18/09 | Schuler | Exchanged multiple emails regarding status of potential buyers (0.2). | .2 |
| 03/20/09 | Parham | Review and comment on proposed confidentiality agreement(.6); telephone conference with counsel for interested purchaser(.5); telephone conference with Debtor's counsel(1.2); | 2.3 |
| 03/26/09 | Parham | Telephone conference with debtor's counsel and debtor regarding case direction(1.0); review and revise letter debtor proposes to send to prospective purchasers(.3) | 1.3 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| David W. Parham | 5.7 | 555.00 | $ | 3,163.50 |
| Elliot D. Schuler | .6 | 410.00 | | 246.00 |
| | | **Total:** | $ | **3,409.50** |

TOTAL AMOUNT DUE:   $   <u>3,409.50</u>

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:    000004
Invoice Number: 23089502
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING APRIL 30, 2009, AS FOLLOWS:

**Re: Potential Sales**

**TOTAL FEES** ................................................................................................ $    289.50

**TOTAL AMOUNT DUE** ............................................................................. $    **289.50**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions: Include Registration/Matter Number, Invoice Number, Attorney Name

RE: Invoice #: 23089502

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000004
Invoice Number: 23089502
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING APRIL 30, 2009, AS FOLLOWS:

## RE: Potential Sales

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/16/09 | Parham | Conference with Schuler regarding ECI, case status. | .3 |
| 04/16/09 | Schuler | Telephone call from ECI regarding potential interest and contacted Debtor's counsel regarding same (0.3). | .3 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23089502

May 14, 2009  
Matter Number: 000004  
Page 2

## SUMMARY OF FEES:

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| David W. Parham | .3 | 555.00 | $ | 166.50 |
| Elliot D. Schuler | .3 | 410.00 | | 123.00 |
| | | Total: | $ | 289.50 |

**TOTAL AMOUNT DUE:**    $    **289.50**