**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 13, 2009

Mr. Ron Weaver, Chairman
**Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.**
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000005
Invoice Number: 23089471
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING FEBRUARY 28, 2009, AS FOLLOWS:

**Re: Claims Analysis**

TOTAL FEES ................................................................................ $    11,405.50

TOTAL AMOUNT DUE ................................................................. $    11,405.50

---

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions: Include Registration/Matter Number, Invoice Number, Attorney Name

RE: Invoice #: 23089471

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**EXHIBIT D**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 13, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000005
Invoice Number: 23089471
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING FEBRUARY 28, 2009, AS FOLLOWS:

## RE: Claims Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/30/09 | Swick | Research case law regarding recharacterization of claims. | 1.7 |
| 02/02/09 | Schuler | Reviewed research memorandum on recharacterization and equitable subordination (0.2). | .2 |
| 02/02/09 | Swick | Conduct research for and draft memorandum regarding recatheterization and equitable subordination. | 1.0 |

**Baker & McKenzie**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23089471

May 13, 2009  
Matter Number: 000005  
Page 2

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/03/09 | Schuler | Reviewed claims register for all claims made to date (0.3). | .3 |
| 02/04/09 | Schuler | Initial coordination of creditor notification regarding bar date (0.3); initial preparation of spreadsheet analyzing impact of certain events on creditor claims (0.4). | .7 |
| 02/05/09 | Schuler | Review of Schedule F and coordination of creditor notices (0.4); initial preparation of spreadsheet analyzing various scenarios for creditor recovery (1.8). | 2.2 |
| 02/06/09 | Dixon | Continue to research contact information for creditor's holding unsecured non-priority claims listed on Schedule F. | 3.4 |
| 02/07/09 | Dixon | Continue to research contact information for creditor's holding unsecured non-priority claims listed on Schedule F. | 2.0 |
| 02/09/09 | Dixon | Continue to research contact information for creditor's holding unsecured non-priority claims listed on Schedule F; telephone call with Platinum Litigation Solutions regarding bankruptcy mailout for bar date; prepare recipient list for mailout. | 3.9 |
| 02/09/09 | Schuler | Assisted S. Dixon with creditor notices (0.2). | .2 |
| 02/10/09 | Dixon | Continue to prepare recipient list for mailout. | .6 |
| 02/10/09 | Schuler | Preparation of claims memorandum notice to be sent to creditors (0.4). | .4 |
| 02/11/09 | Schuler | Initial research and review of case law discussing classification of certain types of creditor claims against the estate and whether they would qualify for administrative priority status (2.3). | 2.3 |
| 02/12/09 | Parham | E-mail German partner regarding Thielert(.3). | .3 |

**BAKER & MCKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | May 13, 2009 |
| Client Number: 24227484 | Matter Number: 000005 |
| Invoice Number: 23089471 | Page 3 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/12/09 | Schuler | Review claims register for total claims to date and reviewed recent claims filed in past few days (0.5). | .5 |
| 02/13/09 | Dixon | Review invoices from Platinum Litigation Solutions. | .2 |
| 02/13/09 | Schuler | Review of recent claims filed by creditors (0.3). | .3 |
| 02/13/09 | Wheeler | Prepare change of address notice for creditor; contact court regarding updating Matrix with corrected address; file notice and update Matrix. | 1.0 |
| 02/15/09 | Schuler | Cursory review of claims filed by creditors in the past few days (0.3). | .3 |
| 02/16/09 | Schuler | Reviewed e-mail from T. Greutzner regarding investigation (0.2); continued research and review of case law discussing treatment of certain claims (0.9); review information and case law for potential litigation (1.1). | 2.2 |
| 02/17/09 | Schuler | Review of newly filed claims in light of bar date (0.8); reviewed debtor's adversary complaint against Thielert AG and related proof of claim (0.4). | 1.2 |
| 02/18/09 | Schuler | Reviewed claims register and details of specific larger claims (1.1). | 1.1 |
| 02/18/09 | Swick | Research procedures for equitable subordination and recharacterization (1.0); draft memorandum on same (1.2). | 2.2 |
| 02/19/09 | Parham | Telephone conference with Schuler regarding same(.4); review memo regarding Thielert claims and e-mail regarding whether potential counterclaims would be compulsory(.3). | .7 |
| 02/19/09 | Schuler | Finalized legal memoranda to Committee on potential claims against certain entities and related legal issues (0.5); attention to legal issues regarding insurance (0.4. | .9 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23089471

