**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

S T A T E M E N T

May 13, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:     000007**
**Invoice Number:  23089472**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING FEBRUARY
28, 2009, AS FOLLOWS:

<u>**Re:  Committee Communications**</u>

**TOTAL FEES** ...........................................................................................$      **18,307.00**

**TOTAL AMOUNT DUE**................................................................................$      **18,307.00**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP – Master Account**
**Wells Fargo Bank**
**1445 Ross Avenue, Suite 4400**
**Dallas, TX 75202**
**Account No. 4121374128**
**Routing No. 121000248**
Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #:  23089472

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**EXHIBIT**
**F**

**BAKER & MᶜKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 13, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000007**
**Invoice Number:  23089472**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING FEBRUARY 28, 2009, AS FOLLOWS:

**RE: Committee Communications**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/29/09 | Schuler | Exchanged emails with committee members regarding initial appointment and possible amendment thereto (0.2); left voice message for US Trustee (0.1). | .3 |
| 01/30/09 | Adams | Finalize conflicts checks, begin preparing the working group list for the committee. | 1.0 |
| 01/30/09 | Dixon | Perform conflicts check for Superior Air Parts, Inc. | .3 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089472

May 13, 2009
Matter Number: 000007
Page 2

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/30/09 | Parham | Conference with Schuler preparatory to Committee call (.6); committee conference call(.7). | 1.3 |
| 01/30/09 | Schuler | Reviewed voice message from US Trustee and related e-mails (0.3); reviewed amendment to committee (0.1); multiple calls with individual committee members regarding newly constituted committee and first meeting with all members (0.6); conference call with entire committee regarding initial matters, role of committee and key issues (1.0); telephone calls with Committee Chairman regarding initial matters of interest (0.5). | 2.5 |
| 01/31/09 | Parham | Review and comment on committee bylaws(.2); review application to employ(.3); consider case strategy per committee's request for a game plan(.3); | .8 |
| 02/01/09 | Schuler | Revised Bylaws and forwarded to R. Weaver for review (0.3). | .3 |
| 02/02/09 | Schuler | Prepared minutes from first meeting of unsecured creditors committee (1.0). | 1.0 |
| 02/03/09 | Parham | Memo to committee regarding action plan(.5). | .5 |
| 02/03/09 | Schuler | Sent e-mail to committee with bylaws and minutes from first meeting (0.2); telephone call with R. Weaver regarding case updates (0.2). | .4 |
| 02/04/09 | Parham | Prepare for (including review of incoming financials) and participate in committee conference call(1.8); conferences with Schuler regarding things to be done per committee's request(.3). | 2.1 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089472

May 13, 2009
Matter Number: 000007
Page 3

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/04/09 | Schuler | Exchanged emails with committee members regarding certain pending items (0.2); assisted with preparation of memorandum to committee members on strategy and goals going forward (0.3); preparation for committee call (0.6); conference call with committee (1.1); exchanged emails with committee members after call to clarify certain issues discussed at meeting (0.3) draft minutes from today's committee meeting (0.9). | 3.4 |
| 02/05/09 | Schuler | Finalized minutes from latest committee meeting and sent to group (0.2). | .2 |
| 02/06/09 | Schuler | Exchanged numerous emails with various creditors regarding pending issues and concerns (0.4). | .4 |
| 02/09/09 | Parham | E-mail committee chair regarding Lain Faulkner(.4). | .4 |
| 02/09/09 | Schuler | Exchanged e-mails with C. Dedmon regarding certain creditor issues (0.1); telephone call with R. Weaver regarding certain action items and possible financial adviser (0.2); telephone call with potential financial adviser (0.2). | .5 |
| 02/10/09 | Adams | Finalize, distribute and arrange for Committee conference call set for February 10, 2009. | 1.0 |
| 02/10/09 | Schuler | Exchanged e-mails with Committee Chairman regarding same (0.1). | .1 |
| 02/11/09 | Parham | Prepare for committee meeting(1.0); attend committee meeting(1.0); meet with Mr. Dedman following meeting (.5). | 2.5 |
| 02/11/09 | Parham | Conference with Schuler regarding things to be done(.2) and e-mail potential financial advisors requesting information(.2) | .4 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089472

