**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 13, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000008
Invoice Number: 23089473
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING FEBRUARY 28, 2009, AS FOLLOWS:

**Re: Antitrust Issues**

TOTAL FEES ............................................................................. $    9,240.00

TOTAL AMOUNT DUE ............................................................. $    9,240.00

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions: Include Registration/Matter Number, Invoice Number, Attorney Name

RE: Invoice #: 23089473

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**EXHIBIT G**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 13, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000008
Invoice Number: 23089473
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING FEBRUARY 28, 2009, AS FOLLOWS:

RE: Antitrust Issues

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/10/09 | Schuler | Attention to issues raised by DOJ (0.6). | .6 |
| 02/12/09 | Laing | Telephone conference with debtor's counsel, purchaser's counsel, and creditors' counsel regarding antitrust issues, US Department of Justice position and response (1.0); research regarding DOJ prior antitrust enforcement actions in bankruptcy proceedings, venue for antitrust complaints, DOJ policy statements (1.2) | 2.2 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23089473

May 13, 2009
Matter Number: 000008
Page 2

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/12/09 | Parham | Conference call on antitrust issues. | .9 |
| 02/12/09 | Schuler | Conference call with Debtor and Textron regarding inquiry from Department of Justice (0.8); reviewed cases cited by parties with regard to claims made by department of Justice and performed independent research on same (1.4); reviewed debtor's proposed letter to Department of Justice (0.2). | 2.4 |
| 02/13/09 | Fedele | Prepare for, and participate in, meetings regarding jurisdictions in which the Department of Justice could commence an action to enjoin sale (.6); conduct research regarding same (2.6). | 3.2 |
| 02/13/09 | Laing | Review and telephone conference with counsel for debtor (S Roberts) regarding draft letter to US Department of Justice, response to DOJ inquiry (.4); research regarding DOJ policy statements, prior antitrust litigation of bankruptcy auction transactions (.9); office discussion with associate (J Fedele) regarding research on DOJ authority to file antitrust complaints (.3); telephone conference with Dallas office (E Schuler) regarding status of bankruptcy, antitrust issues (.5); research regarding automatic stay, antitrust litigation (1.6) | 3.7 |
| 02/13/09 | Parham | Review and respond to e-mail regarding antitrust issues(.3). | .3 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23089473

May 13, 2009  
Matter Number: 000008  
Page 3

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/13/09 | Schuler | Lengthy telephone call with Debtor's counsel regarding inquiry from Department of Justice (0.6); telephone call with antitrust attorneys regarding same and research needed on issues attendant to proposed sale (0.4); second telephone call with Debtor's counsel regarding communications with Department of Justice and related case matters (0.3); initial preparation of application to employ (0.3); reviewed memoranda on cases involving efforts by the Department of Justice to thwart bankruptcy sales and had telephone call with antitrust counsel regarding same (0.6). | 2.2 |
| 02/19/09 | Schuler | Telephone call with counsel for Textron regarding status of inquiry from Department of Justice (0.2). | .2 |
| 02/20/09 | Laing | Review Textron APA for possible buyer walk aways for antitrust reasons; telephone conference with and messages to / from E Schuler regarding antitrust issues, possible US Department of Justice antitrust intervention. | 1.2 |
| 02/23/09 | Laing | Messages to / from and telephone conference with E Schuler regarding antitrust issues, antitrust schedules, Texas AG investigation. | .7 |
| 02/23/09 | Schuler | Reviewed correspondence and document request from Attorney General's office (0.2). | .2 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John J. Fedele | 3.2 | 475.00 | $ 1,520.00 |
| David J. Laing | 7.8 | 610.00 | 4,758.00 |
| David W. Parham | 1.2 | 555.00 | 666.00 |
| Elliot D. Schuler | 5.6 | 410.00 | 2,296.00 |
|  |  | **Total:** | **$ 9,240.00** |

Case 08-36705-bjh11    Doc 215-7    Filed 05/22/09    Entered 05/22/09 11:39:20    Desc
Exhibit G    Page 5 of 12

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | May 13, 2009 |
| Client Number: 24227484 | Matter Number: 000008 |
| Invoice Number: 23089473 | Page 4 |

**TOTAL AMOUNT DUE:** $ **9,240.00**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000008
Invoice Number: 23089498
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

