## EXHIBIT H

## TIMEKEEPER SUMMARY

| Name, Position, Year Employed at Position, Year of Law School Graduation | Location | Bill Hours | Rate | Bill Amount |
|---|---|---|---|---|
| Wendi J. Wheeler, Paralegal | Dallas | 2.4 | 155 | $ 372.00 |
| David W. Parham, Partner, 2002, 1981 | Dallas | 121.3 | 555 | 67,321.50 |
| Elliot D. Schuler, Associate 2003, 2001 | Dallas | 317.8 | 410 | 130,298.00 |
| Mari L. Adams, Paralegal | Dallas | 16 | 140 | 2,240.00 |
| Randall A. Swick, Associate, 2006, 2006 | Dallas | 14.4 | 305 | 4,392.00 |
| Sandy Dixon, Paralegal | Dallas | 39.2 | 205 | 8,036.00 |
| David J. Laing, Partner, 2001, 1988 | Washington, D.C. | 7.8 | 610 | 4,758.00 |
| John J. Fedele, Associate, 2008, 2003 | Washington, D.C. | 3.2 | 475 | 1,520.00 |
| **GRAND TOTALS** | | **522.1** | **419.34** | $ **218,937.50** |

Page 1

DALDMS/661682.3

EXHIBIT H