**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 13, 2009

Mr. Ron Weaver, Chairman
**Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.**
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:    000001
Invoice Number: 23089468
IRS#: 36-2137456

FOR EXPENSES INCURRED FOR THE PERIOD ENDING FEBRUARY 28, 2009, AS FOLLOWS:

**Re:  Committee Representation (Insolvency)**

TOTAL EXPENSES..........................................................................$      868.67

TOTAL AMOUNT DUE....................................................................$      868.67

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #:  23089468

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**EXHIBIT
I**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 13, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000001
Invoice Number: 23089468
IRS#: 36-2137456

FOR EXPENSES INCURRED FOR THE PERIOD ENDING FEBRUARY 28, 2009, AS FOLLOWS:

**RE: Committee Representation (Insolvency)**

**SUMMARY OF EXPENSES:**

| Description | Amount |
|---|---|
| Telephone | $ 9.18 |
| Photocopies | 212.41 |
| Postage | .84 |
| Staff Overtime | 95.91 |

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | May 13, 2009 |
| Client Number: 24227484 | Matter Number: 000001 |
| Invoice Number: 23089468 | Page 2 |

| | |
|---|---|
| Outside Information Services | 349.73 |
| Outside Copy Service | 200.60 |
| **Total Expenses:** | **$ 868.67** |
| | |
| **TOTAL AMOUNT DUE:** | **$ 868.67** |

**Baker & McKenzie**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000001
Invoice Number: 23089491
IRS#: 36-2137456

FOR EXPENSES INCURRED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

**Re:  Committee Representation (Insolvency)**

**TOTAL EXPENSES**..................................................................................$       1,325.29

**TOTAL AMOUNT DUE**............................................................................$     **1,325.29**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #:  23089491

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number:  24227484
Matter Number:     000001
Invoice Number:  23089491
IRS#:  36-2137456

FOR EXPENSES INCURRED FOR THE PERIOD ENDING MARCH 31, 2009, AS FOLLOWS:

**RE: Committee Representation (Insolvency)**

**SUMMARY OF EXPENSES:**

| Description | Amount |
|---|---|
| Telephone | $ 26.61 |
| Transportation - Local | 40.75 |
| Meals & Travel - Non-Local | 86.49 |

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | May 14, 2009 |
| Client Number: 24227484 | Matter Number: 000001 |
| Invoice Number: 23089491 | Page 2 |

| | | |
|---|---|---|
| Outside Information Services | 55.84 | |
| Outside Copy Service | 1,115.60 | |
| | **Total Expenses:** | **$  1,325.29** |
| | **TOTAL AMOUNT DUE:** | **$  1,325.29** |

**BAKER & McKENZIE**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number:  24227484
Matter Number:     000001
Invoice Number:  23089499
IRS#:  36-2137456

FOR EXPENSES INCURRED FOR THE PERIOD ENDING APRIL 30, 2009, AS FOLLOWS:

**Re:  Committee Representation (Insolvency)**

TOTAL EXPENSES.................................................................................$     168.27

TOTAL AMOUNT DUE..........................................................................$     168.27

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #:  23089499

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 14, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:    000001
Invoice Number: 23089499
IRS#: 36-2137456

FOR EXPENSES INCURRED FOR THE PERIOD ENDING APRIL 30, 2009, AS FOLLOWS:

**RE: Committee Representation (Insolvency)**

**SUMMARY OF EXPENSES:**

| Description | Amount |
|---|---|
| Telephone | $ 12.43 |
| Courier/Messenger Service | 13.18 |
| Outside Information Services | 49.55 |

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | May 14, 2009 |
| Client Number: 24227484 | Matter Number: 000001 |
| Invoice Number: 23089499 | Page 2 |

| | |
|---|---|
| Facsimile | 23.51 |
| Outside Copy Service | 69.60 |

**Total Expenses:** $ **168.27**

**TOTAL AMOUNT DUE:** $ **168.27**

**BAKER & McKENZIE**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

May 15, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number: 000001
Invoice Number: 23089613
IRS#: 36-2137456

---

FOR EXPENSES INCURRED FOR THE PERIOD ENDING MAY 15, 2009, AS FOLLOWS:

**Re: Committee Representation (Insolvency)**

TOTAL EXPENSES..................................................................................$  143.45

TOTAL AMOUNT DUE...........................................................................$  143.45

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions: Include Registration/Matter Number, Invoice Number, Attorney Name

RE: Invoice #: 23089613

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

\\bmdalnt300\Apps\WordFlow Professional\Archive\Bill\15849\24227484\000001\23089613001.doc

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

May 15, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000001
Invoice Number: 23089613
IRS#: 36-2137456

FOR EXPENSES INCURRED FOR THE PERIOD ENDING MAY 15, 2009, AS FOLLOWS:

RE: Committee Representation (Insolvency)

SUMMARY OF EXPENSES:

| Description | Amount |
|---|---|
| Photocopies | $ 24.32 |
| Transportation - Local | 8.00 |
| Outside Information Services | 86.16 |
| Miscellaneous | 24.97 |
| **Total Expenses:** | **$ 143.45** |

**BAKER & McKENZIE**

| | |
|---|---:|
| Mr. Ron Weaver, Chairman | May 15, 2009 |
| Client Number: 24227484 | Matter Number: 000001 |
| Invoice Number: 23089613 | Page 2 |

**TOTAL AMOUNT DUE:**  $  <u>143.45</u>