**VIA UNITED STATES MAIL:**

Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

William G. Burd
Atkinson & Brownell, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131

William B. Freeman
Pillsbury Winthrop LLP
725 S. Figueroa St.
Ste. 2800
Los Angeles, CA 90017-5406

Krystina N. Jiron
Atkinson & Brownell, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131

Warren H. Smith
Warren H. Smith & Associates, P.C.
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Drive
Suite 400
Littleton, CO 80124

Anita F. McMahon
1646 Belmont Avenue
Baton Rouge, LA 70808

Warren H. Smith
Donohe, Jameson & Carroll
325 N. St. Paul St., Suite 4080
Dallas, TX 75201

Kevin H. Good
1700 Pacific Avenue #2250
Dallas, TX 75201

William O. Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd, 41st Fl
Los Angeles, CA 90017

**VIA ELECTRONIC NOTIFICATION:**

Duane J. Brescia
Strasburger & Price LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701
Duane.brescia@strasburger.com

Robert P. Franke
Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, TX 75202
Robert.franke@strasburger.com

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701
Stephen.roberts@strasburger.com

Official Committee of Unsecured Creditors
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201
David.w.parham@bakernet.com

David William Parham
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201
David.w.parham@bakernet.com

Elliot D. Schuler
Baker and McKenzie
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Elliot.d.schuler@bakernet.com

U.S. Trustee
Northern District of Texas
1100 Commerce St., Rm. 976
Dallas, Texas 75242-1496
Albert.loftus@usdoj.gov

William O. Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41th Floor
Los Angeles, CA 90017
wangelley@kreindler.com

Howard A. Borg
801 Cherry St., Suite 1700, Unit 4
Ft. Worth, TX 76102-6882
Howard.borg@usdoj.gov

Sarah Brooke Davis
Beirne, Maynard & Parsons L.L.P.
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201-7305
sdavis@bmpllp.com

Vickie L. Driver
Pronske & Patel, P.C.
1700 Pacific Avenue, Suite 2260
Dallas, TX 75201
vdriver@pronskepatel.com

Melissa S. Hayward
Locke Lord Bissell & Liddell LLP
2200 Ross Ave., Ste. 2200
Dallas, TX 75201
mhayward@lockelord.com

Larry K. Hercules
Larry K. Hercules, P.C.
1400 Preston Road, Suite 280
Plano, TX 75093
lkhercules@yahoo.com

Susan B. Hersh
Susan B. Hersh, P.C.
12770 Coit Rd., Suite 1100
Dallas, TX 75251
susant@susanbherschpc.com

Michael L. Jones
Henry & Jones
2902 Carlisle St., Suite 250
Dallas, TX 75204-4078
mjones@henryandjones.com

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street
Suite 211
McKinney, TX 75069
bleonard@billleonardlaw.com

Neil J. Orleans
Goins, Underkofler, Crawford and Langdon
1201 Elm St., Suite 4800
Dallas, TX 75270
neilo@gucl.com

Deirdre B. Ruckman
Gardere,Wynne & Sewell
1601 Elm St., Suite 3000
Dallas, TX 75201
druckman@gardere.com

Chester B. Salomon
Salomon Green & Ostrow, PC
485 Madison Ave.
New York, NY 10022
csalomon@beckerglynn.com

Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201
Laurie.Spindler@publicans.com

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon St., N.W.
Grand Rapids, MI 49503
gtoering@wnj.com

Gregory M. Zarin
Kane Russell Coleman and Logan, PC
1601 Elm St., Ste. 3700
Dallas, TX 75201
gzarin@krcl.com

Michael S. Leib
Maddin, Hauser, et al
Third Floor Essex Centre
28400 Northwestern Highway
Southfield, MI 48034-8004
msl@maddinhauser.com

Shari L. Heyen
Greenberg Traurig LLP
1000 Louisiana #1700
Houston, TX 77002
heyens@gtlaw.com

Kenneth A. Hill
Quilling Selander Cummiskey et al
2001 Bryan St. #1800
Dallas, TX 75201-4240
kenhill@qsclpc.com

Rosa R. Orenstein
Looper Reed & McGraw
1601 Elm St. #4100
Dallas, TX 75201
rorenstein@lrmlaw.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Bryan St. #1600
Dallas, TX 75201
Dallas.bankruptcy@publicans.com

Christina Walton Stephenson
Pronske & Patel, P.C.
1700 Pacific Ave #2260
Dallas, TX 75201
cstephenson@pronskepatel.com

Michael Benton Willey
Office of the Attorney general
425 5th Ave N.
2nd Floor Bankruptcy Div.
Nashville, TN 37243
agbanktexas@ag.tn.gov