**Michelle E. Shriro**
**State Bar No. 18310900**
**SINGER & LEVICK, P.C.**
**16200 Addison Road, Suite 140**
**Addison, TX 75001**
**Telephone (972) 380-5533**
**Facsimile (972) 380-5748**
**COUNSEL FOR MICHAEL HENDERSON**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | **Case No. 08-36705-BJH-11** |
| | § | |
| **Debtor** | § | **Hearing Date: June 16, 2009** |
| | § | **Time: 1:15 p.m.** |
| | § | |

### NOTICE OF PRELIMINARY HEARING

Please take notice that a preliminary hearing on Michael Henderson's Motion for Relief from the Automatic Stay has been set for 1:15 p.m. on Tuesday, June 16 2009 before the Honorable Barbara J. Houser, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division,1100 Commerce, Room 14th Floor, Courtroom #2, Dallas, Texas 75002.

Respectfully submitted,

By    /s/Michelle E. Shriro
      Michelle E. Shriro
      State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, TX 75001-5350
Telephone (972) 380-5533
Facsimile (972) 380-5748
mshriro@singerlevick.com

ATTORNEYS FOR MICHAEL HENDERSON

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and to all others listed on the attached service list via first class mail, postage prepaid on this 22nd day of May, 2009.

               /s/Michelle E. Shriro
               Michelle E. Shriro