David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
R. Adam Swick
State Bar No. 24051794
Baker & McKenzie LLP
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | Hearing Date: June 24, 2009 |
| **DEBTOR-IN POSSESSION.** § | Hearing Time: 3:00 p.m. |
| § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Baker & McKenzie LLP's Interim Application (the "Application") as Counsel to the Official Committee of Unsecured Creditors for Allowance of Administratiave Claim of Fees and Expenses During The Period of January 29, 2009 Through May 15, 2009 [Doc. No. 215] has been set for hearing on **June 24, 2009 at 3:00 p.m.** in the courtroom for the Honorable Barbara J. Houser, which is located at 1100 Commerce Street, Room 1424, Dallas, TX 75242.

DATED: May 22, 2009
        Dallas, Texas

**Notice of Hearing**                    1
DALDMS/661894.1

Respectfully submitted,

**BAKER & McKENZIE LLP**

By: /s/ Elliot D. Schuler
    David W. Parham
    State Bar No. 15459500
    Elliot D. Schuler
    State Bar No. 24033046
    R. Adam Swick
    State Bar No. 24051794
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

# CERTIFICATE OF SERVICE

On this the 21st day of May 2009, the undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing Notice to be served upon the persons or entities through the Court's ECF system and via United States mail, first-class postage pre-paid and properly addressed upon those identified below and those indicated as not receiving electronic notice on the ECF Receipt.

| | |
|---|---|
| Stephen Roberts<br>STRASBURGER & PRICE, LLP<br>600 Congress Avenue, Suite 1600<br>Austin, Texas 78701 | Mary Frances Durham<br>Trial Attorney for the Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX  75242 |
| Charles B. Dedmon<br>5706 Hagen Court<br>Dallas, Texas 75252 | Ronald J. Weaver<br>AVStar Aircraft Accessories, Inc.<br>1365 Park Lane South<br>Jupiter, Florida 33458 |
| Phil Eck<br>Eck Industries<br>1602 North 8th Street<br>Manitowoc, Wisconsin 54221-0967 | Werner Wilhelm Albus<br>Valeria de Freitas Mesquita<br>Rodovia Arnaldo Julio Mauerbrut, n. 4000-Distrito Industrial 01<br>Nova Odessa – SP Brasil<br>Caixa Postal 91 |

/s/ Elliot D. Schuler
Elliot D. Schuler