

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed April 7, 2009

*Barbara J. Houser*

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Case No. 08-36705-BJH-11** |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | **Jointly Administered** |
| et al., | § | |
| | § | |
| **DEBTORS-IN POSSESSION.** | § | **CHAPTER 11** |

---

### ORDER APPROVING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR ORDER PURSUANT TO SECTIONS 327(a) AND 1103(a) OF THE BANKRUPTCY CODE AUTHORIZING THE RETENTION AND EMPLOYMENT OF LAIN, FAULKNER & CO., P.C. AS FINANCIAL ADVISORS *NUNC PRO TUNC* TO FEBRUARY 13, 2009

Upon the Application (the "Application") dated February 16, 2009 [Docket No. 91], of

the Official Committee of Unsecured Creditors (the "Committee"), for entry of an order pursuant

to Sections 327(a) and 1103(a) of Title 11 of the United States Code (the "Bankruptcy Code"),

authorizing the Committee to employ and retain Lain, Faulkner & Co., P.C. as Financial

Advisors *nunc pro tunc* to February 13, 2009; and upon the Affidavit of Dennis Faulkner, a

shareholder of Lain Faulkner, in support thereof (the "Affidavit"); and the Court being satisfied

DALDMS/659058.1

**EXHIBIT A**

based on the representations made in the Application and Affidavit that Lain Faulkner is a

"disinterested person" as that term is defined under Section 101 of the Bankruptcy Code, and that

their employment is necessary, and would be in the best interests of the Committee; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that, the Application be, and hereby is, granted; and it is further

ORDERED that, in accordance with Sections 327(a) and 1103(a) of Title 11 of the

Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014, the Committee be and hereby

is authorized to employ and retain Lain, Faulkner & Co., P.C. as Financial Advisors *nunc pro*

*tunc* to February 13, 2009,  on the terms set forth in the Application and Affidavit.

# # # End of Order # # #

DALDMS/659058.1

**EXHIBIT A**

# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Fee Application Summary
## For the Period February 13, 2009  through April 30, 2009

Name of Applicant:  LAIN, FAULKNER & CO., P.C.

Role in the Case:  Financial Advisors for the
Official Committee of Unsecured Creditors

Current Application:
   Fees Requested:       $72,095.75
   Expenses Requested:     $82.97

| | |
|---|---:|
| Fees Previously Requested: | $0.00 |
| Fees Previously Awarded: | $0.00 |
| Fees Previously Paid: | $0.00 |
| Expenses Previously Requested: | $0.00 |
| Expenses Previously Awarded: | $0.00 |
| Expenses Previously Paid: | $0.00 |
| Retainer Paid: | $0.00 |

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---:|---:|---:|
| **Professional** | | | |
| Dennis Faulkner | 1.80 | 390.00 | 702.00 |
| Steve Thomas | 97.70 | 365.00 | 35,660.50 |
| Tom Gingerich | 119.40 | 290.00 | 34,626.00 |
| Steve Thomas | 1.10 | 182.50 | 200.75 |
| Amy Allen | 0.30 | 0.00 | 0.00 |
| Steve Thomas | 0.50 | 0.00 | 0.00 |
| | **220.80** | | **71,189.25** |
| **Staff** | | | |
| Rick Cass | 2.20 | 235.00 | 517.00 |
| Connie Smith | 1.90 | 205.00 | 389.50 |
| | **4.10** | | **906.50** |
| | **224.90** | | $ **72,095.75** |

Value of hours not billed:    $      269.50

Total Blended Hourly Rate: (Professionals)  $     322.42
Total Blended Hourly Rate: (All)  $     320.57

**EXHIBIT B**

# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Project Summary
## For the Period  February 13, 2009  through April 30, 2009

| Project Description | Exhibit | TimeCard Hours | TimeCard Amount |
|---|---|---|---|
| Case Administration | D | 0.20 | 78.00 |
| Financial Analysis Services | E | 220.70 | 71,010.50 |
| Employment/Fee Application | F | 2.10 | 806.50 |
| Travel Time | G | 1.10 | 200.75 |
| Client Time Not Billed | H | 0.80 | 0.00 |
| **Total:** | | **224.90** | **$72,095.75** |

**EXHIBIT C**

## LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Summary Sheet - Case Administration
## For the Period  February 13, 2009  through April 30, 2009

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Dennis Faulkner | 0.20 | 390.00 | $ 78.00 |
| **Total:** | **0.20** | | **$ 78.00** |

**EXHIBIT D**

# LAIN, FAULKNER & CO., P.C.
## DAILY  LOG
### February 13, 2009  THRU  April 30, 2009
### For Services Rendered

## Superior Air Parts, Inc., et al
## Case Administration

| Emp | Date | Service Code Description | TimeCard Hours | TimeCard Amount |
|-----|------|--------------------------|----------------|-----------------|
| DSF | 02/18/2009 | Meeting with Steve Thomas regarding update on Superior Air Parts and coordination for teleconference. | 0.20 | $78.00 |
| | | *Daily Log Total: | 0.20 | 78.00 |

**EXHIBIT D**

# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Summary Sheet - Financial Analysis Services
## For the Period  February 13, 2009  through April 30, 2009

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|----------|---------------------:|------------:|-------------:|
| Steve Thomas | 97.20 | 365.00 | $ 35,478.00 |
| Tom Gingerich | 119.40 | 290.00 | $ 34,626.00 |
| Rick Cass | 2.20 | 235.00 | $ 517.00 |
| Connie Smith | 1.90 | 205.00 | $ 389.50 |
| **Total:** | **220.70** | | **$ 71,010.50** |

