| | |
|---|---|
| CASE NAME: SUPERIOR AIR PARTS, INC. | Monthly Operating Report |
| CASE NUMBER: 08-36705-BJH-11 | ACCRUAL BASIS |
| JUDGE: | 02/13/95, RWD, 2/96, RWD, 7/99 |

UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Texas

Dallas DIVISION

MONTHLY OPERATING REPORT

MONTH ENDING: April, 2009

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY: [signature]

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Kent Abercrombie
PRINTED NAME OF RESPONSIBLE PARTY

President
TITLE

May 20, 2009
DATE

PREPARER: [signature]

ORIGINAL SIGNATURE OF PREPARER

Kent Abercrombie
PRINTED NAME OF PREPARER

President
TITLE

May 20, 2009
DATE

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-1

## COMPARATIVE BALANCE SHEET

|   |     | ASSETS | SCHEDULE AMOUNT | MONTH 2/28/2009 | MONTH 3/31/2009 | MONTH 4/30/2009 |
|---|-----|--------|----------------:|----------------:|----------------:|----------------:|
|   | 1.  | UNRESTRICTED CASH | 412,357 | 2,186,122 | 3,082,131 | 3,411,287 |
|   | 2.  | RESTRICTED CASH | 0 | 269,590 | 0 | 0 |
|   | 3.  | TOTAL CASH | 412,357 | 2,455,712 | 3,082,131 | 3,411,287 |
| a.| 4.  | ACCOUNTS RECEIVABLE (NET) | 5,392,055 | 6,349,521 | 5,263,623 | 5,106,602 |
| b.| 5.  | INVENTORY | 11,158,744 | 8,726,576 | 8,271,058 | 7,886,032 |
|   | 6.  | NOTES RECEIVABLE | 0 | 0 | 0 | 0 |
|   | 7.  | PREPAID EXPENSES | 85,107 | 604,025 | 451,762 | 303,056 |
|   | 8.  | OTHER (ATTACH LIST) | 13,385 | 0 | 0 | 0 |
|   | 9.  | TOTAL CURRENT ASSETS | 16,649,291 | 15,680,121 | 13,986,443 | 13,295,689 |
| c.| 10. | PROPERTY, PLANT, & EQUIPMENT | 1,062,565 | 6,491,589 | 6,491,589 | 4,461,132 |
| c.| 11. | LESS: ACCUMULATED DEPRECIATION/DEPLETION | 0 | 5,243,269 | 5,292,655 | 3,652,473 |
|   | 12. | NET PROPERTY, PLANT & EQUIPMENT | 1,062,565 | 1,248,320 | 1,198,935 | 808,659 |
|   | 13. | DUE FROM INSIDERS | 0 | 0 | 0 | 0 |
|   | 14. | OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | 0 | 1,168,317 | 1,142,118 | 1,115,920 |
|   | 15. | OTHER (ATTACH LIST) | 15,471 | 0 | 0 | 0 |
|   | 16. | TOTAL ASSETS | 18,139,684 | 20,552,470 | 19,409,627 | 18,631,555 |
|   | **POSTPETITION LIABILITIES** | | | | | |
|   | 17. | ACOCUNTS PAYABLE | | 849,098 | 381,647 | 330,947 |
|   | 18. | TAXES PAYABLE | | 312,722 | 345,478 | 117,705 |
| d.| 19. | NOTES PAYABLE | | 96,667 | 146,611 | 0 |
|   | 20. | PROFESSIONAL FEES | | 457,490 | 321,779 | 431,240 |
|   | 21. | SECURED DEBT | | | | |
|   | 22. | OTHER (ATTACH LIST) | | 61,346 | 124,125 | 169,510 |
|   | 23. | TOTAL POSTPETITION LIABILITIES | 0 | 1,777,322 | 1,319,641 | 1,049,402 |
|   | **PREPETITION LIABILITIES** | | | | | |
|   | 24. | SECURED DEBT | 10,291,701 | 10,146,611 | 10,146,611 | 10,146,611 |
|   | 25. | PRIORITY DEBT | 74,641 | 0 | 0 | 0 |
|   | 26. | UNSECURED DEBT | 16,897,517 | 16,806,899 | 16,866,817 | 16,866,817 |
|   | 27. | OTHER (ATTACH LIST) | 0 | 3,310,194 | 3,310,194 | 3,310,194 |
|   | 28. | TOTAL PREPETITION LIABILITIES | 27,263,859 | 30,263,704 | 30,323,622 | 30,323,622 |
|   | 29. | TOTAL LIABILITIES | 27,263,859 | 32,041,026 | 31,643,263 | 31,373,024 |
|   | **EQUITY** | | | | | |
| e.| 30. | PREPETITION OWNERS' EQUITY | | (11,010,850) | (11,010,850) | (11,010,850) |
|   | 31. | POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | (477,705) | (1,222,785) | (1,730,618) |
|   | 32. | DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | 0 | | |
|   | 33. | TOTAL EQUITY | 0 | (11,488,555) | (12,233,635) | (12,741,468) |
|   | 34. | TOTAL LIABILITIES & OWNERS EQUITY | 27,263,859 | 20,552,471 | 19,409,628 | 18,631,556 |

