U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed May 27, 2009

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | CHAPTER 11 |
| | § | |
| DEBTOR, | § | |
| | § | |

### ORDER GRANTING DEBTOR'S MOTION
### FOR AUTHORITY TO SETTLE ACCOUNTS RECEIVABLE

Upon consideration of the Debtor's Motion for Authority to Settle Accounts Receivable (Docket No. 179) ("Motion"), and finding due and proper notice of the Motion was given, and after review of the pleadings, documents, and arguments of counsel, if any, the Court finds that cause exists to grant the Motion.  Accordingly, it is hereby:

ORDERED, that the Debtor is authorized to compromise accounts receivable, *provided, however*, prior to entering into a binding compromise with an account debtor, the Debtor shall provide notice and adequate disclosure to the Committee and obtain its

consent.  If consent is withheld, the Debtor shall not settle without a court order after notice and hearing.

### End of Order ###

Submitted and prepared by:

Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax