Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
PRONSKE & PATEL, P.C.
1700 Pacific Ave., Suite 2260
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: vdriver@pronskepatel.com
Email: cstephenson@pronskepatel.com

**COUNSEL FOR MOVANTS**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | CASE NO. 08-36705-BJH-11 |
| | § | |
| **Debtor.** | § | Chapter 11 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Affidavit of William O. Angelley In Support of Motion for Relief from the Automatic Stay (Docket No. 222) was served via electronic noticing system (ECF) to the parties receiving notice via ECF on May 26, 2009, and to (ii) the parties listed below, notice by first class mail, postage prepaid on this 27th day of May, 2009.

**CERTIFICATE OF SERVICE**                    1

Anita F. McMahon
1646 Belmont Avenue
Baton Rouge, LA 70808

Tennessee Department of Revenue
c/o Tennessee Attorney General's Office,
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202

Kevin H. Good
Attorneys for Aviation Parts Supply, Inc.
Conner & Winters
1700 Pacific Avenue, Suite 2250
Dallas, Texas 75201

Linda Boyle, Esq.
TW Telecom, Inc.
10475 Park Meadows Drive, #400
Littleton, Colorado 80124

|  |  |
|---|---|
| Dated: May 27, 2009 | Respectfully submitted, |
|  | By: /s/ Vickie L. Driver |
|  | Vickie L. Driver |
|  | Texas Bar No. 24026886 |
|  | Christina W. Stephenson |
|  | Texas Bar No. 24049535 |
|  | PRONSKE & PATEL, P.C. |
|  | 1700 Pacific Avenue, Suite 2260 |
|  | Dallas, Texas 75201 |
|  | Telephone: 214.658.6500 |
|  | Facsimile: 214.658.6509 |
|  | Email: vdriver@pronskepatel.com |
|  | Email: cstephenson@pronskepatel.com |
|  | **COUNSEL FOR MOVANTS** |