# EXHIBIT A

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**P.O. BOX 849037**
**DALLAS, TEXAS 75284-9037**

Phone: 214/651-4300                                                          TIN: 75-0838805


Superior Air Parts, Inc.                     January 16, 2009
Attn: Kent Abercrombie, President/CEO         C/M: 20354.0102
621 S. Royal Lane, Suite 100                  INVOICE NO. 517284
Coppell, TX 75019-3805                        JER
                                              PAGE 1


**FOR PROPER CREDIT, PLEASE RETURN THIS STUB WITH YOUR REMITTANCE TO THE ADDRESS NOTED ABOVE.
DO NOT SEND GENERAL CORRESPONDENCE TO THE ABOVE ADDRESS.**


RE:    Chapter 11 Bankruptcy


FOR PROFESSIONAL SERVICES RENDERED THRU 12/31/08      $   12,230.50
DISBURSEMENTS THRU 12/31/08                           $       99.16

TOTAL AMOUNT DUE                                      $   12,329.66

**ITEMIZED SERVICES BILL**


| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 12/31/08 | D130 | Work on all first day motions and multiple telephone conferences with and multiple correspondence with various parties with debtor and creditors regarding same; | DJB | 11.80 |
| 12/31/08 | D110 | File petition, list of top twenty unsecured creditors, and master mailing matrix; make additional edits to schedules and statement of affairs and attend to filing and service of same; | DK | 10.00 |
| 12/31/08 | D130 | Work on expedited motions, orders and exhibits for "First Day" Motions and negotiate terms of same with counsel for Avco; | SAR | 9.40 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

```
                                              January 16, 2009
                                              C/M: 20354.0102
                                              INVOICE NO. 517284
                                              JER
                                              PAGE 2
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 12/31/08 | D110 | Telephone conference with Ms. Alcedo regarding new filing and need for expedited hearings (.2); exchange voice messages with Ms. Dunham regarding formation of committee(.2); email Ms. Alcedo and Ms. Dunham background of case, motions to be expedited and reasons therefore(.5) | SAR | 0.90 |
| 12/31/08 | D110 | Troubleshoot preparation of schedules and SOFAS; | SAR | 0.80 |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  | TOTAL HOURS: |  | 32.9 |
|  |  | TOTAL FOR SERVICES | $ | 12,230.50 |

### TASK-BASED SUMMARY

|  |  |  | HOURS | VALUE |
|--|--|--|-------|-------|
| D110 |  | CASE ADMINISTRATION | 11.70 | 2,774.50 |
| D130 |  | ASSET DISPOSITION | 21.20 | 9,456.00 |
|  |  |  | 32.90 | 12,230.50 |

### NAME RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| SAR | Stephen A. Roberts | 485.00 | 11.10 | 5,383.50 |
| DJB | Duane J. Brescia | 415.00 | 11.80 | 4,897.00 |
| DK | Donna Krupa | 195.00 | 10.00 | 1,950.00 |
|  | TOTAL | | 32.90 | $12,230.50 |

### ITEMIZED DISBURSEMENT BILL

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  | TELEPHONE | 1.16 |
|  | COPY/LASER PRINT/SCAN | 98.00 |
|  | TOTAL DISBURSEMENTS | $99.16 |

### STRASBURGER & PRICE, L.L.P.

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

January 16, 2009
C/M: 20354.0102
INVOICE NO. 517284
JER
PAGE 3

**CURRENT AMOUNT DUE SUMMARY SECTION**

| | | |
|---|---|---|
| CURRENT FEES | $ | 12,230.50 |
| CURRENT DISBURSEMENTS | $ | 99.16 |
| CURRENT TOTAL DUE | $ | 12,329.66 |

**STRASBURGER & PRICE, L.L.P.**
**ATTORNEYS AND COUNSELORS**