**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**P.O. BOX 849037**
**DALLAS, TEXAS 75284-9037**

Phone: 214/651-4300                                                      TIN: 75-0838805

Superior Air Parts, Inc.                          February 9, 2009
Attn: Kent Abercrombie, President/CEO              C/M: 20354.0102
621 S. Royal Lane, Suite 100                       INVOICE NO. 518806
Coppell, TX 75019-3805                             JER
                                                   PAGE 1

FOR PROPER CREDIT, PLEASE RETURN THIS STUB WITH YOUR REMITTANCE TO THE ADDRESS NOTED ABOVE.
DO NOT SEND GENERAL CORRESPONDENCE TO THE ABOVE ADDRESS.

RE:      Chapter 11 Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THRU 01/31/09      $    81,984.00
DISBURSEMENTS THRU 01/31/09                           $    45,630.44

TOTAL AMOUNT DUE                                      $   127,614.44

**ITEMIZED SERVICES BILL**

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/02/09 | D130 | Continue to work on all initial motions and matters and work on notice and service of same; | DJB | 5.00 |
| 01/02/09 | D130 | Prepare and file first day motions; | DK | 8.30 |
| 01/02/09 | D110 | Manage organization and uploading of critical documents to extranet; | SAR | 0.50 |
| 01/02/09 | D160 | Confer with Mr. Brescia and email Mr. Schenk regarding assumption of agreement and employment of CFP as professionals; | SAR | 0.30 |
| 01/02/09 | D130 | Work on first day motions, exhibits, proposed notices and orders; | SAR | 9.00 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 2

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/02/09 | D150 | Send notice of motions and access to them on extranet to key parties; | SAR | 0.50 |
| 01/04/09 | D130 | Email Mr. Schenk for list of parties contacted to purchase assets; | SAR | 0.20 |
| 01/04/09 | D130 | Exchange emails with Mr. Abercrombie regarding affect of filing APA with pleadings in confidentiality provisions in agreement; | SAR | 0.20 |
| 01/05/09 | D130 | Continue work on all first day hearings and notice and service of same (1.0); prepare for hearings and work on exhibits (.8); | DJB | 1.80 |
| 01/05/09 | D110 | File disclosure of compensation (.4); research correct phone, fax, and email information for creditors on limited service list and top twenty to complete service of information letter to creditors regarding Superior chapter 11 filing and update U.S. Trustee Mary Fran with current information (2.0); telephone conference with Viola Salcido regarding scheduling hearings on 6 outstanding motions(.3); | DK | 2.70 |
| 01/05/09 | D130 | Field telephone calls from creditors, warranty holders, and warranty claimants regarding chapter 11 filing and general procedures, status of warranties, outstanding warranty claims, claims procedures, etc.(2.5); | DK | 2.50 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 3

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/05/09 | D150 | Confer with Ms. Krupa regarding responding to specific inquiries regarding warranty claims and threats by repair shop and establish uniform response to such inquiries; | SAR | 0.40 |
| 01/05/09 | D130 | Receive telephone call from Ms. Ruckman about settings and form of notices and review Avco's proposed notice by publication; | SAR | 0.50 |
| 01/05/09 | D310 | Confer with Ms. Krupa regarding insurance counsel's advising of additional creditors and advise regarding handling of same, and regarding communicating with docket clerk and US Trustee regarding certificate of conference and scheduling hearings; | SAR | 0.40 |
| 01/05/09 | D210 | Status conference with Mr. Abercrombie; | SAR | 0.40 |
| 01/06/09 | D130 | Continue to prepare for Jan. 9 hearings, work on notice issues; | DJB | 2.30 |
| 01/06/09 | D160 | Multiple correspondence with Mr. Schenk regarding application to employ Schenk as investment advisor and work on draft application; | DJB | 0.70 |
| 01/06/09 | D310 | Conference call with Messrs. Abercrombie and Roberts regarding status and handling of warranty claims (.8); field telephone calls from warranty claimants (.4); | DK | 1.20 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 4

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/06/09 | D110 | Field numerous telephone calls from creditors (1.6); update information in schedules and matrix accordingly (1.3); telephone conferences and email correspondence to Mr. Abercrombie regarding same (.4); file and serve notice of hearing (.6); edit and file supplemental certificate of conference (.7); | DK | 4.40 |
| 01/06/09 | D130 | Receive telephone call from investment banker inquiring regarding purchase of assets; | SAR | 0.50 |
| 01/06/09 | D210 | Receive and review email from Mr. Abercrombie regarding continued sales under the APA; telephone conference with Mr. Abercrombie regarding same and regarding operational issues; | SAR | 0.40 |
| 01/06/09 | D130 | Receive telephone call from Billy Leonard regarding interest of Aviation Air Parts in bidding and send him link to information on sale; | SAR | 0.50 |
| 01/06/09 | D130 | Exchange emails with Mr. Schenk regarding his appearing as witness if necessary and his declaration; | SAR | 0.30 |
| 01/06/09 | D110 | Receive and review email from Dr. Ahrendt regarding bankruptcy issues; | SAR | 0.10 |
| 01/06/09 | D310 | Confer with Ms. Krupa regarding warranty claims and service issues; | SAR | 0.30 |
| 01/06/09 | D130 | Receive telephone call from Mr. Salomon regarding hearings; | SAR | 0.30 |
| 01/06/09 | D210 | Confer with Mr. Abercrombie regarding customer returns and operational issues; | SAR | 0.50 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 5

