# STRASBURGER & PRICE, L.L.P.

### ATTORNEYS AND COUNSELORS

#### A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

### P.O. BOX 849037
### DALLAS, TEXAS 75284-9037

Phone: 214/651-4300                                                          TIN: 75-0838805

Superior Air Parts, Inc.                          March 23, 2009
Attn: Kent Abercrombie, President/CEO             C/M: 20354.0102
621 S. Royal Lane, Suite 100                      INVOICE NO. 522517
Coppell, TX 75019-3805                            JER
                                                  PAGE 1

**FOR PROPER CREDIT, PLEASE RETURN THIS STUB WITH YOUR REMITTANCE TO THE ADDRESS NOTED ABOVE.
DO NOT SEND GENERAL CORRESPONDENCE TO THE ABOVE ADDRESS.**

RE:    Chapter 11 Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THRU 02/28/09      $   170,483.00
DISBURSEMENTS THRU 02/28/09                           $    27,920.29

TOTAL AMOUNT DUE                                      $   198,403.29

### ITEMIZED SERVICES BILL

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 01/30/09 | D210 | Confer with Steve Roberts re potential strategies with underwriters on coverage issues; | WAH | 0.40 |
| 02/01/09 | D210 | Review and respond to email from Textron's counsel regarding insurance coverage and polices; review notices (.20); | BF | 0.20 |
| 02/01/09 | D130 | Finalize Confidentiality Agreement with Teledyne and arrange for due diligence; | SAR | 0.40 |
| 02/01/09 | D140 | Confer with Mr. Franke regarding AICCO Motion for Relief From Stay and reaching agreement on same; | SAR | 0.20 |

# STRASBURGER & PRICE, L.L.P.
### ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 2

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/01/09 | D130 | Telephone conference with Mr. Salomon regarding auction and sale and issues affecting parent corp.; | SAR | 0.50 |
| 02/02/09 | D310 | Continue factual investigation and analysis regarding reclamation claims and treatment of same (.5); | DJB | 0.50 |
| 02/02/09 | D185 | Telephone conference with Mr. Abercrombie additional contracts to be added to motion to reject and follow up on same (.5); | DJB | 0.50 |
| 02/02/09 | D210 | Review email from Rosa Orenstein and review Chubb policy (.50); | BF | 0.50 |
| 02/02/09 | D110 | Prepare certificate of service on notice of auction and bar date for filing claims; review and edit service lists for same; telephone conference with court clerk regarding filing amended matrix to reflect address changes per 4 boxes of returned mail; work on updating service lists; | DK | 1.90 |
| 02/02/09 | D110 | Manage inquiries from parties receiving notice; | SAR | 0.50 |
| 02/02/09 | D130 | Negotiate Confidentiality Agreement with Mr. Isom and arrange for due diligence; | SAR | 0.50 |
| 02/02/09 | D320 | Telephone conference with Mr. Peck regarding Teledyne inquiries; | SAR | 0.30 |
| 02/02/09 | D130 | Telephone conference with Mr. Abercrombie regarding due diligence and interested parties; | SAR | 0.30 |
| 02/02/09 | D130 | Confer with Ms. Krupa regarding Avco request for information on notice and closing schedule; | SAR | 0.20 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 3

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/02/09 | D310 | Work on claims analysis spreadsheet; | AT | 1.00 |
| 02/02/09 | D110 | Research to obtain corrected addresses in preparation to update master matrix; | AT | 2.50 |
| 02/03/09 | D130 | Factual investigation and analysis regarding assets to be excluded from sale and follow up correspondence various creditors and potential purchasers regarding same (.3); | DJB | 0.30 |
| 02/03/09 | D185 | Correspondence with Mr. Abercrombie regarding additional contracts to be rejected and telephone conference regarding same (.3); | DJB | 0.30 |
| 02/03/09 | D210 | Review notice of cancellation by Chubb; email correspondence and invoices (.50); telephone conference with Kent Abercrombie regarding Chubb polices (.20); email to Chubb regarding policy cancellation (.20); | BF | 0.90 |
| 02/03/09 | D110 | Field calls and talk with creditors regarding notices received (.4); finalize and file certificate of service of notice of auction and bar date for filing claims on CFP contacts, experts, local counsel, and warranty claimants and repair stations (.4); continue work on updating addresses off returned mail (1.0); | DK | 1.80 |
| 02/03/09 | D140 | Review and comment on AICCO proposed agreed order lifting stay; | SAR | 0.30 |

**STRASBURGER & PRICE, L.L.P.**

**ATTORNEYS AND COUNSELORS**

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 4

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/03/09 | D130 | Telephone conference with Mr. Abercrombie regarding providing information to committee, sales process, and operational issues; exchange follow up emails; | SAR | 0.60 |
| 02/03/09 | D150 | Telephone conference with Mr. Schuler regarding information requested by committee; | SAR | 0.30 |
| 02/03/09 | D130 | Review and analyze potential for successor liability issue for post-confirmation claims and affect on sale; | SAR | 3.80 |
| 02/03/09 | D130 | Confer with Ms. Krupa regarding EAA additional publication; | SAR | 0.10 |
| 02/03/09 | D130 | Review inventory update; | SAR | 0.10 |
| 02/03/09 | D130 | Telephone conference with interested buyer; | SAR | 0.50 |
| 02/03/09 | D140 | Receive telephone call from Mr. Angelley regarding relief from stay and review documents he sent regarding background of case; | SAR | 0.50 |
| 02/03/09 | D130 | Negotiate CA with Mr. Nelson and manage due diligence; | SAR | 0.80 |
| 02/03/09 | D150 | Telephone conference with committee counsel regarding meeting; | SAR | 0.30 |
| 02/03/09 | D110 | Research to obtain corrected addresses in preparation to update master matrix; | AT | 3.00 |
| 02/04/09 | D320 | Review of case law concerning successor liability following an asset sale; forward pertinent case law to Mr. Roberts for his review; | DWB | 0.30 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 5

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/04/09 | D185 | Work on finalizing motion to reject (.3); receive and review correspondence from Mr. Abercrombie regarding same (.2); correspondence Mr. Leonard regarding same (.2); telephone conference with Mr. Leonard regarding same (.1); | DJB | 0.80 |
| 02/04/09 | D140 | Telephone conference with Morton Rothberg regarding motion for relief from stay (.20); work on stipulation regarding adequate assurance payments for AICCO motion for relief from stay (.60); | BF | 0.80 |
| 02/04/09 | D210 | Telephone conference with Ann Taylor, counsel for Alliance, regarding Carrier's claims for uninsured retention (.30); | BF | 0.30 |
| 02/04/09 | D110 | Field calls from various creditors and continue updating various service lists based on four boxes of returned mail; | DK | 4.00 |
| 02/04/09 | D140 | Review and approve revised order lifting stay regarding insurance premiums; | SAR | 0.10 |
| 02/04/09 | D150 | Gather information and prepare and send report to creditors' committee counsel; | SAR | 1.50 |
| 02/04/09 | D130 | Telephone conference with Mr. Schenk regarding assisting in working with bidders; | SAR | 0.30 |
| 02/04/09 | D185 | Review issues regarding rejection of executory contracts; | SAR | 0.40 |
| 02/04/09 | D310 | Confer with Mr. Tyler regarding our response to motion to pay 503(b)(9) claims; | SAR | 0.40 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 6

