**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**P.O. BOX 849037**
**DALLAS, TEXAS 75284-9037**

Phone: 214/651-4300                                                                TIN: 75-0838805

Superior Air Parts, Inc.                           April 27, 2009
Attn: Kent Abercrombie, President/CEO              C/M: 20354.0102
621 S. Royal Lane, Suite 100                       INVOICE NO. 525231
Coppell, TX 75019-3805                             JER
                                                   PAGE 1

FOR PROPER CREDIT, PLEASE RETURN THIS STUB WITH YOUR REMITTANCE TO THE ADDRESS NOTED ABOVE.
DO NOT SEND GENERAL CORRESPONDENCE TO THE ABOVE ADDRESS.

RE:     Chapter 11 Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THRU 03/31/09       $   64,546.50
DISBURSEMENTS THRU 03/31/09                            $    4,790.24
TOTAL AMOUNT DUE                                       $   69,336.74

**ITEMIZED SERVICES BILL**

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/02/09 | D320 | Meet with Mr. Roberts to determine tactics and strategy for operations and plan, review financial documents and inventory lists and work on same; | DJB | 2.00 |
| 03/02/09 | D140 | Review Aviation Insurer's withdrawal of adequate protection motion (.10); review and analyze motions for relief from stay filed by Virgin Records and the Innis/plaintiffs and begin work on responses to motion (1.0); | BF | 1.10 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 2

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/02/09 | D130 | Receive additional tooling response letters and update/confirm tracking schedule; review reclamation claim spreadsheet against demand letters; | DK | 0.20 |
| 03/02/09 | D310 | Update claims analysis; | DK | 0.10 |
| 03/02/09 | D130 | Receive telephone call from Ms. Peritz, DOJ regarding circumstances and request for status; | SAR | 0.50 |
| 03/02/09 | D320 | Meet with Mr. Brescia re analyzing operations and financials to evaluate stand alone plan as alternative. | SAR | 0.80 |
| 03/02/09 | D320 | Confer with Ms. Krupa re updated tooling report and reworking analysis and categorization to amend schedules and determine integrity of supply chain; | SAR | 0.50 |
| 03/02/09 | D310 | Review and approve response to administrative claims; | SAR | 0.30 |
| 03/02/09 | D130 | Receive inquiries re results of auction; | SAR | 0.30 |
| 03/02/09 | D130 | Confer with TCM and Lycoming attorneys regarding return of deposits; | SAR | 0.30 |
| 03/03/09 | D140 | Research "for cause element" under Section 362 in instances with pending litigation and insurance coverage (.80); draft response to Virgin Records motion for relief from stay (.50); draft response to Bailey/Innes motion for relief from stay (.80); email to Mike Maloney regarding underlying polices (.20); review underlying polices (.80); | BF | 3.10 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 3

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/03/09 | D310 | Update claims analysis with amended claim 94 and claims 147 – 163; | DK | 2.00 |
| 03/03/09 | D180 | Revise motion for summary judgment, proposed order, and supporting appendix of evidence. | BMO | 1.80 |
| 03/03/09 | D310 | Review updated information and confer with Mr Franke re insurance policy issues relating to lift stay motions and policy coverages and potential exposure; | SAR | 0.30 |
| 03/03/09 | D320 | Review client information to analyze selling company in parcels; | SAR | 0.50 |
| 03/04/09 | D130 | Review orders and APA to determine requirements for return of earnest money deposits for Teledyne and Textron, prepare notices of withdrawal on same, and confer with Mr. Roberts regarding same; | DJB | 0.60 |
| 03/04/09 | D140 | Work on responses to Virgin Records motion for relief (.50); work on response to Bailey/Innes motion for relief (.1.30); telephone conference with Michael Bean regarding insurance issues (.30); telephone conference with Michelle Schriro, counsel for Bailey/Cherry regarding motion for relief from stay (.20); | BF | 2.30 |
| 03/04/09 | D110 | Review invoice from AOPA Pilot for legal notice regarding bid procedures, auction and claims deadline and forward to Mr. Abercrombie for payment; | DK | 0.10 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 4

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/04/09 | D210 | Edit letter for Mr. Abercrombie to send out regarding auction and continued operations and confer with Mr. Abercrombie re employee issues; | SAR | 0.60 |
| 03/05/09 | D130 | Telephone conference with Mr. Roberts, various attorneys for Aviation parts Supply regarding interest in assets and tactics, and factual investigation and analysis regarding business operations and cash flows regarding ability to operation under potential scenario regarding APS; confer with Mr. Roberts regarding tactics and strategy; | DJB | 1.50 |
| 03/05/09 | D130 | Work on certificate of conference to motion to return reclaimed goods; | DK | 1.30 |
| 03/05/09 | D130 | Telephone conference with counsel for APS re their putting proposal together and considerations affecting same; | SAR | 0.50 |
| 03/05/09 | D130 | Confer with Mr. Brescia re preparing orders re auction and sale and re debtor's authority to refund deposits without further court approval and effecting same; | SAR | 0.30 |
| 03/05/09 | D150 | Review committee's proposed fee procedures motion and exchange emails with committee counsel re conference call and agenda; | SAR | 0.40 |
| 03/05/09 | D320 | Outline alternative sell scenarios and parcels and locate financial information to support same; | SAR | 1.20 |
| 03/05/09 | D110 | Update POC Notebooks; | AT | 0.50 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 5

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/06/09 | D150 | Telephone conference with Mr. Roberts, Mr. Schuler and Mr. Parham regarding status of operations, interested buyers of various assets and plan (1.0); work on tactics and strategy for same (.5); | DJB | 1.50 |
| 03/06/09 | D110 | Prepare and file notice of hearing on motion to return reclaimed goods; telephone conferences with numerous creditors seeking general case information; | DK | 1.50 |
| 03/06/09 | D320 | Receive telephone call from interested purchaser and exchange information (.7); work on letter to interested purchasers summarizing situation and providing information (2.2); conference call with principals of potential purchaser regarding due diligence, bk issues, and anti-trust issues (.7); analyze post-confirmation insurance issues (.6); | SAR | 4.20 |
| 03/09/09 | D140 | Review Affidavit of Bradley Stall in support of Bailey/Innes and Cherry Desch motion for relief from stay (.30); | BF | 0.30 |
| 03/09/09 | D310 | Review notice of withdrawal of claim of Roger Stallkamp and update claims analysis; | DK | 0.10 |
| 03/09/09 | D320 | Continue working on letter to potential buyers and gather data and informatin for same; | SAR | 1.00 |
| 03/09/09 | D210 | Confer with Mr Abercrombie regarding FAA issues; | SAR | 0.30 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 6

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/09/09 | D310 | Review proposed agreed orders with 503(b)(9) claimants and advise Mr. Tyler regarding negotiating different terms and email creditors' counsel re same; | SAR | 0.60 |
| 03/09/09 | D110 | Review weekly reports from client; | SAR | 0.30 |
| 03/09/09 | D310 | Correspondence with opposing counsel on form of order, revisions to order, analysis of Response to Mahle's Administrative Expense Claim and revisions to same; | RBT | 2.70 |
| 03/10/09 | D320 | Factual investigation and analysis and confer with Mr. Roberts regarding tactics and strategy for plan and operating divisions for possible sale; | DJB | 1.00 |
| 03/10/09 | D320 | Confer with Mr. Brescia re potential sales strategy; | SAR | 0.50 |
| 03/10/09 | D310 | Revisions to agreed order and correspondence re same with opposing counsel; | RBT | 0.40 |
| 03/11/09 | D160 | Multiple correspondence with and telephone conference with Mr. Parham regarding motion for interim compensation and finalize same for filing (.4); correspondence Mr. Roberts regarding same (.1); | DJB | 0.50 |
| 03/11/09 | D140 | Telephone conference with Michelle Schriro, counsel for Bailey/Innes & Cherry/Desh, regarding motion for relief from stay (.20); review research relating to insured's obligation and duties under policies with SIR/deductibles (.60); | BF | 0.80 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 7

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/11/09 | D320 | Advise Mr. Schenk re NOLS and their treatment in Chapter 11 and re other issues related to sales; | SAR | 0.40 |
| 03/11/09 | D150 | Telephone conference with Mr. Parham regarding committee's concerns regarding sales efforts; | SAR | 0.10 |
| 03/12/09 | D140 | Review insurance policy in place at time of Virgin Records claim (.40); telephone conference with Susan Hersh regarding motion for relief from stay (.20); review insurance policy in place at time of Bailey/Innes claim (.40); review policy for Cherry/Desh claim (.40); review research relating to treatment of policy deductibles/SIRS in bankruptcy (.50); | BF | 1.90 |
| 03/12/09 | D110 | Filing and service of motion for order implementing procedures for monthly and interim compensation for professionals; telephone conference with creditors regarding status of case; review and distribute claims analysis; | DK | 0.70 |
| 03/12/09 | D120 | Telephone conference with FAA and Justice Dept attys regarding potential issue with preservative used by Superior vendor on parts; | SAR | 0.70 |
| 03/12/09 | D120 | Telephone conference with Mr. Abercrombie regarding FAA issue and regarding sales strategy and review supporting documents regarding same; | SAR | 1.10 |
| 03/12/09 | D120 | Work on documents to advance sales process; | SAR | 1.30 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 8

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/12/09 | D110 | Confer with Ms. Krupa regarding updated claims analysis and filing fee procedures motion; | SAR | 0.20 |
| 03/12/09 | D130 | Follow up on wire transferring deposit to Textron; | SAR | 0.20 |
| 03/12/09 | D320 | Review updated claims analysis requested by APS counsel; | SAR | 0.30 |
| 03/12/09 | D130 | Review message from Shawn Wright of Platinum Equity regarding possible purchase of assets; call his office; | JER | 0.20 |
| 03/13/09 | D120 | Meet with Mr. Roberts and Ms. Krupa regarding status of tooling analysis and work on tactics and strategy for same (.4); review tooling spreadsheets and work on updated investigation procedures (.9); correspondence Mr. Abercrombie regarding same (.1); | DJB | 1.40 |
| 03/13/09 | D320 | Meet with Mr. Roberts regarding plan tactics and strategy and work on analysis of operating divisions for possible plan/sale of various parts of business; | DJB | 1.40 |
| 03/13/09 | D140 | Work with Stephen Roberts regarding pending motions for relief from stay, insurer's position, plaintiff's position and disposition of motion (.30); continue to review policies (.50); review Virgin Records proposed form of order (.20); work with Allision Semrau regarding research relating to treatment of insurance deductibles and SIR's (.30); | BF | 1.30 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 9

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/13/09 | D120 | Attend meeting with Messrs. Roberts and Brescia regarding amending schedules and tooling issues; | DK | 1.00 |
| 03/13/09 | D310 | Update claims analysis; | DK | 1.00 |
| 03/13/09 | D130 | Receive telephone call from interested purchaser; | SAR | 0.30 |
| 03/13/09 | D120 | Meet with Ms. Krupa and Mr. Brescia to review and analyze tooling belonging to debtor, disputed tooling, basis of dispute and continuing with analysis of same; | SAR | 1.00 |
| 03/13/09 | D310 | Telephone conference with Mr Salomon re adversary proceeding and debtor's plans for moving forward in case; | SAR | 0.50 |
| 03/13/09 | D320 | Telephone conference with Mr. Abercrombie re various engine lines, cylinder lines, piece parts PMAs, and financial information and marketability of various segments and draft memo re same; | SAR | 2.40 |
| 03/15/09 | D140 | Review forms of orders for Bailey/Innes and Cherry Desh motion for relief from stay (.30); | BF | 0.30 |
| 03/16/09 | D120 | Work on tooling issues and review draft amended schedules regarding same (.8); multiple correspondence with and multiple telephone conferences with various parties regarding tooling responses, include that of Manitowac (.9); | DJB | 1.70 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 10

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/16/09 | D140 | Telephone conference with Tim McFadden regarding carrier's position (.30); telephone conference with Michelle Shriro regarding debtor's position on motion for relief from stay (.20); review form of order and email to Michelle Shriro regarding form of order (.40); telephone conference with Dave Parham regarding disposition of motions for relief from stay (.20); email to Dave Parham regarding orders (.20); telephone conference with Susan Hersh regarding form of order and settlement (.20); review form of proposed settlement agreement (.30); | BF | 1.80 |
| 03/16/09 | D120 | Update tooling analysis; contact suppliers who have been non responsive; | DK | 5.30 |
| 03/16/09 | D130 | Telephone conference with APS attorneys regarding potential sales process and issues; | SAR | 1.20 |
| 03/16/09 | D130 | Conference call with prospective purchaser of parts business; | SAR | 1.10 |
| 03/16/09 | D130 | Two telephone conference with Mr. Abercrombie regarding operations, issues in severing business lines, potential purchasers, handling requests for information, alternatives for structuring sales; | SAR | 1.50 |
| 03/16/09 | D130 | Confer with Mr. Brescia regarding status and formulating going forward strategy; | SAR | 0.70 |
| 03/16/09 | D140 | Confer with Mr. Franke regarding issues regarding pending motions for relief from stay; | SAR | 0.30 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 11

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/16/09 | D150 | Receive and review requests for information from committee and debtor's response and exchange emails with committee counsel regarding same, regarding minding professional expenses, and responding to other inquiries; | SAR | 0.60 |
| 03/16/09 | D130 | Exchange emails with Mr. Schenk regarding strategy with parties interested in purchasing assets or stock; | SAR | 0.30 |
| 03/16/09 | D130 | Telephone conference with new interested purchaser; | SAR | 0.70 |
| 03/16/09 | D130 | Conferences with Steve Roberts and Shawn Wright of Platinum Equity re possible acquisition by Platinum of assets; | JER | 0.20 |
| 03/17/09 | D310 | Telephone conference with and multiple correspondence with Ms. Driver, attorney for Mahle, regarding 503(b)(9) issue (.5) factual investigation and analysis regarding same and correspondence to Mr. Abercrombie regarding same (.4); confer with Mr. Roberts regarding tactics and strategy (.1); | DJB | 1.00 |
| 03/17/09 | D110 | Receive and review draft Monthly Operating Reports regarding Mr. Abercrombie and factual investigation and analysis regarding same (.8); correspondence Mr. Abercrombie regarding changes to be made and explanation of some dollar entries (.2); | DJB | 1.00 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/17/09 | D140 | Prepare for hearings (.60); telephone conference with Susan Hersh regarding order and hearing (.20); attend hearings on motions for relief filed by Virgin Records and Bailey/Innes and Cherry/Desch and conference with counsel after hearings (1.0); review Virgin Records settlement to address need to obtain court approval (.30); second telephone conference with Susan Hersh regarding approval of settlement (.10); review revised form of order for Bailey/Innes/Cherry/Desch; email to Michelle Shriro (.20); | BF | 2.40 |
| 03/17/09 | D310 | Review recent and amended claims filed and update claims analysis; | DK | 0.50 |
| 03/17/09 | D130 | Exchange emails and telephone calls with potential purchaser and Mr. Schenk | SAR | 0.30 |
| 03/17/09 | D320 | Conference call with principals of interested purchaser; | SAR | 0.50 |
| 03/17/09 | D310 | Review reclamation and 503(b)(9) analysis and consider settlement position; | SAR | 0.50 |
| 03/17/09 | D140 | Confer w Mr. Franke re lift stay hearings and negotiations with insurers; | SAR | 0.30 |
| 03/17/09 | D160 | Work on interim fee statements; | SAR | 3.00 |
| 03/17/09 | D130 | Work on summary of assets and key financial information for purchasers; | SAR | 1.40 |
| 03/18/09 | D120 | Continue to work on tooling investigation and response of various vendors (.6); work with Ms. Krupa to finalize schedules regarding same (.5); confer with Mr. Roberts regarding tactics and strategy (.2); | DJB | 1.30 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 13

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/18/09 | D310 | Continue factual investigation and analysis regarding potential objections to and response from Mahle regarding administrative claims and operations, factual investigation and analysis regarding same (6); correspondence Mr. Abercrombie regarding same (.2); multiple correspondence with Ms. Driver regarding same and motion to extend time to respond to motion to return goods pursuant to reclamation demand (.3); | DJB | 1.10 |
| 03/18/09 | D240 | Discusion with Stephen Roberts regarding tax issues involving NOLs; research same; draft reponsive email summarizing research; | FPK | 1.20 |
| 03/18/09 | D110 | Conference with Messrs. Brescia and Abercrombie and attend to issues with operating report; | DK | 0.40 |
| 03/18/09 | D180 | Analyze Thielert AG's answer to Complaint to Avoid Lien; conference with Mr. Roberts regarding same and preparation of motion for summary judgment. | BMO | 0.50 |
| 03/18/09 | D240 | Confer with Mr Abercrombie re status, tax considerations, and conference with committee; | SAR | 0.90 |
| 03/18/09 | D150 | Participate in committee conference call; | SAR | 0.40 |
| 03/18/09 | D180 | Confer with Mr. O'Boyle re committee's concerns re issue preclusion and considering same; | SAR | 0.30 |
| 03/18/09 | D240 | Telephone call with Mr. Katz re preservation of NOLs and review his assessment of same; | SAR | 0.50 |

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 14

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/19/09 | D120 | Meet with Ms. Krupa to review status of tooling investigation and work on analysis (1.); confer with Mr. Roberts regarding same (.5); multiple correspondence with Mr. Abercrombie regarding same (.3); | DJB | 1.80 |
| 03/19/09 | D310 | Correspondence Ms. Driver regarding motion to extend, receive and review draft of same and forward approval; | DJB | 0.20 |
| 03/19/09 | D240 | Discuss analysis of tax issues with Steve Roberts; | FPK | 0.20 |
| 03/19/09 | D120 | Work on tooling schedules; | DK | 2.00 |
| 03/19/09 | D130 | Continue gathering information and assessing split of assets to promote sale and draft proposed letter to interested purchasers and send to Mr. Abercrombie (3.8); Conference call to Mr Abercrombie to review and amend same (0.5); finalize letter (0.5); | SAR | 6.60 |
| 03/19/09 | D210 | Review insurance policy provisions; prepare case summaries. | AS3 | 0.80 |
| 03/20/09 | D120 | Continue factual investigation and analysis regarding tolling issues and multiple correspondence with and multiple telephone conferences with various parties regarding same (.8); | DJB | 0.80 |
| 03/20/09 | D110 | Work on amendments to schedules regarding various assets and claim, confer with Ms. Krupa regarding same (.6); work on Monthly Operating Reports issues and edits (6); | DJB | 1.20 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 15

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/20/09 | D320 | Work on formulation of plan to provide alternative disposition of assets or stock and work on classification and estimation of claims and review developments in case law re same; | SAR | 5.80 |
| 03/23/09 | D120 | Continue to work on tooling analysis (2.0); meet with Ms. Krupa regarding same (.5); | DJB | 2.50 |
| 03/23/09 | D310 | Continue to review status of Mahle reclamation claim issues and work on possible negotiation points (1.5); | DJB | 1.50 |
| 03/23/09 | D110 | Organization of all correspondence and supporting documents related to tooling issues to create tooling correspondence notebook (1.3); create client extranet (1.0); | DK | 2.30 |
| 03/23/09 | D120 | Update tooling schedules; confer with Messrs. Brescia and Schuler regarding same; | DK | 2.00 |
| 03/23/09 | D310 | Review updated information on Mahle issues and confer with Mr. Brescia re settlement approach | SAR | 0.40 |
| 03/23/09 | D210 | Review and circulate weekly reports; | SAR | 0.20 |
| 03/23/09 | D120 | Confer with Ms Krupa re tooling claimed by vendors and issues with KS Pistoes; | SAR | 0.40 |
| 03/23/09 | D150 | Receive telephone call from Mr. Ostrow re TAG and send him requested information; | SAR | 0.30 |

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 16

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/23/09 | D320 | Receive and review pro forma for standalone piece parts business and confer with Mr. Abercrombie re refining same (1.2); analyze tax and potential post-confirmation liability issues  (2.2); | SAR | 3.40 |
| 03/23/09 | D210 | Prepare memo regarding case law discussing treatment of self-insured retentions and deductibles in bankruptcy. | AS3 | 2.50 |
| 03/24/09 | D120 | Work on tooling analysis and multiple correspondence with and multiple telephone conferences with various parties regarding supporting initial responses to confirm ownership and existence of tooling; | DJB | 1.40 |
| 03/24/09 | D310 | Review research addressing treatment of deductibles in bankruptcy case - duty to defend and indemnifty (.40); review Lloyd Syndicate's proof of claim and request for protection to address position (.50); work with Alison Semrau regarding research of letter (.30); | BF | 1.20 |
| 03/24/09 | D110 | Update extranet with additional information and documents (.5); | DK | 0.50 |
| 03/24/09 | D310 | Update claims analysis; | DK | 0.80 |
| 03/24/09 | D120 | Complete tooling analysis; | DK | 1.00 |
| 03/24/09 | D320 | Study revised and alternative pro formas and historical information and confer with Mr. Abercrombie regarding assumptions in same and regarding scenarios for alternative asset sale, stock sale, or reorganization plan; | SAR | 2.00 |

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 17

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/24/09 | D130 | Exchange emails from interested purchaser regarding confidentiality agreement and due diligence; | SAR | 0.20 |
| 03/24/09 | D110 | Confer with Ms. Krupa regarding setting up SP extranet for Superior; | SAR | 0.30 |
| 03/24/09 | D210 | Revise memo regarding treatment of insurance deductibles and self-insured retentions in bankruptcy. | AS3 | 1.30 |
| 03/25/09 | D120 | Continue factual investigation and correspondence to various parties regarding confirming status of tooling; | DJB | 1.00 |
| 03/25/09 | D310 | Work on analysis and validity of claims and confer with Ms. Krupa regarding same; | DJB | 1.00 |
| 03/25/09 | D140 | Review order approving lifting stay to allow settlement to proceed; email to Susan Hersh regarding approval of settlement (.30); | BF | 0.30 |
| 03/25/09 | D110 | Updated file names of documents to be uploaded to extranet; | MJ1 | 2.40 |
| 03/25/09 | D150 | Conduct Lexis research to obtain cases identified by Mr. Schuler regarding compulsory counterclaims; | DK | 0.90 |
| 03/25/09 | D320 | Work on disclosure statement and plan; | SAR | 3.60 |
| 03/26/09 | D310 | Factual investigation and analysis Mahle offer (.5); confer with Mr. Roberts regarding same (.1); correspondence to and telephone conference with Mr. Abercrombie regarding same (.3); | DJB | 0.90 |

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 18

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/26/09 | D130 | Review correspondence from Mr. Abercrombie regarding description of tooling and update tooling schedules accordingly; | DK | 0.50 |
| 03/26/09 | D180 | Analyze legal issue raised by Creditor Committee counsel re issue preclusion in lien avoidance lawsuit. | BMO | 1.80 |
| 03/26/09 | D150 | Work on forecasts and infomation for purchasers and send to committee counsel (0.7); Confer with Mr. Abercrombie re conference call this afternoon(0.3); conference call with committee counsel and consultants (0.7); | SAR | 1.70 |
| 03/27/09 | D310 | Continue factual investigation and analysis regarding motion to return goods to Mahle, inventory needed to operations, alternatives to Mahle products and review spreadsheet/proposal from Mr. Abercrombie regarding same; | DJB | 0.80 |
| 03/27/09 | D310 | Continue factual investigation and analysis regarding claims and analysis and validity priority of claims; | DJB | 0.80 |
| 03/27/09 | D110 | Update POC Notebooks; | AT | 0.30 |
| 03/30/09 | D310 | Confer with Mr. Roberts regarding Mahle offer and tad for Motion to Return Goods (.1); correspondence to Ms. Driver regarding offer to Mahle to resolve contested matter and for future operations (.2); factual investigation and analysis regarding status of Mahle's unsecured claims not subject to reclamation demand (.4); | DJB | 0.70 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 19

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/30/09 | D180 | Analyze Answer of Thielert AG; revise Motion for Summary Judgment and accompanying Appendix of Exhibits. | BMO | 0.30 |
| 03/30/09 | D130 | Email letter and confidentiality agreement to interested purchaser, exchange emails, and send due diligence information (1.0); receive telephone call from other interested party and exchange information (0.5); gather and send additional information requested by third interested purchaser (0.5) | SAR | 1.00 |
| 03/31/09 | D310 | Receive and review proof of claim filed by Florida Dept of Revenue (.2); confer with Mr. Roberts regarding same (.1); factual investigation and analysis regarding effect of 1997 bankruptcy on current claims and possible objections to Fla. Dept of Revenue (.5); | DJB | 0.80 |
| 03/31/09 | D310 | Review recently filed proofs of claim and update claims analysis; distribute to Mr. Abercrombie and counsel for the committee; | DK | 1.10 |
| 03/31/09 | D160 | Prepare proposed order establishing compensation procedures; | DK | 0.90 |
| 03/31/09 | D180 | Prepare response to counsel for Creditor's Committee's regarding lien avoidance adversary or it will be waived. | BMO | 0.20 |
| 03/31/09 | D180 | Review cases provided by committee counsel regarding issue preclusion and additional cases regarding same and confer with Mr. O'Boyle re responding to same; | SAR | 1.60 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 20

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 03/31/09 | D130 | Review and circulate documents sent by APS; | SAR | 0.60 |

TOTAL HOURS:                                156.2

TOTAL FOR SERVICES          $   64,546.50

### TASK-BASED SUMMARY

| Code | Description | HOURS | VALUE |
|------|-------------|-------|-------|
| D110 | CASE ADMINISTRATION | 11.70 | 2,661.50 |
| D120 | ASSET ANALYSIS AND RECOVERY | 27.70 | 9,593.50 |
| D130 | ASSET DISPOSITION | 22.50 | 10,412.50 |
| D140 | RELIEF FRM STAY PROCEEDINGS | 16.20 | 7,707.00 |
| D150 | MEETINGS OF & COMMUNICATION W/CREDITORS | 5.90 | 2,545.50 |
| D160 | FEE EMPL APPLICATIONS | 4.40 | 1,873.00 |
| D180 | AVOIDANCE ACTION ANALYSIS | 6.50 | 3,086.50 |
| D210 | BUSINESS OPERATIONS | 5.70 | 1,809.50 |
| D240 | TAX ISSUES | 2.80 | 1,463.00 |
| D310 | CLAIMS ADM & OBJECTIONS | 21.30 | 8,110.00 |
| D320 | STRATEGY PLANNING, DISCLOSURE STMT, PLAN | 31.50 | 15,284.50 |
|  |  | 156.20 | 64,546.50 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 21

## NAME RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| FPK | Farley P. Katz | 550.00 | 1.40 | 770.00 |
| BMO | Bob M. OBoyle | 500.00 | 1.80 | 900.00 |
| BMO | Bob M. OBoyle | 445.00 | 2.80 | 1,246.00 |
| SAR | Stephen A. Roberts | 495.00 | 64.50 | 31,927.50 |
| DJB | Duane J. Brescia | 435.00 | 21.50 | 9,352.50 |
| DJB | Duane J. Brescia | 425.00 | 9.90 | 4,207.50 |
| BF | Bob Franke | 475.00 | 16.80 | 7,980.00 |
| RBT | Robert B. Tyler | 430.00 | 3.10 | 1,333.00 |
| JER | John E. Rogers | 550.00 | 0.40 | 220.00 |
| AS3 | Alison Semrau | 275.00 | 4.60 | 1,265.00 |
| DK | Donna Krupa | 195.00 | 26.20 | 5,109.00 |
| AT | Angelyn Tomes | 100.00 | 0.80 | 80.00 |
| MJ1 | Marshall Jones | 65.00 | 2.40 | 156.00 |
| | | TOTAL | 156.20 | $64,546.50 |

## ITEMIZED DISBURSEMENT BILL

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/18/09 | TELEPHONE - AT&T - WIRELESS 12/19/08 TO 1/18/09 | 59.76 |
| 01/29/09 | OUT-OF-TOWN TRAVEL - STEPHEN ROBERTS | 1,541.69 |
| 01/29/09 | PARKING EXPENSES - STEPHEN ROBERTS | 140.00 |
| 02/10/09 | TELEPHONE - SOUNDPATH CONFERENCING | 29.76 |
| 02/18/09 | FILING & RECORDING FEES - BANK OF AMERICA - VISA USBC | 250.00 |
| 02/18/09 | TELEPHONE - AT&T - WIRELESS 01/19/09 TO 02/18/09 | 21.58 |
| 02/18/09 | TELEPHONE - AT&T - WIRELESS 01/19/09 TO 02/18/09 | 116.33 |
| 02/23/09 | PARKING EXPENSES - DUANE BRESCIA | 66.00 |
| 02/23/09 | OUT-OF-TOWN TRAVEL - DUANE BRESCIA | 579.63 |
| 02/26/09 | TELEPHONE - SOUNDPATH CONFERENCING | 2.37 |
| 03/18/09 | TELEPHONE - AT&T - WIRELESS 2/19/09 TO 3/18/09 | 21.58 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

April 27, 2009
C/M: 20354.0102
INVOICE NO. 525231
JER
PAGE 22

| Date | Description | Amount |
|---|---|---|
| 03/23/09 | DEPOSITION TRANSCRIPTS - ESQUIRE CORPORATE SERVICES DIVISION | 495.00 |
| 03/24/09 | COURIER / DELIVERY SERVICE - FED EX | 15.71 |
| 03/24/09 | DEPOSITION TRANSCRIPTS - ESQUIRE CORPORATE SERVICES DIVISION | 285.55 |
| 03/30/09 | COURIER / DELIVERY SERVICE - FED EX | 10.87 |
| 03/31/09 | ONLINE RESEARCH - LEXIS - 02/26 - 03/29 | 69.80 |
| 03/31/09 | COPY/LASER PRINT/SCAN | 1,038.80 |
| 03/31/09 | POSTAGE | 26.25 |
| 03/31/09 | TELEPHONE | 19.56 |

TOTAL DISBURSEMENTS $4,790.24

### CURRENT AMOUNT DUE SUMMARY SECTION

| | | |
|---|---|---|
| CURRENT FEES | $ | 64,546.50 |
| CURRENT DISBURSEMENTS | $ | 4,790.24 |
| CURRENT TOTAL DUE | $ | 69,336.74 |

### PREVIOUS INVOICES OUTSTANDING

| | | |
|---|---|---|
| INVOICE NO. 517284 | January 16, 2009 | 12,329.66 |
| INVOICE NO. 518806 | February 9, 2009 | 127,614.44 |
| INVOICE NO. 522517 | March 23, 2009 | 198,403.29 |
| TOTAL | $ | 338,347.39 |

**TOTAL BALANCE DUE**              **$   407,684.13**

**STRASBURGER & PRICE, L.L.P.**

**ATTORNEYS AND COUNSELORS**