U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed June 3, 2009

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 08-36705-BJH |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | CHAPTER 11 |
| DEBTOR, § | |
| § | |

### AGREED ORDER ON DEBTOR'S MOTION TO RETURN RECLAIMED GOODS AS TO SEAL SCIENCE, INC. ONLY

Upon consideration of the Debtor's Motion to Return Reclaimed Goods [Docket No. 148] filed on March 5, 2009 ("Motion"); and it appearing that due and appropriate notice of the Motion has been given; that the relief requested is in the best interest of the Debtor, its estate and creditors, and is otherwise fair and reasonable under the circumstances; and taking into consideration the agreement of the parties as identified below; the Court finds that cause exists to GRANT the Motion as to Seal Science, Inc. ("Seal Science") only on the terms and conditions stated herein.  It is hereby

ORDERED, resolution of the Debtor's Motion as to Seal Science is as follows:

(1) Debtor will pay $7,690.26 (the invoice value) to Seal Science for select, current inventory, which will be due 30 days after entry of this agreed order. Debtor shall issue a new purchase order for the specific goods, which has already been ascertained and identified on the attached *Exhibit A [DOCKET NO. 229]*;

(2) Debtor will return all goods that are not purchased to Seal Science, in full satisfaction of their claim;

(3) Seal Science will continue to supply future goods to Debtor for any additional purchase orders on a COD basis, unless there is a default on these post-petition purchase orders, in which case the parties shall have right to protect their interests under the Bankruptcy Code and other applicable law; and,

(4) Seal Science waives any remaining claim pursuant to 11 U.S.C. § 503(b)(9).

**AGREED TO IN FORM AND SUBSTANCE:**

 */s/ Duane J. Brescia*
Duane J. Brescia (Texas Bar No. 5025265)
**STRASBURGER & PRICE, LLP**
600 Congress Avenue, Suite 1600
Austin, Texas 78701
(512) 499-3647 Phone / (512) 499-3660 Fax
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR**

 */s/ Piyush Kakar*
Piyush Kakar, Controller
**Seal Science, Inc.**
17131 Daimler
Irvine, CA 92614-5508
(800) -576-7325 Phone / (949) 253-3141 Fax
pkakar@sealscience.com

**FOR SEAL SCIENCE, INC.**

**EXHIBIT A [DOCKET NO. 229]**

##END OF ORDER##