U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed June 4, 2009                                                                 **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 08-36705-BJH |
| **SUPERIOR AIR PARTS, INC.** | § |
| | § CHAPTER 11 |
| DEBTOR, | § |
| | § |

### AGREED ORDER ON DEBTOR'S MOTION TO
### RETURN RECLAIMED GOODS TO AVIALL, INC.

Upon consideration of the Debtor's Motion to Return Reclaimed Goods [Docket No. 148] filed on March 5, 2009 ("Motion"); and it appearing that due and appropriate notice of the Motion has been given; and taking into consideration the agreement of the parties as identified below, good and sufficient cause appearing therefore; the Court finds that cause exists to GRANT the Motion as to Aviall, Inc. ("Aviall") only on the terms and conditions stated herein.  It is hereby

ORDERED, that Debtor shall return the part identified in *Exhibit A* hereto to Aviall within ten (10) days of the date of this Order. Upon such return, the reclamation demand of Aviall shall be fully resolved.

**Exhibit A is located at docket no. 198, and is incorporated herein by reference.**

**AGREED TO IN FORM AND SUBSTANCE:**

 */s/ Duane J. Brescia*
Duane J. Brescia (Texas Bar No. 5025265)
**STRASBURGER & PRICE, LLP**
600 Congress Avenue, Suite 1600
Austin, Texas 78701
(512) 499-3647 Phone / (512) 499-3660 Fax
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR**

  */s/ Neil J. Orleans*
Neil J. Orleans
GOINS, UNDERKOFLER, CRAWFORD & LANGDON
Renaissance Tower
1201 Elm Street, Suite 4800
Dallas, Texas 75270
(214) 969-5454 Phone / (214) 969-5902 Fax
neilo@gucl.com


###END OF ORDER###