

**genesee stamping and fabricating, inc.**
a company of the genesee group, inc.

1470 Avenue T
Grand Prairie, TX 75050-1222
TEL: 972-623-2004
FAX: 972-623-0404

# INVOICE

| Invoice No. | Date |
|---|---|
| 057881 | 12/22/08 |

Refer To Invoice Number When Remitting

| SOLD TO: | SHIP TO: |
|---|---|
| SUPERIOR AIR PARTS<br>621 S. ROYAL LANE<br>SUITE 100<br>COPPELL TX 75019-3805 | SUPERIOR AIR PARTS<br>621 S. ROYAL LANE<br>SUITE 100<br>COPPELL TX 75019-3805 |
| ATTN: JAN A/P | ATTN: BILL CANNON |

| Sales Order | Cust No | Customer PO # | Order Date | Tax | Mark Shipment | Terms |
|---|---|---|---|---|---|---|
| 0754701-0002 | 012056 | 105512 | 03/07/08 | E | HEATHER FORDE | NET 30 |

| Sales Rep | Ship Date | Shipped Via | F.O.B. Point | Ins | Waybill Number |
|---|---|---|---|---|---|
| (10)PREMIER COMPONENTS, INC. | 12/22/08 | YELLOW FRT-COLLECT | OUR DOCK | N | FTW 196 338248 2 |

| Item | T | Quantity Order | B/O | Ship | Part Number | Description | Unit Price $ | Amount $ |
|---|---|---|---|---|---|---|---|---|
| 002 | S | 2000 | | 2204 | 7547 | SA40762 REV. F<br>Cust Part COVER, VALVE | 9.5400 | 21,026.16 |

PAY THIS AMOUNT  $  21,026.16

PLEASE REMIT TO: Genesee Stamping and Fabricating, Inc.
Dept. 2282
P.O. Box 122282
Dallas, TX 75312-2282

Page 1

INVOICE.INV0D