# BILL OF LADING

Page 1

**SHIP FROM**

GENESEE STAMPING
AND FABRICATING, INC.
1470 AVENUE T

FOB: OUR DOCK
972-6232004

City/State/Zip: GRAND PRAIRIE TX 750501222

Bill of Lading Number: **000000797**

CARRIER NAME: Yellow Frt
Trailer Number:
Seal Number(s):
SCAC:
Pro Number:

**SHIP TO**

Name: SUPERIOR AIR PARTS
Address: 621 S. ROYAL LANE
SUITE 100

Location#:

972-8294600
866-7433558

City/State/Zip: COPPELL TX 75019-3805 USA

**THIRD PARTY FREIGHT CHARGES BILL TO**

Name:
Address:

YELLOW  SHIPPER'S COPY
807  FTW 196 338248 2
www.myyellow.com   SINGLE SHIPMENT
1-800-610-6500

City/State/Zip:

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise)

Prepaid _____  Collect **X**  3rd Party _____

☐ Supplemental Form Required When Box Checked

SPECIAL INSTRUCTION

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | CUSTOMER PO # | ADDITIONAL SHIPPER INFO |
|---|---|---|
| 0754701 - 0002 | 105512 | |

**CARRIER INFORMATION**

| HANDLING UNIT QTY | TYPE | PACKAGE QTY | TYPE | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY NMFC# | CLASS |
|---|---|---|---|---|---|---|---|---|
| 2 | SKID | 93 | CTN | 1218.0000 | | METAL STAMPINGS 104500S.3 | | 50 |
| 2 | | 93 | | 1218.0000 | | **GRAND TOTAL** | | |

COD Amount: $ _____
Fee Terms: Collect: **X**  Prepaid: ☐
Customer Check Acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. #14706(c)(1)(A) and (B).

RECEIVED: subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

| SHIPPER SIGNATURE AND / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| Suzy Hara  12-22-08 | ☐ By Shipper  ☐ By Driver | ☐ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | J. Burke  12-22-08  (2) |

N:\Apps\Infisy\businf\OE_Waybill.rpt

PU# 1605639

## PACKING LIST

_stamping_
_cating, inc._
_company of the genesee group, inc._

1470 Avenue T
Grand Prairie, TX 75050-1222
TEL: 972-623-2004
FAX: 972-623-0404

**Special Instructions**

☐ Cert. Enclosed  ☐ Partial Ship  ☒ Complete Ship *(circled)*

Goods Received in Good Condition

By: _____
Date: _____

**SOLD TO:**
SUPERIOR AIR PARTS
621 S. ROYAL LANE
SUITE 100
COPPELL, TX 75019-3805
972-829-4600

ATTN: JAN A/P

**SHIP TO:**
SUPERIOR AIR PARTS
621 S. ROYAL LANE
SUITE 100
COPPELL, TX 75019-3805

ATTN: BILL CANNON

| Sales Order | Ship Num | Cust No | Order Date | Tax | Promised | Sales Rep | Customer P.O. Number | Mark Shipment |
|---|---|---|---|---|---|---|---|---|
| 754701 | 0002 | 012056 | 03/07/08 | E | 07/25/08 | (10)PREMIE | 105512 | HEATHER FORDE |

| F.O.B. Point | Ship Date | Shipped Via | Cartons | Weight | Waybill Number | Ins |
|---|---|---|---|---|---|---|
| OUR DOCK | 12/22/08 | YELLOW FRT-COLLECT | 93 | 1,218.0000 | | N |

| Item | T | Order | B/O | Ship | Unit | Part Number | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | *(handwritten)* FTW 196 3382482 | SHIP 10 PIECE FIRST ARTICLE AND HOLD BALANCE OF ORDER FOR CUSTOMER APPROVAL B-4 SHIPPING |
| | | | | | | | DO NOT SHIP THIS ORDER EARLY. |
| | | | | | | | !!!!! ALL CERTS REQUIRED W/ PN, REV., & PO #S REFERENCED ON EACH CERT FOR EA SHIPMENT: |
| | | | | | | | 1. MATERIAL |
| | | | | | | | 2. PLATING |
| | | | | | | | 3. C OF C |
| | | | | | | | ALSO REQUIRED: SHIPMENT NOTIFICATION FORM - FAXED W/ TRACKING #s. (ATTACHED TO SALES ORDER.) PART NUMBER, PO # JOB# AND REV LEVEL TO BE ON ALL CERTS SENT TO CUSTOMER. HANDWRITTEN AT BOTTOM OK. |
| | | | | | | | SHIP VIA: UPS COLLECT ACCT #752329 TRUCK: YELLOW FRT COLLECT |
| 002 | S | 2,000 | | 2,204 | EA | 7547 | SA40762 REV. F Cust Part COVER, VALVE |

*(handwritten)* Inv# 057881

------ CERTIFICATE OF COMPLIANCE ------

It is hereby certified that the above mentioned parts and quantities have been manufactured and inspected in accordance with blue print specifications. Pertinent inspection records will be kept on file. Date: 12-22-08
Signature: _Jack Seagraves_ Title: _Ol Mgr_

SALEORD.PNL PACKLIST

Page 1

*(handwritten: 2 skid)*