IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In re:

SUPERIOR AIR PARTS, INC.    §    Case No. 08-36705-BJH-11
                            §
                            §    Chapter 11
                            §
Debtor.                     §

**ORDER AUTHORIZING ALLOWANCE AND PAYMENT OF GENESEE STAMPING AND FABRICATING, INC.'S 11 U.S.C. § 503(b)(9) ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the Motion of Genesee Stamping and Fabricating, Inc. for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) (the "Motion"), notice of the Motion having been duly given and deemed proper under the circumstances, and the Court finding good cause to grant the relief requested in the Motion, it is hereby

**ORDERED**, that the Motion is Granted; and is further

**ORDERED** that Genesee Stamping and Fabricating, Inc. is granted an allowed administrative expense under 11 U.S.C. § 503(b)(9) in the amount of $21,026.16 against the Chapter 11 bankruptcy estate of Debtor and Debtor is authorized and required to immediately pay such administrative expense.

****END OF ORDER****.

Order Authorizing Allowance and Payment of 11U.S.C. § 503(b)(9) Administrative Expense Claim
S:\ROBERT\Genesee Companies\Order Authorizing Allowance & Payment of Administrative Expenses.doc
Page Solo