Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705 |
| | § | |
| Debtor. | § | |

## CERTIFICATE OF NO OBJECTION

Strasburger & Price, LLP filed and served its First Interim Application for Compensation and Reimbursement of Expenses (the "Application"), Docket No. 226, on May 29, 2009. The Application contained 20-day negative notice language.

The undersigned hereby certifies that no objections to the Application were timely filed and served upon Applicant within the 20-day objection period, which expired on June 18, 2009.

Dated: June 23, 2009

616761.1/SPA/20354/0102/062309

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600
Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for the Debtor**