David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
R. Adam Swick
State Bar No. 24051794
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | **Hearing Date: June 24, 2009** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time: 3:00 p.m.** |
| § | |

### CERTIFICATE OF NO OBJECTION TO APPLICATION OF BAKER MCKENZIE LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS ,FOR INTERIM ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 29, 2009 THROUGH MAY 15, 2009

I, the undersigned, hereby certify that I have received no objections to Baker & McKenzie LLP's Interim Application (the "Application") as Counsel to the Official Committee of Unsecured Creditors for Allowance of Administrative Claim of Fees and Expenses During The Period of January 29, 2009 Through May 15, 2009 [Doc. No. 215], which was filed on May 22, 2009. I further certify that I have reviewed the Court's docket on this date, and there are no timely objections to the Application on file.

Dated:   June 23, 2009
         Dallas, Texas

         Respectfully submitted,

         **BAKER & M<sup>c</sup>KENZIE**

         /s/ Elliot D. Schuler
         David W. Parham
         State Bar No. 15459500
         Elliot D. Schuler
         State Bar No. 24033046
         2300 Trammell Crow Center
         2001 Ross Avenue
         Dallas, Texas   75201
         Telephone:   (214) 978-3000
         Facsimile:   (214) 978-3099

         **ATTORNEYS FOR THE OFFICIAL**
         **COMMITTEE OF UNSECURED CREDITORS**