David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
R. Adam Swick
State Bar No. 24051794
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | § |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | § |
| § | **Hearing Date: June 24, 2009** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time: 3:00 p.m.** |
| § | |

**CERTIFICATE OF NO OBJECTION TO APPLICATION FOR LAIN, FAULKNER & CO., P.C., FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 13, 2009 THROUGH APRIL 30, 2009**

I, the undersigned, hereby certify that I have received no objections to Lain, Faulkner & Co., P.C., Interim Application (the "Application") as Financial Advisors to the Official Committee of Unsecured Creditors for Allowance of Administrative Claim of Fees and Expenses During The Period of February 13, 2009 Through April 30, 2009 [Doc. No. 220], which was filed on May 26, 2009. I further certify that I have reviewed the Court's docket on this date, and there are no timely objections to the Application on file.

**CERTIFICATE OF NO OBJECTION – Page 1**
**DALDMS/663393.1**

Dated:   June 23, 2009
         Dallas, Texas

                          Respectfully submitted,

                          **BAKER & M<sup>c</sup>KENZIE**

                          /s/ Elliot D. Schuler
                          David W. Parham
                          State Bar No. 15459500
                          Elliot D. Schuler
                          State Bar No. 24033046
                          2300 Trammell Crow Center
                          2001 Ross Avenue
                          Dallas, Texas   75201
                          Telephone:   (214) 978-3000
                          Facsimile:    (214) 978-3099

                          **ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**