Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

### DEBTOR'S MOTION FOR EXPEDITED HEARING ON
### DEBTOR'S MOTION TO APPROVE BID PROCEDURES FOR SALE OF EQUITY OR
### <u>ASSETS PURSUANT TO THE PLAN OF REORGANIZATION</u>
### [DOCKET NO. 244]

Superior Air Parts, Inc. ("Debtor"), as debtor-in-possession, hereby requests that an expedited hearing be set on **July 6, 2009 at 4:00 p.m.**, on Debtor's Motion to Approve Bid Procedures for Sale of Equity or Assets Pursuant to the Plan of Reorganization (the "Motion"). The Court has already scheduled a hearing on July 6, 2009 at 4:00 p.m. to consider approval of the Debtor's Amended Disclosure Statement. A hearing on the Motion by such date is necessary because the Order Approving Bid Procedures needs to be served with the approved Disclosure Statement and Plan.

Proper notice of the proposed expedited hearing will be provided to the Official Committee of Unsecured Creditors, United States Trustee, Thielert AG, and all parties listed on the attached Limited Service List.

WHEREFORE, the Debtor requests that the Court enter an Order setting an expedited hearing on the Motion and granting such other and further relief as this Court may deem just and proper.

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3660
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Attorneys for Debtor, Superior Air Parts, Inc.**

### CERTIFICATE OF CONFERENCE

The undersigned certifies that this motion is unopposed by the Official Committee of Unsecured Creditors, the U.S. Trustee, and Thielert AG.

/s/ *Duane J. Brescia*
Duane J. Brescia

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the parties on the attached Limited Service List via First Class U.S. Mail, postage prepaid, on June 24, 2009.

            /s/ *Duane J. Brescia*
            Duane J. Brescia