Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Robert Tyler (SBN 24009347)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600/Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § § | Chapter 11 |
| Debtor. | § § § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT, a hearing will take place at **4:00 p.m. on Monday, July 6, 2009** in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Dallas, TX 75242-1496, before the Honorable Barbara J. Houser to consider approval of Debtor's Amended Disclosure Statement [Docket no. 241].

Objections to the Amended Disclosure Statement must be filed no later than 12:00 p.m., Monday, July 6, 2009.

      Respectfully submitted,

      /s/ *Duane J. Brescia*
      Stephen A. Roberts (SBN 17019200)
      Robert P. Franke (SBN 07371200)
      Robert Tyler (SBN 24009347)
      Duane J. Brescia (SBN 24025265)
      **STRASBURGER & PRICE, LLP**
      600 Congress, Suite 1600
      Austin, Texas 78701
      Tel. (512) 499-3600/Fax (512) 499-3643
      stephen.roberts@strasburger.com
      bob.franke@strasburger.com
      robert.tyler@strasburger.com
      duane.brescia@strasburger.com

      **ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing pleading were forwarded to the parties listed on the attached service list via first class U.S. Mail, postage prepaid on June 24, 2009.

      /s/ *Duane J. Brescia*
      Duane J. Brescia

Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal
91 CEP 13460-000

Airsure Limited
Dallas Office
5700 Granite Parkway, #550
Plano, TX 75024-6647

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

Crane Cams
2531 Tail Spin Trail
Daytona Beach, FL 32128-6743

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431

Garlock-Metallic Gasket Div
250 Portwall St., Ste. 300
Houston, TX 77029

AOPA Pilot
PO Box 973
Frederick, MD 21701

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH 43724-9779

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX 75050-1222

Seal Science
17131 Daimler
Irvine, CA 92614-5508

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Deirdre B. Ruckman/AVCO
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX 75201

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

Lynden International
1800 International Blvd. #800
Seattle, WA 98188

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456

| | | |
|---|---|---|
| Chester Salomon<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue<br>New York, NY 10171 | City of Coppell/Coppell ISD<br>Mary McGuffey, Tax Assessor Collector<br>PO Box 9478<br>Coppell, TX 75019 | Kent Abercrombie<br>Superior Air Parts, Inc.<br>621 S. Royal Lane, Suite 100<br>Coppell, TX 75019-3805 |
| Neil J. Orleans<br>Goins, Underkolfer, et al, LLP<br>1201 Elm Street, Ste. 4800<br>Dallas, TX 75270 | Howard A. Borg/James T. Jacks<br>Ass't US Atty for FAA<br>Burnett Plaza, Suite 1700<br>801 Cherry Street, Unit 4<br>Fort Worth, Texas 76102-6882 | Laurie A. Spindler<br>Linebarger Goggan et al, LLP<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201 |
| Jeffrey N. Thom, Q.C.<br>Miller Thomson LLP<br>3000, 700 - 9th Avenue SW<br>Calgary, AB T2P 3V4 | Gordon J. Toering<br>**WARNER NORCROSS & JUDD LLP**<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503 | Anita F. McMahon<br>1646 Belmont Ave.<br>Baton Rouge, LA 70808 |
| Michael L. Jones<br>Henry & Jones, LLP<br>2902 Carlisle Street, Ste. 150<br>Dallas, TX 75204 | LARRY K. HERCULES<br>ATTORNEY AT LAW<br>1400 Preston Road, Suite 280<br>Plano, Texas 75093 | Gregory B. Gill, Jr.<br>Gill & Gill, S.C.<br>128 North Durkee St.<br>Appleton, WI 54911 |
| Laura Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows, Dr. #400<br>Littleton, CO 80124 | Melissa S. Hayward<br>LOCKE LORD BISSELL& LIDDELL LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201<br>Counsel for the Insurers | Vincent Slusher/J. Seth Moore<br>Beirne Maynard & Parsons, LLP<br>1700 Pacific Ave., Ste. 4400<br>Dallas, TX 75201<br>Attys for Theilert Aircraft Engines GMBH |
| Mary Frances Durham<br>U.S. Department of Justice<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | Stefano Gazzola<br>Zanzi, S.p.A.<br>Corso Vercelli, 159<br>10015 Ivrea, Italy | Piyush Kakar<br>Seal Science Inc.<br>17131 Daimler<br>Irvine, CA 92614 |
| Jim Griffin<br>Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Phil Eck<br>Eck Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Werner Wilhelm Albus<br>Valeria de Freitas Mesquita<br>KSPG Automotive Brazil LTDA<br>Rodovia Arnaldo Julio Mauerbert,<br>  n. 4000-Distrito Industrial 01<br>Nova Odessa- SP Brasil<br>Caixa Postal 91 |
| Ronald Weaver<br>Avstar<br>1365 Park Lane South<br>Jupiter, Fl 33458 | Linda Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows Dr. #400<br>Littleton, CO 80124 | Susan B. Hersh<br>12770 Coit Rd. Ste. 1100<br>Dallas, TX 75251 |
| William G. Burd/Krystina N. Jiron<br>Atkinson & Brownell, PA<br>2 South Biscayne Blvd., Suite 3750<br>Miami, FL 33131 | David W. Parham,<br>Elliot Schuler & A. Swick<br>Baker & McKenzie LLP<br>2001 Ross Ave., Suite 2300<br>Dallas, TX 75201 | Timothy S. McFadden<br>LOCKE LORD BISSELL& LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Counsel for the Insurers |
| Billy G. Leonard, Jr.<br>Attorney at Law<br>1650 W. Virginia Street, Suite 211<br>McKinney, Texas 75069 | Kevin H. Good<br>Conner & Winters LLP<br>1700 Pacific Avenue<br>Suite 2250<br>Dallas, Texas 75201 | Rosa R. Orenstein<br>LOOPER, REED & McGRAW, P.C.<br>4100 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 |

Kenneth A. Hill
QUILLING, SELANDER, CUMMISKEY
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201