Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Robert Tyler (SBN 24009347)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600/Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |

**NOTICE OF FILING OF AMENDED DISCLOSURE STATEMENT
AND HEARING THEREON**

PLEASE TAKE NOTICE THAT the Proposed Amended Disclosure Statement and Amended Plan of Reorganization of Debtor, Superior Air Parts, Inc., was filed on June 23, 2009. You may access a copy of these documents at http://www.strasburger.com/_client/SAP-Plan-Documents/ , or you may request a copy, in writing, via email at angela.dunn@strasburger.com, or by telephone, from Angela Dunn, at 512-499-3643.

A hearing to consider approval of the Amended Disclosure Statement will take place at **4:00 p.m. on Monday, July 6, 2009** in the United States Bankruptcy Court for

the Northern District of Texas, Dallas Division, 1100 Commerce Street, Dallas, TX 75242-1496, before the Honorable Barbara J. Houser.  Objections to the Amended Disclosure Statement must be filed no later than 12:00 p.m., Monday, July 6, 2009.

Respectfully submitted,

/s/ *Duane J. Brescia*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Robert Tyler (SBN 24009347)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600/Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing pleading were forwarded to the parties listed on the attached service list via first class U.S. Mail, postage prepaid on June 24, 2009.

/s/ *Duane J. Brescia*
Duane J. Brescia