| | | |
|---|---|---|
| 121FIVE.COM - c/o TIM KERN<br>PO BOX 30<br>ANDERSON, IN 46015 | ADVANCED CONNECTIONS INC<br>2015 MCKENZIE, SUITE 120<br>CARROLLTON, TX 75006 | AETNA<br>PO BOX 45084<br>JACKSONVILLE, FL 32231-45084 |
| 43 Air School<br>Airport, 43 Private Box X43<br>Port Alfred 6170<br>South Africa | ADVANCED MACHINING & TOOL, INC<br>1616 NORTH BECKLEY<br>LANCASTER, TX 75134 | Ahmad Jahanfar<br>Clanbrae South<br>Hanningfield Road<br>South Hanningfield<br>Chelmsford CM3 8HX UK |
| 4SURE.COM dba: TECHDEPOT<br>6 CAMBRIDGE DR<br>TRUMBULL, CT 6611 | AERO ACCESSORIES<br>1240 SPRINGWOOD CHURCH ROAD<br>GIBSONVILLE, NC 27249 | AICCO, INC<br>45 EAST RIVER PARK PLACE, WEST # 3<br>FRESNO, CA 93720 |
| A.E.R.O. INC<br>3701 HWY 162<br>GRANITE CITY, IL 62040-1287 | AERO ACCESSORIES<br>1240 SPRINGWOOD AVE.<br>GIBSONVILLE, NC 27249 | Air & Sea Recovery, Inc.<br>Fort Pierce National Airport<br>Florida 33441 |
| AADFW, INC<br>2161 REGAL PARKWAY<br>EULESS, TX 76040 | AERO AVIATION<br>9 S 041 AERO DRIVE<br>NAPERVILLE, IL 60565 | AIR MASTER FLYING CLUB<br>881 BLACK HORSE PIKE<br>PLEASANTVILLE, NJ 8232 |
| AARON COVERT<br>5529 RICE DRIVE<br>THE COLONY, TX 75056 | Aero Service<br>Aeroservice Donauwoerth<br>Flugplatz D-86682<br>Genderkingen, Germany | AIR POWER INC<br>4900 SOUTH COLLINS<br>ARLINGTON, TX 76018 |
| ACE GRINDING & MACHINE COMPANY<br>2020 W INNER STREET<br>WALLED LAKE, MI 48390 | Aero Swan<br>Swan Hill Airport<br>VIC 3585 Australia | Air Service Vamdrup<br>Lufthavnsvej 7A Box 62<br>DK-6580<br>Vamdrup, Denmark |
| ACT AAA COOPER TRANSPORTATION<br>1751 KINSEY ROAD<br>DOTHAN, AL 36303 | Aero-Atelier<br>1281 Tourdulac CP 117<br>Lac-A-La Tortue, Quebec<br>Canada QU G0X IL0 | AIR SUPPORT INTERNATIONAL<br>PO BOX 489<br>MARSHFIELD, MO 65706 |
| ADP INC<br>2735 STEMMONS FRWY<br>DALLAS, TX 75207 | AEROPARTES JIMENEZ, S A DE C.V.<br>RIO PIZXTLA # 927 NTE.<br>LOS MOCHIS, SINOLA MEXICO 81240 | AIR WEST AIRCRAFT ENGINES<br>670 AIRPORT BLVD<br>SAN CARLOS, CA 97070 |
| ADT SECURITY SERVICES<br>2403 LACY LANE<br>CARROLLTON, TX 75006 | AEROSPACE PRODUCTS INT'L<br>3778 DISTRIPLEX DRIVE NORTH<br>MEMPHIS, TN 38118 | AIR-TEC<br>37 SANDIA MT. TRAIL, SANDIA AIRPARK<br>EDGEWOOD, NM 87015-1168 |

AIRCRAFT CYLINDER & ENGINE INC
516 N LINK LANE, UNIT 1
FT COLLINS, CO 80524

ALCOA FASTENING SYSTEMS
3990 A HERITAGE OAK COURT
SIMI VALLEY, CA 93063-6711

Anglo Normandy
La Planque Lane, Guernsy Airport
La Villiaze, Forest
Guernsey UK GY8 0DS

AIRCRAFT CYLINDERS OF AMERICA
1006 E INDEPENDENCE STREET
TULSA, OK 74106-5310

ALL AMERICAN BENEFITS, INC.
13747 MONTFORT DRIVE, SUITE 337
DALLAS, TX 75240

AOPA PILOT
PO BOX 973
FREDERICK, MD 21701

AIRCRAFT ENGINE & ACCESSORY
2275 CROWN ROAD
DALLAS, TX 75229

ALLEN LASKY
2004 GENEVA DRIVE
RICHARDSON, TX 75081

ARAMARK
1900 EMPIRE CENTRAL
DALLAS, TX 75235

AIRCRAFT SPECIALTIES SERVICE
TULSA INT'L AIRPORT, 2860 NORTH SH
TULSA, OK 74158

Allen Parmet, M.D., MPH
4320 Wornell, Suite 432
Kansas City, MO 64111

Aramark Uniform Services
1900 Empire Central
PO Box 36028
Dallas, TX 75235

AIRFLOW PERFORMANCE INC
111 AIRFLOW DRIVE
SPARTANBURG, SC 29306

ALPHA ONE FLIGHT
246 SOUTH MEADOW ROAD
PLYMOUTH, MA 2360

ARCHIVE SUPPLIES, INC.
2975 LADYBIRD LANE
DALLAS, TX 75220

AIRPARTS COMPANY INC
2310 NW 55TH COURT
FORT LAUDERDALE, FL 33309

AMA Nantucket
130 Mary Dunn Way
Hyannis, MA 02601

Arkadin, Inc.
620 Tinton Avenue
Tinton Falls, NJ 07724

AIRSURE LIMITED
15301 SPECTRUM DRIVE #500
ADDISON, TX 75001

AMCO ENTERPRISES
4209 HAHN BLVD
FORT WORTH, TX 76117

ARNER FLYING SERVICE INC.
ARNER MEMORIAL AIRPORT, 1001 COA
LEHIGHTON, PA 18235

AKORBICONSULTING
400 EAST ROYAL LANE, #218
IRVING, TX 75039

ANA FONTES
8801 THOMPSON DRIVE
ARGYLE, TX 76226

ARRC, Ltd.
Goodwood Airfield
Goodwood, Chichester PO 18 0PH
United Kingdom

Al Head
Western Skyways, Inc.
21 Creative Place
Montrose, CO 81401

Andrea Findlay
AIG Aviation
1175 Peachtree Street, NE
100 Colony Square, Suite 1000
Atlanta, GA 30361

ARROW PROP COMPANY
PO BOX 610
MEEKER, OK 74855

ALBERADO MARTINEZ
2331 KLONDIKE DRIVE
DALLAS, TX 75228

Andrew Verzilli
Verzilli & Verzilli Consultants, Inc.
411 North Broad Street
Lansdale, PA 19446

ASSOCIATED SPRING-CORRY
226 SOUTH CENTER ST
CORRY, PA 16407-1992

| | | |
|---|---|---|
| ASSOCIATED SPRING - MILWAUKEE<br>434 WEST EDGERTON AVENUE<br>MILWAUKEE, WI 53207 | AVIATION UNLIMITED<br>2833 16th AVENUE, TORONTO BUTTON<br>MARKHAM, ONTARIO, CANADA L3R 0P8 | BEST TOOL & MANUFACTURING CO.<br>3515 NORTHEAST 33rd TERRACE<br>KANSAS CITY, MO 64117 |
| ASSOCIATED SPRING - SALINE<br>1445 BARNES COURT<br>SALINE, MI 48176 | Avstar Fuel Systems, Inc.<br>1365 Park Lane<br>South Jupiter, FL 33458 | BETSY PRICE, TAX ASSESSOR - COLLE<br>PO BOX 961018<br>FORT WORTH, TX 76161-0018 |
| AT&T MOBILITY<br>PO BOX 68056<br>ANAHEIM HILLS, CA 92817-8056 | BARNSTORMERS INC<br>312 WEST 4TH STREET<br>CARSON CITY, NV 89703 | BILL BOWERS<br>2834 ORANGE PICKER ROAD<br>JACKSONVILLE, FL 32223 |
| ATI ACCELERATED TECHNOLOGIES<br>1611 HEADWAY CIRCLE BLDG 1<br>AUSTIN, TX 78754 | Baron & Budd, PC<br>Attn: Scott V. Goodley<br>8001 Lemmon Avenue, Suite 145<br>Dallas, TX 75209-2696 | BILL MCDONALD, DAR<br>9700 DIVOT DRIVE<br>GRANBURY, TX 76049 |
| ATI PORTLAND FORGE<br>EAST LAFAYETTE STREET    PO BOX<br>PORTLAND, IN 47371-0905 | BARRETT PRECISION ENGINES INC<br>2870-B NORTH SHERIDAN RD<br>TULSA, OK 74115 | BILLS AIRCRAFT SERVICE<br>20836 483rd AVENUE<br>ELKTON, SD 57026 |
| Aurigny Air Services<br>La Planque Lane<br>Guernsy Airport<br>Guernsy, UK GY8 0DS | BARRETT PRECISION ENGINES, INC<br>2870B NORTH SHERIDAN<br>TULSA, OK 74115 | BILLY G LEONARD, JR<br>1650 W. VIRGINIA STREET, #211<br>MCKINNEY, TX 75069-7703 |
| AUTOMATIC SCREW MACHINE<br>709 2ND AVENUE SE<br>DECATUR, AL 35601 | Barry Schiff<br>673 Trueno Avenue<br>Camarillo, CA 93010 | BIZZY BEES PEST CONTROL CO<br>2812 TRINITY SQUARE DRIVE, SUITE #1<br>CARROLLTON, TX 75006 |
| AVIALL SERVICES INC<br>PO BOX 619048<br>DALLAS, TX 75261-9048 | BARTON TECHNICAL SERVICS LLC<br>4123 BLUE HERON RIDGE<br>MOBILE, AL 36693 | BMC SOLUTIONS, INC.<br>3380 Town Point Dr. NW #330<br>KENNESAW, GA 30144 |
| AVIATION GROUP LIMITED<br>N2509 COMMERCIAL DRIVE<br>WAUPACA, WI 54981 | BAX GLOBAL<br>PO BOX 612307<br>DFW AIRPORT, TX 75261 | Bob Brown<br>7165 SE 95th Lane<br>Ocala FL 34472 |
| AVIATION INTERNATIONAL CORP.<br>5555 NW 36TH STREET<br>MIAMI SPRINGS, FL 33166 | BEDE CORP<br>6440 NORWALK ROAD, SUITE F<br>MEDINA, OH 44256 | BOB REUTHER<br>97 WHITE BRIDGE ROAD, APT L-1<br>NASHVILLE, TN 37205 |

| | | |
|---|---|---|
| Boomerang Aviation<br>7491 S. Airport Rd.<br>Pembroke Pines, FL 33023 | Cambridge Gliding Club<br>Gransden Lodge<br>Longstowe Road Little<br>Gransden Sandy<br>Bedfordshire SG19 3EB UK | CASTWELL<br>650 PENNSYLVANIA AVE<br>ELIZABETH, NJ 7201 |
| BORING MACHINE CORPORATION<br>7922 RANCHERS ROAD<br>FRIDAY, MN 55432 | CANADIAN HOME ROTORS INC<br>4 ROY STREET<br>EAR FALLS, ONTARIO, CANADA P0V 1T | CASTOR AVIATION, INC.<br>250 TEXAS WAY, HANGER 24 NORTH<br>FT WORTH, TX 76106 |
| BRENT HENMAN<br>2234 STONEHENGE LANE<br>LEWISVILLE, TX 75056 | CAPPA GRANITE<br>1310 W. EULESS BLVD, SUITE 100<br>EULESS, TX 76040 | CAVALIER LOGISTICS<br>250 SHEFFIED STREET<br>MOUNTAINSIDE, NJ 7092 |
| BRIAN TOM<br>22255 E WILDFERN LANE<br>BRIGHTWOOD, OR 97011 | CARE NOW CORPORATION<br>601 CANYON DRIVE #100<br>COPPELL, TX 75019 | CEBOS LTD<br>5936 FORD COURT, #203<br>BRIGHTON, MI 48116 |
| BRIDGETTE WOODS<br>501 LEGENDS<br>LEWISVILLE, TX 75067 | CARL H JOHNSON<br>1908 HAYMEADOW<br>CARROLLTON, TX 75007 | Cebos, Ltd.<br>7600 Grand River, Ste 200<br>Brighton, MI 48114 |
| Broward County Revenue Collector<br>Government Center Annex<br>Attn: Litigation Section<br>115 S. Andrews Avenue<br>Fort Lauderdale, FL 33301 | CARL ZEISS IMT CORP<br>6250 SYCAMORE LANE NORTH<br>MAPLE GROVE, MN 55369 | CENTRAL FREIGHT LINES INC<br>PO BOX 2638<br>WACO, TX 76702-2638 |
| Bruce R. Marx<br>Marlow Connell Valerius<br>4000 Ponce de Leon Blvd., Suite 570<br>Coral Gables, FL 33146 | CARLEY FOUNDRY INC<br>8301 CORAL SEA STREET NE<br>BLAINE, MN 55449 | CENTRAL TRANSPORT INT'L<br>PO BOX 33299<br>DETROIT, MI 48232 |
| BUNTING BEARINGS-HOLLAND<br>1001 HOLLAND PARK BLVD<br>HOLLAND, OH 43528 | Carbs Blacklock<br>1002 Eastern Street<br>Wichita, KS 67207 | CHAD OWENS<br>713 HUNDLEY DRIVE<br>LAKE DALLAS, TX 75065 |
| BUNTING BEARINGS-KALAMAZOO<br>4252 E. KILGORE RD<br>KALAMAZOO, MI 49002 | CAROLYN HEWITT<br>10925 FANDOR STREET<br>FORT WORTH, TX 76108 | CHAMPION AEROSPACE INC<br>1230 OLD NORRIS ROAD<br>LIBERTY, SC 29657-0686 |
| Byron Dale Weekly<br>1255 Oaklawn Rd.<br>Chapmansboro, TN 37035 | Carry Air PTY Ltd.<br>10-12 Chinderah Ray Drive<br>Chinderah, NSW 2467 | CHENDA REACH<br>2335 HIGH BANK DRIVE<br>MESQUITE, TX 75181 |

Cheryl Kirkwood and Taylor Manning
c/o Kreindler & Kreindler, LLP
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017-3613

Chuck Cooper
Radiant Photography & Video
4025 Pioneer Road
Montrose, CO 81401

Clyda Whitefield, et al.
c/o Lisa Lance, Esq.
PO Box 595
Pauls Valley, OK 73075

Chester B. Salmon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue - 16th Floor
New York, NY 10171

Chuck Harris
217 Bridger
Lakeside MT 59922

Clyda Whitefield, et al.
c/o Kreindler & Kreindler
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017-3613

CHICK PACKAGING OF DFW
700 W. BETHEL ROAD #100
COPPELL, TX 75019

CITRIX SYSTEMS INC
851 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL 33309

Clyda Whitefield, et al.
c/o Braden Varner & Aldous, P.C.
703 McKinney Ave., Ste 400
Dallas, TX 75202

Choice Solutions
Attn: James Steinlage
10801 Mastin Blvd., Ste 900
Overland Park, KS 66213

Citrix Systems, Inc.
851 West Cypress Creek Rd.
Fort Lauderdale, FL 33309

CMS Incorporated
20666 SW Citrus Blvd.
Indiantown, FL 34956

CHOICE SOLUTIONS LLC
222 WEST LAS COLINAS BLVD #1150 EA
IRVING, TX 75039

CITY OF COPPELL
255 PARKWAY BLVD
COPPELL, TX 75019

COASTAL AVIATION SERVICES
88 LANDRY STREET, BIDDEFORD AIRPO
BIDDEFORD, ME 4005

Choice Solutions, L.L.C.
Attn: James Steinlage
10801 Mastin Blvd., Ste 900
Overland Park, KS 66213

CITY OF COPPELL / COPPELL ISD
PO BOX 9478
COPPELL, TX 75019

COLORADO AIR PARTS INC
1519 1300 ROAD
DELTA, CO 81416

CHRIS BENAVIDES
1012 E PIONEER
IRVING, TX 75061

City Water International, Inc.
PO Box 319
Elma, NY 14059-0319

COMBUSTION TECHNOLOGIES, INC.
1804 SLATESVILLE ROAD
CHATHAM, VA 24531

Chris Reser
c/o Beeler, Walsh & Walsh, PLLC
4508 N. Classen Blvd.
Oklahoma City, OK 73118

CITY WATER INTERNATIONAL, LTD
PO BOX 674007
DALLAS, TX 75267-4007

Comfort Technolgies, LLC
PO Box 150434
Arlington, TX 76015

CHRIS WOOTTON
2775 N HWY 360 # 217
GRAND PRAIRIE, TX 75050

City Water International, Ltd.
PO Box 319
Elma, NY 14059-0319

COMFORT TECHNOLOGIES, LLC
PO BOX 270809
FLOWER MOUND, TX 75027

CHRISTIANSEN AVIATION
PO BOX 702412
TULSA, OK 74170-2412

CLEARFIELD JEFFERSON REG. AIR
PO BOX 299
FALLS CREEK, PA 15840

Comfort Technolgies, LLC
PO Box 150434
Arlington, TX 76015

COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17 STREET
AUSTIN, TX 78774-0100

CPI OFFICE PRODUCTS
11111 ZODIAC LANE
DALLAS, TX 75229

DANIEL & ALEX GRZELECKI
7209 ST. JAMES COURT
CORPUS CHRISTI, TX 78413

COMTEC MANUFACTURING, INC.
1012 DELAUM ROAD
ST MARYS, PA 15857-0940

CRAIG CAYLOR
301 MEADOW DRIVE
PONDER, TX 76205

DAPRA MARKING SYSTEMS
66 GRANBY STREET
BLOOMFIELD, CT 6002

CON-WAY FREIGHT INC
PO BOX 982020
NORTH RICHLAND HILLS, TX 76182

CRANE CAMS
2531 TailSpin Trail
DAYTONA BEACH, FL 32128-6743

DARRELL INGLE
2020 VISTA VIEW
ROANOKE, TX 76262

CONNERS & WINTERS
CARROLLTON TOWERS - EAST, 13601
DALLAS, TX 75240

CUSTOM TUBE PRODUCTS INC
435 A2 AIRPARK ROAD
EDGEWATER, FL 32132

Dave Klepacki
Engineering Systems, Inc.
4775 Centennial Blvd., Suite 106
Colorado Springs, CO 80919

Contract Container Service, Ltd.
PO Box 6245
Fryatt Street, Dunedin City Centre
Dunedin City, Otago 9016
New Zealand

CYGNET AEROSPACE CORP
1971 FEARN AVENUE
LOS OSOS, CA 93402

David A. Levin
AIG
70 Pine Street
New York, NY 10270

CORBITT MANUFACTURING CO.
650 N. MAIN CENTER
ST. CHARLES, MO 63301

CYGNUS BUSINESS MEDIA
1233 JANESVILLE AVENUE
FORT ATKINSON, WI 53538

DAVID AUSTIN
12250 FM 2449
PONDER, TX 76259

CORLEY GASKET CO
6555 HUNNICUT ROAD
DALLAS, TX 75227

Dale Alexander
Gary Novak
Engineering Systems, Inc.
3851 Exchange Ave.
Aurora, IL 60504

DAVID BUONO
6707 W INTERWOOD LAND
DALLAS, TX 75248

CORPORATE EXPRESS INC
2230 AVENUE J
ARLINGTON, TX 76006-5866

Dallas County Tax Office
500 Elm Street
Dallas, TX 75202-3304

DAVID CHILDS TAX ASSESSOR
500 ELM STREET
DALLAS, TX 75244

Corporate Finance Partners
MidCap GmbH
Torstr. 33-35
10119 Berlin, Germany

DALLAS WASTE DISPOSAL & RECYCLIN
3303 PLUTO STREET
DALLAS, TX 75212

David Childs, PhD.
Dallas County Tax Assessor
500 Elm Street, Records Bldg.
Dallas, TX 75202

CP PISTONS INC
1902 MCGAW AVENUE
IRVINE, CA 92614

Dallas Waste Disposal and Recycling, Inc
3303 Pluto St.
Dallas, TX 75212

David Foord Avionics
292 Sir Donald Bradmen Drv.
Brooklyn Park, SA 5032
Australia

| | | |
|---|---|---|
| David Hines<br>500 Sutter St.<br>San Francisco, CA 94102 | DIVCO<br>2806 NORTH SHERIDAN<br>TULSA, OK 74115 | DYNAMIC TECHNOLOGY INC<br>3201 WEST ROYAL LANE #150<br>IRVING, TX `75063 |
| DAVID PARNELL<br>935 CONKLIN<br>CANADIAN, TX 79014-3250 | DOUGLAS COOK<br>5111 MESA TERRACT<br>LA MESA, CANADA 91941 | E-MAG IGNITIONS<br>2014 GREG STREET<br>AZLE, TX 76020 |
| DAVID S RUNYAN<br>6414 INWAY DRIVE<br>SPRING, TX 77389 | DOUGLAS L. DODSON JR.<br>4431 KNOX AVENUE<br>ROSAMOND, CA 93560 | Easylink Services<br>33 Knightsbridge Rd.<br>Piscataway, NJ 08854-3925 |
| DAVID W ROGERS JR.<br>3843 JEFFERSON ROAD<br>GLEN ROCK, PA 17327 | Douglas Stimpson<br>Chuck Schueller<br>Accident Investigatin & Reconstruction<br>11740 Airport Way, Hgr 35D<br>Broomfield, CO 80021 | EASYLINK SERVICES CORPORATION<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 8854 |
| Dean Marshall<br>5228 La Taste Ave.<br>El Paso, TX 79924 | Downtown Aviation<br>2787 N. Second Street<br>Memphis, TN 38671 | EATON CORPORATION<br>700 LUICKS LANE<br>BELMOND, IA 50421 |
| DEKALB FORGE<br>1832 PLEASANT<br>DEKALB, IL 60115 | DS-Air Service<br>AM Luneort 13<br>Bremerhaven, Germany 27572 | ECK INDUSTRIES INC<br>1602 NORTH 8TH STREET<br>MANITOWOC, WI 54221-0967 |
| DELI MANAGEMENT INC<br>2400 BRAODWAY STREET<br>BEAUMONT, TX 77702 | DSS FIRE INC<br>10265 MILLER RD<br>DALLAS, TX 75238 | ELECTRONICS INTERNATIONAL INC<br>63296 POWELL BUTTE HIGHWAY<br>BEND, OR 97701 |
| DELL MARKETING LP<br>ONE DELL WAY, MAIL STOP RR1-33<br>ROUND ROCK, TX 78682 | DUKE REALTY SERVICES<br>14241 DALLAS PARKWAY # 1000<br>DALLAS, TX 75254 | ELVIS LACAYO<br>2520 CATAINA WAY<br>IRVING, TX 75060 |
| DENA BEECHER<br>11524 CACTUS SPRINGS<br>FORT WORTH, TX 76248 | DURRIE SALES<br>411 COUNTRY CLUB RD.<br>BENSONVILLE, IL 60106 | Endicott Forging & Mfg.<br>1901 North Street<br>Endicott, NY 13760 |
| DENNIS CHEATHAM<br>311 RAVENNA ROAD<br>LAKE DALLAS, TX 75065 | Dustin A. Turnquist, M.S., P.E.<br>Engineering Systems Inc.<br>4775 Centennial Blvd., Suite 106<br>Colorado Springs, CO 80919 | ENPARTS<br>660 FERRIS ROAD, SUITE 102<br>LANCASTER, TX 75146 |

| | | |
|---|---|---|
| ERIC JAMES<br>2710 W. PIONEER<br>IRVING, TX 75061 | FEDERAL EXPRESS<br>942 SOUTH SHADY GROVE ROAD<br>MEMPHIS, TN 38120 | FORT DEARBORN LIFE INSURANCE<br>2400 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082-7399 |
| ERVIN LEASING COMPANY<br>PO BOX 1689<br>ANN ARBOR, MI 48106-1689 | Federal Trade Commission<br>Southwest Region<br>1999 Bryan Street, Suite 2150<br>Dallas, TX 75201-6808 | FRED A. RAWLINS<br>8326 SAW GRASS WAY<br>RADFORD, VA 24141 |
| Ervin Leasing Company<br>3893 Research Park Drive<br>Ann Arbor, MI 48108 | FEDEX FREIGHT EAST<br>200 FORWARD DR<br>HARRISON, AR 72602-0840 | Fred Fine<br>Technical Consultant<br>PO Box 7315<br>Spanish Fort, AL 36577-7315 |
| EUROPEAN AVIATION SAFETY AGENC<br>POSTFACH 10 12 53<br>D-50452 COLOGNE, GERMANY | First Data Corporation<br>6201 Powers Ferry Road<br>ATS-75<br>Atlanta, GA 30339-5401 | GARLOCK - METALLIC GASKET DIV<br>250 PORTWALL ST, SUITE 300<br>HOUSTON, TX 77029 |
| EVAN YEARSLEY<br>509 PARKVIEW PLACE<br>COPPELL, TX 75019 | FLEX-FAB, LLC<br>1699 WEST M-43 HWY<br>HASTINGS, MI 49058 | GARLOCK KLOSURE<br>1666 DIVISION STREET<br>PALMYRA, NY 14522 |
| EXECUTIVE PRINTING SYSTEMS<br>PO BOX 3064<br>MCKINNEY, TX 75070 | FLIGHT INTERNATIONAL INC<br>1 LEAR DRIVE, WILLIAMSBURG INT'L AI<br>NEW PORT NEWS, VA 23602 | Garlock Sealing Technologies<br>5605 Carnegie Blvd., Suite 500<br>Charlotte, NC 28209 |
| EXPERIMENTAL AIRCRAFT ASSOC.<br>PO BOX 3086<br>OSHKOSH, WI 54903-3086 | Flyer Industria<br>Aeronautica Flyer<br>CX-13 Americana<br>SP 13, 170-970 Brazil | Garvin Agee Carlton and Mashburn, PC<br>Attn: Alan Agee<br>PO Box 10<br>Pauls Valley, OK 73075-0010 |
| EXXON MOBIL OIL CORPORATION<br>3225 GALLOWS ROAD<br>FAIRFAX, VA 22037 | FLYING J PARTNERS INC<br>PO BOX 207<br>WEST OSSIPEE, NH 3890 | GARY WRIGHT<br>2007 PAT LANE<br>CARROLLTON, TX 75006 |
| FASTENER DIMENSIONS, INC.<br>94-03 104TH STREET<br>OZONE PARK, NY 11416 | Flying Machines South<br>8727 SE 72nd Ave<br>Ocala, FL 33472 | GASKET MANUFACTURING CO. INC<br>18001 SOUTH MAIN STREET<br>GARDENIA, CA 90248-3530 |
| FAULKNERS AIR SHOP, INC.<br>PO BOX 1147<br>BURNET, TX 78611-1147 | FLYING VIKINGS, INC.<br>21593 SKYWEST DRIVE<br>HAYWARD, CA 94541 | GATES CORPORATION<br>1551 WEWATTA STREET<br>DENVER, CO 80202 |

GENERAL AIR SERVICE
BOX 96, MUNICIPAL AIRPORT
VALLEY CITY, ND 58072-0096

GREAT AMERICA LEASING CORP
8742 INNOVATION WAY
CHICAGO, IL 60682-0087

Haski Aviation
406 Frank Farone Dr.
New Castle, PA 16101

General Aviation Maintenance
Hangar 1 Airport
Essendon Victoria

GreatAmerica Leasing Corporation
PO Box 609
Cedar Rapids, IA 52406-0609

HEATHER FORDE
2014 DEWITT STREET
IRVING, TX 75062

GENESEE STAMPING & FABRICATING
1470 AVENUE T
GRAND PRAIRIE, TX 75050-1222

Greg Cole
1824 Benson Rd.
Garner, NC 27529

HELI-COIL - EMHART TEKNOLOGIES LL
PO BOX 859
SHELTON, CT 6484

George Edward, III, PhD., P.E.
Clarke Engineering Consultants, Inc.
46344 Lore Court
Lexington Park, MD 20653

GREG VAUGA
2005 ROCKWALL FARMS LANE
FUQUAY VARINA, NC 27526

HELIO PRECISION PRODUCTS
601 NORTH SKOKIE HIGHWAY
LAKE BLUFF, IL 60044

GEORGE JENSON
501 EAST FIRST STREET
TUCSON, AZ 85705

GREGORY ZABRANSKY
400 CR 2355
MINEOLA, TX 75773-3654

Henry and Carole Bailey
c/o The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103

GERHARDT GEAR
133 EAST SANTA ANITA
BURBANK, CA 91502-1926

GULF COAST AVIONICS
3650 DRANE FIELD RD, LAKELAND REG
LAKELAND, FL 33811

Hetrick Aircraft, Inc.
3600 Sardou Billard Municipal Airport
Topeka, KS 66616

GLORIA JEAN WELSH
605 WHITNEY DRIVE
SLIDELL, LA 70461

HALSEY ENGINEERING & MFG INC
209 N MAYHILL ROAD
DENTON, TX 76208

Hurst Metallurgical Research Lab
2111 WEST EULESS BLVD, HIGHWAY 10
EULESS, TX 76040-6707

Golden Bay Maintenance
Hangar 144 Compass Rd.
Jandakot Airport
Jandakot, WA Australia 6164

HARRIS PACKAGING CORP.
1600 CARSON STREET
HALTOM CITY, TX 76117

IAN PULLIN
24/19 BOWMAN STREET
SOUTH PERTH, WEST AUSTRALIA

Good Wood Road Racing
G-BBRX Ltd Oriel
Cottage Station Road
Chobham Woking GU24 8AX
United Kingdom

HARTFORD AIRCRAFT PRODUCTS
94 OLD POQUONOCK ROAD
BLOOMFIELD, CT 06002

IBRAEX IND
QUADRA 112S RUA SRO 7 N. 47, PLANTO
PALMAS - TO, BRAZIL 77.020-176

GRAIG SCHULZE
178 VICTORY #108
BURBANK, CA 91502

HARVEY-DACO, INC
307 LAKE AIR DRIVE
WACO, TX 76714-7155

ING
151 FARMINGTON AVENUE
HARTFORD, CT 06156-7750

| | | |
|---|---|---|
| INSTRON WILSON/SHORE INSTR.<br>825 UNIVERSITY AVENUE<br>NORWOOD, MA 02062-2643 | J.R. JORDAN<br>560 CLOTHIER SPRINGS ROAD<br>MALVERN, PA 19355 | JEFFERY PAUST<br>16100 HENDERSON PASS<br>SAN ANTONIO, TX 78232 |
| Intellipak, Inc.<br>12322 E. 55th Street<br>Tulsa, OK 74146 | Jack Kendall<br>AIG<br>1200 Abernathy Road NE<br>600 Northpark Town Center<br>Alpharetta, GA 30328 | JERRY BALLARD<br>PO BOX 2548<br>EVERGREEN, CO 80437 |
| Internal Revenue Service<br>Special Procedures - Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | Jade Air PLC<br>The Old Stables<br>Hoodlands Farm, London<br>Handcross<br>West Sussex, England RH17 6HB | Jerry Meyers Aviation<br>4713 Meadow Lane<br>Bozeman, MT 59715 |
| INTERNATIONAL BUSINESS SYSTEMS<br>90 BLUE RAVINE RD<br>FOLSOM, CA 95630 | JAMES EVERETT<br>2621 KEYHOLE STREET<br>IRVING, TX 75062 | Jim Irvin<br>Aircraft Engine Reconstruction Specialis<br>6501 Wilkinson Drive, Suite 200<br>Prescott, AZ 86301-6188 |
| International Business Systems<br>90 Blue Ravine Rd.<br>Folsom, CA 95630 | JAMES WHITLEY<br>820 SHADY LANE<br>BEDFORD, TX 76021-5330 | JIM WATKINS<br>8817 RAVENSWOOD RD<br>GRANBURY, TX 76049 |
| INTERWEST COMMUNICATIONS CORP<br>2152 W. NORTHWEST HWY, #122<br>DALLAS, TX 75220 | JAN CLEMENS<br>17269 CR 663<br>FARMERSVILLE, TX 75442 | JOHN F D PETERSON<br>13465 DECOTEAU ROAD<br>GONZALES, LA 70737 |
| Interwest Communications Corp.<br>2152 W. Northwest Hwy, Ste 122<br>Dallas, TX 75220 | Janella Ellsworth<br>PO Box 451<br>Guild, TN 37340 | JOHN FELLENSTEIN<br>839 SUMMERLY DRIVE<br>NASHVILLE, TN 37209 |
| Irving ISD<br>c/o Laurie Spindler<br>Linebarger Goggan Blair & Sampson<br>2323 Bryan St., Ste 1600<br>Dallas, TX 75201 | Janet Innis<br>c/o The Wolk Law Firm<br>1710-12 Locust Street<br>Philadelphia, PA 19103 | JOHN GOODLOE<br>6505 RIDGLEA<br>W TAUGA, TX 76148 |
| IWATSU Voice Networks<br>8001 Jetstar Dr.<br>Irving, TX 75063 | JEAN-PIERRE VERDIER<br>24234 EAGLE CLIFF TRAIL<br>CONIFER, CO 80433 | JOHN WEBER<br>2201 ROCKBROOK #1338<br>LEWISVILLE, TX 75067 |
| J&J AIR PARTS INC<br>430 NORTH BRYANT<br>PLEASANTON, TX 78064 | JEFF W. SMITH<br>1950 CHISWICK ROAD<br>KNOXVILLE, TN 37922 | JOHNSON, MORGAN & WHITE<br>PO BOX 5000<br>BOCA RATON, FL 33431-0800 |

Jon S. Lore
23314 Green Holly Road
Lexington Park, MD 20653

KING ENGINE BEARINGS LTD
10 HAAVATZ ST
KIRYAT GAT, ISREAL 82101

L.E. Clark
10109 Clark Airfield Rd.
Clark Airport
Clark, TX 76247

JUAN RUIZ
2851 ASTER
DALLAS, TX 75211

KISMET RUBBER PRODUCTS CORP
215 INDUSTRIAL BLVD
BLUE RIDGE, GA 30513

LABRIE COMMERCIAL CLEANING
PO BOX 833778
RICHARDSON, TX 75083

KAPCO/VALTEC AIRCRAFT SUPPLY
3120 E. ENTERPRISE ST
BREA, CA 92821

KITPLANES
531 ENCINITAS BLVD #105
ENCINITAS, CA 92024

LaBrie Commercial Cleaning
PO Box 833778
Richardson, TX 75083-3778

Kaplan, von Ohlen & Massamillo, LLC
ATTN: Nicholas E. Pantelopoulos
555 Fifth Avenue, 15th Floor
New York, NY 10017

KNAPPE & KOESTER INC
18 BRADCO STREET
KEENE, NH 3431

LARRY L. COLLEY
6701 Convair Rd.
EL PASO, TX 79925

Kayce Weakley
635 E Samford Avenue
Auburn, AL 36830

Knutson Aviation Services
Attn: Donald F. Knutson
2118 N. Tyler, Bldg. B, Suite 102
Wichita, KS 67212

LARRY REEDER
10484 AIR PARK LOOP
MELBA, ID 83641

Keith A Fink & Associates
S. Kevin Steinberg
11500 West Olympic Blvd., Suite 316
Los Angeles, CA 90064

KPMG, LLP
717 NORTH HARWOOD STREET, #3100
DALLAS, TX 75201

LARRY WM. ELLIOTT
15 KINGWOOD VILLAS CT
KINGWOOD, TX 77339

KELLY AEROSPACE POWER SYSTEMS
2900 SELMA HIGHWAY
MONTGOMERY, AL 36108

KSPG Automotive Brazil Ltda-Kolbenschm
RODARNALDO JULIO MAUERBERG, 400
13460-000 NOVA ODESSA - SP BRASIL

Lawrence Chevigny, et al.
c/o Miller Thompson, LLP
3000, 700-9th Ave. S.W.
Calgary, AB, Canada T2P 3V4

Kenneth J. Moran
Moran Brown PC
4110 East Parham Road
Richmond, VA 23228

KUEHNE & NAGEL INC
101 W RANGLER DRIVE, SUITE 201
COPPELL, TX 75019

Lawrence W. Olesen, Q.C.
Bryan & Company, LLP
2600 Manulife Place
10180-101 Street
Edmonton, Alberta T5J3Y2

KENT ABERCROMBIE
1436 GARDENIA ST
IRVING, TX 75063

KURT MANUFACTURING CORP
5280 MAIN ST. N.E.
MINNEAPOLIS, MN 55421-1594

LE JONES CO
1200 34TH AVENUE
MENOMINEE, MI 49858

Kent Abercrombie
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

L E CLARK
10109 CLARK AIRFIELD ROAD, CLARK A
CLARK, TX 76247

Lee Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores
Redwood City, CA 94065-2133

LIGHT SPEED ENGINEERING, LLC
416 E SANTA MARIA, HANGAR 15
ASANTA PAULA, CA 93060

MALONEY, BEAN, HORN & HULL PC
511 E JOHN CARPENTER FREEWAY, SU
IRVING, TX 75062

MARY RENFRO
7400 BARBARA COURT
WATAUGA, TX 76148

Loma Air
Herentalsesteenweg 10
B-2220 Heist O/D Berg
Belgium

MANDEL, LIPTON & STEVENSON LIMITE
120 N LA SALLE STREET #1450
CHICAGO, IL 60602

MASOUD ZEAHEDI
5801 ROSWELL ROAD
ATLANTA, GA 30328

Louis Franecke
1115 Irwin Street
Suite 100
San Rafael, CA 94901

MANITOWOC PATTERN & MFG CO
4315 EXPO DRIVE
MANITOWOC, WI 54220-7305

MASTER PRODUCTS CO
6400 Park Avenue
Cleveland, OH 44105

Luyster
c/o Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

MANITOWOC TOOL & MACHINING LLC
4211 CLIPPER DRIVE
MANITOWOC, WI 54220

MAURICE TOMPKINS
5024 DARDEN AVENUE
ORLANDO, FL 32812

LYNDEN INTERNATIONAL
1800 INTERNATIONAL BLVD #800
SEATTLE, WA 98188

MANUEL MERCADO
2930 SCOTT MILL
CARROLLTON, TX 75007

MAX NICHOLS
5221 TELESTAR LANE
GRET BEND, KS 67530

M&M AEROSPACE HARDWARE INC
PO BOX 025263
MIAMI SPRINGS, FL 33102-5263

MARIA GARCIA
1516 MARK
IRVING, TX 75061

MAYER BROWN LLP
230 SOUTH LASALLE STREET
CHICAGO, IL 60604-1404

MAHLE ENGINE COMPONENTS USA
c/o Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW.
Grand Rapids, MI 49503-2487

MARIA MELGAR
205 S IRVING HEIGHT
IRVING, TX 75060

MCMASTER-CARR SUPPLY CO
PO BOX 740100
ATLANTA, GA 30374-0100

MAHLE ENGINE COMPONENTS USA
17226 INDUSTRIAL HWY
CALDWELL, OH 43724-9779

MARIA PEREZ
1908 ANNA DRIVE
IRVING, TX 75061

MCSHAN FLORIST, INC.
10311 GARLAND ROAD
DALLAS, TX 75218-0430

MAHLE ENGINE COMPONENTS USA
14161 MANCHESTER ROAD
MANCHESTER, MO 63011

MARK SINDERSON
14700 HIGHTOWER
MINNETONKA, MN 55345

McSwain Engineering
3320 McLemore Dr.
Pensacola, FL 32514

MAJESTIC GRAPHICS LLC
9411 HILLTOP ROAD
ARGYLE, TX 76226

MARSHALLTOWN AVIATION INC
2651 170th STREET
MARSHALLTOWN, IA 50158-8917

Michael Henderson
c/o Randell C. Ogg, ESQ
Ninth Floor, Connecticut Bldg.
1150 Connecticut Ave., NW
Washington, DC 20036-4192

| | | |
|---|---|---|
| Michael J. Holland<br>Condon & Forsyth<br>7 Times Square, 18th Floor<br>New York, NY 10036 | MSC INDUSTRIAL DIRECT CO INC<br>75 MAXESS ROAD<br>MELVILLE, NY 11747-3151 | Northwest Propeller Service<br>16709 Meridian St, E, Unit 3<br>Puyallup, WA 98375 |
| MID-FLORIDA AIR SERVICES<br>19708 EUSTIS AIRPORT ROAD<br>EUSTIS, FL 32736 | MURRAY CORP.<br>260 SCHILLING CIRCLE<br>HUNT VALLEY, MD 21031 | Norvic Aero Engines<br>Units 4 & 5 Levellers Lane<br>Eynesbury, St. Neots<br>Cambs PE19 2JL |
| MID-SOTA AIRCRAFT REPAIR<br>25297 LAKE ROAD<br>ST CLOUD, MN 56301 | N.E.W. INDUSTRIES INC<br>905 S NEENAH AVE<br>STURGEON BAY, WI 54235 | O FALLON CASTING<br>600 Cannonball Ln<br>O FALLON, MO 63366-4411 |
| MIDWAY AVIATION<br>8008 CEDAR SPRINGS, LOCKBOX 15, D.<br>DALLAS, TX 75235 | NATIONAL CITY COMMERCIAL CAPITAL<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | OHIO GASKET & SHIM<br>976 EVANS AVENUE<br>AKRON, OH 44305 |
| MIDWEST AVIATION<br>1650 WEST COLLEGE DRIVE, SUITE 100<br>MARSHALLTOWN, MN 56258 | National City Commercial Capital Company<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | OMNIPACKAGING CORPORATION<br>12322 EAST 55TH STREET<br>TULSA, OK 74146 |
| MIKES CARTAGE COMPANY<br>PO BOX 153644<br>IRVING, TX 75015-3644 | New Horizons<br>5151 Belt Line Rd.<br>Dallas, TX 75254 | ON TIME EXPRESS<br>3409 HIGH PRAIRIE ROAD<br>GRAND PRAIRIE, TX 75050 |
| MILWAUKEE WIRE PRODUCTS<br>PO BOX 217<br>MEQUON, WI 53092-0217 | NICOL SCALES, INC.<br>1412 GRIFFIN ST. EAST<br>DALLAS, TX 75222-2288 | PACK READY<br>PO BOX 901<br>WYLIE, TX 75098 |
| MJLG c/o Marine Lumber<br>Lower Orange St.<br>Nantucket MA 02554 | NORMAN MARSDEN<br>5212 MUSTANG TRAIL<br>PLANO, TX 75093 | PARKER SEAL EPS DIVISION<br>403 INDUSTRIAL DRIVE<br>NACOGDOCHES, TX 75964 |
| MORRISSEY INC<br>9304 BRYANT AVE. SOUTH<br>BLOOMINGTON, MN 55420 | NORTH TEXAS PRECISION INSTRUMEN<br>7464 DOGWOOD PARK<br>FORT WORTH, TX 76118 | PASSPORTS & VISAS<br>2938 VALLEY VIEW LANE<br>DALLAS, TX 75234 |
| MOTION INDUSTRIES<br>2221 WEST MOCKINGBIRD LANE<br>DALLAS, TX 75235 | NORTHWEST PROPANE GAS, CO.<br>11551 HARRY HINES BLVD.<br>DALLAS, TX 75229-2296 | PATRICK BENOIT<br>3708 ROXBURY LANE<br>PLANO, TX 75025 |

Patton Air Spray
PO Box 164
Quirindi, NSW 2343
Australia

PETER J BEATTY
18 STIRRUP RUN
NEWARK, DE 19711-2460

Print, Inc.
11335 NE 122nd Way STE 250
Kirkland, PA 98034

Paul Eberly
414 Sunset Drive
Gulf Shores, AL 36542

Pilar Garcia
1516 Mark Street
Irving, TX 75061

Print, Inc.
11265 Kirkland Way, Ste 3000
Kirkland, PA 98033

PAUL HERSHORIN
6077 PINE NEEDLE LANE S
LAKE WORTH, FL 33467

PITNEY BOWES
2225 AMERICAN DRIVE
NEEHAH, WI 54956-1005

PRO AERO ENGINES, INC.
2965 AIRPORT DRIVE
KAMLOOPS, BC, CANADA V2B 7W 8,

Paul Leonard
16415 Addison Road, Suite 800
Addison, TX 75001-3267

Pitney Bowes Credit Corporation
2225 American Drive
Neehah, WI 54956

Professional Analysis and Consulting, In
Attn: David K. Hall
43W 752 US Route 30
Suite 2F
Sugar Grove, IL 60554

Paul Rice
6322 Long Beach Blvd
Harvey Cedar, NJ 08008

PLANE-POWER
346 HOWARD CLEMMONS ROAD
GRANDBURY, TX 76048

PROGRESSIVE AIR SERVICES LTD
2965 AIRPORT ROAD
KAMLOOPS, BC V2B 7W 8

PAUL WESTCOTT
7333 49th AVENUE S.E.
OLYMPIA, WA 98513-4515

PRECISION AIRMOTIVE LLC
14800 40TH AVENUE NE
MARYSVILLE, WA 98271

PROSTAR SERVICES INC
1420 MAC ARTHUR DRIVE #104
CARROLLTON, TX 75067

Paul Wickett
66 Scenic Drive
Pottsboro, TX 75076

PRECISION FITTINGS
709 NORTH MAIN STREET
WELLINGTON, OH 44090

PROTECTIVE PACKAGING CORP
1746 W. CROSBY ROAD #106
CARROLLTON, TX 75006

PAUL WINTERS
69 BALSALL ST EAST
BALSALL COMMON, COVENTRY ENGLA

PRECISION MACHINE & MFG CO
500 INDUSTRIAL ROAD
GROVE, OK 74344

PUBLISHERS PRESS
100 FRANK E SIMON AVENUE
SHEPHERDSVILLE, KY 40165

PENN YAN AERO SERVICE, INC.
2499 BATH ROAD
PENN YAN, NY 14527

Prima S.A.
Lisciasta 17 Street
91-357-LODZ
Poland

PULSAR AIRCRAFT CORPORATION
4233 SANTA ANITA AVENUE, SUITE #5
EL MONTE CA, CA 91731

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

PRINT INC
ONE DEERWOOD, 10201 CENTURION P
JACKSONVILLE, FL 32256

PYSZKA, BLACKMON, LEVY, MOWERS &
14750 NW 77TH COURT #300
MIAMI LAKES, FL 33016

QUILL CORPORATION
PO BOX 94080
PALATINE, IL 60094-4080

RICHARD KRAJICEK
1111 HERMANN DRIVE #29A
HOUSTON, TX 77004

Roxanne Cherry, Admin of the
Estate of Christopher Desch
c/o The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103

R&B ELECTRONICS
1520 INDUSTRIAL PARK DRIVE
SAULT SAINTE MARIE, MI 49783

Richard L. Taylor
Flight Information, Inc.
5498 Ayrshire Drive
Dublin, OH 43017-9428

RSI CRATING & PACKAGING
2230 LBJ FREEWAY, #400
DALLAS, TX 75234

R+L CARRIERS
600 GILLAM ROAD
WILMINGTON, OH 45177-0271

RICK BAILEY
8020 NAVION LANE
FALCON, CO 80831

RSM MCGLADREY
ONE GALLERIA TOWER, 13355 NOEL RO
DALLAS, TX 75240-6651

RAM AIRCRAFT CORPORATION
7505 KARL MAY DRIVE
WACO, TX 76708

Rick Klein
4909 SW 11 Ave
Cape Coral, FL 33914

RUBBER ASSOCIATES, INC.
1522 WEST TURKEYFOOT LAKE ROAD
BARBERTON, OH 44203-4898

RANDY BORNHORST
4236 ARBORETUM DRIVE NW
ROCHESTER, MN 55901

ROB ATTAWAY
4518 E. OLIVE AVENUE
HIGLEY, AZ 85236

RUBEN MALDONADO
18625 MIDWAY ROAD #402
DALLAS, TX 75287

Ray Claxton, Ph.D.
Materials Analysis, Inc.
10338 Miller Rd.
Dallas, TX 75238

ROBINSON HELICOPTER
2901 AIRPORT DRIVE
TORRANCE, CA 90505-5308

Rudy Mantel
Forensic Animations
6885 NW 12th Street
Ft. Lauderdale, FL 33313

REIMERS AIRCRAFT ENGINES
4741 EAST 113th AVENUE
ANCHORAGE, AK 99516-1620

RODNEY MCLEAN
150 SOUTH CHASE STREET
LAKEWOOD, CO 80226

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456

Reno Air Racing Association
14501 Mt Anderson St
Reno, NV 89506

Roger W. Stalkamp
3548 Old Oaks Drive
Beavercreek, OH 45431-2412

RUSS AIREY
989 SILVERDALE DRIVE
WINDSOR, ONTARIO, CANADA

RESERVE ACCOUNT - WORLD HEADQU
1 ELMCROFT ROAD
STAMFORD, CT 06926-0700

RONALD GELZUNAS
NORTH WILDWOOD MEDICAL ASSOC,
NORTH WILDWOOD, NJ 8260

SAE INTERNATIONAL
400 COMMONWEALTH DRIVE
WARRENDALE, PA 15096-0001

RICHARD BRINKERHOFF
2134 GOLD DUST COURT
TRINITY, FL 34655

ROSTRA VERNATHERM, INC.
106 ENTERPRISE DRIVE
BRISTON, CT 6010

SAFETY-KLEEN
5400 LEGACY DRIVE
PLANO, TX 75024

SAL BUENTELLO
15963 PARVIN ROAD
PROSPER, TX 75078

SKY-TEC
350 HOWARD CLEMMONS ROAD
GRANBURY, TX 76048

STATE COMPTROLLER
111 E. 17 STREET
AUSTIN, TX 78774-0100

SAMPSON ENTERPRISES INC
894 N MILL STREET, SUITE 2
LEWISVILLE, TX 75057

SKYLINE AVIATION
SPIRIT AIRPORT, 776 NORTH BELL AVE
HESTERFIELD, MO 63005

STATE OF OHIO
PO BOX 16678
COLUMBUS, OH 43216-6678

SATURN FASTENERS INC
425 S. VARNEY ST.
BURBANK, CA 91502

SKYTEL
PO BOX 2469
JACKSONVILLE, MS 39225-2469

STAVELEY SERVICES FLUIDS ANALYSI
18419 EUCLID AVENUE
CLEVELAND, OH 44112-1016

Schnader Harrison Segal & Lewis, LLP
Attn: J. Denny Shupe
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Slick Unison
530 Blackhawk Park Ave.
Rockford, IL 61104

STEPHANIE FINNEY
17269 CR 663
FARMERSVILLE, TX 75442

SCOTT FREEMAN
840 EAST HUNGRY MOTHER DRIVE
MARION, VA 24354

Southair LTD
Taieri Airport
58 Stedman Rd
Mosgiel, Dunedin 9092
New Zealand

STEPHEN ADAMS
2398 WILLIAM FEW PARKWAY
EVANS, GA 30809

SEAL SCIENCE INC
17131 DAIMLER
IRVINE, CA 92614-5508

SOUTHWESTERN GAGE INC
3151 COMMONWEALTH
DALLAS, TX 75247-6201

STERLING AIRCRAFT REPAIR
FORREST LANE, PO BOX 185
STERLING, AK 99672

SECURLOCK STORAGE CENTERS
320 STATE HWY 121
COPPELL, TX 75019

Spirangam Ragan
215 Granite Court
Boulder City, NV 89005

Steve Gann
8166 Autumnwoods
Southaven, MS 38671

SEMBLEX CORPORATION
199 W DIVERSEY AVENUE
ELMHURST, IL 60126

SPRING ENTERPRISES
2890 MALIBOU COURT
DAYTONA BEACH, FL 32128

STEVE GLASS
769 FARMBROOK DRIVE
BEAVERCREEK, OH 45430

Signature Engines
4760 Airport Rd.
Cincinnati, OH 45226

STAN JONES AVIATION
1100 AIRPORT ROAD
SALEM, IL 62881

STEVE WILSON
PO BOX 206
PANACEA, FL 32346

SKF SEALING SOLUTIONS
PO BOX 536755
ATLANTA, GA 30353-6755

STAPLES BUSINESS ADVANTAGE
500 STAPLES DRIVE
FRAMINGHAM, MA 1702

STEVES AIRCRAFT
15373 JONES ROAD
WHITE CITY, OR 97503-9577

| | | |
|---|---|---|
| SUEZ ENERGY RESOURCES NA<br>PO BOX 25225<br>LEHIGH VALLEY, PA 18002-5225 | TEXAS DUGAN L.P.<br>600 EAST 96TH STREET #100<br>INDIANAPOLIS, IN 46240 | TigerHelicopter<br>Shobdon Aerodrome<br>Leominster Herefordshire<br>HR6 9NR United Kingdom |
| Suez Energy Resources, NA<br>1990 Post Oak Dr., Ste 1900<br>Houston, TX 77056 | Texas Dugan LP<br>c/o Duke Realty LP<br>5495 Belt Line Road, Suite 360<br>Dallas, TX 75240 | Time Warner Telecom of Texas, L.P.<br>2805 Dallas Parkway, Ste 140<br>Plano, TX 75093 |
| Suez Energy Resources, NA<br>1990 Post Oak Dr., Suite 1900<br>Houston, TX 77056 | TEXAS NAMEPLATE<br>PO BOX 150499<br>DALLAS, TX 75315-0499 | Time Warner Telecom of Texas, LP<br>15303 Dallas Parkway, Ste 610<br>Addison, TX 75001 |
| SUPERIOR TRANSPORT<br>3200 N SYLVANIA AVE #A<br>FORT WORTH, TX 76111 | THE BLAND CO<br>55 BROOK STREET<br>WEST HARTFORD, CT 06133-0358 | TIMSCO<br>9893 W UNIVERSITY DRIVE, #121<br>MCKINNEY, TX 75071 |
| Tarrant County Tax Office<br>100 E. Weatherford<br>Fort Worth, TX 76196 | THE SERVICE CENTER<br>6450 CLARA ST., STE 100<br>HOUSTON, TX 77041 | TOPCAST AVIATION SUPPLY<br>15/F WO OLD PEACE CENTRE, 55 WO TUI<br>KWAI CHUNG, HONG KONG |
| TECHNIPRODUCTS INC<br>126 INDUSTRIAL DRIVE<br>EAST LONGMEADOW, MA 01028-0215 | THIELERT AE - PRE INSOLVENCY<br>NIERITZSTR 14<br>D-01097, DRESDEN GERMANY | TRADE-A-PLANE ADVERTISING<br>174 4TH STREET<br>CROSSVILLE, TN 38557 |
| TECHNIFAX OFFICE SOLUTIONS<br>3220 KELLER SPRINGS #118<br>CARROLLTON, TX 75006 | THIELERT AG<br>ALBERT-EINSTEIN-RING 11<br>D-22761, HAMBURG GERMANY | TREVOR DAVIS<br>23 OUDEKRAAL ROAD<br>CAMPUS BAN, SOUTH AFRICA |
| Technifax Office Solutions<br>3220 Keller Springs, Ste 118<br>Carrollton, TX 75006 | THIELERT AIRCRAFT ENGINES GMBH<br>NIERITZSTR 14<br>D-01097, DRESDEN GERMANY | TriStar, Inc.<br>3740 E. LaSalle St.<br>Phoenix, AZ 85040 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 | THOMAS LOCHRIDGE<br>1403 N 14TH STREET<br>HONEY GROVE, TX 75446 | TRUARC COMPANY LLC<br>125 BRONCO WAY<br>PHILLIPSBURG, NJ 8665 |
| TEX-AIR PARTS INC<br>3724 N COMMERCE ST<br>FORT WORTH, TX 76106 | THOMAS REPROGRAPHICS<br>600 N CENTRAL EXPRESSWAY<br>RICHARDSON, TX 75080 | TRW AUTOMOTIVE US LLC<br>3900 MOGADORE INDUSTRIAL PARKWA<br>MOGADORE, OH 44260 |

| | | |
|---|---|---|
| TULCO OILS INC<br>627 112TH STREET<br>ARLINGTON, TX 76011 | UNITED PARCEL SERVICE<br>PO BOX 650580<br>DALLAS, TX 75265-0580 | Vector Aviation<br>Vector Air Ltd.<br>The Homestead<br>Therfield Royston SG8 9RA |
| TW TELECOM<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242-1496 | Virgin Records America, Inc.<br>c/o Tew Cardenas, LLP<br>4 Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, FL 33131 |
| TX State Comptroller of Public Accts.<br>Revenue Acct. Div - Bankruptcy<br>P.O. Box 13528 Capital Station<br>Austin, TX 78711 | UPS SUPPLY CHAIN SOLUTIONS INC<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 | VISION SERVICE PLAN - (SW)<br>FILE # 73280, PO BOX 60000<br>SAN FRANCISCO, CA 94160-3280 |
| Tygris Vendor Finance, Inc.<br>f/k/a US Express Leasing<br>Attn: Annette McGovern<br>10 Waterview Blvd.<br>Parsippany, NJ 07054 | US EXPRESS LEASING INC<br>DEPT #1608<br>DENVER, CO 80291-1608 | VOLARE CARBURETORS LLC<br>211 CHASE STREET<br>GIBSONVILLE, NC 27249 |
| TZU-YING HO<br>7218 BRANBLEBUSH DRIVE<br>FRISCO, TX 75034 | US Express Leasing, Inc.<br>10 Waterview Blvd.<br>Parsippany, NJ 07054 | W.W. GRAINGER<br>100 GRAINGER PARKWAY<br>LAKE FOREST, IL 60045-5201 |
| U.S. SEC<br>Fort Worth Regional Office<br>Burnett Plaza, Suite 1900<br>801 Cherry Street, Unit 18<br>Fort Worth, TX 76102 | UTI, UNITED STATES INC<br>801 HANOVER DRIVE, SUITE #100<br>GRAPEVINE, TX 76051 | WAHIDUALLAH OSMAN<br>7952 EDDIE DRIVE<br>PLANO, TX 75025 |
| ULINE<br>2200 S. LAKESIDE DRIVE<br>WAUKEGAN, IL 60085 | V&L TOOL INC<br>2021 MCARTHUR ROAD<br>WAUKESHA, WI 53188 | Web Trends<br>851 SW 6th Ave., #600<br>Portland, OR 97204 |
| UMPCO<br>7100 LAMPSON AVENUE<br>GARDEN GROVE, CA 92846-5158 | VARGA ENTERPRISES INC<br>2350 S. AIRPORT BLVD.<br>CHANDLER, AZ 85249 | WEB TRENDS INC<br>851 SW 6TH AVENUE #600<br>PORTLAND, OR 97204 |
| UNISON INDUSTRIES, LLC<br>7575 BAYMEADOWS WAY<br>JACKSONVILLE, FL 32256 | Various | WESTERN GAGE CORPORATION<br>3316-A MAYA LINDA<br>CAMARILLO, CA 93012 |
| Unisource Worldwide, Inc.<br>850 N Arlington Heights Rd<br>Itasca, IL 60143 | VB SEALS INC<br>1107 AIRPORT ROAD<br>AMES, IA 50010 | WESTERN MANUFACTURING CO<br>28355 INDUSTRY DRIVE, UNIT 420<br>VALENCIA, CA 91355 |

WESTERN SKYWAYS
21 CREATIVE PLACE
MONTROSE, CO 81401

Wittgens Markus
Durbusch 47
D-51503 Rosrath Germany

White Hawk Aviation, Inc.
12517 Beaverlyford Road
Brandy Station, VA 22714

Woodhaven Aviation
2050 300 West
Hangar #63
Spanish Fork, UT 84660

Wilfredo Oquendo
PO Box 28448
Hialeah FL 33002

Wrico Stamping Co. of Texas
650 Industrial Blvd.
Grapevine, TX 76051

WILLIAM BLACKWOOD
620 N COPPELL ROAD #4104
COPPELL, TX 75019

WSK KALISZ
UL. CZESTOCHOWSKA 140
62-800, KALASZ, POLAND

WILLIAM CANNON
1 WALDEN COURT
THE COLONY, TX 75056

WYANDOTTE INDUSTRIES, INC.
4625 13th STREET
WYANDOTTE, MI 48192

WILLIAM E BUCKLEY
835 CAMP JOHNSON ROAD
ORANGE PARK, FL 32065

Yellow Transportation
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, MD 21094

WILLIAM PETERSON
2720 GRAYSTONE DRIVE
FLOWER MOUND, TX 75028

Z PACKAGING INC
1402 DUNN DR
CARROLLTON, TX 75006

WINSTED PRECISION BALL COMPANY
159 COLEBROOK RIVER ROAD
WINSTED, CT 6098

ZANZIS p.A.
CORSO VERCELLI, 159
10015 IVERA, ITALY

WISE AVIATION SERVICES
351 AIRPORT RD
DECATUR, TX 76234

ZEPHYR AIRCRAFT ENGINES
39320 AVENUE B, MUNICIPAL AIRPORT
ZEPHYRHILLS, FL 33540

WITHERINGTON PROPERTIES
3511 SILVERSIDE RD, SUITE 105
WILMINGTON, DE 19810-4902