**Superior Air Parts**
**Ch. 7 Liquidation Analysis**

| CALCULATIONS | | | | | |
|---|---|---|---|---|---|
| **CLAIMS PER DEBTOR** | | | | | |
| 503(b)(9) admin | | | | $ | 78,819 |
| Secured | | | | $ | 17,484 |
| Priority | | | | $ | 56,144 |
| Unsecured | | | | | |
| Trade Unsecured | | | | $ | 1,171,440 |
| Trade Executory Contracts (Open POs) | | | | | 4,118,739 |
| Executory Contracts (Other) | | | | | 446,036 |
| Warranty Claims | | | | | 142,971 |
| Loss of Warranty Claims | | | | | 19,580 |
| Insured Claims | | | | | 2,919,139 |
| TOTAL Unsecured Claims excluding insiders | | | | | 8,817,905 |
| Thielert AG | | | | | 10,146,611 |
| Thielert AE | | | | | 18,208,260 |
| TOTAL Unsecured Claims | | | | $ | 37,172,776 |
| **WORKING CAPITAL** | | | | | |
| Cash on hand | | | | $ | 3,754,281 |
| Accounts Receivable, net collectable | | | | $ | 1,000,000 |
| Inventory, gross | | | | $ | 7,736,091 |
| Accounts Payable | | | | $ | (50,000) |
| **CONVERSION OF INVENTORY TO CASH** | | | | | |
| Inventory, gross | | | | $ | 7,736,091 |
| Less non-FAA inventory | | | | | (1,300,000) |
| | Wkly sales | Wks sold | Margin | | 6,436,091 |
| Cost of inventory sold during orderly liquidation | $ 100,000 | 12 | 0% | | (1,200,000) |
| Remaining inventory available for "Fire sale" | | | | | 5,236,091 |
| Times % of cost obtained at "Fire sale" | | | | | 15% |
| Equals cash from "Fire sale" of remaining inventory | | | | $ | 785,414 |
| **Recap of Proceeds from Inventory Liquidation** | | | | | |
| Sales proceeds of inventory during orderly liquidation | $ 100,000 | 12 | | $ | 1,200,000 |
| Plus "Fire sale" proceeds of remaining inventory | | | | | 785,414 |
| Total cash from inventory | | | | $ | 1,985,414 |
| **Ch. 11 Bankruptcy Professionals** | | | | | |
| Total thru March | | | | $ | 650,000 |
| April estimate - Lain Faulkner | | | | | 50,164 |
| April estimate - B&M | | | | | 150,000 |
| April estimate - Strasburger | | | | | 239,337 |
| Total bankruptcy professionals | | | | $ | 1,089,501 |

| CALCULATIONS (continued) | | |
|---|---|---|
| **Debtor's Month Burn** | | |
| Rent and utilities | $ | 150,000 |
| Payroll and fringes | | 260,000 |
| Insurance - property and causalty | | 435,346 |
| Maintenance and misc. | | 110,000 |
| Total 4 month burn by debtor | $ | 955,346 |
| | | |
| **CALCULATION OF CASH TO UNSECURED CREDITORS** | | |
| Cash on hand | $ | 3,754,281 |
| Cash from collection of Accounts Receivable | | 1,000,000 |
| Cash from sale of Inventory | | 1,985,414 |
| Accounts payable | | (50,000) |
| Cash from Sale of IP packets | | 300,000 |
| Subtotal, cash generated | | 6,989,695 |
| Less debtors 4 month burn | | (955,346) |
| Less Ch. 11 bankruptcy professionals | | (1,089,501) |
| Less Warranty insurance (due September 1) | | 0 |
| Less Ch. 7 bankruptcy professionals ($50,000/month) | | (200,000) |
| Less Ch. 7 Trustee @ 3% of disbursements | | (209,691) |
| Equals cash available for creditors | | 4,535,157 |
| Pay 503(b)(9) admin claims | | (78,819) |
| Pay secured claims | | (17,484) |
| Pay priority claims | | (56,144) |
| **Equals cash available for unsecured creditors** | $ | **4,382,710** |
| | | |
| **Unsecured Claims** | $ | 37,172,776 |
| | | |
| **% Paid** | | **11.8%** |