U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed June 26, 2009

**United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| Debtor. | § | |

### ORDER SHORTENING NOTICE, SETTING DEADLINES
### AND HEARING DATE ON APPROVAL OF DEBTOR'S
### AMENDED DISCLOSURE STATEMENT

Upon consideration of Superior Air Parts, Inc. ("Debtor") Motion to Shorten Notice, Set Deadlines and Hearing Date on Approval of Debtor's Second Amended Disclosure Statement (Docket No. 235) ("Motion") and having found due and proper notice of the Motion, and considering the presentation of counsel, if any, the Court finds that cause exists to grant the Motion.  Accordingly, it is hereby:

ORDERED, the 25-day notice requirements of Bankruptcy Rule 2002(b) with regard to approval of disclosure statements are shortened consistent with this Order;  it is further

ORDERED that (i) objections to approval of the First Amended Disclosure Statement must be filed no later than 12:00 p.m., July 6, 2009; and (ii) a hearing date will be set for **July 6, 2009 at 4:00 p.m**. for Approval of Debtor's First Amended Disclosure Statement,. Debtor is responsible for notice.

# # # END OF ORDER # # #