U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed June 26, 2009**                                                                 **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | |
| DEBTOR-IN POSSESSION. | § | CHAPTER 11 |
| | § | |

**ORDER GRANTING APPLICATION OF BAKER MCKENZIE LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS ,FOR INTERIM ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 29, 2009 THROUGH MAY 15, 2009**

On this day the Court considered Baker & McKenzie LLP's Interim Application (the "Application") as Counsel to the Official Committee of Unsecured Creditors for Allowance of Administrative Claim of Fees and Expenses During The Period of January 29, 2009 Through May 15, 2009 [Doc. No. 215], which was filed on May 22, 2009. Upon consideration of the Application, the Certificate of No Objection, the evidence presented and the arguments of counsel, this Court finds that the Application should be granted on an interim basis. It is therefore

**ORDER**
DALDMS/663399.3

1

**ORDERED** that the Application is **GRANTED** and that Baker & McKenzie's requested fees are allowed on an interim basis subject to a twenty percent holdback; and it is further

**ORDERED** that with respect to the Application, Baker & McKenzie shall be entitled to be paid as interim compensation, for attorneys' fees in representing the Committee, $175,150.00 (which is 80% of $218,937.50); and it is further

**ORDERED** that Baker & McKenzie LLP is entitled to its expenses in the full amount of $2,505.68; and it is further

**ORDERED** that the Debtor is hereby authorized and directed to pay Baker & McKenzie LLP the sum of $177,655.68.

### ###END OF ORDER###