U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed June 26, 2009                                                           **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| DEBTOR-IN POSSESSION. § | CHAPTER 11 |
| § | |

**ORDER GRANTING APPLICATION FOR LAIN, FAULKNER & CO., P.C.,
FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OF FEBRUARY 13, 2009 THROUGH APRIL 30, 2009**

On this day the Court considered Lain, Faulkner & Co., P.C., Interim Application (the "Application") as Financial Advisors to the Official Committee of Unsecured Creditors for Allowance of Administrative Claim of Fees and Expenses During The Period of February 13, 2009 Through April 30, 2009 [Doc. No. 220], which was filed on May 26, 2009. Upon consideration of the Application, the Certificate of No Objection, the evidence presented and the arguments of counsel, this Court finds that the Application

**ORDER**                                                                                               1
DALDMS/663397.3

should be granted on an interim basis.  It is therefore

**ORDERED** that the Application is **GRANTED** and that Lain Faulkner's requested fees are allowed on an interim basis subject to a twenty percent holdback; and it is further

**ORDERED** that with respect to the Application, Lain Faulkner shall be entitled to be paid, as interim compensation, its fees in the amount of $57,676.60 (which is 80% of $72,095.75; and it is further

**ORDERED** that Lain Faulkner is entitled to its expenses in the full amount of $82.97; and it is further

**ORDERED** that the Debtor is hereby authorized and directed to pay Lain Faulkner the sum of $57,759.57.

### ###END OF ORDER###