U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed June 26, 2009**                  **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | |
| DEBTOR-IN POSSESSION. | § | CHAPTER 11 |
| | § | |

**ORDER GRANTING APPLICATION FOR LAIN, FAULKNER & CO., P.C.,
FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OF FEBRUARY 13, 2009 THROUGH APRIL 30, 2009**

On this day the Court considered Lain, Faulkner & Co., P.C., Interim Application (the "Application") as Financial Advisors to the Official Committee of Unsecured Creditors for Allowance of Administrative Claim of Fees and Expenses During The Period of February 13, 2009 Through April 30, 2009 [Doc. No. 220], which was filed on May 26, 2009. Upon consideration of the Application, the Certificate of No Objection, the evidence presented and the arguments of counsel, this Court finds that the Application

should be granted on an interim basis.  It is therefore

**ORDERED** that the Application is **GRANTED** and that Lain Faulkner's requested fees are allowed on an interim basis subject to a twenty percent holdback; and it is further

**ORDERED** that with respect to the Application, Lain Faulkner shall be entitled to be paid, as interim compensation, its fees in the amount of $57,676.60 (which is 80% of $72,095.75; and it is further

**ORDERED** that Lain Faulkner is entitled to its expenses in the full amount of $82.97; and it is further

**ORDERED** that the Debtor is hereby authorized and directed to pay Lain Faulkner the sum of $57,759.57.

### ###END OF ORDER###

# CERTIFICATE OF NOTICE

```
District/off: 0539-3           User: dbrown              Page 1 of 1              Date Rcvd: Jun 26, 2009
Case: 08-36705                 Form ID: pdf012           Total Noticed: 1

The following entities were noticed by first class mail on Jun 28, 2009.
fa           +Lain, Faulkner & Co., P.C.,   400 N. St. Paul, Suite 600,   Dallas, TX 75201-6897
The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2009**               **Signature:** _Joseph Speetjens_