U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed June 26, 2009**                                                                 **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | |
| Debtor | § | |

**AGREED ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AS TO
<u>MICHAEL HENDERSON</u>**

CAME ON for consideration, the Motion for Relief from the Automatic Stay (the "Motion") filed by Michael Henderson ("Henderson") and the Court finding that notice was proper under the circumstances and having noted the agreement of the parties below to the relief sought including an agreement by the parties below not to seek a further extension of the Stay Termination Date as defined below, hereby enters the following order. IT IS THEREFORE

**ORDERED** the Motion is Granted and that the automatic stay is hereby terminated effective on July 15, 2009 (the "Stay Termination Date") with respect to the lawsuit pending

in the Circuit Court for the County of Loudoun, Virginia, and styled as Case No. CL-55031, *Michael Henderson v. Aerodyne Corporation, et al,* to allow Henderson to proceed with the case mentioned herein.  IT IS FURTHER.

**ORDERED** that the automatic stay is terminated as of the Stay Termination Date to allow Henderson to collect against any applicable insurance policies or proceeds from such policies. IT IS FURTHER

**ORDERED** that Superior Air Parts, Inc. and the Official Committee of Unsecured Creditors shall not seek any extensions of the Stay Termination Date. IT IS FURTHER

**ORDERED** that all objections to the Motion are denied. IT IS FURTHER

**ORDERED** that Henderson is waiving his claim to collect from the Debtor's bankruptcy estate and shall withdraw his claim in this case within ten (10) days of the Stay Termination Date.  IT IS FURTHER

**ORDERED** that this Order is effective immediately upon entry and the enforcement of this Order will not be stayed pursuant to the 10-day stay otherwise prescribed by Bankruptcy Rule 4001(a)(3).

### End of Order ###

AGREED:

/s/Michelle E. Shriro
Michelle E. Shriro
State Bar No. 18310900
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Telephone: (972) 380-5533
Facsimile: (972) 380-5748
mshriro@singerlevick.com

ATTORNEYS FOR MICHAEL HENDERSON

/s/Robert P. Franke w/permission MES
Robert P. Franke
State Bar No. 07371200
STRASBURGER & PRICE, L.L.P.
901 Main St., Suite 4300
Dallas, TX 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330
robert.franke@strasburger.com

ATTORNEY FOR DEBTOR SUPERIOR
AIR PARTS, INC.

/s/Elliot D. Schuler w/permission MES
David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
David.w.parham@bakernet.com

ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS