U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed June 26, 2009                                                                 **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | |
| Debtor | § | |

**AGREED ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AS TO ROXANNE CHERRY,
ADMINISTRATOR OF THE ESTATE OF
<u>CHRISTOPHER DESCH, DECEASED AND TOBY DESCH</u>**

CAME ON for consideration, the Motion for Relief from the Automatic Stay (the "Motion") filed by Roxanne Cherry, Administrator of the Estate of Christopher Desch, Deceased and Toby Desch (the "Cherry/Desch Plaintiffs") and the Court finding that notice was proper under the circumstances and having noted the agreement of the parties below to the relief sought including an agreement by the parties below not to seek a further extension of the Stay Termination Date as defined below, hereby enters the following order. IT IS THEREFORE

**ORDERED** the Motion is Granted as to the Cherry/Desch Plaintiffs and that the automatic stay is hereby terminated effective on July 15, 2009 (the "Stay Termination Date") with respect to the first lawsuit pending in the Circuit Court of the City of Richmond, Virginia and styled as Case No. CL08004429-00, *Roxanne Cherry, Administrator of the Estate of Christopher Desch, Deceased v.*

AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO
ROXANNE CHERRY, ADMINISTRATOR OF THE ESTATE OF CHRISTOPHER DESCH, DECEASED
AND TOBY DESCH

Page 1

*Lycoming Engines, A Division of Avco Corporation f/d/a Textron Lycoming Reciprocating Engine Division and Avco Corporation and Textron, Inc. and Teledyne Continental Motors, Inc. and Dominion Aviation Services, Inc. and Superior Air Parts, Inc.* and the second lawsuit originally filed in the Court of Common Pleas of Philadelphia County, Pennsylvania and now pending based upon a removal in the United States District Court for the Eastern District of Pennsylvania and styled as Cause No. 01765 (December Term, 2008) *Roxanne Cherry, Administrator of the Estate of Christopher Desch, Deceased and Toby Desch    v.   Lycoming Engines, A Division of Avco Corporation f/d/a Textron Lycoming Reciprocating Engine Division and Avco Corporation and Textron, Inc. and The Manufacturer of Magneto Clamp Lycoming Part No. 66M19385 and Interface Solutions, Inc. and Superior Air Parts* to allow the Cherry/Desch Plaintiffs to proceed with both of the cases mentioned herein.  IT IS FURTHER.

**ORDERED** that the automatic stay is terminated as of the Stay Termination Date to allow the Cherry/Desch Plaintiffs to collect against any applicable insurance policies or proceeds from such policies. IT IS FURTHER

**ORDERED** that Superior Air Parts, Inc. and the Official Committee of Unsecured Creditors shall not seek any extensions of the Stay Termination Date. IT IS FURTHER

**ORDERED** that all objections to the Motion are denied. IT IS FURTHER

**ORDERED** that the Cherry/Desch Plaintiffs are waiving their respective claims to collect from the Debtor's bankruptcy estate and such shall withdraw their claims in this case within ten (10) days of the Stay Termination Date.  IT IS FURTHER

**ORDERED** that this Order is effective immediately upon entry and the enforcement of this Order will not be stayed pursuant to the 10-day stay otherwise prescribed by Bankruptcy Rule 4001(a)(3).

### End of Order ###

AGREED:

/s/Michelle E. Shriro
Michelle E. Shriro
State Bar No. 18310900
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Telephone: (972) 380-5533
Facsimile: (972) 380-5748
mshriro@singerlevick.com

ATTORNEYS FOR ROXANNE CHERRY,
ADMINISTRATOR OF THE ESTATE OF
CHRISTOPHER DESCH, DECEASED AND
TOBY DESCH

/s/Elliot D. Schuler w/permission MES
David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

/s/Robert P Franke w/permission MES
Robert P. Franke
State Bar No. 07371200
STRASBURGER & PRICE, L.L.P.
901 Main St., Suite 4300
Dallas, TX 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330
robert.franke@strasburger.com

ATTORNEY FOR DEBTOR SUPERIOR
AIR PARTS, INC.