B6B (Official Form 6B) (12/07)

In re **Superior Air Parts, Inc.**                                                                                                    Case No.  **08-36705**
                                                                                                                                                                  (if known)

*AMENDED 6/29/2009*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | | Petty Cash<br>Superior Air Parts, Inc.<br>621 South Royal Lane, Suite 100<br>Coppell, TX 75019 | $399.12 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JP Morgan Chase Bank<br>Texas Market<br>PO Box 260180<br>Baton Rouge, LA 70826-0180<br> - Operating Account ending in 2015 | $411,957.95 |
| | | JP Morgan Chase Bank<br>Texas Market<br>PO Box 260180<br>Baton Rouge, LA 70826-0180<br> - Payroll Account ending in 2023 | $0.00 |
| | | JP Morgan Chase Bank<br>Texas Market<br>PO Box 260180<br>Baton Rouge, LA 70826-0180<br> - Commercial Checking Acct. ending in 2031 | $0.00 |
| | | JP Morgan Chase Bank<br>Texas Market<br>PO Box 260180<br>Baton Rouge, LA 70826-0180<br> - Accounts Payable Acct. ending in 2049 | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Texas Dugan Limited<br>c/o Duke Realty Limited Partnership<br>5495 Belt Line Road, Suite 360<br>Dallas, TX 75240<br>Deposit on Coppell/Engine facility | $81,000.00 |
| | | Great American Leasing | $629.42 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Superior Air Parts, Inc.**              Case No.  **08-36705**
                                                                    (if known)

*AMENDED 6/29/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | PO Box 609<br>Cedar Rapids, IA 52406-0609<br> - deposit on phone system<br><br>SnF Management Services<br>4175 Medulla Road<br>Lakeland, FL 33811 | $3,477.50 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Microwaves (7)  $200<br>Large Refrigerators (2)  $350<br>Small Refrigerator (1)  $50 | $600.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Various pictures hanging in office ($100)<br>Large framed photos of aircraft ($350) | $450.00 |
| 6. Wearing apparel. | | Shirts and hats (marketing materials)<br>See attached itemized list. | $8,875.29 |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Canon EOS D30 Camera ($300)<br>Canon A540 Camera ($50)<br>HP Photosmart Camera ($50) | $400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Superior Air Parts, Inc.**  Case No. **08-36705**
(if known)

*AMENDED 6/29/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached list. | | $5,392,055.18 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Texas Franchise Tax Refund<br>Comptroller of Public Accounts<br>PO Box 149348<br>Austin, TX 78714-9348 | | $13,385.26 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Superior Air Parts, Inc.**　　　　　　　　　　　　　Case No.　**08-36705**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 6/29/2009*
**SCHEDULE B - PERSONAL PROPERTY**
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Intellectual property, trade secrets, and proprietary information relating to Part Manufacturing Authorizations, and Type Certificates | | Unknown |
| | | Trademarks: see attached list. | | Unknown |
| | | See attached list of registered domain names | | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See attached list of licenses including: Parts Manufacturing Authorizations, Type Certificates, Supplemental Type Certificates, and FAA Certificates | | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Superior Air Parts, Inc.**　　　　　　　　　　　　　　　Case No.　**08-36705**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 6/29/2009*
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Chevrolet Town and Country Van | $4,000.00 |
| | | 2005 Chevy C-1500 Truck | $6,000.00 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | | RV-6A experimental aircraft | $60,000.00 |
| 28. Office equipment, furnishings, and supplies. | | See attached list of equipment. | $96,287.14 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tooling and location. The following schedules are attached:<br>Schedule B29 (1) - Ownership confirmed<br>Schedules B29 (2) - Ownership disputed<br>Schedule B29 (3) - Does Not Exist<br>Schedule B29 (4) - Waiting to Hear from Vendor<br>Schedule of Misc. Tools | $474,616.83 |
| | | See attached list of machinery. | $116,869.81 |
| 30. Inventory. | | See attached list. | $11,158,744.18 |
| 31. Animals. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Superior Air Parts, Inc.**    Case No.  **08-36705**
(if known)

*AMENDED 6/29/2009*
**SCHEDULE B - PERSONAL PROPERTY**
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Various marketing materials (photo frames, mugs, luggage tags, etc.)<br>See itemized list attached to Schedule B #6.<br><br>See attached software list.<br><br>See attached list of display booth materials. | $5,146.00<br><br><br><br>Unknown<br><br>$0.00 |

_____5_____ continuation sheets attached    **Total  >**    **$17,834,893.68**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)