### Schedule B29(1) - Tooling
Superior's Ownership Confirmed

| Description | Vendor In Possession | Location | Notes | SL # Years | Acquisition Date | Depreciation Start Date | Monthly Depreciation | Original Cost | Balance 11/30/2008 | Contact | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tooling #1 Rocker Arm SLF18790 | Advanced Machining & Tool Inv M40853 | Lancaster, TX | Tooling #1 became obsolete when forging company changed. In house at Advanced. | 7 | 5/31/2000 | 01/01/01 | 174.77 | 14681.05 | 0.00 | Russell Boatman | 972.228.1987 |
| Tooling #2 - #4 Rocker Arm SLF18790 | Advanced Machining & Tool Inv M40853 | Lancaster, TX | Tooling #2-4 modified to fit new forgings. Advanced has in house. | 7 | 5/31/2000 | 01/01/01 | 174.77 | 14681.05 | 0.00 | Russell Boatman | 972.228.1987 |
| 520 Cylinder Tooling--Investment Cast | AMCAST (now Pac Rancho, Inc.) | Rancho Cucamonga, CA | Vendor claims 50% ownership | 7 | 12/31/97 | 12/31/97 | 1398.51 | 117475.00 | 0.00 | Mel Crosier | 817.437.8535 |
| 520 Cylinder Tooling--Investment Cast | AMCAST (now Pac Rancho, Inc.) | Rancho Cucamonga, CA | Vendor claims 50% ownership | 7 | 12/31/97 | 12/31/97 | 548.79 | 46098.00 | 0.00 | Mel Crosier | 817.437.8535 |
| 520 Cylinder Tooling--Investment Cast | AMCAST (now Pac Rancho, Inc.) | Rancho Cucamonga, CA | Vendor claims 50% ownership | 7 | 01/16/98 | 01/16/98 | 190.48 | 16000.00 | 0.00 | Mel Crosier | 817.437.8535 |
| 520 Cylinder Tooling--Investment Cast | AMCAST (now Pac Rancho, Inc.) | Rancho Cucamonga, CA | Vendor claims 50% ownership | 7 | 03/31/98 | 03/31/98 | 178.57 | 15000.00 | 0.00 | Mel Crosier | 817.437.8535 |
| SAF10202 Tooling, Barrel Forging | ATI Engineered Products--Portland Forge | Lebanon, KY | | 5 | 11/20/2008 | 11/01/08 | 125.00 | 7500.00 | 7375.00 | Shane Franks | 260.726.8121 X291 |
| SL75545-2 --Holding Fixt Our # 5618-50 | Best Tool & MFG | Kansas City, MO | | 7 | 04/25/00 | 04/25/00 | 59.52 | 5000.00 | 0.00 | Roland Mayer | 816.454.4000 X13 |
| SL36000W-A1 Tooling | Boring Machine Corporation | Fridley, MN | | 5 | 11/20/2008 | 11/01/08 | 250.00 | 15000.00 | 14750.00 | Tom Chacon | 763.786.0100 |
| Tooling Charge, 8 Collets | CAMtech/Invoice 6262 | Auburn, NY | Needs to be "scrapped per NY. Not worth the freight." | 7 | 1/17/2002 | 01/01/02 | 109.52 | 9200.00 | 109.52 | Ron Weaver | 561.575.1905 |
| Tooling for SLC10482 Accessory Housing | Carley Foundry/Invoice 54167 | Blaine, MN | | 5 | 4/13/2007 | 04/01/07 | 74.67 | 4480.00 | 2986.67 | Connie Schnerk | 763.205.8929 |
| SL10207 STD Rev S Piston Tooling | Combustion Technology/Invoice 3806 | Chatham, VA | | 7 | 3/8/2002 | 03/01/02 | 44.05 | 3700.00 | 132.14 | Mark Percario | 434.432.1428 |
| SL67114, Bushing, Rocker | COMTEC | St. Mary's PA | Wants $1,100 engineering fee to return each set of tools, plus freight for shipping | 7 | 05/31/92 | 05/31/92 | 8.93 | 750.00 | 0.00 | Chris Newell | 814.834.9300 X242 |
| SL67114 Rev A Tooling, Bushing, Rocker | Comtec/Invoice 13311 | St. Mary's PA | Wants $1,100 engineering fee to return each set of tools, plus freight for shipping | 7 | 12/6/2002 | 01/01/03 | 17.86 | 1500.00 | 232.14 | Chris Newell | 814.834.9300 X242 |
| SL60398 Rev A Tooling, Bushing | Comtec/Invoice 13312 | St. Mary's PA | Wants $1,100 engineering fee to return each set of tools, plus freight for shipping | 7 | 12/6/2002 | 01/01/03 | 17.86 | 1500.00 | 232.14 | Chris Newell | 814.834.9300 X242 |
| | Corbit Manufacturing | St. Louis, MO | | 7 | 12/22/99 | 12/22/99 | 34.82 | 2925.00 | 0.00 | Donna Klippel | 636.410.3521 |
| Tooling SA40762 | Corbit Manufacturing Inv. 31601-01 | St. Louis, MO | | 7 | 3/16/2001 | 04/01/01 | 10.12 | 850.00 | 0.00 | Donna Klippel | 636.410.3521 |
| Valve | Corbitt Manufacturing-033098-1 | St. Louis, MO | | 7 | 06/30/99 | 06/30/99 | 14.24 | 1196.50 | 0.00 | Donna Klippel | 636.410.3521 |
| PA625615 Valve Cover | Corbitt Manufacturing-9665 | St. Louis, MO | | 7 | 01/08/99 | 01/08/99 | 15.14 | 1271.62 | 0.00 | Donna Klippel | 636.410.3521 |
| Tooling for cylinder valve covers | CORBITT MFG TOOLING | St. Louis, MO | | 7 | 11/30/95 | 11/30/95 | 105.71 | 8880.00 | 0.00 | Donna Klippel | 636.410.3521 |
| Tooling for cylinder valve covers | CORBITT MFG TOOLING | St. Louis, MO | | 7 | 10/20/97 | 10/20/97 | 86.90 | 7300.00 | 0.00 | Donna Klippel | 636.410.3521 |
| Tooling - SB78965/SV78966/SV78967/SV78968 | Custom Tube Products | Edgewater, FL | | 5 | 9/4/2008 | 09/01/08 | 60.83 | 3650.00 | 3467.50 | David Love | 800.936.8665 |
| SAC10203 tooling repair and improvement | Eck | Manitowoc, WI | | 5 | 12/31/2004 | 01/01/05 | 137.41 | 8244.66 | 1786.34 | Dennis Hawkins | 251.621.2012 |
| Cylinder Head Tooling, SAC10203 | ECK Industries | Manitowoc, WI | | 5 | 11/7/2008 | 11/01/08 | 1325.00 | 79500.00 | 78175.00 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tooling for SAC10203 | Eck Industries/Inv 172307 | Manitowoc, WI | | 5 | 7/13/2007 | 08/01/07 | 61.67 | 3700.00 | 2713.33 | Dennis Hawkins | 251.621.2012 |
| SAC10203 Cylinder head tooling | Eck Industries/Invoice 153232 | Manitowoc, WI | | 5 | 4/5/2005 | 04/01/05 | 137.41 | 8244.66 | 2198.58 | Dennis Hawkins | 251.621.2012 |
| SAC10203 Cylinder head tooling | Eck Industries/Invoice 166357 | Manitowoc, WI | | 5 | 10/20/2006 | 12/01/06 | 26.67 | 1600.00 | 960.00 | Dennis Hawkins | 251.621.2012 |
| SLC10311 tooling repair and improvement | Eck | Manitowoc, WI | | 5 | 12/31/2004 | 01/01/05 | 178.85 | 10731.00 | 2325.05 | Dennis Hawkins | 251.621.2012 |
| SLC10311 Cylinder head tooling | Eck Industries/Invoice 153231 | Manitowoc, WI | | 5 | 4/5/2005 | 04/01/05 | 178.85 | 10731.00 | 2861.60 | Dennis Hawkins | 251.621.2012 |
| SLC54001 tooling repair and improvement | Eck | Manitowoc, WI | | 5 | 12/31/2004 | 01/01/05 | 211.26 | 12675.55 | 2746.37 | Dennis Hawkins | 251.621.2012 |
| Induction Tube-SAC40246 | ECK Ind/ 176409 | Manitowoc, WI | | 5 | 1/31/2008 | 02/01/08 | 22.50 | 1350.00 | 1125.00 | Dennis Hawkins | 251.621.2012 |
| Cylinder Head Tool SAC52001 | ECK Industries #120317 | Manitowoc, WI | | 7 | 08/16/01 | 09/01/01 | 1065.48 | 89500.50 | 0.00 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tooling for SAC52001 | Eck Industries/Inv 172306 | Manitowoc, WI | | 5 | 7/13/2007 | 08/01/07 | 38.33 | 2300.00 | 1686.67 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tool SAC52001 | Eck Industries/Invoice 125724 | Manitowoc, WI | | 7 | 3/25/2002 | 05/01/02 | 1065.48 | 89500.50 | 5327.41 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tool SAC52001 | Eck Industries/Invoice 127275 | Manitowoc, WI | | 7 | 5/29/2002 | 08/01/02 | 710.32 | 59667.00 | 5682.57 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tool SAC52001 | Eck Industries/Invoice 128251 | Manitowoc, WI | | 7 | 7/18/2002 | 08/01/02 | 58.81 | 4940.00 | 470.48 | Dennis Hawkins | 251.621.2012 |
| SAC52001 Cylinder head tooling | ECK Industries/Invoice 131005 | Manitowoc, WI | | 7 | 11/13/2002 | 01/01/03 | 710.32 | 59667.00 | 9234.18 | Dennis Hawkins | 251.621.2012 |
| SAC52001 Cylinder head tooling | ECK Industries/Invoice 135167 | Manitowoc, WI | | 7 | 5/12/2003 | 05/01/03 | 115.48 | 9700.00 | 1963.10 | Dennis Hawkins | 251.621.2012 |
| Cylinder Head tooling SAC52001 | ECK Industries/Invoice 135169 | Manitowoc, WI | | 7 | 5/12/2003 | 01/01/04 | 98.21 | 8250.00 | 2455.36 | Dennis Hawkins | 251.621.2012 |
| SAC52001 tooling change | Eck Industries/Invoice 165246 | Manitowoc, WI | | 5 | 8/31/2006 | 03/01/07 | 42.42 | 2545.00 | 1654.25 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tooling (SAC52001) | Eck Industries/Invoice 168799 | Manitowoc, WI | | 5 | 1/31/2007 | 02/01/07 | 858.33 | 51500.00 | 32616.67 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tooling (SAC52001) | Eck Industries/Invoice 168800 | Manitowoc, WI | | 5 | 1/31/2007 | 02/01/07 | 149.17 | 8950.00 | 5668.33 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tooling (SAC52001) | Eck Industries/Invoice 168801 | Manitowoc, WI | | 5 | 1/31/2007 | 02/01/07 | 148.33 | 8900.00 | 5636.67 | Dennis Hawkins | 251.621.2012 |
| SAC52001 Cylinder head tooling | Eck Industries/Invoice 169002 | Manitowoc, WI | | 5 | 2/13/2007 | 03/01/07 | 5.00 | 300.00 | 195.00 | Dennis Hawkins | 251.621.2012 |
| SAC52001 Cylinder head tooling | Eck Industries/Invoice 169006 | Manitowoc, WI | | 5 | 2/13/2007 | 03/01/07 | 222.27 | 13336.00 | 8668.40 | Dennis Hawkins | 251.621.2012 |
| Cylinder Head Tool SLC36005 | ECK Industries #120984 | Manitowoc, WI | | 7 | 09/13/01 | 10/01/01 | 26.79 | 2250.00 | 0.00 | Dennis Hawkins | 251.621.2012 |

## Schedule B29(1) - Tooling
Superior's Ownership Confirmed

| Description | Vendor In Possession | Location | Notes | SL # Years | Acquisition Date | Depreciation Start Date | Monthly Depreciation | Original Cost | Balance 11/30/2008 | Contact | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SLC36005 | ECK INDUSTRIES INC | Manitowoc, WI | | 7 | 07/31/00 | 07/31/00 | 37.20 | 3125.00 | 0.00 | Dennis Hawkins | 251.621.2012 |
| SLC36005 | ECK INDUSTRIES INC | Manitowoc, WI | | 7 | 07/31/00 | 07/31/00 | 38.10 | 3200.00 | 0.00 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tooling for SLC36005 | Eck Industries/Inv 172308 | Manitowoc, WI | | 5 | 7/13/2007 | 08/01/07 | 190.00 | 11400.00 | 8360.00 | Dennis Hawkins | 251.621.2012 |
| Sump, SVC78961 | ECK Industries/ 177093 | Manitowoc, WI | | 5 | 2/29/2008 | 03/01/08 | 225.00 | 13500.00 | 11475.00 | Dennis Hawkins | 251.621.2012 |
| Plenum, SVC78971 | ECK Industries/ Inv 177094 | Manitowoc, WI | | 5 | 2/29/2008 | 03/01/08 | 195.83 | 11750.00 | 9987.50 | Dennis Hawkins | 251.621.2012 |
| SLC36101 Cylinder head tooling | ECK Industries/Invoice 135168 | Manitowoc, WI | | 7 | 5/12/2003 | 05/01/03 | 130.24 | 10940.00 | 2214.05 | Dennis Hawkins | 251.621.2012 |
| Tooling for cylinder head - SLC36101 | Eck Industries/Invoice 136149 | Manitowoc, WI | | 7 | 6/25/2003 | 09/01/03 | 701.06 | 58889.00 | 14722.25 | Dennis Hawkins | 251.621.2012 |
| Cylinder Head tooling SLC36101 | Eck Industries/Invoice 145610 | Manitowoc, WI | | 5 | 6/25/2004 | 07/01/04 | 1364.82 | 81889.00 | 9553.72 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tooling for SLC36101 | Eck Industries/Invoice 165245 | Manitowoc, WI | | 5 | 8/31/2006 | 09/01/06 | 91.67 | 5500.00 | 3025.00 | Dennis Hawkins | 251.621.2012 |
| Induction tube tooling (SAC40247) | Eck Industries/Invoice 168797 | Manitowoc, WI | | 5 | 1/31/2007 | 02/01/07 | 159.17 | 9550.00 | 6048.33 | Dennis Hawkins | 251.621.2012 |
| Induction tube tooling (SAC40246) | Eck Industries/Invoice 168798 | Manitowoc, WI | | 5 | 1/31/2007 | 02/01/07 | 159.17 | 9550.00 | 6048.33 | Dennis Hawkins | 251.621.2012 |
| SVC78930 tooling for sump | Eck Industries/Invoice 170955 | Manitowoc, WI | | 5 | 5/8/2007 | 05/01/07 | 143.33 | 8600.00 | 5876.67 | Dennis Hawkins | 251.621.2012 |
| SVC78930 sump tooling | Eck/Invoice 174735 | Manitowoc, WI | | 5 | 11/9/2007 | 12/01/07 | 136.67 | 8200.00 | 6560.00 | Dennis Hawkins | 251.621.2012 |
| SVC78940 tooling for Plenum | Eck Industries/Invoice 170956 | Manitowoc, WI | | 5 | 5/8/2007 | 05/01/07 | 233.33 | 14000.00 | 9566.67 | Dennis Hawkins | 251.621.2012 |
| SLC20049 & SLC20050 | Fansteel / Crankcase Tooling (moved to Carley Foundry) | Blaine, MN | | 7 | 02/22/97 | 02/22/97 | 1029.94 | 86515.00 | 0.00 | Connie Schnerk | 763.205.8929 |
| SA24770 | Genesee | Grand Prairie, TX | | 7 | 11/29/99 | 11/29/99 | 14.21 | 1194.00 | 0.00 | Carih Haefs | 972.623.2004 |
| SL15330 Inv 12950 | Genesee Stamping | Grand Prairie, TX | | 7 | 04/13/00 | 04/13/00 | 193.57 | 16260.00 | 0.00 | Carih Haefs | 972.623.2004 |
| 3742 tooling | Genesee Stamping | Grand Prairie, TX | | 7 | 07/21/00 | 07/21/00 | 56.43 | 4740.00 | 0.00 | Carih Haefs | 972.623.2004 |
| Tooling-3824  SX 360-DP Rev A    3824-T3 | Genesee Stamping | Grand Prairie, TX | | 7 | 6/20/2001 | 07/01/01 | 5.49 | 461.00 | 0.00 | Carih Haefs | 972.623.2004 |
| SL61247 tooling | Genesee Stamping/ Invoice 050609 | Grand Prairie, TX | | 5 | 7/30/2007 | 08/01/07 | 10.33 | 620.00 | 454.67 | Carih Haefs | 972.623.2004 |
| SL72710 tooling | Genesee Stamping/Invoice | Grand Prairie, TX | | 5 | | 09/01/06 | 10.27 | 616.00 | 338.80 | Carih Haefs | 972.623.2004 |
| SV61248 Rev B Tooling-6202 | Genesee Stamping/Invoice 027522 | Grand Prairie, TX | | 5 | 2/18/2004 | 03/01/04 | 289.27 | 17356.46 | 867.82 | Carih Haefs | 972.623.2004 |
| SL68795 Rev A Tooling-6203 | Genesee Stamping/Invoice 028150 | Grand Prairie, TX | | 5 | 3/18/2004 | 03/01/04 | 232.27 | 13936.00 | 696.80 | Carih Haefs | 972.623.2004 |
| Tooling SL61247 Rev. F | Genesee Stamping/Invoice 029839 | Grand Prairie, TX | | 5 | 6/11/2004 | 07/01/04 | 72.50 | 4350.00 | 507.50 | Carih Haefs | 972.623.2004 |
| Tooling SX61249 Rev. C | Genesee Stamping/Invoice 029840 | Grand Prairie, TX | | 5 | 6/11/2004 | 07/01/04 | 68.67 | 4120.00 | 480.67 | Carih Haefs | 972.623.2004 |
| SL68795 Tooling | Genesee Stamping/Invoice 043995 | Grand Prairie, TX | | 5 | 7/14/2006 | 07/01/06 | 7.55 | 453.00 | 234.05 | Carih Haefs | 972.623.2004 |
| Tooling - 6202  SV61248 Rev A | Genesee Stamping/Invoice 26001 | Grand Prairie, TX | | 7 | 11/24/2003 | 01/01/04 | 103.31 | 8678.13 | 2582.78 | Carih Haefs | 972.623.2004 |
| Toling - 6203 SL68795 Rev A | Genesee Stamping/Invoice 26002 | Grand Prairie, TX | | 7 | 11/24/2003 | 01/01/04 | 82.95 | 6968.00 | 2073.81 | Carih Haefs | 972.623.2004 |
| Tooling-3932 - SA 65-DP Rev A 3932-T1 | Genesee Stampings | Grand Prairie, TX | | 7 | 08/10/01 | 10/01/01 | 7.80 | 655.00 | 0.00 | Carih Haefs | 972.623.2004 |
| SL14995 Rev K tooling | Genesee Stampings/Invoice 020120 | Grand Prairie, TX | | 7 | 5/3/2002 | 05/01/02 | 14.88 | 1250.00 | 74.40 | Carih Haefs | 972.623.2004 |
| SL18639 Rev - tooling | Genesee Stampings/Invoice 020339 | Grand Prairie, TX | | 7 | 5/23/2002 | 05/01/02 | 11.67 | 980.00 | 58.33 | Carih Haefs | 972.623.2004 |
| SL14995 | Genesse Stamping | Grand Prairie, TX | | 7 | 05/03/00 | 05/03/00 | 22.98 | 1930.00 | 0.00 | Carih Haefs | 972.623.2004 |
| SL372242 | Genesse Stamping | Grand Prairie, TX | | 7 | 05/31/00 | 05/31/00 | 216.05 | 18148.00 | 0.00 | Carih Haefs | 972.623.2004 |
| Could be setup fees or small valve covers and hardware | GENESSEE STAMPING | Grand Prairie, TX | | 7 | 08/05/98 | 08/05/98 | 20.60 | 1730.00 | 0.00 | Carih Haefs | 972.623.2004 |
| Could be setup fees or small valve covers and hardware | GENESSEE STAMPING | Grand Prairie, TX | | 7 | 10/06/98 | 10/06/98 | 7.71 | 648.00 | 0.00 | Carih Haefs | 972.623.2004 |
| Could be setup fees or small valve covers and hardware | GENESSEE STAMPING | Grand Prairie, TX | | 7 | 10/13/98 | 10/13/98 | 8.45 | 710.00 | 0.00 | Carih Haefs | 972.623.2004 |
| SA625393 Valve Spring Retainer | Genessee Stamping-8465 | Grand Prairie, TX | | 7 | 01/28/99 | 01/28/99 | 14.81 | 1244.00 | 0.00 | Carih Haefs | 972.623.2004 |
| Sl 14995 Rev. G | Genessee Stamping-9758 | Grand Prairie, TX | | 7 | 06/30/99 | 06/30/99 | 18.19 | 1528.00 | 0.00 | Carih Haefs | 972.623.2004 |
| Connecting Rod Tool, SLF36700 Forging | H&S Swanson Tool Company #48824 | Pinellas Park, FL | | 7 | 09/18/01 | 10/01/01 | 145.24 | 12200.00 | 0.00 | Ron Hiley | 727.541.3575 |
| Tooling for connecting rod SL11750-1 | H&S Swanson/Invoice 54499 | Pinellas Park, FL | | 7 | 5/30/2002 | 08/01/03 | 55.83 | 4690.00 | 1116.67 | Ron Hiley | 727.541.3575 |
| Printing and Cutting Dies | Harris Packaging Corp.-Invoice 220187 | Haltom City, TX | | 5 | 7/9/2007 | 07/01/07 | 24.60 | 1476.00 | 1057.80 | John Gause | 817.429.6262 |
| Print Plates for boxes | Harris Packaging Corp.-Invoice 221142 | Haltom City, TX | | 5 | 7/27/2007 | 08/01/07 | 14.17 | 850.00 | 623.33 | John Gause | 817.429.6262 |
| Ni-Resist pattern, valve guides | Helio/Invoice 108285; One pattern consisting of a backing plate and a header designed to fit Microfinish core blowers to produce rods measuring approx. 30mm x 450mm | Durban, South Africa | | 5 | 8/28/2007 | 10/01/07 | 116.67 | 7000.00 | 5366.67 | Bruce Blackwell | 847.473.1300 X19 |
| Tooling and gauging charge | Helio/Invoice 108285; Drill Bushings: Inside Diameter Plug Gauges, Outside Diameter Guage Masters, and Part Numbering Stamps | Lake Bluff, IL | | 5 | 8/28/2007 | 10/01/07 | 113.33 | 6800.00 | 5213.33 | Bruce Blackwell | 847.473.1300 X19 |
| Tooling SL72970 (located at Kurt) | Kurt Manfacting INV 218453 | Minneapolis, MN | | 7 | 08/30/00 | 08/30/00 | 70.83 | 5950.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| SL74996  (located at Kurt) | Kurt Manufacturing  INV 209324 | Minneapolis, MN | | 7 | 06/27/00 | 06/27/00 | 12.50 | 1050.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| Crankcase tooling (SLC20049 through SLC20052) [located at Carley Foundry] | Kurt Manufacturing Co/ Invoice 411699 | Minneapolis, MN | | 5 | 9/23/2004 | 11/01/04 | 1110.10 | 66606.25 | 12211.15 | Steve Carlsen | 763.572.4550 |
| Tooling SL75072  (located at Kurt) | Kurt Manufacturing Inv # 218454 | Minneapolis, MN | | 7 | 8/30/2000 | 02/01/01 | 20.83 | 1750.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| SL74996  (located at Kurt) | Kurt Manufacturing inv 206790 | Minneapolis, MN | | 7 | 06/09/00 | 06/09/00 | 11.90 | 1000.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| SL10482  (at Carley Foundry) | Kurt Manufacturing Inv 207256 | Minneapolis, MN | | 7 | 06/13/00 | 06/13/00 | 411.01 | 34525.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| SL78915   (located at Eck Foundry) | Kurt Manufacturing Inv 207460 | Minneapolis, MN | | 7 | 06/14/00 | 06/14/00 | 226.19 | 19000.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| SL61665  (located at Kurt) | Kurt Manufacturing Inv 209325 | Minneapolis, MN | | 7 | 06/27/00 | 06/27/00 | 32.74 | 2750.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| SL68317  (located at Kurt) | Kurt Manufacturing Inv 213261 | Minneapolis, MN | | 7 | 07/26/00 | 07/26/00 | 65.48 | 5500.00 | 0.00 | Steve Carlsen | 763.572.4550 |

**Schedule B29(1) -  Tooling**
Superior's Ownership Confirmed

| Description | Vendor In Possession | Location | Notes | SL # Years | Acquisition Date | Depreciation Start Date | Monthly Depreciation | Original Cost | Balance 11/30/2008 | Contact | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tooling SL10482-1 (located at Kurt) | Kurt Manufacturing Inv. # 241351 | Minneapolis, MN | | 7 | 1/29/2001 | 02/01/01 | 23.81 | 2000.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| Tooling charge for SL68C19622 (located at Kurt) | Kurt Mfg/Invoice 484798 | Minneapolis, MN | | 5 | 3/31/2006 | 04/01/06 | 24.50 | 1470.00 | 686.00 | Steve Carlsen | 763.572.4550 |
| Prototype Fixture&One time tooling , SVC78961 | Manitowoc Pattern & MFG | Manitowoc, WI | Superior owns Parts #40246 & 40 | 5 | 5/24/2008 | 06/01/08 | 93.33 | 5600.00 | 5040.00 | Dan Place | 920.682.1912 |
| SL75845, Gasket, V-band | MORRISSEY | Bloomington, MN | | 7 | 03/31/92 | 03/31/92 | 9.52 | 800.00 | 0.00 | Dave Behnken | 952.698.2329 |
| SL78083, Gasket, V-band | MORRISSEY | Bloomington, MN | | 7 | 03/31/92 | 03/31/92 | 9.52 | 800.00 | 0.00 | Dave Behnken | 952.698.2329 |
| SL72708, Lockplate | MORRISSEY | Bloomington, MN | | 7 | 12/31/89 | 12/31/89 | 14.29 | 1200.00 | 0.00 | Dave Behnken | 952.698.2329 |
| SL73383, Lockplate | MORRISSEY-LOCKPLATE SL73383 | Bloomington, MN | | 7 | 09/30/90 | 09/30/90 | 13.39 | 1125.00 | 0.00 | Dave Behnken | 952.698.2329 |
| SL78528-2 Rev M AN SL78531 Tooling | O'Fallon Casting/Invoice 105448 | O'Fallon, MO | | 5 | 1/10/2006 | 02/01/06 | 96.67 | 5800.00 | 2513.33 | Gregory Lowery | 636.272.6176 |
| SL76534 tooling | OGS Industries | Akron, OH | Superior owns the insets only, OGS  retains ownership of the master die set | 5 | 1/5/2005 | 02/01/05 | 8.33 | 500.00 | 116.67 | Heather Paulocsak | 330.630.2030 X144 |
| Tooling, SAC52001I, Investment Wax pattern | Pac Rancho/Invoice 8907 | Rancho Cucamonga, CA | Claims 50% ownership | 5 | 8/31/2006 | 09/01/06 | 840.00 | 50400.00 | 27720.00 | Mel Crosier | 817.437.8535 |
| Trim Die Replacement SA640612 | Rubber Associates/Invoice 31085 | Barberton, OH | | 7 | 5/9/2002 | 07/01/02 | 29.76 | 2500.00 | 208.33 | Toni Bates | 330.745.2186 X107 |
| 4 Cavity Mold - SL14230 | Rubber Associates/Invoice 55831 | Barberton, OH | | 5 | 2/4/2008 | 02/01/08 | 58.33 | 3500.00 | 2916.67 | Toni Bates | 330.745.2186 X107 |
| SL75545-2 Tooling | V&L Tool, Inc | Waukesha, WI | | 5 | 10/14/2008 | 10/01/08 | 62.50 | 3750.00 | 3625.00 | Randy Schaefer | 262.547.1226 |
| SL 11750/78030 Tooling | V&L Tool, Inc | Waukesha, WI | | 5 | 10/14/2008 | 10/01/08 | 441.67 | 26500.00 | 25616.67 | Randy Schaefer | 262.547.1226 |
| SL 11750/78030 Tooling | V&L Tool, Inc | Waukesha, WI | | 5 | 10/14/2008 | 10/01/08 | 304.17 | 18250.00 | 17641.67 | Randy Schaefer | 262.547.1226 |
| Tooling Cost | WSK Kalisz | Kalisz, Poland | | 5 | 6/10/2008 | 06/01/08 | 38.77 | 2326.00 | 2093.40 | Ryszard Schlesinger | +48.62.504.61.14 |
| Tooling cost - SA631815/SA641931/SA631991 | WSK Kalisz | Kalisz, Poland | | 5 | 9/4/2008 | 09/01/08 | 62.50 | 3750.00 | 3562.50 | Ryszard Schlesinger | +48.62.504.61.14 |
| SL13790A tooling | WSK Kalisz/Invoice FVS00/000417 | Kalisz, Poland | | 5 | 9/28/2007 | 10/01/07 | 62.50 | 3750.00 | 2875.00 | Ryszard Schlesinger | +48.62.504.61.14 |
| SA639198 tooling | WSK Kalisz/Invoice FVS00/000417 | Kalisz, Poland | | 5 | 9/28/2007 | 10/01/07 | 5.00 | 300.00 | 230.00 | Ryszard Schlesinger | +48.62.504.61.14 |
| SL65441 tooling | WSK Kalisz/Invoice FVS00/000453 | Kalisz, Poland | | 5 | 10/26/2007 | 12/01/07 | 2.50 | 150.00 | 120.00 | Ryszard Schlesinger | +48.62.504.61.14 |
| SL10077 tooling | WSK Kalisz/Invoice FVS00/000453 | Kalisz, Poland | | 5 | 10/26/2007 | 12/01/07 | 23.13 | 1388.00 | 1110.40 | Ryszard Schlesinger | +48.62.504.61.14 |
| SA539740 tooling | WSK Kalisz/Invoice FVS00/000453 | Kalisz, Poland | | 5 | 10/26/2007 | 12/01/07 | 68.75 | 4125.00 | 3300.00 | Ryszard Schlesinger | +48.62.504.61.14 |
| SA35971 Tooling | WSK Kalisz/Invoice FVS00/000453 | Kalisz, Poland | | 5 | 10/26/2007 | 12/01/07 | 25.00 | 1500.00 | 1200.00 | Ryszard Schlesinger | +48.62.504.61.14 |
| SL76220 Tooling WSK Kalisz | WSK Kalisz/Invoice FVS00/000545 | Kalisz, Poland | | 5 | 12/18/2007 | 01/01/08 | 25.00 | 1500.00 | 1225.00 | Ryszard Schlesinger | +48.62.504.61.14 |

## Schedule B29(2) - Tooling
Superior's Ownership Disputed

| Description | Company Name/Invoice | Perishable/ No Longer Exists | Exclusive Use Claimed | Ownership Claimed | Notes | Location | SL # Years | Acquisition Date | Depreciation Start Date | Monthly Depreciation | Original Cost | Balance 11/30/2008 | Contact | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 520 Cylinder Tooling--Investment Cast | AMCAST (now Pac Rancho, Inc.) |  | X | 50% | Claims 50% ownership | Rancho Cucamonga, CA | 7 | 12/31/97 | 12/31/97 | 1,398.51 | 117,475.00 | 0.00 | Mel Crosier | 817.437.8535 |
| 520 Cylinder Tooling--Investment Cast | AMCAST (now Pac Rancho, Inc.) |  | X | 50% | Claims 50% ownership | Rancho Cucamonga, CA | 7 | 12/31/97 | 12/31/97 | 548.79 | 46,098.00 | 0.00 | Mel Crosier | 817.437.8535 |
| 520 Cylinder Tooling--Investment Cast | AMCAST (now Pac Rancho, Inc.) |  | X | 50% | Claims 50% ownership | Rancho Cucamonga, CA | 7 | 01/16/98 | 01/16/98 | 190.48 | 16,000.00 | 0.00 | Mel Crosier | 817.437.8535 |
| 520 Cylinder Tooling--Investment Cast | AMCAST (now Pac Rancho, Inc.) |  | X | 50% | Claims 50% ownership | Rancho Cucamonga, CA | 7 | 03/31/98 | 03/31/98 | 178.57 | 15,000.00 | (0.00) | Mel Crosier | 817.437.8535 |
| SLF36030 Tooling, Barrel Forging | ATI Engineered Products--Portland Forge |  |  | X | Ownership claimed for failure to pay for SLF36030 | Lebanon, KY | 5 | 10/27/2008 | 11/01/08 | 191.67 | 11,500.00 | 11,308.33 | Shane Franks | 260.726.8121 X291 |
| Tooling - Collets - Natural Choke | CAMtech Precision Mfg |  |  |  | No definitive response | Auburn, NY | 7 | 09/25/01 | 10/01/01 | 26.19 | 2,200.00 | 0.00 | Ron Weaver | 561.575.1905 |
| Marking machine tooling | CAMtech/Invoice 6411 |  |  |  | No definitive response | Auburn, NY | 7 | 2/27/2002 | 03/01/02 | 47.62 | 4,000.00 | 142.86 | Ron Weaver | 561.575.1905 |
| Tooling casting pattern | CAMtech/Invoice 6572 |  |  |  | No definitive response | Auburn, NY | 7 | 5/9/2002 | 05/01/02 | 77.38 | 6,500.00 | 386.90 | Ron Weaver | 561.575.1905 |
| Guide plug tooling | CAMtech/Invoice 9287 |  |  |  | No definitive response | Auburn, NY | 5 | 11/17/2004 | 12/01/04 | 63.18 | 3,791.00 | 758.20 | Ron Weaver | 561.575.1905 |
| Forging Die PN SLF10207 | Combustion Technology |  | X |  | Superior purchased the exclusive rights to the use of the tooling as is customary among forging manufacturers. No one other than the forging manufacturer can possess the tooling |  |  |  |  |  |  |  |  |  |
| Forging to produce SL18840-2, SV18800-2, SL75706 | Crane Cams |  | X | X | Tooling has been seized by Crane Cams' bank | Daytona Beach, FL | 5 | 6/13/2008 | 06/01/08 | 289.17 | 17,350.00 | 15,615.00 | Glen Howard | 386.252.1151 |
| Forging to produce SL19340-2 | Crane Cams |  | X | X | Tooling has been seized by Crane Cams' bank | Daytona Beach, FL | 5 | 8/19/2008 | 08/01/08 | 312.50 | 18,750.00 | 17,500.00 | Glen Howard | 386.252.1151 |
| Tooling to produce SV72800 Roller Lifter | Crane Cams |  | X | X | Tooling has been seized by Crane Cams' bank | Daytona Beach, FL | 5 | 8/21/2008 | 08/01/08 | 145.83 | 8,750.00 | 8,166.67 | Glen Howard | 386.252.1151 |
| SLC36002 | ECK INDUSTRIES INC |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 7 | 04/17/00 | 04/17/00 | 914.29 | 76,800.00 | 0.00 | Dennis Hawkins | 251.621.2012 |
| SLC36002 | ECK INDUSTRIES INC |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 7 | 05/12/00 | 05/12/00 | 1,219.05 | 102,400.00 | 0.00 | Dennis Hawkins | 251.621.2012 |
| Blast Fixtures | ECK Industries/ Inv1 78044 |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 5 | 4/10/2008 | 04/01/08 | 41.67 | 2,500.00 | 2,166.67 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tool SLC36003 | Eck Industries/Invoice 128434 |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 7 | 7/29/2002 | 08/01/02 | 1,121.07 | 94,170.00 | 0.00 | Dennis Hawkins | 251.621.2012 |
| SLC36003 Cylinder Head tool | Eck Industries/Invoice 132966 |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 7 | 2/10/2003 | 06/01/03 | 1,121.07 | 94,170.00 | (0.00) | Dennis Hawkins | 251.621.2012 |
| 360 cylinder head tool | Eck Industries/Invoice 166355 |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 5 | 10/20/2006 | 12/01/06 | 149.17 | 8,950.00 | 5,370.00 | Dennis Hawkins | 251.621.2012 |
| 360 cylinder head tool | Eck Industries/Invoice 166356 |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 5 | 10/20/2006 | 12/01/06 | 35.83 | 2,150.00 | 1,290.00 | Dennis Hawkins | 251.621.2012 |
| 520 cylinder head tool | Eck Industries/Invoice 166360 |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 5 | 10/20/2006 | 12/01/06 | 39.17 | 2,350.00 | 1,410.00 | Dennis Hawkins | 251.621.2012 |
| SLC36002 | ECK Industries-1918 |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 7 | 07/31/99 | 07/31/99 | 274.29 | 23,040.00 | 0.00 | Dennis Hawkins | 251.621.2012 |
| SlC36002 | ECK Industries-1918 |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 7 | 08/31/99 | 08/31/99 | 640.00 | 53,760.00 | 0.00 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tooling for SLC54001 | Fansteel / 540 Tooling (moved to Eck Industries) |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 7 | 04/09/97 | 04/09/97 | 456.00 | 38,304.00 | 0.00 | Dennis Hawkins | 251.621.2012 |
| Cylinder head tooling (possibly for SLC 54001) | Fansteel / Cylinder Tooling (moved to Eck Industries) |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 7 | 01/14/97 | 01/14/97 | 952.38 | 80,000.00 | (0.00) | Dennis Hawkins | 251.621.2012 |
| Cylinder head tooling SAC 10203 | FANSTEEL SAC10203 TOOLING (moved to Eck Industries) |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 7 | 10/03/97 | 10/03/97 | 112.88 | 9,482.00 | 0.00 | Dennis Hawkins | 251.621.2012 |
| Fixed installment paymnet on cylinder head casting tool. | FANSTEEL/WELLMAN TOOLING (moved to Eck Industries) |  |  |  | inaccurate representation of the tooling | Manitowoc, WI | 7 | 09/30/96 | 09/30/96 | 202.38 | 17,000.00 | 0.00 | Dennis Hawkins | 251.621.2012 |
| Tooling SL13521A-TL | Glacier Daido/Invoice CA176558 (now Mahle Atlantic) |  | X |  |  | Atlantic, IA | 7 | 3/5/2002 | 04/01/02 | 63.57 | 5,340.00 | 254.29 | Mike Carson | 712.243.5060 X281 |
| Tooling - SL16711A-TL | Glacier Daido/Invoice CA179501 (now Mahle Atlantic) |  | X |  |  | Atlantic, IA | 7 | 8/13/2002 | 08/01/02 | 60.00 | 5,040.00 | 480.00 | Mike Carson | 712.243.5060 X281 |
| Tooling - SL13212A-TL | Glacier Daido/Invoice CA179501 (now Mahle Atlantic) |  | X |  |  | Atlantic, IA | 7 | 8/13/2002 | 08/01/02 | 38.93 | 3,270.00 | 311.43 | Mike Carson | 712.243.5060 X281 |
| SL74309A Tooling for bearings | Glacier Daido/Invoice CA180330 (now Mahle Atlantic) |  | X |  |  | Atlantic, IA | 7 | 9/19/2002 | 10/01/02 | 123.33 | 10,360.00 | 1,233.33 | Mike Carson | 712.243.5060 X281 |
| SL11575A and SL13884A tooling | Glacier Daido/Invoice CA182591 (now Mahle Atlantic) |  | X |  |  | Atlantic, IA | 7 | 12/10/2002 | 01/01/03 | 554.52 | 46,580.00 | 7,208.81 | Mike Carson | 712.243.5060 X281 |
| SL10124-TL tooling | Glacier Daido/Invoice CA184465 (now Mahle Atlantic) |  | X |  |  | Atlantic, IA | 7 | 2/10/2003 | 02/01/03 | 64.76 | 5,440.00 | 906.67 | Mike Carson | 712.243.5060 X281 |
| SL13885A-TL tooling | Glacier Daido/Invoice CA185890 (now Mahle Atlantic) |  | X |  |  | Atlantic, IA | 7 | 3/20/2003 | 04/01/03 | 494.05 | 41,500.00 | 7,904.76 | Mike Carson | 712.243.5060 X281 |
| SA 633141 Washer | Glacier Vandervell-802417 (now Mahle Caldwell) |  | X |  |  | Caldwell, OH | 7 | 01/25/99 | 01/25/99 | 2.98 | 250.00 | 0.00 | John Bjirch | 740.732.3247 |
| Set up fee for crankcase tooling | Kurt Manufacturing |  |  |  |  | Minneapolis, MN | 7 | 10/31/99 | 10/31/99 | 119.05 | 10,000.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| SL78915 | Kurt Manufacturing |  |  |  | Insufficient info to evaluate | Minneapolis, MN | 7 | 10/17/00 | 10/17/00 | 49.11 | 4,125.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| Tooling 102701 for SA530348 | KS Pistoes/Invoice D/N-001/04 |  | X | X | Willing to destroy | Nova Odessa, Brazil | 7 | 2/3/2004 | 02/01/04 | 526.79 | 44,250.00 | 13,696.43 | Gunther Salaar | +55.19.3466-9728 |
| Tooling 130700 for SL130700 | KS Pistoes/Invoice D/N-001/04 |  | X | X | Willing to destroy | Nova Odessa, Brazil | 7 | 2/3/2004 | 02/01/04 | 495.83 | 41,650.00 | 12,891.67 | Gunther Salaar | +55.19.3466-9728 |
| Tooling 127701 for SA648029 | KS Pistoes/Invoice D/N-001/05 |  | X | X | Willing to destroy | Nova Odessa, Brazil | 5 | 6/8/2005 | 08/01/05 | 737.50 | 44,250.00 | 23,600.00 | Gunther Salaar | +55.19.3466-9728 |
| Tooling 127701 for SA648029 | KS Pistoes/Invoice D/N-001/05 |  | X | X | Willing to destroy | Nova Odessa, Brazil | 5 | 6/8/2006 | 07/01/06 | 694.17 | 41,650.00 | 21,519.17 | Gunther Salaar | +55.19.3466-9728 |
| Tooling 127700 for SA640518 | KS Pistoes/Invoice D/N-002/07 |  | X | X | Willing to destroy | Nova Odessa, Brazil | 5 | 3/1/2007 | 04/01/07 | 694.17 | 41,650.00 | 27,766.67 | Gunther Salaar | +55.19.3466-9518 |
| Tooling 132701 for SA648044 | KS Pistoes/Invoice D/N-005/06 |  | X | X | Willing to destroy | Nova Odessa, Brazil | 5 | 9/5/2006 | 09/01/06 | 694.17 | 41,650.00 | 22,907.50 | Gunther Salaar | +55.19.3466-9728 |
| Tooling for SL18729 piston | KS Pistoes/Invoice D/N-008/06 |  | X | X | Willing to destroy | Nova Odessa, Brazil | 5 | 10/17/2006 | 11/01/06 | 737.50 | 44,250.00 | 25,812.50 | Gunther Salaar | +55.19.3466-9728 |
| SL76534 tooling | OGS Industries/Invoice 016634 |  |  | X | Letter rec'd with clarification. Regarding SL76534, Superior owns the insets only, OGS retains ownership of the master die set. | Akron, OH | 5 | 1/5/2005 | 02/01/05 | 8.33 | 500.00 | 116.67 | Heather Paulocs | 330.630.2030 X144 |
| Tooling SLF36550, Crankshaft Forging | Thielert Aircraft Engines (at Ruhrtaler) |  |  | X |  | Witten, Germany | 7 | 5/31/2002 | 06/01/02 | 426.19 | 35,800.00 | 2,557.14 | Klaus Berglar-Ba | +49.023.02/7 08-68 |
| Tooling SLF36550, Crankshaft Forging | Thielert Aircraft Engines (at Ruhrtaler) |  |  | X |  | Witten, Germany | 7 | 7/2/2002 | 08/01/02 | 89.29 | 7,500.00 | 714.29 | Klaus Berglar-Ba | +49.023.02/7 08-68 |
| Tooling SLF36550, Crankshaft Forging | Thielert Aircraft Engines (at Ruhrtaler) |  |  | X |  | Witten, Germany | 7 | 7/2/2002 | 08/01/02 | 779.76 | 65,500.00 | 6,238.10 | Klaus Berglar-Ba | +49.023.02/7 08-68 |

Case 08-36705-bjh11   Doc 263-1   Filed 06/29/09   Entered 06/29/09 16:46:36   Desc
Attachment to Schedule B - Tooling and Misc. Tools   Page 5 of 8

Schedule B29(3) - Tooling
Perishable or Other Mfg does not exist

**Tooling Perishable/No Longer Exists:**

| Description | Company Name/Invoice | Perishable/ No Longer Exists | Exclusive Use | Ownership Claimed | Notes | Location | SL # Years | Acquisition Date | Depreciation Start Date | Monthly Depreciation | Original Cost | Balance 11/30/2008 | Contact | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SA Piston Pins | Ace Grinding & Machine-11222 | X | | | Perishable tooling, no longer have. | Walled Lake, MI | 7 | 05/31/99 | 05/31/99 | 52.93 | 4,445.75 | 0.00 | Shawn Watkins | 248.624.7576 |
| SLF-18790 | Advance Machine-34371 | | | | Tooling Charge; no tangible object to | Lancaster, TX | 7 | 04/30/99 | 04/30/99 | 29.46 | 2,475.00 | 0.00 | Russell Boatman | 972.228.1987 |
| Tooling charge for SL18790 | Advanced Machining/Invoice 58532 | | | | Refurbish forging die for #2 SLF 18790 | Lancaster, TX | 7 | 1/14/2004 | 02/01/04 | 45.00 | 3,780.00 | 1,170.00 | Russell Boatman | 972.228.1987 |
| SLF18790 | Advanced Maching & Tooling, Inc | | | | Changed forging companies. This is tooling charge from second company; no tangible object to transfer | Lancaster, TX | 7 | 08/04/00 | 08/04/00 | 27.08 | 2,275.00 | 0.00 | Russell Boatman | 972.228.1987 |
| Common Tooling for connecting rods | Advanced Maching & Tooling, Inc | X | | | Destroyed 10 years ago | Lancaster, TX | 7 | 09/12/00 | 09/12/00 | 224.34 | 18,844.40 | 0.00 | Russell Boatman | 972.228.1987 |
| SL11750-1 | Advanced Maching & Tooling, Inc | X | | | Destroyed 10 years ago | Lancaster, TX | 7 | 09/12/00 | 09/12/00 | 59.52 | 5,000.00 | 0.00 | Russell Boatman | 972.228.1987 |
| Tooling SL71611, Retainer | Advanced Machining & Tool Inv M44834 | X | | | Perishable tooling for brake press | Lancaster, TX | 7 | 12/1/2000 | 01/01/01 | 14.04 | 1,179.41 | 0.00 | Russell Boatman | 972.228.1987 |
| Tooling for SL17F21187 & SL17F1188, Rocker Arms | Advanced Machining/Invoice 60200 | | | | Forging die tooling; no tangible object | Lancaster, TX | 5 | 5/20/2004 | 06/01/04 | 219.00 | 13,140.00 | 1,314.00 | Russell Boatman | 972.228.1987 |
| Sump Repair Tooling | CAMtech/ Invoice # 8870 | | | | No definitive response | Auburn, NY | 7 | 12/12/2001 | 12/01/01 | 8.93 | 750.00 | 0.00 | Ron Weaver | 561.575.1905 |
| SL78531, Oil Pump Body | CAMTECH | X | | | Nothing pre-2001 is still around | Auburn, NY | 7 | 06/30/92 | 06/30/92 | 11.90 | 1,000.00 | (0.00) | Ron Weaver | 561.575.1905 |
| SL78531, Oil Pump Body | CAMTECH | X | | | Nothing pre-2001 is still around | Auburn, NY | 7 | 09/30/92 | 09/30/92 | 10.60 | 890.00 | 0.00 | Ron Weaver | 561.575.1905 |
| Cylinder head tooling | CAMTECH - TOOLING | X | | | Nothing pre-2001 is still around | Auburn, NY | 7 | 02/28/95 | 02/28/95 | 555.25 | 46,641.00 | 0.00 | Ron Weaver | 561.575.1905 |
| Setup fee for initial configuration | Camtech NewYork | X | | | Nothing pre-2001 is still around | Auburn, NY | 7 | 10/01/00 | 10/01/00 | 17.91 | 1,504.26 | 0.00 | Ron Weaver | 561.575.1905 |
| SL-STD-684 Tooling | Custom Tube Products | X | | | Perishable tooling, no longer have. | Edgewater, FL | 5 | 10/22/2008 | 10/01/08 | 6.67 | 400.00 | 386.67 | David Love | 800.936.8665 |
| Tooling to form bead embossment on SV78916 | Custom Tube Products | X | | | Perishable tooling, no longer have. | Edgewater, FL | 7 | 7/22/2003 | 09/01/03 | 10.71 | 900.00 | 225.00 | David Love | 800.936.8665 |
| Tooling charge for guage tube tooling | Fluid Filtration Mfg--Invoice 02.2302 | | | | not in possession of any tooling that was owned or belongs to Superior | North Bergen, NJ | 7 | 09/02/02 | 12/01/02 | 4.17 | 350.00 | 50.00 | | |
| SL78915 INV 194415 | Kurt Manufacturing | | | | No hard tooling exists | Minneapolis, MN | 7 | 04/13/00 | 04/13/00 | 32.74 | 2,750.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| SLC20050 Inv 193741 | Kurt Manufacturing | | | | No hard tooling exists | Minneapolis, MN | 7 | 04/13/00 | 04/13/00 | 23.51 | 1,975.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| Tooling SL 78915 | Kurt Manufacturing Co. Inv. 226188 | | | | No hard tooling exists | Minneapolis, MN | 7 | 10/18/2000 | 02/01/01 | 45.83 | 3,850.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| Tooling | Kurt Manufacturing Co/ Invoice 363651 | | | | Carley and Kurt engr time for trouble shooting design. No hard tooling exists. | Minneapolis, MN | 7 | 8/29/2003 | 01/01/04 | 176.33 | 14,812.00 | 4,408.33 | Steve Carlsen | 763.572.4550 |
| SL77579 | Kurt Manufacturing Inv 207065 | | | | No hard tooling exists | Minneapolis, MN | 7 | 06/12/00 | 06/12/00 | 81.04 | 6,807.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| SL10482 | Kurt Manufacturing Inv 207074 | | | | No hard tooling exists | Minneapolis, MN | 7 | 06/12/00 | 06/12/00 | 19.05 | 1,600.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| SL36800 | Kurt Manufacturing Inv 211394 | | | | No hard tooling exists | Minneapolis, MN | 7 | 07/13/00 | 07/13/00 | 805.48 | 67,660.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| Tooling SL78915 | Kurt Manufacturing Inv# 239256 | | | | No hard tooling exists | Minneapolis, MN | 7 | 1/15/2001 | 02/01/01 | 49.11 | 4,125.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| Tooling SL10482 | Kurt Manufacturing Inv. # 241351 | | | | No hard tooling exists | Minneapolis, MN | 7 | 1/29/2001 | 02/01/01 | 73.33 | 6,160.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| SL78915-1 Tooling | Kurt Manufacturing/Invoice 283547 | | | | No hard tooling exists | Minneapolis, MN | 7 | 12/20/2001 | 01/01/02 | 84.20 | 7,072.50 | 84.20 | Steve Carlsen | 763.572.4550 |
| SLC20049 & SLC20050 Tooling | Kurt Mfg/Invoice 316436 | | | | No hard tooling exists | Minneapolis, MN | 7 | 9/18/2002 | 09/01/02 | 35.71 | 3,000.00 | 321.43 | Steve Carlsen | 763.572.4550 |
| Tooling for P/N SL77875 | Kurt Mfg/Invoice 422660 | | | | No hard tooling exists | Minneapolis, MN | 5 | 12/17/2004 | 12/01/04 | 55.21 | 3,312.50 | 662.50 | Steve Carlsen | 763.572.4550 |
| SL77874 gear assembly tooling | Kurt Mfg/Invoice 426960 | | | | No hard tooling exists | Minneapolis, MN | 5 | 1/26/2005 | 02/01/05 | 88.54 | 5,312.50 | 1,239.58 | Steve Carlsen | 763.572.4550 |
| SL10482-1 tooling charge | Kurt Mfg/Invoice 427682 | | | | No hard tooling exists | Minneapolis, MN | 5 | 1/28/2005 | 04/01/05 | 14.53 | 871.50 | 232.40 | Steve Carlsen | 763.572.4550 |
| SLC20051 and SLC20052 Tooling for SL36850 | Kurt Mfg/Invoice 502343 | | | | No hard tooling exists | Minneapolis, MN | 5 | 7/28/2006 | 08/01/06 | 91.67 | 5,500.00 | 2,933.33 | Steve Carlsen | 763.572.4550 |
| Crankcase tooling (SL36800-R1 to W1) | Kurt Mfg/Invoice 525439 | | | | No hard tooling exists | Minneapolis, MN | 1 | 12/29/2006 | 02/01/07 | 500.00 | 6,000.00 | 0.00 | Steve Carlsen | 763.572.4550 |
| SL76628 tooling | Kurt Mfg/Invoice 538310 | | | | No hard tooling exists | Minneapolis, MN | 5 | 3/30/2007 | 05/01/07 | 27.67 | 1,660.00 | 1,134.33 | Steve Carlsen | 763.572.4550 |
| SV40850-R1 tooling | Kurt Mfg/Invoice 540849 | | | | No hard tooling exists | Minneapolis, MN | 5 | 4/19/2007 | 05/01/07 | 46.67 | 2,800.00 | 1,913.33 | Steve Carlsen | 763.572.4550 |
| Tooling for SLC20051 & SLC20052 crankcases | Kurt Mfr/Invoice 514126 | | | | No hard tooling exists | Minneapolis, MN | 5 | 10/9/2006 | 11/01/06 | 984.00 | 59,040.00 | 34,440.00 | Steve Carlsen | 763.572.4550 |
| Tooling for Front Prop Gov crankcase | Kurt Mfr/Invoice 514127 | | | | No hard tooling exists | Minneapolis, MN | 5 | 10/9/2006 | 11/01/06 | 130.00 | 7,800.00 | 4,550.00 | Steve Carlsen | 763.572.4550 |
| Prototype Fixture&One time tooling , SVC78961 | Manitowoc Pattern & MFG | | | | Not in possession of tooling - never built. Charges related to tooling costs were for setup and tear down of clamps and stops which are assets of MPM. Superior owns Part Numbers 40246 and 40247. | Manitowoc, WI | 5 | 5/24/2008 | 06/01/08 | 93.33 | 5,600.00 | 5,040.00 | Dan Place | 920.682.1912 |
| Prototype Fixture&One time tooling for PartSVC78971 | Manitowoc Pattern & MFG | | | | Not in possession of tooling - never built. Charges related to tooling costs were for setup and tear down of clamps and stops which are assets of MPM. Superior owns Part Numbers 40246 and 40247. | Manitowoc, WI | 5 | 3/11/2008 | 03/01/08 | 36.83 | 2,210.00 | 1,878.50 | Dan Place | 920.682.1912 |
| Tooling Charge, SL61174A, Oil Pump Drive Shaft | N.E.W. Industries | X | | | Expendable tooling used and consumed. | Sturgeon Bay, WI | 5 | 7/28/2008 | 08/01/08 | 14.99 | 899.40 | 839.44 | Jeff Moore | 920.746.2722 |

Case 08-36705-bjh11    Doc 263-1    Filed 06/29/09    Entered 06/29/09 16:46:36    Desc
Attachment to Schedule B - Tooling and Misc. Tools    Page 6 of 8

Schedule B29(3) - Tooling
Perishable or otherwise does not exist

| Description | Company Name/Invoice | Perishable/ No Longer Exists | Exclusive Use | Ownership Claimed | Notes | Location | SL # Years | Acquisition Date | Depreciation Start Date | Monthly Depreciation | Original Cost | Balance 11/30/2008 | Contact | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mitutoyo gages, micrometers, and calipers for QA | North Texas Precision-Invoice 23908 | | | | "Mitutoyo Loupe Reticle 183-109 **Missing**". | Coppell, TX | 5 | 3/21/2007 | 03/01/07 | 181.24 | 10874.54 | 7068.45 | Allen Lasky | 972.829.4690 |
| SA643629, Crankshaft Plate | OGS Industries | X | | | SA643629 Crankshaft Plate purchased by OGS in 1992 and has since worn out and been discarded. | Akron, OH | 7 | 06/30/92 | 06/30/92 | 18.42 | 1,547.17 | 0.00 | Heather Paulocsak | 330.630.2030 X144 |
| SL75545-2 | Precision Machine/Invoice IN51723 | | | | Tooling charges for programs only. No hard tooling available. Can send programs upon request. | Grove, OK | 5 | 9/5/2007 | 10/01/07 | 53.33 | 3,200.00 | 2,453.33 | Jerry Cook | 918.791.7322 |
| SL2157 Tooling charges | Precision Machine/Invoice IN52846 | | | | Tooling charges for programs only. No hard tooling available. Can send programs upon request. | Grove, OK | 5 | 11/30/2007 | 12/01/07 | 46.67 | 2,800.00 | 2,240.00 | Jerry Cook | 918.791.7322 |
| Tooling NRSUCPM-1 Set up charge | Seal Science Inc Inv # 10734 | | | | Non-recurring setup charge | Irvine, CA | 7 | 11/30/2000 | 01/01/01 | 13.10 | 1,100.00 | 0.00 | Christy Seastadt | 800.576.7325 |
| Non Recurring Setup | Seal Science Inc Inv # 57068 | | | | Non-recurring setup charge | Irvine, CA | 5 | 6/20/2008 | 06/01/08 | 16.00 | 960.00 | 864.00 | Christy Seastadt | 800.576.7325 |
| Non Recurring Setup | Seal Science, Inc | | | | Non-recurring setup charge | Irvine, CA | 5 | 7/17/2008 | 08/01/08 | 24.00 | 1,440.00 | 1,344.00 | Christy Seastadt | 800.576.7325 |
| SA629117-1, Rotocoil | TRW VALVE-SA629117-1 ROTOCOIL AS | X | | | Perishable | Mogadore, OH | 7 | 01/31/91 | 01/31/91 | 13.99 | 1,175.00 | 0.00 | Karen Sullivan | 216.332.7108 |
| Tooling charge for counterweight SL19227 | Thielert/Invoice 300116-241 | | | | Tooling charge. | Lichtenstein, Germ | 5 | 3/8/2006 | 04/01/06 | 22.15 | 1,329.06 | 620.23 | Carsten Rudolph | |
| Tooling for Upset Bar to produce SA649520,SA535661 | Crane Cams | | | | Gave SAP quote on this tooling, but never got to it. | Daytona Beach, FL | 5 | 9/12/2008 | 09/01/08 | 29.67 | 1,780.00 | 1,691.00 | Glen Howard | 386.252.1151 |

**Schedule B29(4) - Tooling**
**Waiting to hear from Vendor**

| Description | Company Name/Invoice | Perishable/ No Longer Exists | Exclusive Use Claimed | Ownership Claimed | Notes | Location | SL # Years | Acquisition Date | Depreciation Start Date | Monthly Depreciation | Original Cost | Balance 11/30/2008 | Contact | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tool # 9007 P/N SAC52001I - Wax & Soluble Die | Citation (now Pac Rancho, Inc.) | | | | | Rancho Cucamonga, CA | 7 | 6/3/2001 | 07/01/01 | 119.05 | 10000.00 | 0.00 | Mel Crosier | 817.437.8535 |
| SLC36001 | Citation 52099 (now Pac Rancho, Inc.) | | | | | Rancho Cucamonga, CA | 7 | 10/27/99 | 10/27/99 | 436.13 | 36635.00 | 0.00 | Mel Crosier | 817.437.8535 |
| Tool # 9007 | Citation Precision Inv 60488 (now Pac Rancho, Inc.) | | | | | Rancho Cucamonga, CA | 7 | 05/31/00 | 05/31/00 | 59.52 | 5000.00 | 0.00 | Mel Crosier | 817.437.8535 |
| SLC3600.L - Casting | Citation-51641 (now Pac Rancho, Inc.) | | | | | Rancho Cucamonga, CA | 7 | 02/09/99 | 02/09/99 | 14.29 | 1200.00 | 0.00 | Mel Crosier | 817.437.8535 |
| SAC520011 | Citation-52202 (now Pac Rancho, Inc.) | | | | | Rancho Cucamonga, CA | 7 | 07/31/99 | 07/31/99 | 436.13 | 36635.00 | 0.00 | Mel Crosier | 817.437.8535 |
| Casting-SLC36001L | Citation-52654 (now Pac Rancho, Inc.) | | | | | Rancho Cucamonga, CA | 7 | 04/30/99 | 04/30/99 | 71.53 | 6008.48 | 0.00 | Mel Crosier | 817.437.8535 |
| SLC36001 | Citation-53071 (now Pac Rancho, Inc.) | | | | | Rancho Cucamonga, CA | 7 | 07/31/99 | 07/31/99 | 160.25 | 13461.21 | 0.00 | Mel Crosier | 817.437.8535 |
| Tooling--Engineering Fee | CP Pistons/ IV 93008 | | | | | Irvine, CA | 5 | 4/17/2008 | 05/01/08 | 25.00 | 1,500.00 | 1,325.00 | Barry Calvert | 949.567.9000 |
| Oil filter adapter tooling, SL2157 | Knappe & Koester/Invoice 40773 | | | | | Keene, NH | 7 | 7/24/2002 | 08/01/02 | 41.67 | 3,500.00 | 333.33 | Denise Breen | 603.355.1166 X317 |
| SA10209 P20 tooling | Knappe & Koester/Invoice 43030 | | | | | Keene, NH | 7 | 12/16/2002 | 02/01/03 | 29.76 | 2,500.00 | 416.67 | Denise Breen | 603.355.1166 X317 |
| SL13796 Shaft idler/casting tooling | Knappe & Koester/Invoice 45280 | | | | | Keene, NH | 7 | 4/25/2003 | 06/01/03 | 61.90 | 5,250.00 | 1,114.29 | Denise Breen | 603.355.1166 X317 |
| SV78940-PTF Plenum - Air Intake tooling | Manitowoc Tool & Machine/Inv IN-035399 | | | | | Manitowoc, WI | 5 | 6/5/2007 | 07/01/07 | 245.33 | 14,720.00 | 10,549.33 | Ed Johnson | 920.682.8825 X118 |
| SV78930-PTF Oil Sump tooling | Manitowoc Tool & Machine/Inv IN-035399 | | | | | Manitowoc, WI | 5 | 6/5/2007 | 07/01/07 | 261.67 | 15,700.00 | 11,251.67 | Ed Johnson | 920.682.8825 X118 |
| SV78930-PTF Oil Sump tooling | Manitowoc Tool & Machine/Inv IN-035615 | | | | | Manitowoc, WI | 5 | 6/8/2007 | 07/01/07 | 35.95 | 2,157.10 | 1,545.92 | Ed Johnson | 920.682.8825 X118 |
| Tooling for SV78930 oil sump | Manitowoc Tool & Machine/Inv IN-036317 | | | | | Manitowoc, WI | 5 | 6/26/2007 | 08/01/07 | 35.80 | 2,148.00 | 1,575.20 | Ed Johnson | 920.682.8825 X118 |
| Tooling for SV78940 plenum | Manitowoc Tool & Machine/Inv IN-036318 | | | | | Manitowoc, WI | 5 | 6/26/2007 | 08/01/07 | 31.39 | 1,883.25 | 1,381.05 | Ed Johnson | 920.682.8825 X118 |
| Inspection Fixture/ SL 10482-PTF | Manitowoc Tool & Machining | | | | | Manitowoc, WI | 5 | 2/26/2008 | 03/01/08 | 33.33 | 2,000.00 | 1,700.00 | Ed Johnson | 920.682.8825 X118 |
| SL78915-PTF oil sump tooling | Manitowoc Tool & Machining/Inv IN-027377 | | | | | Manitowoc, WI | 5 | 12/4/2006 | 12/01/06 | 291.67 | 17,500.00 | 10,500.00 | Ed Johnson | 920.682.8825 X118 |
| SL10482-PTF Accessory housing tooling | Manitowoc Tool & Machining/Inv IN-027378 | | | | | Manitowoc, WI | 5 | 12/4/2006 | 12/01/06 | 325.00 | 19,500.00 | 11,700.00 | Ed Johnson | 920.682.8825 X118 |
| SL77579-PTF Support assembly tooling | Manitowoc Tool & Machining/Inv IN-027379 | | | | | Manitowoc, WI | 5 | 12/4/2006 | 12/01/06 | 87.50 | 5,250.00 | 3,150.00 | Ed Johnson | 920.682.8825 X118 |
| SV78930 oil housing tooling | Manitowoc Tool/Inv IN-041773 | | | | | Manitowoc, WI | 5 | 11/14/2007 | 12/01/07 | 83.33 | 5,000.00 | 4,000.00 | Ed Johnson | 920.682.8825 X118 |
| SL76628 tooling | Manitowoc Tool/Inv IN-042275 | | | | | Manitowoc, WI | 5 | 12/5/2007 | 12/01/07 | 87.50 | 5,250.00 | 4,200.00 | Ed Johnson | 920.682.8825 X118 |
| Tooling for Sump SL78915 | Manitowoc Tooling/Invoice IN-029799 | | | | | Manitowoc, WI | 5 | 2/1/2007 | 02/01/07 | 6.00 | 360.00 | 228.00 | Ed Johnson | 920.682.8825 X118 |
| Tooling, SAC52001I, Investment Wax pattern | Pac Rancho/Invoice 8907 | | | | | Rancho Cucamonga, CA | 5 | 8/31/2006 | 09/01/06 | 840.00 | 50,400.00 | 27,720.00 | Mel Crosier | 817.437.8535 |
| Spring Machine for cylinder shop | Sepulveda Machine Shop | | | | | Lichtenstein, Germany | 5 | 11/20/2006 | 01/01/07 | 58.33 | 3,500.00 | 2,158.33 | Carsten Rudolph | |
| One Time Fixture & Engineering Charge--W1 Crankcase | Techni Products, Inc | | | | | East Longmeadow, MA | 5 | 10/31/2008 | 11/01/08 | 33.33 | 2,000.00 | 1,966.67 | Bob Morehard | 413.525.6321 X13 |
| SL36800-R1 Crankcase tooling Techni-Products | Techni-Products/Invoice 08-1198 | | | | | East Longmeadow, MA | 5 | 12/21/2007 | 01/01/08 | 200.00 | 12,000.00 | 9,800.00 | Bob Morehard | 413.525.6321 X13 |
| Set-Up and Programing Cost top convert W1 to R | Techni-Products/Invoice 08-1434 | | | | | East Longmeadow, MA | 5 | 6/9/2008 | 06/01/08 | 25.00 | 1,500.00 | 1,350.00 | Bob Morehard | 413.525.6321 X13 |

Tooling Listed "c/o Superior" Located in Coppell, TX

| Description | Vendor In Possession | Location | SL # Years | Acquisition Date | Depreciation Start Date | Monthly Depreciation | Original Cost | Balance 11/30/2008 | Contact | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|
| Compressor | Air Power--Invoice 146963 | Coppell, TX | 5 | 08/31/06 | 09/01/06 | 11.92 | 714.19 | 392.80 | Bill Blackwood | 972.829.4686 |
| Snap-On Tools for Engine Facility | Jim Burrows--Invoice 96327 | Coppell, TX | 7 | 6/4/2003 | 06/01/03 | 33.61 | 2823.37 | 605.01 | Bill Blackwood | 972.829.4686 |
| Snap-On Tools for Engine Facility | Jim Burrows--Invoice 96327 | Coppell, TX | 7 | 6/4/2003 | 06/01/03 | 33.61 | 2823.38 | 605.01 | Bill Blackwood | 972.829.4686 |
| Hand Tools for Engine Overhaul Facility | Sears | Coppell, TX | 5 | 1/8/2007 | 01/01/07 | 86.14 | 5168.68 | 3187.35 | Bill Blackwood | 972.829.4686 |
| Engine Assembly set of tools | Snap-On Tools-Invoice 105249 | Coppell, TX | 5 | 8/23/2006 | 08/01/06 | 46.66 | 2799.50 | 1493.07 | Bill Blackwood | 972.829.4686 |
| Tool set for engine build center | Snap-On Tools-Invoice 105249 | Coppell, TX | 5 | 5/26/2006 | 05/01/06 | 14.26 | 855.52 | 413.50 | Bill Blackwood | 972.829.4686 |
| Work station tools for engne build area | Snap-On Tools-Invoice 11637 | Coppell, TX | 5 | 8/24/2006 | 09/01/06 | 85.10 | 5105.96 | 2808.28 | Bill Blackwood | 972.829.4686 |
| FOW-54-199-040 Electronic Height Gage V1000 | Southwestern Gage-Invoice 120779 | Coppell, TX | 5 | 12/10/2004 | 12/01/04 | 156.06 | 9363.63 | 1872.73 | Allen Lasky | 972.829.4690 |
| Drill JIG | Tooltime Inc.-Invoice 00003735 | Coppell, TX | 7 | 10/2/2003 | 10/01/03 | 11.08 | 930.95 | 243.82 | Bill Blackwood | 972.829.4686 |
| ST-1005-2 Drill jig for magnets | Tooltime Inc.-Invoice 00003751 | Coppell, TX | 7 | 10/23/2003 | 11/01/03 | 7.47 | 627.85 | 171.91 | Bill Blackwood | 972.829.4686 |