B6G (Official Form 6G) (12/07)

In re **Superior Air Parts, Inc.**                 Case No. **08-36705**
                                                                                                                 (if known)

*AMENDED 6/29/2009*

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Aramark Uniform Services**<br>1900 Empire Central<br>PO Box 36028<br>Dallas, TX 75235 | Uniform and Apparel Rental Program<br>Contract to be REJECTED |
| **Arkadin, Inc.**<br>620 Tinton Avenue<br>Tinton Falls, NJ 07724 | Anytime Audio Teleconferencing Services<br>Contract to be REJECTED |
| **Cebos, Ltd.**<br>7600 Grand River, Ste 200<br>Brighton, MI 48114 | Enterprise Agreement Addendum. Contract for Debtor to purchase professional service time.<br>Contract to be REJECTED |
| **Choice Solutions, L.L.C.**<br>Attn: James Steinlage<br>10801 Mastin Blvd., Ste 900<br>Overland Park, KS 66213 | Engagement Agreement<br>Contract to be REJECTED |
| **Choice Solutions, L.L.C.**<br>Attn: James Steinlage<br>10801 Mastin Blvd., Ste 900<br>Overland Park, KS 66213 | Master Services Agreement. Debtor is purchaser of professional services.<br>Contract to be REJECTED |

B6G (Official Form 6G) (12/07)

In re **Superior Air Parts, Inc.**                                                                 Case No. **08-36705**
                                                                                                                  (if known)

## *AMENDED 6/29/2009*
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Citrix Systems, Inc.**<br>851 West Cypress Creek Rd.<br>Fort Lauderdale, FL 33309 | Debtor is subscriber to Citrix Presentation Server Advanced software.<br>Contract to be REJECTED |
| **City Water International, Inc.**<br>PO Box 319<br>Elma, NY 14059-0319 | Equipment rental and service agreement<br>Contract to be REJECTED |
| **Comfort Technoligies, LLC**<br>PO Box 150434<br>Arlington, TX 76015 | Preventative Maintenance Contract for HVAC Equipment<br>Contract to be REJECTED |
| **Corporate Finance Partners**<br>MidCap GmbH<br>Torstr. 33-35<br>10119 Berlin, Germany | Consulting Agreement<br>Contract to be ASSUMED |
| **Dallas Waste Disposal and Recycling, Inc**<br>3303 Pluto St.<br>Dallas, TX 75212 | Solid waste collection and disposal services and/or equipment<br>Contract to be REJECTED |

B6G (Official Form 6G) (12/07)

In re  **Superior Air Parts, Inc.**                                                                           Case No.  **08-36705**
                                                                                                                              (if known)

*AMENDED 6/29/2009*
### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Easylink Services**<br>33 Knightsbridge Rd.<br>Piscataway, NJ 08854-3925 | Fax Service<br>Contract to be REJECTED |
| **Ervin Leasing Company**<br>3893 Research Park Drive<br>Ann Arbor, MI 48108 | JRI FL-500 Oil Skimmer<br>Contract to be REJECTED |
| **First Data Corporation**<br>6201 Powers Ferry Road<br>ATS-75<br>Atlanta, GA 30339-5401 | Merchant Processing Agreement (Sam's Club)<br>Contract to be REJECTED |
| **GreatAmerica Leasing Corporation**<br>PO Box 609<br>Cedar Rapids, IA 52406-0609 | Telephone system including voicemail<br>Contract to be REJECTED |
| **Intellipak, Inc.**<br>12322 E. 55th Street<br>Tulsa, OK 74146 | Smart AIM System<br>Contract to be REJECTED |

B6G (Official Form 6G) (12/07)

In re  **Superior Air Parts, Inc.**　　　　　　　　　　　　　　　Case No.  **08-36705**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

***AMENDED 6/29/2009***
### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **International Business Systems**<br>90 Blue Ravine Rd.<br>Folsom, CA 95630 | Software and Equipment License, primary AS400 software<br>Contract to be REJECTED |
| **Interwest Communications Corp.**<br>2152 W. Northwest Hwy, Ste 122<br>Dallas, TX 75220 | Equipment Maintenance Agreement<br>Contract to be REJECTED |
| **IWATSU Voice Networks**<br>8001 Jetstar Dr.<br>Irving, TX 75063 | Telephone system<br>Contract to be REJECTED |
| **L.E. Clark**<br>10109 Clark Airfield Rd.<br>Clark Aiport<br>Clark, TX 76247 | Hangar rental for Justin Airport<br>Contract to be REJECTED |
| **LaBrie Commercial Cleaning**<br>PO Box 833778<br>Richardson, TX 75083-3778 | Commercial Cleaning Services Agreement<br>Contract to be REJECTED |

B6G (Official Form 6G) (12/07)

In re **Superior Air Parts, Inc.**　　　　　　　　　　　　　　　Case No.　**08-36705**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

**AMENDED 6/29/2009**
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 4*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **National City Commercial Capital Company**<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | All equipment under Lease #107603000<br>Contract to be REJECTED |
| **New Horizons**<br>5151 Belt Line Rd.<br>Dallas, TX 75254 | Order agreement (software training)<br>Contract to be REJECTED |
| **Pitney Bowes Credit Corporation**<br>2225 American Drive<br>Neehah, WI 54956 | Leased equipment subject to leases #3064458-002 and 003<br>Contract to be REJECTED |
| **Print, Inc.**<br>11265 Kirkland Way, Ste 3000<br>Kirkland, PA 98033 | Cost per copy rental agreement.<br>Contract to be REJECTED |
| **Suez Energy Resources, NA**<br>1990 Post Oak Dr., Suite 1900<br>Houston, TX 77056 | Energy Sales Agreement<br>Contract to be REJECTED |

B6G (Official Form 6G) (12/07)

In re  **Superior Air Parts, Inc.**                                                                     Case No.  **08-36705**
                                                                                                              (if known)

***AMENDED 6/29/2009***
**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
*Continuation Sheet No. 5*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Technifax Office Solutions**<br>3220 Keller Springs, Ste 118<br>Carrollton, TX 75006 | Equipment lease (printers) and maintenance agreement<br>Contract to be REJECTED |
| **Texas Dugan LP**<br>c/o Duke Realty LP<br>5495 Belt Line Road, Suite 360<br>Dallas, TX 75240 | Leased Premises: 621 South Royal Lane, Suite 100, Coppell, Teas 75062<br>Contract to be REJECTED |
| **Thielert Aircraft Engines GMBH**<br>Nieritzstr 14<br>D-01097, Dresden Germany | Aircraft Engines/Parts<br>Contract to be ASSUMED |
| **Time Warner Telecom of Texas, LP**<br>15303 Dallas Parkway, Ste 610<br>Addison, TX 75001 | Local service<br>Contract to be REJECTED |
| **TriStar, Inc.**<br>3740 E. LaSalle St.<br>Phoenix, AZ 85040 | Software maintenance and service contract.<br>Contract to be REJECTED |

B6G (Official Form 6G) (12/07)

In re  **Superior Air Parts, Inc.**                                           Case No.  **08-36705**
                                                                                          (if known)

## AMENDED 6/29/2009
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 6*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **US Express Leasing, Inc.**<br>10 Waterview Blvd.<br>Parsippany, NJ 07054 | Lease on HP Laserjet printers, with software<br>Contract to be REJECTED |
| **Various** | See attached list of outstanding purchase orders. The pre-petition balance is disputed for all claims listed.<br>Contract to be REJECTED |
| **Web Trends**<br>851 SW 6th Ave., #600<br>Portland, OR 97204 | Analytics and Marketing Software<br>Contract to be REJECTED |
| **Zanzi S.p.A.**<br>Corso Vercelli, 159<br>10015 Ivera, Italy | Aircraft engine parts<br>Contract to be REJECTED |