**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Superior Air Parts, Inc.**                                                                CASE NO   **08-36705**

                                                                                                                                  CHAPTER   **11**

*AMENDED 6/29/2009*
**VERIFICATION OF CREDITOR MATRIX**

   The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  06/29/2009                                        Signature  /s/ Kent Abercrombie
                                                                                    *Kent Abercrombie*
                                                                                    *President/CEO*

Date  _____                   Signature  _____

| | | |
|---|---|---|
| Broward County Revenue Collector<br>Government Center Annex<br>Attn: Litigation Section<br>115 S. Andrews Avenue<br>Fort Lauderdale, FL 33301 | Air Service Vamdrup<br>Lufthavnsvej 7A Box 62<br>DK-6580<br>Vamdrup, Denmark | Avstar Fuel Systems, Inc.<br>1365 Park Lane<br>South Jupiter, FL 33458 |
| **ERVIN LEASING COMPANY**<br>PO BOX 1689<br>ANN ARBOR, MI 48106-1689 | Al Head<br>Western Skyways, Inc.<br>21 Creative Place<br>Montrose, CO 81401 | Baron & Budd, PC<br>Attn: Scott V. Goodley<br>8001 Lemmon Avenue, Suite 145<br>Dallas, TX 75209-2696 |
| **GREATAMERICA LEASING CORP**<br>8742 INNOVATION WAY<br>CHICAGO, IL 60682-0087 | Allen Parmet, M.D., MPH<br>4320 Wornell, Suite 432<br>Kansas City, MO 64111 | Barry Schiff<br>673 Trueno Avenue<br>Camarillo, CA 93010 |
| **NATIONAL CITY COMMERCIAL CAPITAL**<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | AMA Nantucket<br>130 Mary Dunn Way<br>Hyannis, MA 02601 | Bob Brown<br>7165 SE 95th Lane<br>Ocala FL 34472 |
| 43 Air School<br>Airport, 43 Pruale Box X43<br>Port Alfred 6170<br>South Africa | Andrea Findlay<br>AIG Aviation<br>1175 Peachtree Street, NE<br>100 Colony Square, Suite 1000<br>Atlanta, GA 30361 | Boomerang Aviation<br>7491 S. Airport Rd.<br>Pembroke Pines, FL 33023 |
| Aero Service<br>Aeroservice Donauwoerth<br>Flugplatz D-86682<br>Genderkingen, Germany | Andrew Verzilli<br>Verzilli &Verzilli Consultants, Inc.<br>411 North Broad Street<br>Lansdale, PA 19446 | Bruce R. Marx<br>Marlow Connell Valerious<br>4000 Ponce de Leon Blvd., Suite 570<br>Coral Gables, FL 33146 |
| Aero Swan<br>Swan Hill Airport<br>VIC 3585 Australia | Anglo Normandy<br>La Planque Lane, Guernsy Airport<br>La Villiaze, Forest<br>Guernsey UK  GY8 0DS | Cambridge Gliding Club<br>Gransden Lodge<br>Longstowe Road Little<br>Gransden Sandy<br>Bedfordshire SG19 3EB  UK |
| Aero-Atelier<br>1281 Tourdulac CP 117<br>Lac-A-La Tortue, Quebec<br>Canada  QU G0X ILO | ARRC, Ltd.<br>Goodwood Airfield<br>Goodwood, Chichester PO 18 0PH<br>United Kingdom | Carlos Blacklock<br>1002 Eastern Street<br>Wichita, KS 67207 |
| Ahmad Jahanfar<br>Clanbrae South<br>Hanningfield Road<br>South Hanningfield<br>Chelmsford CM3 8HX UK | ATI PORTLAND FORGE<br>EAST LAFAYETTE STREET<br>PO BOX 905<br>PORTLAND, IN 47371-0905 | Carry Air PTY Ltd.<br>10-12 Chinderah Ray Drive<br>Chinderah, NSW 2467 |
| Air & Sea Recovery, Inc.<br>Fort Pierce National Airport<br>Florida 33441 | Aurigny Air Services<br>La Planque Lane<br>Guernsy Airport<br>Guernsy, UK  GY8 0DS | Chuck Cooper<br>Radiant Photography & Video<br>4025 Pioneer Road<br>Montrose, CO 81401 |

| | | |
|---|---|---|
| Chuck Harris<br>217 Bridger<br>Lakeside MT 59922 | Dean Marshall<br>5228 La Taste Ave.<br>El Paso, TX 79924 | Garlock Sealing Technologies<br>5605 Carnegie Blvd., Suite 500<br>Charlotte, NC 28209 |
| Clyda Whitefield, et al.<br>c/o Lisa Lance, Esq.<br>PO Box 595<br>Pauls Valley, OK 73075 | Douglas Stimpson<br>Chuck Schueller<br>Accident Investigation &<br>Reconstruction<br>11740 Airport Way, Hgr 35D | Garvin Agee Carlton and Mashburn, PC<br>Attn: Alan Agee<br>PO Box 10<br>Pauls Valley, OK 73075-0010 |
| Clyda Whitefield, et al.<br>c/o Kreindler & Kreindler<br>707 Wilshire Blvd., Ste 4100<br>Los Angeles, CA 90017-3613 | Downtown Aviation<br>2787 N. Second Street<br>Memphis, TN 38671 | General Aviation Maintenance<br>Hangar 1 Airport<br>Essendon Victoria |
| CMS Incorporated<br>20666 SW Citrus Blvd.<br>Indiantown, FL 34956 | DS-Air Service<br>AM Luneort 13<br>Bremerhaven, Germany 27572 | George Edward, III, Ph.D., P.E.<br>Clarke Engineering Consultants, Inc.<br>46344 Lore Court<br>Lexington Park, MD 20653 |
| Contract Container Service, Ltd.<br>PO Box 6245<br>Fryatt Street, Dunedin City Centre<br>Dunedin City, Otago 9016<br>New Zealand | DUKE REALTY SERVICES<br>14241 DALLAS PARKWAY # 1000<br>DALLAS, TX 75254 | Golden Bay Maintenance<br>Hangar 144 Compass Rd.<br>Jandakot Airport<br>Jandakot, WA  Australia  6164 |
| Dale Alexander<br>Gary Novak<br>Engineering Systems, Inc.<br>3851 Exchange Ave.<br>Aurora, IL 60504 | Dustin A. Turnquist, M.S., P.E.<br>Engineering Systems Inc.<br>4775 Centennial Blvd., Suite 106<br>Colorado Springs, CO 80919 | Good Wood Road Racing<br>G-BBRX Ltd Oriel<br>Cottage Station Road<br>Chobham Woking GU24 8AX<br>United Kingdom |
| Dave Klepacki<br>Engineering Systems, Inc.<br>4775 Centennial Blvd., Suite 106<br>Colorado Springs, CO 80919 | Federal Trade Commission<br>Southwest Region<br>1999 Bryan Street, Suite 2150<br>Dallas, TX 75201-6808 | Haski Aviation<br>406 Frank Farone Dr.<br>New Castle, PA 16101 |
| David A. Levin<br>AIG<br>70 Pine Street<br>New York, NY 10270 | Flyer Industria<br>Aeronautica Flyer<br>CX-13 Americana<br>SP 13, 170-970 Brazil | Henry and Carole Bailey<br>c/o The Wolk Law Firm<br>1710-12 Locust Street<br>Philadelphia, PA 19103 |
| David Foord Avionics<br>292 Sir Donald Bradmen Drv.<br>Brooklyn Park, SA 5032<br>Australia | Flying Machines South<br>8727 SE 72nd Ave<br>Ocala, FL 33472 | Jack Kendall<br>AIG<br>1200 Abernathy Road NE<br>600 Northpark Town Center<br>Alpharetta, GA 30328 |
| David Hines<br>500 Sutter St.<br>San Francisco, CA 94102 | Fred Fine<br>Technical Consultant<br>PO Box 7315<br>Spanish Fort, AL 36577-7315 | Jade Air PLC<br>The Old Stables<br>Hoodlands Farm, London<br>Handcross<br>West Sussex, England RH17 6HB |

| | | |
|---|---|---|
| **Janet Innis**<br>c/o The Wolk Law Firm<br>1710-12 Locust Street<br>Philadelphia, PA 19103 | **Lawrence W. Olesen, Q.C.**<br>Bryan & Company, LLC<br>2600 Lanulife Place<br>10180-101 Street<br>Edmonton, Alberta T5J3Y2 | **Paul Leonard**<br>16415 Addison Road, Suite 800<br>Addison, TX 75001-3267 |
| **Jerry Meyers Aviation**<br>4713 Meadow Lane<br>Bozeman, MT 59715 | **Lee Danforth**<br>Coddington, Hicks & Danforth<br>555 Twin Dolphin Drive, Suite 300<br>Redwood Shores<br>Redwood City, CA 94065-2133 | **Professional Analysis and Consulting, Inc.**<br>Atn: David K. Hall<br>43W752 US Route 30,Suite 2F<br>Sugar Grove, IL 60554 |
| **Jim Irvin**<br>Aircraft Engine Reconstruction Specialist<br>6501 Wilkinson Drive, Suite 200<br>Prescott, AZ 86301-6188 | **Loma Air**<br>Herentalsesteenweg 10<br>B-2220 Heist O/D Berg<br>Belgium | **Ray Claxton, Ph.D.**<br>Materials Analysis, Inc.<br>10338 Miller Rd.<br>Dallas, TX 75238 |
| **Jon S. Lore**<br>23314 Green Holly Road<br>Lexington Park, MD 20653 | **Louis Franecke**<br>1115 Irwin Street<br>Suite 100<br>San Rafael, CA 94901 | **Richard L. Taylor**<br>Flight Information, Inc.<br>5498 Ayrshire Drive<br>Dublin, OH 43017-9428 |
| **Kaplan, von Ohlen & Massamillo, LLC**<br>ATTN: Nicholas E. Pantelopoulos<br>555 Fifth Avenue, 15th Floor<br>New York, NY 10017 | **McSwain Engineering**<br>3320 McLemore Dr.<br>Pensacola, FL 32514 | **Rick Klein**<br>4909 SW 11 Ave<br>Cape Coral, FL 33914 |
| **Kith A Fink & Associates**<br>S. Kevin Steinberg<br>11500 West Olympic Blvd., Suite 316<br>Los Angeles, CA 90064 | **Michael J. Holland**<br>Condon & Forsyth<br>7 Times Square, 18th Floor<br>New York, NY 10036 | **Roger W. Stallkamp**<br>3548 Old Oaks Drive<br>Beavercreek, OH 45431-2412 |
| **Kenneth J. Moran**<br>Moran Brown PC<br>4110 East Parham Road<br>Richmond, VA 23228 | **MJLG c/o Marine Lumber**<br>Lower Orange St.<br>Nantucket MA 02554 | **Ruby Mantel**<br>Forensic Animations<br>6885 NW 12th Street<br>Ft. Lauderdale, FL 33313 |
| **Kent Abercrombie**<br>621 S. Royal Lane, Suite 100<br>Coppell, TX 75019-3805 | **Norvic Aero Engines**<br>Units 4 & 5 Levellers Lane<br>Eynesbury, St. Neots<br>Cambs PE19 2JL | **Schnader Harrison Segal & Lewis, LLP**<br>Attn: J. Denny Shupe<br>1600 Market Stree, Suite 3600<br>Philadelphia, PA 19103-7286 |
| **Knutson Aviation Services**<br>Attn: Donald F. Knutson<br>2118 N. Tyler, Bldg. B, Suite 102<br>Wichita, KS 67212 | **Patton Air Spray**<br>PO Box 164<br>Quirindi, NSW 2343<br>Australia | **Signature Engines**<br>4760 Airport Rd.<br>Cincinnati, OH 45226 |
| **KSPG Automotive Brazil Ltda-Kolbenschmid**<br>RODARNALDO JULIO MAUERBERG, 4000 – D<br>13460-000 NOVA ODESSA – SP BRAZIL | **Paul Eberly**<br>414 Sunset Drive<br>Gulf Shores, AL 36542 | **Southair LTD**<br>Taireri Airport<br>58 Stedman Rd<br>Mosgiel, Dunedin 9092<br>New Zealand |

**Steve Gann**
**8166 Autumnwoods**
**Southaven, MS 38671**


**Tiger Helicopter**
**Shobdon Aerodrome**
**Leominster Herefordshire**
**HR6 9NR United Kingdom**


**Tygris Vendor Finance, Inc.**
**f/k/a US Express Leasing**
**Attn: Annette McGovern**
**10 Waterview Blvd.**
**Parsippany, NJ 07054**


**Vector Aviation**
**Vector Air Ltd.**
**The Homestead**
**Therfield Royston SG8 9RA**


**White Hauk Aviation, Inc.**
**12517 Beaverly ford Road**
**Brandy Station, VA 22714**


**Wilfredo Oquendo**
**PO Box 28448**
**Hialeah FL 33002**


**Wittgens Markus**
**Durbusch 47**
**D-51503 Rosrath Germany**


**Woodhaven Aviation**
**2050 300 West**
**Hangar #63**
**Spanish Fork, UT 84660**


**Yellow Transportation**
**c/o RMS Bankruptcy Recovery Services**
**PO Box 5126**
**Timonium, MD 21094**