

NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 29, 2009

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | § § § Chapter 11 § |
| SUPERIOR AIR PARTS, INC. | § Case No. 08-36705 § |
| Debtor. | § § |

**ORDER APPROVING FIRST INTERIM APPLICATION OF
STRASBURGER & PRICE, LLP FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD DECEMBER 31, 2008 THROUGH APRIL 30, 2009**

On June 24, 2009, the Court held a hearing on the First Interim Application of Strasburger & Price, LLP for Compensation and Reimbursement of Expenses for the Period December 31, 2008 through April 30, 2009, filed May 29, 2009 [docket #226].

The Court finds that sufficient notice has been given to all parties entitled thereto, and that all objections, if any, to the Application have been resolved or overruled. The Court further finds and determines that the fees and expenses are reasonable and

ORDER APPROVING FIRST INTERIM APPLICATION OF STRASBURGER & PRICE, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 31, 2008 THROUGH APRIL 30, 2009 - Page 1 of 3

609825.2/SPA/20354/0102/062609

necessary within the meaning of 11 U.S.C. §§ 330 and 331 and cause exists to grant the Application to the extent and subject to the terms below.  It is, therefore

ORDERED that the First Interim Fee Application of Strasburger & Price, LLP for the Period December 31, 2008 through April 30, 2009 is granted in part, and that 80% of fees applied for in the amount of $319,495.20 are hereby allowed.  Allowance of the remaining 20% of fees applied for in the amount of $79,873.80 shall be considered with Applicant's final fee application.  It is further

ORDERED that 50% of expenses applied for in the amount of $40,964.03, are hereby allowed.  Allowance of the remaining 50% shall be considered upon the showing of additional documentation to support the reasonableness of those expenses.  It is further

ORDERED that Strasburger & Price, LLP is hereby authorized to apply the $6,876.68 retainer held in its trust account to the approved amount.  It is further

ORDERED that the Debtor is authorized and ordered to immediately pay reasonable and necessary fees and expenses in the amount of $353,582.55 to Strasburger & Price, LLP.

# # # End of Order # # #

Submitted and prepared by:

Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

COUNSEL FOR DEBTOR

ORDER APPROVING FIRST INTERIM APPLICATION OF STRASBURGER & PRICE, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 31, 2008 THROUGH APRIL 30, 2009 - Page 3 of 3

609825.2/SPA/20354/0102/062609