Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE | § | Chapter 11 |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | Case No. 08-36705 |
| | § | |
| **Debtor.** | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copies of the Debtor's Amended Schedules B, D, E, F, and G were served upon the attached service list June 30, 2009.

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600
Fax (512) 499-3660
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com
**Bankruptcy Attorneys for the Debtor**

| | | |
|---|---|---|
| Theilert Aircraft Engines<br>Nieritzstr 14 D-01097<br>Dresden Germany | Mahle Engine Components<br>60428 Marine Road<br>Atlantic IA 50022-8291 | KS-Pistoes<br>Rodovia Arnald, Julio Mauberg<br>4000 Disrito Industrial No<br>Nova Odessa SP Brasil CAIZA Postal 91 CEP 13460-000 |
| Airsure Limited<br>Dallas Office<br>5700 Granite Parkway, #550<br>Plano, TX 75024-6647 | ECK Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Mahle Engine Components<br>14161 Manchester Road<br>Manchester, MO 63011 |
| Crane Cams<br>2531 Tail Spin Trail<br>Daytona Beach, FL 32128-6743 | Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas TX 75227 | Saturn Fasteners Inc.<br>425 S. Varney St.<br>Burbank, CA 91502 |
| Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29654-0686 | Ohio Gasket & Shim<br>976 Evans Ave.<br>Akron, OH 44305 | Gerhardt Gear<br>133 East Santa Anita<br>Burbank CA 91502-1926 |
| Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601 | Helio Precision Products<br>601 North Skokie Highway<br>Lake Bluff, IL 60044 | Knappe & Koester Inc.<br>18 Bradco Street<br>Keen, NH 3431 |
| Garlock-Metallic Gasket Div<br>250 Portwall St., Ste. 300<br>Houston, TX 77029 | AOPA Pilot<br>PO Box 973<br>Frederick, MD 21701 | Mahle Engine Components<br>17226 Industrial HWY<br>Caldwell, OH 43724-9779 |
| Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX 75050-1222 | Seal Science<br>17131 Daimler<br>Irvine, CA 92614-5508 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Deirdre B. Ruckman/AVCO<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Ste. 3000<br>Dallas, TX 75201 | David Childs, Ph.D.<br>Dallas County Tax Assessor/Collector<br>500 Elm Street, Records Building<br>Dallas, TX 75202 | Thielert AG<br>Albert-Einstein-Ring 11<br>D-22761, Hamburg Germany |
| Betsy Price, Tax Assessor Collector<br>100 E. Weatherford<br>PO Box 961018<br>Fort Worth, TX 76196 | Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Ace Grinding & Machine Company<br>2020 Winner Street<br>Walled Lake, MI 48390 |
| Lynden International<br>1800 International Blvd. #800<br>Seattle, WA 98188 | Combustion Technologies, Inc.<br>1804 Slatesville Road<br>Chatham, VA 24531 | Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG, Feld<br>Witten, Germany 58456 |

| | | |
|---|---|---|
| Chester Salomon<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue<br>New York, NY 10171 | City of Coppell/Coppell ISD<br>Mary McGuffey, Tax Assessor Collector<br>PO Box 9478<br>Coppell, TX 75019 | Kent Abercrombie<br>Superior Air Parts, Inc.<br>621 S. Royal Lane, Suite 100<br>Coppell, TX 75019-3805 |
| Neil J. Orleans<br>Goins, Underkolfer, et al, LLP<br>1201 Elm Street, Ste. 4800<br>Dallas, TX 75270 | Howard A. Borg/James T. Jacks<br>Ass't US Atty for FAA<br>Burnett Plaza, Suite 1700<br>801 Cherry Street, Unit 4<br>Fort Worth, Texas 76102-6882 | Laurie A. Spindler<br>Linebarger Goggan et al, LLP<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201 |
| Jeffrey N. Thom, Q.C.<br>Miller Thomson LLP<br>3000, 700 - 9th Avenue SW<br>Calgary, AB  T2P 3V4 | Gordon J. Toering<br>**WARNER NORCROSS & JUDD LLP**<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503 | Anita F. McMahon<br>1646 Belmont Ave.<br>Baton Rouge, LA 70808 |
| Michael L. Jones<br>Henry & Jones, LLP<br>2902 Carlisle Street, Ste. 150<br>Dallas, TX 75204 | LARRY K. HERCULES<br>ATTORNEY AT LAW<br>1400 Preston Road, Suite 280<br>Plano, Texas 75093 | Gregory B. Gill, Jr.<br>Gill & Gill, S.C.<br>128 North Durkee St.<br>Appleton, WI 54911 |
| Laura Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows, Dr. #400<br>Littleton, CO 80124 | Melissa S. Hayward<br>LOCKE LORD BISSELL & LIDDELL LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201<br>Counsel for the Insurers | Vincent Slusher/J. Seth Moore<br>Beirne Maynard & Parsons, LLP<br>1700 Pacific Ave., Ste. 4400<br>Dallas, TX 75201<br>Attys for Theilert Aircraft Engines GMBH |
| Mary Frances Durham<br>U.S. Department of Justice<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | Stefano Gazzola<br>Zanzi, S.p.A.<br>Corso Vercelli, 159<br>10015 Ivrea, Italy | Piyush Kakar<br>Seal Science Inc.<br>17131 Daimler<br>Irvine, CA 92614 |
| Jim Griffin<br>Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Phil Eck<br>Eck Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Werner Wilhelm Albus<br>Valeria de Freitas Mesquita<br>KSPG Automotive Brazil LTDA<br>Rodovia Arnaldo Julio Mauerbert,<br> n. 4000-Distrito Industrial 01<br>Nova Odessa- SP Brasil<br>Caixa Postal 91 |
| Ronald Weaver<br>Avstar<br>1365 Park Lane South<br>Jupiter, Fl 33458 | Linda Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows Dr. #400<br>Littleton, CO 80124 | Susan B. Hersh<br>12770 Coit Rd. Ste. 1100<br>Dallas, TX 75251 |
| William G. Burd/Krystina N. Jiron<br>Atkinson & Brownell, PA<br>2 South Biscayne Blvd., Suite 3750<br>Miami, FL 33131 | David W. Parham,<br>Elliot Schuler & A. Swick<br>Baker & McKenzie LLP<br>2001 Ross Ave., Suite 2300<br>Dallas, TX 75201 | Timothy S. McFadden<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Counsel for the Insurers |
| Billy G. Leonard, Jr.<br>Attorney at Law<br>1650 W. Virginia Street, Suite 211<br>McKinney, Texas 75069 | Kevin H. Good<br>Conner & Winters LLP<br>1700 Pacific Avenue<br>Suite 2250<br>Dallas, Texas 75201 | Rosa R. Orenstein<br>LOOPER, REED & McGRAW, P.C.<br>4100 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 |

Kenneth A. Hill
QUILLING, SELANDER, CUMMISKEY
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

| | | |
|---|---|---|
| Broward County Revenue Collector<br>Government Center Annex<br>Attn: Litigation Section<br>115 S. Andrews Avenue<br>Fort Lauderdale, FL 33301 | Air Service Vamdrup<br>Lufthavnsvej 7A Box 62<br>DK-6580<br>Vamdrup, Denmark | Avstar Fuel Systems, Inc.<br>1365 Park Lane<br>South Jupiter, FL 33458 |
| **ERVIN LEASING COMPANY**<br>**PO BOX 1689**<br>**ANN ARBOR, MI 48106-1689** | Al Head<br>Western Skyways, Inc.<br>21 Creative Place<br>Montrose, CO 81401 | Baron & Budd, PC<br>Attn: Scott V. Goodley<br>8001 Lemmon Avenue, Suite 145<br>Dallas, TX 75209-2696 |
| **GREATAMERICA LEASING CORP**<br>**8742 INNOVATION WAY**<br>**CHICAGO, IL 60682-0087** | Allen Parmet, M.D., MPH<br>4320 Wornell, Suite 432<br>Kansas City, MO 64111 | Barry Schiff<br>673 Trueno Avenue<br>Camarillo, CA 93010 |
| **NATIONAL CITY COMMERCIAL CAPITAL**<br>**995 DALTON AVENUE**<br>**CINCINNATI, OH 45203** | AMA Nantucket<br>130 Mary Dunn Way<br>Hyannis, MA 02601 | Bob Brown<br>7165 SE 95th Lane<br>Ocala FL 34472 |
| 43 Air School<br>Airport, 43 Pruale Box X43<br>Port Alfred 6170<br>South Africa | Andrea Findlay<br>AIG Aviation<br>1175 Peachtree Street, NE<br>100 Colony Square, Suite 1000<br>Atlanta, GA 30361 | Boomerang Aviation<br>7491 S. Airport Rd.<br>Pembroke Pines, FL 33023 |
| Aero Service<br>Aeroservice Donauwoerth<br>Flugplatz D-86682<br>Genderkingen, Germany | Andrew Verzilli<br>Verzilli &Verzilli Consultants, Inc.<br>411 North Broad Street<br>Lansdale, PA 19446 | Bruce R. Marx<br>Marlow Connell Valerious<br>4000 Ponce de Leon Blvd., Suite 570<br>Coral Gables, FL 33146 |
| Aero Swan<br>Swan Hill Airport<br>VIC 3585 Australia | Anglo Normandy<br>La Planque Lane, Guernsy Airport<br>La Villiaze, Forest<br>Guernsey UK  GY8 0DS | Cambridge Gliding Club<br>Gransden Lodge<br>Longstowe Road Little<br>Gransden Sandy<br>Bedfordshire SG19 3EB  UK |
| Aero-Atelier<br>1281 Tourdulac CP 117<br>Lac-A-La Tortue, Quebec<br>Canada  QU G0X ILO | ARRC, Ltd.<br>Goodwood Airfield<br>Goodwood, Chichester PO 18 0PH<br>United Kingdom | Carlos Blacklock<br>1002 Eastern Street<br>Wichita, KS 67207 |
| Ahmad Jahanfar<br>Clanbrae South<br>Hanningfield Road<br>South Hanningfield<br>Chelmsford CM3 8HX UK | ATI PORTLAND FORGE<br>EAST LAFAYETTE STREET<br>PO BOX 905<br>PORTLAND, IN 47371-0905 | Carry Air PTY Ltd.<br>10-12 Chinderah Ray Drive<br>Chinderah, NSW 2467 |
| Air & Sea Recovery, Inc.<br>Fort Pierce National Airport<br>Florida 33441 | Aurigny Air Services<br>La Planque Lane<br>Guernsy Airport<br>Guernsy, UK  GY8 0DS | Chuck Cooper<br>Radiant Photography & Video<br>4025 Pioneer Road<br>Montrose, CO 81401 |

| | | |
|---|---|---|
| **Chuck Harris**<br>217 Bridger<br>Lakeside MT 59922 | **Dean Marshall**<br>5228 La Taste Ave.<br>El Paso, TX 79924 | **Garlock Sealing Technologies**<br>5605 Carnegie Blvd., Suite 500<br>Charlotte, NC 28209 |
| **Clyda Whitefield, et al.**<br>c/o Lisa Lance, Esq.<br>PO Box 595<br>Pauls Valley, OK 73075 | **Douglas Stimpson**<br>Chuck Schueller<br>Accident Investigation &<br>Reconstruction<br>11740 Airport Way, Hgr 35D | **Garvin Agee Carlton and Mashburn, PC**<br>Attn: Alan Agee<br>PO Box 10<br>Pauls Valley, OK 73075-0010 |
| **Clyda Whitefield, et al.**<br>c/o Kreindler & Kreindler<br>707 Wilshire Blvd., Ste 4100<br>Los Angeles, CA 90017-3613 | **Downtown Aviation**<br>2787 N. Second Street<br>Memphis, TN 38671 | **General Aviation Maintenance**<br>Hangar 1 Airport<br>Essendon Victoria |
| **CMS Incorporated**<br>20666 SW Citrus Blvd.<br>Indiantown, FL 34956 | **DS-Air Service**<br>AM Luneort 13<br>Bremerhaven, Germany 27572 | **George Edward, III, Ph.D., P.E.**<br>Clarke Engineering Consultants, Inc.<br>46344 Lore Court<br>Lexington Park, MD 20653 |
| **Contract Container Service, Ltd.**<br>PO Box 6245<br>Fryatt Street, Dunedin City Centre<br>Dunedin City, Otago 9016<br>New Zealand | **DUKE REALTY SERVICES**<br>14241 DALLAS PARKWAY # 1000<br>DALLAS, TX 75254 | **Golden Bay Maintenance**<br>Hangar 144 Compass Rd.<br>Jandakot Airport<br>Jandakot, WA  Australia  6164 |
| **Dale Alexander**<br>Gary Novak<br>Engineering Systems, Inc.<br>3851 Exchange Ave.<br>Aurora, IL 60504 | **Dustin A. Turnquist, M.S., P.E.**<br>Engineering Systems Inc.<br>4775 Centennial Blvd., Suite 106<br>Colorado Springs, CO 80919 | **Good Wood Road Racing**<br>G-BBRX Ltd Oriel<br>Cottage Station Road<br>Chobham Woking GU24 8AX<br>United Kingdom |
| **Dave Klepacki**<br>Engineering Systems, Inc.<br>4775 Centennial Blvd., Suite 106<br>Colorado Springs, CO 80919 | **Federal Trade Commission**<br>Southwest Region<br>1999 Bryan Street, Suite 2150<br>Dallas, TX 75201-6808 | **Haski Aviation**<br>406 Frank Farone Dr.<br>New Castle, PA 16101 |
| **David A. Levin**<br>AIG<br>70 Pine Street<br>New York, NY 10270 | **Flyer Industria**<br>Aeronautica Flyer<br>CX-13 Americana<br>SP 13, 170-970 Brazil | **Henry and Carole Bailey**<br>c/o The Wolk Law Firm<br>1710-12 Locust Street<br>Philadelphia, PA 19103 |
| **David Foord Avionics**<br>292 Sir Donald Bradmen Drv.<br>Brooklyn Park, SA 5032<br>Australia | **Flying Machines South**<br>8727 SE 72nd Ave<br>Ocala, FL 33472 | **Jack Kendall**<br>AIG<br>1200 Abernathy Road NE<br>600 Northpark Town Center<br>Alpharetta, GA 30328 |
| **David Hines**<br>500 Sutter St.<br>San Francisco, CA 94102 | **Fred Fine**<br>Technical Consultant<br>PO Box 7315<br>Spanish Fort, AL 36577-7315 | **Jade Air PLC**<br>The Old Stables<br>Hoodlands Farm, London<br>Handcross<br>West Sussex, England RH17 6HB |

**Janet Innis**
c/o The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103

**Lawrence W. Olesen, Q.C.**
Bryan & Company, LLC
2600 Lanulife Place
10180-101 Street
Edmonton, Alberta T5J3Y2

**Paul Leonard**
16415 Addison Road, Suite 800
Addison, TX 75001-3267

**Jerry Meyers Aviation**
4713 Meadow Lane
Bozeman, MT 59715

**Lee Danforth**
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores
Redwood City, CA 94065-2133

**Professional Analysis and Consulting, Inc.**
Atn: David K. Hall
43W752 US Route 30, Suite 2F
Sugar Grove, IL 60554

**Jim Irvin**
Aircraft Engine Reconstruction Specialist
6501 Wilkinson Drive, Suite 200
Prescott, AZ 86301-6188

**Loma Air**
Herentalsesteenweg 10
B-2220 Heist O/D Berg
Belgium

**Ray Claxton, Ph.D.**
Materials Analysis, Inc.
10338 Miller Rd.
Dallas, TX 75238

**Jon S. Lore**
23314 Green Holly Road
Lexington Park, MD 20653

**Louis Franecke**
1115 Irwin Street
Suite 100
San Rafael, CA 94901

**Richard L. Taylor**
Flight Information, Inc.
5498 Ayrshire Drive
Dublin, OH 43017-9428

**Kaplan, von Ohlen & Massamillo, LLC**
ATTN: Nicholas E. Pantelopoulos
555 Fifth Avenue, 15th Floor
New York, NY 10017

**McSwain Engineering**
3320 McLemore Dr.
Pensacola, FL 32514

**Rick Klein**
4909 SW 11 Ave
Cape Coral, FL 33914

**Kith A Fink & Associates**
S. Kevin Steinberg
11500 West Olympic Blvd., Suite 316
Los Angeles, CA 90064

**Michael J. Holland**
Condon & Forsyth
7 Times Square, 18th Floor
New York, NY 10036

**Roger W. Stallkamp**
3548 Old Oaks Drive
Beavercreek, OH 45431-2412

**Kenneth J. Moran**
Moran Brown PC
4110 East Parham Road
Richmond, VA 23228

**MJLG c/o Marine Lumber**
Lower Orange St.
Nantucket MA 02554

**Ruby Mantel**
Forensic Animations
6885 NW 12th Street
Ft. Lauderdale, FL 33313

**Kent Abercrombie**
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

**Norvic Aero Engines**
Units 4 & 5 Levellers Lane
Eynesbury, St. Neots
Cambs PE19 2JL

**Schnader Harrison Segal & Lewis, LLP**
Attn: J. Denny Shupe
1600 Market Stree, Suite 3600
Philadelphia, PA 19103-7286

**Knutson Aviation Services**
Attn: Donald F. Knutson
2118 N. Tyler, Bldg. B, Suite 102
Wichita, KS 67212

**Patton Air Spray**
PO Box 164
Quirindi, NSW 2343
Australia

**Signature Engines**
4760 Airport Rd.
Cincinnati, OH 45226

**KSPG Automotive Brazil Ltda-Kolbenschmid**
RODARNALDO JULIO MAUERBERG, 4000 – D
13460-000 NOVA ODESSA – SP BRAZIL

**Paul Eberly**
414 Sunset Drive
Gulf Shores, AL 36542

**Southair LTD**
Taireri Airport
58 Stedman Rd
Mosgiel, Dunedin 9092
New Zealand

**Steve Gann**
**8166 Autumnwoods**
**Southaven, MS 38671**


**Tiger Helicopter**
**Shobdon Aerodrome**
**Leominster Herefordshire**
**HR6 9NR United Kingdom**


**Tygris Vendor Finance, Inc.**
**f/k/a US Express Leasing**
**Attn: Annette McGovern**
**10 Waterview Blvd.**
**Parsippany, NJ 07054**


**Vector Aviation**
**Vector Air Ltd.**
**The Homestead**
**Therfield Royston SG8 9RA**


**White Hauk Aviation, Inc.**
**12517 Beaverly ford Road**
**Brandy Station, VA 22714**


**Wilfredo Oquendo**
**PO Box 28448**
**Hialeah FL 33002**


**Wittgens Markus**
**Durbusch 47**
**D-51503 Rosrath Germany**


**Woodhaven Aviation**
**2050 300 West**
**Hangar #63**
**Spanish Fork, UT 84660**


**Yellow Transportation**
**c/o RMS Bankruptcy Recovery Services**
**PO Box 5126**
**Timonium, MD 21094**