**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SUPERIOR AIR PARTS, INC., | ) | No. 08-36705 BJH |
| | ) | Chapter 11 |
| Debtor(s). | ) | |

### NOTICE OF WITHDRAWAL OF CLAIM

Pursuant to Fed. R. Bankr. P. 3006, the Tennessee Department of Revenue, through undersigned counsel, withdraws the following claim:

Amount of Claim:  $19,421.35
Date Claim Filed:  February 6, 2009,
Court Claim No.   47

Respectfully submitted,

ROBERT E. COOPER, JR.
Tennessee Attorney General

/s/ Michael B. Willey
Michael B. Willey (TN BPR # 019648)
Assistant Attorney General
Office of the TN Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202
PH: 615-532-8924
FX: 615-741-3334

### CERTIFICATE OF SERVICE

I certify that on July 2, 2009, a copy of the foregoing was served upon all parties of record who receive notice electronically via the Court's CM/ECF system.

/s/Michael B. Willey
MICHAEL B. WILLEY
Assistant Attorney General