July 2, 2009

To:       All Creditors of Superior Air Parts, Inc.

From:   Ronald Weaver, Chairman of the Official Committee of Unsecured Creditors

Re:      *Superior Air Parts, Inc.*, Case No. 08-36705-bjh11
           United States Bankruptcy Court for the Northern District of Texas

I am writing as Chairman of the Official Committee of Unsecured Creditors (the "UCC") to solicit your support and vote for the proposed Plan of Reorganization for Superior Air Parts, Inc. The Committee believes that the Plan provides creditors with the best opportunity to maximize their recovery. The Committee further believes that if the Debtor's estate were liquidated under chapter 7 of the Bankruptcy Code, general unsecured creditors with allowed claims would receive substantially less.

The Plan provides in general for the reorganization of Superior and the issuance of new shares in the Reorganized Debtor to Brantly International, Inc. ("Brantly"). The Brantly offer is subject to higher and better offers, including bids to separately purchase (1) the Piece Parts Business and (2) the Vantage Engine Program (as defined in the Plan).

The Committee has concluded that the Plan provides fair and equitable treatment of all classes of creditors and that approval of the Plan will enable creditors to receive substantially more than they would otherwise receive. The Committee therefore solicits your support and urges you to complete the Ballot indicating your acceptance of the Plan.

Sincerely:

*Ronald J. Weaver*
Ronald Weaver
Chairman of the Official Committee of Unsecured Creditors

DALDMS/663810.1
7/2/09 1:23 PM