**KANE RUSSELL COLEMAN & LOGAN PC**
Joseph A. Friedman (TSBN 0768280)
Gregory M. Zarin (TSBN 24060871)
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone: (214) 777-4200
Telecopy: (214) 777-4299
Email: gzarin@krcl.com

and

**MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.**
Michael S. Leib (*Pro Hac Vice* Pending)
Third Floor Essex Centre
28400 Northwestern Highway
Southfield, Michigan 48034-8004
Telephone:(248) 354-4030
Telecopy:(248) 359-6174
Email: msl@maddinhauser.com

**COUNSEL FOR ACE GRINDING & MACHINE CO.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUPERIOR AIR PARTS, INC. | ) | Case No. 08-36705 |
| | ) | Honorable Barbara J. Houser |
| Debtor. | ) | |
| | ) | |

**ACE GRINDING & MACHINE CO.'S LIMITED OBJECTION TO
AMENDED DISCLOSURE STATEMENT OF SUPERIOR AIR PARTS, INC.**

Ace Grinding & Machine Co., Creditor, states as follows:

1. The Amended Disclosure Statement filed by Debtor fails to adequately explain treatment of executory contracts and unexpired leases under Article 7.

2. The Amended Disclosure Statement describes the assumption of certain purchase orders as described in Exhibit 2 to the Statement which itself is confusing.

844350 (AGM/03539-0003)                                             1

3. Debtor purports to assume these pre-petition executory purchase orders but not cure defaults as required by 11 U.S.C. § 365.

4. There appear to be typographical errors in Article 7.

5. In addition, Article 7.4, Cure of Defaults, does not contain any procedure for objecting to alleged cure amounts.

6. Creditor wishes to continue to do business with Debtor. However, the Amended Disclosure Statement does not adequately inform Creditor as to how existing purchase orders will be administered and how existing defaults will be cured.

WHEREFORE, Creditor asks that Debtor be required to address these concerns and revise the Amended Disclosure Statement and Plan.

Dated: July 6, 2009                    Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By:    /s/ Gregory M. Zarin
       Joseph A. Friedman (TSBN 0768280)
       Gregory M. Zarin (TSBN 24060871)
       3700 Thanksgiving Tower
       1601 Elm Street
       Dallas, Texas 75201
       Telephone: (214) 777-4200
       Telecopy: (214) 777-4299
       Email: gzarin@krcl.com

       - and -

**MADDIN, HAUSER, WARTELL,
   ROTH & HELLER, P.C.**

By:    /s/ Michael S. Leib
       Michael S. Leib (*Pro Hac Vice* Pending)
       Michigan Bar No. P30470
       Third Floor Essex Centre

                                            28400 Northwestern Highway
                                            Southfield, Michigan 48034-8004
                                            Telephone:(248) 354-4030
                                            Telecopy:(248) 359-6174
                                            Email: msl@maddinhauser.com

                              **COUNSEL FOR ACE GRINDING & MACHINE CO.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served by filing the Motion via the Court's electronic noticing system (ECF) to the parties receiving notice via ECF prior to noon on July 6, 2009, and to the parties listed below via email on this 6th day of July, 2009.

| | |
|---|---|
| Howard A. Borg | Gordon J. Toering (P46409) |
| Assistant United States Attorney | WARNER NORCROSS & JUDD LLP |
| Texas State Bar No. 02667600 | 900 Fifth Third Center |
| Burnett Plaza, Suite 1700 | 111 Lyon Street, NW |
| 801 Cherry Street, Unit No. 4 | Grand Rapids, Michigan 49503 |
| Fort Worth, Texas 76102-6882 | gtoering@wnj.com |
| howard.borg@usdoj.gov | |

                                            */s/ Gregory M. Zarin*
                                            Gregory M. Zarin