Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

*ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## SUPPLEMENTAL FEE APPLICATION COVER SHEET

Supplement to First Interim Fee Application of Strasburger & Price, LLP, for the time period of December 31, 2008 to April 30, 2009.

Capacity: Counsel for Debtor          Chapter: 11

Debtor/Case: Superior Air Parts, Inc.  08-36705

Retainer Received: $6,876.68          Amount Previously Paid: $0

| **Amount Requested**: | | **Reductions**: |
|---|---|---|
| Fees: $399,369.00 | | Vol. Fee Reduction: $1,440.00 |
| Expenses: $81,928.07 | | Expense Reduction: |
| Other: | | |
| **Total: $481,297.07** | | **Total Reductions:** |

**Expenses**:

| | | |
|---|---|---|
| Copies per page: $0.20 | | Westlaw/Lexis: $2,936.79 |
| Faxes per page: $0.20 | | Other (specify): |

| **Hourly Rates**: | Attorney | Paralegal/Case Clerk |
|---|---|---|
| Highest Rates: | $550.00 | $195.00 |
| Hours Billed: | 779.20 | 264.40 |
| Average: | $458.00 | $166.15 |

 /s/ Duane J. Brescia                         July 7, 2009    
Duane J. Brescia                                Date

Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

*ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

SUPPLEMENT TO
FIRST INTERIM APPLICATION OF STRASBURGER & PRICE, LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
<u>THE PERIOD DECEMBER 31, 2008 THROUGH APRIL 30, 2009</u>

*NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, DALLAS, TX 75242, BEFORE THE CLOSE OF BUSINESS ON OR BEFORE TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF.*

*ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.*

*IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN*

***ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED
ACTION MAY BE TAKEN.***

TO:   THE HONORABLE BARBARA J. HOUSER
      UNITED STATES BANKRUPTCY JUDGE:

Strasburger & Price, LLP ("Applicant"), approved counsel for Debtor, hereby files its Supplement to First Interim Application for Compensation and Reimbursement of Expenses to provide additional detail with regard to expenses, as follows:

### Detail of Expenses Requested

1. The Court held a hearing on June 24, 2009, to consider Applicant's First Interim Application for Compensation and Reimbursement of Expenses. The Court awarded Applicant 50% of its expenses, subject to further detail and documentation in support of the requested expense reimbursement. By this Supplement, Applicant seeks approval and allowance of the remaining 50% of its expenses in the amount of $40,964.03. A summary detail of those expenses follows.

   a. <u>Rainmaker Document Technologies</u>: The invoices for services provided by Rainmaker Document Technologies ("Rainmaker") are attached as *Exhibit A*. As reflected on the attached invoices, the charge for copies ranges from $0.06 to $0.10 per page. The charge for mailouts ranges from $0.05 to $0.08 per piece, and the charge for DVD production ranges from $4.00 to $10.00, depending on whether the DVDs and labels were provided by Applicant.

   The total charged by Rainmaker during the Application Period was $41,741.25. Of this amount, invoice number 11576 in the amount of $34,072.28, was for service of the first day motions, including the motion to sell substantially all assets of the Debtor, to over 3,000 creditors. This project alone consisted of 366,854 pages (at $0.06 per page), U.S. and out of country postage in the amount of $8,641.37, $400.00 for envelopes, $1,082.52 for stuffing and sealing the envelopes, and $1,938.15 in sales tax.

   b. <u>Computerized Research</u>: During the Application Period, expenses were incurred in the amount of $2,936.79 for computerized research. All searches that are conducted in the databases that fall within Applicant's contracts with Westlaw and Lexis receive discounts off of the regular retail rate ranging in savings from 15% - 25% for Lexis and 27% - 37% for Westlaw. These savings were passed on to Debtor, Superior Air Parts, Inc.

      c.    <u>Internal Charges</u>:  Applicant's internal rate for copies and fax is $0.20 per page.

WHEREFORE, Applicant requests (i) approval and allowance of the balance of its outstanding expenses for the Application Period in the amount of $40,964.03 for the time period December 31, 2008 through April 30, 2009; (ii) that the Debtor be authorized and ordered to pay Applicant these approved expenses in the amount of **$40,964.03**; and, (iv) for such other and further relief to which Applicant may show itself to be justly entitled.

      Respectfully submitted,

*/s/ Duane J. Brescia*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600
Fax (512) 499-3660
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**BANKRUPTCY ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

## CERTIFICATION BY PROFESSIONAL

By my signature below, I, Duane J. Brescia, do hereby certify (i) that I have read the foregoing Supplement to Application, (ii) to the best of my knowledge, information and belief, formed after reasonable inquiry, the expense reimbursement sought is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals, and (iii) the expense reimbursement requested is billed at rates, in accordance with practices, no less favorable than those customarily employed by Applicant and generally accepted by the Applicant's clients.

/s/ Duane J. Brescia
Duane J. Brescia

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been forwarded by United States first class mail to the parties listed below and to all parties listed on the attached Service List on this the 7th day of July, 2009.

**U.S.TRUSTEE:**

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

**OFFICIAL COMMITTEE OF
UNSECURED CREDITORS:**

David W. Parham,
Elliot Schuler & A. Swick
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201

/s/ Duane J. Brescia
Duane J. Brescia