

**PLEASE PAY FROM THIS INVOICE**
Remit Payment to:
P10 One Congress Plaza
111 Congress Avenue
Austin, Texas 78701

# Invoice

| Date | Invoice # |
|---|---|
| 4/15/2009 | 12317 |

| Bill To | Ship To |
|---|---|
| Strasburger & Price<br>ACCOUNTS PAYABLE<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 | Strasburger & Price<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 |

| Ordered By | Reference Number | Terms | Rep | Project # | Delivery Date |
|---|---|---|---|---|---|
| Angela | 20354.0102 | Due on receipt | ML | 04090085 | 4/15/2009 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2-Light Handling | Light Handling Copies | 239 | 0.09 | 21.51T |
| Mailout | Mailout | 295 | 0.08 | 23.60T |
| Postage | Postage | 1 | 30.54 | 30.54 |
|  | Sales Tax |  | 8.25% | 3.72 |

It's been a pleasure working with you! Thank you for your business!!!

**Total** $79.37

| Phone Number | Fax Number | Web Site | Federal Tax ID Number |
|---|---|---|---|
| 512.472.9911 | 512.472.6161 | www.gorainmaker.com | 43-2033387 |



# Invoice

**PLEASE PAY FROM THIS INVOICE**
Remit Payment to:
P10 One Congress Plaza
111 Congress Avenue
Austin, Texas 78701

| Date | Invoice # |
|---|---|
| 2/2/2009 | 11788 |

| Bill To | Ship To |
|---|---|
| Strasburger & Price<br>ACCOUNTS PAYABLE<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 | Strasburger & Price<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 |

| Ordered By | Reference Number | Terms | Rep | Project # | Delivery Date |
|---|---|---|---|---|---|
| Angela | 20354.0102 | Due on receipt | ML | 02090009 | |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| DVD | DVD | 12 | 10.00 | 120.00T |
|  | Sales Tax |  | 8.25% | 9.90 |

All work is complete!

**Total** $129.90

| Phone Number | Fax Number | Web Site | Federal Tax ID Number |
|---|---|---|---|
| 512.472.9911 | 512.472.6161 | www.gorainmaker.com | 43-2033387 |



**rainmaker**
Document Technologies

PLEASE PAY FROM THIS INVOICE
Remit Payment to:
P10 One Congress Plaza
111 Congress Avenue
Austin, Texas 78701

# Invoice

| Date | Invoice # |
|---|---|
| 1/20/2009 | 11701 |

| Bill To | Ship To |
|---|---|
| Strasburger & Price<br>ACCOUNTS PAYABLE<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 | Strasburger & Price<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 |

| Ordered By | Reference Number | Terms | Rep | Project # | Delivery Date |
|---|---|---|---|---|---|
| Angela Dunn | 20354.0102 | Due on receipt | ML | 01090143 | 1/20/2009 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| DVD | DVDs provided, applied labels | 6 | 4.00 | 24.00T |
|  | Sales Tax |  | 8.25% | 1.98 |

It's been a pleasure working with you! Thank you for your business!!!

**Total** $25.98

| Phone Number | Fax Number | Web Site | Federal Tax ID Number |
|---|---|---|---|
| 512.472.9911 | 512.472.6161 | www.gorainmaker.com | 43-2033387 |



# Invoice

**PLEASE PAY FROM THIS INVOICE**
Remit Payment to:
P10 One Congress Plaza
111 Congress Avenue
Austin, Texas 78701

| Date | Invoice # |
|---|---|
| 1/19/2009 | 11676 |

| Bill To | Ship To |
|---|---|
| Strasburger & Price<br>ACCOUNTS PAYABLE<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 | Strasburger & Price<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 |

| Ordered By | Reference Number | Terms | Rep | Project # | Delivery Date |
|---|---|---|---|---|---|
| Donna Krupa | 20354.0102 | Due on receipt | ML | 01090103 | 1/19/2009 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 1-Auto Feed | Auto Feed Copies | 6,034 | 0.06 | 362.04T |
| Mailout | Mailout | 18,042 | 0.06 | 1,082.52T |
| Postage | Postage--US and out of country | 1 | 1,345.04 | 1,345.04 |
| | Sales Tax | | 8.25% | 119.18 |

It's been a pleasure working with you! Thank you for your business!!!

**Total $2,908.78**

| Phone Number | Fax Number | Web Site | Federal Tax ID Number |
|---|---|---|---|
| 512.472.9911 | 512.472.6161 | www.gorainmaker.com | 43-2033387 |