

**rainmaker**
Document Technologies

PLEASE PAY FROM THIS INVOICE
Remit Payment to:
P10 One Congress Plaza
111 Congress Avenue
Austin, Texas 78701

# Invoice

| Date | Invoice # |
|---|---|
| 1/14/2009 | 11654 |

| Bill To | Ship To |
|---|---|
| Strasburger & Price<br>ACCOUNTS PAYABLE<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 | Strasburger & Price<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 |

| Ordered By | Reference Number | Terms | Rep | Project # | Delivery Date |
|---|---|---|---|---|---|
| Angela Dunn | 20354.0102 | Due on receipt | ML | 01090035 | 1/14/2009 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2-Light Handling | Light Handling Copies | 667 | 0.10 | 66.70T |
| Mailout | Mailout | 3,335 | 0.06 | 200.10T |
| Postage | Postage--US and Out of country | 1 | 47.00 | 47.00 |
| | Sales Tax | | 8.25% | 22.01 |

It's been a pleasure working with you! Thank you for your business!!!

**Total** $335.81

| Phone Number | Fax Number | Web Site | Federal Tax ID Number |
|---|---|---|---|
| 512.472.9911 | 512.472.6161 | www.gorainmaker.com | 43-2033387 |



**rainmaker**
Document Technologies

PLEASE PAY FROM THIS INVOICE
Remit Payment to:
P10 One Congress Plaza
111 Congress Avenue
Austin, Texas 78701

# Invoice

| Date | Invoice # |
|---|---|
| 1/5/2009 | 11576 |

| Bill To | Ship To |
|---|---|
| Strasburger & Price<br>ACCOUNTS PAYABLE<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 | Strasburger & Price<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 |

| Ordered By | Reference Number | Terms | Rep | Project # | Delivery Date |
|---|---|---|---|---|---|
| Donna Krupa | 20354.0102 | Due on receipt | ML | 01090010 | 1/5/2009 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 1-Auto Feed | Auto Feed Copies | 366,854 | 0.06 | 22,011.24T |
| Mailout | Mailout--steps | 18,042 | 0.06 | 1,082.52T |
| Postage | Postage--US and out of country--3007 creditors | 1 | 8,641.37 | 8,641.37 |
| Envelopes | Envelopes | 1,400 | 0.285 | 399.00T |
| | Sales Tax | | 8.25% | 1,938.15 |

It's been a pleasure working with you! Thank you for your business!!!

**Total** $34,072.28

| Phone Number | Fax Number | Web Site | Federal Tax ID Number |
|---|---|---|---|
| 512.472.9911 | 512.472.6161 | www.gorainmaker.com | 43-2033387 |



# Invoice

**PLEASE PAY FROM THIS INVOICE**
Remit Payment to:
P10 One Congress Plaza
111 Congress Avenue
Austin, Texas 78701

| Date | Invoice # |
|---|---|
| 1/14/2009 | 11655 |

**Bill To**
Strasburger & Price
ACCOUNTS PAYABLE
600 Congress
Suite 1600
Austin, TX  78701

**Ship To**
Strasburger & Price
600 Congress
Suite 1600
Austin, TX  78701

| Ordered By | Reference Number | Terms | Rep | Project # | Delivery Date |
|---|---|---|---|---|---|
| Angela Dunn | 20354.0102 | Due on receipt | ML | 01090017 | 1/14/2009 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 1-Auto Feed | Auto Feed Copies | 24,056 | 0.06 | 1,443.36T |
| Mailout | Mailout | 18,042 | 0.06 | 1,082.52T |
| Postage | Postage--US and out of country | 1 | 1,367.46 | 1,367.46 |
|  | Sales Tax |  | 8.25% | 208.39 |

It's been a pleasure working with you! Thank you for your business!!!

**Total** $4,101.73

| Phone Number | Fax Number | Web Site | Federal Tax ID Number |
|---|---|---|---|
| 512.472.9911 | 512.472.6161 | www.gorainmaker.com | 43-2033387 |




# Invoice

**PLEASE PAY FROM THIS INVOICE**
Remit Payment to:
P10 One Congress Plaza
111 Congress Avenue
Austin, Texas 78701

| Date | Invoice # |
|---|---|
| 1/5/2009 | 11575 |

| Bill To | Ship To |
|---|---|
| Strasburger & Price<br>ACCOUNTS PAYABLE<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 | Strasburger & Price<br>600 Congress<br>Suite 1600<br>Austin, TX  78701 |

| Ordered By | Reference Number | Terms | Rep | Project # | Delivery Date |
|---|---|---|---|---|---|
| Donna Krupa | 20354.0102 | Due on receipt | ML | 12080248 | 1/5/2009 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2-Light Handling | Light Handling Copies | 2,310 | 0.09 | 207.90T |
| Mailout | Mailout | 330 | 0.05 | 16.50T |
| Postage | Postage | 32 | 1.68 | 53.76 |
|  | Sales Tax |  | 8.25% | 18.51 |

It's been a pleasure working with you! Thank you for your business!!!

**Total $296.67**

| Phone Number | Fax Number | Web Site | Federal Tax ID Number |
|---|---|---|---|
| 512.472.9911 | 512.472.6161 | www.gorainmaker.com | 43-2033387 |