| Date | Check / Wire Number | Check / Wire Total | Name on Check / Wire | Explanation |
|---|---|---|---|---|
| 10/6/2008 | 1024 | $504.73 | European Aviation Safety Agency | Liablilty Insurance |
| 10/6/2008 | 1023 | $62,500.00 | AirSure Limited | Liablilty Insurance |
| 10/6/2008 | 1025 | $5,805.32 | WSK Kalisz | Payment on Account |
| 10/6/2008 | 1026 | $32,257.92 | KS Pistoes | Payment on Account |
| 10/7/2008 | 1027 | $5,000.00 | Conners & Winters | Lawyers |
| 10/24/2008 | 1031 | $62,500.00 | AirSure Limited | Liablilty Insurance |
| 12/12/2008 | 1044 | $261,250.00 | AirSure Limited | Liablilty Insurance |
| 12/16/2008 | 1045 | $130,625.00 | AirSure Limited | Liablilty Insurance |
| 10/3/2008 | 59925 | $85.00 | Fireplaces & More | Test Cell |
| 10/3/2008 | 59926 | $1,400.00 | Michael Nutt | 110 |
| 10/3/2008 | 59927 | $132.86 | ADP Inc | 886275 |
| 10/3/2008 | 59928 | $402.00 | LE Jones Co | 30781 |
| 10/3/2008 | 59929 | $7,559.40 | Custom Tube Products Inc | 3858 |
| 10/3/2008 | 59930 | $2,151.00 | Associated Spring | 4902582 |
| 10/3/2008 | 59931 | $10,744.40 | Automatic Screw Machine | 172483, 172393 |
| 10/3/2008 | 59932 | $4,543.87 | Corley Gasket Co | 92563-In |
| 10/3/2008 | 59933 | $30,783.62 | Saturn Fasteners Inc | B22410-04 |
| 10/3/2008 | 59934 | $766.98 | Kapco/Valtec | 1905993-00 |
| 10/3/2008 | 59935 | $10,584.00 | Aviall Services Inc | 900541199 to 900541271 |
| 10/3/2008 | 59936 | $9,224.69 | Mahle Engine Components USA | 7207323 |
| 10/3/2008 | 59937 | $16,535.05 | Mahle Engine Components USA | CC931018 |
| 10/3/2008 | 59938 | $71,550.30 | Mahle Engine Components USA | 2281198, 2281199 |
| 10/3/2008 | 59939 | $5,583.61 | United Parcel Service | 752329388, 752329398 |
| 10/3/2008 | 59940 | $820.00 | Hurst | 55558 to 55592 |
| 10/3/2008 | 59941 | $244.65 | Aramark | 551-1091627 |
| 10/3/2008 | 59942 | $2,742.35 | Yellow Freight System Inc | 204-013139 to 362-437885 |
| 10/3/2008 | 59943 | $11.29 | UPS Supply Chain Solutions Inc | 515019400 |
| 10/3/2008 | 59945 | $138.63 | Z Packaging Inc | 58416, 58480 |
| 10/3/2008 | 59946 | $75.78 | Dynamic Technology Inc | 249640-99, 249712-99 |
| 10/3/2008 | 59947 | $306.96 | Vision Service Plan | 100108-103108 |
| 10/3/2008 | 59948 | $1,766.19 | Airparts Company Inc | 431424 to 432453 |
| 10/3/2008 | 59950 | $24,248.20 | Aetna | A5428928 |
| 10/3/2008 | 59952 | $64.95 | Bizzy Bees Pest Control Co | 201250 |
| 10/3/2008 | 59953 | $1,610.00 | Sky-Tec | 801642, 801669 |

| Date | Check # | Amount | Payee | Reference |
|---|---|---|---|---|
| 10/3/2008 | 59954 | $205.84 | All American Benefits Inc | Jul-32 |
| 10/3/2008 | 59956 | $7,459.55 | Western Manufacturing Co | 84045 |
| 10/3/2008 | 59957 | $951.68 | Fedex Freight East | 1488120712 |
| 10/3/2008 | 59958 | $1,838.03 | Lynden Air Freight | 4163984 to 4167724 |
| 10/3/2008 | 59959 | $1,711.56 | Fort Dearborn Life Insurance | 100108-103108 |
| 10/3/2008 | 59961 | $272.50 | LE Clark | 100108 |
| 10/3/2008 | 59962 | $2,061.07 | TW Telecom | 2416120 |
| 10/3/2008 | 59963 | $520.79 | Staples Business Advantage | 3107593960 to 3107593964 |
| 10/3/2008 | 59964 | $570.00 | Barnstormers Inc | 100108 |
| 10/3/2008 | 59965 | $280.00 | Passports & Visa | 44311 |
| 10/3/2008 | 59966 | $6,230.00 | Gerhardt Gear | 60011 |
| 10/3/2008 | 59967 | $1,189.76 | Manitowoc Tool & Machining LLC | IN-048539 |
| 10/3/2008 | 59968 | $265.21 | Choice Solutions LLC | INV-91560 |
| 10/3/2008 | 59969 | $1,424.69 | Helio Precision Products | 116404 to 116502 |
| 10/3/2008 | 59973 | $2,812.74 | N.E.W. Industries Inc | 58553 |
| 10/3/2008 | 59975 | $3,750.00 | Techni Products Inc | 08-1553 to 08-1551 |
| 10/3/2008 | 59976 | $1,261.29 | Amco Enterprises | 110130-00 |
| 10/3/2008 | 59977 | $41,592.00 | Crane Cams | 118102 to 117678 |
| 10/3/2008 | 59978 | $3,533.76 | Weatherproofing Services | 2696 |
| 10/3/2008 | 59979 | $5,971.10 | AIICO, Inc | 150100167273 |
| 10/3/2008 | 59980 | $0.00 | Progressive Air Services LTD | VOID - See check 60210 |
| 12/24/2008 | 59980 | $1,635.88 | Progressive Air Services LTD | Void and Reissue CK60210 |
| 10/6/2008 | 59981 | $801.05 | Web Trends Inc | 9015123 |
| 10/10/2008 | 59982 | $301.43 | Ervin Leasing Company | 2748664 |
| 10/10/2008 | 59983 | $3,270.00 | Hartford Aircraft Products | 48932-1 |
| 10/10/2008 | 59984 | $12,386.92 | Eaton Corporation | 60078 |
| 10/10/2008 | 59985 | $3,424.44 | Ace Grinding & Machine Company | 4277 to 4275 |
| 10/10/2008 | 59986 | $2,890.33 | Corley Gasket Co | 92676-IN |
| 10/10/2008 | 59987 | $15,100.00 | Flex-Fab, LLC | 520170 |
| 10/10/2008 | 59988 | $1,540.84 | Ohio Gasket & Shim | 40434 |
| 10/10/2008 | 59989 | $2,587.50 | Saturn Fasteners Inc | B27429-01 |
| 10/10/2008 | 59990 | $1,461.69 | Seal Science Inc | 58556 |
| 10/10/2008 | 59991 | $1,116.50 | Umpco | 377593 |
| 10/10/2008 | 59992 | $62,238.80 | Mahle Engine Components USA | 7207512 |
| 10/10/2008 | 59993 | $15,876.10 | Mahle Engine Components USA | 2281274 |
| 10/10/2008 | 59994 | $2,454.49 | Varga Enterprises Inc | 283336-001 to 283334-005 |
| 10/10/2008 | 59995 | $4,557.33 | United Parcel Service | 752329408 |

| Date | Check # | Amount | Payee | Reference |
|---|---|---|---|---|
| 10/10/2008 | 59996 | $680.00 | Hurst | 55605 |
| 10/10/2008 | 59997 | $1,336.74 | AT&T Mobility | 824772178 |
| 10/10/2008 | 59998 | $244.65 | Aramark | 551-1106733 |
| 10/10/2008 | 59999 | $2,776.71 | Yellow Freight System Inc | 005-865142 to 248-560747 |
| 10/10/2008 | 60001 | $6,538.20 | Trade-A-Plane Advertising | I0741205 |
| 10/10/2008 | 60002 | $3,100.00 | Carl H Johnson | 35 |
| 10/10/2008 | 60003 | $488.84 | Z Packaging Inc | 58430 |
| 10/10/2008 | 60004 | $4,993.75 | Experimental Aircraft Association | 1-000510915 |
| 10/10/2008 | 60005 | $12,550.00 | Sky-Tec | 801675 to 801696 |
| 10/10/2008 | 60006 | $4,556.00 | Kitplanes | 2402 |
| 10/10/2008 | 60007 | $413.06 | City of Coppell | 30000675 |
| 10/10/2008 | 60008 | $1,680.00 | Michael Nutt | 111 |
| 10/10/2008 | 60009 | $118.67 | Prostar Services Inc | 478449 |
| 10/10/2008 | 60010 | $802.09 | Lynden Air Freight | 4171911, 982978 |
| 10/10/2008 | 60011 | $1,024.23 | Superior Transport | 11683 |
| 10/10/2008 | 60012 | $197.50 | Staples Business Advantage | 3108140878 |
| 10/10/2008 | 60013 | $5,683.13 | Interwest Communications Corp | 5668, 5669 |
| 10/10/2008 | 60014 | $271.17 | Comfort Technologies LLC | 10958 |
| 10/10/2008 | 60015 | $11,854.66 | Helio Precision Products | 116621 to 116620 |
| 10/10/2008 | 60016 | $5,339.40 | US Express Leasing Inc | 40260364 |
| 10/10/2008 | 60017 | $3,963.08 | N.E.W. Industries Inc | 58760, 58781 |
| 10/10/2008 | 60018 | $7,500.00 | Techni Products Inc | 08-1565 to 08-1564 |
| 10/10/2008 | 60019 | $450.00 | 121Five.com | SU010810 |
| 10/10/2008 | 60020 | $21,665.83 | Crane Cams | 118618 to 118290 |
| 10/13/2008 | 60021 | $239.50 | Electronics International Inc | COD |
| 10/14/2008 | 60022 | $226.00 | Internal Revenue Service | Form 5330 |
| 10/17/2008 | 60023 | $135.29 | Pitney Bowes | 462249 |
| 10/17/2008 | 60024 | $14,259.50 | Hartford Aircraft Products | 49062-1 to 49347 |
| 10/17/2008 | 60025 | $27,210.40 | Eaton Corporation | 60176 |
| 10/17/2008 | 60026 | $802.88 | Custom Tube Products Inc | 3875 |
| 10/17/2008 | 60027 | $59,564.50 | Ace Grinding & Machine Company | 4284 to 4281 |
| 10/17/2008 | 60029 | $2,890.69 | Bunting Bearing Inc | 181197, 181195 |
| 10/17/2008 | 60030 | $12,500.00 | Garlock Sealing Technologies | 1325088 |
| 10/17/2008 | 60031 | $588.00 | Gates Rubber Co | 20671728 |
| 10/17/2008 | 60032 | $4,238.84 | R&B Electronics | 55883, 55884 |
| 10/17/2008 | 60033 | $15,384.65 | Saturn Fasteners Inc | B22410-05 to DM 106275 |
| 10/17/2008 | 60034 | $670.58 | Seal Science Inc | 58690 |

| Date | Check # | Amount | Payee | Reference |
|---|---|---|---|---|
| 10/17/2008 | 60035 | $92.31 | Kapco/Valtec | 1936824-00 |
| 10/17/2008 | 60036 | $11,547.50 | Wyandotte Industries Inc | 18600 |
| 10/17/2008 | 60037 | $1,297.35 | Varga Enterprises Inc | 285568-002 |
| 10/17/2008 | 60038 | $26.74 | Federal Express | 2-947-33764 |
| 10/17/2008 | 60039 | $1,375.00 | Hurst | 55633 to 55669 |
| 10/17/2008 | 60040 | $2,612.06 | Harris Packaging Corp | 238598 |
| 10/17/2008 | 60041 | $244.65 | Aramark | 551-1124574 |
| 10/17/2008 | 60042 | $912.80 | Yellow Freight System Inc | 005-865246 to 005-865430 |
| 10/17/2008 | 60043 | $12,338.60 | AOPA Pilot | 10015809 |
| 10/17/2008 | 60044 | $215.87 | UPS Supply Chain Solutions Inc | 517498756 to 518238141 |
| 10/17/2008 | 60046 | $292.28 | Nicol Scales Inc | 67635 |
| 10/17/2008 | 60048 | $3,950.00 | Advanced Machining & Tool Inc | 69867 |
| 10/17/2008 | 60049 | $9,104.26 | Airparts Company Inc | 436289 to 437194 |
| 10/17/2008 | 60052 | $159.40 | Dallas Recycling | 26781 |
| 10/17/2008 | 60053 | $1,440.00 | Sky-Tec | 801757 |
| 10/17/2008 | 60054 | $580.00 | SAE International | 13697498-1 |
| 10/17/2008 | 60055 | $191.08 | Lynden Air Freight | 4175584 |
| 10/17/2008 | 60057 | $345.91 | Corporate Express Inc | 90128794 |
| 10/17/2008 | 60058 | $4,767.09 | Air Power Inc | 169884 |
| 10/17/2008 | 60059 | $824.80 | Pack Ready | 1957 |
| 10/17/2008 | 60060 | $1,020.29 | Comfort Technologies LLC | 10986 |
| 10/17/2008 | 60064 | $2,661.37 | Technifax Office Solutions | 77144 |
| 10/17/2008 | 60065 | $2,077.11 | Dennis Cheatham | 1190 to 1195 |
| 10/17/2008 | 60067 | $9,000.00 | Techni Products Inc | 09-1014 to 09-1015 |
| 10/17/2008 | 60068 | $143.56 | ADP Inc | 897304 |
| 10/17/2008 | 60069 | $1,780.00 | Crane Cams | 119593 |
| 10/17/2008 | 60070 | $1,677.88 | Labrie Commercial Cleaning | 202056 |
| 10/2/2008 | 60071 | $32.40 | Comptroller of Public Accounts | Qtr ending 09/30/08 |
| 10/21/2008 | 60072 | $1,128.80 | AirSure LTD, LLC | 15310R |
| 10/23/2008 | 60073 | $1,000.00 | John Riemer | Customer Refund |
| 10/24/2008 | 60074 | $172.23 | Uti, United States Inc | DFW826860800 |
| 10/24/2008 | 60076 | $150,667.54 | Eaton Corporation | 60280 to 60282 |
| 10/24/2008 | 60077 | $299.07 | Associated Spring | 1317872 |
| 10/24/2008 | 60078 | $3,051.39 | SKF Sealing Solutions | 1737668, 1738162 |
| 10/24/2008 | 60079 | $2,770.19 | Corley Gasket Co | 92819-IN, 92836-IN |
| 10/24/2008 | 60080 | $54,613.90 | Mahle Engine Components USA | 7207745, 7207751 |
| 10/24/2008 | 60081 | $20,143.55 | Mahle Engine Components USA | 2281320, 2281321 |

| Date | Check # | Amount | Payee | Reference |
|---|---|---|---|---|
| 10/24/2008 | 60082 | $1,392.41 | Varga Enterprises Inc | 284325-001, 283335-005 |
| 10/24/2008 | 60083 | $289.47 | Federal Express | 8-895-52625 |
| 10/24/2008 | 60084 | $1,540.00 | Hurst | 55718 to 55694 |
| 10/24/2008 | 60085 | $782.27 | Harris Packaging Corp | 238909 |
| 10/24/2008 | 60086 | $244.65 | Aramark | 551-1140375 |
| 10/24/2008 | 60087 | $915.46 | Staveley Services Fluids | C185818 |
| 10/24/2008 | 60088 | $721.86 | Genessee Stamping & Fabricating | 56564 |
| 10/24/2008 | 60089 | $1,251.74 | Z Packaging Inc | 58478 |
| 10/24/2008 | 60090 | $2,241.12 | Airparts Company Inc | 439387 to 440188 |
| 10/24/2008 | 60091 | $160.00 | Mike's Cartage Company | 82109 |
| 10/24/2008 | 60092 | $110.65 | Prostar Services Inc | 487040 |
| 10/24/2008 | 60093 | $1,443.68 | Superior Transport | 12080 |
| 10/24/2008 | 60094 | $606.85 | Securlock Storage Centers | 101508 |
| 10/24/2008 | 60095 | $783.74 | Air Power Inc | 170406 |
| 10/24/2008 | 60096 | $7,724.37 | Cygnus Business Media | 26081021 |
| 10/24/2008 | 60097 | $2,930.20 | E-Mag Ignitions | 1761 |
| 10/24/2008 | 60098 | $33,813.00 | AirSure LTD, LLC | 15453 |
| 10/24/2008 | 60099 | $13,800.00 | Gerhardt Gear | 60282 |
| 10/24/2008 | 60100 | $7,126.08 | N.E.W. Industries Inc | 59043 to 59410 |
| 10/24/2008 | 60101 | $3,696.73 | Suez Energy Resources NA | 93908-02006 |
| 10/24/2008 | 60102 | $14,444.30 | Crane Cams | 120028 to 120199 |
| 10/24/2008 | 60103 | $594.01 | Sampson Enterprises Inc | 6358, 6357 |
| 10/24/2008 | 60104 | $5,971.10 | AICCO, Inc | 150100167273 |
| 10/24/2008 | 60105 | $118.98 | Citicapital (SM) | 16694802 |
| 10/24/2008 | 60106 | $868.88 | Oregon Employment Department | Tax Assessment |
| 10/31/2008 | 60110 | $229.57 | Dominoes Pizza | Haloween Luncheon |
| 10/31/2008 | 60111 | $37,533.26 | Texas Dugan LP | R0669664 |
| 10/31/2008 | 60112 | $9,570.09 | Custom Tube Products Inc | 3918 to 3947 |
| 10/31/2008 | 60113 | $2,028.77 | Ace Grinding & Machine Company | 4311, 4312 |
| 10/31/2008 | 60114 | $1,148.12 | Corley Gasket Co | 92956-IN |
| 10/31/2008 | 60115 | $410.00 | Truarc Company LLC | 362630 |
| 10/31/2008 | 60116 | $157.40 | Aviall Services Inc | 900545829 |
| 10/31/2008 | 60117 | $101,374.73 | Mahle Engine Components USA | 7207865 |
| 10/31/2008 | 60118 | $17,473.00 | Mahle Engine Components USA | 2281393 |
| 10/31/2008 | 60119 | $6,184.03 | United Parcel Service | 752329418, 752329428 |
| 10/31/2008 | 60120 | $215.72 | ADT Security Services | 80501670 |
| 10/31/2008 | 60121 | $1,963.61 | Harris Packaging Corp | 239154 |

| Date | Check # | Amount | Payee | Reference |
|---|---|---|---|---|
| 10/31/2008 | 60122 | $244.65 | Aramark | 551-1155433 |
| 10/31/2008 | 60123 | $1,727.09 | Yellow Freight System Inc | 079-894685 to 384-225627 |
| 10/31/2008 | 60124 | $338.06 | BMC Solutions Inc | 715426 |
| 10/31/2008 | 60125 | $124.61 | Deli Management Inc | 8.101E+13 |
| 10/31/2008 | 60126 | $392.97 | UPS Supply Chain Solutions Inc | 522604193 |
| 10/31/2008 | 60127 | $1,007.70 | Protective Packaging Corp | 66932 |
| 10/31/2008 | 60128 | $1,045.32 | Safety-Kleen | 37393617 |
| 10/31/2008 | 60129 | $2,880.00 | Aircraft Engine & Accessory | 94720 |
| 10/31/2008 | 60130 | $4,427.00 | Omni Packaging Corporation | 437412 |
| 10/31/2008 | 60131 | $40.00 | Aviation International Corp | 1-332770 |
| 10/31/2008 | 60132 | $465.91 | Z Packaging Inc | 58501 |
| 10/31/2008 | 60133 | $600.00 | ING | 30934 |
| 10/31/2008 | 60134 | $803.40 | Advanced Machining & Tool Inc | 69915 |
| 10/31/2008 | 60136 | $734.32 | Greatamerica Leasing Corp | 7889121 |
| 10/31/2008 | 60139 | $1,309.83 | Print Inc | 12652357 |
| 10/31/2008 | 60140 | $205.84 | All American Benefits Inc | Jul-18 |
| 10/31/2008 | 60142 | $844.82 | Winsted Precision Ball Company | 2538169498 |
| 10/31/2008 | 60143 | $174.63 | Fedex Freight East | 774716007 |
| 10/31/2008 | 60144 | $1,363.22 | Aviation Group Limited | 2008-1017 |
| 10/31/2008 | 60145 | $28,931.51 | Lynden Air Freight | 65022990 to 40360870 |
| 10/31/2008 | 60146 | $332.00 | Colorado Air Parts Inc | 102008 |
| 10/31/2008 | 60147 | $2,007.85 | TW Telecom | 2486852 |
| 10/31/2008 | 60148 | $391.65 | Staples Business Advantage | 3109252934 |
| 10/31/2008 | 60151 | $224.88 | On Time Express | DFW193930 |
| 10/31/2008 | 60153 | $67.74 | Easylink Services Corporation | 7830750810 |
| 10/31/2008 | 60155 | $22,500.00 | Techni Products Inc | 09-1038 to 09-1022 |
| 10/31/2008 | 60157 | $146.72 | ADP Inc | 913454 |
| 10/31/2008 | 60158 | $21,307.86 | Crane Cams | 120717 to 120800 |
| 11/7/2008 | 60159 | $2,761.00 | The Expo Group | AOPA |
| 11/7/2008 | 60160 | $0.00 | Void | |
| 11/7/2008 | 60161 | $24,140.00 | Larry Biron | Customer Refund |
| 11/7/2008 | 60162 | $550.00 | Hartford Aircraft Products | 49670 |
| 11/7/2008 | 60163 | $5,528.27 | Eaton Corporation | 60671, 60629 |
| 11/7/2008 | 60164 | $8,989.80 | Associated Spring | 4903075 |
| 11/7/2008 | 60165 | $10,126.08 | Corley Gasket Co | 93038-IN, 93037-In |
| 11/7/2008 | 60166 | $4,309.20 | Ohio Gasket & Shim | 40900 |
| 11/7/2008 | 60167 | $9,083.52 | R&B Electronics | 56126 |

| Date | Check # | Amount | Payee | Reference |
|---|---|---|---|---|
| 11/7/2008 | 60168 | $114.75 | Executive Printing Systems | 16054 |
| 11/7/2008 | 60169 | $25,608.86 | Saturn Fasteners Inc | B27324-01 |
| 11/7/2008 | 60170 | $13,266.07 | Seal Science Inc | 59103 to 59254 |
| 11/7/2008 | 60171 | $62.33 | Kapco/Valtec | 1963804-00 |
| 11/7/2008 | 60172 | $25.00 | Truarc Company LLC | 362786 |
| 11/7/2008 | 60173 | $88,677.77 | Mahle Engine Components USA | 7208057 |
| 11/7/2008 | 60174 | $35,917.13 | Mahle Engine Components USA | 2281420 to 2281453 |
| 11/7/2008 | 60175 | $6,065.57 | Varga Enterprises Inc | 284377-001 to 283336-002 |
| 11/7/2008 | 60176 | $6,002.22 | United Parcel Service | 752329438, 752329448 |
| 11/7/2008 | 60177 | $109.95 | Northwest Propane Gas Co | 1265094 |
| 11/7/2008 | 60178 | $2,503.45 | AT&T Mobility | 824772178 |
| 11/7/2008 | 60179 | $2,689.79 | Harris Packaging Corp | 239225, 239404 |
| 11/7/2008 | 60180 | $244.65 | Aramark | 551-1170551 |
| 11/7/2008 | 60181 | $687.35 | Yellow Freight System Inc | 005-865013 to 079-894141 |
| 11/7/2008 | 60182 | $6,538.20 | Trade-A-Plane Advertising | I0749950 |
| 11/7/2008 | 60183 | $3,400.00 | Carl H Johnson | 36 |
| 11/7/2008 | 60184 | $21.10 | Grainger | 9748292985 |
| 11/7/2008 | 60185 | $432.00 | Aviation International Corp | 1-332911 to 1-333103 |
| 11/7/2008 | 60186 | $523.10 | Z Packaging Inc | 58523 |
| 11/7/2008 | 60187 | $306.96 | Vision Service Plan | 110108-113008 |
| 11/7/2008 | 60188 | $2,228.28 | Airparts Company Inc | 440774 to 444200 |
| 11/7/2008 | 60189 | $4,993.75 | Experimental Aircraft Association | 1-00514779 |
| 11/7/2008 | 60190 | $2,917.56 | RSM McGladrey | R-2943006-311 |
| 11/7/2008 | 60191 | $330.49 | MSC Industrial Direct Co Inc | 35025358 |
| 11/7/2008 | 60192 | $23,054.20 | Aetna | A5541642 |
| 11/7/2008 | 60194 | $64.95 | Bizzy Bees Pest Control Co | 203161 |
| 11/7/2008 | 60195 | $4,556.00 | Kitplanes | 2535 |
| 11/7/2008 | 60196 | $413.06 | City of Coppell | 30000675 11/08 |
| 11/7/2008 | 60197 | $437.89 | Fedex Freight East | 1717089382, 1488069752 |
| 11/7/2008 | 60198 | $134.82 | Prostar Services Inc | 496034 |
| 11/7/2008 | 60199 | $125.29 | Lynden Air Freight | 4190600 |
| 11/7/2008 | 60200 | $1,711.56 | Fort Dearborn Life Insurance | 110108-113008 |
| 11/7/2008 | 60202 | $520.05 | Corporate Express Inc | 90838327 |
| 11/7/2008 | 60203 | $570.00 | Barnstormers Inc | 110108 |
| 11/7/2008 | 60205 | $9,839.35 | Helio Precision Products | 117318 to 117314 |
| 11/7/2008 | 60207 | $5,339.40 | US Express Leasing Inc | 40260364 11/08 |
| 11/7/2008 | 60208 | $1,327.92 | Akorbi Consulting | SA003T0822 |

| Date | Check # | Amount | Payee | Invoice |
|---|---|---|---|---|
| 11/7/2008 | 60209 | $385.00 | Chick Packaging of DFW | 8323-IN |
| 11/7/2008 | 60210 | $1,635.88 | Progressive Air Services LTD | PAP 1084589, PAP 1084459 |
| 11/17/2008 | 60211 | $2,573.78 | Valley Plating Inc | 20817D |
| 11/14/2008 | 60212 | $3,025.85 | Zenair LTD | Customer Refund |
| 11/14/2008 | 60213 | $4,957.70 | Hartford Aircraft Products | 48932-2 to 49344 |
| 11/14/2008 | 60214 | $379.40 | Eaton Corporation | 60792, 60793 |
| 11/14/2008 | 60215 | $2,570.13 | Custom Tube Products Inc | 3960 |
| 11/14/2008 | 60216 | $1,782.00 | The Bland Co | C16558 |
| 11/14/2008 | 60217 | $1,059.14 | Corley Gasket Co | 93135-IN |
| 11/14/2008 | 60218 | $2,465.30 | Motion Industries | TX01-688053, TX01-688055 |
| 11/14/2008 | 60219 | $982.54 | Gasket Manufacturing Co Inc | 31688 |
| 11/14/2008 | 60220 | $4,256.00 | R&B Electronics | 56158 |
| 11/14/2008 | 60221 | $448.96 | Kapco/Valtec | 1954223-00 to 1959872-00 |
| 11/14/2008 | 60222 | $2,629.00 | Wyandotte Industries Inc | 18936 |
| 11/14/2008 | 60223 | $24,709.95 | Mahle Engine Components USA | 7208146 |
| 11/14/2008 | 60224 | $33,221.77 | Mahle Engine Components USA | 2281493 to 2281519 |
| 11/14/2008 | 60225 | $2,050.58 | Varga Enterprises Inc | 283334-006 to 286763-001 |
| 11/14/2008 | 60226 | $244.65 | Aramark | 551-1185658 |
| 11/14/2008 | 60227 | $6,650.20 | Yellow Freight System Inc | 362-419351 to 005-866047 |
| 11/14/2008 | 60228 | $516.57 | Genesee Stamping & Fabricating | 56869 |
| 11/14/2008 | 60229 | $13,170.40 | Combustion Technologies Inc | 5550 |
| 11/14/2008 | 60230 | $300.00 | Omni Packaging Corporation | 438860 |
| 11/14/2008 | 60231 | $1,443.00 | Aviation International Corp | 1-333200 |
| 11/14/2008 | 60233 | $402.67 | Fedex Freight East | 1717784095 |
| 11/14/2008 | 60234 | $462.73 | Lynden Air Freight | 4191219, 4191109 |
| 11/14/2008 | 60235 | $1,292.36 | Superior Transport | 12536 |
| 11/14/2008 | 60237 | $27.50 | L E Clark | 110608 |
| 11/14/2008 | 60238 | $7,724.37 | Cygnus Business Media | 260H1118 |
| 11/14/2008 | 60239 | $388.75 | Pack Ready | 1999 |
| 11/14/2008 | 60240 | $2,836.50 | Manitowoc Tool & Machining LLC | IN-049873 |
| 11/14/2008 | 60242 | $301.43 | Ervin Leasing Company | 2757481 |
| 11/14/2008 | 60243 | $2,661.37 | Technifax Office Solutions | 78909 |
| 11/14/2008 | 60244 | $74.28 | Easylink Services Corporation | 7830750811 |
| 11/14/2008 | 60247 | $450.00 | 121Five.com | SU010811 |
| 11/14/2008 | 60248 | $1,677.88 | Labrie Commercial Cleaning | 202058 |
| 11/14/2008 | 60249 | $5,971.10 | AICCO, Inc | 150100167273 |
| 11/20/2008 | 60250 | $2,382.36 | Valley Plating Inc | |

| Date | Check # | Amount | Payee | Invoice |
|---|---|---|---|---|
| 11/20/2008 | 60251 | $19,033.83 | Ace Grinding & Machine Company | 4313 to 4317 |
| 11/21/2008 | 60252 | $54.88 | Oregon Dept of Consumer and Business Services | Taxes |
| 11/21/2008 | 60253 | $254.76 | Custom Tube Products Inc | 3985 |
| 11/21/2008 | 60254 | $10,563.10 | Associated Spring | 1318698 |
| 11/21/2008 | 60255 | $837.00 | Automatic Screw Machine | 173118 |
| 11/21/2008 | 60256 | $27,075.51 | Ace Grinding & Machine Company | 4321 to 4323 |
| 11/21/2008 | 60257 | $6,800.50 | Corley Gasket Co | 93247-IN |
| 11/21/2008 | 60258 | $2,520.00 | Fkex-Fab, LLC | 523866 |
| 11/21/2008 | 60259 | $90.78 | Aviall Services Inc | 900549183, 900549279 |
| 11/21/2008 | 60260 | $12,567.71 | Mahle Engine Components USA | 7208232 |
| 11/21/2008 | 60261 | $3,949.52 | Mahle Engine Components USA | 2281528 |
| 11/21/2008 | 60262 | $1,301.91 | Varga Enterprises Inc | 286241-001, 286813-001 |
| 11/21/2008 | 60263 | $3,835.05 | United Parcel Service | 752329458 |
| 11/21/2008 | 60264 | $263.29 | Federal Express | 2-980-35008 to 2-972-34377 |
| 11/21/2008 | 60265 | $560.00 | Hurst | 55833 to 55882 |
| 11/21/2008 | 60266 | $1,533.63 | Harris Packaging Corp | 240005 |
| 11/21/2008 | 60267 | $489.30 | Aramark | 551-1200717, 515-1215710 |
| 11/21/2008 | 60268 | $1,284.87 | Yellow Freight System Inc | 005-866558 to 079-894980 |
| 11/21/2008 | 60269 | $39.36 | UPS Supply Chain Solutions Inc | 525985660 |
| 11/21/2008 | 60270 | $1,455.00 | Aviation International Corp | 1-333974 |
| 11/21/2008 | 60271 | $622.84 | Z Packaging Inc | 58576 |
| 11/21/2008 | 60272 | $1,473.87 | Dynamic Technology Inc | 254179-99 |
| 11/21/2008 | 60273 | $7,179.12 | Airparts Company Inc | 445999 to 453561 |
| 11/21/2008 | 60274 | $108.00 | J&J Airparts Inc | 78615 |
| 11/21/2008 | 60275 | $140.38 | Aircraft Specialties Service | 169532, 169586 |
| 11/21/2008 | 60277 | $2,451.64 | Duke Realty Services | G0177177 |
| 11/21/2008 | 60278 | $246.95 | Dallas Recycling | 27200 |
| 11/21/2008 | 60279 | $2,940.00 | Sky-Tec | 802067 to 801970 |
| 11/21/2008 | 60280 | $2,246.27 | Airflow Performance Inc | Y8-C10316 |
| 11/21/2008 | 60282 | $396.74 | Thomas Reprographics | 638792, 638795 |
| 11/21/2008 | 60283 | $1,363.22 | Aviation Group Limited | 2008-1018 |
| 11/21/2008 | 60284 | $620.97 | Lynden Air Freight | 4191445, 4192672 |
| 11/21/2008 | 60285 | $1,204.61 | Superior Transport | 12790 |
| 11/21/2008 | 60286 | $0.00 | Void | |
| 11/21/2008 | 60288 | $594.60 | N.E.W. Industries Inc | 59780 |
| 11/21/2008 | 60289 | $9,000.00 | Techni Products Inc | 09-1055 |
| 11/21/2008 | 60290 | $140.32 | ADP Inc | 927785 |

| Date | Check # | Amount | Payee | Reference |
|---|---|---:|---|---|
| 11/21/2008 | 60291 | $15,000.00 | Boring Machine Corporation | 15816 |
| 11/21/2008 | 60292 | $48,500.00 | V&L Tool Inc | 160658 to 160660 |
| 11/21/2008 | 60293 | $29.00 | Ann McMahon | Customer Refund |
| 11/21/2008 | 60294 | $842.18 | Sal Buentello | Customer Refund |
| 11/21/2008 | 60295 | $65.00 | Larry Biron | Customer Refund |
| 11/21/2008 | 60296 | $360.00 | Sam Butler | Customer Refund |
| 11/21/2008 | 60297 | $259.97 | Larry Reeder | Customer Refund |
| 11/21/2008 | 60298 | $381.88 | Greg Vauga | Customer Refund |
| 11/21/2008 | 60299 | $470.00 | Fred Rawlins | Customer Refund |
| 11/21/2008 | 60300 | $370.35 | Max Nichols | Customer Refund |
| 11/21/2008 | 60301 | $2,457.26 | Craig Schulze | Customer Refund |
| 11/21/2008 | 60302 | $316.22 | Jean-Pierre Verdier | Customer Refund |
| 11/21/2008 | 60303 | $3,195.36 | Zephyr Aircraft Engines | Customer Refund |
| 11/21/2008 | 60304 | $1,290.00 | Paul Hershorin | Customer Refund |
| 11/21/2008 | 60305 | $1,184.23 | David Rogers Jr | Customer Refund |
| 11/21/2008 | 60306 | $17,237.24 | Cruiseair Aviation Inc | Customer Refund |
| 11/21/2008 | 60307 | $4,720.00 | Charter Automotive | 110308 |
| 11/25/2008 | 60308 | $1,014.00 | First Shred | 5003 |
| 11/25/2008 | 60309 | $1,205.00 | George Jenson | Customer Refund |
| 11/25/2008 | 60310 | $209.95 | Securlock Storage Centers | 3202 |
| 11/26/2008 | 60311 | $132.61 | Primary Plumbing | 836 |
| 12/1/2008 | 60312 | $45.00 | The Expo Group | 60159 |
| 12/1/2008 | 60313 | $58,198.53 | Eaton Corporation | 60960, 60961 |
| 12/1/2008 | 60314 | $806.52 | Ace Grinding & Machine Company | 4334 |
| 12/1/2008 | 60315 | $15,100.00 | Flex-Fab LLC | 524680 |
| 12/1/2008 | 60316 | $15,626.41 | Rostra Vernatherm | 323831 |
| 12/1/2008 | 60317 | $12,071.80 | Champion Aerospace Inc | 961053, 961084 |
| 12/1/2008 | 60318 | $4,544.75 | United Parcel Service | 752329468 |
| 12/1/2008 | 60319 | $215.72 | ADT Security Services | 82299177 |
| 12/1/2008 | 60320 | $100.00 | Hurst | 55918 |
| 12/1/2008 | 60321 | $4,188.13 | Yellow Freight System Inc | 079-895155 to 079-895170 |
| 12/1/2008 | 60322 | $338.06 | BMC Solutions Inc | 716909 |
| 12/1/2008 | 60323 | $12,338.60 | AOPA Pilot | 10015986 |
| 12/1/2008 | 60324 | $306.96 | Vision Service Plan | 120108-123108 |
| 12/1/2008 | 60325 | $6,663.51 | Airparts Company Inc | 449077 to 451421 |
| 12/1/2008 | 60326 | $1,593.75 | AOPA EXPO | 1000183 |
| 12/1/2008 | 60327 | $813.81 | Greatamerica Leasing Corp | 7976016 |

| Date | Check # | Amount | Payee | Reference |
|---|---|---|---|---|
| 12/1/2008 | 60328 | $26,175.60 | Aetna | A5653832 |
| 12/1/2008 | 60329 | $37,533.26 | Texas Dugan LP | R0671285 |
| 12/1/2008 | 60330 | $900.00 | Reserve Account | 111308 |
| 12/1/2008 | 60331 | $1,309.83 | Print Inc | 12890355 |
| 12/1/2008 | 60332 | $1,157.45 | Fedex Freight East | 1616770750 |
| 12/1/2008 | 60333 | $804.00 | ASTM International | 3891108 |
| 12/1/2008 | 60334 | $1,785.93 | Lynden Air Freight | 4200168, 4199375 |
| 12/1/2008 | 60335 | $9,495.31 | Air Power Inc | 171732, 171771 |
| 12/1/2008 | 60336 | $1,731.30 | TW Telecom | 2531982 |
| 12/1/2008 | 60337 | $570.00 | Barnstormers Inc | 120108 |
| 12/1/2008 | 60338 | $214.34 | Interwest Communications Corp | 35803 |
| 12/1/2008 | 60341 | $2,226.03 | Suez Energy Resources NA | 93908-02006 |
| 12/1/2008 | 60342 | $132.86 | ADP Inc | 942603 |
| 12/3/2008 | 60343 | $5,918.00 | Valley Plating Inc | COD |
| 12/5/2008 | 60344 | $17,500.00 | AirSure LTD, LLC | 16386 |
| 12/5/2008 | 60345 | $9,097.35 | Custom Tube Products Inc | 3995 to 4015 |
| 12/5/2008 | 60346 | $8,463.00 | Automatic Screw Machine | 173371 |
| 12/5/2008 | 60347 | $139.60 | Corley Gasket Co | 93414-IN |
| 12/5/2008 | 60348 | $19,163.64 | Parker Hannifin Corporation | 24 YY933 |
| 12/5/2008 | 60349 | $9,190.70 | Ohio Gasket & Shim | 41356 |
| 12/5/2008 | 60350 | $2,948.40 | Precision Fittings | 112630 |
| 12/5/2008 | 60351 | $9,004.76 | Seal Science Inc | 59777 to 59987 |
| 12/5/2008 | 60352 | $376.31 | Valtec Aircraft Supply | 1980281-00 |
| 12/5/2008 | 60353 | $97.00 | Truarc Company LLC | 364736 |
| 12/5/2008 | 60354 | $7,392.83 | Wyandotte Industries Inc | 19097 |
| 12/5/2008 | 60355 | $13,411.00 | Mahle Engine Components USA | CC932430 |
| 12/5/2008 | 60356 | $38,698.57 | Mahle Engine Components USA | 2281637 to 2281640 |
| 12/5/2008 | 60357 | $1,508.52 | Varga Enterprises Inc | 283336-003, 283334-007 |
| 12/5/2008 | 60358 | $7,712.00 | Champion Aerospace Inc | 961282 |
| 12/5/2008 | 60359 | $4,984.79 | Harris Packaging Corp | 240563, 240564 |
| 12/5/2008 | 60360 | $244.65 | Aramark | 551-1230949 |
| 12/5/2008 | 60361 | $3,005.56 | Yellow Freight System Inc | 005-866925 to 005-864174 |
| 12/5/2008 | 60362 | $6,642.53 | Maloney, Bean, Horn & Hull PC | 22894 to 22921 |
| 12/5/2008 | 60363 | $1,610.00 | Carl H Johnson | 37 |
| 12/5/2008 | 60364 | $3,125.55 | Aviation International Corp | 1-334212, 1-334203 |
| 12/5/2008 | 60365 | $2,632.15 | Advanced Machining & Tool Inc | 70113 |
| 12/5/2008 | 60366 | $1,506.70 | Airparts Company Inc | 452275, 454236 |

| Date | Num | Amount | Payee | Reference |
|---|---|---|---|---|
| 12/5/2008 | 60369 | $11,859.00 | KPMG, LLP | 43256853 |
| 12/5/2008 | 60370 | $4,556.00 | Kitplanes | 2648 |
| 12/5/2008 | 60371 | $1,475.00 | David Austin | 41 |
| 12/5/2008 | 60372 | $145.04 | Prostar Services Inc | 515222 |
| 12/5/2008 | 60373 | $4,809.20 | Lynden Air Freight | 65022920, 4196359 |
| 12/5/2008 | 60374 | $1,711.56 | Fort Dearborn Life Insurance | 120108-123108 |
| 12/5/2008 | 60375 | $479.45 | Corporate Express Inc | 91509363 |
| 12/5/2008 | 60376 | $55.00 | LE Clark | 120208 |
| 12/5/2008 | 60377 | $2,100.00 | Colorado Air Parts Inc | 2008-491 |
| 12/5/2008 | 60378 | $358.97 | Staples Business Advantage | 3111215323, 3111215324 |
| 12/5/2008 | 60379 | $247.50 | Pack Ready | 2077 |
| 12/5/2008 | 60380 | $8,345.00 | Helio Precision Products | DM 106349 to 118020 |
| 12/5/2008 | 60382 | $750.00 | Techni Products Inc | 09-1071 |
| 12/5/2008 | 60384 | $14,731.36 | Crane Cams | 123780, 123915 |
| 12/5/2008 | 60385 | $11,500.00 | Portand Forge | 163332 |
| 12/5/2008 | 60386 | $595.40 | Shepard Exposition Service | G397921108 |
| 12/10/2008 | 60387 | $960.00 | Evans Air | Customer Refund |
| 12/10/2008 | 60388 | $57.32 | Ann McMahon | Customer Refund |
| 12/10/2008 | 60389 | $2,089.35 | Lehigh Valley Aviation Service | Customer Refund |
| 12/10/2008 | 60390 | $600.00 | Richard McSpadden | Customer Refund |
| 12/10/2008 | 60391 | $160.00 | Robert A Muholland | Customer Refund |
| 12/10/2008 | 60392 | $450.00 | Don Short | Customer Refund |
| 12/10/2008 | 60393 | $1,209.97 | Epps Aviaiton | Customer Refund |
| 12/19/2008 | 60410 | $8,129.00 | Texas Mutual Insurace Co | 20026694 |
| 12/19/2008 | 60411 | $10,234.25 | Chubb Group of Insurance Companies | 6000 0012 9900 001C |
| 12/23/2008 | 60413 | $5,332.48 | Valley Plating Inc | COD |
| 10/23/2008 | ACH | $2,527.31 | National City Commercial Capital Co LLC | |
| 11/25/2008 | ACH | $2,527.31 | National City Commercial Capital Co LLC | |
| 12/23/2008 | ACH | $2,527.31 | National City Commercial Capital Co LLC | |
| 10/6/2008 | EFT - Debit | $1,196.15 | First Data Corporation | Credit Card Fees |
| 10/6/2008 | EFT - Debit | $151.37 | First Data Corporation | Credit Card Fees |
| 10/6/2008 | EFT - Debit | $11.09 | First Data Corporation | Credit Card Fees |
| 11/4/2008 | EFT - Debit | $2,186.92 | First Data Corporation | Credit Card Fees |
| 11/4/2008 | EFT - Debit | $159.12 | First Data Corporation | Credit Card Fees |
| 11/4/2008 | EFT - Debit | $9.58 | First Data Corporation | Credit Card Fees |
| 12/4/2008 | EFT - Debit | $1,927.65 | First Data Corporation | Credit Card Fees |
| 12/4/2008 | EFT - Debit | $1,142.04 | First Data Corporation | Credit Card Fees |

| 12/4/2008 | EFT - Debit | $29.82 | First Data Corporation | Credit Card Fees |
|---|---|---|---|---|
| 10/15/2008 | Misc Fees | $884.69 | JP Morgan Chase | Bank Fees |
| 11/17/2008 | Misc Fees | $951.50 | JP Morgan Chase | Bank Fees |
| 12/15/2008 | Misc Fees | $866.37 | JP Morgan Chase | Bank Fees |
| 12/30/2008 | Misc Fees | $248.00 | JP Morgan Chase | Bank Fees |
| 12/30/2008 | Misc Fees | $128.00 | JP Morgan Chase | Bank Fees |
| | | **$3,079,674.29** | | |