B. Shane Barnes
MN Fed. Bar No. 350989
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661 Facsimile (612) 338-8384
Email: sbarnes@meagher.com
Attorneys for Boring Machine Corporation

**FILED**

JUL 0 6 2009

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:

SUPERIOR AIR PARTS, INC.           § Case No. 08-36705-BJH-11
                                   §
                                   §
                                   § Chapter 11
                                   §
      Debtor.                      §

**MOTION OF BORING MACHINE CORPORATION FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(9)**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT THE EARLE CABELL BUILDING, 110 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242 BEFORE CLOSE OF BUSINESS JULY 22, 2009 WHICH IS TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUTH OR THE NOTICED ACTION MAY BE TAKEN.

1

NOW COMES Boring Machine Corporation ("Movant"), and files this its Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 502(b)(9), and for cause would respectfully show the Court as follows:

1. On December 31, 2008 (the "Commencement Date"), Superior Air Parts, Inc. (the "Debtor"), filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Code").

2. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4. Venue of the Debtor's case and this Motion are proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

5. On December 23, 2008, within 20 days before the Commencement Date, Movant supplied goods to the Debtor in the ordinary course of business which were received by the Debtor, and for which Movant has not been paid. The value of the goods delivered to Debtor is $8,083.11 as of the Commencement Date (the "Administrative Expense Claim"). The invoice attached hereto as Exhibit A summarizes the goods provided by Movant, the invoice number underlying the Administrative Expense Claim, and the invoice amount. The bill of lading demonstrating delivery is attached as Exhibit B.

6. Section 503(b)(9) of the Code provides in pertinent part:

> After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under Section 502(f) of this title, including…
>
> (9) the value of good received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

A seller of goods need not make a written demand on the debtor in order to assert its rights under Section 503(b)(9). 11 U.S.C § 546(c).

7. In this case, the goods were shipped on December 23, 2008 and received by the Debtor, which is within 20 days of the Commencement Date. The goods were sold to the Debtor in the ordinary course of the Debtor's business.

8. Movant is therefore entitled to an allowed administrative expense against the Chapter 11 bankruptcy estate of Debtor in the amount of $8,083.11.

9. Attached hereto as Exhibit C is the proposed order (the "Order") granting the relief requested herein.

## PRAYER FOR RELIEF

Movant respectfully requests that this Court enter the Order and grant such other and further relief as the Court deems appropriate under the circumstances.

Respectfully Submitted,

Meagher & Geer, PLLP

By: _____
B. Shane Barnes
MN Fed. Bar No. 350989
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone: (612) 338-0661
Facsimile: (612) 338-8384
Attorneys for Boring Machine Corporation

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing motion was served either electronically or by first class mail upon those parties requesting service of notice and the parties listed on the attached Creditor Matrix, on the 2nd day of July, 2009.

_____
B. Shane Barnes

**BORING MACHINE CORPORATION**

Boring Machine Corporation
7922 Ranchers Road N.E.
Fridley, MN 55432
USA

Ph: (763)786-0100
Fax: (763)786-5104

## Invoice

Number: 15990  Date: 23-Dec-08

| To | Ship To |
|---|---|
| Superior Air Parts, Inc<br>621 South Royal Lane, Suite 100<br>Coppell, TX 75019-3805<br>USA | Superior Air Parts, Inc<br>621 South Royal Lane, Suite 100<br>Coppell, TX 75019-3805<br>USA |
| Ph: 972 829-4600   Fax: 866 743-3562 | Ph: 972 829-4600   Fax: 866 743-3562 |

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
| Net 30 | 22-Jan-09 | Yellow | |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | Please reference the invoice number when inquiring about this invoice. | | |
| 61 ea | Stud Assy 360 | $132.51 | $8,083.11 |
| | Packing List: 19680    Shipped On: 23-Dec-08 | | |
| | Part: SL36000W-A1           Rev: H | | |
| | PO: 105717                        Job: 7176 | | |
| | We appreciate your business. | Invoice Total: | $8,083.11 |
| | | Amount Paid: | $0.00 |
| | Visit us at www.bormac.com | Amount Due: | $8,083.11 |

Page 1 of 1

**EXHIBIT A**

# Bill of Lading

*Affix pro label here*

BOL Number: 19660  Date: 23-Dec-06  Page 1 of 1
Carrier: Yellow

**Ship From**
Boring Machine Corporation
7922 Ranchers Road N.E.
Fridley, MN 55432
USA

**Consignee**
Superior Air Parts, Inc.
621 South Royal Lane, Suite 100
Coppell, TX 75019-3805
USA

Phone: 972 829-4600

**Bill To**
Superior Air Parts, Inc.
621 South Royal Lane, Suite 100
Coppell, TX 75019-3805
USA

**Terms**
Prepaid: ☐   Collect: ☒   3rd Party: ☐

Consignee's PO#: 105717

ALWAYS LIST HAZARDOUS MATERIAL FIRST IN DESCRIPTION OF ARTICLES COLUMN

| No. of Holding Units | No. of Packages | *HM | (KIND OF PACKAGE) Description of Articles, Special Marks and Exceptions (Subject to Correction) | Class (Subject to Correction) NMFC# | Weight (Subject to Correction) |
|---|---|---|---|---|---|
| 2 | 11 | | SL36000W-A1 Stud Assy 360 PO-Line: 105717 | | 1,600.00 |

YELLOW  SHIPPER'S COPY
609  STP 019 102145 1
1-800-610-6500  www.myyellow.com

SHIPPER SIGNATURE _____  DATE _____  PICKUP TIME _____
*(MUST BE SIGNED BY REPRESENTATIVE OF SHIPPER.)*
DRIVER SIGNATURE _____  DATE _____  No. OF HANDLING UNITS _____

EXHIBIT B

| | YELLOW TRANSPORTATION (YFSY) | ORIGINAL DELIVERY RECEIPT | DO NOT WRITE OR STAMP ON BAR CODE | 12/23/08 23:29 365 | AUTOCODE 664 C 03 DO NOT NOTIFY DELIVER DAILY |
|---|---|---|---|---|---|
| FREIGHT BILL NUMBER | 019-102145 | 1 CHECK DIGIT | | | |
| BILL DATE: | 12/23/08 | | | | |
| DEST/ORIG: | DAL/STP | | | I/B TRLR# | 0124610 |

CONSIGNEE: SUPERIOR AIR PARTS
621 S ROYAL LN STE 100
COPPELL TX 75019
CONSIGNEE PH# 972-829-4600

SHIPPER: BORING MACHINE CORP
7922 RANCHERS RD NE
FRIDLEY MN 55432
SHIPPERS PH# 612-786-0100

P.O.# 105717
SHIPPER # 12680

QUESTIONS? CONTACT CUSTOMER SERVICE 24 HOURS A DAY AT:
**1-800-610-6500**
YOU MAY REQUEST PICKUPS, TRACE SHIPMENTS OR LEARN MORE ABOUT OUR OTHER SERVICES AT: www.myyellow.com

SPECIAL INSTRUCTIONS: SEE CANNED MESSAGES AT BOTTOM

| PIECES | PKG | DESCRIPTION | CLASS | WEIGHT LBS. | RATE | EXTENSION |
|---|---|---|---|---|---|---|
| 2 | | PLTS STC 11 PC STUD ASSY 360 | | 1500 | 10071 | 1510.65 |
| | | DISCOUNT | | | %70.0 | 1057.46CR |
| | | FUEL SURCHARGE | | | %15.1 | 68.43 |

*** DIMENSION INFO ***
PIECES   LENGTH   WIDTH   HEIGHT
2        48       42      52
DIMENSIONAL FACTOR:    NOT RATED
CHARGEABLE (GAD) WEIGHT: NOT RATED

*** DO NOT BREAK DOWN PALLETS-DO NOT DOUBLE STACK ***
NOTE YELLOW TRANSPORTATION'S EIN# CHANGED TO 74-0492670 EFF 10/01/02

TTL PCS: 2    TTL WEIGHT LBS: 1500    PPD/COLL: COL    TTL FREIGHT CHARGES: $521.62

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**FILED** Suw

JUL 0 6 2009

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re:                           §
                                 §
SUPERIOR AIR PARTS, INC.         §    Case No. 08-36705-BJH-11
                                 §
                                 §    Chapter 11
                                 §
                                 §
            Debtor.              §

### ORDER AUTHORIZING ALLOWANCE AND PAYMENT OF GENESEE STAMPING AND FABRICATING, INC.'S 11 U.S.C. § 503(b)(9) ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the Motion of Genesee Stamping and Fabricating, Inc. for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) (the "Motion"), notice of the Motion having been duly given and deemed proper under the circumstances, and the Court finding good cause to grant the relief requested in the Motion, it is hereby **ORDERED**, that the Motion is Granted; and it is further

**ORDERED** that Boring Machine Corporation is granted an allowed administrative expense under 11 U.S.C. § 503(b)(9) in the amount of $8,083.11 against the Chapter 11 bankruptcy estate of Debtor and Debtor is authorized and required to immediately pay such administrative expense.

