Robert P. Shepard
Texas Bar N0. 18218990
PARKS HUFFMAN MCVAY SHEPARD & WELLS,
a professional corporation
503 East Border Street
Arlington, Texas 76010
(817) 861-1000  Facsimile (817) 469-1000
Email:  rshepard@phmsw.com
ATTORNEYS FOR GENESEE STAMPING AND FABRICATING, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | |
| | § | Chapter 11 |
| | § | |
| | § | ***Date and Time of Hearing:*** |
| | § | ***August 5, 2009 at 1:15 p.m.*** |
| | § | |
| Debtor. | § | |

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that the hearing on Genesee Stamping and Fabricating, Inc.'s

Motion for Allowance and Payment of Administrative Expense Claim under 11 U.S.C.

§503(b)(9) (Doc. 238) in the above-entitled and numbered cause be, and the same is set for 1:15

o'clock p.m., on the 5th day of August, 2009, in the Courtroom of the Honorable Barbara J.

Houser, Chief Judge for the Northern District of Texas, Dallas Division, Dallas, Texas.

PARKS HUFFMAN MCVAY SHEPARD & WELLS,
a professional corporation
503 East Border Street
Arlington, Texas 76010
(817) 861-1000 Facsimile (817) 469-1000
ATTORNEYS FOR GENESEE STAMPING AND FABRICATING, INC.

## <u>CERTIFICATE OF SERVICE</u>

       The undersigned certifies that a copy of the foregoing instrument was served upon the following parties *electronically* or by *first class mail,* on the 13th day of July, 2009:

Stephen A. Roberts
Robert P. Franke
Robert Tyler
Duane J. Brescia
STRASBURGER & PRICE LLP
600 Congress, Suite 1600
Austin, Texas  78701

Marshall Dean
5228 La Taste Avenue
El Paso, Texas  79924

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242-0996


       /s/ Robert P. Shepard
       ROBERT P. SHEPARD