Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Robert Tyler (SBN 24009347)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600/Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 08-36705** |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |

## NOTICE OF FILING OF SECOND AMENDED DISCLOSURE STATEMENT
## AND HEARING THEREON

PLEASE TAKE NOTICE THAT the Second Amended Disclosure Statement and Second Amended Plan of Reorganization of Debtor, Superior Air Parts, Inc., was filed on July 9, 2009. You may access a copy of these documents at http://www.strasburger.com/_client/SAP-Plan-Documents/ , or you may request a copy, in writing, via email at angela.dunn@strasburger.com, or by telephone, from Angela Dunn, at 512-499-3643.

A hearing to consider approval of the Second Amended Disclosure Statement will take place at **1:30 p.m. on Tuesday, July 14, 2009** in the United States Bankruptcy

Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Dallas,

TX 75242-1496, before the Honorable Barbara J. Houser.

Respectfully submitted,

/s/ *Duane J. Brescia*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Robert Tyler (SBN 24009347)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600/Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR
PARTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing pleading were forwarded to the parties listed on the attached service list via first class U.S. Mail, postage prepaid on July 13, 2009.

/s/ *Duane J. Brescia*
Duane J. Brescia

121FIVE.COM - c/o TIM KERN
PO BOX 30
ANDERSON, IN 46015

ADVANCED CONNECTIONS INC
2015 MCKENZIE, SUITE 120
CARROLLTON, TX 75006

AETNA
PO BOX 45084
JACKSONVILLE, FL 32231-45084

43 Air School
Airport, 43 Private Box X43
Port Alfred 6170
South Africa

ADVANCED MACHINING & TOOL, INC
1616 NORTH BECKLEY
LANCASTER, TX 75134

Ahmad Jahanfar
Clanbrae South
Hanningfield Road
South Hanningfield
Chelmsford CM3 8HX UK

4SURE.COM dba: TECHDEPOT
6 CAMBRIDGE DR
TRUMBULL, CT 6611

AERO ACCESSORIES
1240 SPRINGWOOD CHURCH ROAD
GIBSONVILLE, NC 27249

AICCO, INC
45 EAST RIVER PARK PLACE, WEST # 3
FRESNO, CA 93720

A E R O . INC
3701 HWY 162
GRANITE CITY, IL 62040-1287

AERO ACCESSORIES
1240 SPRINGWOOD AVE.
GIBSONVILLE, NC 27249

Air & Sea Recovery, Inc.
Fort Pierce National Airport
Florida 33441

AADFW, INC
2161 REGAL PARKWAY
EULESS, TX 76040

AERO AVIATION
9 S 041 AERO DRIVE
NAPERVILLE, IL 60565

AIR MASTER FLYING CLUB
881 BLACK HORSE PIKE
PLEASANTVILLE, NJ 8232

AARON COVERT
5529 RICE DRIVE
THE COLONY, TX 75056

Aero Service
Aeroservice Donauwoerth
Flugplatz D-86682
Genderkingen, Germany

AIR POWER INC
4900 SOUTH COLLINS
ARLINGTON, TX 76018

ACE GRINDING & MACHINE COMPANY
2020 WINNER STREET
WALLED LAKE, MI 48390

Aero Swan
Swan Hill Airport
VIC 3585 Australia

Air Service Vamdrup
Lufthavnsvej 7A Box 62
DK-6580
Vamdrup, Denmark

ACT AAA COOPER TRANSPORTATION
1751 KINSEY ROAD
DOTHAN, AL 36303

Aero-Atelier
1281 Tourdulac CP 117
Lac-A-La Tortue, Quebec
Canada QU G0X 1L0

AIR SUPPORT INTERNATIONAL
PO BOX 489
MARSHFIELD, MO 65706

ADP INC
2735 STEMMONS FRWY
DALLAS, TX 75207

AEROPARTES JIMENEZ, S A DE C.V.
RIO PIZXTLA # 927 NTE.
LOS MOCHIS, SINOLA MEXICO 81240

AIR WEST AIRCRAFT ENGINES
670 AIRPORT BLVD
SAN CARLOS, CA 97070

ADT SECURITY SERVICES
2403 LACY LANE
CARROLLTON, TX 75006

AEROSPACE PRODUCTS INTL
3778 DISTRIPLEX DRIVE NORTH
MEMPHIS, TN 38118

AIR-TEC
37 SANDIA MT. TRAIL, SANDIA AIRPARK
EDGEWOOD, NM 87015-1168

AIRCRAFT CYLINDER & ENGINE INC
516 N LINK LANE, UNIT 1
FT COLLINS, CO 80524

ALCOA FASTENING SYSTEMS
3990 A HERITAGE OAK COURT
SIMI VALLEY, CA 93063-6711

Angib Normandy
La Planque Lane, Guernsy Airport
La Village, Forest
Guernsey UK GY8 0DS

AIRCRAFT CYLINDERS OF AMERICA
1006 E INDEPENDENCE STREET
TULSA, OK 74106-5310

ALL AMERICAN BENEFITS, INC.
13747 MONTFORT DRIVE, SUITE 337
DALLAS, TX 75240

AOPA PILOT
PO BOX 973
FREDERICK, MD 21701

AIRCRAFT ENGINE & ACCESSORY
2275 CROWN ROAD
DALLAS, TX 75229

ALLEN LASKY
2004 GENEVA DRIVE
RICHARDSON, TX 75081

ARAMARK
1900 EMPIRE CENTRAL
DALLAS, TX 75235

AIRCRAFT SPECIALTIES SERVICE
TULSA INTL AIRPORT, 2860 NORTH SH
TULSA, OK 74158

Allen Parmet, M.D., MPH
4320 Wornell, Suite 432
Kansas City, MO 64111

Aramark Uniform Services
1900 Empire Central
PO Box 36028
Dallas, TX 75235

AIRFLOW PERFORMANCE INC
111 AIRFLOW DRIVE
SPARTANBURG, SC 29306

ALPHA ONE FLIGHT
246 SOUTH MEADOW ROAD
PLYMOUTH, MA 2360

ARCHIVE SUPPLIES, INC.
2975 LADYBIRD LANE
DALLAS, TX 75220

AIR PARTS COMPANY INC
2310 NW 55TH COURT
FORT LAUDERDALE, FL 33309

AMA Nantucket
130 Mary Dunn Way
Hyannis, MA 02601

Arkadin, Inc.
620 Tinton Avenue
Tinton Falls, NJ 07724

AIRSURE LIMITED
15301 SPECTRUM DRIVE #500
ADDISON, TX 75001

AMCO ENTERPRISES
4209 HAHN BLVD
FORT WORTH, TX 76117

ARNER FLYING SERVICE INC.
ARNER MEMORIAL AIRPORT, 1001 COA
LEHIGHTON, PA 18235

AKORBICONSULTING
400 EAST ROYAL LANE, # 218
IRVING, TX 75039

ANA FONTES
8801 THOMPSON DRIVE
ARGYLE, TX 76226

ARRC, Ltd.
Goodwood Airfield
Goodwood, Chichester PO 18 0PH
United Kingdom

Al Head
Western Skyways, Inc.
21 Creative Place
Montrose, CO 81401

Andrea Findlay
AIG Aviation
1175 Peachtree Street, NE
100 Colony Square, Suite 1000
Atlanta, GA 30361

ARROW PROP COMPANY
PO BOX 610
MEEKER, OK 74855

ALBERADO MARTINEZ
2331 KLONDIKE DRIVE
DALLAS, TX 75228

Andrew Verzilli
Verzilli & Verzilli Consultants, Inc.
411 North Broad Street
Lansdale, PA 19446

ASSOCIATED SPRING-CORRY
226 SOUTH CENTER ST
CORRY, PA 16407-1992

ASSOCIATED SPRING – MILWAUKEE
434 WEST EDGERTON AVENUE
MILWAUKEE, WI 53207

AVIATION UNLIMITED
2833 16th AVENUE, TORONTO BUTTON
MARKHAM, ONTARIO, CANADA L3R 0P8

BEST TOOL & MANUFACTURING CO.
3515 NORTHEAST 33rd TERRACE
KANSAS CITY, MO 64117

ASSOCIATED SPRING – SALINE
1445 BARNES COURT
SALINE, MI 48176

Avstar Fuel Systems, Inc.
1365 Park Lane
South Jupiter, FL 33458

BETSY PRICE, TAX ASSESSOR – COLLE
PO BOX 961018
FORT WORTH, TX 76161-0018

AT&T MOBILITY
PO BOX 68056
ANAHEIM HILLS, CA 92817-8056

BARNSTORMERS INC
312 WEST 4TH STREET
CARSON CITY, NV 89703

BILL BOWERS
2834 ORANGE PICKER ROAD
JACKSONVILLE, FL 32223

ATI ACCELERATED TECHNOLOGIES
1611 HEADWAY CIRCLE BLDG 1
AUSTIN, TX 78754

Baron & Budd, PC
Attn: Scott V. Goodley
8001 Lemmon Avenue, Suite 145
Dallas, TX 75209-2696

BILL MCDONALD, DAR
9700 DIVOT DRIVE
GRANBURY, TX 76049

ATI PORTLAND FORGE
EAST LAFAYETTE STREET      PO BOX
PORTLAND, IN 47371-0905

BARRETT PRECISION ENGINES INC
2870-B NORTH SHERIDAN RD
TULSA, OK 74115

BILLS AIRCRAFT SERVICE
20836 483rd AVENUE
ELKTON, SD 57026

Aurigny Air Services
La Planque Lane
Guernsy Airport
Guernsy, UK GY8 0DS

BARRETT PRECISION ENGINES, INC
2870B NORTH SHERIDAN
TULSA, OK 74115

BILLY G LEONARD, JR
1650 W. VIRGINIA STREET, # 211
MCKINNEY, TX 75069-7703

AUTOMATIC SCREW MACHINE
709 2ND AVENUE SE
DECATUR, AL 35601

Barry Schiff
673 Trueno Avenue
Camarillo, CA 93010

BIZZY BEES PEST CONTROL CO
2812 TRINITY SQUARE DRIVE, SUITE #1
CARROLLTON, TX 75006

AVIALL SERVICES INC
PO BOX 619048
DALLAS, TX 75261-9048

BARTON TECHNICAL SERVICES LLC
4123 BLUE HERON RIDGE
MOBILE, AL 36693

BMC SOLUTIONS, INC.
3380 Town Point Dr. NW #330
KENNESAW, GA 30144

AVIATION GROUP LIMITED
N2509 COMMERCIAL DRIVE
WAUPACA, WI 54981

BAX GLOBAL
PO BOX 612307
DFW AIRPORT, TX 75261

Bob Brown
7165 SE 95th Lane
Ocala FL 34472

AVIATION INTERNATIONAL CORP.
5555 NW 36TH STREET
MIAMI SPRINGS, FL 33166

BEDE CORP
6440 NORWALK ROAD, SUITE F
MEDINA, OH 44256

BOB REUTHER
97 WHITE BRIDGE ROAD, APT L-1
NASHVILLE, TN 37205

Boomerang Aviation
7491 S. Airport Rd.
Pembroke Pines, FL 33023

Cambridge Gliding Club
Gransden Lodge
Longstowe Road Little
Gransden Sandy
Bedfordshire SG19 3EB UK

CAST WELL
650 PENNSYLVANIA AVE
ELIZABETH, NJ 7201

BORING MACHINE CORPORATION
7922 RANCHERS ROAD
FRIDAY, MN 55432

CANADIAN HOME ROTORS INC
4 ROY STREET
EAR FALLS, ONTARIO, CANADA P0V 1T

CASTOR AVIATION, INC.
250 TEXAS WAY, HANGER 24 NORTH
FT WORTH, TX 76106

BRENT HENMAN
2234 STONEHENGE LANE
LEWISVILLE, TX 75056

CAPPA GRANITE
1310 W. EULESS BLVD, SUITE 100
EULESS, TX 76040

CAVALER LOGISTICS
250 SHEFFIELD STREET
MOUNTAINSIDE, NJ 7092

BRIAN TOM
22255 E WILDFERN LANE
BRIGHTWOOD, OR 97011

CARE NOW CORPORATION
601 CANYON DRIVE #100
COPPELL, TX 75019

CEBOS LTD
5936 FORD COURT, #203
BRIGHTON, MI 48116

BRIDGETTE WOODS
501 LEGENDS
LEWISVILLE, TX 75067

CARL H JOHNSON
1908 HAYMEADOW
CARROLLTON, TX 75007

Cebos, Ltd.
7600 Grand River, Ste 200
Brighton, MI 48114

Broward County Revenue Collector
Government Center Annex
Attn: Litigation Section
115 S. Andrews Avenue
Fort Lauderdale, FL 33301

CARL ZEISS IMT CORP
6250 SYCAMORE LANE NORTH
MAPLE GROVE, MN 55369

CENTRAL FREIGHT LINES INC
PO BOX 2638
WACO, TX 76702-2638

Bruce R. Marx
Marlow Connell Valerius
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, FL 33146

CARLEY FOUNDRY INC
8301 CORAL SEA STREET NE
BLAINE, MN 55449

CENTRAL TRANSPORT INTL
PO BOX 33299
DETROIT, MI 48232

BUNTING BEARINGS-HOLLAND
1001 HOLLAND PARK BLVD
HOLLAND, OH 43528

Carlos Blackbok
1002 Eastern Street
Wichita, KS 67207

CHAD OWENS
713 HUNDLEY DRIVE
LAKE DALLAS, TX 75065

BUNTING BEARINGS-KALAMAZOO
4252 E. KILGORE RD
KALAMAZOO, MI 49002

CAROLYN HEWITT
10925 FANDOR STREET
FORT WORTH, TX 76108

CHAMPION AEROSPACE INC
1230 OLD NORRIS ROAD
LIBERTY, SC 29657-0686

Byron Dale Weekly
1255 Oaklawn Rd.
Chapmansboro, TN 37035

Carry Air PTY Ltd.
10-12 Chinderah Ray Drive
Chinderah, NSW 2467

CHENDA REACH
2335 HIGH BANK DRIVE
MESQUITE, TX 75181

Cheryl Kirkwood and Taylor Manning
c/o Kreindler & Kreindler, LLP
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017-3613

Chuck Cooper
Radiant Photography & Video
4025 Pioneer Road
Montrose, CO 81401

Clyda Whitefield, et al.
c/o Lisa Lance, Esq.
PO Box 595
Pauls Valley, OK 73075

Chester B. Salmon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue - 16th Floor
New York, NY 10171

Chuck Harris
217 Bridger
Lakeside MT 59922

Clyda Whitefield, et al.
c/o Kreindler & Kreindler
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017-3613

CHICK PACKAGING OF DFW
700 W. BETHEL ROAD #100
COPPELL, TX 75019

CITRIX SYSTEMS INC
851 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL 33309

Clyda Whitefield, et al.
c/o Braden Varner & Aldous, P.C.
703 McKinney Ave., Ste 400
Dallas, TX 75202

Choice Solutions
Attn: James Steinlage
10801 Mastin Blvd., Ste 900
Overland Park, KS 66213

Citrix Systems, Inc.
851 West Cypress Creek Rd.
Fort Lauderdale, FL 33309

CMS Incorporated
20666 SW Citrus Blvd.
Indiantown, FL 34956

CHOICE SOLUTIONS LLC
222 WEST LAS COLINAS BLVD #1150 EA
IRVING, TX 75039

CITY OF COPPELL
255 PARKWAY BLVD
COPPELL, TX 75019

COASTAL AVIATION SERVICES
88 LANDRY STREET, BIDDEFORD AIRPO
BIDDEFORD, ME 4005

Choice Solutions, L.L.C.
Attn: James Steinlage
10801 Mastin Blvd., Ste 900
Overland Park, KS 66213

CITY OF COPPELL / COPPELL ISD
PO BOX 9478
COPPELL, TX 75019

COLORADO AIR PARTS INC
1519 1300 ROAD
DELTA, CO 81416

CHRIS BENAVIDES
1012 E PIONEER
IRVING, TX 75061

City Water International, Inc.
PO Box 319
Elma, NY 14059-0319

COMBUSTION TECHNOLOGIES, INC.
1804 SLATESVILLE ROAD
CHATHAM, VA 24531

Chris Reser
c/o Beeler, Walsh & Walsh, PLLC
4508 N. Classen Blvd.
Oklahoma City, OK 73118

CITY WATER INTERNATIONAL, LTD
PO BOX 674007
DALLAS, TX 75267-4007

Comfort Technologies, LLC
PO Box 150434
Arlington, TX 76015

CHRIS WOOTTON
2775 N HWY 360 # 217
GRAND PRAIRIE, TX 75050

City Water International, Ltd.
PO Box 319
Elma, NY 14059-0319

COMFORT TECHNOLOGIES, LLC
PO BOX 270809
FLOWER MOUND, TX 75027

CHRISTIANSEN AVIATION
PO BOX 702412
TULSA, OK 74170-2412

CLEARFIELD JEFFERSON REG. AIR
PO BOX 299
FALLS CREEK, PA 15840

Comfort Technologies, LLC
PO Box 150434
Arlington, TX 76015

COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17 STREET
AUSTIN, TX 78774-0100

CPI OFFICE PRODUCTS
11111 ZODIAC LANE
DALLAS, TX 75229

DANIEL & ALEX GRZELECKI
7209 ST. JAMES COURT
CORPUS CHRISTI, TX 78413

COMTEC MANUFACTURING, INC.
1012 DELAUM ROAD
ST MARYS, PA 15857-0940

CRAIG CAYLOR
301 MEADOW DRIVE
PONDER, TX 76205

DAPRA MARKING SYSTEMS
66 GRANBY STREET
BLOOMFIELD, CT 6002

CON-WAY FREIGHT INC
PO BOX 982020
NORTH RICHLAND HILLS, TX 76182

CRANE CAMS
2531 TailSpin Trail
DAYTONA BEACH, FL 32128-6743

DARRELL INGLE
2020 VISTA VIEW
ROANOKE, TX 76262

CONNERS & WINTERS
CARROLLTON TOWERS - EAST, 13601
DALLAS, TX 75240

CUSTOM TUBE PRODUCTS INC
435 A2 AIR PARK ROAD
EDGEWATER, FL 32132

Dave Klepacki
Engineering Systems, Inc.
4775 Centennial Blvd., Suite 106
Colorado Springs, CO 80919

Contract Container Service, Ltd.
PO Box 6245
Fryatt Street, Dunedin City Centre
Dunedin City, Otago 9016
New Zealand

CYGNET AEROSPACE CORP
1971 FEARN AVENUE
LOS OSOS, CA 93402

David A. Levin
AIG
70 Pine Street
New York, NY 10270

CORBITT MANUFACTURING CO.
650 N. MAIN CENTER
ST. CHARLES, MO 63301

CYGNUS BUSINESS MEDIA
1233 JANESVILLE AVENUE
FORT ATKINSON, WI 53538

DAVID AUSTIN
12250 FM 2449
PONDER, TX 76259

CORLEY GASKET CO
6555 HUNNICUT ROAD
DALLAS, TX 75227

Dale Alexander
Gary Novak
Engineering Systems, Inc.
3851 Exchange Ave.
Aurora, IL 60504

DAVID BUONO
6707 W INTERWOOD LAND
DALLAS, TX 75248

CORPORATE EXPRESS INC
2230 AVENUE J
ARLINGTON, TX 76006-5866

Dallas County Tax Office
500 Elm Street
Dallas, TX 75202-3304

DAVID CHILDS TAX ASSESSOR
500 ELM STREET
DALLAS, TX 75244

Corporate Finance Partners
MidCap GmbH
Torstr. 33-35
10119 Berlin, Germany

DALLAS WASTE DISPOSAL & RECYCLIN
3303 PLUTO STREET
DALLAS, TX 75212

David Childs, PhD.
Dallas County Tax Assessor
500 Elm Street, Records Bldg.
Dallas, TX 75202

CP PISTONS INC
1902 MCGAW AVENUE
IRVINE, CA 92614

Dallas Waste Disposal and Recycling, Inc
3303 Pluto St.
Dallas, TX 75212

David Foord Avionics
292 Sir Donald Bradmen Drv.
Brooklyn Park, SA 5032
Australia

Debtor(s): **Superior Air Parts, Inc.**     Case 08-36705-bjh11    Case No: **08-36705**    Doc 292   Filed 07/13/09    Entered 07/13/09 17:14:27    **NORTHERN DISTRICT OF TEXAS** Desc

DALLAS DIVISION

Main Document     Page 9 of 21

David Hines
500 Sutter St.
San Francisco, CA 94102

DIVCO
2806 NORTH SHERIDAN
TULSA, OK 74115

DYNAMIC TECHNOLOGY INC
3201 WEST ROYAL LANE #150
IRVING, TX`75063

DAVID PARNELL
935 CONKLIN
CANADIAN, TX 79014-3250

DOUGLAS COOK
5111 MESA TERRACT
LA MESA, CANADA 91941

E-MAG IGNITIONS
2014 GREG STREET
AZLE, TX 76020

DAVID S RUNYAN
6414 INWAY DRIVE
SPRING, TX 77389

DOUGLAS L.DODSON JR.
4431 KNOX AVENUE
ROSAMOND, CA 93560

Easylink Services
33 Knightsbridge Rd.
Piscataway, NJ 08854-3925

DAVID W ROGERS JR.
3843 JEFFERSON ROAD
GLEN ROCK, PA 17327

Douglas Stimpson
Chuck Schueller
Accident Investigatin & Reconstruction
11740 Airport Way, Hgr 35D
Broomfield, CO 80021

EASYLINK SERVICES CORPORATION
33 KNIGHTSBRIDGE ROAD
PISCATAWAY, NJ 8854

Dean Marshall
5228 La Taste Ave.
El Paso, TX 79924

Downtown Aviation
2787 N.Second Street
Memphis, TN 38671

EATON CORPORATION
700 LUICKS LANE
BELMOND, IA 50421

DEKALB FORGE
1832 PLEASANT
DEKALB, IL 60115

DS-Air Service
AM Luneort 13
Bremerhaven, Germany 27572

ECK INDUSTRIES INC
1602 NORTH 8TH STREET
MANITOW OC, WI 54221-0967

DELI MANAGEMENT INC
2400 BRAODWAY STREET
BEAUMONT, TX 77702

DSS FIRE INC
10265 MILLER RD
DALLAS, TX 75238

ELECTRONICS INTERNATIONAL INC
63296 POWELL BUTTE HIGHWAY
BEND, OR 97701

DELL MARKETING LP
ONE DELL WAY, MAIL STOP RR1-33
ROUND ROCK, TX 78682

DUKE REALTY SERVICES
14241 DALLAS PARKWAY # 1000
DALLAS, TX 75254

ELVIS LACAYO
2520 CATAINA WAY
IRVING, TX 75060

DENA BEECHER
11524 CACTUS SPRINGS
FORT WORTH, TX 76248

DURRIE SALES
411 COUNTRY CLUB RD.
BENSONVILLE, IL 60106

Endicott Forging & Mfg.
1901 North Street
Endicott, NY 13760

DENNIS CHEATHAM
311 RAVENNA ROAD
LAKE DALLAS, TX 75065

Dustin A.Turnquist, M.S., P.E.
Engineering Systems Inc.
4775 Centennial Blvd., Suite 106
Colrado Springs, CO 80919

EN PARTS
660 FERRIS ROAD, SUITE 102
LANCASTER, TX 75146

ERIC JAMES
2710 W. PIONEER
IRVING, TX 75061

FEDERAL EXPRESS
942 SOUTH SHADY GROVE ROAD
MEMPHIS, TN 38120

FORT DEARBORN LIFE INSURANCE
2400 LAKESIDE BOULEVARD
RICHARDSON, TX 75082-7399

ERVIN LEASING COMPANY
PO BOX 1689
ANN ARBOR, MI 48106-1689

Federal Trade Commission
Southwest Region
1999 Bryan Street, Suite 2150
Dallas, TX 75201-6808

FRED A. RAWLINS
8326 SAW GRASS WAY
RADFORD, VA 24141

Ervin Leasing Company
3893 Research Park Drive
Ann Arbor, MI 48108

FEDEX FREIGHT EAST
200 FORWARD DR
HARRISON, AR 72602-0840

Fred Fine
Technical Consultant
PO Box 7315
Spanish Fort, AL 36577-7315

EUROPEAN AVIATION SAFETY AGENC
POSTFACH 10 12 53
D-50452 COLOGNE, GERMANY

First Data Corporation
6201 Powers Ferry Road
ATS-75
Atlanta, GA 30339-5401

GARLOCK -METALLIC GASKET DIV
250 PORTWALL ST, SUITE 300
HOUSTON, TX 77029

EVAN YEARSLEY
509 PARKVIEW PLACE
COPPELL, TX 75019

FLEX-FAB, LLC
1699 WEST M-43 HWY
HASTINGS, MI 49058

GARLOCK KLOSURE
1666 DIVISION STREET
PALMYRA, NY 14522

EXECUTIVE PRINTING SYSTEMS
PO BOX 3064
MCKINNEY, TX 75070

FLIGHT INTERNATIONAL INC
1 LEAR DRIVE, WILLIAMSBURG INTL AI
NEW PORT NEWS, VA 23602

Garlock Sealing Technologies
5605 Carnegie Blvd., Suite 500
Charlotte, NC 28209

EXPERIMENTAL AIRCRAFT ASSOC.
PO BOX 3086
OSHKOSH, WI 54903-3086

Flyer Industria
Aeronautica Flyer
CX-13 Americana
SP 13,170-970 Brazil

Garvin Agee Carlton and Mashburn, PC
Attn: Alan Agee
PO Box 10
Pauls Valley, OK 73075-0010

EXXON MOBIL OIL CORPORATION
3225 GALLOWS ROAD
FAIRFAX, VA 22037

FLYING J PARTNERS INC
PO BOX 207
WEST OSSIPEE, NH 3890

GARY WRIGHT
2007 PAT LANE
CARROLLTON, TX 75006

FASTENER DIMENSIONS, INC.
94-03 104TH STREET
OZONE PARK, NY 11416

Flying Machines South
8727 SE 72nd Ave
Ocala, FL 33472

GASKET MANUFACTURING CO. INC
18001 SOUTH MAIN STREET
GARDENIA, CA 90248-3530

FAULKNERS AIR SHOP, INC.
PO BOX 1147
BURNET, TX 78611-1147

FLYING VIKINGS, INC.
21593 SKYWEST DRIVE
HAYWARD, CA 94541

GATES CORPORATION
1551 WEW ATTA STREET
DENVER, CO 80202

GENERAL AIR SERVICE
BOX 96, MUNICIPAL AIRPORT
VALLEY CITY, ND 58072-0096

GREAT AMERICA LEASING CORP
8742 INNOVATION WAY
CHICAGO, IL 60682-0087

Haski Aviation
406 Frank Farone Dr.
New Castle, PA 16101

General Aviation Maintenance
Hangar 1 Airport
Essendon Victoria

Great America Leasing Corporation
PO Box 609
Cedar Rapids, IA 52406-0609

HEATHER FORDE
2014 DEW ITT STREET
IRVING, TX 75062

GENESEE STAMPING & FABRICATING
1470 AVENUE T
GRAND PRAIRIE, TX 75050-1222

Greg Cole
1824 Benson Rd.
Garner, NC 27529

HELICO IL - EMHART TEKNOLOGIES LL
PO BOX 859
SHELTON, CT 6484

George Edward, III, Ph.D., P.E.
Clarke Engineering Consultants, Inc.
46344 Lone Court
Lexington Park, MD 20653

GREG VAUGA
2005 ROCKW ALL FARMS LANE
FUQUAY VAR INA, NC 27526

HELD PRECISION PRODUCTS
601 NORTH SKOKIE HIGHW AY
LAKE BLUFF, IL 60044

GEORGE JENSON
501 EAST FIRST STREET
TUCSON, AZ 85705

GREGORY ZABRANSKY
400 CR 2355
MINEOLA, TX 75773-3654

Henry and Carole Bailey
c/o The W olk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103

GERHARDT GEAR
133 EAST SANTA ANITA
BURBANK, CA 91502-1926

GULF COAST AVIONICS
3650 DRANE FIELD RD, LAKELAND REG
LAKELAND, FL 33811

Hetrick Aircraft, Inc.
3600 Sardou Billard Municipal Airport
Topeka, KS 66616

GLORIA JEAN W ELSH
605 W HITNEY DRIVE
SLIDELL, LA 70461

HALSEY ENGINEERING & MFG INC
209 N MAYHILL ROAD
DENTON, TX 76208

Hurst Metallurgical Research Lab
2111 W EST EULESS BLVD, HIGHW AY 10
EULESS, TX 76040-6707

Golden Bay Maintenance
Hangar 144 Compass Rd.
Jandakot Airport
Jandakot, W A Australia 6164

HARRIS PACKAGING CORP.
1600 CARSON STREET
HALTOM CITY, TX 76117

IAN PULLIN
24/19 BOW MAN STREET
SOUTH PERTH, W EST AUSTRALIA

Good W ood Road Racing
G-BBRX Ltd Oriel
Cottage Station Road
Chobham W oking GU24 8AX
United Kingdom

HARTFORD AIRCRAFT PRODUCTS
94 OLD POQUONOCK ROAD
BLOOMFIELD, CT 06002

IBRAEX IND
QUADRA 112S RUA SRO 7 N.47, PLANTO
PALMAS - TO, BRAZIL 77.020-176

GRAIG SCHULZE
178 VICTORY #108
BURBANK, CA 91502

HARVEY-DACO, INC
307 LAKE AIR DRIVE
W ACO, TX 76714-7155

ING
151 FARMINGTON AVENUE
HARTFORD, CT 06156-7750

INSTRON WILSON/SHORE INSTR.
825 UNIVERSITY AVENUE
NORWOOD, MA 02062-2643

J.R. JORDAN
560 CLOTHIER SPRINGS ROAD
MALVERN, PA 19355

JEFFERY PAUST
16100 HENDERSON PASS
SAN ANTONIO, TX 78232

Intelipak, Inc.
12322 E. 55th Street
Tulsa, OK 74146

Jack Kendall
AIG
1200 Abernathy Road NE
600 Northpark Town Center
Alpharetta, GA 30328

JERRY BALLARD
PO BOX 2548
EVERGREEN, CO 80437

Internal Revenue Service
Special Procedures - Insolvency
PO Box 21126
Philadelphia, PA 19114

Jade Air PLC
The Old Stables
Hoodlands Farm, London
Handcross
West Sussex, England RH17 6HB

Jerry Meyers Aviation
4713 Meadow Lane
Bozeman, MT 59715

INTERNATIONAL BUSINESS SYSTEMS
90 BLUE RAVINE RD
FOLSOM, CA 95630

JAMES EVERETT
2621 KEYHOLE STREET
IRVING, TX 75062

Jim Irvin
Aircraft Engine Reconstruction Specialis
6501 Wilkinson Drive, Suite 200
Prescott, AZ 86301-6188

International Business Systems
90 Blue Ravine Rd.
Folsom, CA 95630

JAMES W HITLEY
820 SHADY LANE
BEDFORD, TX 76021-5330

JIM WATKINS
8817 RAVENSWOOD RD
GRANBURY, TX 76049

INTERWEST COMMUNICATIONS CORP
2152 W. NORTHWEST HWY, #122
DALLAS, TX 75220

JAN CLEMENS
17269 CR 663
FARMERSVILLE, TX 75442

JOHN F D PETERSON
13465 DECOTEAU ROAD
GONZALES, LA 70737

Interwest Communications Corp.
2152 W. Northwest Hwy, Ste 122
Dallas, TX 75220

Janella Ellsworth
PO Box 451
Guild, TN 37340

JOHN FELLENSTEIN
839 SUMMERLY DRIVE
NASHVILLE, TN 37209

Irving ISD
c/o Laurie Spindler
Linebarger Goggan Blair & Sampson
2323 Bryan St., Ste 1600
Dallas, TX 75201

Janet Innis
c/o The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103

JOHN GOODLOE
6505 RIDGLEA
WATAUGA, TX 76148

IWATSU Voice Networks
8001 Jetstar Dr.
Irving, TX 75063

JEAN-PIERRE VERDIER
24234 EAGLE CLIFF TRAIL
CONIFER, CO 80433

JOHN WEBER
2201 ROCKBROOK # 1338
LEWISVILLE, TX 75067

J&J AIR PARTS INC
430 NORTH BRYANT
PLEASANTON, TX 78064

JEFF W .SMITH
1950 CHISWICK ROAD
KNOXVILLE, TN 37922

JOHNSON, MORGAN & WHITE
PO BOX 5000
BOCA RATON, FL 33431-0800

Jon S. Lore
23314 Green Holly Road
Lexington Park, MD 20653

KING ENGINE BEARINGS LTD
10 HAAVATZ ST
KIRYAT GAT, ISREAL 82101

L.E. Clark
10109 Clark Airfield Rd.
Clark Airport
Clark, TX 76247

JUAN RUIZ
2851 ASTER
DALLAS, TX 75211

KISMET RUBBER PRODUCTS CORP
215 INDUSTRIAL BLVD
BLUE RIDGE, GA 30513

LABRIE COMMERCIAL CLEANING
PO BOX 833778
RICHARDSON, TX 75083

KAPCO /VALTEC AIRCRAFT SUPPLY
3120 E. ENTERPRISE ST
BREA, CA 92821

KITPLANES
531 ENCINITAS BLVD #105
ENCINITAS, CA 92024

LaBrie Commercial Cleaning
PO Box 833778
Richardson, TX 75083-3778

Kaplan, von Ohlen & Massamillo, LLC
ATTN: Nicholas E. Pantelopoulos
555 Fifth Avenue, 15th Floor
New York, NY 10017

KNAPPE & KOESTER INC
18 BRADCO STREET
KEENE, NH 3431

LARRY L. COLLEY
6701 Convair Rd.
EL PASO, TX 79925

Kayce Weakley
635 E Samford Avenue
Auburn, AL 36830

Knutson Aviation Services
Attn: Donald F. Knutson
2118 N. Tyler, Bldg. B, Suite 102
Wichita, KS 67212

LARRY REEDER
10484 AIRPARK LOOP
MELBA, ID 83641

Keith A Fink & Associates
S. Kevin Steinberg
11500 West Olympic Blvd., Suite 316
Los Angeles, CA 90064

KPMG, LLP
717 NORTH HARWOOD STREET, #3100
DALLAS, TX 75201

LARRY W M. ELLIOTT
15 KINGWOOD VILLAS CT
KINGWOOD, TX 77339

KELLY AEROSPACE POWER SYSTEMS
2900 SELMA HIGHWAY
MONTGOMERY, AL 36108

KSPG Automotive Brazil Ltda-Kobenschm
RODARNALDO JULIO MAUERBERG, 400
13460-000 NOVA ODESSA - SP BRASIL

Lawrence Chevigny, et al.
c/o MillerThompson, LLP
3000, 700-9th Ave. S.W.
Calgary, AB, Canada T2P 3V4

Kenneth J. Moran
Moran Brown PC
4110 East Parham Road
Richmond, VA 23228

KUEHNE & NAGEL INC
101 W RANGLER DRIVE, SUITE 201
COPPELL, TX 75019

Lawrence W. Olesen, Q.C.
Bryan & Company, LLC
2600 Lanulife Place
10180-101 Street
Edmonton, Alberta T5J3Y2

KENT ABERCROMBIE
1436 GARDENIA ST
IRVING, TX 75063

KURT MANUFACTURING CORP
5280 MAIN ST. N.E.
MINNEAPOLIS, MN 55421-1594

LE JONES CO
1200 34TH AVENUE
MENOMINEE, MI 49858

Kent Abercrombie
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

L E CLARK
10109 CLARK AIRFIELD ROAD, CLARK A
CLARK, TX 76247

Lee Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores
Redwood City, CA 94065-2133

LIGHT SPEED ENGINEERING, LLC
416 E SANTA MARIA, HANGAR 15
ASANTA PAULA, CA 93060

MALONEY, BEAN, HORN & HULL PC
511 E JOHN CARPENTER FREEWAY, SU
IRVING, TX 75062

MARY RENFRO
7400 BARBARA COURT
WATAUGA, TX 76148

Loma Air
Herentalsesteenweg 10
B-2220 Heist O/D Berg
Belgium

MANDEL, LIPTON & STEVENSON LIMITED
120 N LA SALLE STREET #1450
CHICAGO, IL 60602

MASOUD ZEAHEDI
5801 ROSWELL ROAD
ATLANTA, GA 30328

Louis Franecke
1115 Irwin Street
Suite 100
San Rafael, CA 94901

MANITOWOC PATTERN & MFG CO
4315 EXPO DRIVE
MANITOWOC, WI 54220-7305

MASTER PRODUCTS CO
6400 Park Avenue
Cleveland, OH 44105

Luyster
c/o Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

MANITOWOC TOOL & MACHINING LLC
4211 CLIPPER DRIVE
MANITOWOC, WI 54220

MAURICE TOMPKINS
5024 DARDEN AVENUE
ORLANDO, FL 32812

LYNDEN INTERNATIONAL
1800 INTERNATIONAL BLVD #800
SEATTLE, WA 98188

MANUEL MERCADO
2930 SCOTT MILL
CARROLLTON, TX 75007

MAX NICHOLS
5221 TELESTAR LANE
GRET BEND, KS 67530

M&M AEROSPACE HARDWARE INC
PO BOX 025263
MIAMI SPRINGS, FL 33102-5263

MARIA GARCIA
1516 MARK
IRVING, TX 75061

MAYER BROWN LLP
230 SOUTH LASALLE STREET
CHICAGO, IL 60604-1404

MAHLE ENGINE COMPONENTS USA
c/o Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW.
Grand Rapids, MI 49503-2487

MARIA MELGAR
205 S IRVING HEIGHT
IRVING, TX 75060

MCMASTER-CARR SUPPLY CO
PO BOX 740100
ATLANTA, GA 30374-0100

MAHLE ENGINE COMPONENTS USA
17226 INDUSTRIAL HWY
CALDWELL, OH 43724-9779

MARIA PEREZ
1908 ANNA DRIVE
IRVING, TX 75061

MCSHAN FLORIST, INC.
10311 GARLAND ROAD
DALLAS, TX 75218-0430

MAHLE ENGINE COMPONENTS USA
14161 MANCHESTER ROAD
MANCHESTER, MO 63011

MARK SINDERSON
14700 HIGHTOWER
MINNETONKA, MN 55345

McSwain Engineering
3320 McLemore Dr.
Pensacola, FL 32514

MAJESTIC GRAPHICS LLC
9411 HILLTOP ROAD
ARGYLE, TX 76226

MARSHALLTOWN AVIATION INC
2651 170th STREET
MARSHALLTOWN, IA 50158-8917

Michael Henderson
c/o Randell C. Ogg, ESQ
Ninth Floor, Connecticut Bldg.
1150 Connecticut Ave., NW
Washington, DC 20036-4192

Michael J. Holland
Condon & Forsyth
7 Times Square, 18th Floor
New York, NY 10036

MSC INDUSTRIAL DIRECT CO INC
75 MAXESS ROAD
MELVILLE, NY 11747-3151

Northwest Propeller Service
16709 Meridian St., E, Unit 3
Puyallup, WA 98375


MID-FLORIDA AIR SERVICES
19708 EUSTIS AIRPORT ROAD
EUSTIS, FL 32736

MURRAY CORP.
260 SCHILLING CIRCLE
HUNT VALLEY, MD 21031

Norvic Aero Engines
Units 4 & 5 Levelers Lane
Eynesbury, St. Neots
Cambs PE19 2JL


MID-SOTA AIRCRAFT REPAIR
25297 LAKE ROAD
ST CLOUD, MN 56301

N.E.W. INDUSTRIES INC
905 S NEENAH AVE
STURGEON BAY, WI 54235

O FALLON CASTING
600 Cannonball Ln
O FALLON, MO 63366-4411


MIDWAY AVIATION
8008 CEDAR SPRINGS, LOCKBOX 15, D.
DALLAS, TX 75235

NATIONAL CITY COMMERCIAL CAPITAL
995 DALTON AVENUE
CINCINNATI, OH 45203

OHIO GASKET & SHIM
976 EVANS AVENUE
AKRON, OH 44305


MIDWEST AVIATION
1650 WEST COLLEGE DRIVE, SUITE 100
MARSHALLTOWN, MN 56258

National City Commercial Capital Company
995 Dalton Ave.
Cincinnati, OH 45203

OMNIPACKAGING CORPORATION
12322 EAST 55TH STREET
TULSA, OK 74146


MIKES CARTAGE COMPANY
PO BOX 153644
IRVING, TX 75015-3644

New Horizons
5151 Belt Line Rd.
Dallas, TX 75254

ON TIME EXPRESS
3409 HIGH PRAIRIE ROAD
GRAND PRAIRIE, TX 75050


MILWAUKEE WIRE PRODUCTS
PO BOX 217
MEQUON, WI 53092-0217

NICOL SCALES, INC.
1412 GRIFFIN ST. EAST
DALLAS, TX 75222-2288

PACK READY
PO BOX 901
WYLIE, TX 75098


MJLG c/o Marine Lumber
Lower Orange St.
Nantucket MA 02554

NORMAN MARSDEN
5212 MUSTANG TRAIL
PLANO, TX 75093

PARKER SEAL EPS DIVISION
403 INDUSTRIAL DRIVE
NACOGDOCHES, TX 75964


MORRISSEY INC
9304 BRYANT AVE. SOUTH
BLOOMINGTON, MN 55420

NORTH TEXAS PRECISION INSTRUMEN
7464 DOGWOOD PARK
FORT WORTH, TX 76118

PASSPORTS & VISAS
2938 VALLEY VIEW LANE
DALLAS, TX 75234


MOTION INDUSTRIES
2221 WEST MOCKINGBIRD LANE
DALLAS, TX 75235

NORTHWEST PROPANE GAS, CO.
11551 HARRY HINES BLVD.
DALLAS, TX 75229-2296

PATRICK BENOIT
3708 ROXBURY LANE
PLANO, TX 75025

Patton Air Spray
PO Box 164
Quirindi, NSW 2343
Australia

PETER J BEATTY
18 STIRRUP RUN
NEW ARK, DE 19711-2460

Print, Inc.
11335 NE 122nd Way STE 250
Kirkland, PA 98034


Paul Eberly
414 Sunset Drive
Gulf Shores, AL 36542

Pilar Garcia
1516 Mark Street
Irving, TX 75061

Print, Inc.
11265 Kirkland Way, Ste 3000
Kirkland, PA 98033


PAUL HERSHORIN
6077 PINE NEEDLE LANE S
LAKE WORTH, FL 33467

PITNEY BOWES
2225 AMERICAN DRIVE
NEEHAH, WI 54956-1005

PRO AERO ENGINES, INC.
2965 AIRPORT DRIVE
KAMLOOPS, BC, CANADA V2B 7W 8,


Paul Leonard
16415 Addison Road, Suite 800
Addison, TX 75001-3267

Pitney Bowes Credit Corporation
2225 American Drive
Neehah, WI 54956

Professional Analysis and Consuling, In
Attn: David K. Hall
43W 752 US Route 30
Suite 2F
Sugar Grove, IL 60554


Paul Rice
6322 Long Beach Blvd
Harvey Cedar, NJ 08008

PLANE-POWER
346 HOWARD CLEMMONS ROAD
GRANDBURY, TX 76048

PROGRESSIVE AIR SERVICES LTD
2965 AIRPORT ROAD
KAMLOOPS, BC V2B 7W 8


PAUL WESTCOTT
7333 49th AVENUE S.E.
OLYMPIA, WA 98513-4515

PRECISION AIRMOTIVE LLC
14800 40TH AVENUE NE
MARYSVILLE, WA 98271

PROSTAR SERVICES INC
1420 MAC ARTHUR DRIVE # 104
CARROLLTON, TX 75067


Paul Wickett
66 Scenic Drive
Pottsboro, TX 75076

PRECISION FITTINGS
709 NORTH MAIN STREET
WELLINGTON, OH 44090

PROTECTIVE PACKAGING CORP
1746 W. CROSBY ROAD # 106
CARROLLTON, TX 75006


PAUL WINTERS
69 BALSALL ST EAST
BALSALL COMMON, COVENTRY ENGLA

PRECISION MACHINE & MFG CO
500 INDUSTRIAL ROAD
GROVE, OK 74344

PUBLISHERS PRESS
100 FRANK E SIMON AVENUE
SHEPHERDSVILLE, KY 40165


PENN YAN AERO SERVICE, INC.
2499 BATH ROAD
PENN YAN, NY 14527

Prina S A.
Lisciasta 17 Street
91-357-LODZ
Poland

PULSAR AIRCRAFT CORPORATION
4233 SANTA ANITA AVENUE, SUITE #5
EL MONTE CA, CA 91731


Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

PRINT INC
ONE DEERWOOD, 10201 CENTURION P
JACKSONVILLE, FL 32256

PYSZKA, BLACKMON, LEVY, MOWERS &
14750 NW 77TH COURT #300
MIAMI LAKES, FL 33016

QUILL CORPORATION
PO BOX 94080
PALATINE, IL 60094-4080

RICHARD KRAJICEK
1111 HERMANN DRIVE #29A
HOUSTON, TX 77004

Roxanne Cherry, Admin of the
Estate of Christopher Desch
c/o The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103

R&B ELECTRONICS
1520 INDUSTRIAL PARK DRIVE
SAULT SAINTE MARIE, MI 49783

Richard L. Taylor
Flight Inform ation, Inc.
5498 Ayrshire Drive
Dublin, OH 43017-9428

RSI CRATING & PACKAGING
2230 LBJ FREEWAY, #400
DALLAS, TX 75234

R+L CARRIERS
600 GILLAM ROAD
WILMINGTON, OH 45177-0271

RICK BAILEY
8020 NAVION LANE
FALCON, CO 80831

RSM MCGLADREY
ONE GALLERIA TOWER, 13355 NOEL RO
DALLAS, TX 75240-6651

RAM AIRCRAFT CORPORATION
7505 KARL MAY DRIVE
WACO, TX 76708

Rick Klein
4909 SW 11 Ave
Cape Coral, FL 33914

RUBBER ASSOCIATES, INC.
1522 WEST TURKEYFOOT LAKE ROAD
BARBERTON, OH 44203-4898

RANDY BORNHORST
4236 ARBORETUM DRIVE NW
ROCHESTER, MN 55901

ROB ATTAWAY
4518 E. OLIVE AVENUE
HIGLEY, AZ 85236

RUBEN MALDONADO
18625 MIDWAY ROAD # 402
DALLAS, TX 75287

Ray Claxton, Ph.D.
Materials Analysis, Inc.
10338 Miller Rd.
Dallas, TX 75238

ROBINSON HELICOPTER
2901 AIRPORT DRIVE
TORRANCE, CA 90505-5308

Rudy Mantel
Forensic Animations
6885 NW 12th Street
Ft. Lauderdale, FL 33313

REIMERS AIRCRAFT ENGINES
4741 EAST 113th AVENUE
ANCHORAGE, AK 99516-1620

RODNEY MCLEAN
150 SOUTH CHASE STREET
LAKEWOOD, CO 80226

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456

Reno Air Racing Association
14501 Mt Anderson St
Reno, NV 89506

Roger W. Stalkamp
3548 Old Oaks Drive
Beavercreek, OH 45431-2412

RUSS AIREY
989 SILVERDALE DRIVE
WINDSOR, ONTARIO, CANADA

RESERVE ACCOUNT - WORLD HEADQU
1 ELMCROFT ROAD
STAMFORD, CT 06926-0700

RONALD GELZUNAS
NORTH WILDWOOD MEDICAL ASSOC, :
NORTH WILDWOOD, NJ 8260

SAE INTERNATIONAL
400 COMMONWEALTH DRIVE
WARRENDALE, PA 15096-0001

RICHARD BRINKERHOFF
2134 GOLD DUST COURT
TRINITY, FL 34655

ROSTRA VERNATHERM, INC.
106 ENTERPRISE DRIVE
BRISTON, CT 6010

SAFETY-KLEEN
5400 LEGACY DRIVE
PLANO, TX 75024

Debtor(s): **Superior Air Parts, Inc.**    Case No: **08-36705**
Case 08-36705-bjh11    Doc 292    Filed 07/13/09    Entered 07/13/09 17:14:27    Desc
Chapter:
Main Document    Page 18 of 21
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SAL BUENTELLO
15963 PARVIN ROAD
PROSPER, TX 75078

SKY-TEC
350 HOWARD CLEMMONS ROAD
GRANBURY, TX 76048

STATE COMPTROLLER
111 E. 17 STREET
AUSTIN, TX 78774-0100

SAMPSON ENTERPRISES INC
894 N MILL STREET, SUITE 2
LEWISVILLE, TX 75057

SKYLINE AVIATION
SPIRIT AIRPORT, 776 NORTH BELL AVE
HESTERFIELD, MO 63005

STATE OF OHIO
PO BOX 16678
COLUMBUS, OH 43216-6678

SATURN FASTENERS INC
425 S. VARNEY ST.
BURBANK, CA 91502

SKYTEL
PO BOX 2469
JACKSONVILLE, MS 39225-2469

STAVELEY SERVICES FLUIDS ANALYSI
18419 EUCLID AVENUE
CLEVELAND, OH 44112-1016

Schnader Harrison Segal & Lewis, LLP
Attn: J. Denny Shupe
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Slick Unison
530 Blackhawk Park Ave.
Rockford, IL 61104

STEPHANIE FINNEY
17269 CR 663
FARMERSVILLE, TX 75442

SCOTT FREEMAN
840 EAST HUNGRY MOTHER DRIVE
MARION, VA 24354

Southair LTD
Taieri Airport
58 Stedman Rd
Mosgiel, Dunedin 9092
New Zealand

STEPHEN ADAMS
2398 WILLIAM FEW PARKWAY
EVANS, GA 30809

SEAL SCIENCE INC
17131 DAIMLER
IRVINE, CA 92614-5508

SOUTHWESTERN GAGE INC
3151 COMMONWEALTH
DALLAS, TX 75247-6201

STERLING AIRCRAFT REPAIR
FORREST LANE, PO BOX 185
STERLING, AK 99672

SECURLOCK STORAGE CENTERS
320 STATE HWY 121
COPPELL, TX 75019

Spirangam Ragan
215 Granite Court
Boulder City, NV 89005

Steve Gann
8166 Autumnwoods
Southaven, MS 38671

SEMBLEX CORPORATION
199 W DIVERSEY AVENUE
ELMHURST, IL 60126

SPRING ENTERPRISES
2890 MALIBOU COURT
DAYTONA BEACH, FL 32128

STEVE GLASS
769 FARMBROOK DRIVE
BEAVERCREEK, OH 45430

Signature Engines
4760 Airport Rd.
Cincinnati, OH 45226

STAN JONES AVIATION
1100 AIRPORT ROAD
SALEM, IL 62881

STEVE WILSON
PO BOX 206
PANACEA, FL 32346

SKF SEALING SOLUTIONS
PO BOX 536755
ATLANTA, GA 30353-6755

STAPLES BUSINESS ADVANTAGE
500 STAPLES DRIVE
FRAMINGHAM, MA 1702

STEVES AIRCRAFT
15373 JONES ROAD
WHITE CITY, OR 97503-9577

SUEZ ENERGY RESOURCES NA
PO BOX 25225
LEHIGH VALLEY, PA 18002-5225

TEXAS DUGAN L.P.
600 EAST 96TH STREET #100
INDIANAPOLIS, IN 46240

TigerHelicopter
Shobdon Aerodrome
Leominster Herefordshire
HR6 9NR United Kingdom

Suez Energy Resources, NA
1990 Post Oak Dr., Ste 1900
Houston, TX 77056

Texas Dugan LP
c/o Duke Realty LP
5495 Belt Line Road, Suite 360
Dallas, TX 75240

Time Warner Telecom of Texas, L.P.
2805 Dallas Parkway, Ste 140
Plano, TX 75093

Suez Energy Resources, NA
1990 Post Oak Dr., Suite 1900
Houston, TX 77056

TEXAS NAMEPLATE
PO BOX 150499
DALLAS, TX 75315-0499

Time Warner Telecom of Texas, LP
15303 Dallas Parkway, Ste 610
Addison, TX 75001

SUPERIOR TRANSPORT
3200 N SYLVANIA AVE #A
FORT WORTH, TX 76111

THE BLAND CO
55 BROOK STREET
WEST HARTFORD, CT 06133-0358

TIMSCO
9893 W UNIVERSITY DRIVE, #121
MCKINNEY, TX 75071

Tarrant County Tax Office
100 E. Weatherford
Fort Worth, TX 76196

THE SERVICE CENTER
6450 CLARA ST., STE 100
HOUSTON, TX 77041

TOPCAST AVIATION SUPPLY
15/F WO OLD PEACE CENTRE, 55 WO TUI
KWAICHUNG, HONG KONG

TECHNI PRODUCTS INC
126 INDUSTRIAL DRIVE
EAST LONGMEADOW, MA 01028-0215

THIELERT AE - PRE INSOLVENCY
NIERITZSTR 14
D-01097, DRESDEN GERMANY

TRADE-A-PLANE ADVERTISING
174 4TH STREET
CROSSVILLE, TN 38557

TECHNIFAX OFFICE SOLUTIONS
3220 KELLER SPRINGS #118
CARROLLTON, TX 75006

THIELERT AG
ALBERT-EINSTEIN-RING 11
D-22761, HAMBURG GERMANY

TREVOR DAVIS
23 OUDEKRAAL ROAD
CAMPUS BAN, SOUTH AFRICA

Technifax Office Solutions
3220 Keller Springs, Ste 118
Carrollton, TX 75006

THIELERT AIRCRAFT ENGINES GMBH
NIERITZSTR 14
D-01097, DRESDEN GERMANY

TriStar, Inc.
3740 E. LaSalle St.
Phoenix, AZ 85040

Tennessee Department of Revenue
c/o Attorney General
PO Box 20207
Nashville, TN 37202-0207

THOMAS LOCHRIDGE
1403 N 14TH STREET
HONEY GROVE, TX 75446

TRUARC COMPANY LLC
125 BRONICO WAY
PHILLIPSBURG, NJ 8665

TEX-AIR PARTS INC
3724 N COMMERCE ST
FORT WORTH, TX 76106

THOMAS REPROGRAPHICS
600 N CENTRAL EXPRESSWAY
RICHARDSON, TX 75080

TRW AUTOMOTIVE US LLC
3900 MOGADORE INDUSTRIAL PARKWA
MOGADORE, OH 44260

Debtor(s): **Superior Air Parts, Inc.**    Case No: **08-36705**    NORTHERN DISTRICT OF TEXAS

Case 08-36705-bjh11    Doc 292    Chapter: Filed 07/13/09    Entered 07/13/09 17:14:27    Desc DALLAS DIVISION
Main Document    Page 20 of 21

TULCO OILS INC
627 112TH STREET
ARLINGTON, TX 76011

UNITED PARCEL SERVICE
PO BOX 650580
DALLAS, TX 75265-0580

Vector Aviation
Vector Air Ltd.
The Homestead
Therfield Royston SG8 9RA

TW TELECOM
10475 PARK MEADOWS DRIVE
LITTLETON, CO 80124

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

Virgin Records America, Inc.
c/o Tew Cardenas, LLP
4 Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131

TX State Comptroller of Public Accts.
Revenue Acct. Div - Bankruptcy
P.O. Box 13528 Capital Station
Austin, TX 78711

UPS SUPPLY CHAIN SOLUTIONS INC
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

VISION SERVICE PLAN - (SW)
FILE # 73280, PO BOX 60000
SAN FRANCISCO, CA 94160-3280

Tygris Vendor Finance, Inc.
f/k/a US Express Leasing
Attn: Annette McGovern
10 Waterview Blvd.
Parsippany, NJ 07054

US EXPRESS LEASING INC
DEPT #1608
DENVER, CO 80291-1608

VOLARE CARBURETORS LLC
211 CHASE STREET
GIBSONVILLE, NC 27249

TZU-YING HO
7218 BRAMBLEBUSH DRIVE
FRISCO, TX 75034

US Express Leasing, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054

W.W. GRAINGER
100 GRAINGER PARKWAY
LAKE FOREST, IL 60045-5201

U.S. SEC
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX 76102

UTI, UNITED STATES INC
801 HANOVER DRIVE, SUITE #100
GRAPEVINE, TX 76051

WAHIDUALLAH OSMAN
7952 EDDIE DRIVE
PLANO, TX 75025

ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085

V&L TOOL INC
2021 MCARTHUR ROAD
WAUKESHA, WI 53188

Web Trends
851 SW 6th Ave., #600
Portland, OR 97204

UMPCO
7100 LAMPSON AVENUE
GARDEN GROVE, CA 92846-5158

VARGA ENTERPRISES INC
2350 S. AIRPORT BLVD.
CHANDLER, AZ 85249

WEB TRENDS INC
851 SW 6TH AVENUE #600
PORTLAND, OR 97204

UNISON INDUSTRIES, LLC
7575 BAYMEADOWS WAY
JACKSONVILLE, FL 32256

Varibus

WESTERN GAGE CORPORATION
3316-A MAYA LINDA
CAMARILLO, CA 93012

Unisource Worldwide, Inc.
850 N Arlington Heights Rd
Itasca, IL 60143

VB SEALS INC
1107 AIRPORT ROAD
AMES, IA 50010

WESTERN MANUFACTURING CO
28355 INDUSTRY DRIVE, UNIT 420
VALENCIA, CA 91355

WESTERN SKYWAYS
21 CREATIVE PLACE
MONTROSE, CO 81401

Wittgens Markus
Durbusch 47
D-51503 Rosrath Germany

White Hawk Aviation, Inc.
12517 Beaverly ford Road
Brandy Station, VA 22714

Woodhaven Aviation
2050 300 West
Hangar #63
Spanish Fork, UT 84660

Wilfredo Oquendo
PO Box 28448
Hialeah FL 33002

Wrico Stamping Co. of Texas
650 Industrial Blvd.
Grapevine, TX 76051

WILLIAM BLACKWOOD
620 N COPPELL ROAD #4104
COPPELL, TX 75019

WSK KALISZ
UL. CZESTOCHOWSKA 140
62-800, KALASZ, POLAND

WILLIAM CANNON
1 W ALDEN COURT
THE COLONY, TX 75056

WYANDOTTE INDUSTRIES, INC.
4625 13th STREET
WYANDOTTE, MI 48192

WILLIAM E BUCKLEY
835 CAMP JOHNSON ROAD
ORANGE PARK, FL 32065

Yellow Transportation
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, MD 21094

WILLIAM PETERSON
2720 GRAYSTONE DRIVE
FLOWER MOUND, TX 75028

Z PACKAGING INC
1402 DUNN DR
CARROLLTON, TX 75006

WINSTED PRECISION BALL COMPANY
159 COLEBROOK RIVER ROAD
WINSTED, CT 6098

ZANZIS pA.
CORSO VERCELLI, 159
10015 IVERA, ITALY

WISE AVIATION SERVICES
351 AIRPORT RD
DECATUR, TX 76234

ZEPHYR AIRCRAFT ENGINES
39320 AVENUE B, MUNICIPAL AIRPORT
ZEPHYRHILLS, FL 33540

WITHERINGTON PROPERTIES
3511 SILVERSIDE RD, SUITE 105
WILMINGTON, DE 19810-4902