Greg Lowry
  Texas Bar No. 12641360
LOCKE LORD BISSELL & LIDDELL LLP
  2200 Ross Avenue, Suite 2200
  Dallas, Texas 75201-6776
  Telephone: 214-740-8000
  Fax: 214-740-8800

COUNSEL FOR THE INSURANCE COMPANIES AND SYNDICATES
AT LLOYD'S, LONDON THAT INDIVIDUALLY SUBSCRIBED TO
INSURANCE POLICIES IDENTIFIED AS  B0823AB7100402, B0823AB7A00435, B0823AM7B00195,
576/AJA2338, 576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 AND B08752008QAM5036

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | Case No. 08-36705-BJH-11 |
| Debtor. | § | |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES
AND OTHER PAPERS**

The insurance companies and syndicates at Lloyd's, London that individually subscribed to insurance policies identified as  B0823AB7100402, B0823AB7A00435, B0823AM7B00195, 576/AJA2338, 576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 and B08752008QAM5036 (collectively, the "Insurers"), by and through their attorneys, Greg A. Lowry and the law firm of Locke Lord Bissell & Liddell LLP, in accordance with Rule 9010 of the Federal Rules of Bankruptcy Procedure, appear in this bankruptcy case.  Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the Insurers request that all notices, motions, pleadings, orders, plans, and disclosure statements filed, served, or entered in this case be served upon the undersigned at the following address:

      Timothy S. McFadden
      LOCKE LORD BISSELL & LIDDELL LLP
      111 South Wacker Drive
      Chicago, IL 60606

    Telephone: 312-443-0370
    Fax: 312-443-0336

    Greg Lowry
    LOCKE LORD BISSELL & LIDDELL LLP
    2200 Ross Avenue, Suite 2200
    Dallas, Texas 75201
    214/740-8000 (telephone)
    214/740-8800 (telecopier)

This Notice of Appearance and Request for Service of Notices and Other Papers is not a waiver of any of the Insurers' rights, including, without limitation, the right: (i) to have final orders in non-core matters entered only after *de novo* review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdraw.

DATED: July 13, 2009

    Respectfully Submitted,

    /s/ Greg A. Lowry     07/13/09
    Greg A. Lowry
      Texas Bar No. 12641360
    LOCKE LORD BISSELL & LIDDELL LLP
      2200 Ross Avenue, Suite 2200
      Dallas, Texas 75201-6776
      Telephone: 214-740-8000
      Fax: 214-740-8800

**COUNSEL FOR THE INSURERS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon all parties receiving electronic notice via the Court's CM/ECF system on July 13, 2009.

    /s/ Greg A. Lowry     7/13/09