<u>Exhibit 3</u>

Creditors' Trust Agreement – To be supplied