Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone (469) 742-0855
Fax (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone (214)217-8070
Fax (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc**.


**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| **SUPERIOR AIR PARTS, INC.** § | CASE NO. 08-36705-BJH-11 |
| § | |
| § | |
| **DEBTOR** § | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of Aviation Parts Supply, Inc.'s Disclosure Statement for Competing Plan of Reorganization for Superior Air Parts, Inc. [Docket # 297] and Aviation Parts Supply, Inc.'s Plan of Reorganization for Superior Air Parts, Inc. [Docket # 298] were served upon the attached service list by mail on July 16, 2009.

Certificate of Service

Respectfully submitted,

By: /s/Billy G. Leonard, Jr.
    BILLY G. LEONARD, JR.
    Texas State Bar No. 12208100
    1650 W. Virginia Street, Suite 211
    McKinney, Texas 75069
    (469) 742-0855
    (469) 442-0135 (Facsimile)

and

    Kevin H. Good
    Texas Bar No. 08139300
    Conner & Winters LLP
    1700 Pacific Avenue
    Suite 2250
    Dallas, Texas 75201
    Telephone  (214)217-8070
    Fax  (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc.**

Certificate of Service

| | | |
|---|---|---|
| Theilert Aircraft Engines<br>Nieritzstr 14 D-01097<br>Dresden Germany | Mahle Engine Components<br>60428 Marine Road<br>Atlantic IA 50022-8291 | KS-Pistoes<br>Rodovia Arnald, Julio Mauberg<br>4000 Disrito Industrial No<br>Nova Odessa SP Brasil CAIZA Postal<br>91 CEP 13460-000 |
| AirSure Limited<br>15301 Spectrum Drive, #500<br>Addison, TX 75001 | ECK Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Mahle Engine Components<br>14161 Manchester Road<br>Manchester, MO 63011 |
| Crane Cams<br>530 Fentress Blvd<br>Daytona Beach, FL 32114 | Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas TX 75227 | Saturn Fasteners Inc.<br>425 S. Varney St.<br>Burbank, CA 91502 |
| Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29654-0686 | Ohio Gasket & Shim<br>976 Evans Ave.<br>Akron, OH 44305 | Gerhardt Gear<br>133 East Santa Anita<br>Burbank CA 91502-1926 |
| Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601 | Helio Precision Products<br>601 North Skokie Highway<br>Lake Bluff, IL 60044 | Knappe & Koester Inc.<br>18 Bradco Street<br>Keen, NH 3431 |
| Garlock Metallic Gasket Div.<br>250 Portwall St., Ste 300<br>Houston, TX 77029 | AOPA Pilot<br>PO Box 973<br>Frederick, MD 21701 | Mahle Engine Components<br>17226 Industrial HWY<br>Caldwell, OH 43724-9779 |
| Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX 75050-1222 | City of Coppell/Coppell ISD<br>Mary McGuffey, Tax Assessor<br>PO Box 9478<br>Coppell, TX 75019 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Jeffrey N. Thom, Q.C.<br>Miller Thomson LLP<br>3000, 700 – 9th Avenue SW<br>Calgary, AB T2P 3V4 | David Childs, Ph.D.<br>Dallas County Tax Assessor/Collector<br>500 Elm Street, Records Building<br>Dallas, TX 75202 | Thielert AG<br>Albert-Einstein-Ring 11<br>D-22761, Hamburg Germany |
| Betsy Price, Tax Assessor Collector<br>100 E. Weatherford<br>PO Box 961018<br>Fort Worth, TX 76196 | Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Ace Grinding & Machine Company<br>2020 Winner Street<br>Walled Lake, MI 48390 |
| Lynden International<br>1800 International Blvd. #800<br>Seattle, WA 98188 | Combustion Technologies, Inc.<br>1804 Slatesville Road<br>Chatham, VA 24531 | Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG, Feld<br>Witten, Germany 58456 |

| | | |
|---|---|---|
| Mary Frances Durham<br>Office of the US Trustee<br>1100 Commerce Street, Rm 976<br>Dallas, TX 75242-1496 | Seal Science<br>17131 Daimler<br>Irvine, CA 92614-5508 | Stephen A. Roberts<br>Strasburger & Price, L.L.P.<br>600 Congress Ave., Suite 1600<br>Austin, TX 78701 |
| Kent Abercrombie<br>Superior Air Parts, Inc.<br>621 S. Royal Ln., Suite 100<br>Coppell, TX 75019-3805 | Chester Salomon<br>Stevens & Lee<br>485 Madison Ave., 20th Flr.<br>New York, NY 10022 | Deirdre B. Ruckman<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201-4761 |
| Neil J. Orleans<br>Goins Underkofler, et. al.<br>1201 Elm Street, Ste. 4800<br>Dallas, TX 75270 | Gordon J. Toering<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, MI 49503 | Michael L. Jones<br>Henry & Jones LLP<br>2902 Carlisle Street, Ste. 150<br>Dallas, TX 75204 |
| Anita F. McMahon<br>1646 Belmont Avenue<br>Baton Rouge, LA 70808 | Laurie A. Spindler<br>Linebarger Goggan Blair, et. al.<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 | Howard A. Borg<br>Assistant United States Attorney<br>Burnett Plaza, Ste. 1700<br>801 Cherry Street, Unit 4<br>Fort Worth, TX 76102-6882 |
| Larry K. Hercules<br>Attorney At Law<br>1400 Preston Road<br>Suite 280<br>Plano, TX 75093 | Gregory B. Gill, Jr.<br>Gill & Gill, S.C.<br>128 North Durkee St.<br>Appleton, WI 54911 | Laura Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows, Dr. #400<br>Littleton, CO 80124 |
| Melissa S. Hayward<br>Locke Lord Bissell & Liddell LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201 | Vincent Slusher/J. Seth Moore<br>Beirne Maynard & Parsons LLP<br>1700 Pacific Ave., Ste 4400<br>Dallas, TX 75201 | Mary Frances Durham<br>U. S. Department of Justice<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 |
| Stefano Gazzola<br>Zanzi, S.p.A.<br>Corso Vercelli, 159<br>10015 Ivrea, Italy | Plyush Kakar<br>Seal Science, Inc.<br>17131 Daimler<br>Irvine, CA 92614 | Jim Griffin<br>Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 |
| Phil Eck<br>Eck Induestries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Werner Wilhelm Albus<br>Valeria de Frejitas Mesquita<br>KSPG Automotive Brazil LTDA<br>Rodovia Arnaldo Julio Mauerbert,<br>n. 4000-Distrito Industrial 01<br>Nova Odessa-SP Brasil<br>Caixa Postal 91 | Ronald Weaver<br>Avstar<br>1365 Park Lane South<br>Jupiter, FL 33458 |
| Susan B. Hersh<br>12770 Coit Road, Ste 1100<br>Dallas, TX 75251 | William G. Burd/Krystina N. Jiron<br>Atkinson & Brownell, PA<br>2 South Biscayne Blvd., Suite 3750<br>Miami, FL 33131 | David W. Parham<br>Elliot Schuler & A. Swick<br>Baker & McKenzie LLP<br>2001 Ross Ave., Suite 2300<br>Dallas, TX 75201 |
| Timothy S. McFadden<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | Rosa R. Orenstein<br>Looper, Reed & McGraw, PC<br>4100 Thanksgive Tower<br>1601 Elm Street<br>Dallas, TX 75201 | Kenneth A. Hill<br>Quilling Selander Cummiskey &<br>Lownds PC<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201 |

Greg Lowry
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201