Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone (469) 742-0855
Fax (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone (214)217-8070
Fax (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: | § § § Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § Chapter 11 |
| Debtor. | § § § |

## AVIATION PARTS SUPPLY, INC.'S MOTION TO EXPEDITE HEARING DATE ON APPROVAL OF AVIATION PARTS SUPPLY, INC.'S DISCLOSURE STATEMENT OR, IN THE ALTERNATIVE, MOTION TO CONTINUE HEARING ON THE ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT

Aviation Parts Supply, Inc. ("APS"), a creditor and party in interest, files this Motion to Expedite Hearing Date on Approval of Aviation Parts Supply's Disclosure Statement (the "Motion") and would show the Court as follows:

1. On July 15, 2009, APS filed its competing Plan of Reorganization ("APS Plan") and Disclosure Statement for Competing Plan of Reorganization for Superior Air Parts. On July 16, 2009, the APS Disclosure Statement and Plan were served on all parties entitled to notice pursuant to Bankruptcy Rule 2002(b) at that time.

2. The Debtor has filed the following on the following dates:

a. Original Disclosure Statement and Plan of Reorganization

   May 15, 2009;

b. Amended Disclosure Statement and Plan of Reorganization

   June 23, 2009;

c. Second Amended Disclosure Statement and Plan of Reorganization

   July 9, 2009; and

d. is scheduled to file its Third Amended Disclosure Statement and Plan of Reorganization on July 17, 2009.

3. The Court has recently set the hearing to approve the Debtor's yet to be filed Third Amended Disclosure Statement and Plan of Reorganization for hearing on Wednesday, July 22 at 3:30 PM. As of the filing of this Motion, no notice of this hearing has not yet been served.

4. Pursuant to Bankruptcy Rule 2002(b), creditors and all parties-in-interest are entitled to 25 days' notice of the deadline for objections and the hearing date to consider approval of a disclosure statement. However, the notice requirement can be shortened upon a showing of cause under Bankruptcy Rule 9006(c).

5.  APS requests that this Court set a hearing on the adequacy of the APS Disclosure Statement for the same date and time as the hearing on the adequacy of the Debtor's yet to be filed Third Amended Disclosure for its Plan of Reorganization for the following reasons:

a.  The APS Disclosure Statement and Plan of Reorganization, though considerably expanded, is substantively the same with respect to the treatment of the creditors as the Debtor's Plan of Reorganization.  Subject to a review of the Debtor's yet to be filed Third Amended Disclosure Statement, APS believes that the only creditor treated differently under the APS plan is TAG.

b.  The contents of the APS Disclosure Statement are considerably more detailed than the Debtor's Disclosure Statement, e.g. Exhibit C contains an Income Statement, Balance Sheet and Cash Flow Statement, such that any objection and revision necessary to cure the Debtor's Disclosure Statement will likely already be addressed in the APS Disclosure Statement or can be revised in a manner similar to any changes in the Debtor's Disclosure Statement.

c.  TAG has been aware of the contents of the APS Plan, as the APS Plan is essentially the same as the plan that was negotiated by and between APS, the Debtor, the Creditors' Committee and TAG, and was about to be filed during the week of June15, 2009, until the appearance of Brantly.  TAG will not be prejudiced in any respect as its treatment has been well known by TAG.

d.  Because of the disclosure made by the Debtor at the hearing in this matter on Tuesday, July 14, 2009 that the Brantly funds were not immediately available in Brantly's bank in the United States as had been previously reported to the

Court, but rather were, in fact, contingent and still subject to approvals to be obtained from the government of the People's Republic of China and that additional time may be required post confirmation to obtain such approvals and the funds, the APS Plan needs to be placed on the same schedule as the Debtor's Plan to assure that the Debtor is reorganized in a timely manner and that the failure of Brantly to obtain its funding does not result in the liquidation of a company that is capable of a successful reorganization.

e. Based on the announcements made at the July 14th hearing, APS understands that the yet to be filed Third Amended Disclosure Statement and Plan of Reorganization will contain material changes with respect to the now contingent funding of the Brantly plan, the potential extension of time of the Effective Date and the further obligations to make payments after August 31 in the event that Brantly cannot fund the plan in a timely manner. None of this information has yet been transmitted to the creditors to determine whether the creditors have any objections to same. Contrary to the new and yet to be filed Third Amended Disclosure Statement of the Debtor, the APS Disclosure Statement does not contain such contingencies that need to be tested for the adequacy of their disclosure.

6. APS also requests that the Court set the same deadline for objections to the APS Disclosure Statement as that set for the yet to be filed Third Amended Disclosure Plan and Plan of Reorganization of the Debtor, i.e., July 21 at 5:00 PM.

7. Shortening notice and the deadlines are warranted so that the APS Plan can be put on the same schedule as the Debtor's Plan. Moreover, shortening time and allowing the APS Plan to be placed on the same schedule as the Debtor's plan will allow the creditors a truly informed choice.

8. No party-in-interest will be prejudiced by the relief required in this Motion and cause exists to grant same. Because of the details and schedules included in the APS Disclosure Statement, any objections will likely be addressed with minor modifications which APS will endeavor to address prior to the hearing on the adequacy thereof.

9. In the alternative, APS moves that the hearing on the adequacy of Debtor's Disclosure Statement and Plan of Reorganization be continued to a date and time when both the Debtor's Disclosure Statement and the APS Disclosure Statement can be considered by the Court. In this regard, APS submits, based upon information provided to all parties by Mr. Kent Abercrombie on Tuesday, July 14, that the Debtor is <u>not</u> on the verge of running out of cash, but rather can be managed successfully through the end of September 2009 and thereafter if a line of credit is made available to him. Thus, the exigency of the situation has dissipated somewhat and the now unnecessary hasty handling of this matter could serve to prejudice the Debtor and its creditors.

WHEREFORE, APS requests that the Court (i) set a deadline for objections to the APS Disclosure Statement for July 21, 2009 at 5:00 PM; (ii) set a hearing date of July 22, 2009 at 3:30 PM for the Approval of APS' Disclosure Statement; (iii) in the alternative, continue the hearing now set on the adequacy

of the Debtor's Disclosure Statement and establish a new schedule whereby the Debtor's Plan and the APS are placed on parallel tracks and (iv) grant such other and further relief to which APS may be justly entitled.

/s/ Billy G. Leonard, Jr.
Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone (469) 742-0855
Fax (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone (214)217-8070
Fax (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc.**

## CERTIFICATE OF CONFERENCE

The Undersigned certifies that the substance of this Motion was discussed with counsel for the Debtor and counsel for the Creditors' Committee and no agreement could be reached. As such, it is submitted to the Court for consideration and decision.

/s/ Kevin H. Good
Kevin H. Good

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon those parties receiving electronic notification from the Court's electronic filing system and via e-mail to Mr. Stephen Roberts, counsel for the Debtor and Mr. David Parham, counsel for the Unsecured Creditors' Committee and upon the parties on the attached service list via First Class U. S. Mail, postage prepaid and email on July 16, 2009.

/s/ Kevin H. Good
Kevin H. Good

Thielert Aircraft Engines
Nieritzer 14 D-01097
Dresden Germany

Nitsure Limited
Dallasofrica
35700 White Parkway, #550
Plano, TX 75024-6647

Crane Cams
2531 Tall Spin Trail
Daytona Beach, FL 32128-6743

Champ Aerospace, Inc.
1230 2nd Avenue SE
Decatur, AL 35601

Carlos Bertelli
709 2nd Avenue SE
Industrial Park, TX 77029

Genesee Stamping & Fabricating
1470 Monument
Grand Prairie, TX 75050-1222

Deirdre E. Brekhman/AVCO
Garden/Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX 75201

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 1018
Fort Worth, TX 76196

Joycelyn International
1800 International Blvd. #800
Seattle, WA 98188

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

Automatic Screw Machine
Metallic Gasket Div
250 Powell St., Ste. 300
Frederick, MD 21701

Seal Science
17131 Daimler
Irvine, CA 92614-5508

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Combustion Technologies, Inc.
1804 Statesville Road
Chatham, VA 24531

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Distrito Industrial No
Nova Odessa SP Brasil CAIZA Postal 91
CEP 13460-000

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926

Hello Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

AOPA Pilot
PO Box 973
Frederick, MD 21701

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH 43724-9779

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feid
Witten, Germany 58456

Chester Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, NY 10171

Neil J. Orleans
Goins, Underkofler, et al, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB T2P 3V4

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO 80124

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl 33458

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124

William G. Burd/Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131

Kenneth A. Hill
QUILLING, SELANDER, CUMMISKEY
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019

Howard A. Borg/James T. Jacks
Ass't US Atty for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Gordon J. Toering
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

Melissa S. Hayward
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Counsel for the Insurers

Stefano Gazzola
Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivrea, Italy

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Susan B. Hersh
12770 Coit Rd. Ste. 1100
Dallas, TX 75251

Timothy S. McFadden
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Counsel for the Insurers

Rosa R. Orenstein
LOOPER, REED & McGRAW, P.C.
4100 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201

Kent Abercrombie
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Laurie A. Spindler
Linebarger Goggan et al, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX 75201
Attys for Thielert Aircraft Engines GMBH

Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614

Werner Wilhelm Albus/Valeria de Freitas
Mesquita/KSPG Automotive Brazil LTDA
Rodovia Arnaldo Julio Mauerberi,
n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil, Caixa Postal 91