Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone (469) 742-0855
Fax (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone (214)217-8070
Fax (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § § § | |
| **SUPERIOR AIR PARTS, INC.,** | § § | **Case No. 08-36705**<br>**Chapter 11** |
| Debtor. | § § § | |

## AVIATION PARTS SUPPLY, INC.'S MOTION FOR EXPEDITED HEARING ON APS'S MOTION TO EXPEDITE HEARING DATE ON APPROVAL OF AVIATION PARTS SUPPLY, INC.'S DISCLOSURE STATEMENT OR, IN THE ALTERNATIVE, MOTION TO CONTINUE HEARING ON THE ADEQUACY OF <u>DEBTOR'S DISCLOSURE STATEMENT</u>

1. Aviation Party Supply, Inc. ("APS"), a creditor and party in interest, hereby requests that an expedited hearing be set on or before July 17 at 5:00 PM on APS' Motion to Expedite Hearing Date on Approval of the APS Disclosure

Statement or, in the alternative, Motion to Continue Hearing on Adequacy of Debtor's Disclosure Statement.

2. The APS Disclosure Statement and Plan of Reorganization was filed on July 15, 2009 and served on July 16, 2009. As explained in the APS Motion to Expedite the Hearing Date on Approval of the APS Disclosure Statement, shortening the time for the hearing on same is in the best interest of the Debtor and creditors as it will place the APS plan on the same schedule as the Debtor's Plan. Doing so assures that the creditors will be protected in the event the newly disclosed contingencies in the Debtor's plan are not satisfied. Failing to do so could result in a company otherwise capable of being a successful reorganized entity being liquidated. In the alternative, APS submits that continuing the hearing on the yet to be filed Third Amended Disclosure Statement and Plan of Reorganization and placing the Debtor's Plan and the APS Plan ion the same schedule is in the best interest of the creditors herein

3. Proper notice of the proposed expedited hearing will be provided to the Debtor, the Official Committee of Unsecured Creditors, United State Trustee, Thielert AG and all parties listed on the attached Limited Service List.

WHEREFORE, APS requests that the Court enter an Order setting an expedited hearing on the Motion and granting such other and further relief as this Court may deem just and proper.

/s/ Billy G. Leonard, Jr.
Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703

Telephone (469) 742-0855
Fax (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone (214)217-8070
Fax (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc.**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that this motion is opposed by the Debtor and the Official Committee of Unsecured Creditors and is submitted to the Court for consideration and decision.

/s/ Kevin H. Good
Kevin H. Good

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon those parties receiving electronic notification from the Court's electronic filing system and via e-mail to Mr. Stephen Roberts, counsel for the Debtor and Mr. David Parham, counsel for the Unsecured Creditors' Committee and upon the parties on the attached service list via First Class U. S. Mail, postage prepaid and email on July 16, 2009.

/s/ Kevin H. Good
Kevin H. Good

Thielert Aircraft Engines
Nleritzstr 14 D-01097
Dresden, Germany

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Distito Industrial No
Nova Odessa SP Brasil CAIXA Postal 91
CEP 13460-000

Chester Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, NY 10171

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019

Kent Abercrombie
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Airsure Limited
Dallas Office
5700 Granite Parkway, #550
Plano, TX 75024-6647

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

Neil J. Orleans
Gains, Underkofler, et al, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270

Howard A. Borg/James T. Jacks
Ass't US Atty for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Laurie A. Spindler
Linebarger Goggan et al, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

CraneGams
2531 Hill Spin Trail
Dayton Beach, FL 32128-6743

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB T2P 3V4

Gordon J. Toering
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808

Chandlon Aerospace, Inc.
1230 Ft Norris Road
Liberty SC 29654-0686

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911

Automatic Screw Machine
709 29th Avenue SE
Decatur, AL 35601

Hallo Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO 80124

Melissa S. Hayward
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX 75201

Garlock Metallic Gasket Div
250 Powell St., Ste. 300
Houston, TX 77029

AOPA Pilot
PO Box 973
Frederick, MD 21701

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH 43724-9779

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Stefano Gazzola
Zenzi, S.p.A.
Corso Vercelli, 159
10015 Ivrea, Italy

Attys for Thielert Aircraft Engines GMBH-
Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614

Genesee Stamping & Fabricating
14700 Avenue T
Grand Prairie, TX 75050-1222

Seal Science
17131 Daimler
Irvine, CA 92614-5508

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Werner Wilhelm Albus/Valeria de Freitas
Mesquita/KSPG Automotive Brazil LTDA
Rodovia Arnaldo Julio Mauerberi,
n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil, Caixa Postal 91

Delroy Hickman/AVCO
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX 75201

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl 33458

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124

Susan B. Hersh
12770 Coit Rd, Ste. 1100
Dallas, TX 75251

Betsy Price, Tax Assessor Collector
100 E Weatherford
PO Box 961018
Fort Worth, TX 76196

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

William G. Burd/Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131

Timothy S. McFadden
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Counsel for the Insurers

Lyndal International
1800 International Blvd. #800
Seatac WA 98188

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Willen, Germany 58456

Kenneth A. Hill
QUILLING, SELANDER, CUMMISKEY
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

Rosa R. Orenstein
LOOPER, REED & McGRAW, P.C.
4100 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201