Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

***ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.***

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | **Case No. 08-36705** |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |

### DEBTOR'S OBJECTION TO CLAIM NO. 195 FILED BY
### PENNSYLVANIA DEPARTMENT OF REVENUE

TO:   THE HONORABLE BARBARA J. HOUSER
      UNITED STATES BANKRUPTCY JUDGE:

Superior Air Parts, Inc. ("Superior" or "Debtor"), as debtor and debtor-in-possession, files this objection to the proof of claim filed by Pennsylvania Department of Revenue (Claim No. 195), and would show as follows:

1.     On or about March 2, 2009, Pennsylvania Department of Revenue filed proof of claim number 169 in the total amount of $39,976.02, as a priority tax claim of $37,452.89 and a general unsecured claim of $2,523.13.   A copy of claim 169 is attached as *Exhibit A.*   The claim was based on unpaid State sales, use, and hotel occupancy tax, corporate net income tax, and foreign franchise tax.   The period covered was 1997 through 2007.

2.      On or about March 17, 2009, claim 169 was amended by proof of claim number 176, in the total amount of $2,015.02, as a priority tax claim in the amount of $1,573.89, and a general unsecured claim in the amount of $441.13.  A copy of claim 176 is attached as *Exhibit B*.  Claim 176 <u>does not</u> include a claim for corporate net income tax and foreign franchise tax.

3.      On or about July 14, 2009, claim 176 was amended by proof of claim number 195 in the total amount of $45,571.15, as a priority tax claim in the amount of $42,968.02, and a general unsecured claim in the amount of $2,603.13.  A copy of claim 195 is attached as *Exhibit C*.  Claim 195 <u>includes</u> claims for corporate net income tax and foreign franchise tax through 2008.

4.      Superior objects to Claim No. 195 in its entirety on the grounds that (i) Superior never received notice of or demand for payment of the portions of claim 195 that relate to penalties assessed on sales and use taxes from 1997 – 1999; (ii) the tax claims dating back to 1997 - 1999 are barred by the applicable statute of limitations; and (iii) the Pennsylvania Department of Revenue has no basis upon which to levy corporate net income tax or foreign franchise taxes against Superior for the years 2002 through 2008 because Superior has not had a  physical presence in the State of Pennsylvania since it sold its branch operation in Allentown, PA on August 10, 2001.

WHEREFORE, the Debtor request that the Court grant this Objection and deny Proof of Claim 195 and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

*/s/ Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com
**BANKRUPTCY ATTORNEYS FOR DEBTOR
SUPERIOR AIR PARTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing pleading were forwarded to the parties listed below via first class U.S. Mail, postage prepaid, on the 17th day of July, 2009.

**Claimant:**
Pennsylvania Department of Revenue
Bankruptcy Division
Attn: Linda Simmons, Chief
PO Box 280946
Harrisburg, PA 17128-0946

**Debtor:**
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

**U.S. Trustee:**
Mary Frances Durham
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

**Counsel for the Committee:**
David W. Parham,
Elliot Schuler & A. Swick
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX  75201

_/s/ Stephen A. Roberts_
  Stephen A. Roberts

# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF TX | PROOF OF CLAIM |
|---|---|

| Name of Debtor: SUPERIOR AIR PARTS INC | Case Number 0836705 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Pennsylvania Department of Revenue

**Name and address where notices should be sent:**

Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Telephone number:

(717) 783-8989

**Name and address where payment should be sent (if different from above):**

Telephone number:

□ Check this box to indicate that this claim amends a previously filed claim.

**FILED**

Court Claim Number: MAR 02 2009
*(If known)*

TAWANA C. MARSHALL, CLERK
Filed on: U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

□ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

□ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 39,976.02

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

□ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Taxes
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 3598

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)

Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** □ Real Estate    □ Motor Vehicle    □ Other

**Value of Property:** $ Unknown    **Annual Interest Rate** 8 %

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $ 0.00    **Basis for perfection:** _____

**Amount of Secured Claim:** $ 0.00    **Amount Unsecured:** $ 2,523.13

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5** Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

□ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or(a)(1)(B)

□ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

□ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

□ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☒ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

□ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ 37,452.89

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date: 2/23/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Linda Simmons, Chief    *Linda Simmons* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**
**BUREAU OF COMPLIANCE**
PO Box 280946
HARRISBURG PA 17128-0946

Joan Bohner

### SUPPORTING DOCUMENTATION FOR TAXES DUE THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE

☑ Original Claim
☐ Amended Claim

This claim supercedes all Previous claims filed.

Date Amended:

---

SUPERIOR AIR PARTS INC
SUPERIOR AIR PARTS INC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
Petition Filing Date: 12/31/2008
Case Number: 0836705 TX
Chapter: 11

The undersigned is an employee of the PA Department of Revenue and is authorized to make this proof of claim on the behalf of the Commonwealth. At this present time of the filing of this proof of claim, the Debtor was indebted to the Commonwealth in the

SUM OF __$39,976.02__ for the following:

☑ State Sales, Use and Hotel Occupancy Tax, Article II, Tax Reform Code of 1971, as amended, 72 P.S. 7210

☐ Personal Income tax, Article III, Tax Reform Code of 1971, as amended, 72 P.S. 7301

☐ Employer Withholding Tax, Article IV, Tax Reform Code of 1971, as amended, 72 P.S. 7301

☑ Corporate Net Income Tax

☐ Capital Stock-Franchise Tax

☐ Corporate Loans Tax

☑ Other   Foreign Franchise

---

**SECURED CLAIMS (Tax lien(s) filed before petition date)**

See attached statement of account detailing the liability.

Total secured claim: _____

Pursuant to Section 506(b) of the Bankruptcy Code, post petition Interest may be payable.

**ADMINISTRATIVE PRIORITY CLAIMS - Section 507(a)(1) of the Bankruptcy Code**

See attached statement of account detailing the liability.

Total administrative: _____

**UNSECURED PRIORITY CLAIMS - Section 507(a)(8) of the Bankruptcy code for unliened priority Liabilities existing before petition date.**

See attached statement of account detailing the liability.

Total unsecured priority: __$37,452.89__

**UNSECURED NON-PRIORITY CLAIMS - unliened non-priority liabilities existing before the petition filing date.**

See attached statement of account detailing the liability.

Total unsecured non-priority claim: __$2,523.13__

---

All payments of this claim have been credited and deducted for the purpose of making this proof of claim.

---

_____
(Representative, Bureau of Compliance)



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946

Joan Bohner

# BANKRUPTCY
# STATEMENT OF ACCOUNT

Page 1 of 2

Pet Date: 12/31/2008

Cause Number: 0836705 TX

Chapter: 11

SUPERIOR AIR PARTS INC
621 S ROYAL LANE
SUITE 100
COPPELL TX 75019-3805

**Primary Tax Numbers**

Emp Identification Number: 751253598

Sales Tax License Number: 39814287

Social Security Number:

Corp Tax Number: 6344698

Other Number:

**Additional Debtors and/or Names**     SSN          EIN

Note:

| TYPE OF CLAIM | UNSECURED NON-PRIORITY | Tax Number: | | 39814287 | | |
|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| ST | | 02M 97 | $0.00 | $0.00 | $0.00 | $31.46 | $31.46 |
| ST | | 03M 97 | $0.00 | $0.00 | $0.00 | $124.63 | $124.63 |
| ST | | 04M 97 | $0.00 | $0.00 | $0.00 | $55.71 | $55.71 |
| ST | | 05M 97 | $0.00 | $0.00 | $0.00 | $145.00 | $145.00 |
| ST | | 06M 97 | $0.00 | $0.00 | $0.00 | $10.20 | $10.20 |
| ST | | 06M 98 | $0.00 | $0.00 | $0.00 | $67.91 | $67.91 |
| ST | | 02M 99 | $0.00 | $0.00 | $0.00 | $6.22 | $6.22 |

Lien Filing Date:          County Lien Filed:                    Lien Docket Number:

|  | | TOTAL | $0.00 | $0.00 | $0.00 | $441.13 | $441.13 |

| TYPE OF CLAIM | UNSECURED NON-PRIORITY | Tax Number: | | 6344698 | | |
|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| CT | ✓ | 12/ 2002 (02) | $0.00 | $0.00 | $0.00 | $144.00 | $144.00 |
| CT | ✓ | 12/ 2002 (04) | $0.00 | $0.00 | $0.00 | $203.00 | $203.00 |
| CT | ✓ | 12/ 2003 (02) | $0.00 | $0.00 | $0.00 | $144.00 | $144.00 |
| CT | ✓ | 12/ 2003 (04) | $0.00 | $0.00 | $0.00 | $203.00 | $203.00 |
| CT | ✓ | 12/ 2004 (02) | $0.00 | $0.00 | $0.00 | $144.00 | $144.00 |
| CT | ✓ | 12/ 2004 (04) | $0.00 | $0.00 | $0.00 | $203.00 | $203.00 |
| CT | ✓ | 12/ 2005 (02) | $0.00 | $0.00 | $0.00 | $144.00 | $144.00 |
| CT | ✓ | 12/ 2005 (04) | $0.00 | $0.00 | $0.00 | $203.00 | $203.00 |
| CT | ✓ | 12/ 2006 (02) | $0.00 | $0.00 | $0.00 | $144.00 | $144.00 |
| CT | ✓ | 12/ 2006 (04) | $0.00 | $0.00 | $0.00 | $203.00 | $203.00 |
| CT | ✓ | 12/ 2007 (02) | $0.00 | $0.00 | $0.00 | $144.00 | $144.00 |
| CT | ✓ | 12/ 2007 (04) | $0.00 | $0.00 | $0.00 | $203.00 | $203.00 |

Lien Filing Date:          County Lien Filed:                    Lien Docket Number:

|  | | TOTAL | $0.00 | $0.00 | $0.00 | $2,082.00 | $2,082.00 |

**LEGEND:**

ST = Sales, Use and Hotel Ocupancy Tax
CT = Corporation Tax
EMP = Employer Withholding
AN = Individual Income Tax
MT = Mass Transit
MC = Motor Carrier

LF = Liquid Fuels
OF = Oil Franchise
PTA = Public Transportation Assistance Act

Personal Income Tax Estimates: Taxable income figures on which tax deficiency is based could be from information obtained from transcripts of filed IRS form 1040. Information can be mailed to debtor or debtor's counsel upon written request, without the need for filing a formal objection. An amended proof of claim may be filed upon the filing of a properly completed and signed PA-40 tax return.

ALL LIENS FILED IN THE PROTHONOTARY OFFICE IN THE COUNTY INDICATED.

ALL LIENS FILED IN THE COMMONWEALTH OF PENNSYLVANIA UNLESS INDICATED OTHERWISE.

Case 08-36705-bjh11 Claim 195 Filed 03/02/09 Desc Main Document Page 9 of 25
Case 08-36705-bjh11 Doc 205 Filed 07/17/09 Entered 07/17/09 11:01:29 Page 4 of 5
Main Document Page 9 of 25



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO Box 280948
HARRISBURG PA 17128-0946

Joan Bohner

# BANKRUPTCY
# STATEMENT OF ACCOUNT

Page 2 of 2

Pet Date: 12/31/2008

Cause Number: 0836705 TX

Chapter: 11

SUPERIOR AIR PARTS INC
621 S ROYAL LANE
SUITE 100
COPPELL TX 75019-3805

## Primary Tax Numbers

Emp Identification Number: 751253598

Sales Tax License Number: 39814287

Social Security Number:

Corp Tax Number: 6344698

Other Number:

Additional Debtors and/or Names          SSN          EIN

Note:

| TYPE OF CLAIM | UNSECURED PRIORITY | | Tax Number: | | 39814287 | | |
|---|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| ST | | 02M 97 | $26.65 | $23.79 | $0.00 | $0.00 | $50.44 |
| ST | | 03M 97 | $289.82 | $235.83 | $0.00 | $0.00 | $525.65 |
| ST | | 04M 97 | $129.57 | $104.50 | $0.00 | $0.00 | $234.07 |
| ST | | 05M 97 | $381.58 | $304.84 | $0.00 | $0.00 | $686.42 |
| ST | | 06M 97 | $30.91 | $24.46 | $0.00 | $0.00 | $55.37 |
| ST | | 06M 98 | $0.00 | $5.37 | $0.00 | $0.00 | $5.37 |
| ST | | 02M 99 | $9.84 | $6.73 | $0.00 | $0.00 | $16.57 |
| Lien Filing Date: | | County Lien Filed: | | | Lien Docket Number: | | |
| | | TOTAL | $868.37 | $705.52 | $0.00 | $0.00 | $1,573.89 |

| TYPE OF CLAIM | UNSECURED PRIORITY | | Tax Number: | | 6344698 | | |
|---|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| CT | ✓ | 12/ 2002 (02) | $1,871.00 | $648.00 | $0.00 | $0.00 | $2,519.00 |
| CT | ✓ | 12/ 2002 (04) | $3,059.00 | $1,059.00 | $0.00 | $0.00 | $4,118.00 |
| CT | ✓ | 12/ 2003 (02) | $1,871.00 | $559.00 | $0.00 | $0.00 | $2,430.00 |
| CT | ✓ | 12/ 2003 (04) | $3,059.00 | $914.00 | $0.00 | $0.00 | $3,973.00 |
| CT | ✓ | 12/ 2004 (02) | $1,871.00 | $479.00 | $0.00 | $0.00 | $2,350.00 |
| CT | ✓ | 12/ 2004 (04) | $3,059.00 | $783.00 | $0.00 | $0.00 | $3,842.00 |
| CT | ✓ | 12/ 2005 (02) | $1,871.00 | $374.00 | $0.00 | $0.00 | $2,245.00 |
| CT | ✓ | 12/ 2005 (04) | $3,059.00 | $611.00 | $0.00 | $0.00 | $3,670.00 |
| CT | ✓ | 12/ 2006 (02) | $1,871.00 | $238.00 | $0.00 | $0.00 | $2,109.00 |
| CT | ✓ | 12/ 2006 (04) | $3,059.00 | $388.00 | $0.00 | $0.00 | $3,447.00 |
| CT | ✓ | 12/ 2007 (02) | $1,871.00 | $93.00 | $0.00 | $0.00 | $1,964.00 |
| CT | ✓ | 12/ 2007 (04) | $3,059.00 | $153.00 | $0.00 | $0.00 | $3,212.00 |
| Lien Filing Date: | | County Lien Filed: | | | Lien Docket Number: | | |
| | | TOTAL | $29,580.00 | $6,299.00 | $0.00 | $0.00 | $35,879.00 |

**LEGEND:**

ST = Sales, Use and Hotel Ocupancy Tax
CT = Corporation Tax
EMP = Employer Withholding
AN = Individual Income Tax
MT = Mass Transit
MC = Motor Carrier

LF = Liquid Fuels
OF = Oil Franchise
PTA = Public Transportation Assistance Act

Personal Income Tax Estimates: Taxable income figures on which tax deficiency is based could be from information obtained from transcripts of filed IRS form 1040. Information can be mailed to debtor or debtor's counsel upon written request, without the need for filing a formal objection. An amended proof of claim may be filed upon the filing of a properly completed and signed PA-40 tax return.

ALL LIENS FILED IN THE PROTHONOTARY OFFICE IN THE COUNTY INDICATED.

ALL LIENS FILED IN THE COMMONWEALTH OF PENNSYLVANIA UNLESS INDICATED OTHERWISE.

BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**

February 23, 2009

STEPHEN A ROBERTS
600 CONGRESS AVE
STE 1600
AUSTIN TX 78701

Dear STEPHEN A ROBERTS,

      Re: SUPERIOR AIR PARTS INC

      Case Number: 0836705

      Enclosed is a copy of the proof of claim filed on behalf of the Commonwealth of Pennsylvania, Department of Revenue, by the Bureau of Compliance, Bankruptcy Division. This represents a claim in the sum of:

<u>**$ 39,976.02**</u>

Sincerely,

Joan Bohner
Bankruptcy Review Sect
Bankruptcy Division
Telephone: (717) 772-3341
Fax: (717) 783-4331

Enclosures

# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT __NORTHERN__ DISTRICT OF __TX__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: SUPERIOR AIR PARTS INC | Case Number 0836705 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Pennsylvania Department of Revenue

**FILED**

Name and address where notices should be sent:

Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

**MAR 1 7 2009**

Telephone number:

(717) 783-8989

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

☒ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
*(If known)*

Filed on: 02/23/2009

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 2,015.02

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Taxes
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 3598

**3a.** Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other

**Value of Property:** $ Unknown **Annual Interest Rate** 8 %

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $ 0.00 **Basis for perfection:** _____

**Amount of Secured Claim:** $ 0.00 **Amount Unsecured:** $ 441.13

**5 Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or(a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☒ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ 1,573.89

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 3/11/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  /s/ Linda Simmons, Chief | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946

Joan Bohner

**SUPPORTING DOCUMENTATION FOR TAXES DUE THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE**

☐ Original Claim
☑ Amended Claim

This claim supercedes all Previous claims filed.

Date Amended: 03/11/2009

SUPERIOR AIR PARTS INC
SUPERIOR AIR PARTS INC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
Petition Filing Date: 12/31/2008
Case Number: 0836705 TX
Chapter: 11

The undersigned is an employee of the PA Department of Revenue and is authorized to make this proof of claim on the behalf of the Commonwealth. At this present time of the filing of this proof of claim, the Debtor was indebted to the Commonwealth in the

SUM OF **$2,015.02** for the following:

☑ State Sales, Use and Hotel Occupancy Tax, Article II, Tax Reform Code of 1971, as amended, 72 P.S. 7210

☐ Personal Income tax, Article III, Tax Reform Code of 1971, as amended, 72 P.S. 7301

☐ Employer Withholding Tax, Article IV, Tax Reform Code of 1971, as amended, 72 P.S. 7301

☐ Corporate Net Income Tax

☐ Capital Stock-Franchise Tax

☐ Corporate Loans Tax

☐ Other

**SECURED CLAIMS (Tax lien(s) filed before petition date)**

See attached statement of account detailing the liability.

Total secured claim: _____
Pursuant to Section 506(b) of the Bankruptcy Code, post petition Interest may be payable.

**ADMINISTRATIVE PRIORITY CLAIMS - Section 507(a)(1) of the Bankruptcy Code**

See attached statement of account detailing the liability.

Total administrative: _____

**UNSECURED PRIORITY CLAIMS - Section 507(a)(8) of the Bankruptcy code for unliened priority Liabilities existing before petition date.**

See attached statement of account detailing the liability.

Total unsecured priority: **$1,573.89**

**UNSECURED NON-PRIORITY CLAIMS - unliened non-priority liabilities existing before the petition filing date.**

See attached statement of account detailing the liability.

Total unsecured non-priority claim: **$441.13**

All payments of this claim have been credited and deducted for the purpose of making this proof of claim.

_____
(Representative, Bureau of Compliance)



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**
**BUREAU OF COMPLIANCE**
PO Box 280946
HARRISBURG PA 17128-0946

Joan Bohner

# BANKRUPTCY
## STATEMENT OF ACCOUNT

Page 1 of 1

Pet Date: 12/31/2008

Cause Number: 0836705 TX

Chapter: 11

SUPERIOR AIR PARTS INC
621 S ROYAL LANE
SUITE 100
COPPELL TX 75019-3805

### Primary Tax Numbers

Emp Identification Number: 751253598

Sales Tax License Number: 39814287

Social Security Number:

Corp Tax Number: 6344698

Other Number:

Additional Debtors and/or Names     SSN     EIN

Note:

| TYPE OF CLAIM | | **UNSECURED NON-PRIORITY** | Tax Number: | | 39814287 | | |
|---|---|---|---|---|---|---|---|
| **TAX TYPE** | **ESTIMATES** | **PERIOD COVERED** | **TAX DEFICIENCY** | **INTEREST** | **FEES** | **PENALTY** | **BALANCE** |
| ST | | 02M 97 | $0.00 | $0.00 | $0.00 | $31.46 | $31.46 |
| ST | | 03M 97 | $0.00 | $0.00 | $0.00 | $124.63 | $124.63 |
| ST | | 04M 97 | $0.00 | $0.00 | $0.00 | $55.71 | $55.71 |
| ST | | 05M 97 | $0.00 | $0.00 | $0.00 | $145.00 | $145.00 |
| ST | | 06M 97 | $0.00 | $0.00 | $0.00 | $10.20 | $10.20 |
| ST | | 06M 98 | $0.00 | $0.00 | $0.00 | $67.91 | $67.91 |
| ST | | 02M 99 | $0.00 | $0.00 | $0.00 | $6.22 | $6.22 |
| Lien Filing Date: | | County Lien Filed: | | | Lien Docket Number: | | |
| | | **TOTAL** | $0.00 | $0.00 | $0.00 | $441.13 | $441.13 |

| TYPE OF CLAIM | | **UNSECURED PRIORITY** | Tax Number: | | 39814287 | | |
|---|---|---|---|---|---|---|---|
| **TAX TYPE** | **ESTIMATES** | **PERIOD COVERED** | **TAX DEFICIENCY** | **INTEREST** | **FEES** | **PENALTY** | **BALANCE** |
| ST | | 02M 97 | $26.65 | $23.79 | $0.00 | $0.00 | $50.44 |
| ST | | 03M 97 | $289.82 | $235.83 | $0.00 | $0.00 | $525.65 |
| ST | | 04M 97 | $129.57 | $104.50 | $0.00 | $0.00 | $234.07 |
| ST | | 05M 97 | $381.58 | $304.84 | $0.00 | $0.00 | $686.42 |
| ST | | 06M 97 | $30.91 | $24.46 | $0.00 | $0.00 | $55.37 |
| ST | | 06M 98 | $0.00 | $5.37 | $0.00 | $0.00 | $5.37 |
| ST | | 02M 99 | $9.84 | $6.73 | $0.00 | $0.00 | $16.57 |
| Lien Filing Date: | | County Lien Filed: | | | Lien Docket Number: | | |
| | | **TOTAL** | $868.37 | $705.52 | $0.00 | $0.00 | $1,573.89 |

**LEGEND:**
ST = Sales, Use and Hotel Ocupancy Tax
CT = Corporation Tax
EMP = Employer Withholding
AN = Individual Income Tax
MT = Mass Transit
MC = Motor Carrier

LF = Liquid Fuels
OF = Oil Franchise
PTA = Public Transportation Assistance Act

Personal Income Tax Estimates: Taxable income figures on which tax deficiency is based could be from information obtained from transcripts of filed IRS form 1040. Information can be mailed to debtor or debtor's counsel upon written request, without the need for filing a formal objection. An amended proof of claim may be filed upon the filing of a properly completed and signed PA-40 tax return.

ALL LIENS FILED IN THE PROTHONOTARY OFFICE IN THE COUNTY INDICATED.

ALL LIENS FILED IN THE COMMONWEALTH OF PENNSYLVANIA UNLESS INDICATED OTHERWISE.



BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF REVENUE

March 11, 2009

```
Texas (Dal) U.S.Bankruptcy Court
Northern District
Clerk's Office - Dallas Div.
Federal Building
1100 Commerce St., Room 1254
Dallas, Texas 75242
```

Case No: 08-36705         TX
SUPERIOR AIR PARTS INC

Dear Clerk of Courts:

Enclosed is a Proof of Claim in the proceedings against the above reference bankruptcy filed on behalf of the Commonwealth of Pennsylvania, Department of Revenue, by the Bureau of Compliance. This represents a claim in the sum of:

## $ 2,015.02

Please stamp the acknowledgement, and enter our claim number in the appropriate spaces below. Return the copy of this acknowledgement to this bureau in the enclosed pre-addressed envelope.

Sincerely,

Pennsylvania Department of Revenue
Bureau of Compliance
(717) 772-3341
TDD# (717) 772-2252 (Hearing Impaired Only)
Fax (717) 783-4331

Enclosures

⌐ ACKNOWLEDGEMENT ⌐

⌐ CLAIM NUMBER ⌐

BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF REVENUE



March 11, 2009

Texas (Dal) U.S.Bankruptcy Court
Northern District
Clerk's Office - Dallas Div.
Federal Building
1100 Commerce St., Room 1254
Dallas, Texas 75242

Case No: 08-36705    TX
SUPERIOR AIR PARTS INC

Dear Clerk of Courts:

Enclosed is a Proof of Claim in the proceedings against the above reference bankruptcy filed on behalf of the Commonwealth of Pennsylvania, Department of Revenue, by the Bureau of Compliance. This represents a claim in the sum of:

## $ 2,015.02

Please stamp the acknowledgement, and enter our claim number in the appropriate spaces below. Return the copy of this acknowledgement to this bureau in the enclosed pre-addressed envelope.

Sincerely,

Pennsylvania Department of Revenue
Bureau of Compliance
(717) 772-3341
TDD# (717) 772-2252 (Hearing Impaired Only)
Fax (717) 783-4331

Enclosures

ACKNOWLEDGEMENT

CLAIM NUMBER

BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946

## COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF REVENUE

March 11, 2009

STEPHEN A ROBERTS
600 CONGRESS AVE
STE 1600
AUSTIN TX 78701

Dear STEPHEN A ROBERTS,

     Re:SUPERIOR AIR PARTS INC

Case Number: 0836705

    Enclosed is a copy of the proof of claim filed on behalf of the Commonwealth of Pennsylvania, Department of Revenue, by the Bureau of Compliance, Bankruptcy Division. This represents a claim in the sum of:

**$ 2,015.02**

Sincerely,

Joan Bohner
Bankruptcy Review Sect
Bankruptcy Division
Telephone: (717) 772-3341
Fax: (717) 783-4331

Enclosures

# EXHIBIT C

| UNITED STATES BANKRUPTCY COURT NORTHERN_____ DISTRICT OF__ TX_____ | PROOF OF CLAIM |

| Name of Debtor:  SUPERIOR AIR PARTS INC | Case Number  0836705 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Pennsylvania Department of Revenue | ☒ Check this box to indicate that this claim amends a previously filed claim. |
| --- | --- |

Name and address where notices should be sent:

Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Telephone number:

(717) 783-8989

**FILED**

**JUL 14 2009**

**TAWANA C. MARSHALL, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

Court Claim Number:_____
*(If known)*

Filed on: 02/23/2009 _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**   $ 45,571.15

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**_____ Taxes_____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**__ 3598___

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other

**Value of Property:**$___ Unknown___ **Annual Interest Rate** 8 %

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $ 0.00 _____ **Basis for perfection:** _____

**Amount of Secured Claim:** $ 0.00 _____ **Amount Unsecured:** $ 2,603.13 _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5** **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or(a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☒ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$ 42,968.02 _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date: 7/9/2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Linda Simmons, Chief   *Linda Simmons* | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*



BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF REVENUE

July 9, 2009

Texas (Dal) U.S.Bankruptcy Court
Northern District
Clerk's Office - Dallas Div.
Federal Building
1100 Commerce St., Room 1254
Dallas, Texas 75242

Case No: 08-36705          TX

SUPERIOR AIR PARTS INC

Dear Clerk of Courts:

Enclosed is a Proof of Claim in the proceedings against the above reference bankruptcy filed on behalf of the Commonwealth of Pennsylvania, Department of Revenue, by the Bureau of Compliance. This represents a claim in the sum of:

## $ 45,571.15

Please stamp the acknowledgement, and enter our claim number in the appropriate spaces below. Return the copy of this acknowledgement to this bureau in the enclosed pre-addressed envelope.

Sincerely,

Pennsylvania Department of Revenue
Bureau of Compliance
(717) 772-3341
TDD# (717) 772-2252 (Hearing Impaired Only)
Fax (717) 783-4331

Enclosures

⌐ ACKNOWLEDGEMENT ¬

⌐ CLAIM NUMBER ¬

L ⌐ L ⌐ L ⌐

BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF REVENUE



July 9, 2009

Texas (Dal) U.S.Bankruptcy Court
Northern District
Clerk's Office - Dallas Div.
Federal Building
1100 Commerce St., Room 1254
Dallas, Texas 75242

Case No: 08-36705          TX
SUPERIOR AIR PARTS INC

Dear Clerk of Courts:

Enclosed is a Proof of Claim in the proceedings against the above reference bankruptcy filed on behalf of the Commonwealth of Pennsylvania, Department of Revenue, by the Bureau of Compliance. This represents a claim in the sum of:

## $ 45,571.15

Please stamp the acknowledgement, and enter our claim number in the appropriate spaces below. Return the copy of this acknowledgement to this bureau in the enclosed pre-addressed envelope.

Sincerely,

Pennsylvania Department of Revenue
Bureau of Compliance
(717) 772-3341
TDD# (717) 772-2252 (Hearing Impaired Only)
Fax (717) 783-4331

Enclosures

ACKNOWLEDGEMENT

CLAIM NUMBER

Case 08-36705-bjh11 Doc 205 Filed 07/17/09 Entered 07/17/09 11:01:29 Page 4 of 7

BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946

## COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF REVENUE

July 09, 2009

STEPHEN A ROBERTS
600 CONGRESS AVE
STE 1600
AUSTIN TX 78701

Dear STEPHEN A ROBERTS,

Re:SUPERIOR AIR PARTS INC

Case Number: 0836705

Enclosed is a copy of the proof of claim filed on behalf of the Commonwealth of Pennsylvania, Department of Revenue, by the Bureau of Compliance, Bankruptcy Division. This represents a claim in the sum of:

**$ 45,571.15**

Sincerely,

Joan Bohner
Bankruptcy Review Sect
Bankruptcy Division
Telephone: (717) 772-3341
Fax: (717) 783-4331

Enclosures



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946

Joan Bohner

## SUPPORTING DOCUMENTATION FOR TAXES DUE THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE

☐ Original Claim
☑ Amended Claim

This claim supercedes all Previous claims filed.

Date Amended: 07/09/2009

SUPERIOR AIR PARTS INC
SUPERIOR AIR PARTS INC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
Petition Filing Date: 12/31/2008
Case Number: 0836705 TX
Chapter: 11

The undersigned is an employee of the PA Department of Revenue and is authorized to make this proof of claim on the behalf of the Commonwealth. At this present time of the filing of this proof of claim. the Debtor was indebted to the Commonwealth in the

SUM OF __$45,571.15__ for the following:

☑ State Sales, Use and Hotel Occupancy Tax, Article II, Tax Reform Code of 1971, as amended, 72 P.S. 7210

☐ Personal Income tax, Article III, Tax Reform Code of 1971, as amended, 72 P.S. 7301

☐ Employer Withholding Tax, Article IV, Tax Reform Code of 1971, as amended, 72 P.S. 7301

☑ Corporate Net Income Tax

☐ Capital Stock-Franchise Tax

☐ Corporate Loans Tax

☑ Other    Foreign Franchise

### SECURED CLAIMS (Tax lien(s) filed before petition date)

See attached statement of account detailing the liability.

Total secured claim: _____

Pursuant to Section 506(b) of the Bankruptcy Code, post petition Interest may be payable.

### ADMINISTRATIVE PRIORITY CLAIMS - Section 507(a)(1) of the Bankruptcy Code

See attached statement of account detailing the liability.

Total administrative _____

### UNSECURED PRIORITY CLAIMS - Section 507(a)(8) of the Bankruptcy code for unliened priority Liabilities existing before petition date.

See attached statement of account detailing the liability.

Total unsecured priority: $42,968.02

### UNSECURED NON-PRIORITY CLAIMS - unliened non-priority liabilities existing before the petition filing date.

See attached statement of account detailing the liability.

Total unsecured non-priority claim: $2,603.13

All payments of this claim have been credited and deducted for the purpose of making this proof of claim.

_____
(Representative, Bureau of Compliance)



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946

Joan Bohner

**BANKRUPTCY
STATEMENT OF ACCOUNT**

Page 1 of 2

Pet Date:       12/31/2008

Cause Number:  0836705 TX

Chapter:        11

SUPERIOR AIR PARTS INC
621 S ROYAL LANE
SUITE 100
COPPELL TX 75019-3805

**Primary Tax Numbers**

Emp Identification Number: <u>751253598</u>

Sales Tax License Number: <u>39814287</u>

Social Security Number:

Additional Debtors and/or Names        SSN            EIN

Corp Tax Number: <u>6344698</u>

Other Number:

Note:

| TYPE OF CLAIM | | UNSECURED NON-PRIORITY | Tax Number: | | 39814287 | | |
|---|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| ST | ✓ | 01M 97 | $0.00 | $0.00 | $0.00 | $80.00 | $80.00 |
| ST | | 02M 97 | $0.00 | $0.00 | $0.00 | $31.46 | $31.46 |
| ST | | 03M 97 | $0.00 | $0.00 | $0.00 | $124.63 | $124.63 |
| ST | | 04M 97 | $0.00 | $0.00 | $0.00 | $55.71 | $55.71 |
| ST | | 05M 97 | $0.00 | $0.00 | $0.00 | $145.00 | $145.00 |
| ST | | 06M 97 | $0.00 | $0.00 | $0.00 | $10.20 | $10.20 |
| ST | | 06M 98 | $0.00 | $0.00 | $0.00 | $67.91 | $67.91 |
| ST | | 02M 99 | $0.00 | $0.00 | $0.00 | $6.22 | $6.22 |
| Lien Filing Date: | | County Lien Filed: | | | Lien Docket Number: | | |
| | | TOTAL | $0.00 | $0.00 | $0.00 | $521.13 | $521.13 |

| TYPE OF CLAIM | | UNSECURED NON-PRIORITY | Tax Number: | | 6344698 | | |
|---|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| CT | ✓ | 12/ 2002 (02) | $0.00 | $0.00 | $0.00 | $144.00 | $144.00 |
| CT | ✓ | 12/ 2002 (04) | $0.00 | $0.00 | $0.00 | $203.00 | $203.00 |
| CT | ✓ | 12/ 2003 (02) | $0.00 | $0.00 | $0.00 | $144.00 | $144.00 |
| CT | ✓ | 12/ 2003 (04) | $0.00 | $0.00 | $0.00 | $203.00 | $203.00 |
| CT | ✓ | 12/ 2004 (02) | $0.00 | $0.00 | $0.00 | $144.00 | $144.00 |
| CT | ✓ | 12/ 2004 (04) | $0.00 | $0.00 | $0.00 | $203.00 | $203.00 |
| CT | ✓ | 12/ 2005 (02) | $0.00 | $0.00 | $0.00 | $144.00 | $144.00 |
| CT | ✓ | 12/ 2005 (04) | $0.00 | $0.00 | $0.00 | $203.00 | $203.00 |
| CT | ✓ | 12/ 2006 (02) | $0.00 | $0.00 | $0.00 | $144.00 | $144.00 |
| CT | ✓ | 12/ 2006 (04) | $0.00 | $0.00 | $0.00 | $203.00 | $203.00 |
| CT | ✓ | 12/ 2007 (02) | $0.00 | $0.00 | $0.00 | $144.00 | $144.00 |
| CT | ✓ | 12/ 2007 (04) | $0.00 | $0.00 | $0.00 | $203.00 | $203.00 |
| Lien Filing Date: | | County Lien Filed: | | | Lien Docket Number: | | |
| | | TOTAL | $0.00 | $0.00 | $0.00 | $2,082.00 | $2,082.00 |

**LEGEND:**
ST = Sales, Use and Hotel Ocupancy Tax
CT = Corporation Tax
EMP = Employer Withholding
AN = Individual Income Tax
MT = Mass Transit
MC = Motor Carrier

LF = Liquid Fuels
OF = Oil Franchise
PTA = Public Transportation Assistance Act

Personal Income Tax Estimates: Taxable income figures on which tax deficiency is based could be from information obtained from transcripts of filed IRS form 1040.  Information can be mailed to debtor or debtor's counsel upon written request, without the need for filing a formal objection. An amended proof of claim may be filed upon the filing of a properly completed and signed PA-40 tax return.

ALL LIENS FILED IN THE PROTHONOTARY OFFICE IN THE COUNTY INDICATED.

ALL LIENS FILED IN THE COMMONWEALTH OF PENNSYLVANIA UNLESS INDICATED OTHERWISE.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946

Joan Bohner



**BANKRUPTCY
STATEMENT OF ACCOUNT**

Page 2 of 2

Pet Date:         12/31/2008

Cause Number: 0836705 TX
Chapter:         11

SUPERIOR AIR PARTS INC
621 S ROYAL LANE
SUITE 100
COPPELL TX 75019-3805

**Primary Tax Numbers**
Emp Identification Number: 751253598
Sales Tax License Number: 39814287
Social Security Number:
Corp Tax Number: 6344698
Other Number:

Additional Debtors and/or Names        SSN              EIN

Note:

| TYPE OF CLAIM | | UNSECURED PRIORITY | Tax Number: | | 39814287 | | |
|---|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| ST | ✓ | 01M 97 | $320.00 | $265.13 | $0.00 | $0.00 | $585.13 |
| ST | | 02M 97 | $26.65 | $23.79 | $0.00 | $0.00 | $50.44 |
| ST | | 03M 97 | $289.82 | $235.83 | $0.00 | $0.00 | $525.65 |
| ST | | 04M 97 | $129.57 | $104.50 | $0.00 | $0.00 | $234.07 |
| ST | | 05M 97 | $381.58 | $304.84 | $0.00 | $0.00 | $686.42 |
| ST | | 06M 97 | $30.91 | $24.46 | $0.00 | $0.00 | $55.37 |
| ST | | 06M 98 | $0.00 | $5.37 | $0.00 | $0.00 | $5.37 |
| ST | | 02M 99 | $9.84 | $6.73 | $0.00 | $0.00 | $16.57 |

Lien Filing Date:          County Lien Filed:          Lien Docket Number:

**TOTAL** $1,188.37 $970.65 $0.00 $2,159.02

| TYPE OF CLAIM | | UNSECURED PRIORITY | Tax Number: | | 6344698 | | |
|---|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| CT | ✓ | 12/ 2002 (02) | $1,871.00 | $648.00 | $0.00 | $0.00 | $2,519.00 |
| CT | ✓ | 12/ 2002 (04) | $3,059.00 | $1,059.00 | $0.00 | $0.00 | $4,118.00 |
| CT | ✓ | 12/ 2003 (02) | $1,871.00 | $559.00 | $0.00 | $0.00 | $2,430.00 |
| CT | ✓ | 12/ 2003 (04) | $3,059.00 | $914.00 | $0.00 | $0.00 | $3,973.00 |
| CT | ✓ | 12/ 2004 (02) | $1,871.00 | $479.00 | $0.00 | $0.00 | $2,350.00 |
| CT | ✓ | 12/ 2004 (04) | $3,059.00 | $783.00 | $0.00 | $0.00 | $3,842.00 |
| CT | ✓ | 12/ 2005 (02) | $1,871.00 | $374.00 | $0.00 | $0.00 | $2,245.00 |
| CT | ✓ | 12/ 2005 (04) | $3,059.00 | $611.00 | $0.00 | $0.00 | $3,670.00 |
| CT | ✓ | 12/ 2006 (02) | $1,871.00 | $238.00 | $0.00 | $0.00 | $2,109.00 |
| CT | ✓ | 12/ 2006 (04) | $3,059.00 | $388.00 | $0.00 | $0.00 | $3,447.00 |
| CT | ✓ | 12/ 2007 (02) | $1,871.00 | $93.00 | $0.00 | $0.00 | $1,964.00 |
| CT | ✓ | 12/ 2007 (04) | $3,059.00 | $153.00 | $0.00 | $0.00 | $3,212.00 |
| CT | ✓ | 12/ 2008 (02) | $1,871.00 | $0.00 | $0.00 | $0.00 | $1,871.00 |
| CT | ✓ | 12/ 2008 (04) | $3,059.00 | $0.00 | $0.00 | $0.00 | $3,059.00 |

Lien Filing Date:          County Lien Filed:          Lien Docket Number:

**TOTAL** $34,510.00 $6,299.00 $0.00 $40,809.00

**LEGEND:**
ST = Sales, Use and Hotel Ocupancy Tax
CT = Corporation Tax
EMP = Employer Withholding
AN = Individual Income Tax
MT = Mass Transit
MC = Motor Carrier

LF  =  Liquid Fuels
OF  =  Oil Franchise
PTA  =  Public Transportation Assistance Act

Personal Income Tax Estimates: Taxable income figures on which tax deficiency is based could be from information obtained from transcripts of filed IRS form 1040.  Information can be mailed to debtor or debtor's counsel upon written request, without the need for filing a formal objection. An amended proof of claim may be filed upon the filing of a properly completed and signed PA-40 tax return.

ALL LIENS FILED IN THE PROTHONOTARY OFFICE IN THE COUNTY INDICATED.

ALL LIENS FILED IN THE COMMONWEALTH OF PENNSYLVANIA UNLESS INDICATED OTHERWISE.