Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Robert Tyler (SBN 24009347)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600/Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § § | Chapter 11 |
| Debtor. | § § § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT, a hearing will take place at 3**:15 p.m. on Tuesday, August 25, 2009** in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 14th Floor, Courtroom #2, 1100 Commerce Street, Dallas, TX 75242-1496, before the Honorable Barbara J. Houser on the Debtor's Objection to Proof of Claim #195 filed by the Pennsylvania Department of Revenue. [Docket no. 306 ].

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Robert Tyler (SBN 24009347)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600/Fax (512) 499-3660
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing pleading were forwarded to the parties listed below via first class U.S. Mail, postage prepaid on July 17, 2009.

| | |
|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>Attn: Linda Simmons, Chief<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | Superior Air Parts, Inc.<br>621 S. Royal Lane, Suite 100<br>Coppell, TX 75019-3805 |
| Mary Frances Durham<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | David W. Parham,<br>Elliot Schuler & A. Swick<br>Baker & McKenzie LLP<br>2001 Ross Ave., Suite 2300<br>Dallas, TX 75201 |

/s/ *Stephen A. Roberts*
Stephen A. Roberts