Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone (214) 217-8070
Fax (214) 217-8861

Attorney for Maloney, Bean, Horn and Hull, P.C.



FILED
JUL 17 2009
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| SUPERIOR AIR PARTS, INC., | § | CASE NO. 08-36705-BJH-11 |
| | § § § | |
| DEBTOR | § | |

### OBJECTION OF MALONEY, BEAN, HORN and HULL, P.C. TO SUPERIOR AIR PARTS, INC.'S SECOND AMENDED DISCLOSURE STATEMENT AND, ALTERNATIVELY, MOTION FOR PROTECTION AND/OR TO ESTABLISH ESCROW ACCOUNT

Maloney, Bean, Horn and Hull, P.C., a creditor herein, on behalf of itself and local counsel and experts retained by Maloney, Bean, Horn and Hull, P.C. (hereinafter collectively referred to as "MBHH"), by and through the undersigned counsel, files this Objection to Superior Air Parts, Inc.'s Second Amended Disclosure Statement and, Alternatively, Motion for Protection and/or to Establish an Escrow Account and would show the Court as follows:

I.

## BACKGROUND

1. On December 31, 2008, Superior Air Parts, Inc. (hereinafter "Superior") filed a voluntary petition for bankruptcy under Chapter 11 of the United States Bankruptcy Code.

2. As stated in the Debtor's Second Amended Disclosure Statement, Superior carries product liability insurance. From 2004 forward, that insurance was subject to a deductible for <u>both</u> fees and indemnity.[1] At the time of Debtor's voluntary petition, there were multiple product liability suits pending against Superior arising from five (5) separate occurrences which triggered the policies. These policies included the deductible obligations of Superior. These multiple product liability suits were automatically stayed by the filing.[2]

3. An Order to Lift Stay is effective July 15, 2009.

4. While the Chapter 11 case has been pending, a sixth tort suit has been filed against Superior arising out of a sixth separate occurrence,[3] a claim for indemnity has been made in an existing suit [4] and a scheduled claimant will file suit against Superior on July 15.[5]

---

[1] While the plaintiffs' agreement to not seek recovery from the Debtor relieves the estate of the indemnity obligation, the Debtor's duty to pay fees is owed to the movants herein who are also creditors of the estate.
[2] Kirkwood, Luyster, Chvigny, Desch, Whitefield and Henderson.  See Exhibit "A;"
[3] Hudson v. Superior et al.
[4] A.E.R.O. v, Superior (new Henderson suit)
[5] Henderson

5. As a result, the eight (8) lawsuits and indemnity claim will require a defense upon the stay being lifted this week.

6. MBHH has served as Superior's national products liability insurance defense counsel since 1988 (21 years) and is counsel of record in each of the 8 lawsuits.

7. In each of the pre-petition lawsuits, MBHH has retained local counsel and/or expert witnesses on Superior's behalf to protect Superior's legal interests. See Exhibit "B" attached hereto listing said local counsel and experts. Most of these persons are also creditors of Superior's estate, with proofs of claim on file for past services rendered to Superior for which they have not been paid.

8. MBHH will be required to retain additional local counsel and experts for the two (2) newly filed lawsuits and claim.

9. As noted in the Debtor's Second Amended Disclosure Statement, Superior is responsible for the first 10% of defense costs for year 2004 and $350,000 for each year thereafter up to an annual aggregate of $875,000. MBHH estimates that the legal service providers will incur approximately $120,000/month in fees and costs going forward from July 15, 2009.

10. Superior has not reached the per occurrence deductible in *any* of the lawsuits.

11. It does not appear that any Plan of Reorganization will be confirmed and approved by this Court until late August or early September of 2009.

12. In Superior's Second Amended Disclosure Statement and Plan, Brantly International, Inc. ("Brantly") has purportedly promised to pay all defense costs within the deductible. However, Brantly is not yet the Reorganized Debtor, and there is no assurance at this point that such will be the case. Meanwhile, MBHH and its local counsel and experts will be required to take action to protect Superior in the ongoing litigation without any agreement from any party that MBHH will be paid.

13. The consequences of MBHH refraining from further action to protect Superior are uncertain, but could pose additional financial harm to Superior as it is anticipated that the insurers will decline to make any payments for legal fees, expenses or indemnity until Superior's deductible obligations are satisfied.

## OBJECTION AND MOTION

14. MBHH can find no reference in Superior's Second Amended Disclosure Statement as to how MBHH and its local counsel and retained experts are to be treated for their pre-petition claims or for their work on behalf of Superior once the Stay Order was lifted, effective July 15, 2009.[6]

15. MBHH seeks the Court's intervention and direction as to how to proceed under the circumstances. In order to protect Superior in litigation where it is a defendant and in order to allow MBHH to provide the representation required, MBHH suggests that an escrow account be established wherein $175,000 be deposited for the

---

[6] Neither MBHH nor the other service providers are prepared to begin working for the Debtor on July 15, 2009 only to be treated as unsecured creditors.

anticipated legal fees and expenses expected to be incurred from July 15, 2009 through September 1, 2009. The funds would be distributed only upon receipt of invoices for legal fees and expenses as approved by the Court. If Brantly is to assume the insurance deductible obligations as stated in Superior's plan, the escrow account can either be funded by Brantly or funded by Superior with the understanding that Brantly will reimburse Superior at closing.

16. In the alternative, MBHH will abide by whatever remedy, equitable or otherwise, fashioned by the Court

Wherefore, Premises Considered, MBHH objects to Superior's Second Amended Disclosure Statement and, in the alternative, respectfully requests that the court order that $175,000 be placed into an escrow account for the purpose of paying Superior's product liability defense costs from July 15, 2009, until September 1, 2009, that further funds be set aside should the plan not be confirmed by September 1, 2009, and for such other and further relief to which MBHH would show itself justly entitled.

DATE: July 17, 2009

Respectfully submitted,

By: /s/ Kevin H. Good
Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone (214) 217-8070
Fax (214) 217-8861

*Attorney for Maloney, Bean Horn and Hull, P.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on July 17, 2009 via email upon Stephen Roberts, Esq., counsel for the Debtor, and David Parham, Esq., counsel for the Unsecured Creditors' Committee, and via postage paid First-Class U.S. Mail upon the parties on the attached service list.

/s/ Kevin H. Good
Kevin H. Good

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
NORTHERN DISTRICT

| | |
|---|---|
| CHERYL KIRKWOOD, INDIVIDUALLY, AND AS GUARDIAN AD LITEM OF CORY MANNING, A MINOR, AS SUCCESSOR IN INTEREST AND AS A DEFENDANT PERSONAL REPRESENTATIVE OF THE INC. ESTATE OF RICKY MANNING; AND TAYLOR MANNING, INDIVIDUALLY, AS SUCCESSOR IN INTEREST AND AS A PERSONAL REPRESENTATIVE OF THE ESTATE OF RICKY MANNING;<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA TURBINE SERVICE, INC., EXTEX, LTD., HELIPOWER SERVICE, INC., HELIPOWER SERVICE, LLC, SAN JOAQUIN ROTOR AND WING REPAIR, SAN JOAQUIN HELICOPTERS, INC., ROLLS-ROYCE CORPORATION, (formerly Allison Engine co.), a wholly Owned subsidiary of Rolls-Royce PLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. MC018415<br><br>ANSWER AFFIRMATIVE DEFENSES OF<br><br>SUPERIOR AIR PARTS,<br><br>AND JURY DEMAND |

Stuart R. Fraenkel
Kreindler & Kreindler LLP
707 Wilshire Boulevard, Suite 4100
Los Angeles, CA 90017
**Counsel for Plaintiffs**

Robert F. Hedrick
Hedrick Smith PLLC
800 Fifth Avenue, Suite 4000
Seattle, Washington 98104-3179
**Counsel for Plaintiffs**

**EXHIBIT "A"**

UNITED SATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIZABETH LUYSTER, as Executor and Administrator of the Estates of ALFRED W. ZADOW and DONNA M. ZADOW, deceased,

                Plaintiff,

- against -

TEXTRON, INC.; AVCO CORPORATION (Textron Lycoming Division); LYCOMING ENGINES, SUPERIOR AIR PARTS, INC., KS BEARINGS, Inc.

                Defendants.

No. 06 CV 4166 (LMM)

Judge McKenna

**DEFENDANT SUPERIOR AIR PARTS, INC.'S ANSWER TO CROSS-CLAIMS OF GACE FLYING CLUB, INC.**

---

SUPERIOR AIR PARTS, INC.

                Third-Party Plaintiff,

- against -

TELEDYNE MATTITUCK SERVICES, INC.; GACE FLYING CLUB, INC.; A&P AIRCRAFT MAINTENANCE, INC.; ROBERT H. SCHELLBERG; RONALD USCHOK; AND SCOTT SIMPSON,

                Third Party Defendants.

---

KS GLEITLAGER USA, INC.

                Second Third-Party Plaintiff,

- against -

TELEDYNE MATTITUCK SERVICES, INC.; GACE FLYING CLUB, INC.; A&P AIRCRAFT MAINTENANCE, INC.; ROBERT H. SCHELLBERG; RONALD USCHOK; AND SCOTT SIMPSON,

                Second Third Party Defendants.

IN THE COURT OF QUEEN'S BENCH OF ALBERTA
JUDICIAL DISTRICT OF CALGARY

Lawrence Chevigny <u>and</u> Her Majesty the Queen in Right of Alberta
Plaintiffs

and

Lycoming Engines, Superior Air Parts Inc., Progressive Air Services Ltd., Lindair Services Ltd., Lance Boogmans-Smutt, Cynthia Boogsmans-Smutt and John Doe and AVCO Corporation and Textron Inc.
Defendants

---

Michael J. Bailey
Miller Thomson LLP
3000, 700 – 9th Avenue S.W.
Calgary, Alberta, Canada T2P 3N9
403.298.2400 Telephone
403.262.0007 Fax
www.millerthomson.com
**Solicitor for Plaintiffs**


Lawrence W. Olesen, Q.C.
Bryan & Company LLP
2600 Manulife Place
10180-101 Street
Edmonton, Alberta T5J3Y2
780-420-4735
780-428-6324 – fax
lwolesen@bryanco.com
**Local Counsel for Defendant Superior Air Parts, Inc.**

In The District Court of the Twenty First Judicial District
In and For Garvin County, State of Oklahoma

| | | |
|---|---|---|
| CLYDA WHITEFIELD, Individually and as Personal Representative of the ESTATE OF JUSTIN WHITEFIELD, deceased, and as NEXT FRIEND of DERBY WHITEFIELD and KENNEDY WHITEFIELD, Minors, and VICKIE LYNN COY, Individually, and BILL ALLEN WHITEFIELD, individually | § § § § § § § § | No. CJ-2008-350 |
| Plaintiffs, | § § | |
| - AND - | § § | Judge Blalock |
| MARK HUGHES and AMY HUGHES, Individually and as Personal Representatives of the ESTATE OF BRANDEN HUGHES and AMBER HENSON as NEXT FRIEND of BRANDT HENSON | § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § | |
| ROBERT R. CANTRELL, KEVIN G. CANTRELL, PALO ENERGY, LLC, ADA RANCH, LLC, CANTRELL BROTHERS RANCH, LLC, OKLAHOMA INDEPENDENT OF STROUD, LLC, GRAYSON INVESTMENTS, LLC, ROBERT R. CANTRELL, LLC, JEFF COLE, DALE WALLACE, DIVCO, INC., SUPERIOR AIR PARTS, INC., TEXTRON LYCOMING RECIPROCATING ENGINES DIVISION OF AVCO CORPORATION, TEXTRON, INC., NORTHWEST AERO SERVICES, THE WRIGHT PLACE, INC., and AIRCRAFT SPECIALTIES SERVICES, INC. | § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

Lisa Lance, Esq.
ATTORNEY AT LAW
P O Box 595
Pauls Valley, OK 73075
(405) 238-5353
**Counsel for Plaintiffs**

William O. Angelley, Esq.
KREINDLER & KREINDLER
707 Wilshire Blvd.

VIRGINIA

## IN THE CIRCUIT COURT OF THE CITY OF RICHMOND
## JOHN MARSHALL COURTS BUILDING

ROXANNE CHERRY, Administrator of the
Estate of Christopher Desch, Deceased

    Plaintiff,

v.

LYCOMING ENGINES, A Division of AVCO
CORPORATION f/k/a TEXTRON LYCOMING
RECIPROCATING ENGINE DIVISION;
AVCO CORPORATION; TEXTRON, INC.;
TELEDYNE CONTINENTAL MOTORS, INC.;
DOMINION AVIATION SERVICES, INC.;
and SUPERIOR AIR PARTS, INC.

    Defendants.

CASE NO. CL08004429-00

*SAP/Luyster*

Paul Eberly
414 Sunset Drive
Gulf Shores, AL 36542
(251) 968-7867 – Phone

Roch J. Shipley, Ph.D., FASM, P.E.
Professional Analysis and Consulting, Inc.
43W752 US Route 30
Suite 2F
Sugar Grove, IL 60554
www.ProAACI.com
RJShipley@ProAACI.com
DKHall@ProAACI.com
Direct Dial:          (630) 466-4040
Roch Cell:           (630) 404-0030
David Hall Cell:    (630) 450-5439

Donald F. Knutson
Knutson Aviation Services
2118 N. Tyler, Bldg. B, Suite 102
Wichita, KS 67212
316-734-5016 (mobile)
316-260-8314 (fax)
316-773-3956 (home)
donknutson@sbcglobal.net

Eugene Massamillo, Esq.
KAPLAN, VON OHLEN & MASSAMILLO, LLC
555 Fifth Avenue, 15th Floor
New York, New York 10017
(212) 922-0450
(212) 922-0530 – FAX
emassamillo@kvolaw.com

Nicholas E. Pantelopoulos, Esq.
KAPLAN, VON OHLEN & MASSAMILLO, LLC
555 Fifth Avenue, 15th Fl.
New York, New York 10017
Tel. (212) 922-0450
Facsimile (212) 922-0530
E-mail: nep@kvolaw.com
hfeasel@kvolaw.com

**EXHIBIT "B"**

### SAP/Henderson

No Experts or Local Counsel

### SAP/Whitefield

Scott V. Goodley
Baron & Budd, P.C.
Director of Maintenance, Department of Aviation
8001 Lemmon Avenue, Suite 145
Dallas, Texas 75209-2696
(214) 956-1550 – business
(214) 587-4160 – mobile

Alan Agee, Esq.
GARVIN, AGEE, CARLTON AND MASHBURN, P.C.
P.O. Box 10
Pauls Valley, OK 73075-0010
Voice: 405-238-5559 or 888-238-5559
Fax: 405-238-5666

### SAP/Desch

No Experts

Kenneth J. Moran, Esq.
Martin A. Conn, Esq.
Moran Brown, PC
4110 East Parham Road
Richmond, Virginia 23228
(804) 864-4860
(804) 864-4852 (fax)
kmoran@moranbrownpc.com
mconn@moranbrownpc.com

### LOCAL COUNSEL - Philadelphia Office:

J. Denny Shupe, Esq.
Nicole Moshang, Esq.
Vincent A. LaMonaca, Esq.
Schnader Harrison Segal & Lewis, L.L.P.
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Phone: 215-751-2000
Fax: 215-751-2205
E-Mail: dshupe@schnader.com

### *SAP/Kirkwood*

Dustin A. Turnquist, M.S., P.E.
Senior Consultant
Engineering Systems Inc.
4775 Centennial Blvd., Suite 106
Colorado Springs, CO 80919
Tel: (719)535-0400; Cell: (720) 272-2829; Fax: (719)535-0402

KEITH A FINK & ASSOCIATES
S. Keven Steinberg
Steinberg Law Offices
11500 West Olympic Blvd
Suite 316
Los Angeles, Ca 90064
(310) 268-0781
(310) 268-0790
ksteinberg@steinberg-lawoffices.com
ksteinberg@finklawfirm.com

### *SAP/Chevigny*

No Experts

Lawrence W. Olesen, Q.C.
Bryan & Company LLP
2600 Manulife Place
10180-101 Street
Edmonton, Alberta T5J3Y2
780-420-4735
780-428-6324 – fax
lwolesen@bryanco.com

Theilert Aircraft Engines
Nierltzsir 14 D-01097
Dresden Germany

Afsure Limited
Dallas Office
5700 Granite Parkway, #550
Plano, TX 75024-6647

Gene Cams
1251 Tall Spin Trail
Daytona Beach, FL 32128-6743

Champ Aerospace, Inc.
1261 Harris Road
Liberty, AL 29654-0686

Automatic Screw Machine
7672 2nd Avenue SE
Decatur, AL 35601

Carbon Metallic Gasket Div
250 Tonwall St., Ste. 300
Houston, TX 77029

Gasses Stamping & Fabricating
141 IH 20 E
Grand Prairie, TX 75050-1222

Geisse Stamping & Fabricating
141 IH 20 E
Grand Prairie, TX 75050-1222

Deirdre Ruckman/AVCO
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX 75201

Betty Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196

Lynx International
1800 International Blvd. #800
Seattle, WA 98188

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

AOPA Pilot
PO Box 973
Frederick, MD 21701

Seal Science
17131 Daimler
Irvine, CA 92614-5508

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

KS-Pistoes
Rodovia Arnaldo Julio Mauberg
4000 Distrito Industrial No
Nova Odessa SP Brasil CAIZA Postal 91
CEP 13460-000

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH 43724-9779

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456

Chester Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, NY 10171

Neil J. Orleans
Goins, Underkofler, et al, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB T2P 3V4

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO 80124

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, FL 33458

William G. Burd/Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131

Kenneth A. Hill
QUILLING, SELANDER, CUMMISKEY
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

City of Coppell/Coppell ISD
Mary McGuifrey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019

Howard A. Borg/James T. Jacks
Ass't US Atty for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Gordon J. Toering
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

Melissa S. Hayward
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Counsel for the Insurers

Stefano Gazzola
Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivrea, Italy

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124

Werner Wilhelm Albus/Valeria de Freitas
Mesquita/KSPG Automotive Brazil LTDA
Rodovia Arnaldo Julio Mauerberi,
n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil, Caixa Postal 91

Piyush Katkar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX 75201
Attys for Theilert Aircraft Engines GMBH

Kent Abercrombie
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Laurie A. Spindler
Linebarger Goggan et al, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

Anita F. McMahon
1846 Belmont Ave.
Baton Rouge, LA 70808

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911

Susan B. Hersh
12770 Coit Rd. Ste. 1100
Dallas, TX 75251

Timothy S. McFadden
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Counsel for the Insurers

Rosa R. Orenstein
LOOPER, REED & McGRAW, P.C.
4100 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201