Kevin H. Good
Texas Bar No. 08139300
Conner & Winters, LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone (214) 217-8070
Fax (214) 217-8861

*Attorney for Aviation Parts Supply, Inc.
and Maloney Bean Horn and Hull, P.C.*



FILED
JUL 17 2009
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CASE NO. 08-36705-BJH-11 |
| | § | |
| | § | |
| DEBTOR. | § | |

### VERIFIED STATEMENT OF CONNER & WINTERS, LLP
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

TO THE HONORABLE BARBARA HOUSER, UNITED STATES BANKRUPTCY JUDGE:

Conner & Winters, LLP ("C&W"), as counsel to Aviation Parts Supply, Inc. and Maloney, Bean, Horn and Hull, P.C., along with local counsel and experts retained by Maloney, Bean, Horn and Hull, P.C. in the defense of Debtor's product liability cases, files this Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019(a) and would respectfully state as follows:

I.    C&W represents the interests of the following entities:

(i)   Aviation Parts Supply, Inc. ("APS")
      511 E John Carpenter Freeway
      Suite 440
      Irving, Texas 75062
      Tel: (214) 296-5700

(ii)  Maloney, Bean, Horn & Hull, P.C. ("MBHH")
      511 E John Carpenter Freeway
      Suite 440
      Irving, Texas 75062
      Tel: (214) 296-5700

The following are local counsel and experts retained by MBHH for the defense of Debtor in Debtor's product liability lawsuits:

(iii) Paul Eberly
      414 Sunset Drive
      Gulf Shores, AL 36542
      (251) 968-7867 – Phone

(iv)  Roch J. Shipley, Ph.D., FASM, P.E.
      Professional Analysis and Consulting, Inc.
      43W752 US Route 30
      Suite 2F
      Sugar Grove, IL 60554
      Tel: (630) 466-4040

(v)   Donald F. Knutson
      Knutson Aviation Services
      2118 N. Tyler, Bldg. B, Suite 102
      Wichita, KS 67212
      Tel: 316-734-5016

(vi)  Eugene Massamillo, Esq.
      KAPLAN, VON OHLEN & MASSAMILLO, LLC
      555 Fifth Avenue, 15th Floor
      New York, New York 10017
      Tel: (212) 922-0450

(vii) Nicholas E. Pantelopoulos, Esq.
      KAPLAN, VON OHLEN & MASSAMILLO, LLC
      555 Fifth Avenue, 15th Fl.
      New York, New York 10017
      Tel. (212) 922-0450

(viii)  Scott V. Goodley
Baron & Budd, P.C.
Director of Maintenance, Department of Aviation
8001 Lemmon Avenue, Suite 145
Dallas, Texas 75209-2696
Tel: (214) 956-1550

(ix)  Alan Agee, Esq.
GARVIN, AGEE, CARLTON AND MASHBURN, P.C.
P.O. Box 10
Pauls Valley, OK 73075-0010
Tel: 405-238-5559 or 888-238-5559

(x)  Kenneth J. Moran, Esq.
Martin A. Conn, Esq.
Moran Brown, PC
4110 East Parham Road
Richmond, Virginia 23228
Tel: (804) 864-4860

(xi)  J. Denny Shupe, Esq.
Nicole Moshang, Esq.
Vincent A. LaMonaca, Esq.
Schnader Harrison Segal & Lewis, L.L.P.
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Tel: 215-751-2000

(xii)  Dustin A. Turnquist, M.S., P.E.
Senior Consultant
Engineering Systems Inc.
4775 Centennial Blvd., Suite 106
Colorado Springs, CO 80919
Tel: (719)535-0400

(xiii)  KEITH A. FINK & ASSOCIATES
S. Keven Steinberg
Steinberg Law Offices
11500 West Olympic Blvd
Suite 316
Los Angeles, Ca 90064
Tel: (310) 268-0781

and

  (xiv) Lawrence W. Olesen, Q.C.
    Bryan & Company LLP
    2600 Manulife Place
    10180-101 Street
    Edmonton, Alberta T5J3Y2
    Tel: 780-420-4735

II. C&W was retained by APS in September 2009, and was retained by MBHH on July 10, 2009, to represent it and the interests of its retained local counsel and experts in the above case.

III. APS and MBHH and most of the retained local counsel and experts are creditors of the Debtor.

IV. APS, MBHH and the retained local counsel and experts are fully aware of C&W's representation of the multiple parties in this case, and the entities have waived any potential conflict that may exist based upon such representation by C&W.

V. C&W does not own and has never owned any claim against the Debtor in these cases nor any equity securities of the Debtor.

Dated: July 17, 2009.

            Respectfully submitted,

            By: _/s/ Kevin H. Good_
            KEVIN H. GOOD
            Texas Bar No. 08139300
            Conner & Winters LLP
            1700 Pacific Avenue, Suite 2250
            Dallas, Texas 75201
            Telephone (214) 217-8070
            Fax (214) 217-8861

            *Attorney for Aviation Parts Supply, Inc.*
            *and Maloney, Bean, Horn and Hull, P.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on July 17, 2009 via email upon Stephen Roberts, Esq., counsel for the Debtor, and David Parham, Esq., counsel for the Unsecured Creditors' Committee, and via postage paid First-Class U.S. Mail upon the parties on the attached service list.

_____
Kevin H. Good

## VERIFICATION

STATE OF TEXAS      )
                    )
COUNTY OF DALLAS    )

This instrument was SUBSCRIBED AND SWORN to before me on July 17, 2009 by Kevin H. Good to certify which witness my hand and seal of office.

[SEAL: PAMELA K. FLIPPEN, Notary Public, State of Texas, My Commission Expires June 27, 2010]

_____
Notary Public, In and For
The State of Texas

My Commission Expires:

6-27-2010

Thielert Aircraft Engines
Nerlizstr 14 D-01097
Dresden Germany

Mahle Engine Components
60426 Marine Road
Atlantic IA 50022-8291

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Distrito Industrial No
Nova Odessa SP Brasil CAIZA Postal 91
CEP 13460-000

Chester Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, NY 10171

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019

Kent Abercrombie
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Airsure Limited
Dallas Office
6700 Granite Parkway, #550
Plano, TX 75024-6647

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

Neil J. Orleans
Goins, Underkoffer, et al, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270

Howard A. Borg/James T. Jacks
Ass't US Atty for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Laurie A. Spindler
Linebarger Goggan et al, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

Cane Cams
1221 Tall Spin Trail
Daytona Beach, FL 32128-6743

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB T2P 3V4

Gordon J. Toering
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808

Champion Aerospace, Inc.
P.O. Box Donis Road
Liberty, SC 29654-0686

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

Gerhardi Gear
133 East Santa Anita
Burbank CA 91502-1926

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911

Automatic Screw Machine
7620 Avenue SE
Pelham, AL 35601

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO 80124

Melissa S. Hayward
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX 75201

Chestock-Metallic Gasket Div
250 Pornvall St., Ste. 300
Houston, TX 77029

ACIPA Pilot
PO Box 973
Frederick, MD 21701

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH 43724-9779

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Stefano Gazzola
Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivrea, Italy

Allys for Thielert Aircraft Engines GMBH
Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614

Chesea Stamping & Fabricating
170 Avenue T
Grand Prairie, TX 75050-1222

Seal Science
17131 Daimler
Irvine, CA 92614-5508

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Counsel for the Insurers
Nova Odessa- SP Brasil, Caixa Postal 91

Andreas T. Rudman/AVCO
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX 75201

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl 33458

Linda Boyle
TW Telecom, Inc.
12770 Colt Rd, Ste. 1100
Dallas, TX 75251

Susan B. Hersh
Werner Wilhelm Albus/Valeria de Freitas
Mesquita/KSPG Automotive Brazil LTDA
Rodovia Arnaldo Julio Mauerbert,
n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil, Caixa Postal 91

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

William G. Burd/Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131

Timothy S. McFadden
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Counsel for the Insurers

Lyden International
1804 Statesville Road
Seattle, WA 98188

Combustion Technologies, Inc.
1804 Statesville Road
Chatham, VA 24531

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456

Kenneth A. Hill
QUILLING, SELANDER, CUMMISKEY
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

Rosa R. Orenstein
LOOPER, REED & McGRAW, P.C.
4100 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201