U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed July 14, 2009**                                                                 **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | Hearing Date: June 2, 2009 |
| Debtor | § | Time: 1:30 p.m. |

### AGREED ORDER GRANTING MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY AS TO WHITEFIELD/HUGHES,
### RESER, KIRKWOOD AND ZADOW PLAINTIFFS

CAME ON for consideration, the Motion for Relief from the Automatic Stay (the "Motion") filed by Clyda Whitefield and Mark Hughes, et al (Whitefield/Hughes) and Chris Reser, et al (Reser) and Cheryl Kirkwood, et al (Kirkwood) and Elizabeth Luyster (Zadow Plaintiff) ("collectively Plaintiffs") and the Court finding that notice was proper under the circumstances and having noted the agreement of the parties below to the relief sought

including an agreement by the parties below not to seek a further extension of the Stay Termination Date as defined below, hereby enters the following order. IT IS THEREFORE

**ORDERED** the Motion is Granted as to the Plaintiffs and that the automatic stay is hereby terminated effective on July 15, 2009 (the "Stay Termination Date") with respect to the following lawsuits as described in the Motion to allow Plaintiffs to proceed with their prosecution of the claims asserted therein.

(1)    Whitefield/Hughes Plaintiffs, Case No. CJ-2008-864, District Court of Pontotoc County, State of Oklahoma.

(2)    Reser Plaintiffs, Case No. CJ-2008-812, District Court of Pontotoc County, State of Oklahoma.

(3)    Kirkwood Plaintiffs, Case No. MC018515, Superior Court of the State of California for the County of Los Angeles, Northern District.

(4)    Zadow Plaintiffs, Case No. 06 CV4166, United States District Court, Southern District of New York.  IT IS FURTHER.

**ORDERED** that the automatic stay is terminated as of the Stay Termination Date to allow the Plaintiffs to collect against any applicable insurance policies or proceeds from such policies. IT IS FURTHER

**ORDERED** that Superior Air Parts, Inc., and the Official Committee of Unsecured Creditors shall not seek any extensions of the Stay Termination Date. IT IS FURTHER

**ORDERED** that all objections to the Motion are denied. IT IS FURTHER

**ORDERED** that Plaintiffs reserve any and all rights and claims against Superior Air Parts, Inc. above the applicable deductible amounts in applicable insurance policies. IT IS FURTHER

**ORDERED** that the Plaintiffs are waiving their respective claims to collect from Superior Air Parts, Inc.'s bankruptcy estate and as such shall withdraw their claims in this case within ten (10) days of the Stay Termination Date. IT IS FURTHER

**ORDERED** that this Order is effective immediately upon entry and the enforcement of this Order will not be stayed pursuant to the 10-day stay otherwise prescribed by Bankruptcy Rule 4001(a)(3).

### End of Order ###

AGREED:

| | |
|---|---|
| */s/ Vickie L. Driver* | */s/ Robert P. Franke* |
| Vickie L. Driver | Robert P. Franke |
| State Bar No. 24026886 | State Bar No. 07371200 |
| PRONSKE & PATEL, P.C. | STRASBURGER & PRICE, L.L.P. |
| 1700 Pacific Ave., Suite 2260 | 901 Main St., Suite 4300 |
| Dallas, Texas 75201 | Dallas, TX 75202 |
| Telephone: (214) 658-6500 | Telephone: (214) 651-4300 |
| Facsimile: (214) 658-6509 | Facsimile: (214) 651-4330 |
| vdriver@pronskepatel.com | robert.franke@strasburger.com |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEY FOR DEBTOR SUPERIOR AIR PARTS, INC. |

# CERTIFICATE OF NOTICE

```
District/off: 0539-3            User: dbrown              Page 1 of 1                 Date Rcvd: Jul 15, 2009
Case: 08-36705                  Form ID: pdf012           Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 17, 2009.
aty          +Robert P. Franke,   Strasburger & Price, LLP,   600 Congress Ave., Ste. 1600,
               Austin, TX 78701-2974

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2009**                     **Signature:** _Joseph Speetjens_