Debtor(s): Superior Air Parts, Inc.
Case No: 08-36705
Chapter: 11
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
Case 08-36705-bjh11    Doc 315-1    Filed 07/20/09    Entered 07/20/09 14:36:36    Desc
Exhibit Master Service List    Page 1 of 19

| | | |
|---|---|---|
| 121FIVE.COM - c/o TIM KERN<br>PO BOX 30<br>ANDERSON, IN 46015 | ADVANCED CONNECTIONS INC<br>2015 MCKENZIE, SUITE 120<br>CARROLLTON, TX 75006 | AETNA<br>PO BOX 45084<br>JACKSONVILLE, FL 32231-45084 |
| 43 Air School<br>Airport, 43 Private Box X43<br>Port Alfred 6170<br>South Africa | ADVANCED MACHINING & TOOL, INC<br>1616 NORTH BECKLEY<br>LANCASTER, TX 75134 | Ahmad Jahanfar<br>Clanbrae South<br>Hanningfield Road<br>South Hanningfield<br>Chelmsford CM3 8HX UK |
| 4SURE.COM dba: TECHDEPOT<br>6 CAMBRIDGE DR<br>TRUMBULL, CT 6611 | AERO ACCESSORIES<br>1240 SPRINGWOOD CHURCH ROAD<br>GIBSONVILLE, NC 27249 | AICCO, INC<br>45 EAST RIVER PARK PLACE, WEST #3<br>FRESNO, CA 93720 |
| A.E.R.O. INC<br>3701 HWY 162<br>GRANITE CITY, IL 62040-1287 | AERO ACCESSORIES<br>1240 SPRINGWOOD AVE.<br>GIBSONVILLE, NC 27249 | Air & Sea Recovery, Inc.<br>Fort Pierce National Airport<br>Florida 33441 |
| AADFW, INC<br>2161 REGAL PARKWAY<br>EULESS, TX 76040 | AERO AVIATION<br>9 S 041 AERO DRIVE<br>NAPERVILLE, IL 60565 | AIR MASTER FLYING CLUB<br>881 BLACK HORSE PIKE<br>PLEASANTVILLE, NJ 8232 |
| AARON COVERT<br>5529 RICE DRIVE<br>THE COLONY, TX 75056 | Aero Service<br>Aeroservice Donauwoerth<br>Flugplatz D-86682<br>Genderkingen, Germany | AIR POWER INC<br>4900 SOUTH COLLINS<br>ARLINGTON, TX 76018 |
| ACE GRINDING & MACHINE COMPANY<br>2020 W INNER STREET<br>WALLED LAKE, MI 48390 | Aero Swan<br>Swan Hill Airport<br>VIC 3585 Australia | Air Service Vamdrup<br>Lufthavnsvej 7A Box 62<br>DK-6580<br>Vamdrup, Denmark |
| ACT AAA COOPER TRANSPORTATION<br>1751 KINSEY ROAD<br>DOTHAN, AL 36303 | Aero-Atelier<br>1281 Tourdulac CP 117<br>Lac-A-La Tortue, Quebec<br>Canada QU G0X 1L0 | AIR SUPPORT INTERNATIONAL<br>PO BOX 489<br>MARSHFIELD, MO 65706 |
| ADP INC<br>2735 STEMMONS FRWY<br>DALLAS, TX 75207 | AEROPARTES JIMENEZ, S A DE C.V.<br>RIO PIZXTLA #927 NTE.<br>LOS MOCHIS, SINOLA MEXICO 81240 | AIR WEST AIRCRAFT ENGINES<br>670 AIRPORT BLVD<br>SAN CARLOS, CA 97070 |
| ADT SECURITY SERVICES<br>2403 LACY LANE<br>CARROLLTON, TX 75006 | AEROSPACE PRODUCTS INT'L<br>3778 DISTRIPLEX DRIVE NORTH<br>MEMPHIS, TN 38118 | AIR-TEC<br>37 SANDIA MT. TRAIL, SANDIA AIRPARK<br>EDGEWOOD, NM 87015-1168 |

Debtor(s): Superior Air Parts, Inc.    Case No: 08-36705    NORTHERN DISTRICT OF TEXAS DALLAS DIVISION
Case 08-36705-bjh11    Chapter: 11    Doc 315-1    Filed 07/20/09    Entered 07/20/09 14:36:36    Desc
Exhibit Master Service List    Page 2 of 19

| | | |
|---|---|---|
| AIRCRAFT CYLINDER & ENGINE INC<br>516 N LINK LANE, UNIT 1<br>FT COLLINS, CO 80524 | ALCOA FASTENING SYSTEMS<br>3990 A HERITAGE OAK COURT<br>SIMI VALLEY, CA 93063-6711 | Anglo Normandy<br>La Planque Lane, Guernsy Airport<br>La Villaze, Forest<br>Guernsey UK GY8 0DS |
| AIRCRAFT CYLINDERS OF AMERICA<br>1006 E INDEPENDENCE STREET<br>TULSA, OK 74106-5310 | ALL AMERICAN BENEFITS, INC.<br>13747 MONTFORT DRIVE, SUITE 337<br>DALLAS, TX 75240 | AOPA PILOT<br>PO BOX 973<br>FREDERICK, MD 21701 |
| AIRCRAFT ENGINE & ACCESSORY<br>2275 CROWN ROAD<br>DALLAS, TX 75229 | ALLEN LASKY<br>2004 GENEVA DRIVE<br>RICHARDSON, TX 75081 | ARAMARK<br>1900 EMPIRE CENTRAL<br>DALLAS, TX 75235 |
| AIRCRAFT SPECIALTIES SERVICE<br>TULSA INTL AIRPORT, 2860 NORTH SH<br>TULSA, OK 74158 | Allen Parmet, M.D., MPH<br>4320 Wornell, Suite 432<br>Kansas City, MO 64111 | Aramark Uniform Services<br>1900 Empire Central<br>PO Box 36028<br>Dallas, TX 75235 |
| AIRFLOW PERFORMANCE INC<br>111 AIRFLOW DRIVE<br>SPARTANBURG, SC 29306 | ALPHA ONE FLIGHT<br>246 SOUTH MEADOW ROAD<br>PLYMOUTH, MA 2360 | ARCHIVE SUPPLIES, INC.<br>2975 LADYBIRD LANE<br>DALLAS, TX 75220 |
| AIRPARTS COMPANY INC<br>2310 NW 55TH COURT<br>FORT LAUDERDALE, FL 33309 | AMA Nantucket<br>130 Mary Dunn Way<br>Hyannis, MA 02601 | Arkadin, Inc.<br>620 Tinton Avenue<br>Tinton Falls, NJ 07724 |
| AIRSURE LIMITED<br>15301 SPECTRUM DRIVE #500<br>ADDISON, TX 75001 | AMCO ENTERPRISES<br>4209 HAHN BLVD<br>FORT WORTH, TX 76117 | ARNER FLYING SERVICE INC.<br>ARNER MEMORIAL AIRPORT, 1001 COA<br>LEHIGHTON, PA 18235 |
| AKORBI CONSULTING<br>400 EAST ROYAL LANE, #218<br>IRVING, TX 75039 | ANA FONTES<br>8801 THOMPSON DRIVE<br>ARGYLE, TX 76226 | ARRC, Ltd.<br>Goodwood Airfield<br>Goodwood, Chichester PO 18 0PH<br>United Kingdom |
| Al Head<br>Western Skyways, Inc.<br>21 Creative Place<br>Montrose, CO 81401 | Andrea Findlay<br>AIG Aviation<br>1175 Peachtree Street, NE<br>100 Colony Square, Suite 1000<br>Atlanta, GA 30361 | ARROW PROP COMPANY<br>PO BOX 610<br>MEEKER, OK 74855 |
| ALBERADO MARTINEZ<br>2331 KLONDIKE DRIVE<br>DALLAS, TX 75228 | Andrew Verzilli<br>Verzilli & Verzilli Consultants, Inc.<br>411 North Broad Street<br>Lansdale, PA 19446 | ASSOCIATED SPRING-CORRY<br>226 SOUTH CENTER ST<br>CORRY, PA 16407-1992 |

| | | |
|---|---|---|
| ASSOCIATED SPRING - MILWAUKEE<br>434 WEST EDGERTON AVENUE<br>MILWAUKEE, WI 53207 | AVIATION UNLIMITED<br>2833 16th AVENUE, TORONTO BUTTONV<br>MARKHAM, ONTARIO, CANADA L3R 0P8 | BEST TOOL & MANUFACTURING CO.<br>3515 NORTHEAST 33rd TERRACE<br>KANSAS CITY, MO 64117 |
| ASSOCIATED SPRING - SALINE<br>1445 BARNES COURT<br>SALINE, MI 48176 | Avstar Fuel Systems, Inc.<br>1365 Park Lane<br>South Jupiter, FL 33458 | BETSY PRICE, TAX ASSESSOR - COLLE<br>PO BOX 961018<br>FORT WORTH, TX 76161-0018 |
| AT&T MOBILITY<br>PO BOX 68056<br>ANAHEIM HILLS, CA 92817-8056 | BARNSTORMERS INC<br>312 WEST 4TH STREET<br>CARSON CITY, NV 89703 | BILL BOWERS<br>2834 ORANGE PICKER ROAD<br>JACKSONVILLE, FL 32223 |
| ATI ACCELERATED TECHNOLOGIES<br>1611 HEADWAY CIRCLE BLDG 1<br>AUSTIN, TX 78754 | Baron & Budd, PC<br>Attn: Scott V. Goodley<br>8001 Lemmon Avenue, Suite 145<br>Dallas, TX 75209-2696 | BILL MCDONALD, DAR<br>9700 DIVOT DRIVE<br>GRANBURY, TX 76049 |
| ATI PORTLAND FORGE<br>EAST LAFAYETTE STREET  PO BOX<br>PORTLAND, IN 47371-0905 | BARRETT PRECISION ENGINES INC<br>2870-B NORTH SHERIDAN RD<br>TULSA, OK 74115 | BILLS AIRCRAFT SERVICE<br>20836 483rd AVENUE<br>ELKTON, SD 57026 |
| Aurigny Air Services<br>La Planque Lane<br>Guernsy Airport<br>Guernsy, UK GY8 0DS | BARRETT PRECISION ENGINES, INC<br>2870B NORTH SHERIDAN<br>TULSA, OK 74115 | BILLY G LEONARD, JR<br>1650 W. VIRGINIA STREET, #211<br>MCKINNEY, TX 75069-7703 |
| AUTOMATIC SCREW MACHINE<br>709 2ND AVENUE SE<br>DECATUR, AL 35601 | Barry Schiff<br>673 Trueno Avenue<br>Camarillo, CA 93010 | BIZZY BEES PEST CONTROL CO<br>2812 TRINITY SQUARE DRIVE, SUITE #1<br>CARROLLTON, TX 75006 |
| AVIALL SERVICES INC<br>PO BOX 619048<br>DALLAS, TX 75261-9048 | BARTON TECHNICAL SERVICES LLC<br>4123 BLUE HERON RIDGE<br>MOBILE, AL 36693 | BMC SOLUTIONS, INC.<br>3380 Town Point Dr. NW #330<br>KENNESAW, GA 30144 |
| AVIATION GROUP LIMITED<br>N2509 COMMERCIAL DRIVE<br>WAUPACA, WI 54981 | BAX GLOBAL<br>PO BOX 612307<br>DFW AIRPORT, TX 75261 | Bob Brown<br>7165 SE 95th Lane<br>Ocala FL 34472 |
| AVIATION INTERNATIONAL CORP.<br>5555 NW 36TH STREET<br>MIAMI SPRINGS, FL 33166 | BEDE CORP<br>6440 NORWALK ROAD, SUITE F<br>MEDINA, OH 44256 | BOB REUTHER<br>97 WHITE BRIDGE ROAD, APT L-1<br>NASHVILLE, TN 37205 |

| | | |
|---|---|---|
| Boomerang Aviation<br>7491 S. Airport Rd.<br>Pembroke Pines, FL 33023 | Cambridge Gliding Club<br>Gransden Lodge<br>Longstowe Road Little<br>Gransden Sandy<br>Bedfordshire SG19 3EB UK | CAST WELL<br>650 PENNSYLVANIA AVE<br>ELIZABETH, NJ 7201 |
| BORING MACHINE CORPORATION<br>7922 RANCHERS ROAD<br>FRIDAY, MN 55432 | CANADIAN HOME ROTORS INC<br>4 ROY STREET<br>EAR FALLS, ONTARIO, CANADA P0V 1T | CASTOR AVIATION, INC.<br>250 TEXAS WAY, HANGER 24 NORTH<br>FT WORTH, TX 76106 |
| BRENT HENMAN<br>2234 STONEHENGE LANE<br>LEWISVILLE, TX 75056 | CAPPA GRANITE<br>1310 W. EULESS BLVD, SUITE 100<br>EULESS, TX 76040 | CAVALIER LOGISTICS<br>250 SHEFFIED STREET<br>MOUNTAINSIDE, NJ 7092 |
| BRIAN TOM<br>22255 E WILDFERN LANE<br>BRIGHTWOOD, OR 97011 | CARE NOW CORPORATION<br>601 CANYON DRIVE #100<br>COPPELL, TX 75019 | CEBOS LTD<br>5936 FORD COURT, #203<br>BRIGHTON, MI 48116 |
| BRIDGETTE WOODS<br>501 LEGENDS<br>LEWISVILLE, TX 75067 | CARL H JOHNSON<br>1908 HAYMEADOW<br>CARROLLTON, TX 75007 | Cebos, Ltd.<br>7600 Grand River, Ste 200<br>Brighton, MI 48114 |
| Broward County Revenue Collector<br>Government Center Annex<br>Attn: Litigation Section<br>115 S. Andrews Avenue<br>Fort Lauderdale, FL 33301 | CARL ZEISS IMT CORP<br>6250 SYCAMORE LANE NORTH<br>MAPLE GROVE, MN 55369 | CENTRAL FREIGHT LINES INC<br>PO BOX 2638<br>WACO, TX 76702-2638 |
| Bruce R. Marx<br>Marlow Connell Valerius<br>4000 Ponce de Leon Blvd., Suite 570<br>Coral Gables, FL 33146 | CARLEY FOUNDRY INC<br>8301 CORAL SEA STREET NE<br>BLAINE, MN 55449 | CENTRAL TRANSPORT INT'L<br>PO BOX 33299<br>DETROIT, MI 48232 |
| BUNTING BEARINGS-HOLLAND<br>1001 HOLLAND PARK BLVD<br>HOLLAND, OH 43528 | Carbs Blacklock<br>1002 Eastern Street<br>Wichita, KS 67207 | CHAD OWENS<br>713 HUNDLEY DRIVE<br>LAKE DALLAS, TX 75065 |
| BUNTING BEARINGS-KALAMAZOO<br>4252 E. KILGORE RD<br>KALAMAZOO, MI 49002 | CAROLYN HEWITT<br>10925 FANDOR STREET<br>FORT WORTH, TX 76108 | CHAMPION AEROSPACE INC<br>1230 OLD NORRIS ROAD<br>LIBERTY, SC 29657-0686 |
| Byron Dale Weekly<br>1255 Oaklawn Rd.<br>Chapmansboro, TN 37035 | Carry Air PTY Ltd.<br>10-12 Chinderah Ray Drive<br>Chinderah, NSW 2467 | CHENDA REACH<br>2335 HIGH BANK DRIVE<br>MESQUITE, TX 75181 |

| | | |
|---|---|---|
| Cheryl Kirkwood and Taylor Manning<br>c/o Kreindler & Kreindler, LLP<br>707 Wilshire Blvd., Ste 4100<br>Los Angeles, CA 90017-3613 | Chuck Cooper<br>Radiant Photography & Video<br>4025 Pioneer Road<br>Montrose, CO 81401 | Clyda Whitefield, et al.<br>c/o Lisa Lance, Esq.<br>PO Box 595<br>Pauls Valley, OK 73075 |
| Chester B. Salmon<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue - 16th Floor<br>New York, NY 10171 | Chuck Harris<br>217 Bridger<br>Lakeside MT 59922 | Clyda Whitefield, et al.<br>c/o Kreindler & Kreindler<br>707 Wilshire Blvd., Ste 4100<br>Los Angeles, CA 90017-3613 |
| CHICK PACKAGING OF DFW<br>700 W. BETHEL ROAD #100<br>COPPELL, TX 75019 | CITRIX SYSTEMS INC<br>851 WEST CYPRESS CREEK ROAD<br>FORT LAUDERDALE, FL 33309 | Clyda Whitefield, et al.<br>c/o Braden Varner & Aldous, P.C.<br>703 McKinney Ave., Ste 400<br>Dallas, TX 75202 |
| Choice Solutions<br>Attn: James Steinlage<br>10801 Mastin Blvd., Ste 900<br>Overland Park, KS 66213 | Citrix Systems, Inc.<br>851 West Cypress Creek Rd.<br>Fort Lauderdale, FL 33309 | CMS Incorporated<br>20666 SW Citrus Blvd.<br>Indiantown, FL 34956 |
| CHOICE SOLUTIONS LLC<br>222 WEST LAS COLINAS BLVD #1150 EA<br>IRVING, TX 75039 | CITY OF COPPELL<br>255 PARKWAY BLVD<br>COPPELL, TX 75019 | COASTAL AVIATION SERVICES<br>88 LANDRY STREET, BIDDEFORD AIRPO<br>BIDDEFORD, ME 4005 |
| Choice Solutions, L.L.C.<br>Attn: James Steinlage<br>10801 Mastin Blvd., Ste 900<br>Overland Park, KS 66213 | CITY OF COPPELL / COPPELL ISD<br>PO BOX 9478<br>COPPELL, TX 75019 | COLORADO AIR PARTS INC<br>1519 1300 ROAD<br>DELTA, CO 81416 |
| CHRIS BENAVIDES<br>1012 E PIONEER<br>IRVING, TX 75061 | City Water International, Inc.<br>PO Box 319<br>Elma, NY 14059-0319 | COMBUSTION TECHNOLOGIES, INC.<br>1804 SLATESVILLE ROAD<br>CHATHAM, VA 24531 |
| Chris Reser<br>c/o Beeler, Walsh & Walsh, PLLC<br>4508 N. Classen Blvd.<br>Oklahoma City, OK 73118 | CITY WATER INTERNATIONAL, LTD<br>PO BOX 674007<br>DALLAS, TX 75267-4007 | Comfort Technolgies, LLC<br>PO Box 150434<br>Arlington, TX 76015 |
| CHRIS WOOTTON<br>2775 N HWY 360 # 217<br>GRAND PRAIRIE, TX 75050 | City Water International, Ltd.<br>PO Box 319<br>Elma, NY 14059-0319 | COMFORT TECHNOLOGIES, LLC<br>PO BOX 270809<br>FLOWER MOUND, TX 75027 |
| CHRISTIANSEN AVIATION<br>PO BOX 702412<br>TULSA, OK 74170-2412 | CLEARFIELD JEFFERSON REG. AIR<br>PO BOX 299<br>FALLS CREEK, PA 15840 | Comfort Technolgies, LLC<br>PO Box 150434<br>Arlington, TX 76015 |

| | | |
|---|---|---|
| COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17 STREET<br>AUSTIN, TX 78774-0100 | CPI OFFICE PRODUCTS<br>11111 ZODIAC LANE<br>DALLAS, TX 75229 | DANIEL & ALEX GRZELECKI<br>7209 ST. JAMES COURT<br>CORPUS CHRISTI, TX 78413 |
| COMTEC MANUFACTURING, INC.<br>1012 DELAUM ROAD<br>ST MARYS, PA 15857-0940 | CRAIG CAYLOR<br>301 MEADOW DRIVE<br>PONDER, TX 76205 | DAPRA MARKING SYSTEMS<br>66 GRANBY STREET<br>BLOOMFIELD, CT 6002 |
| CON-WAY FREIGHT INC<br>PO BOX 982020<br>NORTH RICHLAND HILLS, TX 76182 | CRANE CAMS<br>2531 TailSpin Trail<br>DAYTONA BEACH, FL 32128-6743 | DARRELL INGLE<br>2020 VISTA VIEW<br>ROANOKE, TX 76262 |
| CONNERS & WINTERS<br>CARROLLTON TOWERS - EAST, 13601<br>DALLAS, TX 75240 | CUSTOM TUBE PRODUCTS INC<br>435 A2 AIRPARK ROAD<br>EDGEWATER, FL 32132 | Dave Klepacki<br>Engineering Systems, Inc.<br>4775 Centennial Blvd., Suite 106<br>Colorado Springs, CO 80919 |
| Contract Container Service, Ltd.<br>PO Box 6245<br>Fryatt Street, Dunedin City Centre<br>Dunedin City, Otago 9016<br>New Zealand | CYGNET AEROSPACE CORP<br>1971 FEARN AVENUE<br>LOS OSOS, CA 93402 | David A. Levin<br>AIG<br>70 Pine Street<br>New York, NY 10270 |
| CORBITT MANUFACTURING CO.<br>650 N. MAIN CENTER<br>ST. CHARLES, MO 63301 | CYGNUS BUSINESS MEDIA<br>1233 JANESVILLE AVENUE<br>FORT ATKINSON, WI 53538 | DAVID AUSTIN<br>12250 FM 2449<br>PONDER, TX 76259 |
| CORLEY GASKET CO<br>6555 HUNNICUT ROAD<br>DALLAS, TX 75227 | Dale Alexander<br>Gary Novak<br>Engineering Systems, Inc.<br>3851 Exchange Ave.<br>Aurora, IL 60504 | DAVID BUONO<br>6707 W INTERWOOD LAND<br>DALLAS, TX 75248 |
| CORPORATE EXPRESS INC<br>2230 AVENUE J<br>ARLINGTON, TX 76006-5866 | Dallas County Tax Office<br>500 Elm Street<br>Dallas, TX 75202-3304 | DAVID CHILDS TAX ASSESSOR<br>500 ELM STREET<br>DALLAS, TX 75244 |
| Corporate Finance Partners<br>MidCap GmbH<br>Torstr. 33-35<br>10119 Berlin, Germany | DALLAS WASTE DISPOSAL & RECYCLIN<br>3303 PLUTO STREET<br>DALLAS, TX 75212 | David Childs, PhD.<br>Dallas County Tax Assessor<br>500 Elm Street, Records Bldg.<br>Dallas, TX 75202 |
| CP PISTONS INC<br>1902 MCGAW AVENUE<br>IRVINE, CA 92614 | Dallas Waste Disposal and Recycling, Inc<br>3303 Pluto St.<br>Dallas, TX 75212 | David Foord Avionics<br>292 Sir Donald Bradmen Drv.<br>Brooklyn Park, SA 5032<br>Australia |

| | | |
|---|---|---|
| David Hines<br>500 Sutter St.<br>San Francisco, CA 94102 | DIVCO<br>2806 NORTH SHERIDAN<br>TULSA, OK 74115 | DYNAMIC TECHNOLOGY INC<br>3201 WEST ROYAL LANE #150<br>IRVING, TX `75063 |
| DAVID PARNELL<br>935 CONKLIN<br>CANADIAN, TX 79014-3250 | DOUGLAS COOK<br>5111 MESA TERRACT<br>LA MESA, CANADA 91941 | E-MAG IGNITIONS<br>2014 GREG STREET<br>AZLE, TX 76020 |
| DAVID S RUNYAN<br>6414 INWAY DRIVE<br>SPRING, TX 77389 | DOUGLAS L. DODSON JR.<br>4431 KNOX AVENUE<br>ROSAMOND, CA 93560 | Easylink Services<br>33 Knightsbridge Rd.<br>Piscataway, NJ 08854-3925 |
| DAVID W ROGERS JR.<br>3843 JEFFERSON ROAD<br>GLEN ROCK, PA 17327 | Douglas Stimpson<br>Chuck Schueller<br>Accident Investigatin & Reconstruction<br>11740 Airport Way, Hgr 35D<br>Broomfeld, CO 80021 | EASYLINK SERVICES CORPORATION<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 8854 |
| Dean Marshall<br>5228 La Taste Ave.<br>El Paso, TX 79924 | Downtown Aviation<br>2787 N. Second Street<br>Memphis, TN 38671 | EATON CORPORATION<br>700 LUICKS LANE<br>BELMOND, IA 50421 |
| DEKALB FORGE<br>1832 PLEASANT<br>DEKALB, IL 60115 | DS-AirService<br>AM Luneort 13<br>Bremerhaven, Germany 27572 | ECK INDUSTRIES INC<br>1602 NORTH 8TH STREET<br>MANITOWOC, WI 54221-0967 |
| DELIMANAGEMENT INC<br>2400 BRAODWAY STREET<br>BEAUMONT, TX 77702 | DSS FIRE INC<br>10265 MILLER RD<br>DALLAS, TX 75238 | ELECTRONICS INTERNATIONAL INC<br>63296 POWELL BUTTE HIGHWAY<br>BEND, OR 97701 |
| DELL MARKETING LP<br>ONE DELL WAY, MAIL STOP RR1-33<br>ROUND ROCK, TX 78682 | DUKE REALTY SERVICES<br>14241 DALLAS PARKWAY #1000<br>DALLAS, TX 75254 | ELVIS LACAYO<br>2520 CATAINA WAY<br>IRVING, TX 75060 |
| DENA BEECHER<br>11524 CACTUS SPRINGS<br>FORT WORTH, TX 76248 | DURRIE SALES<br>411 COUNTRY CLUB RD.<br>BENSONVILLE, IL 60106 | Endicott Forging & Mfg.<br>1901 North Street<br>Endicott, NY 13760 |
| DENNIS CHEATHAM<br>311 RAVENNA ROAD<br>LAKE DALLAS, TX 75065 | Dustin A. Turnquist, M.S., P.E.<br>Engineering Systems Inc.<br>4775 Centennial Blvd., Suite 106<br>Colorado Springs, CO 80919 | ENPARTS<br>660 FERRIS ROAD, SUITE 102<br>LANCASTER, TX 75146 |

| | | |
|---|---|---|
| ERIC JAMES<br>2710 W. PIONEER<br>IRVING, TX 75061 | FEDERAL EXPRESS<br>942 SOUTH SHADY GROVE ROAD<br>MEMPHIS, TN 38120 | FORT DEARBORN LIFE INSURANCE<br>2400 LAKESIDE BOULEVARD<br>RICHARDSON, TX 75082-7399 |
| ERVIN LEASING COMPANY<br>PO BOX 1689<br>ANN ARBOR, MI 48106-1689 | Federal Trade Commission<br>Southwest Region<br>1999 Bryan Street, Suite 2150<br>Dallas, TX 75201-6808 | FRED A. RAWLINS<br>8326 SAW GRASS WAY<br>RADFORD, VA 24141 |
| Ervin Leasing Company<br>3893 Research Park Drive<br>Ann Arbor, MI 48108 | FEDEX FREIGHT EAST<br>200 FORWARD DR<br>HARRISON, AR 72602-0840 | Fred Fine<br>Technical Consultant<br>PO Box 7315<br>Spanish Fort, AL 36577-7315 |
| EUROPEAN AVIATION SAFETY AGENC<br>POSTFACH 10 12 53<br>D-50452 COLOGNE, GERMANY | First Data Corporation<br>6201 Powers Ferry Road<br>ATS-75<br>Atlanta, GA 30339-5401 | GARLOCK - METALLIC GASKET DIV<br>250 PORTWALL ST, SUITE 300<br>HOUSTON, TX 77029 |
| EVAN YEARSLEY<br>509 PARKVIEW PLACE<br>COPPELL, TX 75019 | FLEX-FAB, LLC<br>1699 WEST M-43 HWY<br>HASTINGS, MI 49058 | GARLOCK KLOZURE<br>1666 DIVISION STREET<br>PALMYRA, NY 14522 |
| EXECUTIVE PRINTING SYSTEMS<br>PO BOX 3064<br>MCKINNEY, TX 75070 | FLIGHT INTERNATIONAL INC<br>1 LEAR DRIVE, WILLIAMSBURG INT'L AI<br>NEW PORT NEWS, VA 23602 | Garlock Sealing Technologies<br>5605 Carnegie Blvd., Suite 500<br>Charlotte, NC 28209 |
| EXPERIMENTAL AIRCRAFT ASSOC.<br>PO BOX 3086<br>OSHKOSH, WI 54903-3086 | Flyer Industria<br>Aeronautica Flyer<br>CX-13 Americana<br>SP 13,170-970 Brazil | Garvin Agee Carlton and Mashburn, PC<br>Attn: Alan Agee<br>PO Box 10<br>Pauls Valley, OK 73075-0010 |
| EXXON MOBIL OIL CORPORATION<br>3225 GALLOWS ROAD<br>FAIRFAX, VA 22037 | FLYING J PARTNERS INC<br>PO BOX 207<br>WEST OSSIPEE, NH 3890 | GARY WRIGHT<br>2007 PAT LANE<br>CARROLLTON, TX 75006 |
| FASTENER DIMENSIONS, INC.<br>94-03 104TH STREET<br>OZONE PARK, NY 11416 | Flying Machines South<br>8727 SE 72nd Ave<br>Ocala, FL 33472 | GASKET MANUFACTURING CO. INC<br>18001 SOUTH MAIN STREET<br>GARDENIA, CA 90248-3530 |
| FAULKNERS AIR SHOP, INC.<br>PO BOX 1147<br>BURNET, TX 78611-1147 | FLYING VIKINGS, INC.<br>21593 SKYWEST DRIVE<br>HAYWARD, CA 94541 | GATES CORPORATION<br>1551 WEWATTA STREET<br>DENVER, CO 80202 |

GENERAL AIR SERVICE
BOX 96, MUNICIPAL AIRPORT
VALLEY CITY, ND 58072-0096

GREATAMERICA LEASING CORP
8742 INNOVATION WAY
CHICAGO, IL 60682-0087

Haski Aviation
406 Frank Farone Dr.
New Castle, PA 16101

General Aviation Maintenance
Hangar 1 Airport
Essendon Victoria

GreatAmerica Leasing Corporation
PO Box 609
Cedar Rapids, IA 52406-0609

HEATHER FORDE
2014 DEWITT STREET
IRVING, TX 75062

GENESEE STAMPING & FABRICATING
1470 AVENUE T
GRAND PRAIRIE, TX 75050-1222

Greg Cole
1824 Benson Rd.
Garner, NC 27529

HELI-COIL - EMHART TEKNOLOGIES LL
PO BOX 859
SHELTON, CT 6484

George Edward, III, Ph.D., P.E.
Clarke Engineering Consultants, Inc.
46344 Lore Court
Lexington Park, MD 20653

GREG VAUGA
2005 ROCKWALL FARMS LANE
FUQUAY VARINA, NC 27526

HELIO PRECISION PRODUCTS
601 NORTH SKOKIE HIGHWAY
LAKE BLUFF, IL 60044

GEORGE JENSON
501 EAST FIRST STREET
TUCSON, AZ 85705

GREGORY ZABRANSKY
400 CR 2355
MINEOLA, TX 75773-3654

Henry and Carole Bailey
c/o The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103

GERHARDT GEAR
133 EAST SANTA ANITA
BURBANK, CA 91502-1926

GULF COAST AVIONICS
3650 DRANE FIELD RD, LAKELAND REG
LAKELAND, FL 33811

Hetrick Aircraft, Inc.
3600 Sardou Billard Municipal Airport
Topeka, KS 66616

GLORIA JEAN WELSH
605 WHITNEY DRIVE
SLIDELL, LA 70461

HALSEY ENGINEERING & MFG INC
209 N MAYHILL ROAD
DENTON, TX 76208

Hurst Metallurgical Research Lab
2111 WEST EULESS BLVD, HIGHWAY 10
EULESS, TX 76040-6707

Golden Bay Maintenance
Hangar 144 Compass Rd.
Jandakot Airport
Jandakot, WA Australia 6164

HARRIS PACKAGING CORP.
1600 CARSON STREET
HALTOM CITY, TX 76117

IAN PULLIN
24/19 BOWMAN STREET
SOUTH PERTH, WEST AUSTRALIA

Good Wood Road Racing
G-BBRX Ltd Oriel
Cottage Station Road
Chobham Woking GU24 8AX
United Kingdom

HARTFORD AIRCRAFT PRODUCTS
94 OLD POQUONOCK ROAD
BLOOMFIELD, CT 06002

IBRAEX IND
QUADRA 112S RUA SRO 7 N. 47, PLANTO
PALMAS - TO, BRAZIL 77.020-176

GRAIG SCHULZE
178 VICTORY #108
BURBANK, CA 91502

HARVEY-DACO, INC
307 LAKE AIR DRIVE
WACO, TX 76714-7155

ING
151 FARMINGTON AVENUE
HARTFORD, CT 06156-7750

| | | |
|---|---|---|
| INSTRON WILSON/SHORE INSTR.<br>825 UNIVERSITY AVENUE<br>NORWOOD, MA 02062-2643 | J.R. JORDAN<br>560 CLOTHIER SPRINGS ROAD<br>MALVERN, PA 19355 | JEFFERY PAUST<br>16100 HENDERSON PASS<br>SAN ANTONIO, TX 78232 |
| Intellipak, Inc.<br>12322 E. 55th Street<br>Tulsa, OK 74146 | Jack Kendall<br>AIG<br>1200 Abernathy Road NE<br>600 Northpark Town Center<br>Alpharetta, GA 30328 | JERRY BALLARD<br>PO BOX 2548<br>EVERGREEN, CO 80437 |
| Internal Revenue Service<br>Special Procedures - Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | Jade Air PLC<br>The Old Stables<br>Hoodlands Farm, London<br>Handcross<br>West Sussex, England RH17 6HB | Jerry Meyers Aviation<br>4713 Meadow Lane<br>Bozeman, MT 59715 |
| INTERNATIONAL BUSINESS SYSTEMS<br>90 BLUE RAVINE RD<br>FOLSOM, CA 95630 | JAMES EVERETT<br>2621 KEYHOLE STREET<br>IRVING, TX 75062 | Jim Irvin<br>Aircraft Engine Reconstruction Specialis<br>6501 Wilkinson Drive, Suite 200<br>Prescott, AZ 86301-6188 |
| International Business Systems<br>90 Blue Ravine Rd.<br>Folsom, CA 95630 | JAMES WHITLEY<br>820 SHADY LANE<br>BEDFORD, TX 76021-5330 | JIM WATKINS<br>8817 RAVENSWOOD RD<br>GRANBURY, TX 76049 |
| INTERWEST COMMUNICATIONS CORP<br>2152 W. NORTHWEST HWY, #122<br>DALLAS, TX 75220 | JAN CLEMENS<br>17269 CR 663<br>FARMERSVILLE, TX 75442 | JOHN F D PETERSON<br>13465 DECOTEAU ROAD<br>GONZALES, LA 70737 |
| Interwest Communications Corp.<br>2152 W. Northwest Hwy, Ste 122<br>Dallas, TX 75220 | Janella Ellsworth<br>PO Box 451<br>Guild, TN 37340 | JOHN FELLENSTEIN<br>839 SUMMERLY DRIVE<br>NASHVILLE, TN 37209 |
| Irving ISD<br>c/o Laurie Spindler<br>Linebarger Goggan Blair & Sampson<br>2323 Bryan St., Ste 1600<br>Dallas, TX 75201 | Janet Innis<br>c/o The Wolk Law Firm<br>1710-12 Locust Street<br>Philadelphia, PA 19103 | JOHN GOODLOE<br>6505 RIDGLEA<br>W TAUGA, TX 76148 |
| IWATSU Voice Networks<br>8001 Jetstar Dr.<br>Irving, TX 75063 | JEAN-PIERRE VERDIER<br>24234 EAGLE CLIFF TRAIL<br>CONIFER, CO 80433 | JOHN WEBER<br>2201 ROCKBROOK #1338<br>LEWISVILLE, TX 75067 |
| J&J AIR PARTS INC<br>430 NORTH BRYANT<br>PLEASANTON, TX 78064 | JEFF W. SMITH<br>1950 CHISWICK ROAD<br>KNOXVILLE, TN 37922 | JOHNSON, MORGAN & WHITE<br>PO BOX 5000<br>BOCA RATON, FL 33431-0800 |

| | | |
|---|---|---|
| Jon S. Lore<br>23314 Green Holly Road<br>Lexington Park, MD 20653 | KING ENGINE BEARINGS LTD<br>10 HA AVATZ ST<br>KIRYAT GAT, ISREAL 82101 | L.E. Clark<br>10109 Clark Airfield Rd.<br>Clark Airport<br>Clark, TX 76247 |
| JUAN RUIZ<br>2851 ASTER<br>DALLAS, TX 75211 | KISMET RUBBER PRODUCTS CORP<br>215 INDUSTRIAL BLVD<br>BLUE RIDGE, GA 30513 | LABRIE COMMERCIAL CLEANING<br>PO BOX 833778<br>RICHARDSON, TX 75083 |
| KAPCO / VALTEC AIRCRAFT SUPPLY<br>3120 E. ENTERPRISE ST<br>BREA, CA 92821 | KITPLANES<br>531 ENCINITAS BLVD #105<br>ENCINITAS, CA 92024 | LaBrie Commercial Cleaning<br>PO Box 833778<br>Richardson, TX 75083-3778 |
| Kaplan, von Ohlen & Massamillo, LLC<br>ATTN: Nicholas E. Pantelopoulos<br>555 Fifth Avenue, 15th Floor<br>New York, NY 10017 | KNAPPE & KOESTER INC<br>18 BRADCO STREET<br>KEENE, NH 3431 | LARRY L. COLLEY<br>6701 Convair Rd.<br>EL PASO, TX 79925 |
| Kayce Weakley<br>635 E Samford Avenue<br>Auburn, AL 36830 | Knutson Aviation Services<br>Attn: Donald F. Knutson<br>2118 N. Tyler, Bldg. B, Suite 102<br>Wichita, KS 67212 | LARRY REEDER<br>10484 AIR PARK LOOP<br>MELBA, ID 83641 |
| Keith A Fink & Associates<br>S. Kevin Steinberg<br>11500 West Olympic Blvd., Suite 316<br>Los Angeles, CA 90064 | KPMG, LLP<br>717 NORTH HARWOOD STREET, #3100<br>DALLAS, TX 75201 | LARRY WM. ELLIOTT<br>15 KINGWOOD VILLAS CT<br>KINGWOOD, TX 77339 |
| KELLY AEROSPACE POWER SYSTEMS<br>2900 SELMA HIGHWAY<br>MONTGOMERY, AL 36108 | KSPG Automotive Brazil Ltda-Kolbenschm<br>RODARNALDO JULIO MAUERBERG, 400<br>13460-000 NOVA ODESSA - SP BRASIL | Lawrence Chevigny, et al.<br>c/o Miller Thompson, LLP<br>3000, 700-9th Ave. S.W.<br>Calgary, AB, Canada T2P 3V4 |
| Kenneth J. Moran<br>Moran Brown PC<br>4110 East Parham Road<br>Richmond, VA 23228 | KUEHNE & NAGEL INC<br>101 W RANGLER DRIVE, SUITE 201<br>COPPELL, TX 75019 | Lawrence W. Olesen, Q.C.<br>Bryan & Company, LLC<br>2600 Lanulife Place<br>10180-101 Street<br>Edmonton, Alberta T5J3Y2 |
| KENT ABERCROMBIE<br>1436 GARDENIA ST<br>IRVING, TX 75063 | KURT MANUFACTURING CORP<br>5280 MAIN ST. N.E.<br>MINNEAPOLIS, MN 55421-1594 | LE JONES CO<br>1200 34TH AVENUE<br>MENOMINEE, MI 49858 |
| Kent Abercrombie<br>621 S. Royal Lane, Suite 100<br>Coppell, TX 75019-3805 | L E CLARK<br>10109 CLARK AIRFIELD ROAD, CLARK A<br>CLARK, TX 76247 | Lee Danforth<br>Coddington, Hicks & Danforth<br>555 Twin Dolphin Drive, Suite 300<br>Redwood Shores<br>Redwood City, CA 94065-2133 |

Debtor(s): Superior Air Parts, Inc.    Case No: 08-36705    NORTHERN DISTRICT OF TEXAS
Case 08-36705-bjh11    Doc 315-1    Filed 07/20/09    Entered 07/20/09 14:36:36    Desc
Chapter: 11    DALLAS DIVISION
Exhibit Master Service List    Page 12 of 19

| | | |
|---|---|---|
| LIGHT SPEED ENGINEERING, LLC<br>416 E SANTA MARIA, HANGAR 15<br>ASANTA PAULA, CA 93060 | MALONEY, BEAN, HORN & HULL PC<br>511 E JOHN CARPENTER FREEWAY, SU<br>IRVING, TX 75062 | MARY RENFRO<br>7400 BARBARA COURT<br>WATAUGA, TX 76148 |
| Loma Air<br>Herentalsesteenweg 10<br>B-2220 Heist O/D Berg<br>Belgium | MANDEL, LIPTON & STEVENSON LIMITE<br>120 N LA SALLE STREET #1450<br>CHICAGO, IL 60602 | MASOUD ZEAHEDI<br>5801 ROSWELL ROAD<br>ATLANTA, GA 30328 |
| Louis Franecke<br>1115 Irwin Street<br>Suite 100<br>San Rafael, CA 94901 | MANITOWOC PATTERN & MFG CO<br>4315 EXPO DRIVE<br>MANITOWOC, WI 54220-7305 | MASTER PRODUCTS CO<br>6400 Park Avenue<br>Cleveland, OH 44105 |
| Luyster<br>c/o Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590 | MANITOWOC TOOL & MACHINING LLC<br>4211 CLIPPER DRIVE<br>MANITOWOC, WI 54220 | MAURICE TOMPKINS<br>5024 DARDEN AVENUE<br>ORLANDO, FL 32812 |
| LYNDEN INTERNATIONAL<br>1800 INTERNATIONAL BLVD #800<br>SEATTLE, WA 98188 | MANUEL MERCADO<br>2930 SCOTT MILL<br>CARROLLTON, TX 75007 | MAX NICHOLS<br>5221 TELESTAR LANE<br>GRET BEND, KS 67530 |
| M&M AEROSPACE HARDWARE INC<br>PO BOX 025263<br>MIAMI SPRINGS, FL 33102-5263 | MARIA GARCIA<br>1516 MARK<br>IRVING, TX 75061 | MAYER BROWN LLP<br>230 SOUTH LASALLE STREET<br>CHICAGO, IL 60604-1404 |
| MAHLE ENGINE COMPONENTS USA<br>c/o Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street N.W.<br>Grand Rapids, MI 49503-2487 | MARIA MELGAR<br>205 S IRVING HEIGHT<br>IRVING, TX 75060 | MCMASTER-CARR SUPPLY CO<br>PO BOX 740100<br>ATLANTA, GA 30374-0100 |
| MAHLE ENGINE COMPONENTS USA<br>17226 INDUSTRIAL HWY<br>CALDWELL, OH 43724-9779 | MARIA PEREZ<br>1908 ANNA DRIVE<br>IRVING, TX 75061 | MCSHAN FLORIST, INC.<br>10311 GARLAND ROAD<br>DALLAS, TX 75218-0430 |
| MAHLE ENGINE COMPONENTS USA<br>14161 MANCHESTER ROAD<br>MANCHESTER, MO 63011 | MARK SINDERSON<br>14700 HIGHTOWER<br>MINNETONKA, MN 55345 | McSwain Engineering<br>3320 McLemore Dr.<br>Pensacola, FL 32514 |
| MAJESTIC GRAPHICS LLC<br>9411 HILLTOP ROAD<br>ARGYLE, TX 76226 | MARSHALLTOWN AVIATION INC<br>2651 170th STREET<br>MARSHALLTOWN, IA 50158-8917 | Michael Henderson<br>c/o Randell C. Ogg, ESQ<br>Ninth Floor, Connecticut Bldg.<br>1150 Connecticut Ave., NW<br>Washington, DC 20036-4192 |

| | | |
|---|---|---|
| Michael J. Holland<br>Condon & Forsyth<br>7 Times Square, 18th Floor<br>New York, NY 10036 | MSC INDUSTRIAL DIRECT CO INC<br>75 MAXESS ROAD<br>MELVILLE, NY 11747-3151 | Northwest Propeller Service<br>16709 Meridian St., E, Unit 3<br>Puyallup, WA 98375 |
| MID-FLORIDA AIR SERVICES<br>19708 EUSTIS AIRPORT ROAD<br>EUSTIS, FL 32736 | MURRAY CORP.<br>260 SCHILLING CIRCLE<br>HUNT VALLEY, MD 21031 | Norvic Aero Engines<br>Units 4 & 5 Levellers Lane<br>Eynesbury, St. Neots<br>Cambs PE19 2JL |
| MID-SOTA AIRCRAFT REPAIR<br>25297 LAKE ROAD<br>ST CLOUD, MN 56301 | N.E.W. INDUSTRIES INC<br>905 S NEENAH AVE<br>STURGEON BAY, WI 54235 | O FALLON CASTING<br>600 Cannonball Ln<br>O FALLON, MO 63366-4411 |
| MIDWAY AVIATION<br>8008 CEDAR SPRINGS, LOCKBOX 15, D.<br>DALLAS, TX 75235 | NATIONAL CITY COMMERCIAL CAPITAL<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | OHIO GASKET & SHIM<br>976 EVANS AVENUE<br>AKRON, OH 44305 |
| MIDWEST AVIATION<br>1650 WEST COLLEGE DRIVE, SUITE 100<br>MARSHALLTOWN, MN 56258 | National City Commercial Capital Company<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | OMNI PACKAGING CORPORATION<br>12322 EAST 55TH STREET<br>TULSA, OK 74146 |
| MIKES CARTAGE COMPANY<br>PO BOX 153644<br>IRVING, TX 75015-3644 | New Horizons<br>5151 Belt Line Rd.<br>Dallas, TX 75254 | ON TIME EXPRESS<br>3409 HIGH PRAIRIE ROAD<br>GRAND PRAIRIE, TX 75050 |
| MILWAUKEE WIRE PRODUCTS<br>PO BOX 217<br>MEQUON, WI 53092-0217 | NICOL SCALES, INC.<br>1412 GRIFFIN ST. EAST<br>DALLAS, TX 75222-2288 | PACK READY<br>PO BOX 901<br>WYLIE, TX 75098 |
| MJLG c/o Marine Lumber<br>Lower Orange St.<br>Nantucket MA 02554 | NORMAN MARSDEN<br>5212 MUSTANG TRAIL<br>PLANO, TX 75093 | PARKER SEAL EPS DIVISION<br>403 INDUSTRIAL DRIVE<br>NACOGDOCHES, TX 75964 |
| MORRISSEY INC<br>9304 BRYANT AVE. SOUTH<br>BLOOMINGTON, MN 55420 | NORTH TEXAS PRECISION INSTRUMEN<br>7464 DOGWOOD PARK<br>FORT WORTH, TX 76118 | PASSPORTS & VISAS<br>2938 VALLEY VIEW LANE<br>DALLAS, TX 75234 |
| MOTION INDUSTRIES<br>2221 WEST MOCKINGBIRD LANE<br>DALLAS, TX 75235 | NORTHWEST PROPANE GAS, CO.<br>11551 HARRY HINES BLVD.<br>DALLAS, TX 75229-2296 | PATRICK BENOIT<br>3708 ROXBURY LANE<br>PLANO, TX 75025 |

| | | |
|---|---|---|
| Patton Air Spray<br>PO Box 164<br>Quirindi, NSW 2343<br>Australia | PETER J BEATTY<br>18 STIRRUP RUN<br>NEWARK, DE 19711-2460 | Print, Inc.<br>11335 NE 122nd Way STE 250<br>Kirkland, PA 98034 |
| Paul Eberly<br>414 Sunset Drive<br>Gulf Shores, AL 36542 | Pilar Garcia<br>1516 Mark Street<br>Irving, TX 75061 | Print, Inc.<br>11265 Kirkland Way, Ste 3000<br>Kirkland, PA 98033 |
| PAUL HERSHORIN<br>6077 PINE NEEDLE LANE S<br>LAKE WORTH, FL 33467 | PITNEY BOWES<br>2225 AMERICAN DRIVE<br>NEEHAH, WI 54956-1005 | PRO AERO ENGINES, INC.<br>2965 AIRPORT DRIVE<br>KAMLOOPS, BC, CANADA V2B 7W8, |
| Paul Leonard<br>16415 Addison Road, Suite 800<br>Addison, TX 75001-3267 | Pitney Bowes Credit Corporation<br>2225 American Drive<br>Neehah, WI 54956 | Professional Analysis and Consulting, In<br>Attn: David K. Hall<br>43W 752 US Route 30<br>Suite 2F<br>Sugar Grove, IL 60554 |
| Paul Rice<br>6322 Long Beach Blvd<br>Harvey Cedar, NJ 08008 | PLANE-POWER<br>346 HOWARD CLEMMONS ROAD<br>GRANDBURY, TX 76048 | PROGRESSIVE AIR SERVICES LTD<br>2965 AIRPORT ROAD<br>KAMLOOPS, BC V2B 7W8 |
| PAUL WESTCOTT<br>7333 49th AVENUE S.E.<br>OLYMPIA, WA 98513-4515 | PRECISION AIRMOTIVE LLC<br>14800 40TH AVENUE NE<br>MARYSVILLE, WA 98271 | PROSTAR SERVICES INC<br>1420 MAC ARTHUR DRIVE #104<br>CARROLLTON, TX 75067 |
| Paul Wickett<br>66 Scenic Drive<br>Pottsboro, TX 75076 | PRECISION FITTINGS<br>709 NORTH MAIN STREET<br>WELLINGTON, OH 44090 | PROTECTIVE PACKAGING CORP<br>1746 W. CROSBY ROAD #106<br>CARROLLTON, TX 75006 |
| PAUL WINTERS<br>69 BALSALL ST EAST<br>BALSALL COMMON, COVENTRY ENGLA | PRECISION MACHINE & MFG CO<br>500 INDUSTRIAL ROAD<br>GROVE, OK 74344 | PUBLISHERS PRESS<br>100 FRANK E SIMON AVENUE<br>SHEPHERDSVILLE, KY 40165 |
| PENN YAN AERO SERVICE, INC.<br>2499 BATH ROAD<br>PENN YAN, NY 14527 | Prima S A.<br>Lisciasta 17 Street<br>91-357-LODZ<br>Poland | PULSAR AIRCRAFT CORPORATION<br>4233 SANTA ANITA AVENUE, SUITE #5<br>EL MONTE CA, CA 91731 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | PRINT INC<br>ONE DEERWOOD, 10201 CENTURION P<br>JACKSONVILLE, FL 32256 | PYSZKA, BLACKMON, LEVY, MOWERS &<br>14750 NW 77TH COURT #300<br>MIAMI LAKES, FL 33016 |

| | | |
|---|---|---|
| QUILL CORPORATION<br>PO BOX 94080<br>PALATINE, IL 60094-4080 | RICHARD KRAJICEK<br>1111 HERMANN DRIVE #29A<br>HOUSTON, TX 77004 | Roxanne Cherry, Admin of the<br>Estate of Christopher Desch<br>c/o The Wolk Law Firm<br>1710-12 Locust Street<br>Philadelphia, PA 19103 |
| R&B ELECTRONICS<br>1520 INDUSTRIAL PARK DRIVE<br>SAULT SAINTE MARIE, MI 49783 | Richard L. Taylor<br>Flight Information, Inc.<br>5498 Ayrshire Drive<br>Dublin, OH 43017-9428 | RSI CRATING & PACKAGING<br>2230 LBJ FREEWAY, #400<br>DALLAS, TX 75234 |
| R+L CARRIERS<br>600 GILLAM ROAD<br>WILMINGTON, OH 45177-0271 | RICK BAILEY<br>8020 NAVION LANE<br>FALCON, CO 80831 | RSM MCGLADREY<br>ONE GALLERIA TOWER, 13355 NOEL RD<br>DALLAS, TX 75240-6651 |
| RAM AIRCRAFT CORPORATION<br>7505 KARL MAY DRIVE<br>WACO, TX 76708 | Rick Klein<br>4909 SW 11 Ave<br>Cape Coral, FL 33914 | RUBBER ASSOCIATES, INC.<br>1522 WEST TURKEYFOOT LAKE ROAD<br>BARBERTON, OH 44203-4898 |
| RANDY BORNHORST<br>4236 ARBORETUM DRIVE NW<br>ROCHESTER, MN 55901 | ROB ATTAWAY<br>4518 E. OLIVE AVENUE<br>HIGLEY, AZ 85236 | RUBEN MALDONADO<br>18625 MIDWAY ROAD #402<br>DALLAS, TX 75287 |
| Ray Claxton, Ph.D.<br>Materials Analysis, Inc.<br>10338 Miller Rd.<br>Dallas, TX 75238 | ROBINSON HELICOPTER<br>2901 AIRPORT DRIVE<br>TORRANCE, CA 90505-5308 | Rudy Mantel<br>Forensic Animations<br>6885 NW 12th Street<br>Ft. Lauderdale, FL 33313 |
| REIMERS AIRCRAFT ENGINES<br>4741 EAST 113th AVENUE<br>ANCHORAGE, AK 99516-1620 | RODNEY MCLEAN<br>150 SOUTH CHASE STREET<br>LAKEWOOD, CO 80226 | Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG, Feld<br>Witten, Germany 58456 |
| Reno Air Racing Association<br>14501 Mt Anderson St<br>Reno, NV 89506 | Roger W. Stalkamp<br>3548 Old Oaks Drive<br>Beavercreek, OH 45431-2412 | RUSS AIREY<br>989 SILVERDALE DRIVE<br>WINDSOR, ONTARIO, CANADA |
| RESERVE ACCOUNT - WORLD HEADQU<br>1 ELMCROFT ROAD<br>STAMFORD, CT 06926-0700 | RONALD GELZUNAS<br>NORTH WILDWOOD MEDICAL ASSOC,<br>NORTH WILDWOOD, NJ 8260 | SAE INTERNATIONAL<br>400 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15096-0001 |
| RICHARD BRINKERHOFF<br>2134 GOLD DUST COURT<br>TRINITY, FL 34655 | ROSTRA VERNATHERM, INC.<br>106 ENTERPRISE DRIVE<br>BRISTON, CT 6010 | SAFETY-KLEEN<br>5400 LEGACY DRIVE<br>PLANO, TX 75024 |

| | | |
|---|---|---|
| SAL BUENTELLO<br>15963 PARVIN ROAD<br>PROSPER, TX 75078 | SKY-TEC<br>350 HOWARD CLEMMONS ROAD<br>GRANBURY, TX 76048 | STATE COMPTROLLER<br>111 E. 17 STREET<br>AUSTIN, TX 78774-0100 |
| SAMPSON ENTERPRISES INC<br>894 N MILL STREET, SUITE 2<br>LEWISVILLE, TX 75057 | SKYLINE AVIATION<br>SPIRIT AIRPORT, 776 NORTH BELL AVE<br>CHESTERFIELD, MO 63005 | STATE OF OHIO<br>PO BOX 16678<br>COLUMBUS, OH 43216-6678 |
| SATURN FASTENERS INC<br>425 S. VARNEY ST.<br>BURBANK, CA 91502 | SKYTEL<br>PO BOX 2469<br>JACKSONVILLE, MS 39225-2469 | STAVELEY SERVICES FLUIDS ANALYSI<br>18419 EUCLID AVENUE<br>CLEVELAND, OH 44112-1016 |
| Schnader Harrison Segal & Lewis, LLP<br>Attn: J. Denny Shupe<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286 | Slick Unison<br>530 Blackhawk Park Ave.<br>Rockford, IL 61104 | STEPHANIE FINNEY<br>17269 CR 663<br>FARMERSVILLE, TX 75442 |
| SCOTT FREEMAN<br>840 EAST HUNGRY MOTHER DRIVE<br>MARION, VA 24354 | Southair LTD<br>Taieri Airport<br>58 Stedman Rd<br>Mosgiel, Dunedin 9092<br>New Zealand | STEPHEN ADAMS<br>2398 WILLIAM FEW PARKWAY<br>EVANS, GA 30809 |
| SEAL SCIENCE INC<br>17131 DAIMLER<br>IRVINE, CA 92614-5508 | SOUTHWESTERN GAGE INC<br>3151 COMMONWEALTH<br>DALLAS, TX 75247-6201 | STERLING AIRCRAFT REPAIR<br>FORREST LANE, PO BOX 185<br>STERLING, AK 99672 |
| SECURLOCK STORAGE CENTERS<br>320 STATE HWY 121<br>COPPELL, TX 75019 | Spirangam Ragan<br>215 Granite Court<br>Boulder City, NV 89005 | Steve Gann<br>8166 Autumnwoods<br>Southaven, MS 38671 |
| SEMBLEX CORPORATION<br>199 W DIVERSEY AVENUE<br>ELMHURST, IL 60126 | SPRING ENTERPRISES<br>2890 MALIBOU COURT<br>DAYTONA BEACH, FL 32128 | STEVE GLASS<br>769 FARMBROOK DRIVE<br>BEAVERCREEK, OH 45430 |
| Signature Engines<br>4760 Airport Rd.<br>Cincinnati, OH 45226 | STAN JONES AVIATION<br>1100 AIRPORT ROAD<br>SALEM, IL 62881 | STEVE WILSON<br>PO BOX 206<br>PANACEA, FL 32346 |
| SKF SEALING SOLUTIONS<br>PO BOX 536755<br>ATLANTA, GA 30353-6755 | STAPLES BUSINESS ADVANTAGE<br>500 STAPLES DRIVE<br>FRAMINGHAM, MA 1702 | STEVES AIRCRAFT<br>15373 JONES ROAD<br>WHITE CITY, OR 97503-9577 |

| | | |
|---|---|---|
| SUEZ ENERGY RESOURCES NA<br>PO BOX 25225<br>LEHIGH VALLEY, PA 18002-5225 | TEXAS DUGAN L.P.<br>600 EAST 96TH STREET #100<br>INDIANAPOLIS, IN 46240 | TigerHelicopter<br>Shobdon Aerodrome<br>Leominster Herefordshire<br>HR6 9NR United Kingdom |
| Suez Energy Resources, NA<br>1990 Post Oak Dr., Ste 1900<br>Houston, TX 77056 | Texas Dugan LP<br>c/o Duke Realty LP<br>5495 Belt Line Road, Suite 360<br>Dallas, TX 75240 | Time Warner Telecom of Texas, L.P.<br>2805 Dallas Parkway, Ste 140<br>Plano, TX 75093 |
| Suez Energy Resources, NA<br>1990 Post Oak Dr., Suite 1900<br>Houston, TX 77056 | TEXAS NAMEPLATE<br>PO BOX 150499<br>DALLAS, TX 75315-0499 | Time Warner Telecom of Texas, LP<br>15303 Dallas Parkway, Ste 610<br>Addison, TX 75001 |
| SUPERIOR TRANSPORT<br>3200 N SYLVANIA AVE #A<br>FORT WORTH, TX 76111 | THE BLAND CO<br>55 BROOK STREET<br>WEST HARTFORD, CT 06133-0358 | TIMSCO<br>9893 W UNIVERSITY DRIVE, #121<br>MCKINNEY, TX 75071 |
| Tarrant County Tax Office<br>100 E. Weatherford<br>Fort Worth, TX 76196 | THE SERVICE CENTER<br>6450 CLARA ST., STE 100<br>HOUSTON, TX 77041 | TOPCAST AVIATION SUPPLY<br>15/F W OLD PEACE CENTRE, 55 W O TUI<br>KWAICHUNG, HONG KONG |
| TECHNIPRODUCTS INC<br>126 INDUSTRIAL DRIVE<br>EAST LONGMEADOW, MA 01028-0215 | THIELERT AE - PRE INSOLVENCY<br>NIERITZSTR 14<br>D-01097, DRESDEN GERMANY | TRADE-A-PLANE ADVERTISING<br>174 4TH STREET<br>CROSSVILLE, TN 38557 |
| TECHNIFAX OFFICE SOLUTIONS<br>3220 KELLER SPRINGS #118<br>CARROLLTON, TX 75006 | THIELERT AG<br>ALBERT-EINSTEIN-RING 11<br>D-22761, HAMBURG GERMANY | TREVOR DAVIS<br>23 OUDEKRAAL ROAD<br>CAMPUS BAN, SOUTH AFRICA |
| Technifax Office Solutions<br>3220 Keller Springs, Ste 118<br>Carrollton, TX 75006 | THIELERT AIRCRAFT ENGINES GMBH<br>NIERITZSTR 14<br>D-01097, DRESDEN GERMANY | TriStar, Inc.<br>3740 E. LaSalle St.<br>Phoenix, AZ 85040 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 | THOMAS LOCHRIDGE<br>1403 N 14TH STREET<br>HONEY GROVE, TX 75446 | TRUARC COMPANY LLC<br>125 BRONCO WAY<br>PHILLIPSBURG, NJ 8665 |
| TEX-AIR PARTS INC<br>3724 N COMMERCE ST<br>FORT WORTH, TX 76106 | THOMAS REPROGRAPHICS<br>600 N CENTRAL EXPRESSWAY<br>RICHARDSON, TX 75080 | TRW AUTOMOTIVE US LLC<br>3900 MOGADORE INDUSTRIAL PARKW A<br>MOGADORE, OH 44260 |

| | | |
|---|---|---|
| TULCO OILS INC<br>627 112TH STREET<br>ARLINGTON, TX 76011 | UNITED PARCEL SERVICE<br>PO BOX 650580<br>DALLAS, TX 75265-0580 | Vector Aviation<br>Vector Air Ltd.<br>The Homestead<br>Therfield Royston SG8 9RA |
| TW TELECOM<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242-1496 | Virgin Records America, Inc.<br>c/o Tew Cardenas, LLP<br>4 Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, FL 33131 |
| TX State Comptroller of Public Accts.<br>Revenue Acct. Div - Bankruptcy<br>P.O. Box 13528 Capital Station<br>Austin, TX 78711 | UPS SUPPLY CHAIN SOLUTIONS INC<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 | VISION SERVICE PLAN - (SW)<br>FILE # 73280, PO BOX 60000<br>SAN FRANCISCO, CA 94160-3280 |
| Tygris Vendor Finance, Inc.<br>f/k/a US Express Leasing<br>Attn: Annette McGovern<br>10 Waterview Blvd.<br>Parsippany, NJ 07054 | US EXPRESS LEASING INC<br>DEPT #1608<br>DENVER, CO 80291-1608 | VOLARE CARBURETORS LLC<br>211 CHASE STREET<br>GIBSONVILLE, NC 27249 |
| TZU-YING HO<br>7218 BRANBLEBUSH DRIVE<br>FRISCO, TX 75034 | US Express Leasing, Inc.<br>10 Waterview Blvd.<br>Parsippany, NJ 07054 | W.W. GRAINGER<br>100 GRAINGER PARKWAY<br>LAKE FOREST, IL 60045-5201 |
| U.S. SEC<br>Fort Worth Regional Office<br>Burnett Plaza, Suite 1900<br>801 Cherry Street, Unit 18<br>Fort Worth, TX 76102 | UTI, UNITED STATES INC<br>801 HANOVER DRIVE, SUITE #100<br>GRAPEVINE, TX 76051 | WAHIDUALLAH OSMAN<br>7952 EDDIE DRIVE<br>PLANO, TX 75025 |
| ULINE<br>2200 S. LAKESIDE DRIVE<br>WAUKEGAN, IL 60085 | V&L TOOL INC<br>2021 MCARTHUR ROAD<br>WAUKESHA, WI 53188 | Web Trends<br>851 SW 6th Ave., #600<br>Portland, OR 97204 |
| UMPCO<br>7100 LAMPSON AVENUE<br>GARDEN GROVE, CA 92846-5158 | VARGA ENTERPRISES INC<br>2350 S. AIRPORT BLVD.<br>CHANDLER, AZ 85249 | WEB TRENDS INC<br>851 SW 6TH AVENUE #600<br>PORTLAND, OR 97204 |
| UNISON INDUSTRIES, LLC<br>7575 BAYMEADOWS WAY<br>JACKSONVILLE, FL 32256 | Various | WESTERN GAGE CORPORATION<br>3316-A MAYA LINDA<br>CAMARILLO, CA 93012 |
| Unisource Worldwide, Inc.<br>850 N Arlington Heights Rd<br>Itasca, IL 60143 | VB SEALS INC<br>1107 AIRPORT ROAD<br>AMES, IA 50010 | WESTERN MANUFACTURING CO<br>28355 INDUSTRY DRIVE, UNIT 420<br>VALENCIA, CA 91355 |

WESTERN SKYWAYS
21 CREATIVE PLACE
MONTROSE, CO 81401

Wittgens Markus
Durbusch 47
D-51503 Rosrath Germany

White Hawk Aviation, Inc.
12517 Beaverlyford Road
Brandy Station, VA 22714

Woodhaven Aviation
2050 300 West
Hangar #63
Spanish Fork, UT 84660

Wilfredo Oquendo
PO Box 28448
Hialeah FL 33002

Wrico Stamping Co. of Texas
650 Industrial Blvd.
Grapevine, TX 76051

WILLIAM BLACKWOOD
620 N COPPELL ROAD #4104
COPPELL, TX 75019

WSK KALISZ
UL. CZESTOCHOWSKA 140
62-800, KALASZ, POLAND

WILLIAM CANNON
1 WALDEN COURT
THE COLONY, TX 75056

WYANDOTTE INDUSTRIES, INC.
4625 13th STREET
WYANDOTTE, MI 48192

WILLIAM E BUCKLEY
835 CAMP JOHNSON ROAD
ORANGE PARK, FL 32065

Yellow Transportation
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, MD 21094

WILLIAM PETERSON
2720 GRAYSTONE DRIVE
FLOWER MOUND, TX 75028

Z PACKAGING INC
1402 DUNN DR
CARROLLTON, TX 75006

WINSTED PRECISION BALL COMPANY
159 COLEBROOK RIVER ROAD
WINSTED, CT 6098

ZANZIS pA.
CORSO VERCELLI, 159
10015 IVERA, ITALY

WISE AVIATION SERVICES
351 AIRPORT RD
DECATUR, TX 76234

ZEPHYR AIRCRAFT ENGINES
39320 AVENUE B, MUNICIPAL AIRPORT
ZEPHYRHILLS, FL 33540

WITHERINGTON PROPERTIES
3511 SILVERSIDE RD, SUITE 105
WILMINGTON, DE 19810-4902