U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed July 21, 2009

United States Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705-BJH-11 |
| | § | |
| SUPERIOR AIR PARTS, INC.,  et al., | § | Jointly Administered |
| | § | |
| DEBTOR-IN POSSESSION. | § | CHAPTER 11 |

### ORDER DENYING MOTION FOR ORDER ESTABLISHING PROCEDURES FOR MONTHLY AND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS

On May 18, 2009, came on for consideration Debtor Superior Air Parts, Inc.'s Motion for Entry of an Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals, Docket No. 155, (the "Motion"), seeking entry of an order to establish procedures for interim compensation and reimbursement of expenses for professionals specifically retained by order of this Court. The Court finds that the relief requested in the Motion is unnecessary.

**ORDER DENYING MOTION FOR ORDER ESTABLISHING PROCEDURES FOR MONTHLY AND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS**　　1

591993.2/SPA/20354/0102/071509

Therefore, it is

ORDERED that the Motion is denied.

### ###END OF ORDER###

<u>Submitted and prepared by:</u>

Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

**ORDER DENYING MOTION FOR ORDER ESTABLISHING PROCEDURES FOR MONTHLY AND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS**    2

591993.2/SPA/20354/0102/071509