U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed July 21, 2009                                         **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 08-36705 |
| § | |
| SUPERIOR AIR PARTS, INC. § | CHAPTER 11 |
| § | |
| DEBTOR, § | |
| § | |

### ORDER EXTENDING EXCLUSIVITY PERIOD

Upon consideration of the Debtor's Motion to Extend Exclusivity Period (Docket No. 194) ("Motion"), finding due and proper notice of the Motion was given, and after review of the pleadings, documents, and arguments of counsel, if any, the Court finds that cause exists to grant the Motion. Accordingly, it is hereby

ORDERED, that the 120-day and 180-day exclusivity periods are hereby extended by a period of 15 days each, from April 30, 2009 to May 15, 2009, and June 29, 2009 to July 14, 2009, respectively.

### End of Order ###

<u>Submitted and prepared by:</u>

Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**