David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. | § |
| | § |
| DEBTOR-IN POSSESSION. | § |

**NOTICE OF AMENDED EXHIBIT**

On or about July 2, 2009, the Official Committee of Unsecured Creditors' (the "Committee") filed their Motion to Approve Solicitation Letter [Docket No. 271].

PLEASE TAKE NOTICE that the Committee has amended the proposed solicitation letter. A copy of the proposed solicitation letter is attached hereto as "Exhibit A".

Dated: July 22, 2009
     Dallas, Texas

                                  Respectfully submitted,

                                  BAKER & MCKENZIE

                                  By:       /s/ Elliot D. Schuler
                                        Dave Parham
                                        State Bar No. 15459500
                                        Elliot D. Schuler
                                        State Bar No. 24033046
                                2300 Trammell Crow Center
                                2001 Ross Avenue
                                Dallas, Texas 75201
                                Telephone: (214) 978-3000
                                Facsimile: (214) 978-3099

                                **ATTORNEYS FOR THE OFFICIAL**
                                **COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via electronic mail, and on all other parties via the Court's ECF filing system on July 22, 2009.

| | |
|---|---|
| **Duane J. Brescia**<br>**Stephen A. Roberts**<br>Strasburger & Price LLP<br>600 Congress Ave., Ste. 1600<br>Austin, TX 78701<br>Email: duane.brescia@strasburger.com<br>Email: stephen.roberts@strasburger.com | **Kevin H. Good**<br>Conner & Winters, LLP<br>1700 Pacific Avenue, Suite 2250<br>Dallas, TX 75201<br>Email: kgood@cwlaw.com |
| **Billy G. Leonard, Jr.**<br>Attorney at Law<br>1650 W. Virginia Street, Suite 211<br>McKinney, TX 75069<br>Email: bleonard@billyleonardlaw.com | **Chester B. Salomon**<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue<br>New York, NY 10171<br>Email: csalomon@beckerglynn.com |
| **Matthew Okin**<br>Okin Adams & Kilmer LLP<br>1113 Vine Street, Suite 201<br>Houston, TX 77002<br>Email: mokin@oakllp.com | **Tom Tong**<br>Tong & Sung, P.C.<br>3050 Post Oak Blvd., Suite 1720<br>Houston, Texas 77056<br>Email: tomtong@tonglawfirm.com |

                                                /s/ Elliot D. Schuler
                                                Elliot D. Schuler