July 22, 2009

To: All Creditors of Superior Air Parts, Inc.

From: Ronald Weaver, Chairman of the Official Committee of Unsecured Creditors

Re: *Superior Air Parts, Inc.,* Case No. 08-36705-bjh11
United States Bankruptcy Court for the Northern District of Texas

I am writing as Chairman of the Official Committee of Unsecured Creditors (the "Committee") of Superior Air Parts, Inc. (the "Debtor"), to solicit your support and vote for the Third Amended Plan of Reorganization (the "Plan"). The Plan represents a collaborative effort between the key parties in the case and has been jointly proposed by both the Debtor and the Committee.

Prior to the filing of the Plan, the Committee was actively involved in negotiations with multiple parties and prospective purchasers and believes that this Plan provides creditors with the best opportunity to maximize their recovery. The Committee further believes that if the Debtor's estate were liquidated under chapter 7 of the Bankruptcy Code, general unsecured creditors with allowed claims would receive substantially less.

The Plan provides in general for the reorganization of Superior and the sale of all ownership interests to Brantly International, Inc., or an affiliate thereof ("Brantly"). The Brantly offer is described in full in the Plan, and generally requires the issuance of new shares for a purchase price of $7.0 million (the Cash Contribution, as defined by the Plan), subject to working capital adjustments and conditions as noted in the Plan. In addition to the Cash Contribution, the Plan provides for the assumption of certain of the Debtor's liabilities and the release or settlement of certain other claims, that will reduce the pool of claims of unsecured creditors. The Brantly offer is also subject to higher and better offers as detailed in the Disclosure Statement.

The Committee has concluded that the Plan provides fair and equitable treatment of all classes of creditors and that approval of the Plan will enable creditors to receive substantially more than they would otherwise receive. The Committee therefore solicits your support and urges you to complete the Ballot indicating your acceptance of the Plan.

Sincerely:

*/s/ Ronald Weaver*

Ronald Weaver
Chairman of the Official Committee of Unsecured Creditors