U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed July 23, 2009**　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | CHAPTER 11 |
| § | |

**ORDER GRANTING MOTION TO APPROVE SOLICITATION LETTER**

On July 23, 2009 the Court considered the Official Committee of Unsecured Creditors' Motion to Approve Solicitation Letter (the "Motion"). Upon consideration of the Motion, the evidence presented and the arguments of counsel, this Court finds that Motion should be granted. It is therefore

**ORDERED** that the Motion is **GRANTED;** it is further

**ORDERED** that the proposed solicitation letter, as amended, is approved and it is further

**ORDERED** that the Debtor is hereby authorized, pursuant to §1125 of the Bankruptcy Code, to transmit the proposed solicitation letter to unsecured creditors

soliciting their acceptance of the Plan.

### ###END OF ORDER###

**ORDER** 2
DALDMS/664783.1