**Morton A. Rudberg**
**Texas Bar No. 17368000**
**6440 N. Central Expwy. Suite 516**
**Dallas, Texas 75206**
**Telephone (214) 696-2900**
**Facsimile 214) 696-2984**

**Michelle E. Shriro**
**State Bar No. 18310900**
**SINGER & LEVICK, P.C.**
**16200 Addison Road, Suite 140**
**Addison, Texas  75001**
**Telephone (972) 380-5533**
**Facsimile (972) 380-5748**
**COUNSEL FOR HENRY W. BAILEY, JR. AND CAROLE BAILEY, ET AL**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | **Case No. 08-36705-BJH-11** |
| | § | |
| **Debtor** | § | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO 110

Please take Notice that Henry W. Bailey, Jr. and Carole Bailey, individually and as Administrators of the Estate of Matthew Bailey hereby withdraw their Proof of Claim No. 110 filed in the above case on February 19, 2009.

DATED:  July 27, 2009

Respectfully submitted,

Morton A. Rudberg
Texas Bar No. 17368000
6440 N. Central Expwy. Suite 516
Dallas, Texas 75206
Tel. (214) 696-2900
Fax (214) 696-2984

— and —

SINGER & LEVICK, P.C.


By      /s/Michelle E. Shriro
        Michelle E. Shriro
        State Bar No. 18310900

16200 Addison Road, Suite 140
Addison, TX 75001-5350
Tel. (972) 380-5533
Fax (972) 380-5748
mshriro@singerlevick.com


ATTORNEYS FOR HENRY W. BAILEY, JR. AND CAROLE BAILEY, ET AL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on this 27th day of July 2009.


 /s/Michelle E. Shriro
Michelle E. Shriro