# EXECUTORY CONTRACTS

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest, State Whether Lease is For Nonresidential Real Property State Contract Number of Any Government Contract |
|---|---|
| **Aramark Uniform Services**<br>1900 Empire Central<br>P O Box 36028<br>Dallas, TX 75235 | Uniform and Apparel Rental Program |
| **Cebos, Ltd.**<br>7600 Grand River, Ste 200<br>Brighton, MI 48114 | Enterprise Agreement Addendum. Contract for Debtor to purchase professional service time. |
| **Citrix Systems, Inc.**<br>851 West Cypress Creek Road<br>Fort Lauderdale, FL 33309 | Debtor is subscriber to Citrix Presentation Server Advanced software; |
| **Comfort Technologies, LLC**<br>PO Box 150434<br>Arlington, TX 76015 | Preventative Maintenance Contract for HVAC Equipment |
| **Dallas Waste Disposal and Recycling, Inc**<br>3303 Pluto St.<br>Dallas, TX 75212 | Solid waste collection and disposal services and/or equipment |
| **Easylink Services**<br>33 Knightsbridge Rd.<br>Piscataway, NJ 08854-3925 | Fax Service |


EXHIBIT 1

## EXECUTORY CONTRACTS

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest, State Whether Lease is For Nonresidential Real Property State Contract Number of Any Government Contract |
|---|---|
| **First Data Corporation**<br>6201 Powers Ferry Road<br>ATS-75<br>Atlanta, GA 30339-5401 | Merchant Processing Agreement (Sam's Club) |
| **GreatAmerica Leasing Corporation**<br>PO Box 609<br>Cedar Rapids, IA 52406-0609 | Telephone system including voicemail |
| **International Business Systems**<br>90 Blue Ravine Rd.<br>Folsom, CA 95630 | Software and Equipment License, primary AS400 software |
| **Interwest Communications Corp.**<br>2152 W. Northwest Hwy, Ste 122<br>Dallas, TX 75220 | Equipment Maintenance Agreement |
| **LaBrie Commercial Cleaning**<br>PO Box 833778<br>Richardson, TX 75083-3778 | Commercial Cleaning Services Agreement |
| **National City Commercial Capital Company**<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | All equipment under Lease #107603000 |

## EXECUTORY CONTRACTS

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest, State Whether Lease is For Nonresidential Real Property State Contract Number of Any Government Contract |
|---|---|
| **Pitney Bowes Credit Corporation**<br>2225 American Drive<br>Neehah, WI 54956 | Leased equipment subject to leases #3064458-002 and 003 |
| **Suez Energy Resources, NA**<br>1990 Post Oak Dr., Suite 1900<br>Houston, TX 77056 | Energy Sales Agreement |
| **Technifax Office Solutions**<br>3220 Keller Springs, Ste 118<br>Carrollton, TX 75006 | Equipment lease (printers) and maintenance agreement |
| **Time Warner Telecom of Texas, LP**<br>15303 Dallas Parkway, Ste 610<br>Addison, TX 75001 | Local service |
| **TriStar, Inc.**<br>3740 E. LaSalle St.<br>Phoenix, AZ 85040 | Software maintenance and service contract. |
| **US Express Leasing, Inc.**<br>10 Waterview Blvd.<br>Parsippany, NJ 07054 | Lease on HP LaserJet printers, with software |