Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax
stephen.roberts@strasburger.com
robert.franke@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE | § | Chapter 11 |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | Case No. 08-36705 |
| | § | |
| **Debtor.** | § | |

## CERTIFICATE OF NO OBJECTION

Strasburger & Price, LLP filed and served its Supplement to First Interim Application for Compensation and Reimbursement of Expenses (the "Supplement to Application"), Docket No. 277, on July 7, 2009. The Supplement to Application contained 20-day negative notice language.

The undersigned hereby certifies that no objections to the Supplement to Application were timely filed and served upon Applicant within the 20-day objection period, which expired on July 27, 2009.

Dated: August 5, 2009

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600
Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for the Debtor**