Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone  (469) 742-0855
Fax  (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc**.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | CASE NO. 08-36705-BJH-11 |
| | § | |
| | § | |
| **DEBTOR** | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of Aviation Parts Supply, Inc.'s First Amended Disclosure Statement for Competing Plan of Reorganization for Superior Air Parts, Inc. [Docket # 335] and Aviation Parts Supply, Inc.'s First Amended Plan of Reorganization for Superior Air Parts, Inc. [Docket # 334] were served upon the attached service list by mail on August 6, 2009.

Certificate of Service

Respectfully submitted,

By: /s/Billy G. Leonard, Jr.
    BILLY G. LEONARD, JR.
    Texas State Bar No. 12208100
    1650 W. Virginia Street, Suite 211
    McKinney, Texas 75069
    (469) 742-0855
    (469) 442-0135 (Facsimile)

and

    Kevin H. Good
    Texas Bar No. 08139300
    Conner & Winters LLP
    1700 Pacific Avenue
    Suite 2250
    Dallas, Texas 75201
    Telephone (214)217-8070
    Fax (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc.**

Certificate of Service