Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone  (469) 742-0855
Fax  (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc**.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § § § **SUPERIOR AIR PARTS, INC.,** § § **Debtor.** § § § | **Case No. 08-36705** **Chapter 11** |

### NOTICE OF HEARING ON AVIATION PARTS SUPPLY, INC.'S FIRST AMENDED DISCLOSURE STATEMENT

PLEASE TAKE NOTICE THAT, a hearing will take place at 1:15 p.m. on August 26, 2009, in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Dallas, TX 75242-1496, before the Honorable Barbara J. Houser to consider approval of Aviation Parts Supply, Inc.'s First Amended Disclosure Statement [Docket No. 335] which was filed on August 4, 2009.

PLEASE TAKE FURTHER NOTICE that objections to Aviation Parts Supply, Inc.'s First Amended Disclosure Statement must be filed no later than 4:00 p.m. on Thursday, August 20, 2009.

A copy of Aviation Parts Supply, Inc.'s First Amended Disclosure Statement and Plan of Reorganization was served on parties entitled to receipt of same and parties requesting same on August 6, 2009. Should you want a copy of Aviation Parts Supply, Inc.'s First Amended Disclosure Statement and First Amended Plan of Reorganization, please contact or e-mail the undersigned at bleonard@billyleonardlaw.com.

Respectfully submitted,

/s/Billy G. Leonard, Jr.
Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone  (469) 742-0855
Fax  (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served upon the parties on the attached Service List via First Class U. S. Mail, postage prepaid on

August 6, 2009.

                                        /s/Billy G. Leonard, Jr.
                                        Billy G. Leonard, Jr.