**210B (10/06**)

# United States Bankruptcy Court

Northern District of Texas
Case No. 08-36705-bjh11
Chapter 11

In re: Debtor(s) (including Name and Address)

Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell TX 75019-3805

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/05/2009.

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : Tristar Inc.-Amt. 5,816.10, 3740 E. LaSalle Street, Phoenix, AZ 85040 | Argo Partners<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  08/08/09                                 Tawana C. Marshall
                                                CLERK OF COURT

# CERTIFICATE OF NOTICE

```
District/off: 0539-3           User: cecker              Page 1 of 1              Date Rcvd: Aug 06, 2009
Case: 08-36705                 Form ID: trc              Total Noticed: 1

The following entities were noticed by first class mail on Aug 08, 2009.
12543465     +Tristar Inc.-Amt. 5,816.10,   3740 E. LaSalle Street,   Phoenix, AZ 85040-3976
The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2009**              **Signature:** _Joseph Speetjens_