Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax
stephen.roberts@strasburger.com
robert.franke@strasburger.com
duane.brescia@strasburger.com

*ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

**DEBTOR'S OBJECTION TO CLAIM NO. 128 FILED BY
ENGINEERING SYSTEMS, INC.**

TO:  THE HONORABLE BARBARA J. HOUSER,
    UNITED STATES BANKRUPTCY JUDGE:

> **A HEARING MAY NOT BE CONDUCTED HEREON UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL BUILDING, U.S. COURTHOUSE 1100 COMMERCE STREET - ROOM 1254 DALLAS, TX 75242-1496 BEFORE CLOSE OF BUSINESS ON SEPTEMBER 10, 2009, WHICH IS THIRTY (30) DAYS FROM THE DATE OF SERVICE HEREOF.**
>
> **ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A**

**HEARING WILL BE HELD WITH NOTICE TO ALL INTERESTED PARTIES.**

**IF NO HEARING ON SUCH NOTICE OR MOTION INITIATING A CONTESTED MATTER IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Superior Air Parts, Inc. ("Superior"), as debtor and debtor-in-possession, files this objection to the proof of claim 128 filed by Engineering Systems, Inc., and would show as follows:

1. On February 17, 2009, Engineering Systems, Inc. ("ESI") filed proof of claim number 128 ("Claim 128") in the amount of $6,620.91, for professional services performed in connection with the lawsuit known as the *Michelberg* case.

2. Superior objects to Claim 128 because the amounts owed to ESI, if any, as indicated in Claim 128, are the responsibility of the insurance companies providing coverage for the *Michelberg* suit, and are not the obligation of Superior. Under the applicable policy, Superior satisfied its obligation to participate in the costs of defense prior to filing bankruptcy.

WHEREFORE, the Debtor request that the Court grant this Objection and deny Claim 128, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

*/s/ Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**BANKRUPTCY ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing pleading were forwarded to the parties listed below via first class U.S. Mail, postage prepaid, on the 11th day of August, 2009.

**Claimant:**
Engineering Systems, Inc.
Susan Schroeder
3851 Exchange Ave.
Aurora, IL 60504

**Debtor:**
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

**U.S. Trustee:**
Mary Frances Durham
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

**Counsel for the Committee:**
David W. Parham,
Elliot Schuler & A. Swick
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX  75201

                                                */s/ Stephen A. Roberts*
                                                 Stephen A. Roberts