U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed August 10, 2009                                    **United States Bankruptcy Judge**

___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § § § § § § | Chapter 11 |
| SUPERIOR AIR PARTS, INC. | | Case No. 08-36705 |
| Debtor. | | |

**ORDER APPROVING SUPPLEMENT TO FIRST INTERIM APPLICATION OF
STRASBURGER & PRICE, LLP FOR COMPENSATION AND REIMBURSEMENT OF
<u>EXPENSES FOR THE PERIOD DECEMBER 31, 2008 THROUGH APRIL 30, 2009</u>
[DOCKET #277]**

Came on to be considered the First Interim Application of Strasburger & Price, LLP for Compensation and Reimbursement of Expenses for the Period December 31, 2008 through April 30, 2009, filed May 29, 2009 [docket #226], and the Supplement to First Interim Application of Strasburger & Price, LLP for Compensation and Reimbursement of Expenses for the Period December 31, 2008 through April 30, 2009, filed May 29, 2009 ("Supplement to Application") filed July 7, 2009 (docket #277), and

ORDER APPROVING SUPPLEMENT TO FIRST INTERIM APPLICATION OF STRASBURGER & PRICE, LLP FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 31, 2008 THROUGH
APRIL 30, 2009 - Page 2 of 2

626018.1/SPA/20354/0102/080509

the Court finds that sufficient notice has been given to all parties entitled thereto, and that no objections were filed to the Supplement to Application. The Court further finds and determines that remaining expenses applied for are reasonable and necessary within the meaning of 11 U.S.C. §§ 330 and 331 and cause exists to grant the Supplement to Application. It is, therefore

ORDERED that the Supplement to First Interim Fee Application of Strasburger & Price, LLP for the Period December 31, 2008 through April 30, 2009 is granted, and that expenses applied for in the amount of $40,964.03, are hereby allowed. It is further

ORDERED that the Debtor is authorized and ordered to immediately pay reasonable and necessary expenses in the amount of $40,964.03 to Strasburger & Price, LLP.

# # # End of Order # # #