U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed August 13, 2009

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § § | Chapter 11 |
| Debtor. | § § | |

### AGREED ORDER PERTAINING TO MOTION OF
### GENESEE STAMPING AND FABRICATING, INC.
### FOR ALLOWANCE AND PAYMENT
### OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(9)

(THIS ORDER RESOLVES DOCKET #238)

Upon consideration of the Motion for Allowance and Payment of Administrative Expense Claims under 11 U.S.C. § 503(b)(9) ("Motion") filed by Genesee Stamping and Fabricating, Inc. ("Movant"), a creditor and party-in-interest, and after due and proper notice of the Motion having been given, and the parties having agreed to the relief described herein below, the Court finds as set forth below.

THEREFORE, the following is hereby ORDERED:

AGREED ORDER PERTAINING TO MOTION OF GENESEE STAMPING AND FABRICATING, INC. FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(9)                                                    Page 1 of 2
Error! Unknown document property name.Error! Unknown document property name.

Movant is given leave to file its Administrative Expense Claim for cause shown.

Movant's Administrative Expense Claim under 11 U.S.C. 503(b)(9) in the amount of $20,968.92 is hereby allowed and shall be paid pursuant to an approved plan of reorganization.

**AGREED TO AND ENTRY REQUESTED BY:**

*/s/ Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
Robert Tyler (SBN 24009347)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
Robert.tyler@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for Debtor Superior Air Parts, Inc.**

*/s/ Robert P. Shepard*
Robert P. Shepard
Texas Bar N0. 18218990
**PARKS HUFFMAN MCVAY SHEPARD & WELLS, P.C.**
503 East Border Street
Arlington, Texas 76010
(817) 861-1000 Facsimile (817) 469-1000
Email: rshepard@phmsw.com

**ATTORNEYS FOR GENESEE STAMPING AND FABRICATING, INC.**

### END OF ORDER ###

**Submitted and prepared by:**
Order submitted by:
*/s/ Duane J. Brescia*
Stephen A. Roberts
Robert P. Franke
Robert Tyler
Duane J. Brescia
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin Texas, 78701
Tel. (512) 499-3600 / Fax (512) 499-3660
ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.