Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Robert Tyler (SBN 24009347)
Duane J. Brescia (SBN 24025265)
STRASBURGER & PRICE, LLP
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

**DEBTOR'S OBJECTION TO MOTION OF MALONEY, BEAN, HORN &
HULL, P.C. FOR PROTECTION AND/OR TO ESTABLISH ESCROW ACCOUNT
[Docket No. 311]**

TO:   THE HONORABLE BARBARA J. HOUSER,
      UNITED STATES BANKRUPTCY JUDGE:

Superior Air Parts, Inc. ("Superior" or "Debtor") files this Objection to Motion of

Maloney, Bean, Horn, & Hull, P.C for Protection and/or to Establish Escrow Account

[Docket No. 311] and respectfully states as follows:

**I.
BACKGROUND**

1.    On July 17, 2009, Maloney, Bean, Horn & Hull, P.C. ("MBHH") filed its

Objection To Superior Air Parts, Inc.'s Second Amended Disclosure Statement and,

Alternatively, Motion for Protection and/or to Establish Escrow Account ("Motion"). This document was filed and docketed as both an objection to the Debtor's Second Amended Disclosure Statement [Docket No. 310] and as an affirmative motion for relief [Docket No. 311]. At the hearing on the Debtor's Second Amended Disclosure Statement, MBHH withdrew its objection, but stated in open court that it was maintaining its Motion. Hearing has been set by the Court for September 1, 2009 at 3:30 p.m.

2. In the Motion, MBHH states that it has been Debtor's product liability counsel for a number of years and is the current counsel of record in 8 pending state-court lawsuits, which were stayed by the bankruptcy filing. Under the applicable insurance policies, the Debtor is responsible for paying the deductible obligation, which can include costs of settlement and defense costs.

3. Of the eight pending lawsuits identified in the Motion, six of the plaintiffs have entered into agreed orders with the Debtor to lift the automatic stay to allow the lawsuit to proceed, provided that the plaintiffs would only seek recovery against the insurance policy. In exchange, each plaintiff voluntarily waived any and all claims against the estate.

4. According to MBHH, it is being harmed because it must maintain the lawsuits "to protect Superior in litigation," which includes retaining local counsel, but is forced to proceed with the uncertainty as to whether it will be paid for the Debtor's portion of the defense costs. MBHH is uncertain as to what to do and asked the Court to require the Debtor to put $175,000 into an escrow account for the anticipated legal fees required to continue forward in their case through the end of September 2009, the

anticipated effective date of the Joint Plan of Reorganization filed by the Debtor and the Committee.

5. The Debtor objects to the affirmative relief requested by MBHH.

## II.
## ARGUMENT

6. <u>Maloney Bean does not have standing to raise this issue and is not being harmed</u>.  The fundamental problem with MBHH's position is that it is not being harmed, and therefore, has no standing.  MMBH is really representing the insurers at this point because the plaintiffs have waived their claims against the estate.  The risk of loss is only upon the insurers, not MMBH or the Debtor.  The Debtor does not have to proceed in the lawsuits.  The only liability for the six waived claims is the insurer's liability above the Debtor's deductibles.  The Debtor does not have to pay for that.  The maximum liability for the Debtor in the two remaining cases is for the deductible if the policies are assumed, which is a claim in the bankruptcy.

7. MMBH falsely raises the concern that there is risk to the Debtor if the insurers decline coverage based upon the Debtor's failure to pay.  That risk is actually being borne by the plaintiffs when they waived their claims.  MMBH also asserts that it is required to "take action to protect Superior in the ongoing litigation without any agreement from any party that MBHH will be paid."  See Motion, para. 12.  To the contrary, no further action is required by the Debtor in these cases.

8. MBHH simply has a pre-petition claim against the Debtor for unreimbursed defense costs.  If the proposed purchaser under Debtor's Joint Plan, Brantly, assumes the insurance policies at confirmation, it will have to make the insurers whole or reach a

compromise, and maybe MMBH can be paid through the insurers. However, that is not a debt or risk of the Debtor to MBHH.

9. <u>Maloney Bean has not been approved by the Court as professionals for the estate</u>. MMBH has previously been advised by Debtor's bankruptcy counsel that they have no authority to represent the Debtor or retain professionals on behalf of the Debtor. Neither can MMBH look to payment of the Debtor without being approved as counsel by the Court. There is no retention agreement entered into between the Debtor and MBHH during this bankruptcy. Therefore, the relief requested in the Motion is improper and in violation of the Bankruptcy Code.

10. <u>The estate is not harmed by not defending product liability lawsuits where the plaintiffs have waived their claims against the estate</u>. Ultimately, MBHH has failed to explain how the Debtor is harmed by not defending claims where the plaintiff has waived all claims against the Debtor other than from proceeds of insurance. If the insurers not to protect themselves by exercising their option under the policy endorsement to fund the defense costs, and then look to the Debtor for reimbursement, they are putting themselves at risk. It is not a responsibility of the Debtor. If the insurers think that Superior's non-payment provides a defense to coverage, then they can choose not to defend, allow the plaintiffs to take default judgments and then deny coverage. The plaintiffs are at risk in that situation, which is a risk the plaintiffs willingly took when they waived claims against Superior and agreed to only look to insurance.

11. The Debtor has filed a Joint Plan with the Committee that will reimburse the insurers if the plan is confirmed, so the insurers will not be harmed. It is in the insurers' best interest to support the plan because, if no plan is confirmed in this case,

then the insurers will have an unsecured claim against the estate for those fees along with all of the other creditors.

12. <u>The Debtor is prohibited from paying pre-petition claims against the estate</u>. Finally, any claims for payment of professional fees under pre-petition policies are pre-petition claims and the Debtor is prohibited from paying them prior to confirmation of any plan. It is uncertain whether the Motion is seeking reimbursement of per-petition fees as part of the "escrow" deposit requested. If that is the case, the Debtor is prevented from paying them.

WHEREFORE, the Debtor prays that the court deny Maloney, Bean, Horn & Hull, P.C.'s Motion for Protection in its entirety and grant such other and further relief as this Court may deem just and proper.

Respectfully submitted,

 */s/ Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
Robert Tyler (SBN 24009347)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3660
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for Debtor Superior Air Parts, Inc.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the parties on the attached service list via First Class U.S. Mail, postage prepaid August 20, 2009.

                                                                  */s/ Stephen A. Roberts*
                                                                  Stephen A. Roberts

Stuart R. Fraenkel
Kreindler & Kreindler LLP
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017

Robert F. Hedrick
Hedrick Smith PLLC
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179

Michael J. Bailey
Miller Thompson, LLP
3000, 700-9th Ave. S.W.
Calgary, Alberta Canada T2P 3N9

Lawrence W. Olesen, Q.C.
Bryan & Company, LLP
2600 Manulife Place
10180-101 Street
Edmonton, Alberta T5J3Y2

Lisa Lance
PO Box 595
Pauls Valley, OK 73075

William O. Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017

Paul Eberly
414 Sunset Drive
Gulf Shores, AL 36542

Roch J. Shipley
Professional Analysis & Consulting
43W752 US Route 30, Suite 2F
Sugar Grove, IL 60554

Donald F. Knutson
Knutson Aviation Services
2118 N. Tyler, Bldg. B, Ste 102
Wichita, KS 67212

Eugene Massamillo
Kaplan, von Ohlen & Massamillo
555 Fifth Ave., 15th Floor
New York, NY 10017

Nicholas Pantelopoulos
Kaplan, vonOhlen & Massamillo
555 Fifth Ave., 15th Floor
New York, NY 10017

Scott V. Goodley
Baron & Budd, P.C.
8001 Lemmon Ave., Ste 145
Dallas, TX 75209-2926

Alan Agee
Garvin Agee Carlton and Mashburn
PO Box 10
Pauls Valley, OK 73075-0010

Kenneth J. Moran
Martin A. Conn
Moran Brown
4110 W. Parham Road
Richmond, VA 23228

J. Denny Shupe
Schnader Harrison Segal & Lewis
1600 Market Street, Ste 3600
Philadelphia, PA 19103-7286

Dustin A. Turnquist, M.S., P.E.
Engineering Systems, Inc.
4775 Centennial Blvd., Ste 106
Colorado Springs, CO 80919

Keith A Fink & Associates
S. Keven Steinberg
Steinberg Law Offices
11500 W. Olympic Blvd., Ste 316
Los Angeles, CA 90064

| | | |
|---|---|---|
| Theilert Aircraft Engines<br>Nieritzstr 14 D-01097<br>Dresden Germany | Mahle Engine Components<br>60428 Marine Road<br>Atlantic IA 50022-8291 | KS-Pistoes<br>Rodovia Arnald, Julio Mauberg<br>4000 Disrito Industrial No<br>Nova Odessa SP Brasil CAIZA Postal 91<br>CEP 13460-000 |
| Airsure Limited<br>Dallas Office<br>5700 Granite Parkway, #550<br>Plano, TX 75024-6647 | ECK Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Mahle Engine Components<br>14161 Manchester Road<br>Manchester, MO 63011 |
| Crane Cams<br>2531 Tail Spin Trail<br>Daytona Beach, FL 32128-6743 | Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas TX 75227 | Saturn Fasteners Inc.<br>425 S. Varney St.<br>Burbank, CA 91502 |
| Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29654-0686 | Ohio Gasket & Shim<br>976 Evans Ave.<br>Akron, OH 44305 | Gerhardt Gear<br>133 East Santa Anita<br>Burbank CA 91502-1926 |
| Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601 | Helio Precision Products<br>601 North Skokie Highway<br>Lake Bluff, IL 60044 | Knappe & Koester Inc.<br>18 Bradco Street<br>Keen, NH 3431 |
| Garlock-Metallic Gasket Div<br>250 Portwall St., Ste. 300<br>Houston, TX 77029 | AOPA Pilot<br>PO Box 973<br>Frederick, MD 21701 | Mahle Engine Components<br>17226 Industrial HWY<br>Caldwell, OH 43724-9779 |
| Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX 75050-1222 | Seal Science<br>17131 Daimler<br>Irvine, CA 92614-5508 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Deirdre B. Ruckman/AVCO<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Ste. 3000<br>Dallas, TX 75201 | David Childs, Ph.D.<br>Dallas County Tax Assessor/Collector<br>500 Elm Street, Records Building<br>Dallas, TX 75202 | Thielert AG<br>Albert-Einstein-Ring 11<br>D-22761, Hamburg Germany |
| Betsy Price, Tax Assessor Collector<br>100 E. Weatherford<br>PO Box 961018<br>Fort Worth, TX 76196 | Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Ace Grinding & Machine Company<br>2020 Winner Street<br>Walled Lake, MI 48390 |
| Lynden International<br>1800 International Blvd. #800<br>Seattle, WA 98188 | Combustion Technologies, Inc.<br>1804 Slatesville Road<br>Chatham, VA 24531 | Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG, Feld<br>Witten, Germany 58456 |

| | | |
|---|---|---|
| Chester Salomon<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue<br>New York, NY 10171 | City of Coppell/Coppell ISD<br>Mary McGuffey, Tax Assessor Collector<br>PO Box 9478<br>Coppell, TX 75019 | Kent Abercrombie<br>Superior Air Parts, Inc.<br>621 S. Royal Lane, Suite 100<br>Coppell, TX 75019-3805 |
| Neil J. Orleans<br>Goins, Underkolfer, et al, LLP<br>1201 Elm Street, Ste. 4800<br>Dallas, TX 75270 | Howard A. Borg/James T. Jacks<br>Ass't US Atty for FAA<br>Burnett Plaza, Suite 1700<br>801 Cherry Street, Unit 4<br>Fort Worth, Texas 76102-6882 | Laurie A. Spindler<br>Linebarger Goggan et al, LLP<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201 |
| Jeffrey N. Thom, Q.C.<br>Miller Thomson LLP<br>3000, 700 - 9th Avenue SW<br>Calgary, AB T2P 3V4 | Gordon J. Toering<br>**WARNER NORCROSS & JUDD LLP**<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503 | Anita F. McMahon<br>1646 Belmont Ave.<br>Baton Rouge, LA 70808 |
| Michael L. Jones<br>Henry & Jones, LLP<br>2902 Carlisle Street, Ste. 150<br>Dallas, TX 75204 | LARRY K. HERCULES<br>ATTORNEY AT LAW<br>1400 Preston Road, Suite 280<br>Plano, Texas 75093 | Gregory B. Gill, Jr.<br>Gill & Gill, S.C.<br>128 North Durkee St.<br>Appleton, WI 54911 |
| Laura Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows, Dr. #400<br>Littleton, CO 80124 | Melissa S. Hayward<br>LOCKE LORD BISSELL& LIDDELL LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201<br>Counsel for the Insurers | Vincent Slusher/J. Seth Moore<br>Beirne Maynard & Parsons, LLP<br>1700 Pacific Ave., Ste. 4400<br>Dallas, TX 75201<br>Attys for Theilert Aircraft Engines GMBH |
| Mary Frances Durham<br>U.S. Department of Justice<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | Stefano Gazzola<br>Zanzi, S.p.A.<br>Corso Vercelli, 159<br>10015 Ivrea, Italy | Piyush Kakar<br>Seal Science Inc.<br>17131 Daimler<br>Irvine, CA 92614 |
| Jim Griffin<br>Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Phil Eck<br>Eck Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Werner Wilhelm Albus/Valeria de Freitas Mesquita/KSPG Automotive Brazil LTDA<br>Rodovia Arnaldo Julio Mauerbert,<br>n. 4000-Distrito Industrial 01<br>Nova Odessa- SP Brasil, Caixa Postal 91 |
| Ronald Weaver<br>Avstar<br>1365 Park Lane South<br>Jupiter, Fl 33458 | Linda Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows Dr. #400<br>Littleton, CO 80124 | Susan B. Hersh<br>12770 Coit Rd. Ste. 1100<br>Dallas, TX 75251 |
| William G. Burd/Krystina N. Jiron<br>Atkinson & Brownell, PA<br>2 South Biscayne Blvd., Suite 3750<br>Miami, FL 33131 | David W. Parham,<br>Elliot Schuler & A. Swick<br>Baker & McKenzie LLP<br>2001 Ross Ave., Suite 2300<br>Dallas, TX 75201 | Timothy S. McFadden<br>LOCKE LORD BISSELL& LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Counsel for the Insurers |
| Billy G. Leonard, Jr.<br>Attorney at Law<br>1650 W. Virginia Street, Suite 211<br>McKinney, Texas 75069 | Kevin H. Good<br>Conner & Winters LLP<br>1700 Pacific Avenue<br>Suite 2250<br>Dallas, Texas 75201 | Rosa R. Orenstein<br>LOOPER, REED & McGRAW, P.C.<br>4100 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 |

Kenneth A. Hill
QUILLING, SELANDER, CUMMISKEY
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201