| | | |
|---|---|---|
| 121FIVE.COM - c/o TIM KERN<br>PO BOX 30<br>ANDERSON, IN 46015 | ADVANCED CONNECTIONS INC<br>2015 MCKENZIE, SUITE 120<br>CARROLLTON, TX 75006 | AETNA<br>PO BOX 45084<br>JACKSONVILLE, FL 32231-45084 |
| 43 Air School<br>Airport, 43 Pruale Box X43<br>Port Alfred 6170<br>South Africa | ADVANCED MACHINING & TOOL, INC<br>1616 NORTH BECKLEY<br>LANCASTER, TX 75134 | Ahmad Jahanfar<br>Clanbrae South<br>Hanningfield Road<br>South Hanningfield<br>Chelmsford CM3 8HX UK |
| 4SURE.COM dba: TECHDEPOT<br>6 CAMBRIDGE DR<br>TRUMBULL, CT 6611 | AERO ACCESSORIES<br>1240 SPRINGWOOD CHURCH ROAD<br>GIBSONVILLE, NC 27249 | AICCO, INC<br>45 EAST RIVER PARK PLACE, WEST #3<br>FRESNO, CA 93720 |
| A.E.R.O. INC<br>3701 HWY 162<br>GRANITE CITY, IL 62040-1287 | AERO ACCESSORIES<br>1240 SPRINGWOOD AVE.<br>GIBSONVILLE, NC 27249 | Air & Sea Recovery, Inc.<br>Fort Pierce National Airport<br>Florida 33441 |
| AADFW, INC<br>2161 REGAL PARKWAY<br>EULESS, TX 76040 | AERO AVIATION<br>9 S 041 AERO DRIVE<br>NAPERVILLE, IL 60565 | AIR MASTER FLYING CLUB<br>881 BLACK HORSE PIKE<br>PLEASANTVILLE, NJ 8232 |
| AARON COVERT<br>5529 RICE DRIVE<br>THE COLONY, TX 75056 | Aero Service<br>Aeroservice Donauwoerth<br>Flugplatz D-86682<br>Genderkingen, Germany | AIR POWER INC<br>4900 SOUTH COLLINS<br>ARLINGTON, TX 76018 |
| ACE GRINDING & MACHINE COMPANY<br>2020 W INNER STREET<br>WALLED LAKE, MI 48390 | Aero Swan<br>Swan Hill Airport<br>VIC 3585 Australia | Air Service Vamdrup<br>Lufthavnsvej 7A Box 62<br>DK-6580<br>Vamdrup, Denmark |
| ACT AAA COOPER TRANSPORTATION<br>1751 KINSEY ROAD<br>DOTHAN, AL 36303 | Aero-Atelier<br>1281 Tourdulac CP 117<br>Lac-A-La Tortue, Quebec<br>Canada QU G0X 1L0 | AIR SUPPORT INTERNATIONAL<br>PO BOX 489<br>MARSHFIELD, MO 65706 |
| ADP INC<br>2735 STEMMONS FRWY<br>DALLAS, TX 75207 | AEROPARTES JIMENEZ, S A DE C.V.<br>RIO PIZXTLA # 927 NTE.<br>LOS MOCHIS, SINOLA MEXICO 81240 | AIR WEST AIRCRAFT ENGINES<br>670 AIRPORT BLVD<br>SAN CARLOS, CA 97070 |
| ADT SECURITY SERVICES<br>2403 LACY LANE<br>CARROLLTON, TX 75006 | AEROSPACE PRODUCTS INT'L<br>3778 DISTRIPLEX DRIVE NORTH<br>MEMPHIS, TN 38118 | AIR-TEC<br>37 SANDIA MT. TRAIL, SANDIA AIRPARK<br>EDGEWOOD, NM 87015-1168 |

| | | |
|---|---|---|
| AIRCRAFT CYLINDER & ENGINE INC<br>516 N LINK LANE, UNIT 1<br>FT COLLINS, CO 80524 | ALCOA FASTENING SYSTEMS<br>3990 A HERITAGE OAK COURT<br>SIMI VALLEY, CA 93063-6711 | Anglo Normandy<br>La Planque Lane, Guernsy Airport<br>La Villaze, Forest<br>Guernsey UK GY8 0DS |
| AIRCRAFT CYLINDERS OF AMERICA<br>1006 E INDEPENDENCE STREET<br>TULSA, OK 74106-5310 | ALL AMERICAN BENEFITS, INC.<br>13747 MONTFORT DRIVE, SUITE 337<br>DALLAS, TX 75240 | AOPA PILOT<br>PO BOX 973<br>FREDERICK, MD 21701 |
| AIRCRAFT ENGINE & ACCESSORY<br>2275 CROWN ROAD<br>DALLAS, TX 75229 | ALLEN LASKY<br>2004 GENEVA DRIVE<br>RICHARDSON, TX 75081 | ARAMARK<br>1900 EMPIRE CENTRAL<br>DALLAS, TX 75235 |
| AIRCRAFT SPECIALTIES SERVICE<br>TULSA INTL AIRPORT, 2860 NORTH SH<br>TULSA, OK 74158 | Allen Parmet, M.D., MPH<br>4320 Wornell, Suite 432<br>Kansas City, MO 64111 | Aramark Uniform Services<br>1900 Empire Central<br>PO Box 36028<br>Dallas, TX 75235 |
| AIRFLOW PERFORMANCE INC<br>111 AIRFLOW DRIVE<br>SPARTANBURG, SC 29306 | ALPHA ONE FLIGHT<br>246 SOUTH MEADOW ROAD<br>PLYMOUTH, MA 2360 | ARCHIVE SUPPLIES, INC.<br>2975 LADYBIRD LANE<br>DALLAS, TX 75220 |
| AIRPARTS COMPANY INC<br>2310 NW 55TH COURT<br>FORT LAUDERDALE, FL 33309 | AMA Nantucket<br>130 Mary Dunn Way<br>Hyannis, MA 02601 | Arkadin, Inc.<br>620 Tinton Avenue<br>Tinton Falls, NJ 07724 |
| AIRSURE LIMITED<br>15301 SPECTRUM DRIVE #500<br>ADDISON, TX 75001 | AMCO ENTERPRISES<br>4209 HAHN BLVD<br>FORT WORTH, TX 76117 | ARNER FLYING SERVICE INC.<br>ARNER MEMORIAL AIRPORT, 1001 COA<br>LEHIGHTON, PA 18235 |
| AKORBI CONSULTING<br>400 EAST ROYAL LANE, #218<br>IRVING, TX 75039 | ANA FONTES<br>8801 THOMPSON DRIVE<br>ARGYLE, TX 76226 | ARRC, Ltd.<br>Goodwood Airfield<br>Goodwood, Chichester PO 18 0PH<br>United Kingdom |
| Al Head<br>Western Skyways, Inc.<br>21 Creative Place<br>Montrose, CO 81401 | Andrea Findlay<br>AIG Aviation<br>1175 Peachtree Street, NE<br>100 Colony Square, Suite 1000<br>Atlanta, GA 30361 | ARROW PROP COMPANY<br>PO BOX 610<br>MEEKER, OK 74855 |
| ALBERADO MARTINEZ<br>2331 KLONDIKE DRIVE<br>DALLAS, TX 75228 | Andrew Verzilli<br>Verzilli & Verzilli Consultants, Inc.<br>411 North Broad Street<br>Lansdale, PA 19446 | ASSOCIATED SPRING-CORRY<br>226 SOUTH CENTER ST<br>CORRY, PA 16407-1992 |

Debtor(s): Superior Air Parts, Inc.    Case No: 08-36705    NORTHERN DISTRICT OF TEXAS
Chapter: 11    DALLAS DIVISION
Case 08-36705-bjh11    Doc 371-1    Filed 08/20/09    Entered 08/20/09 16:05:47    Desc
Exhibit Service List    Page 3 of 19

ASSOCIATED SPRING - MILWAUKEE
434 WEST EDGERTON AVENUE
MILWAUKEE, WI 53207

AVIATION UNLIMITED
2833 16th AVENUE, TORONTO BUTTONV
MARKHAM, ONTARIO, CANADA L3R 0P8

BEST TOOL & MANUFACTURING CO.
3515 NORTHEAST 33rd TERRACE
KANSAS CITY, MO 64117

ASSOCIATED SPRING - SALINE
1445 BARNES COURT
SALINE, MI 48176

Avstar Fuel Systems, Inc.
1365 Park Lane
South Jupiter, FL 33458

BETSY PRICE, TAX ASSESSOR - COLLE
PO BOX 961018
FORT WORTH, TX 76161-0018

AT&T MOBILITY
PO BOX 68056
ANAHEIM HILLS, CA 92817-8056

BARNSTORMERS INC
312 WEST 4TH STREET
CARSON CITY, NV 89703

BILL BOWERS
2834 ORANGE PICKER ROAD
JACKSONVILLE, FL 32223

ATI ACCELERATED TECHNOLOGIES
1611 HEADWAY CIRCLE BLDG 1
AUSTIN, TX 78754

Baron & Budd, PC
Attn: Scott V. Goodley
8001 Lemmon Avenue, Suite 145
Dallas, TX 75209-2696

BILL MCDONALD, DAR
9700 DIVOT DRIVE
GRANBURY, TX 76049

ATI PORTLAND FORGE
EAST LAFAYETTE STREET    PO BOX
PORTLAND, IN 47371-0905

BARRETT PRECISION ENGINES INC
2870-B NORTH SHERIDAN RD
TULSA, OK 74115

BILLS AIRCRAFT SERVICE
20836 483rd AVENUE
ELKTON, SD 57026

Aurigny Air Services
La Planque Lane
Guernsy Airport
Guernsy, UK GY8 0DS

BARRETT PRECISION ENGINES, INC
2870B NORTH SHERIDAN
TULSA, OK 74115

BILLY G LEONARD, JR
1650 W. VIRGINIA STREET, #211
MCKINNEY, TX 75069-7703

AUTOMATIC SCREW MACHINE
709 2ND AVENUE SE
DECATUR, AL 35601

Barry Schiff
673 Trueno Avenue
Camarillo, CA 93010

BIZZY BEES PEST CONTROL CO
2812 TRINITY SQUARE DRIVE, SUITE #1
CARROLLTON, TX 75006

AVIALL SERVICES INC
PO BOX 619048
DALLAS, TX 75261-9048

BARTON TECHNICAL SERVICES LLC
4123 BLUE HERON RIDGE
MOBILE, AL 36693

BMC SOLUTIONS, INC.
3380 Town Point Dr. NW #330
KENNESAW, GA 30144

AVIATION GROUP LIMITED
N2509 COMMERCIAL DRIVE
WAUPACA, WI 54981

BAX GLOBAL
PO BOX 612307
DFW AIRPORT, TX 75261

Bob Brown
7165 SE 95th Lane
Ocala FL 34472

AVIATION INTERNATIONAL CORP.
5555 NW 36TH STREET
MIAMI SPRINGS, FL 33166

BEDE CORP
6440 NORWALK ROAD, SUITE F
MEDINA, OH 44256

BOB REUTHER
97 WHITE BRIDGE ROAD, APT L-1
NASHVILLE, TN 37205

| | | |
|---|---|---|
| Boomerang Aviation<br>7491 S. Airport Rd.<br>Pembroke Pines, FL 33023 | Cambridge Gliding Club<br>Gransden Lodge<br>Longstowe Road Little<br>Gransden Sandy<br>Bedfordshire SG19 3EB UK | CASTWELL<br>650 PENNSYLVANIA AVE<br>ELIZABETH, NJ 7201 |
| BORING MACHINE CORPORATION<br>7922 RANCHERS ROAD<br>FRIDAY, MN 55432 | CANADIAN HOME ROTORS INC<br>4 ROY STREET<br>EAR FALLS, ONTARIO, CANADA P0V 1T | CASTOR AVIATION, INC.<br>250 TEXAS WAY, HANGER 24 NORTH<br>FT WORTH, TX 76106 |
| BRENT HENMAN<br>2234 STONEHENGE LANE<br>LEWISVILLE, TX 75056 | CAPPA GRANITE<br>1310 W. EULESS BLVD, SUITE 100<br>EULESS, TX 76040 | CAVALIER LOGISTICS<br>250 SHEFFIED STREET<br>MOUNTAINSIDE, NJ 7092 |
| BRIAN TOM<br>22255 E WILDFERN LANE<br>BRIGHTWOOD, OR 97011 | CARE NOW CORPORATION<br>601 CANYON DRIVE #100<br>COPPELL, TX 75019 | CEBOS LTD<br>5936 FORD COURT, #203<br>BRIGHTON, MI 48116 |
| BRIDGETTE WOODS<br>501 LEGENDS<br>LEWISVILLE, TX 75067 | CARL H JOHNSON<br>1908 HAYMEADOW<br>CARROLLTON, TX 75007 | Cebos, Ltd.<br>7600 Grand River, Ste 200<br>Brighton, MI 48114 |
| Broward County Revenue Collector<br>Government Center Annex<br>Attn: Litigation Section<br>115 S. Andrews Avenue<br>Fort Lauderdale, FL 33301 | CARL ZEISS IMT CORP<br>6250 SYCAMORE LANE NORTH<br>MAPLE GROVE, MN 55369 | CENTRAL FREIGHT LINES INC<br>PO BOX 2638<br>WACO, TX 76702-2638 |
| Bruce R. Marx<br>Marlow Connell Valerius<br>4000 Ponce de Leon Blvd., Suite 570<br>Coral Gables, FL 33146 | CARLEY FOUNDRY INC<br>8301 CORAL SEA STREET NE<br>BLAINE, MN 55449 | CENTRAL TRANSPORT INT'L<br>PO BOX 33299<br>DETROIT, MI 48232 |
| BUNTING BEARINGS-HOLLAND<br>1001 HOLLAND PARK BLVD<br>HOLLAND, OH 43528 | Carlos Blacklock<br>1002 Eastern Street<br>Wichita, KS 67207 | CHAD OWENS<br>713 HUNDLEY DRIVE<br>LAKE DALLAS, TX 75065 |
| BUNTING BEARINGS-KALAMAZOO<br>4252 E. KILGORE RD<br>KALAMAZOO, MI 49002 | CAROLYN HEWITT<br>10925 FANDOR STREET<br>FORT WORTH, TX 76108 | CHAMPION AEROSPACE INC<br>1230 OLD NORRIS ROAD<br>LIBERTY, SC 29657-0686 |
| Byron Dale Weekly<br>1255 Oaklawn Rd.<br>Chapmansboro, TN 37035 | Carry Air PTY Ltd.<br>10-12 Chinderah Ray Drive<br>Chinderah, NSW 2467 | CHENDA REACH<br>2335 HIGH BANK DRIVE<br>MESQUITE, TX 75181 |

Cheryl Kirkwood and Taylor Manning
c/o Kreindler & Kreindler, LLP
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017-3613

Chuck Cooper
Radiant Photography & Video
4025 Pioneer Road
Montrose, CO 81401

Clyda Whitefield, et al.
c/o Lisa Lance, Esq.
PO Box 595
Pauls Valley, OK 73075

Chester B. Salmon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue - 16th Floor
New York, NY 10171

Chuck Harris
217 Bridger
Lakeside MT 59922

Clyda Whitefield, et al.
c/o Kreindler & Kreindler
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017-3613

CHICK PACKAGING OF DFW
700 W. BETHEL ROAD #100
COPPELL, TX 75019

CITRIX SYSTEMS INC
851 WEST CYPRESS CREEK ROAD
FORT LAUDERDALE, FL 33309

Clyda Whitefield, et al.
c/o Braden Varner & Aldous, P.C.
703 McKinney Ave., Ste 400
Dallas, TX 75202

Choice Solutions
Attn: James Steinhage
10801 Mastin Blvd., Ste 900
Overland Park, KS 66213

Citrix Systems, Inc.
851 West Cypress Creek Rd.
Fort Lauderdale, FL 33309

CMS Incorporated
20666 SW Citrus Blvd.
Indiantown, FL 34956

CHOICE SOLUTIONS LLC
222 WEST LAS COLINAS BLVD #1150 EA
IRVING, TX 75039

CITY OF COPPELL
255 PARKWAY BLVD
COPPELL, TX 75019

COASTAL AVIATION SERVICES
88 LANDRY STREET, BIDDEFORD AIRPO
BIDDEFORD, ME 4005

Choice Solutions, L.L.C.
Attn: James Steinhage
10801 Mastin Blvd., Ste 900
Overland Park, KS 66213

CITY OF COPPELL / COPPELL ISD
PO BOX 9478
COPPELL, TX 75019

COLORADO AIR PARTS INC
1519 1300 ROAD
DELTA, CO 81416

CHRIS BENAVIDES
1012 E PIONEER
IRVING, TX 75061

City Water International, Inc.
PO Box 319
Elma, NY 14059-0319

COMBUSTION TECHNOLOGIES, INC.
1804 SLATESVILLE ROAD
CHATHAM, VA 24531

Chris Reser
c/o Beeler, Walsh & Walsh, PLLC
4508 N. Classen Blvd.
Oklahoma City, OK 73118

CITY WATER INTERNATIONAL, LTD
PO BOX 674007
DALLAS, TX 75267-4007

Comfort Technolgies, LLC
PO Box 150434
Arlington, TX 76015

CHRIS WOOTTON
2775 N HWY 360 # 217
GRAND PRAIRIE, TX 75050

City Water International, Ltd.
PO Box 319
Elma, NY 14059-0319

COMFORT TECHNOLOGIES, LLC
PO BOX 270809
FLOWER MOUND, TX 75027

CHRISTIANSEN AVIATION
PO BOX 702412
TULSA, OK 74170-2412

CLEARFIELD JEFFERSON REG. AIR
PO BOX 299
FALLS CREEK, PA 15840

Comfort Technolgies, LLC
PO Box 150434
Arlington, TX 76015

| | | |
|---|---|---|
| COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17 STREET<br>AUSTIN, TX 78774-0100 | CPI OFFICE PRODUCTS<br>11111 ZODIAC LANE<br>DALLAS, TX 75229 | DANIEL & ALEX GRZELECKI<br>7209 ST. JAMES COURT<br>CORPUS CHRISTI, TX 78413 |
| COMTEC MANUFACTURING, INC.<br>1012 DELAUM ROAD<br>ST MARYS, PA 15857-0940 | CRAIG CAYLOR<br>301 MEADOW DRIVE<br>PONDER, TX 76205 | DAPRA MARKING SYSTEMS<br>66 GRANBY STREET<br>BLOOMFIELD, CT 6002 |
| CON-WAY FREIGHT INC<br>PO BOX 982020<br>NORTH RICHLAND HILLS, TX 76182 | CRANE CAMS<br>2531 TailSpin Trail<br>DAYTONA BEACH, FL 32128-6743 | DARRELL INGLE<br>2020 VISTA VIEW<br>ROANOKE, TX 76262 |
| CONNERS & WINTERS<br>CARROLLTON TOWERS - EAST, 13601<br>DALLAS, TX 75240 | CUSTOM TUBE PRODUCTS INC<br>435 A2 AIRPARK ROAD<br>EDGEWATER, FL 32132 | Dave Klepacki<br>Engineering Systems, Inc.<br>4775 Centennial Blvd., Suite 106<br>Colorado Springs, CO 80919 |
| Contract Container Service, Ltd.<br>PO Box 6245<br>Fryatt Street, Dunedin City Centre<br>Dunedin City, Otago 9016<br>New Zealand | CYGNET AEROSPACE CORP<br>1971 FEARN AVENUE<br>LOS OSOS, CA 93402 | David A. Levin<br>AIG<br>70 Pine Street<br>New York, NY 10270 |
| CORBITT MANUFACTURING CO.<br>650 N. MAIN CENTER<br>ST. CHARLES, MO 63301 | CYGNUS BUSINESS MEDIA<br>1233 JANESVILLE AVENUE<br>FORT ATKINSON, WI 53538 | DAVID AUSTIN<br>12250 FM 2449<br>PONDER, TX 76259 |
| CORLEY GASKET CO<br>6555 HUNNICUT ROAD<br>DALLAS, TX 75227 | Dale Alexander<br>Gary Novak<br>Engineering Systems, Inc.<br>3851 Exchange Ave.<br>Aurora, IL 60504 | DAVID BUONO<br>6707 W INTERWOOD LAND<br>DALLAS, TX 75248 |
| CORPORATE EXPRESS INC<br>2230 AVENUE J<br>ARLINGTON, TX 76006-5866 | Dallas County Tax Office<br>500 Elm Street<br>Dallas, TX 75202-3304 | DAVID CHILDS TAX ASSESSOR<br>500 ELM STREET<br>DALLAS, TX 75244 |
| Corporate Finance Partners<br>MidCap GmbH<br>Torstr. 33-35<br>10119 Berlin, Germany | DALLAS WASTE DISPOSAL & RECYCLIN<br>3303 PLUTO STREET<br>DALLAS, TX 75212 | David Childs, Ph.D.<br>Dallas County Tax Assessor<br>500 Elm Street, Records Bldg.<br>Dallas, TX 75202 |
| CP PISTONS INC<br>1902 MCGAW AVENUE<br>IRVINE, CA 92614 | Dallas Waste Disposal and Recycling, Inc<br>3303 Pluto St.<br>Dallas, TX 75212 | David Foord Avionics<br>292 Sir Donald Bradmen Drv.<br>Brooklyn Park, SA 5032<br>Australia |

Debtor(s): Superior Air Parts, Inc.    Case No: 08-36705    NORTHERN DISTRICT OF TEXAS
Chapter: 11    DALLAS DIVISION
Exhibit Service List    Page 7 of 19

Case 08-36705-bjh11    Doc 371-1    Filed 08/20/09    Entered 08/20/09 16:05:47    Desc

| | | |
|---|---|---|
| David Hines<br>500 Sutter St.<br>San Francisco, CA 94102 | DIVCO<br>2806 NORTH SHERIDAN<br>TULSA, OK 74115 | DYNAMIC TECHNOLOGY INC<br>3201 WEST ROYAL LANE #150<br>IRVING, TX `75063 |
| DAVID PARNELL<br>935 CONKLIN<br>CANADIAN, TX 79014-3250 | DOUGLAS COOK<br>5111 MESA TERRACT<br>LA MESA, CANADA 91941 | E-MAG IGNITIONS<br>2014 GREG STREET<br>AZLE, TX 76020 |
| DAVID S RUNYAN<br>6414 INWAY DRIVE<br>SPRING, TX 77389 | DOUGLAS L. DODSON JR.<br>4431 KNOX AVENUE<br>ROSAMOND, CA 93560 | Easylink Services<br>33 Knightsbridge Rd.<br>Piscataway, NJ 08854-3925 |
| DAVID W ROGERS JR.<br>3843 JEFFERSON ROAD<br>GLEN ROCK, PA 17327 | Douglas Stimpson<br>Chuck Schueller<br>Accident Investigatn & Reconstruction<br>11740 Airport Way, Hgr 35D<br>Broomfield, CO 80021 | EASYLINK SERVICES CORPORATION<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 8854 |
| Dean Marshall<br>5228 La Taste Ave.<br>El Paso, TX 79924 | Downtown Aviation<br>2787 N. Second Street<br>Memphis, TN 38671 | EATON CORPORATION<br>700 LUICKS LANE<br>BELMOND, IA 50421 |
| DEKALB FORGE<br>1832 PLEASANT<br>DEKALB, IL 60115 | DS-Air Service<br>AM Luneort 13<br>Bremerhaven, Germany 27572 | ECK INDUSTRIES INC<br>1602 NORTH 8TH STREET<br>MANITOWOC, WI 54221-0967 |
| DELI MANAGEMENT INC<br>2400 BRAODWAY STREET<br>BEAUMONT, TX 77702 | DSS FIRE INC<br>10265 MILLER RD<br>DALLAS, TX 75238 | ELECTRONICS INTERNATIONAL INC<br>63296 POWELL BUTTE HIGHWAY<br>BEND, OR 97701 |
| DELL MARKETING LP<br>ONE DELL WAY, MAIL STOP RR1-33<br>ROUND ROCK, TX 78682 | DUKE REALTY SERVICES<br>14241 DALLAS PARKWAY # 1000<br>DALLAS, TX 75254 | ELVIS LACAYO<br>2520 CATAINA WAY<br>IRVING, TX 75060 |
| DENA BEECHER<br>11524 CACTUS SPRINGS<br>FORT WORTH, TX 76248 | DURRIE SALES<br>411 COUNTRY CLUB RD.<br>BENSONVILLE, IL 60106 | Endicott Forging & Mfg.<br>1901 North Street<br>Endicott, NY 13760 |
| DENNIS CHEATHAM<br>311 RAVENNA ROAD<br>LAKE DALLAS, TX 75065 | Dustin A. Turnquist, M.S., P.E.<br>Engineering Systems Inc.<br>4775 Centennial Blvd., Suite 106<br>Colorado Springs, CO 80919 | ENPARTS<br>660 FERRIS ROAD, SUITE 102<br>LANCASTER, TX 75146 |

ERIC JAMES
2710 W. PIONEER
IRVING, TX 75061

FEDERAL EXPRESS
942 SOUTH SHADY GROVE ROAD
MEMPHIS, TN 38120

FORT DEARBORN LIFE INSURANCE
2400 LAKESIDE BOULEVARD
RICHARDSON, TX 75082-7399


ERVIN LEASING COMPANY
PO BOX 1689
ANN ARBOR, MI 48106-1689

Federal Trade Commission
Southwest Region
1999 Bryan Street, Suite 2150
Dallas, TX 75201-6808

FRED A. RAWLINS
8326 SAW GRASS WAY
RADFORD, VA 24141


Ervin Leasing Company
3893 Research Park Drive
Ann Arbor, MI 48108

FEDEX FREIGHT EAST
200 FORWARD DR
HARRISON, AR 72602-0840

Fred Fine
Technical Consultant
PO Box 7315
Spanish Fort, AL 36577-7315


EUROPEAN AVIATION SAFETY AGENC
POSTFACH 10 12 53
D-50452 COLOGNE, GERMANY

First Data Corporation
6201 Powers Ferry Road
ATS-75
Atlanta, GA 30339-5401

GARLOCK - METALLIC GASKET DIV
250 PORTWALL ST, SUITE 300
HOUSTON, TX 77029


EVAN YEARSLEY
509 PARKVIEW PLACE
COPPELL, TX 75019

FLEX-FAB, LLC
1699 WEST M-43 HWY
HASTINGS, MI 49058

GARLOCK KLOSURE
1666 DIVISION STREET
PALMYRA, NY 14522


EXECUTIVE PRINTING SYSTEMS
PO BOX 3064
MCKINNEY, TX 75070

FLIGHT INTERNATIONAL INC
1 LEAR DRIVE, WILLIAMSBURG INT'L AI
NEW PORT NEWS, VA 23602

Garlock Sealing Technologies
5605 Carnegie Blvd., Suite 500
Charlotte, NC 28209


EXPERIMENTAL AIRCRAFT ASSOC.
PO BOX 3086
OSHKOSH, WI 54903-3086

Flyer Industria
Aeronautica Flyer
CX-13 Americana
SP 13, 170-970 Brazil

Garvin Agee Carlton and Mashburn, PC
Attn: Alan Agee
PO Box 10
Pauls Valley, OK 73075-0010


EXXON MOBIL OIL CORPORATION
3225 GALLOWS ROAD
FAIRFAX, VA 22037

FLYING J PARTNERS INC
PO BOX 207
WEST OSSIPEE, NH 3890

GARY WRIGHT
2007 PAT LANE
CARROLLTON, TX 75006


FASTENER DIMENSIONS, INC.
94-03 104TH STREET
OZONE PARK, NY 11416

Flying Machines South
8727 SE 72nd Ave
Ocala, FL 33472

GASKET MANUFACTURING CO. INC
18001 SOUTH MAIN STREET
GARDENIA, CA 90248-3530


FAULKNERS AIR SHOP, INC.
PO BOX 1147
BURNET, TX 78611-1147

FLYING VIKINGS, INC.
21593 SKYWEST DRIVE
HAYWARD, CA 94541

GATES CORPORATION
1551 WEWATTA STREET
DENVER, CO 80202

GENERAL AIR SERVICE
BOX 96, MUNICIPAL AIRPORT
VALLEY CITY, ND 58072-0096

GREATAMERICA LEASING CORP
8742 INNOVATION WAY
CHICAGO, IL 60682-0087

Haski Aviation
406 Frank Farone Dr.
New Castle, PA 16101

General Aviation Maintenance
Hangar 1 Airport
Essendon Victoria

GreatAmerica Leasing Corporation
PO Box 609
Cedar Rapids, IA 52406-0609

HEATHER FORDE
2014 DEWITT STREET
IRVING, TX 75062

GENESEE STAMPING & FABRICATING
1470 AVENUE T
GRAND PRAIRIE, TX 75050-1222

Greg Cole
1824 Benson Rd.
Garner, NC 27529

HELI-COIL - EMHART TEKNOLOGIES LL
PO BOX 859
SHELTON, CT 6484

George Edward, III, Ph.D., P.E.
Clarke Engineering Consultants, Inc.
46344 Lore Court
Lexington Park, MD 20653

GREG VAUGA
2005 ROCKWALL FARMS LANE
FUQUAY VARINA, NC 27526

HELIO PRECISION PRODUCTS
601 NORTH SKOKIE HIGHWAY
LAKE BLUFF, IL 60044

GEORGE JENSON
501 EAST FIRST STREET
TUCSON, AZ 85705

GREGORY ZABRANSKY
400 CR 2355
MINEOLA, TX 75773-3654

Henry and Carole Bailey
c/o The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103

GERHARDT GEAR
133 EAST SANTA ANITA
BURBANK, CA 91502-1926

GULF COAST AVIONICS
3650 DRANE FIELD RD, LAKELAND REG
LAKELAND, FL 33811

Hetrick Aircraft, Inc.
3600 Sardou Billard Municipal Airport
Topeka, KS 66616

GLORIA JEAN WELSH
605 WHITNEY DRIVE
SLIDELL, LA 70461

HALSEY ENGINEERING & MFG INC
209 N MAYHILL ROAD
DENTON, TX 76208

Hurst Metallurgical Research Lab
2111 WEST EULESS BLVD, HIGHWAY 10
EULESS, TX 76040-6707

Golden Bay Maintenance
Hangar 144 Compass Rd.
Jandakot Airport
Jandakot, WA Australia 6164

HARRIS PACKAGING CORP.
1600 CARSON STREET
HALTOM CITY, TX 76117

IAN PULLIN
24/19 BOWMAN STREET
SOUTH PERTH, WEST AUSTRALIA

Good Wood Road Racing
G-BBRX Ltd Oriel
Cottage Station Road
Chobham Woking GU24 8AX
United Kingdom

HARTFORD AIRCRAFT PRODUCTS
94 OLD POQUONOCK ROAD
BLOOMFIELD, CT 06002

IBRAEX IND
QUADRA 112S RUA SRO 7 N.47, PLANTO
PALMAS - TO, BRAZIL 77.020-176

GRAIG SCHULZE
178 VICTORY #108
BURBANK, CA 91502

HARVEY-DACO, INC
307 LAKE AIR DRIVE
WACO, TX 76714-7155

ING
151 FARMINGTON AVENUE
HARTFORD, CT 06156-7750

| | | |
|---|---|---|
| INSTRON WILSON/SHORE INSTR. 825 UNIVERSITY AVENUE NORWOOD, MA 02062-2643 | J.R. JORDAN 560 CLOTHIER SPRINGS ROAD MALVERN, PA 19355 | JEFFERY PAUST 16100 HENDERSON PASS SAN ANTONIO, TX 78232 |
| Intellipak, Inc. 12322 E. 55th Street Tulsa, OK 74146 | Jack Kendall AIG 1200 Abernathy Road NE 600 Northpark Town Center Alpharetta, GA 30328 | JERRY BALLARD PO BOX 2548 EVERGREEN, CO 80437 |
| Internal Revenue Service Special Procedures - Insolvency PO Box 21126 Philadelphia, PA 19114 | Jade Air PLC The Old Stables Hoodlands Farm, London Handcross West Sussex, England RH17 6HB | Jerry Meyers Aviation 4713 Meadow Lane Bozeman, MT 59715 |
| INTERNATIONAL BUSINESS SYSTEMS 90 BLUE RAVINE RD FOLSOM, CA 95630 | JAMES EVERETT 2621 KEYHOLE STREET IRVING, TX 75062 | Jim Irvin Aircraft Engine Reconstruction Specialis 6501 Wilkinson Drive, Suite 200 Prescott, AZ 86301-6188 |
| International Business Systems 90 Blue Ravine Rd. Folsom, CA 95630 | JAMES WHITLEY 820 SHADY LANE BEDFORD, TX 76021-5330 | JIM WATKINS 8817 RAVENSWOOD RD GRANBURY, TX 76049 |
| INTERWEST COMMUNICATIONS CORP 2152 W. NORTHWEST HWY, #122 DALLAS, TX 75220 | JAN CLEMENS 17269 CR 663 FARMERSVILLE, TX 75442 | JOHN F D PETERSON 13465 DECOTEAU ROAD GONZALES, LA 70737 |
| Interwest Communications Corp. 2152 W. Northwest Hwy, Ste 122 Dallas, TX 75220 | Janella Ellsworth PO Box 451 Guild, TN 37340 | JOHN FELLENSTEIN 839 SUMMERLY DRIVE NASHVILLE, TN 37209 |
| Irving ISD c/o Laurie Spindler Linebarger Goggan Blair & Sampson 2323 Bryan St., Ste 1600 Dallas, TX 75201 | Janet Innis c/o The Wolk Law Firm 1710-12 Locust Street Philadelphia, PA 19103 | JOHN GOODLOE 6505 RIDGLEA W TAUGA, TX 76148 |
| IWATSU Voice Networks 8001 Jetstar Dr. Irving, TX 75063 | JEAN-PIERRE VERDIER 24234 EAGLE CLIFF TRAIL CONIFER, CO 80433 | JOHN WEBER 2201 ROCKBROOK # 1338 LEWISVILLE, TX 75067 |
| J&J AIR PARTS INC 430 NORTH BRYANT PLEASANTON, TX 78064 | JEFF W. SMITH 1950 CHISWICK ROAD KNOXVILLE, TN 37922 | JOHNSON, MORGAN & WHITE PO BOX 5000 BOCA RATON, FL 33431-0800 |

Jon S. Lore
23314 Green Holly Road
Lexington Park, MD 20653

KING ENGINE BEARINGS LTD
10 HAAVATZ ST
KIRYAT GAT, ISREAL 82101

L.E. Clark
10109 Clark Airfield Rd.
Clark Airport
Clark, TX 76247

JUAN RUIZ
2851 ASTER
DALLAS, TX 75211

KISMET RUBBER PRODUCTS CORP
215 INDUSTRIAL BLVD
BLUE RIDGE, GA 30513

LABRIE COMMERCIAL CLEANING
PO BOX 833778
RICHARDSON, TX 75083

KAPCO / VALTEC AIRCRAFT SUPPLY
3120 E. ENTERPRISE ST
BREA, CA 92821

KITPLANES
531 ENCINITAS BLVD #105
ENCINITAS, CA 92024

LaBrie Commercial Cleaning
PO Box 833778
Richardson, TX 75083-3778

Kaplan, von Ohlen & Massamillo, LLC
ATTN: Nicholas E. Pantelopoulos
555 Fifth Avenue, 15th Floor
New York, NY 10017

KNAPPE & KOESTER INC
18 BRADCO STREET
KEENE, NH 3431

LARRY L. COLLEY
6701 Convair Rd.
EL PASO, TX 79925

Kayce Weakley
635 E Samford Avenue
Auburn, AL 36830

Knutson Aviation Services
Attn: Donald F. Knutson
2118 N. Tyler, Bldg. B, Suite 102
Wichita, KS 67212

LARRY REEDER
10484 AIR PARK LOOP
MELBA, ID 83641

Keith A Fink & Associates
S. Kevin Steinberg
11500 West Olympic Blvd., Suite 316
Los Angeles, CA 90064

KPMG, LLP
717 NORTH HARWOOD STREET, #3100
DALLAS, TX 75201

LARRY WM. ELLIOTT
15 KINGWOOD VILLAS CT
KINGWOOD, TX 77339

KELLY AEROSPACE POWER SYSTEMS
2900 SELMA HIGHWAY
MONTGOMERY, AL 36108

KSPG Automotive Brazil Ltda-Kolbenschm
RODARNALDO JULIO MAUERBERG, 400
13460-000 NOVA ODESSA - SP BRASIL

Lawrence Chevigny, et al.
c/o Miller Thompson, LLP
3000, 700-9th Ave. S.W.
Calgary, AB, Canada T2P 3V4

Kenneth J. Moran
Moran Brown PC
4110 East Parham Road
Richmond, VA 23228

KUEHNE & NAGEL INC
101 W RANGLER DRIVE, SUITE 201
COPPELL, TX 75019

Lawrence W. Olesen, Q.C.
Bryan & Company, LLP
2600 Lanulife Place
10180-101 Street
Edmonton, Alberta T5J 3Y2

KENT ABERCROMBIE
1436 GARDENIA ST
IRVING, TX 75063

KURT MANUFACTURING CORP
5280 MAIN ST. N.E.
MINNEAPOLIS, MN 55421-1594

LE JONES CO
1200 34TH AVENUE
MENOMINEE, MI 49858

Kent Abercrombie
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

L E CLARK
10109 CLARK AIRFIELD ROAD, CLARK A
CLARK, TX 76247

Lee Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores
Redwood City, CA 94065-2133

Debtor(s): Superior Air Parts, Inc.     Case No: 08-36705     NORTHERN DISTRICT OF TEXAS
Chapter: 11     DALLAS DIVISION
Exhibit Service List     Page 12 of 19

Case 08-36705-bjh11    Doc 371-1    Filed 08/20/09    Entered 08/20/09 16:05:47    Desc

| | | |
|---|---|---|
| LIGHT SPEED ENGINEERING, LLC<br>416 E SANTA MARIA, HANGAR 15<br>SANTA PAULA, CA 93060 | MALONEY, BEAN, HORN & HULL PC<br>511 E JOHN CARPENTER FREEWAY, STE<br>IRVING, TX 75062 | MARY RENFRO<br>7400 BARBARA COURT<br>WATAUGA, TX 76148 |
| Loma Air<br>Herentalsesteenweg 10<br>B-2220 Heist O/D Berg<br>Belgium | MANDEL, LIPTON & STEVENSON LIMITE<br>120 N LA SALLE STREET #1450<br>CHICAGO, IL 60602 | MASOUD ZEAHEDI<br>5801 ROSWELL ROAD<br>ATLANTA, GA 30328 |
| Louis Franecke<br>1115 Irwin Street<br>Suite 100<br>San Rafael, CA 94901 | MANITOWOC PATTERN & MFG CO<br>4315 EXPO DRIVE<br>MANITOWOC, WI 54220-7305 | MASTER PRODUCTS CO<br>6400 Park Avenue<br>Cleveland, OH 44105 |
| Luyster<br>c/o Kreindler & Kreindler<br>100 Park Avenue<br>New York, NY 10017-5590 | MANITOWOC TOOL & MACHINING LLC<br>4211 CLIPPER DRIVE<br>MANITOWOC, WI 54220 | MAURICE TOMPKINS<br>5024 DARDEN AVENUE<br>ORLANDO, FL 32812 |
| LYNDEN INTERNATIONAL<br>1800 INTERNATIONAL BLVD #800<br>SEATTLE, WA 98188 | MANUEL MERCADO<br>2930 SCOTT MILL<br>CARROLLTON, TX 75007 | MAX NICHOLS<br>5221 TELESTAR LANE<br>GRET BEND, KS 67530 |
| M&M AEROSPACE HARDWARE INC<br>PO BOX 025263<br>MIAMI SPRINGS, FL 33102-5263 | MARIA GARCIA<br>1516 MARK<br>IRVING, TX 75061 | MAYER BROWN LLP<br>230 SOUTH LASALLE STREET<br>CHICAGO, IL 60604-1404 |
| MAHLE ENGINE COMPONENTS USA<br>c/o Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street NW.<br>Grand Rapids, MI 49503-2487 | MARIA MELGAR<br>205 S IRVING HEIGHT<br>IRVING, TX 75060 | MCMASTER-CARR SUPPLY CO<br>PO BOX 740100<br>ATLANTA, GA 30374-0100 |
| MAHLE ENGINE COMPONENTS USA<br>17226 INDUSTRIAL HWY<br>CALDWELL, OH 43724-9779 | MARIA PEREZ<br>1908 ANNA DRIVE<br>IRVING, TX 75061 | MCSHAN FLORIST, INC.<br>10311 GARLAND ROAD<br>DALLAS, TX 75218-0430 |
| MAHLE ENGINE COMPONENTS USA<br>14161 MANCHESTER ROAD<br>MANCHESTER, MO 63011 | MARK SINDERSON<br>14700 HIGHTOWER<br>MINNETONKA, MN 55345 | McSwain Engineering<br>3320 McLemore Dr.<br>Pensacola, FL 32514 |
| MAJESTIC GRAPHICS LLC<br>9411 HILLTOP ROAD<br>ARGYLE, TX 76226 | MARSHALLTOWN AVIATION INC<br>2651 170th STREET<br>MARSHALLTOWN, IA 50158-8917 | Michael Henderson<br>c/o Randell C. Ogg, ESQ<br>Ninth Floor, Connecticut Bldg.<br>1150 Connecticut Ave., NW<br>Washington, DC 20036-4192 |

Debtor(s): Superior Air Parts, Inc.　　Case No: 08-36705　　NORTHERN DISTRICT OF TEXAS
　　　　　　　　　　　　　　　　　　　Chapter: 11　　　　　　　　　　　　　DALLAS DIVISION
Exhibit Service List　Page 13 of 19

Case 08-36705-bjh11　Doc 371-1　Filed 08/20/09　Entered 08/20/09 16:05:47　Desc

| | | |
|---|---|---|
| Michael J. Holland<br>Condon & Forsyth<br>7 Times Square, 18th Floor<br>New York, NY 10036 | MSC INDUSTRIAL DIRECT CO INC<br>75 MAXESS ROAD<br>MELVILLE, NY 11747-3151 | Northwest Propeller Service<br>16709 Meridian St., E, Unit 3<br>Puyallup, WA 98375 |
| MID-FLORIDA AIR SERVICES<br>19708 EUSTIS AIRPORT ROAD<br>EUSTIS, FL 32736 | MURRAY CORP.<br>260 SCHILLING CIRCLE<br>HUNT VALLEY, MD 21031 | Norvic Aero Engines<br>Units 4 & 5 Levellers Lane<br>Eynesbury, St. Neots<br>Cambs PE19 2JL |
| MID-SOTA AIRCRAFT REPAIR<br>25297 LAKE ROAD<br>ST CLOUD, MN 56301 | N.E.W. INDUSTRIES INC<br>905 S NEENAH AVE<br>STURGEON BAY, WI 54235 | O FALLON CASTING<br>600 Cannonball Ln<br>O FALLON, MO 63366-4411 |
| MIDWAY AVIATION<br>8008 CEDAR SPRINGS, LOCKBOS 15, D.<br>DALLAS, TX 75235 | NATIONAL CITY COMMERCIAL CAPITAL<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | OHIO GASKET & SHIM<br>976 EVANS AVENUE<br>AKRON, OH 44305 |
| MIDWEST AVIATION<br>1650 WEST COLLEGE DRIVE, SUITE 100<br>MARSHALLTOWN, MN 56258 | National City Commercial Capital Company<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | OMNI PACKAGING CORPORATION<br>12322 EAST 55TH STREET<br>TULSA, OK 74146 |
| MIKES CARTAGE COMPANY<br>PO BOX 153644<br>IRVING, TX 75015-3644 | New Horizons<br>5151 Belt Line Rd.<br>Dallas, TX 75254 | ON TIME EXPRESS<br>3409 HIGH PRAIRIE ROAD<br>GRAND PRAIRIE, TX 75050 |
| MILWAUKEE WIRE PRODUCTS<br>PO BOX 217<br>MEQUON, WI 53092-0217 | NICOL SCALES, INC.<br>1412 GRIFFIN ST. EAST<br>DALLAS, TX 75222-2288 | PACK READY<br>PO BOX 901<br>WYLIE, TX 75098 |
| MJLG c/o Marine Lumber<br>Lower Orange St.<br>Nantucket MA 02554 | NORMAN MARSDEN<br>5212 MUSTANG TRAIL<br>PLANO, TX 75093 | PARKER SEAL EPS DIVISION<br>403 INDUSTRIAL DRIVE<br>NACOGDOCHES, TX 75964 |
| MORRISSEY INC<br>9304 BRYANT AVE. SOUTH<br>BLOOMINGTON, MN 55420 | NORTH TEXAS PRECISION INSTRUMEN<br>7464 DOGWOOD PARK<br>FORT WORTH, TX 76118 | PASSPORTS & VISAS<br>2938 VALLEY VIEW LANE<br>DALLAS, TX 75234 |
| MOTION INDUSTRIES<br>2221 WEST MOCKINGBIRD LANE<br>DALLAS, TX 75235 | NORTHWEST PROPANE GAS, CO.<br>11551 HARRY HINES BLVD.<br>DALLAS, TX 75229-2296 | PATRICK BENOIT<br>3708 ROXBURY LANE<br>PLANO, TX 75025 |

| | | |
|---|---|---|
| Patton Air Spray<br>PO Box 164<br>Quirindi, NSW 2343<br>Australia | PETER J BEATTY<br>18 STIRRUP RUN<br>NEWARK, DE 19711-2460 | Print, Inc.<br>11335 NE 122nd Way STE 250<br>Kirkland, PA 98034 |
| Paul Eberly<br>414 Sunset Drive<br>Gulf Shores, AL 36542 | Pilar Garcia<br>1516 Mark Street<br>Irving, TX 75061 | Print, Inc.<br>11265 Kirkland Way, Ste 3000<br>Kirkland, PA 98033 |
| PAUL HERSHORIN<br>6077 PINE NEEDLE LANE S<br>LAKE WORTH, FL 33467 | PITNEY BOWES<br>2225 AMERICAN DRIVE<br>NEEHAH, WI 54956-1005 | PRO AERO ENGINES, INC.<br>2965 AIRPORT DRIVE<br>KAMLOOPS, BC, CANADA V2B 7W8, |
| Paul Leonard<br>16415 Addison Road, Suite 800<br>Addison, TX 75001-3267 | Pitney Bowes Credit Corporation<br>2225 American Drive<br>Neehah, WI 54956 | Professional Analysis and Consulting, In<br>Attn: David K. Hall<br>43W 752 US Route 30<br>Suite 2F<br>Sugar Grove, IL 60554 |
| Paul Rice<br>6322 Long Beach Blvd<br>Harvey Cedar, NJ 08008 | PLANE-POWER<br>346 HOWARD CLEMMONS ROAD<br>GRANDBURY, TX 76048 | PROGRESSIVE AIR SERVICES LTD<br>2965 AIRPORT ROAD<br>KAMLOOPS, BC V2B 7W8 |
| PAUL WESTCOTT<br>7333 49th AVENUE S.E.<br>OLYMPIA, WA 98513-4515 | PRECISION AIRMOTIVE LLC<br>14800 40TH AVENUE NE<br>MARYSVILLE, WA 98271 | PROSTAR SERVICES INC<br>1420 MAC ARTHUR DRIVE #104<br>CARROLLTON, TX 75067 |
| Paul Wickett<br>66 Scenic Drive<br>Pottsboro, TX 75076 | PRECISION FITTINGS<br>709 NORTH MAIN STREET<br>WELLINGTON, OH 44090 | PROTECTIVE PACKAGING CORP<br>1746 W. CROSBY ROAD #106<br>CARROLLTON, TX 75006 |
| PAUL WINTERS<br>69 BALSALL ST EAST<br>BALSALL COMMON, COVENTRY ENGLA | PRECISION MACHINE & MFG CO<br>500 INDUSTRIAL ROAD<br>GROVE, OK 74344 | PUBLISHERS PRESS<br>100 FRANK E SIMON AVENUE<br>SHEPHERDSVILLE, KY 40165 |
| PENN YAN AERO SERVICE, INC.<br>2499 BATH ROAD<br>PENN YAN, NY 14527 | Prima S.A.<br>Lisciasta 17 Street<br>91-357-LODZ<br>Poland | PULSAR AIRCRAFT CORPORATION<br>4233 SANTA ANITA AVENUE, SUITE #5<br>EL MONTE CA, CA 91731 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | PRINT INC<br>ONE DEERWOOD, 10201 CENTURION P<br>JACKSONVILLE, FL 32256 | PYSZKA, BLACKMON, LEVY, MOWERS &<br>14750 NW 77TH COURT #300<br>MIAMI LAKES, FL 33016 |

| | | |
|---|---|---|
| QUILL CORPORATION<br>PO BOX 94080<br>PALATINE, IL 60094-4080 | RICHARD KRAJICEK<br>1111 HERMANN DRIVE #29A<br>HOUSTON, TX 77004 | Roxanne Cherry, Adm in of the<br>Estate of Christopher Desch<br>c/o The Wok Law Firm<br>1710-12 Locust Street<br>Philadelphia, PA 19103 |
| R&B ELECTRONICS<br>1520 INDUSTRIAL PARK DRIVE<br>SAULT SAINTE MARIE, MI 49783 | Richard L. Taylor<br>Flight Information, Inc.<br>5498 Ayrshire Drive<br>Dublin, OH 43017-9428 | RSI CRATING & PACKAGING<br>2230 LBJ FREEWAY, #400<br>DALLAS, TX 75234 |
| R+L CARRIERS<br>600 GILLAM ROAD<br>WILMINGTON, OH 45177-0271 | RICK BAILEY<br>8020 NAVION LANE<br>FALCON, CO 80831 | RSM MCGLADREY<br>ONE GALLERIA TOWER, 13355 NOEL RO<br>DALLAS, TX 75240-6651 |
| RAM AIRCRAFT CORPORATION<br>7505 KARL MAY DRIVE<br>WACO, TX 76708 | Rick Klein<br>4909 SW 11 Ave<br>Cape Coral, FL 33914 | RUBBER ASSOCIATES, INC.<br>1522 WEST TURKEYFOOT LAKE ROAD<br>BARBERTON, OH 44203-4898 |
| RANDY BORNHORST<br>4236 ARBORETUM DRIVE NW<br>ROCHESTER, MN 55901 | ROB ATTAWAY<br>4518 E. OLIVE AVENUE<br>HIGLEY, AZ 85236 | RUBEN MALDONADO<br>18625 MIDWAY ROAD #402<br>DALLAS, TX 75287 |
| Ray Claxton, Ph.D.<br>Materials Analysis, Inc.<br>10338 Miller Rd.<br>Dallas, TX 75238 | ROBINSON HELICOPTER<br>2901 AIRPORT DRIVE<br>TORRANCE, CA 90505-5308 | Rudy Mantel<br>Forensic Animations<br>6885 NW 12th Street<br>Ft. Lauderdale, FL 33313 |
| REIMERS AIRCRAFT ENGINES<br>4741 EAST 113th AVENUE<br>ANCHORAGE, AK 99516-1620 | RODNEY MCLEAN<br>150 SOUTH CHASE STREET<br>LAKEWOOD, CO 80226 | Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG, Feld<br>Witten, Germany 58456 |
| Reno Air Racing Association<br>14501 Mt Anderson St<br>Reno, NV 89506 | Roger W. Stalkamp<br>3548 Old Oaks Drive<br>Beavercreek, OH 45431-2412 | RUSS AIREY<br>989 SILVERDALE DRIVE<br>WINDSOR, ONTARIO, CANADA |
| RESERVE ACCOUNT - WORLD HEADQU<br>1 ELMCROFT ROAD<br>STAMFORD, CT 06926-0700 | RONALD GELZUNAS<br>NORTH WILDWOOD MEDICAL ASSOC,<br>NORTH WILDWOOD, NJ 8260 | SAE INTERNATIONAL<br>400 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15096-0001 |
| RICHARD BRINKERHOFF<br>2134 GOLD DUST COURT<br>TRINITY, FL 34655 | ROSTRA VERNATHERM, INC.<br>106 ENTERPRISE DRIVE<br>BRISTON, CT 6010 | SAFETY-KLEEN<br>5400 LEGACY DRIVE<br>PLANO, TX 75024 |

SAL BUENTELLO
15963 PARVIN ROAD
PROSPER, TX 75078

SKY-TEC
350 HOWARD CLEMMONS ROAD
GRANBURY, TX 76048

STATE COMPTROLLER
111 E. 17 STREET
AUSTIN, TX 78774-0100

SAMPSON ENTERPRISES INC
894 N MILL STREET, SUITE 2
LEWISVILLE, TX 75057

SKYLINE AVIATION
SPIRIT AIRPORT, 776 NORTH BELL AVE
CHESTERFIELD, MO 63005

STATE OF OHIO
PO BOX 16678
COLUMBUS, OH 43216-6678

SATURN FASTENERS INC
425 S. VARNEY ST.
BURBANK, CA 91502

SKYTEL
PO BOX 2469
JACKSONVILLE, MS 39225-2469

STAVELEY SERVICES FLUIDS ANALYSI
18419 EUCLID AVENUE
CLEVELAND, OH 44112-1016

Schnader Harrison Segal & Lewis, LLP
Attn: J. Denny Shupe
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Slick Unison
530 Blackhawk Park Ave.
Rockford, IL 61104

STEPHANIE FINNEY
17269 CR 663
FARMERSVILLE, TX 75442

SCOTT FREEMAN
840 EAST HUNGRY MOTHER DRIVE
MARION, VA 24354

Southair LTD
Taieri Airport
58 Stedman Rd
Mosgiel, Dunedin 9092
New Zealand

STEPHEN ADAMS
2398 WILLIAM FEW PARKWAY
EVANS, GA 30809

SEAL SCIENCE INC
17131 DAIMLER
IRVINE, CA 92614-5508

SOUTHWESTERN GAGE INC
3151 COMMONWEALTH
DALLAS, TX 75247-6201

STERLING AIRCRAFT REPAIR
FORREST LANE, PO BOX 185
STERLING, AK 99672

SECURLOCK STORAGE CENTERS
320 STATE HWY 121
COPPELL, TX 75019

Spirangam Ragan
215 Granite Court
Boulder City, NV 89005

Steve Gann
8166 Autumnwoods
Southaven, MS 38671

SEMBLEX CORPORATION
199 W DIVERSEY AVENUE
ELMHURST, IL 60126

SPRING ENTERPRISES
2890 MALIBOU COURT
DAYTONA BEACH, FL 32128

STEVE GLASS
769 FARMBROOK DRIVE
BEAVERCREEK, OH 45430

Signature Engines
4760 Airport Rd.
Cincinnati, OH 45226

STAN JONES AVIATION
1100 AIRPORT ROAD
SALEM, IL 62881

STEVE WILSON
PO BOX 206
PANACEA, FL 32346

SKF SEALING SOLUTIONS
PO BOX 536755
ATLANTA, GA 30353-6755

STAPLES BUSINESS ADVANTAGE
500 STAPLES DRIVE
FRAMINGHAM, MA 1702

STEVES AIRCRAFT
15373 JONES ROAD
WHITE CITY, OR 97503-9577

| | | |
|---|---|---|
| SUEZ ENERGY RESOURCES NA<br>PO BOX 25225<br>LEHIGH VALLEY, PA 18002-5225 | TEXAS DUGAN L.P.<br>600 EAST 96TH STREET #100<br>INDIANAPOLIS, IN 46240 | TigerHelicopter<br>Shobdon Aerodrome<br>Leominster Herefordshire<br>HR6 9NR United Kingdom |
| Suez Energy Resources, NA<br>1990 Post Oak Dr., Ste 1900<br>Houston, TX 77056 | Texas Dugan LP<br>c/o Duke Realty LP<br>5495 Belt Line Road, Suite 360<br>Dallas, TX 75240 | Time Warner Telecom of Texas, L.P.<br>2805 Dallas Parkway, Ste 140<br>Plano, TX 75093 |
| Suez Energy Resources, NA<br>1990 Post Oak Dr., Suite 1900<br>Houston, TX 77056 | TEXAS NAMEPLATE<br>PO BOX 150499<br>DALLAS, TX 75315-0499 | Time Warner Telecom of Texas, LP<br>15303 Dallas Parkway, Ste 610<br>Addison, TX 75001 |
| SUPERIOR TRANSPORT<br>3200 N SYLVANIA AVE #A<br>FORT WORTH, TX 76111 | THE BLAND CO<br>55 BROOK STREET<br>WEST HARTFORD, CT 06133-0358 | TIMSCO<br>9893 W UNIVERSITY DRIVE, #121<br>MCKINNEY, TX 75071 |
| Tarrant County Tax Office<br>100 E. Weatherford<br>Fort Worth, TX 76196 | THE SERVICE CENTER<br>6450 CLARA ST., STE 100<br>HOUSTON, TX 77041 | TOPCAST AVIATION SUPPLY<br>15/F W OLD PEACE CENTRE, 55 W O TUI<br>KW AICHUNG, HONG KONG |
| TECHNIPRODUCTS INC<br>126 INDUSTRIAL DRIVE<br>EAST LONGMEADOW, MA 01028-0215 | THIELERT AE - PRE INSOLVENCY<br>NIERITZSTR 14<br>D-01097, DRESDEN GERMANY | TRADE-A-PLANE ADVERTISING<br>174 4TH STREET<br>CROSSVILLE, TN 38557 |
| TECHNIFAX OFFICE SOLUTIONS<br>3220 KELLER SPRINGS #118<br>CARROLLTON, TX 75006 | THIELERT AG<br>ALBERT-EINSTEIN-RING 11<br>D-22761, HAMBURG GERMANY | TREVOR DAVIS<br>23 OUDEKRAAL ROAD<br>CAMPUS BAN, SOUTH AFRICA |
| Technifax Office Solutions<br>3220 Keller Springs, Ste 118<br>Carrollton, TX 75006 | THIELERT AIRCRAFT ENGINES GMBH<br>NIERITZSTR 14<br>D-01097, DRESDEN GERMANY | TriStar, Inc.<br>3740 E. LaSalle St.<br>Phoenix, AZ 85040 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 | THOMAS LOCHRIDGE<br>1403 N 14TH STREET<br>HONEY GROVE, TX 75446 | TRUARC COMPANY LLC<br>125 BRONCO WAY<br>PHILLIPSBURG, NJ 8665 |
| TEX-AIR PARTS INC<br>3724 N COMMERCE ST<br>FORT WORTH, TX 76106 | THOMAS REPROGRAPHICS<br>600 N CENTRAL EXPRESSWAY<br>RICHARDSON, TX 75080 | TRW AUTOMOTIVE US LLC<br>3900 MOGADORE INDUSTRIAL PARKW A<br>MOGADORE, OH 44260 |

| | | |
|---|---|---|
| TULCO OILS INC<br>627 112TH STREET<br>ARLINGTON, TX 76011 | UNITED PARCEL SERVICE<br>PO BOX 650580<br>DALLAS, TX 75265-0580 | Vector Aviation<br>Vector Air Ltd.<br>The Homestead<br>Therfield Royston SG8 9RA |
| TW TELECOM<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242-1496 | Virgin Records America, Inc.<br>c/o Tew Cardenas, LLP<br>4 Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, FL 33131 |
| TX State Comptroller of Public Accts.<br>Revenue Acct. Div - Bankruptcy<br>P.O. Box 13528 Capital Station<br>Austin, TX 78711 | UPS SUPPLY CHAIN SOLUTIONS INC<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 | VISION SERVICE PLAN - (SW)<br>FILE # 73280, PO BOX 60000<br>SAN FRANCISCO, CA 94160-3280 |
| Tygris Vendor Finance, Inc.<br>f/k/a US Express Leasing<br>Attn: Annette McGovern<br>10 Waterview Blvd.<br>Parsippany, NJ 07054 | US EXPRESS LEASING INC<br>DEPT #1608<br>DENVER, CO 80291-1608 | VOLARE CARBURETORS LLC<br>211 CHASE STREET<br>GIBSONVILLE, NC 27249 |
| TZU-YING HO<br>7218 BRANBLEBUSH DRIVE<br>FRISCO, TX 75034 | US Express Leasing, Inc.<br>10 Waterview Blvd.<br>Parsippany, NJ 07054 | W.W. GRAINGER<br>100 GRAINGER PARKWAY<br>LAKE FOREST, IL 60045-5201 |
| U.S. SEC<br>Fort Worth Regional Office<br>Burnett Plaza, Suite 1900<br>801 Cherry Street, Unit 18<br>Fort Worth, TX 76102 | UTI, UNITED STATES INC<br>801 HANOVER DRIVE, SUITE #100<br>GRAPEVINE, TX 76051 | WAHIDUALLAH OSMAN<br>7952 EDDIE DRIVE<br>PLANO, TX 75025 |
| ULINE<br>2200 S. LAKESIDE DRIVE<br>WAUKEGAN, IL 60085 | V&L TOOL INC<br>2021 MCARTHUR ROAD<br>WAUKESHA, WI 53188 | Web Trends<br>851 SW 6th Ave., #600<br>Portland, OR 97204 |
| UMPCO<br>7100 LAMPSON AVENUE<br>GARDEN GROVE, CA 92846-5158 | VARGA ENTERPRISES INC<br>2350 S. AIRPORT BLVD.<br>CHANDLER, AZ 85249 | WEB TRENDS INC<br>851 SW 6TH AVENUE #600<br>PORTLAND, OR 97204 |
| UNISON INDUSTRIES, LLC<br>7575 BAYMEADOWS WAY<br>JACKSONVILLE, FL 32256 | Various | WESTERN GAGE CORPORATION<br>3316-A MAYA LINDA<br>CAMARILLO, CA 93012 |
| Unisource Worldwide, Inc.<br>850 N Arlington Heights Rd<br>Itasca, IL 60143 | VB SEALS INC<br>1107 AIRPORT ROAD<br>AMES, IA 50010 | WESTERN MANUFACTURING CO<br>28355 INDUSTRY DRIVE, UNIT 420<br>VALENCIA, CA 91355 |

WESTERN SKYWAYS
21 CREATIVE PLACE
MONTROSE, CO 81401

Wittgens Markus
Durbusch 47
D-51503 Rosrath Germany

White Hawk Aviation, Inc.
12517 Beaverlyford Road
Brandy Station, VA 22714

Woodhaven Aviation
2050 300 West
Hangar #63
Spanish Fork, UT 84660

Wilfredo Oquendo
PO Box 28448
Hialeah FL 33002

Wrico Stamping Co. of Texas
650 Industrial Blvd.
Grapevine, TX 76051

WILLIAM BLACKWOOD
620 N COPPELL ROAD #4104
COPPELL, TX 75019

WSK KALISZ
UL. CZESTOCHOWSKA 140
62-800, KALASZ, POLAND

WILLIAM CANNON
1 WALDEN COURT
THE COLONY, TX 75056

WYANDOTTE INDUSTRIES, INC.
4625 13th STREET
WYANDOTTE, MI 48192

WILLIAM E BUCKLEY
835 CAMP JOHNSON ROAD
ORANGE PARK, FL 32065

Yellow Transportation
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, MD 21094

WILLIAM PETERSON
2720 GRAYSTONE DRIVE
FLOWER MOUND, TX 75028

Z PACKAGING INC
1402 DUNN DR
CARROLLTON, TX 75006

WINSTED PRECISION BALL COMPANY
159 COLEBROOK RIVER ROAD
WINSTED, CT 6098

ZANZIS pA.
CORSO VERCELLI, 159
10015 IVERA, ITALY

WISE AVIATION SERVICES
351 AIRPORT RD
DECATUR, TX 76234

ZEPHYR AIRCRAFT ENGINES
39320 AVENUE B, MUNICIPAL AIRPORT
ZEPHYRHILLS, FL 33540

WITHERINGTON PROPERTIES
3511 SILVERSIDE RD, SUITE 105
WILMINGTON, DE 19810-4902