Rosa R. Orenstein
Nathan M. Nichols
**SULLIVAN & HOLSTON**
4131 North Central Expressway, Suite 980
Dallas, Texas 75204
Telephone: 214-528-9560
Facsimile: 214-528-9581

**ATTORNEYS FOR AIRSURE LTD., L.L.C.**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-36705 |
| SUPERIOR AIR PARTS, INC., | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of AirSure Ltd., L.L.C.'s Limited Objection to Confirmation of the Third Amended Plan of Reorganization of Superior Air Parts, Inc. and the Official Committee of Unsecured Creditors, filed August 20, 2009 [document #372], was served on the following via first class United States mail, as stated below.

Respectfully submitted,

**SULLIVAN & HOLSTON**

By: /s/ Rosa R. Orenstein
Rosa R. Orenstein, Esq.
State Bar No. 17153200
Nathan M. Nichols
State Bar No. 24060336
4131 N. Central Expressway, Suite 980
Dallas, Texas 75204
Telephone: (214) 528-9560
Facsimile: (214) 528-9581
ATTORNEYS FOR AIRSURE LTD., L.L.C.

**CERTIFICATE OF SERVICE – Page 1**
G:\OfficePower\RRO\4332 - AdvanceMe - AKJ Management\Pldg\CERT SERV Answer.doc

## CERTIFICATE OF SERVICE

This is to certify that service of this document has been made on the 20th day of August, 2009 to all parties registered for ECF delivery and via first class, United States mail to the following:

William O. Angelley on behalf of
Creditor Wrongful Death Claimants
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41th Floor
Los Angeles, CA 90017

B. Shane Barnes on behalf of
Creditor Boring Machine Corporation
Meagher & Geer, PLLP
33 South Sixth St., Ste. 4400
Minneapolis, MN 55402

William G. Burd on behalf of
Creditor Virgin Records of America, Inc.
Atkinson & Brownell, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131

CT Corporation
1209 Orange Street
Wilmington, DE 19801

Corporate Finance Partners Midcap GmbH
Torstr. 35 - 10119
Berlin, Germany,

Crane Cams Inc.
530 Fentress Blvd.
Dayton Beach, FL 32114

Marshall Dean
5228 La Taste Ave.
El Paso, TX 79924

Bradley L. Derubba
120 North Crandon Avenue
Niles, OH 44446

Eaton Corporation
Global Trade Credit
1111 Superior Avenue
Cleveland, OH 44114

Robert P. Franke on behalf of
Debtor Superior Air Parts, Inc.
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701

William B. Freeman on behalf of
Creditor Avco Corporation
Pillsbury Winthrop LLP
725 S. Figueroa St., Ste. 2800
Los Angeles, CA 90017-5406

Kevin H. Good on behalf of
Creditor Aviation Parts Supply, Inc.
1700 Pacific Avenue
Suite 2250
Dallas, TX 75201

Krystina N. Jiron on behalf of
Creditor Virgin Records of America, Inc.
Atkinson & Brownell, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Ste 3750
Miami, FL 33131

Lain, Faulkner & Co., P.C.
400 N. St. Paul, Suite 600
Dallas, TX 75201

Marlow, Connell, Valerius et al
4000 Ponce de Leon Blvd., Ste. 570
Coral Gables, FL 33146

Timothy S. McFadden on behalf of
Creditor Lloyds, London
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Anita F. McMahon
1646 Belmont Avenue
Baton Rouge, LA 70808

Warren H. Smith on behalf of
Creditor AICCO, Inc.
Donohe, Jameson & Carroll
325 N. St. Paul St., Suite 4080
Dallas, TX 75201

Warren H. Smith on behalf of
Creditor AICCO, Inc.
Warren H. Smith & Associates, P.C.
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Roger W. Stallkamp
3548 Old Oaks Drive
Beavercreek, OH

TW Telecom Inc.
co Linda Boyle
10475 Park Meadows Dr. Ste. 400
Littleton, CO 80124

                                            /s/
                                        Nathan M. Nichols