Chester B. Salomon
CS-2319
BECKER, GLYNN, MELAMED & MUFFLY LLP
299 Park Avenue
New York, New York 10171
tel.: 212-888-3033
fax: 212-888-0255
Attorneys for Thielert A.G. and
Dr. Achim Ahrendt, Insolvency Administrator

IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF TEXAS DALLAS DIVISON

| | | |
|---|---|---|
| In re: | : | Case No. 08-36705 (BJH) |
| | : | |
| SUPERIOR AIR PARTS, INC., | : | Chapter 11 |
| | : | |
| Debtor. | : | |

THIELERT A.G.'S OBJECTION TO THE FIRST AMENDED DISCLOSURE
STATEMENT, DATED AUGUST 4, 2009, FILED BY
AVIATION PARTS SUPPLY, INC.  (DOCKET NO. 335)

TO THE HONORABLE BARBARA J. HOUSER,
UNITED STATES BANKRUPTCY JUDGE:

Thielert A.G. ("TAG") and its Insolvency Administrator, Dr. Achim Ahrendt,

respectfully submits this Objection to the First Amended Disclosure Statement, dated

August 4, 2009, filed by Aviation Parts Supply, Inc., and in support thereof states as

follows:

1.      TAG is one of the largest creditors and the sole shareholder of the Debtor.

TAG has supported and voted in favor of the Debtor's and Creditors' Committee's Joint

Plan.

*120190v1*

2. TAG generally joins in the Debtor's Objection to APS' First Amended Disclosure Statement, dated August 10, 2009, and particularly agrees with Paragraphs 5 and 12 through 19, inclusive. TAG also agrees generally with the Committee's Objection.

3. If votes were solicited and confirmation of the APS First Amended Plan were sought, TAG would vote against the APS First Amended Plan and object to its confirmation.

4. TAG will not sell or transfer its equity interest to APS, directly, indirectly or through a plan. APS had opportunities to make a bid therefor before Brantly made it bid. APS's offers to the Creditors' Committee were never fully accepted by TAG, particularly as to its proposed Transfer Restriction Agreement for the Vantage Engine Program. That proposed agreement posed roadblocks to the sale of the Vantage Engine Program. In any event, any APS offers that TAG was considering earlier in this case were subject to higher and better offers of third parties. After Brantly made its offer, APS has not proposed a deal that matches Brantly's offer. Brantly has offered cash while APS has threatened and commenced litigation.

5.     In connection with the Bid Procedures previously approved by this Court, APS submitted an unacceptable bid that was materially and financially inferior to the Brantly offer.

6.     In furtherance of its campaign of intimidation and purporting to arrogate the power and authority of the Debtor and the Committee, on August 4, 2009 APS commenced an adversary proceeding against TAG and TAE (Adv. No. 09-03240 (BJH)) in part seeking to equitably subordinate TAG's claim. The adversary proceeding is

without merit and will be vigorously defended by TAG.  In paragraph 25 of its complaint,

APS admits that in 2006 TAG paid $10 million cash for claims of two existing creditors

of Superior.  Yet APS alleges that the TAG claim should be subordinated.  Upon

confirmation of the Debtor's Joint Plan, TAG will seek dismissal of APS's complaint.

    WHEREFORE, TAG respectfully requests that the Court deny approval of APS'

First Amended Disclosure Statement and grant TAG such other and further relief as is

just.

Dated: New York, New York
       August 20, 2009

                BECKER, GLYNN, MELAMED & MUFFLY LLP

                By:_____
                    Chester B. Salomon
                299 Park Avenue
                New York, New York 10171
                Tel.: (212) 888-3033
                Fax:  (212) 888-0255
                csalomon@beckerglynn.com

*120190v1*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the foregoing document was transmitted via electronic mail to parties listed below August 20, 2009 and to the parties on the attached Service List via first class, United States Mail, postage prepaid on the 20th day of August, 2009.

Stephen A. Roberts
Duane J. Brescia
Strasburger & Price LLP
600 Congress, Ste. 1600
Austin, TX 98701
Stephen.roberts@sdtrasburger.com
Duane.brescia@strasburger.com

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, TX 75069
bleonard@billyleonardlaw.com

Matthew Okin
Okin Adams & Kilmer LLP
1113 Vine Street, Suite 201
Houston, TX 77002
mokin@oakllp.com

Tom Tong
Tong & Sung, P.C.
3050 Post Oak Blvd., Suite 1720
Houston, Texas 77056
tomtong@tonglawfirm.com

David W. Parham
Elliot D. Schuler
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
David.w.parham@bakernet.com
Elliot.d.schuler@bakernet.com

*120190v1*

-4-



Neil J. Orleans
Goins, Underkoffer, et ai, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270

William G. Burd/Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB T2P 3V4

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO 80124

Howard A. Borg/James T. Jacks
Ass't US Atty for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
11 00 Commerce Street, Room 976
Dallas, TX 75242

Gordon J. Toering
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl 33458

Melissa S. Hayward
LOCKE LORD BISSELL& LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Counsel for the Insurers



label size 1 1/3   x 4" compatible with Avery®5162/8162
Étiquette de format 34 mm x 102 mm compatible avec Avery®5162/8162



Stefano Gazzola
Zanzi, S.pA
Corso Vercelli, 159
10015 Ivrea, Italy

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX 75201
Attys for Theilert Aircraft Engines GMBH

David W. Parham,
Elliot Schuler & A. Swick
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201

Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614

Kevin H. Good
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201

Werner Wilhelm AlbusNaleria de Freitas
MesquitalKSPG Automotive Brazil L TDA
Rodovia Arnaldo Julio Mauerbert,
n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil, Caixa Postal 91

Kent Abercrombie
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Susan B. Hersh
12770 Co it Rd. Ste. 1100
Dallas, TX 75251

Laurie A. Spindler
Linebarger Goggan et ai, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

Timothy S. McFadden
LOCKE LORD BISSELL& LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Counsel for the Insurers





Rosa R. Orenstein
LOOPER, REED & McGRAW, P.C.
4100 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201

Garlock-Metallic Gasket Div
250 Portwall St., Ste. 300
Houston, TX 77029

Kenneth A. Hill
QUILLING, SELANDER, CUMMISKEY
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX 75050-1222

Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany

Deirdre B. Ruckman/AVCO
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX 75201

Airsure Limited
Dallas Office
5700 Granite Parkway, #550
Plano, TX 75024-6647

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196

Crane Cams
2531 Tail Spin Trail
Daytona Beach, FL 32128-6743

Lynden International
1800 International Blvd. #800
Seattle, WA 98188

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967





Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal 91
CEP 13460-000

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

AOPAPiiot
PO Box 973
Frederick, MD 21701

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502

Seal Science
17131 Daimler
Irvine, CA 92614-5508

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Knappe & Koester Inc:
18 Bradco Street
Keen, NH 3431

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Mahle Engine Components
17226 Industrial HWY
Caldwell,OH 43724-9779





Internal Revenue Service
Special Procedures - Ins,olvency
P.O. Box 21126
Philadelphia, PA 19114


ThielertAG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany


Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390


Ruhrtaler Gesenkschmiede
F.w. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456



label size 1 1/3   x 4"  compatible with Avery®5162/8162
Étiquette de format 34 mm x 102 mm compatible avec Avery®5162/8162