David W. Parham
Elliot D. Schuler
**BAKER & McKENZIE LLP**
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
(214) 978-3000
(214) 978-3099 Fax

**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., § | |
| § | Chapter 11 |
| Debtor. § | |

### OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CLAIM OF THIELERT AIRCRAFT ENGINES GMBH

COMES NOW, the Official Committee of Unsecured Creditors, and files their Objection (the "Objection") to Claim of Thielert Aircraft Engines GmbH (the "TAE Claim") and state as follows:

### Jurisdiction

1.  This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A)(B) and (O). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Objection

**The Claim should be Disallowed pending repayment of Avoidable Transfers**

2.  Within one year of Superior's bankruptcy filing, within the preference period for insiders under 11 U.S.C. §547(b), TAE received no less than 14 payments which collectively

---
**OBJECTION TO CLAIM OF THIELERT AIRCRAFT ENGINES GmbH – Page 1**
DALDMS/666109.1

total approximately $750,000 (the "Avoidable Transfers"). The Committee does not believe any defense exists to the Avoidable Transfers and such are recoverable under 11 U.S.C. §550.

3. Pursuant to 11 U.S.C. §502(d), "the court shall disallow any claim of any entity from which property is recoverable under section 542, 543, 550, or 553 of this title or that is a transferee of a transfer avoidable under section 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a) of this title, unless such entity or transferee has paid the amount, or turned over any such property, for which such entity or transferee is liable under section 522(i), 542, 543, 550, or 553 of this title."

4. The TAE Claim should be disallowed unless and until TAE repays the full amount of the Avoidable Transfers.

**Reservation of Rights**

5. The Committee reserves the right to amend and/or supplement this Claim Objection in the event that additional bases for objection are discovered as result of discovery on this matter. The Committee likewise reserves the right to file an adversary proceeding to recharacterize or equitably subordinate the TAE Claim.

WHEREFORE the Committee respectfully requests that the Court issue an order (a) sustaining the Objection; and (b) providing the Committee all such other and further relief as to which it has shown, and may hereafter show, themselves to be justly entitled.

.

Dated: August 21, 2009
       Dallas, Texas

Respectfully submitted,

/s/  Elliot D. Schuler
    David W. Parham
    State Bar No. 15459500
    Elliot D. Schuler
    State Bar No. 24033046

**BAKER & M<sup>c</sup>KENZIE LLP**
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas   75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via electronic mail, and on all other parties via the Court's ECF filing system on August 21, 2009.

| | |
|---|---|
| **Duane J. Brescia**<br>**Stephen A. Roberts**<br>Strasburger & Price LLP<br>600 Congress Ave., Ste. 1600<br>Austin, TX 78701<br>Email: duane.brescia@strasburger.com<br>Email: stephen.roberts@strasburger.com | **Kevin H. Good**<br>Conner & Winters, LLP<br>1700 Pacific Avenue, Suite 2250<br>Dallas, TX 75201<br>Email: kgood@cwlaw.com<br><br>**Billy G. Leonard, Jr.**<br>Attorney at Law<br>1650 W. Virginia Street, Suite 211<br>McKinney, TX 75069<br>Email: bleonard@billyleonardlaw.com |
| **Cynthia W. Cole**<br>Beirne, Maynard & Parsons, L.L.P.<br>1700 Pacific Ave.<br>Suite 4400<br>Dallas, Texas 75201<br>ccole@bmpllp.com | **Chester B. Salomon**<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue<br>New York, NY 10171<br>Email: csalomon@beckerglynn.com |
| **Matthew Okin**<br>Okin Adams & Kilmer LLP<br>1113 Vine Street, Suite 201<br>Houston, TX 77002<br>Email: mokin@oakllp.com | **Tom Tong**<br>Tong & Sung, P.C.<br>3050 Post Oak Blvd., Suite 1720<br>Houston, Texas 77056<br>Email: tomtong@tonglawfirm.com |

　　　　　　　　　　　　　　　　　　　　　　/s/ Elliot D. Schuler
　　　　　　　　　　　　　　　　　　　　Elliot D. Schuler

---

**OBJECTION TO CLAIM OF THIELERT AIRCRAFT ENGINES GmbH – Page 4**
DALDMS/666109.1