Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone (469) 742-0855
Fax (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone (214) 217-8070
Fax (214) 217-8861

*Attorneys for Aviation Parts Supply, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | **CASE NO. 08-36705-BJH-11** |
| | § | |
| | § | |
| **DEBTOR** | § | |

**AVIATION PARTS SUPPLY, INC.'S WITNESS AND EXHIBIT LIST REGARDING AVIATION PARTS SUPPLY, INC.'S EMERGENCY MOTION FOR INTERPRETATION AND ENFORCEMENT, AS APPROPRIATE, OF <u>BID PROCEDURES AND MOTION TO SHOW CAUSE</u>**

Aviation Parts Supply, Inc. ("APS"), a creditor and party in interest, by and through undersigned counsel, files this, its Witness and Exhibit List in connection with the above Motion which is set to be heard on August 26, 2009 at 1:15 p.m.

APS may call the following witnesses:

1. Kent Abercrombie;

2. J. Michael Bean;

3. David Parham;

4. Elliott Schuler;

5. Stephen Roberts;

6. Duane Brescia;

7. Aichem Arendt;

8. Chester Salomon;

9. Kevin H. Good;

10. Any witness called by other parties participating in the hearing; and

11. Any rebuttal witnesses, as required.

APS may offer into evidence or ask for judicial notice in the hearing any of the following exhibits:

1. Superior Third Amended Disclosure Statement;

2. Superior Third Amended Plan of Reorganization;

3. Order Approving Bid Procedures;

4. Bid Procedures;

5. E-Mail Message from Creditors Committee counsel to Ms. Holly Meister dated July 20, 2009;

6. Letter from Mr. Duane J. Brescia, Debtor's counsel, dated August 13, 2009 reporting result of Bid Procedure;

7. Letter from Mr. Kevin H. Good, counsel for APS, dated August 13, 2009 to counsel for Debtor requesting clarification of results of Bid Procedure; and

8. E-Mail Message from Mr. Duane A. Brescia, counsel for Debtor, to Mr. Kevin H. Good responding to item #7 above.

Respectfully Submitted:

/s/Kevin H. Good
Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue, Suite 2250
Dallas, Texas 75201
Telephone (214) 217-8070
Fax (214) 217-8861

and

Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone (469) 742-0855
Fax (469) 442-0135

**Attorneys for Aviation Parts Supply, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21th day of August, 2009, a true and correct copy of the foregoing document was served via facsimile and email to:

Matthew S. Okin, Esq., counsel for Brantly, Stephen A. Roberts, Esq., counsel for Debtor, David Parham, Esq., counsel for the Official Unsecured Creditors' Committee, and Chester Salomon, Esq., counsel for TAG, via email only to Mary Frances Durham, U.S. Department of Justice Office of the United States Trustee, and on August 21, 2009 by first class U.S. Mail to the attached service list, postage prepaid.

/s/Kevin H. Good
Kevin H. Good