David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 08-36705-BJH-11** |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | **Jointly Administered** |
| | § | |
| **DEBTOR-IN POSSESSION.** | § | **CHAPTER 11** |

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR AUGUST 26, 2009

TO THE HONORABLE BARBARA J. HOUSER,
UNITED STATES BANKRUPTCY JUDGE:

NOW COMES the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), and files this its Witness & Exhibit list for the matters to be heard on August 26, 2009.

### I. Witnesses

1. Tom Gingerich, Lain, Faulkner & Co., P.C.
2. Witnesses designated or used by other parties
3. Rebuttal witnesses

### II. Exhibits

1. Financial reports prepared by Lain, Faulkner & Co., P.C.
2. Any exhibits designated or used by any other party
3. Rebuttal exhibits

DALDMS/657345.1

Dated: August 21, 2009
   Dallas, Texas

                Respectfully submitted,

                /s/  Elliot D. Schuler
                  David W. Parham
                  State Bar No. 15459500
                  Elliot D. Schuler
                  State Bar No. 24033046
                **BAKER & M$^c$KENZIE LLP**
                2300 Trammell Crow Center
                2001 Ross Avenue
                Dallas, Texas   75201
                Telephone: (214) 978-3000
                Facsimile:  (214) 978-3099

                **ATTORNEYS FOR THE**
                **OFFICIAL COMMITTEE OF**
                **UNSECURED CREDITORS**

# **CERTIFICATE OF SERVICE**

       The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via electronic mail, and on all other parties via the Court's ECF filing system on August 21, 2009.

| | |
|---|---|
| **Duane J. Brescia**<br>**Stephen A. Roberts**<br>Strasburger & Price LLP<br>600 Congress Ave., Ste. 1600<br>Austin, TX 78701<br>Email: duane.brescia@strasburger.com<br>Email: stephen.roberts@strasburger.com | **Kevin H. Good**<br>Conner & Winters, LLP<br>1700 Pacific Avenue, Suite 2250<br>Dallas, TX 75201<br>Email: kgood@cwlaw.com |
| **Billy G. Leonard, Jr.**<br>Attorney at Law<br>1650 W. Virginia Street, Suite 211<br>McKinney, TX 75069<br>Email: bleonard@billyleonardlaw.com | **Chester B. Salomon**<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue<br>New York, NY 10171<br>Email: csalomon@beckerglynn.com |
| **Matthew Okin**<br>Okin Adams & Kilmer LLP<br>1113 Vine Street, Suite 201<br>Houston, TX 77002<br>Email: mokin@oakllp.com | **Tom Tong**<br>Tong & Sung, P.C.<br>3050 Post Oak Blvd., Suite 1720<br>Houston, Texas 77056<br>Email: tomtong@tonglawfirm.com |

                                                  /s/ Elliot D. Schuler
                                                  Elliot D. Schuler

DALDMS/657345.1