STEPHEN A. ROBERTS
STATE BAR NO. 01701920
DUANE J. BRESCIA
STATE BAR NO. 24025265
STRASBURGER & PRICE, LLP
600 CONGRESS AVE., SUITE 1600
AUSTIN, TEXAS 78701-2974
(512) 499-3600
(512) 499-3660 Fax

ROBERT P. FRANKE
STATE BAR NO. 07371200
STRASBURGER & PRICE, L.L.P.
901 MAIN STREET, SUITE 4400
DALLAS, TX 75202
214-651-4300 – TELEPHONE
214-651-4330 – FACSIMILE

ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-36705-BJH |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | Hearing Date: August 26, 2009 |
| | § | Time: 1:15 p.m. |

## SUPERIOR AIR PARTS, INC.'S WITNESS AND EXHIBIT LIST FOR HEARING ON THE THIRD AMENDED PLAN PROPOSED BY THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**TO:   THE HONORABLE BARBARA J. HOUSER**
**      UNITED STATES BANKRUPTCY JUDGE:**

Superior Air Parts, Inc. ("Debtor" or "Superior") files its Witness and Exhibit List in connection with the hearing on the Third Amended Plan Proposed by the Debtor and the Official Committee of Unsecured Creditors, set for August 26, 2009 at 1:15 p.m.

## I.
## WITNESSES

1.   The Debtor may call the following witnesses:

    a.   Kent Abercrombie, President and CEO of Superior Air Parts, Inc.;

    b.   Tom Tong;

    c.    Michael Bean;

    d.    Any witnesses designated by any other party appearing in this action; and

    e.    Rebuttal witnesses, as needed.

## II.
## EXHIBITS

2.    Debtor may offer into evidence or ask for judicial notice in the hearings any of the following exhibits:

    a.    July 23, 2009, Third Amended Disclosure Statement of Superior Air Parts, Inc. and the Official Committee of Unsecured Creditors;

    b.    July 23, 2009, Third Amended Plan of Superior Air Parts, Inc. and the Official Committee of Unsecured Creditors;

    c.    July 16, 2009, Rule 11 Agreement between Thielert Aircraft Engines GmbH, Superior Air Parts, Inc., and the Official Committee of Unsecured Creditors;

    d.    July 17, 2009, Stock Purchase Agreement between Superior Air Parts, inc. and Weifang Freesky Aviation Technologies Company,

    e.    Reorganized Superior's Pro Formas;

    f.    February 13, 2009, Aviation Parts Supply, Inc.'s Proof of Claim (No. 63);

    g.    Documents relating to the Chinese Government's approval of sale;

    h.    Aviation Parts Supply, Inc.'s Pro Formas;

    i.    April 22, 2009, Letter from Dave Parham, to Cynthia Cole and Chester Salomon regarding Draft of Complaint of the Official Committee of Unsecured Creditors of Superior Air Parts, Inc. vs. Thielert Aircraft Engines GmbH;

    j.    Aviation Parts Supply v. Thielert Aircraft Engines GmbH and Thielert AG, Plaintiff's Original Complaint and Objection to Claim Number 46 and 70;

    k.    Financial Analysis of Lain Faulkner; and

    l.    Rebuttal exhibits, as necessary.

Respectfully submitted,

*/s/ Stephen A. Roberts*

STEPHEN A. ROBERTS
STATE BAR NO. 01701920
DUANE J. BRESCIA
STATE BAR NO. 24025265
**STRASBURGER & PRICE, LLP**
600 CONGRESS AVE., SUITE 1600
AUSTIN, TEXAS 78701-2974
(512) 499-3600
(512) 499-3660 Fax

ROBERT P. FRANKE
STATE BAR NO. 07371200
**STRASBURGER & PRICE, LLP**
901 MAIN STREET, SUITE 4400
DALLAS, TEXAS 75202
(214) 651-4300
(214) 651-4330 Fax

**ATTORNEYS FOR DEBTOR
SUPERIOR AIR PARTS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served to the parties below via electronic mail and upon all other parties via the Court's ECF filing system on August 21, 2009.

**Via electronic mail:**

Matt Okin
Brian Kilmer
Okin Adams & Kilmer, LLP
1113 Vine Street, Suite 201
Houston, TX 77002
mokin@oakllp.com
bkilmer@oakllp.com

Mr. Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, N.Y.  10171
csalomon@beckerglynn.com

Kevin H. Good
Conner & Winters, P.C.
1700 Pacific Avenue, Suite 2250
Dallas, TX  75201
KGood@cwlaw.com

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, TX  75069
bleonard@billyleonardlaw.com

David W. Parham
Partner
David Parham
Elliot Shuler
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX  75201
david.w.parham@bakernet.com
elliot.d.schuler@bakernet.com

_/s/ Stephen A. Roberts_____
Stephen A. Roberts