Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax
stephen.roberts@strasburger.com
robert.franke@strasburger.com
duane.brescia@strasburger.com

*ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 08-36705** |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |

**CERTIFICATION OF BALLOTS ACCEPTING OR REJECTING THE THIRD
AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC. AND
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**State of Texas**  §
§
**County of Travis**  §

BEFORE ME, the undersigned authority, personally appeared DONNA L. KRUPA, who being by me duly sworn, did state as follows:

1. "My name is Donna L. Krupa and I have personal knowledge of the facts stated herein. I am over the age of 18 years, of sound mind and capable of making this Affidavit.

2. I am a paralegal at the law firm of Strasburger & Price, LLP ("Strasburger"), in the Austin, Texas office. Stephen A. Roberts and Duane J. Brescia are my supervising attorneys.

3. At the direction of Mr. Roberts and Mr. Brescia, I was placed in charge of tabulating the ballots cast for/against the Third Amended Plan of Reorganization proposed by the Debtor and the Official Committee of Unsecured Creditors. I hereby certify that the amount and number of allowed claims of each class accepting or rejecting the plan, and the amount of allowed interest of each class accepting or rejecting the plan is accurately reflected on the following Ballot Summary:

## BALLOT SUMMARY (BY CLAIM)

| NAME | CLASS | ALLOWED CLAIM | | | | VOTE |
|---|---|---|---|---|---|---|
| (Alphabetized) | (per plan) | POC/Ballot | Scheduled | Ct. Ord | §502(c) | |
| Ace Grinding & Machine Co. | 7 | $36,632.56 | $36,632.56 | | | A |
| Advanced Machining & Tool, Inc. | 7 | $13,338.23 | $13,336.23 | | | A |
| Air Sure Limited | 7 | $62,500.00 | $62,500.00 | | | R |
| Aitkenhead, Neil | 7 | $3,673.36 | | | | A |
| Altizer, John W. | 7 | $22,380.00 | | | | A |
| Aviation Parts Supply, Inc. | 7 | $32,126.08 | | | | R |
| Avstar Fuel Systems, Inc. | 7 | $1,760.00 | $1,760.00 | | | A |
| Buono, David D. | 7 | $1,000.00 | $1,000.00 | | | A |
| Chevigny, Lawrence G. | 7 | $400,000.00 | UNKNOWN | | | A |
| Dodson, Douglas L. | 7 | $1,000.00 | $1,000.00 | | | A |
| Eck Industries, Inc. | 7 | $119,696.85 | $119,696.85 | | | A |
| Gasket Manufacturing Company | 7 | $1,513.44 | $1,513.44 | | | A |
| Glass, Steven T. | 7 | n/a | $500.00 | | | A |
| Hartford Aircraft Products, Inc. | 7 | $41,287.92 | $41,287.92 | | | A |
| Langland, Llewellyn | 7 | $6,111.31 | n/a | | | A |
| Master Products Company | 7 | $1,674.47 | $1,674.47 | | | A |
| Morrissey, Inc. | 7 | $2,527.34 | $2,362.00 | | | A |

| NAME | CLASS | ALLOWED CLAIM | | VOTE |
|---|---|---|---|---|
| Omni Packaging Corp. | 7 | $1,496.00 | n/a | A |
| R&B Electronics, Inc. | 7 | $2,969.64 | $2,969.64 | A |
| Rostra Vernatherm, LLC | 7 | $15,325.66 | $15,625.00 | A |
| Safety-Kleen Systems, Inc. | 7 | $1,038.87 | $1,038.87 | A |
| Techni-Products | 7 | $14,500.00 | $33,200.00* | A |
| WW Grainger, Inc. | 7 | $367.01 | $367.01 | A |
| Yellow Transportation, Inc. | 7 | $5,141.68 | $5,141.68 | A |
| Zanzi Spa | 7 | $1,431,531 | $1,431,531 | A |

\* Claim scheduled as disputed.

## BALLOT SUMMARY (BY CLASS)

| CLASS | TOTAL # RECEIVED | TOTAL AMOUNT | TOTAL # (Y)/(N) (YES) | (NO) | TOTAL AMT (Y)/(N) (YES) | (NO) | CLASS VOTE |
|---|---|---|---|---|---|---|---|
| 1 (Priority Tax) | n/a | n/a | n/a | n/a | n/a | n/a | Deemed Accept |
| 2 (Priority Employee Claims) | n/a | n/a | n/a | n/a | n/a | n/a | Deemed Accept |
| 3 (Secured Claim of Ervin Leasing Co.) | n/a | n/a | n/a | n/a | n/a | n/a | Deemed Accept |
| 4 (Secured Claim of Great American Leasing) | n/a | n/a | n/a | n/a | n/a | n/a | Deemed Accept |
| 5 (Secured Claim of Tygris Vendor Finance, Inc. f/k/a US Express Leasing) | n/a | n/a | n/a | n/a | n/a | n/a | Deemed Accept |
| 6 (Secured Claim of National City Commercial Capital) | n/a | n/a | n/a | n/a | n/a | n/a | Deemed Accept |
| 7 (General Unsecured Creditors) | 23 | $2,219,591.40 | 21 (91.3%) | 2 (8.7%) | $2,124,965.40 (95.7%) | $94,626.08 (4.3%) | ACCEPT |

| CLASS | TOTAL # RECEIVED | TOTAL AMOUNT | TOTAL # (Y)/(N) (YES) | (NO) | TOTAL AMT (Y)/(N) (YES) | (NO) | CLASS VOTE |
|---|---|---|---|---|---|---|---|
| 8 (Unsecured Claim of Thielert Aircraft Engines GmbH) (TAE) | | | | | | | |
| 9 (Unsecured Claim of Thielert AG) (TAG) | | | | | | | |
| 10 (Interests in the Debtor) | n/a | n/a | n/a | n/a | n/a | n/a | Deemed Reject |

## BALLOTS RECEIVED BY PARTIES INELIGIBLE TO VOTE

| Name | Class | Amount | Vote |
|---|---|---|---|
| Maloney, Bean, Horn & Hull, LLC | 7 | $175,806.29 | R |
| Penn Yan Aero | n/a | $55,423.54 | A |
| Skydive Aggieland | n/a | $57,000.00 | A |
| Thielert Aircraft Engines GmbH | 8 | $18,208,260.17 | R |
| Thielert AG | 9 | $10,146,611.00 | A |

4.   True and correct copies of the original ballots are attached as *Exhibit A*."

Further Affiant sayeth not.

                                         */s/ Donna L. Krupa*
                                         DONNA L. KRUPA

SWORN TO AND SUBSCRIBED BEFORE ME on this 21st day of August, 2009, to certify which witness my hand and seal of office.

                                          _/s/ Angela J. Dunn_  
                                          Notary Public, State of Texas

My Commission Expires: 1-11-2010