# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $36,632.51, [Check One Box] [ ✓ ] Accepts [ ] Rejects the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | 8/20/2006 |
| CREDITOR'S NAME: | Ace Grinding & Machine Co |
| Signature: | Gregory M Zarin |
| Print name: | Gregory M. Zarin |
| Title: | Attorney for Ace Grinding & Machine Co. |
| Address: | 1601 Elm St, Ste 3700, Dallas, TX 75201 |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot on **or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

Received by Strasburger & Price, L.L.P. on 8/20/2009 11:36:15 AM (Central Daylight Time)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ 13,336.23  **[Check One Box]**    [ X ] Accepts    [    ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date: 7-27-2009

CREDITOR'S NAME: ADVANCED MACHINING & TOOL, INC.

Signature: *Bret Tarver*

Print name: Bret Tarver

Title: TREASURER

Address: 1616 N. INTERSTATE 35 E
LANCASTER, TEXAS 75134

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

**BALLOT FOR ACCEPTING OR REJECTING THE
THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of

$ 62,500  [Check One Box]   [   ] Accepts   [ ✓ ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date: 8/20/09

CREDITOR'S NAME: Air Sure Limited

Signature: Krista R Curry

Print name: Krista R Curry

Title: V.P. Admin.

Address: 5700 Granite Pkwy
Plano, TX 75024

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot on or before August 20, 2009, by 5:00 p.m., Central Standard Time (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

626575.2/SPA/20354/0102/072309

Received by Strasburger & Price, LLP. on 8/20/2009 4:39:54 PM (Central Daylight Time)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: §  Case No. 08-36705
§
SUPERIOR AIR PARTS, INC., §  Chapter 11
§
Debtor. §
§
§

**BALLOT FOR ACCEPTING OR REJECTING THE
THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of

**$3,673.36.** [Check One Box] [✓] Accepts [ ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date: August 9th 2009
CREDITOR'S NAME: NEIL AITKENHEAD.
Signature: [signature]
Print name: NEIL AITKENHEAD
Title: PRINCIPAL
Address: 2103/1 PEAK AVE, MAIN BEACH, QUEENSLAND. 4217, AUSTRALIA.

Return this ballot so that the Debtor's counsel is in actual receipt of your ballot on or before August 20, 2009, by 5:00 p.m., Central Standard Time (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

626575.2/SPA/20354/0102/072309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

**BALLOT FOR ACCEPTING OR REJECTING THE**
**THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.**
**AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of

$ _22,380.00_  **[Check One Box]**   [ X ] Accepts   [   ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | _Aug 12, 2009_ |
| CREDITOR'S NAME: | _John W. Altizer_ |
| Signature: | _John W. Altizer_ |
| Print name: | _John W. Altizer_ |
| Title: | _Individual_ |
| Address: | _215 S. Cowboy Way, Cottonwood, Az 86326_ |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

### BALLOT FOR ACCEPTING OR REJECTING THE
### THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
### AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ 32,126.08  [Check One Box]    [   ] Accepts   [X] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | August 17, 2009 |
| CREDITOR'S NAME: | Aviation Parts Supply, Inc. |
| Signature: | _Michael Hull_ |
| Print name: | Michael H. Hull |
| Title: | Vice President |
| Address: | 511 E. John Carpenter Frwy, Suite 440 Irving, TX 75062 |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot on **or before August 20, 2009, by 5:00 p.m., Central Standard Time (the "Voting Deadline")**. A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

*Received by Strasburger & Price, L.L.P. on 8/19/2009 1:20:46 PM [Central Daylight Time]*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 08-36705** |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |

RECEIVED
AUG 11 2009
Strasburger & Price

**BALLOT FOR ACCEPTING OR REJECTING THE**
**THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.**
**AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ _1,760 –_  **[Check One Box]**   [ ✗ **Accepts**   [ ] **Rejects**
the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date: _7-27-09_

CREDITOR'S NAME: _AvStar Fuel Systems, Inc_

Signature: _Ronald J Weaver_

Print name: _Ronald J. Weaver_

Title: _President_

Address: _1365 Park Lane South ; Jupiter, FL 33458_

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                    §          Case No. 08-36705
                                          §
SUPERIOR AIR PARTS, INC.,                 §          Chapter 11
                                          §
Debtor.                                   §
                                          §

*RECEIVED*
*AUG 1 1 2009*
*Strasburger & Price*

### BALLOT FOR ACCEPTING OR REJECTING THE
### THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
### AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ *1000.⁰⁰*,    **[Check One Box]**    [ ✓ ] **Accepts**    [    ] **Rejects**

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | *7-30-09* |
| CREDITOR'S NAME: | *DAVID D BUONO* |
| Signature: | *dd ▲ B* |
| Print name: | *DAVID D BUONO* |
| Title: | |
| Address: | *6707 WINTERWOOD LN* |
| | *DALLAS TX 75248* |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.



RECEIVED
AUG 1 1 2009
Strasburger & Price

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                §        **Case No. 08-36705**
                                       §
**SUPERIOR AIR PARTS, INC.,**          §        **Chapter 11**
                                       §
Debtor.                                §
                                       §

### BALLOT FOR ACCEPTING OR REJECTING THE
### THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
### <u>AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case.  The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan.  If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code.  <u>To have your vote count, you must complete and return this ballot.</u>  A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $400,000.00  **[Check One Box]**    [ X ] **Accepts**    [    ] **Rejects**

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date:                _August 5, 2009_
CREDITOR'S NAME:     _Lawrence G. Chevigny_
Signature:           _LG Chevigny_
Print name:          _Lawrence G. Chevigny_
Title:               _____
Address:             _C/o Miller Thomson LLP, 3000, 700-9 Ave SW_
                     _Calgary, AB  T2P 3V4_

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline").  A ballot that is received after the Voting Deadline will not be counted.  Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ _1,000.00_, **[Check One Box]**    [ X ] Accepts    [ ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | 29 JUL 09 |
| CREDITOR'S NAME: | DOUGLAS L. DODSON |
| Signature: | _Douglas Dodson_ |
| Print name: | DOUGLAS L DODSON, Jr |
| Title: | SELF |
| Address: | 4431 KNOX AVE |
| | ROSAMOND, CA 93560 |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

RECEIVED
AUG 2 0 2009
Strasburger & Price

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. <u>To have your vote count, you must complete and return this ballot</u>. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of

$ _119,696.85_ [Check One Box]    [ ✔ ] Accepts    [   ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | 8/17/09 |
| CREDITOR'S NAME: | ECK IND INC, |
| Signature: | Philip Eck |
| Print name: | PHILIP ECK |
| Title: | PRESIDENT |
| Address: | P.O. 0967, MANITOWOC, WI |
| | 54220-0967 |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION



| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 08-36705** |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |

### BALLOT FOR ACCEPTING OR REJECTING THE
### THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
### <u>AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. <u>To have your vote count, you must complete and return this ballot</u>. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $\underline{1,513.44}$ , **[Check One Box]    [ X ] Accepts    [    ] Rejects**
the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | August 11, 2009 |
| CREDITOR'S NAME: | Gasket Manufacturing Company |
| Signature: | *MC Labor* |
| Print name: | Maureen E. Labor |
| Title: | President |
| Address: | 18001 S. Main Street, Gardena, CA 90248 |

Return this ballot so that the Debtor's counsel is in <u>**actual receipt**</u> of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

RECEIVED
AUG 1 1 2009
Strasburger & Price

### BALLOT FOR ACCEPTING OR REJECTING THE
### THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
### AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case.  The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan.  If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code.  To have your vote count, you must complete and return this ballot.  A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of

$_____,   [Check One Box]   [ ✓ ] Accepts   [   ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | 27 Jul 09 |
| CREDITOR'S NAME: | Steven T. Glass |
| Signature: | _____ |
| Print name: | Steven T. Glass |
| Title: | |
| Address: | 769 Fannbrook Dr., Beavercreek OH 45430 |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline").  A ballot that is received after the Voting Deadline will not be counted.  Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

IN RE:                           §

SUPERIOR AIR PARTS, INC.,        §        Case No. 08-36705

                                 §        Chapter 11

Debtor.                          §

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ _41,287.92_  [Check One Box]    [ X ] Accepts    [    ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date:                _8-18-2009_

CREDITOR'S NAME:     _Hartford Aircraft Products, Inc._

Signature:           _J. Griffin_

Print name:          _J. Griffin_

Title:               _President_

Address:             _94 Old Poquonock Rd._
                     _Bloomfield, CT 06002_

Return this ballot so that the Debtor's counsel is in actual receipt of your ballot on or before August 20, 2009, by 5:00 p.m., Central Standard Time (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

626575.2/SPA/20354/0102/072809

Received by Strasburger & Price, L.L.P. on 8/18/2009 11:24:39 PM [Central Daylight Time]



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case.  The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan.  If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE.  YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code.  <u>To have your vote count, you must complete and return this ballot.</u>  A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $6,111.31,  **[Check One Box]**  [ X ] Accepts  [  ] Rejects the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | 8/10/09 |
| CREDITOR'S NAME: | Llewellyn Langland |
| Signature: | |
| Print name: | Llewellyn Langland |
| Title: | |
| Address: | N3482 Langland Rd. Sarona, WI 54870 |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline").  A ballot that is received after the Voting Deadline will not be counted.  Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

Received by Strasburger & Price, L.L.P. on 7/27/2009 2:04:54 PM (Central Daylight Time)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (I) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ _1,674.47_   [Check One Box]   [ X ] Accepts   [   ] Rejects the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | _7/27/09_ |
| CREDITOR'S NAME: | _MASTER PRODUCTS COMPANY_ |
| Signature: | _David T Mitskavich_ |
| Print name: | _DAVID T MITSKAVICH_ |
| Title: | _TREASURER_ |
| Address: | _6400 PARK AVENUE, CLEVELAND, OHIO_ |
| | _44105_ |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m.,** Central Standard Time (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

RECEIVED
AUG 1 1 2009
Strasburger & Price

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case.  The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan.  If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code.  To have your vote count, you must complete and return this ballot.  A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ 2,527.34   [Check One Box]     [ ✓ ] Accepts     [    ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | 7/27/09 |
| CREDITOR'S NAME: | Morrissey, Inc. |
| Signature: | David L. Hentges |
| Print name: | David L. Hentges |
| Title: | CFO |
| Address: | 9304 Bryant Ave So. |
| | Bloomington, Mn. 55420 |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline").  A ballot that is received after the Voting Deadline will not be counted.  Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

626575.2/SPA/20354/0102/072309

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

RECEIVED
AUG 17 2009
Strasburger & Price

## BALLOT FOR ACCEPTING OR REJECTING THE
### THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
### AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $1,496.00 **[Check One Box]** [ ✓ ] **Accepts** [ ] **Rejects** the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | 8/11/09 |
| CREDITOR'S NAME: | Omni Packaging Corp. |
| Signature: | Roberta J Jones |
| Print name: | ROBERTA J JONES |
| Title: | PRESIDENT |
| Address: | 12322 E 55th Street, Tulsa, OK 74017 |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

IN RE:                              §          Case No. 08-36705
                                    §
SUPERIOR AIR PARTS, INC.,           §          Chapter 11
                                    §
Debtor.                             §
                                    §
                                    §

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $2969.64, [Check One Box]    [ X ] Accepts    [    ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date: _8/5/09_____

CREDITOR'S NAME: _R & B ELECTRONICS. INC·_

Signature: _Wayne E Olsen_

Print name: _WAYNE E· OLSEN_

Title: _CFO_

Address: _1520 INDUSTIAL PARK DR
SAULT STE. MARIE, MI  49783_

Return this ballot so that the Debtor's counsel is in actual receipt of your ballot on or before August 20, 2009, by 5:00 p.m., Central Standard Time (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

626575.2/SPA/20354/0102/072309

Received by Strasburger & Price, L.L.P. on 8/5/2009 1:41:53 PM [Central Daylight Time]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:                                    §           Case No. 08-36705
                                          §
**SUPERIOR AIR PARTS, INC.,**             §           Chapter 11
                                          §
Debtor.                                   §
                                          §
                                          §

RECEIVED
JUL 3 0 2009
Strasburger & Price

**BALLOT FOR ACCEPTING OR REJECTING THE**
**THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.**
**AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ _15,625.66_ **[Check One Box]**     **[ X ] Accepts**     **[     ] Rejects**

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date:                _7/29/09_
CREDITOR'S NAME:     _ROSTRA VERNATHERM, LLC_
Signature:           _Mary Ann Lombardi_
Print name:          _MARY ANN LOMBARDI_
Title:               _CONTROLLER_
Address:             _106 ENTERPRISE DR, BRISTOL, CT 06010_

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

RECEIVED
AUG 1 1 2009
Strasburger & Price

## BALLOT FOR ACCEPTING OR REJECTING THE
### THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
### AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of

$ _1,038.87_   [Check One Box]   [ ✓ ] Accepts   [   ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date: _7/28/09_
CREDITOR'S NAME: _Safety-Kleen Systems Inc_
Signature: _Rice Amse_
Print name: _Richard Hausmann_
Title: _Mgr - National Account Credit & Collection_
Address: _3360 Legacy Dr., Plano, Tx 75024_

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

RECEIVED

AUG 1 1 2009

Strasburger & Price

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

RECEIVED

Strasburger & Price

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of

$ _14,150_ , [Check One Box]    [ X ] Accepts    [    ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date: _7/28/09_

CREDITOR'S NAME: _Techni-Products_

Signature: _Gerard A. Burke_

Print name: _Gerard A. Burke_

Title: _Controller_

Address: _126 Industrial Dr._
_East Longmeadow, MA._

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m.**, Central Standard Time (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

#802661199

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

RECEIVED
AUG 11 2009
Strasburger & Price

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of
$ 367.01 , [Check One Box] [X] Accepts [ ] Rejects
the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date: 7/30/09
CREDITOR'S NAME: W W GRAINGER INC
Signature: Marietta Swider
Print name: MARIETTA SWIDER
Title: ATTORNEY Ref. Spec
Address: W. W. GRAINGER, INC.
7300 N. MELVINA
NILES, ILLINOIS 60714

Return this ballot so that the Debtor's counsel is in actual receipt of your ballot on or before August 20, 2009, by 5:00 p.m., Central Standard Time (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

626575.2/SPA/20354/0102/072309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

RECEIVED
AUG 1 9 2009
Strasburger & Price

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 08-36705** |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |

**BALLOT FOR ACCEPTING OR REJECTING THE
THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ 5,141.68   **[Check One Box]**   [ ✓ ] **Accepts**   [  ] **Rejects** the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date:
CREDITOR'S NAME:   *Yellow Transportation, Inc.*
Signature:   *Morrissen Manuel*
Print name:   *MORRISSEN MANUEL*
Title:   *AGENT FOR CREDITOR*
Address:   *c/o RMS, PO Box 5126, Timonium, MD 21094*

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

### BALLOT FOR ACCEPTING OR REJECTING THE
### THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
### AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ 1,431,531.76 [Check One Box]    [ X ] Accepts    [   ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date: 8/19/2009

CREDITOR'S NAME: ZANZI SPA

Signature: _Gazzola_

Print name: STEFANO GAZZOLA

Title: PRESIDENT

Address: IVREA (TO) - ITALY

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

626575.2/SPA/20354/0102/072309

Received by Strasburger & Price, LLP, on 8/19/2009 2:33:07 PM (Central Daylight Time)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

*RECEIVED*
*AUG 2 0 2009*
*Strasburger & Price*

## BALLOT FOR ACCEPTING OR REJECTING THE
### THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
### AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. <u>To have your vote count, you must complete and return this ballot.</u> A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of

$ 175,806.29 [Check One Box]    [    ] Accepts    [ X ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | August 17, 2009 |
| CREDITOR'S NAME: | Maloney, Bean, Horn & Hull, P. C. |
| Signature: | *Michael Hull* |
| Print name: | Michael H. Hull |
| Title: | Vice President |
| Address: | 511 E. John Carpenter Fwy, Suite 440 |
| | Irvin, TX 75062 |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

BALLOT FOR ACCEPTING OR REJECTING THE
THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of

$ 55,423.54  [Check One Box]   [ ✓ ] Accepts   [ ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date:  08/19/2009
CREDITOR'S NAME:  Penn Yan Aero
Signature:
Print name:  Edward A. Kennedy
Title:  CFO
Address:  2499 Bath Rd., Penn Yan, NY 14527

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## BALLOT FOR ACCEPTING OR REJECTING THE
### THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
### <u>AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. <u>To have your vote count, you must complete and return this ballot.</u> A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of

$ *57,000*   [Check One Box]   [ X ] Accepts   [   ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

| | |
|---|---|
| Date: | *8-15-09* |
| CREDITOR'S NAME: | *Plane Flite/Skyline Aggieland* |
| Signature: | |
| Print name: | *Todd Spillers* |
| Title: | *President* |
| Address: | *6104 SH 21 East  Ste 21* |
| | *Bryan, TX  77802* |

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

IN RE: § Case No. 08-36705
§
SUPERIOR AIR PARTS, INC., § Chapter 11
§
Debtor. §
§

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ _18,208,60.17_ [Check One Box]     [   ] Accepts    [ X ] Rejects

the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date: _08/18/2009_
CREDITOR'S NAME: _THIELERT AIRCRAFT ENGINES GMBH_
Signature: _____
Print name: _DR. BRUNO M. KÜBLER_
Title: _INSOLVENCY ADMINISTRATOR_
Address: _KARLANDSTR. 14, 09350 LICHTENSTEIN, GERMANY_

Return this ballot so that the Debtor's counsel is in **actual receipt** of your ballot **on or before August 20, 2009, by 5:00 p.m., Central Standard Time** (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

Received by Strasburger & Price, L.L.P. on 8/20/2009 10:33:41 AM (Central Daylight Time)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## BALLOT FOR ACCEPTING OR REJECTING THE
## THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC.
## AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

On July 23, 2009, Superior Air Parts, Inc., (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") jointly filed their (i) Third Amended Plan of Reorganization ("Plan") and (ii) Third Amended Disclosure Statement ("Disclosure Statement") with respect to the Plan in the above-referenced case. The Disclosure Statement was approved by the Bankruptcy Court and provides information to assist you in deciding how to vote your ballot for accepting or rejecting the Plan. If you do not have a Disclosure Statement, you may obtain one by contacting Duane J. Brescia at the number listed below.

YOU SHOULD CAREFULLY REVIEW THE DISCLOSURE STATEMENT AND PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING YOUR TREATMENT UNDER THE PLAN.

The Plan referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each Class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code. To have your vote count, you must complete and return this ballot. A ballot does not constitute a valid proof of claim in this Bankruptcy Case.

The undersigned, a creditor or interest holder of the above-named Debtor, in the unpaid principal amount of $ 10,146,611.11 , [Check One Box]      [ X ] Accepts      [   ] Rejects the Plan proposed by the Debtor and the Committee for the reorganization of the Debtor.

Date: _10 August 2009_

CREDITOR'S NAME: _Thielert AG_

Signature: _Ahrg_

Print name: _Dr. Achim Ahrendt_

Title: _insolvency administrator_

Address: _Albert-Einstein-Ring 11, 22761 Hamburg, Germany_

Return this ballot so that the Debtor's counsel is in actual receipt of your ballot on or before August 20, 2009, by 5:00 p.m., Central Standard Time (the "Voting Deadline"). A ballot that is received after the Voting Deadline will not be counted. Send your ballot to: Duane J. Brescia, Strasburger & Price LLP, 600 Congress Ave., Suite 1600, Austin, Texas 78701, (tel.) 512.499.3600, (fax) 512.499.3660.

Received by Strasburger & Price, L.L.P. on 8/12/2009 4:27:52 AM [Central Daylight