Chester B. Salomon
CS-2319
BECKER, GLYNN, MELAMED & MUFFLY LLP
299 Park Avenue
New York, New York 10171
tel.: 212-888-3033
fax: 212-888-0255
Attorneys for Thielert A.G. and
Dr. Achim Ahrendt, Insolvency Administrator

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | Chapter 11 |
| Debtor. | |

**MOTION OF THIELERT A.G. AND ITS INSOLVENCY ADMINISTRATOR FOR EXPEDITED HEARING ON THEIR MOTION FOR PROVISIONAL ALLOWANCE OF <u>CLAIM FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018(a)</u>**
**[DOCKET NO. 387]**

Thielert A.G. ("TAG") and its Insolvency Administrator, Dr. Achim Ahrendt, hereby request that an expedited hearing be set on **August 26, 2009 at 1:15 p.m.**, on Motion of Thielert A.G. and its Insolvency Administrator for Provisional Allowance of Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018(A) (the "Motion"). A hearing on the Motion by such date is necessary because TAG's claim should be provisionally allowed and to enable it to vote in favor of the Third Amended Plan of Reorganization of Superior Air Parts, Inc. and of the Official Committee of Unsecured Creditors ("Joint Plan").

Proper notice of the proposed expedited hearing will be provided to the Debtor, the Official Committee of Unsecured Creditors, Aviation Parts Supply, Inc., and United States Trustee, and all parties listed on the attached Limited Service List.

WHEREFORE, the Debtor requests that the Court enter an Order setting an expedited hearing on the Motion and granting such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Dated: New York, New York
August 24, 2009

BECKER, GLYNN, MELAMED & MUFFLY LLP

By: s/ Chester B. Salomon
Chester B. Salomon, of counsel (CS-2319)

299 Park Avenue
 New York, NY 10171
Tel: (212) 888 - 3033
Fax: (212) 888- 0255
csalomon@beckerglynn.com

## CERTIFICATE OF CONFERENCE

The undersigned certifies that this motion is unopposed by the Official Committee of Unsecured Creditors, the U.S. Trustee, and Debtor.

*/s/ Chester B. Salomon*
Chester B. Salomon

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the parties on the attached Limited Service List via electronic mail on August 24, 2009.

                                            */s/ Chester B. Salomon*
                                            Chester B. Salomon

## Limited Service List

Stephen A. Roberts
Duane J. Brescia
Strasburger & Price LLP
600 Congress, Ste. 1600
Austin, TX 98701
Stephen.roberts@sdtrasburger.com
Duane.brescia@strasburger.com

Matthew Okin
Okin Adams & Kilmer LLP
1113 Vine Street, Suite 201
Houston, TX 77002
mokin@oakllp.com

David W. Parham
Elliot D. Schuler
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
David.w.parham@bakernet.com
Elliot.d.schuler@bakernet.com

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, TX 75069
bleonard@billyleonardlaw.com

Tom Tong
Tong & Sung, P.C.
3050 Post Oak Blvd., Suite 1720
Houston, Texas 77056
tomtong@tonglawfirm.com