BTXN 146a (08/04)

IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF TEXAS DALLAS DIVISON

| | | |
|---|---|---|
| In  re: | : | Case No. 08-36705 (BJH) |
| | : | |
| SUPERIOR AIR PARTS, INC., | : | Chapter 11 |
| | : | |
| Debtor. | : | |

**ORDER REGARDING REQUEST FOR EXPEDITED HEARING**

The request for expedited hearing on Motion of Thielert A.G. and its Insolvency
Administrator for Provisional Allowance of Claim for Voting Purposes Pursuant to Bankruptcy
Rule 3018(A) by Thielert A.G. and its Insolvency Administrator is GRANTED/DENIED.

\_\_\_    A hearing will be held at _____ on
_____ at _____.m.  Counsel for movant shall serve this
order on interested parties.

\_\_\_    No expedited hearing will be scheduled.

### End Of Order ###