Chester B. Salomon
CS-2319
BECKER, GLYNN, MELAMED & MUFFLY LLP
299 Park Avenue
New York, New York 10171
tel.: 212-888-3033
fax: 212-888-0255
Attorneys for Thielert A.G. and
Dr. Achim Ahrendt, Insolvency Administrator

IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF TEXAS DALLAS DIVISON

| | | |
|---|---|---|
| In re: | : | Case No. 08-36705 (BJH) |
| | : | |
| SUPERIOR AIR PARTS, INC., | : | Chapter 11 |
| | : | |
| Debtor. | : | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on August 26, 2009 at 1:15pm CT in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, the Honorable Barbara J. Houser shall hear the Motion of Thielert A.G. and its Insolvency Administrator for Expedited Hearing of their Motion for Provisional Allowance of Their Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018(a).   If the Motion to Expedite is granted, the Court thereupon shall hear and determine the Motion for Provisional Allowance.

Dated: New York, New York
        August 25, 2009

**BECKER, GLYNN, MELAMED & MUFFLY LLP**

By:         /s/ Chester B. Salomon
        Chester B. Salomon (CS-2319)
    299 Park Avenue, 16th Floor
    New York, New York 10171
    (212) 888-3033

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the foregoing document was transmitted via electronic mail to parties listed below August 25, 2009

Stephen A. Roberts
Duane J. Brescia
Strasburger & Price LLP
600 Congress, Ste. 1600
Austin, TX 98701
Stephen.roberts@strasburger.com
Duane.brescia@strasburger.com

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, TX 75069
bleonard@billyleonardlaw.com

Matthew Okin
Okin Adams & Kilmer LLP
1113 Vine Street, Suite 201
Houston, TX 77002
mokin@oakllp.com

Tom Tong
Tong & Sung, P.C.
3050 Post Oak Blvd., Suite 1720
Houston, Texas 77056
tomtong@tonglawfirm.com

David W. Parham
Elliot D. Schuler
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
David.w.parham@bakernet.com
Elliot.d.schuler@bakernet.com

Kevin H. Good
Conner & Winters, LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
kgood@cwlaw.com