# EXHIBIT A

[Translation]


**Letterhead of The Development and Reform Commission of Shandong Province**

DRCSPO No. 67 [2009]

# Response to the Report on the Acquisition of Superior Air Parts, Inc. of the United States of America by Weifang Freesky Aviation Science & Technology Co., Ltd.


To Weifang Municipal Development and Reform Commission:

Your Request for Instruction on the Report of the Acquisition of Superior Air Parts, Inc. of the United States of America by Weifang Freesky Aviation Science & Technology Co., Ltd. (WMDRC No. 793 [2009]) was received by this office.  Pursuant to the *Interim Measures for the Administration of Examination and Approval of Overseas Investment Projects* (DRC Order No. 21) and the *Notice on The Interim Measures for the Administration of Examination and Approval of Overseas Investment Projects* (DRCSD No. 1038 [2005]), our response is set forth below:

It is approved that Weifang Freesky Aviation Science & Technology, Ltd. (hereinafter referred to as Freesky Aviation) could carry out commercial negotiations and other preliminary tasks regarding the acquisition of Superior Air Parts, Inc. in the U.S.  Freesky Aviation shall study the local laws and regulations, make sure to meet the funding and other requirements of this acquisition project, come up with a proper acquisition plan and price, timely grasp the acquisition opportunity, and take precautions to reduce investment risks.  Prior to the performance of any acquisition agreement regarding this project, Freesky Aviation shall complete the examination and approval procedure pursuant to the *Interim Measures for the Administration of Examination and Approval of Overseas Investment Projects*.

This letter is a necessary attachment in filing the application report for purpose of obtaining the approval for the project.  This letter shall be valid for one year.


Seal of the Development and Reform Commission of Shandong Province
July 1st, 2009