# EXHIBIT B

[Translation]

# Document of the Bureau of Commerce of Shandong Province

<u>BCSPO No. 131 [2009]</u>

Administrative Reply regarding the Acquisition of Superior Air Parts, Inc. of the United States of America by Weifang Freesky Aviation Science & Technology Co., Ltd.

Weifang Municipal Bureau of Foreign Trade and Economic Cooperation:

We have received your *Request for Instruction on the Acquisition of Superior Air Parts, Inc. of the United States of America by Weifang Freesky Aviation Science & Technology Co., Ltd.* (WMBFTEC No. 28 [2009]).  Through study and evaluation, taking into consideration the opinion of the Consulate General of the Peoples Republic of China in Houston, we have made the following reply pursuant to the requirement of *the Measures for Administering Overseas Investment* (Order No. 5, 2009 of the Ministry of Commerce):

1. Approve Weifang Freesky Aviation Science & Technology, Ltd to acquire Superior Air Parts, Inc. of the United Stated of America in Dallas, USA.  After the acquisition, the overseas enterprise shall have a registered capital of $8,360,000.00 and a total investment of $10,000,000.00, with all the investment to be contributed in cash.
2. The scope of business of the oversea enterprise shall be to manufacture and sell complete engines and as well as engine parts.  The duration of the enterprise shall be 50 years.
3. Any personnel to be sent abroad must meet the conditions for working abroad.  Such persons shall enter into labor agreement with the company sending him, and such agreement must be notarized by a notary public pursuant to the law.  Persons sent abroad shall complete the examination and approval procedures for working abroad with the provincial bureau of commerce after receiving proper orientations for working abroad.
4. After obtaining this approval document, please instruct the applicant entity to claim its *Approval Certificate for the Overseas Investment*.  The applicant entity may use this certificate to go through the formalities and procedures concerning foreign exchange, customs, and foreign affairs, and it also entitles the applicant entity to certain support based on government policies.
5. Upon the completion of registration or amendment of the foreign entity, please supervise the applicant entity to provide a copy of its overseas registration documents to this Bureau of Commerce for our record, participate in overseas enterprise annual evaluation and examination, and report statistics on its investment and business operations.  Upon arrival in the U.S.A of any management personnel from China, he shall register with the Consulate General of the Peoples Republic of China in Houston, and join the Chinese chamber of commerc.  The personnel sent by the Chinese enterprise shall seek guidance from the the leadership of the consulate.

6. The investing enterprise shall reinforce its safety management on overseas enterprise, and improve various preventative systems and mechanisms.  The investing enterprise shall emphasize safety education to the persons working abroad, and obtain heath insurance and other safety insurance for them before they go abroad.  The overseas enterprise shall study and observe the relevant laws and regulations of the United States of America, operate its business in compliance with laws, and respect local customs.  The overseas enterprise shall attach importance to safety, quality, intellectual property rights, and environmental protection, and perform necessary social duties.  The overseas enterprise shall report important incidents regarding its operation to the Consulate General and this Bureau of Commerce.

Hereby Approved.

The Bureau of Commerce of Shandong Province /Seal/<br>August 4th 2009