# EXHIBIT C

[Translation]

# Approval Certificate for Overseas Investment by Enterprises

Oversea Investment Certificate    No. 3700200900074

Weifang Freesky Aviation Science & Technology, Ltd.

This is to certify that the investment listed by the above company on the right side page conforms to the relevant prosions in the *Measures for Administering Oversea Investment* (Ministry of Commerce Order No. 5, 2009), and the said company is hereby issued this *Approval Certificate for Overseas Investment by Enterprises.*

Said Company may use this certificate to go through the formalities and procedures concerning foreign exchange, customs, and foreign affairs. Within two years after the issuance of this certificate, the certificate will automatically cease to be effective if said company fails to engage in the overseas investment activity listed on the right side page.

Said company shall act in compliance with relevant domestic and foreign laws, regulations, and policies.

Ministry of Commerce of the People's Republic of China /Seal/
August 4th, 2009

| Name of the Overseas Enterprise | Chinese | |  | | |
|---|---|---|---|---|---|
| | Foreign Language | SUPERIOR AIR PARTS, Inc. | | | |
| Country/District | Chinese | | | | |
| | Foreign Language | United States of America | | | |
| Method of Establishment | ☐ newly established      ×☐merger and acquisition           ☐others | | | | |
| Shareholders | Chinese Shareholder | Weifang Freesky Aviation Science & Technology, Ltd. | | Shares | 100% |
| | | | | Shares | |
| Registered Capital | $10,000,000.00 | | Duration | 50 years | |
| Total Investment | Chinese Shareholder | $10,000,000,00 | Cash | $10,000,000,00 | |
| | | | Property | $ 0 | |
| | Foreign Shareholder | $ 0 | Cash | $ 0 | |
| | | | Property | $ 0 | |
| Corporate Purpose | Manufacturing and selling of complete engines and parts thereof | | | | |
| Application Number | | | | | |
| Approval Number | BCSPO No. 114 [2009] | | | | |
| Remark | | | | | |