David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
R. Adam Swick
State Bar No. 24051794
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

**MOTION TO EXPEDITE HEARING ON MOTION OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT
TO 11 U.S.C. § 1126(a) & (e) FOR AN ORDER ENFORCING THE SETTLEMENT
AGREEMENT, DETERMINING THAT THE VOTE OF THIELERT
AIRCRAFT ENGINES TO REJECT THE PLAN WILL NOT BE COUNTED, AND
DEEMING THIELERT AIRCRAFT ENGINES TO ACCEPT THE PLAN**

TO:   THE HONORABLE BARBARA J. HOUSER,
       UNITED STATES BANKRUPTCY JUDGE:

NOW COMES the Official Committee of Unsecured Creditors (the "Committee"), by and through counsel of record, and files this their Motion to Expedite Hearing (the "Motion to Expedite") on their Motion Pursuant to 11 U.S.C. § 1126(a) & (e) for an Order Enforcing the Settlement Agreement, Determining that the Vote of Thielert Aircraft Engines GmbH ("TAE") to Reject the Plan will not be Counted, and Deeming TAE to Accept the Plan (the "Motion"), and respectfully states as follows:

DALDMS/666264.2                                                                                      1

## Relief Requested

1. The Committee hereby requests that a hearing be set on the Motion on August 26, 2009 before the Confirmation Hearing.

2. Expedited hearing on the Motion is necessary because notwithstanding the fact that TAE agreed on July 16, 2009 to vote to accept the Debtor's plan, TAE filed a vote only hours before the voting deadline rejecting the Plan. For the reasons stated in the Motion, TAE should be deemed to accept the Plan. The relief requested in this Motion directly relates to the matters being heard on August 26, 2009.

3. Notice of the Motion to Expedite will be provided to (i) the U.S. Trustee; (ii) Debtors' counsel; (iii) counsel to TAE and (iv) the other parties listing in the Certificate of Service provided below (collectively, the "Notice Parties").

4. Notice is sufficient because it is being provided by the fastest means available in advance of the August 26, 2009 hearing date.

5. A hearing was not requested earlier because TAE's vote to reject the Plan was filed two business days ago and the need for Committee's counsel to attempt to reach TAE's counsel in advance of filing the Motion.

6. Therefore, the Committee prays for an expedited hearing to coincide with the Confirmation Hearing on August 26, 2009. The Committee does not believe any party in interest will be prejudiced by an expedited hearing.

WHEREFORE, PREMISES CONSIDERED, the Committee respectfully requests that the Court (i) enter an order approving the Motion to Expedite; (ii) set a hearing for August 26, 2009 at the same time as or before the Confirmation Hearing and (iii) grant the Committee any and all other relief, at law or in equity, to which it may show himself justly entitled.

Dated: August 25, 2009
Dallas, Texas

Respectfully submitted,

BAKER & MCKENZIE

By: /s/ David W. Parham
Dave Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
R. Adam Swick
State Bar No. 24051794
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
E-mail: david.w.parham@bakernet.com
E-mail: elliot.d.schuler@bakernet.com
E-mail: adam.swick@bakernet.com

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF CONFERENCE

The undersigned attorney hereby certifies that he attempted without success to contact counsel for TAE by telephone prior to filing the Motion to Expedite on August 25, 2009.

/s/ David W. Parham
David W. Parham

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via electronic mail, and on all other parties via the Court's ECF filing system on August 25, 2009.

| **Duane J. Brescia** <br> **Stephen A. Roberts** <br> Strasburger & Price LLP | **Kevin H. Good** <br> Conner & Winters, LLP <br> 1700 Pacific Avenue, Suite 2250 |
|---|---|

| | |
|---|---|
| 600 Congress Ave., Ste. 1600<br>Austin, TX 78701<br>Email: duane.brescia@strasburger.com<br>Email: stephen.roberts@strasburger.com | Dallas, TX 75201<br>Email: kgood@cwlaw.com<br><br>**Billy G. Leonard, Jr.**<br>Attorney at Law<br>1650 W. Virginia Street, Suite 211<br>McKinney, TX 75069<br>Email: bleonard@billyleonardlaw.com |
| **Cynthia W. Cole**<br>Beirne, Maynard & Parsons, L.L.P.<br>1700 Pacific Ave.<br>Suite 4400<br>Dallas, Texas 75201<br>ccole@bmpllp.com | **Chester B. Salomon**<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue<br>New York, NY 10171<br>Email: csalomon@beckerglynn.com |
| **Matthew Okin**<br>Okin Adams & Kilmer LLP<br>1113 Vine Street, Suite 201<br>Houston, TX 77002<br>Email: mokin@oakllp.com | **Tom Tong**<br>Tong & Sung, P.C.<br>3050 Post Oak Blvd., Suite 1720<br>Houston, Texas 77056<br>Email: tomtong@tonglawfirm.com |

/s/ David W. Parham
David W. Parham