[Translation]

**<u>Letterhead of The Development and Reform Commission of Shandong Province</u>**

DRCSPO No. 67 [2009]

# Response to the Report on the Acquisition of Superior Air Parts, Inc. of the United States of America by Weifang Freesky Aviation Science & Technology Co., Ltd.

To Weifang Municipal Development and Reform Commission:

Your Request for Instruction on the Report of the Acquisition of Superior Air Parts, Inc. of the United States of America by Weifang Freesky Aviation Science & Technology Co., Ltd. (WMDRC No. 793 [2009]) was received by this office. Pursuant to the *Interim Measures for the Administration of Examination and Approval of Overseas Investment Projects* (DRC Order No. 21) and the *Notice on The Interim Measures for the Administration of Examination and Approval of Overseas Investment Projects* (DRCSD No. 1038 [2005]), our response is set forth below:

It is approved that Weifang Freesky Aviation Science & Technology, Ltd. (hereinafter referred to as Freesky Aviation) could carry out commercial negotiations and other preliminary tasks regarding the acquisition of Superior Air Parts, Inc. in the U.S. Freesky Aviation shall study the local laws and regulations, make sure to meet the funding and other requirements of this acquisition project, come up with a proper acquisition plan and price, timely grasp the acquisition opportunity, and take precautions to reduce investment risks. Prior to the performance of any acquisition agreement regarding this project, Freesky Aviation shall complete the examination and approval procedure pursuant to the *Interim Measures for the Administration of Examination and Approval of Overseas Investment Projects*.

This letter is a necessary attachment in filing the application report for purpose of obtaining the approval for the project. This letter shall be valid for one year.

                              Seal of the Development and Reform Commission of Shandong Province
                                                      July 1st, 2009

# 山东省发展和改革委员会

鲁发改外资函〔2009〕67号

## 关于潍坊天翔航空科技有限公司收购美国 SUPERIOR 航空发动机公司资产项目信息报告的复函

潍坊市发展改革委：

报来《关于潍坊天翔航空科技有限公司收购美国 SUPERIOR 航空发动机公司项目信息报告的请示》（潍发改经外[2009]739号）收悉。根据《境外投资项目核准暂行管理办法》（国家发展改革委第 21 号令）及《关于境外投资项目核准暂行管理办法的通知》（鲁发改外资[2005]1038号），现就所报项目信息报告函复如下：

同意潍坊天翔航空科技有限公司（以下称"天翔航空"）就收购美国 SUPERIOR 航空发动机公司资产项目对外开展商务谈判和其它前期工作。请天翔航空认真了解项目所在地的相关法律、法规，认真落实项目收购资金等各方面条件，制定合理的收购方案和价格，把握有利收购时机，有效防范投资风险。天翔航空在

履行该项目收购协议之前，需按《境外投资项目核准暂行管理办法》有关规定办理项目核准手续。

本函为报送项目申请报告时所必需之附件，有效期为一年。



二〇〇九年七月一日