[Translation]

## Approval Certificate for Overseas Investment by Enterprises

Oversea Investment Certificate    No. 3700200900074

Weifang Freesky Aviation Science & Technology, Ltd.

This is to certify that the investment listed by the above company on the right side page conforms to the relevant prosions in the *Measures for Administering Oversea Investment* (Ministry of Commerce Order No. 5, 2009), and the said company is hereby issued this *Approval Certificate for Overseas Investment by Enterprises*.

Said Company may use this certificate to go through the formalities and procedures concerning foreign exchange, customs, and foreign affairs. Within two years after the issuance of this certificate, the certificate will automatically cease to be effective if said company fails to engage in the overseas investment activity listed on the right side page.

Said company shall act in compliance with relevant domestic and foreign laws, regulations, and policies.

Ministry of Commerce of the People's Republic of China /Seal/
August 4th, 2009

Exhibit C
1 of 4

| Name of the Overseas Enterprise | Chinese | 美国卓越航空发动机公司 | | |
| --- | --- | --- | --- | --- |
| | Foreign Language | SUPERIOR AIR PARTS, Inc. | | |
| Country/District | Chinese | 美国 | | |
| | Foreign Language | United States of America | | |
| Method of Establishment | newly established     × merger and acquisition     others | | | |
| Shareholders | Chinese Shareholder | Weifang Freesky Aviation Science & Technology, Ltd. | Shares | 100% |
| | | | Shares | |
| Registered Capital | $10,000,000.00 | | Duration | 50 years |
| Total Investment | Chinese Shareholder | $10,000,000,00 | Cash | $10,000,000,00 |
| | | | Property | $ 0 |
| | Foreign Shareholder | $ 0 | Cash | $ 0 |
| | | | Property | $ 0 |
| Corporate Purpose | Manufacturing and selling of complete engines and parts thereof | | | |
| Application Number | | | | |
| Approval Number | BCSPO No. 114 [2009] | | | |
| Remark | | | | |

Exhibit C
2 of 4



# 企 业 境 外 投 资 证 书

商境外投资证第　3700200900074　号

潍坊天翔航空科技有限公司　　　　　公司右页所列境外

投资符合《境外投资管理办法》（商务部2009年第5号令）有关

规定，现予以颁发《企业境外投资证书》。

公司持本证书办理外汇、海关、外事等相关手续。公司自

领取本证书之日起2年内，未从事右页所列境外投资，证书自动

失效。

公司开展境外投资业务应认真遵守境内外相关法律法规和

政策。



中华人民共和国商务部

二〇〇九年 八月 四日

Exhibit C
3 of 4

| 境外企业名称 | 中文 | 美国卓越航空发动机公司 | | | |
|---|---|---|---|---|---|
| | 外文 | SUPERIOR AIR PARTS, Inc. | | | |
| 国家/地区 | 中文 | 美国 | | | |
| | 外文 | United States | | | |
| 设立方式 | ☐新设 | | ☐并购 | | ☐其它 |
| 投资主体 | 中方名称 | 潍坊天翔航空科技有限公司 | | 股比 | 100.0% |
| | 外方名称 | | | 股比 | |
| 注册资本 | 1000 | 万美元 | 经营年限 | 50 | 年 |
| 投资总额 | 中方 | 1000 | 万美元 | 现汇 1000 | 万美元 |
| | | | | 实物 0 | 万美元 |
| | 外方 | 0 | 万美元 | 现汇 0 | 万美元 |
| | | | | 实物 0 | 万美元 |
| 经营范围 | 生产、销售发动机整机和零部件。 | | | | |
| 申报文号 | | | | | |
| 批准文号 | 鲁商务境外字[2009]131号 | | | | |
| 备注 | | | | | |

Exhibit C
4 of 4