David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
R. Adam Swick
State Bar No. 24051794
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing regarding the Motion to Expedite Hearing ("Motion to Expedite") on the Official Committee of Unsecured Creditors' Motion Pursuant to 11 U.S.C. § 1126(a) & (e) for an Order Enforcing the Settlement Agreement, Determining that the Vote of Thielert Aircraft Engines GmbH to Reject the Plan will not be Counted, and Deeming TAE to Accept the Plan (the "Motion"), will take place at **1:15 p.m. on Wednesday, August 26, 2009** in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496.

If the Motion to Expedite is granted, the Court will immediately move forward on the merits of the Motion.

Dated: August 26, 2009
      Dallas, Texas

DALDMS/666290.1

1

Respectfully submitted,

BAKER & MCKENZIE

By:   /s/ David W. Parham
Dave Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
R. Adam Swick
State Bar No. 24051794
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099
E-mail:  david.w.parham@bakernet.com
E-mail:  elliot.d.schuler@bakernet.com
E-mail:  adam.swick@bakernet.com

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via electronic mail, and on all other parties via the Court's ECF filing system on August 26, 2009.

| | |
|---|---|
| **Duane J. Brescia**<br>**Stephen A. Roberts**<br>Strasburger & Price LLP<br>600 Congress Ave., Ste. 1600<br>Austin, TX 78701<br>Email: duane.brescia@strasburger.com<br>Email: stephen.roberts@strasburger.com | **Kevin H. Good**<br>Conner & Winters, LLP<br>1700 Pacific Avenue, Suite 2250<br>Dallas, TX 75201<br>Email: kgood@cwlaw.com<br><br>**Billy G. Leonard, Jr.**<br>Attorney at Law<br>1650 W. Virginia Street, Suite 211<br>McKinney, TX 75069<br>Email: bleonard@billyleonardlaw.com |
| **Cynthia W. Cole**<br>Beirne, Maynard & Parsons, L.L.P.<br>1700 Pacific Ave.<br>Suite 4400<br>Dallas, Texas 75201<br>ccole@bmpllp.com | **Chester B. Salomon**<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue<br>New York, NY 10171<br>Email: csalomon@beckerglynn.com |
| **Matthew Okin**<br>Okin Adams & Kilmer LLP<br>1113 Vine Street, Suite 201<br>Houston, TX 77002<br>Email: mokin@oakllp.com | **Tom Tong**<br>Tong & Sung, P.C.<br>3050 Post Oak Blvd., Suite 1720<br>Houston, Texas 77056<br>Email: tomtong@tonglawfirm.com |
| **Daniel P. Winikka**<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br>Email: : dpwinikka@jonesday.com | |

/s/ R. Adam Swick
R. Adam Swick