Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
Elizabeth P. Volmert (SBN 00785716)
STRASBURGER & PRICE, LLP
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3660
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com
elizabeth.volmert@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | § | **Case No. 08-36705** |
| **SUPERIOR AIR PARTS, INC.,** § | § | **Chapter 11** |
| **Debtor.** § | § | |

**DEBTOR'S TRIAL BRIEF**
**SUPPLEMENTAL RESPONSE TO OBJECTION TO PLAN**
**CONCERNING UNITED STATES REGULATORY MATTER**

TO:   THE HONORABLE BARBARA J. HOUSER,
      UNITED STATES BANKRUPTCY JUDGE:

Superior Air Parts, Inc. ("Superior" or "Debtor") files this Trial Brief Regarding the Supplemental Response to Objection to Plan Concerning United States Regulatory Matters and respectfully would show unto this Court as follows:

**I.**
**BACKGROUND**

1. APS raised concerns about regulatory approval under 31 C.F.R. Part 800, and section 721(b)(2)(E) of the Defense Production Act of 1950 ("section 721") (50

U.S.C. App. 2170). The Debtor addresses this issue as follows, which contains information provided by Brantly's export and regulatory counsel:

## II.
## ISSUE

2. APS claims "that neither Superior nor Brantly has provided the Voluntary Notice prescribed by" the Treasury Department's Regulations Pertaining to Mergers, Acquisitions, and Takeovers by Foreign Persons (31 C.F.R. Part 800) and "[a]bsent such acceptance, the actions contemplated by the Plan are subject to being reversed under the CFIUS Regulations and should not be confirmed."

3. As discussed below, Brantly's proposed acquisition of Superior does not raise any national security concerns. As a result, APS's claims are without merit and should be rejected.

## III.
## OVERVIEW SECTION 721(B)(2)(E) OF THE DEFENSE PRODUCTION ACT OF 1950 ("SECTION 721") (50 U.S.C. APP. 2170) OF NATIONAL SECURITY REVIEWS OF MERGERS AND ACQUISITIONS

4. The regulations in 31 C.F.R. Part 800 were issued by the Treasury Department to implement (commonly known as the Exon-Florio Amendment), as amended by the Foreign Investment and National Security Act of 2007 ("FINSA"). Section 721 authorizes the President to suspend or prohibit any foreign acquisition, merger or takeover of a U.S. corporation that is determined to threaten the national security of the United States. The President can exercise this authority under section 721 to block a foreign acquisition of a U.S. corporation only if he finds:

> A) there is credible evidence that leads the President to believe that the foreign interest exercising control might take action that threatens to impair the national security; and

      B) provisions of law, other than this section and the International Emergency Economic Powers Act [50 U.S.C. 1701 et seq.], do not, in the judgment of the President, provide adequate and appropriate authority for the President to protect the national security in the matter before the President.

  5.  The law provides a number of factors for the President to consider in assessing transactions, including the "potential national security-related effects on United States critical infrastructure, including major energy assets" and "the potential national security-related effects on United States critical technologies."

  6.  While the "national security" is not specifically defined, the law states that that term shall be construed to include those issues relating to "homeland security," including its application to "critical infrastructure." The term "critical infrastructure" is defined as "systems and assets, whether physical or virtual, so vital to the United States that the incapacity or destruction of such systems or assets would have a debilitating impact on national security." The term "critical technologies" is defined as "critical technology, critical components, or critical technology items essential to national defense."

  7.  To assist the President in making these national security determinations, 50 U.S.C. App. 2170 provides for the Committee on Foreign Investment in the United States (CFIUS), an inter-agency group chaired by the Treasury Department, to notices submitted by parties to a transaction to determine whether the transaction "threatens to impair the national security of the United States" or the transaction would result "in control of any critical infrastructure of or within the United States by or on behalf of any foreign person" that "could impair national security." The CFIUS notice is a voluntary process, allowing parties to a transaction to decide whether to initiate a CFIUS review

by filing a voluntary notice under section 721.  This distinguishes the CFIUS process from investment screening used in some countries, where all transactions that meet specified value thresholds or other criteria are subject to mandatory review by government agencies.

8.      Guidelines recently issues by the Treasury Department confirm that in deciding whether to submit a voluntary notice of a transaction to CFIUS, "parties to a transaction may wish to consider whether their transaction could present national security considerations, since CFIUS focuses solely on national security." See 73 Fed. Reg. 74,567 (Dec. 8, 2008).

## IV.
## ANALYSIS OF BRANTLY ACQUISITION OF SUPERIOR

9.      Brantly's acquisition of Superior does not raise any national security concerns that merit a CFIUS notification or review.  In addition, this acquisition is not consistent with previous transactions that CFIUS has reviewed in the past and raised national security considerations.

10.     Superior produces parts and components for Lycoming and Continental piston engines and several types of commercial piston engines. These types of engines have been around for many years, are not considered to be advanced technology, can be used in any type of aircraft, and were not designed or intended for military use.  In addition, Superior does not hold any government contracts and has not sold its products to the military.

11.     Under U.S. export control laws Superior's products and technology are subject to the Export Administration Regulations (EAR), which covers dual-use and

commercial products and related technology, and not the International Traffic in Arms Regulations (ITAR) which covers defense articles and related technology.

13. Indeed, piston engines and related parts and components are classified on the Commerce Control List ("CCL") as Export Classification Control Number ("ECCN") 9A991.d.  The technology for the development, production or use of equipment controlled by 9A991 is classified as 9E991.  The reason for control of items and technology controlled under ECCNs 9A991.d and 9E991 is Anti-Terrorism.  As a result, items classified as ECCN 9A991.d and technology classified as 9E991 may not be exported or reexported to Cuba, Iran, North Korea, Sudan and Syria without a license.  However, there are no export license requirements or other restrictions to export items classified as ECCN 9A991.d and technology classified as 9E991 from the U.S. to China.

13. Finally, Superior does not produce any classified products and does not have access to any classified information.

14. Brantly's proposed acquisition of Superior does not raise any of the national security considerations contemplated by 50 U.S.C. App. 2170.  As a result, this transaction is not the type of transaction that is subject to reviewed or investigation by CFIUS.

        Respectfully submitted,

        */s/ Duane J. Brescia*
        Stephen A. Roberts (SBN 17019200)
        Robert P. Franke (SBN 07371200)
        Duane J. Brescia (SBN 24025265)
        Elizabeth P. Volmert (SBN 00785716)
        **STRASBURGER & PRICE, LLP**
        600 Congress, Suite 1600
        Austin, Texas 78701
        Tel. (512) 499-3600  /  Fax (512) 499-3660
        stephen.roberts@strasburger.com
        bob.franke@strasburger.com
        duane.brescia@strasburger.com
        elizabeth.Volmert@strasburger.com

        **Bankruptcy Attorneys for Debtor Superior Air Parts, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the parties listed below via email and on the attached service list via First Class U.S. Mail, postage prepaid on August 26, 2009.

| | |
|---|---|
| Airsure, Ltd.<br>Rosa Orenstein<br>Nathan M. Nichols<br>Sullivan & Holston<br>4131 North Central Expressway, Suite 980<br>Dallas, TX 75204<br>rorenstein@sullivanholston.com<br>nnichols@sullivanholston.com | Billy G. Leonard, Jr.<br>Attorney at Law<br>1650 W. Virginia Street, Suite 211<br>McKinney, TX 75069<br>bleonard@billyleonardlaw.com |
| Kevin H. Good<br>Conner & Winters, P.C.<br>1700 Pacific Avenue, Suite 2250<br>Dallas, TX 75201<br>KGood@cwlaw.com | Mr. Chester B. Salomon<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue<br>New York, N.Y. 10171<br>csalomon@beckerglynn.com |

| | |
|---|---|
| Matt Okin | David Parham |
| Brian Kilmer | Elliot Shuler |
| Okin Adams & Kilmer, LLP | Baker & McKenzie LLP |
| 1113 Vine Street, Suite 201 | 2001 Ross Ave., Suite 2300 |
| Houston, TX 77002 | Dallas, TX 75201 |
| mokin@oakllp.com | david.w.parham@bakernet.com |
| bkilmer@oakllp.com | elliot.d.schuler@bakernet.com |

　　　　　　　　　　　　　　　　／s／ Duane J. Brescia
　　　　　　　　　　　　　　　Duane J. Brescia

Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal 91
CEP 13460-000

Airsure Limited
Dallas Office
5700 Granite Parkway, #550
Plano, TX 75024-6647

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

Crane Cams
2531 Tail Spin Trail
Daytona Beach, FL 32128-6743

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431

Garlock-Metallic Gasket Div
250 Portwall St., Ste. 300
Houston, TX 77029

AOPA Pilot
PO Box 973
Frederick, MD 21701

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH 43724-9779

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX 75050-1222

Seal Science
17131 Daimler
Irvine, CA 92614-5508

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Deirdre B. Ruckman/AVCO
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX 75201

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

Lynden International
1800 International Blvd. #800
Seattle, WA 98188

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456

| | | |
|---|---|---|
| Chester Salomon<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue<br>New York, NY 10171 | City of Coppell/Coppell ISD<br>Mary McGuffey, Tax Assessor Collector<br>PO Box 9478<br>Coppell, TX 75019 | Kent Abercrombie<br>Superior Air Parts, Inc.<br>621 S. Royal Lane, Suite 100<br>Coppell, TX 75019-3805 |
| Neil J. Orleans<br>Goins, Underkolfer, et al, LLP<br>1201 Elm Street, Ste. 4800<br>Dallas, TX 75270 | Howard A. Borg/James T. Jacks<br>Ass't US Atty for FAA<br>Burnett Plaza, Suite 1700<br>801 Cherry Street, Unit 4<br>Fort Worth, Texas 76102-6882 | Laurie A. Spindler<br>Linebarger Goggan et al, LLP<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201 |
| Jeffrey N. Thom, Q.C.<br>Miller Thomson LLP<br>3000, 700 - 9th Avenue SW<br>Calgary, AB   T2P 3V4 | Gordon J. Toering<br>**WARNER NORCROSS & JUDD LLP**<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503 | Anita F. McMahon<br>1646 Belmont Ave.<br>Baton Rouge, LA  70808 |
| Michael L. Jones<br>Henry & Jones, LLP<br>2902 Carlisle Street, Ste. 150<br>Dallas, TX  75204 | LARRY K. HERCULES<br>ATTORNEY AT LAW<br>1400 Preston Road, Suite 280<br>Plano, Texas 75093 | Gregory B. Gill, Jr.<br>Gill & Gill, S.C.<br>128 North Durkee St.<br>Appleton, WI 54911 |
| Laura Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows, Dr. #400<br>Littleton, CO  80124 | Melissa S. Hayward<br>LOCKE LORD BISSELL& LIDDELL LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201<br>Counsel for the Insurers | Vincent Slusher/J. Seth Moore<br>Beirne Maynard & Parsons, LLP<br>1700 Pacific Ave., Ste. 4400<br>Dallas, TX  75201<br>Attys for Theilert Aircraft Engines GMBH |
| Mary Frances Durham<br>U.S. Department of Justice<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | Stefano Gazzola<br>Zanzi, S.p.A.<br>Corso Vercelli, 159<br>10015 Ivrea, Italy | Piyush Kakar<br>Seal Science Inc.<br>17131 Daimler<br>Irvine, CA 92614 |
| Jim Griffin<br>Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Phil Eck<br>Eck Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Werner Wilhelm Albus/Valeria de Freitas Mesquita/KSPG Automotive Brazil LTDA<br>Rodovia Arnaldo Julio Mauerbert,<br> n. 4000-Distrito Industrial 01<br>Nova Odessa- SP Brasil, Caixa Postal 91 |
| Ronald Weaver<br>Avstar<br>1365 Park Lane South<br>Jupiter, Fl 33458 | Linda Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows Dr. #400<br>Littleton, CO 80124 | Susan B. Hersh<br>12770 Coit Rd. Ste. 1100<br>Dallas, TX  75251 |
| William G. Burd/Krystina N. Jiron<br>Atkinson & Brownell, PA<br>2 South Biscayne Blvd., Suite 3750<br>Miami, FL 33131 | David W. Parham,<br>Elliot Schuler & A. Swick<br>Baker & McKenzie LLP<br>2001 Ross Ave., Suite 2300<br>Dallas, TX  75201 | Timothy S. McFadden<br>LOCKE LORD BISSELL& LIDDELL LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Counsel for the Insurers |
| Billy G. Leonard, Jr.<br>Attorney at Law<br>1650 W. Virginia Street, Suite 211<br>McKinney, Texas 75069 | Kevin H. Good<br>Conner & Winters LLP<br>1700 Pacific Avenue<br>Suite 2250<br>Dallas, Texas 75201 | Rosa R. Orenstein<br>LOOPER, REED & McGRAW, P.C.<br>4100 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 |

Kenneth A. Hill
QUILLING, SELANDER, CUMMISKEY
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201