Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Robert Tyler (SBN 24009347)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600/Fax (512) 499-3660
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |

**NOTICE OF REJECTION OF EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE that, pursuant to Article 7 of the Third Amended Plan of Reorganization Dated July 23, 2009 ("Plan"), filed by the Debtor and the Official Committee of Unsecured Creditors ("Proponents"), and notwithstanding anything in the Plan to the contrary, the Proponents shall REJECT the Executory Contracts listed on the attached Exhibit A.

Respectfully submitted,

/s/ *Duane J. Brescia*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Robert Tyler (SBN 24009347)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600/Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
robert.tyler@strasburger.com
duane.brescia@strasburger.com
**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served via email upon the parties listed below and to all parties on the attached service list August 26, 2009.

/s/ *Duane J. Brescia*
Duane J. Brescia

**Via electronic mail:**

Matt Okin/Brian Kilmer
Okin Adams & Kilmer, LLP
1113 Vine Street, Suite 201
Houston, TX 77002
mokin@oakllp.com
bkilmer@oakllp.com

Mr. Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, N.Y. 10171
csalomon@beckerglynn.com

Kevin H. Good
Conner & Winters, P.C.
1700 Pacific Avenue, Suite 2250
Dallas, TX 75201
KGood@cwlaw.com

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, TX 75069
bleonard@billyleonardlaw.com

David Parham/Elliot Shuler
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201
david.w.parham@bakernet.com
elliot.d.schuler@bakernet.com

**NOTICE OF NOTICE OF REJECTION OF EXECUTORY CONTRACTS – page 2 of 3**
642762.1/SPA/20354/0102/082609

# EXHIBIT A

## EXECUTORY CONTRACTS TO BE REJECTED

| | |
|---|---|
| Advanced Machining | Air Power, Inc. |
| Alcoa Fastening Systems | CP Pistons |
| Garlock—Metallic Gasket | Hartford Aircraft |
| Helio Precision Products | Parker Seal |
| Portland Forge | Sky-Tec |
| Techni-Products | Texas Duggan Limited Partnership c/o Duke Realty Limited Partnership |
| Tygris Vendor Finance, Inc. f/k/a US EXPRESS LEASING INC | WSK Kalisz |
| Zanzi | |

| | | |
|---|---|---|
| Theilert Aircraft Engines<br>Nieritzstr 14 D-01097<br>Dresden Germany | Mahle Engine Components<br>60428 Marine Road<br>Atlantic IA 50022-8291 | KS-Pistoes<br>Rodovia Arnald, Julio Mauberg<br>4000 Disrito Industrial No<br>Nova Odessa SP Brasil CAIZA Postal 91<br>CEP 13460-000 |
| Airsure Limited<br>Dallas Office<br>5700 Granite Parkway, #550<br>Plano, TX 75024-6647 | ECK Industries, Inc.<br>1602 North 8th Street<br>Manitowoc, WI 54221-0967 | Mahle Engine Components<br>14161 Manchester Road<br>Manchester, MO 63011 |
| Crane Cams<br>2531 Tail Spin Trail<br>Daytona Beach, FL 32128-6743 | Corley Gasket Co.<br>6555 Hunnicut Road<br>Dallas TX 75227 | Saturn Fasteners Inc.<br>425 S. Varney St.<br>Burbank, CA 91502 |
| Champion Aerospace, Inc.<br>1230 Old Norris Road<br>Liberty, SC 29654-0686 | Ohio Gasket & Shim<br>976 Evans Ave.<br>Akron, OH 44305 | Gerhardt Gear<br>133 East Santa Anita<br>Burbank CA 91502-1926 |
| Automatic Screw Machine<br>709 2nd Avenue SE<br>Decatur, AL 35601 | Helio Precision Products<br>601 North Skokie Highway<br>Lake Bluff, IL 60044 | Knappe & Koester Inc.<br>18 Bradco Street<br>Keen, NH 3431 |
| Garlock-Metallic Gasket Div<br>250 Portwall St., Ste. 300<br>Houston, TX 77029 | AOPA Pilot<br>PO Box 973<br>Frederick, MD 21701 | Mahle Engine Components<br>17226 Industrial HWY<br>Caldwell, OH 43724-9779 |
| Genesee Stamping & Fabricating<br>1470 Avenue T<br>Grand Prairie, TX 75050-1222 | Seal Science<br>17131 Daimler<br>Irvine, CA 92614-5508 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Deirdre B. Ruckman/AVCO<br>Gardere Wynne Sewell LLP<br>1601 Elm Street, Ste. 3000<br>Dallas, TX 75201 | David Childs, Ph.D.<br>Dallas County Tax Assessor/Collector<br>500 Elm Street, Records Building<br>Dallas, TX 75202 | Thielert AG<br>Albert-Einstein-Ring 11<br>D-22761, Hamburg Germany |
| Betsy Price, Tax Assessor Collector<br>100 E. Weatherford<br>PO Box 961018<br>Fort Worth, TX 76196 | Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | Ace Grinding & Machine Company<br>2020 Winner Street<br>Walled Lake, MI 48390 |
| Lynden International<br>1800 International Blvd. #800<br>Seattle, WA 98188 | Combustion Technologies, Inc.<br>1804 Slatesville Road<br>Chatham, VA 24531 | Ruhrtaler Gesenkschmiede<br>F.W. Wengler GMBH & Co. KG, Feld<br>Witten, Germany 58456 |

Chester Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, NY 10171

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019

Kent Abercrombie
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Neil J. Orleans
Goins, Underkolfer, et al, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270

Howard A. Borg/James T. Jacks
Ass't US Atty for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Laurie A. Spindler
Linebarger Goggan et al, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB   T2P 3V4

Gordon J. Toering
**WARNER NORCROSS & JUDD LLP**
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA  70808

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX  75204

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO  80124

Melissa S. Hayward
LOCKE LORD BISSELL& LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Counsel for the Insurers

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX  75201
Attys for Theilert Aircraft Engines GMBH

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Stefano Gazzola
Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivrea, Italy

Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Werner Wilhelm Albus/Valeria de Freitas Mesquita/KSPG Automotive Brazil LTDA
Rodovia Arnaldo Julio Mauerbert,
 n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil, Caixa Postal 91

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, Fl 33458

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124

Susan B. Hersh
12770 Coit Rd. Ste. 1100
Dallas, TX  75251

William G. Burd/Krystina N. Jiron
Removed by request

David W. Parham,
Elliot Schuler & A. Swick
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX  75201

Timothy S. McFadden
LOCKE LORD BISSELL& LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Counsel for the Insurers

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069

Kevin H. Good
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201

Rosa R. Orenstein
LOOPER, REED & McGRAW, P.C.
4100 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201

Kenneth A. Hill
QUILLING, SELANDER, CUMMISKEY
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201