Daniel P. Winikka (TX 00794873)
James A. Cox (TX 04946560)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Attorneys for Thielert Aircraft Engines GmbH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 08-36705** |
| **Superior Air Parts, Inc.,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND DESIGNATION OF LEAD COUNSEL

**PLEASE TAKE NOTICE THAT** the undersigned counsel, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), enter their appearance as attorneys and lead counsel for Thielert Aircraft Engines GmbH ("TAE"), in the above-referenced chapter 11 case, and request that the names of counsel listed below be added to the mailing list maintained by the Clerk, and that all notices given or required to be given in this case, all pleadings and other papers served, or required to be served, in this case, be given to and served upon the following:

> Daniel P. Winikka
> James A. Cox
> JONES DAY
> 2727 N. Harwood
> Dallas, Texas 75201
> Telephone: (214) 220-3939
> Facsimile: (214) 969-5100
> email: dpwinikka@jonesday.com
>         jacox@jonesday.com

DLI-6268304v1

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules and sections specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, telegraph, telex or otherwise filed with regard to the referenced case and proceedings therein.  Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

**PLEASE TAKE FURTHER NOTICE THAT**, this notice and request shall not be deemed a consent to jurisdiction or venue of any type by TAE, nor waive: (1) TAE's rights to have final orders in non-core matters in this case entered only after de novo review by a District Judge, (2) TAE's rights to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) TAE's rights to have a District Court withdraw the reference in any matter in this case subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which TAE is or may be entitled under any agreements, or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: August 26, 2009

Respectfully submitted,

*/s/ Daniel P. Winikka*
Daniel P. Winikka (TX 00794873)
James A. Cox (TX 04946560)
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

ATTORNEYS FOR THIELERT AIRCRAFT ENGINES GMBH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance, Request for Service of Papers and Designation of Lead Counsel was served on those parties receiving notice through the Court's CM/ECF system on August 26, 2009.

/s/ C. Nicholas Bowen
C. Nicholas Bowen
Paralegal

DLI-6268304v1