Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax
**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE | § | Chapter 11 |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | Case No. 08-36705 |
| | § | |
| **Debtor.** | § | |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Rejection of Executory Contracts [Docket no. 400] was served upon the parties on the attached service list via US Mail, Postage-Pre-paid August 26, 2009.

    Respectfully submitted,
    /s/ *Duane J. Brescia*
    Stephen A. Roberts (SBN 17019200)
    Robert P. Franke (SBN 07371200)
    Duane J. Brescia (SBN 24025265)
    **STRASBURGER & PRICE, LLP**
    600 Congress, Suite 1600
    Austin, Texas 78701
    Tel. (512) 499-3600/Fax (512) 499-3643
    stephen.roberts@strasburger.com
    bob.franke@strasburger.com
    duane.brescia@strasburger.com
    **Bankruptcy Attorneys for the Debtor**

Advanced Machining & Tool,
1616 N I-35E
Lancaster, TX 75134

Air Power Inc.
4900 South Collins
Arlington, TX 76018

Alcoa Fastening Systems
c/o Alcoa, Inc. 201 Isabella St.,
6E02 Pittsburgh, PA 15212

CP Pistons Inc.
1902 McGaw Avenue
Irvine, CA 92614

Garlock Sealing Technologies
5605 Carnegie Blvd., Suite 500
Charlotte, NC 28209

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Helio Precision Products, Inc.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096

Parker Seal Eps
Division 6035 Parkland Blvd.,
Cleveland, OH 44124

ATI Portland Forge
250 E. Lafayette Street
PO Box 905
Portland, IN 47371-0905

Sky-Tec
350 Howard Clemmons Road
Granbury, TX 76048

Techni - Products, Inc.
126 Industrial Dr
East Longmeadow, MA 01028

Texas Dugan Limited
Partnership c/o Duke Realty LP
5495 Belt Line Road, Suite 360
Dallas, TX 75240

Tygris Vendor Finance, Inc. f/k/a
US Express Leasing Inc.
Annette McGovern
10 Waterview Blvd.
Parsippany, NJ 07054

WSK Kalisz
UL. Czestochowska 140
62-800, Kalasz Poland

ZANZI S.p.A.
Corso Vercelli, 159
10015 Ivera, Italy