| | Monthly Operating Report |
|---|---|
| CASE NAME: Superior Air Parts, Inc. | ACCRUAL BASIS |
| CASE NUMBER: 08-36705-BJH-11 | 02/13/95, RWD, 2/96, RWD, 7/99 |
| JUDGE: | |

UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF Texas

Dallas DIVISION

MONTHLY OPERATING REPORT

MONTH ENDING: July, 2009

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

[signature]                                  President
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY       TITLE

Kent Abercrombie                              8-18-2009
PRINTED NAME OF RESPONSIBLE PARTY             DATE

PREPARER:

[signature]                                  President
ORIGINAL SIGNATURE OF PREPARER                TITLE

Kent Abercrombie                              8-18-2009
PRINTED NAME OF PREPARER                      DATE

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-1

## COMPARATIVE BALANCE SHEET

|   |     | ASSETS                                         | SCHEDULE AMOUNT | MONTH 5/31/2009 | MONTH 6/30/2009 | MONTH 7/31/2009 |
|---|-----|------------------------------------------------|----------------:|----------------:|----------------:|----------------:|
|   | 1.  | UNRESTRICTED CASH                              | 412,357         | 3,938,851       | 3,137,559       | 3,134,950       |
|   | 2.  | RESTRICTED CASH                                | 0               | 0               | 0               | 700,000         |
|   | 3.  | TOTAL CASH                                     | 412,357         | 3,938,851       | 3,137,559       | 3,834,950       |
| a.| 4.  | ACCOUNTS RECEIVABLE (NET)                      | 5,392,055       | 4,921,427       | 4,810,234       | 4,830,282       |
| b.| 5.  | INVENTORY                                      | 11,158,744      | 7,514,758       | 7,382,740       | 7,072,721       |
|   | 6.  | NOTES RECEIVABLE                               | 0               | 0               | 0               | 0               |
|   | 7.  | PREPAID EXPENSES                               | 85,107          | 563,816         | 636,482         | 494,589         |
|   | 8.  | OTHER (ATTACH LIST)                            | 13,385          | 0               | 0               | 0               |
|   | 9.  | TOTAL CURRENT ASSETS                           | 16,649,291      | 13,000,001      | 12,829,456      | 12,397,593      |
| c.| 10. | PROPERTY, PLANT, & EQUIPMENT                   | 1,062,565       | 4,461,132       | 4,462,632       | 4,462,632       |
| c.| 11. | LESS: ACCUMULATED DEPRECIATION/DEPLETION       | 0               | 3,686,119       | 3,719,455       | 3,751,026       |
|   | 12. | NET PROPERTY, PLANT & EQUIPMENT                | 1,062,565       | 775,013         | 743,177         | 711,606         |
|   | 13. | DUE FROM INSIDERS                              | 0               | 0               | 0               | 0               |
|   | 14. | OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST)| 0              | 1,075,031       | 1,050,576       | 1,026,121       |
|   | 15. | OTHER (ATTACH LIST)                            | 15,471          | 0               | 0               | 0               |
|   | 16. | TOTAL ASSETS                                   | 18,139,684      | 18,788,896      | 17,760,768      | 17,970,270      |
|   | **POSTPETITION LIABILITIES** | | | | | |
|   | 17. | ACOCUNTS PAYABLE                               |                 | 900,736         | 259,997         | 836,151         |
|   | 18. | TAXES PAYABLE                                  |                 | 140,760         | 163,816         | 186,871         |
| d.| 19. | NOTES PAYABLE                                  |                 | 0               | 0               | 0               |
|   | 20. | PROFESSIONAL FEES                              |                 | 440,708         | 394,598         | 564,675         |
|   | 21. | SECURED DEBT                                   |                 |                 |                 |                 |
|   | 22. | OTHER (ATTACH LIST)                            |                 | 217,942         | 272,708         | 293,712         |
|   | 23. | TOTAL POSTPETITION LIABILITIES                 | 0               | 1,700,147       | 1,091,119       | 1,881,409       |
|   | **PREPETITION LIABILITIES** | | | | | |
|   | 24. | SECURED DEBT                                   | 10,291,701      | 10,146,611      | 10,146,611      | 10,146,611      |
|   | 25. | PRIORITY DEBT                                  | 74,641          | 0               | 0               | 0               |
|   | 26. | UNSECURED DEBT                                 | 16,897,517      | 16,866,817      | 16,866,817      | 16,866,817      |
|   | 27. | OTHER (ATTACH LIST)                            | 0               | 3,310,194       | 3,310,194       | 3,310,194       |
|   | 28. | TOTAL PREPETITION LIABILITIES                  | 27,263,859      | 30,323,623      | 30,323,623      | 30,323,623      |
|   | 29. | TOTAL LIABILITIES                              | 27,263,859      | 32,023,769      | 31,414,742      | 32,205,031      |
|   | **EQUITY** | | | | | |
| e.| 30. | PREPETITION OWNERS' EQUITY                     |                 | (11,010,850)    | (11,010,850)    | (11,010,850)    |
|   | 31. | POSTPETITION CUMULATIVE PROFIT OR (LOSS)       |                 | (2,224,022)     | (2,643,123)     | (3,223,910)     |
|   | 32. | DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION)  |                 |                 |                 |                 |
|   | 33. | TOTAL EQUITY                                   | 0               | (13,234,872)    | (13,653,973)    | (14,234,760)    |
|   | 34. | TOTAL LIABILITIES & OWNERS EQUITY              | 27,263,859      | 18,788,897      | 17,760,769      | 17,970,271      |

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

ACCRUAL BASIS-2

CASE NUMBER: 08-36705-BJH-11

## INCOME STATEMENT

| | | MONTH 5/31/2009 | MONTH 6/30/2009 | MONTH 7/31/2009 | QUARTER TOTAL |
|---|---|---|---|---|---|
| **REVENUES** | | | | | |
| 1. | GROSS REVENUES | 739,871 | 627,066 | 655,585 | 2,022,522 |
| 2. | LESS: RETURNS & DISCOUNTS | 4,372 | 5,684 | 4,081 | 14,137 |
| 3. | NET REVENUE | 735,499 | 621,382 | 651,505 | 2,008,385 |
| **COST OF GOODS SOLD** | | | | | |
| 4. | MATERIAL | 545,287 | 382,978 | 565,996 | 1,494,261 |
| 5. | DIRECT LABOR | 0 | 0 | 0 | 0 |
| 6. | DIRECT OVERHEAD | 0 | 0 | 0 | 0 |
| 7. | TOTAL COST OF GOODS SOLD | 545,287 | 382,978 | 565,996 | 1,494,261 |
| 8. | GROSS PROFIT | 190,212 | 238,404 | 85,508 | 514,124 |
| **OPERATING EXPENSES** | | | | | |
| 9. | OFFICER/INSIDER COMPENSATION | 10,500 | 11,000 | 11,500 | 33,000 |
| 10. | SELLING & MARKETING | 7,038 | 7,038 | 10,558 | 24,634 |
| 11. | GENERAL & ADMINISTRATIVE | 553,637 | 344,062 | 349,875 | 1,247,574 |
| 12. | RENT & LEASE | 37,906 | 37,614 | 38,337 | 113,857 |
| 13. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 14. | TOTAL OPERATING EXPENSES | 609,081 | 399,714 | 410,270 | 1,419,065 |
| 15. | INCOME BEFORE NON-OPERATING INCOME & EXPENSE | (418,869) | (161,310) | (324,761) | (904,941) |
| **OTHER INCOME & EXPENSES** | | | | | |
| 16. | NON-OPERATING INCOME (ATT. LIST) | 0 | 0 | 0 | 0 |
| 17. | NON-OPERATING EXPENSE (ATT. LIST) | 0 | 0 | 0 | 0 |
| 18. | INTEREST EXPENSE | 0 | 0 | 0 | 0 |
| 19. | DEPRECIATION/DEPLETION | 33,646 | 33,335 | 31,571 | 98,552 |
| 20. | AMORTIZATION | 40,889 | 24,455 | 24,455 | 89,799 |
| 21. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 22. | NET OTHER INCOME & EXPENSES | 74,535 | 57,790 | 56,026 | 188,351 |
| **REORGANIZATION EXPENSES** | | | | | |
| 23. | PROFESSIONAL FEES | 0 | 200,000 | 193,500 | 393,500 |
| 24. | U.S. TRUSTEE FEES | 0 | 0 | 6,500 | 6,500 |
| 25. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 26. | TOTAL REORGANIZATION EXPENSES | 0 | 0 | 0 | 0 |
| 27. | INCOME TAX | 0 | 0 | 0 | 0 |
| 28. | NET PROFIT (LOSS) | (493,404) | (419,100) | (580,787) | (1,493,292) |

Monthly Operating Report

CASE NAME: SUPERIOR AIR PARTS, INC.

CASE NUMBER: 08-36705-BJH-11

ACCRUAL BASIS-3

## INCOME STATEMENT

| CASH RECEIPTS AND DISBURSEMENTS | | MONTH 5/31/2009 | MONTH 6/30/2009 | MONTH 7/31/2009 | QUARTER TOTAL |
|---|---|---:|---:|---:|---:|
| 1. | CASH - BEGINNING OF MONTH | 3,411,287 | 3,938,851 | 3,111,540 | 3,411,287 |
| **RECEIPTS FROM OPERATIONS** | | | | | |
| 2. | CASH SALES | 0 | 0 | 0 | 0 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | | |
| 3. | PREPETITION | | | | 0 |
| 4. | POSTPETITION | 922,061 | 726,702 | 617,347 | 2,266,109 |
| 5. | TOTAL OPERATING RECEIPTS | 922,061 | 726,702 | 617,347 | 2,266,109 |
| **NON-OPERATING RECEIPTS** | | | | | |
| 6. | LOANS & ADVANCES (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 7. | SALE OF ASSETS | 0 | 0 | 0 | 0 |
| 8. | OTHER (ATTACH LIST) | 0 | 0 | 700,000 | 700,000 |
| 9. | TOTAL NON-OPERATING RECEIPTS | 0 | 0 | 700,000 | 700,000 |
| 10. | TOTAL RECEIPTS | 922,061 | 726,702 | 1,317,347 | 2,966,109 |
| 11. | TOTAL CASH AVAILABLE | 4,333,348 | 4,665,552 | 4,428,887 | 6,377,396 |
| **OPERATING DISBURSEMENTS** | | | | | |
| 12. | NET PAYROLL | 53,023 | 77,488 | 60,460 | 190,971 |
| 13. | PAYROLL TAXES PAID | 20,483 | 19,553 | 29,539 | 69,575 |
| 14. | SALES, USE, & OTHER TAXES PAID | 0 | 0 | 72 | 72 |
| 15. | SECURED/RENTAL/LEASES | 41,938 | 39,299 | 42,214 | 123,451 |
| 16. | UTILITIES | 1,595 | 1,903 | 2,730 | 6,228 |
| 17. | INSURANCE | 60,579 | 384,536 | 27,600 | 472,716 |
| 18. | INVENTORY PURCHASES | 184,169 | 452,077 | 336,203 | 972,449 |
| 19. | VEHICLE EXPENSES | 0 | 130 | 94 | 224 |
| 20. | TRAVEL | 1,944 | 2,569 | 753 | 5,265 |
| 21. | ENTERTAINMENT | 0 | 165 | 0 | 165 |
| 22. | REPAIRS & MAINTENANCE | 2,055 | 20,521 | 3,614 | 26,190 |
| 23. | SUPPLIES | 2,032 | 2,260 | 4,125 | 8,417 |
| 24. | ADVERTISING | 0 | 170 | 0 | 170 |
| 25. | OTHER (ATTACH LIST) | 26,680 | 22,102 | 22,273 | 71,056 |
| 26. | TOTAL OPERATING DISBURSEMENTS | 394,497 | 1,022,774 | 529,677 | 1,946,948 |
| **REORGANIZATION EXPENSES** | | | | | |
| 27. | PROFESSIONAL FEES | 0 | 531,238 | 57,760 | 588,998 |
| 28. | U.S. TRUSTEE FEES | 0 | 0 | 6,500 | 6,500 |
| 29. | OTHER (ATTACH LIST) | 0 | 0 | 0 | 0 |
| 30. | TOTAL REORGANIZATION EXPENSES | 0 | 531,238 | 64,260 | 595,498 |
| 31. | TOTAL DISBURSEMENTS | 394,497 | 1,554,012 | 593,937 | 2,542,446 |
| 32. | NET CASH FLOW | 527,564 | (827,310) | 723,410 | 423,663 |
| 33. | CASH - END OF MONTH | 3,938,851 | 3,111,540 | 3,834,950 | 3,834,950 |