Monthly Operating Report
ACCRUAL BASIS-7

CASE NAME: SUPERIOR AIR PARTS, INC.
CASE NUMBER: 08-36705-BJH-11

MONTH:_____

## QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY | |
|---|---|---|---|---|
| Product Liability Insurance | AIG and others | Sep 08 - Aug 09 | 391,875 | quarterly |
| Product Liability Insurance | AIG and others | Sep 08 - Aug 09 | 17,500 | quarterly |
| Product Liability Insurance | AICCO | Sep 08 - Aug 09 | 5,971 | monthly |
| General Liability and Property Casualty | Chubb | Oct 08 - Sep 09 | 7,716 | quarterly |
| Auto | Chubb | Oct 08 - Sep 09 | 1,534 | quarterly |
| Foreign Package | Chubb | Oct 08 - Sep 09 | 985 | quarterly |
| Ocean Cargo | Chubb | Oct 08 - Sep 09 | 8,500 | annually |
| Aircraft | AIG | Sep 08 - Sep 09 | 1,129 | annually |
| Workers Compensation | Chubb | Oct 08 - Sep 09 | 33,813 | annually |

Accrual Basis - 1 Attachment

14. Other Assts
    
    | | | |
    |---|---|---|
    | | PMAs | 1,026,121 |
    | | | 1,026,121 |

22. Other

    | | | |
    |---|---|---|
    | | Accrued Payroll | (5,380) |
    | | Accrued Profit Sharing | 3,370 |
    | | 401(K) Contribution Payable | 4,092 |
    | | 401(K) Employer Match | 2,695 |
    | | Accrued Insurance - SIR | (315,000) |
    | | Accrued Scrap | 10,000 |
    | | Piston Warranty | (4,619) |
    | | Accrued Advertising | 14,428 |
    | | Deferred Core Profit | 121,228 |
    | | Deferred Core Profit - Contra | (124,526) |
    | | | (293,712) |

27. Other

    | | | |
    |---|---|---|
    | | Accrued Payroll | (11,783) |
    | | Accrued Vacation Pay | (57,237) |
    | | Accrued Profit Sharing | (3,878) |
    | | 401(K) Contribution Payable | (5,997) |
    | | 401(K) Employer Match | (3,215) |
    | | Accrued Bonuses | - |
    | | Accrued Insurance - SIR | (1,855,797) |
    | | Accrued Scrap | (10,000) |
    | | Piston Warranty | (876,390) |
    | | Mil Engine Warranty | (227,209) |
    | | 520 Cylinder Reserve | (207,177) |
    | | Accrued Advertising | (14,428) |
    | | Deferred Core Profit | (121,228) |
    | | Deferred Core Profit - Contra | 124,526 |
    | | Sales Ret & Allow Reserve | (40,382) |
    | | | (3,310,194) |

Accrual Basis - 2 Attachment

21. Other

Accrual Basis - 3 Attachment

8. Other
    Weifang Aviation Deposit     700,000.00

25. Other

| | |
|---|---:|
| AADFW Inc | 113.66 |
| AADFW Inc | 180.78 |
| Abelardo Martinez | 615.91 |
| Abelardo Martinez | 801.89 |
| Abelardo Martinez | 817.19 |
| Abelardo Martinez | 824.59 |
| ADP Inc | 47.46 |
| ADP Inc | 50.37 |
| ADT Security Services Inc | 227.58 |
| ADT Security Services Inc | 227.58 |
| AT&T Mobility | 257.40 |
| Bank Fees | 685.19 |
| Carl H. Johnson | 1,780.00 |
| Credit Card Fee | 26.52 |
| Credit Card Fee | 442.19 |
| Credit Card Fee | 476.30 |
| EasyLink Services Corporation | 12.26 |
| EasyLink Services Corporation | 31.50 |
| Maria Garcia | 429.07 |
| Maria Garcia | 576.00 |
| Maria Garcia | 603.70 |
| Maria Garcia | 1,203.97 |
| Maria Melgar | 398.15 |
| Maria Melgar | 493.06 |
| Maria Melgar | 542.73 |
| Maria Melgar | 551.67 |
| Maria Melgar | 1,035.79 |
| TW Telecom | 1,550.10 |
| United Parcel Service | 1,115.54 |
| United Parcel Service | 1,781.84 |
| United Parcel Services | 3,914.07 |
| UPS Freight | 118.80 |
| YRC | 124.05 |
| YRC | 216.58 |

| DEPARTMENT | HOURS | | | EARNINGS | | | | GROSS | STATUTORY DEDUCTIONS | | VOL. DEDS. | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg / O/T | | Hours 3 & 4 | Reg / O/T | | Earn 3 & 4 | Earn 5 | | Federal | State/Local | | |
| * * GRAND TOTAL * * | | | | | | | | NO. PAYS: 15 | NET CASH: | 26,018.33 | | |

Hours 3,4 Analysis:

| S | SICK | 66.23 | V | VAC | 39.91 |
|---|---|---|---|---|---|
| | | | | Total | 106.14 |

Earnings 3,4,5 Analysis:

| S | SICK | 558.44 | V | VAC | 285.84 |
|---|---|---|---|---|---|
| | | | | Total | 844.28 |

Memo Analysis:

| N- | K | 401MTC | 520.21 |
|---|---|---|---|
| | | Total | 520.21 |

Deduction Analysis

| A | COLPRE | 33.57 |
|---|---|---|
| B | COLPST | 31.87 |
| F | K LOAN | 508.30 |
| H | HLTH | 1,601.61 |
| J | TERMLF | 103.24 |
| K | 401K | 1,915.70 |
| W | CHK | 25,768.33 |
| X | CHK2 | 150.00 |
| Z | SAV2 | 100.00 |
| Total | | 30,212.62 |

State Analysis:

| | STATE TAX | STATE WAGES | FIT BY STATE |
|---|---|---|---|
| TX | | | 4,409.31 |
| Total | | | 4,409.31 |

Federal Taxable Analysis and Employer Unemployment Liability

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 33,803.57 | | 4,409.31 |
| FUTA | 844.96 | .80 | 6.76 |
| Social Security-EE | 35,719.27 | 6.20 | 2,214.61 |
| Social Security-ER | 35,719.27 | 6.20 | 2,214.59 |
| Medicare-EE | 35,719.27 | 1.45 | 517.91 |
| Medicare-ER | 35,719.27 | 1.45 | 517.93 |

State Taxable Analysis and Employer Unemployment Liability

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| TX SUI | 1,005.13 | 4.1600 | 41.81 |
| Total | 1,005.13 | | 41.81 |

Cafeteria 125 Deduction Analysis

| A | -MED | 33.57 |
|---|---|---|
| H | -MED | 1,601.61 |
| Total | | 1,635.18 |

Federal Deposit Liability

| | TOTAL LIABILITY |
|---|---|
| Federal Tax | 4,409.31 |
| Earned Income Credit Advances | |
| Social Security | |
| EE Amount Withheld | 2,214.61 |
| ER Taxable X  6.20% | 2,214.59 |
| Total Social Security | 4,429.20 |
| Medicare | |
| EE Amount Withheld | 517.91 |
| ER Taxable X  1.45% | 517.93 |
| Total Medicare | 1,035.84 |
| Total | 9,874.35 |

ALL CROSSFOOTS OK



Payroll Summary — SUPERIOR AIR PARTS — Company Code: PS7 — Batch: 3802-062 — Period Ending: 06/28/2009 — Pay Date: 07/02/2009 — Week 27 — Page 9

© 1999, Automatic Data Processing, Inc.

# ADP Payroll Summary — SUPERIOR AIR PARTS

Company Code: PS7
Batch: 6335-062
Period Ending: 07/12/2009
Pay Date: 07/17/2009
Week 29
Page 9

## DEPARTMENT * GRAND TOTAL **

### HOURS

| | Reg / O/T | Hours 3 & 4 | | |
|---|---|---|---|---|
| H HOL | 112.00 | V VAC | 124.23 | |
| S SICK | 6.85 | | | Total 243.08 |

### EARNINGS

| | Reg / O/T | Earn 3 & 4 | | Earn 5 | | |
|---|---|---|---|---|---|---|
| H HOL | 861.76 | V VAC | 1,702.38 | | | |
| S SICK | 87.47 | | | | | Total 2,651.61 |

### GROSS
NO. PAYS: 15    NET CASH: 25,605.30

### STATUTORY DEDUCTIONS
Federal 503.83
State/Local

Memo Analysis:
N- K 401MTC    503.83
Total 503.83

### VOL. DEDS.

Deduction Analysis
| | | |
|---|---|---|
| A | COLPRE | 33.57 |
| B | COLPST | 31.87 |
| F | K LOAN | 508.30 |
| H | HLTH | 1,601.61 |
| J | TERMLF | 103.24 |
| K | 401K | 1,875.47 |
| W | CHK | 25,355.30 |
| X | CHK2 | 150.00 |
| Z | SAV2 | 100.00 |
| Total | | 29,759.36 |

Cafeteria 125 Deduction Analysis
| A | - MED | 33.57 |
|---|---|---|
| H | - MED | 1,601.61 |
| Total | | 1,635.18 |

### NET PAY

---

**Hours 3,4 Analysis:**
H HOL 112.00    V VAC 124.23
S SICK 6.85    Total 243.08

**Earnings 3,4,5 Analysis:**
H HOL 861.76    V VAC 1,702.38
S SICK 87.47    Total 2,651.61

**Federal Taxable Analysis and Employer Unemployment Liability**

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 33,262.67 | | 4,325.87 |
| FUTA | 61.10 | .80 | .49 |
| Social Security-EE | 35,138.14 | 6.20 | 2,178.58 |
| Social Security-ER | 35,138.14 | 6.20 | 2,178.56 |
| Medicare-EE | 35,138.14 | 1.45 | 509.51 |
| Medicare-ER | 35,138.14 | 1.45 | 509.50 |

**State Taxable Analysis and Employer Unemployment Liability**

| | TAXABLE | PCT | TAX |
|---|---|---|---|
| TX SUI | 479.41 | 4.1600 | 19.94 |
| Total | 479.41 | | 19.94 |

**Federal Deposit Liability**

| | | |
|---|---|---|
| Federal Income Tax | | 4,325.87 |
| Social Security | | |
| Amount Withheld | 2,178.58 | |
| ER Taxable X 6.20% | 2,178.56 | |
| Total Social Security | | 4,357.14 |
| Medicare | | |
| EE Amount Withheld | 509.51 | |
| ER Taxable X 1.45% | 509.50 | |
| Total Medicare | | 1,019.01 |
| Total | | 9,702.02 |
| | TOTAL LIABILITY | 4,325.87 |

ALL CROSSFOOTS OK

© 1995, Automatic Data Processing, Inc.

| DEPARTMENT | HOURS Reg/OT | Hours 3 & 4 | EARNINGS Reg/OT | Earn 3 & 4 | Earn 5 | GROSS | STATUTORY DEDUCTIONS Federal | State/Local | VOL. DEDS. | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | | | NO. PAYS: 15 | NET CASH: | 26,122.09 | | |

### Hours 3,4 Analysis:
| | | | |
|---|---|---|---|
| S SICK | 27.76 | V VAC | 72.00 |
| | | Total | 99.76 |

### Earnings 3,4,5 Analysis:
| | | | |
|---|---|---|---|
| S SICK | 48.34 | V VAC | 170.32 |
| | | Total | 218.66 |

### Memo Analysis:
| | | |
|---|---|---|
| N- K 401MTC | | 519.57 |
| Total | | 519.57 |

### Deduction Analysis
| | | |
|---|---|---|
| A | COLPRE | 33.57 |
| B | COLPST | 31.87 |
| F | K LOAN | 508.30 |
| H | HLTH | 1,601.61 |
| J | TERMLF | 103.24 |
| K | 401K | 1,904.59 |
| W | CHK | 25,872.09 |
| X | CHK2 | 150.00 |
| Z | SAV2 | 100.00 |
| Total | | 30,305.27 |

### State Analysis:
| | STATE TAX | STATE WAGES | FIT BY STATE |
|---|---|---|---|
| TX | | | 4,413.03 |
| Total | | | 4,413.03 |

### Cafeteria 125 Deduction Analysis
| | | |
|---|---|---|
| A | -MED | 33.57 |
| H | -MED | 1,601.61 |
| Total | | 1,635.18 |

### Federal Taxable Analysis and Employer Unemployment Liability
| | TAXABLE | PCT | TAX |
|---|---|---|---|
| Federal | 33,919.00 | | 4,413.03 |
| FUTA | | .80 | |
| Social Security-EE | 35,823.59 | 6.20 | 2,221.03 |
| Social Security-ER | 35,823.59 | 6.20 | 2,221.06 |
| Medicare-EE | 35,823.59 | 1.45 | 519.44 |
| Medicare-ER | 35,823.59 | 1.45 | 519.44 |

### Federal Deposit Liability
| | TOTAL LIABILITY |
|---|---|
| Federal Tax | 4,413.03 |
| Earned Income Credit Advances | |
| Social Security | |
|   EE Amount Withheld | 2,221.03 |
|   ER Taxable X 6.20% | 2,221.06 |
|   Total Social Security | 4,442.09 |
| Medicare | |
|   EE Amount Withheld | 519.44 |
|   ER Taxable X 1.45% | 519.44 |
|   Total Medicare | 1,038.88 |
| Total | 9,894.00 |

ALL CROSSFOOTS OK

---

**ADP Payroll Summary** — **SUPERIOR AIR PARTS** — Company Code: PS7

Batch: 8594-062    Period Ending: 07/26/2009    Week 31
Pay Date: 07/31/2009    Page 9

© 1999, Automatic Data Processing, Inc.