IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

FILED 

AUG 2 4 2009

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: | § |
| | § CASE NO.    08-36705 |
| Superior Air Parts, Inc. | § |
| | § |
| | § CHAPTER 11 |
| DEBTOR | § |

## WITHDRAWAL OF PROOF OF CLAIM
## FOR AICCO, INC.

PLEASE TAKE NOTICE that AICCO, Inc. hereby withdraws its claim filed in the above referenced proceeding. Attached is a copy of the Proof of Claim being withdrawn.

Dated the 16th day of August, 2009

By: _____
Name: Joan Stratton
Title: Assistant Vice President

I hereby certify under penalty of perjury that I am authorized to withdraw the above referenced Proof of Claim.

By: _____
Name: Joan Stratton
Title: Assistant Vice President

| United States Bankruptcy Court Northern District of Texas | PROOF OF CLAIM | This space for Court Use Only |
|---|---|---|
| In re (Name of Debtor) Superior Air Parts Inc | Case Number 08-36705 | |

Note: This form should not be used to make a claim for administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. 503.

| Name of Creditor: AICCO, Inc. | [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach statement giving particulars. |
|---|---|
| Name and address where notices should be sent: Imperial A.I. Credit Companies, Inc. 101 Hudson Street, 34th Floor Jersey City, New Jersey 07302 (800) 221-3450 | [ ] Check box if you have never received any notices from the bankruptcy court in this case. [ ] Check box if the address differs from the address on the envelope sent to you by the court. |
| Account number by which creditor identifies debtor: 15-010-016727-3 | Check here if this claim [ ] replaces or [ ] amends a previous claim filed on |

**1. Basis for Claim**
- [ ] Goods Sold
- [ ] Services Performed
- [X] Money Loaned
- [ ] Personal injury/wrongful death
- [ ] Taxes
- [X] Other: Breach of Contract

- [ ] Retiree Benefits as defined in 11 U.S.C. 1114(a)
- [ ] Wages, salaries and compensation (fill out below)
  Your SS# __-__-__
  Unpaid compensation for services performed
  from _____ to _____.

**2. Date debt was incurred:** 09/08/08

**3. If court judgment, date obtained:**

**4. Total Amount of Claim: at least $41,797.70**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
[ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
[X] Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
[ ] Real Estate    [ ] Motor Vehicle
[X] Other: Insurance Return Premiums

Estimated Value of Collateral: $40,409.57

Amount of Arrearage and other charges at time case filed included in security claim, if any:
$

**6. Unsecured Priority Claim**
[ ] Check this box if you have an unsecured priority claim. Amount entitled to priority:
$ _____. Specify the priority of the claim:
[ ] Wages, salaries, or commissions (up to $4000)*, earned cessation of the debtor's business, whichever is earlier.
[ ] Contributions to an employee benefit plan—11 USC 507(a)
[ ] Up to $1,800* of deposits toward purchase, lease or rental of a property or services for personal, family or household use. 11 USC 507 (a)(6).
[ ] Alimony, maintenance or support owed to a spouse, former spouse or child. 11 USC 507 (a)(7).
[ ] Taxes or penalties owed to governmental units.
[ ] Other—Specify applicable paragraph of 11USC 507 (a)(__)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statement of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. Date Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date: 01/12/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim: Joan Stratton, Assistant Vice President | **FILED** JAN 1 6 2009 TAMARA C. MARSHALL, CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS |
|---|---|---|
| Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 USC 152 and 3571. | | This space for Court Use Only |