

BK NO. 08-36705
ADV. NO. ___

IN RE: Superior Air Parts, Inc
DEBTOR

TYPE OF HEARING: Third Am Plan (322)

Superior Air Parts, Inc
PLAINTIFF / MOVANT

Stephen Roberts
ATTORNEY

VS

___
DEFENDANT / RESPONDENT

___
ATTORNEY

EXHIBITS: Exh. A,B,C,D,E,F,I,J,K,L,M (see exhibit list)

JUDGE PRESIDING: BJH

HEARING DATE: 8/26/09

REPORTED BY: DMP