U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed September 10, 2009**            **United States Bankruptcy Judge**

---

IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF TEXAS DALLAS DIVISON

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 08-36705 (BJH) |
| SUPERIOR AIR PARTS, INC., | : | |
| | : | Chapter 11 |
| Debtor. | : | |

**ORDER GRANTING MOTION OF THIELERT A.G.
AND ITS INSOLVENCY ADMINISTRATOR FOR
PROVISIONAL ALLOWANCE OF CLAIM FOR VOTING PURPOSES
<u>PURSUANT TO BANKRUPTCY RULE 3018(a)</u>**

Thielert A.G. and its Insolvency Administrator, Dr. Achim Ahrendt (together "TAG"), by their counsel, Becker, Glynn Melamed & Muffly LLP, having served and filed a motion, dated August 24, 2009, for provisional allowance of TAG's claim and TAG's ballot voting in favor of the Third Amended Plan of Reorganziation filed by the Debtor and the Official Committee of Unsecured Creditors (Docket No. 387), and the Court having granted TAG's request for expedited hearing, and Aviation Parts Supply,

-2-

Inc. had served and filed its Response and Objection (Docket No. 393) to TAG's motion opposing the relief sought, and the matter having come on for hearing on August 26, 2009 at 1:15pm in conjunction with the confirmation hearing on the Third Amended Plan, and after hearing argument by counsel for TAG and Aviation Parts Supply, Inc. on TAG's motion, and good and sufficient notice of TAG's motion and the hearing thereon having been given to creditors and parties in interest, and after due deliberation, and for good cause shown,

NOW, pursuant to Bankruptcy Rule 3018(a), the court hereby ORDERS, ADJUDGES AND DECREES AS FOLLOWS:

1. TAG's motion is granted.

2. TAG may vote its unsecured claim in the amount of $10,146,611.11 in respect of the Third Amended Plan as a Class 9 creditor.

###END OF ORDER###