

September 4, 2009

STEPHEN A. ROBERTS
512.499.3624
Direct Fax: 512.536.5723
stephen.roberts@strasburger.com

Board Certified Business Bankruptcy Law
Texas Board of Legal Specialization

**VIA EMAIL: TOMTONG@TONGLAWFIRM.COM**

Mr. Tom Tong
Tong & Sung, P.C.
3050 Post Oak Blvd., Ste. 1720
Houston, Texas  77056

RE:　　In re: *Superior Air Parts, Inc.,* Case no. 08-36705, In the United States Bankruptcy Court for the Northern District of Texas, Dallas Division

Third Amended Plan of Reorganization of Superior Air Parts, Inc. and the Official Committee of Unsecured Creditors, dated July 23, 2009 (referred to herein as the "Plan")

**Wire Transfer Instructions**

Dear Tom:

Here are the wiring instructions for Weifang Freesky Aviation Technologies Co. to transfer the funds to the account of Superior Air Parts, Inc. for the acquisition of all of the outstanding shares of Superior Air Parts Inc., as required by the Plan approved by the United States Bankruptcy Court on August 27, 2009.

　　JP Morgan Chase Bank
　　Dallas, Texas
　　ABA No. 021000021
　　For credit to Superior Air Parts, Inc.
　　Account No. 790438568
　　Reference: Weifang Stock Acquisition

With highest regards,

*[signature]*

Stephen A. Roberts
Counsel for Superior Air Parts, Inc.

Strasburger & Price, LLP
600 Congress Avenue, Suite 1600  •  Austin, Texas 78701.2974  •  512.499.3600 tel  •  512.499.3660 fax  •  www.strasburger.com
Austin • Collin County • Dallas • Houston • San Antonio • New York, N.Y. • Washington, D.C. • Strasburger & Price, SC - Mexico City
645524.1/SPA/20354/0102/090409

EXHIBIT A



Mr. Tom Tong
September 4, 2009
Page 2

SAR:ajd

cc:    Mr. Matt Okin (by email)
       Mr. David Parham (by email)
       Mr. Kent Abercrombie (by email)