U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed September 17, 2009                                **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

### ORDER IN AID OF THIRD AMENDED PLAN OF REORGANIZATION OF SUPERIOR AIR PARTS, INC. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Court has considered the Debtor's Emergency *Ex Parte* Motion For Entry Of Order In Aid Of Third Amended Plan Of Reorganization Of Superior Air Parts, Inc. and The Official Committee of Unsecured Creditors and finds that it is meritorious; accordingly it is hereby ORDERED:

1. The Third Amended Plan of Reorganization of Superior Air Parts, Inc. and the Official Committee of Unsecured Creditors (the "Plan") was approved by this Court by Order entered August 27, 2009.

2. Weifang Freesky Aviation Technologies Co., Ltd. is hereby directed to transfer the funds for the acquisition of all of the outstanding shares of Superior Air Parts Inc. under the Plan to the account of Superior Air Parts, Inc. as follows:

> JP Morgan Chase Bank
> Dallas, Texas
> ABA No. 021000021
> For credit to Superior Air Parts, Inc.
> Account No. 790438568
> Reference: Weifang Stock Acquisition.

###END OF ORDER###

**SUBMITTED BY:**
Stephen Roberts
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax
stephen.roberts@strasburger.com

*ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.*