Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax
stephen.roberts@strasburger.com
robert.franke@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE | § | Chapter 11 |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | Case No. 08-36705 |
| | § | |
| **Debtor.** | § | |

## CERTIFICATE OF NO OBJECTION/RESPONSE

Debtor Superior Air Parts, Inc. filed and served its Objection to Claim No. 26 of Experimental Aircraft Association (the "Objection to Claim"), Docket No. 350, on August 11, 2009. The Objection to Claim contained 30-day negative notice language.

The undersigned hereby certifies that no objection/response to the Objection to Claim was timely filed and served upon Debtor within the 30-day objection period, which expired on September 10, 2009.

Dated: September 22, 2009

654896.1/SPA/20354/0102/092209

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600
Fax (512) 499-3660
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for the Debtor**