Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax
stephen.roberts@strasburger.com
robert.franke@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | **Chapter 11** |
| | § | |
| **SUPERIOR AIR PARTS, INC.** | § | **Case No. 08-36705** |
| | § | |
| **Debtor.** | § | |

## CERTIFICATE OF NO OBJECTION/RESPONSE

Debtor Superior Air Parts, Inc. filed and served its Objection to Claim No. 101 of Rudy Mantel & Associates, Inc. (the "Objection to Claim"), Docket No. 352, on August 11, 2009. The Objection to Claim contained 30-day negative notice language.

The undersigned hereby certifies that no objection/response to the Objection to Claim was timely filed and served upon Debtor within the 30-day objection period, which expired on September 10, 2009.

Dated:  September 22, 2009

654896.1/SPA/20354/0102/092209

Respectfully submitted,

<u>/s/ *Stephen A. Roberts*</u>
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600
Fax (512) 499-3660
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for the Debtor**