Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax
stephen.roberts@strasburger.com
robert.franke@strasburger.com
duane.brescia@strasburger.com

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705 |
| | § | |
| Debtor. | § | |

## CERTIFICATE OF NO OBJECTION/RESPONSE

Debtor Superior Air Parts, Inc. filed and served its Objection to Claim Nos. 108 and 118 of Marlow, Connell, Abrams, Adler Newman & Lewis (the "Objection to Claim"), Docket No. 353, on August 11, 2009. The Objection to Claim contained 30-day negative notice language.

The undersigned hereby certifies that no objection/response to the Objection to Claim was timely filed and served upon Debtor within the 30-day objection period, which expired on September 10, 2009.

Dated: September 22, 2009

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600
Fax (512) 499-3660
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for the Debtor**

654896.1/SPA/20354/0102/092209