Label Matrix for local noticing
0539-3
Case 08-36705-bjh11
Northern District of Texas
Dallas
Thu Sep 24 13:25:01 CDT 2009

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

121five.com
co Tim Kern
PO Box 30
Anderson, IN 46015-0030

43 Air School
Airport, 43 Pruale Box X43
Port Alfred 6170
South Africa

4sure.com
dba Techdepot
6 Cambridge Dr
Trumbull, CT 06611-4700

AADFW, Inc.
2161 Regal Pkwy
Euless, TX 76040-6733

ADP, Inc.
2735 Stemmons Frwy
Dallas, TX 75207-2299

ADT Security Services
2403 Lacy Ln
Carrollton, TX 75006-6514

AERO, Inc.
3701 Hwy 162
Grainte City, IL 62040-6628

AICCO, INC
Imperial A.I. Credit companies, Inc.
101 Hudson St., 34th Floor
Jersey City, New Jersey 07302-3905

AMA Nantucket
130 Mary Dunn Way
Hyannis, MA 02601-2000

AOPA Pilot
Rebecca Full
421 Aviation Way
Frederick, MD 21701-4756

ARRC, Ltd.
Goodwood Airfield
Goodwood, Chichester PO 18 0PH
United Kingdom

AT & T Mobility
PO Box 68056
Anaheim Hills, CA 92817-0856

ATI Accelerated Technologies
1611 Headway Cir Bldg 1
Austin, TX 78754-5160

ATI PORTLAND FORGE
EAST LAFAYETTE STREET
PO BOX 905
PORTLAND, IN 47371-0905

ATI Portland Forge
250 E. Lafayette Street
PO Box 905
Portland, IN 47371-0905

Aaron Covert
5529 Rice Dr
The Colony, TX 75056-1345

Accident Investigation & Reconstruction, Inc
11740 Airport Way  Hgr 35D
Broomfield, CO 80021-2511

Ace Grinding & Machine Co.
co  Gregory M. Zarin
Kane Russell Coleman & Logan PC
1601 Elm Street, Suite 3700
Dallas, TX 75201-7207

Ace Grinding & Machine Company
2020 Winner St
Walled Lake, MI 48390-3259

Act AAA Cooper Transportation
1751 Kinsey Rd
Dothan, AL 36303-5877

Advanced Connections, Inc.
2015 McKenzie Ste 120
Carrollton, TX 75006-8365

Advanced Machining & Tool, Inc.
1616 N Beckley
Lancaster, TX 75134-2606

Aeorpartes Jimenez, SA DE CV
Rio Pizxtla No. 927 NTE.
Los Mochis, Sinola 81240
Mexico

Aero Accessories
1240 Springwood Ave
Gibsonville, NC 27249-2667

Aero Accessories
1240 Springwood Church Rd
Gibsonville, NC 27249

Aero Aviation
9 S 041 Aero Dr
Naperville, IL 60564-9403

Aero Service
Aeroservice Donauwoerth
Flugplatz D-86682
Genderkingen, Germany

Aero Swan
Swan Hill Airport
VIC 3585 Australia

Aero-Atelier
1281 Tourdulac CP 117
Lac-A-La Tortue, Quebec
Canada  QU G0X ILO

Aerospace Products International
3778 Distriplex Dr N
Memphis, TN 38118-7299

Aetna
PO Box 45084
Jacksonville, FL 32232-5084


Ahmad Jahanfar
Clanbrae South
Hanningfield Road
South Hanningfield
Chelmsford CM3 8HX UK

Air & Sea Recovery, Inc.
Fort Pierce National Airport
Florida 33441

Air Master Flying Club
881 Black Horse Pike
Pleasantville, NJ 08232-4101


Air Power, Inc.
4900 S Collins
Arlington, TX 76018-1135

Air Service Vamdrup
Lufthavnsvej 7A Box 62
DK-6580
Vamdrup, Denmark

Air Service Vamdrup APS
Lufthavnsej 7A - Box 62
DK-6580 Vamdrup
DENMARK


Air Support International
PO Box 489
Marshfield, MO 65706-0489

Air-Tec
37 Sandia Mt. Trl, Sandia Airpark
Edgewood, NM 87015

Aircraft Cylinder & Engine, Inc.
516 N Link Ln Unit 1
Ft Collins, CO 80524-4786


Aircraft Cylinders of America
1006 E Independence St
Tulsa, OK 74106-5310

Aircraft Engine & Accessory
2275 Crown Rd
Dallas, TX 75229-2099

Aircraft Specialties Service
2860 N Sheridan
Tulsa International Airport
Tulsa, OK 74115-2304


Airflow Performance, Inc.
111 Airflow Dr
Spartanburg, SC 29306-3993

Airparts Company, Inc.
2310 NW 55th Ct
Fort Lauderdale, FL 33309-2743

Airsure Limited
15301 Spectrum Dr Ste 500
Addison, TX 75001-6425


Airsure Ltd., LLC
Rosa Orenstein
Looper Reed & McGraw, P.C.
1601 Elm Street
Suite 4100
Dallas, TX 75201-4700

Airsure Ltd., LLC
CO Rosa R. Orenstein
Looper Reed & McGraw, P.C.
1601 Elm Street, Suite 4100
Dallas, TX 75201-4700

Airsure Ltd., LLC
CO Rosa R. Orenstein, Esq.
Looper Reed & McGraw, P.C.
1601 Elm Street, Suite 4100
Dallas, TX 75201-4700

Akorbi Consulting
400 E Royal Ln Ste 218
Irving, TX 75039-3516

Al Head
Western Skyways, Inc.
21 Creative Place
Montrose, CO 81401-6330

Alberado Martinez
2331 Klondike Dr
Dallas, TX 75228-4015


Alcoa Fastening Systems
3990 A Heritage Oak Ct
Simi Valley, CA 93063-6715

Alcoa, Inc. -AFS
co William Crawford, Paralegal
201 Isabella St., 6E02
Pittsburgh, PA 15212-5827

All American Benefits, Inc.
13747 Montford Dr Ste 337
Dallas, TX 75240-4473


Allen Lasky
2004 Geneva Dr
Richardson, TX 75081-2637

Allen Parmet, M.D., MPH
4320 Wornell, Suite 432
Kansas City, MO 64111-3235

Alpha One Flight
246 S Meadow Rd
Plymouth, MA 02360-4790

Amber Henson for Brandt Henson, a Minor
co William Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Amy Hughes for Estate of Branden Hughes
co William Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Andrew Verzilli
Verzilli & Verzilli Consultants, Inc.
411 North Broad Street
Lansdale, PA 19446-2413

Anita F. McMahon
1646 Belmont Avenue
Baton Rouge, LA 70808-1004

Aramark Uniform Services
1900 Empire Central
PO Box 36028
Dallas, TX 75235-1028

Arkadin, Inc.
620 Tinton Avenue
Tinton Falls, NJ 07724-3260

Associated Spring-Corry
226 S Center St
Corry, PA 16407-1992

Aurigny Air Services
La Planque Lane
Guernsy Airport
Guernsy, UK  GY8 0DS

Aviall Services, Inc.
PO Box 619048
Dallas, TX 75261-9048

Aviation International Corp.
5555 NW 36th St
Miami Springs, FL 33166-5812

 Area Enterprises
4209 Hahn Blvd
Fort Worth, TX 76117-1797

Ana Fontes
8801 Thompson Dr
Argyle, TX 76226-6504

Anglo Normandy
La Planque Lane, Guernsy Airport
La Villiaze, Forest
Guernsey UK  GY8 0DS

Apollo Aviation Inc
co Mr Chris Loepke
4313 Hewes Ave
Gulfport, MS 39507-4320

Archive Supplies, Inc.
2975 Ladybird Ln
Dallas, TX 75220-1415

Arner Flying Service, Inc.
1001 Coal St
Arner Memorial Airport
Lehighton, PA 18235-1117

Associated Spring-Milwaukee
434 W Edgerton Ave
Milwaukee, WI 53207-6097

Automatic Screw Machine
709 2nd Ave SE
Decatur, AL 35601-2517

Aviall, Inc.
co  Neil J. Orleans
1201 Elm St., Suite 4800
Dallas, TX 75270-2165

Aviation Parts Supply, Inc.
Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, TX 75069-7703

Ameritech Industries, Inc.
dba Eagle Engines
20208 Charlanne Drive
Redding, CA 96002-9223

Andrea Findlay
AIG Aviation
1175 Peachtree Street, NE
100 Colony Square, Suite 1000
Atlanta, GA 30361-6217

Anglo Normandy
La Planque Lane, Guernsy Airport
La Villiaze, Forest
Guernsey UK  GY8 0DSARRC, Ltd.

Aramark
1900 Empire Central
Dallas, TX 75235-4203

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018-7480

Arrowprop Company
PO Box 610
Meeker, OK 74855-0610

Associated Spring-Saline
1445 Barnes Ct
Saline, MI 48176-9000

Automatic Screw Machine Products
CO Lawson Products, Inc.
1666 Touhy Ave.
Des Plaines, IL 60018-3683

Aviation Group Ltd.
PO Box 381
Waupaca, WI 54981-0381

Aviation Parts Supply, Inc.
511 E. John Carpenter Freeway
Suite 440
Irving, Texas 75062-8153

Aviation Unlimited
2833 16th Ave
Toronto Buttonville Airport
Markham, ON L3R 0P8
Canada

Avstar Fuel Systems, Inc.
1365 Park Lane
South Jupiter, FL 33458-8042

Avstar Fuel Systems, Inc.
Attn: Ellen D-Arcangelo, Esq.
1365 Park Lane South
Jupiter, FL 33458-8042

BMC Solutions, Inc.
3391 Town Point Dr NW
Kennesaw, GA 30144-7079

Barnstormers, Inc.
312 W 4th St
Carson City, NV 89703-4250

Baron & Budd, PC
Attn: Scott V. Goodley
8001 Lemmon Avenue, Suite 145
Dallas, TX 75209-2613

Barrett Precision Engines, Inc.
2870-B N Sheridan Rd
Tulsa, OK 74115-2304

Barry Schiff
673 Trueno Avenue
Camarillo, CA 93010-1060

Barton Technical Services LLC
4123 Blue Heron Ridge
Mobile, AL 36693-4373

Bax Global
PO Box 612307
DFW Airport, TX 75261-2307

Best Tool & Manufacturing Co.
3515 NE 33rd Terrace
Kansas City, MO 64117-2693

Betsy Price, Tax Assessor-Collector
PO Box 961018
Fort Worth, TX 76161-0018

Bill Allen Whitefiled
co William Angellley
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Bill Bowers
2834 Orange Picker Rd
Jacksonville, FL 32223-2685

Bill McDonald, DAR
9700 Divot Dr
Granbury, TX 76049-4467

Bills Aircraft Service
20836 483rd Ave
Elkton, SD 57026-6600

Billy G. Leonard, Jr.
1650 W Virginia St Ste 211
McKinney, TX 75069-7703

Bizzy Bees Pest Control Co.
2812 Trinity Square Dr Ste 100
Carrollton, TX 75006-2464

Bob Brown
7165 SE 95th Lane
Ocala FL 34472-9243

Bob Reuther
97 White Bridge Rd Apt L-1
Nashville, TN 37205-1424

Boomerang Aviation
7491 S. Airport Rd.
Pembroke Pines, FL 33023-2511

Boring Machine Corporation
7922 Ranchers Rd
Friday, MN 55432-1887

Boring Machine Corporation
CO B. Shane Barnes, Attorney at Law
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402-3720

Bradley L. DeRubba
120 N. Crandon Ave.
Niles, OH 44446-3415

Brent Henman
2234 Stonehenge Ln
Lewisville, TX 75056-5642

Brian Tom
22255 E Wildfern Ln
Brightwood, OR 97011-8731

Bridgette Woods
501 Legends
Lewisville, TX 75057-4175

Broward County Revenue Collector
Attn: Litigation Section
115 S. Andrews Avenue
Fort Lauderdale, FL 33301-1895

Broward County Revenue Collector
Government Center Annex
Attn: Litigation Section
115 S. Andrews Avenue
Fort Lauderdale, FL 33301-1818

Broward County Revenue Collector
Revenue Collection Division - Govt. Cent
Attn:  Litigation Section
115 S. Andrews Ave.
Fort Lauderdale, FL 33301-1895

Bruce R. Marx
Marlow Connell Valerious
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, FL 33146-1431

Bunting Bearings, LLC
1001 Holland Park Blvd.
Holland, OH 43528-9156

Bunting Bearings-Kalamazoo
4252 E Kilgore Rd
Kalamazoo, MI 49002-1910

Byron Dale Weakley
1255 Oaklawn Rd.
Chapmansboro, TN 37035-5107

CMS Incorporated
20666 SW Citrus Blvd.
Indiantown, FL 34956-3292

CP Pistons, Inc.
1902 McGaw Ave
Irvine, CA 92614-0910

CPI Office Products
11111 Zodiac Ln
Dallas, TX 75229-4720

CT Corporation
1209 Orange Street
Wilmington, DE 19801-1120

Cambridge Gliding Club
Gransden Lodge
Longstowe Road Little
Gransden Sandy
Bedfordshire SG19 3EB  UK

Canadian Home Rotors, Inc.
4 Roy Street
Ear Falls, ON  P0V 1T0
Canada

Cappa Granite
1310 W Euless Blvd Ste 100
Euless, TX 76040-4988

Care Now Corporation
601 Canyon Dr Ste 100
Coppell, TX 75019-3860

Carl H. Johnson
1908 Haymeadow
Carrollton, TX 75007-5412

Carl Ray Dugger
3792 Z Street
Washougal, WA  98671-7450

Carl Zeiss IMT Corp
6250 Sycamore Ln N
Maple Grove, MN 55369-6310

Carley Foundry, Inc.
8301 Coral Sea St NE
Blaine, MN 55449-7252

Carlos Blacklock
1002 Eastern Street
Wichita, KS 67207-3226

Carolyn Hewitt
10925 Fandor St
Fort Worth, TX 76108-4507

Carry Air PTY Ltd.
10-12 Chinderah Ray Drive
Chinderah, NSW 2467

Cast Well
650 Pennsylvania Ave
Elizabeth, NJ 07201-1299

Castor Aviation, Inc.
250 Texas Way, Hanger 24 N
Ft Worth, TX 76106-2774

Cavalier Logistics
250 Sheffied St
Mountainside, NJ 07092-2303

Cebos Ltd.
5936 Ford Ct Ste 203
Brighton, MI 48116-8427

Cebos, Ltd.
7600 Grand River, Ste 200
Brighton, MI 48114-9311

Central Freight Lines, Inc.
PO Box 2638
Waco, TX 76702-2638

Central Transport International
PO Box 33299
Detroit, MI 48232-5299

Chad Owens
713 Hundley Dr
Lake Dallas, TX 75065-2637

Champion Aerospace, Inc.
Jeff Faulkenberry
1230 Old Norris Rd
Liberty, SC 29657-3508

Charles Taylor Aviation
16415 Addison Rd., Ste. 800
Addison, TX 75001-3267

Chenda Reach
2335 High Bank Drive
Mesquite, TX 75181-1763

Cheryl Kirkwood
for Corey Manning, a minor
William Angelley
707 wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Cheryl Kirkwood and Taylor Manning
CO Kreindler & Kreindler, LLP
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017-3625

Cheryl Kirkwood for Ricky Manning
co  William Angelly
Kreindler & Kreindler, LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Chester B. Salomon, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022-5813

Chick Packaging of DFW
700 W Bethel Rd Ste 100
Coppell, TX 75019-4486

Choice Solutions LLC
222 W Las Colinas Blvd Ste 1150 E
Irving, TX 75039

Choice Solutions, LLC
Attn: James Steinlage
10801 Mastin Blvd., Ste 900
Overland Park, KS 66210-1677

Chris Benavides
1012 E Pioneer
Irving, TX 75061-7839

Chris Reser
CO Beeler, Walsh & Walsh, PLLC
4508 N. Classen Blvd.
Oklahoma City, OK 73118-4814

Chris Reser for Logan Scott Reser,
a minor
co William Angelley
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Chris Reser for Taylor Shalom Reser,
a minor
co William Angelley
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Chris Reser, Indiv. and as Personal
Rep. of Estate of Jennifer Parton
co William Angelley
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Chris Wootton
2775 N Hwy 360 No. 217
Grand Prairie, TX 75050-7804

Christiansen Aviation
PO Box 702412
Tulsa, OK 74170-2412

Chuck Cooper
Radiant Photography & Video
4025 Pioneer Road
Montrose, CO 81403-9788

Chuck Harris
217 Bridger
Lakeside MT 59922

Citrix Systems, Inc.
851 West Cypress Creek Rd.
Fort Lauderdale, FL 33309-2040

City Water International, Inc.
PO Box 319
Elma, NY 14059-0319

City Water International, Ltd.
PO Box 674007
Dallas, TX 75267-4007

City of Coppell
255 Parkway Blvd
Coppell, TX 75019-6603

City of Coppell
co  Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

City of Coppell - Coppell ISD
PO Box 9478
Coppell, TX 75019-9478

Clearfield Jefferson Reg. Air
PO Box 299
Falls Creek, PA 15840-0299

Clyda Whitefield for Justin Whitefield
CO William Angelly
Kreindler & Kreindler, LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Clyda Whitefield for minor Derby Whitefield
William Angelley
707 Wilshire Blvd, 41st Fl
Los Angeles, CA 90017-3501

Clyda Whitefield for minor Kennedy Whitefiel
William Angelley
707 Wilshire Blvd, 41st Fl
Los Angeles, CA 90017-3501

Clyda Whitefield, et al.
CO Braden Varner & Aldous, P.C.
703 McKinney Ave., Ste 400
Dallas, TX 75202-6023

Clyda Whitefield, et al.
CO Kreindler & Kreindler
707 Wilshire Blvd., Ste 4100
Los Angeles, CA 90017-3625

Clyda Whitefield, et al.
CO Lisa Lance, Esq.
PO Box 595
Pauls Valley, OK 73075-0595

Clyda Whitefield, et al.
co William Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Coastal Aviation Services
88 Landry St, Biddeford Airport
Biddeford, ME 04005-4321

Codington, Hicks & Danforth, PC
555 Twin Dolphin Dr., Ste 300
Redwood City, CA 94065-2133

Colorado Air Parts, Inc.
1519 1300 Rd
Delta, CO 81416-8742

Combustion Technologies, Inc.
1804 Slatesville Rd
Chatham, VA 24531-3179

Combustion Technologies, Inc.
co Michael L. Jones
Henry & Jones, LLP
2902 Carlisle St., Suite 150
Dallas, TX 75204-4004

Comfort Technoligies, LLC
PO Box 150434
Arlington, TX 76015-6434

Comfort Technologies, LLC
PO Box 270809
Flower Mound, TX 75027-0809

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Comtec Manufacturing, Inc.
1012 Delaum Road
St. Marys, PA 15857-3360

Comtec Manufacturing, Inc.
P.O. Box 0940
St Marys, PA 15857-0940

Con-Way Freight, Inc.
PO Box 982020
North Richland Hills, TX 76182-8020

Conners & Winters
Carrollton Towers East
13601 Preston
Dallas, TX 75240-4911

Contract Container Service, Ltd.
PO Box 6245
Fryatt Street, Dunedin City Centre
Dunedin City, Otago 9016
New Zealand

Coppell ISD
co Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Corbitt Manufacturing Co.
650 N Main Center
St. Charles, MO 63301-2186

Corley Gasket Co.
PO Box 271124
Dallas, TX 75227-1124

Corporate Express Office Products, Inc.
Attn: Bryan Mannlein
555 W. 112th Ave.
Northglenn, CO 80234-3022

Corporate Express, Inc.
2230 Avenue J
Arlington, TX 76006-5866

Corporate Finance Partners
MidCap GmbH
Torstr. 33-35
10119 Berlin, Germany

Corporate Finance Partners Midcap GmbH
Torstr. 35 - 10119
Berlin, Germany

Craig Caylor
301 Meadow Dr
Ponder, TX 76259-9778

Crane Cams
530 Fentress Blvd
Daytona Beach, FL 32114-1210

Crane Cams Inc.
530 Fentress Blvd.
Dayton Beach, FL 32114-1210

Custom Tube Products, Inc.
P.O. Box 936
Edgewater, FL 32132-0936

Cygnet Aerospace Corp
1971 Fearn Ave
Los Osos, CA 93402-2517

Cygnus Business Media
1233 Janesville Ave
Fort Atkinson, WI 53538-2794

DS-Air Service
AM Luneort 13
Bremerhaven, Germany 27572

DSS Fire, Inc.
10265 Miller Rd
Dallas, TX 75238-1232

DUKE REALTY SERVICES
14241 DALLAS PARKWAY No. 1000
DALLAS, TX 75254-2954

Dale Alexander
Gary Novak
Engineering Systems, Inc.
3851 Exchange Ave.
Aurora, IL 60504-7900

Dallas County
co  Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Dallas County Tax Office
500 Elm Street
Dallas, TX 75202-6308

Dallas Recycling
3303 Pluto St
Dallas, TX 75212-3430

Dallas Waste Disposal and Recycling, Inc
3303 Pluto St.
Dallas, TX 75212-3430

Daniel Grzelecki
7209 St. James Court
Corpus Christi, TX 78413-5130

Dapra Marking Systems
66 Granby St
Bloomfield, CT 06002-3512

Darrell Ingle
2020 Vista View
Roanoke, TX 76262-6800

Dave Klepacki
Engineering Systems, Inc.
4775 Centennial Blvd., Suite 106
Colorado Springs, CO 80919-3309

Dave Panebaker
1473 La Mesa Circle
Rangely, CO 81648-3809

David A. Levin
AIG
70 Pine Street
New York, NY 10270-0094

David Austin
12250 FM 2449
Ponder, TX 76259-6105

David Buono
6707 Winterwood Ln
Dallas, TX 75248-5045

David Childs, Tax Assessor-Collector
500 Elm St
Dallas, TX 75202-3304

David Foord Avionics
292 Sir Donald Bradmen Drv.
Brooklyn Park, SA 5032
Australia

David Hines
500 Sutter St.
San Francisco, CA 94102-1107

David Parnell
935 Conklin
Canadian, TX 79014-3313

David S. Runyan
6414 Inway Dr
Spring, TX 77389-3672

David W. Reich
750 SW 34 St. No. 110
Ft. Lauderdale, FL 33315-3625

David W. Rogers, Jr.
3843 Jefferson Rd
Glen Rock, PA 17327-9431

Dean Marshall
5228 La Taste Ave.
El Paso, TX 79924-4633

Deidre B. Ruckman
Gardere Wynne Sewell LLP
1601 Elm St., Ste. 3000
Dallas, TX 75201-4761

Dekalb Forge
1832 Pleasant
Dekalb, IL 60115-2609

Deli Management, Inc.
2400 Broadway St
Beaumont, TX 77702-1904

Dell Marketing LP
1 Dell Way
Mail Stop RR1-33
Round Rock, TX 78682-7000

Dena Beecher
11524 Cactus Springs
Fort Worth, TX 76244-7777

Dennis Cheatham
311 Ravenna Rd
Lake Dallas, TX 75065-2389

Divco
2806 N Sheridan
Tulsa, OK 74115-2332

Donald L. Dolce
314 Bristol Place
Longmont, CO 80504-9274

Douglas L. Dodson, Jr.
4431 Knox Ave
Rosamond, CA 93560-6428

Douglas Stimpson
Chuck Schueller
Accident Investigation & Reconstruction
11740 Airport Way, Hgr 35D
Broomfield, CO 80021-2511

Downtown Aviation
2787 N. Second Street
Memphis, TN 38127-7507

Duke Realty Services
14241 Dallas Pkwy Ste 1000
Dallas, TX 75254-2954

Durrie Sales
411 Country Club Rd
Bensonville, IL 60106-1557

Dustin A. Turnquist, M.S., P.E.
Engineering Systems Inc.
4775 Centennial Blvd., Suite 106
Colorado Springs, CO 80919-3309

Dynamic Technology, Inc.
3201 W Royal Ln Ste 150
Irving, TX 75063-3137

E-Mag Ignitions
2014 Greg St
Azle, TX 76020-2749

ERVIN LEASING COMPANY
PO BOX 1689
ANN ARBOR, MI 48106-1689

Easylink Services International Corporation
33 Knightsbridge Rd
Piscataway, NJ 08854-3925

Eaton Corporation
Global Trade Credit
1111 Superior Avenue
Cleveland, OH 44114-2522

Eaton Corporation
700 Luicks Ln
Belmond, IA 50421-1785

Eck Industries, Inc.
1602  8th St
Manitowoc, WI 54220-1904

Electronics International, Inc.
63296 Powell Butte Hwy
Bend, OR 97701-9429

Elvis Lacayo
2520 Cataina Way
Irving, TX 75060-6505

Endicott Forging & Mfg.
1901 North Street
Endicott, NY 13760-3200

Engineering Systems, Inc.
co Susan Schroeder
3851 Exchange Ave.
Aurora, IL 60504-8106

Enparts
660 Ferris Rd Ste 102
Lancaster, TX 75146-5502

Eric Jaimes
2710 W Pioneer
Irving, TX 75061-6663

Ervin Leasing Company
3893 Research Park Drive
Ann Arbor, MI 48108-2217

Estate of Christopher Desch
Roxanne Cherry, Administrator
CO The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103-6178

European Aviation Safety Agency
Postfach 10 12 53
D-50452 Cologne, Germany

Evan Yearsley
509 Parkview Pl
Coppell, TX 75019-2634

Executive Printing Systems
PO Box 3064
McKinney, TX 75070-8182

Experimental Aircraft Assoc.
PO Box 3086
Oshkosh, WI 54903-3086

Exxon Mobil Oil Corporation
3225 Gallows Rd
Fairfax, VA 22037-0002

Fair Harbor Capital, LLC
1841 Broadway Suite 1007
New York, NY 10023-7649

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023-0028

Fastener Dimensions, Inc.
94-03 104th St
Ozone Park, NY 11416-1723

Faulkners Air Shop, Inc.
PO Box 1147
Burnet, TX 78611-7147

FedEx Customer Information Service
FedEx Express, Ground
Attn. Revenue Recovery, Bankruptcy
3965 Airways Blvd., Module G, 3rd Floor
Memphis, TN 38116-5017

FedEx Freight
P O Box 840
Harrison, AR  72602-0840

Federal Express
942 S Shady Grove Rd
Memphis, TN 38120-4117

FEDERAL TRADE COMMISSION
ASSOCIATE DIRECTOR
DIVISION OF ENFORCEMENT
600 PENNSYLVANIA AVE NW
MAIL DROP NJ-2122
WASHINGTON DC 20580-0001

Fedex Freight East
200 Forward Dr
Harrison, AR 72602-0840

First Data Corporation
6201 Powers Ferry Road
ATS-75
Atlanta, GA 30339-5401

Flex-Fab, LLC
1699 W M-43 Hwy
Hastings, MI 49058-9285

Flight International, Inc.
5498 Aryshire Drive
Dublin, Ohio 43017-9428

Florida Department of Revenue
OGC Bankruptcy Section
Post Office Box 6668
Tallahassee, Florida  32314-6668

Flyer Industria
Aeronautica Flyer
CX-13 Americana
SP 13, 170-970 Brazil

Flying J Partners, Inc.
PO Box 207
West Ossipee, NH 03890-0207

Flying Machines South
8727 SE 72nd Ave
Ocala, FL 34472-9210

Flying Vikings, Inc.
21593 Skywest Dr
Hayward, CA 94541-7015

Fort Dearborn Life Insurance
2400 Lakeside Blvd
Richardson, TX 75082-4341

Fred A. Rawlins
8326 Sawgrass Way
Radford, VA 24141-6999

Fred Fine
Technical Consultant
PO Box 7315
Spanish Fort, AL 36577-7315

GREATAMERICA LEASING CORP
8742 INNOVATION WAY
CHICAGO, IL 60682-0087

Garlock - Metallic Gasket Div
250 Portwall St Ste 300
Houston, TX 77029-1300

Garlock Klosure
1666 Division St
Palmyra, NY 14522-9383

Garlock Sealing Technologies
1666 Division Street
Palmyra, NY 14522-9383

Garlock Sealing Technologies
5605 Carnegie Blvd., Suite 500
Charlotte, NC 28209-4674

Garvin Agee Carlton and Mashburn, PC
Attn: Alan Agee
PO Box 10
Pauls Valley, OK 73075-0010

Garvin, Agee, Carlton & Mashburn, P.C.
P.O. Box 10
Pauls Valley, OK 73075-0010

Gary Wright
2007 Pat Ln
Carrollton, TX 75006-3166

Gasket Manufacturing Co., Inc.
18001 S Main St
Gardenia, CA 90248-3530

Gates Rubber Co.
Dept. 0804
1551 Wewatta St
Denver, CO 80202-6173

General Air Service
Box 96, Municipal Airport
Valley City, ND 58072-0096

General Aviation Maintenance
Hangar 1 Airport
Essendon Victoria

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX 75050-1222

Genesee Stamping and Fabricating, Inc.
c/o Robert P. Shepard
503 East Border Street
Arlington, Tx 76010-7402

George Edward, III, Ph.D., P.E.
Clarke Engineering Consultants, Inc.
46344 Lore Court
Lexington Park, MD 20653-2166

George Jenson
501 E 1st St
Tucson, AZ 85705-7817

Gerhardt Gear
133 E Santa Anita
Burbank, CA 91502-1926

co David Welsh
6380 Raton Circle
Beaumont, TX 77708-3565

Good Wood Road Racing
G-BBRX Ltd Oriel
Cottage Station Road
Chobham Woking GU24 8AX
United Kingdom

Goodwood Airfield
Goodwood, Chichester PO 18 OPH
United Kingdom

Graig Schulze
178 Victory No. 108
Burbank, CA 91502-2805

GreatAmerica Leasing Corporation
PO Box 609
Cedar Rapids, IA 52406-0609

Greg Vauga
2005 Rockwall Farms Ln
Faquay Varina, NC 27526-5471

Gregory Zabransky
400 CR 2355
Mineola, TX 75773-3654

Gulf Coast Avionics
3650 Drane Field Rd
Lakeland Regional Airport
Lakeland, FL 33811-1203

Halsey Engineering & Mfg., Inc.
209 N Mayhill Rd
Denton, TX 76208-4005

Harris Packaging Corp.
1600 Carson St
Haltom City, TX 76117-6188

Hartford Aircraft Products
94 Old Poquonock Rd.
Bloomfield, CT 06002-1427

Harvey-Daco, Inc.
307 Lake Air Dr
Waco, TX 76710-5835

Haski Aviation
406 Frank Farone Dr.
New Castle, PA 16101-8710

Heather Forde
2014 Dewitt St
Irving, TX 75062-4311

Heli-Coil - Emhart Teknologies LLC
PO Box 859
Shelton, CT 06484-0905

Helio Precision Products, Inc.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

Henry  W. Bailey, Jr. and Carole Bailey, et

Henry Bailey, JR. & Carole Bailey, Indiv
and as Admin of the Estate of Matthew Ba
CO The Wolk Law Firm
1710 Locust St.
Philadelphia, PA 19103-6178
215-656-4220

Henry and Carole Bailey
CO The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103-6178

Her Majesty The Queen in Right of Alberta
Miller Thomson LLP
700 9th Ave., S.W. So. Tower, Ste. 3000
Calgary, Alberta, Canada
T2P 3V4

Herbert D. Rose
8 Moyer Street
Sacramento, PA  17968-9551

Hetrick Aircraft, Inc.
3600 NE Sardou
Topeka, KS 66616-1678

Hetrick Aviation Inc. -aka Hetrick Aircraft
Keith Hetrick
3600 NE Sardou
Topeka, KS 66616-1678

Hurst
2111 W Euless Blvd, Hwy 10
Euless, TX 76040-6707

Hurst Metallurgical Research Laboratory, Inc
2111 West Euless Blvd.
Euless, TX 76040-6707

ING
151 Farmington Ave
Hartford, CT 06156-0002

IWATSU Voice Networks
8001 Jetstar Dr.
Irving, TX 75063-2804

Ian Pullin
24-19 Bowman St
South Perth, West Australia

Illinois National Insurance Co.
co Miller & Associates
5005 SW Meadows Rd., Ste. 405
Laek OSwego, OR 97035-4291

Illinois National Insurance et al
AIG Bankruptcy Collections
70 Pine St., 28th Floor
New York, NY 10270-0002

Instron Wilson Shore Instr.
825 University Ave
Norwood, MA 02062-2643

Intellipak, Inc.
12322 E. 55th Street
Tulsa, OK 74146-6900


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

International Business Systems
90 Blue Ravine Rd
Folsom, CA 95630-4728

Interwest Communications Corp.
2152 W. Northwest Hwy Ste 122
Dallas, TX 75220-4214


Irving ISD
co Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

J & J Air Parts, Inc.
430 N Bryant
Pleasanton, TX 78064-3433

J. R. Jordan
560 Clothier Springs Rd
Malvern, PA 19355-8613


Jack Kendall
AIG
1200 Abernathy Road NE
600 Northpark Town Center
Alpharetta, GA 30004

Jade Air PLC
The Old Stables
Hoodlands Farm, London
Handcross
West Sussex, England RH17 6HB

James Everett
2621 Keyhole St
Irving, TX 75062-8709


James Whitley
3017 Scenic Hills Dr
Bedford, TX 76021-2853

Jan Clemens
17269 CR 663
Farmersville, TX 75442-5779

Janet Innis
CO The Wolk Law Firm
1710-12 Locust Street
Philadelphia, PA 19103-6178


Janet L. Innis, Individually and as Admin.
of the Estate of Thomas Innis
CO The Wolk Law Firm
1710-12 Locust St.
Philadelphia, PA 19103-6178

Jean-Pierre Verdier
24234 Eagle Cliff Trl
Conifer, CO 80433-9045

Jeff W. Smith
1950 Chiswick Rd
Knoxville, TN 37922-8543


Jeffery Paust
4854 Viewcrest Rd
San Antonio, TX 78217-1263

Jerry Meyers Aviation
4713 Meadow Lane
Bozeman, MT 59715-9631

Jim Irvin
Aircraft Engine Reconstruction Specialis
6501 Wilkinson Drive, Suite 200
Prescott, AZ 86301-6188


Jim Watkins
8817 Ravenswood Rd
Granbury, TX 76049-8903

John F D Peterson
13465 Decoteau Rd
Gonzales, LA 70737-7357

John Fellenstein
839 Summerly Dr
Nashville, TN 37209-4220


John W. Altizer
215 S. Cowboy Way
Cottonwood, Arizona 86326-7347

John Weber
2201 Rockbrook No. 1338
Lewisville, TX 75067-3824

Johnson, Morgan & White
PO Box 5000
Boca Raton, FL 33431-0800


Jon S. Lore
23314 Green Holly Road
Lexington Park, MD 20653-2133

Juan Ruiz
2851 Aster
Dallas, TX 75211-5235

KAPCO - Valtec Aircraft Supply
3120 E Enterprise St
Brea, CA 92821-6236

KPMG, LLP
717 N Harwood St Ste 3100
Dallas, TX 75201-6585

KSPG Automotive Brazil
Ltda-Kolbenschmid
Rodovia Arnaud Julio Mauerberg, 4000 - D
Nova Odessa - SP Brasil, Caiza Postal 91
Brazil

KSPG Automotive Brazil
Ltda-Kolbenschmid
RODARNALDO JULIO MAUERBERG, 4000 - D
13460-000 NOVA ODESSA - SP BRAZIL


KSPG Automotive Brazil LTDA-Kolbenschmidt
ROD.ARNALDO JULIO MAUERGERG
4000-Dist. Ind. I
13460-000
Nova Odessa-SP-Brazil

Kaplan, von Ohlen & Massamillo, LLC
555 Fifth Ave., 15th Fl.
New York, New York 10017-2416

Kaplan, von Ohlen & Massamillo, LLC
ATTN: Nicholas E. Pantelopoulos
555 Fifth Avenue, 15th Floor
New York, NY 10017-2416


Kayce Weakley
635 E Samford Avenue
Auburn, AL 36830-7409

Keith A Fink & Associates
S. Kevin Steinberg
11500 West Olympic Blvd., Suite 316
Los Angeles, CA 90064-1536

Kelly Aerospace Power Systems
2900 Selma Hwy
Montgomery, AL 36108-5038


Kenneth A. Hill
Quilling, Selander, Cummiskey & Lownds
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3071

Kenneth J. Moran
Moran Brown PC
4110 East Parham Road
Richmond, VA 23228-2734

Kent Abercrombie
1436 Gardenia St
Irving, TX 75063-4232


Kerry Ballard
PO Box 2548
Evergreen, CO 80437-2548

King Engine Bearings Ltd.
10 Haavatz St
Kiryat Gat, 82101
Israel

Kismet Rubber Products Corp.
215 Industrial Blvd
Blue Ridge, GA 30513-4605


Kitplanes
531 Encinitas Blvd Ste 105
Encinitas, CA 92024-3782

Knappe & Koester, Inc.
18 Bradco St
Keene, NH 03431-3996

Knutson Aviation Services
Attn: Donald F. Knutson
2118 N. Tyler, Bldg. B, Suite 102
Wichita, KS 67212-4912


Kuehne & Nagel, Inc.
101 Wrangler Dr Ste 201
Coppell, TX 75019-4658

Kurt Manufacturing Corp.
5280 Main St NE
Minneapolis, MN 55421-1594

L E Clark
10109 Clark Airfield Rd
Clark Airport
Clark, TX 77327


L. E. Jones Company
1200 34th Ave.
Menominee, MI 49858-1695

LE Jones Co.
1200 34th Ave
Menominee, MI 49858-1695

LaBrie Commerical Cleaning
PO Box 833778
Richardson, TX 75083-3778


Lain, Faulkner & Co., P.C.
400 N. St. Paul, Suite 600
Dallas, TX 75201-6897

Larry L. Colley
El Paso Intl Airport, Hangar K1
El Paso, TX 79912

Larry Reeder
10484 Airpark Loop
Melba, ID 83641-4205


Larry Wm. Elliott
15 Kingwood Villas Ct
Kingwood, TX 77339-3652

Lawrence Chevigny, et al.
CO Miller Thompson, LLP
3000, 700-9th Ave. S.W.
Calgary, AB T2P 3V4
Canada

Lawrence W. Olesen, Q.C.
Bryan & Company, LLC
2600 Lanulife Place
10180-101 Street
Edmonton, Alberta T5J3Y2

Lee Danforth
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood Shores
Redwood City, CA 94065-2133

Light Speed Engineering, LLC
416 E Santa Maria, Hangar 15
Santa Paula, CA 93060-3356

Llewellyn Langland
N3482 Langland Rd.
Sarona, WI 54870-9324

Loma Air
Herentalsesteenweg 10
B-2220 Heist O-D Berg
Belgium

Louis Franecke
1115 Irwin Street
Suite 100
San Rafael, CA 94901-3321

Louis S. Franecke
Franecke Law Group
1115 Irwin St., Ste. 100
San Rafael, CA 94901-3321

Luyster
CO Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Lynden International
P O Box 84167
Seattle, WA 98124-5467

M & M Aerospace Hardware, Inc.
PO Box 025263
Miami Springs, FL 33102-5263

MJLG CO Marine Lumber
Lower Orange St.
Nantucket MA 02554

MSC Industrial Direct Co., Inc.
75 Maxess Rd
Melville, NY 11747-3151

Mahle Engine Components USA
14161 Manchester Rd
Manchester, MO 63011-4511

Mahle Engine Components USA
17226 Industrial Hwy
Caldwell, OH 43724-9779

Mahle Engine Components USA
60428 Marne Rd
Atlantic, IA 50022-8274

Mahle Engine Components USA, Inc.
23030 Hagerty Road
Farmington Hills, MI 48335-2602

Majestic Graphics LLC
9411 Hilltop Rd
Argyle, TX 76226-5017

Maloney, Bean, Horn & Hull, P.C.
511 E. John Carpenter Freeway
Suite 440
Irving, TX 75062-8153

Mandel, Lipton & Stevenson Limited
120 N La Salle St Ste 1450
Chicago, IL 60602-3498

Manitowoc Pattern & Mfg. Co.
4315 Expo Dr
Manitowoc, WI 54220-7305

Manitowoc Tool & Machining LLC
4211 Clipper Dr
Manitowoc, WI 54220-4196

Manuel Mercado
2930 Scott Mill
Carrollton, TX 75007-5320

Maria Garcia
1516 Mark
Irving, TX 75061-7829

Maria Melgar
205 S Irving Heights
Irving, TX 75060-3256

Maria Perez
1908 Anna Dr
Irving, TX 75061-5512

Marlow, Connell, Abrams, Adler
Newman & Lewis
4000 Ponce de Leon Blvd., Ste 570
Coral Gables, FL 33146-1431

Marlow, Connell, Valerius et al
4000 Ponce de Leon Blvd., Ste. 570
Coral Gables, FL 33146-1431

Marshall Harris Dean
5228 La Taste Ave
EL Paso, TX 79924-4633

Marshalltown Aviation, Inc.
2651 170th St
Marshalltown, IA 50158-8917

Mary Renfro
7400 Barbara Ct
Watauga, TX 76148-1605

Masoud Zahedi
5801 Roswell Rd.
Atlanta, GA 30328-4905

Master Products Co.
6400 Park Avenue
Cleveland, OH 44105-4991

Maurice Tompkins
5024 Darden Ave
Orlando, FL 32812-1103

Max Nichols
5221 Telestar Ln
Great Bend, KS 67530-3018

Mayer Aviation
Lake Elmo Airport
Lake Elmo, MN 55042

Mayer Brown LLP
230 S LaSalle St
Chicago, IL 60604-1404

McMaster-Carr Supply Co.
PO Box 740100
Atlanta, GA 30374-0100

McShan Florist, Inc.
10311 Garland Rd
Dallas, TX 75218-2999

McSwain Engineering
3320 McLemore Dr.
Pensacola, FL 32514-7077

Michael Badger
PO Box 2950
Post Falls, ID 83877-2950

Michael Henderson
CO Law Offices of Randell C. Ogg
Ninth Floor, Connecticut Bldg.
1150 Connecticut Ave., NW
Washington, DC 20036-4104

Michael J. Holland
Condon & Forsyth
7 Times Square, 18th Floor
New York, NY 10036-6554

Mid-Florida Air Services
19708 Eustis Airport Rd
Eustis, FL 32736-7268

Mid-Sota Aircraft Repair
25297 Lake Rd
St Cloud, MN 56301-9767

Midway Aviation
8008 Cedar Springs Rd Lockbox 15
Dallas Love Field Airport
Dallas, TX 75235-2852

Midwest Aviation
1650 W College Dr Ste 100
Marshalltown, MN 56258-1689

Mikes Cartage Company
PO Box 153644
Irving, TX 75015-3644

Milwaukee Wire Products
PO Box 217
Mequon, WI 53092-0217

Moran Brown PC
Martin A. Conn
4110 E Parham Road
Richmond, VA 23228-2734

Morrissey, Inc.
9304 Bryant Ave S
Bloomington, MN 55420-3474

Motion Industries
P.O. Box 1477
Birmingham, AL 35201-1477

Murray Corp.
260 Schilling Cir
Hunt Valley, MD 21031-1109

N.E.W. Industries, Inc.
Attn: Don Warnke
905 S. Neenah Ave.
Sturgeon Bay, WI 54235-1907

NATIONAL CITY COMMERCIAL CAPITAL
995 DALTON AVENUE
CINCINNATI, OH 45203-1101

National City Commercial Capital Company, LL
995 Dalton Avenue
Cincinnati, OH 45203-1101

Neil Aitkenhead
2103-1 Peak Ave.
Main Beach, Queensland 4217
Australia

New Horizons
5151 Belt Line Rd.
Dallas, TX 75254-7507

Nicol Scales, Inc.
1412 Griffin St E
Dallas, TX 75215-1101

Norman Marsden
5212 Mustang Trl
Plano, TX 75093-5020

North Texas Precision Instruments
7464 Dogwood Park
Fort Worth, TX 76118-6470

Northwest Propane Gas Co.
11551 Harry Hines Blvd
Dallas, TX 75229-2202

Northwest Propeller Service
16709 Meridian St., E, Unit 3
Puyallup, WA 98375-6266

Nortfolk Aerospace
Units 4 & 5 Levellers Lane
Eynesbury, St. Neots
Cambs PE19 2JL

OFallon Casting
PO Box 280
OFallon, MO 63366-0280


Official Committee of Unsecured Creditors
Baker & McKenzie LLP
2001 Ross Avenue
Suite 2300
Dallas, TX 75201-2968

Ohio Gasket & Shim Co., Inc.
976 Evans Ave.
Akron, OH 44305-1019

Omni Packaging Corporation
12322 E 55th St
Tulsa, OK 74146-6900


On Time Express
3409 High Prairie Rd
Grand Prairie, TX 75050-4226

Pack Ready
PO Box 901
Wylie, TX 75098-0901

Parker Hannifin Corporation
Engineered Polymer Systems Division
6035 Parkland Blvd
Cleveland, OH 44124-4186


Parker Seal EPS Division
403 Industrial Dr
Nacogdoches, TX 75964-1297

Passports & Visas
2938 Valley View Ln
Dallas, TX 75234-4929

Patrick Benoit
3708 Roxbury Ln
Plano, TX 75025-3721


Patton Air Spray
PO Box 164
Quirindi, NSW 2343
Australia

Paul Eberly
414 Sunset Drive
Gulf Shores, AL 36542-4410

Paul G. Eberly
414 Sunset Drive
Gulf Shores, AL 36542-4410


Paul Hershorin
6077 Pine Needle Ln S
Lake Worth, FL 33467-6534

Paul Leonard
16415 Addison Road, Suite 800
Addison, TX 75001-3267

Paul Rice
6322 Long Beach Blvd
Harvey Cedar, NJ 08008-5758


Paul Westcott
7333 49th Ave SE
Olympia, WA 98513-4515

Paul Winters
69 Balsall St E
Balsall Common, Coventry England CV77FQ
United Kingdom

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946


Peter J. Beatty
18 Stirrup Run
Newark, DE 19711-2460

Pitney Bowes
2225 American Dr
Neenah, WI 54956-1005

Pitney Bowes Credit Corporation
2225 American Drive
Neenah, WI 54956-1005


Plane-Power
346 Howard Clemmons Rd
Grandbury, TX 76048-5476

Portland Forge
East Lafayette St
PO Box 905
Portland, IN 47371-0905

Precision Airmotive LLC
14800 40th Ave NE
Marysville, WA 98271-8952


Precision Fittings, Inc.
709 N Main St
Wellington, OH 44090-1069

Precision Machine & Mfg. Co.
500 Industrial Rd
Grove, OK 74344-4102

Prima S.A.
Lisciasta 17 Street
91-357-LODZ
Poland

Print, Inc.
11265 Kirkland Way, Ste 3000
Kirkland, PA 98033

Print, Inc.
One Deerwood
10201 Centurion Pkwy N
Jacksonville, FL 32256-4100

Professional Analysis and Consulting, Inc.
Atn: David K. Hall
43W752 US Route 30
Suite 2F
Sugar Grove, IL 60554-9836

Professional Analysis and Consulting, Inc.
co Robert A. McNees & Associates
195 Hiawatha Dr
Carol Stream, IL 60188-1774

Pronske & Patel, P.C.
2200 Ross Ave. Ste. 5350
Dallas, TX 75201-2708

Prostar Services, Inc.
1420 MacArthur Dr Ste 104
Carrollton, TX 75007-4456

Protective Packaging Corp.
1746 W Crosby Rd Ste 106
Carrollton, TX 75006-6636

Publishers Press
100 Frank E Simon Ave
Shepherdsville, KY 40165-6013

Pulsar Aircraft Corporation
4233 Santa Anita Ave Ste 5
El Monte, CA 91731-1670

Pyszka, Blackmon, Levy, Mowers & Kelly
14750 NW 77th Court Ste 300
Miami Lakes, FL 33016-1537

Quill Corporation
PO Box 94080
Palatine, IL 60094-4080

Quilling, Selander, Cummiskey & Lownds, PC
c/o Kenneth A. Hill
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070

R & B Electronics
1520 Industrial Park Dr
Sault Sainte Marie, MI 49783-1474

R Plus L Carriers
600 Gillam Rd
Wilmington, OH 45177-9089

RPM Technik, Inc.
Penn Yan Aero Service, Inc.
2499 Bath Rd
Penn Yan, NY 14527-9565

RSI Crafting & Packaging
2230 LBJ Frwy Ste 400
Dallas, TX 75234-7331

RSI Crating & Packaging
Neil Plunkott
2230 LBJ Freeway 400
Dallas, TX 75234-7331

RSM McGladrey
One Galleria Tower
1355 Noel Rd, 8th Fl
Dallas, TX 75240-6651

Ram Aircraft Corporation
7505 Karl May Dr
Waco, TX 76708-5534

Randell C. Ogg, Esq.
1150 Connecticut Avenue NW
9th Floor
Washington, DC 20036-4104

Randy Bornhorst
4236 Arboretum Dr NW
Rochester, MN 55901-5859

Ray Claxton, Ph.D.
Materials Analysis, Inc.
10338 Miller Rd.
Dallas, TX 75238-1208

Reimers Aircraft Engines
4741 E 113th Ave
Anchorage, AK 99516-1666

Reno Air Racing Association
14501 Mt Anderson St
Reno, NV 89506-1244

Reserve Account - World Headquarters
1 Elmcroft Rd
Stamford, CT 06926-0700

Richard Brinkerhoff
2134 Gold Dust Ct
Trinity, FL 34655-5015

Richard Krajicek
1111 Hermann Dr No. 29A
Houston, TX 77004-6932

Richard L. Taylor
Flight Information, Inc.
5498 Ayrshire Drive
Dublin, OH 43017-9428

Rick Klein
4909 SW 11 Ave
Cape Coral, FL 33914-7331

Riverside Claims, LLC
PO BOX 626
Planetarium Station
New York, NY 10024-0626

Rob Attaway
4518 E Olive Ave
Higley, AZ 85234-7606

Robinson Helicopter
2901 Airport Dr
Torrance, CA 90505-6115

Rodney McLean
150 S Chase St
Lakewood, CO 80226-2311


Roger H. Schoenfeld
Roger H. Schoenfeld Trust
P O Box 2220
Joplin, MO 64803-2220

Roger W. Stallkamp
3548 Old Oaks Dr.
Beavercreek, OH 45431-2412

Ronald Gelzunas
North Wildwood Medical Assoc.
1200 New Jersey
North Wildwood, NJ 08260-2739


Rostra Vernatherm, Inc.
106 Enterprise Dr.
P.O. Box 3060
Briston, CT 06011-3060

Roxanne Cherry, Indiv. & as Executrix of the
Estate of Christopher Desch
CO The Wolk Law Firm
1710-12 Locust St.
Philadelphia, PA 19103-6178

Rubber Associates, Inc.
1522 W Turkeyfoot Lake Rd
Barberton, OH 44203-4898


Rubber Associates-Amt. 4,115.48
POB 75675
Cleveland, OH 44101-4755

Ruber Maldonado
18625 Midway Rd No. 402
Dallas, TX 75287-3912

Ruby Mantel
Forensic Animations
6885 NW 12th Street
Ft. Lauderdale, FL 33313-6020


Rudy Mantel & Associates, Inc.
6885 N.W. 12th Street
Plantation, FL 33313-6020

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feldstr. 1,
D-58456
Witten, Germany

Russell Thomas Airey
989 Silverdale Dr.
Windsor, ON N9G2R6
Canada


SAE International
400 Commonwealth Dr
Warrendale, PA 15096-0001

SKF Sealing Solutions
PO Box 536755
Atlanta, GA 30353-6755

Safety-Kleen
5360 Legacy Dr.
Bldg. 2, Ste. 100
Plano, TX 75024-3130


Sal Buentello
15963 Parvin Rd
Prosper, TX 75078-5612

Sampson Enterprises, Inc.
894 N Mill St Ste 2
Lewisville, TX 75057-3182

Saturn Fasteners, Inc.
425 S Varney St
Burbank, CA 91502-2193


Schnader Harrison Segal & Lewis LLP
Vincent A. LaMonaca, Esq.
1600 Market St., Ste. 3600
Philadelphia, PA 19103-7212

Schnader Harrison Segal & Lewis, LLP
Attn: J. Denny Shupe
1600 Market Stree, Suite 3600
Philadelphia, PA 19103-7212

Scott Freeman
840 E Hungry Mother Dr
Marion, VA 24354-6354


Scott V. Goodley
8001 Lemmon Ave., Ste 145
Dallas, TX 75209-2613

Seal Science, Inc.
17131 Daimler
Irvine, CA 92614-5508

Securlock Storage Centers
320 State Hwy 121
Coppell, TX 75019-3882


Semblex Corporation
199 W Diversey Ave
Elmhurst, IL 60126-1162

Signature Engines
4760 Airport Rd.
Cincinnati, OH 45226-1603

Sky-Tec
350 Howard Clemmons Rd
Grandbury, TX 76048-5476

Skydive Aggieland, Inc.
6104 SH 21 East
Bryan, TX 77808

Spirit Aviation
Spirit Airport
776 N Bell Ave
Chesterfield, MO 63005-3643

Skytel
PO Box 2469
Jacksonville, MS 39225-2469

Slick Unison
530 Blackhawk Park Ave.
Rockford, IL 61104-5136

Southair LTD
Taireri Airport
58 Stedman Rd
Mosgiel, Dunedin 9092
New Zealand

Southwestern Gage, Inc.
3151 Commonwealth
Dallas, TX 75247-6201

Spirangam Ragan
215 Granite Court
Boulder City, NV 89005-1215

Spring Enterprises
2890 Malibu Ct
Daytona Beach, FL 32128-6919

Stan Jones Aviation
1100 Airport Rd
Salem, IL 62881-1046

Staples Business Advantage
500 Staples Dr
Framingham, MA 01702-4474

State Comptroller of Public Accounts
111 E. 17th St
Austin, TX 78774-0001

State of Ohio
PO Box 16678
Columbus, OH 43216-6678

Staveley Services Fluids Analysis
18419 Euclid Ave
Cleveland, OH 44112-1016

Stephanie Finney
17269 CR 663
Farmersville, TX 75442-5779

Stephen Adams
2398 William Few Pkwy
Evans, GA 30809-7220

Stephen Lewis
7500 Silverado Trail
Napa,  CA 94558-9426

Sterling Aircraft Repair
Forrest Lane
PO Box 185
Sterling, AK 99672-0185

Steve Gann
8166 Autumnwoods
Southaven, MS 38671-4922

Steve Glass
769 Farmbrook Dr
Beavercreek, OH 45430-1473

Steve Wilson
PO Box 206
Panacea, FL 32346-0206

Steves Aircraft
15373 Jones Rd
White City, OR 97503-9577

Strasburger & Price LLP
901 Main St Ste 4400
Dallas, TX 75202-3729

Strasburger & Price, LLP
c/o Stephen A. Roberts
600 Congress Avenue
Suite 1600
Austin, TX 78701-2974

Stripmatic Products, Inc.
1501 Abbey Ave
Cleveland, OH 44113-4298

Suez Energy Resources, NA
1990 Post Oak Dr., Suite 1900
Houston, TX 77056-3831

Suez Energy Resources, NA
PO Box 25225
Lehigh Valley, PA 18002-5225

Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3877

Superior Transport
3200 N Sylvania Ave Ste A
Fort Worth, TX 76111-3125

Susan B. Hersh
Susan B. Hersh, P.C.
12770 Coit Road, Suite 1100
Dallas, TX 75251-1329

TN Dept. of Revenue
CO TN Atty General, Bankruptcy Div.
PO Box 20207
Nashville, TN 37202-4015

TRW Automotive US LLC
3900 Mogadore Industrial Pkwy
Mogadore, OH 44260-1201

TW Telecom
10475 Park Meadows Dr
Littleton, CO 80124-5433

TW Telecom Inc.
co Linda Boyle
10475 Park Meadows Dr. Ste. 400
Littleton, CO 80124-5454

TW Telecom, Inc.
co Linda Boyle
10475 Park Meadows Dr Ste 400
Littleton, CO 80124-5454

Tarrant County
co Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Tarrant County Tax Office
100 E. Weatherford
Fort Worth, TX 76196-0001

Taylor Manning, Individually and as
Personal Rep. of Estate of Ricky Manning
co William Angelley
707 Wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Techni - Products, Inc.
126 Industrial Dr
East Longmeadow, MA 01028-3170

Technifax Office Solutions
3220 Keller Springs Ste 118
Carrollton, TX 75006-5903

Tennessee Dept. of Revenue
TN Attorney General Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

Tennessee Dept. of Revenue
co Attorney General
PO Box 20207
Nashville, TN 37202-4015

Tex-Air Parts, Inc.
3724 N Commerce St
Fort Worth, TX 76106-2710

Texas Dugan L.P.
600 E 96th St Ste 100
Indianapolis, IN 46240-3792

Texas Dugan Limited Partnership
Attn Ave D. Strout
14241 N Dallas Pkwy., Ste 1000
Dallas, TX 75254-2954

Texas Dugan Limited Partnership
CO Duke Realty Limited Partnership
5495 Belt Line Road, Ste 360
Dallas, TX 75254-7644

Texas Fire Extinguisher, Inc.
4825 E Grand
Dallas, TX 75223-2909

Texas Nameplate
PO Box 150499
Dallas, TX 75315-0499

Thane Ostroth
2166 Babcock Dr.
Troy, MI 48084-1302

The Bland Co
co BoneeWeintraub LLC
29 South Main St., Ste 330
West Hartford, CT 06107-2460

The Bland Co.
55 Brook St
West Hartford, CT 06110-2350

The Service Center
7301 Northwest 50th St
Bethany, OK 73008

The insurance companies and syndicates at Ll
CO Timothy S. McFadden
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606-4302

Theilert Aircraft Engines GMBH
Nieritzstr 14
D-01097, Dresden
Germany

Thielert - Pre Insolvency
Nieritzstr 14
D-01097, Dresden
Germany

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg
Germany

Thielert Aircraft Engines GmbH
CO Jones Day
2727 North Harwood Street
Dallas, Texas 75201-1515

Thielert Aircraft Engines GmbH
Vincent P. Slusher-J Seth Moore
Beirne, Maynard & Parsons, L.L.P.
1700 Pacific Ave., Suite 4400
Dallas, TX 75201-7324

Thielert Aircraft Engines, GmbH
co  Dr. Bruno Kubler, Esq.
Insolvency Administrator
Nieritzsr. 14
01097 Dresden
Germany

Thomas Lochridge
1403 N 14th St
Honey Grove, TX 75446-2024

Thomas M. McNerney
110 SW Lake Village Blvd.
Blue Springs, MO 64014-5563

Thomas Reprographics
600 N Central Expwy
Richardson, TX 75080-5316

Tiger Helicopter
Shobdon Aerodrome
Leominster Herefordshire
HR6 9NR United Kingdom

Time Warner Telecom of Texas, LP
15303 Dallas Parkway, Ste 610
Addison, TX 75001-4646


(c)TIMSCO
1951 UNIVERSITY BUSINESS DR STE 121
MCKINNEY TX 75071-5806

Toby Desch
CO The Wolk Law Firm
Bradley J. Stoll, Esq.
1710-12 Locust Street
Philadelphia, PA 19103-6178

Tooltime, Inc.
1438 Crescent Dr. No. 203
Carrollton, TX 75006-3662


Topcast Aviation Supply
15-F World Peace Centre 55 Wo Tung Tsui
Kwai Chung, Hong Kong
China

Trade-A-Plane
P O Box 509
Crossville, TN 38557-0509

Trevor Davis
23 Oudekraal Road
Campus Ban, South Africa


TriStar, Inc.
3740 E. LaSalle St.
Phoenix, AZ 85040-3976

Tristar Inc.-Amt. 5,816.10
3740 E. LaSalle Street
Phoenix, AZ 85040-3976

Truarc Company LLC
125 Bronico Way
Phillipsburg, NJ 08865-2778


Tulco Oils, Inc.
627 112th St
Arlington, TX 76011-7620

Tygris Vendor Finance, Inc.
Annette McGovern
10 Waterview Blvd.
Parsippany, NJ 07054-1286

Tygris Vendor Finance, Inc.
f-k-a US Express Leasing
Attn: Annette McGovern
10 Waterview Blvd.
Parsippany, NJ 07054-1286


Tzu-Ying Ho
7218 Branblebush Dr
Frisco, TX 75034-3841

U.S. Express Leasing, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054-1286

UPS Supply Chain Solutions, Inc.
28013 Network Pl
Chicago, IL 60673-1280


US Express Leasing, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054-1286

US Express Leasing, Inc.
Dept 1608
Denver, CO 80291-1608

UTI, United States, Inc.
801 Hanover Dr Ste 100
Grapevine, TX 76051-7682


Uline
2200 S Lakeside Dr
Waukegan, IL 60085-8311

Umpco
7100 Lampson Ave
Garden Grove, CA 92841-3914

Unison Industries, LLC
7575 Baymeadows Way
Jacksonville, FL 32256-7525


Unisource World Wide
850 N. Arlington Heights Rd.
Itasca, IL 60143-2885

United Parcel Service
PO Box 650580
Dallas, TX 75265-0580

V & L Tool, Inc.
2021 McArthur Rd
Waukesha, WI 53188-5647


VB Seals, Inc.
1107 Airport Rd
Ames, IA 50010-8221

Varga Enterprises, Inc.
2350 S Airport Blvd
Chandler, AZ 85286-1701

Vickie Lynn Coy
co William Angelley
707 wilshire Blvd., 41st Floor
Los Angeles, CA 90017-3501

Vintage Props & Jets, Inc.
601 Skyline Dr
New Smyrna Beach, FL 32168

Virgin Records America, Inc.
CO Tew Cardenas, LLP
Miami Center, 26th Floor
201 South Biscayne Blvd.
Miami, FL 33131-4332

Virgin Records America, Inc.
fubo National Fire Insurance Company
William G. Burd
Atkinson & Brownell, PA
2 South Biscayne Blvd, Suite 3750
Miami, FL 33131-1804

Vision Service Plan - SW
File 73280
PO Box 60000
San Francisco, CA 94160-0001

Volare Carburetors LLC
211 Chase St
Gibsonville, NC 27249-2877

W.W. Grainger, Inc.
7300 N. Melvina Ave., M240
Niles, IL 60714-3998

WSK Kalisz
UL. Czestochowska 140
62-800, Kalasz
Poland

Wahiduallah Osman
7952 Eddie Dr
Plano, TX 75025-6212

Web Trends, Inc.
851 SW 6th Ave Ste 600
Portland, OR 97204-1343

Western Gage Corporation
3316-A Maya Linda
Camarillo, CA 93012-8776

Western Manufacturing Co.
28355 Industry Dr Unit 420
Valencia, CA 91355-4139

Western Skyways
21 Creative Pl
Montrose, CO 81401-6330

White Hawk Aviation, Inc.
12517 Beaverly Ford Road
Brandy Station, VA 22714-2131

Wilfredo Oquendo
PO Box 28448
Hialeah FL 33002-8448

William Blackwood
620 N Coppell Rd No. 4104
Coppell, TX 75019-2055

William Cannon
1 Walden Ct
The Colony, TX 75056-3624

William E. Buckley
1830 Bennett Rd.
St. Augustine, FL 32092-0810

William G. Burd
Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131-1804

William J. Wuorinen
7904 Conroy Way
Inver Grove Heights, Minnesota 55076-3118

William Peterson
2720 Graystone Dr
Flower Mound, TX 75028-7588

William R. Bowers
2834 Orange Picker Rd.
Jacksonville, FL 32223-2685

Winsted Precision Ball Company
159 Colebrook River Rd
Winsted, CT 06098-2203

Wise Aviation Services
301 Airport Dr
Decatur Municipal Air
Decatur, TX 76234

Witherington Properties
3511 Silverside Rd Ste 105
Wilmington, DE 19810-4902

Wittgens Markus
Durbusch 47
D-51503 Rosrath Germany

Woodhaven Aviation
2050 300 West
Hangar No. 63
Spanish Fork, UT 84660-5534

Wrico Stamping Co. of Texas
650 Industrial Blvd.
Grapevine, TX 76051-3998

Wyandotte Industries, Inc.
4625 13th St
Wyandotte, MI 48192-7089

Yellow Freight System, Inc.
PO Box 5901
Topeka, KS 66605-0901

Yellow Transportation
CO RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094-5126

Z Packaging Inc.
M shalit
1402 Dunn Dr
Carrollton, TX 75006-6953

Z Packaging Inc.
1402 Dunn Dr
Carrollton, TX 75006-6953

Zanzi S.p.A.
Corso Vercelli, 159
10015 Ivera, Italy


Zanzi, S.p.A.
co  Larry K. Hercules, Esq.
1400 Preston Road, Suite 280
Plano, TX 75093-5185

Zephry Aircraft Engines
39320 Avenue B
Municipal Airport
Zephyrhills, FL 33542-5243

Bradley L. Derubba
120 North Crandon Avenue
Niles, OH 44446-3415


Duane J. Brescia
Strasburger & Price LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701-2974

Marshall Dean
5228 La Taste Ave.
El Paso, TX 79924-4633

Robert P. Franke
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701-2974


Robert P. Franke
Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, TX 75202-3794

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701-2974

Tom Tong


UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Comptroller of Public Accounts
111 E 17th St
Austin, TX 78774-0100

Federal Trade Commission
Southwest Region
1999 Bryan Street, Suite 2150
Dallas, TX 75201-6808

Internal Revenue Service
Special Procedures - Insolvency
PO Box 21126
Philadelphia, PA 19114


(d)State Comptroller of Public Accounts
Revenue Acct. Div - Bankruptcy
P.O. Box 13528 Capital Station
Austin, TX 78711


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Timsco
9893 W University Dr Ste 121
McKinney, TX 75071

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AICCO, Inc. | (u)Ace Grinding & Machine Co. | (u)American International Group, Inc. |
| (d)Argo Partners<br>12 West 37th Street, 9th Floor<br>New York, NY 10018-7480 | (u)Avco Corporation | (u)Aviall, Inc. |
| (d)Bob Brown<br>7165 SE 95th Ln.<br>Ocala, FL 34472-9243 | (u)Boring Machine Corporation | (u)Certain listed insurers and syndicates |
| (d)City Water International, Ltd.<br>PO Box 319<br>Elma, NY 14059-0319 | (u)City of Coppell | (u)Combustion Technologies, Inc. |
| (u)Coppell ISD | (u)Dallas County | (u)Dr. Achim Ahrent, as Insolvency Administra |
| (d)Eaton Corporation<br>Global Trade Credit<br>1111 Superior Avenue<br>Cleveland, OH 44114-2522 | (d)Ervin Leasing Company<br>PO Box 1689<br>Ann Arbor, MI 48106-1689 | (u)Federal Aviation Administration -FAA |
| (u)Golden Bay Maintenance<br>Hangar 144 Compass Rd.<br>Jandakot Airport<br>Jandakot, WA Australia 6164 | (d)GreatAmerica Leasing Corp.<br>8742 Innovation Way<br>Chicago, IL 60682-0087 | (d)Haski Aviation, Inc.<br>406 Frank Farone Dr.<br>New Castle, PA 16101-8710 |
| (u)Illinois National Insurance Co. | (u)Lloyds, London that individually subscribe | (u)MAHLE Engine Components USA, Inc. |
| (u)Maloney, Bean, Horn & Hull, PC | (d)Manitowoc Tool & Machining, LLC<br>4211 Clipper Dr.<br>Manitowoc, WI 54220-4196 | (u)Michael Henderson |

(d)National City Commercial Capital Company
995 Dalton Ave.
Cincinnati, OH 45203-1101

(u)Riverside Claims, LLC
PO BOX 626
Planetarium Station
New York, NY 10024-0626

(d)Roger W. Stallkamp
3548 Old Oaks Drive
Beavercreek, OH 45431-2412


(u)Roxanne Cherry et al and Toby Desch

(u)Tarrant County

(u)Textron Inc.


(u)The insurance companies and syndicates at

(u)Thielert AG

(u)Thielert Aircraft Engines GmbH


(u)Vector Aviation
Vector Air Ltd.
The Homestead
Therfield Royston SG8 9RA

(du)Vector Aviation
Vector Air, Ltd.
The Homestead
Therfield Royston SG8 9RA

(u)Virgin Records America, Inc.


(u)Virgin Records of America, Inc.

(u)Wrongful Death Claimants

(d)Yellow Transportation
CO RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, MD 21094-5126


(d)Zanzi, S.p.A.
Corso Vercelli, 159
10015 Ivera Italy

(d)Anita F. McMahon
1646 Belmont Avenue
Baton Rouge, LA 70808-1004

(d)Roger W. Stallkamp
3548 Old Oaks Drive
Beavercreek, OH 45431-2412


End of Label Matrix
Mailable recipients    672
Bypassed recipients     45
Total                  717