Deirdre B. Ruckman (21196500)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
ATTORNEY FOR TEXTRON INC. AND AVCO CORPORATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | §  Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. | § |
| | § |
| Debtor. | § |
| | § |

## WITHDRAWAL OF NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that DEIRDRE B. RUCKMAN and the firm of Gardere Wynne Sewell LLP, request to be removed from the service list that receives copies of all papers, including, but not limited to all notices, pleadings, motions, applications, lists, schedules, statements and all other matters arising herein served on the undersigned at the address set forth below and via email at druckman@gardere.com.

Dated: October 1, 2009

Respectfully submitted,

**GARDERE WYNNE SEWELL LLP**

By: /s/ Deirdre B. Ruckman
    Deirdre B. Ruckman (#21196500)
    Gardere Wynne Sewell LLP
    1601 Elm Street, Suite 3000
    Dallas, Texas 75201
    Telephone: 214-999-4250
    Facsimile: 214-999-3250
ATTORNEY FOR TEXTRON INC AND
AVCO CORPORATION

Page 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2009, a true and correct copy of the foregoing document was served electronically through the automated Case Management and Electronic Docketing System for the U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division.

/s/ Deirdre B. Ruckman
Deirdre B. Ruckman