Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

**Attorney for Maloney, Bean, Horn and Hull, P.C.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| SUPERIOR AIR PARTS, INC., | § § | Case No. 08-36705 Chapter 11 |
| Debtor. | § § § | |

### NOTICE OF RESETTING OF HEARING ON MALONEY, BEAN, HORN AND HULL, P.C. MOTION FOR PROTECTION AND/OR TO ESTABLISH ESCROW ACCOUNT

PLEASE TAKE NOTICE THAT, a hearing will now take place at 9:15 A.M. on December 1, 2009, in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Dallas, TX 75242-1496, before the Honorable Barbara J. Houser to consider the Motion for Protection and/or To Establish an Escrow Account filed by Maloney, Bean, Horn and Hull, P.C. [Document 310].

Respectfully submitted,

/s/Kevin H. Good
Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

***Attorney for Maloney, Bean, Horn and Hull, P.C.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served upon the parties on the attached Service List via First Class U. S. Mail, postage prepaid on October 2, 2009.

/s/Kevin H. Good
Kevin H. Good