U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed September 30, 2009                                    United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |

**AGREED ORDER PERTAINING TO MOTION OF
BORING MACHINE CORPORATION FOR ALLOWANCE AND PAYMENT
OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(9)**

(THIS ORDER RESOLVES DOCKET #286)

Upon consideration of the Motion for Allowance and Payment of Administrative Expense Claims under 11 U.S.C. § 503(b)(9) ("Motion") filed by Boring Machine Corporation ("Movant"), a creditor and party-in-interest, and after due and proper notice of the Motion having been given, and the parties having agreed to the relief described herein below, the Court finds as set forth below.

THEREFORE, the following is hereby ORDERED:

Movant is given leave to file its Administrative Expense Claim for cause shown.

Movant's Administrative Expense Claim under 11 U.S.C. 503(b)(9) in the amount of $8,083.11 is hereby allowed and shall be paid pursuant to an approved plan of reorganization.

### AGREED TO AND ENTRY REQUESTED BY:

   /s/ Stephen A. Roberts
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
Robert Tyler (SBN 24009347)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
Robert.tyler@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for Debtor Superior Air Parts, Inc.**

/s/ B. Shane Barnes
B Shane Barnes
MN Fed. Bar No. 350989
**MEAGHER & GEER, PLLP**
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Tel. (612) 338-0661  /  Fax (612) 338-8384
Email: sbarnes@meagher.com

**Attorneys For Boring Machine Corporation**

### END OF ORDER ###

**Submitted and prepared by:**
Order submitted by:
/s/ Robert Tyler
Stephen A. Roberts
Robert P. Franke
Robert Tyler
Duane J. Brescia
Strasburger & Price, LLP
600 Congress Avenue, Suite 1600
Austin Texas, 78701
Tel. (512) 499-3600 / Fax (512) 499-3660
**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC**

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: dbrown               Page 1 of 1              Date Rcvd: Oct 02, 2009
Case: 08-36705                Form ID: pdf012            Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 04, 2009.
aty          +B. Shane Barnes,   Meagher & Geer, PLLP,   33 South Sixth St., Ste. 4400,
               Minneapolis, MN 55402-3720

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2009**                    **Signature:**   _Joseph Speetjens_