U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed October 6, 2009

**United States Bankruptcy Judge**

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-36705 |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## AGREED ORDER RESOLVING DEBTOR'S OBJECTION TO CLAIM NO. 90 FILED BY ALCOA, INC. (AFS)
(Docket #347)

Upon consideration of the Debtor's Objection to Claim No. 90 filed by Alcoa, Inc. (AFS) ("Alcoa"), after due and proper notice of the Objection having been given, and the Debtor and Alcoa having agreed to the relief described herein below, the Court finds as set forth below.

THEREFORE, the following is hereby ORDERED:

Claim No. 90 filed by Alcoa, Inc. (AFS) is hereby disallowed in its entirety.

AGREED AND ENTRY REQUESTED:

 /s/ *Stephen A. Roberts*
Stephen A. Roberts
Duane J. Brescia
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax
stephen.roberts@strasburger.com
duane.brescia@strasburger.com

*ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.*


 /s/ *Ronald D. Dickel*
Ronald D. Dickel, Vice President
**Alcoa Global Fasteners (Alcoa)**
201 Isabella Street 6E02
Pittsburgh, PA 15212
(412) 553-4026 / (412) 553-3767 Fax
ronald.dickel@alcoa.com


# # #


**SUBMITTED BY:**
Stephen A. Roberts
Duane J. Brescia
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax
stephen.roberts@strasburger.com
duane.brescia@strasburger.com

*ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.*