**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**P.O. BOX 849037**
**DALLAS, TEXAS 75284-9037**

Phone: 214/651-4300                                                            TIN: 75-0838805

Superior Air Parts, Inc.                       August 12, 2009
Attn: Kent Abercrombie, President/CEO          C/M: 20354.0102
621 S. Royal Lane, Suite 100                   INVOICE NO. 534009
Coppell, TX 75019-3805                         JER
                                               PAGE 1

FOR PROPER CREDIT, PLEASE RETURN THIS STUB WITH YOUR REMITTANCE TO THE ADDRESS NOTED ABOVE.
DO NOT SEND GENERAL CORRESPONDENCE TO THE ABOVE ADDRESS.

RE:    Chapter 11 Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THRU 05/31/09        $   85,767.00
DISBURSEMENTS THRU 05/31/09                             $  -16,366.45
TOTAL AMOUNT DUE                                        $   69,400.55

**ITEMIZED SERVICES BILL**

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 05/01/09 | D320 | Work on disclosure statement and plan; | DJB | 1.50 |
| 05/01/09 | D310 | Update claims analysis with new filed claims(.8); edit and update category analysis(.3); telephone conference with Mr. Dement regarding agreed order on reclamation claim of Emag Ignitions(.2); prepare agreed order and forward to Mr. Dement for review and approval(.8); edit and finalize agreed order on Aviall reclamation claim and forward to Mr. Orleans for review and approval (.3); | DK | 2.40 |
| 05/01/09 | D160 | Prepare application to employ KPMG LLP; | DK | 0.80 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                                   August 12, 2009
Superior Air Parts, Inc.                           C/M: 20354.0102
                                                   INVOICE NO. 534009
                                                   JER
                                                   PAGE 2
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 05/01/09 | D320 | Exchange information with Mr. Salomon and confer regarding TAG and sale issues(.8);confer with APS counsel regarding moving process forward(.2); | SAR | 1.00 |
| 05/01/09 | D130 | Continue work on negotiating sale of business; | SAR | 3.00 |
| 05/01/09 | D320 | Edit motion to extend exclusivity and approve final for filing; | SAR | 0.80 |
| 05/04/09 | D190 | Multiple correspondence with Mr. Abercrombie regarding settlement agreement with Seal Science, EMag and Aviall (.2); work on orders for same and effectuating service (.7); | DJB | 0.90 |
| 05/04/09 | D320 | Work on disclosure statement and plan; | DJB | 1.00 |
| 05/04/09 | D160 | Prepare first interim fee application; | DK | 1.80 |
| 05/04/09 | D310 | Prepare and upload agreed orders on Emag Ignitions and Aviall, Inc. reclamation claims; prepare agreed order on Seal Science 503(b)(9) claim; | DK | 0.80 |
| 05/04/09 | D110 | Receive and review updated claims analysis and weekly reports and forward same; | SAR | 0.30 |
| 05/04/09 | D130 | Provide additional information to Mr. Seifert and confer regarding status of his client's interest; | SAR | 0.50 |
| 05/04/09 | D310 | Work on resolution of Seal Science and Zanzi claim issues; confer with Mr. Brescia regarding status and alternative approaches to settlement (.3); confer with Mr. Abercrombie regarding same (.3); review proposed resolution with Seal Science (.2); | SAR | 0.80 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

```
                                              August 12, 2009
Superior Air Parts, Inc.                      C/M: 20354.0102
                                              INVOICE NO. 534009
                                              JER
                                              PAGE 3
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 05/05/09 | D320 | Telephone conference with John Rogers regarding status of case and potential purchasers and contacts regarding same; | DJB | 0.30 |
| 05/05/09 | D310 | Additional work on claims objections; | DK | 1.50 |
| 05/05/09 | D320 | Telephone conference with Mr. Seifert regarding his client's interest and follow up questions; receive and respond to his request for documents and information | SAR | 0.80 |
| 05/05/09 | D310 | Confer with Mr. Brescia regarding resolution of admin claim of Mahle; | SAR | 0.20 |
| 05/05/09 | D110 | Attend to revisions to fixed assets and tooling on schedules; confer with Ms. Krupa regarding revisions (.3); exchange emails with Ms. Krupa, Mr. Abercrombie and Mr. Schuler regarding same and bases for revisions(.3); | SAR | 0.60 |
| 05/05/09 | D310 | Continue work on Zanzi issues with Mr. Abercrombie; | SAR | 0.50 |
| 05/05/09 | D320 | Conference with Duane Brescia re status of case; | JER | 0.20 |
| 05/06/09 | D320 | Work on plan and disclosure statement; | DJB | 2.00 |
| 05/06/09 | D110 | Meetings prepare for claims objections and filing disc statement and plan; | DK | 2.90 |
| 05/06/09 | D320 | Continue work on disclosure statement and plan; | SAR | 3.00 |
| 05/06/09 | D150 | Telephone conference with Mr. Parham regarding plan and status of pending negotiations; | SAR | 0.30 |
| 05/06/09 | D320 | Telephone conference with Mr. Salomon regarding negotiating plan; | SAR | 0.50 |

```
                                                August 12, 2009
Superior Air Parts, Inc.                        C/M: 20354.0102
                                                INVOICE NO. 534009
                                                JER
                                                PAGE 4


DATE        CODE         DESCRIPTION                        NAME      HOURS

05/06/09    D310         Exchange emails with Mr.           SAR        0.30
                         Abercrombie regarding
                         negotiating significant claim
                         of vendor;

05/07/09    D190         Review orders on Seal Science,     DJB        0.60
                         to resolve motion to return
                         reclaimed goods (.3); telephone
                         conference with Mr. Abercrombie
                         regarding same (.1); confer
                         with Ms. Krupa regarding
                         finalizing same and service
                         issues (.2);

05/07/09    D320         Work on sale issues, asset         DJB        1.40
                         analysis and liquidation
                         analysis in conjunction with
                         plan;

05/07/09    D310         Edit and finalize proposed         DK         0.30
                         agreed order on claim of Seal
                         Science, Inc.;

05/07/09    D320         Work on inserts to disclosure      DK         1.80
                         statement;

05/07/09    D195         Roundtrip to Dallas for hearing    SAR        6.00
                         on exclusivity;

05/07/09    D320         Confer with Mr. Abercrombie to     SAR        0.80
                         review financial information on
                         company in preparation for
                         hearing (.3); attend hearing
                         (.5);

05/07/09    D210         Meet with Mr. Abercrombie          SAR        0.50
                         regarding business operations;

05/08/09    D320         Work on disclosure statement       DJB        5.50
                         and plan, liquidation analysis;

05/08/09    D310         Multiple conferences with Ms.      DJB        1.50
                         Krupa and factual investigation
                         and analysis regarding claims
                         analysis and potential
                         objections; multiple
                         correspondence with Mr.
                         Abercrombie regarding same;

05/08/09    D320         Attend planning meeting for        DK         3.00
                         preparation of disclosure
                         statement and plan; begin work
                         on same;
```

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

```
                                                   August 12, 2009
Superior Air Parts, Inc.                           C/M: 20354.0102
                                                   INVOICE NO. 534009
                                                   JER
                                                   PAGE 5
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 05/08/09 | D310 | Prepare follow-up correspondence to Mr. Abercrombie regarding claims analysis and objections and continue work on same; | DK | 1.00 |
| 05/08/09 | D160 | Additional work on fee application; | DK | 1.00 |
| 05/08/09 | D320 | Attend planning meeting for disclosure statement and plan and address tooling, claims objections, open purchase orders and warranty claims; | SAR | 3.00 |
| 05/08/09 | D130 | Send additional information to Mr. Seifert and confer with him regarding same; | SAR | 0.30 |
| 05/11/09 | D320 | Confer with Mr. Roberts regarding plan issues and work on plan and disclosure statement (4.0); work on draft sale procedures (1.0); telephone conference with Mr. Parham regarding same (.1); | DJB | 5.10 |
| 05/11/09 | D210 | Address insurance claims and future coverages; email to Kent Abercrombie; | BF | 0.20 |
| 05/11/09 | D110 | Work on amended schedules D, E, and F; | DK | 1.50 |
| 05/11/09 | D310 | Telephone conference with Mr. Abercrombie regarding outstanding issues related to claims and objections; update claims analysis and begin to reconcile against amended schedules; | DK | 1.00 |
| 05/11/09 | D320 | Complete work on inserts to plan and disclosure statement; | DK | 3.50 |

```
                                                    August 12, 2009
Superior Air Parts, Inc.                            C/M: 20354.0102
                                                    INVOICE NO. 534009
                                                    JER
                                                    PAGE 6
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 05/11/09 | D320 | Review and analyze offer from APS and distribute same (.8);telephone conference with Mr. Abercrombie regarding same (.3);work on revised plan and bidding procedure (2.0);telephone conference with Mr. Goode regarding APS offer (.5); receive and review status report from Mr. Abercrombie & confer with Ms. Krupa regarding same (.4); meet with Mr. Brescia & Ms. Krupa regarding disclosure statement, plan & bidding procedure (1.0); exchange emails with TAG regarding summary of plan, APS, and setting up meeting (.6); | SAR | 5.60 |
| 05/11/09 | D110 | Receive and review weekly reports and forward to committee; | SAR | 0.30 |
| 05/11/09 | D310 | Receive and review status report from Mr. Abercrombie regarding insurance bids for future coverage (.3); Send email regarding handling Plantiff's' Motion for Summary Judgment (.3); | SAR | 0.60 |
| 05/12/09 | D320 | Multiple telephone conferences with and multiple correspondence with Mr. Roberts, Mr. Abercrombie and Chester Soloman regarding plan tactics and strategy (1.5); work on plan and disclosure statement (2.4); | DJB | 3.90 |
| 05/12/09 | D110 | Telephone conference with Vicki Driver regarding motion for relief from stay and insurance carriers' position with respect to Superior (.40); | BF | 0.40 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                              August 12, 2009
Superior Air Parts, Inc.                      C/M: 20354.0102
                                              INVOICE NO. 534009
                                              JER
                                              PAGE 7
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 05/12/09 | D310 | Work with Stephen Roberts and Donna Krupa regarding claims analysis as it relates to insurance carriers/exposure to estate; review litigation chart (.50); | BF | 0.50 |
| 05/12/09 | D310 | Analysis of insurance claims; | DK | 3.60 |
| 05/12/09 | D320 | Work on formulation and drafting of revised Disclosure Statement and plan (2.3); telephone conference with Mr. Parham regarding APS offer (.3); receive and reply to APS email regarding its offer (.5); confer with Mr. Brescia regarding revisions to plan (.3); telephone conference with Mr. Abercrombie regarding plan (.3); conference call with Dr. Ahrendt, Mr. Salomon, Mr. Schenk, and Mr. Abercrombie regarding APS and Plan (.7); | SAR | 5.50 |
| 05/12/09 | D310 | Conference call with Mr. Franke & Ms. Krupa regarding personal injury plaintiffs, consultants, and attorneys; review information regarding handling regarding Debtor's obligations; confer with Ms. Krupa regarding revising claims analysis; Review and comment on same; telephone conference with Mr. Salomon regarding requested modifications (.5); gather and distribute financial information and analysis to TAG (.6); | SAR | 2.00 |
| 05/13/09 | D320 | Work on disclosure statement and plan and multiple correspondence with Mr. Abercrombie regarding same; | DJB | 4.20 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                                     August 12, 2009
Superior Air Parts, Inc.                             C/M: 20354.0102
                                                     INVOICE NO. 534009
                                                     JER
                                                     PAGE 8
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 05/13/09 | D140 | Motion for Relief – Review tort plaintiff's motion for relief from stay and notice of hearing (.50); review policies to address Superior's obligations in connection with motion for relief (.40); | BF | 0.90 |
| 05/13/09 | D310 | Work with Donna Krupa regarding claims analysis (.40); | BF | 0.40 |
| 05/13/09 | D310 | Additional work on claims analysis; | DK | 3.50 |
| 05/13/09 | D160 | Additional work on fee application; | DK | 2.50 |
| 05/13/09 | D320 | Work on disclosure statement and plan; | SAR | 2.00 |
| 05/14/09 | D320 | Work on schedules, plan and disclosure statement, liquidation analysis, and multiple correspondence with Mr. Roberts, Mr. Abercrombie and Mr. Soloman regarding same; | DJB | 8.80 |
| 05/14/09 | D310 | Work with Donna Krupa regarding claims analysis (.30); | BF | 0.30 |
| 05/14/09 | D320 | Work with Duane Brescia regarding disclosure statement language for insurance matters (.30); | BF | 0.30 |
| 05/14/09 | D140 | Review motion for relief filed by Whitmore, et al (.30); | BF | 0.30 |
| 05/14/09 | D320 | Work on inserts to disclosure statement; | DK | 2.00 |
| 05/14/09 | D310 | Analysis of insured and open PO claims for amended schedules and claims analysis; | DK | 5.00 |
| 05/14/09 | D320 | Work on disclosure statement and plan; | SAR | 3.30 |
| 05/14/09 | D310 | Confer with Mr. Salomon regarding continuing summary judgment hearing and arrange for same; | SAR | 0.30 |

```
                                                          August 12, 2009
Superior Air Parts, Inc.                                  C/M: 20354.0102
                                                          INVOICE NO. 534009
                                                          JER
                                                          PAGE 9
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 05/14/09 | D130 | Work on bid procedures with Mr. Brescia; | SAR | 0.50 |
| 05/15/09 | D320 | Finalize and file plan, and multiple correspondence with Mr. Abercrombie, Mr. Roberts regarding same; | DJB | 10.50 |
| 05/15/09 | D320 | Continue work on disclosure statement and plan; approve filing; | SAR | 3.80 |
| 05/18/09 | D190 | Prepare for and attend hearing on accounts receivable motion (1.5); confer with Mr. Parham and Mr. Leonard regarding same and status of case (.4); telephone conference with Mr. Roberts regarding same (.4); | DJB | 2.30 |
| 05/18/09 | D195 | Travel to from Dallas to attend hearing on motion to approve settlement of accounts receivable (6.5); | DJB | 6.50 |
| 05/18/09 | D160 | Continue work on fee application; | DK | 3.70 |
| 05/18/09 | D120 | Edit and finalize certificate of no objection on motion to pay accounts receivable; work on proposed order; | DK | 0.20 |
| 05/18/09 | D320 | See to circulation of disclosure statement and plan to certain parties; | SAR | 0.30 |
| 05/18/09 | D150 | Receive and review and respond to request for information from committee counsel; | SAR | 0.30 |
| 05/18/09 | D110 | Confer with Mr. Brescia regarding handling today's hearings; receive telephone call from Mr. Brescia after hearings regarding results; | SAR | 0.40 |

```
                                                August 12, 2009
Superior Air Parts, Inc.                        C/M: 20354.0102
                                                INVOICE NO. 534009
                                                JER
                                                PAGE 10


DATE        CODE      DESCRIPTION                    NAME      HOURS

05/19/09    D150      Receive and review             DJB        0.40
                      correspondence from California
                      AG regarding anti-trust issues
                      (.1); factual investigation and
                      analysis regarding same and
                      confer with Mr. Roberts on how
                      to respond (.2); correspondence
                      to attorney regarding same
                      (.1);

05/19/09    D320      Work on motion to approve      DJB        4.60
                      bidding procedures, and bid
                      procedures (3.0); work on plan
                      issues, negotiations and
                      potential bidders, multiple
                      correspondence with various
                      parties regarding same (1.5);
                      correspondence Mr. Parham and
                      Mr. Schuler regarding same
                      (.1);

05/19/09    D190      Work on order regarding        DJB        0.40
                      accounts receivable and file
                      same (.2); factual
                      investigation and analysis
                      regarding status of motion
                      (.2);

05/19/09    D160      Finish preparation of fee      DK         5.00
                      application;

05/19/09    D150      Attend to inquiry from Ca AG   SAR        0.50
                      regarding antitrust issues and
                      send waiver agreement;

05/20/09    D320      Continue work on various       DJB        2.50
                      versions of bid procedures and
                      investigate various scenarios
                      for plan approval based upon
                      negotiations with potential
                      bidder (1.5); work on plan
                      issues and liquidation analysis
                      (1.0);

05/20/09    D310      Continue to investigate        DJB        1.30
                      potential claim objections and
                      how they may affect plan;

05/20/09    D160      Verification of appropriate use DK        1.60
                      of task codes for fee app;
```

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

```
                                                         August 12, 2009
Superior Air Parts, Inc.                                 C/M: 20354.0102
                                                         INVOICE NO. 534009
                                                         JER
                                                         PAGE 11


DATE       CODE        DESCRIPTION                       NAME       HOURS

05/21/09   D320        Continue to work on bid           DJB         1.50
                       procedures and other plan
                       issues;

05/21/09   D160        Finalize task code corrections    DK          2.50
                       to fee statements;

05/22/09   D320        Work on amended plan and effect   DJB         2.50
                       of negotiations with potential
                       bidders, factual investigation
                       and analysis regarding same;

05/22/09   D140        Review motion for relief from     BF          1.10
                       stay filed by tort plaintiffs
                       (.30); work on response to
                       motion filed by Whitefield, et
                       al. (.80);

05/22/09   D310        Analysis of open purchase         DK          3.30
                       orders against proofs of claim
                       filed to determine portion of
                       pre-petition amounts owed and
                       open amounts owed and prepare
                       to update claims analysis
                       accordingly;

05/26/09   D140        Multiple correspondence with      DJB         0.50
                       Mr. Roberts and Mr. Franke
                       regarding motion to lift stay
                       issues and claims;

05/26/09   D310        Work on claims analysis and       DJB         1.00
                       objections to claims;

05/26/09   D320        Work on plan issues,              DJB         2.80
                       negotiations with potential
                       buyers and tactics and strategy
                       for same (2.0); work on bid
                       procedure issues (.8);

05/26/09   D140        Review email from Ann Taylor      BF          0.60
                       regarding resolution of
                       Syndicate's objections (.10);
                       telephone conference with Vicki
                       Driver, counsel for Whitefield,
                       et al. plaintiffs regarding
                       motion for relief from stay
                       (.20); review affidavit filed
                       in support of motion for relief
                       from stay (.30);
```

```
                                                          August 12, 2009
Superior Air Parts, Inc.                                  C/M: 20354.0102
                                                          INVOICE NO. 534009
                                                          JER
                                                          PAGE 12
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 05/26/09 | D160 | Analysis of fee statements after edits made to task codes; continue work on revisions to fee application; | DK | 2.00 |
| 05/26/09 | D310 | Update claims analysis based on detailed evaluation of status of open purchase orders; | DK | 3.00 |
| 05/26/09 | D160 | Work on fee application; | DK | 0.30 |
| 05/26/09 | D140 | Receive email from Mr. Franke regarding update on personal injury plaintiffs' motions for relief from stay and email Mr. Parham; | SAR | 0.20 |
| 05/26/09 | D310 | Confer with staff regarding updating information on personal injury claims and open purchase order claims; | SAR | 0.30 |
| 05/27/09 | D160 | Work on fee application; | DJB | 1.80 |
| 05/27/09 | D320 | Telephone conference with Committee and meet with Mr. Roberts regarding tactics and strategy for plan and bid procedures, follow up investigation regarding same; | DJB | 1.30 |
| 05/27/09 | D320 | Telephone conference with Steve Roberts, Duane Brescia and Dave Parham to address status of plan, possible amended plan and insurance issues (.40); review claims analysis (.20); | BF | 0.60 |
| 05/27/09 | D140 | Telephone conference with Elliot Schuler regarding possible approval to address tort plaintiffs' motion for relief from stay (.20); telephone conference with Steve Roberts, Dave Parham, Unsecured Creditors Committee, Kevin Goode and Billy Leonard, APS, regarding plan and address motion for relief from stay (.40); | BF | 0.60 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534009
JER
PAGE 13

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 05/27/09 | D310 | Attend conference call with Messrs. Roberts, Franke, Brescia, and Parham regarding claims analysis, APS purchase offer, and related matters; update insured claims section of claims analysis; | DK | 2.70 |
| 05/27/09 | D160 | Complete revisions to first interim fee application; | DK | 1.90 |

```
                                                August 12, 2009
Superior Air Parts, Inc.                        C/M: 20354.0102
                                                INVOICE NO. 534009
                                                JER
                                                PAGE 14
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 05/27/09 | D320 | Confer with Mr. Franke regarding pending lift stay hearings and parties' positions (0.3); email to committee and APS regarding insurance issues and lift stay hearings (0.7); confer with Ms. Krupa regarding analysis of claims reductions if plaintiffs waive claims and send analysis to committee counsel (0.4); Telephone conference with committee regarding insurance issues, disclosure statement and plan and follow up with firm attorneys regarding same (0.4); telephone conference with committee counsel and APS counsel regarding necessity of avoiding lock up provisions (0.4); telephone conference with Mr. Abercrombie regarding lift stay and possible impact on relationship with insurers (0.4); receive and review email from Mr. Abercrombie analyzing and commenting on same (.2); telephone conference with Mr. Tong regarding his client's possible interest and provide confidentiality agreement (1.0); conduct preliminary internet due diligence on Bently (0.8); telephone conference with Mr. Salomon regarding status (0.3); exchange emails and confer with Mr. Abercrombie regarding Brantly (0.4); | SAR | 5.30 |
| 05/28/09 | D320 | Confer with Mr. Roberts regarding tactics and strategy for plan and bid procedures (.3); work on issues regarding same (2.5); | DJB | 2.80 |

```
                                                       August 12, 2009
Superior Air Parts, Inc.                               C/M: 20354.0102
                                                       INVOICE NO. 534009
                                                       JER
                                                       PAGE 15
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 05/28/09 | D320 | Telephone conference with Kevin Goode regarding status of plan amendment and request to address to tort plaintiffs (.20); several telephone conferences with Steve Roberts regarding status of plan (.20); | BF | 0.40 |
| 05/28/09 | D160 | Make final edits to fee application; | DK | 1.20 |
| 05/28/09 | D320 | Exchange emails with APS counsel and Mr. Franke regarding resolving lift stay hearings by agreed abatement (0.5); investigate possible trade issues affecting possible purchase by Chinese and refer Brantly to specialist in trade issues (1.9); telephone conference with Mr. Abercrombie regarding gathering background information regarding same and regarding status and strategy (0.7); prepare and circulate information regarding Brantly and its interest (0.8); exchange emails and information with Mr. Salomon and set up conference call (0.5); | SAR | 4.40 |

```
                                                    August 12, 2009
Superior Air Parts, Inc.                            C/M: 20354.0102
                                                    INVOICE NO. 534009
                                                    JER
                                                    PAGE 16
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 05/29/09 | D320 | Factual investigation and analysis regarding feasibility of plan, negotiations with various creditors and potential buyers, follow up on legal issues affecting same (1.5); receive and review draft plan, trust agreement and transfer restriction agreement from Committee and factual investigation and analysis regarding same (.7); work on plan and disclosure statement to incorporate new APS offer (1.5); confer with Mr. Roberts regarding tactics and strategy (.4); receive and review multiple correspondence with from Mr. Roberts, Committee regarding same (.2); | DJB | 4.30 |
| 05/29/09 | D130 | Work with Stephen Roberts and Doug Jacobson on analysis of Chinese asset purchase issues; | DC | 0.80 |
| 05/29/09 | D140 | Telephone conference with Michelle Shiro regarding client's position on stipulation for automatic termination of the stay (.30); telephone conference with Kevin Goode to address status of hearing relating to lifting stay and pending tort claim litigation (.20); work with Steve Roberts regarding status and reorganization process (.20); telephone conference with Anne Taylor, Syndicate counsel, regarding pending motions for relief and carrier's position (.30); work on exhibits for hearing (.30); | BF | 1.10 |
| 05/29/09 | D160 | Finalize, file, and serve first interim fee application; communications with Viola Salcido regarding hearing date; | DK | 1.20 |

```
                                              August 12, 2009
Superior Air Parts, Inc.                      C/M: 20354.0102
                                              INVOICE NO. 534009
                                              JER
                                              PAGE 17


DATE        CODE           DESCRIPTION                  NAME        HOURS

05/29/09    D320    Conference call with Mr.            SAR          1.30
                    Salomon, Dr. Arhendt and Mr.
                    Schenk (1.0); send committee
                    draft plan and agreement and
                    financial information (.3);

05/29/09    D320    Receive and review committee's      SAR          3.80
                    draft plan and engine transfer
                    restriction agreement and
                    analyze same; obtain
                    information from Mr.
                    Abercrombie regarding current
                    assets and calculate
                    adjustments to APS sales price
                    and work on edits to disclosure
                    statement and plan;

05/30/09    D320    Exchange emails and information     SAR          0.30
                    with committee counsel
                    regarding APS status and
                    progress;

05/31/09    D140    Prepare for hearing on              BF           1.50
                    Cherry/Detsch motion for relief
                    from stay (1.5);

05/31/09    D320    Exchange emails with Mr.            SAR          0.40
                    Jacobson regarding information
                    needed for his assessment of
                    trade issues;

                    TOTAL HOURS:                                   227.0

                    TOTAL FOR SERVICES               $          85,767.00
```

**TASK-BASED SUMMARY**

```
                                                    HOURS      VALUE
D110            CASE ADMINISTRATION                  6.40   1,840.00
D120            ASSET ANALYSIS AND RECOVERY          0.20      39.00
D130            ASSET DISPOSITION                    5.10   2,508.50
D140            RELIEF FRM STAY PROCEEDINGS          6.80   3,209.00
D150            MEETINGS OF & COMMUNICATION          1.50     714.50
                W/CREDITORS
D160            FEE EMPL APPLICATIONS               27.30   5,737.50
D190            OTHER CONTESTED MATTERS              4.20   1,785.00
D195            NON-WORKING TRAVEL                  12.50   5,732.50
D210            BUSINESS OPERATIONS                  0.70     342.50
D310            CLAIMS ADM & OBJECTIONS             38.10  10,139.50
```

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

```
Superior Air Parts, Inc.                                 August 12, 2009
                                                         C/M: 20354.0102
                                                         INVOICE NO. 534009
                                                         JER
                                                         PAGE 18


                                                    HOURS      VALUE
D320             STRATEGY PLANNING, DISCLOSURE      124.20  53,719.00
                 STMT, PLAN
                                                    227.00  85,767.00
```

**NAME RECAP**

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| DC | David Cibrian | 475.00 | 0.80 | 380.00 |
| SAR | Stephen A. Roberts | 495.00 | 64.60 | 31,977.00 |
| DJB | Duane J. Brescia | 425.00 | 83.70 | 35,572.50 |
| BF | Bob Franke | 475.00 | 9.20 | 4,370.00 |
| JER | John E. Rogers | 550.00 | 0.20 | 110.00 |
| DK | Donna Krupa | 195.00 | 68.50 | 13,357.50 |
|   | TOTAL |   | 227.00 | $85,767.00 |

**ITEMIZED DISBURSEMENT BILL**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/26/09 | REVERSAL FROM VOID CHECK NUMBER 236133-VENDOR RAINMAKER DOCUMENTS TECHNOLOGIES | -19,208.48 |
| 03/26/09 | TELEPHONE - SOUNDPATH CONFERENCING | 13.57 |
| 03/31/09 | ONLINE RESEARCH - PACER SERVICE CENTER | 8.08 |
| 04/08/09 | OUT-OF-TOWN TRAVEL - AMERICAN AIRLINES, INC. - ROBERTS,S. 4/8/09  DALLAS  2122275270 | 317.70 |
| 04/27/09 | TELEPHONE - SOUNDPATH CONFERENCING | 28.40 |
| 04/28/09 | TELEPHONE - SOUNDPATH CONFERENCING | 13.25 |
| 04/29/09 | COURIER / DELIVERY SERVICE - FED EX | 13.00 |
| 04/29/09 | COURIER / DELIVERY SERVICE - FED EX | 12.20 |
| 05/07/09 | OUT-OF-TOWN TRAVEL - AMERICAN AIRLINES, INC. - ROBERTS,S. 5/7/09  DALLAS  2128233363 | 346.70 |
| 05/07/09 | PARKING EXPENSES - STEPHEN ROBERTS | 20.00 |
| 05/07/09 | COURIER / DELIVERY SERVICE - FED EX | 12.20 |
| 05/07/09 | OUT-OF-TOWN TRAVEL - STEPHEN ROBERTS | 65.00 |
| 05/08/09 | MEALS - DUANE BRESCIA | 42.48 |
| 05/12/09 | TELEPHONE - SOUNDPATH CONFERENCING | 15.42 |
| 05/13/09 | OUT-OF-TOWN TRAVEL - AMERICAN AIRLINES, INC. - ROBERTS,S. 5/13/09  DALLAS  2128724415 | 156.60 |
| 05/18/09 | LOCAL TRAVEL - DUANE BRESCIA | 216.70 |
| 05/20/09 | OUTSIDE PRINTING - RAINMAKER DOCUMENT TECHNOLOGIES | 590.71 |
| 05/24/09 | COURIER / DELIVERY SERVICE - GUARANTEED EXPRESS, INC. | 8.09 |
| 05/27/09 | TELEPHONE - SOUNDPATH CONFERENCING | 13.05 |
| 05/31/09 | COPY/LASER PRINT/SCAN | 946.60 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                             August 12, 2009
Superior Air Parts, Inc.                     C/M: 20354.0102
                                             INVOICE NO. 534009
                                             JER
                                             PAGE 19


05/31/09  TELEPHONE                                                 2.28
                                                             _____
              TOTAL DISBURSEMENTS                            $-16,366.45
```

**CURRENT AMOUNT DUE SUMMARY SECTION**

```
     CURRENT FEES                         $     85,767.00
     CURRENT DISBURSEMENTS                $    -16,366.45
                                              _____
     CURRENT TOTAL DUE                    $     69,400.55
```

**PREVIOUS INVOICES OUTSTANDING**

```
INVOICE NO. 525231      April 27, 2009                      54,101.58
INVOICE NO. 526875      May 13, 2009                        76,544.44
                        TOTAL                         $    130,646.02
```

**TOTAL BALANCE DUE**                         **$    200,046.57**


**STRASBURGER  &  PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS