**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
**P.O. BOX 849037**
**DALLAS, TEXAS 75284-9037**

Phone: 214/651-4300                                                TIN: 75-0838805

Superior Air Parts, Inc.                    August 12, 2009
Attn: Kent Abercrombie, President/CEO        C/M: 20354.0102
621 S. Royal Lane, Suite 100                 INVOICE NO. 534010
Coppell, TX 75019-3805                       JER
                                             PAGE 1

**FOR PROPER CREDIT, PLEASE RETURN THIS STUB WITH YOUR REMITTANCE TO THE ADDRESS NOTED ABOVE.**
**DO NOT SEND GENERAL CORRESPONDENCE TO THE ABOVE ADDRESS.**

RE:    Chapter 11 Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THRU 06/30/09      $  112,448.00
DISBURSEMENTS THRU 06/30/09                           $    5,574.34
                                                      ─────────────
TOTAL AMOUNT DUE                                      $  118,022.34

### ITEMIZED SERVICES BILL

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/01/09 | D320 | Work on negotiations with potential new purchasers and folow up investigation regarding due diligence needed and mechanics of a plan (1.0); factual investigation and analysis revisd transfer restriction agreement from Committee anf work on dits to same (1.2); work on tactics and strategy for sale of assets under amended plan (1.8); | DJB | 4.00 |
| 06/01/09 | D110 | Email to Kevin Goode regarding status (.10); work with Steve Roberts regarding plan confirmation process (.10); review operating reports, proposed disclosure statement and plan and proposed by APS (1.0); | BF | 1.20 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 2

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/01/09 | D140 | Review documents and prepare agreement for hearing (.80); attend hearing on Cherry/Detsch motion for relief (.50); conference with Ann Taylor, counsel for syndicate regarding approach to tort litigants' stay relief requests (.20); | BF | 1.50 |
| 06/01/09 | D160 | Prepare notice of hearing on first interim fee application and attend to filing and service of same; | DK | 1.00 |
| 06/01/09 | D310 | File exhibit to proposed order and upload proposed agreed order on claim of Seal Science; | DK | 0.30 |
| 06/01/09 | D130 | Telephone conference with Mr. Tong regarding export issues and moving forward (.5); email Mr. Tong information on same and referral to attorney with such expertise (.3); advise client reps of progress (.2); | SAR | 1.00 |
| 06/01/09 | D140 | Telephone conference with Mr. Franke regarding negotiations regarding lift stay (.2); | SAR | 0.20 |
| 06/01/09 | D320 | Exchange emails with committee counsel regarding bidding procedures (.2); telephone conference with Mr. Salomon regarding same and regarding plan terms (.2); email to APS and committee counsel regarding status; | SAR | 0.40 |
| 06/01/09 | D110 | Receive and review and forward weekly reports; | SAR | 0.20 |
| 06/02/09 | D320 | Telephone conference with Mr. Roberts, Mr. Parham, and Ms. Soloman regarding tactics and strategy and plan negotiations and work on smae (1.8); work on revised bid procedures for latest plan possibilities (2.0) | DJB | 3.80 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 3

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/02/09 | D140 | Telephone conference with Vicki Driver regarding resolution of motion to lift stay (.30); prepare for hearing on motion for relief from stay for Whitefield et al (.40); attend hearing and announce agreement (.50); telephone conference with Michelle Shriro regarding resolving Henderson claim and form of order (.30); | BF | 1.50 |
| 06/02/09 | D320 | Study creditors' committee's joint plan and related documents (1.5); telephone conference with Kevin Good regarding questions about the plan (.8); set up and participate in conference call with committee counsel and Mr. Salomon regarding plan (.8); telephone conference with Mr. Abercrombie regarding moving forward on plan (.5); receive and review financial information to quantify value of APS offer (.5); | SAR | 4.10 |
| 06/02/09 | D320 | Attend to further examination of export restrictions at request of potential purchaser; | SAR | 0.60 |
| 06/03/09 | D320 | Work on changes to bid procedures for various options; work on multiple contingent plans, disclosure statement trust agreements and transfer restriction agreement and multiple correspondence with to various parties regarding same; | DJB | 4.90 |
| 06/03/09 | D140 | Work on response to Henderson's motion for relief from stay (.30); review letter from Attorney General's Office for the State of Texas (.10); | BF | 0.40 |
| 06/03/09 | D310 | Update claims analysis; | DK | 1.80 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 4

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/03/09 | D320 | Receive and review information requested regarding export restrictions and forward to Mr. Jacobson (.2); telephone conference with Mr. Tong regarding deal points and proceeding with negotiations (.5); prepare and send preliminary analysis and comments regarding APS offer to Committee (1.0); receive and review response to same (.2); receive and review revised engine transfer restriction agreement (.3); extended telephone conference with Mr. Abercrombie and Ms. Krupa regarding APS offer and analyze and estimate individual contingent claims in order to evaluate APS offer (2.0) ; continue analysis of APS offer and compare to committee and debtor' liquidation analysis (1.9); analyze potential bidding procedure (.6); receive and review inquiry from Mr. Tong regarding operations and respond to same (.2); receive and review requested financial analyses from Mr. Abercrombie (.4); | SAR | 7.30 |
| 06/04/09 | D320 | Work on APS purchase offer issues and edits to Plan, disclosure statement, bid procedures and transfer restriction agreements and factual investigation and analysis regarding same (3.0); work on edits to motion to approve bid procedures regarding same (.4); multiple correspondence with various parties regarding follow up on same (.3); | DJB | 3.70 |

**STRASBURGER & PRICE, L.L.P.**

**ATTORNEYS AND COUNSELORS**

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 5

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/04/09 | D310 | Analysis of insurance issues, update and work on claims analysis; | DK | 2.30 |
| 06/04/09 | D120 | Prepare and distribute comprehensive analysis of APS offer, potential claims on open purchase orders, adjustment to exposure on insurance policies and potential effect of proposed price adjustments, and other issues (3.60);telephone conference with Dr. Ahrendt, Mr. Salomon and Mr. Schenk regarding debtor's alternatives and issues that need to be addressed by TAG with Committee (0.9); | SAR | 4.50 |
| 06/04/09 | D320 | Confer with Mr. Abercrombie regarding means to move negotiations with TAG, Committee and APS forward and possible limitation of liability in purchase orders and review specimen purchase orders (.3); Outline outstanding issues in plan, bid, and engine transfer agreement (1.0); | SAR | 1.30 |
| 06/04/09 | D320 | Telephone conference with Mr. Tong and provide him disclosure statement and requested information; | SAR | 0.50 |
| 06/04/09 | D110 | Receive telephone call from Mr. Seifert regarding his continued interest in acquiring Superior, update him on current situation and provide him requested information; | SAR | 1.00 |
| 06/05/09 | D320 | Work on amended bid procedures, multiple plans and disclosure statement, sale issues and negotiations with potential buyers and tactics and strategy for same (2.4); confer with Mr. Roberts regarding same (.2); | DJB | 2.60 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 6

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/05/09 | D320 | Review analysis of proposal for plan to sell APS and litigation claim and insurance; | BF | 0.30 |
| 06/05/09 | D310 | Obtain copies of orders on claims of Aviall and Emag Ignitions and provide to Mr. Abercrombie; | DK | 0.30 |
| 06/05/09 | D320 | Telephone conference with Dr. Ahrendt and Mr. Abercrombie regarding moving forward with plan and negotiating with committee (.7) ; provide additional requested information and analysis (.8); | SAR | 1.50 |
| 06/08/09 | D320 | Confer with Mr. Roberts regarding tactics and strategy (.3); receive and review revised transfer restriction agreement from Committee and factual investigation and analysis regarding incorporation of same into APS plan and feasibility issues (1.0); work on revisions to bid procedures and motion to approve same (1.5); work on plan negotiations. edits to same and multiple correspondence with (.4); | DJB | 3.20 |
| 06/08/09 | D110 | Transmit copy of disclosure statement to Mr. Isom at Hoak Fund (.1); review article regarding lawsuit filed by TAG against Mayer Brown and attend to obtaining copy of petition (.4); | DK | 0.50 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 7

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/08/09 | D320 | Exchange emails with Mr. Abercrombie regarding purchase price adjustments in APS deal; prepare analysis of value or each component of APS offer and refine analysis of potential claims by category addressed separately by APS offer and distribute; exchange emails with committee counsel regarding APS offer; | SAR | 3.50 |
| 06/09/09 | D320 | Work on revisions to bid procedures, motion and supporting documentation based upon changes from multiple parties (1.5); multiple telephone conferences with Mr. Roberts and Mr. Schuler regarding same (.5); multiple correspondence with all proponent parties revised procedures and tactics and strategy for prosecution of same (.3); prepare for and attend telephone conference with Committee, TAG and Debtor regarding tactics and strategy for plan, disclosure statement and bid procedures and follow up investigations regarding same (2.5); | DJB | 4.80 |
| 06/09/09 | D140 | Review proposed order for Henderson motion for relief from stay (.20); ; email to Stephen Roberts regarding scope of order and timing of claim with withdrawal (.10); | BF | 0.30 |
| 06/09/09 | D195 | Roundtrip to Dallas for meeting with Creditors' Committee; | SAR | 6.50 |
| 06/09/09 | D150 | Meet with Creditors Committee to negotiate APS plan and settlement among creditor groups; | SAR | 3.50 |

**STRASBURGER & PRICE, L.L.P.**

**ATTORNEYS AND COUNSELORS**

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 8

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/09/09 | D320 | Telephone conference with Mr. Salomon regarding negotiations (.5); telephone conference with Mr. Abercrombie regarding same (.3);receive and review revisions to proposed engine transfer restriction agreement (.3); | SAR | 1.10 |
| 06/10/09 | D320 | Work editing plan, disclosure statement, and bid procedures based upon latest offer from APS; | DJB | 1.50 |
| 06/10/09 | D320 | Telephone conference with Mr. Tong regarding moving forward and structuring deal(.6); exchange emails regarding same (.3); send and obtain confidentiality agreement from Brantly International (.2); email and voicemail to Mr. Abercrombie regarding same (.2); telephone conference with Mr. Salomon regarding status and closing of settlement with committee and moving forward with joint plan (.5); | SAR | 1.80 |
| 06/11/09 | D320 | Prepare for and attend telephone conference with Committee, APS, and Debtor and follow up information for same, work on logistics and feasibility issues (2.0); multiple telephone conferences with Mr. Schuler regarding Committee comments to bid procedures and plan and work on edits to same (2.5); confer with Mr. Roberts regarding tactics and strategy (.2); | DJB | 4.70 |
| 06/11/09 | D320 | Extended telephone conference with creditors committee counsel and APS attorneys to review plan and equipment transfer restriction agreement; | SAR | 1.00 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 9

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/12/09 | D320 | Work on plan, disclosure statement and bid procedures regarding APS offer and other contingent possibilities; | DJB | 2.50 |
| 06/12/09 | D320 | Make arrangements to meet potential buyer; | SAR | 0.30 |
| 06/12/09 | D320 | Work on revisions to disclosure statement and plan and confer with staff regarding obtaining hearing; | SAR | 2.00 |
| 06/15/09 | D320 | Multiple correspondence with various proponent parties regarding scheduling and follow up information on motion to approve bid procedures, disclosure statement and plan (.4); follow up investigation regarding same (.3); work on plan and disclosure statement and related documentation, support (.4); multiple telephone conferences with Mr. Schuler, Mr. Leonard, Mr. Abercrombie regarding bid procedures, and work on suggested edits (3.0); telephone conference with Mr. Roberts regarding status of case and potential new buyer, factual investigation and analysis regarding same (.5); | DJB | 4.60 |
| 06/15/09 | D195 | Roundtrip to Dallas to meet with Brantly International regarding purchasing Superior; | SAR | 7.20 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 10

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/15/09 | D320 | Work on revisions to joint plan and disclosure statement and negotiate changes to engine transfer restriction agreement and sales procedure (3.0); exchange numerous emails with APS and Committee counsel regarding same (.8); meet with Mr. Abercrombie regarding same (.5); conference call with committee counsel regarding same and regarding status of other negotiations (.4); confer with Mr. Brescia regarding same (.3); meet with Brantly International representatives regarding possible purchase of company (6.0); conference call with Mr. Salomon regarding TAG's position on current negotiations with committee and APS .5); | SAR | 11.50 |
| 06/16/09 | D320 | Continue factual investigation and analysis regarding possible new buyer, Brantly, work on negotiations, logistics and feasibility issues regarding same (1.5); review updates and changes to plan, disclosure statement and bid procedures based upon varying contingencies (6.7) | DJB | 8.30 |
| 06/16/09 | D320 | Review emails from Steve Roberts and counsel for the Unsecured Creditors' Committee and potential purchasers relating to plan structure (.30); | BF | 0.30 |
| 06/16/09 | D140 | Telephone conference with Michelle Shriro, counsel for Henderson, regarding form of order lifting stay (.10); review form of order and hearing docket (.20); attend hearing on Henderson's motion for relief from stay and announce settlement (.80); | BF | 1.10 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 11

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/16/09 | D320 | Prepare edits to motion to shorten notice, set deadlines, and expedite hearing and prepare motion to expedite hearing on same; | DK | 0.40 |
| 06/16/09 | D320 | Continue work on proposed revisions to Committee's draft of APS plan and distribute (2.3); continue negotiations with Mr. Tong and confer with bankruptcy counsel regarding representation of Brantly and status and urgency of deal (1.5); Outline proposal for Brantly plan and confer with Mr. Abercrombie regarding same (1.5); email proposal to committee and address TAE claim under alternative plan (1.0); telephone conference with Mr. Salomon regarding outline of offer to Brantly to incorporate in Plan (.5); telephone conference with Mr. Parham regarding same(.5); receive telephone call from Mr. Tong regarding contact from APS and his concerns regarding same (.2); telephone conferences with Mr. Abercrombie regarding same (.3); work on resolution of all issues necessary to get APS disclosure statement, plan and bidding procedure on file tomorrow and confer with committee counsel regarding same (2.4);prepare and send proposal to Mr. Tong for acquisition of Superior (.8); receive and review email from Mr. Salomon regarding APS issues arising today (.20; | SAR | 11.20 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 12

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/17/09 | D320 | Multiple correspondence with and multiple telephone conferences with various proponents parties regarding edits to APS plan, disclosure statement, transfer restriction agreement and bid procedures order and motion, work on drafting and documentation to support same (6.7); draft and file motion to shorten notice on hearing on disclosure statement (.3); | DJB | 7.00 |
| 06/17/09 | D140 | Review email regarding APS withdrawal and address Superior's postion on moving forward with stay litigation with Steve Roberts (.20); address APS withdrawal with Henderson's counsel in connection with motion for relief from stay (.10); | BF | 0.30 |
| 06/17/09 | D320 | Edit and finalize motion for expedited hearing; attend to filing and service of unopposed motion to shorten notice, set deadlines, and expedite hearing on approval of disclosure statement, and motion for expedited hearing on same; communications with Viola Salcido regarding expedited setting; | DK | 0.80 |
| 06/17/09 | D310 | Communication from Mr. Abercrombie regarding confirmation of claim amount for open purchase orders; review prior correspondence and analysis of same and respond to Mr. Abercrombie; | DK | 0.30 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 13

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/17/09 | D320 | Receive message from Mr. Okin regarding his representation of Brantly as bankruptcy counsel (.2); marshal information and provide background and status of Superior's case, status of negotiations, timing and outstanding proposal (1.6); receive and review notice from APS regarding withdrawal of its offer (.1); telephone conference with Mr. Parham regarding same and regarding Brantly (.3); telephone conference with Mr. Salomon regarding same (.3); work on draft Brantly no-bid plan (1.2); telephone conference with Mr. Okin and Mr. Tong regarding negotiating deal (.5); confer with Mr. Brescia regarding preparation of motion for expedited setting on disclosure statement (.4); conference call with Hoak Fund representatives regarding status of Debtor's sales efforts and expected procedure and provide requested information (.6); confer with Mr. Abercrombie regarding insurance issues and future coverage under Brantly plan (.3); | SAR | 5.50 |
| 06/17/09 | D310 | Review request from court for status of summary judgment hearing in TAG adversary; negotiate stipulation regarding preservation of committee's rights with Mr. Salomon and Mr. Parham; advise court regarding same; | SAR | 0.90 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 14

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/18/09 | D320 | Multiple correspondence with and multiple telephone conferences with various proponent parties regarding edits to no stalking horse plan and potential Brantly plan, disclosure statement, transfer restriction agreement and bid procedures order and motion, work on drafting and documentation to support same (7.2); correspondence to Ms. Cole, attorney for TAE, regarding possible settlement agreement (.2); follow up investigation regarding same (.2); | DJB | 7.60 |
| 06/18/09 | D320 | Review proposed plan summary to address insurance claim/litigation expense issues; review file (.40); email to Steve Roberts et al regarding status (.10); review Steve Roberts' email to Brantley's counsel addressing analysis of insurance claims and exposure (.20); | BF | 0.70 |
| 06/18/09 | D320 | Work on plan summary, including reconciliation of open purchase order amount; | DK | 2.50 |
| 06/18/09 | D320 | Negotiate terms of proposal to Brantly with TAG and Committee and continue work on Brantly "no-bid" Plan; send proposed plan and outline to Mr. Okin, Committee and TAG; confer with Mr. Abercrombie regarding insurance risk and quantifying same; | SAR | 6.30 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 15

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/19/09 | D320 | Multiple correspondence with and multiple telephone conferences with various proponent parties regarding edits to no stalking horse plan an Brantly plan, disclosure statement, transfer restriction agreement and bid procedures order and motion, work on drafting and documentation to support same (8.4); | DJB | 8.40 |
| 06/19/09 | D140 | Address form of order for Whitefield, Kirkwood, Reese, et al plaintiffs represented by Vicki Driver (.30); email to Ann Taylor regarding status (.10); | BF | 0.40 |
| 06/19/09 | D320 | Telephone conference with Mr. Parham regarding feasibility issues (.4) ; Continue Negotiations with Brantly regarding acquisition and provide additional information & analysis(4.5); confer with Mr. Brescia regarding contingency planning and drafting (.5); several conferences with Mr. Abercrombie regarding developing information and analysis regarding insurance, and feasibility and business plan (1.0); Summarize and Distribute deal points to committee and key counsel (.6); Telephone conference with Mr. Salomon regarding same (.3); | SAR | 7.30 |
| 06/19/09 | D190 | Prepare for Summary Judgment hearing; telephone conference with Mr. Salomon regarding same; | SAR | 0.50 |

**STRASBURGER  &  PRICE, L.L.P.**
**ATTORNEYS AND COUNSELORS**

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 16

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/22/09 | D320 | Multiple correspondence with and multiple telephone conferences with various proponent parties regarding edits to Brantly plan, disclosure statement, transfer restriction agreement and bid procedures order and motion, work on drafting, and documentation of support, exhibits for same; | DJB | 6.40 |
| 06/22/09 | D160 | Prepare certificate of no objection on first interim fee application and edit and finalize proposed order; | DK | 0.40 |
| 06/22/09 | D195 | Roundtrip to Dallas for hearings; | SAR | 6.00 |
| 06/22/09 | D310 | Attend hearing on summary judgment; | SAR | 1.30 |
| 06/22/09 | D320 | Continue negotiations and preparation Brantly stalking horse plan; | SAR | 2.50 |
| 06/23/09 | D320 | Multiple correspondence with and multiple telephone conferences with various proponent parties regarding edits to Brantly plan, disclosure statement, transfer restriction agreement and bid procedures order and motion, work on drafting, finalize and file same (7.2); correspondence Mr. Okin regarding LOI and related issues (.3); | DJB | 7.50 |
| 06/23/09 | D320 | Assistance with final changes to plan, disclosure statement, and related motions and atted to filing and service of same; | DK | 6.50 |
| 06/23/09 | D320 | Negotiate term sheet with Brantly and obtain execution of same and work on disclosure statement, plan and bid procedures motion incorporating term sheet; | SAR | 7.60 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 17

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/24/09 | D160 | Prepare for and attend hearing on first interim fee application (1.5); confer with Mr. Parham regarding same (.4); | DJB | 1.90 |
| 06/24/09 | D195 | Travel to/from Dallas to attend hearing on first interim fee application; | DJB | 7.40 |
| 06/24/09 | D320 | Confer with Mr. Parham regarding status of case, tactics and strategy (.4); multiple telephone conferences with Mr. Okin regarding status of bid procedures and edits to same (.2); | DJB | 0.60 |
| 06/24/09 | D160 | Confer with Mr. Brescia regarding change in billing rates and conduct investigation regarding same; report findings to Mr. Brescia; calculate blended rates for attorneys and para professionals and prepare correspondence regarding same; begin review and itemization of expenses; | DK | 1.30 |
| 06/24/09 | D320 | Prepare notice of filing of disclosure statement and plan and notice of hearing thereon and attend to filing and service of same; | DK | 1.00 |
| 06/24/09 | D110 | Work on amended schedules; verify new creditors to be added to master matrix and those to be deleted; | DK | 0.50 |
| 06/25/09 | D160 | Finalize order on fee application (.2); work on supplemental fee application to support additional expenses (1.0); confer with Ms. Krupa and Mr. Roberts regarding same (.1); | DJB | 1.30 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 18

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/25/09 | D320 | Follow up service issues regarding plan, disclosure statement and bid procedures motion (.6); multiple correspondence with Mary Francis Durham regarding same (.1); continue to analyze LOI from Brantly; work on feasibility and other logistical issues and documentation (.6); | DJB | 1.30 |
| 06/25/09 | D140 | Review form of order on Whitefield plaintiffs (.20); | BF | 0.20 |
| 06/25/09 | D160 | Prepare supplement to fee application; | DK | 2.60 |
| 06/25/09 | D110 | Final edits to amended schedules and matrix and telephone conference with court ecf desk regarding specifics for filing same; | DK | 0.50 |
| 06/26/09 | D320 | Receive and review objection to disclosure statement filed by APS and work on information to respond (.5); multiple correspondence with all proponent parties regarding status of hearings, feasibility and logistics of Brantly plan, mechanics of auction and prepare for disclosure statement hearing (1.3); | DJB | 1.80 |
| 06/26/09 | D160 | Finalize and file order on fee application (.1); continue to work on supplemental fee application response regarding expenses (.6); | DJB | 0.70 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 19

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/26/09 | D140 | Review complaint filed by Hudwon (.20); review and respond to email from Kent Abercrombie regarding filing of lawsuit (.30); review email from Ann Taylor, counsel for Insurers syndicate (.10); review order on Whitefield/Reese motion for relief and forward to Christina Stephenson for approval (.20); | BF | 0.80 |
| 06/26/09 | D320 | Review email prepared by Steve Roberts relating to insurance claims (.20); | BF | 0.20 |
| 06/26/09 | D160 | Prepare order on fee application and upload; obtain signed orders on applications of Baker McKenzie and Lain Faulkner and transmit to Mr. Abercrombie for payment; | DK | 0.50 |
| 06/26/09 | D310 | Begin work on additional claim objections; | DK | 2.40 |
| 06/26/09 | D320 | Email insurance defense counsel regarding defense of suits and handling of insurance under Brantly plan (.7); exchange emails with Mr. Abercrombie regarding same and regarding negotiations with APS, Brantly and fiduciary duty issues (1.0); | SAR | 1.70 |
| 06/29/09 | D110 | Work on amended schedules; | DJB | 0.50 |
| 06/29/09 | D310 | Work on potential objections to claims and confer with Ms. Krupa regarding same(.7); | DJB | 0.70 |
| 06/29/09 | D320 | Multiple correspondence with all proponent parties regarding status of plan, disclosure statement and bid procedures, work on proposed edits to same (.8); continue to work on response to APS objection to disclosure statement (.4); | DJB | 1.20 |

**STRASBURGER & PRICE, L.L.P.**

**ATTORNEYS AND COUNSELORS**

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 20

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/29/09 | D110 | Follow-up with Mr. Abercrombie regarding filing amended schedules (.4); follow-up with court clerk regarding order on fee application (.2); | DK | 0.60 |
| 06/29/09 | D110 | File amended schedules B, D, E, F, G, and amended matrix addint creditors; | DK | 1.90 |
| 06/29/09 | D320 | Attend to due diligence requests and questions from Brantly; | SAR | 0.80 |
| 06/30/09 | D320 | Finalize changes to bid procedures regarding request of Brantly to conform to LOI, correspondence to all proponent parties regarding same and need for transfer restriction agreement (.8); multiple correspondence with and multiple telephone conferences with Ms. Salomon regarding same (.3); multiple correspondence with and multiple telephone conferences with Mr. Parham regarding same and status of TAE negotiations (.3); telephone call to Ms. Cole, attorney for TAE regarding same (.1); continue to work on response to APS objection and edits to disclosure statement to comply with concerns (.8); conform Mr. Schuler regarding transfer restriction agreement and follow up investigation regarding same (.3); prepare for disclosure statement hearing (.5); | DJB | 3.00 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 21

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 06/30/09 | D140 | Email to Elliot Schuler regarding order lifting stay in Whitefield/Hughes et al (.10); telephone conference with Billy Leonard regarding insurance claims and motion for relief from stay (.30); telephone conference with Billy Leonard, AFB counsel, regarding tort claims (.30); letter to counsel for tort plaintiff Hudson regarding lawsuit filed in Ontario (.30); | BF | 1.80 |
| 06/30/09 | D320 | Work on Brantly due diligence; receive telephone call from Ace Grinding attorney regarding disclosure statement (.4); confer with counsel regarding amending bid procedures to conform with Mr. Okin's request (.5); receive and review objection filed by APS (.5); analyze and address issues regarding Brantly letter of intent and disclosure statement (.5); | SAR | 1.90 |

TOTAL HOURS:                               259.8

TOTAL FOR SERVICES          $  112,448.00

### TASK-BASED SUMMARY

|  |  | HOURS | VALUE |
|------|------|-------|-------|
| D110 | CASE ADMINISTRATION | 6.90 | 2,156.50 |
| D120 | ASSET ANALYSIS AND RECOVERY | 4.50 | 2,227.50 |
| D130 | ASSET DISPOSITION | 1.00 | 495.00 |
| D140 | RELIEF FRM STAY PROCEEDINGS | 8.50 | 4,041.50 |
| D150 | MEETINGS OF & COMMUNICATION W/CREDITORS | 3.50 | 1,732.50 |
| D160 | FEE EMPL APPLICATIONS | 9.70 | 2,788.50 |
| D190 | OTHER CONTESTED MATTERS | 0.50 | 247.50 |
| D195 | NON-WORKING TRAVEL | 27.10 | 12,896.50 |
| D310 | CLAIMS ADM & OBJECTIONS | 10.30 | 2,829.50 |
| D320 | STRATEGY PLANNING, DISCLOSURE STMT, PLAN | 187.80 | 83,033.00 |
|  |  | 259.80 | 112,448.00 |

**STRASBURGER & PRICE, L.L.P.**
**ATTORNEYS AND COUNSELORS**

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 22

**NAME RECAP**

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| SAR | Stephen A. Roberts | 495.00 | 114.50 | 56,677.50 |
| DJB | Duane J. Brescia | 425.00 | 105.90 | 45,007.50 |
| BF | Bob Franke | 475.00 | 11.00 | 5,225.00 |
| DK | Donna Krupa | 195.00 | 28.40 | 5,538.00 |
| | | TOTAL | 259.80 | $112,448.00 |

**ITEMIZED DISBURSEMENT BILL**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/02/09 | TELEPHONE – SOUNDPATH CONFERENCING | 11.55 |
| 06/04/09 | COURIER / DELIVERY SERVICE – LONE STAR OVERNIGHT | 8.84 |
| 06/05/09 | TELEPHONE – SOUNDPATH CONFERENCING | 16.07 |
| 06/09/09 | OUT-OF-TOWN TRAVEL – STEPHEN ROBERTS | 361.70 |
| 06/09/09 | MEALS – STEPHEN ROBERTS | 18.00 |
| 06/09/09 | TELEPHONE – SOUNDPATH CONFERENCING | 37.45 |
| 06/11/09 | COURIER / DELIVERY SERVICE – LONE STAR OVERNIGHT | 8.84 |
| 06/15/09 | PARKING EXPENSES – STEPHEN ROBERTS | 20.00 |
| 06/15/09 | OUT-OF-TOWN TRAVEL – STEPHEN ROBERTS | 95.00 |
| 06/15/09 | OUT-OF-TOWN TRAVEL – AMERICAN AIRLINES, INC. – ROBERTS,S. 6/15/09 DALLAS 2135627256 | 369.70 |
| 06/17/09 | CERTIFIED EMAIL | 5.00 |
| 06/22/09 | OUT-OF-TOWN TRAVEL – AMERICAN AIRLINES, INC. – ROBERTS,S. 6/22/09 DALLAS 2136940860 | 340.70 |
| 06/22/09 | PARKING EXPENSES – STEPHEN ROBERTS | 20.00 |
| 06/22/09 | OUT-OF-TOWN TRAVEL – STEPHEN ROBERTS | 50.00 |
| 06/23/09 | CERTIFIED EMAIL | 11.00 |
| 06/24/09 | OUT-OF-TOWN TRAVEL – AMERICAN AIRLINES, INC. – BRESCIA,D. 6/24/09 DALLAS 8908139547659 | 29.00 |
| 06/25/09 | OUTSIDE PRINTING – PETTY CASH c/o CARRIE MCGINNIS | 10.00 |
| 06/29/09 | COURIER / DELIVERY SERVICE – FED EX | 29.54 |
| 06/29/09 | OUTSIDE PRINTING – RAINMAKER DOCUMENT TECHNOLOGIES | 64.95 |
| 06/29/09 | FILING & RECORDING FEES – BANK OF AMERICA – VISA USBC | 26.00 |
| 06/29/09 | FILING & RECORDING FEES – BANK OF AMERICA – VISA USBC | 26.00 |
| 06/30/09 | ONLINE RESEARCH – PACER SERVICE CENTER | 12.16 |
| 06/30/09 | COPY/LASER PRINT/SCAN | 3,994.00 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534010
JER
PAGE 23

06/30/09 COURIER / DELIVERY SERVICE — LONE STAR                    8.84
         OVERNIGHT

                              _____
                TOTAL DISBURSEMENTS              $5,574.34


### CURRENT AMOUNT DUE SUMMARY SECTION

         CURRENT FEES               $   112,448.00
         CURRENT DISBURSEMENTS      $     5,574.34
                                    _____
         CURRENT TOTAL DUE          $   118,022.34

### PREVIOUS INVOICES OUTSTANDING

INVOICE NO. 525231        April 27, 2009                    54,101.58
INVOICE NO. 526875        May 13, 2009                      76,544.44
                          TOTAL                 $   130,646.02

**TOTAL BALANCE DUE**              $   318,068.91


**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS