# STRASBURGER & PRICE, L.L.P.

### ATTORNEYS AND COUNSELORS
#### A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**P.O. BOX 849037**
**DALLAS, TEXAS  75284-9037**

Phone: 214/651-4300                                                TIN: 75-0838805

Superior Air Parts, Inc.                    August 12, 2009
Attn: Kent Abercrombie, President/CEO        C/M: 20354.0102
621 S. Royal Lane, Suite 100                 INVOICE NO. 534011
Coppell, TX 75019-3805                       JER
                                             PAGE 1

**FOR PROPER CREDIT, PLEASE RETURN THIS STUB WITH YOUR REMITTANCE TO THE ADDRESS NOTED ABOVE.**
**DO NOT SEND GENERAL CORRESPONDENCE TO THE ABOVE ADDRESS.**

RE:    Chapter 11 Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THRU 07/31/09      $  131,407.00
DISBURSEMENTS THRU 07/31/09                           $   17,497.31
TOTAL AMOUNT DUE                                      $  148,904.31

### ITEMIZED SERVICES BILL

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 07/01/09 | D320 | Multiple correspondence with and multiple telephone conferences with Mr. Schuler, Mr. Parham and all proponent parties, Mr. Okin regarding changes to bid procedures order and trasnfer restrictions, and make edits to plan and disclosure statement regarding same; | DJB | 3.50 |
| 07/01/09 | D310 | Telephone conferences with IRS, Broward County, Pennsylvania Department of Revenue and Tennessee Dept. of Revenue resolving objections to claims; | DK | 1.50 |

# STRASBURGER & PRICE, L.L.P.
### ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 2

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/01/09 | D320 | Receive and review financial information provided by Mr. Abercrombie to Brantly (.3); telephone conference with Mr. Abercrombie regarding information and commitment needed from Brantly regarding disclosure statement (.5); telephone conference with Mr. Okin regarding same and regarding clarification of LOI and plan (.5); | SAR | 1.30 |
| 07/01/09 | D310 | Receive and review Motion for Payment of Admin Claim by Marshall Dean and confer with Ms. Krupa regarding objection to same; | SAR | 0.40 |
| 07/02/09 | D320 | Receive and review changes to disclosure statement from Committee and incorporate same; telephone conference with Mr. Roberts and Mr. Parham regarding tactics and strategy, disclosure statement bid procedures, feasibility issues and negotiations with Brantly (1.0) ; follow up investigation on same (1.5); multiple correspondence with Mr. Okin regarding bid procedures and disclosure statement issues (.3); | DJB | 2.80 |
| 07/02/09 | D320 | Work with Steve Roberts to address disclosure statement/plan and in particular insurance policy/claims issues (.30); review revisions to Whitefield order proposed by committee (.10); work on letter to Hudson's counsel (.20); review proposed plan summary and Brantley's comments (.60); | BF | 1.20 |
| 07/02/09 | D310 | Continue work on resolution of tax claims; | DK | 1.60 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 3

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/02/09 | D320 | Work on revisions to disclosure statement in response to APS' latest objection; research APS misrepresentation regarding its prior offer; | SAR | 0.10 |
| 07/02/09 | D320 | Receive and review APS preliminary objection to disclosure statement (0.3); email Brantly counsel regarding deposit, bid procedure issues, capital contribution issues, and business plan (0.9); exchange emails with Brantly and Committee counsel regarding disclosure statement and plan (0.6); confer with Mr. Brescia regarding revisions to bid procedures and review same (0.6); receive and review motion to approve solicitation letter (0.3); receive and review proposed revisions to disclosure statement from committee (0.3); gather additional information, analyze liability estimates on contingent purchase order claims, executory contracts and purchase order claims revise disclosure statement to address APS objections and circulate for comment (4.9) ; | SAR | 7.90 |
| 07/02/09 | D310 | Conduct legal research regarding assignablity of claim for attorneys' fees. | AS1 | 1.00 |
| 07/03/09 | D320 | Exchange emails with Brantly and telephone conference with Mr. Abercrombie regarding disclosure statement; | SAR | 0.30 |
| 07/03/09 | D320 | Receive and review purchase order, executory contract and insurance issues and possible effect on distributions under Brantly plan; | SAR | 1.80 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 4

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/04/09 | D320 | Receive and review comments to disclosure statement from Brantly; revise and circulate disclosure statement to APS and committee; | SAR | 1.00 |
| 07/05/09 | D320 | Receive and review multiple correspondence with proponent parties and Mr. Okin regarding support documents for disclosure statement, bid procedures and tactics and strategy for hearing on disclosure statement (.8); prepare for hearing on disclosure statement and bid procedures (.4); | DJB | 1.20 |
| 07/05/09 | D320 | Review amended plan and disclosure statement focusing on executory contract/insurance policy provisions (.80); research treatment of insurance contracts under plan, assumption and assignment of obligations and coverage issues (1.20); email to Steve Roberts regarding treatment of obligation and assumption by reorganized debtor (.30); | BF | 2.30 |
| 07/06/09 | D320 | Prepare for and attend hearing on disclosure statement and bid procedures (6.5); meet with Mr. Roberts, Mr. Leonard and Mr. Good to negotiate changes to disclosure statement to satisfy objections (2.0); | DJB | 8.50 |
| 07/06/09 | D195 | Travel to/from Dallas to attend hearing on disclosure statement and bid procedures; | DJB | 4.20 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 5

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/06/09 | D320 | Telephone conference with Ann Taylor, counsel for Insurance Syndicate, regarding disclosure statement and plan (.30); work on letter to counsel for Hudson plaintiffs (.20); work with Stephen Roberts regarding disposition of insurance policy liabilities – defense costs etc under the plan (.40); | BF | 0.90 |
| 07/06/09 | D195 | Roundtrip to Dallas for meetings and disclosure statement hearing; | SAR | 4.20 |
| 07/06/09 | D320 | Prepare for disclosure statement hearing (3.0); receive and review additional objections from APS and meet with APS to resolve same (1.5); attend hearing (2.0); confer with client regarding tactics and strategy (.5); confer with Mr. Brescia regarding same (1.0); | SAR | 8.00 |
| 07/06/09 | D310 | Conduct legal research on assignablity of claims for attorneys' fees and applicable ethical rules and opinions; draft email summarizing research and conclusion. | AS1 | 2.90 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 6

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/07/09 | D320 | Multiple correspondence with and multiple telephone conferences with Mr. Abercrombie; Mr. Parham and Mr. Schuler, Mr. Leonard and Mr. Good and Mr. Okin and Mr. Tong regarding status of case, tactics and strategy for proceeding with disclosure statement, and all issus affecting Brantly and APS and follow up investigation and analysis regarding same (8.5); being workign on edits to bid procedures to incorporate stock purchase only and revised plan with Brantly as stalking horse (.5); | DJB | 9.00 |
| 07/07/09 | D160 | Finalize supplement to first interim fee application regarding expense detail and attend to filing and service of same; | DK | 0.60 |
| 07/07/09 | D320 | Research and obtain copy of In re United Operating; | DK | 0.10 |
| 07/07/09 | D310 | Communication from Marshall Dean regarding warranty claim and amended schedules; review schedules, claim, and court's claims registry to determine basis of Mr. Dean's communication; telephone call to Mr. Dean; | DK | 0.30 |
| 07/07/09 | D320 | Confer with Mr. Brescia regarding notes from hearing, modifications to disclosure statement, plan and bidding procedure (1.0); email to Dr. Ahrendt regarding TAE (.5); conference call with committee counsel (.4); conference call with Brantly counsel (.7); conference call with APS counsel (.4); exchange numerous emails regarding same and work on revisions (3.0); | SAR | 6.00 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 7

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/07/09 | D310 | Conference with Steve Roberts to discuss possible objections to assigned claim for recovery of attorneys' fees and related legal research. | AS1 | 0.50 |
| 07/08/09 | D320 | Multiple correspondence with and multiple telephone conferences with various proponent parties regarding plan and disclosure statement and work on same; | DJB | 6.80 |
| 07/08/09 | D320 | Conference with Steve Roberts to address Court's inquiries regarding disclosure of insurance matters (.30); review polices to address defense cost obligation (.80); review file relating to Hudson claim and disclosure statement – email to Donna Kruppa (.40); telephone conference with Ann Taylor regarding insurance policy issues – deductibles, expense obligation and duty to default (.30); | BF | 1.80 |
| 07/08/09 | D320 | Work on amended disclosure statement; | DK | 3.10 |
| 07/08/09 | D310 | Work on resolution of Pennsylvania Department of Revenue claim; | DK | 0.40 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 8

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/08/09 | D320 | Work on negotiations and revisions to disclosure statement, plan and bidding procedure with Mr. Brescia (5.1); telephone conference with Mr. Abercrombie regarding same (.5); telephone conference with Mr. Franke regarding insurance issues (.3); confer with Ms. Krupa regarding quantifying contingent insurance claims (.3); conference call with Mr. Parham regarding disclosure statement and bidding (.4); telephone conference with Mr. Abercrombie regarding status and strategy (.5); receive and review letter from APS and respond to same (.5); telephone conference with Mr. Tong regarding disclosure statement issues and review additional information from him (.4); | SAR | 8.00 |
| 07/08/09 | D310 | Analysis of Genesee's motion for administrative expense claim pursuant to 503b9, Draft response to Genesee's motion for administrative expense claim, telephone conference with client confirming factual details supplied in motion and seeking direction on how to proceed; | RBT | 1.20 |
| 07/09/09 | D320 | Multiple telephone conferences with and multiple correspondence with all proponent parties regarding plan, disclosure statement, bid procedures, logistics and service issues and work on finalizing and filing same; | DJB | 8.20 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 9

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/09/09 | D320 | Review insurance policies to identify provisions relating to Superior's exposure to liability for defense costs (.80); telephone conference with Mike Bean, prior defense counsel, regarding underlying policies and defense costs (.20); work with Steve Roberts regarding Syndicate's position and structuring to address plan (.20); review pleadings related to Hudson claim and review file to address notice requirements; (.20); | BF | 1.40 |
| 07/09/09 | D320 | Provide assistance with modifications to disclosure statement; | DK | 6.00 |
| 07/09/09 | D310 | Edit and finalize correspondence and stipulation with regarding to Broward County proof of claim (.30); communications with Pennsylvania Department of Revenue and prepare objection to claim (.30); | DK | 0.60 |
| 07/09/09 | D320 | Gather additional information, conduct analysis, work on bidding procedure and rewrite and file disclosure statement and plan; | SAR | 10.70 |
| 07/10/09 | D320 | Multiple correspondence with and multiple telephone conferences with all proponent parties and Mr. Okin regarding bid procedure changes and documentation of multiple agreements and work on same; | DJB | 5.70 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 10

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/10/09 | D310 | Prepare response to the motion of Marshall Dean for payment of claim before administrative expense claim (1.2); update claims analysis with status of Genesee Stamping 503(b)(9) claim and confirm other confirmed administrative expense claimants are scheduled correctly (.7); prepare objection to proofs of claim of local counsel and expert witnesses who provided professional services to Superior in connection with personal injury and wrongful death lawsuits (2.4); | DK | 4.30 |
| 07/10/09 | D320 | Telephone conference with Mr. Leonard regarding APS proposal and possible negotiations with Brantly (.50); follow up with Mr. Abercrombie regarding same (.1): | SAR | 0.60 |
| 07/13/09 | D320 | Meet with Mr. Roberts regarding tactics and strategy for hearing and prepare for same (1.5); work on additional edits to disclosure statement regarding new information received from Brantly (2.4); receive and review objection to disclosure statement filed by APS and work on issues and resolutions, new language for same (6.0); | DJB | 9.90 |
| 07/13/09 | D320 | Follow-up on order relating to Whitefield/Hughes (.20); review insurance policies and assist with language for disclosure statement (.80); | BF | 1.00 |
| 07/13/09 | D320 | Prepare case law notebook for use at disclosure statement hearing (1.5); assist with modifications to plan and disclosure statement (2.7); | DK | 4.20 |

**STRASBURGER & PRICE, L.L.P.**

**ATTORNEYS AND COUNSELORS**

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 11

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/13/09 | D310 | Conduct research on claim of Pennsylvania Department of Revenue (.60); update claims notebooks with recently filed amended, withdrawn, and transferred claims (1.0); | DK | 1.60 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 12

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/13/09 | D320 | Review emails and confer with Mr. Brescia regarding negotiations among Debtor, Committee and Brantly regarding bidding procedures (0.6); receive and review revised bidding procedures and comment on same (0.4); telephone conference with committee counsel regarding status of Brantly deal, related matters, disclosure statement issues, and meeting with Brantly and APS (.8); receive and review supplemental objections filed by APS and objections to bidding procedures and revise disclosure statement to address same (2.3); continue negotiations with Brantly regarding expiration of due diligence period today and modifying contract to address delay, funding and other issues (2.5); receive telephone call from Mr. Okin and Mr. Tong regarding Brantly's proposal regarding same (0.5); receive and review Brantly's termination notice and offer of amended agreement (0.3); negotiate with APS (0.5); work with Ms. Krupa to resolve tax claims (0.5); confer with Ace Grinding counsel regarding resolution of objection to disclosure statement (.3); confer with committee and TAG counsel regarding language addressing contingencies relating to other buyer (.4);receive telephone call from Buzz Rochele regarding his client's interest in acquiring assets (0.5); receive and review insurance policy endorsement regarding deductible obligations and confer with Mr. Abercrombie and Mr. Pronske regarding same and revise disclosure statement regarding same (1.0); | SAR | 10.60 |

STRASBURGER & PRICE, LLP
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 13

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/13/09 | D310 | Analysis of Boring's motion for admin expense, correspondence with client; | RBT | 0.30 |
| 07/14/09 | D320 | Work on edits to bid procedures, plan and disclosure statement in preparation for hearing and multiple correspondence with all proponent parties regarding same (4.5); prepare for and attend telephone conference with hearing on disclosure statement (2.0); work on edits to order on bid procedures and disclosure statement after Judge Houser's suggestions and multiple correspondence with to all parties regarding same (2.2); | DJB | 8.70 |
| 07/14/09 | D320 | Review correspondence, endorsement , binders and affidavit received from Ann Taylor, counsel to insurance syndicate (1.0); work with Steve Roberts regarding insurance issues and preparations for disclosure statement hearing (.50); review email from Kent Abercrombie and Henderson lawsuit (.30); | BF | 1.80 |
| 07/14/09 | D320 | Assist with amendments to plan; | DK | 1.10 |

**STRASBURGER  &  PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 14

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/14/09 | D320 | Circulate Brantly's new proposal and negotiate revised agreement with Committee and Brantly (1.6); confer with Brantly counsel and Committee counsel regarding moving forward on bidding procedures motion this afternoon (.6); meet with Mr. Abercrombie (1.0); prepare for and attend reconvened hearing on disclosure statement and bidding procedures motion (2.0); attend meeting at Dallas office with APS, Brantly and Debtor (2.5); follow up meeting with Brantly (.8); | SAR | 8.50 |
| 07/14/09 | D195 | Roundtrip to Dallas for disclosure statement and bid procedure hearing; | SAR | 6.00 |
| 07/14/09 | D310 | Draft of Objections to Boring Machine Corporation's motion for administrative expense claim; | RBT | 0.50 |
| 07/15/09 | D320 | Telephone conference with Ms. Cole regarding status of settlement agreement with plan proponents and discussion of effects of proposed plan (.2); correspondence all proponent parties regarding same (.1); work on rule 1 agreement with TAE (1.0); work on edits to disclosure statement and plan (5.2); | DJB | 6.50 |
| 07/15/09 | D320 | Review pleadings filed by AFS in connection with disclosure statement and plan (.50); | BF | 0.50 |
| 07/15/09 | D310 | Update claims analysis and reconcile against amended schedules; | DK | 1.20 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 15

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/15/09 | D160 | Prepare and upload orders on motion for order authorizing compensation procedures and motion to extend exclusivity (.50); prepare certificate of no objection and proposed order on supplement to first interim fee application (.70); | DK | 1.20 |
| 07/15/09 | D320 | Telephone conference with Mr. Abercrombie regarding revisions to the disclosure statement (.5); confer with Mr. Brescia and Committee counsel regarding TAE agreeing to settlement and documenting same and comment on draft agreement (.5); confer with staff regarding court's ruling yesterday regarding scheduling (.2); confer with Mr. Tong regarding revisions requested by Brantly and exchange emails with Mr. Okin regarding same (.4); revise and circulate revisions (3.9); review edits to bid procedures and confer with Mr. Brescia regarding same (0.3); | SAR | 5.80 |
| 07/16/09 | D320 | Work on amendments to plan and disclosure statement (1.5); receive and review plan and disclosure statement filed by APS and factual investigation and analysis regarding same (2.5): work on tactics and strategy for opposing APS plan (.8); telephone call to and correspondence to Ms. Cole regarding TAE settlement agreement (.2); correspondence to Committee regarding same (.2); | DJB | 5.20 |

**STRASBURGER & PRICE, L.L.P.**

**ATTORNEYS AND COUNSELORS**

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 16

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/16/09 | D310 | Review second amended proof of claim and prepare objection to claim of PA department of revenue (1.6); review reports on Marshall Dean failed crankshaft (.2); review withdrawl of Marshall Dean motion (.2); | DK | 2.00 |
| 07/16/09 | D160 | Review pro forma; | DK | 0.70 |
| 07/16/09 | D320 | Prepare ballot; | DK | 0.40 |

**STRASBURGER  &  PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 17

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/16/09 | D320 | Receive and review APS disclosure statement and plan (0.6); Review committee's proposed edits to disclosure statement and confer with Committee counsel regarding same and APS plan; receive and review exhibits to APS plan (0.3); draft and send Stock Purchase Agreement to Mr. Okin and Mr. Tong (2.6); receive and review APS motion to expedite APS disclosure statement hearing or continue debtors (0.2); exchange numerous emails with client and Brantly regarding possible meeting with APS and Brantly next week and telephone conference with Mr. Abercrombie regarding same (0.5); receive and review comments on disclosure statement from Mr. Abercrombie and confer with him regarding same (0.3); continue negotiations with committee and Brantly regarding funding and closing terms and timeline (1.0); receive and review additional edits from committee and information from Lane Faulkner regarding distribution analysis (0.4); receive and review notice of hearing on APS motions (0.1); numerous emails with Brantly, Committee counsel and client regarding above (1.0); confer with Mr. Brescia regarding same and regarding his efforts to reconcile differences between Brantly and committee regarding bid procedure (0.5); review correspondence with insurers regarding insurer's position on policy and work on insurance analysis (1.0); revise and recirculate disclosure statement and plan (2.0); | SAR | 10.50 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 18

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/16/09 | D310 | Confer with Ms. Krupa regarding PA and FL tax claims and report regarding Marshall Dean claim and other potential objections to claims; | SAR | 0.40 |
| 07/17/09 | D320 | Multiple correspondence and multiple telephone conferences with all proponent parties regarding disclosure statement and plan, work on filing same; | DJB | 7.40 |
| 07/17/09 | D240 | Telephone conference with Steve Roberts regarding state tax issues. | DLB | 0.30 |
| 07/17/09 | D320 | Review email from Steve Roberts relating to insurance claims and disclosure statement (.20); review file to address claim and date information (.30); | BF | 0.50 |
| 07/17/09 | D320 | Prepare and file certificate of service on third amended disclosure statement and plan; | DK | 0.50 |
| 07/17/09 | D310 | Finalize, file and serve objection to claim 195 of PA Dept of Revenue; prepare notice of hearing on objection and file and serve same; | DK | 2.00 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 19

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/17/09 | D320 | Continue work on revisions to second amended disclosure statement and plan confer with committee counsel, Lain Faulkner and Brantly counsel regarding their comments to same and regarding refining distribution analysis (3.9); receive and review executed agreement with TAE (0.1); Negotiate agreement on funding issues with Mr. Okin and Mr. Parham (0.9); Continue analysis and fact-checking regarding APS disclosure statement and plan (0.8); prepare for and participate in conference call with court regarding APS motion for expedited hearing or continuance of debtor's hearing (0.6); confer with Mr. Abercrombie regarding day's events (.3); provide information to Mr. Salomon regarding hearing and court's decision (0.3); finalize and file second amended disclosure statement (0.3). | SAR | 7.20 |
| 07/17/09 | D190 | Receive and review Bean Maloney motion and email response; | SAR | 0.60 |
| 07/18/09 | D320 | Outline potential objections to APS disclosure statement; | SAR | 1.80 |
| 07/19/09 | D320 | Exchange several emails with Mr. Tong regarding upcoming hearings and scheduled trip to China for meeting with APS; | SAR | 0.40 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 20

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/20/09 | D320 | Work on edits to bid procedures and correspondence to all proponent parties regarding approval of same, incorporate comments from proponent parties and Brantly (.8); prepare for hearing on disclosure statement and bid procedures (1.5); work on solicitation issues, including service, package organization and notice requirements (.8); | DJB | 3.10 |
| 07/20/09 | D320 | Review orders relating to tort litigation and insurance to assist in disclosure statement (.50); telephone conference with Steve Roberts regarding status of claim litigation (.20); work with Donna Krupa regarding litigation (.20); address email from Ann Taylor regarding claims (.20); | BF | 1.10 |
| 07/20/09 | D320 | Assist with obtaining detail information for plan and disclosure statement; | DK | 0.30 |
| 07/20/09 | D310 | Update log of claim objections; | DK | 0.40 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 21

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/20/09 | D320 | Confer with Ms. Meister regarding rescheduling hearing and provide notice to parties (0.3); receive and review email from committee regarding its position on APS motions and distribute same (0.2); receive and review APS amended objection to disclosure statement (0.3); negotiate objections to disclosure statement and bid procedures order with APS counsel and Maloney Bean counsel (1.3); receive and review email from underwriters counsel regarding treatment of insurance and handling of defense of suits prior to confirmation and respond to same (0.8);receive and review court's ruling on APS motion and circulate (0.2); revise Stock Purchase Agreement (0.9); send analysis to Brantly regarding insurance issues and other issues raised by APS (1.0); exchange numerous emails and telephone conference with Mr. Tong regarding trip to China and status of APS objections (1.5); numerous telephone conferences with and emails with Mr. Abercrombie regarding above (0.5); revise disclosure statement and plan (2.0); | SAR | 9.00 |
| 07/21/09 | D320 | Continue to work on plan and disclosure statement (1.6); work on response, tactics and strategy for APS plan and disclosure statement; (1.4); | DJB | 3.00 |

**STRASBURGER & PRICE, L.L.P.**

**ATTORNEYS AND COUNSELORS**

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 22

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/21/09 | D110 | Work with Steve Roberts regarding insurance issues relating to disclosure and confirmation (.30); review email from Steve Roberts to Ann Taylor (.10); review orders to assist to response (.10); | BF | 0.50 |
| 07/21/09 | D320 | Reconcile service lists for service of disclosure statement and plan packet; | DK | 0.70 |
| 07/21/09 | D320 | Multiple conferences and emails with Mr. Tong and Mr. Okin regarding revisions to disclosure statement and Stock Purchase Agreement, negotiations with APS and plan issues (2.0); receive and review information from Brantly to include in disclosure statement and revise and insert same and provide to APS (1.6); review insurance policies and correspondence regarding interpretation of insurance policies and confer with Mr. Franke regarding insurance issues raised by underwriters (1.5); revise disclosure statement and distribute same (2.0); telephone conference with Mr. Leonard and reach agreement on objections (0.2); review Maloney Bean objection and confer with Mr. Good regarding his withdrawing same (0.3); telephone conferences with and emails with Mr. Abercrombie regarding above, unresolved business issues, and trip to China (1.0); confer with Mr. Brescia regarding committee's solicitation letter (0.2); | SAR | 8.80 |

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 23

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/22/09 | D320 | Work on solicitation issues and notices (.5); prepare for hearing on disclosure statement (.5); multiple correspondence with all plan proponents regarding status of disclosure statement and solicitation preparation (6); | DJB | 1.60 |
| 07/22/09 | D320 | Prepare service labels for disclosure statement packets with ballots; | DK | 2.00 |
| 07/22/09 | D320 | Receive and review request from APS counsel for Stock Purchase Agreement and TAE agreement and transmit same by email (.3); redraft plan and conform same to disclosure statement and circulate (3.4); prepare redlines and exhibit books and prepare for tomorrow's hearing (1.5); confer with staff regarding coordination and planning of mailout of disclosure statement, plan and ballots after entry of orders tomorrow (0.5); continue work on insurance analysis and exchange emails with underwriters counsel regarding same (1.0); receive and review committee's revised solicitation letter (0.2); confirm that plan addresses Ace Grinding objection (0.2); receive and review executed Stock Purchase Agreement and circulate with TAE agreement to APS as requested (0.3); | SAR | 7.40 |
| 07/22/09 | D195 | Travel to Dallas for hearings; | SAR | 4.00 |

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 24

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/23/09 | D320 | Telephone conference with Ms. Taylor for Insurers regarding status of case and plan treatment (.5); factual investigation and analysis regarding same (.5); telephone conference with Mr. Roberts regarding hearing (.3); telephone conference with Mr. Roberts regarding insurance issues (.2); work on finalizing documents for filing with the court (.8); draft cover letter from solicitation (.3); multiple correspondence with Mr. Schuler regarding letter from Committee for solicitation package (.2); | DJB | 2.60 |
| 07/23/09 | D320 | Reconcile master matrix against service list for packets with ballots to de-duplicate; assist with service of disclosure statement and plan packets; | DK | 2.70 |
| 07/23/09 | D320 | Prepare for and attend reconvened disclosure statement hearing (1.5); confer with staff regarding modifications to proposed orders, uploading same, issues regarding ballots and voting and effecting mailout (.6); | SAR | 2.10 |
| 07/23/09 | D195 | Return to Austin; | SAR | 4.80 |
| 07/24/09 | D320 | Arrange for Brantly wire transfer (0.3); confer with Ms. Dunn regarding sending disclosure statement and plan to interested parties and government attorneys (0.3); | SAR | 0.60 |
| 07/27/09 | D320 | Telephone conference with Mr. Abercrombie regarding trip to China and outstanding issues and checklist for moving forward; | SAR | 1.80 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 25

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 07/28/09 | D320 | Work on ballot issues and compilation and prepare for hearing (1.0); work on order approving plan (1.0); | DJB | 2.00 |
| 07/29/09 | D140 | Review and respond to email from Steve Roberts regarding insurer's position in case and pending litigation; review Ann Taylor's email (.20); | BF | 0.20 |
| 07/30/09 | D320 | Telephone conference with Ms. Strout regarding Duke Realty issues and plan treatment (.3); confer with Mr. Roberts regarding same (.3); work on objection to APS disclosure statement (1.5); | DJB | 2.10 |
| 07/30/09 | D310 | Prepare objection to Maloney Hull claim and circulate to committee (1.0); confer with committee counsel regarding same (0.3); revise and file same (0.2); | SAR | 1.50 |
| 07/31/09 | D320 | Work on objection to disclosure statement filed by APS; | DJB | 3.00 |

TOTAL HOURS:                    306.5

TOTAL FOR SERVICES        $  131,407.00

**TASK-BASED SUMMARY**

| | | HOURS | VALUE |
|---|---|---|---|
| D110 | CASE ADMINISTRATION | 0.50 | 237.50 |
| D140 | RELIEF FRM STAY PROCEEDINGS | 0.20 | 95.00 |
| D160 | FEE EMPL APPLICATIONS | 2.50 | 487.50 |
| D190 | OTHER CONTESTED MATTERS | 0.60 | 297.00 |
| D195 | NON-WORKING TRAVEL | 23.20 | 11,190.00 |
| D240 | TAX ISSUES | 0.30 | 180.00 |
| D310 | CLAIMS ADM & OBJECTIONS | 24.60 | 6,529.00 |
| D320 | STRATEGY PLANNING, DISCLOSURE STMT, PLAN | 254.60 | 112,391.00 |
| | | 306.50 | 131,407.00 |

**STRASBURGER & PRICE, L.L.P.**
**ATTORNEYS AND COUNSELORS**

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 26

## NAME RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| DLB | Daniel L. Butcher | 600.00 | 0.30 | 180.00 |
| SAR | Stephen A. Roberts | 495.00 | 142.10 | 70,339.50 |
| DJB | Duane J. Brescia | 425.00 | 105.00 | 44,625.00 |
| BF | Bob Franke | 475.00 | 13.20 | 6,270.00 |
| RBT | Robert B. Tyler | 430.00 | 2.00 | 860.00 |
| AS1 | Amy Schumacher | 325.00 | 4.40 | 1,430.00 |
| DK | Donna Krupa | 195.00 | 39.50 | 7,702.50 |
| | TOTAL | | 306.50 | $131,407.00 |

## ITEMIZED DISBURSEMENT BILL

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/02/09 | ONLINE RESEARCH – WESTLAW – INCLUDED USER DEFINED 1: 6522183 USER DEFINED 2: 1000542879 | 166.12 |
| 07/06/09 | OUT-OF-TOWN TRAVEL –  STEPHEN ROBERTS | 49.00 |
| 07/06/09 | PARKING EXPENSES –  STEPHEN ROBERTS | 20.00 |
| 07/06/09 | ONLINE RESEARCH – WESTLAW – INCLUDED USER DEFINED 1: 3622933 USER DEFINED 2: 1000542879 | 15.24 |
| 07/06/09 | ONLINE RESEARCH – WESTLAW – INCLUDED USER DEFINED 1: 6522183 USER DEFINED 2: 1000542879 | 150.05 |
| 07/07/09 | ONLINE RESEARCH – WESTLAW – INCLUDED USER DEFINED 1: 4350281 USER DEFINED 2: 1000542879 | 74.27 |
| 07/09/09 | COURIER / DELIVERY SERVICE – FED EX | 11.38 |
| 07/13/09 | ONLINE RESEARCH – WESTLAW – INCLUDED USER DEFINED 1: 4350281 USER DEFINED 2: 1000542879 | 291.30 |
| 07/13/09 | COURIER / DELIVERY SERVICE – LONE STAR OVERNIGHT | 8.97 |
| 07/13/09 | COURIER / DELIVERY SERVICE – GUARANTEED EXPRESS, INC. | 4.62 |
| 07/13/09 | COURIER / DELIVERY SERVICE – GUARANTEED EXPRESS, INC. | 8.09 |
| 07/14/09 | OUT-OF-TOWN TRAVEL –  STEPHEN ROBERTS | 50.00 |
| 07/14/09 | OUTSIDE PRINTING –  RAINMAKER DOCUMENT TECHNOLOGIES | 334.58 |
| 07/14/09 | OUTSIDE PRINTING –  RAINMAKER DOCUMENT TECHNOLOGIES | 1,122.11 |
| 07/19/09 | COURIER / DELIVERY SERVICE – GUARANTEED EXPRESS, INC. | 18.18 |
| 07/22/09 | OUT-OF-TOWN TRAVEL –  STEPHEN ROBERTS | 325.75 |
| 07/22/09 | PARKING EXPENSES – STEPHEN ROBERTS | 20.00 |

STRASBURGER  &  PRICE, L.L.P.

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

August 12, 2009
C/M: 20354.0102
INVOICE NO. 534011
JER
PAGE 27

| | | |
|---|---|---|
| 07/24/09 | OUTSIDE PRINTING – RAINMAKER DOCUMENT TECHNOLOGIES | 12,224.96 |
| 07/26/09 | COURIER / DELIVERY SERVICE – GUARANTEED EXPRESS, INC. | 10.09 |
| 07/31/09 | ONLINE RESEARCH – LEXIS – 06/30/09 – 07/31/09 | 166.20 |
| 07/31/09 | COPY/LASER PRINT/SCAN | 2,426.40 |

TOTAL DISBURSEMENTS $17,497.31

### CURRENT AMOUNT DUE SUMMARY SECTION

| | |
|---|---|
| CURRENT FEES | $  131,407.00 |
| CURRENT DISBURSEMENTS | $   17,497.31 |
| CURRENT TOTAL DUE | $  148,904.31 |

### PREVIOUS INVOICES OUTSTANDING

| | | |
|---|---|---|
| INVOICE NO. 525231 | April 27, 2009 | 54,101.58 |
| INVOICE NO. 526875 | May 13, 2009 | 76,544.44 |
| | TOTAL | $  130,646.02 |

**TOTAL BALANCE DUE**          **$   466,973.22**

**STRASBURGER  &  PRICE, L.L.P.**
**ATTORNEYS AND COUNSELORS**