**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**P.O. BOX 849037**
**DALLAS, TEXAS 75284-9037**

Phone: 214/651-4300                                                                 TIN: 75-0838805

Superior Air Parts, Inc.                              September 10, 2009
Attn: Kent Abercrombie, President/CEO                 C/M: 20354.0102
621 S. Royal Lane, Suite 100                          INVOICE NO. 536184
Coppell, TX 75019-3805                                JER
                                                      PAGE 1

FOR PROPER CREDIT, PLEASE RETURN THIS STUB WITH YOUR REMITTANCE TO THE ADDRESS NOTED ABOVE.
DO NOT SEND GENERAL CORRESPONDENCE TO THE ABOVE ADDRESS.

RE:    Chapter 11 Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THRU 08/31/09          $   125,357.00
DISBURSEMENTS THRU 08/31/09                               $     8,979.57
TOTAL AMOUNT DUE                                          $   134,336.57

**ITEMIZED SERVICES BILL**

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 08/01/09 | D310 | Receive and review emails regarding analysis of professionals claims within insurance deductibles; | SAR | 0.20 |
| 08/03/09 | D320 | Work on objection to APS disclosure statement and related factual issues (4.4); multiple correspondence with various parties regarding same (.4); | DJB | 4.60 |
| 08/03/09 | D310 | Review email from Ann Taylor and file relating to prior correspondence (.20); review Hudson's complaint and prior correspondence and identify policy (.60); email to counsel for Hudson regarding plan and policy (.30); email to Ann Taylor regarding Superior's position (.10); | BF | 1.20 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                                    September 10, 2009
Superior Air Parts, Inc.                            C/M: 20354.0102
                                                    INVOICE NO. 536184
                                                    JER
                                                    PAGE 2
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 08/03/09 | D310 | Review emails and confer with Mr. Franke regarding insurer's inquiries and handling claims; | SAR | 0.30 |
| 08/03/09 | D310 | Confer with Mr. Tyler regarding resolution of Genese claim (0.20); review landlord's proof of claim and analyze statutory cap issues and potential reduction under possible new lease terms (1.0); | SAR | 1.20 |
| 08/03/09 | D320 | Confer with Mr. Abercrombie regarding Vernon facility and related issues (0.3); review material regarding sufficiency of disclosure statements in NDTX and itemize objections to APS disclosure statement and confer with Mr. Brescia regarding same (1.5; | SAR | 1.80 |
| 08/03/09 | D190 | Correspondence with Robert Shepherd regarding Genesee's motion for 503(b)(9) claim, revisions to agreed order, telephone conference with Robert Shepherd; | RBT | 0.80 |
| 08/04/09 | D320 | Receive and review new plan and disclosure statement from APS, factual investigation and analysis regarding same and continue to work on objections (4.4); receive and review complaint against TAG and TAE filed by APS and factual investigation and analysis regarding same, correspondence to Dr Ahrendt and Mr. Salomon regarding tactics and strategy for same (.6); | DJB | 5.00 |
| 08/04/09 | D320 | Review filings by APS relating to adversary proceeding against TAE and TAG to subordinate debt and plan (.40); | BF | 0.40 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

September 10, 2009
C/M: 20354.0102
INVOICE NO. 536184
JER
PAGE 3

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 08/04/09 | D320 | Receive and review APS' revised disclosure statement and plan and adversary complaint (1.3); analyze confirmation issues raised by complaint and confer with Ms. Volmert regarding preparing memorandum addressing ability of plan to compromise and release claims included in APS complaint (1.2); confer with Mr. Brescia regarding same and regarding additional objections to APS disclosure statement (0.5); email committee counsel regarding same (0.3); | SAR | 3.30 |
| 08/04/09 | D110 | Update POC notebook; save POC's to electronic file; | AT | 0.60 |
| 08/05/09 | D320 | Correspondence Mr. Salomon regarding TAG lawsuit and affect on plan issues (.3); correspondence Ms. Volmert regarding research needed regarding same (.2); review standing cases for APS lawsuit (1.0); continue to work on objection to disclosure statement and plan filed by APS (2.3); research regarding recharacterization and subordination claims (2.0); telephone conference with Ms. Taylor regarding insurance issues and plan treatment, factual investigation and analysis regarding same (.5); multiple correspondence with Mr. Franke regarding same (.2); multiple correspondence with and multiple telephone conferences with Ms. Volmert regarding additional research needed, background and plan process (.5); | DJB | 4.70 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                                      September 10, 2009
Superior Air Parts, Inc.                              C/M: 20354.0102
                                                      INVOICE NO. 536184
                                                      JER
                                                      PAGE 4
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 08/05/09 | D310 | Review email from Ann Taylor and orders and respond to Duane Brescia and Steve Roberts (.20); | BF | 0.20 |
| 08/05/09 | D160 | Edits to proposed order on supplement to first interim fee application for expenses; file certificate of no objection and upload proposed order; | DK | 1.10 |
| 08/05/09 | D190 | Research to obtain and cite check cases cited in Aviation Parts Supply's complaint against TAG and TAE; | DK | 0.40 |
| 08/05/09 | D310 | Prepare objections to claims of Alcoa, Inc. and Boring Machine (.7); review and determine status of 503(b)(9) claims filed where no separate motion for allowance and payment was filed (.4); communications to Mr. Abercrombie regarding confirmation of receipt of goods as alleged by Helio Precision Products and Alcoa in their 503(b)(9) motions (.2); | DK | 1.30 |
| 08/05/09 | D320 | Conference with Mr. Brescia regarding strategy; begin review and analysis of relevant pleadings / documents as background for needed research as to standing / release issues vis-a-vis adversary proceeding filed by APS; | EV | 2.30 |
| 08/06/09 | D310 | Work on claim objections and related issues; | DJB | 1.60 |
| 08/06/09 | D320 | Work on objections to APS disclosure statement and plan, lawsuit issues and effect of same on Debtor's plan process; | DJB | 7.50 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                                September 10, 2009
Superior Air Parts, Inc.                        C/M: 20354.0102
                                                INVOICE NO. 536184
                                                JER
                                                PAGE 5
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 08/06/09 | D320 | Work with Steve Roberts regarding insurance issues and plan of reorganization (.30); review cross claim filed by Aerodyne in state lawsuit (.20); | BF | 0.50 |
| 08/06/09 | D310 | Follow-up from Mr. Abercrombie regarding 503(b)(9) claims of Helio Precision Products and Alcoa (.3); review additional claim filed by Helio for open purchase orders and correspondence to Mr. Abercrombie regarding same (.4); update claims analysis with withdrawl of claims filed by Bailey, Innis, and Cherry/Desch plaintiffs (.4); prepare objections to proofs of claim of Marshall Harris Dean and Air Service Vamdrup - Denmark (.7); conference with Mr. Roberts regarding handling of claim objections (.3); review amended claim of Maloney, Bean, Horn & Hull and compare against original claim (.3); prepare correspondence to Mr. Hull requesting additional information (.2); | DK | 2.60 |
| 08/06/09 | D320 | Receive and review information from Mr. Abercrombie regarding new FAA directive (0.2) and confer with him regarding impact on plan and company and regarding APS and Brantly issues (0.7); set up conference call with Brantly counsel and prepare and send email regarding topics and issues to be discussed (0.8); | SAR | 1.50 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

September 10, 2009
C/M: 20354.0102
INVOICE NO. 536184
JER
PAGE 6

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 08/06/09 | D310 | Review Maloney Bean amended proof of claim and response to objection and advise Ms. Krupa regarding amended objection (0.4); review status of disputed claims and direct Ms. Krupa regarding resolving same (0.4); | SAR | 0.80 |
| 08/06/09 | D320 | Attention to legal authorities regarding standing / release issues concerning APS' adversary proceeding filed; | EV | 5.50 |
| 08/07/09 | D320 | Multiple correspondence with and multiple telephone conferences with various proponent parties regarding tactics and strategy and work on same (2.0); continue to work on objections and briefing for various pleadings; (1.8); | DJB | 3.80 |
| 08/07/09 | D320 | Participate in conference call with Brantly's counsel to address insurance related issues and proposed plan of reorganization (1.0); email to counsel for Brantly regarding syndicate's position (.10); | BF | 1.10 |
| 08/07/09 | D310 | Additional work on claim objections (AICCO, Carl Johnson, Thomas McNerney) and correspondence to Mr. Abercrombie regarding same; telephone calls to Mr. Johnson and AICCO; | DK | 1.50 |
| 08/07/09 | D160 | Review pro forma to conform invoice for second interim fee application; | DK | 1.00 |
| 08/07/09 | D320 | Prepare ballot summary; | DK | 0.50 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                            September 10, 2009
Superior Air Parts, Inc.                    C/M: 20354.0102
                                            INVOICE NO. 536184
                                            JER
                                            PAGE 7
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 08/07/09 | D320 | Conference call with Brantly counsel and client regarding confirmation issues (1.4); confer with Mr. Brescia regarding following up on same (0.2); telephone conference with Ms. Taylor, counsel for underwriters, regarding insurance issues under Brantly plan and provide her requested information (0.7);telephone conference with Mr. Salomon regarding APS and confirmation issues(0.4); | SAR | 2.70 |
| 08/07/09 | D320 | Receive and review memo from Ms. Volmert regarding research on whether plan can resolve all issues in APS lawsuit and confer with her regarding same and regarding additional plan issues for plan brief; | SAR | 0.80 |
| 08/07/09 | D320 | Continued attention to legal authorities regarding standing / release issues concerning APS' adversary proceeding filed; | EV | 6.20 |
| 08/08/09 | D320 | Continued attention to legal authorities regarding standing / release issues concerning APS' adversary proceeding filed; begin preparing memorandum of law regarding same; | EV | 3.30 |
| 08/10/09 | D320 | Finalize and file objection to APS disclosure statement (2.6); multiple correspondence with Mr. Okin and Mr. Salomon regarding feasibility and lawsuit issues and follow up regarding same (.3); | DJB | 2.90 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                                 September 10, 2009
Superior Air Parts, Inc.                         C/M: 20354.0102
                                                 INVOICE NO. 536184
                                                 JER
                                                 PAGE 8
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 08/10/09 | D310 | Finalize objections to claims of Alcoa Fastening, Broward County, Charles Taylor Aviaion, Experimental Aircraft Assn., Engineering Systems, Marlow Connell, et al., Rudy Mantel & Assoc., Scott Goodley, Marshall Dean, and Air Service (Vamdrup, Denmark); | DK | 1.80 |
| 08/10/09 | D160 | Work on second interim fee application; | DK | 2.00 |
| 08/10/09 | D320 | Continue preparing memorandum of law regarding standing / release issues concerning APS' adversary proceeding filed; further attention to legal authorities in conjunction with same; | EV | 2.80 |
| 08/11/09 | D320 | Continue to prepare for confirmation, work on legal briefing and tactics and strategy for APS objections, multiple correspondence with and multiple telephone conferences with proponent parties regarding same (4.2); | DJB | 4.20 |
| 08/11/09 | D310 | Filing and service of objections to claims (1.0); telephone conference with AICCO regarding status of claim and request to withdraw; (.2); | DK | 1.20 |
| 08/11/09 | D160 | Review and edit pro formas for preparation of second interim fee application; | DK | 0.90 |
| 08/11/09 | D320 | Continue preparing memorandum of law regarding standing / release issues concerning APS' adversary proceeding filed; further attention to legal authorities in conjunction with same; | EV | 3.80 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                          September 10, 2009
Superior Air Parts, Inc.                  C/M: 20354.0102
                                          INVOICE NO. 536184
                                          JER
                                          PAGE 9


DATE        CODE        DESCRIPTION                         NAME        HOURS

08/12/09    D320        Prepare for confirmation and        DJB          4.40
                        work on briefing, arguments for
                        responses to multiple
                        objections and motions filed by
                        APS and Maloney, Bean;

08/12/09    D320        Conference call with Duane          BF           0.70
                        Brescia and Dave Parham
                        regarding APS bid and insurance
                        issues (.40); review APS bid
                        and insurance polices (.30);

08/12/09    D320        Receive and review APS backup       SAR          0.70
                        bid and exchange numerous
                        emails with Mr. Brescia and
                        other counsel regarding same;

08/13/09    D320        C Mr. Roberts regarding tactics     DJB          3.50
                        and strategy (.2); telephone
                        conference with Mr. Salomon and
                        Committee regarding bid
                        selection (.8); factual
                        investigation and analysis of
                        bids, draft and serve letter to
                        bidders regarding results
                        (1.2); multiple correspondence
                        with Mr. Good, Mr. Okin, Mr.
                        Salomon, Mr. Roberts, regarding
                        subpoenas and responses to same
                        (1.3);

08/13/09    D160        Work on second interim fee          DK           0.80
                        application;

08/13/09    D320        Telephone conference with Mr.       SAR          0.40
                        Brescia regarding assessment
                        and decision regarding APS
                        backup bid;

08/13/09    D320        Finalize memorandum of law          EV           2.50
                        regarding standing / release
                        issues concerning APS'
                        adversary proceeding filed;
```

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

September 10, 2009
C/M: 20354.0102
INVOICE NO. 536184
JER
PAGE 10

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 08/14/09 | D320 | Multiple correspondence with Mr. Salomon and Mr. Roberts regarding tactics and strategy and response to APS motions, subpoenas, and plan (.8); receive and review multiple correspondence with from Mr. Good regarding bid process and motion to enforce same, factual investigation and analysis (1.0); confer with Mr. Parham regarding same and tactics and strategy (.4); factual investigation and analysis regarding insurance claims and multiple correspondence with Mr. Okin regarding same (.6); file notice of bid results (.2); multiple correspondence with and multiple telephone conferences with Mr. Parham and Mr. Schuler regarding same, follow up on issues (1.3); multiple correspondence with Mr. Abercrombie regarding purchase order status and notices to suppliers, draft letter to suppliers (.6); work on response to motion to enforce bid procedures (1.0); receive and review amended plan and disclosure statement from APS and factual investigation and analysis regarding same (1.0); | DJB | 6.90 |
| 08/14/09 | D160 | Continue work on second interim fee application; | DK | 0.40 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                                         September 10, 2009
Superior Air Parts, Inc.                                 C/M: 20354.0102
                                                         INVOICE NO. 536184
                                                         JER
                                                         PAGE 11
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 08/17/09 | D320 | Work on amended notice (.2); meet with Mr. Roberts regarding tactics and strategy (.3); continue to work on confirmation issues and briefing (1.0); receive and review response to objection to APS disclosure statement and factual investigation and analysis regarding same (.5); factual investigation and analysis regarding possible objections to deposition notices from APS (1.0); work on ballot summary (.3); | DJB | 3.30 |
| 08/17/09 | D320 | Prepare ballot summary; | DK | 1.20 |
| 08/17/09 | D320 | Receive and review APS Motion regarding Bid Procedures, APS Response to objection to disclosure statement, and numerous emails among parties regarding same (1.0); confer with Mr. Brescia regarding preparing for plan and disclosure statement hearing and addressing APS issues (1.0); | SAR | 2.00 |
| 08/18/09 | D320 | Telephone conference with Ms. Schuler regarding purchase order issues (;1); correspondence to Mr. Schuler regarding same (.1); work on objection to maloney Bean motion for escrow deposit (1.0); | DJB | 1.20 |
| 08/18/09 | D320 | Review email from Ann Taylor, counsel for Syndicate Insures, responding to Brantly's emails relating to insurance deductibles; review Brantly's position; | BF | 0.30 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                                    September 10, 2009
Superior Air Parts, Inc.                            C/M: 20354.0102
                                                    INVOICE NO. 536184
                                                    JER
                                                    PAGE 12
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 08/18/09 | D320 | Process additional ballots and update ballot summary; file objections to Maloney Bean and Marshall Dean proofs of claim; work on fee app; | DK | 3.20 |
| 08/18/09 | D320 | Telephone conference with Mr. Abercrombie regarding preparation for hearings (1.0); telephone conference with Matt Okin regarding same (0.6); telephone conference with Dave Parham regarding same (0.5); telephone conference with Chester Salomon regarding same (0.5); prepare letter to vendors with open purchase orders regarding their options under the plan and send to client (1.6); exchange emails with Mr. Good regarding his deposition notices and subpoenas (0.3);receive and review analysis and potential objection to plan by Ms. Taylor, counsel to underwriters and assess confirmability of plan over underwriters' objections (1.4); | SAR | 5.90 |
| 08/18/09 | D210 | Receive and review Monthly Operating Reports and Weekly Reports; | SAR | 0.30 |
| 08/18/09 | D310 | Confer with Ms. Krupa regarding ballots and status of pending and possible objections; | SAR | 0.50 |
| 08/18/09 | D190 | Draft objection to Maloney Bean Motion regarding Escrow Fund and confer with Mr. Brescia regarding revising and filing same; | SAR | 0.50 |
| 08/19/09 | D320 | Work on objection to Maloney Bean motion (.5); prepare for confirmation hearing and factual investigation and analysis regarding issues, briefing (1.5); | DJB | 1.50 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                                    September 10, 2009
Superior Air Parts, Inc.                            C/M: 20354.0102
                                                    INVOICE NO. 536184
                                                    JER
                                                    PAGE 13
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 08/19/09 | D160 | Continue work on second interim fee application; | DK | 2.20 |
| 08/19/09 | D320 | Gather background information and exchange emails with Mr. Okin regarding Brantly testimony (0.6); receive and review email from Ann Taylor regarding insurers' position on plan treatment and telephone conference with Mr. Taylor regarding same and regarding possible resolution of issues (0.9); conference call with Mr. Okin and Mr. Tong regarding confirmation issues, objections, resolutions, testimony and discovery (0.8); exchange emails and information with Mr. Abercrombie and confer with Mr. Abercrombie regarding all of the above and regarding purchase orders (1.5); receive and review legal memo in support of plan and confer with Ms. Volmert regarding same (0.7); exchange emails with APS counsel to reach agreement regarding discovery (0.5); confer with Mr. Brescia regarding drafting order confirming plan and addressing objections therein (0.2); confer with staff regarding ballot summary (0.2); prepare for confirmation hearing (3.0); | SAR | 8.40 |
| 08/19/09 | D310 | Receive and review Maloney Bean amended claim and confer with Ms. Krupa regarding filing objection to same and review and approve same; | SAR | 0.30 |
| 08/19/09 | D320 | Attention to legal authorities relating to a debtor's classificiation, subordination and settlement claims; | EV | 2.80 |

STRASBURGER & PRICE, L.L.P.
ATTORNEYS AND COUNSELORS

```
                                                September 10, 2009
Superior Air Parts, Inc.                        C/M: 20354.0102
                                                INVOICE NO. 536184
                                                JER
                                                PAGE 14
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 08/20/09 | D320 | Prepare for confirmation and work on briefing, response to numerous pleadings and motions filed by APS, correspondence proponent parties regarding same; | DJB | 4.50 |
| 08/20/09 | D320 | Review objection to confirmation and proof of claim filed by AirSure (.30); | BF | 0.30 |
| 08/20/09 | D320 | Process ballots and update ballot summary; prepare ballot certification; prepare for upcoming confirmation hearing; | DK | 4.60 |
| 08/20/09 | D320 | Continued attention to legal authorities relating to a debtor's ability to classify, subordinate and settle claims and regarding other confirmation issues ; begin revisions to memorandum regarding same; review of APS' brief on its objections to the plan; attention to legal authorities regarding feasibility test under section 1129(a)(11) when creditors are paid from funds on effective date; | EV | 11.80 |
| 08/21/09 | D320 | Telephone conference with Mr. Parham regarding various plan and confirmation issues (.2); work on response and motions to various pleadings filed by APS and prepare for confirmation (4.6) | DJB | 4.80 |
| 08/21/09 | D320 | Review file to address AirSure's position regarding agreement and claim to commissions (.40); email to Steve Roberts (.10); | BF | 0.50 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                                        September 10, 2009
Superior Air Parts, Inc.                                C/M: 20354.0102
                                                        INVOICE NO. 536184
                                                        JER
                                                        PAGE 15


DATE        CODE        DESCRIPTION                     NAME        HOURS

08/21/09    D320        Additional work on ballot       DK           4.00
                        summary, analysis and
                        clarification of parties
                        entitled to vote, finalize
                        certification, and attend to
                        filing service of same;

08/21/09    D320        Identify and marshal exhibits,  SAR          9.30
                        prepare exhibit and witness
                        list (1.0); receive and review
                        APS exhibit list (0.2); receive
                        and review ballot summary and
                        analyze effect of TAE violating
                        Rule 11 agreement on
                        confirmation of the plan(2.6);
                        continue work on negotiations
                        with insurers and Brantly
                        regarding assumption of
                        insurance policies (2.3);
                        receive and review revised pro
                        formas and confer with Mr.
                        Abercrombie regarding same
                        (0.9); prepare for trip to
                        Dallas, depositions and
                        hearings (2.3);

08/21/09    D320        Evaluate impact of TAE's no     EV           6.50
                        vote and continue working on
                        trial memorandum for
                        confirmation hearing

08/22/09    D320        Work on confirmation order and  DJB          3.60
                        briefing for confirmation
                        (3.5); correspondence to
                        proponent parties regarding
                        same (.1);

08/22/09    D320        Continue working on trial       EV           5.80
                        memorandum;

08/23/09    D195        Travel to Dallas for meetings,  SAR          2.00
                        depositions and hearings;

08/23/09    D320        Prepare for and attend meeting  SAR          3.00
                        at Superior offices regarding
                        depositions, confirmation of
                        plan and related issues;

08/23/09    D320        Continue working on trial       EV           5.50
                        memorandum for confirmation
                        hearing;
```

**STRASBURGER & PRICE, L.L.P.**

ATTORNEYS AND COUNSELORS

```
                                                   September 10, 2009
Superior Air Parts, Inc.                           C/M: 20354.0102
                                                   INVOICE NO. 536184
                                                   JER
                                                   PAGE 16
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 08/24/09 | D320 | Work on briefing and response to numerous motions filed by various parties and multiple correspondence with proponent parties regarding same; | DJB | 4.60 |
| 08/24/09 | D320 | Work on Brantley proffer; | DK | 1.50 |
| 08/24/09 | D310 | Conference with Mr. Brescia regarding status of negotiations with respect to objection to claim of Pennsylvania department of revenue; correspondence and telephone call to Ms. Salcido regarding continuance of hearing; | DK | 0.20 |
| 08/24/09 | D320 | Prepare for and attend deposition of Kent Abercrombie (4.0); prepare for confirmation hearing and negotiate settlements of objections (6.4); | SAR | 10.40 |
| 08/24/09 | D320 | Continue working on trial memorandum; | EV | 5.30 |
| 08/25/09 | D320 | Work on briefing and responses to numerous pleadings filed by various parties, multiple correspondence with and multiple telephone conferences with proponent parties regarding same; | DJB | 8.30 |
| 08/25/09 | D195 | Travel to Dallas to attend confirmation hearing; | DJB | 4.00 |
| 08/25/09 | D310 | Communications with Ms. Salcido regarding resetting hearing on objection to claim of Pennsylvania Department of Revenue; prepare, file, and serve notice of hearing; | DK | 0.60 |
| 08/25/09 | D320 | Edit and finalize response to objections to confirmation of third amended plan and attend to filing and service of same; assist with preparations for confirmation hearing; | DK | 2.40 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                                       September 10, 2009
Superior Air Parts, Inc.                               C/M: 20354.0102
                                                       INVOICE NO. 536184
                                                       JER
                                                       PAGE 17
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 08/25/09 | D320 | Prepare for confirmation hearing(9.0); attend deposition of Mike Bean (2.5); | SAR | 11.50 |
| 08/25/09 | D320 | Revise and finalize trial brief; | EV | 4.50 |
| 08/26/09 | D320 | Prepare for and attend confirmation hearing (10.0); draft order and circulate to all parties (1.2); | DJB | 11.20 |
| 08/26/09 | D195 | Return travel from Dallas from confirmation hearing; | DJB | 4.00 |
| 08/26/09 | D320 | Assist with filings, service, and preparation for confirmation hearing; | DK | 1.50 |
| 08/26/09 | D320 | Prepare for and attend negotiations and confirmation hearing (11.2); draft and circulate confirmation order and modifications to plan (1.2); | SAR | 13.40 |
| 08/26/09 | D195 | Return to Austin; | SAR | 4.00 |
| 08/27/09 | D320 | Work on post-confirmation settlement issues and documentation (1.5); multiple correspondence with and multiple telephone conferences with court, proponent parties , APS, regarding confirmation order (.9); | DJB | 2.40 |
| 08/27/09 | D160 | Work on fee application issues; | DJB | 1.50 |
| 08/27/09 | D110 | File monthly operating report for July 2009; | DK | 0.40 |
| 08/27/09 | D110 | Follow up on file related administrative tasks and organization; | SAR | 1.00 |
| 08/27/09 | D320 | Office conference with Duane Brescia regarding closing documents to effectuate plan; review third amended plan and selected corporate documents of Superior in preparation for closing; | SS | 1.80 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
Superior Air Parts, Inc.                     September 10, 2009
                                             C/M: 20354.0102
                                             INVOICE NO. 536184
                                             JER
                                             PAGE 18
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 08/28/09 | D320 | Multiple correspondence with Committee and buyer regarding documents needed for closing and related information (.3); receive and review multiple correspondence with motions from APS regarding remaining issues and pleadings (.2); multiple correspondence with all proponents regarding same (.3); work on closing issues (.4); | DJB | 1.20 |
| 08/28/09 | D320 | Finalize and upload confirmation order and communicate with Ms. Salcido regarding presentation to Judge Houser; | DK | 0.30 |

```
              TOTAL HOURS:                        306.0

              TOTAL FOR SERVICES        $    125,357.00
```

**TASK-BASED SUMMARY**

|  |  | HOURS | VALUE |
|---|---|---|---|
| D110 | CASE ADMINISTRATION | 2.00 | 633.00 |
| D160 | FEE EMPL APPLICATIONS | 9.90 | 2,275.50 |
| D190 | OTHER CONTESTED MATTERS | 1.70 | 669.50 |
| D195 | NON-WORKING TRAVEL | 14.00 | 6,370.00 |
| D210 | BUSINESS OPERATIONS | 0.30 | 148.50 |
| D310 | CLAIMS ADM & OBJECTIONS | 15.50 | 4,772.50 |
| D320 | STRATEGY PLANNING, DISCLOSURE STMT, PLAN | 262.60 | 110,488.00 |
|  |  | 306.00 | 125,357.00 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

```
                                              September 10, 2009
Superior Air Parts, Inc.                      C/M: 20354.0102
                                              INVOICE NO. 536184
                                              JER
                                              PAGE 19
```

**NAME RECAP**

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|-----:|------:|-------:|
| SAR  | Stephen A. Roberts | 495.00 | 86.20 | 42,669.00 |
| DJB  | Duane J. Brescia   | 425.00 | 105.20 | 44,710.00 |
| BF   | Bob Franke         | 475.00 | 5.20  | 2,470.00 |
| RBT  | Robert B. Tyler    | 430.00 | 0.80  | 344.00 |
| SS   | Spencer Stevens    | 375.00 | 1.80  | 675.00 |
| EV   | Elizabeth Volmert  | 395.00 | 68.60 | 27,097.00 |
| DK   | Donna Krupa        | 195.00 | 37.60 | 7,332.00 |
| AT   | Angelyn Tomes      | 100.00 | 0.60  | 60.00 |
|      | TOTAL              |        | 306.00 | $125,357.00 |

**ITEMIZED DISBURSEMENT BILL**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 07/02/09 | FILING & RECORDING FEES - SECRETARY OF STATE, TEXAS | 3.00 |
| 07/06/09 | OUT-OF-TOWN TRAVEL - AMERICAN AIRLINES, INC. - BRESCIA, D. 7/6/09  DALLAS  2139496430 | 340.70 |
| 07/06/09 | OUT-OF-TOWN TRAVEL - AMERICAN AIRLINES, INC. - ROBERTS,S. 7/6/09  DALLAS  2139497156 | 340.70 |
| 07/06/09 | PARKING EXPENSES - DUANE BRESCIA | 20.00 |
| 07/14/09 | OUT-OF-TOWN TRAVEL - AMERICAN AIRLINES, INC. - ROBERTS,S. 7/14/09  DALLAS  2141953712 | 369.70 |
| 07/22/09 | OUT-OF-TOWN TRAVEL - AMERICAN AIRLINES, INC. - ROBERTS,S. 7/22/09  DALLAS 5262143613681 | 327.70 |
| 07/31/09 | ONLINE RESEARCH - WESTLAW - INCLUDED USER DEFINED 1: 3622933 USER DEFINED 2: 1000542879 | 178.77 |
| 08/03/09 | OUT-OF-TOWN TRAVEL - STEPHEN ROBERTS | 458.23 |
| 08/03/09 | MEALS - STEPHEN ROBERTS | 5.40 |
| 08/04/09 | ONLINE RESEARCH - WESTLAW - INCLUDED USER DEFINED 1: 3622933 USER DEFINED 2: 1000542879 | 110.87 |
| 08/05/09 | OUT-OF-TOWN TRAVEL - STEPHEN ROBERTS | 207.00 |
| 08/05/09 | MEALS - STEPHEN ROBERTS | 170.33 |
| 08/07/09 | ONLINE RESEARCH - WESTLAW - INCLUDED USER DEFINED 1: 4885545 USER DEFINED 2: 1000318478 | 77.19 |
| 08/08/09 | ONLINE RESEARCH - WESTLAW - EXCLUDED USER DEFINED 1: 4885545 USER DEFINED 2: 1000318478 | 21.32 |
| 08/08/09 | ONLINE RESEARCH - WESTLAW - INCLUDED USER DEFINED 1: 4885545 USER DEFINED 2: 1000318478 | 239.75 |

```
Superior Air Parts, Inc.                            September 10, 2009
                                                    C/M: 20354.0102
                                                    INVOICE NO. 536184
                                                    JER
                                                    PAGE 20


08/09/09  ONLINE RESEARCH - WESTLAW - INCLUDED USER              74.42
          DEFINED 1: 4885545 USER DEFINED 2: 1000318478
08/11/09  ONLINE RESEARCH - WESTLAW - INCLUDED USER             250.97
          DEFINED 1: 4885545 USER DEFINED 2: 1000318478
08/12/09  ONLINE RESEARCH - WESTLAW - INCLUDED USER             234.35
          DEFINED 1: 4885545 USER DEFINED 2: 1000318478
08/13/09  ONLINE RESEARCH - WESTLAW - INCLUDED USER             265.67
          DEFINED 1: 4885545 USER DEFINED 2: 1000318478
08/19/09  ONLINE RESEARCH - WESTLAW - INCLUDED USER             179.34
          DEFINED 1: 4885545 USER DEFINED 2: 1000318478
08/20/09  ONLINE RESEARCH - WESTLAW - INCLUDED USER             644.68
          DEFINED 1: 4885545 USER DEFINED 2: 1000318478
08/21/09  ONLINE RESEARCH - WESTLAW - INCLUDED USER             432.92
          DEFINED 1: 4885545 USER DEFINED 2: 1000318478
08/22/09  ONLINE RESEARCH - WESTLAW - INCLUDED USER             243.21
          DEFINED 1: 4885545 USER DEFINED 2: 1000318478
08/23/09  ONLINE RESEARCH - WESTLAW - INCLUDED USER             226.17
          DEFINED 1: 4885545 USER DEFINED 2: 1000318478
08/25/09  LOCAL TRAVEL -   DUANE BRESCIA                        207.35
08/25/09  OUT-OF-TOWN TRAVEL -   DUANE BRESCIA                  301.85
08/26/09  ONLINE RESEARCH - WESTLAW - INCLUDED USER              50.45
          DEFINED 1: 4350281 USER DEFINED 2: 1000542879
08/26/09  MEALS -   DUANE BRESCIA                                23.01
08/26/09  PARKING EXPENSES -  DUANE BRESCIA                       8.00
08/26/09  ONLINE RESEARCH - WESTLAW - INCLUDED USER              15.24
          DEFINED 1: 3622933 USER DEFINED 2: 1000542879
08/31/09  COPY/LASER PRINT/SCAN                                2,903.20
08/31/09  POSTAGE                                                 44.32
08/31/09  FACSIMILE                                                3.76
                                                              ─────────
                    TOTAL DISBURSEMENTS                       $8,979.57
```

**CURRENT AMOUNT DUE SUMMARY SECTION**

```
          CURRENT FEES                         $   125,357.00
          CURRENT DISBURSEMENTS                $     8,979.57
                                               ──────────────
          CURRENT TOTAL DUE                    $   134,336.57
```

**PREVIOUS INVOICES OUTSTANDING**

```
INVOICE NO. 525231       April 27, 2009                       13,137.55
INVOICE NO. 526875       May 13, 2009                         76,544.44
                   TOTAL                            $         89,681.99

          TOTAL BALANCE DUE                         $        560,345.76
```

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS