**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
P.O. BOX 849037
DALLAS, TEXAS 75284-9037

Phone: 214/651-4300                                                       TIN: 75-0838805

Superior Air Parts, Inc.                          October 6, 2009
Attn: Kent Abercrombie, President/CEO             C/M: 20354.0102
621 S. Royal Lane, Suite 100                      INVOICE NO. 538065
Coppell, TX 75019-3805                            JER
                                                  PAGE 1

FOR PROPER CREDIT, PLEASE RETURN THIS STUB WITH YOUR REMITTANCE TO THE ADDRESS NOTED ABOVE.
DO NOT SEND GENERAL CORRESPONDENCE TO THE ABOVE ADDRESS.

RE:     Chapter 11 Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED THRU 09/28/09      $   22,776.00
DISBURSEMENTS THRU 09/28/09                           $    2,747.14
TOTAL AMOUNT DUE                                      $   25,523.14

**ITEMIZED SERVICES BILL**

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 09/01/09 | D320 | Gather relevant corporate records for Mr. Stevens for use in preparation of closing documents; | DK | 0.40 |
| 09/01/09 | D310 | Prepare status report of pending claim objections and objections to be filed for Committee; | DK | 1.30 |
| 09/01/09 | D310 | Confer with Ms. Krupa regarding analysis of pending and unfiled objections to claims and her preparing report on same; | SAR | 0.40 |
| 09/01/09 | D110 | Update POC notebook and claims analysis spreadsheet; | AT | 0.80 |

STRASBURGER & PRICE, L.L.P.
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

October 6, 2009
C/M: 20354.0102
INVOICE NO. 538065
JER
PAGE 2

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 09/02/09 | D320 | Exchange emails regarding purchase price adjustment calculations under plan and locating corporate records and closing details (.50); exchange emails regarding underwriters' covering defense costs pending closing (0.2); confer with Mr. Stevens and outline closing checklist and documentation needed for closing (0.5); confer with Brantly counsel regarding mechanics for expediting closing in the event funding was expedited (0.5); | SAR | 1.70 |
| 09/02/09 | D110 | Office conference with Steve Roberts regarding corporate documents necessary for closing stock purchase of Super Air Parts, Inc.(0.5); review third amended plan of reorganization of Superior Air Parts, Inc (0.4).; draft board of director consent to cancellation and issuance of shares, director and officer resignations, shareholder consent to appointment of new sole directorand board of director consent to appointment of president (2.3) ; | SS | 3.20 |
| 09/03/09 | D110 | Assist Ms. Reynolds, post-confirmation trustee, with access to electronic database of creditor information; | DK | 0.80 |

```
                                                          October 6, 2009
Superior Air Parts, Inc.                                  C/M: 20354.0102
                                                          INVOICE NO. 538065
                                                          JER
                                                          PAGE 3
```

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 09/03/09 | D320 | Prepare for and participate in conference call with Brantly and Committee counsel regarding closing documents and procedures (0.6); confer with Mr. Stevens regarding same (0.2); work on closing statement (1.4); email Mr. Abercrombie regarding closing issues (0.3); review amended creditors trust agreement and approve (0.3); analyze updated claims by class as affected by plan to assist in estimation of payments to creditors (0.8); | SAR | 3.80 |
| 09/03/09 | D110 | Participate in telephone conference with Tom Tong, Matt Okin, David Parham, Elliot Schuler and Steve Roberts regarding closing of purchase of stock of Superior Air Parts, Inc. by Weifang Freesky Aviation Technologies Co. (0.6); confer with Mr. Roberts regarding coordination of efforts (0.2): revise corporate consents and documents in light of same and draft statement of change of registered agent (1.6); | SS | 2.40 |
| 09/04/09 | D320 | Draft closing agreement and review, revise and distribute proposed closing documents (1.1); obtain wiring instructions and prepare and send letter requested by Mr. Tong regarding same (0.8); continue work on closing documents and issues in response to additional information from Mr Tong (1.8); | SAR | 3.60 |
| 09/04/09 | D110 | Review emails from Tom Tong; correspond with S. Roberts regarding same; | SS | 0.30 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

October 6, 2009
C/M: 20354.0102
INVOICE NO. 538065
JER
PAGE 4

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 09/08/09 | D310 | Update correspondence to committee regarding status of claim objections and distribute (.60); review amended claim of PA Department of Revenue (.2); update claims notebooks and analysis (.2); | DK | 1.00 |
| 09/08/09 | D310 | Receive and review status report from Ms. Krupa regarding objections to claims, comment on same and review and approve report for distribution to committee (0.5); exchange emails with Mr. Schenk regarding administrative claim (0.2); | SAR | 0.70 |
| 09/08/09 | D110 | Update claims analysis spreadsheet and POC notebook; | AT | 0.30 |
| 09/09/09 | D160 | Review August proforma for inclusion in second interim fee application; additional work on narrative sections of second interim fee application; | DK | 1.40 |
| 09/09/09 | D110 | Correspondence from Ms. Reynolds regarding creditors with claim amount in database that are not listed amended schedules; review and verify same, make notes on claims analysis and prepare response to Ms. Reynolds; | DK | 2.30 |
| 09/09/09 | D320 | Confer with Mr Stevens regarding changes to closing documents in light of recent developments (0.2); work on revisions to closing documents and attend to closing issues and procedures and exchange documents and emails with parties involved in closing (1.9); | SAR | 2.10 |

STRASBURGER & PRICE, L.L.P.
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

October 6, 2009
C/M: 20354.0102
INVOICE NO. 538065
JER
PAGE 5

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 09/09/09 | D110 | Review email from Tom Tong and revise board of director consent in light of same (0.3); correspond with Mr. Tong regarding revised consent and additional issues/questions (0.2); | SS | 0.50 |
| 09/10/09 | D160 | Work on final fee application; | SAR | 1.40 |
| 09/10/09 | D320 | Continue work on closing issues with Mr. Tong, Mr. Salomon and Mr. Spencer; | SAR | 0.70 |
| 09/10/09 | D320 | Confer with Mr. Tong regarding status of funding and related issues and advise other parties (0.5); work on adding Chinese characters to key documents (0.4); | SAR | 0.90 |
| 09/10/09 | D110 | Research addresses for returned mail in order to re-send; | AT | 0.30 |
| 09/11/09 | D320 | Receive and review email from Mr. Salomon regarding stock certificates and closing (0.2); | SAR | 0.20 |
| 09/14/09 | D110 | Research to obtain correct addresses in order to update limited service list; update same; attention to re-sending documents to correct address; | AT | 0.60 |
| 09/15/09 | D160 | Update and edit fee application; | DK | 2.20 |
| 09/16/09 | D320 | Review and edit order regarding funding under the Plan; telephone conference with court staff regarding submission of order to Judge Houser; | DK | 0.50 |

STRASBURGER & PRICE, L.L.P.
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

October 6, 2009
C/M: 20354.0102
INVOICE NO. 538065
JER
PAGE 6

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|------|------|-------------|------|-------|
| 09/16/09 | D320 | Receive telephone call from Mr. Tong regarding additional funding issue and discuss alternatives (0.40): Draft emergency motion for order in aid of plan, proposed order, and arrange for expedited consideration (2.3); confer with Committee counsel regarding same (0.3); confer with Mr. Tong regarding from of proposed order and revise same and expedite filing (0.6); | SAR | 3.60 |
| 09/16/09 | D130 | Revise closing documents relating to closing of purchase of Superior's stock by Weifang Freesky Aviation Technolgy Co., Ltd; | SS | 0.90 |
| 09/17/09 | D320 | Receive information that order signed; advise other parties and coordinate obtaining certified copy; | SAR | 0.30 |
| 09/17/09 | D130 | Prepare stock certificates for new purchaser, Weifang Freesky Aviation Technology Co. Ltd.; | SS | 1.30 |
| 09/18/09 | D310 | Prepare order on objection to claim of EAA; | DK | 0.40 |
| 09/18/09 | D310 | Receive and review court order; work with Mr. Stevens regarding details of closing; | SAR | 0.50 |
| 09/18/09 | D130 | Review and respond to email from Tom Tong regarding stock certificates (0.2); revise shareholder consent in light of same (0.3); review and respond to emails from Chester Salomon (0.2); review and revise various board of director consents(0.9); correspond with Kent Abercrombie regarding necessary documents for closing (0.3); | SS | 1.70 |

STRASBURGER & PRICE, L.L.P.
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

October 6, 2009
C/M: 20354.0102
INVOICE NO. 538065
JER
PAGE 7

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 09/21/09 | D310 | Telephone conference with Shane Barnes, counsel for Boring Machine Corporation, regarding status of motion for 503(b)(9) administrative claim; prepare proposed agreed order and confer with Mr. Barnes regarding same; | DK | 0.60 |
| 09/21/09 | D130 | Draft statement of change of registered agent, registered office; revise board of director consent regarding same; | SS | 0.70 |
| 09/22/09 | D310 | Prepare and file certificates of no objection on nine claim objections; prepare and upload proposed orders on same; | DK | 2.30 |
| 09/22/09 | D320 | Confer with Mr. Tong regarding funding issues and extension; | SAR | 0.20 |
| 09/23/09 | D320 | Receive and review email from Mr. Tong regarding possible delay in funding (0.1); conference call with Mr. Tong and Mr. Okin (0.4); review plan terms and advise committee and Brantly regarding calculation of deadline (0.4) ; obtain and provide additional information to facilitate funding (0.4); | SAR | 1.30 |
| 09/24/09 | D320 | Receive and review Zanzi objection regarding rejection of executory contract and review plan; | SAR | 0.40 |
| 09/25/09 | D110 | Reveiw Monthly Operating Reports for August 2009 and prepare for filing; | DJB | 0.40 |
| 09/25/09 | D320 | Receive and review notice from Mr. Tong regarding partial funding (0.1); confirm amount and time of receipt of wires and distribute information (0.3); | SAR | 0.40 |

**STRASBURGER & PRICE, L.L.P.**
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

October 6, 2009
C/M: 20354.0102
INVOICE NO. 538065
JER
PAGE 8

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 09/28/09 | D160 | Work on fee application; | DJB | 1.00 |
| 09/28/09 | D310 | Prepare agreed order resolving claim 26 filed by EAA (.4); correspondence with Mr. Goelzer regarding same (.2); upload proposed agreed order (.2); prepare agreed order resolving objection to claim of Alcoa Fastening Systems and communication to Mr. Crawford regarding same (.4); telephone conference with Mr. Mantel regarding need to file withdrawal of claim with court; prepare notice of withrawal and transmit to Mr. Mantel for filing (.5); | DK | 1.70 |
| 09/28/09 | D320 | Receive and review email regarding funding and confirm same (0.2); telephone conference with Mr. Abercrombie regarding same and closing (0.3); attend to closing transaction (2.6); prepare notice of effective date (0.5); confer with and advise Ms. Krupa regarding status and transition regarding outstanding claims, motions and objections (1.4); email to Mr. Good regarding Maloney Bean motion (0.2); | SAR | 5.20 |

STRASBURGER & PRICE, L.L.P.
ATTORNEYS AND COUNSELORS

Superior Air Parts, Inc.

October 6, 2009
C/M: 20354.0102
INVOICE NO. 538065
JER
PAGE 9

| DATE | CODE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|---|
| 09/28/09 | D130 | Review and respond to emails from Tom Tong regarding closing of transaction (0.3); telephone conference with Kent Abercrombie and Steve Roberts regarding same (0.3); telephone conference with Tom Tong (0.3); draft stock affidavit for Thielert AG (1.0); revise closing statement (0.6); attend to closing (0.8); | SS | 3.30 |
| 09/28/09 | D130 | Draft transmittal letter to Kent Abercrombie regarding stock certificate and other closing documents; | SS | 0.40 |

TOTAL HOURS:  60.4

TOTAL FOR SERVICES  $  22,776.00

**TASK-BASED SUMMARY**

| | | HOURS | VALUE |
|---|---|---|---|
| D110 | CASE ADMINISTRATION | 11.90 | 3,374.50 |
| D130 | ASSET DISPOSITION | 8.30 | 3,112.50 |
| D160 | FEE EMPL APPLICATIONS | 6.00 | 1,820.00 |
| D310 | CLAIMS ADM & OBJECTIONS | 8.90 | 2,215.50 |
| D320 | STRATEGY PLANNING, DISCLOSURE STMT, PLAN | 25.30 | 12,253.50 |
| | | 60.40 | 22,776.00 |

**NAME RECAP**

| INIT | NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| SAR | Stephen A. Roberts | 495.00 | 27.40 | 13,563.00 |
| DJB | Duane J. Brescia | 425.00 | 1.40 | 595.00 |
| SS | Spencer Stevens | 375.00 | 14.70 | 5,512.50 |
| DK | Donna Krupa | 195.00 | 14.90 | 2,905.50 |
| AT | Angelyn Tomes | 100.00 | 2.00 | 200.00 |
| | TOTAL | | 60.40 | $22,776.00 |

STRASBURGER & PRICE, L.L.P.
ATTORNEYS AND COUNSELORS

```
                                              October 6, 2009
Superior Air Parts, Inc.                      C/M: 20354.0102
                                              INVOICE NO. 538065
                                              JER
                                              PAGE 10
```

## ITEMIZED DISBURSEMENT BILL

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/15/09 | OUTSIDE PRINTING -  RAINMAKER DOCUMENT TECHNOLOGIES | 79.37 |
| 06/05/09 | OUTSIDE PRINTING -  RAINMAKER DOCUMENT TECHNOLOGIES | 64.95 |
| 06/25/09 | OUTSIDE PRINTING -  COPY-DOCS MANAGEMENT SERVICES, INC. | 1,784.63 |
| 08/07/09 | TELEPHONE -  SOUNDPATH CONFERENCING | 29.08 |
| 08/23/09 | OUT-OF-TOWN TRAVEL -  AMERICAN AIRLINES, INC. - ROBERTS,S. 8/23/09 ADOLPHUS HOTEL 8900506420615 | 29.00 |
| 08/23/09 | OUT-OF-TOWN TRAVEL -  AMERICAN AIRLINES, INC. - ROBERTS,S. 8/23/09  DALLAS   2149554434 | 329.70 |
| 09/08/09 | ONLINE RESEARCH - WESTLAW - INCLUDED USER DEFINED 1: 3622933 USER DEFINED 2: 1000542879 | 117.10 |
| 09/08/09 | ONLINE RESEARCH - WESTLAW - INCLUDED USER DEFINED 1: 3622933 USER DEFINED 2: 1000542879 | 270.51 |
| 09/28/09 | COPY/LASER PRINT/SCAN | 42.80 |
| | TOTAL DISBURSEMENTS | $2,747.14 |

## CURRENT AMOUNT DUE SUMMARY SECTION

| | | |
|---|---|---:|
| CURRENT FEES | $ | 22,776.00 |
| CURRENT DISBURSEMENTS | $ | 2,747.14 |
| CURRENT TOTAL DUE | $ | 25,523.14 |

## PREVIOUS INVOICES OUTSTANDING

| | | |
|---|---|---:|
| INVOICE NO. 525231 | April 27, 2009 | 13,137.55 |
| INVOICE NO. 526875 | May 13, 2009 | 76,544.44 |
| INVOICE NO. 534009 | August 12, 2009 | 69,400.55 |
| INVOICE NO. 534010 | August 12, 2009 | 118,022.34 |
| INVOICE NO. 534011 | August 12, 2009 | 148,904.31 |
| | TOTAL | $ 426,009.19 |

**TOTAL BALANCE DUE**                  $    585,868.90

## STRASBURGER & PRICE, L.L.P.
ATTORNEYS AND COUNSELORS