# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

In re:

SUPERIOR AIR PARTS, INC.

Debtor.

_____/

Case No. 08-36705-BJH

Chapter 11

## NOTICE OF WITHDRAWAL AND REQUEST TO BE REMOVED

Warner Norcross & Judd LLP hereby withdraws its appearance for MAHLE Engine Components USA, Inc., and further requests that Gordon J. Toering (gtoering@wnj.com) be removed from all electronic and other service lists.

Dated:  October 12, 2009

/s/ Gordon J. Toering
Gordon J. Toering (P46409)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503
Telephone:  (616) 752-2185
Fax:  (616) 222-2185
Email:  gtoering@wnj.com
Attorneys for MAHLE Engine
Components USA, Inc.

1716733