Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone  (469) 742-0855
Fax  (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc**.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | |
| | § | **Case No. 08-36705** |
| **SUPERIOR AIR PARTS, INC.,** | § | **Chapter 11** |
| | § | |
| Debtor. | § § | |

**NOTICE OF WITHDRAWAL OF AVIATION PARTS SUPPLY, INC.'S
EMERGENCY MOTION FOR INTERPRETATION AND ENFORCEMENT, AS
APROPRIATE, OF THIS COURT'S ORDER APPROVING BID PROCEDURES
[Docket No. 360]**

PLEASE TAKE NOTICE THAT Aviation Parts Supply, Inc. hereby withdraws its Emergency Motion for Interpretation and Enforcement, as Appropriate, of this Court's Order Approving Bid Procedures [Docket no. 360].

Respectfully submitted,

/s/Billy G. Leonard, Jr.
Billy G. Leonard, Jr.
Texas Bar No. 12208100
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703
Telephone  (469) 742-0855
Fax  (469) 442-0135

and

Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

**Attorneys for Aviation Parts Supply, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served upon those parties receiving notification through the Courts' electronic filing system on October, 16, 2009.

/s/Billy G. Leonard, Jr.
Billy G. Leonard, Jr.