Rudolf E. Mantel
Rudy Mantel and Associates, Inc.
6885 N.W. 12th Street
Plantation, FL 33313
(954) 792-5703
rmantel@comcast.net

**FILED**
OCT 22 2009
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: | Case No. 08-36705 |
| SUPERIOR AIR PARTS, INC., | Chapter 11 |
| Debtor. | |

### NOTICE OF WITHDRAWAL OF CLAIM NO. 101 FILED BY RUDY MANTEL AND ASSOCIATES, INC.

Please take notice that Rudy Mantel and Associates, Inc. hereby withdraws Claim No. 101 in the amount of $2,159.30 filed on or about February 5, 2009.

Respectfully submitted,

*/s/ R E Mantel*
Rudolf E. Mantel
Rudy Mantel and Associates, Inc.
6885 N.W. 12th Street
Plantation, FL 33313
(954) 792-5703
rmantel@comcast.net