**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

October 19, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:    000001
Invoice Number: 23093451
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

<u>Re:  Committee Representation (Insolvency)</u>

| | |
|---|---:|
| TOTAL FEES ......................................................................................... $ | 6,304.00 |
| TOTAL EXPENSES.................................................................................. $ | 2,453.53 |
| TOTAL AMOUNT DUE............................................................................. $ | 8,757.53 |

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #:  23093451

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**Exhibit A**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

October 19, 2009

Mr. Ron Weaver, Chairman
**Official Committee of Unsecured Creditors**
**of Superior Air Parts, Inc.**
**1365 Park Lane South**
**Jupiter, FL 33458**

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number: 000001
Invoice Number: 23093451
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

**RE: Committee Representation (Insolvency)**

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/18/09 | Parham | Conference with Debtor's counsel and attend hearing on motion for fee procedures (1.3); attempt to contact TAG counsel (.1). | 1.4 |
| 05/18/09 | Schuler | Compilation of materials to assist with preparation for hearing on professional compensation motion (0.2); reviewed weekly reports from debtor on current inventory and cash flow (0.2). | .4 |

Exhibit A

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093451

October 19, 2009  
Matter Number: 000001  
Page 2

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/19/09 | Schuler | Reviewed proposed order on motion to resolve accounts receivable. | .2 |
| 05/20/09 | Schuler | Reviewed status report prepared by Lain Faulkner on current accounts receivables situation and other pending issues (0.2); exchanged e-mails from Debtor regarding monthly operating report (0.1). | .3 |
| 05/21/09 | Schuler | Reviewed documents and prior reports produced by Lain Faulkner with regard to competing plan options (0.5); telephone call with T. Gingerich regarding review of APS forecast (0.2); further attention to issues with debtor' plan and disclosure statement (0.6). | 1.3 |
| 05/27/09 | Parham | Review debtors's weekly cash report (.2) | .2 |
| 05/27/09 | Schuler | Reviewed status report from Lain Faulkner and forwarded to Committee (0.2); reviewed weekly reports on cash flow and inventory (0.2). | .4 |
| 05/29/09 | Schuler | Cursory review of fee application of Debtor's counsel. | .3 |
| 06/03/09 | Schuler | Reviewed weekly status report analyzing accounting issues (0.2). | .2 |
| 06/08/09 | Schuler | Exchanged e-mails with Debtor related to current cash position (0.2); reviewed weekly reports from K. Abercrombie regarding inventory (0.1). | .3 |
| 06/16/09 | Schuler | Reviewed weekly reports on cash flow and inventory (0.2); exchanged e-mails with T. Gingerich regarding same (0.1). | .3 |
| 06/17/09 | Schuler | Reviewed status report from lain faulkner and forwarded to committee. | .2 |
| 06/22/09 | Parham | Conference with Schuler regarding hearing (.4). | .4 |
| 06/22/09 | Schuler | Reviewed weekly reports of cash flow and inventory. | .2 |

**BAKER & McKENZIE**

Exhibit A

**BAKER & McKENZIE**

| Mr. Ron Weaver, Chairman | October 19, 2009 |
|---|---|
| Client Number: 24227484 | Matter Number: 000001 |
| Invoice Number: 23093451 | Page 3 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/23/09 | Parham | Conferences with Schuler regarding court filings and issues related thereto(.3); e-mail exchange with committee accountants regarding AR issues (.1). | .4 |
| 06/23/09 | Schuler | Exchanged e-mails concerning certain delinquent accounts receivables owing to Debtor (0.2); exchanged e-mails with counsel for large unsecured creditor regarding case status (0.2). | .4 |
| 06/26/09 | Parham | Telephone conference with S Thomas regarding status (.1). | .1 |
| 06/30/09 | Schuler | Reviewed multiple orders granting stay relief motions (0.1); reviewed debtor's latest monthly operating report (0.2); coordinated with W. Wheeler in review of amended schedules (0.2); review of certain aspects of amendments to Schedules and spoke with Debtor's counsel regarding same (0.7). | 1.2 |
| 07/01/09 | Schuler | Reviewed amended schedules and prepared memorandum regarding same (1.3); reviewed weekly reports from Debtor on cash and inventory (0.2). | 1.5 |
| 07/02/09 | Schuler | Reviewed proposed revisions to order lifting stay for Whitefield, Hughes, Reser, Kirkwood and Zadow Plaintiffs and advised with comments. | .2 |
| 07/08/09 | Parham | Review of e-mail and conference with Schuler regarding status, strategy. | .6 |
| 07/16/09 | Wheeler | Review Court's docket regarding motion to approve solicitation letter and conference with Court regarding notice of hearing; prepare notice of hearing; file and serve same. | 1.6 |
| 07/29/09 | Parham | Telephone conference with creditor who called for information on case. | .1 |

**Exhibit A**

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093451  

October 19, 2009  
Matter Number: 000001  
Page 4

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/03/09 | Schuler | Reviewed weekly updates of cash flow and inventory. | .2 |
| 08/05/09 | Schuler | Telephone call with T. Gingerich regarding current financials (0.1); review of updated calculations on creditor recoveries (0.2). | .3 |
| 08/12/09 | Parham | Review of claim objections filed by debtor (.1); conference with Schuler regarding status and leave message for Lain Faulkner regarding need to follow up with Kent Abercombie on open PO issue (.2). | .3 |
| 08/13/09 | Parham | Receipt of phone call from counsel to party in interest regarding case. | .3 |
| 08/18/09 | Schuler | Reviewed weekly updates of cash position and current inventory. | .1 |
| 08/31/09 | Schuler | Reviewed debtor's latest monthly operating report. | .2 |
| 09/07/09 | Parham | E-mail to LA to calendar hearings. | .1 |
| 09/08/09 | Wheeler | Review Court's docket for upcoming deadlines and hearings; calendar same. | 2.7 |
| 09/09/09 | Parham | Review closing statement and e-mail exchange with T. Gingerich regarding same, establishment of trust. | .2 |

Total Fees:   $   6,304.00

**SUMMARY OF FEES:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David W. Parham | 4.1 | 555.00 | $ 2,275.50 |
| Elliot D. Schuler | 8.2 | 410.00 | 3,362.00 |
| Wendi J. Wheeler | 4.3 | 155.00 | 666.50 |
| | | Total: | $ 6,304.00 |

Exhibit A

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093451

October 19, 2009  
Matter Number: 000001  
Page 5

**SUMMARY OF EXPENSES:**

| Description | Amount |
|---|---:|
| Telephone | $ 47.69 |
| Photocopies | 240.92 |
| Postage | 3.56 |
| Transportation - Local | 121.69 |
| Courier/Messenger Service | 334.72 |
| Travel - Out-of-Town | 38.00 |
| Temporary Agency | 189.70 |
| Meals & Travel - Non-Local | 296.16 |
| Outside Information Services | 588.31 |
| Facsimile | 4.18 |
| Court Reporters | 588.60 |
| **Total Expenses:** | **$ 2,453.53** |

**Total Fees and Expenses for Committee Representation (Insolvency):**　　$　8,757.53

**TOTAL FEES:**　　$　6,304.00  
**TOTAL EXPENSES:**　　$　2,453.53  
**TOTAL AMOUNT DUE:**　　$　8,757.53

**Exhibit A**