**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

October 19, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:    000003
Invoice Number: 23093452
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

### Re:  Employment and Fee Applications

TOTAL FEES ............................................................................................$     8,171.50

TOTAL EXPENSES..................................................................................$       250.98

TOTAL AMOUNT DUE.............................................................................$     8,422.48

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions: Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #:  23093452

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**Exhibit B**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

October 19, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number:  24227484
Matter Number:     000003
Invoice Number: 23093452
IRS#:  36-2137456

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

RE: Employment and Fee Applications

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/16/09 | Schuler | Continued preparation of first fee application; | 1.1 |
| 05/18/09 | Schuler | Continued preparation of fee applications and related exhibits for both Baker McKenzie and Lain Faulkner for all services to date; | 2.9 |

Exhibit B

**BAKER & McKENZIE**

| | | | |
|---|---|---|---|
| Mr. Ron Weaver, Chairman | | | October 19, 2009 |
| Client Number: 24227484 | | | Matter Number: 000003 |
| Invoice Number: 23093452 | | | Page 2 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/19/09 | Schuler | Telephone call with T. Gingerich regarding certain costs on bills and related items to fee statements (0.2); finalized draft versions of fee applications for Baker & McKenzie and Lain Faulkner for services rendered in case to date and forwarded same for review (2.0); | 2.2 |
| 05/20/09 | Parham | Review and comment on fee application | .3 |
| 05/20/09 | Schuler | Reviewed executed verification from Lain Faulkner in support of fee application (0.1); revision of fee applications for Baker McKenzie and Lain Faulkner and prepared summary exhibits for each application (3.3); | 3.4 |
| 05/21/09 | Parham | Review and comment on revised fee application. | .6 |
| 05/21/09 | Schuler | Coordinate with Lain Faulkner in finalizing their fee application; | .5 |
| 05/22/09 | Parham | Review and finalize fee application | .5 |
| 05/22/09 | Wheeler | Finalize interim fee application and file and serve same. | 3.0 |
| 05/26/09 | Schuler | Reviewed e-mail from chambers regarding filed fee application and forwarded to W. Wheeler for compliance (0.1); reviewed final versions of filed application for Lain Faulkner and related hearing notices(0.2); | .3 |
| 05/26/09 | Wheeler | Revise and file Lain Faulkner's fee application and serve same; forward copies of both fee applications to Court. | 1.4 |
| 06/23/09 | Schuler | Preparation of Certificates of no objections for Baker and Lain Faulkner Fee Applications and arranged for filing of same (0.4); preparation of proposed orders for both Baker fee application and Lain Faulkner fee application (0.4); | .8 |
| 06/24/09 | Parham | Prepare for fee application hearing(.4); attend hearing(1.5) | 1.9 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093452  

October 19, 2009  
Matter Number: 000003  
Page 3

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/24/09 | Schuler | Preparation of outline for hearing on applications to approve fees of Baker McKenzie and Lain Faulkner (1.3); revision and uploading of orders approving same, with court modifications, and sent e-mail to court clerk advising of same (0.8); | 2.1 |
| 06/26/09 | Adams | Review docket for signed Orders Granting Compensation for Lain Faulkner and Baker & McKenzie and PDF to David Parham (.30). | .3 |
| 06/26/09 | Schuler | Reviewed orders approving fee applications; | .1 |
| 06/26/09 | Wheeler | Several conferences with Court regarding fee application orders. | .3 |
| 06/29/09 | Wheeler | Forward copies of fee application and exhibits. | .4 |

**Total Fees:** $ 8,171.50

**SUMMARY OF FEES:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Mari L. Adams | .3 | 185.00 | $ 55.50 |
| David W. Parham | 3.3 | 555.00 | 1,831.50 |
| Elliot D. Schuler | 13.4 | 410.00 | 5,494.00 |
| Wendi J. Wheeler | 5.1 | 155.00 | 790.50 |
| | | **Total:** | $ 8,171.50 |

**SUMMARY OF EXPENSES:**

| Description | Amount |
|---|---|
| Photocopies | $ 107.16 |
| Postage | 10.15 |

Exhibit B

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | October 19, 2009 |
| Client Number: 24227484 | Matter Number: 000003 |
| Invoice Number: 23093452 | Page 4 |

| | | |
|---|---|---|
| Outside Information Services | 22.16 | |
| Outside Copy Service | 111.51 | |
| | **Total Expenses:** | $ 250.98 |
| | | |
| **Total Fees and Expenses for Employment and Fee Applications :** | $ | 8,422.48 |
| | **TOTAL FEES:** | $ 8,171.50 |
| | **TOTAL EXPENSES:** | $ 250.98 |
| | **TOTAL AMOUNT DUE:** | $ 8,422.48 |

**Exhibit B**