**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

October 19, 2009

Mr. Ron Weaver, Chairman
**Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.**
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:    000005
Invoice Number: 23093457
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

**Re: Claims Analysis**

**TOTAL FEES** ....................................................................................................... $    17,739.00

**TOTAL AMOUNT DUE** ....................................................................................... $    17,739.00

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions: Include Registration/Matter Number, Invoice Number, Attorney Name

RE: Invoice #: 23093457

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**Exhibit C**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

October 19, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:      000005
Invoice Number: 23093457
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

## RE: Claims Analysis

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/18/09 | Schuler | Sent e-mail to Debtor's counsel requesting payment history for TAG unsecured note (0.1); reviewed Statement of Financial Affairs regarding payments made to creditors and insiders (0.3). | .4 |
| 05/19/09 | Schuler | Exchanged e-mails with Debtor's counsel regarding payment history on unsecured loan from Thielert AG and reviewed payment history. | .2 |

Exhibit C

**BAKER & MCKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093457

October 19, 2009  
Matter Number: 000005  
Page 2

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/20/09 | Parham | Review and analysis of ability to bring state law preference/fraudulent conveyance claim claim against Thielert AG. | .6 |
| 05/20/09 | Schuler | Reviewed statutory provisions and related law with regard to avoidance of transfers made to insiders. | .5 |
| 05/27/09 | Parham | Review of updated claim numbers (.2). | .2 |
| 05/27/09 | Schuler | Reviewed correspondence with insurance carriers and reviewed cases cited therein and performed additional related research (1.5); telephone call with R. Franke regarding potential proposal for personal injury claimants (0.2). | 1.7 |
| 05/28/09 | Schuler | Exchanged emails with Debtor's counsel and APS, and spoke with same, regarding pending hearing on stay relief from wrongful death claimants and positions on same. | .3 |
| 05/29/09 | Parham | Conference with Schuler regarding revisions to TAG suit and strategy with respect to same. | .3 |
| 05/29/09 | Schuler | Exchanged e-mails with Debtor regarding claim objections. | .3 |
| 06/01/09 | Schuler | Telephone call with R. Franke regarding potential resolution with wrongful death claimants and reviewed related emails (0.3); preparation for and attendance at hearing on motion for relief from saty (1.2); brief conferences with counsel for APS, debtor and carriers after hearing (0.3); brief strategy session with D. Parham regarding whether to initiate proceedings against TAG and status of negotiations (0.2). | 2.0 |

Exhibit C

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093457

October 19, 2009  
Matter Number: 000005  
Page 3

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/02/09 | Schuler | Exchanged emails regarding agreement with additional wrongful death claimants to be heard today and confirmed with counsel for same (0.2); attended hearing on second set of wrongful death claimants (1.0). | 1.2 |
| 06/05/09 | Schuler | Exchanged emails with Debtor and TAG regarding settlement conference and exchanged further emails with debtor analyzing APS deal. | .4 |
| 06/06/09 | Schuler | Reviewed article discussing lawsuit brought by TAG against Mayer Brown and exchanged e-mails related to same. | .3 |
| 06/07/09 | Parham | Review article on TAG claim against Mayer Brown (.1). | .1 |
| 06/09/09 | Schuler | Reviewed proposed agreed order lifting stay for Cherry/Desch Plaintiffs. | .2 |
| 06/10/09 | Schuler | Reviewed proposed order on Henderson wrongful death claimant and related emails. | .2 |
| 06/11/09 | Schuler | Reviewed e-mail from TAG regarding terms of proposed resolution (0.1). | .1 |
| 06/16/09 | Schuler | Reviewed further revisions to agreed orders on wrongful death claimants motions to lift stay and advised with approval. | .2 |
| 06/17/09 | Parham | Draft stipulation related to Thielert AG. | .4 |
| 06/17/09 | Schuler | Preparation of stipulation with Debtor and TAG for filing in pending adversary (0.4); reviewed e-mails concerning potential resolution of claims with TAG (0.2). | .6 |
| 06/18/09 | Parham | Work on Thielert stipulation (.4); exhange e-mail with counsel for Thielert AE regarding their stipulation with APS and to determine if agreement is good for all (.2). | .6 |
| 06/21/09 | Parham | Review adversary to insure stipulation filed, e-mail to Schuler regarding tomorrow's hearing and e-mail to debtor's counsel regarding status. | .3 |

**BAKER & McKENZIE**

Exhibit C

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093457

October 19, 2009  
Matter Number: 000005  
Page 4

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/22/09 | Parham | Receipt of e-mail regarding AR issue and respond to financial advisors regarding same. | .1 |
| 06/22/09 | Schuler | Reviewed application for administrative expense claim filed by Genessee Stamping (0.2); reviewed e-mails from debtor regarding customers requesting discount on payable owing (0.2); preparation for and participation in hearing on motion for summary judgment in Thielert adversary (1.6). | 2.0 |
| 06/25/09 | Schuler | Exchanged e-mails with D. Brescia regarding claim of TAE (0.1); research and review of case law discussing objections to inside claims (1.4). | 1.5 |
| 06/26/09 | Parham | Email exchange with debtor's counsel regarding insurance claims. | .1 |
| 06/26/09 | Schuler | Reviewed e-mails concerning claims of insurers and status of pending suits. | .2 |
| 06/30/09 | Wheeler | Research amended and original schedules for specific changes. | 2.0 |
| 07/06/09 | Schuler | Reviewed emails confirming final language for lift stay order (0.2); sent e-mail to counsel for TAE regarding proposed resolution of claims (0.3). | .5 |
| 07/08/09 | Parham | Review of amended schedules (.2). | .2 |
| 07/10/09 | Schuler | Left voice message for counsel for TAE (0.1); telephone call with T. Gingerich (0.2). | .3 |
| 07/13/09 | Schuler | Telephone call with counsel for TAE. | .2 |
| 07/14/09 | Schuler | Telephone call and subsequent e-mail exchange with counsel for TAE regarding compromise proposal and threat of litigation. | .4 |
| 07/15/09 | Parham | Review and revision of TAE Rule 11 agreement. | .2 |

**Exhibit C**

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093457

October 19, 2009  
Matter Number: 000005  
Page 5

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/15/09 | Schuler | Telephone call with counsel for TAE confirming agreement for treatment under plan and reviewed charts regarding potential claims for any postpetition liabilities and exchanged emails with Debtor regarding same (0.5); exchanged emails and spoke with debtor's counsel regarding proposed Rule 11 agreement and reached agreement on terms of same after initial review and revision with additional terms (0.7). | 1.2 |
| 07/16/09 | Schuler | Telephone call with Debtor's counsel finalizing agreement with TAE and reviewed related e-mails. | .3 |
| 07/16/09 | Schuler | Subsequent call with T. Gingerich and Debtor's counsel regarding specific claims and impact on representation (0.4); subsequent telephone calls with T. Gingerich and review of analysis of variables related to recovery to unsecured creditors (0.6). | 1.0 |
| 07/17/09 | Schuler | Reviewed emails confirming resolution with TAE and reviewed executed agreement (0.1). | .1 |
| 07/24/09 | Schuler | Attention to claims made by certain types of creditors. | .3 |
| 07/27/09 | Schuler | Attention to one of the largest unsecured claims and exchanged emails with counsel for same. | .3 |
| 07/28/09 | Schuler | Reviewed proposed objection to certain claim made against estate. | .2 |
| 07/29/09 | Schuler | Exchanged emails with counsel for TAE. | .2 |
| 07/30/09 | Schuler | Reviewed e-mail on proposed objection and reviewed same (0.2); telephone call with counsel for mahle regarding plan process (0.1). | .3 |
| 08/04/09 | Parham | Review adversary filed by APS against TAG and TAE, respond to query from committee member regarding same and e-mail debtor's counsel regarding same. | .5 |

**BAKER & McKENZIE**

Exhibit C

**BAKER & MCKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093457

October 19, 2009  
Matter Number: 000005  
Page 6

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/04/09 | Schuler | Initial review of adversary proceeding commenced by APS against TAE and TAG and exchanged emails with Debtor's counsel regarding same (0.3); initial research and review of case law regarding compromises of claim objections (1.2). | 1.5 |
| 08/12/09 | Schuler | Attention to issues with TAG Litigation (0.2); review of all claim objections filed by Debtor in past day (0.3). | .5 |
| 08/14/09 | Parham | Conference with Schuler regarding subordination cases (.3). | .3 |
| 08/14/09 | Schuler | Second telephone call with T. Gingerich regarding open purchase order claims and exchanged multiple emails and had telephone call with debtor's regarding lack of progress and communication on same (0.4); finalized research on creditor's subordination rights and mooting of same (2.5). | 2.9 |
| 08/14/09 | Swick | Research ability of Debtor to settle claim, which has been brought by creditor in adversary proceeding. | .8 |
| 08/18/09 | Schuler | Reviewed recent claim objections filed by debtor. | .2 |
| 08/19/09 | Schuler | Reviewed lengthy memorandum on claims against Thielert entities in light of APS lawsuit (0.5); reviewed response to claim objection filed by Maloney Bean (0.1). | .6 |
| 08/20/09 | Schuler | Sent emails to Debtor's counsel inquiring into lack of progress on open purchase order claims and reviewed response thereto (0.2). | .2 |
| 08/21/09 | Schuler | Prepared objection to claim filed by TAE and arranged for filing of same. | 1.3 |
| 08/21/09 | Wheeler | File and serve objection to TAE's claim (1.1). | 1.1 |

**BAKER & MCKENZIE**

**Exhibit C**

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093457

October 19, 2009  
Matter Number: 000005  
Page 7

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/24/09 | Parham | Conference with Swick regarding motion to designate votes of TAG and TAE (.3). | .3 |
| 08/25/09 | Parham | Telephone conference with T Archer and C Dedmon regarding Zanzhi open purchase orders(.3). | .3 |
| 08/31/09 | Parham | Review status of case, claim objections, creditors trust and consider steps needed post confirmation to transition (1.5); conference with Schuler regarding same (.5). | 2.0 |
| 08/31/09 | Schuler | Strategy session on confirmation and claims review (0.3); reviewed e-mail and facsimile from claims purchaser regarding acquired claims and reviewed docket sheet for assignments of same (0.3); exchanged emails with M. Reynolds regarding claims analysis and subsequent call with same (0.3); compilation and review of all pending claim objections and calendered same (1.1); attention to all executory contacts rejected by Debtor and potential related claims and prepared chart summarizing same (1.4). | 3.4 |
| 09/03/09 | Schuler | Strategy session regarding claims issues (0.2); left voice message for Mahle regarding being trust advisor (0.1); reviewed claims register and certain proofs of claim for potential claims already filed by holders of rejected contacts (1.0). | 1.3 |
| 09/04/09 | Schuler | Initial research and review of case law discussing application of cap on damages for rejection claims under section 502(b)(6). | 1.9 |
| 09/08/09 | Schuler | Reviewed claim summaries from debtor's counsel. | .2 |
| 09/09/09 | Schuler | Reviewed emails from Debtor and Trustee regarding preparation of claims analysis. | .2 |

**BAKER & McKENZIE**

Exhibit C

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093457

October 19, 2009  
Matter Number: 000005  
Page 8

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/10/09 | Schuler | Telephone call with T. Gingerich regarding claims analysis (0.2). | .2 |
| 09/11/09 | Schuler | Reviewed docket sheet for responses to pending claim objections. | .2 |
| 09/23/09 | Schuler | Reviewed certificates of no objection to certain claim objections and noted related claims; attention to claim of Maloney Bean. | .3 |
| 09/25/09 | Schuler | Reviewed Zanzi's objection to notice of rejection of executory contracts (0.2). | .2 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David W. Parham | 6.5 | 555.00 | $ 3,607.50 |
| Elliot D. Schuler | 32.7 | 410.00 | 13,407.00 |
| Randall A. Swick | .8 | 305.00 | 244.00 |
| Wendi J. Wheeler | 3.1 | 155.00 | 480.50 |
| | | Total: | $ 17,739.00 |

**TOTAL AMOUNT DUE:** $ 17,739.00

Exhibit C