**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093453

October 19, 2009  
Matter Number: 000006  
Page 8

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/09/09 | Parham | Prepare for and meet with debtor and TAG to negotiate terms of plan and settlement(4.0) telephone conference with APS counsel (.4). | 4.4 |
| 06/09/09 | Schuler | Telephone call with D. Brescia regarding proposed bid procedures (0.3); telephone call with S. Roberts in advance of settlement conference with Debtor and TAG (0.3); preparation for and attendance at meeting with Debtor and TAG to resolve pending issues and potentially submit proposed plan and had conferences with committee members throughout regarding same (4.1). | 4.7 |
| 06/10/09 | Parham | E-mail to TAG counsel regarding deal(.4); meet with APS(2.0). | 2.4 |
| 06/10/09 | Schuler | Meeting with representatives of APS to further negotiate plan terms (2.0); exchanged e-mails with Debtor's counsel regarding same and status of plan documents (0.3); reviewed e-mails with counsel for TAG confirming terms of potential resolution (0.1); reviewed multiple spreadsheets from financial advisors analyzing recovery scenarios given potential resolution with TAG (0.5). | 2.9 |
| 06/11/09 | Parham | Telephone conference with S. Roberts (.3); conference with Schuler regarding status, modifications (.2); conference with APS counsel regarding bid procedures, plan issbill} second telephone conference with APS counsel regarding bid procedures, plan issues (.3); conference call regarding plan modifications (1.0); review and analysis of bid procedures (.6). | 2.3 |

Exhibit D

**BAKER & MCKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093453

October 19, 2009  
Matter Number: 000006  
Page 9

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/11/09 | Schuler | Telephone call with D. Brescia regarding reworking of bid procedures (0.4); telephone call with debtor's counsel regarding plan issues (0.3); extensive review of bid procedures and prepared markup of same (3.2); telephone call with counsel for APS regarding initial thoughts on bid procedures (0.2); conference call with Debtor and APS regarding provisions of proposed plan (1.0). | 5.1 |
| 06/12/09 | Parham | Review and revise proposed bid procedures. | 1.9 |
| 06/12/09 | Schuler | Reviewed latest version of revised bid procedures (0.3); reviewed e-mails from counsel for APS regarding proposed changes to plan documents (0.2). | .5 |
| 06/14/09 | Parham | E-mail regarding plan status. | .3 |
| 06/15/09 | Parham | Telephone conference with debtor's counsel regarding plan, bid procedures and new bidder (.5); review and revision of plan, bid procedures (.6). | 1.1 |
| 06/15/09 | Schuler | Multiple telephone calls with counsel for APS regarding plan documents (0.9); exchanged multiple emails with debtor regarding revisions engine transfer agreement, bid procedures and proposed Plan (0.5); reviewed policy provisions related to potential indemnity clause in transfer agreement (0.2); revised bid procedures and sent proposed revisions to all interested parties (1.2); lengthy conference call with debtor and APS regarding plan issues (1.4); second call with counsel for Debtor regarding bid procedures (0.3); further calls with APS regarding same (0.3); telephone call with S. Roberts regarding potential new investor and status of negotiations (0.2); further revision of bid procedures following discussions with debtor and APS (1.3). | 6.3 |

**BAKER & MCKENZIE**

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093453  

October 19, 2009  
Matter Number: 000006  
Page 10

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/16/09 | Parham | Telephone conference with debtor's counsel (.3); telephone conference with TAG counsel (.3); review and revision of plan and bid procedures (1.2); e-mail exchanges with counsel for debtor regarding various issues relating to bidding, plan and case status (.6). | 2.4 |
| 06/16/09 | Schuler | Reviewed Debtor's revisions to proposed Plan (0.9); telephone call with Debtor on proposed plan revisions (0.3); extensive revision of plan and sent to all parties (2.8); reviewed lengthy e-mail from Debtor's counsel regarding potential new purchaser and had conference call with Debtor regarding same (0.5); exchanged multiple e-mails with Debtor's counsel and TAG regarding revisions to proposed plan proposed by Committee and related plan items (0.4); further revision of bid procedures with focus on auction process and sent copies to all parties for review (0.8). | 5.7 |
| 06/17/09 | Parham | Telephone conference with committee accountants regarding proposal from Brantley (.2); prepare for call with TAG counsel (.2); telephone conference with APS counsel regarding status (.3); conference with Schuler regarding status (.3). | .8 |
| 06/17/09 | Parham | Telephone conference with TAG's counsel (.4); telephone call with S. Roberts (0.4); multiple telephone conference with APS bid (.08). | 1.6 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093453

October 19, 2009  
Matter Number: 000006  
Page 11

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/17/09 | Schuler | Reviewed comments from TAG to revised bid procedures (0.1); telephone call with counsel for APS regarding revisions made to bid procedures and plan (0.2); telephone call with S. Thomas and T. Gingerich regarding analysis of competing offers (0.2); reviewed e-mail from counsel form APS regarding withdrawal of offer and call with Debtor's counsel regarding same (0.2); call with D. Brescia regarding revision to bid procedures and plan in light of APS (0.5); reviewed motion to shorten time for disclosure statement (0.2); further review of emails regarding Brantley helicopters and related telephone call regarding potential negotiations with bankruptcy counsel (0.5). | 1.9 |
| 06/18/09 | Parham | Telephone conference with S Roberts regarding Brantley, revised plan (.7); meet with APS representatives regarding their continued interest, concerns over Brantley (1.7); conference with Schuler regarding same (.4). | 2.8 |
| 06/18/09 | Schuler | Reviewed summary of potential offer from Brantley Helicopters (0.5); telephone call with T. Gingerich regarding need for analysis of potential recovery under same (0.2); reviewed estimated analysis of recovery to unsecureds (0.2); reviewed e-mail from Debtor's principal and subsequently from Debtor's counsel regarding thoughts on whether to conduct auction (0.3); conferred briefly with D. Parham regarding renewed interest of APS (0.2); telephone call with S. Roberts regarding Committee thoughts on potential offer from Brantley (0.6); strategy session regarding issues raised by APS (0.2); initial review of proposed plan to be submitted by Brantley (0.7). | 2.9 |

**BAKER & McKENZIE**

Exhibit D

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23093453

October 19, 2009
Matter Number: 000006
Page 12

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/19/09 | Parham | Telephone conference with Steve Roberts (.4); telephone conferences with S. Thomas regarding Brantly (.5); telephone conference with APS counsel regarding claims and arrange to get claim analysis to them as prospective bidder (.3); review and revise draft plan (1.0); review and revise draft bid procedures (.6); e-mail exchange with S. Roberts regarding Brantly offer (.3). | 3.1 |
| 06/19/09 | Schuler | Review of revised plan and proposed bid procedures and related comments thereto (1.1); reviewed emails concerning update on Brantly as potential stalking horse bidder (0.2). | 1.3 |
| 06/22/09 | Parham | Review and revision of plan and bid procedures(1.5); telephone conference with counsel for potential acquirer(.3). | 1.8 |
| 06/22/09 | Schuler | Preparation for and participation in hearing on motion to shorten time for disclosure statement (2.2); reviewed official offer from Brantley International to purchase company (0.3); telephone call with T. Gingerich analyzing offer from Brantly (0.2); reviewed of revised plan with Brantly as stalking horse as well as related bid procedures (0.7); review of previously drafted creditors trust agreement for potential modifications (0.3). | 3.7 |
| 06/23/09 | Schuler | Final revisions of plan, disclosure statement and bid procedures and exchanged multiple e-mails with Debtor's counsel and counsel for TAG regarding same (3.9); exchanged e-mails concerning whether engine transfer agreement should be incorporated in plan (0.2). | 4.1 |
| 06/24/09 | Schuler | Review of all filed plan documents and sent copies of same to Committee members (0.5); sent e-mail to Debtor advising of need to generate notice of hearing for disclosure statement (0.1). | .6 |

**BAKER & McKENZIE**

Exhibit D

**BAKER & MCKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093453

October 19, 2009  
Matter Number: 000006  
Page 13

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/25/09 | Parham | Review APS objection to disclosure statement (.1); telephone conference with APS counsel who called regarding structure of Brantly deal and to discuss bid options (.6). | .6 |
| 06/25/09 | Schuler | Reviewed e-mails concerning Brantly questions on auction process (0.2); reviewed liquidation analysis supplemented to disclosure statement (0.2); exchanged messages with party interested in bidding (0.1); reviewed preliminary objection of APS to Disclosure Statement (0.2). | .7 |
| 06/26/09 | Parham | Telephone conference with counsel for Brantley regarding bid procedures issues (.3); e-mail debtor's counsel regarding same (.3). | .6 |
| 06/26/09 | Schuler | Exchanged multiple e-mails with debtor's counsel concerning auction procedures (0.2); reviewed e-mails with Brantly concerning same (0.2); exchanged e-mails regarding other potential interested bidders (0.1). | .5 |
| 06/30/09 | Parham | Conference with Schuler regarding plan and disclosure statement review (.2). | .2 |
| 06/30/09 | Parham | Telephone conference with D. Brescia regarding bid procedures and conference with Schuler regarding revision of engine transfer agreement (.2). | .2 |
| 06/30/09 | Schuler | Extensive review of disclosure statement for purposes of amending same for accuracy, and to resolve objections, prior to disclosure statement hearing (1.9); reviewed proposed revisions to bid procedures and comments from other counsel to same (0.3); exchanged e-mails with Debtor's counsel regarding motion to approve bid procedures and to clarify terms restricting engine transfer (0.6). | 2.8 |

Exhibit D

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093453

October 19, 2009  
Matter Number: 000006  
Page 14

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/01/09 | Parham | Review and comment on disclosure statement (1.3); telephone conference with D Brescia regarding engine transfer (.3); review and revise solicitation letter (.2). | 1.8 |
| 07/01/09 | Schuler | Two telephone calls with Debtor's counsel regarding revision to proposed bid procedures and reviewed proposed language for changes (0.9); initial preparation of solicitation letter to creditors for court approval (1.1). | 2.0 |
| 07/02/09 | Parham | Telephone conference with debtor's counsel regarding plan and disclosure statement issues (.4); review and finalize comments to disclosure statement (.2). | .6 |
| 07/02/09 | Schuler | Exchanged multiple e-mails with debtor's counsel and Brantly's counsel concerning revised disclosure statement and bid procedures (0.6); finalized proposed solicitation letter to creditors, forwarded same to Chairman for review and reviewed executed copy of same (0.4); preparation and filing of motion to approve solicitation letter and motion for expedited setting for same (1.4); reviewed revised disclosure statement after incorporating our changes and additional comments from Debtor (0.3). | 2.7 |
| 07/04/09 | Parham | Review revised disclosure statement. | .5 |
| 07/06/09 | Parham | Comment on disclosure comments from TAG (.4); attend disclosure statement hearing (3.0); telephone conference with TAG counsel regarding same (.1). | 3.5 |

**BAKER & McKENZIE**

Exhibit D