**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23093453

October 19, 2009
Matter Number: 000006
Page 15

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/06/09 | Schuler | Exchanged multiple e-mails with counsel for Debtor and TAG regarding disclosure statement revisions (1.1); conference call with counsel for TAG regarding certain language contained therein (0.3); reviewed objection by APS thereto (0.3); reviewed objection filed by Ace Grinding (0.2); preparation for and attendance at hearing on disclosure statement (2.9). | 4.8 |
| 07/07/09 | Parham | Telephone conference with Steve Roberts (.9); telephone conference with APS counsel regarding potential competing bid( .9) | 1.8 |
| 07/07/09 | Schuler | Attention to disclosure statement issues following hearing on same (0.5); conference call with debtor regarding disclosure statement modification(0.9). | 1.4 |
| 07/08/09 | Parham | Telephone conference with S Roberts (.5); telephone conference with APS counsel (.1). | .6 |
| 07/08/09 | Schuler | Research on issues related to confirmation requirements and class voting and prepared brief memoranda discussing findings as to same (1.4); exchanged emails with Debtor regarding need for review of disclosure statement in light of impending deadline (0.2); reviewed two versions of revised bid procedures to reflect deletion of asset portion of sale and to reflect whether an auction format was to be pursued (0.6); exchanged emails with financial advisors on analyses for revised disclosure statement (0.2); reviewed latest offer from APS and related emails (0.4). | 2.8 |

BAKER & McKENZIE

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23093453

October 19, 2009
Matter Number: 000006
Page 16

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/09/09 | Parham | Telephone conference with counsel for APS (.2); telephone conference with counsel for TAG (.3); e-mail exchange with Debtor's counsel regarding bid procedures (.3); telephone conference with Debtor's counsel regarding disclosure statement (.3); review of draft disclosure statement and provide comments (1.0) conference with Schuler regarding status, issues (.4). | 2.5 |
| 07/09/09 | Schuler | Exchanged multiple emails related to bid procedures and need for review of disclosure statement (0.3); multiple calls with debtor's counsel regarding revised bid procedures and liquidation analysis (0.5); multiple telephone calls with T. Gingerich regarding alternative scenarios comparing liquidation analysis to Brantly plan and reviewed various spreadsheets regarding same (0.7); initial review of draft of revisions to liabilities section of disclosure statement (0.3); cursory review of revised disclosure statement for problem areas and had lengthy call with debtor regarding issues with same, and comments from judge at prior hearing (2.2); reviewed emails regarding overhauling bid procedures to forego auction format (0.3). | 4.3 |
| 07/10/09 | Parham | Telephone conference with Debtor's counsel regarding bid procedures, Brantly (.4). | .4 |
| 07/10/09 | Parham | Review new offer from APS and receipt of telephone call from their counsel (.3); review revised bid procedure language and e-mail exchanges related to same (.2). | .5 |

**BAKER & MCKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23093453

October 19, 2009
Matter Number: 000006
Page 17

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/10/09 | Schuler | Reviewed filed amended plans and disclosure statements and marked up with comments (2.5); exchanged emails related to final language for bids procedures with focus on deposit and reviewed finalized bid procedures and spoke with Debtor's counsel regarding minor modifications to same (0.3). | 2.8 |
| 07/13/09 | Parham | Telephone conference with Debtor's counsel( 1.0); e-mail to Hong Kong office regarding issues related to ability of Chinese to buy US assets(.2); review revised plan and disclosure statement(1.5). | 2.7 |
| 07/13/09 | Parham | Telephone conference with Buzz Rochelle regarding potential new purchaser. | .5 |
| 07/13/09 | Schuler | Strategy session related to upcoming hearings (0.2); reviewed objection field by APS to disclosure statement (0.2); two telephone calls with T. Gingerich regarding analysis of Brantly offer compared to liquidation analysis (0.4); telephone call with debtor regarding recent issues with Brantly and upcoming hearing (1.0); second telephone call with D. Brescia regarding revisions needed to amended plan and disclosure statement (0.7). | 2.5 |
| 07/14/09 | Lau | Attend to e-mail request from David Parham enquiring about commitment letters from Chinese banks, LC and requirement of bankruptcy order for acquiring insolvent US company; instructions to Stanley Zhou and review and revise draft advice. | 1.2 |
| 07/14/09 | Parham | Telephone conference with Schuler regarding hearing (.2); telephone conference with Roberts regarding same (.2); e-mail exchange related to changes to Brantly LOI (.2); telephone conference with Schuler regarding how hearing turned out (.2). | .8 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23093453

October 19, 2009
Matter Number: 000006
Page 18

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/14/09 | Schuler | Exchanged multiple emails related to proposed amendment to letter of intent and agreement ultimately reached as to same (0.4); telephone call from T. Gingerich regarding analysis prepared and review of related spreadsheets analyzing recovery to creditors under various scenarios (0.4); reviewed APS objection to bid procedures (0.2); prepare for and attend hearings on motion to approve bid procedures and disclosure statement (2.5); meeting regarding APS proposal to Brantly and follow up meetings with debtor and Brantly regarding same (3.0). | 6.5 |
| 07/14/09 | Tang | Attend to email from David Parham. | .1 |
| 07/15/09 | Parham | Conference with Schuler regarding case status, strategy after hearing and meeting between APS and Brantly. | .8 |
| 07/15/09 | Parham | Receipt of call from APS counsel regarding bid procedures. | .2 |
| 07/15/09 | Parham | Review and comment on disclosure statement. | 1.3 |
| 07/15/09 | Schuler | Strategy session related to hearings on disclosure statement and bid procedures, timeframe for remaining matters in case and APS proposal to Brantly (0.8); reviewed Debtor's revised disclosure statement, compared comments with D. Parham and prepared redline of comments to same and forwarded back to Debtor for review (2.2). | 3.0 |
| 07/16/09 | Parham | Telephone conference with APS counsel regarding certificate of conference (.1); conference with Schuler regarding APS plan, strategy and his review of disclosure statement modifications (.4); telephone conference with debtor's counsel regarding status, strategy (.4); review Rule 11 letter with APS (.1); review motions filed by APS and e-mail to committee regarding same (.3). | 1.3 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23093453

October 19, 2009
Matter Number: 000006
Page 19

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/16/09 | Schuler | Initial review of Disclosure Statement and Plan filed by APS (1.2); telephone call with T. Gingerich regarding projected calculations for disclosure statement representation (0.2); coordinated scheduling of hearing on motion to approve solicitation letter and exchanged emails with Debtor regarding same (0.2); further revisions and negotiations regarding final language for joint plan and joint disclosure statement and related emails (1.9). | 3.5 |
| 07/17/09 | Parham | Telephonic court hearing on APS disclosure statement and plan(.6); review Maloney Bean motion related to insurance and Debtor's response(.2). | .8 |
| 07/17/09 | Parham | Review and revision of plan (.5); two telephone conferences with APS counsel suggesting changes in their approach (.5); conference with Schuler regarding strategy, status (.3); telephone conference with Debtor's counsel (.2). | 1.5 |
| 07/17/09 | Schuler | Multiple telephone calls with T. Gingerich regarding claim numbers and need for analysis (0.3); conference call with Debtor's counsel and T. Gingerich regarding same and negotiations of liquidation analysis section of disclosure statement (0.4); exchanged emails regarding final issues for resolution with Brantly (0.2); exchanged emails with all parties in interest regarding court call (0.1); conference call with D. Brescia regarding our final revisions to plan (0.4); final review of creditors trust agreement (0.4); telephonic court hearing with judge Houser regarding filings by APS (0.5); final review of plan and disclosure statement prior to filing to ensure all changes incorporated (0.5); two telephone calls with T. Gingerich regarding analysis needed of APS plan (0.3). | 2.7 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23093453

October 19, 2009
Matter Number: 000006
Page 20

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/18/09 | Parham | Review APS plan and disclosure statement (1.6); telephone conference with APS counsel who called regarding committee position, and to discuss various issues related to their plan (.7); telephone conference with TAG counsel (.3). | 2.6 |
| 07/18/09 | Schuler | Detailed review of plan and disclosure statement filed by APS (1.5); telephone calls with T. Gingerich regarding additional scenarios under APS plan and need for analysis and reviewed scenarios after they were formulated (0.4). | 1.9 |
| 07/19/09 | Parham | Analysis of recoveries under TAG plan. | 1.0 |
| 07/19/09 | Schuler | Strategy session regarding APS plan and disclosure statement and reviewed alternative scenarios for potential recovery in conjunction therewith. | .5 |
| 07/20/09 | Parham | E-mail Brantly counsel regarding meeting with committee chair (.1); e-mail to court regarding committee position on APS motions to dual track plans (.3); receipt of call from APS' counsel (.5). | .9 |
| 07/20/09 | Schuler | Reviewed redlined version of bid procedures compared to version before last hearing (0.3); reviewed proposed ballot, exchanged emails with Debtor regarding same, and made revisions thereto (0.4). | .7 |
| 07/21/09 | Parham | Review new language in disclosure statement regarding Brantly funding (.2); telephone conference with S Roberts (.5). | .7 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman                                   October 19, 2009
Client Number: 24227484                              Matter Number: 000006
Invoice Number: 23093453                                         Page 21

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/21/09 | Schuler | Reviewed APS' latest objection to Disclosure Statement (0.2); exchanged emails with Debtor's counsel related to ballot and other plan issues (0.1); reviewed proposed insert to disclosure statement on funding (0.2); reviewed e-mail from Chinese practitioners regarding procedure for obtaining funds from China for US ventures (0.2); reviewed prior proposed solicitation letter and exchanged emails with Debtor regarding comments to same (0.3); reviewed proposed insert discussing competing bids (0.1). | 1.1 |
| 07/22/09 | Evans | File and serve Notice of Amended Exhibit, discuss same with E. Schuler. | .7 |
| 07/22/09 | Schuler | Reviewed executed copy of Stock Purchase Agreement by Brantly and related emails from Debtor's counsel (0.2); forwarded proposed solicitation letter to parties in interest for possible objection (0.2); reviewed redline of amended plan and disclosure statement to satisfy objections of APS and related emails between parties and Court clerk (0.5); preparation of Notice of amended exhibit and arranged for filing and service (0.4); preparation for hearings (0.5). | 1.8 |
| 07/23/09 | Schuler | Preparation for and attendance at hearing on approval of bid procedures, disclosure statement and solicitation letter and follow up conferences with counsel for Debtor and Brantly following same (1.8); prepared order approving motion to approve solicitation letter and arranged for uploading with the Court (0.4); exchanged emails with Debtor's counsel regarding solicitation package (0.2). | 2.4 |
| 07/23/09 | Wheeler | Upload proposed order regarding solicitation motion. | .3 |

**BAKER & M^cKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | October 19, 2009 |
| Client Number: 24227484 | Matter Number: 000006 |
| Invoice Number: 23093453 | Page 22 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/30/09 | Parham | Telephone conference with Debtor's counsel regarding plan, case issues (.3); conference with Schuler regarding APS solicitation of committee member (.2). | .5 |
| 08/05/09 | Parham | Review revised forecast for purchase price adjustment and e-mail to Tom Gingrich regarding same. | .2 |
| 08/05/09 | Schuler | Reviewed e-mail from Debtor's counsel regarding thoughts on APS' amended plan and potential objections to same (0.1); initial review of amended plan and disclosure statement filed by APS (1.1); reviewed e-mail from counsel for third party litigant regarding plan status (0.1). | 1.3 |
| 08/06/09 | Parham | Review of amended APS plan and disclosure statement and e-mail to Schuler regarding same. | .6 |
| 08/06/09 | Schuler | Continued review of plan and disclosure statement filed by APS and initial preparation of objection thereto. | 4.1 |
| 08/06/09 | Schuler | Continued preparation of objection to APS Disclosure Statement. | 1.5 |
| 08/07/09 | Parham | Review analysis on amended APS plan. | .2 |
| 08/09/09 | Parham | Conference with Schuler regarding draft objections to APS amended disclosure statement and preparation for confirmation hearing. | .5 |
| 08/09/09 | Schuler | Finalized draft of objection to APS Disclosure Statement. | 3.7 |
| 08/10/09 | Parham | Review and revise objections to APS Disclosure Statement (1.4); briefly review debtor's objections (.2). | 1.6 |
| 08/10/09 | Parham | Conference with Schuler regarding things to be done, appointing trust advisors, following up on voting, connecting with Brantly etc (.3). | .3 |

**Exhibit D**