**BAKER & MCKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093453  

October 19, 2009  
Matter Number: 000006  
Page 23

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/10/09 | Schuler | Reviewed comments to proposed objection, prepared revision to same, finalized same and arranged for filing and service (1.4); reviewed Debtor's objection to disclosure statement filed by APS (0.4). | 1.8 |
| 08/11/09 | Parham | Telephone conference with Tom Tong, counsel for Brantly regarding outstanding POs, other issues. | .6 |
| 08/11/09 | Parham | Review debtor's objection to APS disclosure statement. | .3 |
| 08/11/09 | Parham | Telephone conference with Chester Solomon regarding case status. | .4 |
| 08/12/09 | Parham | Telephone conference with Debtor's counsel regarding APS bid and review of same (.8); review e-mail from Debtor's counsel and respond to same regarding strategy with respect to APS (.5); e-mail exchange with Debtor regarding APS bid (.3). | 1.6 |
| 08/12/09 | Schuler | Review of APS bid for equity and exchanged multiple emails with Debtor's counsel, and counsel for TAG regarding same (0.3); exchanged multiple mails with parties in case regarding bid notice and whether APS bid was a qualified bid or would be selected as backup bid (0.2). | .5 |
| 08/13/09 | Parham | Telephone conference with Tom Gingrich regarding SAP progress on POs and depo notice (.2); telephone conference with TAG counsel (.3); telephone conference with debtor's counsel and TAG counsel regarding APS bid (.7). | 1.3 |

**BAKER & MCKENZIE**

Exhibit D

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman
Client Number: 24227484
Invoice Number: 23093453

October 19, 2009
Matter Number: 000006
Page 24

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/13/09 | Schuler | Exchanged multiple emails on bid submitted by APS and whether to use same as backup bid (0.2); reviewed multiple deposition notices filed by APS (0.3); conference call with counsel for TAG regarding same (0.3); conference call with Debtor's counsel and counsel for TAG regarding bids received and selection of winning bid and thoughts on whether to select backup bid (0.7); reviewed emails on proposed letter to bidders and advised with comments (0.2); reviewed emails between Debtor and APS concerning qualification as potential backup bid (0.1); reviewed emails regarding potential deposition of APS principal (0.1). | 1.9 |
| 08/14/09 | Parham | Review pleadings filed by APS and discuss same, and case status with Schuler (.5). | .5 |
| 08/14/09 | Schuler | Telephone call with T. Gingerich regarding deposition notice (0.2); further attention to issues raised by APS by filing of bid and related discovery tactics (0.4); reviewed e-mail from APS regarding potential filing of motion to show cause and reviewed Debtor's initial reaction thereto (0.3); exchanged multiple emails regarding same (0.3); review of emergency motion and noted comments to same (0.4); review response of APS to disclosure statement objections (0.3). | 1.9 |
| 08/16/09 | Parham | Review APS response to objections to disclosure statement. | .5 |
| 08/17/09 | Parham | Conference with Schuler regarding discovery (.2); telephone conference with APS counsel regarding same (.2). | .4 |
| 08/17/09 | Schuler | Review of financial projections and calculations with regard to potential deposition of financial advisor and review of scope of deposition notices in conjunction therewith. | .4 |

**BAKER & McKENZIE**

Exhibit D

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093453

October 19, 2009  
Matter Number: 000006  
Page 25

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/18/09 | Parham | Telephone conference with Steve Roberts regarding confirmation hearing and presentation and patch in APS counsel to discuss discovery (.9). | .9 |
| 08/18/09 | Schuler | Telephone call with Debtor's counsel regarding confirmation issues (0.2); reviewed emails from APS regarding upcoming hearings and discovery issues and had two telephone calls with same (0.3). | .5 |
| 08/19/09 | Schuler | Reviewed multiple emails with Debtor and APS related to confirmation issues (0.2); review of creditors trust agreement in preparation for committee call (0.2). | .4 |
| 08/20/09 | Parham | Review ballot summary and e-mail related to TAE vote (.4) review Maloney Bean Horn response to claim objection (.3); review and analysis of APS plan objection (1.0); meet with T Gingrich regarding confirmation evidence (.3) and attention to additional evidence needed (.2); review of various discovery requests (.3). | 2.5 |
| 08/20/09 | Schuler | Reviewed ballot summary sent by Debtor (0.1); meeting with T. Gingerich regarding confirmation hearing and expected testimony (1.1); reviewed Objection of TAG to APS Disclosure Statement (0.2); reviewed emails from Debtor to TAE regarding ballot (0.1); exchanged multiple emails on confirmation matters including proposed evidence to introduce (0.3); reviewed objections to confirmation of plan (0.6). | 2.4 |

**BAKER & McKENZIE**

Exhibit D

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093453

October 19, 2009  
Matter Number: 000006  
Page 26

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/21/09 | Parham | Review insurance broker's objection to confirmation (.1); review APS objection to plan (.3); telephone conference with S Roberts regarding confirmation hearing (1.0); attention to noticing APS depo (.2); work with Lain Faulkner regarding confirmation objections (.5); review of cases, materials for confirmation and consider strategy with respect to objections (1.3). | 3.4 |
| 08/21/09 | Schuler | Conference call with Debtor regarding pleadings filed by APS and related plan confirmation issues (0.6); reviewed emails regarding TAE claim and ballot (0.2); preparation of deposition notice for M. Bean (1.9); reviewed latest plan analysis from Lain Faulkner and had several calls with T. Gingerich regarding same (0.6); review of APS plan for provisions regarding treatment of certain claims (0.3); exchanged emails with counsel for APS regarding deposition of M. Bean (0.1); preparation of witness and exhibit list for upcoming hearings (0.5). | 4.2 |
| 08/21/09 | Wheeler | Prepare for hearings regarding plan and disclosure statement (3.1); file and serve witness and exhibit list for disclosure statement hearing (1.1). | 4.2 |
| 08/22/09 | Parham | Review pleadings relating to confirmation and consider strategy regarding TAE (.5). | .5 |
| 08/22/09 | Schuler | Reviewed ballot summary from debtor, debtor's objection to motion enforce and proposed confirmation order. | .4 |
| 08/23/09 | Parham | Review papers and cases preparatory to depositions and confirmation hearing. | 1.0 |

Exhibit D

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093453

October 19, 2009  
Matter Number: 000006  
Page 27

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/24/09 | Parham | Review and comment on revisions to confirmation order (.3); prepare for depositions, hearing (.6); attend deposition of Kent Abercombie and meet afterwards with Brantly counsel and debtor counsel (4.0); telephone conference with T Gingerich regarding evidence to be presented and creditor trustee and send information to debtor (.2); prepare for Mike Bean depo (1.0). | 6.1 |
| 08/24/09 | Schuler | Exchanged emails related to creditors trust (0.1); reviewed pleadings filed by TAG (0.2); reviewed emails concerning objections filed to plan by insurance broker (0.1). | .4 |
| 08/24/09 | Swick | Research issues regarding affect of "no vote" creditors in single creditor classes. | 3.2 |
| 08/24/09 | Wheeler | Assist with hearing preparation. | 1.4 |
| 08/25/09 | Parham | Review pleadings just filed by APS (.3); prepare for and depose Mike Bean (3.7); lunch meeting with Debtor's counsel, buyers counsel and committee member (1.0); attend deposition of Chuck Dedman (1.0); attend deposition of Tom Tung and meet with counsel and Mr. Tung afterwards (2.0); preparation for confirmation hearing (.5); work on pleadings to deem TAE an accepting class (1.4). | 9.9 |
| 08/25/09 | Schuler | Reviewed draft confirmation order. | .3 |
| 08/25/09 | Swick | Draft and file Motion to Deem TAE to accept the Plan, Motion to expedite same; and proposed order thereon. | 5.8 |
| 08/25/09 | Wheeler | Assist with deposition. | .4 |
| 08/25/09 | Wheeler | Assist with motion to expedite hearing regarding motion to enforce settlement agreement; attend to filing same; conference with Court regarding same. | 2.6 |

**BAKER & MCKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093453

October 19, 2009  
Matter Number: 000006  
Page 28

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/26/09 | Parham | Preparation for confirmation hearing including conferences with TAE counsel (.2); conference with Debtor's counsel (.3); review of pleadings, briefs and case law (3.0); attend confirmation hearing, including meeting clients beforehand (5.5). | 9.0 |
| 08/26/09 | Schuler | Reviewed pleadings filed by multiple parties with regard to plan confirmation issues. | .5 |
| 08/26/09 | Swick | Assist Dave Parham in preparing for hearing. | 1.5 |
| 08/26/09 | Wheeler | Continued assistance with hearing preparation regarding disclosure statement and plan. | 3.4 |
| 08/27/09 | Parham | Review and comment on revised confirmation order | .2 |
| 08/28/09 | Schuler | Reviewed order confirming plan and e-mail from APS withdrawing all pending matters. | .3 |
| 08/31/09 | Schuler | Exchanged emails with Trustee on potential additional trust advisors (0.2); reviewed emails concerning need for verification of number for purchase price adjustment and had telephone call with T. Gingerich regarding same (0.2). | .4 |
| 09/01/09 | Wheeler | Assist with disclosure and plan issues. | .3 |
| 09/02/09 | Schuler | Reviewed emails from debtor related to purchase price adjustment and other closing matters (0.2); further revision and finalization of creditors trust agreement and forwarded to trust advisers and trustee for review and comments (1.0); telephone call with M. Reynolds regarding same (0.2); telephone call with T. Gingerich regarding accounting from Debtor as of August 31 (0.2); reviewed comments from Trustee on creditors trust agreement and modified accordingly (0.3); reviewed final calculations from T. Gingerich of accounting entries pursuant to plan requirements (0.3). | 2.2 |

Exhibit D

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093453

October 19, 2009  
Matter Number: 000006  
Page 29

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/03/09 | Parham | Review of purchase price adjustment (.1); telephone conference with debtor's counsel and Brantly counsel regarding closing (.5); conference afterwards with Schuler regarding actions going forward (.5); e-mail exchange with creditors trustee regarding trust and getting set up (.2). | 1.3 |
| 09/03/09 | Schuler | Conference call with debtor and Brantly regarding funding of transaction and closing issues (0.6); telephone call with T. Gingerich regarding purchase price adjustment (0.2); forwarded copy of trust agreement to K. Abercrombie for review and execution (0.2); | 1.0 |
| 09/04/09 | Schuler | Exchanged emails with Debtor and counsel regarding finalization of creditors trust agreement (0.2); reviewed proposed closing documents for sale to Brantly (0.4). | .6 |
| 09/09/09 | Schuler | Reviewed proposed closing statement and letter to Brantly regarding same. | .2 |
| 09/10/09 | Schuler | Reviewed emails from Brantly and Debtor's counsel regarding status of closing. | .2 |
| 09/11/09 | Schuler | Reviewed emails concerning status of obtaining release of funds from China. | .1 |
| 09/11/09 | Wheeler | Attend to order regarding Motion to Enforce Settlement Agreement. | .3 |
| 09/14/09 | Parham | Prepare order regarding motion to deem TAE vote an acceptance (.3); telephone conference with TAE counsel (.1). | .4 |
| 09/14/09 | Wheeler | Upload proposed order regarding motion to enforce settlement agreement. | .5 |
| 09/16/09 | Parham | Review motion and order regarding directions to Brantly bank. | .1 |

**BAKER & McKENZIE**

Exhibit D

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | October 19, 2009 |
| Client Number: 24227484 | Matter Number: 000006 |
| Invoice Number: 23093453 | Page 30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/16/09 | Schuler | Reviewed proposed motion and order to authorize and direct payment of funds and exchanged emails regarding same. | .3 |
| 09/17/09 | Schuler | Reviewed emails concerning wiring of funds from China. | .1 |
| 09/18/09 | Schuler | Reviewed further emails regarding potential closing of transaction, wiring of funds and issuance of shares. | .1 |
| 09/23/09 | Parham | E-mail exchange relating to funding, possible extension of time for Brantly to pay. | .2 |
| 09/23/09 | Schuler | Reviewed emails concerning status of plan funding and thoughts on same. | .2 |
| 09/25/09 | Schuler | Reviewed emails on initial wires (0.1). | .1 |
| 09/28/09 | Parham | Review e-mail related to closing and telephone conference with S. Roberts regarding same. | .3 |
| 09/28/09 | Schuler | Reviewed emails concerning finalization of wires and related closing documents. | .3 |

**Total Fees:**    $   154,587.50

**SUMMARY OF FEES:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jacquelyn C. Evans | .7 | 205.00 | $      143.50 |
| Harvey Lau | 1.2 | 990.00 | 1,188.00 |
| David W. Parham | 135.1 | 555.00 | 74,980.50 |
| Elliot D. Schuler | 177.8 | 410.00 | 72,898.00 |
| Randall A. Swick | 10.5 | 305.00 | 3,202.50 |
| Cynthia Y. S. Tang | .1 | 980.00 | 98.00 |
| Wendi J. Wheeler | 13.4 | 155.00 | 2,077.00 |

**Total:**    $   154,587.50

**BAKER & McKENZIE**

**Exhibit D**

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  October 19, 2009
Client Number: 24227484  Matter Number: 000006
Invoice Number: 23093453  Page 31

## SUMMARY OF EXPENSES:

| Description | Amount |
|---|---|
| Photocopies | $ 365.56 |
| Temporary Agency | 71.17 |
| Value Added Tax | 62.49 |

| | |
|---|---|
| Total Expenses: | $ 499.22 |
| Total Fees and Expenses for Plan Issues : | $ 155,086.72 |
| TOTAL FEES: | $ 154,587.50 |
| TOTAL EXPENSES: | $ 499.22 |
| TOTAL AMOUNT DUE: | $ 155,086.72 |

Exhibit D