**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

October 19, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:    000007
Invoice Number: 23093454
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

Re:  Committee Communications

TOTAL FEES ............................................................................................... $     19,526.00

TOTAL AMOUNT DUE .............................................................................. $     19,526.00

---

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions:  Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #:  23093454

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Exhibit E

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

October 19, 2009

Mr. Ron Weaver, Chairman
**Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458**

- to -

**BAKER & McKENZIE
Client Number: 24227484
Matter Number:     000007
Invoice Number: 23093454
IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

### RE: Committee Communications

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/18/09 | Schuler | Exchanged messages with various committee members representative regarding call with APS (0.3); committee call regarding presentation from APS (0.7). | 1.0 |
| 05/20/09 | Parham | Committee conference call. | .7 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093454

October 19, 2009  
Matter Number: 000007  
Page 2

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/20/09 | Schuler | Preparation for and participation in weekly committee call (1.1); exchanged e-mails with certain committee members regarding issues discussed on call and other related bankruptcy issues emails (0.4). | 1.5 |
| 05/26/09 | Parham | Telephone conferences with APS counsel (.5); exchange of calls with Committee chair and conference with Schuler regarding Lycoming call (.2). | .7 |
| 05/26/09 | Schuler | Telephone call with R. Weaver regarding viable options for plan (0.3). | .3 |
| 05/27/09 | Parham | Telephone conference with committee chair regarding options (.4); committee conference call (.4). | .8 |
| 05/27/09 | Schuler | Weekly committee call. | .5 |
| 05/27/09 | Schuler | Reviewed e-mails from C. Dedmon regarding Vantage Engine Program and exchanged e-mails with APS regarding same (0.2). | .2 |
| 05/28/09 | Schuler | Exchanged multiple emails with C. Dedmon regarding proposed terms of Engine Transfer Agreement as part of proposed plan with APS (0.3). | .3 |
| 06/01/09 | Schuler | Conference call with C. Dedmon regarding terms of proposed engine agreement and exchanged emails regarding same (0.3). | .3 |
| 06/03/09 | Parham | Review revised engine contract and e-mail exchange with Mr. Dedman regarding same (.3). | .3 |
| 06/04/09 | Parham | Telephone conference with Chuck Dedman regarding engine agreement and review and respond to e-mail regarding same (.3). | .3 |
| 06/04/09 | Schuler | Exchanged e-mails with C. Dedmon regarding recent modifications requested by APS to engine agreement (0.2). | .2 |

BAKER & McKENZIE

Exhibit E

**BAKER & McKENZIE**

| | | | |
|---|---|---|---|
| Mr. Ron Weaver, Chairman | | | October 19, 2009 |
| Client Number: 24227484 | | | Matter Number: 000007 |
| Invoice Number: 23093454 | | | Page 3 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/05/09 | Parham | Telephone conference with Chuck Dedman (.4); telephone conference with debtor's counsel (.4); review and respond to e-mail(.2); meet with S Thomas and Tom Gingrich (1.0). | 2.0 |
| 06/08/09 | Parham | Prepare for and telephone conference with committee (.8). | .8 |
| 06/08/09 | Schuler | Committee call regarding status of negotiations with APS and TAG and upcoming settlement conference. | .5 |
| 06/10/09 | Parham | Committee call to update after yesterday (.3). | .3 |
| 06/10/09 | Schuler | Weekly committee call. | .3 |
| 06/11/09 | Schuler | Exchanged e-mails with C. Dedmon regarding status of plan negotiations. | .2 |
| 06/16/09 | Schuler | Further revision of bid procedures and conferred with C. Dedmon regarding proposed language for Vantage Engines (0.3). | .3 |
| 06/17/09 | Parham | Weekly committee calls (0.3). | .3 |
| 06/17/09 | Schuler | Preparation for and participation in weekly committee call. | .5 |
| 06/18/09 | Parham | Prepare for committee call (.5); committee conference call (.6). | 1.1 |
| 06/18/09 | Schuler | Sent e-mail to committee advising of need for conference call (0.1); preparation for and participation in conference call with Committee members (0.8). | .9 |
| 06/22/09 | Parham | Review offer letter and e-mail to committee regarding same. | .4 |
| 06/24/09 | Parham | Telephone conference with Ron Weaver (.2); prepare for committee call (.3); committee conference call (.3); telephone conference with C Dedman (.2). | 1.0 |

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093454

October 19, 2009  
Matter Number: 000007  
Page 4

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/24/09 | Schuler | Weekly committee call to discuss filing of plan and disclosure statement and related issues (0.4); telephone call from committee members regarding pending issues (0.2). | .6 |
| 06/25/09 | Schuler | Telephone call from Committee Chairman regarding bid process. | .2 |
| 07/01/09 | Parham | Committee conference call. | .3 |
| 07/01/09 | Schuler | Weekly committee call. | .3 |
| 07/08/09 | Schuler | Weekly committee call (0.6); reviewed list of open purchase orders and exchanged emails with certain committee members regarding same (0.3). | .9 |
| 07/09/09 | Schuler | Call with committee chairman regarding case status. | .2 |
| 07/14/09 | Schuler | Telephone call and meeting with C. Dedmon regarding status of case in advance of hearing. | 1.2 |
| 07/15/09 | Parham | Prepare for and telephone conference with Committee regarding case status. | .8 |
| 07/15/09 | Schuler | Weekly committee call. | .8 |
| 07/17/09 | Parham | Prepare e-mail regarding status to committee members and setting committee meeting for Monday morning (.5); telephone conference with Charles Dedman (.3). | .8 |
| 07/17/09 | Schuler | Telephone call with C. Dedmon regarding competing plans in case (.3); review e-mail to committee regarding hearing with judge and need for call on monday morning (0.1). | .4 |
| 07/20/09 | Parham | Prepare for committee call (.5); conference call with Committee (1.0); telephone conference with committee chair (.1). | 1.6 |

Exhibit E

**BAKER & MCKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093454

October 19, 2009  
Matter Number: 000007  
Page 5

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/20/09 | Schuler | Telephone call from T. Gingerich in advance of call with creditors (0.1); committee call with regard to APS plan and court's request for committee input on same (1.0); assisted with preparation of e-mail to Court advising of Committee's thoughts on same and reviewed responses thereto (0.2). | 1.3 |
| 07/21/09 | Schuler | Telephone call with C. Dedmon (0.2); prepared e-mail to committee regarding Court's decision as to procedure for APS plan and disclosure statement (0.3). | .5 |
| 07/22/09 | Schuler | Prepared amended solicitation letter and forwarded to committee for review and comments (0.6); reviewed emails from committee members endorsing same and subsequent telephone call with Committee Chairman regarding same (0.2); review of executed solicitation letter (0.1). | .9 |
| 07/23/09 | Schuler | Preparation for and participation in conference call with committee members. | .5 |
| 07/27/09 | Schuler | Communicated with certain committee members regarding package received with plan documents. | .2 |
| 07/30/09 | Schuler | Multiple telephone calls with individual committee members regarding ballot process and calls received from interested parties with regard to same. | .5 |
| 08/04/09 | Schuler | Exchanged emails with committee members regarding recent developments and sent e-mail requesting conference call later in the week (0.2); exchanged messages with financial advisor regarding need for financial forecast given recent numbers from debtor (0.1). | .3 |
| 08/07/09 | Parham | Prepare for and participate in committee conference call regarding developments in case. | .6 |

**BAKER & MCKENZIE**

Exhibit E

**BAKER & MCKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093454

October 19, 2009  
Matter Number: 000007  
Page 6

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/07/09 | Schuler | Committee call regarding case status (0.6); exchanged messages and had two telephone calls with T. Gingerich regarding analysis of APS Plan and subsequent review of calculations analyzing various scenarios under APS Plan (0.5). | 1.1 |
| 08/11/09 | Parham | Review and revision of e-mail to committee regarding trust advisors. | .2 |
| 08/11/09 | Schuler | Exchanged several separate e-mails with different members of Committee regarding APS Disclosure Statement and related objections (0.3); reviewed proposed Creditors Trust agreement and sent detailed e-mail to Committee regarding establishment of trust and gauging interest in serving as trust advisers (0.6). | .9 |
| 08/12/09 | Parham | E-mail to committee regarding recommendations with respect to aps bid (.6). | .6 |
| 08/12/09 | Schuler | Exchanged multiple separate emails with committee members with regard to trust advisers for creditors trust and open issues with competing plans (0.4); brief discussion with T. Gingerich regarding open purchase order situation (0.1); reviewed e-mail to Committee regarding APS bid (0.1). | .6 |
| 08/13/09 | Parham | E-mail committee members regarding debtor's decision to reject APS bid. | .2 |
| 08/13/09 | Parham | Telephone conference with Ron Weaver regarding status of case. | .5 |
| 08/13/09 | Schuler | Exchanged multiple emails with various committee members regarding pending issues (0.2); reviewed e-mail to committee regarding selection of bids (0.1). | .3 |

**BAKER & MCKENZIE**

Exhibit E

**BAKER & McKENZIE**

Mr. Ron Weaver, Chairman  
Client Number: 24227484  
Invoice Number: 23093454

October 19, 2009  
Matter Number: 000007  
Page 7

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/17/09 | Schuler | Three telephone calls with financial advisers regarding preparation for deposition and also for examination at confirmation hearing (0.6); telephone call with C. Dedmon regarding case status (0.3). | .9 |
| 08/18/09 | Parham | Receipt of e-mail from committee member who had been subject of attempted service of subpoena, respond to same and determine who was trying to serve him (.2); review e-mail related to discovery (.1). | .3 |
| 08/18/09 | Schuler | Sent e-mail to Committee regarding need for call (0.1) exchanged emails regarding creditors trust advisors and finalization of trust agreement (0.2). | .3 |
| 08/19/09 | Parham | Attention to scheduling of deposition of Chuck Dedman. | .1 |
| 08/19/09 | Schuler | Exchanged emails with APS regarding need for depositions and had two telephone calls with C. Dedmon regarding availability for same and scope of expected examination (0.3); exchanged emails with T. Gingerich regarding preparation for testimony (0.1). | .4 |
| 08/20/09 | Parham | Prepare for committee conference call (.2); committee conference call (.4); telephone conference with C Dedman afterwards (.2). | .8 |
| 08/20/09 | Schuler | Preparation for committee call (0.3); telephone call with C. Dedmon regarding upcoming deposition and interest in serving as trust advisor (0.2); preparation for meeting with T. Gingerich regarding upcoming testimony and current analysis (0.3); committee call (0.5). | 1.3 |
| 08/21/09 | Schuler | Telephone call with C. Dedmon regarding plan status and trust advisor role. | .2 |
| 08/24/09 | Parham | Meet with C. Dedman preparatory to his deposition (1.3). | 1.3 |

**BAKER & McKENZIE**

| | | |
|---|---|---|
| Mr. Ron Weaver, Chairman | | October 19, 2009 |
| Client Number: 24227484 | | Matter Number: 000007 |
| Invoice Number: 23093454 | | Page 8 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/25/09 | Parham | Telephone conference with R Weaver, committee chair regarding confimation hearing. | .3 |
| 08/27/09 | Parham | Telephone conference with Phil Eck regarding confirmation. | .1 |
| 09/01/09 | Schuler | Exchanged emails with KS Pistoes regarding case status; telephone call with T. Gingerich and M. Reynolds regarding logistics of trust operations, purchase price adjustment and potential claims and review of confirmation order and plan documents in conjunction therewith. | .6 |
| 09/03/09 | Schuler | Exchanged multiple emails with Trustee and trust advisors regarding comments to trust agreement,, finalized preparation of same and obtained executions from all parties. | .9 |
| 09/11/09 | Schuler | Telephone call from C. Dedmon regarding case status, discussions with Debtor and status of funds transfer from Brantly. | .3 |
| 09/14/09 | Schuler | Telephone call with T. Gingerich. | .2 |
| 09/22/09 | Parham | Telephone conference with Committee chair regarding status. | .1 |
| 09/25/09 | Parham | E-mail to committee regarding status. | .3 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David W. Parham | 17.6 | 555.00 | $ 9,768.00 |
| Elliot D. Schuler | 23.8 | 410.00 | 9,758.00 |
| | | Total: | $ 19,526.00 |

**TOTAL AMOUNT DUE:**   $ **19,526.00**

BAKER & McKENZIE

Exhibit E