**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

# STATEMENT

October 19, 2009

Mr. Ron Weaver, Chairman
**Official Committee of Unsecured Creditors**
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL  33458

- to -

BAKER & McKENZIE
Client Number:  24227484
Matter Number:     000008
Invoice Number:  23093455
IRS#:  36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

**Re:  Antitrust Issues**

TOTAL FEES .................................................................................................... $      933.50

TOTAL AMOUNT DUE ..................................................................................... $      933.50

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP – Master Account
Wells Fargo Bank
1445 Ross Avenue, Suite 4400
Dallas, TX 75202
Account No. 4121374128
Routing No. 121000248
Special Instructions: Include Registration/Matter Number, Invoice Number, Attorney Name

RE:  Invoice #:  23093455

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

**Exhibit F**

**BAKER & McKENZIE**
ATTORNEYS AT LAW

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

October 19, 2009

Mr. Ron Weaver, Chairman
Official Committee of Unsecured Creditors
of Superior Air Parts, Inc.
1365 Park Lane South
Jupiter, FL 33458

- to -

BAKER & McKENZIE
Client Number: 24227484
Matter Number:    000008
Invoice Number: 23093455
IRS#: 36-2137456

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

RE: Antitrust Issues

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/27/09 | Parham | Telephone conference with R Weaver, Ian Walsh and Dick Wisenberg and Elliot Schuler. | .5 |
| 05/27/09 | Schuler | Telephone call with R. Weissberg (0.2); telephone call with R. Weaver regarding upcoming call regarding antirust issues (0.2);telephone call with R. Weaver, R. Weissberg and I. Walsh regarding antitrust concerns (0.6); preparation of memo to file (0.4) | 1.4 |

**BAKER & McKENZIE**

| | |
|---|---|
| Mr. Ron Weaver, Chairman | October 19, 2009 |
| Client Number: 24227484 | Matter Number: 000008 |
| Invoice Number: 23093455 | Page 2 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/08/09 | Schuler | Reviewed letter from Texas AG responding to FOIA request ; | .2 |

**SUMMARY OF FEES:**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David W. Parham | .5 | 555.00 | $ 277.50 |
| Elliot D. Schuler | 1.6 | 410.00 | 656.00 |
| | | Total: | $ 933.50 |

**TOTAL AMOUNT DUE:** $ **933.50**