**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 7, 2009

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | §  Case No. 08-36705-BJH-11 |
| | § |
| SUPERIOR AIR PARTS, INC., | §  Jointly Administered |
| et al., | § |
| | § |
| DEBTORS-IN POSSESSION. | §  CHAPTER 11 |

### ORDER APPROVING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR ORDER PURSUANT TO SECTIONS 327(a) AND 1103(a) OF THE BANKRUPTCY CODE AUTHORIZING THE RETENTION AND EMPLOYMENT OF LAIN, FAULKNER & CO., P.C. AS FINANCIAL ADVISORS *NUNC PRO TUNC* TO FEBRUARY 13, 2009

Upon the Application (the "Application") dated February 16, 2009 [Docket No. 91], of the Official Committee of Unsecured Creditors (the "Committee"), for entry of an order pursuant to Sections 327(a) and 1103(a) of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Committee to employ and retain Lain, Faulkner & Co., P.C. as Financial Advisors *nunc pro tunc* to February 13, 2009; and upon the Affidavit of Dennis Faulkner, a shareholder of Lain Faulkner, in support thereof (the "Affidavit"); and the Court being satisfied

DALDMS/659058.1

EXHIBIT A

based on the representations made in the Application and Affidavit that Lain Faulkner is a "disinterested person" as that term is defined under Section 101 of the Bankruptcy Code, and that their employment is necessary, and would be in the best interests of the Committee; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that, the Application be, and hereby is, granted; and it is further

ORDERED that, in accordance with Sections 327(a) and 1103(a) of Title 11 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014, the Committee be and hereby is authorized to employ and retain Lain, Faulkner & Co., P.C. as Financial Advisors *nunc pro tunc* to February 13, 2009, on the terms set forth in the Application and Affidavit.

# # # End of Order # # #

DALDMS/659058.1

EXHIBIT A