# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Fee Application Summary
## For the Period May 01, 2009 through September 27, 2009

Name of Applicant: LAIN, FAULKNER & CO., P.C.

Role in the Case: Financial Advisors for the Official Committee of Unsecured Creditors

Current Application:
 Fees Requested: $62,491.00
 Expenses Requested: $98.97

Fees Previously Requested: $72,095.75
Fees Previously Awarded: $72,095.75
Fees Previously Paid: $57,676.60

Expenses Previously Requested: $82.97
Expenses Previously Awarded: $82.97
Expenses Previously Paid: $82.97

Retainer Paid: $0.00

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| **Professional** | | | |
| Keith Enger | 2.00 | 365.00 | 730.00 |
| Steve Thomas | 61.50 | 365.00 | 22,447.50 |
| Tom Gingerich | 134.40 | 290.00 | 38,976.00 |
| Steve Thomas | 0.50 | 0.00 | 0.00 |
| Tom Gingerich | 0.80 | 0.00 | 0.00 |
| | 199.20 | | 62,153.50 |
| **Staff** | | | |
| Brandi Rush | 1.50 | 225.00 | 337.50 |
| | 1.50 | | 337.50 |
| | 200.70 | | $ 62,491.00 |

Value of hours not billed: $ 414.50

Total Blended Hourly Rate: (Professionals)  $ 312.02
Total Blended Hourly Rate: (All)  $ 311.37

# EXHIBIT B