# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Project Summary
## For the Period May 01, 2009 through September 27, 2009

| Project Description | Exhibit | TimeCard Hours | TimeCard Amount |
|---|---|---|---|
| Financial Analysis Services | D | 196.20 | 61,398.00 |
| Employment/Fee Application | E | 3.20 | 1,093.00 |
| Client Time Not Billed | F | 1.30 | 0.00 |
| **Total:** | | **200.70** | **$62,491.00** |

# EXHIBIT C