# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Summary Sheet - Financial Analysis Services
## For the Period May 01, 2009 through September 27, 2009

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---:|---:|---:|
| Steve Thomas | 61.30 | 365.00 | $ 22,374.50 |
| Tom Gingerich | 133.40 | 290.00 | $ 38,686.00 |
| Brandi Rush | 1.50 | 225.00 | $ 337.50 |
| Total: | 196.20 | | $ 61,398.00 |

Exhibit D

## LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## May 01, 2009 THRU September 27, 2009
## For Services Rendered

**Superior Air Parts, Inc., et al**
**Financial Analysis Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|---|---|---|---|---|
| TJG | 05/05/2009 | Performed review of weekly schedules received from Superior Air Parts; summarized findings for weekly committee update. | 4.90 | $1,421.00 |
| SHT | 05/05/2009 | Prepared for committee teleconference with Tom Gingerich. | 0.30 | 109.50 |
| TJG | 05/06/2009 | Finalized weekly update and tranmitted to counsel. | 0.30 | 87.00 |
| TJG | 05/06/2009 | Attended weekly committee conference call update; follow up meeting with Steve Thomas. | 0.90 | 261.00 |
| SHT | 05/06/2009 | Reviewed weekly accounting report to committee. | 0.30 | 109.50 |
| SHT | 05/06/2009 | Participated in weekly committee teleconference; had follow-up meeting with Tom Gingerich regarding chapter 7 liquidation analysis and work plan. | 0.90 | 328.50 |
| SHT | 05/11/2009 | Performed cursory review of weekly accounting information from debtor; coordinated preparation of weekly teleconference materials. | 0.50 | 182.50 |
| SHT | 05/11/2009 | Telecom with David Parham regarding APS plan of reorganization. | 0.10 | 36.50 |
| SHT | 05/11/2009 | Commenced analysis of APS offer. | 0.90 | 328.50 |
| TJG | 05/12/2009 | Reviewed APS purchase proposal; began review of weekly schedules from SAP. | 2.30 | 667.00 |
| TJG | 05/12/2009 | Attended conference call with committee and counsel regarding the APS proposal. | 0.80 | 232.00 |
| TJG | 05/12/2009 | Prepared best and worst case scenario schedules based on APS proposal. | 1.50 | 435.00 |
| TJG | 05/12/2009 | Met with counsel and APS representatives to gain an understanding of the terms of their proposal; follow up meeting with counsel. | 2.50 | 725.00 |
| TJG | 05/12/2009 | Revised analysis of APS proposal; reviewed schedules with Steve Thomas. | 1.00 | 290.00 |
| SHT | 05/12/2009 | Analyzed APS offer; met with Tom Gingerich regarding same; teleconference with committee and counsel regarding same; prepared for meeting with APS. | 1.60 | 584.00 |
| SHT | 05/12/2009 | Met with Tom Gingrich, David Parham, and Elliott Schuler; met with same plus APS representatives and their counsel; attended follow-up meeting with Tom Gingerich, Elliott Schuler and David Parham. | 2.50 | 912.50 |
| SHT | 05/12/2009 | Revised APS plan analysis based on new data. | 1.50 | 547.50 |
| TJG | 05/13/2009 | Continued analysis and preparation of schedules for APS proposal. | 2.80 | 812.00 |
| TJG | 05/13/2009 | Resumed analysis of weekly schedules from SAP, including cash flow forecast, inventory, accounts receivable, sales and purchase worksheets. | 1.20 | 348.00 |
| TJG | 05/13/2009 | Participated in conference call with committee and counsel. | 1.00 | 290.00 |
| SHT | 05/13/2009 | Continued analysis of APS plan and refining of chapter 7 liquidation analysis; teleconference with David Parham and Tom Gingerich. | 2.10 | 766.50 |
| SHT | 05/13/2009 | Participated in weekly committee teleconference. | 1.00 | 365.00 |
| TJG | 05/14/2009 | Revised APS analysis schedules for purchase price adjustment; teleconference with counsel regarding schedules. | 3.80 | 1,102.00 |
| TJG | 05/14/2009 | Updated Chapter 7 and Chapter 11 analyses with different scenarios, engine sales and claims; teleconference with David Parham and Elliot Schuler. | 2.20 | 638.00 |

**Exhibit D**

## LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## May 01, 2009 THRU September 27, 2009
## For Services Rendered

**Superior Air Parts, Inc., et al**
**Financial Analysis Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|---|---|---|---|---|
| SHT | 05/14/2009 | Revised APS plan analysis to consider a purchase price adjustment for inventory and accounts receivable; teleconference with Tom Gingerich, Elliott Schuler and David Parham regarding same. | 2.40 | $876.00 |
| SHT | 05/14/2009 | Revised analysis to consider various scenarios with TAG. | 2.10 | 766.50 |
| TJG | 05/15/2009 | Continued revisions of analyses of APS proposal and TAG claim settlement; transmitted schedules to counsel. | 1.60 | 464.00 |
| TJG | 05/15/2009 | Teleconference with Kent Abercrombie regarding reduction of claims and value of engines; telecom with Elliot Schuler regarding claim issues. | 0.80 | 232.00 |
| TJG | 05/15/2009 | Prepared schedules to include TAG settlement with different engine sales amounts; prepared summary of distributions; transmitted to counsel. | 1.80 | 522.00 |
| TJG | 05/15/2009 | Participated in conference call with committee and counsel to update them on APS and TAG; reviewed analyses prepared to date. | 0.70 | 203.00 |
| BMR | 05/15/2009 | Reviewed Chapter 7 and 11 analysis. | 0.80 | 180.00 |
| SHT | 05/15/2009 | Reviewed revised APS plan analysis and chapter 7 liquidation analysis; submitted comments; assisted Tom Gingerich with additional revisions to both. | 0.90 | 328.50 |
| SHT | 05/15/2009 | E-mails to coordinate committee teleconference; prepared for committee teleconference with Tom Gingerich. | 0.30 | 109.50 |
| TJG | 05/17/2009 | Began review of reorganization plan and disclosure statement filed by debtor. | 1.00 | 290.00 |
| TJG | 05/18/2009 | Prepared calculation of Chapter 7 liquidation analysis using the terms of the debtor's plan of reorganization. | 1.50 | 435.00 |
| TJG | 05/18/2009 | Participated in conference call with APS representatives, committee and counsel regarding APS business plan; follow up with committee and counsel. | 1.40 | 406.00 |
| TJG | 05/18/2009 | Continued review of plan of reorganization and preparation of analysis. | 3.20 | 928.00 |
| TJG | 05/19/2009 | Reviewed weekly schedules and forecasts from debtor. | 3.60 | 1,044.00 |
| TJG | 05/20/2009 | Reviewed fee application prepared by Baker and McKenzie. | 0.80 | 232.00 |
| TJG | 05/20/2009 | Reviewed debtor forecast; transmitted comments to counsel. | 2.90 | 841.00 |
| TJG | 05/20/2009 | Participated in weekly teleconference with committee and counsel. | 0.70 | 203.00 |
| TJG | 05/27/2009 | Reviewed weekly schedules and forecasts provided by debtor. | 1.80 | 522.00 |
| TJG | 05/27/2009 | Revised APS analysis with new claim information from the debtor. | 1.50 | 435.00 |
| TJG | 05/27/2009 | Participated in conference call with committee and counsel. | 0.50 | 145.00 |
| SHT | 05/27/2009 | Prepared for weekly committee teleconference; reviewed new claims analysis received from debtor and analyzed impact on APS plan; met with Tom Gingerich regarding same. | 1.10 | 401.50 |
| SHT | 05/27/2009 | Participated in weekly committee teleconference. | 0.40 | 146.00 |
| TJG | 05/28/2009 | Telecom with Elliot Schuler; revised APS offer analysis. | 0.90 | 261.00 |
| SHT | 05/28/2009 | Worked with Tom Gingerich regarding updating chapter 7 liquidation analysis; prepared status and work plan. | 0.20 | 73.00 |
| SHT | 05/28/2009 | Assisted Elliott Schuler with calculation of US trustees fees. | 0.20 | 73.00 |

**Exhibit D**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## May 01, 2009 THRU September 27, 2009
### For Services Rendered

**Superior Air Parts, Inc., et al**
**Financial Analysis Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|---|---|---|---|---|
| TJG | 05/29/2009 | Revised calculations for Chapter 7 plan, debtor plan of reorganization and APS offer; prepared additional scenarios requested by counsel; follow up teleconference with Dave Parham and Elliot Schuler. | 4.10 | $1,189.00 |
| SHT | 05/29/2009 | Revised chapter 7 and APS plan analyses to reflect new claims amounts submitted by debtor and to add new scenarios regarding TAG; teleconference with Elliott Schuler and Tom Gingrich regarding same. | 1.10 | 401.50 |
| BMR | 06/01/2009 | Reviewed various calculations and schedules regarding payment percentages for Tom Gingerich. | 0.70 | 157.50 |
| TJG | 06/01/2009 | Met with Steve Thomas regarding different Chapter 7 and APS scenarios. | 0.50 | 145.00 |
| SHT | 06/01/2009 | Analyzed APS plan and Chapter 7 liquidation analysis using new claims assumptions. | 0.50 | 182.50 |
| SHT | 06/01/2009 | Reviewed various liquidation and plan analyses with Tom Gingerich; teleconference with Tom Gingerich and Elliott Schuler regarding same; had follow-up meeting with Tom Gingerich regarding work plan. | 0.50 | 182.50 |
| TJG | 06/03/2009 | Reviewed weekly forecasts and schedules from debtor. | 2.30 | 667.00 |
| TJG | 06/03/2009 | Participated in weekly conference call; call did not occur due to scheduling conflicts of counsel. | 0.20 | 58.00 |
| SHT | 06/03/2009 | Analyzed monthly operating report and prepared for committee teleconference; attempted committee teleconference; read e-mail from David Parham regarding same. | 1.10 | 401.50 |
| TJG | 06/04/2009 | Analyzed new information received from debtor regarding revisions to their plan. | 0.50 | 145.00 |
| SHT | 06/04/2009 | Reviewed debtor's analysis and comments regarding the APS plan, including supporting schedules; commenced our analysis and response; met with Tom Gingerich regarding work plan; sent e-mail to Elliott Schuler and David Parham regarding same. | 2.90 | 1,058.50 |
| TJG | 06/05/2009 | Continued revised debtor plan; teleconference with Steve Thomas and Dave Parham. | 2.20 | 638.00 |
| TJG | 06/05/2009 | Met with Steve Thomas and Dave Parham to review revised debtor plan and changes from prior plan; prepared additional analyses using debtor information. | 4.20 | 1,218.00 |
| SHT | 06/05/2009 | E-mail from David Parham regarding plan analysis; investigated his question and replied. | 1.60 | 584.00 |
| SHT | 06/05/2009 | Analyzed issues put forth in an e-mail by Steve Roberts regarding APS plan; prepared for discussion with Kent Abercrombie regarding same to verify results. | 1.20 | 438.00 |
| SHT | 06/05/2009 | Prepared for meeting with David Parham and Tom Gingerich; met with David Parham and Tom Gingerich. | 1.90 | 693.50 |
| TJG | 06/08/2009 | Revised the new APS plan with Chapter 7 calculations after meeting with Dave Parham; added four different scenarios to analyses. | 1.70 | 493.00 |
| TJG | 06/08/2009 | Teleconference with Kent Abercrombie and Steve Thomas to verify debtor numbers; follow up teleconference with Dave Parham and Steve Thomas. | 0.80 | 232.00 |

**Exhibit D**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## May 01, 2009 THRU September 27, 2009
## For Services Rendered

**Superior Air Parts, Inc., et al**
**Financial Analysis Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|---|---|---|---|---|
| TJG | 06/08/2009 | Teleconferenc with committee regarding updated information and upcoming meeting with debtor; follow up meeting with Steve Thomas. | 0.50 | $145.00 |
| TJG | 06/08/2009 | Revised Chapter 7 and APS calculation scenarios using Kent Abercrombie's new numbers. | 3.00 | 870.00 |
| SHT | 06/08/2009 | Revised chapter 7 liquidation analysis and APS plan analysis and made comparisons between the two; left voicemail to Kent Abercrombie regarding same; telecom with David Parham regarding same. | 1.90 | 693.50 |
| SHT | 06/08/2009 | Prepared for committee teleconference. | 0.20 | 73.00 |
| SHT | 06/08/2009 | Teleconference with Tom Gingerich and Kent Abercrombie. | 0.40 | 146.00 |
| SHT | 06/08/2009 | Participated in committee teleconference. | 0.30 | 109.50 |
| SHT | 06/08/2009 | Continued updates and revisions to Chapter 7 liquidation analysis and APS plan analysis. | 1.60 | 584.00 |
| SHT | 06/08/2009 | Telecoms with David Parham. | 0.30 | 109.50 |
| SHT | 06/08/2009 | Transmitted Chapter 7 liquidation analysis and APS plan analysis to counsel; prepared for upcoming meeting with committee, Counsel, debtor and debtor's Counsel. | 0.70 | 255.50 |
| TJG | 06/09/2009 | Met with committee, debtor, debtor counsel, Dave Parham, Elliot Schuler and Steve Thomas regarding status of case, settlement of TAG issues and APS proposal. | 4.00 | 1,160.00 |
| TJG | 06/09/2009 | Revised Chapter 7 liquidation and APS proposal calculations after new information received in meeting. | 0.50 | 145.00 |
| SHT | 06/09/2009 | Prepared for upcoming meeting; continued refinement of Chapter 7 liquidation analysis and APS plan analysis. | 2.30 | 839.50 |
| SHT | 06/09/2009 | Met with committee, counsel for committee, debtor and debtor's counsel, TAG and TAG's counsel regarding plan negotiations; attended various breakout and joint sessions. | 3.90 | 1,423.50 |
| SHT | 06/09/2009 | Revised Chapter 7 liquidation analysis and APS plan analysis based on meeting results. | 1.60 | 584.00 |
| TJG | 06/10/2009 | Prepared summary of all Chapter 7 and APS proposal scenarios; reviewed analyses with Steve Thomas; transmitted to counsel. | 1.10 | 319.00 |
| SHT | 06/10/2009 | Updated Chapter 7 liquidation analysis and APS plan analysis; prepared executive summary and transmitted to counsel. | 1.90 | 693.50 |
| SHT | 06/11/2009 | Reviewed new schedule of canceled purchase orders; worked with Tom Gingerich regarding effect on plan analyses, including e-mails from/to Chuck Dedmon and Kent Abercrombie regarding same. | 0.80 | 292.00 |
| TJG | 06/16/2009 | Performed review of weekly schedule from debtor; prepared for weekly creditor conference call. | 1.40 | 406.00 |
| TJG | 06/17/2009 | Prepared new and revised financial and distribution scenarios for potential new purchaser, Brantley Helicopter. | 3.80 | 1,102.00 |
| TJG | 06/17/2009 | Participated in weekly creditor conference call. | 0.30 | 87.00 |
| SHT | 06/17/2009 | Various e-mails from/voicemails to attorneys regarding new proposals; commenced analysis as requested; telecoms with David Parham and Elliott Schuler regarding new proposal and our analysis. | 2.10 | 766.50 |
| SHT | 06/17/2009 | Participated in committee teleconference. | 0.30 | 109.50 |

**Exhibit D**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## May 01, 2009 THRU September 27, 2009
### For Services Rendered

**Superior Air Parts, Inc., et al**
**Financial Analysis Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|---|---|---|---|---|
| TJG | 06/18/2009 | Revised Brantley Helicopter scenarios; teleconference with Dave Parham and Steve Thomas to review new calculations. | 1.30 | $377.00 |
| TJG | 06/18/2009 | Participated in conference call with creditor committee regarding new calculations prepared on the Brantley proposal. | 0.60 | 174.00 |
| SHT | 06/18/2009 | Read e-mails from counsel regarding new proposal and required analysis; researched issues and questions; telecom with David Parham; prepared various analysis scenarios and summaries thereof; teleconference with Tom Gingerich and David Parham regarding same. | 2.20 | 803.00 |
| SHT | 06/18/2009 | Participated in committee teleconference. | 0.60 | 219.00 |
| SHT | 06/18/2009 | Had follow-up meeting regarding work plan and priorities with Tom Gingerich. | 0.20 | 73.00 |
| TJG | 06/19/2009 | Telecom with Dave Parham; revised calculations; transmitted claims analysis to Kevin Good. | 1.20 | 348.00 |
| SHT | 06/19/2009 | Voicemails and e-mails from/to David Parham. | 0.20 | 73.00 |
| SHT | 06/19/2009 | Telecom with David Parham. | 0.30 | 109.50 |
| SHT | 06/19/2009 | Telecom with Kent Abercrombie; summarized notes regarding that conversation. | 1.50 | 547.50 |
| TJG | 06/22/2009 | Reviewed Brantley Helicopter purchase offer; met with Steve Thomas to review offer. | 2.10 | 609.00 |
| TJG | 06/22/2009 | Began review of weekly operating schedules from debtor. | 0.50 | 145.00 |
| SHT | 06/22/2009 | Telecom with Tom Gingerich regarding new proposal and Lain Faulkner's work plan to address selected issues. | 0.20 | 73.00 |
| TJG | 06/23/2009 | Continued review of weekly reports from debtor; prepared analysis for weekly creditor committee call. | 0.50 | 145.00 |
| SHT | 06/23/2009 | Read e-mails and attachments regarding new offer; telecom with Tom Gingerich regarding status and work plan. | 0.50 | 182.50 |
| SHT | 06/23/2009 | Read e-mails regarding settlement offers. | 0.20 | 73.00 |
| TJG | 06/24/2009 | Participated in weekly creditor committee conference call. | 0.30 | 87.00 |
| SHT | 06/24/2009 | Performed cursory review of new Plan and Disclosure Statement; participated in committee teleconference. | 0.70 | 255.50 |
| TJG | 06/29/2009 | Emailed Kent Abercrombie reconciliation of invoices; telecoms with Elliot Schuler regarding status of case. | 0.40 | 116.00 |
| SHT | 06/30/2009 | Performed cursory review of monthly operating report. | 0.50 | 182.50 |
| TJG | 07/01/2009 | Reviewed weekly schedules from debtor; prepared summary for conference call; reviewed May monthly operating report filed by debtor. | 0.90 | 261.00 |
| TJG | 07/01/2009 | Participated in weekly committee conference call. | 0.20 | 58.00 |
| TJG | 07/08/2009 | Reviewed weekly schedules received from debtor; prepared for weekly conference call. | 0.90 | 261.00 |
| TJG | 07/08/2009 | Participated in weekly comittee conference call. | 0.50 | 145.00 |
| TJG | 07/09/2009 | Revised Chapter 7 and Chapter 11 calculations per request of attorney; various telecoms with Elliot Schuler; transmitted revised schedules to attorney. | 5.10 | 1,479.00 |
| SHT | 07/09/2009 | Prepared Chapter 7 liquidation analysis and Brantley plan analysis with Tom Gingerich. | 0.50 | 182.50 |

**Exhibit D**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## May 01, 2009 THRU September 27, 2009
### For Services Rendered

**Superior Air Parts, Inc., et al**
**Financial Analysis Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|---|---|---|---:|---:|
| TJG | 07/13/2009 | Revised Chapter 7 and Brantly plan numbers after receiving new numbers from debtor; telecom with Elliot Schuler; met with Steve Thomas on revisions. | 1.00 | $290.00 |
| TJG | 07/13/2009 | Performed review procedures on weekly reports from debtor. | 1.10 | 319.00 |
| SHT | 07/13/2009 | Assisted Tom Gingerich with updated plan analysis and comparisons. | 0.60 | 219.00 |
| TJG | 07/14/2009 | Prepared revisions to Brantly plan calculations. | 0.90 | 261.00 |
| TJG | 07/14/2009 | Attended disclosure statement hearing; met with Elliot Schuler regarding certain issues observed during the hearing. | 3.00 | 870.00 |
| TJG | 07/15/2009 | Participated in weekly conference call with attorneys and committee members. | 0.80 | 232.00 |
| SHT | 07/15/2009 | Met with Tom Gingerich to debrief regarding yesterday's hearings and to make detailed work plan to cover future hearings and deadlines. | 0.30 | 109.50 |
| TJG | 07/16/2009 | Reviewed draft of disclosure statement; teleconference with Steve Roberts and Elliot Schuler regarding adjusted claim numbers; telecom with Elliot Schuler regarding revised calculations; teleconference with Dave Parham and Elliot Schuler regarding assumptions to be used on revised plan calculations. | 3.70 | 1,073.00 |
| TJG | 07/17/2009 | Telecom with Elliot Schuler; revised plan calculations based on new APS plan; prepared new revisions using adjusted numbers per debtor and counsel. | 2.00 | 580.00 |
| TJG | 07/20/2009 | Participated in conference call regarding accepting the Brantly or APS plan. | 0.90 | 261.00 |
| SHT | 07/20/2009 | Prepared for and participated in committee teleconference; had follow-up meeting with Tom Gingerich regarding priorities and work plan. | 1.10 | 401.50 |
| SHT | 07/22/2009 | Telecom with Elliott Schuler. | 0.10 | 36.50 |
| SHT | 07/23/2009 | Participated in committee teleconference; documented notes. | 0.30 | 109.50 |
| TJG | 08/04/2009 | Reviewed weekly reports from debtor; calculated estimated asset values at August 31, 2009. | 1.50 | 435.00 |
| TJG | 08/06/2009 | Revised Brantley purchase plan calculations. | 0.50 | 145.00 |
| TJG | 08/07/2009 | Participated in weekly conference call; follow-up meeting with Steve Thomas. | 0.60 | 174.00 |
| TJG | 08/07/2009 | Revised APS calculations due to amended plan and disclosure statement filed; transmitted revised schedules to attorneys. | 3.00 | 870.00 |
| SHT | 08/07/2009 | Participated in committee teleconference; had follow-up meeting with Tom Gingerich regarding status and work plan; left voicemail to counsel. | 0.70 | 255.50 |
| TJG | 08/12/2009 | Reviewed weekly reports from debtor. | 0.90 | 261.00 |
| TJG | 08/13/2009 | Reviewed revised bid from APS; revised calculations according to bid; telecom with Dave Parham. | 1.40 | 406.00 |
| SHT | 08/13/2009 | Read status e-mail from David Parham. | 0.10 | 36.50 |
| SHT | 08/18/2009 | Read e-mails regarding status and teleconference. | 0.10 | 36.50 |

**Exhibit D**

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## May 01, 2009 THRU September 27, 2009
### For Services Rendered

**Superior Air Parts, Inc., et al**
**Financial Analysis Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|---|---|---|---:|---:|
| TJG | 08/20/2009 | Reviewed weekly reports from debtor; participated in weekly conference call; organized and summarized projections prepared to date. | 2.70 | $783.00 |
| TJG | 08/20/2009 | Met with Dave Parham and Elliot Schuler to review revised projections. | 1.40 | 406.00 |
| TJG | 08/20/2009 | Revised Chapter 11 and Chapter 7 projections for plans after meeting with attorneys. | 2.20 | 638.00 |
| SHT | 08/20/2009 | Prepared for and participated in committee teleconference. | 0.50 | 182.50 |
| SHT | 08/20/2009 | Met with Tom Gingerich regarding final revisions to analyses and plan comparisons. | 0.50 | 182.50 |
| TJG | 08/21/2009 | Continued revisions of projections; teleconference with Dave Parham and Elliot Schuler; finalized projections based on disclosure statement and plans of reorganization. | 3.60 | 1,044.00 |
| SHT | 08/21/2009 | Counseled Tom Gingerich regarding Plan and Chapter 7 analysis/testimony. | 0.30 | 109.50 |
| TJG | 08/24/2009 | Telecom with Dave Parham regarding projections. | 0.50 | 145.00 |
| TJG | 08/25/2009 | Reviewed calculations in preparation of hearing. | 0.40 | 116.00 |
| SHT | 08/25/2009 | Read series of e-mails regarding plan and chapter 7 analyses; met with Tom Gingrich regarding same. | 0.30 | 109.50 |
| TJG | 08/26/2009 | Prepared for confirmation hearing; attended confirmation hearing for potential testimony of financial matters of debtor. | 5.50 | 1,595.00 |
| SHT | 08/26/2009 | Trial/testimony preparation with Tom Gingerich. | 0.40 | 146.00 |
| TJG | 08/27/2009 | Met with Steve Thomas as follow up of confirmation hearing. | 0.30 | 87.00 |
| | | **\*Daily Log Total:** | **196.20** | **61,398.00** |

**Exhibit D**