# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Summary Sheet - Employment/Fee Application
## For the Period  May 01, 2009  through September 27, 2009

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|----------|---------------------|-------------|--------------|
| Keith Enger | 2.00 | 365.00 | $ 730.00 |
| Steve Thomas | 0.20 | 365.00 | $ 73.00 |
| Tom Gingerich | 1.00 | 290.00 | $ 290.00 |
| **Total:** | **3.20** | | **$ 1,093.00** |

**Exhibit E**

# LAIN, FAULKNER & CO., P.C.
## DAILY  LOG
### May 01, 2009  THRU  September 27, 2009
### For Services Rendered

## Superior Air Parts, Inc., et al
## Employment/Fee Application

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|---------------:|----------------:|
| DKE | 05/21/2009 | Revised fee application for Lain, Faulkner originally drafted by counsel. | 1.50 | $547.50 |
| DKE | 05/22/2009 | Completed review of Lain, Faulkner fee application. | 0.50 | 182.50 |
| TJG | 06/24/2009 | Prepared for fee application hearing; attended fee application hearing with Dave Parham. | 1.00 | 290.00 |
| SHT | 06/29/2009 | Read various e-mails regarding invoices and fee application payments. | 0.20 | 73.00 |
| | | **\*Daily Log Total:** | **3.20** | **1,093.00** |

**Exhibit E**