# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Summary Sheet - Client Time Not Billed
## For the Period May 01, 2009 through September 27, 2009

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Steve Thomas | 0.50 | 0.00 | $ 0.00 |
| Tom Gingerich | 0.80 | 0.00 | $ 0.00 |
| **Total:** | **1.30** | | **$ 0.00** |

Exhibit F

# LAIN, FAULKNER & CO., P.C.
## DAILY LOG
## May 01, 2009 THRU September 27, 2009
### For Services Rendered

**Superior Air Parts, Inc., et al**
**Client Time Not Billed**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|---|---|---|---|---|
| TJG | 06/24/2009 | Down time at court house waiting on fee application hearing. | 0.80 | $0.00 |
| SHT | 08/27/2009 | Debrief with Tom Gingerich regarding yesterday's hearing. | 0.50 | 0.00 |
| | | *Daily Log Total: | 1.30 | 0.00 |

Exhibit F