# LAIN, FAULKNER & CO., P.C.
## Superior Air Parts, Inc., et al
## Summary Sheet - Expenses Incurred
## For the Period  May 01, 2009  through September 27, 2009

| Expense Item | Rate | Total |
|---|---|---|
| Copies (in-house) | $0.20 per page | $ 79.20 |
| Other | At Cost | $ 11.20 |
| Postage/Overnight Delivery | At Cost | $ 8.57 |
|  |  | $ 98.97 |

**Copies (in-house) and telecopies are billed at $0.20 per page. Transportation is currently billed at $0.550 per mile.  All other expenses requested are billed at cost. All requested expenses are necessary, reasonable, economical and customarily charged to non-bankruptcy clients of Applicant.**

# EXHIBIT G

# LAIN, FAULKNER & CO., P.C.
## DAILY TIME & EXPENSE REGISTER
### 05/01/2009 THRU 09/27/2009
### Detail of Expenses

| Client Id | Date | Employee | Svc | Hours Rate | Amount | TimeCard Description |
|---|---|---|---|---|---|---|
| SA0999 | 05/31/2009 | LFC50 | 69 | *** Expense *** | 5.20 | 26 copies for May |
| SA0999 | 05/31/2009 | LFC50 | 74 | *** Expense *** | 2.10 | May postage |
| SA0999 | 06/30/2009 | LFC50 | 69 | *** Expense *** | 31.60 | 158 copies for June |
| SA0999 | 06/30/2009 | LFC50 | 74 | *** Expense *** | 2.10 | Postage for June |
| SA0999 | 07/01/2009 | LFC50 | 68 | *** Expense *** | 4.08 | PACER (04/01/09 - 06/30/09) |
| SA0999 | 07/01/2009 | LFC50 | 68 | *** Expense *** | 7.12 | PACER (04/01/09 - 06/30/09) |
| SA0999 | 07/31/2009 | LFC50 | 69 | *** Expense *** | 1.60 | 8 copies for July |
| SA0999 | 07/31/2009 | LFC50 | 74 | *** Expense *** | 2.27 | Postage for July |
| SA0999 | 08/27/2009 | LFC50 | 69 | *** Expense *** | 40.80 | 204 copies in August |
| SA0999 | 08/27/2009 | LFC50 | 74 | *** Expense *** | 2.10 | Postage for August |
| | | **\*Client Expenses** | | | $98.97 | |
| | | **\*\*Register Expenses** | | | $98.97 | |

**EXHIBIT G**