# Lain, Faulkner & Co., P.C.

## RESUMES

### PROFESSIONALS

**Stephen H. Thomas** - Mr. Thomas is a CPA and a shareholder of Lain, Faulkner & Co., as well as a Certified Fraud Examiner. He has gained particular expertise in bankruptcy, litigation and forensic accounting through over 30 years of experience in industry and public practice. His experience includes services as receiver, examiner and various investigative and accounting services on behalf of debtors, creditors and trustees of bankruptcy estates in numerous industries. He has significant experience and expertise in analyzing preferential payments and fraudulent conveyances, searching for hidden assets, performing cash and asset tracings, and providing expert witness testimony. In addition, he has business consulting experience comprised of due diligence reviews, contract compliance analyses and operational reviews.

**D. Keith Enger** - Mr. Enger, a CPA and shareholder of Lain, Faulkner & Co., is a graduate of Texas Tech University who has in excess of 30 years of experience in accounting in the oil and gas industry as well as in public practice in the areas of tax and financial reporting. His tax expertise includes preparation of federal and state returns, negotiating settlement of tax claims, and special analysis and research associated with bankruptcy and litigation support matters. Financial experience includes preparation of statement of financial affairs and debtor's schedules, performing claims analyses and administering the distribution process, preparation of financial projections and providing expert witness testimony. He has also served as trustee and disbursing agent in bankruptcy cases.

**Thomas J. Gingerich** - Mr. Gingerich is a CPA manager with over 23 years experience in accounting with 10 years being in public accounting. He has extensive experience in tax, valuation and account analysis. Mr. Gingerich's experience in the private sector is comprised of budgets and forecasting, financial statements, and daily financial operation of small businesses. He is a graduate of Simpson College, in Indianola, Iowa with a BA in Accounting.

### STAFF

**Brandi Rush** - Ms. Rush is a graduate of Texas A&M Commerce with a BBA in accounting. Her professional experiences consist of 10 years in accounting and financial analysis. She is proficient in accounts payable, general ledger, cash management, payroll and human resources. She is highly skilled in the compilation of financial statements.

EXHIBIT H