BECKER, GLYNN, MELAMED & MUFFLY LLP
By: Chester B. Salomon (CS-2319)
299 Park Avenue
New York, New York 10171
Telephone:    (212) 888-3033
Facsimile:    (212) 888-0255
csalomon@beckerglynn.com

UNITED STATES BANKRUPCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:

SUPERIOR AIR PARTS, INC.,

Debtor,

Case No. 08-36705-BJH-11

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Corporate Finance Partners Midcap GmbH, ("CFP"), administrative creditor and party-in-interest, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties indentified below at the following address:

BECKER, GLYNN, MELAMED & MUFFLY LLP
299 Park Avenue
New York, New York 10171
Attn:   Chester B. Salomon, Esq.
Telephone:    (212) 888-3033
Facsimile:    (212) 888-0255

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

The Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waiver CFP's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs or recoupments to which CFP is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: New York, New York
       October 23, 2009

                    BECKER, GLYNN, MELAMED & MUFFLY LLP
                        Attorneys for Defendant Corporate Finance
                        Partners Midcap GmbH

                    By:   /s/ Chester B. Salomon
                        Chester B. Salomon (CS-2319)
                        299 Park Avenue
                        New York, New York 10171
                        Telephone:   (212) 888-3033
                        Facsimile:    (212) 888-0255

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was served by regular mail to the persons listed on the attached list on October 23, 2009.

                                          /s/ Chester B. Salomon
                                             Chester B. Salomon

*127386v1*

3

## SERVICE LIST

| | |
|---|---|
| Neil J. Orleans<br>Goins, Underkolfer, et ai, LLP<br>1201 Elm Street, Ste. 4800<br>Dallas, TX 75270 | William G. Burd/Krystina N. Jiron<br>Atkinson & Brownell, PA<br>2 South Biscayne Blvd., Suite 3750<br>Miami, FL 33131 |
| Jeffrey N. Thom, Q.C.<br>Miller Thomson LLP<br>3000, 700 - 9th Avenue SW<br>Calgary, AB T2P 3V4 | Billy G. Leonard, Jr.<br>Attorney at Law<br>1650 W. Virginia Street, Suite 211<br>McKinney, Texas 75069 |
| Michael L. Jones<br>Henry & Jones, LLP<br>2902 Carlisle Street, Ste. 150<br>Dallas, TX 75204 | City of Coppell/Coppell ISD<br>Mary McGuffey, Tax Assessor Collector<br>PO Box 9478<br>Coppell, TX 75019 |
| Laura Boyle<br>TW Telecom, Inc.<br>10475 Park Meadows, Dr. #400<br>Littleton, CO 80124 | Howard A. Borg/James T. Jacks<br>Ass't US Atty for FAA<br>Burnett Plaza, Suite 1700<br>801 Cherry Street, Unit 4<br>Fort Worth, Texas 76102-6882 |
| Mary Frances Durham<br>U.S. Department of Justice<br>Office of the United States Trustee<br>11 00 Commerce Street, Room 976<br>Dallas, TX 75242 | Gordon J. Toering<br>**WARNER NORCROSS & JUDD LLP**<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, Michigan 49503 |
| Jim Griffin<br>Hartford Aircraft Products<br>94 Old Poquonock Road<br>Bloomfield, CT 06002 | LARRY K. HERCULES<br>ATTORNEY AT LAW<br>1400 Preston Road, Suite 280<br>Plano, Texas 75093 |
| Ronald Weaver<br>Avstar<br>1365 Park Lane South<br>Jupiter, Fl 33458 | Melissa S. Hayward<br>LOCKE LORD BISSELL& LIDDELL LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201<br>Counsel for the Insurers |

4

Stefano Gazzola  
Zanzi, S.pA  
Corso Vercelli, 159  
10015 Ivrea, Italy

Anita F. McMahon  
1646 Belmont Ave.  
Baton Rouge, LA 70808

Phil Eck  
Eck Industries, Inc.  
1602 North 8th Street  
Manitowoc, WI 54221-0967

Gregory B. Gill, Jr.  
Gill & Gill, S.C.  
128 North Durkee St.  
Appleton, WI 54911

Linda Boyle  
TW Telecom, Inc.  
10475 Park Meadows Dr. #400  
Littleton, CO 80124

Vincent Slusher/J. Seth Moore  
Beirne Maynard & Parsons, LLP  
1700 Pacific Ave., Ste. 4400  
Dallas, TX 75201  
Attys for Theilert Aircraft Engines GMBH

David W. Parham,  
Elliot Schuler & A. Swick  
Baker & McKenzie LLP  
2001 Ross Ave., Suite 2300  
Dallas, TX 75201

Piyush Kakar  
Seal Science Inc.  
17131 Daimler  
Irvine, CA 92614

Kevin H. Good  
Conner & Winters LLP  
1700 Pacific Avenue  
Suite 2250  
Dallas, Texas 75201

Werner Wilhelm AlbusNaleria de Freitas  
MesquitalKSPG Automotive Brazil L TDA  
Rodovia Arnaldo Julio Mauerbert,  
n. 4000-Distrito Industrial 01  
Nova Odessa- SP Brasil, Caixa Postal 91

Kent Abercrombie  
Superior Air Parts, Inc.  
621 S. Royal Lane, Suite 100  
Coppell, TX 75019-3805

Susan B. Hersh  
12770 Co it Rd. Ste. 1100  
Dallas, TX 75251

Laurie A. Spindler  
Linebarger Goggan et ai, LLP  
2323 Bryan Street Suite 1600  
Dallas, TX 75201

Timothy S. McFadden  
LOCKE LORD BISSELL& LIDDELL LLP  
111 South Wacker Drive  
Chicago, IL 60606  
Counsel for the Insurers

Rosa R. Orenstein  
LOOPER, REED & McGRAW, P.C.  
4100 Thanksgiving Tower  
1601 Elm Street  
Dallas, TX 75201

Garlock-Metallic Gasket Div  
250 Portwall St., Ste. 300  
Houston, TX 77029

Kenneth A. Hill  
QUILLING, SELANDER, CUMMISKEY  
& LOWNDS, P.C.  
2001 Bryan Street, Suite 1800  
Dallas, Texas 75201

Genesee Stamping & Fabricating  
1470 Avenue T  
Grand Prairie, TX 75050-1222

Theilert Aircraft Engines  
Nieritzstr 14 D-01097  
Dresden Germany

Deirdre B. Ruckman/AVCO  
Gardere Wynne Sewell LLP  
1601 Elm Street, Ste. 3000  
Dallas, TX 75201

Airsure Limited  
Dallas Office  
5700 Granite Parkway, #550  
Plano, TX 75024-6647

Betsy Price, Tax Assessor Collector  
100 E. Weatherford  
PO Box 961018  
Fort Worth, TX 76196

Crane Cams  
2531 Tail Spin Trail  
Daytona Beach, FL 32128-6743

Lynden International  
1800 International Blvd. #800  
Seattle, WA 98188

Champion Aerospace, Inc.  
1230 Old Norris Road  
Liberty, SC 29654-0686

Mahle Engine Components  
60428 Marine Road  
Atlantic IA 50022-8291

Automatic Screw Machine  
709 2nd Avenue SE  
Decatur, AL 35601

ECK Industries, Inc.  
1602 North 8th Street  
Manitowoc, WI 54221-0967

6

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal 91
CEP 13460-000

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

AOPAPiiot
PO Box 973
Frederick, MD 21701

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502

Seal Science
17131 Daimler
Irvine, CA 92614-5508

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Knappe & Koester Inc:
18 Bradco Street
Keen, NH 3431

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Mahle Engine Components
17226 Industrial HWY
Caldwell,OH 43724-9779

Internal Revenue Service
Special Procedures - Ins,olvency
P.O. Box 21126
Philadelphia, PA 19114

ThielertAG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

Ruhrtaler Gesenkschmiede
F.w. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456