David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
**ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | |
| **DEBTOR-IN POSSESSION.** | § | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing regarding the Second and Final Application for Lain, Faulkner & Co., P.C., Financial Advisors for the Official Committee of Unsecured Creditors, for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for the Period of May 1, 2009 Through September 27, 2009 [Docket No. 448], will take place at **9:00 a.m. on Wednesday, November 25, 2009** in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496.

Dated: October 26, 2009
       Dallas, Texas

       Respectfully submitted,

       BAKER & MCKENZIE

       By:   /s/ Elliot D. Schuler
           Dave Parham
           State Bar No. 15459500
           Elliot D. Schuler
           State Bar No. 24033046
       2300 Trammell Crow Center
       2001 Ross Avenue
       Dallas, Texas 75201
       Telephone: (214) 978-3000
       Facsimile: (214) 978-3099
       **ATTORNEYS FOR THE OFFICIAL**
       **COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

On this the 26th day of October 2009, the undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities through the Court's ECF system and via United States mail, first-class postage pre-paid and properly addressed upon those identified below and those indicated as not receiving electronic notice on the ECF Receipt.

| **Duane J. Brescia** <br> **Stephen A. Roberts** <br> Strasburger & Price LLP <br> 600 Congress Ave., Ste. 1600 <br> Austin, TX 78701 | **Mary Frances Durham** <br> Office of the United States Trustee <br> 1100 Commerce Street <br> Room 976 <br> Dallas, TX 75242 |
|---|---|

       /s/ Elliot D. Schuler
       Elliot D. Schuler