# EXHIBIT D

| # | Subject Area | Question |
|---|---|---|
| 1 | Business and Strategy | How quickly do you anticipate turning the exisitng inventory? |
| 2 | Business and Strategy | Provide Product sales ($s and units)segmented by engine application / product line / part number for past 5 years |
| 3 | Business and Strategy | Provide Service revenues ($s) segmented by engine application / product line detailed by service offering for past 5 years |
| 4 | Business and Strategy | Provide Detailed Warranty claims segmented by engine application / product line detailed by part number for past 5 years. |
| 5 | Business and Strategy | Provide Detailed Field reliability data segmented by engine application / product line detailed by part number for past 5 years |
| 6 | Business and Strategy | Describe the details and status of product development programs |
| 7 | Business and Strategy | Provide a copy of last years Strategic Plan document |
| 8 | Business and Strategy | Describe Strategic goals and initiatives, opportunities and risks |
| 9 | Business and Strategy | How much is spent on advertising and branding? |
| 10 | Business and Strategy | Describe Detailed branding strategy by product line |
| 11 | Business and Strategy | What are the "core competencies" of SAP |
| 12 | Business and Strategy | Describe Markets served, market size, market growth rates, distribution channels position in market, (note: third party analysis, generally, is required) |
| 13 | Business and Strategy | Provide Detailed distributor sales data segmented by product line by distributor for past 5 years |
| 14 | Business and Strategy | Provide Detailed direct sales data segmented by product line and services by geographic area for past 5 years |
| 15 | Business and Strategy | Provide any research on competitors, scale and reach of market leaders, competitor concentration, and competitive analysis |
| 16 | Business and Strategy | Describe Barriers and technology limitations to Superior's potential  product development and business growth |
| 17 | Business and Strategy | List of Engineering and Product Development Reports (need documentation on new product development) |
| 18 | Sales | Describe current and potential sales growth initiatives by product line |
| 19 | Sales | Describe long term marketing and sales strategy by product line |
| 20 | Sales | Provide 2007 sales by customer, identify stability of customer by high medium or low. |

| | | |
|---|---|---|
| 21 | Sales | Identify lost customers representing 5% or more of annual sales in last three years |
| 22 | Sales | Provide pricing strategy by product line and customer segment |
| 23 | Sales | Comment on your Ability to implement price changes |
| 24 | Sales | Provide an organization chart for the sales force, identify internal vs external resources |
| 25 | Sales | Describe salesforce Product line / customer responsibilities |
| 26 | Sales | Outline salesforce  Geographic location and size of territory |
| 27 | Sales | Are all product lines sold thru all distributors, What are the exceptions and what is the product line sales strategy |
| 28 | Sales | Provide data on receipt of order to date of delivery. Comment on Company's initiative to improve. |
| 29 | Sales | Provide Current and historic order backlog; level of quote activities and resulting firm orders and trends for the last five years |
| 30 | Sales | Describe sales promotion, advertising approach |
| 31 | Sales | Industry and customer awards |
| 32 | Sales | Provide copies of Recent customer surveys, delivery performance ratings, etc. |
| 33 | RD&E | 1.  What number of drawings are held by Superior?  Itemize by Lycoming, TCM, Allison, and other PMA parts. |
| 34 | RD&E | 2.  What number of BOM (bill of material) lines are held by Superior?  Itemize by Lycoming, TCM, Allison, and other PMA parts. |
| 35 | RD&E | 3.  What number of process specifications are held by Superior?  Itemize by Lycoming, TCM, Allison, and other PMA parts. |
| 36 | RD&E | 4.  What number of material specifications are held by Superior?  Itemize by Lycoming, TCM, Allison, and other PMA parts. |
| 37 | RD&E | 5.  Are drawings, parts lists, process specifications, material specifications and manuals stored in hardcopy or electronic format? |
| 38 | RD&E | 6.  What CAD system is used to create drawings?  What business system is used to store BOMs?  What software is used to edit and publish process and material specifications? |
| 39 | RD&E | 7.  Provide PMA substantiating data submitted to FAA for TCM cylinder assembly (stud assembly) - Superior part number SA648044 (piston) and SA52000-A1 (cylinder) |
| 40 | RD&E | 8.  Provide PMA substantiating data submitted to FAA for Lycoming cylinder assembly (stud assembly) - Superior part number SL10545 (piston) and SL54002-A1 (cylinder) |
| 41 | Full Supply Chain | What is the location of each piece of tooling?  What is the age, condition and expected residual life of each piece?  Is there other tooling not owned by Superior? |
| 42 | Full Supply Chain | Breakdown of the inventory by product group, obsolete/defective vs good inventory, cost of good vs obsolete/defective inventory. |
| 43 | HR Exec Comp | Confirm no existing executive compensation plans and agreements (including incentive compensation plans, employment agreements, consulting agreements, non-competition agreements, stock purchase or stock appreciation right agreements, bonus plans, and "change in control" agreements) |
| 44 | HR General Empl | Copies of current organization charts. |
| 45 | HR General Empl | Provide expanded bio or resume on top 6 paid employees |
| 46 | EHS | Provide a list of machinery being transferred and any known machinery guarding safety issues associated with them |
| 47 | Finance | Please, provide all part pricing lists. These lists are necessary for determining net realizable value . In addition please, provide distributor agreements which contain any specific or special pricing arrangments that deviate from the standard price lists. |

| | | |
|---|---|---|
| 48 | Finance | Please, provide Sales by Customer by: Engine model, Part number, Part number description, PMA#, sales dollars for 2003, 2004, 2005, 2006, 2007 and 2008 YTD. Textron needs to relate historical part sales by year to the PMA's |
| 49 | Finance | Please, modify your June 2008 Inventory Listing to include Quantity |
| 50 | Finance | 2.8.5 Inventory Net realizable Analysis indicates there is an excess anaysis repor in other sections of the data room. This report could not be located. Please, indicate the specific section of the data room that the report is located. |
| 51 | Finance | Please, provide a report showing inventory utilization for the years 2005, 2006, 2007 and YTD 2008. Preferably the report will show by part number and year: Beginning inventory balance (dollars and unit), Purchases, Sales, and Ending inventory balance |
| 52 | Finance | Please, provide an inventory report as of April 30, 2008. |
| 53 | Finance | Please, provide a detailed report of fixed assets with subtotals by asset category that tie to the general ledger. |
| 54 | Finance | Certain tooling is identified in the fixed asset listing with the Prefix of SL which we have assumed indicates the PMA to which the tool is associated. Please, confirm our assumption. Other tooling within the tooling section is not referenced with an SL number. Please indicate what PMA these tolls are associated with. |
| 55 | Finance | Please, provide a report indicating the specific location of all tooling. |
| 56 | Tax | List all trade or business acquisitions and dispostions in prior 5 years and provide copies of P&S agreements |
| 57 | Tax | Provide copies of any tax opinions, rulings, changes in accounting methods and tax elections made within the prior 5 years |
| 58 | Tax | Provide schedule of R&D base period information (1984-1988) |
| 59 | Risk Management | Please provide program participants in the aviation insurance program (identify insurers and participation percentage) |
| 60 | Risk Management | Please provide status of erosion of aggregate limits for last 15 policy years. |
| 61 | Risk Management | Please explain why Precision Air parts Inc. is listed as a named insured. |
| 62 | Risk Management | Please provide a schedule of insurance for last 10 years, noting the following: name of insurer, type of insurance, effective and expiration dates, name of broker, annual premium, limit of liability, deductible or self-insured retention. Note any special or unusual exclusions or coverages. Please note major change in insurance program during this period (change in limits, program structure, deductibles, new or discontinued coverages. Include name and contact information of brokers and underwriters, if known. Note any coverages where parent or its products are also included and if parent's insurance provides any excess or difference in conditions coverage. |
| 63 | Risk Management | Please provide 10-year claim history; sort by type of insurance, then by fiscal year |
| 64 | Risk Management | Please explain discrepancy with 'no litigation' or 'investigations', yet financials show an accrued liability of over $1.5M for SIR claims (self-insured retention). Please confirm the aviation policies feature a deductible and not an SIR. |
| 65 | Risk Management | Please describe supply chain contracting practices with respect to indemnity, limitation of liability, risk of loss, etc. This applies to customers, distributors, and suppliers and the sale or distribution of Thielert parts. Provide support that contracts terms and conditions were satisfied (certificate of insurance submitted to Superior, added as an additional insured, minimum types and amounts of insurance compliance, etc.) |

| | | |
|---|---|---|
| 66 | Additional Questions: | Does the company have assets to support product development, or is it contracted? What are they and what is their age & condition? |
| 67 | Additional Questions: | What test engines are available to support product development?  How is durability testing conducted? |
| 68 | Additional Questions: | What technical product development reports exist? (for example, reports covering any new materials, processes or products) |

| File in data room |
| --- |
| 10.6.1 BS1 - Inventory by months on hand |
| 10.6.41 BS2 - Sales by part number |
| |
| 10.06.42 BS4 - Detailed warranty claims |
| 10.6.23 BS5 - Part warranty |
| |
| 10.6.43 BS6 - Product development programs |
| 10.6.18 BS7 - last years Strategic Plan |
| 10.6.18 BS7 - last years Strategic Plan |
| |
| 10.6.2 BS9 - spending on advertising and branding |
| 10.6.20 BS10 - Branding strategy by product line |
| 10.6.21 BS11 - Core competencies |
| |
| 10.6.39 BS13 - Detailed sales data |
| 10.6.39 BS13 - Detailed sales data |
| |
| 10.6.22 BS16 - Barriers and technology |
| |
| 10.6.40 BS17 - List of engineering and product development reports |
| 10.6.50 S1 - sales growth initiatives |
| 10.6.33 S2 - long term marketing and sales strategy by product line |
| 10.6.34 S3 - Sales by customer |

| |
|---|
| 10.6.35 S4 - lost customers representing 5% or more of annual sales in last three years |
| 10.6.36 S5 - Pricing strategy |
| 10.6.36 S5 - Pricing strategy |
| 10.6.17 S7 - organization chart for the sales force |
| 10.6.36 S5 - Pricing strategy |
| 10.6.36 S5 - Pricing strategy |
| 10.6.36 S5 - Pricing strategy |
| 10.6.16 S11 - receipt of order to date of delivery |
| 10.6.45 S12 - Open orders 6-7-08 |
| 10.6.31 S13 - sales promotion, advertising approach |
| **To be answered** |
| 10.6.32 S15 - customer surveys, delivery performance ratings |
| 10.6.11 RDE1-7 R&D requests |
| 10.6.11 RDE1-7 R&D requests |
| 10.6.11 RDE1-7 R&D requests |
| 10.6.11 RDE1-7 R&D requests |
| 10.6.11 RDE1-7 R&D requests |
| 10.6.11 RDE1-7 R&D requests |
| 10.6.11 RDE1-7 R&D requests |
| 10.6.12 RDE8 - report 1<br>10.6.13 RDE8 - report 2<br>10.6.14 RDE8 - report 3<br>10.6.15 RDE8 - report 4<br>10.6.44 RDE8 - report 5 |
| 10.6.7 FSC1 - specific location of all tooling - updated |
| 10.6.8 FSC2 - excess anaysis report |
| 10.6.9 HR1 - no existing executive compensation plans and agreements |
| 10.6.10 HR2 - current organization charts |
| 10.6.25 HR3 - expanded resumes |
| 10.6.3 EHS1 - machinery being transferred |
| 10.6.4 FIN1-9 - Financial requests |

| |
|---|
| 10.6.4 FIN1-9 - Financial requests |
| 10.6.4 FIN1-9 - Financial requests |
| 10.6.4 FIN1-9 - Financial requests<br>10.6.8 FSC2 - excess anaysis report |
| 10.6.4 FIN1-9 - Financial requests |
| 10.6.4 FIN1-9 - Financial requests<br>10.6.5 FIN6 - inventory report as of April 30, 2008 |
| 10.6.4 FIN1-9 - Financial requests<br>10.6.6 FIN7 - detailed report of fixed assets |
| 10.6.4 FIN1-9 - Financial requests |
| 10.6.4 FIN1-9 - Financial requests<br>10.6.7 FSC1 - specific location of all tooling - updated |
| 10.6.37 Tax1 - trade or business acquisitions |
| 10.6.38 Tax2 - Independent audit review report |
| 10.6.47 RM1 - insurers and participation percentage |
| **To be answered** |
| 10.6.47 RM1 - insurers and participation percentage |
| **To be answered** |
| 10.6.46 LEG-INS1d - 10-year claim history |
| 10.6.48 RM3 - accrued liability |
| 10.6.49 RM4 - supply chain contracting practices |

| |
|---|
| 10.6.19 AQ1-2 - Product Development |
| 10.6.19 AQ1-2 - Product Development |
| 10.6.40 BS17 - List of engineering and product development reports |

| Answer |
| --- |
| |
| |
| N/A -- no service revenues according to management |
| |
| N/A -- no analysis re/ that item -- BS4 is the closest that SAOP can provide |
| 1. Schweitzer; Development of certified replacement parts for the Lycoming HIO-360-GIA engine for Schweizer applications and to produce a Type-Certificate for an engine equivalent to the same. – status: parts are being procured for test and approval purposes<br>2. O-200 Intake Elbows – development of replacement intake pipes for our A65 kits – status: awaiting samples from the supplier with which to run the FAA acceptance test.<br>3  O-200 cylinder – development of replacement O-200 cylinder (casting, machining, valve, rockers, etc.) – status: design proceeding. FAA-ACO has been shifted to the Los Angeles ACO due to local FAA manpower shortage.<br>4.  IO-400 Type Certificate Project – development of Vantage Certificated 400 engine -- status: majority of component design complete; crankshaft and crankcase designs to be evaluated and possibly revised to strengthen areas as recommended by Trent Hamm. No FAA Project Number assigned yet.<br>5.  Non-Impulse Coupled Magneto Gear Project – Status: ready to schedule FAA for acceptance Fit test<br>6.  361 Cylinder and Engine Project – status: parts produced but no FAA Project Number assigned<br>7.  Front Prop Governor PMA Project  -  status: Received ACO approval; awaiting MIDO approval |
| see BS7 |
| 2005: $399,925<br>2006: $851,889<br>2007: $816,239<br>2008: $302,736 |
| KA |
| verbal discussion preferred |
| KA - no third parties analysis - verbal discussion suggested |
| |
| covered by BS13 file |
| No reserach on competitors available |
| KA - verbal discussion |
| 1. PP001 Schweizer Engine Kit<br>2. PDR 052 O-200 Intake Elbows<br>3. PP003 O-200 PMA Cylinder Parts<br>4. PP004 IO-400 Type Certificate Project<br>5. PDI 027 Non-Impulse Coupled Magneto Gear Project Plan<br>6. PDI 025 – 361 Engine Test Plan<br>7. PDR 025 – Front Prop Governor PMA Project Test Plan |
| |
| |

| |
|---|
| AF |
| |
| Allison – 109 Pratt & Whitney – 129 TCM – 620 Lycoming – 590<br> Please note that these are the drawings and do not necessarily encompass the various plus and minus sizes for different part numbers. |
| Not clear on question |
| Superior maintains 202 Engineering Orders |
| Superior does not own material specifications.  Superior utilizes industry standard specifications including ANSI, SAE, ASTM, FED, MIL, NAS, SS, and ISO. |
| Legacy drawings and specifications are kept in hard copy format.  More recent materials are maintained electronically in our MQ1 document software. |
| AutoCAD, Pro/E, and INVENTOR have been used to create drawings.  Material BOMs are maintained in the AS400 system and processes and specifications are kept in Word or ACROBAT format. |
| No TCM related data to be provided at this time. |
| RDE8 files |
| FSC 1 |
| FSC 2 |
| No employee agreements exist including incentive compensation plans, employment agreements, consulting agreements, non-competition agreements, stock purchase or stock appreciation right agreements, bonus plans, and "change in control" agreements.  Superior pays 2 individuals who are not employed by the company for engineering and quality functions but neither of these individuals has a contract or agreement.  The agreement is a verbal agreement with pay calculated by the hour. |
| HR2 file |
| HR 3 file |
| No machinery is currently being transferred. |
| No distributor agreements exist outside of those provided.  Pricing information will not be provided at this time.  Estimated realizable value can be calculated using margin data provided previously. |

| |
|---|
| Sales detail will not be provided at this time. |
| Cost data will not be provided at this time. |
| FSC2 file |
| No specific cost data to be provided at this time. |
| FIN6 file |
| FIN7 file |
| SL prefix items are Lycoming application parts and SA are TCM application parts. |
| FSC1 file (updated) |
| KA ( none) |
| KA (tax people are working on it) |
| Please specify that request ? All that is pre-bankruptcy |
| |
| KA |
| |
| KA |
| |
| |
| |

| AQ 1-2 | • |
|--------|---|
| AQ 1-2 | |
| BS 17 | |

# EXHIBIT E

Corporate Finance Partners

## Projekt Taurus Manntage

| | | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Summe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Felix Schauerte | % | 18.00 | 3.00 | 5.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Manntage | 3.60 | 0.60 | 1.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.65 |
| Daniel Schenk | % | 7.50 | 12.50 | 24.00 | 42.50 | 32.50 | 48.00 | 5.00 | 22.50 | 0.00 | 28.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Manntage | 1.50 | 2.50 | 6.00 | 8.50 | 6.50 | 12.00 | 1.00 | 4.50 | 0.00 | 5.75 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.25 |
| Johannes Lindinger | % | 17.50 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Manntage | 3.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| Fabian Pohl | % | 30.25 | 62.25 | 64.80 | 40.50 | 11.00 | 25.40 | 11.50 | 6.50 | 2.00 | 4.00 | 0.00 | 0.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Manntage | 6.05 | 12.45 | 16.20 | 8.10 | 2.20 | 6.35 | 2.30 | 1.30 | 0.50 | 0.80 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 56.55 |
| Algerim Urmambetova | % | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Manntage | 0.00 | 0.00 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| Artur Gulpe | % | 2.25 | 1.50 | 0.00 | 0.00 | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | Manntage | 0.45 | 0.30 | 0.00 | 0.00 | 2.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.95 |
| Summe | Manntage | 15.10 | 16.85 | 26.15 | 16.60 | 10.90 | 18.35 | 3.30 | 5.80 | 0.50 | 6.55 | 2.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 122.40 |

Confidential

# EXHIBIT F

# CORPORATE FINANCE PARTNERS

CFP MidCap GmbH - Torstr. 35 - 10119 Berlin

**Corporate Finance Partners**
**MidCap GmbH**
Torstr. 35
10119 Berlin

Kent Abercrombie
President/CEO
Superior Air Parts Inc.
621 S. Royal lane, Suite 100
Coppell, TX 75019-3805
USA

Tel: +49 30 4979999 69
Fax: +49 30 4979999 67

Email: farideh.morad@cfpartners.com
Web: www.cfpartners.com

26 June 2009

**Projekt Taurus (Superior Air Parts Inc.) - RECHNUNG Nr. / Invoice 09/0016**

Sehr geehrte Damen und Herren/ Dear Sir or Madam,

auf Basis des Mandatsvertrages vom 23. Dezember 2008 erlauben wir uns, Ihnen für den Zeitraum 23.05.2008 bis 28.02.2009 folgendes in Rechnung zu stellen:

With reference to our contract dated 23 December 2008 we invoice you for the period 23.05.2008 – 28.02.2009 as follows:

| Positionen | EUR |
|---|---|
| Datenraumkosten / Data Room Expenses | 801,91 |
| Reisekosten / Travelling Expenses | 9.512,40 |
| Telekommunikationspauschale(Fax, Telefon, Mobil) (6 x 600,00 €) Telecommunications (fax, telephone, cell), flat fee | 3.600,00 |
| **Summe netto Kosten / Sum net** | 13.914,31 |
| Steuerfreie Ausfuhrlieferung in Drittland / VAT | 0,00 |
| **Rechnungsbetrag gesamt / Invoice amount total** | **13.914,31** |

The above invoice does not include VAT. Any tax liability in your country is not taken into consideration.

Bitte überweisen Sie den Rechnungsbetrag in Höhe von Euro 13.914,31 auf unser nachstehendes Konto / Please effect payment of the due amount to our following bank account without delay:

| | |
|---|---|
| Empfänger/Recipient | Corporate Finance Partners MidCap GmbH |
| Bank | Hauck & Aufhäuser |
| Konto-Nr. / Account no. | 156 31 05 |
| BLZ / Sort Code | 502 209 00 |
| Verwendungszweck/ Reason for payment | Projekt Taurus / RE –Nr.: 06-0016 |

Vielen Dank im Voraus.

Mit freundlichen Grüßen

Corporate Finance Partners MidCap GmbH
Buchhaltung

Corporate Finance Partners MidCap GmbH
Amtsgericht Charlottenburg von Berlin HRB 101757 B
Geschäftsführer: Felix Thorsten Markus Schauerte – Daniel Schenk
Hauck & AUFHÄUSER – BLZ 502 209 00 – Konto 156 31 05 IBAN: DE5750220900000156310 BIC/SWIFT-Code HAUK DE FF
Deutsche Bank – BLZ 10070024 – Konto 1587872 IBAN: DE21100700240158787200 BIC/SWIFT–Code DEUTDEDBBER
USt-IdNr.: DE250425810 St-Nr.: 37/295/20875

## Übersicht der Reisekosten für 2. Projektabrechnung Taurus

| Datum | Kst.Nr. | Name Proj. | Name Firma | Text | Dauer | RE. Nr. | Vergütung Bezeichnung | Betrag € | RA.Nr.: | |
|---|---|---|---|---|---|---|---|---|---|---|
| 23.12.2008 | | TAURUS | Superior Air Parts Inc. | urspr.Vert.07 .05.- 06.08.2008 | >=3 | | | | | |
| | | | | Reisekosten für 2.Abrechnung | | | | | | |
| | | | | | | 9130049-103-39650 | EACYTRAVEL Flug Pohl17.07.08 | 938,28 | | 9.512,40 |
| | | | | | | 08-012 | Reisekost.Schenk Okt.+Dez.2008 | 6.324,01 | | |
| | | | | | | 09-004 | Reisekost. Schenk 02/2009 | 2.250,11 | | |
| | | | | | | | Summe netto | 9.512,40 | | |
| | | | | | | | Zzgl.Umsatzsteuer 0% | 0,00 | | |
| 28.06.2009 | | | | | | | Summe Reisekosten brutto | 9.512,40 | 09/0016 | |

**PROJECT**
**Traveller:**

| Date | Subject | Issuer | Country | $ | F/X | Euro | USt% | private in EUR | Comment |
|------|---------|--------|---------|---|-----|------|------|---------------|---------|
| 23.02. - 27.02.2009 | room | The Adolphus | USA | 915,40 | | 718,30 | | | $ 108,17 |
| 23.02. - 27.02.2009 | planeticket | Lufthansa | Germany | | | 1.531,81 | 19% | 84,88 | |
| **Summe** | | | | | | **2.250,11** | | | |

## THE ADOLPHUS
A NOBLE HOUSE HOTEL
1321 Commerce Street   Dallas, Texas 75202
214-742-8200   Toll Free 800-221-9083
www.hoteladolphus.com   reservation@adolphus.com

Schenk, Daniel

| | |
|---|---|
| FOLIO NO.: | 40K2XU |
| ROOM NO.: | 0435   CLERK:   JT |
| ARRIVE: | 02/23/09 |
| DEPART: | 02/27/09 |
| RATE/PACKAGE: | 199.00 |
| RATE/PACKAGE: DESCRIPTION: | Best Available Rate D; |
| NO. IN PARTY: | 1 |
| DEPOSIT REC'D: | |

| DATE | DESCRIPTION | CHARGES | PAYMENT |
|---|---|---|---|
| 02/23/09 | Best Available Rate DLX | 199.00 | |
| 02/23/09 | City Tax | 13.93 | |
| 02/23/09 | State Tax | 11.94 | |
| 02/23/09 | Arena Tax | 3.98 | |
| 2/24/09 | Best Available Rate DLX | 199.00 | |
| 02/24/09 | City Tax | 13.93 | |
| 02/24/09 | State Tax | 11.94 | |
| 02/24/09 | Arena Tax | 3.98 | |
| 02/25/09 | Bistro Charg #\01-00035 | 20.00 | |
| 02/25/09 | Best Available Rate DLX | 199.00 | |
| 02/25/09 | City Tax | 13.93 | |
| 02/25/09 | State Tax | 11.94 | |
| 02/25/09 | Arena Tax | 3.98 | |
| 02/26/09 | Bistro Charg #\01-00021 | 18.00 | |
| 02/26/09 | Mini Bar Charge #000003 | 7.70 | |
| 02/26/09 | Movie | 19.47 | |
| 02/26/09 | Best Available Rate DLX | 199.00 | |
| 02/26/09 | City Tax | 13.93 | |
| 02/26/09 | State Tax | 11.94 | |
| 02/26/09 | Arena Tax | 3.98 | |
| 02/27/09 | Bistro Charg #\01-00042 | 43.00 | |

```
Subtotals        $   1023.57        0.0
BALANCE DUE      $   1023.57
```

EUR 84,80        — 108,17 privat
EUR 718,39       = 915,40 $
803,09

Thank you for staying with us.

If you would like to be added to our e-mail list, please visit our website at www.hoteladolphus.com.


**Trade with OANDA**

· Tighter spreads - 0.9 pips on EUR/USD
· Leading edge market maker
· No minimum trade size

[Click here]

Powered by **OANDA.com. THE CURRENCY SITE(TM)**

Friday, February 27, 2009

915.40 US Dollar = 718.299 Euro
915.40 Euro (EUR) = 1,166.59 US Dollar (USD)

Median price = 0.78460 / 0.78468 (bid/ask)
Minimum price = 0.78048 / 0.78063
Maximum price = 0.78843 / 0.78852

FXTrade: Online Currency Trading with OANDA FXTrade.

FXConverter - Currency Converter for 164 Currencies164 Currency Converter © 1997-2008 by
OANDA.com.

Add a Currency Converter to your site today!

$$1 \$ = 0,78468 \ EUR$$

$$1 \ EUR = 1,24453 \ \$$$

ITINERARY RECEIPT ON BEHALF OF LUFTHANSA          XXXXXXXXXXXXXXXXXXXXX

1A/X7SJVT                                          23495080    22FEB9  Name of passenger  T  S  C

FL RESTR/CANXBA FOC CHG BA FOC                     FRAXR        FARE AS PER TICKET    EUR   1482.81
                                                   LUFTHANSA    TICKET SERVICE CHARGEEUR     49.00
SCHENK/DANIEL MR                        /BEGBEG    FRANKFURT 2  GRAND TOTAL           EUR   1531.81
       FLIGHT   CLS  DATE  DEP    FARE-BASIS   BAG N-VAL BEF/AFT  OPERATED BY
X BEGFRA LH3409  M   23FEB 0630 OK  MFFRSW     PC     /23FEB   LUFTHANSA   PLEASE RETAIN THIS
X FRADFW LH 438  M   23FEB 1015 OK  MFFRSW     PC     /23FEB   LUFTHANSA   RECEIPT  THROUGHOUT
X DFWFRA LH 439  M   25FEB 1620 OK  MFFRSW     PC     /23FEB   LUFTHANSA   YOUR JOURNEY
X FRABEG LH3408  M   27FEB 2215 OK  MFFRSW     PC     /23FEB   LUFTHANSA
FARE : EUR1129.00    BEG LH X/FRA LH DFW722.14LH FRA LH BEG722.14NUC1444.28END ROE
EQUI :               0.781703XT 13.1DE16.5RS4.5LG4.36YC12.75US12.75US3.96XA5.54XY1
T/F/C: EUR238.00YQ   .98AY3.56XF DFW4.5
       EUR36.81RA
       EUR79.00XT    VIXXXXXXXXXXXX6631AGT25000014              ELECTRONIC TICKET
TOTAL: EUR1482.81                                               220k  2135365025 WL   Unck WL

Gate        | Boarding | Seat
            | time     |
GRENZUEBERSCHREITENDE BEFOERDE-
RUNG VON PERSONEN IM LUFTVERKEHR
GEMAESS PARAGRAPH 26 (3) USTG



**PROJECT**

| Date | Subject | Issuer | Country | $ | F/X | Euro | Project | Comment |
|------|---------|--------|---------|-----|-----|------|---------|---------|
| 07. - 11.10.2008 | planeticket | Lufthansa | Germany | | | 1.950,15 | | |
| 07-10.10.2008 | room | Comfort Suites | USA | 350,47 | | 252,42 | | |
| 07-10.10.2008 | car-rental | Avis | USA | 462,82 | | 338,65 | | |
| 10.10.2008 | | CHEVRON | USA | 20,06 | | 14,68 | | |
| 29.10.2008 | gas | SHELL | USA | 32,02 | | 25,64 | | |
| 30.10.2008 | gas | SHELL | USA | 5,06 | | 3,96 | | |
| 22-30.10.2008 | car-rental | Hertz | USA | 493,10 | | 385,75 | | |
| 22-30.10.2008 | room | BEST WESTERN | USA | 828,00 | | 647,74 | | |
| 31.10.2008 | planeticket | Lufthansa | Germany | | | 228,00 | | |
| | **Amount October** | | | | | | 3.846,97 | |
| | | | | | | | | |
| 01-04.12.2008 | room | BEST WESTERN | USA | 1,174,86 | | 926,80 | | |
| 04-05.12.2008 | planeticket | Lufthansa | Germany | | | 700,00 | | |
| 01.-08.12.2008 | planeticket | Lufthansa | Germany | | | 850,24 | | |
| | **amount December** | | | | | | 2.477,04 | |
| | | | | | | | | |
| **21.11.2008** | **Summe 07-09.2008** | | | | | 6.324,01 | 6.324,01 | |

TOTAL         6.324,01         Rg.08/12



ITINERARY RECEIPT ON BEHALF OF LUFTHANSA

23495060  050018  Name of passenger  T S C

FL RESTR/CANXBA FOC CHG BA FOC          1A/3210E2

SCHENK/DANIEL MR

| FLIGHT | CLS | DATE | DEP | FARE-BASIS | /BEGBEG | BAG | N-VAL | BEF/AFT | OPERATED BY |
|--------|-----|------|-----|-----------|---------|-----|-------|---------|-------------|
| X BEGFRA  LH3409 | B | 07OCT | 0650 OK | BFFRSN | | PC | | | FRAXR         LUFTHANSA |
| X FRADFW  LH 438 | B | 07OCT | 1035 OK | BFFRSN | | PC | | /07OCT | LUFTHANSA |
| X DFWFRA  LH 439 | B | 10OCT | 1610 OK | BFFRSN | | PC | | /07OCT | LUFTHANSA |
| X FRABEG  LH3406 | B | 11OCT | 1325 OK | BFFRSN | | PC | | /07OCT | LUFTHANSA |

FRANKFURT 2

FARE : EUR1529.00      BEG LH X/FRA LH DFW1088.9LH X/FRA LH BEG1088.9M62177.8END
EQU. :                 ROEO.70207SXT 6.55DE16.5RS4.5LG3.85YC10.77UST0.77DS3.5X44.89X
T/F/C: EUR280.00YQ    Y1.75AY3.15XF DFW4.5
       EUR25.92RA
       EUR66.23XT     VIXXXXXXXXXX6631AGT25000A08

TOTAL: EUR1901.15

FARE AS PER TICKET  EUR  1901.15
TICKET SERVICE CHARGE EUR    49.00
GRAND TOTAL           EUR  1950.15

PLEASE RETAIN THIS
RECEIPT THROUGHOUT
YOUR JOURNEY

| Gate | Boarding time | Seat |
|------|---------------|------|

GRENZUEBERSCHREITENDE BEFOERDE-
RUNG VON PERSONEN IM LUFTVERKEHR
GEMAESS PARAGRAPH 26 (3) USTG

ELECTRONIC TICKET
220-2135392090 W.      Umck WK



**COMFORT SUITES DFW AIRPORT (TX010)**

4700 W JOHN CARPENTER FREEWAY
IRVING, TX 75063 USA
Phone: (972) 929-9097
Fax: (972) 929-9247
sam_azarani@comfortsuitesdfw.com

Account: TX010 - 255233
Date: 10/10/08
Page: 1 of 1
Room: 229     RACK
Arrival Date: 10/07/08 22:24
Departure Date: 10/10/08 07:47
Frequent Traveler ID:
You were checked out by:
You were checked in by: AJ

SCHENK, DANIEL

CFP MIDCAP TORSTR. 35

daniel.schenk@cfpartners.com

| Post Date | Description | | Comment | Amount |
|-----------|-------------|--|---------|--------|
| 10/07/08 | CONVENIENCE STORE | | CONVENIENCE STORE | 5.08 |
| 10/07/08 | SALES/MISC TAX | | SALES/MISC TAX | 0.42 |
| 10/07/08 | CASH | | CASH | -5.50 |
| 10/07/08 | ROOM CHARGE | | #229 SCHENK, DANIEL | 99.99 |
| 10/07/08 | STATE OCCUPANCY TAX | | STATE OCCUPANCY TAX | 6.00 |
| 10/07/08 | CITY OCCUPANCY TAX | | CITY OCCUPANCY TAX | 9.00 |
| 10/08 | ROOM CHARGE | | #229 SCHENK, DANIEL | 99.99 |
| 10/08 | STATE OCCUPANCY TAX | | STATE OCCUPANCY TAX | 6.00 |
| 10/08/08 | CITY OCCUPANCY TAX | | CITY OCCUPANCY TAX | 9.00 |
| 10/09/08 | ROOM CHARGE | | #229 SCHENK, DANIEL | 99.99 |
| 10/09/08 | STATE OCCUPANCY TAX | | STATE OCCUPANCY TAX | 6.00 |
| 10/09/08 | CITY OCCUPANCY TAX | | CITY OCCUPANCY TAX | 9.00 |
| 10/10/08 | VISA PAYMENT | | VISA PAYMENT Acct: ***********8631 | -344.97 |

Balance Due: 0.00

ayment by credit card, I agree to pay the above total charge amount according to the card issuer agreement,
.............................."THANKS FOR TRAVELING"!!!!



**COMFORT SUITES DFW AIRPORT (TX01**

4700 W JOHN CARPENTER FREEWAY
IRVING, TX 75063 USA
Phone: (972) 929-9097
Fax: (972) 929-9247
sam_azarani@comfortsuitesdfw.com

Room: 229
Arrival Date: 10/07/08
Departure Date: 10/10/08
Account: TX010 - 255233
Frequent Traveler ID:

Approval Number: 074637
Card Type: VI
Date: 10/10/2008
Card Number: ***********8631
Total: 344.97

350,47
252,42

NIEL SCHENK
P MIDCAP TORSTR. 35

niel.schenk@cfpartners.com

If payment by credit card, I agree to pay the above total charge amount according to
the card issuer agreement.
.............................."THANKS FOR TRAVELING"!!!!

x_____

ank you for your business! Book your next reservation on choicehotels.com for the best internet rates guaranteed.



Freitag, 10. Oktober, 2008

350.47 US Dollar = 256.439 Euro
350.47 Euro (EUR) = 478.980 US Dollar (USD)

Mittelkurs war 0.73156 / 0.73170 (Geld/Brief)
Mindestkurs war 0.72534 / 0.72548
Maximalkurs war 0.73627 / 0.73641



ITINERARY RECEIPT

1A/X2UAAQ        EXCH             234  23494450  1900TE  Name of passenger

FEE COLL FOR REBOOK FL RESTR/CANXBA EUR 100                BERXR          **NOT VALID FOR TRAVEL**
CHG BA EUR 100                                            LUFTHANSA
**SCHENK/DANIEL MR**                        /BERBEG        BERLIN          **RETAIN THIS RECEIPT**
          FLIGHT  CLS  DATE  DEP      FARE-BASIS   BAG N-VAL BEF/AFT  OPERATED BY    **THROUGHOUT**
X BEGFRA  LH3409  Q    22OCT 0700 OK  QLRCRSW      PC    22OCT/22OCT  LUFTHANSA      **YOUR JOURNEY**
X FRADFW  LH 438  Q    22OCT 1035 OK  QLRCRSW      PC    22OCT/22OCT  LUFTHANSA
X DFWFRA  LH 439  Q    30OCT 1720 OK  QLRCRSW      PC    30OCT/30OCT  LUFTHANSA
X FRABEG  LH3406  Q    31OCT 1420 OK  QLRCRSW      PC    31OCT/31OCT  LUFTHANSA
FARE : EUR707.00    BEG LH X/FRA LH DFW503.5LH X/FRA LH BEG503.5NUC1007END ROE   Gate **FUEHREN SIE DIESEN**
EQUI :              0.702079PD XT 25.92RA6.55DE16.5RS4.6L04YQ22.42US3.67XA5.14XY1      **BELEG WAEHREND**
T/F/C: EUR100.00DU   .84AY3.31XF DFW4.5                                            **DER GESAMTEN REISE**
       PD 280.00YQ                                                                     **MIT SICH**
          VIXXXXXXXXXXX6631/V14010079526631A0TR00000101                            **ELECTRONIC TICKET**
                              20819 12021 35535932FRA14091007 23495090          **220 2109605243** Wt.  Unck. Wt.
**TOTAL: EUR228.00A**



ITINERARY RECEIPT ON BEHALF OF LUFTHANSA
1A/4R6OKO

FL RESTR/CANXBA EUR 100 CHG BA EUR 100

**SCHENK/DANIEL MR**                                23495090  25NOV8  Name of passenger
          FLIGHT  CLS  DATE  DEP                      FRAXR           **NOT VALID FOR TRAVE**
X BEGFRA  LH3409  Q    01DEC 0630 OK  FARE-BASIS      LUFTHANSA
X FRAJFK  LH 400  Q    01DEC 1045 OK  QLRCRSW     /BERBEG  FRANKFURT 2  **RETAIN THIS RECEIPT**
X JFKFRA  LH 405  H    07DEC 1045 OK  QLRCRSW     BAG N-VAL BEF/AFT OPERATED BY  **THROUGHOUT**
X FRABEG  LH3406  H    08DEC 1345 OK  HLRCRSW     PC   01DEC/01DEC  LUFTHANSA    **YOUR JOURNEY**
FARE : EUR489.00                      HLRCRSW     PC   01DEC/01DEC  LUFTHANSA
EQUI :              BEG LH X/FRA LH NYC307.65LH   PC   07DEC/07DEC  LUFTHANSA
T/F/C: EUR264.00YQ  ROE0.702079XT 6.55DE16.5RS4.5 PC   08DEC/08DEC  LUFTHANSA    **FUEHREN SIE DIESEN**
       EUR25.92RA   XY1.98AY3.56XF JFK4.5L04.35YC12.19US2.16US3.56XA5.54            **BELEG WAEHREND**
       EUR71.32XT                                                                **DER GESAMTEN REISE**
**TOTAL: EUR850.24**     VIXXXXXXXXXXX6631A0T25000312                                  **MIT SICH**
                                                                                 **ELECTRONIC TICKET**
                                                                              **220 2109618626** Wt.  Unck. Wt.

*Radisson*

**MARTINIQUE**
ON BROADWAY

**Daniel Schenk**
**ANDRE NIKOLICA 4**
**11000 BELGRAD SERBIA**

| | | |
|---|---|---|
| Room No. | : | 0306 |
| Arrival | : | 12-01-08 |
| Departure | : | 12-04-08 |
| Page No. | : | 1 of 2 |
| Folio No. | : | 1170959 |
| Conf. No. | : | 1282813 |
| Cashier No. | : | 148 |

**INVOICE**

| | |
|---|---|
| Membership No. | : |
| A/R Number | : |
| Group Code | : |
| Company Name | : |

12-04-08

| Date | Description | Charges | Credits |
|---|---|---|---|
| 12-01-08 | Room Rental | 289.00 | |
| 12-01-08 | N Y Sales Tax (8.375%) | 24.20 | |
| 12-01-08 | Occupancy Tax (5 %) | 14.45 | |
| 12-01-08 | Hotel Room Tax ($2.00) | 2.00 | |
| 12-01-08 | Hotel Room Unit Tax ($1.50) | 1.50 | |
| 12-02-08 | Room Rental | 389.00 | |
| 12-02-08 | N Y Sales Tax (8.375%) | 32.58 | |
| 12-02-08 | Occupancy Tax (5 %) | 19.45 | |
| 12-02-08 | Hotel Room Tax ($2.00) | 2.00 | |
| 12-02-08 | Hotel Room Unit Tax ($1.50) | 1.50 | |
| 12-03-08 | Room Rental | 349.00 | |
| 12-03-08 | N Y Sales Tax (8.375%) | 29.23 | |
| 12-03-08 | Occupancy Tax (5 %) | 17.45 | |
| 12-03-08 | Hotel Room Tax ($2.00) | 2.00 | |
| 12-03-08 | Hotel Room Unit Tax ($1.50) | 1.50 | |
| 12-04-08 | Visa | | 1,174.86 |
| | XXXXXXXXXXXX6631       XX/XX | | |

| | Total | 1,174.86 | 1,174.86 |
|---|---|---|---|
| | **Balance** | | **0.00** |

*= 926.862*

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association
fails to pay for any portion or the full amount of these charges.

Guest Signature_____

Radisson Martinique on Broadway NYC
49 West 32nd Street
New York, NY 10001
Telephone: (212) 736-3800 Fax: (212) 277-2702
Email: rhi_many@radisson.com

MARTINIQUE
ON BROADWAY

aniel Schenk
**ANDRE NIKOLICA 4**
**11000 BELGRAD SERBIA**

| | |
|---|---|
| Room No. | : 0306 |
| Arrival | : 12-01-08 |
| Departure | : 12-04-08 |
| Page No. | : 2 of 2 |
| Folio No. | : 1170959 |
| Conf. No. | : 1282813 |
| Cashier No. | : 148 |

**INVOICE**

| | |
|---|---|
| Membership No. | : |
| A/R Number | : |
| Group Code | : |
| Company Name | : |

12-04-08

| Date | Description | Charges | Credits |
|---|---|---|---|

Ro

**Thank You For Staying With Us**

οχχ

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association fails to pay for any portion or the full amount of these charges.

Guest Signature_____

Radisson Martinique on Broadway NYC
49 West 32nd Street
New York, NY 10001
Telephone: (212) 736-3800 Fax: (212) 277-2702
Email: rhi_many@radisson.com

# BEST WESTERN DFW AIRPORT SUITES

(972) 870-0530

5050 W JOHN CARPENTER FWY
IRVING, TX 75063

44468@hotel.bestwestern.com
www.bestwesterndfwsuites.com

C/O 10/30/2008 08:47 AM OFELIA

| | | | |
|---|---|---|---|
| Loyalty Club: | 6006636734711577 | Room # | 312-A |

|  |  |
|---|---|
| **Registered To:** | **Conf #** 38550 |
| | **Arrival** 10/22/08 |
| SCHENK, DANIEL | **Departure** 10/30/08 |
| GERMANY | |
| | **Room Type** K-KING NON |
| | **Guests** 2 / 0 |
| | |
| | **Payment** Visa/Master |
| (172) 198-5861 | **Acct** XXXX-XXXX-XXXX-6631 |

| Posting | Oper | AcctCo | Description | From | Reference | Amount |
|---------|------|--------|-------------|------|-----------|--------|
| 10/22/08 | Param | RC | ROOM CHARGE | | | $90.00 |
| 10/22/08 | Param | 9 | ROOM TAX | | | $5.40 |
| 10/22/08 | Param | 91 | SALES TAX | | | $8.10 |
| 10/23/08 | Rakesh | RC | ROOM CHARGE | | | $90.00 |
| 10/23/08 | Rakesh | 9 | ROOM TAX | | | $5.40 |
| 10/23/08 | Rakesh | 91 | SALES TAX | | | $8.10 |
| 10/24/08 | Param | RC | ROOM CHARGE | | | $90.00 |
| 10/24/08 | Param | 9 | ROOM TAX | | | $5.40 |
| 10/24/08 | Param | 91 | SALES TAX | | | $8.10 |
| 10/25/08 | Rakesh | RC | ROOM CHARGE | | | $90.00 |
| 10/25/08 | Rakesh | 9 | ROOM TAX | | | $5.40 |
| 10/25/08 | Rakesh | 91 | SALES TAX | | | $8.10 |
| 10/26/08 | NARES | RC | ROOM CHARGE | | | $90.00 |
| 10/26/08 | NARES | 9 | ROOM TAX | | | $5.40 |
| 10/26/08 | NARES | 91 | SALES TAX | | | $8.10 |
| 10/27/08 | Rakesh | RC | ROOM CHARGE | | | $90.00 |
| 10/27/08 | Rakesh | 9 | ROOM TAX | | | $5.40 |
| 10/27/08 | Rakesh | 91 | SALES TAX | | | $8.10 |
| 10/28/08 | Param | RC | ROOM CHARGE | | | $90.00 |
| 10/28/08 | Param | 9 | ROOM TAX | | | $5.40 |
| 10/28/08 | Param | 91 | SALES TAX | | | $8.10 |

| Page | 1 of 2 |
|------|--------|

**BEST WESTERN DFW AIRPORT SUITES**

5050 W JOHN CARPENTER FWY
IRVING, TX 75063

(972) 870-0530
44468@hotel.bestwestern.com
www.bestwesterndfwsuites.com

C/O 10/30/2008 08:47 AM OFELIA

| | | |
|---|---|---|
| Loyalty Club: | 6006636734711577 | Room # 312-A |

**Registered To:**

SCHENK, DANIEL
GERMANY
,

(172) 198-5861

Conf # 38550
Arrival 10/22/08
Departure 10/30/08

Room Type K-KING NON
Guests 2 / 0

Payment Visa/Master
Acct XXXX-XXXX-XXXX-6631

| Posting | Oper | AcctCo | Description | From | Reference | Amount |
|---------|------|--------|-------------|------|-----------|--------|
| 10/29/08 | Rakesh | RC | ROOM CHARGE | | | $90.00 |
| 10/29/08 | Rakesh | 9 | ROOM TAX | | | $5.40 |
| 10/29/08 | Rakesh | 91 | SALES TAX | | | $8.10 |
| 10/30/08 | OFELIA | VS | PAYMENT VISA/MC | | 6631 - 023354 | $828.00- |
| | | | | | **BalanceDue** | **$0.00** |

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED.

‑) 6 47, 735

X_____
GUEST SIGNATURE

**Each Best Western Hotel Is Independently Owned And Operated.**

**Hertz**

DANIEL SCHENK

TXDFW20    016002

VEHICLE 01198/3459161    08 N/L GRAND PRIXS
LIC CASZZK928 CLS F  MILES OUT 36414    FUEL OUT
NVL Y       TK CAP 17.0                 STALL F A

RENTED: 10/22/08 16:14 @ DALLAS - DFW AP
RETURN: 10/30/08 16:00 @ DALLAS - DFW AP

You agree to pay charges at the rates and in the amounts that ap
on the left of the table below. Taxable charges are denoted by a T.
additional details about some charges appear beneath the table.  Our
estimates of Your total charges appear on the right of the table below
Our estimates assume (1) You will rent and return the vehicle at the
times and places indicated, (2) if a mileage charge applies, You will c
no more than the distance indicated and (3) You will not incur any ch
that either are listed below opposite **** or cannot be calculated until
return. If any of these assumptions is incorrect, additional charges or
charges at higher rates may apply.

| CHARGE RATE / AMOUNT | | CHARGE ESTI |
|---|---|---|
| TIME / MILEAGE CHGS: RATE PLAN - WW03 | | CLAS |
| 1 @ $  213.14/ WEEK   WITH ALL MILES FREE | | $    2 |
| 1 @ $   42.63/ EX DAY | | $ |
| EXTRA CHARGES IF APPLICABLE | | |
| $   23.68/ EX HOUR | | |
| $   21.31/ XDY XHR | | |
| SUBTOTAL | | T$   2 |

**ADDITIONAL CHARGES**
NEVERLOST   $ 11.95DY/  59.75WK/  235.00MNTH T$
FEES FOR ANY ADDITIONAL AUTHORIZED
OPERATORS NOT INCLUDED.                  T$       ?

**OPTIONAL SERVICES**
FUEL & SERVICE $.163 /MI  $ 2.94 /GAL  17.0 /TK CAP  $
REFUELING FEE  $ 6.99                              $

**ASSESSMENTS / FEES / TAXES**

| CONCESSION FEE RECOVERY | 11.10% | T$ |
|---|---|---|
| VLC*/CFC/BUS | | T$ |
| TAX   15.000%  ON EST. TAXABLE TTL $ | 428.78 | $ |

TOTAL ESTIMATED CHARGE                   $     4

---

GATEWAY SHELL 17
1000 S.ROYAL LN.
COPPELL,TX.75019

SHELL
1000 SOUTH ROYAL LAN
E
COPPELL TX
RT# 57542943006

10/30/08    15:24:37
SCHENK/DANIEL
VISA            Acct#
XXXX XXXX XXXX 6631

RCPT# 14-5646
Inv# 366211
Auth# 036686

PUMP# 11
Unleaded        2.109G
SELF
PRICE/GAL       $2.399

FUEL TOTAL      $5.06

TOTAL           $5.06

THANK YOU.      -3,958 ¢
PLEASE COME AGAIN!

---

GATEWAY SHELL 17
1000 S.ROYAL LN.
COPPELL,TX.75019

SHELL
1000 SOUTH ROYAL LAN
E
COPPELL TX
RT# 57542943006

10/29/08    19:29:29
SCHENK/DANIEL
VISA            Acct#
XXXX XXXX XXXX 6631

RCPT# 11-5436
Inv# 360818
Auth# 097469

PUMP# 8
Unleaded       13.346G
SELF
PRICE/GAL       $2.399

FUEL TOTAL     $32.02

TOTAL          $32.02

THANK YOU.     = 25,638 ¢
PLEASE COME AGAIN!

---

542354820

Nominal refueling fee applies

THANK YOU FOR RENTING FROM
**HERTZ**

**AVIS**

We try harder

Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 607771894 | 02896725 | E |

SCHENK, DANIEL
CV - CXXXXXXXXXXXXX6631

```
OUT DFW 07OCT08/1633 MI = 14819
IN  DFW 10OCT08/1426 MI = 14920
    101 MI@    .00 =
    HR@  24.33 =
    3 DY@  72.99 =      218.97
#$8.15/DY FEES     =       24.45
$ 47/DY ERF        =        1.41
**11.11% FEE       =       37.80
LDW                =       77.97
GPS                =       41.85
TAXABLE SUBTOT     =      402.45
TAX 15.000%        =       60.37

TOTAL CHARGES      =      462.82
**CONCESSION RECOVERY FEE
#$4 CFC+$2.20CTC+$1.95 REG FE
*TAX INCLUDES 5% PROJECT TAX
ENERGY RECOVERY FEE  .47/DY
```

*Please check your car for personal effects.*

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

**AVIS**

We try harder

Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 607771894 | 02896725 | E |

SCHENK, DANIEL
CV - CXXXXXXXXXXXXX6631

GPS 1@ 13.95/DY EA=    41.85*T

*Please check your car for personal effects.*

---

```
EXPRESS MART CHEVR
5075 NORTHGATE
IRVING, TX
STN 00302346

10/10/08      14:11:08

E/VISA
xxxxxxxxxxxx6631
Invoice#      4628400
Auth#         042452

Pump#:  8
  5.783 G @ $  3.469
UNLE/Self   $ 20.06

Total       $ 20.06

Tell us about
your shopping
experience by
logging onto
Survey.Chevron.com


THANK YOU FOR
CHOOSING CHEVRON
```

Freitag, 10. Oktober, 2008

462.82 US Dollar = 338.645 Euro
462.82 Euro (EUR) = 632.527 US Dollar (USD)

Mittelkurs war 0.73156 / 0.73170 (Geld/Brief)
Mindestkurs war 0.72534 / 0.72548
Maximalkurs war 0.73627 / 0.73641

Freitag, 10. Oktober, 2008

20.06 US Dollar = 14.67791 Euro
20.06 Euro (EUR) = 27.41560 US Dollar (USD)

Mittelkurs war 0.73156 / 0.73170 (Geld/Brief)
Mindestkurs war 0.72534 / 0.72548
Maximalkurs war 0.73627 / 0.73641

Mittwoch, 29. Oktober, 2008

32.02 US Dollar = 25.63877 Euro
32.02 Euro (EUR) = 39.98946 US Dollar (USD)

Mittelkurs war 0.80060 / 0.80071 (Geld/Brief)
Mindestkurs war 0.78701 / 0.78714
Maximalkurs war 0.81098 / 0.81111

Donnerstag, 30. Oktober, 2008

5.06 US Dollar = 3.95838 Euro
5.06 Euro (EUR) = 6.46820 US Dollar (USD)

Mittelkurs war 0.78214 / 0.78229 (Geld/Brief)
Mindestkurs war 0.76963 / 0.76973
Maximalkurs war 0.79195 / 0.79211

Donnerstag, 30. Oktober, 2008

493.10 US Dollar = 385.747 Euro
493.10 Euro (EUR) = 630.330 US Dollar (USD)

Mittelkurs war 0.78214 / 0.78229 (Geld/Brief)
Mindestkurs war 0.76963 / 0.76973
Maximalkurs war 0.79195 / 0.79211

Donnerstag, 4. Dezember, 2008

1174.86 US Dollar = 926.802 Euro
1174.86 Euro (EUR) = 1489.31 US Dollar (USD)

Mittelkurs war 0.78877 / 0.78886 (Geld/Brief)
Mindestkurs war 0.78474./ 0.78486
Maximalkurs war 0.79349 / 0.79355

Donnerstag, 30. Oktober, 2008

828.00 US Dollar = 647.735 Euro
828.00 Euro (EUR) = 1058.43 US Dollar (USD)

Mittelkurs war 0.78214 / 0.78229 (Geld/Brief)
Mindestkurs war 0.76963 / 0.76973
Maximalkurs war 0.79195 / 0.79211

**EACyTRAVEL**

TRAVEL SERVICES BROKERAGE

**INVOICE**