Chester B. Salomon
CS-2319 (SDNY)
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, New York 10171
Tel.: (212) 888-3033
Fax : (212) 888-0255
csalomon@beckerglynn.com

Attorneys for Applicant Corporate Finance Partners Mid Cap GmbH

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | **Case No. 08-36705** |
| § | | |
| **SUPERIOR AIR PARTS, INC.** § | | **Chapter 11** |
| § | | |
| **Debtor.** § | | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT, a hearing will take place at 9**:**00 a.m. on Wednesday, November 25, 2009 in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 14th Floor, Courtroom #2, 1100 Commerce Street, Dallas, TX 75242-1496, before the Honorable Barbara J. Houser on Corporate Finance Partners Mid Cap GmbH's First and Final Application for Compensation and Reimbursement of Expenses [Docket no. 455].

    Respectfully submitted,

    BECKER, GLYNN, MELAMED
     & MUFFLY LLP
    Counsel for Applicant

    By: /s/ Chester B. Salomon
    Chester B. Salomon
    299 Park Avenue
    New York, New York 10171
    Tel.: (212) 888-3033
    Fax:  (212) 888-0255
    csalomon@beckerglynn.com

    Attorneys for Corporate Finance Partners Mid Cap
     GmbH