BECKER, GLYNN, MELAMED & MUFFLY LLP
By: Chester B Salomon (CS-2319)
299 Park Avenue
New York, New York 10171
(212) 888-3033
Attorneys for Corporate Finance Partners Midcap GmbH

UNITED STATES BANKRUPCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| SUPERIOR AIR PARTS, INC.<br><br>Debtor. | Case No. 08-36705<br><br>Chapter 11 |
|---|---|

## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing Notice of Hearing was served by regular mail to the persons listed on the attached list on October 28, 2009.

        /s/ Chester B. Salomon
           Chester B. Salomon

## SERVICE LIST

Neil J. Orleans
Goins, Underkolfer, et ai, LLP
1201 Elm Street, Ste. 4800
Dallas, TX 75270

William G. Burd/Krystina N. Jiron
Atkinson & Brownell, PA
2 South Biscayne Blvd., Suite 3750
Miami, FL 33131

Jeffrey N. Thom, Q.C.
Miller Thomson LLP
3000, 700 - 9th Avenue SW
Calgary, AB T2P 3V4

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069

Michael L. Jones
Henry & Jones, LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor Collector
PO Box 9478
Coppell, TX 75019

Laura Boyle
TW Telecom, Inc.
10475 Park Meadows, Dr. #400
Littleton, CO 80124

Howard A. Borg/James T. Jacks
Ass't US Atty for FAA
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882

Mary Frances Durham
U.S. Department of Justice
Office of the United States Trustee
11 00 Commerce Street, Room 976
Dallas, TX 75242

Gordon J. Toering
**WARNER NORCROSS & JUDD LLP**
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, Michigan 49503

Jim Griffin
Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

LARRY K. HERCULES
ATTORNEY AT LAW
1400 Preston Road, Suite 280
Plano, Texas 75093

Ronald Weaver
Avstar
1365 Park Lane South
Jupiter, FI 33458

Melissa S. Hayward
LOCKE LORD BISSELL& LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Counsel for the Insurers

Stefano Gazzola
Zanzi, S.pA
Corso Vercelli, 159
10015 Ivrea, Italy

Anita F. McMahon
1646 Belmont Ave.
Baton Rouge, LA 70808

Phil Eck
Eck Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Gregory B. Gill, Jr.
Gill & Gill, S.C.
128 North Durkee St.
Appleton, WI 54911

Linda Boyle
TW Telecom, Inc.
10475 Park Meadows Dr. #400
Littleton, CO 80124

Vincent Slusher/J. Seth Moore
Beirne Maynard & Parsons, LLP
1700 Pacific Ave., Ste. 4400
Dallas, TX 75201
Attys for Theilert Aircraft Engines GMBH

David W. Parham,
Elliot Schuler & A. Swick
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201

Piyush Kakar
Seal Science Inc.
17131 Daimler
Irvine, CA 92614

Kevin H. Good
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201

Werner Wilhelm AlbusNaleria de Freitas
MesquitalKSPG Automotive Brazil L TDA
Rodovia Arnaldo Julio Mauerbert,
n. 4000-Distrito Industrial 01
Nova Odessa- SP Brasil, Caixa Postal 91

Kent Abercrombie
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Susan B. Hersh
12770 Co it Rd. Ste. 1100
Dallas, TX 75251

Laurie A. Spindler
Linebarger Goggan et ai, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

Timothy S. McFadden
LOCKE LORD BISSELL& LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Counsel for the Insurers

Rosa R. Orenstein
LOOPER, REED & McGRAW, P.C.
4100 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201

Garlock-Metallic Gasket Div
250 Portwall St., Ste. 300
Houston, TX 77029

Kenneth A. Hill
QUILLING, SELANDER, CUMMISKEY
& LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX 75050-1222

Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany

Deirdre B. Ruckman/AVCO
Gardere Wynne Sewell LLP
1601 Elm Street, Ste. 3000
Dallas, TX 75201

Airsure Limited
Dallas Office
5700 Granite Parkway, #550
Plano, TX 75024-6647

Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196

Crane Cams
2531 Tail Spin Trail
Daytona Beach, FL 32128-6743

Lynden International
1800 International Blvd. #800
Seattle, WA 98188

Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291

Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal 91
CEP 13460-000

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

Mahle Engine Components
14161 Manchester Road
Manchester, MO 63011

AOPAPiiot
PO Box 973
Frederick, MD 21701

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502

Seal Science
17131 Daimler
Irvine, CA 92614-5508

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926

David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Knappe & Koester Inc:
18 Bradco Street
Keen, NH 3431

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Mahle Engine Components
17226 Industrial HWY
Caldwell,OH 43724-9779

| | |
|---|---|
| Internal Revenue Service<br>Special Procedures - Ins,olvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Duane J. Brescia<br>Stephen A. Roberts<br>Strasburger & Price LLP<br>600 Congress Ave., Ste. 1600<br>Austin, TX 78701 |
| ThielertAG<br>Albert-Einstein-Ring 11<br>D-22761, Hamburg Germany | Mary Frances Durham<br>Office of the United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242 |
| Ace Grinding & Machine Company<br>2020 Winner Street<br>Walled Lake, MI 48390 | David W. Parham<br>Elliot D. Schuler<br>Baker & McKenzie<br>2300 Trammel Crow Center<br>2001 Ross Avenue<br>Dallas, Texas 75201 |
| Ruhrtaler Gesenkschmiede<br>F.w. Wengler GMBH & Co. KG, Feld<br>Witten, Germany 58456 | |

*127864v1*