David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE
OF THE SUPERIOR CREDITOR'S TRUST**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | Hearing Date:  11/24/09 |
| **DEBTOR-IN POSSESSION.** § | Hearing Time:  2:15 p.m. |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing regarding the following matters will take place at **2:15 p.m. on Tuesday, November 24, 2009 (CST)** before the Honorable Barbara J. Houser, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496:

- Debtor's Objection to Claim No. 67 Filed By Broward County Revenue Collector [*Docket No 348*].

- Debtor's Objection to Claim No. 139 Filed by Charles Taylor Aviation [*Docket No. 349*]

- Debtor's Objection to Claim No. 149 Filed By Marshall Harris Dean [*Docket No. 367*]

- Debtor's Objection to Claim No. 128 Filed By Engineering Systems, Inc. [*Docket No. 351*]

- Debtor's Objection to Claim No. 151 Filed By Scott V. Goodley [*Docket No. 354*]

- Debtor's Objection to Claims No. 108 and 118 Filed By Marlow, Connell, Abrams, Adler, Newman & Lewis [*Docket No. 353*]

DALDMS/669684.1

Dated: November 3, 2009
       Dallas, Texas

                                          Respectfully submitted,

                                          BAKER & MCKENZIE LLP

                                          By:  /s/ Elliot D. Schuler
                                                 David W. Parham
                                                 State Bar No. 15459500
                                                 Elliot D. Schuler
                                                 State Bar No. 24033046
                                                 2300 Trammell Crow Center
                                                 2001 Ross Avenue
                                                 Dallas, Texas 75201
                                                 Telephone: (214) 978-3000
                                                 Facsimile:  (214) 978-3099
                                                 E-mail: david.w.parham@bakernet.com
                                                 E-mail: elliot.d.schuler@bakernet.com

                                                 **ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

DALDMS/669684.1

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via first class US mail on November 3, 2009.

**Broward County Revenue Collector**
Revenue Collection Division
Government Center Annex
Attn: Litigation Section
115 S. Andrews Avenue
Ft. Lauderdale, FL 33301

**Charles Taylor Aviation**
16415 Addison Road
Suite 800
Addison, TX 75001

**Marshall Harris Dean**
5228 La Taste Ave.
El Paso, TX 79924

**Engineering Systems, Inc.**
Susan Schroeder
3851 Exchange Ave.
Aurora, IL 60504

**Scott V. Goodley**
801 Lemmon Ave.
Suite 145
Dallas, TX 75209

**Marlow Connell Abrams Adler Newman & Lewis**
4000 Ponce de Leon Blvd.
Suite 570
Coral Gables, FL 33146

**Mary Francis Durham**
Office of the United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

/s/ Elliot D. Schuler
Elliot D. Schuler