David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE
OF THE SUPERIOR CREDITOR'S TRUST**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | Case No. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | Hearing Date:  12/23/09 |
| **DEBTOR-IN POSSESSION.** § | Hearing Time:  9:00 a.m. |

OBJECTION TO CLAIM NO. 189 FILED BY
TYGRIS VENDOR FINANCE, INC. F/K/A US EXPRESS LEASING

TO THE HONORABLE BARBARA J. HOUSER,
UNITED STATES BANKRUPTCY JUDGE:

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1254 EARLE CABELL FEDERAL BLDG AND UNITED STATES COURTHOUSE, 1100 COMMERCE STREET DALLAS, TX 75242, BEFORE THE DATE WHICH IS TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR OBJECTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

DALDMS/670195.1

1

Marla Reynolds, in her capacity as Trustee of the Superior Creditor's Trust (the "Trustee") files this her objection to proof of claim 189 filed by Tygris Vendor Finance, Inc. f/k/a US Express Leasing (the "Objection") and respectfully represents as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On December 31, 2008 (the "Petition Date"), Superior Air Parts, Inc. (the "Debtor" or "Superior") commenced this case by the filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court").

3. The deadline for filing claims was February 17, 2009 (the "Bar Date").

4. On April 20, 2009, more than two months after the Bar Date, Tygris Vendor Finance, Inc. f/k/a US Express Leasing ("TVF") filed proof of claim number 189 ("Claim 189") in the amount of $67,329.40 for printers, copiers and fax machines.

5. On or about August 27, 2009, the Bankruptcy Court entered an order confirming the Third Amended Plan of Reorganization (the "Plan") jointly proposed by Superior and the Official Committee of Unsecured Creditors (the "Committee"). The Plan became effective on September 28, 2009 (the "Effective Date").

6.      Pursuant to the Plan, on the Effective Date, all of the Trust Assets[1] vested in the Superior Creditors Trust (the "Trust"). Marla Reynolds was appointed as Trustee of the Trust. The Trustee has the authority to file objections to Claims.

## Objection

7.      Pursuant to Section 4.2(e) of the confirmed plan of reorganization, TVF was a Class 5 Creditor. Section 4.2(e) provides that:

> *At the election of Brantly, Reorganized Debtor will retain the collateral, the holder of the Class 5 Claim will retain its lien on its collateral, the Debtor will cure any payment defaults as of the Effective Date, and the Reorganized Debtor will continue paying the Class 5 Claim in accordance with the terms of the written agreement without acceleration, or the Debtor will surrender to the holder of the Class 5 Claim all collateral securing such Claim in full satisfaction of its Secured Claim. Any deficiency claim shall be treated as a Class 7 General Unsecured Claim.*
>
> *Brantly shall notify the Tigris Vendor Finance of its election in writing at least five (5) business days before the Voting Deadline.*
>
> *The Class 5 Claim is Impaired under the Plan if the Debtor chooses to surrender the collateral and is entitled to vote on the Plan; otherwise, the Claim is Unimpaired and is not entitled to vote on the Plan.*

8.      The Trustee objects to Claim 189 because the amounts owed to TVF, if any, are the responsibility of the Reorganized Debtor.  The Trustee submits that Claim 189 is not an obligation of the Creditors Trust and is therefore not a valid claim against the estate.

9.      The Trustee further objects to Claim 189 because the claim was filed after the Bar Date and is therefore untimely.

10.     Lastly, the Trustee objects to Claim 189 because the claim does not provide sufficient information to support the amount claimed.

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to such term in the Plan.

### Reservation of Rights

11. The relief requested is without prejudice to any claims or causes of action belonging to the Trustee, nor does it constitute a waiver of any claims or causes of action belonging to the Trustee. Additionally, the Trustee expressly reserves the right to further amend or supplement this Objection to assert additional bases for objecting to Claim 189 on any other ground.

### Prayer

WHEREFORE, the Trustee respectfully requests that the Court enter an order (a) sustaining the Trustee's objections to Claim 189; (b) disallowing Claim 189; (c) expunging the official claims register in this bankruptcy cases of Claim 189 pursuant to this Objection and (d) granting the Trustee any and all other relief, at law or in equity, to which the Trustee may be justly entitled.

Dated: November 12, 2009
      Dallas, Texas

Respectfully submitted,

BAKER & MCKENZIE LLP

By: /s/ Elliot D. Schuler
    David W. Parham
    State Bar No. 15459500
    Elliot D. Schuler
    State Bar No. 24033046
    2300 Trammell Crow Center
    2001 Ross Avenue
    Dallas, Texas 75201
    Telephone: (214) 978-3000
    Facsimile: (214) 978-3099
    E-mail: david.w.parham@bakernet.com
    E-mail: elliot.d.schuler@bakernet.com

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on November 12, 2009 a true and correct copy of the foregoing Objection was served upon the following via US mail:

**Claimant:**

Tygris Vendor Finance, Inc.
Annette McGovern
10 Waterview Blvd.
Parsippany, NJ 07054


**U.S. Trustee:**

Mary Frances Durham
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

                                      /s/ Elliot D. Schuler
                                          Elliot D. Schuler