Superior Air Parts Inc.
Objection Exhibit

| Proof of Claim | Claimant | Scheduled Priority | Scheduled Amount | POC Priority | POC Amount | Proposed Treatment |
|---|---|---|---|---|---|---|
| 145 | PROFESSIONAL ANALYSIS AND CONSULTING, INC. | General Unsecured | 0.00 | General Unsecured | 99,325.55 | Disallow |
| 175 | PROFESSIONAL ANALYSIS AND CONSULTING, INC. | | | General Unsecured | 99,325.55 | Disallow |
| 190 | KAPLAN, VON OHLEN & MASSAMILLO, LLC | General Unsecured | 948.15 | General Unsecured | 67,318.49 | Disallow |
| 138 | ILLINOIS NATIONAL INSURANCE CO. CO MILLER & ASSOCIATES | | | General Unsecured | 41,595.00 | Disallow |
| 95 | CODDINGTON, HICKS & DANFORTH, APC | | | General Unsecured | 39,525.86 | Disallow |
| 63 | AVIATION PARTS SUPPLY, INC. | | | General Unsecured | 32,126.08 | Disallow |
| 187 | PROFESSIONAL ANALYSIS AND CONSULTING,INC CO ROBERT A. MCNEES & ASSOCIATES | | | General Unsecured | 17,511.41 | Disallow |
| 132 | PAUL G. EBERLY | General Unsecured | 118.51 | General Unsecured | 15,884.70 | Disallow |
| 57 | SCHNADER HARRISON SEGAL & LEWIS LLP | General Unsecured | Unknown | General Unsecured | 9,418.32 | Disallow |
| 89 | LOUIS S. FRANECKE, ESQ. FRANECKE LAW GROUP | General Unsecured | 0.00 | Wage | 6,350.00 | Disallow |
| 96 | ACCIDENT INVESTIGATION & RECONSTRUCTION, INC. | General Unsecured | 0.00 | Priority Unspecified | 6,090.09 | Disallow |
| 114 | ACCIDENT INVESTIGATION & RECONSTRUCTION, INC | | | Priority Unspecified | 6,090.09 | Disallow |
| 172 | GARVIN, AGEE, CARLTON & MASHBURN, P.C. | General Unsecured | 0.00 | General Unsecured | 4,657.42 | Disallow |
| 97 | MORAN BROWN PC | General Unsecured | 0.00 | General Unsecured | 2,741.00 | Disallow |
| 136 | SCHNADER HARRISON SEGAL & LEWIS LLP | | | General Unsecured | 2,207.50 | Disallow |
| 86 | FLIGHT INTERNATIONAL, INC. | General Unsecured | 1,189.31 | General Unsecured | 2,300.00 | Disallow |