**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | **Hearing Date: 12/23/09** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time: 9:00 a.m.** |

**ORDER GRANTING FIRST OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY- INSURANCE RELATED CLAIMS ASSUMED UNDER PLAN)**
(Relates to Docket No. __)

Upon the First Omnibus Objection to Claims (No Liability- Insurance Related Claims Assumed Under Plan) (the "Objection") of Marla Reynolds, Trustee, of the Superior Creditor's Trust (the "Trustee") objecting to the Assumed Insurance Claims [1] as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and the Trustee having provided proper notice of the Objection; and the Court having held a hearing to consider the requested relief (the "Hearing") with the appearances of all interested parties noted in the record of the Hearing; and the Court having found sufficient legal and factual grounds for disallowing the Assumed Insurance Claims listed on **Exhibit A** to the Objection; and the Court having determined that the legal and factual bases set forth in the Objection establish just and sufficient cause to grant the requested relief herein; and therefore, it is:

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, each Assumed Insurance Claims listed on **Exhibit A** hereto is hereby disallowed and expunged in its entirety; and it is further

ORDERED that none of the parties holding Assumed Insurance Claims are entitled to a distribution in this Bankruptcy Case; and it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# # # END OF ORDER # # #

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Objection.