David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE
OF THE SUPERIOR CREDITOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | **Hearing Date: 12/23/09** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time: 9:00 a.m.** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing regarding the following matters will take place at **9:00 a.m. on Wednesday, December 23, 2009 (CST)** before the Honorable Barbara J. Houser, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496:

- Objection to Claim No. 189 Filed by Tygris Vendor Finance, Inc. F/K/A US Express Leasing (Docket No. 460)

- Objection to Claim No. 13 Filed by Great American Leasing Corporation (Docket No. 461)

- First Omnibus Objection to Claims (No Liability- Insurance Related Claims Assumed Under Plan) (Docket No. 462)

DALDMS/670246.1

Dated: November 12, 2009
       Dallas, Texas

Respectfully submitted,

BAKER & MCKENZIE LLP

By:  /s/ Elliot D. Schuler
     David W. Parham
     State Bar No. 15459500
     Elliot D. Schuler
     State Bar No. 24033046
     2300 Trammell Crow Center
     2001 Ross Avenue
     Dallas, Texas 75201
     Telephone: (214) 978-3000
     Facsimile:  (214) 978-3099
     E-mail: david.w.parham@bakernet.com
     E-mail: elliot.d.schuler@bakernet.com

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via first class U.S. mail on November 12, 2009.

**Tygris Vendor Finance, Inc.**
Annette McGovern
10 Waterview Blvd.
Parsippany, NJ 07054

**Mary Frances Durham**
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

**GreatAmerica Leasing Corporation**
P.O. Box 609
Cedar Rapids, IA 52406-0609

**Accident Investigation & Reconstruction, Inc.**
11740 Airport Way
HGR 35D
Broomfield, CO 80021

**Aviation Parts Supply, Inc.**
511 E. John Carpenter Fwy.
Suite 440
Irving, TX 75062

**Coddington, Hicks & Danforth, APC**
555 Twin Dolphin Rd.
Suite 300
Redwood City, CA 94065

**Conner & Winters LLP**
1700 Pacific Avenue
Suite 2250
Dallas, TX 75201
Attn: Kevin H. Good

**Paul G. Eberly**
414 Sunset Drive
Gulf Shores, AL 36542

**Flight International, Inc.**
5498 Aryshire Drive
Dublin, OH 43017

**Louis S. Franecke, Esq.**
Franecke Law Group
1115 Irwin Street
Suite 100
San Rafael, CA 94901

**Garvin, Agee, Carlton & Mashburn, P.C.**
P.O. Box 10
Pauls Valley, OK 73075-00100

**Illinois National Insurance Co.**
c/o Miller & Associates
5005 SW Meadows Rd.
Suite 405
Lake Oswego, OR 97035

**Kaplan, Von Ohlen & Massamillo, LLC**
555 Fifth Avenue, 15th Floor
New York, NY 10017

**Billy G. Leonard, Jr.**
1650 W. Virginia St.
Suite 211
McKinney, TX 75069

DALDMS/670246.1

**Moran Brown PC**
4110 E. Parham Road
Richmond, VA 23228
Attn: Martin A. Conn

**Professional Analysis and Consulting, Inc.**
c/o Robert A. Mcnees & Associates
195 Hiawatha Dr.
Carol Stream, IL 60188

**Schnader Harrison Segal & Lewis LLP**
1600 Market St.
Suite 3600
Philadelphia, PA 19103
Attn: Vincent A. Lamonaca, Esq.

/s/ Elliot D. Schuler
Elliot D. Schuler

DALDMS/670246.1