David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE
OF THE SUPERIOR CREDITOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | **Hearing Date: 12/16/09** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time: 1:15 p.m.** |

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing regarding the following matters will take place at **1:15 p.m. on December 16, 2009 (CST)** before the Honorable Barbara J. Houser, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496:

- Debtor's Objection to Claim No. 149 Filed By Marshall Harris Dean [*Docket No. 367*]

Dated: November 13, 2009
      Dallas, Texas

    Respectfully submitted,

    BAKER & MCKENZIE LLP

    By: /s/ Elliot D. Schuler
        David W. Parham
        State Bar No. 15459500
        Elliot D. Schuler
        State Bar No. 24033046
        2300 Trammell Crow Center
        2001 Ross Avenue
        Dallas, Texas 75201
        Telephone: (214) 978-3000
        Facsimile: (214) 978-3099
        E-mail: david.w.parham@bakernet.com
        E-mail: elliot.d.schuler@bakernet.com

    **ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via first class US mail on November 13, 2009.

| | |
|---|---|
| **Marshall Harris Dean**<br>5228 La Taste Ave.<br>El Paso, TX 79924 | **Mary Francis Durham**<br>Office of the United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242 |

    /s/ Elliot D. Schuler
    Elliot D. Schuler

DALDMS/670308.1