| | | |
|---|---|---|
| Accident Investigation & Reconstruction, Inc.<br>11740 Airport Way<br>HGR 35D<br>Broomfield, CO 80021 | Aviation Parts Supply, Inc.<br>511 E. John Carpenter Fwy.<br>Suite 440<br>Irving, TX 75062 | Paul G. Eberly<br>414 Sunset Drive<br>Gulf Shores, AL 36542 |
| Coddington, Hicks & Danforth, APC<br>555 Twin Dolphin Rd.<br>Suite 300<br>Redwood City, CA 94065 | Conner & Winters LLP<br>1700 Pacific Avenue<br>Suite 2250<br>Dallas, TX 75201<br>Attn: Kevin H. Good | Garvin, Agee, Carlton & Mashburn, P.C.<br>P.O. Box 10<br>Pauls Valley, OK 73075-00100 |
| Flight International, Inc.<br>5498 Aryshire Drive<br>Dublin, OH 43017 | Louis S. Franecke, Esq.<br>Franecke Law Group<br>1115 Irwin Street<br>Suite 100<br>San Rafael, CA 94901 | Billy G. Leonard, Jr.<br>Attorney at Law<br>1650 W. Virginia St.<br>Suite 211<br>McKinney, TX 75069 |
| Illinois National Insurance Co.<br>c/o Miller & Associates<br>5005 SW Meadows Rd.<br>Suite 405<br>Lake Oswego, OR 97035 | Kaplan, Von Ohlen & Massamillo, LLC<br>555 Fifth Avenue, 15th Floor<br>New York, NY 10017 | Schnader Harrison Segal & Lewis LLP<br>1600 Market St.<br>Suite 3600<br>Philadelphia, PA 19103<br>Attn: Vincent A. Lamonaca, Esq. |
| Moran Brown PC<br>4110 E. Parham Road<br>Richmond, VA 23228<br>Attn: Martin A. Conn | Professional Analysis and Consulting, Inc.<br>c/o Robert A. Mcnees & Associates<br>195 Hiawatha Dr.<br>Carol Stream, IL 60188 | |