IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | |
| Debtor | § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #53 FILED BY VICKIE LYNN COY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that Vickie Lynn Coy ("Claimant") hereby withdraws her Proof of Claim No. 53, which was filed in the above-entitled case on or about January 27, 2009 in the amount of $1,000,000.00.

Claimant is a Plaintiff in Case No. CJ-2008-864, District Court of Pontotoc County, State of Oklahoma (the "Whitefield/Hughes Case").

The automatic stay as it pertained to the Whitefield/Hughes Case was terminated as of July 15, 2009 by prior order of this Court to allow Claimant to collect against any applicable insurance policies or proceeds from such policies.

Claimant acknowledges that she is not entitled to a distribution in this Case.

Dated: November 12, 2009

Respectfully submitted,

_____
William O. Angelley
Kreindler & Kreindler LLP
707 Wilshire Boulevard
Los Angeles, CA 90017

**ATTORNEY FOR VICKIE LYNN COY**

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM– Page 1
DALDMS/669370.1

and

/s/ *Vickie L. Driver*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
Texas Bar No. 24049535
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: vdriver@pronskepatel.com
Email: cstephenson@pronskepatel.com