Superior Air Parts Inc.
Objection Exhibit

| Proof of Claim | Claimant | POC Priority | POC Amount | Proposed Treatment |
|---|---|---|---|---|
| 192 | JOHN W. ALTIZER | General Unsecured | 22,380.00 | Disallow |
| 162 | MICHAEL BADGER | General Unsecured | 3,000.00 | Disallow |
| 140 | BRADLEY L. DERUBBA | General Unsecured | 21,600.00 | Disallow |
| 103 | STEPHEN LEWIS | General Unsecured | 2,500.00 | Disallow |
| 125 | STEPHEN LEWIS | General Unsecured | 2,500.00 | Disallow |
| 35 | THANE OSTROTH | General Unsecured | 1,000.00 | Disallow |
| 106 | HERBERT D. ROSE | General Unsecured | Unknown | Disallow |
| 147 | WILLIAM J. WUORINEN | General Unsecured | Unknown | Disallow |
| 173 | WILLIAM J. WUORINEN | General Unsecured | Unknown | Disallow |

Exhibit A