David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE
OF THE SUPERIOR CREDITOR'S TRUST**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | **Hearing Date: 12/29/09** |
| **DEBTOR-IN POSSESSION.** | § | **Hearing Time: 3:15 p.m.** |

## NOTICE OF HEARING

Please take notice that a hearing regarding the Trustee's Second Omnibus Objection to Claims (No Liability- Warranty Claims Assumed Under Plan) [Docket No. 470] will take place at **3:15 p.m. on Tuesday, December 29, 2009 (CST)** before the Honorable Barbara J. Houser, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496.

DALDMS/670690.1

Dated: November 19, 2009
       Dallas, Texas

                      Respectfully submitted,

                      BAKER & MCKENZIE LLP

                      By:  /s/ Elliot D. Schuler
                            David W. Parham
                            State Bar No. 15459500
                            Elliot D. Schuler
                            State Bar No. 24033046
                            2300 Trammell Crow Center
                            2001 Ross Avenue
                            Dallas, Texas 75201
                            Telephone: (214) 978-3000
                            Facsimile:  (214) 978-3099
                            E-mail: david.w.parham@bakernet.com
                            E-mail: elliot.d.schuler@bakernet.com

                            **ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via first class U.S. mail on November 19, 2009.

| | | |
|---|---|---|
| **John W. Altizer**<br>215 S. Cowboy Way<br>Cottonwood, AZ 85325 | **Michael Badger**<br>Po Box 2950<br>Post Falls, ID 83877 | **John W. Altizer**<br>C/O Steven D. Keist<br>Po Box 1734<br>Glendale, AZ 85311 |
| **Bradley L. Derubba**<br>120 N. Crandon Ave.<br>Niles, OH 44446 | **Stephen Lewis**<br>7500 Silverado Trail<br>Napa, CA 94558 | **William J. Wuorinen**<br>7904 Conroy Way<br>Inver Grove Heights, MN 55076 |
| **Herbert D. Rose**<br>8 Moyer Street<br>Sacramento, PA 17968 | **Thane Ostroth**<br>2166 Babcock Dr.<br>Troy, MI 48084 | **Mary Frances Durham**<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 |

            /s/ Elliot D. Schuler
            Elliot D. Schuler