Chester B. Salomon
CS-2319 (SDNY)
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, New York 10171
tel.: 212-888-3033
fax: 212-888-0255
csalomon@beckerglynn.com
Attorneys for Thielert A.G. and its Insolvency Administrator

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISON

| | | |
|---|---|---|
| IN RE: § | Case No. 08-36705 | |
| § | | |
| SUPERIOR AIR PARTS, INC. § | Chapter 11 | |
| § | Hearing Date: | 11/25/09 |
| Debtor. § | Hearing Time: | 9:00 a.m. |

**STATEMENT OF THIELERT, AG AND ITS INSOLVENCY
ADMINISTRATOR IN SUPPORT OF FEE APPLICATION
OF CORPORATE FINANCE PARTNERS MIDCAP GMBH**

**TO THE HONORABLE BARBARA J. HOUSER,
UNITED STATES BANKRUPTCY JUDGE:**

Thielert, AG and Dr. Achim Ahrendt, its Insolvency Administrator, by their undersigned attorneys, fully supports the fee application, dated October 28, 2009, of Corporate Finance Partners MidCap GmbH for fees and expenses totaling $230,871.65, and agrees to payment of 67% of said total from its portion of the Cash Distribution to be paid by the Superior Creditors' Trust.

Dated: New York, New York
November 20, 2009

**BECKER, GLYNN, MELAMED & MUFFLY LLP**
Attorneys for Thielert, AG and Its
Insolvency Administrator

By: /s/ Chester B. Salomon
Chester B. Salomon
299 Park Avenue
New York, New York  10171
(212) 888-3033
(212) 888-0255
csalomon@beckerglynn.com

*129794v1*