**Superior Air Parts, Inc.**
**Objection Exhibit**

| Proof of Claim | Claimant | Claim Amount | Propose to Allow | Comments |
|---|---|---|---|---|
| 159 | The Bland Company | 12,830.90 | 7,705.90 | Claim documentation shows 7,705.90 invoiced for parts shipped with 5,125.00 being for open purchase orders; open purchase order claim assumed under Plan. |
| 11 | Corley Gasket Co | 37,400.66 | 29,430.61 | Claim documentation shows 29,430.61 invoiced for parts shipped with 7,970.05 being for open purchase orders; open purchase order claim assumed under Plan. |
| 143 | Gates Corporation | 7,839.88 | 4,689.88 | Claim documentation shows 4,689.88 invoiced for parts shipped with 3,150.00 being for open purchase orders; open purchase order claim assumed under Plan. |
| 161 | Gerhardt Gear | 55,970.21 | 0.00 | |
| 15 | N.E.W. Industries Inc. | 82,888.00 | 0.00 | |
| 116 | N.E.W. Industries, Inc. | 110,106.00 | 14,886.92 | Claim documentation shows 14,886.92 invoiced for parts shipped with 95,219.08 being for open purchase orders; open purchase order claim assumed under Plan. |
| 45 | Ohio Gaslet & Shim Co., Inc. | 32,393.34 | 21,572.34 | Claim documentation shows 21,572.34 invoiced for parts shipped with 10,821.00 being for open purchase orders; open purchase order claim assumed under Plan. |
| 171 | Saturn Fasteners, Inc. | 477,252.01 | 0.00 | |
| 153 | V&L Tool, Inc. | 6,489.07 | 0.00 | |
| 154 | V&L Tool, Inc. | 7,972.32 | 0.00 | |
| 155 | V&L Tool, Inc. | 31,665.00 | 0.00 | |

**Exhibit A**