David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE
OF THE SUPERIOR CREDITOR'S TRUST**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | **Hearing Date:  12/29/09** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time:  3:15 p.m.** |

## NOTICE OF HEARING

Please take notice that a hearing regarding the Trustee's Third Omnibus Objection to Claims (No Liability – Open Purchase Order Claims Assumed Under Plan) [Docket No. 473] will take place at **3:15 p.m. on Tuesday, December 29, 2009 (CST)** before the Honorable Barbara J. Houser, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496.

DALDMS/670828.1

Dated: November 20, 2009
      Dallas, Texas

                                      Respectfully submitted,

                                      BAKER & MCKENZIE LLP

                                      By:  /s/ Elliot D. Schuler
                                              David W. Parham
                                              State Bar No. 15459500
                                              Elliot D. Schuler
                                              State Bar No. 24033046
                                              2300 Trammell Crow Center
                                              2001 Ross Avenue
                                              Dallas, Texas 75201
                                              Telephone: (214) 978-3000
                                              Facsimile:  (214) 978-3099
                                              E-mail: david.w.parham@bakernet.com
                                              E-mail: elliot.d.schuler@bakernet.com

                                              **ATTORNEYS FOR MARLA**
                                              **REYNOLDS, TRUSTEE OF THE**
                                              **SUPERIOR CREDITOR'S TRUST**

DALDMS/670828.1

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via first class U.S. mail on November 20, 2009.

| | | |
|---|---|---|
| **Mary Frances Durham**<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | **Gates Corporation**<br>1551 Wewatta St.<br>Denver, CO 80202 | **Ohio Gaslet & Shim Co., Inc.**<br>976 Evans Ave.<br>Akron, OH 44305 |
| **The Bland Co.**<br>c/o Bonee Weintraub LLC<br>29 South Main St., Ste. 330<br>West Hartford, CT 06107 | **Gerhardt Gear**<br>133 E. Santa Anita<br>Burbank, CA 91502 | **Law Offices Of Hagen & Hagen**<br>FBO: Gerhardt Gear<br>4559 San Blas Ave.<br>Woodland Hills, CA 91364 |
| **N.E.W. Industries, Inc.**<br>905 S. Neenah Ave.<br>Sturgeon Bay, WI 54235 | **Corley Gasket Co.**<br>P.O. Box 271124<br>Dallas, TX 75227 | **Saturn Fasteners, Inc.**<br>425 S. Varney St<br>Burbank, CA 91502 |
| **V & L Tool, Inc.**<br>2021 Macarthur Road<br>Waukesha, WI 53188 | | |

                                                  /s/ Elliot D. Schuler
                                                  Elliot D. Schuler