David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE
OF THE SUPERIOR CREDITOR'S TRUST**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

### WITNESS AND EXHIBIT LIST

Marla Reynolds, in her capacity as Trustee of the Superior Creditor's Trust (the "Trustee") files this her Witness and Exhibit List for the matters to be heard on November 25, 2009.

### I.  WITNESSES

The Trustee intends to call the witnesses identified below in any particular order that the Trustee deems appropriate at trial. The Trustee reserves the right to call any witnesses not identified herein for the purpose of impeachment.

| NUMBER | WITNESS |
|---|---|
| 1. | Stephen Roberts |
| 2. | Any and all witnesses identified, designated or called by any other party. |
| 3. | Any and all witnesses, reasonably necessary to rebut testimony elicited or evidence presented by any other party. |

DALDMS/670885.1

1

## II. EXHIBITS

Progressive intends to seek admission of the exhibits identified herein. Progressive reserves the right to introduce and seek admission of exhibits not identified herein for the purpose of impeachment.

| NUMBER | EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 1. | Certificate of Service of Third Amended Disclosure Statement and Third Amended Plan ([Docket No. 357] | | |
| 2. | First and Final Application of Corporate Finance Mid Cap GmbH for Compensation and Reimbursement of Expenses, and all attachments thereto. | | |
| 3. | Any and all documents, data or information identified by any other party, subsequently produced by any other party or that any other party intends to rely upon. | | |
| 4. | Any and all documents, data or information reasonably necessary to rebut testimony elicited or evidence presented by any other party. | | |

Dated: November 23, 2009
Dallas, Texas

Respectfully submitted,

BAKER & MCKENZIE LLP

By: /s/ Elliot D. Schuler
David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
E-mail: david.w.parham@bakernet.com
E-mail: elliot.d.schuler@bakernet.com

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served on November 23, 2009 upon the persons and entities identified below via electronic mail. All other parties will be served via the Court's ECF system.

| | |
|---|---|
| Chester B. Salomon<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue - 16th Floor<br>New York, NY 10171<br>csalomon@beckerglynn.com | Mary Frances Durham<br>Trial Attorney for the Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX  75242<br>MaryFrances.Durham@usdoj.gov |
| Duane J. Brescia<br>Stephen A. Roberts<br>Strasburger & Price LLP<br>600 Congress Ave., Ste. 1600<br>Austin, TX 78701<br>Email: duane.brescia@strasburger.com<br>Email: stephen.roberts@strasburger.com | |

                /s/ Elliot D. Schuler
                   Elliot D. Schuler