**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

In Re:

SUPERIOR AIR PARTS, INC.                    Case No.: 08-36705-BJH

    Debtor.

---

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM AS TO MAHLE ENGINE COMPONENTS USA, INC. (CLAIM NO. 71)**

---

MAHLE Engine Components USA, Inc., through its attorneys Warner Norcross & Judd LLP, withdraws its Proof of Claim No. 71 dated February 17, 2009, in the amount of $839,659.35.

    WARNER NORCROSS & JUDD LLP
    Attorneys for MAHLE Engine Components USA, Inc., Creditor

Dated: November 24, 2009    By:/s/ Gordon J. Toering
    Gordon J. Toering (P46409)
    Michael O'Neal (P66247)
    900 Fifth Third Center
    111 Lyon, N.W.
    Grand Rapids, MI 49503
    (616) 752-2185

1731852