# EXHIBIT A

# Salomon, Chester B.

| | |
|---|---|
| From: | Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com] |
| Sent: | Friday, February 13, 2009 10:57 AM |
| To: | Roberts, Stephen |
| Cc: | Pohl, Fabian (Corporate Finance Partners) |
| Subject: | Superior / Interested Investor for the Engines business |

Steve,

I had today some correspondence and talks with the following group that says they are interested in the Superior engines business.

The engines are not of strategic interest to Aviation Air parts group - in addition, in a reorganization they could well be disposed of. Would you be so kind and forward them an NDA (or you send me the NDA which you are using) and we should talk to them asking them to deliver swiftly a fully financed bid for the engines. Not sure yet about their financial capacity, but that's why I recommend to put them to the test fairly swiftly.

Shenzong CHENG

Group Chairman

Qingdao Brantly Investment Group Co., Ltd

Brantly International Inc.

qdbrantly@gmail.com

Best,

Daniel

---

Corporate Finance Partners Group
Frankfurt - Berlin - Miami - Tallinn - Wien - Budapest

Daniel Schenk
Managing Director
Torstr. 35
10119 Berlin
Tel: +49 (30) 497 9999 68
Fax: +49 (30) 497 9999 67
Mobil: +49 172 1985 861
Mail:   <mailto:daniel.schenk@cfpartners.com> daniel.schenk@cfpartners.com

---

Diese E-Mail enthält vertrauliche oder geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die

1

A-1

unbefugte Weitergabe dieser Mail ist nicht gestattet.

This e-mail may contain confidential and/or priviliged information. If you are not the recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail ist strictly forbidden.

## Salomon, Chester B.

**From:** Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com]
**Sent:** Saturday, February 14, 2009 3:36 AM
**To:** Roberts, Stephen
**Cc:** Pohl, Fabian (Corporate Finance Partners)
**Subject:** AW: Superior / Interested Investor for the Engines business

Will call you today –

Recommend to get them in the process swftly and get a price from them asap fort he engines; then put the in touch

We got to clarify this antitrust issue quickly

---

**Von:** Roberts, Stephen [mailto:Stephen.Roberts@strasburger.com]
**Gesendet:** Samstag, 14. Februar 2009 00:26
**An:** Schenk, Daniel (Corporate Finance Partners)
**Cc:** Pohl, Fabian (Corporate Finance Partners)
**Betreff:** RE: Superior / Interested Investor for the Engines business

should we put them directly in touch with Aviation Air Parts?

---

**From:** Schenk, Daniel (Corporate Finance Partners) [mailto:daniel.schenk@cfpartners.com]
**Sent:** Friday, February 13, 2009 9:57 AM
**To:** Roberts, Stephen
**Cc:** Pohl, Fabian (Corporate Finance Partners)
**Subject:** Superior / Interested Investor for the Engines business

Steve,

I had today some correspondence and talks with the following group that says they are interested in the Superior engines business.

The engines are not of strategic interest to Aviation Air parts group – in addition, in a reorganization they could well be disposed of. Would you be so kind and forward them an NDA (or you send me the NDA which you are using) and we should talk to them asking them to deliver swiftly a fully financed bid for the engines. Not sure yet about their financial capacity, but that's why I recommend to put them to the test fairly swiftly.

Shenzong CHENG
Group Chairman
Qingdao Brantly Investment Group Co., Ltd
Brantly International Inc.
qdbrantly@gmail.com

Best,
Daniel

---

**Corporate Finance Partners Group**
Frankfurt - Berlin - Miami - Tallinn - Wien - Budapest

11/23/2009

A-3

Daniel Schenk
Managing Director
Torstr. 35
10119 Berlin
Tel: +49 (30) 497 9999 68
Fax: +49 (30) 497 9999 67
Mobil: +49 172 1985 861
Mail: daniel.schenk@cfpartners.com

-----------------------------------------------------------------------

*Diese E-Mail enthält vertrauliche oder geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet.*

*This e-mail may contain confidential and/or priviliged information. If you are not the recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail ist strictly forbidden.*

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.

11/23/2009                                    A-4

**Salomon, Chester B.**

| | |
|---|---|
| **From:** | Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com] |
| **Sent:** | Friday, February 13, 2009 10:52 AM |
| **To:** | 青岛勃兰特利 |
| **Subject:** | AW: FW: Superior |

No, unfortunately never received it.

But will now take care of it.


Daniel


---

Von: 青岛勃兰特利 [mailto:qdbrantly@gmail.com]
Gesendet: Freitag, 13. Februar 2009 16:12
An: Schenk, Daniel (Corporate Finance Partners)
Betreff: Fwd: FW: Superior


Dear Mr. Daniel Schenk,


I am not sure if you have received the below email dated on Jan 23 or not. Rending this eamil today.


We are very interested in purchasing Superior engine business. Would you pleae let us know the recent updates?


Any response from you will be highly apprecited.


Many thanks and best regards.


Shenzong CHENG

Group Chairman

Qingdao Brantly Investment Group Co., Ltd

Brantly International Inc.

1

A-5

---------------------------------------------------------------------------------

Dear Mr. Daniel Schenk,

Thanks for your mail and apologize for late response. For Superior, we are very interested in two items:

-- the engines

-- know how and brand names

Qingdao Brantly Investment Group Co., Ltd has invested three following enterprises of aviation industry:

1. Owning 100% US Brantly International Inc which is located in Vernon city Texas for manufacturing helicopters. Please check www.brantly.com <http://www.brantly.com/> for detailed information;

2. Qingdao Haili Helicopter Manufacturing Co., ltd. The total investment is 23.35 million US dollars. This factory is located at Qingdao Westcoast Export Processing Zone. Please check www.Qingdaohaili.com <http://www.qingdaohaili.com/> for detailed information.

3. Weifang Freesky Aviation Industry Co., Ltd. The total investment is 20 million US dollars and this factory located at Weifang city Shandong province is for production of fixed wing aircrafts and helicopters.

We appreciate if you could introduce us into further opportunities.

Many thanks and best regards.

Shenzong CHENG

Group Chairman

Brantly International Inc..

2009/1/4 corporate <corporate@qingdaohaili.com>

----- Original Message -----
From: "Schenk Daniel (Corporate Finance Partners)" < daniel.schenk@cfpartners.com >
To: < corporate@qingdaohaili.com >
Sent: 2008-12-31 20:13:47 +0800
Subject: Superior

Dear Mr. Cheng,

thank you for your interest — the process is very far advanced and it will be difficult and unlikely to introduce new interested parties at this stage. That said, please tell me what would be your strategy / intention for Superior and in what of Superior (the whole, select parts) you are most interested in (in case there may be an opportunity at a later stage)

- the engines
- the piece parts business (PMAs)
- the inventory
- know how and brand names
- Superior as whole

Also, I would kindly ask you to outline to me your financial ability to consummate transactions and corresponding financial resources to stem deals/pay cash for deals significantly north of USD 10 million. Please send me a company/financial report of your Company so I understand better your financial abilities.

Best regards,

Daniel Schenk

---

Corporate Finance Partners Group
Frankfurt - Berlin - Miami - Tallinn - Wien - Budapest

Daniel Schenk
Managing Director
Torstr. 35
10119 Berlin
Tel: +49 (30) 497 9999 68
Fax: +49 (30) 497 9999 67
Mobil: +49 172 1985 861
Mail:  <mailto:daniel.schenk@cfpartners.com> daniel.schenk@cfpartners.com

---

Diese E-Mail enthält vertrauliche oder geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet.

This e-mail may contain confidential and/or priviliged information. If you are not the recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail ist strictly forbidden.

## Salomon, Chester B.

**Sent:** Thursday, February 19, 2009 4:03 AM
**To:** owen.kong
**Subject:** AW: Fwd: FW: Superior

Sure –

Give me a call

+49 172 1985 861

daniel

---

Von: owen.kong [mailto:owen.kong@brantly.com]
Gesendet: Donnerstag, 19. Februar 2009 02:01
An: Schenk, Daniel (Corporate Finance Partners)
Betreff: Fw: Fwd: FW: Superior

Dear Mr. Daniel Schenk,

I am Owen, assistant to Mr. Shenzong CHENG.

I am requested to follow up the Superior airparts company acquisition business. As said before, we are very interested in purchasing this company and this case is an part of this year's plan.

Would you please advise the updates of this case? Do you thinks it is ok for me to have a call conference with you?

Thanks for your quick response.

Best regards.

owen kong

Email: owen.kong@brantly.com

Brantly International Inc.

1

A-8

Add:12399 Hamp Naylor Drive, Vernon, TX 76384, USA

Tel:1.940.552.5451    Fax:1.940.552.2703

Web:   <http://www.brantly.com/> www.brantly.com


Brantly International Inc. Qingdao Office

Add: 4F, Block B, Futai Square, No. 18 Xianggangzhong Rd, Qingdao, 266071, China

Tel:86.532.8571.8436   Fax:86.532.8576.3110




2009-02-19

———

owen.kong

———

发件人： 青岛勃兰特利

发送时间： 2009-02-19 08:45:41

收件人： owen.kong

抄送：

主题： Fwd: FW: Superior



---------- Forwarded message ----------
From: Schenk, Daniel (Corporate Finance Partners) <daniel.schenk@cfpartners.com>
Date: 2009/2/13
Subject: AW: FW: Superior
To: 青岛勃兰特利 <qdbrantly@gmail.com>


No, unfortunately never received it.

But will now take care of it.

2

A-9

Daniel

---

Von: 青岛勃兰特利 [mailto:qdbrantly@gmail.com]
Gesendet: Freitag, 13. Februar 2009 16:12
An: Schenk, Daniel (Corporate Finance Partners)
Betreff: Fwd: FW: Superior

Dear Mr. Daniel Schenk,

I am not sure if you have received the below email dated on Jan 23 or not. Rending this eamil today.

We are very interested in purchasing Superior engine business. Would you pleae let us know the recent updates?

Any response from you will be highly apprecited.

Many thanks and best regards.

Shenzong CHENG

Group Chairman

Qingdao Brantly Investment Group Co., Ltd

Brantly International Inc.

---

Dear Mr. Daniel Schenk,

Thanks for your mail and apologize for late response. For Superior, we are very interested in two items:

-- the engines

3

A-10

-- know how and brand names

Qingdao Brantly Investment Group Co., Ltd has invested three following enterprises of aviation industry:

1.      Owning 100% US Brantly International Inc which is located in Vernon city Texas for manufacturing helicopters. Please check www.brantly.com <http://www.brantly.com/> for detailed information;

2.      Qingdao Haili Helicopter Manufacturing Co., ltd. The total investment is 23.35 million US dollars. This factory is located at Qingdao Westcoast Export Processing Zone. Please check www.Qingdaohaili.com <http://www.qingdaohaili.com/> for detailed information.

3.      Weifang Freesky Aviation Industry Co., Ltd. The total investment is 20 million US dollars and this factory located at Weifang city Shandong province is for production of fixed wing aircrafts and helicopters.

We appreciate if you could introduce us into further opportunities.

Many thanks and best regards.

Shenzong CHENG

Group Chairman

Brantly International Inc..

2009/1/4 corporate <corporate@qingdaohaili.com>

----- Original Message -----
From: "Schenk Daniel (Corporate Finance Partners)" < daniel.schenk@cfpartners.com >
To: < corporate@qingdaohaili.com >
Sent: 2008-12-31 20:13:47 +0800
Subject: Superior

Dear Mr. Cheng,

thank you for your interest - the process is very far advanced and it will be difficult and unlikely to introduce new interested parties at this stage. That said, please tell me what would be your strategy / intention for Superior and in what of Superior (the whole, select parts) you are most interested in (in case there may be an opportunity at a later stage)

-       the engines

-       the piece parts business (PMAs)

4

A-11

-     the inventory
-     know how and brand names
-     Superior as whole

Also, I would kindly ask you to outline to me your financial ability to consummate transactions and corresponding financial resources to stem deals/pay cash for deals significantly north of USD 10 million. Please send me a company/financial report of your Company so I understand better your financial abilities.

Best regards,

Daniel Schenk

---

Corporate Finance Partners Group
Frankfurt - Berlin - Miami - Tallinn - Wien - Budapest

Daniel Schenk
Managing Director
Torstr. 35
10119 Berlin
Tel: +49 (30) 497 9999 68
Fax: +49 (30) 497 9999 67
Mobil: +49 172 1985 861
Mail:  <mailto:daniel.schenk@cfpartners.com> daniel.schenk@cfpartners.com

---

Diese E-Mail enthält vertrauliche oder geschützte Informationen. Wenn Sie nicht der

richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet.

This e-mail may contain confidential and/or priviliged information. If you are not the recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail ist strictly forbidden.

## Salomon, Chester B.

| | |
|---|---|
| **From:** | Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com] |
| **Sent:** | Thursday, February 26, 2009 5:56 PM |
| **To:** | Kent Abercrombie |
| **Cc:** | Roberts, Stephen |
| **Subject:** | Superior |

Kent,

Could you please send me the latest monthly financials -- P&L, Balance Sheet + Trial Balance, Cash Flow (incl. forecast) as well as your Business Plan (excel version) for a smaller profitable Piece Parts business that was devised for Aviation Air Parts.

Thanks a lot.
Daniel

---

**Corporate Finance Partners Group**
Frankfurt - Berlin - Miami - Tallinn - Wien - Budapest

Daniel Schenk
Managing Director
Torstr. 35
10119 Berlin
Tel: +49 (30) 497 9999 68
Fax: +49 (30) 497 9999 67
Mobil: +49 172 1985 861
Mail: daniel.schenk@cfpartners.com

---

*Diese E-Mail enthält vertrauliche oder geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet.*

*This e-mail may contain confidential and/or priviliged information. If you are not the recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail ist strictly forbidden.*

11/23/2009                               A-13