# EXHIBIT B

## Salomon, Chester B.

**From:**    Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com]
**Sent:**    Friday, March 06, 2009 8:26 AM
**To:**      Roberts, Stephen
**Cc:**      Dr. Achim Ahrendt; Kent Abercrombie
**Subject:** Superior

Stephen,

Here is how I see the situation on Superior.

There are three elements on how we should try to generate value out of Superior:
1. as di  scussed, monetize the inventory as well as other "non-core assets" as much as possible whilst further streamlining costs. [Did you ever try to get some money out of Superior Australia as they use the name Superior and do not pay any license fee?]
2. s  trip out the engines and sell the engines and piece parts business separately – potentially even splitting the certified engines and the experimental ones into separate packages that can be put up for sale
3. c  reate a sound stand-alone business plan on the piece parts activities and market that stand-alone piece parts business
   Potential Buyers:
   1-- Aviation Air Parts
   2-- Danbury
   3-- Financial Investors
   4-- "Pool" of Distributors – potentially in combination with 3?

I have received several calls from Investors and will further work on it

   Chinese Investor consortium
   - Received a call from Lester Lin, representing a Chinese / Taiwanese Investor Consortium
   - Interested in the certified engine business
   - Wants to make sure that the engine business is supported by an active and intact piece parts business and assembly
   - In essence, the Chinese would acquire all rights, designs, tooling owned for the engine programme but may use Superior still to assemble the engines under a sort of production agreement
   - We need to validate this Consortium first, i.e. disclosure of the Consortium parties as well as their financial capability

   Danbury
   - Danbury called me to express their interest in acquiring Superior – they also heard that sth. went wrong with the Textron deal
   - In addition, Danbury told that the industry talks that the purchase of Superior is already a "fixed deal" with the Buyer Mike Bean (Aviation Air Parts) – Danbury would not like to invest further time and money if this is the case
   - Told him that there is no such thing as a fixed deal, but this is well taken notice
   - Danbury mentioned that obviously the financing market has further weakened, but we agreed to talk in more detail on next steps next week

   To Do's
   - I will create a leveraged model for the piece parts business only.
     Kent, I will use the operating model as basis that you sent me and create a flexible model to play with the assumptions. [DS]
   - Monetize inventory / other parts of Superior – Kent any non-core assets you could think of ? (I have asked

B-1

    if there is already, but do recall that there was not a lot – right?) [KA]
- Gather further Investor Interest – I will talk again with partners in India as well as wider Asia

I will give you a call later today.

Best regards,
Daniel

B-2

**Salomon, Chester B.**

| | |
|---|---|
| From: | Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com] |
| Sent: | Tuesday, March 10, 2009 2:07 PM |
| To: | Kent Abercrombie |
| Cc: | Roberts, Stephen |
| Subject: | AW: Superior |

Thanks you. Please break out the TAE A/Ps and A/Rs as I consider those doubtful.

Txs

Daniel

Von: Kent Abercrombie [mailto:Kabercrombie@superior-air-parts.com]
Gesendet: Freitag, 27. Februar 2009 00:38
An: Schenk, Daniel (Corporate Finance Partners)
Cc: Roberts, Stephen
Betreff: RE: Superior

Daniel,

Forgot to send the trial balance in the first e-mail.

Kent

From: Schenk, Daniel (Corporate Finance Partners) [mailto:daniel.schenk@cfpartners.com]
Sent: Thursday, February 26, 2009 5:07 PM
To: Kent Abercrombie
Cc: Roberts, Stephen
Subject: Superior

Kent,

Could you please send me the latest monthly financials - P&L, Balance Sheet + Trial
Balance, Cash Flow (incl. forecast) as well as your Business Plan (excel version) for a
smaller profitable Piece Parts business that was devised for Aviation Air Parts.

Thanks a lot.

Daniel

B-3

```
-------------------------------------------------------------------------------
Corporate Finance Partners Group
Frankfurt - Berlin - Miami - Tallinn - Wien - Budapest

Daniel Schenk
Managing Director
Torstr. 35
10119 Berlin
Tel: +49 (30) 497 9999 68
Fax: +49 (30) 497 9999 67
Mobil: +49 172 1985 861
Mail:  <mailto:daniel.schenk@cfpartners.com> daniel.schenk@cfpartners.com
-------------------------------------------------------------------------------
```

Diese E-Mail enthält vertrauliche oder geschützte Informationen. Wenn Sie nicht der
richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte
sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die
unbefugte Weitergabe dieser Mail ist nicht gestattet.

This e-mail may contain confidential and/or priviliged information. If you are not the
recipient (or have received this e-mail in error) please notify the sender immediately and
destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material
in this e-mail ist strictly forbidden.

**Salomon, Chester B.**

| | |
|---|---|
| **From:** | Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com] |
| **Sent:** | Tuesday, March 10, 2009 12:43 PM |
| **To:** | Kent Abercrombie |
| **Cc:** | Roberts, Stephen |
| **Subject:** | AW: Superior |

Kent,


As far as i understand, Superior has significant unused net operating losses in the US tax
return that could well be used for a reorganization of the Company. I.e. Superior would
not pay any taxes for the years to come. Is that statement correct ? How large are those
tax usable net looses ($amount) ?


I assume, that such tax usable operating losses would be gone if I sell the assets only
under US bankruptcy for the prices we have been contemplating with Teledyne or Textron. Or
would I be able to still keep some losses ?


Thanks and best regards,


Daniel


———

Von: Kent Abercrombie [mailto:Kabercrombie@superior-air-parts.com]
Gesendet: Freitag, 27. Februar 2009 00:38
An: Schenk, Daniel (Corporate Finance Partners)
Cc: Roberts, Stephen
Betreff: RE: Superior


Daniel,


Forgot to send the trial balance in the first e-mail.


Kent


———

From: Schenk, Daniel (Corporate Finance Partners) [mailto:daniel.schenk@cfpartners.com]
Sent: Thursday, February 26, 2009 5:07 PM
To: Kent Abercrombie
Cc: Roberts, Stephen
Subject: Superior


Kent,

B-5

Could you please send me the latest monthly financials - P&L, Balance Sheet + Trial
Balance, Cash Flow (incl. forecast)  as well as your Business Plan (excel version) for a
smaller profitable Piece Parts business that was devised for Aviation Air Parts.


Thanks a lot.

Daniel



----------------------------------------------------------------------------
Corporate Finance Partners Group
Frankfurt - Berlin - Miami - Tallinn - Wien - Budapest

Daniel Schenk
Managing Director
Torstr. 35
10119 Berlin
Tel: +49 (30) 497 9999 68
Fax: +49 (30) 497 9999 67
Mobil: +49 172 1985 861
Mail:  <mailto:daniel.schenk@cfpartners.com> daniel.schenk@cfpartners.com
----------------------------------------------------------------------------

Diese E-Mail enthält vertrauliche oder geschützte Informationen. Wenn Sie nicht der
richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte
sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die
unbefugte Weitergabe dieser Mail ist nicht gestattet.

This e-mail may contain confidential and/or priviliged information. If you are not the
recipient (or have received this e-mail in error) please notify the sender immediately and
destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material
in this e-mail ist strictly forbidden.

## Salomon, Chester B.

| | |
|---|---|
| **From:** | Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com] |
| **Sent:** | Tuesday, March 10, 2009 11:45 AM |
| **To:** | achim.ahrendt@hww-kanzlei.de |
| **Subject:** | Fw: Superior |
| **Attachments:** | image001.jpg |

Fyi

-----Original Message-----
From: Ty Stoller <tstoller@danbury.aero>
To: Schenk, Daniel (Corporate Finance Partners)
CC: Gary Garvens <ggarvens@danbury.aero>; Wachter, Melanie (Corporate Finance Partners); Jennifer Weaver
<corpadmin@danbury.aero>

Sent: Tue Mar 10 16:06:15 2009
Subject: RE: Superior

Daniel,


Gary, Glen and I would enjoy an open dialogue today at 5pm CST adjusted for Daylight Savings. Please dial direct to (210)
820-2400. We look forward to a productive discussion.


1       Unfortunately your naiveté regarding this industry and its players got you unfavorable but predictable results. We
welcome the opportunity to help you pick up the pieces.

2       As you know the general aviation market has deteriorated significantly therefore "cheap" yesterday maybe different
then "cheap" today. However, notwithstanding the aforementioned DAS is still interested.

3       Unused net operating losses if they exist in the US tax return for Superior might be beneficial to DAS.

4       As you know we bank with Wells Fargo and while it is reported they are strong we also know the credit markets are
tight

5       Our layman's interpretation of our conversation with the DOJ officials lead us to believe we would not have and
antitrust issue.

6       We agree that fewer participants is better than many therefore we accept your invitation to a phone conference and
will limit our participation to the aforementioned employees.

7       We have no interest in working with APS but we see possible synergy working with Thielert.

8       We have invested significant time and money in the "first round" so we have no interest in playing chicken either.

We expect you to be forthright and quantitative with your proposal <<image001.jpg>> .

Regards,

—

_____

From: Schenk, Daniel (Corporate Finance Partners) [mailto:daniel.schenk@cfpartners.com]
Sent: Tuesday, March 10, 2009 5:49 AM
To: Ty Stoller
Cc: Gary Garvens; Wachter, Melanie (Corporate Finance Partners)
Subject: Superior

Ty,

as discussed, I would propose a Telephone conversation this afternoon (5pm) today if availability on your side permits. The other option would be tomorrow, approx. same time.

Agenda would be to discuss ways of Danbury acquiring [or reorganizing (with the help of Thielert)] Superior.

Let me stress that I want to have an open dialogue – this is a small industry and stuff leaks out very swiftly, which honestly I do not like. As you rightfully pointed out there are various constituencies now involved that all have their own agenda – theirs is not mine and my simple goal is to achieve best value to all Creditors. In consequence, leakages will not play in yours nor anybody's favour. So we shall not be fooling around and playing "chicken" but have an outright dialogue what are the requirements and what is possible and see if we can get sth. done.

I also would recommend to not involve too many advisers as this has led to the aforementioned "chicken-play" and unfortunately we did never get to the point to discuss real deal terms. There is no way that Superior changes hand on the cheap but it has to make sense.

I encourage to openly discuss and still (ands have always) believed that Danbury's future would be, albeit great already, so much brighter with a combined Danbury/Superior and execute a great synergy play.


Best,

Daniel




--------------------------------------------------------------------------
Corporate Finance Partners Group
Frankfurt - Berlin - Miami - Tallinn - Wien - Budapest

Daniel Schenk
Managing Director
Torstr. 35
10119 Berlin
Tel: +49 (30) 497 9999 68
Fax: +49 (30) 497 9999 67
Mobil: +49 172 1985 861
Mail: daniel.schenk@cfpartners.com <mailto:daniel.schenk@cfpartners.com>
--------------------------------------------------------------------------

Diese E-Mail enthält vertrauliche oder geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet.

This e-mail may contain confidential and/or priviliged information. If you are not the recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail ist strictly forbidden.


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.0.237 / Virus Database: 270.11.9/1992 - Release Date: 03/09/09 19:20:00

B-9

## Salomon, Chester B.

| | |
|---|---|
| **From:** | Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com] |
| **Sent:** | Tuesday, March 10, 2009 3:40 PM |
| **To:** | Roberts, Stephen |
| **Cc:** | Gary Garvens; Ty Stoller |
| **Subject:** | Superior |

Hi Stephen,

I had today a call with the people from Danbury Aerospace. The principal is Gary Garvens (Owner). His CEO is Ty Stoller. Please find attached the respective e-mails.
ggarvens@danbury.aero
tstoller@danbury.aero

Danbury was a bidder in the M&A process that we carried out which was then leading to the transaction with Textron. They dropped when they learnt that the large OEMs are bidding (against the background that they could not compete with them). The rest of the story is known that the deal with Textron did not go through.
Danbury contacted me to reiterate that they are still interested (you may have contacted them already for the secondary auction) and were interested to learn more about the plans now, i.e. what is going to happen with Superior. I told them that it was and still is the goal of the bankruptcy administrator as well as myself to try to get the best deal and best value done for the Creditors – whatever the structure is.

There is another issue that was being raised, which you and them should take up directly, but which I do not want to let fall under the table. Its regarding procedural bankruptcy matters as well as what is the gameplan for Superior as well as the involvement of the Creditor's Committee and the fact that Thielert is the largest Creditor but not represented on the Creditor's Committee. I explained that I do not know the reason for that but in any case the largest Creditor's will have to approve any deal.
Basically, Danbury would like to figure out who is the principal decision maker now and who can lead this forward with them whilst making sure that no information leakages will occur – in that respect Danbury feels that certain people involved may be very close to Aviation Air Parts. You should discuss openly those issues to make sure that you understand their concerns. I also told them that CFP is retained by Superior to advise on the sale of the assets – I also explained that I do not report to Kent but to you, as appointed bankruptcy administrator.

For convenience, I have also copied your contact details for them to call you.

**Stephen A. Roberts**
*Board Certified Business Bankruptcy Law*
*Texas Board of Legal Specialization*
Strasburger & Price, LLP, 600 Congress, Suite 1600,
Austin, TX 78701 • 512.499.3624
Fax 512.536.5723 • Strasburger.com

I look forward to talking to you soon. I will push forward the matter of the Chinese Acquiror and the certified engines he's interested in to bring them to Asia. Danbury would not be interested in the certified engines business but is primarily interested in the piece parts and cylinders. Experimentals to be discussed.

Best regards,
Daniel

-----------------------------------------------------------------
**Corporate Finance Partners Group**
Frankfurt - Berlin - Miami - Tallinn - Wien - Budapest

Daniel Schenk
Managing Director
Torstr. 35

B - 10

10119 Berlin
Tel: +49 (30) 497 9999 68
Fax: +49 (30) 497 9999 67
Mobil: +49 172 1985 861
Mail: daniel.schenk@cfpartners.com
-------------------------------------------------------------------------

*Diese E-Mail enthält vertrauliche oder geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet.*

*This e-mail may contain confidential and/or priviliged information. If you are not the recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail ist strictly forbidden.*

**Salomon, Chester B.**

**From:** Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com]
**Sent:** Tuesday, March 10, 2009 3:17 PM
**To:** Lester Lin
**Cc:** Wachter, Melanie (Corporate Finance Partners)
**Subject:** AW: Set up a conference call

Lester,

Please set up a call ASAP. I am in Germany right now. I would be available tomorrow Wednesday 11. March in the afternoon or evening CET.

Please let me know. With respect to logistics, my assistant can also provide dial-in information.

Regards,
Daniel

---

**Von:** Lester Lin [mailto:lesterlin1@gmail.com]
**Gesendet:** Samstag, 7. März 2009 04:35
**An:** Schenk, Daniel (Corporate Finance Partners)
**Betreff:** Set up a conference call

Dear Daniel,

I will try to set up a conference call with the main investor.

Are you in Germany?  The investor is presently in the USA, Seattle area, but will be travelling to Florida.

I need to try to set up a mutually appropriate time.



Lester Lin

lesterlin1@gmail.com                           mo

*Always have my latest info*          *Want a signature like this?*

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.557 / Virus Database: 270.11.8/1987 - Release Date: 3/6/2009 7:20 AM

11/23/2009                          B - 12

## Salomon, Chester B.

**From:** Roberts, Stephen [Stephen.Roberts@strasburger.com]
**Sent:** Friday, March 13, 2009 4:07 PM
**To:** kabercrombie@superiorairparts.com
**Cc:** Brescia, Duane; Schenk, Daniel (Corporate Finance Partners)
**Subject:** logical division of business

For the purpose of going forward to offer all assets or, in the alternative,logically distinct parts of the business to interested buyers, here are my notes from our conversation yesterday. Please let me know if I got it straight.

Parts of the business.

1. Engines.
Vantage is a clone of the Textron/Lycoming 360 cu in (180 horsepower)
Xperimental, two models 320 (160 hp), 360 (180 hp) are also Textron/Lycoming engine clones (but have roller lifters)

2. Piece Parts Business

3. Cylinders
Cylinders are critical complex parts for
Textron/Lycoming and Teledyne/TCM engines 115 to 330 HP range.
Teledyne/TCM 0200, 470s, 520s and 550s (correspond to TCM model numbers)
Textron/Lycoming 0235, 320, 360 cylinders plus variations.

Kent, does it make sense to include Textron/Lycoming 0235, 320, 360 cylinders plus variations as part of the engines for marketing purposes?

Cylinders subject to FAA directive:
520 and 550 investment cast cylinders (not standard cast) for Teledyne/TCM

Other information: Teledyne/TCM has a hole in their engine line from 120 hp to 250 hp and so does not have a product to compete with Textron/Lycoming

Teledyne/TCM has the 0200, a 115 to 120 hp engine, and then 250 hp and up[SAR]; Has 6 cylinder 360 but not popular because it does not fit in many airframes.

Lycoming has 0235 (??hp) , 320 (160 hp) and 360(180 hp )n experimental and certified market.

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.

B - 13

## Salomon, Chester B.

| | |
|---|---|
| **From:** | Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com] |
| **Sent:** | Monday, March 16, 2009 6:57 PM |
| **To:** | Stephen.Roberts@strasburger.com; kabercrombie@superiorairparts.com |
| **Cc:** | Duane.Brescia@strasburger.com |
| **Subject:** | Re: logical division of business |

Stephen,

I believe that division does make sense.
I would split the business and consequently the scope of sale in 5 parts:
1. Certified engines
2. Experimental engines
3. Piece parts
4. Cylinders

It makes sense - as a starting point - to restrict the engines PMA for use of the engines only. This was a point made by APS when we negotiated with them. They were afraid that the Engine PMAs are being used for replacment parts purposes and not only OEM purpose. If somebody wants to use the engine PMAs for aftermarket purpose then they shall pay for it.

I would exclude the investment cast cylinders as there is the NPRM attached to it.
Your interpretation of the hp ranges is correct in my view.

Lester Lin:
Pls go ahead with him.

Regards,
Daniel

-----Original Message-----
From: Roberts, Stephen <Stephen.Roberts@strasburger.com>
To: kabercrombie@superiorairparts.com <kabercrombie@superiorairparts.com>
CC: Brescia, Duane <Duane.Brescia@strasburger.com>; Schenk, Daniel (Corporate Finance Partners)
Sent: Fri Mar 13 21:06:59 2009
Subject: logical division of business

For the purpose of going forward to offer all assets or, in the alternative, logically distinct parts of the business to interested buyers, here are my notes from our conversation yesterday. Please let me know if I got it straight.

Parts of the business.

1. Engines.
Vantage is a clone of the Textron/Lycoming 360 cu in (180 horsepower)
Xperimental, two models 320 (160 hp), 360 (180 hp) are also Textron/Lycoming engine clones (but have roller lifters)

2. Piece Parts Business

3. Cylinders
Cylinders are critical complex parts for
Textron/Lycoming and Teledyne/TCM engines 115 to 330 HP range.
Teledyne/TCM 0200, 470s, 520s and 550s (correspond to TCM model numbers)
Textron/Lycoming 0235, 320, 360 cylinders plus variations.

Kent, does it make sense to include Textron/Lycoming 0235, 320, 360 cylinders plus variations as part of the engines for marketing purposes?

Cylinders subject to FAA directive:
520 and 550 investment cast cylinders (not standard cast) for Teledyne/TCM

Other information: Teledyne/TCM has a hole in their engine line from 120 hp to 250 hp and so does not have a product to compete with Textron/Lycoming

Teledyne/TCM has the 0200, a 115 to 120 hp engine, and then 250 hp and up[SAR]; Has 6 cylinder 360 but not popular because it does not fit in many airframes.

Lycoming has 0235 (??hp) , 320 (160 hp) and 360(180 hp )n experimental and certified market.

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.

## Salomon, Chester B.

**From:** Roberts, Stephen [Stephen.Roberts@strasburger.com]
**Sent:** Monday, March 16, 2009 6:06 PM
**To:** lesterlin1@gmail.com
**Subject:** FW: SUPERIOR

Mr. Lin,

I am the attorney for Superior Air Parts, Inc. and Daniel Schenk forwarded your email to me.

If your consortium is interested in purchasing the Vantage engines and can show that it has adequate backing, we can proceed. We can provide you the requested information and more upon execution of a confidentiality agreement.

We have other parties interested in acquiring the parts business and, if they are successful in acquiring it, they would be interested in selling the parts to you in the future if that is part of your business plan.

Any sale will be free and clear of all liens, claims and encumbrances by court order. If you are serious in your interest, I suggest that you retain a U.S. bankruptcy attorney to advise you and guide you through the process. The U.S. bankruptcy process provides an excellent opportunity for buyers to acquire assets or stock without the level of risk in an sale outside of the bankruptcy process, but the bankruptcy process can be complicated and so you will need legal assistance if you wish to be successful.

**Von:** Lester Lin [mailto:lesterlin1@gmail.com]
**Gesendet:** Donnerstag, 5. März 2009 10:16
**An:** Schenk, Daniel (Corporate Finance Partners)
**Betreff:** SUPERIOR

Dear Daniel,

Thanks for the conversation today.  That was very useful.

I would like to make this request with you.
As per our conversation, please give me a list of what could be sold of the engines and the right's thereof that you would be authorized to spin-off.
1. This should include the Superior Engines, trademarks, design, and TC's.
2. Specs.
3. It would be helpful if we could come up with a Bill of Materials of the parts and internal pricing that Superior previously used to calculate their cost basis for these engines.
4. I would like to know if Superior "Parts" could put a 24 month guarantee on their pricing basis if we were to purchase the engine side of the business.  We need to know an agreed penalty schedule if they were not able to fulfill the requirement for parts according to a predetermined lead time schedule.
5. Should include tooling, test equipment, and all history of Type Certificate applications.
6. We would like to see in writing that the buyer is immune from any previous liabilities if any on the engines, and whatever else is being spun-off from Superior.

B-16

Once we have a list of what could be "spun-off", and the assurances, then we can get to work on an offer.

Best regards,
Lester



Lester Lin

lesterlin1@gmail.com                                        mc

*Always have my latest info*          *Want a signature like this?*

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.557 / Virus Database: 270.11.6/1981 - Release Date: 3/3/2009 7:25 AM

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.

## Salomon, Chester B.

| | |
|---|---|
| **From:** | Roberts, Stephen [Stephen.Roberts@strasburger.com] |
| **Sent:** | Monday, March 16, 2009 4:23 PM |
| **To:** | Schenk, Daniel (Corporate Finance Partners) |
| **Subject:** | RE: SUPERIOR |

did you get a response?

---

**From:** Schenk, Daniel (Corporate Finance Partners) [mailto:daniel.schenk@cfpartners.com]
**Sent:** Friday, March 06, 2009 5:38 AM
**To:** Lester Lin
**Subject:** AW: SUPERIOR

Lester,

the request will be answered but prior to answering

   a) pls disclose the names and participants of the Chinese / Taiwanese investor Consortium that you are representing
   b) In that respect, I propose to issue a new NDA reflecting that Superior entered into bankruptcy that shell be signed by the Consortium
   c) I would also like to get a much better feeling on the financial capability of the Consortium – please provide some facts

As you asked, and I confirmed the Textron deal run into trouble – so you have a real "shot" on the business, in particular if you act fast – but to move forward jointly, we need to play that "open book", i.e. we provide information swiftly if we can validate that this Buyer is for real prior to do so. Please provide the above information.

I look forward to hearing from you as soon as possible. Thanks for your understanding.

Daniel Schenk

**Von:** Lester Lin [mailto:lesterlin1@gmail.com]
**Gesendet:** Donnerstag, 5. März 2009 10:16
**An:** Schenk, Daniel (Corporate Finance Partners)
**Betreff:** SUPERIOR

Dear Daniel,

Thanks for the conversation today.  That was very useful.

I would like to make this request with you.
As per our conversation, please give me a list of what could be sold of the engines and the right's thereof that you would be authorized to spin-off.
1. This should include the Superior Engines, trademarks, design, and TC's.
2. Specs.
3. It would be helpful if we could come up with a Bill of Materials of the parts and internal pricing that Superior previously used to calculate their cost basis for these engines.
4. I would like to know if Superior "Parts" could put a 24 month guarantee on their pricing

basis if we were to purchase the engine side of the business.  We need to know an agreed penalty schedule if they were not able to fulfill the requirement for parts according to a pre-determined lead time schedule.

5.  Should include tooling, test equipment, and all history of Type Certificate applications.

6.  We would like to see in writing that the buyer is immune from any previous liabilities if any on the engines, and whatever else is being spun-off from Superior.

Once we have a list of what could be "spun-off", and the assurances, then we can get to work on an offer.

Best regards,
Lester



Lester Lin

lesterlin1@gmail.com                                    mc

*Always have my latest info*          *Want a signature like this?*

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.557 / Virus Database: 270.11.6/1981 - Release Date: 3/3/2009 7:25 AM

---

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.

---

B - 19

## Salomon, Chester B.

| | |
|---|---|
| **From:** | Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com] |
| **Sent:** | Monday, March 16, 2009 6:57 PM |
| **To:** | Stephen.Roberts@strasburger.com; kabercrombie@superiorairparts.com |
| **Cc:** | Duane.Brescia@strasburger.com |
| **Subject:** | Re: logical division of business |

Stephen,

I believe that division does make sense.
I would split the business and consequently the scope of sale in 5 parts:
1. Certified engines
2. Experimental engines
3. Piece parts
4. Cylinders

It makes sense - as a starting point - to restrict the engines PMA for use of the engines only. This was a point made by APS when we negotiated with them. They were afraid that the Engine PMAs are being used for replacement parts purposes and not only OEM purpose. If somebody wants to use the engine PMAs for aftermarket purpose then they shall pay for it.

I would exclude the investment cast cylinders as there is the NPRM attached to it.
Your interpretation of the hp ranges is correct in my view.

Lester Lin:
Pls go ahead with him.

Regards,
Daniel

-----Original Message-----
From: Roberts, Stephen <Stephen.Roberts@strasburger.com>
To: kabercrombie@superiorairparts.com <kabercrombie@superiorairparts.com>
CC: Brescia, Duane <Duane.Brescia@strasburger.com>; Schenk, Daniel (Corporate Finance Partners)
Sent: Fri Mar 13 21:06:59 2009
Subject: logical division of business

For the purpose of going forward to offer all assets or, in the alternative, logically distinct parts of the business to interested buyers, here are my notes from our conversation yesterday. Please let me know if I got it straight.

Parts of the business.

1. Engines.
Vantage is a clone of the Textron/Lycoming 360 cu in (180 horsepower)
Xperimental, two models 320 (160 hp), 360 (180 hp) are also Textron/Lycoming engine clones (but have roller lifters)

2. Piece Parts Business

3. Cylinders
Cylinders are critical complex parts  for
Textron/Lycoming and  Teledyne/TCM engines 115 to 330 HP range.
 Teledyne/TCM 0200, 470s, 520s and 550s (correspond to TCM model numbers)
 Textron/Lycoming 0235, 320, 360 cylinders plus variations.

Kent, does it make sense to include Textron/Lycoming 0235, 320, 360 cylinders plus variations as part of the engines for marketing purposes?


Cylinders subject to FAA directive:
520 and 550 investment cast cylinders (not standard cast) for Teledyne/TCM


Other information: Teledyne/TCM has a hole in their engine line from 120 hp to 250 hp and so does not have a product to compete with Textron/Lycoming


Teledyne/TCM has the 0200, a 115 to 120 hp engine, and then 250 hp and up[SAR]; Has 6 cylinder 360 but not popular because it does not fit in  many  airframes.


Lycoming has 0235 (??hp) , 320 (160 hp) and 360(180 hp )n experimental and certified market.


This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.

B-21

## Salomon, Chester B.

**From:**      Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com]
**Sent:**      Tuesday, March 17, 2009 11:30 AM
**To:**        Roberts, Stephen
**Subject:**   AW: Superior


Taiwan
Lester Lin
lesterlin1@gmail.com
 mobile:  886 922 769 156


-----Ursprüngliche Nachricht-----
Von: Roberts, Stephen [mailto:Stephen.Roberts@strasburger.com]
Gesendet: Dienstag, 17. März 2009 16:12
An: Schenk, Daniel (Corporate Finance Partners)
Betreff: RE: Superior

where is Lin located? do you have a phone number?

-----Original Message-----
From: daniel.schenk@cfpartners.com [mailto:daniel.schenk@cfpartners.com]
Sent: Tuesday, March 17, 2009 10:00 AM
To: Roberts, Stephen
Subject: Re: Superior

I could talk now
Daniel
------Original Message------
From: Roberts, Stephen
To: lesterlin1@gmail.com
Cc: Schenk, Daniel (Corporate Finance Partners)
Cc: kabercrombie@superiorairparts.com
Sent: Mar 17, 2009 15:54
Subject: Superior

I talked with Kent Abercrombie yesterday. Please give me a call at your convenience. What
time zone are you in?
Regards,
Steve

This email message and any attachments are confidential and may be privileged. If you are
not the intended recipient, please notify Strasburger & Price, LLP immediately -- by
replying to this message or by sending an email to postmaster@strasburger.com -- and
destroy all copies of this message and any attachments. Thank you.


Gesendet mit BlackBerry von Vodafone

This email message and any attachments are confidential and may be privileged. If you are
not the intended recipient, please notify Strasburger & Price, LLP immediately -- by
replying to this message or by sending an email to postmaster@strasburger.com -- and
destroy all copies of this message and any attachments. Thank you.

**Salomon, Chester B.**

| | |
|---|---|
| **From:** | Roberts, Stephen [Stephen.Roberts@strasburger.com] |
| **Sent:** | Tuesday, March 17, 2009 10:54 AM |
| **To:** | lesterlin1@gmail.com |
| **Cc:** | Schenk, Daniel (Corporate Finance Partners); kabercrombie@superiorairparts.com |
| **Subject:** | Superior |

I talked with Kent Abercrombie yesterday. Please give me a call at your convenience. What time zone are you in?
Regards,
Steve

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.

## Salomon, Chester B.

| | |
|---|---|
| **From:** | Kent Abercrombie [Kabercrombie@superior-air-parts.com] |
| **Sent:** | Wednesday, March 18, 2009 3:35 PM |
| **To:** | Roberts, Stephen |
| **Cc:** | Schenk, Daniel (Corporate Finance Partners) |
| **Subject:** | NOL |

Steve,

The NOL for Superior Air Parts as of December 31, 2007 was $8.4M.  The 2008 filings have not been completed but with the loss incurred in 2008 this number should go up.

Regards,

*Kent Abercrombie*
President/CEO



621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805

Phone: 972-829-4636
Fax:     866-743-3508

**Visit:** www.superiorairparts.com
        www.xp-series.com

The information contained in this electronic mail transmission may contain privileged communications and/or confidential information intended only for the use of the named recipient(s). If the reader of this information is not the named recipient(s) or you receive this transmission in error, please: (1) immediately notify us by return electronic transmission at pbenoit@superiorairparts.com; and (2) permanently delete this message from your computer and all servers and other storage devices. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Superior Air Parts for any damage or loss arising in any way from its use.

**Salomon, Chester B.**

| | |
|---|---|
| **From:** | Kent Abercrombie [Kabercrombie@superior-air-parts.com] |
| **Sent:** | Wednesday, March 18, 2009 3:49 PM |
| **To:** | Schenk, Daniel (Corporate Finance Partners) |
| **Subject:** | Thielert |

Daniel,


As of February month end, Thielert AE was owed $15,625,691.09 and we have open receivables related to TAE of $3,616,539.65.


Kent

1

B-25