# EXHIBIT F

**Salomon, Chester B.**

| | |
|---|---|
| **From:** | Roberts, Stephen [Stephen.Roberts@strasburger.com] |
| **Sent:** | Tuesday, July 07, 2009 12:48 PM |
| **To:** | achim.ahrendt@hww-kanzlei.de |
| **Cc:** | Salomon, Chester B.; Brescia, Duane; Schenk, Daniel (Corporate Finance Partners) |
| **Subject:** | Superior/TAE |
| **Importance:** | High |

Dr. Ahrendt,

I wonder if you can help us get TAE to agree to accept a $500,000 payment under the "Brantly" plan by calling Dr. Kubler. Creditors want to know whether there is going to be a fight with TAE. More importantly, we need to lock them down now before APS finds a way to interfere.

For over two weeks, TAE's U.S. counsel, who rarely responds to emails and phone calls, said that she thought that TAE would agree but that TAE had agreed to to the deal with APS because of APS's promises of future business.

The seemed odd to us because APS has no intention of selling cylinders in the near future and no intention of ever selling engines and much of what TAE was selling was for these lines of business.

On the other hand, Brantly want to go into full production of engines and so is a much better prospect for future work for TAE. In fact, Kent Abercrombie has tried to get information from TAE regarding what they have in inventory so he can plan purchases but has only been told what finished goods they have. They are not calling him back.

Then yesterday Kevin Goode, one of APS's attorneys told the judge that APS had offered to buy all of TAE"s finished goods, finance the completion of unfinished goods and enter into a 5 year deal.

Yesterday's comments prompted the email below from the creditors committee attorney to TAE threatening to file suit if they do not get on board.

I would like to try to open a parallel path of communication with TAE to explain why the Brantly deal is a better deal.

I do not know what deal APS offered TAE but TAE should know that APS is only planning on capitalizing the business with $1.5 million and Abercrombie has estimated that it would take $4 million to do anything other than sell parts.

APS has made many representations to us regarding what they would do, such as make deals with all of the vendors, but have not come through. TAE should question whether APS's offer is real.

Based on other comments Good made yesterday, we suspect that APS is telling everyone who will listen that the Chinese are going to pay $7 million, ship the technology to China and shut the company down. This is so wrong for many reasons and needs to be debunked. One simple reason is that Brantly has committed to honor over $5 million in purchase orders over 18 months as part of the deal which makes no sense unless they do what they say they are planning to do which is keep producing engines in the US. Second, it will take a few years to move the supply chain to China. They want to produce 150 engines a year immediately and increase that to 500 engines as soon as they can. Third, they seem to see great value in FAA certified parts and they will lose such certification if they shut down US operations. And fourth, they have no experience in building engines or in the parts business and must rely on Superior's expertise and supply chain for the near future.

So anything you can do to get TAE on board would be very helpful.

Regards,
Steve

---

From: Schuler, Elliot [mailto:Elliot.D.Schuler@BAKERNET.com]

1

F-1

Sent: Monday, July 06, 2009 6:48 PM
To: ccole@bmpllp.com
Cc: Brescia, Duane; Parham, David; Roberts, Stephen
Subject: TAE
Importance: High


Ms. Cole:

On April 22, 2009 we sent you a letter enclosing a proposed complaint against your client Thielert Aircraft Engines GmbH. Shortly thereafter we were advised by Aviation Parts Supply that your client had agreed to accept treatment under a plan of reorganization whereby TAE would resolve its claims for a payment of $500,000. Since that time, I have been advised that representatives of the debtor as well as my office have attempted to contact you to ascertain whether the agreement TAE made with APS was the same treatment TAE would accept if a plan was confirmed that did not have APS as the owner of the stock of the debtor. This e-mail is to request an answer to that question.

If we do not receive confirmation in writing that TAE is willing to accept the treatment proposed by APS, for any plan proposed by the debtor, we will be commencing an adversary proceeding against TAE by the close of business on Thursday July 9, 2009. Please contact either Dave Parham or myself at your earliest convenience. Thanks.

Elliot

Elliot D. Schuler
Attorney at Law
BAKER & McKENZIE LLP
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: +1 214 978 3069
Fax: +1 214 978 3099
 <blocked::mailto:elliot.d.schuler@bakernet.com> elliot.d.schuler@bakernet.com


Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakernet.com/disclaimer_bm for other important information concerning this message.

---

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Strasburger & Price, LLP immediately -- by replying to this message or by sending an email to postmaster@strasburger.com -- and destroy all copies of this message and any attachments. Thank you.

**Salomon, Chester B.**

**From:** Schenk, Daniel (Corporate Finance Partners) [daniel.schenk@cfpartners.com]
**Sent:** Sunday, July 19, 2009 6:26 PM
**To:** Stephen.Roberts@strasburger.com
**Subject:** Superior

Hi Stephen,
Hope you are doing well. Any news on the SAP deal -- did it go hard / was filed on yet ?
I would be grateful for a swift update.
Did you get any feedback from TAE/Kuebler yet ? Pls advise if you need any support.
Best,
Daniel

1

F-3