# EXHIBIT G

# DANIEL SCHENK

1. **Family Name:** Schenk

2. **First Name:** Daniel

3. **Date of birth:** 13/09/1974

4. **Nationality:** German

5. **Civil Status:** Married

6. **Education:**

| Institutions | Ecole Supérieure de Commerce (ESC), Reims, France |
| | ESB Reutlingen, Reutlingen, Germany |
| Date | 1994 – 1998 |
| Degree(s) or Diploma(s) obtained | Diplom-Betriebswirt |
| | Diplôme d'Etudes Supérieures Européennes de Management |
| | Masters degree in business & finance |
| | Thesis: *Going Public and the Underpricing Phenomenon – Analysis of new equity markets* |
| Institutions | **Friedrich Schiller Gymnasium** |
| Date | *A level w/ honours in 1998* |

7. **Language Skills:**

| Language | Reading | Speaking | Writing |
|----------|---------|----------|---------|
| German | 5 | 5 | 5 |
| English | 5 | 5 | 5 |
| French | 5 | 5 | 5 |
| Spanish | 4 | 4 | 3 |
| Serbian | 3 | 4 | 3 |

8. **Membership of professional bodies / Corporate Governance Functions:**

   - Member of the Bundesvereinigung Restrukturierung, Sanierung und Interim Management e.V.;
   - Member and Participant in Regular Events of the AHK Belgrade, Delegation der deutschen Wirtschaft für Serbien und Montenegro
   - President of the Supervisory Board of Standard d.d., Sarajevo, BiH, stock-listed Company.

9. **Other Skills (e.g. computer literacy, etc):**

   Fully computer literate.

10. **Key qualifications:**

Daniel Schenk has been practicing in the area of corporate finance, mergers & acquisitions, private equity investments and restructurings for the last 11 years.

He combines experience in:

- the origination and marketing of new transactions;
- transaction implementation and execution, including (i) overall project coordination, (ii) project/transaction structuring, (iii) due diligence, (iv) transaction negotiation and (v) transactions signing and closing; and
- the presentation of transaction/project implications and resulting recommendations to clients, decision makers, creditors, key deal constituencies or other relevant stakeholders involved.

Particular strengths are the ability to work with diverse team members and stakeholders to structure complex projects, understand the relevant deal complexities and constituencies at an early stage and driving projects to finalization.

Daniel Schenk has focused his career on providing corporate finance and M&A services to Companies in distress or to German Insolvency Administrators (appointed when a Company files for bankruptcy in Germany).

In addition, Daniel Schenk is the president of the Supervisory Board of Standard Sarajevo d.d., one of BiH's leading furniture companies and most relevant export Company. Daniel Schenk has provided restructuring expertise to the Company, sold the Company to an Investor at a premium to close to 50% of the last trading pre-announcement. In his role, he now monitors the business and financial development of the company and provides strategic ideas to the executive management in developing the business further.

Daniel is fluent in German, English, French, advanced in Spanish and in Serbian.

11.  **Other relevant experience:**

*Specific Restructuring Expertise*

- **Tanger Factory Outlets / Prime Retail (2002 - 03):** Potential acquisition of real estate company Prime Retail Inc. by Tanger Factory Outlets. Prime Retail was larger than Tanger, stock-listed and financially over-leveraged. Scope of work included to device an operating plan with the CFO how to turn around Prime Retail, whilst identifying key risks in the due diligence and to structure the transaction eliminating key identified risks.

- **Weissheimer Malz (2005):** advised the family of Weissheimer Malz in the restructuring and strategic alternatives, including the sale of assets, merger or recapitalization of the Company. The sale of debt with subsequent recapitalization to Russian Avangard Group was preferred over the potential merger with Cargill or the sale of selected CEE assets to Groupe Soufflet.

- **Schieder Möbel (2007 – 2009):** advised on the restructuring and the sale of a variety of assets out of insolvency, incl. complete business divisions and subsidiaries, with the goal to transfer the troubled businesses to new Owners as swiftly as possible under sustainable going-concern scenarios (and as such preserve maximum jobs) whilst in parallel generating cash for Creditors and the Insolvency Estate. Schieder Möbel was Europe's second largest furniture Company with close to EUR 1 billion in sales and approx. 8.000 staff. It was Germany's largest insolvency in 2007 and one of the most complex which required extensive dealings with several large Creditor Groups.

- **Standard Sarajevo dd (2008-2009):** represented the majority shareholder (Schieder) and Standard dd on the restructuring of the Company and sale to Delta Holding (Serbia). Originated, executed and finalized the transaction notwithstanding large complexities due to Schieder being insolvent, Standard dd being in financial distress, the stock-listing of Standard dd with approx. 30% minority shareholders.

- **Geiger Technologies (2009):** advised the Insolvency Administrator on the restructuring and the sale of insolvent automotive supplier Geiger Technologies, incl. its not-insolvent Polish subsidiary to HTP Investments.

- **Fuhrparkprofis GmbH (2009):** advised the Insolvency Administrator on the restructuring and the sale of Fuhrparkprofis to strategic investor Buchbinder Group.

*Key Private Equity & Corporate Transactions*

- **Mannesmann AG (1999):** advised Mannesmann AG on the sale of its Business Division Process Technology in the form of a management buy-out.

- **Deutz AG (2001):** advised Deutz AG on the sale of its Business Unit Aluminium technology to Finlands's Outokumpu Oy.

- **Tanger / Blackstone (2003):** advised NYSE-listed Tanger Factory Outlets Inc. on the formation of a JV with Blackstone Real Estate for the USD 491 million acquisition of Charter Oaks factory outlets. The scope of work included detailed financial modelling (operating, cash flow, financial effects incl. accretion/dilution effects and particular focus on existing covenants), working very closely together with the CFO. Post acquisition, helped to arrange a USD 100 million equity follow-on offering (accelerated book-building) to re-finance Tanger's share in the JV.

- **Altana / BA-CA (2005):** advised stock-listed Altana on the sale of its industrial coatings business to BA-CA Private Equity.

- **RWE Solutions (2005/06):** advised Carlyle on the potential acquisition of RWE Solutions, a EUR 700 million sales infrastructure service business.

- **Metall Technologie Holding (2006):** advised on the sale of Metall Technologie Holding (MTH) to European Capital. Structured and negotiated the transaction as well as supported European Capital in the arranging of senior bank financing.

- **Siemens Building Technologies electronic (2007):** advised Siemens AG on the carve-out and sale of Siemens Building Technologies electronic (SBTe) to HSH Private Equity.

- **Kolbe Coloco (2008):** advised Invest Equity on the sale of its portfolio Company Kolbe-Coloco to private equity EQUITA.

*Key CEE / Eastern Europe transactions*

- **Serbia, oil & gas, client n/a (2006-present):** continuous advise to the Owners of one of the largest independent petrol station operators and oil wholesalers in the Balkan region on the business development and potential sale to one of the large oil majors.

- **CEE / Germany, Tchibo (2004):** advised Germany's leading coffee company Tchibo on the potential acquisition (via merged JV structure) of the entire CEE coffee operations of Strauss-Elite Group. Originated the transaction.

- **Russia, Lukoil (2004):** advised Lukoil on the sale of a minority equity stake to Conoco-Philips and the parallel creation of an upstream JV in the northern Timan-Pechora area.

- **Czech Republic, RWE-DEA (2000):** advised RWE-DEA on the sale of its Czech petrol station network DEA CR to Royal Dutch Shell.

- **Hungary / Germany, Tengelmann (1999):** advised ( Tengelmann on the potential public takeover of Hungarian department store operator Skala Coop.

*Fairness Opinions*

- **Kreditanstalt für Wiederaufbau (KFW):** provided fairness opinions to KFW incl.
  - ✓ the acquisition of Voicestream Inc. by Deutsche Telekom;
  - ✓ the acquisition of a 33% equity stake in IKB by KfW

- **German Ministry of Economy:** provided a fairness opinion on the acquisition of Saarbergwerke AG by RAG AG.

*Summary*

- Overall experience of more than 50 projects and transactions, of which more than 30 successfully completed (see detailed deal sheet)

13.  **Professional Experience Record:**

| Date : | 2007 – present |
|---|---|
| Location : | Belgrade / Berlin |
| Company : | **Corporate Finance Partners** |
| Position : | Managing Director |
| Description : | • Corporate Finance / M&A<br>• Restructurings<br>Additional Managerial responsibilities:<br>- Marketing / PR<br>- Human resources |

| Date : | 2004 – 2007 |
|---|---|
| Location : | Frankfurt am Main |
| Company : | **Lincoln International (formerly Peters Associates)** |
| Position : | Senior Vice President |
| Description : | • Corporate Finance / M&A<br>• Restructurings |

| Date : | 2002 – 2004 |
|---|---|
| Location : | New York |
| Company : | **Compass Advisers International** |
| Position : | Vice President |
| Description : | • Corporate Finance / M&A<br>• Restructurings |
| Date : | 2001 – 2002 |
| Location : | Frankfurt am Main |
| Company : | **Peters Associates AG (now Lincoln International)** |
| Position : | Associate |
| Description : | Corporate Finance / M&A |

| Date : | 1998 – 2000 |
|---|---|
| Location : | Frankfurt am Main |

G-4

5.

| Company : | **ING Barings** |
|---|---|
| Position : | Executive |
| Description : | Corporate Finance / M&A |

| Date : | **1995 – 1997** |
|---|---|
| Location : | Paris, London, Frankfurt am Main, Milano |
| Company : | **Barclays, ING Barings** |
| Position | Part-time ( / internships |
| Description : | Corporate Finance / M&A |

G-5

Corporate Finance Partners

## CV – Fabian Pohl

**Professional Experience**

September 2007 – Present

Corporate Finance Partners, Berlin, Germany
Associate, Mergers and Acquisitions
Supported the execution of a variety of transactions with a focus on restructuring and special situations.

April – September 2006

Medici Group LLC, Los Angeles, USA
Internship, Mergers and Acquisitions
Prepared financial models and analyses including transaction and company comparables.

October 2005 – March 2006

Elektrofilm GmbH, Berlin, Germany
Internship, Corporate Finance
Prepared and consolidated financial statements as well as company valuations.

October 2000 – October 2003

Siemens AG, Berlin Germany
Apprenticeship and employment as industrial clerk
Supported the accountant's section with a focus on inventory valuation and internal cost allocation.

**Education**

October 2003 – September 2007

BA (Hons) International Business and Diplom Kaufmann
Ashcroft International Business School, Cambridge, UK and Berlin School of Economics and Law, Berlin, Germany