BECKER, GLYNN, MELAMED & MUFFLY LLP
By: Chester B. Salomon (CS-2319)
299 Park Avenue
New York, New York 10171
Telephone:  (212) 888-3033
Facsimile:  (212) 888-0255
csalomon@beckerglynn.com

ATTORNEYS FOR CORPORATE FINANCE PARTNERS MID-CAP GMBH

IN THE UNITED STATES BANKRUPCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>SUPERIOR AIR PARTS, INC.,<br><br>Debtor, | Case No. 08-36705-BJH-11 |

## WITNESS AND EXHIBIT LIST

CORPORATE FINANCE PARTNERS MID-CAP GMBH ("CFP") files its Witness and Exhibit List for the CFP Fee Application to be heard on November 25, 2009.

### I. WITNESSES

CFP intends to call the witnesses identified below in any particular order that it deems appropriate at trial. CFP reserves the right to call any witnesses not identified herein for the purpose of impeachment.

| Number | Witness |
|---|---|
| 1. | Daniel Schenk |
| 2. | Stephen Roberts |
| 3. | Any and all witnesses, reasonably necessary to rebut testimony elicited or evidence presented by any other party. |

*129944v1*

## II. EXHIBITS

CFP intends to seek admission of the exhibits identified herein. CFP reserves the right to introduce and seek admission of exhibits not identified herein for the purpose of impeachment.

| NUMBER | EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 1. | First and Final Application of Corporate Finance Mid Cap GmbH for Compensation and Reimbursement of Expenses, and all attachments thereto | | |
| 2. | Reply Declaration of Daniel Schenk with Exhibits attached thereto | | |
| 3. | Any and all documents, data or information identified by any other party, subsequently produced by any other party or that any other party intends to rely upon | | |
| 4. | Any and all documents, data or information reasonably necessary to rebut testimony elicited or evidence presented by any other party | | |

Dated: New York, New York
November 24, 2009

          Respectfully submitted,

          BECKER, GLYNN, MELAMED & MUFFLY LLP

          By: /s/ Chester B. Salomon
          Chester B. Salomon (CS-2319)
          299 Park Avenue
          New York, New York 10171
          Tel.: (212) 888-3033
          Fax.: (212) 888-0255
          csalomon@beckerglynn.com
          Attorneys for CFP