## CERTIFICATE of SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on November 24, 2009 upon the persons and entities identified below via electronic mail. All other parties will be served via the Court's ECF system.

Elliot D. Schuler, Esq.
David W. Parham
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Email: elliot.d.schuler@bakernet.com
Email: david.w.parham@bakernet.com

Mary Frances Durham
Trial Attorney for the Office of the
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
Email:
maryfrances.durham@usdoj.gov

Duane J. Brescia
Stephen A. Roberts
Strasburger & price LLP
600 Congress Avenue, Suite 1600
Austin, TX 78701
Email: duane.brescia@strasburger.com
Email: stephen.roberts@strasburger.com