David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE
OF THE SUPERIOR CREDITOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

## SUPPLEMENT TO WITNESS AND EXHIBIT LIST

Marla Reynolds, in her capacity as Trustee of the Superior Creditor's Trust (the "Trustee") files this her Supplement to Witness and Exhibit List for the matters to be heard on November 25, 2009.

### II.  EXHIBITS

The Trustee intends to seek admission of the exhibits identified herein. Progressive reserves the right to introduce and seek admission of exhibits not identified herein for the purpose of impeachment.

| NUMBER | EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 5. | Selected pages from Third Amended Plan | | |

Dated: November 24, 2009
   Dallas, Texas

               Respectfully submitted,

               BAKER & MCKENZIE LLP

               By: /s/ Elliot D. Schuler
                  David W. Parham
                  State Bar No. 15459500
                  Elliot D. Schuler
                  State Bar No. 24033046
                  2300 Trammell Crow Center
                  2001 Ross Avenue
                  Dallas, Texas 75201
                  Telephone: (214) 978-3000
                  Facsimile:  (214) 978-3099
                  E-mail: david.w.parham@bakernet.com
                  E-mail: elliot.d.schuler@bakernet.com

                  **ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

# **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served on November 24, 2009 upon the persons and entities identified below via electronic mail. All other parties will be served via the Court's ECF system.

| | |
|---|---|
| Chester B. Salomon<br>Becker, Glynn, Melamed & Muffly LLP<br>299 Park Avenue - 16th Floor<br>New York, NY 10171<br>csalomon@beckerglynn.com | Mary Frances Durham<br>Trial Attorney for the Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX  75242<br>MaryFrances.Durham@usdoj.gov |
| Duane J. Brescia<br>Stephen A. Roberts<br>Strasburger & Price LLP<br>600 Congress Ave., Ste. 1600<br>Austin, TX 78701<br>Email: duane.brescia@strasburger.com<br>Email: stephen.roberts@strasburger.com | |

    /s/ Elliot D. Schuler
    Elliot D. Schuler