11/23/2009

TO: Clerk of United States Bankruptcy Court
1254 Earl Cabell Federal Bldg & United State Courthouse
1100 Commerce Street
Dallas, TX 75242

Re: OBJECTION CASE # 08-36705-BJH-11
TO: HONORABLE BARBARA HOUSER

Purchasers of a "Superior Millenium Engine", were in fact, charged a premium for the extended warranty offered as part of the package.

Superior is clearly not able to deliver what they sold. Under the circumstance I petition you to consider my claim a valid and direct the trustee to issue payment.

With Concern,
Michael Badger
P.O. Box 2950
Post Falls, ID. 83877

FILED
NOV 30 2009
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

cc: Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Ave.
Dallas, TX 75201
Atten: Elliot D Schuler