Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone (214)217-8070
Fax (214) 217-8861

Attorney for Maloney, Bean, Horn and Hull, P.C.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>SUPERIOR AIR PARTS, INC.,<br><br>Debtor. | Case No. 08-36705<br>Chapter 11 |

## NOTICE OF RESETTING OF HEARING ON MALONEY, BEAN,
## HORN AND HULL, P.C. MOTION FOR PROTECTION
## AND/OR TO ESTABLISH ESCROW ACCOUNT

PLEASE TAKE NOTICE THAT, a hearing will now take place at 9:00 A.M. on February 3, 2010, in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Dallas, TX 75242-1496, before the Honorable Barbara J. Houser to consider the Motion for Protection and/or To Establish an Escrow Account filed by Maloney, Bean, Horn and Hull, P.C. [Document 310].

Respectfully submitted,

/s/Kevin H. Good
Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone (214)217-8070
Fax (214) 217-8861

**Attorney for Maloney, Bean, Horn and Hull, P.C.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served upon the parties on the attached Service List via First Class U. S. Mail, postage prepaid on December 1, 2009.

/s/Kevin H. Good
Kevin H. Good

Theilert Aircraft Engines
Nieritzstr 14 D-01097
Dresden Germany

Mahle Engine Components
60428 Marine Road
Atlantic IA 50022-8291

KS-Pistoes
Rodovia Arnald, Julio Mauberg
4000 Disrito Industrial No
Nova Odessa SP Brasil CAIZA Postal 91
CEP 13460-000


Airsure Limited
5700 Granite Pkwy., Ste. 550
Plano, TX 75024

ECK Industries, Inc.
1602 North 8th Street
Manitowoc, WI 54221-0967

Mahle Engine Components
P.O. Box 496
Franklin, KY 42135-0495


Crane Cams
530 Fentress Blvd
Daytona Beach, FL 32114

Corley Gasket Co.
6555 Hunnicut Road
Dallas TX 75227

Saturn Fasteners Inc.
425 S. Varney St.
Burbank, CA 91502


Champion Aerospace, Inc.
1230 Old Norris Road
Liberty, SC 29654-0686

Ohio Gasket & Shim
976 Evans Ave.
Akron, OH 44305

Gerhardt Gear
133 East Santa Anita
Burbank CA 91502-1926


Automatic Screw Machine
709 2nd Avenue SE
Decatur, AL 35601

Helio Precision Products
601 North Skokie Highway
Lake Bluff, IL 60044

Knappe & Koester Inc.
18 Bradco Street
Keen, NH 3431


Chester Salomon
Becker Glynn
299 Park Avenue
New York, NY 10171

AOPA Pilot
PO Box 973
Frederick, MD 21701

Mahle Engine Components
17226 Industrial HWY
Caldwell, OH 43724-9779


Genesee Stamping & Fabricating
1470 Avenue T
Grand Prairie, TX 75050-1222

City of Coppell/Coppell ISD
Mary McGuffey, Tax Assessor
PO Box 9478
Coppell, TX 75019

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 21126
Philadelphia, PA 19114


David Childs, Ph.D.
Dallas County Tax Assessor/Collector
500 Elm Street, Records Building
Dallas, TX 75202

Thielert AG
Albert-Einstein-Ring 11
D-22761, Hamburg Germany


Betsy Price, Tax Assessor Collector
100 E. Weatherford
PO Box 961018
Fort Worth, TX 76196

Hartford Aircraft Products
94 Old Poquonock Road
Bloomfield, CT 06002

Ace Grinding & Machine Company
2020 Winner Street
Walled Lake, MI 48390

Lynden International
1800 International Blvd. #800
Seattle, WA 98188

Combustion Technologies, Inc.
1804 Slatesville Road
Chatham, VA 24531

Ruhrtaler Gesenkschmiede
F.W. Wengler GMBH & Co. KG, Feld
Witten, Germany 58456

Mary Frances Durham
Office of the US Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242-1496

Seal Science
17131 Daimler
Irvine, CA 92614-5508

Stephen A. Roberts
Strasburger & Price, L.L.P.
600 Congress Ave., Suite 1600
Austin, TX 78701

Kent Abercrombie
Superior Air Parts, Inc.
621 S. Royal Ln., Suite 100
Coppell, TX 75019-3805

Deirdre B. Ruckman
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201-4761

Neil J. Orleans
Goins Underkofler, et. al.
1201 Elm Street, Ste. 4800
Dallas, TX 75270

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503

Michael L. Jones
Henry & Jones LLP
2902 Carlisle Street, Ste. 150
Dallas, TX 75204

Anita F. McMahon
1646 Belmont Avenue
Baton Rouge, LA 70808

Laurie A. Spindler
Linebarger Goggan Blair, et. al.
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Howard A. Borg
Assistant United States Attorney
801 Cherry Street, Unit 4, Ste. 1700
Fort Worth, TX 76102-6882

Susan B. Hersh, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251

William O. Angelley
Kreindler & Kreindler LLP
707 Wilshire Blvd., 41st Floor
Los Angeles, California 90017

Vincent P. Slusher
Beirne Maynard & Parsons LLP
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201

Michael S. Leib
Maddin, Hauser, Wartell
28400 Northwestern Highway, 3rd Fl.
Southfield, Michigan 48034-8004

Larry K. Hercules
1400 Preston Road, Suite 280
Plano, Texas 75093

David W Parham
Baker & McKenzie
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201