IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | |
| DEBTOR-IN POSSESSION. | § | CHAPTER 11 |

## NOTICE OF WITHDRAWAL AND SATISFACTION OF SCHEDULED CLAIM FILED BY COMBUSTION TECHNOLOGIES, INC.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that Combustion Technologies, Inc. ("Combustion") hereby withdraws its scheduled claim in the amount of $23,432.00 (the "Scheduled Claim"). The Scheduled Claim is duplicative of Combustion's administrative expense claim under 11 U.S.C.§503(b)(9) which was allowed by Agreed Order of this Court on March 23, 2009 and has since been paid pursuant to the confirmed Plan of Reorganization.

Dated: December 3rd, 2009                    Respectfully submitted,


                                            s/Michael L. Jones
                                            Michael L. Jones
                                            Texas Bar Number 10929460
                                            HENRY & JONES, LLP
                                            2902 Carlisle Street, Suite 150
                                            Dallas, Texas 75204-4078
                                            Telephone: (214) 954-9700
                                            Facsimile: (214) 954-9701

                                            **ATTORNEY FOR COMBUSTION TECHNOLOGIES, INC.**