**PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | |
| **DEBTOR-IN POSSESSION.** | § | |

**ORDER GRANTING OBJECTION TO CLAIM NO. 180 FILED BY WSK "PZL KALISZ" SA**

Upon the Objection to Claim No. 180 filed by WSK "PZL Kalisz" SA (the "Objection") of Marla Reynolds, Trustee, of the Superior Creditor's Trust (the "Trustee") as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Trustee having provided proper notice of the Objection; and the Court having held a hearing to consider the requested

relief (the "Hearing") with the appearances of all interested parties noted in the record of the

Hearing; and the Court having found sufficient legal and factual grounds for disallowing Claim

No. 180 filed by WSK "PZL Kalisz" SA; and the Court having determined that the legal and

factual bases set forth in the Objection establish just and sufficient cause to grant the requested

relief herein; and therefore, it is:

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, Claim No. 180 filed

by WSK "PZL Kalisz" SA is hereby disallowed and expunged in its entirety; and it is further

ORDERED that WSK "PZL Kalisz" SA is not entitled to a distribution in this

Bankruptcy Case; and it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation and/or enforcement of this Order.

# # # END OF ORDER # # #