David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE
OF THE SUPERIOR CREDITOR'S TRUST**

<b>IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION</b>

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

<b><u>FOURTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)</u></b>

TO THE HONORABLE BARBARA J. HOUSER,
UNITED STATES BANKRUPTCY JUDGE:

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1254 EARLE CABELL FEDERAL BLDG AND UNITED STATES COURTHOUSE, 1100 COMMERCE STREET DALLAS, TX 75242, BEFORE THE DATE WHICH IS THIRTY (30) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR OBJECTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Marla Reynolds, in her capacity as Trustee of the Superior Creditor's Trust (the "Trustee") files this her Fourth Omnibus Objection to Claims (Duplicate Claims) (the "Objection") and respectfully represents as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2. On December 31, 2008 (the "Petition Date"), Superior Air Parts, Inc. (the "Debtor" or "Superior") commenced this case by the filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court").

3. The deadline for filing claims was February 17, 2009 (the "Bar Date").

4. On or about August 27, 2009, the Bankruptcy Court entered an order confirming the Third Amended Plan of Reorganization (the "Plan") jointly proposed by Superior and the Official Committee of Unsecured Creditors (the "Committee"). The Plan became effective on September 28, 2009 (the "Effective Date").

5. Pursuant to the Plan, on the Effective Date, all of the Trust Assets[1] vested in the Superior Creditors Trust (the "Trust"). Marla Reynolds was appointed as Trustee of the Trust. The Trustee has authority to file objections to Claims.

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to such term in the Plan.

**Objection**

6. The Trustee has reviewed and analyzed the claims filed against Superior and after reasonable investigation and due diligence, has determined that certain of those claims are defective.

7. Each of the Claims set forth on **Exhibit A** attached hereto (each a "Duplicate Claim," and collectively, the "Duplicate Claims") asserts the same claim by the same creditor as another proof of claim filed in this Bankruptcy Case. **Exhibit A** identifies each objectionable claim by (a) the official proof of claim number; (b) the name of the claimant; (c) the scheduled priority; (d) the scheduled amount; (e) the proof of claim priority; (f) the proof of claim amount and (g) the proposed treatment of the claim. As noted on **Exhibit A**, the Trustee is not proposing to prohibit these creditors from recovering from the Trust, just preventing them from receiving a double-recovery.

**Reservation of Rights**

8. The relief requested is without prejudice to any claims or causes of action belonging to the Trustee, nor does it constitute a waiver of any claims or causes of action belonging to the Trustee. Additionally, the Trustee expressly reserves the right to further amend or supplement this Objection to assert additional bases for objecting to the Duplicate Claims on any other ground.

**Prayer**

WHEREFORE, the Trustee respectfully requests that the Court enter an order (a) sustaining the Trustee's objections to the Duplicate Claims identified on **Exhibit A**; (b) allowing recovery to the extent proposed on **Exhibit A**; (c) expunging the official claims register in this bankruptcy cases of all Duplicate Claims that this Court disallows pursuant to this Objection and

(d) granting the Trustee any and all other relief, at law or in equity, to which the Trustee may be justly entitled.

Dated: December 4, 2009
       Dallas, Texas

                                      Respectfully submitted,

                                      BAKER & MCKENZIE LLP

                                      By:  /s/ Elliot D. Schuler
                                              David W. Parham
                                              State Bar No. 15459500
                                              Elliot D. Schuler
                                              State Bar No. 24033046
                                              2300 Trammell Crow Center
                                              2001 Ross Avenue
                                              Dallas, Texas 75201
                                              Telephone: (214) 978-3000
                                              Facsimile: (214) 978-3099
                                              E-mail: david.w.parham@bakernet.com
                                              E-mail: elliot.d.schuler@bakernet.com

                                              **ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

DALDMS/671387. 14

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Objection was served on December 4, 2009 upon the persons and entities identified on the attached list and upon the following:

**Mary Frances Durham**
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

**Russell Thomas Airey**
989 Silverdale Dr.
Windsor, ON
N9G 2R6

**Master Products Company**
Attn: David Mitskavich
6400 Park Avenue
Cleveland, OH 44105

**Tool Time, Inc.**
1438 Crescent Dr., Ste. 203
Carrollton, TX 75006

　　　　　　　　　　　　　　　　　　　　　/s/ Elliot D. Schuler
　　　　　　　　　　　　　　　　　　　　　Elliot D. Schuler