Superior Air Parts Inc.
Exhibit A

| Proof of Claim | Claimant | Scheduled Priority | Scheduled Amount | POC Priority | POC Amount | Proposed Treatment |
|---|---|---|---|---|---|---|
| 148 | RUSSELL THOMAS AIREY | General Unsecured | 1,000.00 | General Unsecured | 1,000.00 | Allow |
| 174 | RUSSELL THOMAS AIREY | | | General Unsecured | 1,000.00 | Disallow |
| 104 | MASTER PRODUCTS COMPANY | General Unsecured | 1,674.47 | General Unsecured | 1,674.47 | Allow |
| 122 | MASTER PRODUCTS COMPANY | | | General Unsecured | 1,674.47 | Disallow |
| 105 | TOOLTIME, INC. | | | General Unsecured | 679.00 | Allow |
| 119 | TOOLTIME, INC. | | | General Unsecured | 679.00 | Disallow |