David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS,
TRUSTEE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the following matters will take place at **1:15 p.m. on Wednesday, January 20, 2010** before the Honorable Barbara J. Houser in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496.

- Objection to Claim No. 180 filed by WSK "PZL KALISZ" SA [Dkt. #488];
- Objection to Claim No. 79 filed by Carl Johnson [Dkt. #489];
- Fourth Omnibus Objection to Claims (Duplicate Claims) [Dkt. #490]

Dated: December 4, 2009
      Dallas, Texas

Respectfully submitted,

**BAKER & MCKENZIE LLP**

By:   /s/ Elliot D. Schuler
David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
E-mail: david.w.parham@bakernet.com
E-mail: elliot.d.schuler@bakernet.com

**ATTORNEYS FOR MARLA
REYNOLDS, TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via electronic mail, and on all other parties via the Court's ECF filing system on December 4, 2009.

**Mary Frances Durham**
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

**Carl Johnson**
1908 Haymeadow
Carrollton, Texas 75007

**Richard Schlesinger**
American Programs Manager
WSK "PZL Kalisz" SA
ul. Czestochowska 140
62-800
Kalisz, Poland

**Russell Thomas Airey**
989 Silverdale Dr.
Windsor, ON
N9G 2R6

**Master Products Company**
Attn: David Mitskavich
6400 Park Avenue
Cleveland, OH 44105

**Tool Time, Inc.**
1438 Crescent Dr., Ste. 203
Carrollton, TX 75006

/s/ Elliot D. Schuler
Elliot D. Schuler