U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed December 8, 2009**                                          **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | CHAPTER 11 |
| § | |

**ORDER GRANTING SECOND AND FINAL APPLICATION
FOR LAIN, FAULKNER & CO., P.C., FINANCIAL ADVISORS FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE
OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2009
THROUGH SEPTEMBER 27, 2009**

On this day the Court considered Lain, Faulkner & Co., P.C.'s Second and Final Application (the "Application") as Financial Advisors to the Official Committee of Unsecured Creditors for Allowance of Administrative Claim of Fees and Expenses During The Period of May 1, 2009 through September 27, 2009. Upon consideration of the Application, the evidence presented and the arguments of counsel, this Court finds that the Application should be granted. It is therefore

**ORDERED** that the Application is **GRANTED;** it is further

**ORDERED** that Lain, Faulkner & Co., P.C. ("LFC") is allowed the following compensation on a final basis: (i) $72,095.75 for the reasonable and necessary services LFC has rendered to the Official Committee of Unsecured Creditors for its First Interim Fee Application[1] and $62,491.00 for this Application, for total approved fees of $134,586.75; it is further

**ORDERED** that LFC is allowed on a final basis the reimbursement for the actual and necessary expenses incurred by LFC in the amount of $82.97 for the First Interim Fee Application and $98.97 for this Application, for total approved expenses of $181.94; it is further

**ORDERED** that the Trustee is authorized and directed to pay LFC the unpaid balance of approved fees and expenses in the amount of $77,009.12.

###END OF ORDER###

---

[1] Capitalized terms not defined herein shall have the meaning provided to such term in the Application.