U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed December 8, 2009**                                         **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | CHAPTER 11 |
| § | |

**ORDER GRANTING FINAL APPLICATION OF BAKER MCKENZIE LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 29, 2009 THROUGH SEPTEMBER 28, 2009**

On this day the Court considered Baker & McKenzie LLP's Final Application (the "Application") as Counsel to the Official Committee of Unsecured Creditors for Allowance of Administrative Claim of Fees and Expenses During The Period of January 29, 2009 through September 28, 2009. Upon consideration of the Application, the evidence presented and the arguments of counsel, this Court finds that the Application should be granted. It is therefore

**ORDERED** that the Application is **GRANTED;** it is further

**ORDERED** that Baker & McKenzie LLP ("B&M") is allowed the following compensation and reimbursement on a final basis: (i) $426,199.00 for the reasonable and necessary services B&M has rendered to the Official Committee of Unsecured Creditors during the period from January 29, 2009 through September 28, 2009 (the "Entire Application Period"); and (ii) reimbursement for the actual and necessary expenses incurred in the amount of $5,709.41 for the Entire Application Period; it is further

**ORDERED** that the Trustee is authorized and directed to pay B&M the outstanding amount of **$43,787.50** for the unpaid 20% of fees from the First Application Period,[1] and **$207,261.50** for fees incurred during the Current Application Period and **$3,203.73** for expenses incurred during the Current Application Period for a total of **$254,252.73** for services rendered and expenses incurred.

### ###END OF ORDER###

---

[1] Capitalized terms not defined herein shall have the meaning provided to such term in the Application.