U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed December 8, 2009**                                  **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| SUPERIOR AIR PARTS, INC. | § § | Case No. 08-36705 |
| Debtor. | § § § | |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF CORPORATE
FINANCE PARTNERS MID-CAP GMBH FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
DECEMBER 31, 2008 THROUGH SEPTEMBER 28, 2009**

On November 25, 2009, the Court held a hearing on the First and Final Application of Corporate Finance Partners Mid-Cap GmbH ("CFP") for Compensation and Reimbursement of Expenses for the Period December 31, 2008 through September 28, 2009, filed October 28, 2009 [docket #455].

The Court finds that sufficient notice has been given to all parties entitled thereto, and that all objections, if any, to the Application have been resolved or overruled. The Court further finds and determines that the fees and expenses, as reduced and as charged

to Class 7 and 9 creditors under the confirmed Third Amended Joint Plan, are reasonable and necessary within the meaning of 11 U.S.C. §§ 330 and 331 and cause exists to grant the Application, as modified. It is therefore

ORDERED that the First and Final Fee Application of CFP for the Period December 31, 2008 through September 28, 2009 is granted and that fees in the amount of $176,313 and expenses in the amount of $20,871.00, for a total of $197,184 are hereby approved and allowed. It is further

ORDERED that the Debtor and Creditor's Trustee are authorized and ordered to immediately pay reasonable and necessary fees and expenses in the amount of $197,184 to CFP.

# # # End of Order # # #

Submitted and prepared by:

Chester B. Salomon
(CS – 2319 SDNY)
BECKER, GLYNN, MELAMED & MUFFLY LLP
299 Park Avenue
New York, New York  10171
(212) 888-3033 / (212) 888-0255 Fax

COUNSEL FOR CFP

*130442v1*