David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE
OF THE SUPERIOR CREDITOR'S TRUST**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

## WITNESS AND EXHIBIT LIST

Marla Reynolds, in her capacity as Trustee of the Superior Creditor's Trust (the "<u>Trustee</u>") files this her Witness and Exhibit List for the hearing on the Objection to claim of Marshall Dean on December 16, 2009.

### I.  WITNESSES

The Trustee intends to call the witnesses identified below in any particular order that the Trustee deems appropriate at trial.  The Trustee reserves the right to call any witnesses not identified herein for the purpose of impeachment.

| NUMBER | WITNESS |
|---|---|
| 1. | Bill Blackwood |
| 2. | Any and all witnesses identified, designated or called by any other party. |
| 3. | Any and all witnesses, reasonably necessary to rebut testimony elicited or evidence presented by any other party. |

## II.  EXHIBITS

Progressive intends to seek admission of the exhibits identified herein.  Progressive reserves the right to introduce and seek admission of exhibits not identified herein for the purpose of impeachment.

| NUMBER | EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|
| 1. | Proof of Claim filed by Marshall Dean | | |
| 2. | Investigative Report of July 10, 2009 | | |
| 3. | Any and all documents, data or information identified by any other party, subsequently produced by any other party or that any other party intends to rely upon. | | |
| 4. | Any and all documents, data or information reasonably necessary to rebut testimony elicited or evidence presented by any other party. | | |

Dated: December 10, 2009
      Dallas, Texas

                                Respectfully submitted,

                                BAKER & MCKENZIE LLP

                                By:  /s/ Elliot D. Schuler
                                        David W. Parham
                                        State Bar No. 15459500
                                        Elliot D. Schuler
                                        State Bar No. 24033046
                                        2300 Trammell Crow Center
                                        2001 Ross Avenue
                                        Dallas, Texas 75201
                                        Telephone: (214) 978-3000
                                        Facsimile:  (214) 978-3099
                                        E-mail: david.w.parham@bakernet.com
                                        E-mail: elliot.d.schuler@bakernet.com

                                        **ATTORNEYS FOR MARLA REYNOLDS,**
                                        **TRUSTEE OF THE SUPERIOR**
                                        **CREDITOR'S TRUST**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served on December 10, 2009 upon the persons and entities identified below via first class mail. All other parties will be served via the Court's ECF system.

| | |
|---|---|
| Marshall Dean<br>5228 La Taste Avenue<br>El Paso, Texas 79924 | Mary Frances Durham<br>Trial Attorney for the Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX  75242 |

/s/ Elliot D. Schuler
Elliot D. Schuler

DALDMS/671736.1

3