United States Bankruptcy Court
For the Northern District Of Texas

| | |
|---|---|
| SUPERIOR AIR PARTS, INC. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-36705 |
| Debtor | } **Amount $2,000.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**GULF COAST AVIONICS**
**3650 DRANE FIELD RD, LAKELAND REGIONAL**
**LAKELAND, FL 33811**

The transfer of your claim as shown above in the amount of **$2,000.00** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/JEFFREY CARESS
    Liquidity Solutions Inc
    (201) 968-0001

89617

## TRANSFER NOTICE

GULF COAST AVIONICS ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Superior Air Parts, Inc., (the "Debtor"), in the aggregate amount of $2,000.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Northern District of Texas, administered as Case No. 08-36705.

IN WITNESS WHEREOF, Assignor has signed below as of the 21 day of September 2009.

GULF COAST AVIONICS

_[signature]_
Signature

_[signature]_
Signature

Ricardo Garcia
Print Name and Title
President

BRAD MILLER
Print Name of Witness

89617