May 13, 2009  
Matter Number: 000005  
Page 4

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/19/09 | Swick | Research issues regarding compulsory counterclaims and when tort claims arise for administrative claim purposes(1.9); meet with Elliot Schuler regarding same (.2). | 2.1 |
| 02/20/09 | Swick | Research issues regarding equitable subordination and draft memorandum on same. | 3.4 |
| 02/23/09 | Schuler | Reviewed chart prepared debtor analyzing claims filed against estate (0.3); reviewed emails with FAA regarding concerns with tagging requirements (0.2). | .5 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Sandra L. Dixon | 10.1 | 205.00 | $ 2,070.50 |
| David W. Parham | 1.0 | 555.00 | 555.00 |
| Elliot D. Schuler | 13.3 | 410.00 | 5,453.00 |
| Randall A. Swick | 10.4 | 305.00 | 3,172.00 |
| Wendi J. Wheeler | 1.0 | 155.00 | 155.00 |
| | | **Total:** | $ 11,405.50 |

**TOTAL AMOUNT DUE:**     $   11,405.50

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000005
Invoice Number: 23089495
IRS#: 36-2137456

---

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

**Re: Claims Analysis**

**TOTAL FEES** ................................................................................................... $     7,629.50

**TOTAL AMOUNT DUE** .................................................................................. $     7,629.50

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions: Include Registration/Matter Number, Invoice Number, Attorney Name

RE: Invoice #: 23089495

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:   000005
Invoice Number: 23089495
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

RE: Claims Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/12/09 | Schuler | Reviewed debtor's updated claims analysis (0.2). | .2 |
| 03/16/09 | Parham | Review claims analysis(.3). | .3 |
| 03/20/09 | Schuler | Strategy session on claims made in pending adversary proceeding (0.2); strategy session on sales efforts (0.2); initial preparation of outline for potential claims against certain entities (0.6). | 1.0 |

**Baker & McKenzie**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23089495

May 14, 2009  
Matter Number: 000005  
Page 2

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/23/09 | Schuler | Continued preparation of outline for potential claims (0.4). | .4 |
| 03/24/09 | Parham | Conference with Schuler regarding status of case, claim investigation | .4 |
| 03/24/09 | Schuler | Research and review of case law on recharcterization and equitable subordination (0.8). | .8 |
| 03/25/09 | Parham | Prepare for and participate in Committee conference call(1.5); meet with C Dedmon, S Thomas; T Archer, E Schuler regarding companies relationship with certain entities and history of same.(2.0). | 3.5 |
| 03/25/09 | Schuler | Continued review of case law on equitable subordination and sent e-mail to debtor's counsel regarding same (0.4); coordinated with S. Dixon in obtaining public filings made in Germany (0.3); review of publication, reports and news related to history of company and parent corporation (0.5); | 1.2 |
| 03/25/09 | Schuler | Preparation for meeting with C. Dedmon and T. Archer (0.7); meeting with C.Dedman and T. Archer (2.4). | 3.1 |
| 03/25/09 | Swick | Review equitable subordination research; send same to Elliot Schuler. | .3 |
| 03/26/09 | Dixon | Research various public corporate filings in Germany. | 3.3 |
| 03/26/09 | Schuler | Continued review of documents on German entities and exchanged e-mails regarding same (0.4). | .4 |
| 03/27/09 | Dixon | Research company information and equivalent filings for various entities; prepare binder regarding same. | 2.1 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23089495

May 14, 2009  
Matter Number: 000005  
Page 3

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/27/09 | Schuler | Coordinated with S. Dixon in finalizing compilation numerous financial filings, reports and news related to certain entities (0.3); initial review of financial reports, filings, and related news from certain entities (0.9). | 1.2 |
| 03/30/09 | Schuler | Continued investigation of annual filings and news releases from certain entities (1.5). | 1.5 |
| 03/31/09 | Schuler | Reviewed updated claims analysis from debtor (0.2). | .2 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Sandra L. Dixon | 5.4 | 205.00 | $ 1,107.00 |
| David W. Parham | 4.2 | 555.00 | 2,331.00 |
| Elliot D. Schuler | 10.0 | 410.00 | 4,100.00 |
| Randall A. Swick | .3 | 305.00 | 91.50 |
| | | **Total:** | $ 7,629.50 |

**TOTAL AMOUNT DUE:**   $   7,629.50

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000005
Invoice Number: 23089503
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING APRIL 30, 2009, AS FOLLOWS:

### Re: Claims Analysis

TOTAL FEES ..................................................................................... $    22,554.00

TOTAL AMOUNT DUE.................................................................... $    22,554.00

---

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions: Include Registration/Matter Number, Invoice Number, Attorney Name

RE: Invoice #: 23089503

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number:  24227484
Matter Number:     000005
Invoice Number:  23089503
IRS#:  36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING APRIL 30, 2009, AS FOLLOWS:

### RE: Claims Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/01/09 | Schuler | Exchanged e-mails regarding potential claims against certain entities (0.3). | .3 |
| 04/02/09 | Schuler | Initial preparation of memorandum on potential claims against certain entities (1.2). | 1.2 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  May 14, 2009
Client Number: 24227484  Matter Number: 000005
Invoice Number: 23089503  Page 2

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/03/09 | Schuler | Telephone call with S. Thomas regarding claims against certain entities and review of financial information of such entities (0.2); continued preparation of memorandum on investigation of certain claims (3.1); reviewed recent article from related insolvency case regarding transfer of operations to new entity (0.2). | 3.5 |
| 04/07/09 | Schuler | Continued preparation of chronological timeline in connection with investigation of claims against certain entities (1.9). | 1.9 |
| 04/13/09 | Schuler | Continued investigation of claims for potential lawsuit and preparation of related outline; | 3.4 |
| 04/14/09 | Schuler | Continued investigation of potential lawsuit and preparation of outline for potential complaint (3.1). | 3.1 |
| 04/15/09 | Schuler | Preparation of potential complaint against certain identified entities (2.0); exchanged e-mails with potential witnesses related to same (0.2). | 2.2 |
| 04/16/09 | Schuler | Continued analysis of potential claims in preparation of complaint (0.6). | .6 |
| 04/17/09 | Schuler | Reviewed facsimile from P. Eck with correspondence history relevant to potential litigation (0.5); telephone call with C. Dedmon regarding specific issues and dates of specific instances relevant to potential litigation (0.3); left voice message for T. Gingerich regarding outstanding inquiries (0.1); reviewed further information provided by C. Dedmon (0.2); continued preparation of complaint against certain entities (4.8). | 5.9 |
| 04/17/09 | Schuler | Continued preparation of complaint against certain entities (4.8). | 4.8 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23089503

May 14, 2009  
Matter Number: 000005  
Page 3

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/19/09 | Schuler | Continued preparation of proposed complaint against certain entities (1.6); reviewed stock price history (0.2); | 1.8 |
| 04/20/09 | Schuler | Reviewed motion for summary judgment in pending adversary commenced by Debtor (0.3); continued preparation of proposed complaint against certain entities (7.1). | 7.4 |
| 04/21/09 | Parham | Review and revision of TAG complaint and review of related documents(1.8); meet with S Thomas and E Schuler regarding same(1.3) | 3.1 |
| 04/21/09 | Schuler | Meeting with S. Thomas, and preparation for same, regarding claims against certain entities and related analysis (1.6); initial finalization of draft complaint against identified entities and spoke briefly with C. Dedmon regarding same (5.0). | 6.6 |
| 04/22/09 | Parham | Conference with Schuler regarding strategy, Thielert claims and things to be done(.7). | .7 |
| 04/22/09 | Schuler | Research into pending adversary proceedings and related legal issues (2.1); coordinated with S. Dixon in obtaining case materials from similar matter (0.2); preparation of letter to counsel for TAE and TAG and forwarded copy of same with draft of complaint (0.9). | 3.2 |
| 04/22/09 | Swick | Meet with Dave Parham and Elliot Schuler regarding equitable subordination and res judicata (.4); conduct follow up research regarding same (1.1). | 1.5 |
| 04/24/09 | Dixon | Prepare research binders. | 2.1 |
| 04/24/09 | Schuler | Reviewed claim withdrawals by taxing authorities and spoke with attorney for same (0.2). | .2 |
| 04/24/09 | Schuler | Reviewed response to summary judgment filed by TAG (0.2); attention to claims analysis (0.3). | .5 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  May 14, 2009
Client Number: 24227484  Matter Number: 000005
Invoice Number: 23089503  Page 4

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/27/09 | Schuler | Reviewed e-mails confirming continuance of summary judgment hearing in pending adversary proceeding (0.1). | .1 |
| 04/28/09 | Schuler | Reviewed debtor's claims report with breakdown of potential and estimated claims (0.3). | .3 |
| 04/28/09 | Schuler | Attention to issues related to Thielert AG (0.7). | .7 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Sandra L. Dixon | 2.1 | 205.00 | $ 430.50 |
| David W. Parham | 3.8 | 555.00 | 2,109.00 |
| Elliot D. Schuler | 47.7 | 410.00 | 19,557.00 |
| Randall A. Swick | 1.5 | 305.00 | 457.50 |
| | | **Total:** | $ 22,554.00 |

**TOTAL AMOUNT DUE:**  $  **22,554.00**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 15, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:   000005
Invoice Number: 23089601
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MAY 15, 2009, AS FOLLOWS:

Re:  Claims Analysis

TOTAL FEES............................................................................................$   2,844.00

TOTAL AMOUNT DUE.........................................................................$   2,844.00

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #: 23089601

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

\\bmdalnt300\Apps\WordFlow Professional\Archive\Bill\15849\24227484\000005\23089601001.doc

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 15, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:      000005
Invoice Number: 23089601
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MAY 15, 2009, AS FOLLOWS:

## RE: Claims Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/05/09 | Schuler | Attention to analysis of certain types of claims and values assigned to same by Debtor; | .9 |
| 05/06/09 | Parham | Telephone conference with counsel for Thielert AG( .5). | .5 |
| 05/06/09 | Schuler | Telephone call with S. Thomas regarding need for explanation to committee of liquidation analysis (0.2); telephone conference call with counsel for TAG (0.4); | .6 |

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | May 15, 2009 |
| Client Number: 24227484 | Matter Number: 000005 |
| Invoice Number: 23089601 | Page 2 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/12/09 | Parham | Review law regarding equitable subordination and draft Thielert complaint (.5); telephone conference with counsel for Thielert AG regarding plan offer and division between Thielert and trade(.8). | 1.3 |
| 05/13/09 | Schuler | Preparation of motion to intervene, objection to motion for summary judgment, and revised plea in intervention for potential filing in adversary proceeding between debtor and Thielert AG (2.6); reviewed lift stay motion filed by additional personal injury claimant (0.2) | 2.8 |
| 05/14/09 | Schuler | Exchanged emails with Debtor's counsel inquiring into status of Thielert summary judgment hearing; | .2 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David W. Parham | 1.8 | 555.00 | $ 999.00 |
| Elliot D. Schuler | 4.5 | 410.00 | 1,845.00 |
| | | Total: | $ 2,844.00 |

TOTAL AMOUNT DUE:  $ 2,844.00