May 13, 2009
Matter Number: 000007
Page 4

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|---|
| 02/11/09 | Schuler | Preparation for committee meeting (0.5); conference call with members of unsecured creditors committee to advise of current issues and discuss pending matters (1.0); meeting with C. Dedmon and representatives of Zanzi (0.8); draft minutes from committee meeting (0.5); telephone call from unsecured creditor regarding case status (0.2); reviewed e-mails to potential financial advisers (0.2). | 3.2 |
| 02/12/09 | Adams | Review, redact and provide information to the Committee members. | 1.0 |
| 02/12/09 | Parham | Telephone conference with potential financial advisor | .2 |
| 02/12/09 | Parham | Conference with Schuler regarding financial advisors and what we need them to do(.3). | .3 |
| 02/12/09 | Schuler | Exchanged e-mails with C. Dedmon regarding potential financial advisors (0.2); several communications with potential financial advisers (0.3); finalized minutes from last committee call and forwarded to committee (0.3). | 1.0 |
| 02/13/09 | Parham | Review and respond to e-mail regarding financial advisors(.3). | .3 |
| 02/13/09 | Schuler | Several communications with C. Dedmon regarding due diligence on several proposed financial advisors (0.8). | .8 |
| 02/14/09 | Schuler | Exchanged multiple e-mails and had two telephone calls with certain committee members regarding action items from last committee meeting; | .9 |
| 02/16/09 | Schuler | Telephone call with R. Weaver regarding pending issues (0.3). | .3 |
| 02/17/09 | Schuler | Exchanged emails with individual committee members regarding pending issues (0.4); preparation for upcoming Committee call (0.8). | 1.4 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089472

May 13, 2009
Matter Number: 000007
Page 5

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/18/09 | Schuler | Telephone call with S. Thomas regarding items needed for review and upcoming committee call (0.2); preparation for committee call (0.4); official committee call (0.6); initial preparation of legal memorandum on certain legal issues related to specific claims as requested by Committee (1.8); two telephone calls from individual committee members regarding certain aspects discussed at meeting (0.3); preparation of minutes from committee meeting (0.5); reviewed executed bylaws from several committee members (0.2); reviewed subsequent comments from Committee regarding objections to sale (0.2). | 4.2 |
| 02/18/09 | Wheeler | Finalize proof of claim for KSPG Automotive and file same. | .6 |
| 02/19/09 | Parham | Review of minutes of committee meeting and plan of action, and e-mail Schuler regarding access to Debtor and lack of response from debtor's counsel(.3). | .3 |
| 02/19/09 | Schuler | Meeting with financial advisor regarding documents provided by Debtor (1.5). | 1.5 |
| 02/20/09 | Schuler | Sent e-mail to committee advising of Teledyne bid (0.2); post-meeting conference with S. Thomas regarding initial thoughts (0.3). | .5 |
| 02/23/09 | Parham | Committee call preparatory to auction | .9 |
| 02/23/09 | Schuler | Telephone call with S. Thomas regarding initial analysis (0.2); preparation for committee call (0.3). | .5 |
| 02/24/09 | Schuler | Exchanged e-mails with committee members regarding status of negotiations (0.2). | .2 |
| 02/25/09 | Parham | Telephone conference with C Dedman regarding suppliers response on title issue(.2). | .2 |
| 02/25/09 | Parham | Committee call | .4 |

## BAKER & McKENZIE

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089472

May 13, 2009
Matter Number: 000007
Page 6

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/25/09 | Schuler | Conference call with C. Dedmon regarding status of tooling inquiries to suppliers designated as critical by Teledyne (0.2); exchanged multiple e-mails with Debtor's counsel regarding status of tooling responses (0.2); preparation for committee call (0.3); committee call regarding status of bids and related issues (0.5); additional telephone calls with certain creditors regarding tooling requested by Debtor and related communications (0.9). | 2.1 |
| 02/26/09 | Parham | Committee conference call regarding auction(.5); receipt of call from counsel for APS regarding status(.4); conference with Schuler regarding where we go from here and strategy(.5); telephone conference with committee chair regarding auction(.3). | 1.7 |
| 02/26/09 | Schuler | Several separate telephone calls from several committee members regarding impact of failed auction and/or viable alternatives (0.9). | .9 |

## SUMMARY OF FEES:

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Mari L. Adams | 3.0 | 140.00 | $ | 420.00 |
| Sandra L. Dixon | .3 | 205.00 | | 61.50 |
| David W. Parham | 12.3 | 555.00 | | 6,826.50 |
| Elliot D. Schuler | 26.6 | 410.00 | | 10,906.00 |
| Wendi J. Wheeler | .6 | 155.00 | | 93.00 |
| | | **Total:** | $ | **18,307.00** |

**TOTAL AMOUNT DUE:**     $   18,307.00

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# S T A T E M E N T

May 14, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:     000007**
**Invoice Number:  23089497**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

**Re:  Committee Communications**

**TOTAL FEES** ............................................................................$     **7,871.50**

**TOTAL AMOUNT DUE**.................................................................$     **7,871.50**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP – Master Account**
**Wells Fargo Bank**
**1445 Ross Avenue, Suite 4400**
**Dallas, TX 75202**
**Account No. 4121374128**
**Routing No. 121000248**
**Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name**

**RE: Invoice #: 23089497**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000007**
**Invoice Number:  23089497**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MARCH 31,
2009, AS FOLLOWS:

**RE: Committee Communications**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/02/09 | Parham | Telephone conference with Committee chairman regarding exit strategy(.3) | .3 |
| 03/03/09 | Parham | Telephone conference with committee chairman(.3). | .3 |
| 03/05/09 | Parham | Conference call with committee(1.0); call with Schuler thereafter(.2) | 1.2 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089497

May 14, 2009
Matter Number: 000007
Page 2

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|---|
| 03/05/09 | Schuler | Preparation for committee call (0.3); conference call with creditor's committee and follow-up discussions related to issues discussed therein (1.3); preparation of minutes and action items (1.0); telephone call with C. Dedmon regarding possible meeting with T. Archer to discuss potential claims against estate and certain action items (0.2). | 2.8 |
| 03/09/09 | Parham | Telephone conferences with committee chair regarding options(.5). | .5 |
| 03/09/09 | Parham | Telephone conference with R Weaver regarding Textron, ECI and sale process. | .3 |
| 03/11/09 | Parham | Telephone conference with Tom Gingerich regarding their progress(.1); prepare for and participate in committee call (1.4); telephone conference with S Thomas and T Gingrich afterwards(.4) | 1.9 |
| 03/11/09 | Parham | Telephone conference with R Weaver regarding sale options(.4). | .4 |
| 03/12/09 | Schuler | Reviewed e-mails from certain committee members regarding potential candidates to acquire business and prior attempts by CFS (0.2). | .4 |
| 03/13/09 | Schuler | Telephone call with S. Thomas and T. Gingerich regarding status of review and current findings (0.3); reviewed e-mail and attachments from same regarding action items from committee and Debtor's responses to date (0.2); | .5 |
| 03/14/09 | Schuler | Exchanged e-mails with committee members regarding action items from latest call; | .2 |
| 03/17/09 | Parham | Telephone conference with Steve Thomas and Tom Gingrich | .4 |
| 03/18/09 | Parham | Preparation for committee call(.2). | .2 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman                                            May 14, 2009
Client Number: 24227484                                    Matter Number: 000007
Invoice Number: 23089497                                                   Page 3

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/18/09 | Parham | Committee conference call | 1.0 |
| 03/18/09 | Schuler | Preparation for committee call (0.3); conference call with committee (1.0); exchanged messages with certain creditors (0.2). | 1.5 |
| 03/20/09 | Schuler | Telephone call with certain creditors regarding Debtor's letters regarding tooling equipment (0.4); review of notes from Wednesday's committee call (0.2). | .6 |
| 03/23/09 | Schuler | Preparation of minutes from last committee call (1.0); sent e-mail to C. Dedmon regarding potential meeting (0.1). | 1.1 |
| 03/24/09 | Schuler | Exchanged e-mails with C. Dedmon regarding certain entities with which no response had been received (0.1); telephone call with T. Gingerich and S. Thomas regarding update on receivables and inventory sales (0.3). | .4 |
| 03/25/09 | Schuler | Preparation of minutes from latest call (0.7). | .7 |
| 03/25/09 | Schuler | Weekly committee call (1.0). | 1.0 |
| 03/26/09 | Schuler | Telephone call with S. Thomas and T. Gingerich (0.3); telephone call with R. Weaver regarding meeting with Lycoming (0.2). | .5 |
| 03/30/09 | Schuler | Exchanged e-mails with various committee members regarding APS (0.3). | .3 |
| 03/31/09 | Schuler | Exchanged emails with certain committee members regarding antitrust issues (0.2); reviewed current cash flow and inventory reports and forwarded copy of same to committee members (0.2). | .4 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089497

May 14, 2009
Matter Number: 000007
Page 4

---

## SUMMARY OF FEES:

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| David W. Parham | 6.5 | 555.00 | $ | 3,607.50 |
| Elliot D. Schuler | 10.4 | 410.00 | | 4,264.00 |
| | | **Total:** | $ | **7,871.50** |

**TOTAL AMOUNT DUE:**   $   **7,871.50**

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# S T A T E M E N T

May 14, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000007**
**Invoice Number:  23089505**
**IRS#:  36-2137456**

FOR  PROFESSIONAL  SERVICES  RENDERED  FOR  THE  PERIOD  ENDING  APRIL  30,
2009, AS FOLLOWS:

**Re:  Committee Communications**

**TOTAL FEES** ...............................................................................................$      **7,475.50**

**TOTAL AMOUNT DUE**.............................................................................$      **7,475.50**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP – Master Account**
**Wells Fargo Bank**
**1445 Ross Avenue, Suite 4400**
**Dallas, TX 75202**
**Account No. 4121374128**
**Routing No. 121000248**
**Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name**

**RE: Invoice #:  23089505**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & MᶜKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000007**
**Invoice Number:  23089505**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING APRIL 30, 2009, AS FOLLOWS:

**RE: Committee Communications**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/01/09 | Parham | Prepare for and committee conference call(1.3); conference with accountants afterwards(.2) | 1.5 |
| 04/01/09 | Schuler | Telephone call from R. Weaver regarding status of several pending matters (0.4); exchanged multiple e-mails and had telephone call with T. Gingerich regarding current review of financials and recent sales by Debtor (0.7); preparation for committee call (0.4); conference call with committee (1.0). | 2.5 |

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | May 14, 2009 |
| Client Number: 24227484 | Matter Number: 000007 |
| Invoice Number: 23089505 | Page 2 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/02/09 | Schuler | Preparation of minutes from committee call and sent to members (0.9). | .9 |
| 04/03/09 | Schuler | Preparation of memoranda e-mail to committee regarding same and requesting toughts on same (.6). | .6 |
| 04/08/09 | Schuler | Preparation for committee call (0.5); initial preparation of minutes from committee call (0.5). | 1.0 |
| 04/09/09 | Schuler | Finalize minutes from committee call and sent to committee members (0.3). | .3 |
| 04/15/09 | Parham | Prepare for and participate in committee conference call(.9) ; conference with Schuler afterwards regarding strategy (.2) | 1.1 |
| 04/15/09 | Schuler | Preparation for and participation in conference call with committee (1.1). | 1.1 |
| 04/16/09 | Schuler | Telephone call with C. Dedmon (0.2). | .2 |
| 04/21/09 | Schuler | Preparation of minutes from last committee call and forwarded to committee members (0.5). | .5 |
| 04/22/09 | Parham | Preparation for committee call (.3); committee conference call(1.0). | 1.3 |
| 04/22/09 | Schuler | Review comments from committee members to proposed complaint, and made further revisions thereto (1.0); reviewed status report from lain Faulkner in advance of committee call and spoke with T. Gingerich regarding details of same (0.4); preparation for committie call (.5); weekly conference call with committie members (1.0). | 2.9 |
| 04/24/09 | Parham | E-mail to committee regarding same(.2). | .2 |
| 04/27/09 | Parham | E-mail to committee regarding Thielert related developments(.2). | .2 |
| 04/27/09 | Schuler | Reviewed e-mail to committee advising of status of claims held by Thielerts (0.1). | .1 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman                                  May 14, 2009
Client Number: 24227484                         Matter Number: 000007
Invoice Number: 23089505                                     Page 3

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/28/09 | Schuler | Preparation of minutes from last committee call (0.6). | .6 |
| 04/29/09 | Parham | Conference with Lain Faulkner and Mr. Schuler regarding liquidation analysis(.2); committee conference call(.4). | .6 |
| 04/29/09 | Schuler | Preparation for and participation in committee call (0.9). | .9 |

## SUMMARY OF FEES:

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| David W. Parham | 4.9 | 555.00 | $ | 2,719.50 |
| Elliot D. Schuler | 11.6 | 410.00 | | 4,756.00 |
| | | **Total:** | $ | **7,475.50** |

**TOTAL AMOUNT DUE:**     $     **7,475.50**

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# S T A T E M E N T

May 15, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL 33458**

- to -

**BAKER & McKENZIE**
**Client Number: 24227484**
**Matter Number:    000007**
**Invoice Number: 23089603**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MAY 15, 2009, AS FOLLOWS:

**Re: Committee Communications**

**TOTAL FEES**...................................................................................**$    5,080.50**

**TOTAL AMOUNT DUE**......................................................................**$    5,080.50**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP – Master Account**
**Wells Fargo Bank**
**1445 Ross Avenue, Suite 4400**
**Dallas, TX 75202**
**Account No. 4121374128**
**Routing No. 121000248**
**Special Instructions: Include Registration/Matter Number, Invoice Number, Attorney Name**

**RE: Invoice #: 23089603**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**

ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel:  +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 15, 2009

**Mr. Ron Weaver, Chairman**
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL  33458**

- to -

**BAKER & McKENZIE**
**Client Number:  24227484**
**Matter Number:      000007**
**Invoice Number:  23089603**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MAY 15, 2009, AS FOLLOWS:

## RE: Committee Communications

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/05/09 | Schuler | Exchanged e-mails with and had telephone call with Committee Chairman regarding recent sales by the debtor for below cost and other general concerns (0.4); | .4 |
| 05/06/09 | Parham | Committee conference call(.5); conference with Schuler after committee call, regarding strategy(.3). | .8 |
| 05/06/09 | Schuler | Weekly committee call (0.7); preparation of minutes from committee call (0.6). | 1.3 |

**BAKER & MᶜKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089603

May 15, 2009
Matter Number: 000007
Page 2

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|---|
| 05/07/09 | Schuler | Telephone call from C. Dedmon regarding pending issues in case and thoughts on industry players (0.4); reviewed docket sheet for all upcoming dales and deadlines and sent e-mail to committee advising of same (0.3); | .7 |
| 05/11/09 | Parham | Telephone conference with committee chair(.2). | .2 |
| 05/12/09 | Parham | Committee conference call and conference afterwards with Schuler regarding strategy(1.3). | 1.3 |
| 05/12/09 | Schuler | Special conference call with committee regarding offer from Aviation Parts Supply (1.0); | 1.0 |
| 05/13/09 | Parham | Telephone conference with Ron Weaver regarding APS, status(.5); prepare for committee conference call(.4) Committee conference call(1.0); e-mail with committee, various members regarding APS deal(.3); | 2.2 |
| 05/13/09 | Schuler | Conference call with Committee Chairman regarding recent case developments (0.3); sent emails to committee attaching calculations for different scenarios and advising of same in advance of call (0.2); telephone call with C. Dedmon regarding meeting with APS and related issues (0.3); weekly conference call with creditors committee (1.0); reviewed emails to committee regarding tooling issues with APS proposal (0.1); | 1.9 |
| 05/15/09 | Schuler | Prepared e-mail to committee advising of case status and need for call (0.2); special call with committee regarding plan issues (0.8). | 1.0 |

**BAKER & MᶜKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089603

May 15, 2009
Matter Number: 000007
Page 3

---

## SUMMARY OF FEES:

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| David W. Parham | 4.5 | 555.00 | $ | 2,497.50 |
| Elliot D. Schuler | 6.3 | 410.00 | | 2,583.00 |
| | | **Total:** | $ | **5,080.50** |

**TOTAL AMOUNT DUE:**    $    **5,080.50**