**Re: Antitrust Issues**

TOTAL FEES .................................................................................. $     388.50

TOTAL AMOUNT DUE ................................................................. $     **388.50**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions: Include Registration/Matter Number, Invoice Number, Attorney Name

RE: Invoice #: 23089498

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number:  24227484
Matter Number:     000008
Invoice Number:  23089498
IRS#:  36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

## RE: Antitrust Issues

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/02/09 | Parham | Telephone conference with David Laing regarding antitrust issues related to same(.4). | .4 |
| 03/09/09 | Parham | Telephone conference with Jim Walsh; e-mail to Mr. Walsh regarding DOJ. | .3 |

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | May 14, 2009 |
| Client Number: 24227484 | Matter Number: 000008 |
| Invoice Number: 23089498 | Page 2 |

## SUMMARY OF FEES:

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David W. Parham | .7 | 555.00 | 388.50 |
| | | Total: $ | 388.50 |

**TOTAL AMOUNT DUE:** $ **388.50**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000008
Invoice Number: 23089506
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING APRIL 30, 2009, AS FOLLOWS:

**Re: Antitrust Issues**

TOTAL FEES ......................................................................................$    2,403.50

TOTAL AMOUNT DUE ......................................................................$    2,403.50

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions: Include Registration/Matter Number, Invoice Number, Attorney Name

RE: Invoice #: 23089506

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:    000008
Invoice Number: 23089506
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING APRIL 30, 2009, AS FOLLOWS:

RE: Antitrust Issues

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/01/09 | Schuler | Two telephone calls with counsel for APS regarding inquiries from Texas Attorney General (0.3. | .3 |
| 04/03/09 | Parham | Preparation of letter to Attorney General under Texas Public Information Act (.6); telephone call and e-mail exchange with E. D'Arcangelo ragarding same (.3). | .9 |
| 04/15/09 | Schuler | Telephone call from Texas Attorney General regarding status of information request (0.2). | .2 |

**BAKER & McKENZIE**

| Mr. Ron Weaver, Chairman | May 14, 2009 |
| Client Number: 24227484 | Matter Number: 000008 |
| Invoice Number: 23089506 | Page 2 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/17/09 | Schuler | Exchanged e-mails related to Texas Attorney General inquiry (0.2). | .2 |
| 04/17/09 | Schuler | Exchanged e-mails related to Texas Attorney General inquiry (0.2). | .2 |
| 04/20/09 | Schuler | Reviewed e-mail from E. D'Arcangelo regarding antitrust issue (0.1); telephone call with counsel for Textron regarding meeting with Texas Attorney General (0.2). | .3 |
| 04/22/09 | Schuler | Claims analysis for certain claims pursuant to request from Textron (0.2); conference call with Committee Chairman regarding antitrust issues and follow up call with same and head of Texas Antitrust Division regarding status of investigation (1.0). | 1.2 |
| 04/23/09 | Schuler | Reviewed correspondence from Texas Attorney General to Open Records Division regarding our request for information (0.2). | .2 |
| 04/24/09 | Schuler | Sent e-mail to Textron's counsel (0.2). | .2 |
| 04/26/09 | Schuler | Reviewed e-mail from counsel for Textron (0.1). | .1 |
| 04/29/09 | Schuler | Reviewed letter from attorney general regarding open records request (0.3). | .3 |
| 04/30/09 | Schuler | Sent e-mail and spoke with counsel for Textron regarding meeting with Texas Attorney General (0.3); coordinated with A. Swick regarding letter from Texas Attorney General and need for analysis of allegations raised therein (0.2); reviewed procedure on responding to open records division (0.2). | .7 |
| 04/30/09 | Swick | Review Attorney General request for an open records request ruling (.4); research time to file a response (.6). | 1.0 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23089506  

May 14, 2009  
Matter Number: 000008  
Page 3

## SUMMARY OF FEES:

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| David W. Parham | .9 | 555.00 | $ | 499.50 |
| Elliot D. Schuler | 3.9 | 410.00 | | 1,599.00 |
| Randall A. Swick | 1.0 | 305.00 | | 305.00 |
| | | **Total:** | $ | **2,403.50** |

**TOTAL AMOUNT DUE:**   $   **2,403.50**