**EXHIBIT E**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
### February 13, 2009 THRU April 30, 2009
### For Services Rendered

## Superior Air Parts, Inc., et al
## Financial Analysis Services

| Emp | Date | Service Code Description | TimeCard Hours | TimeCard Amount |
|-----|------|--------------------------|----------------|-----------------|
| SHT | 02/18/2009 | E-mail from/to Elliott Schuler; telecom with Elliott Schuler. | 0.50 | $182.50 |
| SHT | 02/18/2009 | Updated Dennis Faulkner as to status. | 0.20 | 73.00 |
| SHT | 02/18/2009 | Read APS objection to sale. | 0.70 | 255.50 |
| SHT | 02/18/2009 | Teleconference with unsecured creditors' committee and counsel. | 0.60 | 219.00 |
| SHT | 02/18/2009 | Telecom with Elliott Schuler. | 0.10 | 36.50 |
| SHT | 02/19/2009 | Voicemail from/to Elliott Schuler. | 0.10 | 36.50 |
| SHT | 02/19/2009 | Traveled to Elliott Schuler's office to review documents and participate in teleconference with Elliott Schuler, debtor and debtor's counsel; met with Elliott Schuler regarding case issues. | 2.30 | 839.50 |
| SHT | 02/20/2009 | Reviewed documents and prepared for meeting with Kent Abercrombie and Elliott Schuler; met with Kent Abercrombie and Elliott Schuler; had follow-up meeting with Elliott Schuler. | 2.90 | 1,058.50 |
| SHT | 02/22/2009 | Analyzed past performance; split same between product lines; prepared trending analysis. | 2.50 | 912.50 |
| SHT | 02/23/2009 | Teleconference with Elliott Schuler and David Parham; participated in committee teleconference. | 1.10 | 401.50 |
| SHT | 02/24/2009 | Reviewed documents, prepared trending analysis and prepared for upcoming hearing. | 1.70 | 620.50 |
| SHT | 02/24/2009 | Traveled to and attended hearing regarding auction and sale; stood ready to testify; hearing was postponed. | 0.90 | 328.50 |
| SHT | 02/24/2009 | E-mail from/to Elliott Schuler regarding rescheduled hearing and status. | 0.20 | 73.00 |
| SHT | 02/25/2009 | Participated in committee teleconference. | 0.50 | 182.50 |
| SHT | 02/26/2009 | E-mail from/voicemail to Elliott Schuler regarding current developments; telecoms with Elliott Schuler regarding same. | 0.30 | 109.50 |
| SHT | 02/26/2009 | Telecom with Elliott Schuler to coordinate upcoming meeting. | 0.10 | 36.50 |
| SHT | 03/04/2009 | Met Elliott Schuler and Dave Parham regarding Superior Aircraft Products status and work plan; had follow-up meeting with Elliott Schuler. | 1.50 | 547.50 |
| SHT | 03/04/2009 | Telecoms with Tom Gingerich and Stacy Hoover-Bell regarding staff availability. | 0.30 | 109.50 |
| SHT | 03/04/2009 | Left two voicemails to Kent Abercrombie. | 0.10 | 36.50 |
| SHT | 03/04/2009 | Telecom with Elliot Schuler. | 0.10 | 36.50 |
| SHT | 03/04/2009 | Commenced document review and historical trend analysis. | 0.90 | 328.50 |
| SHT | 03/05/2009 | Left voicemails and sent e-mails to coordinate meeting with Kent Abercrombie to commence analysis. | 0.30 | 109.50 |
| SHT | 03/05/2009 | Met with Tom Gingerich regarding document review and to prepare historical trend analysis; prepared for visit to Superior Aircraft Products offices. | 2.20 | 803.00 |
| SHT | 03/05/2009 | Teleconference with Elliot Schuler and Tom Gingerich regarding same. | 0.30 | 109.50 |
| TJG | 03/05/2009 | Reviewed documents supplied by attorney's; met with Steve Thomas to prepare for meeting with Keith Abercrombie of Superior Air Parts. | 5.20 | 1,508.00 |

**EXHIBIT E**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
### February 13, 2009 THRU April 30, 2009
### For Services Rendered

## Superior Air Parts, Inc., et al
## Financial Analysis Services

| Emp | Date | Service Code Description | TimeCard Hours | TimeCard Amount |
|-----|------|--------------------------|:--------------:|:---------------:|
| TJG | 03/06/2009 | Met with Steve Thomas and Keith Abercrombie to discuss cash flow statement and assumptions, accounts receivable and payable schedules and inventory schedules; discussed cash burn and liquidation values; discussed intercompany transactions with Theilert; follow up teleconference with Steve Thomas and Elliot Schuler. | 5.00 | $1,450.00 |
| SHT | 03/06/2009 | Prepared for meeting with Kent Abercrombie and Tom Gingerich. | 0.50 | 182.50 |
| SHT | 03/06/2009 | Traveled to Superior Aircraft Product offices and met with Kent Abercrombie and Tom Gingerich regarding working capital/cash burn rate, liquidation analysis and the historical relationship between Superior Aircraft Products and TAE. | 3.90 | 1,423.50 |
| SHT | 03/06/2009 | Teleconference with Elliot Schuler and Tom Gingerich regarding status and work plan. | 0.40 | 146.00 |
| SHT | 03/06/2009 | Had follow-up meeting with Tom Gingerich regarding detailed work plan. | 0.60 | 219.00 |
| SHT | 03/06/2009 | Read minutes of March 5, 2009 Committee teleconference. | 0.20 | 73.00 |
| SHT | 03/09/2009 | Read e-mails to/from Tom Gingerich and counsel; continued review of SAP's detailed accounts receivable/Accounts Payable and cash flow work papers. | 1.40 | 511.00 |
| SHT | 03/09/2009 | Analyzed the most recent monthly operating report in light of cash flow projections. | 0.80 | 292.00 |
| TJG | 03/09/2009 | Analyzed cash flow schedules for two week period to understand methods used by Keith Abercrombie; reviewed supplemental schedules provided by Keith Abercrombie to support cash flow; prepared list of additional documents to request. | 4.80 | 1,392.00 |
| TJG | 03/09/2009 | Met with Steve Thomas to update him on cash flow statements. | 0.60 | 174.00 |
| TJG | 03/10/2009 | Reviewed documents and prepared recap of meeting with Keith Abercrombie for conference call; prepared document request for Keith Abercrombie; met with Steve Thomas to review status of case. | 3.50 | 1,015.00 |
| SHT | 03/10/2009 | Continued document review and analysis with Tom Gingerich. | 1.10 | 401.50 |
| SHT | 03/11/2009 | Prepared interim report to counsel and committee members regarding current investigation; continued document review and analysis. | 1.50 | 547.50 |
| SHT | 03/11/2009 | Participated in weekly committee teleconference. | 1.00 | 365.00 |
| SHT | 03/11/2009 | Teleconference with David Parham and Tom Gingerich. | 0.40 | 146.00 |
| SHT | 03/11/2009 | Prepared detailed work plan with Tom Gingerich. | 0.30 | 109.50 |
| SHT | 03/11/2009 | Prepared and transmitted status report and detailed "to do" list; e-mails from/to/from Counsel. | 0.60 | 219.00 |
| TJG | 03/11/2009 | Prepared status update memorandum to Dave Parham for teleconference with committee members; follow up telecom with Dave Parham. | 2.50 | 725.00 |
| TJG | 03/11/2009 | Compared cash flow forecasts to actual results; quantified differences. | 1.20 | 348.00 |

**EXHIBIT E**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## February 13, 2009 THRU April 30, 2009
## For Services Rendered

## Superior Air Parts, Inc., et al
## Financial Analysis Services

| Emp | Date | Service Code Description | TimeCard Hours | TimeCard Amount |
|---|---|---|---|---|
| TJG | 03/11/2009 | Participated in teleconference with Dave Parham, Ron Weaver, Chuck Dedmon and Steve Thomas; follow up teleconference with Dave Parham and Steve Thomas. | 1.50 | $435.00 |
| TJG | 03/11/2009 | Updated memorandum for list of additional tasks to be completed requested by committee members; follow up with Steve Thomas and Dave Parham. | 1.30 | 377.00 |
| TJG | 03/12/2009 | Prepared second document request for Kent Abercrombie. | 1.00 | 290.00 |
| SHT | 03/12/2009 | Continued analysis with Tom Gingerich; researched questions posed by committee members. | 2.20 | 803.00 |
| SHT | 03/13/2009 | Teleconference with Kent Abercrombie and Tom Gingeich; had follow-up meeting with Tom Gingerich regarding work plan. | 0.40 | 146.00 |
| SHT | 03/13/2009 | Teleconference with Elliot Schuler in Tom Gingerich; had follow-up meeting with Tom Gingerich regarding priorities. | 0.40 | 146.00 |
| TJG | 03/13/2009 | Teleconference with Kent Abercrombie and Steve Thomas to gain understanding of when we would receive documents per our prior request; asked Kent various operational questions. | 0.40 | 116.00 |
| TJG | 03/13/2009 | Reviewed invoices of Adams Aviation and Aero Inc. received from SAP at request of committee members; forwarded invoices to Elliot Schuler; updated Dave Parham and Elliot Schuler after our status call with Kent Abercrombie on status of documents. | 1.00 | 290.00 |
| TJG | 03/13/2009 | Reviewed accounts receivable and inventory schedules; prepared schedule to summarize per committee's request. | 0.60 | 174.00 |
| TJG | 03/16/2009 | Received weekly cash flow reports from Kent Abercrombie; reviewed schedules and began preparation for weekly teleconference with committee members. | 2.50 | 725.00 |
| SHT | 03/16/2009 | Continued analysis of data supplied by debtor; commenced outline for report to committee during weekly teleconference. | 1.10 | 401.50 |
| SHT | 03/17/2009 | Continued analysis with Tom Gingerich; reviewed and analyzed new information received from Kent Abercrombie, focusing on preparation for upcoming committee teleconference. | 2.60 | 949.00 |
| SHT | 03/17/2009 | Teleconference with Elliot Schuler and Tom Gingerich regarding same. | 0.30 | 109.50 |
| SHT | 03/17/2009 | Reviewed past financial information received from Elliot Schuler. | 0.80 | 292.00 |
| SHT | 03/17/2009 | Prepared for teleconference with Tom Gingerich and David Parham; teleconference with Tom Gingerich and David Parham; had follow-up meeting with Tom Gingerich regarding status and work plan. | 1.30 | 474.50 |
| TJG | 03/17/2009 | Continued review and analysis of documents received from SAP; analyzed accounts receivables and inventory for liquidation valuation and teleconference with committee. | 1.60 | 464.00 |
| TJG | 03/17/2009 | Continued review of documents with Steve Thomas; teleconference with Elliot Schuler and Steve Thomas; telecom with Kent Abercrombie, left message. | 2.50 | 725.00 |
| TJG | 03/18/2009 | Updated schedules and analysis for March 18th status report for conference call; teleconference with Elliot Schuler and Steve Thomas. | 4.70 | 1,363.00 |
| TJG | 03/18/2009 | Teleconference with attorneys, committee members and Steve Thomas; follow up meeting with Steve Thomas. | 1.30 | 377.00 |

**EXHIBIT E**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## February 13, 2009  THRU  April 30, 2009
## For Services Rendered

## Superior Air Parts, Inc., et al
## Financial Analysis Services

| Emp | Date | Service Code Description | TimeCard Hours | TimeCard Amount |
|-----|------|--------------------------|----------------|-----------------|
| SHT | 03/18/2009 | Continued document review and analysis with Tom Gingerich; prepared report to committee for presentation at upcoming committee teleconference; sent draft of report to counsel for their review. | 1.90 | $693.50 |
| SHT | 03/18/2009 | Analyzed projected cash flow and maximum possible debtor lifespan without a Plan of Reorganization. | 1.40 | 511.00 |
| SHT | 03/18/2009 | Teleconference with Tom Gingerich and Elliot Schuler. | 0.30 | 109.50 |
| SHT | 03/18/2009 | Participated in committee teleconference. | 1.00 | 365.00 |
| SHT | 03/18/2009 | Had follow-up meeting with Tom Gingerich regarding detailed "to do" list and general work plan. | 0.60 | 219.00 |
| SHT | 03/19/2009 | Prepared for teleconference; attempted teleconference with Tom Gingerich and Kent Abercrombie. | 0.30 | 109.50 |
| SHT | 03/19/2009 | Teleconference with Kent Abercrombie and Tom Gingerich; had follow-up meeting to summarize findings and document work plan with Tom Gingerich. | 1.00 | 365.00 |
| TJG | 03/19/2009 | Began summary of teleconference; gathered information for teleconference with Kent Abercrombie; teleconference with Steve Thomas and Kent Abercrombie. | 1.40 | 406.00 |
| TJG | 03/20/2009 | Reviewed new documents from SAP; began analysis on excess inventory schedules. | 1.70 | 493.00 |
| FFC | 03/20/2009 | Met with Tom Gingerich regarding update for inventory schedule to include 6 month demand; developed various queries and table to assist with updating same. | 1.20 | 282.00 |
| FFC | 03/23/2009 | Updated inventory schedule to include 6 month demand; performed quality control review procedures on same; met with Tom Gingerich regarding selcted items not matched. | 0.70 | 164.50 |
| TJG | 03/23/2009 | Reviewed six month and three year inventory usage schedules to determine liquidation value of inventory on hand; began review of TAE schedule for intercompany transactions. | 1.90 | 551.00 |
| TJG | 03/23/2009 | Continued analysis of TAE schedule, new cash flow forecast received from SAP; reviewed sales by customer and usage of cash during past week. | 3.00 | 870.00 |
| SHT | 03/23/2009 | Work with Tom Gingerich on inventory valuation. | 1.30 | 474.50 |
| SHT | 03/23/2009 | Reviewed new weekly data received from Kent Abercrombie; Monitor Tom Gingerich's research and analysis of same. | 1.20 | 438.00 |
| SHT | 03/23/2009 | Commenced detailed review of Thielert AE vendor history. | 2.00 | 730.00 |
| SHT | 03/24/2009 | Continued analysis of weekly reports received from debtor. | 0.70 | 255.50 |
| SHT | 03/24/2009 | Continued analysis of SAP/TAE historical relationship. | 3.10 | 1,131.50 |
| SHT | 03/24/2009 | Prepared for upcoming committee teleconference and meeting with selected committee members. | 1.10 | 401.50 |
| TJG | 03/24/2009 | Analyzed accounts receivable agings, potential collection issues and liquidation value; reviewed additional documents received from SAP on sales and accounts receivables; reviewed monthly operating report; prepared status report for committee conference call; analyzed TAE history with Steve Thomas. | 5.00 | 1,450.00 |
| FFC | 03/24/2009 | Assisted Steve Thomas in developing summary schedule for Thielart accounts payable file. | 0.30 | 70.50 |

**EXHIBIT E**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
### February 13, 2009 THRU April 30, 2009
### For Services Rendered

## Superior Air Parts, Inc., et al
## Financial Analysis Services

| Emp | Date | Service Code Description | TimeCard Hours | TimeCard Amount |
|-----|------|--------------------------|----------------|-----------------|
| TJG | 03/25/2009 | Continued review of documents for status update, focusing on accounts receivable issues and monthly operating report. | 1.80 | $522.00 |
| TJG | 03/25/2009 | Participated in teleconference with committee and counsel; attended follow up meeting with counsel, Tim Archer, Chuck Dedmon and Steve Thomas to discuss history of transactions between TAE and Superior Air Parts, Inc; follow-up meeting with Steve Thomas to prepare action plan going forward. | 4.10 | 1,189.00 |
| SHT | 03/25/2009 | Submitted comments regarding report to committee. | 0.40 | 146.00 |
| SHT | 03/25/2009 | Read e-mail from Tom Gingerich to Kent Abercrombie regarding monthly operating report questions. | 0.10 | 36.50 |
| SHT | 03/25/2009 | Analyzed gross margin, Aero sales issues etc. with Tom Gingerich to prepare for upcoming committee teleconference and meeting. | 1.20 | 438.00 |
| SHT | 03/25/2009 | Participated in weekly committee conference call. | 1.00 | 365.00 |
| SHT | 03/25/2009 | Met with Elliot Schuler, Dave Parham, Chuck Dedmon, Tom Gingerich and Tim Archer regarding SAP/TAE historical relationship. | 2.50 | 912.50 |
| SHT | 03/25/2009 | Had follow-up meeting with Tom Gingerich regarding work plan and action items. | 0.60 | 219.00 |
| SHT | 03/25/2009 | Read minutes of today's committee teleconference. | 0.20 | 73.00 |
| SHT | 03/26/2009 | Continued work on SAP/TAE historical relationship. | 2.20 | 803.00 |
| SHT | 03/26/2009 | Supervise/coordinated response to ASAP request by committee member. | 0.30 | 109.50 |
| SHT | 03/26/2009 | Prepared for teleconference with counsel, Kent Abercrombie and debtor's counsel regarding their potential Plan of Reorganization. | 0.60 | 219.00 |
| SHT | 03/26/2009 | Teleconference with Steve Roberts, Kent Abercrombie, Dave Parham, Elliot Schuler and Tom Gingerich regarding debtor's potential plan of reorganization; had follow-up teleconference with Elliot Schuler and Tom Gingerich. | 1.00 | 365.00 |
| TJG | 03/26/2009 | Teleconference with Dave Parham, Elliot Schuler, Steve Roberts, Kent Abercrombie and Steve Thomas regarding financial model for potential purchasers; follow up telecom with Elliot Schuler. | 1.00 | 290.00 |
| TJG | 03/27/2009 | Reviewed Superior Air Parts invoices from Ron Weaver updated with another vendor's sales prices to determine discounts given by Superior Air Parts to Adams and Aero. | 2.80 | 812.00 |
| SHT | 03/27/2009 | Worked on special requests by committee members and analysis thereof with Tom Gingerich. | 0.40 | 146.00 |
| TJG | 03/30/2009 | Analyzed historical sales prices of inventory items as pertains to Superior Air Parts, Adams and Aero; summarized findings. | 1.50 | 435.00 |
| TJG | 03/31/2009 | Analyzed the sell through of certain items; analyzed March 27 cash flow and the related accounts receivable, accounts payable and inventory; telecoms with Elliot Schuler regarding analysis of sales; telecom with Kent Abercrombie; various emails with Kent Abercrombie to gain understanding of current schedules; revised historical sales schedule and transmitted to Elliot Schuler. | 4.70 | 1,363.00 |
| TJG | 04/01/2009 | Telecom with Ron Weaver; analyzed sales, inventory and accounts receivable; prepared status update for conference call. | 3.10 | 899.00 |

## EXHIBIT E

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## February 13, 2009 THRU April 30, 2009
## For Services Rendered

### Superior Air Parts, Inc., et al
### Financial Analysis Services

| Emp | Date | Service Code Description | TimeCard Hours | TimeCard Amount |
|-----|------|--------------------------|----------------|-----------------|
| TJG | 04/01/2009 | Teleconference with creditor's committee and counsel; follow up telecom with David Parham and Elliot Schuler. | 1.10 | $319.00 |
| SHT | 04/01/2009 | Met with Tom Gingrich regarding status and to prepare for committee teleconference; teleconference with Tom Gingrich and Elliot Schuler regarding same; read e-mails regarding questions and answers between Tom Gingrich and Kent Abercrombie. | 0.80 | 292.00 |
| SHT | 04/01/2009 | Participated in committee teleconference. | 1.10 | 401.50 |
| SHT | 04/01/2009 | Follow-up teleconference with Dave Parham and Tom Gingerich. | 0.10 | 36.50 |
| SHT | 04/01/2009 | Met with Tom Gingrich to prepare notes and work plan. | 0.40 | 146.00 |
| SHT | 04/02/2009 | Read e-mails and pleadings regarding reclamation claims; worked with Tom Gingerich to analyze potential profit on sale of reclaimed items. | 0.90 | 328.50 |
| SHT | 04/03/2009 | Telecom with Elliot Schuler. | 0.10 | 36.50 |
| SHT | 04/03/2009 | Performed reclamation claims analysis with Tom Gingerich. | 0.30 | 109.50 |
| TJG | 04/03/2009 | Analyzed reclaimation claim and related documents and schedules supporting claims to determine proper actions on claims. | 3.40 | 986.00 |
| TJG | 04/03/2009 | Began analysis on documents received from SAP to answer action items from conference call; prepared schedules on sales and collection procedures issues and transmitted to Kent Abercrombie; follow up telecom with Kent Abercrombie to clarify his questions. | 1.70 | 493.00 |
| TJG | 04/06/2009 | Reviewed weekly cash forecast received from SAP; prepared update for creditor's committee. | 1.20 | 348.00 |
| SHT | 04/06/2009 | Read e-mails from Tom Gingrich and Kent Abercrombie. | 0.10 | 36.50 |
| SHT | 04/06/2009 | Worked with Tom Gingerich to prepare outline for committee teleconference report. | 0.40 | 146.00 |
| SHT | 04/07/2009 | Analyzed crankshaft activity; reviewed new documents received from debtor. | 1.80 | 657.00 |
| SHT | 04/07/2009 | Continued reclamation claim analysis; teleconference with Tom Gingrich and Elliot Schuler regarding same. | 0.70 | 255.50 |
| TJG | 04/07/2009 | Reviewed week of April 3 cash flow forecast; analyzed sales and purchase information on crankshafts; prepared summary schedule of sales and transmitted to Kent Abercrombie; follow up telecom with Kent. | 2.60 | 754.00 |
| TJG | 04/08/2009 | Prepared status update for teleconference; reviewed parts sales; analyzed negative margin items; telecom with Kent Abercrombie. | 2.40 | 696.00 |
| TJG | 04/08/2009 | Teleconference with creditor's committee and counsel; follow up telecom with Elliot Schuler. | 0.60 | 174.00 |
| TJG | 04/08/2009 | Continued analysis of weekly parts sales to determine negative margins. | 0.50 | 145.00 |
| SHT | 04/08/2009 | Prepared for weekly committee teleconference; participated in teleconference; had follow-up meeting with Tom Gingrich regarding monthly sales and gross margins. | 0.90 | 328.50 |
| SHT | 04/09/2009 | E-mail from/telecom with Elliott Schuler regarding employment and other case issues. | 0.20 | 73.00 |
| TJG | 04/09/2009 | Revised schedule reflecting negative margins; transmitted to counsel; transmitted to Kent Abercrombie requesting explanation of negative margin sales. | 0.70 | 203.00 |

**EXHIBIT E**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## February 13, 2009 THRU April 30, 2009
### For Services Rendered

## Superior Air Parts, Inc., et al
## Financial Analysis Services

| Emp | Date | Service Code Description | TimeCard Hours | TimeCard Amount |
|-----|------|--------------------------|----------------|-----------------|
| TJG | 04/14/2009 | Analyzed parts purchased over past four weeks; reviewed crankshaft sales; updated outline for conference call. | 2.00 | $580.00 |
| SHT | 04/14/2009 | Prepared for weekly committee teleconference with Tom Gingerich. | 0.20 | 73.00 |
| SHT | 04/14/2009 | Telecoms with Elliott Schuler regarding insider issues. | 0.20 | 73.00 |
| SHT | 04/15/2009 | Prepared for weekly committee teleconference; telecom with Elliott Schuler regarding preparation and agenda. | 0.40 | 146.00 |
| SHT | 04/15/2009 | Participated in weekly committee teleconference. | 0.50 | 182.50 |
| SHT | 04/15/2009 | Met with Tom Gingerich regarding action items and work plans; reviewed negative gross margin issue. | 0.40 | 146.00 |
| SHT | 04/15/2009 | Read e-mail from Elliott Schuler; telecom with Elliott Schuler regarding insiders. | 0.30 | 109.50 |
| TJG | 04/15/2009 | Met with Steve Thomas to receive update of conference call and action items; began analysis of weekly cash flow. | 0.70 | 203.00 |
| TJG | 04/16/2009 | Continued analysis of cash flow and accounts receivable schedules; prepared schedule of account receivable trend. | 3.10 | 899.00 |
| SHT | 04/17/2009 | Read article regarding Thielert. | 0.50 | 182.50 |
| SHT | 04/21/2009 | Met with Elliott Schuler and David Parham regarding insider issues; documented notes. | 1.10 | 401.50 |
| SHT | 04/21/2009 | Met with Tom Gingerich to prepare for weekly committee teleconference and to prepare work plan for other projects. | 0.50 | 182.50 |
| TJG | 04/21/2009 | Performed analysis on weekly cash flow, information previously requested from Kent Abercrombie, collection procedures, accounts receivable, sales and inventory schedules. | 6.70 | 1,943.00 |
| TJG | 04/22/2009 | Finalized update for committee and supporting schedules; transmitted update and schedules to Elliot Schuler. | 2.30 | 667.00 |
| TJG | 04/22/2009 | Attended conference call with creditor committee and counsel. | 1.20 | 348.00 |
| SHT | 04/22/2009 | Teleconference preparation with Tom Gingerich. | 0.40 | 146.00 |
| SHT | 04/22/2009 | Participated in weekly committee teleconference. | 0.80 | 292.00 |
| SHT | 04/22/2009 | Follow-up meeting with Tom Gingerich regarding status, work plan and priorities. | 0.20 | 73.00 |
| SHT | 04/23/2009 | Telecom with Kent Abercrombie regarding Strategic Air Parts historical data. | 0.20 | 73.00 |
| SHT | 04/23/2009 | Received 2003 through 2008 financial information for Strategic Air Parts; performed cursory review and supervised/coordinated file preparation and electronic archiving; commenced analysis. | 2.10 | 766.50 |
| SHT | 04/23/2009 | Monitored analysis of weekly information and Monthly Operating Report. | 0.50 | 182.50 |
| SHT | 04/23/2009 | Sent e-mail to Kent Abercrombie regarding information request. | 0.20 | 73.00 |
| TJG | 04/23/2009 | Transmitted information to Kent Abercrombie requesting information on negative margin sales; reviewed March monthly operating report. | 1.10 | 319.00 |
| SHT | 04/24/2009 | Prepared historical trend analysis for TAE timeline. | 0.70 | 255.50 |
| SHT | 04/24/2009 | Reviewed June 2007 cash analysis regarding $500,000 payments to TAE. | 0.20 | 73.00 |
| CSS | 04/24/2009 | Prepared schedule of key historical financial state. | 1.90 | 389.50 |

## EXHIBIT E

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
### February 13, 2009 THRU April 30, 2009
### For Services Rendered

## Superior Air Parts, Inc., et al
## Financial Analysis Services

| Emp | Date | Service Code Description | TimeCard Hours | TimeCard Amount |
|-----|------|--------------------------|----------------|-----------------|
| SHT | 04/27/2009 | Telecom with Elliott Schuler regarding Chapter 7 liquidation analysis. | 0.20 | $73.00 |
| SHT | 04/27/2009 | Commenced preparation of Chapter 7 liquidation analysis. | 1.10 | 401.50 |
| TJG | 04/27/2009 | Reviewed information requested from Kent Abercrombie regarding monthly operating account; performed review on weekly schedules from SAP. | 2.30 | 667.00 |
| TJG | 04/28/2009 | Continued analysis of weekly schedules including cash flow forecast, accounts receivable, accounts payable, inventory, sales and purchases; began summarizing findings for weekly update teleconference with committee. | 5.20 | 1,508.00 |
| TJG | 04/28/2009 | Began preparation of Chapter 7 liquidation analysis with Steve Thomas. | 1.50 | 435.00 |
| SHT | 04/28/2009 | Continued preparation of Chapter 7 liquidation analysis. | 3.90 | 1,423.50 |
| SHT | 04/28/2009 | Analyzed negative sales margins with Tom Gingerich. | 0.30 | 109.50 |
| SHT | 04/29/2009 | Continued preparation and enhancement of Chapter 7 liquidation analysis. | 1.30 | 474.50 |
| SHT | 04/29/2009 | Prepared for weekly committee teleconference. | 0.30 | 109.50 |
| SHT | 04/29/2009 | Research negative gross margins sale items. | 0.30 | 109.50 |
| SHT | 04/29/2009 | Teleconference with Elliott Schuler and Tom Gingerich regarding various case issues. | 0.30 | 109.50 |
| SHT | 04/29/2009 | Teleconference with Kent Abercrombie and Tom Gingerich. | 0.40 | 146.00 |
| SHT | 04/29/2009 | Participated in weekly committee teleconference; had follow-up meeting with Tom Gingerich to develop detailed work plan. | 1.10 | 401.50 |
| TJG | 04/29/2009 | Performed quality control review of Chapter 7 liquidation analysis; revised analysis for additional assumptions; revised liquidation analysis in order to transmit to committee and other third parties. | 4.80 | 1,392.00 |
| TJG | 04/29/2009 | Attended weekly update teleconference with committee and counsel. | 0.70 | 203.00 |
| TJG | 04/30/2009 | Telecom with David Parham regarding Chapter 7 liquidation analysis; revised analysis and transmitted to counsel. | 0.40 | 116.00 |
| SHT | 04/30/2009 | Reviewed Chapter 7 liquidation analysis with Tom Gingerich; suggested further enhancements; telecom with Dave Parham regarding same; researched his questions and revised analysis as requested. | 1.80 | 657.00 |
| SHT | 04/30/2009 | Finalized and transmitted historical financial data analysis. | 0.40 | 146.00 |
| | | **\*Daily Log Total:** | **220.70** | **71,010.50** |

**EXHIBIT E**

# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Summary Sheet - Employment/Fee Application
## For the Period  February 13, 2009  through April 30, 2009

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Dennis Faulkner | 1.60 | 390.00 | $ 624.00 |
| Steve Thomas | 0.50 | 365.00 | $ 182.50 |
| **Total:** | **2.10** | | **$ 806.50** |

**EXHIBIT F**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
### February 13, 2009 THRU April 30, 2009
#### For Services Rendered

## Superior Air Parts, Inc., et al
## Employment/Fee Application

| Emp | Date | Service Code Description | TimeCard Hours | TimeCard Amount |
|-----|------|--------------------------|----------------|-----------------|
| SHT | 02/16/2009 | E-mail from/telecom with Dennis Faulkner regarding employment issues. | 0.10 | $36.50 |
| DSF | 02/16/2009 | Worked on draft of Application to Employ and related Affidavit; confirmed disclosure issues with shareholders; four telecoms with Elliot Schuler regarding same; finalized pleadings and executed Affidavit. | 1.60 | 624.00 |
| SHT | 02/17/2009 | Read motion to employ and accountants' affidavit. | 0.40 | 146.00 |
| | | **\*Daily Log Total:** | **2.10** | **806.50** |

**EXHIBIT F**

# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Summary Sheet - Travel Time
## For the Period  February 13, 2009  through April 30, 2009

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|----------|------|------|------|
| Steve Thomas | 1.10 | 182.50 | $ 200.75 |
| **Total:** | **1.10** | | $ **200.75** |

**EXHIBIT G**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## February 13, 2009 THRU April 30, 2009
## For Services Rendered

## Superior Air Parts, Inc., et al
## Travel Time

| Emp | Date | Service Code Description | TimeCard Hours | TimeCard Amount |
|-----|------|--------------------------|----------------|-----------------|
| SHT | 02/20/2009 | Travel to/from Superior Air Part offices to meet with Kent Abercrombie and Elliott Schuler. | 0.70 | $127.75 |
| SHT | 03/06/2009 | Traveled home from Superior Aircraft Products offices. | 0.40 | 73.00 |
| | | **\*Daily Log Total:** | **1.10** | **200.75** |

**EXHIBIT G**

# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Summary Sheet - Client Time Not Billed
## For the Period  February 13, 2009  through April 30, 2009

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Amy Allen | 0.30 | 0.00 | $ 0.00 |
| Steve Thomas | 0.50 | 0.00 | $ 0.00 |
| **Total:** | **0.80** | | **$ 0.00** |

**EXHIBIT H**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
### February 13, 2009 THRU April 30, 2009
### For Services Rendered

## Superior Air Parts, Inc., et al
## Client Time Not Billed

| Emp | Date | Service Code Description | TimeCard Hours | TimeCard Amount |
|-----|------|--------------------------|----------------|-----------------|
| SHT | 02/19/2009 | File maintenance. | 0.50 | $0.00 |
| ASA | 03/24/2009 | Assisted manager is trouble shooting worksheet issues. | 0.30 | 0.00 |
| | | **\*Daily Log Total:** | **0.80** | **0.00** |

**EXHIBIT H**

# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Summary Sheet - Expenses Incurred
## For the Period  February 13, 2009  through April 30, 2009

| Expense Item | Rate | Total |
|---|---|---|
| Copies (in-house) | $0.20 per page | $    34.40 |
| Other | At Cost | $    23.20 |
| Parking & Tolls | At Cost | $    10.00 |
| Postage/Overnight Delivery | At Cost | $     2.17 |
| Transportation | Cost and/or IRS Pub. 535 mileage rate | $    13.20 |
| | | $    82.97 |

Copies (in-house) and telecopies are billed at $0.20 per page. Transportation is currently billed at $0.550 per mile.  All other expenses requested are billed at cost. All requested expenses are necessary, reasonable, economical and customarily charged to non-bankruptcy clients of Applicant.

**EXHIBIT I**

# LAIN, FAULKNER & CO., P.C.
## DAILY TIME & EXPENSE REGISTER
## 02/13/2009 THRU  04/30/2009
### Detail of Expenses

| Client Id | Date | Employee | Svc | Hours Rate | Amount | TimeCard Description |
|-----------|------|----------|-----|------------|--------|----------------------|
| SA0999 | 02/20/2009 | SHT18 | 64 | *** Expense *** | 13.20 | 24 miles @ .55 to/from Superior Air Products offices |
| SA0999 | 02/24/2009 | SHT18 | 66 | *** Expense *** | 10.00 | Courthouse - parking |
| SA0999 | 03/31/2009 | LFC50 | 69 | *** Expense *** | 20.80 | 104 copies for March |
| SA0999 | 04/01/2009 | LFC50 | 68 | *** Expense *** | 2.00 | PACER (01/01/09 - 03/31/09) |
| SA0999 | 04/01/2009 | LFC50 | 68 | *** Expense *** | 1.60 | PACER (01/01/09 - 03/31/09) |
| SA0999 | 04/01/2009 | LFC50 | 68 | *** Expense *** | 19.60 | PACER (01/01/09 - 03/31/09) |
| SA0999 | 04/30/2009 | LFC50 | 69 | *** Expense *** | 13.60 | 68 copies for April |
| SA0999 | 04/30/2009 | LFC50 | 74 | *** Expense *** | 2.17 | April postage |
| | | *Client Expenses | | | $82.97 | |
| | | **Register Expenses | | | $82.97 | |

**EXHIBIT I**

# Lain, Faulkner & Co., P.C.

## RESUMES

### PROFESSIONALS

**Dennis S. Faulkner** - Mr. Faulkner is a shareholder of Lain, Faulkner & Co., with more than 27 years of accounting experience in both industry and public practice. Public practice has included audit and business consulting services with a national accounting firm as well as extensive experience in areas relating to bankruptcy, litigation services and general business consulting. In the area of bankruptcy, Mr. Faulkner's experience includes assistance in formulation and review of plans of reorganization, claims analysis and administration, preference and fraudulent transfer analyses, financial projections, and providing expert witness testimony. He has also served as examiner and trustee in bankruptcy cases. Mr. Faulkner is a graduate of Abilene Christian University, a Certified Public Accountant and a Certified Fraud Examiner.

**Stephen H. Thomas** - Mr. Thomas is a CPA and a shareholder of Lain, Faulkner & Co., as well as a Certified Fraud Examiner. He has gained particular expertise in bankruptcy, litigation and forensic accounting through over 30 years of experience in industry and public practice. His experience includes services as receiver, examiner and various investigative and accounting services on behalf of debtors, creditors and trustees of bankruptcy estates in numerous industries. He has significant experience and expertise in analyzing preferential payments and fraudulent conveyances, searching for hidden assets, performing cash and asset tracings, and providing expert witness testimony. In addition, he has business consulting experience comprised of due diligence reviews, contract compliance analyses and operational reviews.

**Thomas J. Gingerich** - Mr. Gingerich is a CPA manager with over 23 years experience in accounting with 10 years being in public accounting. He has extensive experience in tax, valuation and account analysis. Mr. Gingerich's experience in the private sector is comprised of budgets and forecasting, financial statements, and daily financial operation of small businesses. He is a graduate of Simpson College, in Indianola, Iowa with a BA in Accounting.

**Amy Allen** - Ms. Allen is a graduate of DeVry with a BS in Information Technology. She also has a BBA in General Business concentrating in Mathematics and Management from Amberton University. She has over 17 years experience in accounting, financial analysis and computer systems. Her areas of knowledge include accounts payable, general ledger accounting, cash management, escheat reporting, financial analysis and reporting of residential and commercial real estate portfolios, asset management, oil and gas accounting and its related tax reporting and bankruptcy claims administration. She has extensive computer systems training and trouble shooting experience in general ledger systems, mainframe systems and database management systems.

### STAFF

**Rick Cass** - Mr. Cass has over 10 years experience in public accounting. His professional experience includes litigation support, account analysis, financial statement compilation, analysis of preferential payments and assistance in auditing. Mr. Cass has a BS in accounting from the University of Texas at Dallas.

**Connie Smith** - Ms. Smith serves as supervisor of our claims administration department, where she performs data management and detailed claims analysis, as well as client cash management. Her expertise has been utilized since 1992 in a number of bankruptcy cases. Ms. Smith previously served as the Controller of Lain, Faulkner & Co. She has extensive experience and expertise in integrated computer general ledger systems, spreadsheets and general accounting procedures. She has 27 years of accounting experience, 20 of which have been with Lain, Faulkner.

**EXHIBIT J**