Accrual Basis - 1 Attachment

14. Other Assts
| | |
|---|---:|
| PMAs | 1,099,486 |
| Engine Manuals | 16,434 |
| | 1,115,920 |

22. Other
| | |
|---|---:|
| Accrued Payroll | (19,110) |
| Accrued Profit Sharing | 3,878 |
| 401(K) Contribution Payable | 5,997 |
| 401(K) Employer Match | 3,215 |
| Accrued Insurance - SIR | (180,000) |
| Accrued Scrap | 10,000 |
| Piston Warranty | (4,619) |
| Accrued Advertising | 14,428 |
| Deferred Core Profit | 121,228 |
| Deferred Core Profit - Contra | (124,526) |
| | (169,510) |

27. Other
| | |
|---|---:|
| Accrued Payroll | (11,783) |
| Accrued Vacation Pay | (57,237) |
| Accrued Profit Sharing | (3,878) |
| 401(K) Contribution Payable | (5,997) |
| 401(K) Employer Match | (3,215) |
| Accrued Bonuses | - |
| Accrued Insurance - SIR | (1,855,797) |
| Accrued Scrap | (10,000) |
| Piston Warranty | (876,390) |
| Mil Engine Warranty | (227,209) |
| 520 Cylinder Reserve | (207,177) |
| Accrued Advertising | (14,428) |
| Deferred Core Profit | (121,228) |
| Deferred Core Profit - Contra | 124,526 |
| Sales Ret & Allow Reserve | (40,382) |
| | (3,310,194) |

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

ACCRUAL BASIS-2

CASE NUMBER: 08-36705-BJH-11

## INCOME STATEMENT

| | | MONTH 2/28/2009 | MONTH 3/31/2009 | MONTH 4/30/2009 | QUARTER TOTAL |
|---|---|---|---|---|---|
| **REVENUES** | | | | | |
| 1. | GROSS REVENUES | 1,595,967 | 607,426 | 569,064 | 2,772,457 |
| 2. | LESS: RETURNS & DISCOUNTS | 27,340 | 15,714 | 8,671 | 51,725 |
| 3. | NET REVENUE | 1,568,627 | 591,712 | 560,394 | 2,720,732 |
| **COST OF GOODS SOLD** | | | | | |
| 4. | MATERIAL | 1,196,428 | 509,074 | 472,350 | 2,177,852 |
| 5. | DIRECT LABOR | 0 | 0 | 0 | 0 |
| 6. | DIRECT OVERHEAD | 0 | 0 | 0 | 0 |
| 7. | TOTAL COST OF GOODS SOLD | 1,196,428 | 509,074 | 472,350 | 2,177,852 |
| 8. | GROSS PROFIT | 372,198 | 82,638 | 88,044 | 542,880 |
| **OPERATING EXPENSES** | | | | | |
| 9. | OFFICER/INSIDER COMPENSATION | 10,000 | 11,000 | 11,000 | 32,000 |
| 10. | SELLING & MARKETING | 5,766 | 500 | 7,038 | 13,304 |
| 11. | GENERAL & ADMINISTRATIVE | 636,724 | 645,743 | 507,509 | 1,789,976 |
| 12. | RENT & LEASE | 35,612 | 43,279 | 40,914 | 119,805 |
| 13. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 14. | TOTAL OPERATING EXPENSES | 688,102 | 700,522 | 566,461 | 1,955,085 |
| 15. | INCOME BEFORE NON-OPERATING INCOME & EXPENSE | (315,904) | (617,884) | (478,417) | (1,412,205) |
| **OTHER INCOME & EXPENSES** | | | | | |
| 16. | NON-OPERATING INCOME (ATT. LIST) | 0 | 0 | 0 | 0 |
| 17. | NON-OPERATING EXPENSE (ATT. LIST) | 0 | 0 | 0 | 0 |
| 18. | INTEREST EXPENSE | 45,111 | 49,944 | (146,611) | (51,556) |
| 19. | DEPRECIATION/DEPLETION | 50,133 | 49,385 | 48,991 | 148,510 |
| 20. | AMORTIZATION | 26,198 | 26,198 | 26,198 | 78,595 |
| 21. | OTHER (ATTACH LIST) | 0 | 0 | 341,285 | 341,285 |
| 22. | NET OTHER INCOME & EXPENSES | 121,443 | 125,528 | 269,863 | 516,835 |
| **REORGANIZATION EXPENSES** | | | | | |
| 23. | PROFESSIONAL FEES | 0 | 0 | 0 | 0 |
| 24. | U.S. TRUSTEE FEES | 0 | 0 | 325 | 325 |
| 25. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 26. | TOTAL REORGANIZATION EXPENSES | 0 | 0 | 0 | 0 |
| 27. | INCOME TAX | 1,667 | 1,667 | (240,772) | (237,438) |
| 28. | NET PROFIT (LOSS) | (439,014) | (745,079) | (507,834) | (1,691,927) |

Accrual Basis - 2 Attachment

21. Other
    Gain/Loss on Fixed Assets    341,285

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

ACCRUAL BASIS-3

CASE NUMBER: 08-36705-BJH-11

## INCOME STATEMENT

| CASH RECEIPTS AND DISBURSEMENTS | | MONTH 2/28/2009 | MONTH 3/31/2009 | MONTH 4/30/2009 | QUARTER TOTAL |
|---|---|---|---|---|---|
| 1. | CASH - BEGINNING OF MONTH | 1,112,776 | 2,184,950 | 3,080,959 | 1,112,776 |
| **RECEIPTS FROM OPERATIONS** | | | | | |
| 2. | CASH SALES | 0 | 0 | 0 | 0 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | | |
| 3. | PREPETITION | | | | 0 |
| 4. | POSTPETITION | 1,359,115 | 1,666,224 | 708,708 | 3,734,047 |
| 5. | TOTAL OPERATING RECEIPTS | 1,359,115 | 1,666,224 | 708,708 | 3,734,047 |
| **NON-OPERATING RECEIPTS** | | | | | |
| 6. | LOANS & ADVANCES (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 7. | SALE OF ASSETS | 0 | 0 | 0 | 0 |
| 8. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 9. | TOTAL NON-OPERATING RECEIPTS | 0 | 0 | 0 | 0 |
| 10. | TOTAL RECEIPTS | 1,359,115 | 1,666,224 | 708,708 | 3,734,047 |
| 11. | TOTAL CASH AVAILABLE | 2,471,891 | 3,851,174 | 3,789,667 | 4,846,823 |
| **OPERATING DISBURSEMENTS** | | | | | |
| 12. | NET PAYROLL | 58,092 | 57,592 | 60,036 | 175,720 |
| 13. | PAYROLL TAXES PAID | 23,778 | 22,675 | 24,454 | 70,907 |
| 14. | SALES, USE, & OTHER TAXES PAID | 39,456 | 0 | 3,887 | 43,342 |
| 15. | SECURED/RENTAL/LEASES | 48,503 | 19,068 | 47,757 | 115,328 |
| 16. | UTILITIES | 1,170 | 1,639 | 1,790 | 4,600 |
| 17. | INSURANCE | 55,374 | 437,858 | 24,268 | 517,500 |
| 18. | INVENTORY PURCHASES | 250 | 92,711 | 154,434 | 247,395 |
| 19. | VEHICLE EXPENSES | 0 | 0 | 0 | 0 |
| 20. | TRAVEL | 0 | 0 | 395 | 395 |
| 21. | ENTERTAINMENT | 0 | 0 | 0 | 0 |
| 22. | REPAIRS & MAINTENANCE | 5,059 | 5,844 | 21,953 | 32,857 |
| 23. | SUPPLIES | 2,822 | 7,165 | 4,670 | 14,658 |
| 24. | ADVERTISING | 4,556 | 0 | 3,500 | 8,056 |
| 25. | OTHER (ATTACH LIST) | 47,555 | 125,663 | 30,910 | 204,128 |
| 26. | TOTAL OPERATING DISBURSEMENTS | 286,616 | 770,215 | 378,055 | 1,434,887 |
| **REORGANIZATION EXPENSES** | | | | | |
| 27. | PROFESSIONAL FEES | 0 | 0 | 0 | 0 |
| 28. | U.S. TRUSTEE FEES | 325 | 0 | 325 | 650 |
| 29. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 30. | TOTAL REORGANIZATION EXPENSES | 325 | 0 | 325 | 650 |
| 31. | TOTAL DISBURSEMENTS | 286,941 | 770,215 | 378,380 | 1,435,537 |
| 32. | NET CASH FLOW | 1,072,174 | 896,009 | 330,328 | 2,298,511 |
| 33. | CASH - END OF MONTH | 2,184,950 | 3,080,959 | 3,411,287 | 3,411,287 |

Accrual Basis - 3 Attachment

25. Other

| | |
|---|---:|
| AADFW Inc | 123 |
| Abelardo Martinez | 808 |
| Abelardo Martinez | 809 |
| Abelardo Martinez | 605 |
| Abelardo Martinez | 817 |
| Abelardo Martinez | 815 |
| ADP Inc | 49 |
| ADP Inc | 103 |
| ADT Security Services Inc | 289 |
| ADT Security Services Inc | 228 |
| Alberado Martinez | 808 |
| Allen Lasky | 150 |
| Bank fees | 835 |
| Carl H. Johnson | 1,960 |
| Copier Logistics Specialists | 428 |
| Credit Card | 4,410 |
| Credit Card | 1,375 |
| Credit Card | 34 |
| Dynamic Technologies | 54 |
| Fedex Freight | 83 |
| ING 401(k) | 3,920 |
| ING 401(k) | 2,995 |
| Maria Garcia | 566 |
| Maria Garcia | 544 |
| Maria Garcia | 443 |
| Maria Garcia | 520 |
| Maria Garcia | 564 |
| Maria Melgar | 480 |
| Maria Melgar | 492 |
| Maria Melgar | 283 |
| TW Telecom | 1,533 |
| United Parcel Service | 742 |
| United Parcel Service | 1,800 |
| United Parcel Service | 655 |
| Washington Aviation Association | 240 |
| YRC | 145 |
| YRC | 206 |
| | 30,910 |