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/07/09 | D160 | Work on edits to Schenk declaration (.4); multiple correspondence with Mr. Schenk and Mr. Roberts regarding same (.2); finalize and file Schenk application to employ and declaration (.4); | DJB | 1.00 |
| 01/07/09 | D130 | Telephone conference with Ms. Ruckman and all attorneys regarding status of sale hearing, APA, exhibits and notice issues and work on same (2.0); prepare for hearing (1.0)); | DJB | 3.00 |
| 01/07/09 | D130 | Prepare for hearings (3.00); | DK | 3.00 |
| 01/07/09 | D110 | Prepare ads for publication (2.00), prepare certificate of service of Notice of Chapter 11, Meeting of Creditors and Deadlines (.4); telephone conference with Mike Bean regarding litigation and additional creditors (.4), prepare correspondence to Mr. Abercrombie regarding same (.2); | DK | 3.00 |
| 01/07/09 | D110 | Respond to miscellaneous inquiries from creditors; | SAR | 0.50 |
| 01/07/09 | D130 | Receive and review information that EAA Sport Aviation needs final ad today and draft and negotiate forms of notices to FAA owners and with Avco counsel; | SAR | 2.90 |
| 01/07/09 | D130 | Receive telephone call from Mr. Leonard regarding his objection to form of motion and desire to incorporate option for non-cash bidding; telephone conference with Ms. Ruckman regarding same; | SAR | 0.90 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 6

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 01/07/09 | D130 | Work on exhibits and prepare for Friday hearings; | SAR | 2.70 |
| 01/07/09 | D130 | Conference call with Avco counsel regarding presentation of evidence at Friday hearings, potential objection and forms of notice; follow up on same; | SAR | 0.70 |
| 01/07/09 | D110 | Confer with Ms. Krupa regarding information provided by Mike Bean regarding experts and local counsel as creditors and advise regarding obtaining information and providing notice; | SAR | 0.30 |
| 01/07/09 | D110 | Telephone calls to UT engineering library and various book stores to locate copy of Sport Aviation Magazine; Internet research same; email correspondence to Mr. Roberts and Ms. Dunn regarding same; | AT | 0.80 |
| 01/08/09 | D130 | Work on issues and support for all 1/9 hearings and exhibits; | DJB | 1.00 |
| 01/08/09 | D130 | Continue to work on exhibits for use at hearing (1.2); prepare ads for other aviation publications and confer with representative from those publications (1.6), edit and finalize ad to EAA Sport Aviation and attend to ad submission, and detail payment arrangements (.7); | DK | 3.50 |

**STRASBURGER  &  PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 7

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/08/09 | D110 | Update service lists per contacts with creditors (.5), field calls from creditors (.5); review materials from U.S. Trustee regarding initial debtor interview and work on completing forms (1.6), telephone conference and email correspondence to Mr. Abercrombie regarding same (.4); | DK | 3.00 |
| 01/08/09 | D195 | Travel to Dallas and Coppell for meetings and hearings; | SAR | 0.40 |
| 01/08/09 | D195 | Travel to Dallas and Coppell for meetings and hearings; | SAR | 1.80 |
| 01/08/09 | D130 | Prepare for hearings and meet with Kent Abercrombie to prepare testimony; | SAR | 6.50 |
| 01/08/09 | D130 | Receive comments from Avco counsel regarding forms of notice and amend per their requests; | SAR | 0.50 |
| 01/08/09 | D110 | Receive and review request for information from US Trustee and forward to Ms. Krupa for handling; | SAR | 0.20 |
| 01/08/09 | D130 | Exchange several emails with counsel for party who may be interested in excluded assets; | SAR | 0.30 |
| 01/08/09 | D130 | Receive and respond to inquiry from Avco counsel regarding notice to federal agencies; | SAR | 0.10 |
| 01/08/09 | D130 | Receive and review request for list of all suppliers and confer with Mr. Abercrombie regarding same; | SAR | 0.20 |
| 01/08/09 | D130 | Receive and review respond to inquiry from party possibly interested in purchasing assets; | SAR | 0.20 |

**STRASBURGER  &  PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 8

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/08/09 | D130 | Receive and review objection to proposed auction; | SAR | 0.30 |
| 01/08/09 | D110 | Field inquiries from creditors; | SAR | 0.40 |
| 01/09/09 | D130 | Prepare for and attend telephonically hearing all first day matters and work on subsequent orders for same (2.0); work on notice and service issues (.4); | DJB | 2.40 |
| 01/09/09 | D310 | Telephone conference with creditors Bill Bowers, Angelica LaBrie, and John Peterson regarding case and status of claims (.4); | DK | 0.40 |
| 01/09/09 | D130 | Communications with EAA Publications regarding legal notice for February issue and make required edits to notice (.8); | DK | 0.80 |
| 01/09/09 | D110 | Work on interview form for initial debtor interview next Tuesday (.9); begin adding warranty holders/claimants to master matrix (.8); | DK | 1.70 |
| 01/09/09 | D130 | Prepare for and attend hearings on financing. auction, and bar date and negotiate terms of orders and deadlines with Avco counsel and upload orders; | SAR | 4.40 |
| 01/09/09 | D195 | Return to Austin; | SAR | 2.00 |
| 01/09/09 | D110 | Receive and review email from creditor interested in serving on committee and forward to Ms. Dunham; | SAR | 0.20 |
| 01/09/09 | D130 | Field inquiries regarding today's hearings; | SAR | 0.50 |
| 01/09/09 | D210 | Confer with Ms. Krupa regarding vendor's continuing to provide cleaning services; | SAR | 0.20 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 9

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/11/09 | D150 | Confer with Mr. Abercrombie regarding committee issues; | SAR | 0.30 |
| 01/12/09 | D310 | Factual investigation and analysis regarding reclamation rights and potential claims of reclamation creditors in case and payment issues (.5); | DJB | 0.50 |
| 01/12/09 | D130 | Work on notice and service issues on potential sale (.3); factual investigation and analysis regarding potential buyer and bid procedures (.5); | DJB | 0.80 |
| 01/12/09 | D110 | Complete updating creditor matrix with list of warranty holder/claimants (1.); additional preparations for initial debtor interview (.4); | DK | 1.40 |
| 01/12/09 | D210 | Talk to Ms. LaBrie regarding post-petition work for debtor in commercial cleaning (.3); | DK | 0.30 |
| 01/12/09 | D130 | Work with publications and Ms. Trainor on finalizing legal notice for other publications (1.3); | DK | 1.30 |
| 01/12/09 | D130 | Receive telephone call from investment banker exploring purchase; | SAR | 0.50 |
| 01/12/09 | D110 | Field inquiries from various creditors; | SAR | 1.00 |
| 01/12/09 | D130 | Telephone conference with investment banker regarding purchase of assets and send him information; | SAR | 0.60 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 10

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/12/09 | D130 | Approve notices by publication and confer with Ms. Krupa regarding logistics of giving notices and alternatives for web advertising and regarding competing costs estimates for FAA mailout and advise her regarding proceeding; review proposed notice plan and requirements of APA; | SAR | 1.00 |
| 01/12/09 | D160 | Confer with Mr. Schenk regarding status of his employment; | SAR | 0.20 |
| 01/12/09 | D150 | Review law on issues raised by creditors' counsel and confer regarding same; | SAR | 0.80 |
| 01/12/09 | D110 | Confer with Mr. Abercrombie regarding setting up DIP accounts and advise Avco counsel that account has been set up, triggering deposit obligation under the APA; | SAR | 0.50 |
| 01/12/09 | D130 | Receive and review proposed closing checklist from Ms. Trainor, forward to Mr. Abercrombie, and respond to Ms. Trainor; | SAR | 0.30 |
| 01/12/09 | D130 | Prepare and send Ms. Trainor information on advertising alternatives; | SAR | 0.30 |
| 01/12/09 | D210 | Attend to insurance cancellation and coverage issues; telephone conference with Mr. Abercrombie regarding brokers not remitting premium timely and confer with Mr. Franke regarding handling same and grounds to contest alleged cancellation | SAR | 1.00 |
| 01/12/09 | D310 | Assess executory contract, contingent claims, and administrative claims issues; | SAR | 1.20 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 11

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/13/09 | D130 | Telephone conference with Ms. Spindler at Dallas Cty tax authority regarding taxes and affect of same on sale (.3); correspondence to Mr. Roberts and Mr. Abercrombie regarding same (.2); correspondence Mr. Schenk regarding sale hearing, testimony needed and confidential agreements previous obtained (.4); work on same (.4); ; | DJB | 1.30 |
| 01/13/09 | D185 | Factual investigation and analysis regarding existing contracts and potential need for rejection and/or assumption (.4); work on motion to reject (.3); | DJB | 0.70 |
| 01/13/09 | D320 | Work on strategic planning for disclosure statement and plan and confer with Mr. Roberts regarding same; | DJB | 1.00 |
| 01/13/09 | D210 | Conference with Steve Roberts and Kent Abercombie regarding insurance issues - cancellation notice issued by Northern Illinois, pending litigation and polices (.50); review schedules (.30); | BF | 0.80 |
| 01/13/09 | D130 | Telephone conference with Kelli at Trade-a-Plane magazine and make edits to ad; | DK | 0.50 |
| 01/13/09 | D110 | Field calls from creditors; work on processing returned mail - research to obtain current addresses, update service lists and coordinate efforts to re-serve pleadings; | DK | 3.50 |
| 01/13/09 | D110 | Meet with Mr. Abercrombie and attend US Trustee conference; | SAR | 1.50 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 12

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/13/09 | D210 | Meet with Mr. Abercrombie and Mr. Franke regarding insurance issues and with Mr. Abercrombie about operational issues, tactics and strategy; | SAR | 1.50 |
| 01/13/09 | D195 | Roundtrip to Dallas for meetings and US Trustee interview; | SAR | 3.50 |
| 01/13/09 | D130 | Manage logistics for noticing 240,000 aircraft owners and other parties required in APA; | SAR | 1.00 |
| 01/13/09 | D210 | Telephone conference with Mr. Abercrombie regarding additional operations issues; | SAR | 0.50 |
| 01/13/09 | D130 | Receive and review letter from FAA regarding non-transferability of PMAs; leave voicemail advising that they are not being transferred; | SAR | 0.30 |
| 01/13/09 | D110 | Re-service of pleading filed using updated/corrected service list for creditor addresses; | AT | 1.00 |
| 01/14/09 | D210 | (Insurance) Telephone conference with Lisa Chandler @ A1 Premium Credit regarding premium finance matter (.20); email to Kent Abercrombie regarding insurance (.10); telephone conference with Abercrombie regarding insurance matters (.20); | BF | 0.50 |
| 01/14/09 | D110 | Prepare and file certificate of service on mailout of notice of auction and proof of claim deadline (.5); | DK | 0.50 |
| 01/14/09 | D130 | Work with Trade-A-Plane on legal notice to appear in online newsletter and coordinate with Jeff Lochridge at Superior for url link for notice (.6); preparations for FAA mailout (2.); | DK | 2.60 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 13

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/14/09 | D130 | Exchange emails with Mr. Schenk regarding sales process and progress; | SAR | 0.20 |
| 01/14/09 | D185 | Exchange emails with Avco counsel regarding rejection of executory contracts and confer with Mr. Brescia regarding same;; | SAR | 0.40 |
| 01/14/09 | D210 | Receive and review information regarding premium finance issues and refer to Mr. Franke; | SAR | 0.20 |
| 01/14/09 | D130 | Troubleshoot problems with FAA notice process; | SAR | 0.30 |
| 01/14/09 | D110 | Re-service of pleading filed using updated/corrected service list for creditor addresses; | AT | 1.00 |
| 01/15/09 | D210 | (Insurance) Telephone conference with Kent Abercrombie regarding Imperial A1 Credit's demand for January installment, AIG/Notice of cancellation and related insurance issues (.30); telephone conference with Imperial A1 Credit regarding premium finance agreement (.20); | BF | 0.50 |
| 01/15/09 | D130 | Telephone conference with Lisa Trainor regarding ads and FAA mailout (.1); telephone conference with Mr. Roberts regarding certificate of service (.1); coordinate mail labels for CFP contacts, work on mail out issues and finalize arrangements for publications (3.6); | DK | 3.80 |
| 01/15/09 | D150 | Receive telephone call from Mike McGoogan, Ohio Gasket, inquiring about case and prospects for unsecured creditors; | SAR | 0.50 |

STRASBURGER & PRICE, L.L.P.

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 14

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/15/09 | D210 | Receive telephone call from counsel for landlord and discuss prospects in case and payment of January rent, obtain wire transfer information and receive confirmation from Mr. Abercrombie that rent has been wired; | SAR | 0.60 |
| 01/15/09 | D130 | Telephone conference with Mr. Leonard regarding due diligence and follow up on same; | SAR | 0.50 |
| 01/15/09 | D310 | Discuss Mahle reclamation claim with Mr. Abercrombie and advise on actions to take; review treatment of reclamation claims; | SAR | 1.00 |
| 01/15/09 | D130 | Troubleshoot getting approval from Avco for substantially reduced notice costs; | SAR | 0.50 |
| 01/15/09 | D320 | Map out issues and structure of liquidation plan and disclosure statement; | SAR | 3.00 |
| 01/15/09 | D210 | Confer with Mr. Abercrombie regarding shipping companies' actions and other operational problems; | SAR | 0.30 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 15

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 01/16/09 | D210 | (Insurance) Telephone conference with Kent Abercrombie regarding identifying insurance polices and parties to litigation for notice purposes (.20); telephone conference with Will Pruitt, counsel for AirSure, regarding cancellation of insurance policy (.20); telephone conference with Kent Abercrombie regarding contacts with AirSure and AIG regarding cancellation of insurance (.30); work with Steve Roberts regarding approach to cancellation issue and identifying polices (.20); email to Will Pruitt regarding documentation of payment of premium and related correspondence (.20); begin review of polices (.50); research application of Section 362 to attempt cancellation of insurance polices (1.0); | BF | 2.60 |
| 01/16/09 | D130 | Continue work on service lists, edit for returned mail, deleted creditors, change of address, warranty service stations, and CFP contacts (2.0), attend to service of notice of auction and sale, bid procedures, and bar date for claims, along with proof of claim form and instructions on newly added creditors (1.7); | DK | 3.70 |
| 01/16/09 | D210 | Receive and review information regarding insurance cancellation and broker's involvement and confer with Mr. Franke regarding responding to same; | SAR | 1.00 |
| 01/16/09 | D310 | Analyze warranty claim issues; | SAR | 0.50 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/16/09 | D320 | Work on disclosure statement and plan; | SAR | 2.60 |
| 01/16/09 | D110 | Field creditor inquiries | SAR | 0.70 |
| 01/16/09 | D130 | Revise and send confidentiality agreement to Mr. Leonard and arrange for delivery of due diligence material; | SAR | 0.70 |
| 01/18/09 | D210 | Research treatment of insurance policies as executory contracts (1.0); continue review of policy subject of AIG's cancellation notice (.50); draft correspondence to Jack Kendall, counsel for AIG, demanding of notice of cancellation (.70); | BF | 2.20 |
| 01/19/09 | D210 | Work on correspondence to Jack Kendall and AIG legal counsel (.80); work with Steve Roberts regarding strategy to address notice of cancellation and Airsure (.30); | BF | 1.10 |
| 01/19/09 | D210 | Receive and review proposed letter from Mr. Franke to insurer regarding threatened cancellation; telephone conference with Mr. Franke regarding same; | SAR | 0.50 |
| 01/20/09 | D210 | Review email from Jack Kendall and file (.10); telephone conference with Dee Ruckman, Textron's counsel, regarding notice of cancellation (.20); telephone conference with Rose Orenstein regarding cancellation and AirSure's involvement; review check in payment of premium (.30); | BF | 0.60 |
| 01/20/09 | D110 | Attend to issues regarding certificates of service, service lists, and amendments to schedules and matrix; | DK | 3.20 |

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 17

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/21/09 | D210 | Prepare correspondence to Jack Kendall, AIG, regarding rescinding notice of cancellation (.30); review email form Michelle Levitt @ AIG regarding reinstatement of policy (.10); address LOC requirement with client (30); review email from Lisa Chandler, AIACO and premium finance agreement (.50); | BF | 1.20 |
| 01/21/09 | D130 | Review, edit and approve ad for AOPA weekly newsletter; | DK | 0.50 |
| 01/21/09 | D130 | Review Textron closing checklist; telephone conference with and exchange emails with Mr. Abercrombie regarding deadlines and issues and feasibility of same and current operations and regarding due diligence requests of other purchaser; | SAR | 1.20 |
| 01/21/09 | D130 | Work with Ms. Krupa to implement notice to vendors with Superior tooling and due diligence requests of interested purchasers; | SAR | 0.70 |
| 01/21/09 | D130 | Locate and provide additional due diligence materials to interested purchaser; | SAR | 0.60 |
| 01/21/09 | D210 | Several telephone conferences and email exchanges with Mr. Frank and Mr. Abercrombie regarding remedying insurer's purported cancellation of policy and demand for letter of credit; | SAR | 0.80 |
| 01/21/09 | D320 | Confer with Mr. Brescia regarding disclosure statement and plan and rejecting executory contracts; | SAR | 0.40 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 18

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/21/09 | D110 | Field phone calls from parties receiving notice of case; | SAR | 0.40 |
| 01/21/09 | D310 | Analyze reclamation issues and confer with Mr. Abercrombie regarding segregation of inventory and possible resolution of reclamation claims; | SAR | 0.40 |
| 01/21/09 | D130 | Add comments to Avco closing checklist; send to Ms. Trainor and telephone conference with Ms. Trainor regarding same and regarding modification of timetable in agreement and reclamation issues; | SAR | 0.80 |
| 01/22/09 | D210 | Telephone conference with Rosa Orenstein regarding AIG's position and documentation in possession of Airsure (.20); work with Steve Roberts regarding strategy to address claims of insurance carriers (.40); begin review of polices subject of prepetition litigation (.80); | BF | 1.40 |
| 01/22/09 | D130 | Finalize letter to tooling companies, edit mailing matrix, edit exhibits, confer with Mr. Abercrombie and Mr. Lochridge regarding same; | DK | 1.90 |
| 01/22/09 | D130 | Receive and respond to inquiries from Mr. Leonard regarding due diligence materials; | SAR | 0.30 |
| 01/22/09 | D310 | Receive and respond to inquiry from Alcoa regarding administrative claim; | SAR | 0.30 |
| 01/22/09 | D130 | Review suggested assignment of claim form; | SAR | 0.20 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 19

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/22/09 | D130 | Telephone conference with Mr. Abercrombie regarding coordination and scheduling of due diligence and auction procedure; | SAR | 0.50 |
| 01/22/09 | D150 | Exchange emails with creditors regarding formation of committee; | SAR | 0.50 |
| 01/22/09 | D130 | Telephone conference with party possibly interested in buying assets; | SAR | 0.50 |
| 01/23/09 | D130 | Telephone conference with Mr. Roehl, for potential purchaser regarding status of case and sale issues (.4); multiple correspondence with Mr. Roberts and Mr. Abercrombie regarding same (.3); factual investigation and analysis excluded assets (.3); multiple telephone conferences with various other creditors and potential purchasers regarding status of case and sale (.4); | DJB | 1.40 |
| 01/23/09 | D185 | Work on motion to reject executory contracts ; | DJB | 0.40 |
| 01/23/09 | D320 | Work on disclosure statement and plan tactics and strategy; | DJB | 1.00 |
| 01/23/09 | D210 | Review commercial liability policy subject to cancellation notice to address insured's alleged obligation to provide letter of credit as collateral (.50); review policy subject of premium finance claim (.40); telephone conference with Dee Ruckman,Textron, regarding insurance matters (.10); | BF | 1.00 |
| 01/23/09 | D130 | Complete service of notice to tooling suppliers; | DK | 1.00 |
| 01/23/09 | D130 | Analyze issues regarding excluded assets; | SAR | 0.60 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 20

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/26/09 | D210 | Work with Steve Roberts regarding approach to AICCO issues (.10); telephone conference with Rosa Orenstein regarding outstanding issues relating to AIG demand for letter of credit and Chubb notice of cancellation (.30); review notice of cancellation issued by Chubb and email correspondence and notice of reinstatement by AIG (.40); email correspondence to Kent Abercrombie (.10); continue review premium finance agreement and policy (.40); several telephone conferences with Mark Stirer, counsel for AICCO, regarding installment payment and future adequate protection (.40); review and edit proposed form of order (.30); email to Chubb representative regarding attempted cancellation of policy (.40); email to Rosa Orenstein regarding correspondence to Chubb (.10); | BF | 2.50 |
| 01/26/09 | D310 | Begin working on claims analysis spreadsheet; | AT | 1.00 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 21

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/27/09 | D210 | Review binder/policy for Policy FG 1853615.05 issued by Illinois National in preparation for call with AIG counsel (.60); telephone conference with Michelle Levitt, AIG associate counsel, regarding providing a letter of credit (.30); email to Steve Roberts regarding status of insurance matters (.20); review and respond to email from Rosa Orenstein, counsel for AirSure, broker, regarding second notice of cancellation issued by Chubb and review notice of cancellation (.30); | BF | 1.40 |
| 01/27/09 | D110 | Field inquiries from creditors; | SAR | 1.00 |
| 01/27/09 | D185 | Exchange emails with landlord's counsel regarding calculation of potential landlord rejection claim: | SAR | 0.50 |
| 01/27/09 | D130 | Receive and review letter from party interested in making an offer for assets possibly excluded from sale; | SAR | 0.30 |
| 01/27/09 | D110 | Prepare claims register notebook; | AT | 1.20 |
| 01/28/09 | D185 | Work on motion to reject executory contracts (1.0); multiple correspondence with Mr. Roberts and Mr. Abercrombie regarding status of purchase orders and confer with Ms. Krupa regarding same (.5); analyze purchase orders to be rejected (.3); | DJB | 1.80 |

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 22

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/28/09 | D130 | Multiple correspondence with and multiple telephone conferences with various creditors and interested purchasers regarding sale hearing and assets to be sold, factual investigation and analysis regarding same (.5); | DJB | 0.50 |
| 01/28/09 | D210 | Review email from Chubb regarding cancellation notice and email Airsure's counsel (.10); review and respond to email from Michelel Levitt @ AIG; review binder (.30); research enforceability of provisions in insurance binder and subsequently issued policy (1.10); | BF | 1.50 |
| 01/28/09 | D110 | Continue work updating master matrix, adding experts and local counsel from state court lawsuits, and preparing amended schedules; | DK | 2.40 |
| 01/28/09 | D185 | Receive telephone call from Mr. Abercrombie regarding potential Zanzi claim of over $1 million and mitigation of damages and other issues with open POs; | SAR | 0.50 |
| 01/28/09 | D210 | Confer with Mr. Franke regarding status of insurance matters and AIG letter of credit issue; | SAR | 0.50 |
| 01/28/09 | D185 | Revise rejection motion and confer with Mr. Brescia regarding specification of contracts to be rejected; | SAR | 0.50 |
| 01/28/09 | D130 | Troubleshoot due diligence issues; | SAR | 0.40 |
| 01/28/09 | D130 | Receive telephone call from Gary Regan regarding interest in bidding and send him confidentiality agreement; | SAR | 0.50 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 23

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/28/09 | D110 | Work on claims analysis spreadsheet; update creditor information in Bankruptcy Pro in preparation to file amended matrix; | AT | 2.50 |
| 01/29/09 | D210 | Review email from Rosa Orenstein and attached insurance policy (.40); address status of insurance issues with Steve Roberts (.20); | BF | 0.60 |
| 01/29/09 | D140 | Review motion for relief from stay filed by AIOCE (.20); | BF | 0.20 |
| 01/29/09 | D150 | Conference with Kent Abercrombie regarding pending insurance policy issues and creditors meeting (.50); attend creditors' meeting (.70); | BF | 1.20 |
| 01/29/09 | D130 | Conference with Steve Roberts, Kent Abercrombie and Billy Leonard regarding sale issues (.40); | BF | 0.40 |
| 01/29/09 | D110 | Coordinate efforts to review boxes of returned mail to determine addresses that can be updated in matrix and addresses that need to be deleted; complete adding local counsel, experts, and warranty repair stations to master matrix; telephone calls to warranty claimants; | DK | 2.00 |
| 01/29/09 | D195 | Roundtrip to Dallas for 341 meeting (weather delays) | SAR | 4.50 |
| 01/29/09 | D150 | Prepare for and attend 341 meeting and confer with creditors and interested purchasers; | SAR | 2.80 |
| 01/29/09 | D210 | Confer with Mr. Franke regarding insurance issues involving premiums, cancellation and coverage issues on liability policies; | SAR | 0.50 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 24

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/29/09 | D130 | Receive and review marked up Confidentiality Agreement from interested party and exchange emails regarding unacceptability of changes; | SAR | 0.50 |
| 01/29/09 | D110 | Field creditors' inquiries; | SAR | 0.70 |
| 01/29/09 | D310 | Receive and review motion for allowances and payment of 503(b)(9) claim; review law on allowance and payment issue and confer with Mr. Tyler regarding preparing response and brief; | SAR | 1.00 |
| 01/29/09 | D110 | Update claims analysis notebook; work on claims spreadsheet; research to obtain corrected addresses in preparation to update master matrix; | AT | 3.00 |
| 01/30/09 | D210 | Telephone conference with Kent Abercrombie regarding status of various insurance matters - Chubb, AICCO and AIG (.30); | BF | 0.30 |
| 01/30/09 | D140 | (Insurance) Telephone conference with Marion Rudberg regarding lawsuits and motion for relief from stay to pursue insurance (.30); | BF | 0.30 |
| 01/30/09 | D130 | Field telephone calls and emails from potential bidders; communication from ePilot with statistics on recent e-newsletter; | DK | 0.40 |
| 01/30/09 | D110 | Continue to coordinate efforts to review all returned mail to update addresses where possible, delete bad addresses from various service lists in preparation for filing amended schedules and matrix; | DK | 0.50 |
| 01/30/09 | D310 | Field telephone calls and emails from claimants with questions regarding claims; | DK | 0.40 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 25

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/30/09 | D130 | Revise and send revised Confidentiality Agreement and negotiate terms with counsel for interested party; | SAR | 1.50 |
| 01/30/09 | D130 | Exchange messages and telephone conference with purchaser interested in buying excluded assets; | SAR | 0.80 |
| 01/30/09 | D150 | Receive and review email from Creditors' Committee requesting information and telephone conference with Mr. Parham regarding issues in case and mapping out issues to address with committee; follow up on getting information to the committee; | SAR | 0.80 |
| 01/30/09 | D310 | Telephone conference with Mr. Salomon regarding Thielert issues and progress in case; | SAR | 0.80 |
| 01/30/09 | D110 | Research to obtain corrected addresses in preparation to update master matrix; work on claims analysis spreadsheet; | AT | 5.00 |

TOTAL HOURS: 224.1

TOTAL FOR SERVICES $ 81,984.00

## TASK-BASED SUMMARY

| | | HOURS | VALUE |
|------|------|-------|-------|
| D110 | CASE ADMINISTRATION | 50.80 | 10,848.50 |
| D130 | ASSET DISPOSITION | 101.00 | 37,814.00 |
| D140 | RELIEF FRM STAY PROCEEDINGS | 0.50 | 237.50 |
| D150 | MEETINGS OF & COMMUNICATION W/CREDITORS | 7.80 | 3,771.00 |
| D160 | FEE EMPL APPLICATIONS | 2.20 | 948.00 |
| D185 | ASSUMPTION/REJECTIONS OF LEASE/CONTRACT | 4.80 | 2,125.00 |
| D195 | NON-WORKING TRAVEL | 12.20 | 5,921.00 |
| D210 | BUSINESS OPERATIONS | 27.40 | 13,020.00 |
| D310 | CLAIMS ADM & OBJECTIONS | 9.40 | 3,559.00 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 26

|  |  | HOURS | VALUE |
|---|---|---|---|
| D320 | STRATEGY PLANNING, DISCLOSURE STMT, PLAN | 8.00 | 3,740.00 |
|  |  | 224.10 | 81,984.00 |

## NAME RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| SAR | Stephen A. Roberts | 495.00 | 0.40 | 198.00 |
| SAR | Stephen A. Roberts | 485.00 | 96.90 | 46,996.50 |
| DJB | Duane J. Brescia | 415.00 | 26.60 | 11,039.00 |
| BF | Bob Franke | 475.00 | 20.30 | 9,642.50 |
| DK | Donna Krupa | 195.00 | 64.40 | 12,558.00 |
| AT | Angelyn Tomes | 100.00 | 15.50 | 1,550.00 |
|  | TOTAL | | 224.10 | $81,984.00 |

## ITEMIZED DISBURSEMENT BILL

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/08/08 | ONLINE RESEARCH -  SECRETARY OF STATE, TEXAS | 1.00 |
| 12/09/08 | ONLINE RESEARCH -  SECRETARY OF STATE, TEXAS | 1.00 |
| 12/15/08 | ONLINE RESEARCH -  SECRETARY OF STATE, TEXAS | 1.00 |
| 12/16/08 | TELEPHONE -  SOUNDPATH CONFERENCING | 8.99 |
| 12/17/08 | ONLINE RESEARCH -  SECRETARY OF STATE, TEXAS | 1.00 |
| 12/30/08 | ONLINE RESEARCH - WESTLAW - INCLUDED USER DEFINED 1: 3622933 USER DEFINED 2: 1000542879 | 326.63 |
| 12/30/08 | ONLINE RESEARCH - WESTLAW - EXCLUDED USER DEFINED 1: 3622933 USER DEFINED 2: 1000542879 | 143.91 |
| 12/31/08 | ONLINE RESEARCH -  PACER SERVICE CENTER | 3.28 |
| 12/31/08 | FILING & RECORDING FEES - BANK OF AMERICA - VISA USBC-CHAPTER 11 FILING | 1,039.00 |
| 12/31/08 | ONLINE RESEARCH -  PACER SERVICE CENTER | 26.80 |
| 01/05/09 | OUTSIDE PRINTING -  RAINMAKER DOCUMENT TECHNOLOGIES | 34,072.28 |
| 01/05/09 | OUTSIDE PRINTING -  RAINMAKER DOCUMENT TECHNOLOGIES | 296.67 |
| 01/06/09 | COURIER / DELIVERY SERVICE - GUARANTEED EXPRESS, INC. | 50.18 |
| 01/07/09 | COURIER / DELIVERY SERVICE - FED EX | 10.26 |
| 01/08/09 | PARKING EXPENSES -  STEPHEN ROBERTS | 30.00 |
| 01/08/09 | OUT-OF-TOWN TRAVEL -  STEPHEN ROBERTS | 350.17 |
| 01/08/09 | MEALS -  STEPHEN ROBERTS | 27.85 |
| 01/13/09 | OUT-OF-TOWN TRAVEL -  STEPHEN ROBERTS | 25.00 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

February 9, 2009
C/M: 20354.0102
INVOICE NO. 518806
JER
PAGE 27

| | | | |
|---|---|---|---:|
| 01/13/09 | PARKING EXPENSES - | STEPHEN ROBERTS | 20.00 |
| 01/14/09 | OUTSIDE PRINTING - | RAINMAKER DOCUMENT TECHNOLOGIES | 4,101.73 |
| 01/14/09 | OUTSIDE PRINTING - | RAINMAKER DOCUMENT TECHNOLOGIES | 335.81 |
| 01/19/09 | OUTSIDE PRINTING - | RAINMAKER DOCUMENT TECHNOLOGIES | 2,908.78 |
| 01/20/09 | OUTSIDE PRINTING - | RAINMAKER DOCUMENT TECHNOLOGIES | 25.98 |
| 01/31/09 | COPY/LASER PRINT/SCAN | | 1,039.20 |
| 01/31/09 | TELEPHONE | | 86.63 |
| 01/31/09 | FACSIMILE | | 697.29 |

TOTAL DISBURSEMENTS                    $45,630.44

**CURRENT AMOUNT DUE SUMMARY SECTION**

| | | |
|---|---|---:|
| CURRENT FEES | $ | 81,984.00 |
| CURRENT DISBURSEMENTS | $ | 45,630.44 |
| CURRENT TOTAL DUE | $ | 127,614.44 |

**PREVIOUS INVOICES OUTSTANDING**

| | | | |
|---|---|---|---:|
| INVOICE NO. 517284 | January 16, 2009 | | 12,329.66 |
| | TOTAL | $ | 12,329.66 |

**TOTAL BALANCE DUE**          **$   139,944.10**

**STRASBURGER  &  PRICE, L.L.P.**

**ATTORNEYS AND COUNSELORS**