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/04/09 | D310 | Receive telephone call from attorney for Ace regarding motion to pay administrative claim and advices Mr. Tyler; | SAR | 0.40 |
| 02/04/09 | D130 | Review emails between client and Avco regarding closing matters and confer with Mr. Abercrombie regarding same and regarding operational issues; | SAR | 0.50 |
| 02/04/09 | D130 | Telephone conference with potential purchaser regarding CA and due diligence and status of case; | SAR | 0.40 |
| 02/04/09 | D130 | Follow up on successor liability issues and subordination and recharacterization issues; | SAR | 1.30 |
| 02/04/09 | D130 | Receive telephone call from interested party and follow up with email regarding process; | SAR | 0.40 |
| 02/04/09 | D150 | Exchange emails with parties regarding arranging creditors meeting and agenda; | SAR | 0.40 |
| 02/04/09 | D310 | Review interplay between 503b9 claims and reclamation claims; | SAR | 1.10 |
| 02/04/09 | D130 | Review tooling title issues and conflicting claims of vendors; | SAR | 0.80 |
| 02/04/09 | D110 | Research to obtain corrected addresses in preparation to update master matrix; | AT | 2.50 |
| 02/04/09 | D310 | Work on claims analysis spreadsheet; | AT | 1.00 |
| 02/04/09 | D130 | Address issues concerning potential successor liability for airplane parts under the General Aviation Revitalization Act of 1994 (GARA) and common law as addressed in Dalrymple v. Fairchild Aircraft Inc., 575 F. Supp. 2d 790 (S.D. Tex. 2008); | EFV | 0.40 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 7

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/05/09 | D185 | Draft and file motion for expedited hearing on motion to reject contract and attend to service and notice issues (.8); correspondence court regarding same (.2); | DJB | 1.00 |
| 02/05/09 | D210 | Follow-up on Chubb cancellation and review email from Kent Abercrombie (.20); | BF | 0.20 |
| 02/05/09 | D140 | Telephone conference with Morton Rothberg regarding motion for relief from the stay (.20); | BF | 0.20 |
| 02/05/09 | D110 | Review email correspondence from creditors; prepare repsonse with notice of auction and proof of claim form attachments; review email correspondence from Rainmaker regarding outstanding invoices for FAA mailout and confer with Mr. Abercrombie regarding wire transfer of payment for same; | DK | 0.20 |
| 02/05/09 | D130 | Telephone conference with interested purchaser and provide requested information; | SAR | 0.50 |
| 02/05/09 | D150 | Arrange committee meeting; | SAR | 0.20 |
| 02/05/09 | D130 | Review FAA request for modification to APA and proposed order and email FAA and Justice Dept attorney to address concerns; | SAR | 0.80 |
| 02/05/09 | D130 | Receive and review fax from Ruhrtaler regarding its claim to ownership of equipment and telephone conference with Mr. Abercrombie regarding same; | SAR | 0.50 |
| 02/05/09 | D150 | Conference call with committee counsel and Avco counsel regarding committee issues; email information requested by Avco; | SAR | 1.00 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 8

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/05/09 | D130 | Receive and review objection to sale of personal injury plaintiffs; | SAR | 0.30 |
| 02/05/09 | D320 | Confer with Mr. Brescia regarding disclosure statement and possible plan alternatives and issues in formulating same; | SAR | 0.80 |
| 02/05/09 | D310 | Update Proof of Claims notebook; work on claims analysis spreadsheet to include POC information; | AT | 2.50 |
| 02/05/09 | D110 | Research to obtain corrected addresses in preparation to update master matrix; | AT | 1.00 |
| 02/06/09 | D320 | Work on disclosure statement and plan; | DJB | 0.50 |
| 02/06/09 | D190 | Confer with Mr. Roberts regarding tactics and strategy for insurance issues; work on avoidance and other tactics and strategy, follow up on same; | DJB | 0.80 |
| 02/06/09 | D210 | Review email from Kent Abercrombie regarding Chubb policy and cancellation notice and invoicing; email to Rose Orenstein regarding AirSure's involvement (.30); | BF | 0.30 |
| 02/06/09 | D140 | Draft answer to AICCO's motion for relief from stay (.80); review case docket (.20); | BF | 1.00 |
| 02/06/09 | D110 | Follow up on orders on unopposed motions; | SAR | 0.20 |
| 02/06/09 | D130 | Review due diligence materials regarding sales efforts and telephone conference with Mr. Schenk regarding committee call and interested purchasers; | SAR | 1.00 |
| 02/06/09 | D130 | Manage incoming inquiries; Confer with staff regarding handling same; | SAR | 0.80 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 9

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/06/09 | D210 | Follow up on insurance cancellation issues; | SAR | 0.30 |
| 02/06/09 | D130 | Telephone conference with KT regarding her company's interest in assets and send CA; | SAR | 0.60 |
| 02/06/09 | D130 | Review issues regarding scope of excluded engine assemblies and related assets and email interested purchaser regarding same; | SAR | 1.20 |
| 02/06/09 | D130 | Investigate and follow up with Ms. Trainor regarding tooling issues and claims by vendors in possession of same; | SAR | 1.00 |
| 02/06/09 | D130 | Email to Thielert counsel regarding tooling issues; | SAR | 0.20 |
| 02/06/09 | D130 | Receive telephone call from Mr. Leonard regarding sale and possible discovery; | SAR | 0.40 |
| 02/06/09 | D180 | Attend to TAG avoidance issue and email counsel for TAG requesting stipulation; | SAR | 0.50 |
| 02/06/09 | D110 | Research to obtain corrected addresses in preparation to update master matrix; | AT | 2.50 |
| 02/06/09 | D310 | Update claim analysis spreadsheet; update proof of claim notebook; | AT | 1.00 |
| 02/08/09 | D140 | Work on response to AICCO's motion for relief from stay (.50); | BF | 0.50 |
| 02/09/09 | D320 | Work on disclosure statement and plan; | DJB | 1.50 |
| 02/09/09 | D130 | Continue work on various requests and disclosures concerning sale hearing and DOJ issues affecting same; | DJB | 1.20 |

**STRASBURGER & PRICE, L.L.P.**
**ATTORNEYS AND COUNSELORS**

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 10

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/09/09 | D140 | Review litigation summary and expert summary prepared by outside counsel (.20); telephone conference with Morton Rothberg regarding relief from stay (.20); review emails relating to motion for relief/claim by additional plaintiffs (.20); review current policies (.80); | BF | 1.40 |
| 02/09/09 | D110 | Telephone calls to/from various creditors (.4), continue work on updating service lists to reflect corrected addresses (.9); | DK | 1.30 |
| 02/09/09 | D130 | Voicemail and telephone conference with Ms. Trainor regarding Justice Department inquiry; | SAR | 0.30 |
| 02/09/09 | D130 | Receive and review email from FAA regarding issues in APA regarding PMAs and respond and forward to Ms. Trainor and Telephone conference with Ms. Trainor regarding same; | SAR | 0.50 |
| 02/09/09 | D130 | Telephone conference with Mr. Abercrombie regarding Justice Dept inquiry and regarding information for bidders; | SAR | 0.30 |
| 02/09/09 | D130 | Exchange emails and telephone conferences with Mr. Leonard and Mr. Abercrombie regarding possible deposition of Mr. Abercrombie; receive and review draft interrogatories and email to Mr. Good regarding same; | SAR | 0.30 |
| 02/09/09 | D130 | Receive telephone call from Ms. Peritz, Justice Dept regarding inquiry; receive and review information request and send her virtual data room DVD; | SAR | 0.50 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 11

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/09/09 | D150 | Receive and review request for information from Mr. Ogg; conduct preliminary due diligence regarding his role in case and purpose of inquiry and provide requested information and look into coverage issues; | SAR | 0.80 |
| 02/09/09 | D110 | Field inquiries from parties receiving notice; | SAR | 0.30 |
| 02/09/09 | D130 | Receive telephone call from party interested in bidding and provide confidentiality agreement; | SAR | 0.50 |
| 02/09/09 | D150 | Exchange emails with client, consultant and committee regarding meeting tomorrow; | SAR | 0.30 |
| 02/09/09 | D150 | Receive and review financial information from Mr. Abercrombie and confer with him regarding same and forward to committee; | SAR | 0.30 |
| 02/09/09 | D130 | Receive and review follow up on issues with sale of FAA; review APA and advise Avco counsel regarding same; | SAR | 0.70 |
| 02/09/09 | D130 | Telephone conference with Mr. Leonard and Mr. Good regarding discovery scheduling; receive and review document request and respond advising of issues with same; | SAR | 0.90 |
| 02/09/09 | D150 | Receive request for additional information from committee and prepare for tomorrow's conference call; | SAR | 0.50 |
| 02/09/09 | D130 | Receive and review email from personal injury plaintiff regarding APA and insurance issues and follow up on insurance issues raised; | SAR | 0.50 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 12

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/09/09 | D130 | Receive update on tooling issues and provide information to Avco; | SAR | 0.50 |
| 02/09/09 | D180 | Confer with Mr. O'Boyle regarding preparing complaint to avoid TAG lien and confer with Ms. Krupa regarding providing him key documents; | SAR | 0.50 |
| 02/09/09 | D130 | Receive telephone call from Ms. Peritz , DOJ regarding informal DOJ inquiry; receive and review written request for voluntary responses; | SAR | 0.80 |
| 02/09/09 | D110 | Research to obtain corrected addresses in preparation to update master matrix; | AT | 1.40 |
| 02/09/09 | D310 | Work on claims analysis spreadsheet; update POC notebook; | AT | 0.80 |
| 02/10/09 | D150 | Prepare for and attend telephone conference with Committee regarding status of case and sale hearing, and follow up investigation on questions raised by Committee; | DJB | 1.50 |
| 02/10/09 | D320 | Work on plan and disclosure statement,and factual investigation and analysis regarding claims and priority issues regarding same; | DJB | 1.00 |
| 02/10/09 | D110 | Final efforts on updating 4 boxes of returned mail, deleting creditors off 5-year customer and 5-year supplier lists with bad addresses; | DK | 1.80 |
| 02/10/09 | D180 | Assist Mr. O'Boyle with underlying documents for review in connection with preparation of adversary and objection to claim of Thielert AG; | DK | 1.00 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 13

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/10/09 | D150 | Prepare for and participate in conference call with committee; | SAR | 1.50 |
| 02/10/09 | D130 | Receive and review modified Confidentiality Agreement from KT and revise and negotiate same and discuss due diligence requests; | SAR | 1.00 |
| 02/10/09 | D130 | Work on analysis of antitrust issues and responses to DOJ; gather and review documents requested by DOJ; confer with Mr. Abercrombie regarding same and review and forward documents from him to Ms. Perez with responses to some of the inquiries; telephone conference with Ms. Perez; | SAR | 6.30 |
| 02/10/09 | D110 | Work on POC notebook; update claims analysis spreadsheet; research to obtain corrected addresses in preparation to update master matrix; | AT | 3.50 |
| 02/10/09 | D310 | Research on case law regarding 503(b)(9) and timing of payments, draft of response to motion; | RBT | 3.70 |
| 02/11/09 | D320 | Work on disclosure statement and plan and factual investigation and analysis regarding claims./priorities for treatment in plan (1.7); factual investigation and analysis regarding need for avoidance action against TAG (.5); | DJB | 2.30 |

**STRASBURGER  &  PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 14

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/11/09 | D210 | (Insurance - AICCO) Review email from counsel from AICCO regarding order and affidavit in support of motion (.40); revise order providing adequate protection (.20); (Chubb) Review email from Rose Orenstein regarding reinstatement of policies; review notices (.30); review and respond to email from Ken Abercrombie regarding polices (.10); (Allianz) Review Allianz Global policy and identify related litigation (.80): | BF | 1.80 |
| 02/11/09 | D180 | Gather information and analyze issues regarding avoidance of TAG Lien; | BMO | 1.80 |
| 02/11/09 | D140 | Receive and review information from Whitehouse counsel re insurance and confer with Mr. Franke re his progress on comprehensive insurance analysis; | SAR | 0.50 |
| 02/11/09 | D310 | Receive and review inventory detail relating to reclamation claims (.3); and confer with Mr. Tyler re addressing reclamation claims and unresolved issues in current law (0.5) ; | SAR | 0.80 |
| 02/11/09 | D310 | Receive and review Thielert AG proof of claim and forward to Mr Abercrombie to confirm amount owed (.4); confer w Mr O'Boyle re same in regard to action to avoid lien (.2); | SAR | 0.60 |
| 02/11/09 | D130 | Conference call with Avco counsel regarding antitrust substantive and procedural issues and DOJ (.8) and review bankruptcy/antitrust cases addressing relevant issues (3.0); | SAR | 3.80 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 15

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/11/09 | D130 | Attend to closing checklist and scheduling issues raised by Avco (.3); gather and provide requesteed information to TCM and confer with Mr. Abercrombie re providing additional information (.6); Negotiate confidentiality agreement and send due diligence materials to interested party HG(1.0); review document request from DOJ and work on gathering and providing responsive information (2.4); exchange emails with APS counsel re informal discovery requests (.3); receive telephone call from Ms. Hersch and respond to her inquiries re sales process (.2); exchange emails with intereste party SM re additional due diligence (.2); | SAR | 2.10 |
| 02/11/09 | D310 | Work on claims analysis spreadsheet; | AT | 1.50 |
| 02/11/09 | D310 | Confer with Mr. Roberts re reclamation issues with several vendors and interplay with pre-petition administrative claims and rights of other parties (.5); review current developments in case law (1.8); | RBT | 2.30 |
| 02/12/09 | D320 | Work on disclosure statement and plan (1.0); confer with Mr. Roberts regarding tactics and strategy and changes to plan in light of recent developments (.3); follow up on same (.2); | DJB | 1.50 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 16

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/12/09 | D310 | (Insurance National Union/Virgin Records) Telephone conference with Susan Hersch regarding pending lawsuit, possible settlement and procedural considerations (.20); review proof of claim filed by Virgin Records, statement of financial affairs and litigation report (.30); telephone conference with Morton Rothberg regarding procedural issues, form of order for relief (.20); telephone conference with Kent Abercrombie regarding outstanding insurance issues (.20); review schedules and debtor's answer and adversary docket; | BF | 0.90 |
| 02/12/09 | D310 | Update claims analaysis; | DK | 2.00 |
| 02/12/09 | D180 | Work on complaint to avoid lien of Thielert AG and objection to claim of Theilert AG. | BMO | 2.60 |
| 02/12/09 | D130 | Conference call with Avco counsel regarding anti-trust issues; | SAR | 0.70 |
| 02/12/09 | D130 | Continue gathering, reviewing and providing information provided by client to DOJ; confer with Mr. Abercrombie regarding same; | SAR | 1.50 |
| 02/12/09 | D130 | Conference call with Ms. Peritz and Mr. Abercrombie (.6) and follow up call with Mr. Abercrombie (.4); | SAR | 1.00 |
| 02/12/09 | D130 | Continue analysis of anti-trust, jurisdiction, procedure and automatic stay issues relating to actions by government agencies and draft letter to DOJ regarding same; | SAR | 4.20 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 17

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/12/09 | D130 | Conference call with committee counsel regarding anti-trust issues; | SAR | 0.50 |
| 02/12/09 | D130 | Receive telephone call from Bret Fulkerson, Texas A.G. regarding anti-trust inquiry; | SAR | 0.50 |
| 02/12/09 | D310 | Telephone conference with client, analysis of case law; Telephone conference with Mr Abercrombie re reclamation issues (.3); continue legal analysis relating to each vendor (1.2); | RBT | 1.50 |
| 02/13/09 | D130 | Receive and review multiple correspondence with various parties including Committee, and Avco regarding status of sale and follow up investigation of same (.8); work on issues to support claims and prosecution of sale hearing (.3); factual investigation and analysis regarding DOJ objections and work strategy to resolve same (.8); | DJB | 1.10 |
| 02/13/09 | D320 | Work on disclosure statement and plan (.7); | DJB | 0.70 |
| 02/13/09 | D310 | Continue policy review (.80); research treatment of SIR and deductible claims in bankruptcy case (1.0); follow-up with client, prepetition litigation counsel to address open claims and policies (.20); review and respond to emails from Michelle Levitt regarding conference call (.10); | BF | 2.10 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 18

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/13/09 | D310 | Review of claim and documentation from Russell T. Airey; prepare email correspondence and voicemail to Mr. Airey regarding requirement to file original claim information with court; | DK | 0.20 |
| 02/13/09 | D180 | Assist with gathering materials for use in preparation of adversary proceeding and objection to claim against Thielert AG; | DK | 1.00 |
| 02/13/09 | D180 | Continue working on adversary complaint against TAG; | BMO | 1.80 |
| 02/13/09 | D130 | Conference call with committee counsel regarding letter to DOJ and anti-trust issues; | SAR | 0.50 |
| 02/13/09 | D130 | Telephone conference with Avco anti-trust counsel regarding doj issues and request from Tex AG to obtain DOJ information and follow email to Avco counsel regarding same; | SAR | 0.80 |
| 02/13/09 | D130 | Receive telephone call from Ms. Peritz regarding additional information requested including offers and correspondence from TCM and Avco and request for consent from both for waiver of confidentiality agreement to provide same; | SAR | 1.00 |
| 02/13/09 | D130 | Receive and review file from Mr. Schenk and review all solicitations, presentation materials, CAs, summary of interested parties and correspondence with interested parties during pre-filing sales process; | SAR | 2.50 |
| 02/13/09 | D110 | Continue to locate corrected address to include in master matrix; | AT | 0.30 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 19

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/13/09 | D310 | Work on claims analysis spreadsheet; update POC notebook; | AT | 2.00 |
| 02/15/09 | D140 | Review policy relating to claims by Wilshire clients to address request for stay relief (.50); review email from AICCO's counsel and revisions to order (.10); | BF | 0.60 |
| 02/15/09 | D310 | Gather facts regarding Debtor's financial circumstances and draft of Brief and Response to motions for immediate payment under Section 503(b)(9) | RBT | 2.60 |
| 02/16/09 | D130 | Receive and review objection to motion to sell and factual investigation and analysis regarding same/potential response (1.0); confer with Mr. Roberts regarding sale tactics and strategy (.4); work on issues raised by correspondence from various parties interested in assets and sale process (1.0); | DJB | 2.40 |
| 02/16/09 | D170 | Receive and review application to employ Lain Faulkner filed by Comm and follow up investigation regarding same; | DJB | 0.50 |
| 02/16/09 | D310 | Research treatment of insurance contracts in bankruptcy cases including insurer claims for deductibles as administrative expenses (1.50); work with Steve Roberts regarding insurance related issues (.30); review and respond to email from AICCO's counsel (.10); review litigation/expert report prepare by Mike Bean (.30); telephone conference with Mike Bean's office regarding policies (.20); | BF | 2.40 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 20

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/16/09 | D310 | Work on claims analysis; | DK | 0.70 |
| 02/16/09 | D180 | Revise adversary proceeding against TAG and objection to claim; | SAR | 2.00 |
| 02/16/09 | D130 | Continue work on antitrust issues and responses to DOJ (2.2) ; telephone conferences with Ms. Peritz (.4) and (.4) Avco counsel regarding same; | SAR | 3.00 |
| 02/16/09 | D130 | Receive and review inventory update and confer with Mr. Abercrombie re affect on purchase price (.5); review emails and address timing and other issues with Avco's proposal for conducting physical inventory with Mr. Abercrombie (.4); review Texas A.G.'s request for waiver to allow DOJ to share information and confer with Mr. Wiesberg re Avco's position on same and review proposed waiver letter (.5); review purchase orders and proofs of claims involving executory contracts and confer with Ms. Krupa regarding analysis of potential executory contract and personal injury claims (.6); | SAR | 2.00 |
| 02/16/09 | D110 | Continue to locate corrected address to include in master matrix; | AT | 1.00 |
| 02/16/09 | D310 | Update Proof of Claim notebook; work on claims analysis spreadsheet; | AT | 0.80 |
| 02/16/09 | D310 | Analysis of cases, draft Response to Combustion's Motion, revise Response to Ace's Motion; | RBT | 1.80 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 21

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/17/09 | D140 | Insurance - Review draft of motion for relief from stay to be filed by Virgin Records; research treatment and disposition of deductibles/self insurance retention in bankruptcy proceedings and obligations of insurer (1.40); conference call with counsel and representatives of AIG and Lloyds with Steve Roberts (.50); review hearing docket in connection with motion for relief from stay filed by AICCO and telephone conference with Viola Salcedo regarding schedule hearing (.20); attend preliminary hearing to announce agreement (.80); review objections to sale motion (.30); telephone conference with Cynthia Cole regarding extension to file objection (.10); | BF | 3.50 |
| 02/17/09 | D110 | Work on tooling tracking schedule; confer with Mr. Abercrombie regarding same and regarding monthly operating reports; confer with various creditors regarding status of case and claims deadline; | DK | 0.90 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 22

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/17/09 | D130 | Receive and review objections to sale and exhibits and identify and prepare exhibits and outline witness testimony for hearing (5.3); review Mahle objection and claim to tooling in its possession,review tooling schedule, and review status of other vendors responses to tooling (0.9); confer w Ms. Krupa re same and regardging contacting vendors who have not responded (0.5); confer with Mr. Abercrombie re nature of transactions and documentation regarding ownership of tooling (0.5); confer with counsel for Avco re tooling issues and APA (0.3); telephone call with Mr. Wiesberg re anti-trust issues (0.3); exchange emails with counsel for TCM regarding terms of good faith deposit  and arrange for same (0.3); send selected exhbits to Avco (.4); conference call with Avco counsel re hearing preparations and issues (.5); Receive and review amendment to APA proposed by Avco to address FAA concerns (0.3); | SAR | 8.30 |
| 02/17/09 | D310 | Conference call with Bob Franke and insurers' attorneys and representatives re insurer's issues; | SAR | 0.50 |
| 02/17/09 | D310 | Analysis of reclamation issue, research cases, analysis of interplay between 546(c) and 503(b)(9) and state law claims; | RBT | 2.60 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 23

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/18/09 | D130 | Receive and review multiple objections to sale hearing and factual investigation and analysis regarding potential responses to same (2.5); factual investigation and analysis regarding response of tooling letters and coordinate follow up investigation by Ms. Krupa and Mr. Jones (1.5); multiple correspondence with various tooling manufacturers regarding return of waiver or investigation into claims (.5); attend telephone conference with Avco representative, Mr. Roberts, Mr. Abercrombie regarding status of case, sale hearing and DOJ issues (.7); factual investigation and analysis regarding same (.8); | DJB | 6.10 |
| 02/18/09 | D130 | Review and respond to email from Wil Angelle; review petition (.40); review ASI objection to sale (.30); review case docket (.20); participant in conference call with counsel for proposed purchaser to address sale hearing; DOJ/Texas AG investigation and objection to sale (.70); | BF | 1.50 |
| 02/18/09 | D130 | Follow-up on tooling letters: telephone calls to entities who have not returned signed tooling letters, update tracking spreadsheet; | MJ1 | 2.70 |
| 02/18/09 | D130 | Follow-up on tooling letters; | DK | 4.00 |
| 02/18/09 | D110 | Review monthly operating report submitted by Mr. Abercrombie; | DK | 0.20 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 24

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/18/09 | D130 | Send DOJ waiver letter to Mr. Abercrombie and confer with him re same (.3); review documents provided by Mr. Schenk re sales process (2.0) and confer w Mr Schenk re his testimony and related matters (.9); confer w Ms Peritz re antitrust issues and review and provide additional information (1.0); confer with Ms. Krupa regarding specific issues with particular vendors regarding tooling and updating analysis (0.9); telephone conference with Mr Schuler re status and hearing; revise motion to reclaimed goods and distribute to parties and inquire re objections (1.2); email to TCM and Avco re permission to give confidential information to DOJ (.5); | SAR | 6.80 |
| 02/18/09 | D310 | Update claims analysis spreadsheet; update POC notebook; | AT | 4.00 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 25

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/19/09 | D130 | Work on tooling response letters and multiple correspondence with and multiple telephone conferences with various vendors regarding same (.5); review and analyze Mahle objection and potential response to same (.5); review Zanzi objection and potential response to same (.5); meet with Mr. Roberts and Mr. Stevens regarding bidding procedures process, review competing bids and language needed in in APA (1.6;); telephone conference with Mr. Roberts and Mr. Abercrombie regarding same (1.0); work on Teledyne APA issues (1.5); work on exhibits and other preparation for hearing (3.0); correspondence to Mr. Abercrombie regarding Mahle objection and facts (.3); | DJB | 8.90 |
| 02/19/09 | D140 | Several telephone conferences with Susan Hersch regarding motion for relief from stay and settlement (.30); telephone conference with John Burt, counsel, regarding settlement of Virgin Records litigation (.30); | BF | 0.60 |
| 02/19/09 | D310 | Analyze exposure to Superior for uninsured losses (.60); review five prepetition policies to address claims analysis (1.80); | BF | 2.40 |
| 02/19/09 | D130 | Review Teledyne's proposal (.20); | BF | 0.20 |
| 02/19/09 | D130 | Follow-up on tooling letters: telephone calls to entities who have not returned signed tooling letters, update tracking spreadsheet; | MJ1 | 0.10 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 26

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/19/09 | D110 | Updating and compiling Exhibit List; preparing exhibits to be uploaded to extranet; | MJ1 | 3.00 |
| 02/19/09 | D130 | Follow-up on tooling letters: telephone conference with Karen Sullivan with TRW, fax correspondence from Sepulveda Machine Shop @ TAE, prepare correspondence to Mr. Abercrombie regarding same; update tracking spreadsheet; prepare exhibits for sale hearing (6.1); | DK | 7.00 |
| 02/19/09 | D130 | Prepare for auction and hearing (4.6); receive and review TCM bid (.8); redline, compare and review  Avco and TCM offers and outline areas of concern and amendments needed in light of changed circumstances (2.0); confer with Mr. Brescia and Mr. Stevens re same and his analyzing issues and drafting changes to TCM proposed offer (1.6); | SAR | 9.00 |
| 02/19/09 | D130 | Office conference with Steve Roberts and Duane Brescia regarding asset purchase agreement by and among Superior Air Parts, Inc., Teledyne Technologies Incorporated and TCM Acquisition, LLC (1.6); review and revise asset purchase agreement (1.1); | SS | 2.70 |
| 02/19/09 | D310 | Work on Claims Analysis Spreadsheet; | AT | 2.00 |
| 02/19/09 | D310 | Correspondence with reclaiming parties, review of docket sheet, analysis of claims; | RBT | 1.30 |

STRASBURGER  &  PRICE, L.L.P.
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 27

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/20/09 | D130 | Continue to prepare for hearing on motion to sell and auction, reviewing competing bids, working on language to APA and addressing objections to same (1.4); telephone conference with Ms. Driver regarding Mahle objection (.2); telephone conference with Mr. Hercules regarding Zanzi objection and follow up investigation on same (.5); | DJB | 2.10 |
| 02/20/09 | D130 | Telephone conference with Dinah Morgan, calendar clerk, regarding hearing on sale motion and possibly need for additional time (.20); review hearing docket (.10); email to Dinah Morgan regarding need for additional time and suggesting afternoon of February 25, 2009 (.10); | BF | 0.40 |
| 02/20/09 | D130 | Hearing preparation; updated confirmed and unconfirmed tooling for attachments. | MJ1 | 0.90 |
| 02/20/09 | D310 | Work on claims analysis; | DK | 3.00 |
| 02/20/09 | D130 | Continue negotiations and preparation for auction and hearings; | SAR | 5.20 |
| 02/20/09 | D130 | Office conference with Steve Roberts regarding asset purchase agreement by and among Superior Air Parts, Inc., Teledyne Technologies Incorporated and TCM Acquisition, LLC; review and revise asset purchase agreement in light of various outstanding issues; | SS | 6.20 |
| 02/20/09 | D310 | Work on claims analysis spreadsheet; | AT | 3.00 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 28

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/21/09 | D130 | Review and respond to email from Dee Ruckman regarding hearing; | BF | 0.10 |
| 02/21/09 | D130 | Work on tooling letter tracking; | DK | 1.00 |
| 02/21/09 | D310 | Work on claims analysis; | DK | 1.00 |
| 02/21/09 | D130 | Continue work on claims analysis and prepare for hearings; confer with Mr. Brescia and Ms. Krupa regarding same; | SAR | 2.00 |
| 02/21/09 | D130 | Review and revise Teledyne asset purchase agreement; draft first amended and restated asset purchase agreement; | SS | 5.40 |
| 02/22/09 | D140 | Review motion for relief from stay filed by Virgin Records and notice of hearing (.20); review motion for relief from stay filed by plaintiff and notice of hearing (.20); review policies issued from 1998-2000, 2004, 2005 and 2006 to address estate exposures for deductibles and motions for relief from stay; review research relating to deductibles and defense obligations(.80); | BF | 2.00 |
| 02/23/09 | D195 | Travel to Coppell, Texas to meeting with client and prepare for hearing on motion to sell; | DJB | 2.50 |
| 02/23/09 | D130 | Meet with Mr. Abercrombie, Mr. Roberts, Dr. Ahrendt and Mr. Schenk to sale issues, prepare for hearing and tactics and strategy; | DJB | 9.00 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 29

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/23/09 | D130 | Telephone conference with Ann Taylor, counsel for Lloyds Syndicate, regarding disposition of polices and claim (.30); review cooperation language and address with Steve Robert about inclusions in APA's (.30); | BF | 0.60 |
| 02/23/09 | D140 | Review polices to address claims against estate and analyze response to motion for relief from stay (.80); | BF | 0.80 |
| 02/23/09 | D130 | Follow-up on tooling letters: faxed letters to unresponsive entities, update tracking spreadsheet; | MJ1 | 2.60 |
| 02/23/09 | D130 | Follow up on tooling letters, prepare and transmit correspondence to vendors who failed to return tooling letters; | DK | 3.60 |
| 02/23/09 | D130 | Additional preparations for hearing on motion to sell, including preparation of affidavit of Donna Krupa, updating claims analysis and exhibits; | DK | 3.50 |
| 02/23/09 | D195 | Travel to Dallas for auction and hearing; | SAR | 2.50 |
| 02/23/09 | D130 | Attend meetings with officers, board members and consultants regarding negotiations with bidders and preparation for hearing on auction and sale; | SAR | 8.00 |
| 02/23/09 | D130 | Review and continue compiling exhibits and trial notebook and prepare for trip to Dallas; | SAR | 2.00 |
| 02/23/09 | D130 | Receive and review and distribute letter from Texas AG regarding opening formal investigation; | SAR | 0.50 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 30

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/23/09 | D130 | Review and revise Teledyne asset purchase agreement; review and revise Textron asset purchase agreement; telephone conferences with Steve Roberts regarding same; | SS | 4.00 |
| 02/23/09 | D310 | Update POC notebook; | AT | 0.50 |
| 02/24/09 | D130 | Prepare for and attend auction and hearing on motion to sell, meet with various qualified bidders regarding language, resolution of tooling, tagging and anti-trust issues and work on same; | DJB | 13.50 |
| 02/24/09 | D130 | Review correspondence from Texas Attorney regarding investigation; research horizontal anit- trust provisions (.80); assist in identifying correspondence for DOJ and Texas AG in correction with provisions for APA; conference with Spencer Stevens (.30); review and respond to email from Ann Taylor, Aviation Insurers, regarding cooperation agreement (.20); review Aviation Insurer's response to sale (.20); conference with Duane Brescia regarding status (.20); work with Steve Roberts regarding handling insurance issues (.20); | BF | 1.90 |
| 02/24/09 | D130 | Follow-up on tooling letters, update tracking spreadsheet; | MJ1 | 0.90 |
| 02/24/09 | D130 | Follow-up on tooling letter responses, update spreadsheets, and communications to Mr. Roberts and attorneys for interested purchasers re same; | DK | 1.50 |

STRASBURGER & PRICE, L.L.P.
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 31

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/24/09 | D130 | Assist Messrs. Roberts, Brescia, and Stevens with various matters during auction and preparing for sale hearing; | DK | 0.70 |
| 02/24/09 | D130 | Attend auction and negotiate modification of terms with Teledyne and work on obtaining and analyzing information requested by Teledyne and continue negotiations with Teledyne and Avco; | SAR | 12.40 |
| 02/24/09 | D130 | Attend hearing at courthouse (continued at Debtor's request) and confer with various parties attending hearing; | SAR | 1.00 |
| 02/24/09 | D130 | Attend negotiation sessions with Teledyne, Textron and creditor's committee; revise asset purchase agreements in light of same; attend bankruptcy hearing regarding sale proceedings; | SS | 13.80 |
| 02/25/09 | D130 | Prepare for and attend auction of assets, multiple telephone conferences with and multiple correspondence with various qualified bidders and client regarding language, resolution of tooling, tagging and anti-trust issues and work on same (2.7);; prepare for hearing on same (2.5); | DJB | 5.20 |
| 02/25/09 | D195 | Return travel from Dallas after attending motion to sell and auction; | DJB | 2.50 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 32

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/25/09 | D130 | Review Aviation Underwriters revisions to cooperation agreement and email from counsel (.20); telephone conference with Shari Heyen regarding incorporation of cooperation agreement - APA (.10); email to counsel for bidders in auction regarding revised cooperation agreement (.20); telephone conference with Shari Heyen, counsel for AIG, regarding adequate protection motion (.30); review motion (.20); review and respond to email from Aviation counsel regarding Superior's position (.40); work with Steve Roberts regarding Superior's position (.20); | BF | 1.60 |
| 02/25/09 | D130 | Follow-up on tooling letters: update tracking spreadsheet; update confirmed and unconfirmed spreadsheets; | MJ1 | 1.30 |
| 02/25/09 | D130 | Assist with tooling issues, preparations for continuation of auction and sale hearing; teledyne apa and schedules; | DK | 7.00 |
| 02/25/09 | D130 | Attend meetings with board members and consultants regarding negotiations for continued auction; | SAR | 2.40 |
| 02/25/09 | D130 | Continue negotiations with bidders; | SAR | 7.30 |
| 02/25/09 | D130 | Review and revise Teledyne's changes to asset purchase agreement; review and revise schedules to asset purchase agreement; telephone conferences with Steve Roberts regarding same; | SS | 4.70 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 33

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/25/09 | D130 | Review email from Teledyne counsel; review revised asset purchase agreement; telephone conferences with Steve Roberts regarding same; revise asset purchase agreement in light of same; | SS | 3.00 |
| 02/25/09 | D310 | Draft of response to Mahle's 503(b)(9) motion, preparation of order in Ace and Combustion motionis; | RBT | 1.90 |
| 02/26/09 | D195 | Travel to/from Dallas to attend continued hearing on motion to sell and auction; | DJB | 5.50 |
| 02/26/09 | D130 | Prepare for and attend continued auction and hearing on motion to sell, receive and review objections and prepare for same, meet with client and various qualified bidders regarding negotiation of APA terms; meet with client, Dr. Ahrendt and Mr. Schenk regarding same; | DJB | 8.40 |
| 02/26/09 | D130 | Telephone conference with Tom McFaden regarding auction sale/hearing (.10); review email relating to auction and hearing (.10); | BF | 0.20 |
| 02/26/09 | D130 | Updated tooling tracking schedules. | MJ1 | 0.20 |
| 02/26/09 | D130 | Additional administrative matters related to auction and hearing; | DK | 1.50 |
| 02/26/09 | D130 | Prepare for and recommence and conclude auction; meet with officers, directors and committee regarding evaluation of high bid and agree to reject bid; | SAR | 3.60 |

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 34

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/26/09 | D130 | Meet with client representations regarding exploring alternatives and options; | SAR | 1.30 |
| 02/26/09 | D130 | Prepare and send announcement to parties in interest regarding debtor's decision not to accept offer and respond to inquiries regarding same; | SAR | 1.20 |
| 02/26/09 | D130 | Attend reconvened hearing on auction and sale and confer with parties in attendance regarding debtor's plans and options; | SAR | 1.00 |
| 02/26/09 | D130 | Confer with firm attorneys regarding tactics and strategy; | SAR | 1.00 |
| 02/26/09 | D130 | Return to Austin; | SAR | 2.00 |
| 02/26/09 | D130 | Participate in meetings with Steve Roberts, Duane Brescia, Kent Abercrombie, Dr. Achim and bidders from Teledyne and Textron regarding sale of certain assets of Superior Air Parts, Inc.; | SS | 6.40 |
| 02/26/09 | D310 | Update claims analysis notebook; | AT | 0.30 |
| 02/27/09 | D130 | Multiple correspondence with Committee and various parties regarding alternatives to sale hearing, effects of rejecting bids and cash flow issues per concerns of Judge Houser and work on same; | DJB | 1.50 |
| 02/27/09 | D310 | Review proofs of claim filed to date and update claims analysis; | DK | 2.50 |
| 02/27/09 | D110 | Attend to file management , tactics and strategy; | SAR | 2.00 |
| 02/27/09 | D140 | Research on bankruptcy considerations with respect to insurance deductibles. | AS3 | 0.30 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 35

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 02/27/09 | D310 | Conference with Steve Roberts, analysis of appropriate order language in Ace and Combustion administrative claim requests, finalize Mahle administrative claim response; | RBT | 1.40 |

TOTAL HOURS:                     443.3

TOTAL FOR SERVICES        $  170,483.00

### TASK-BASED SUMMARY

| | | | HOURS | VALUE |
|------|---|---|-------|-------|
| D110 | CASE ADMINISTRATION | | 35.80 | 5,809.50 |
| D130 | ASSET DISPOSITION | | 282.30 | 117,763.50 |
| D140 | RELIEF FRM STAY PROCEEDINGS | | 13.30 | 6,289.50 |
| D150 | MEETINGS OF & COMMUNICATION W/CREDITORS | | 8.60 | 4,167.00 |
| D170 | FEE EMPL OBJECTIONS | | 0.50 | 217.50 |
| D180 | AVOIDANCE ACTION ANALYSIS | | 11.20 | 4,634.00 |
| D185 | ASSUMPTION/REJECTIONS OF LEASE/CONTRACT | | 3.00 | 1,329.00 |
| D190 | OTHER CONTESTED MATTERS | | 0.80 | 348.00 |
| D195 | NON-WORKING TRAVEL | | 13.00 | 5,805.00 |
| D210 | BUSINESS OPERATIONS | | 4.90 | 2,303.50 |
| D310 | CLAIMS ADM & OBJECTIONS | | 61.00 | 17,889.50 |
| D320 | STRATEGY PLANNING, DISCLOSURE STMT, PLAN | | 8.90 | 3,927.00 |
| | | | 443.30 | 170,483.00 |

**STRASBURGER  &  PRICE, L.L.P.**

**ATTORNEYS AND COUNSELORS**

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 36

## NAME RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| BMO | Bob M. OBoyle | 445.00 | 6.20 | 2,759.00 |
| SAR | Stephen A. Roberts | 495.00 | 153.80 | 76,131.00 |
| EFV | Edward F. Valdespino | 400.00 | 0.40 | 160.00 |
| DWB | Debra W. Biehle | 400.00 | 0.30 | 120.00 |
| DJB | Duane J. Brescia | 435.00 | 83.60 | 36,366.00 |
| BF | Bob Franke | 475.00 | 29.90 | 14,202.50 |
| RBT | Robert B. Tyler | 430.00 | 19.10 | 8,213.00 |
| SS | Spencer Stevens | 375.00 | 46.20 | 17,325.00 |
| WAH | William A. Harrison | 400.00 | 0.40 | 160.00 |
| AS3 | Alison Semrau | 275.00 | 0.30 | 82.50 |
| DK | Donna Krupa | 195.00 | 53.30 | 10,393.50 |
| AT | Angelyn Tomes | 100.00 | 38.10 | 3,810.00 |
| MJ1 | Marshall Jones | 65.00 | 11.70 | 760.50 |
| | TOTAL | | 443.30 | $170,483.00 |

## ITEMIZED DISBURSEMENT BILL

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/08/09 | OUT-OF-TOWN TRAVEL - Southwest  - ROBERTS,S. 1/8/09 DALLAS  8768398932 | 365.70 |
| 01/13/09 | OUT-OF-TOWN TRAVEL - Southwest - ROBERTS,S. 1/13/09  DALLAS 8518852781 | 321.70 |
| 01/13/09 | ONLINE RESEARCH -  CHOICEPOINT PUBLIC RECORDS, INC. | 10.00 |
| 01/13/09 | ONLINE RESEARCH -  SECRETARY OF STATE, TEXAS | 2.00 |
| 01/21/09 | COURIER / DELIVERY SERVICE - FED EX | 11.93 |
| 01/26/09 | OUTSIDE PRINTING -  RAINMAKER DOCUMENT TECHNOLOGIES | 19,208.48 |
| 01/27/09 | COURIER / DELIVERY SERVICE - LONE STAR OVERNIGHT | 18.64 |
| 01/29/09 | OUT-OF-TOWN TRAVEL - Southwest - ROBERTS,S. 1/29/09 DALLAS 8520549142 | 336.70 |
| 02/02/09 | COURIER / DELIVERY SERVICE - FED EX | 10.71 |
| 02/02/09 | OUTSIDE PRINTING -  RAINMAKER DOCUMENT TECHNOLOGIES | 129.90 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 37

| | | |
|---|---|---:|
| 02/02/09 | COURIER / DELIVERY SERVICE - FED EX | 10.71 |
| 02/09/09 | COURIER / DELIVERY SERVICE - FED EX | 10.71 |
| 02/10/09 | COURIER / DELIVERY SERVICE - LONE STAR OVERNIGHT | 35.00 |
| 02/11/09 | ONLINE RESEARCH - WESTLAW - INCLUDED USER DEFINED 1: 3461030 USER DEFINED 2: 1000542879 | 5.54 |
| 02/11/09 | COURIER / DELIVERY SERVICE - FED EX | 10.71 |
| 02/12/09 | ONLINE RESEARCH - WESTLAW - INCLUDED USER DEFINED 1: 3461030 USER DEFINED 2: 1000542879 | 24.95 |
| 02/13/09 | ONLINE RESEARCH - WESTLAW - INCLUDED USER DEFINED 1: 4418878 USER DEFINED 2: 1000542879 | 75.33 |
| 02/13/09 | ONLINE RESEARCH - WESTLAW - EXCLUDED USER DEFINED 1: 4418878 USER DEFINED 2: 1000542879 | 101.27 |
| 02/13/09 | ONLINE RESEARCH - WESTLAW - EXCLUDED USER DEFINED 1: 4418878 USER DEFINED 2: 1000542879 | 148.71 |
| 02/13/09 | ONLINE RESEARCH - WESTLAW - EXCLUDED USER DEFINED 1: 4418878 USER DEFINED 2: 1000542879 | 13.33 |
| 02/17/09 | ONLINE RESEARCH - WESTLAW - INCLUDED USER DEFINED 1: 3461030 USER DEFINED 2: 1000542879 | 16.63 |
| 02/17/09 | ONLINE RESEARCH - WESTLAW - EXCLUDED USER DEFINED 1: 3461030 USER DEFINED 2: 1000542879 | 208.94 |
| 02/19/09 | FILING & RECORDING FEES - SECRETARY OF STATE | 4.00 |
| 02/19/09 | FILING & RECORDING FEES - SECRETARY OF STATE | 1.00 |
| 02/23/09 | OUT-OF-TOWN TRAVEL - Southwest - ROBERTS,S. 2/23/09 DALLAS  8522856147 | 306.70 |
| 02/23/09 | OUT-OF-TOWN TRAVEL -  AMERICAN AIRLINES, INC. - SCHENK,DANIEL 2/23/09  NOBLE HOUSE HOTELS 8908135540792 | 19.00 |
| 02/23/09 | OUT-OF-TOWN TRAVEL - Southwest - BRESCIA,D. 2/23/09  DALLAS 8522856523 | 306.70 |
| 02/24/09 | MEALS -  ALONTI DELI | 237.18 |
| 02/25/09 | OUT-OF-TOWN TRAVEL - Southwest - ROBERTS, S. 2/25/09  AUSTIN 8523328502 | 15.00 |
| 02/26/09 | OUT-OF-TOWN TRAVEL - Southwest - BRESCIA,D. 2/26/09 DALLAS  852332917 | 350.70 |
| 02/26/09 | OUT-OF-TOWN TRAVEL - Southwest - ROBERTS,S. 2/26/09  AUSTIN 8908135598856 | 29.00 |
| 02/26/09 | OUT-OF-TOWN TRAVEL - Southwest - ROBERTS,S. 2/26/09 AUSTIN  8908135585143 | 29.00 |
| 02/26/09 | PARKING EXPENSES -  STANDARD PARKING - VALIDATION | 9.00 |
| 02/28/09 | COPY/LASER PRINT/SCAN | 4,712.60 |
| 02/28/09 | ONLINE RESEARCH - LEXIS - 01/29/09-02/25/09 | 571.00 |
| 02/28/09 | TELEPHONE | 134.42 |
| 02/28/09 | FACSIMILE | 117.40 |

| | |
|---|---:|
| TOTAL DISBURSEMENTS | $27,920.29 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

March 23, 2009
C/M: 20354.0102
INVOICE NO. 522517
JER
PAGE 38

### CURRENT AMOUNT DUE SUMMARY SECTION

| | | |
|---|---|---|
| CURRENT FEES | $ | 170,483.00 |
| CURRENT DISBURSEMENTS | $ | 27,920.29 |
| CURRENT TOTAL DUE | $ | 198,403.29 |

### PREVIOUS INVOICES OUTSTANDING

| | | | |
|---|---|---|---|
| INVOICE NO. 517284 | January 16, 2009 | | 12,329.66 |
| INVOICE NO. 518806 | February 9, 2009 | | 127,614.44 |
| | TOTAL | $ | 139,944.10 |

**TOTAL BALANCE DUE**                    **$    338,347.39**

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS