U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed December 16, 2009　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: | § Chapter 11 |
| SUPERIOR AIR PARTS, INC. | § Case No. 08-36705 |
| Debtor. | § |

### ORDER APPROVING SECOND AND FINAL APPLICATION
### OF STRASBURGER & PRICE, LLP FOR COMPENSATION AND
### REIMBURSEMENT OF EXPENSES FOR THE PERIOD
### DECEMBER 31, 2008 THROUGH SEPTEMBER 28, 2009

On November 25, 2009, the Court held a hearing on the Second and Final Application of Strasburger & Price, LLP for Compensation and Reimbursement of Expenses for the Period December 31, 2008 through September 28, 2009, filed October 12, 2009 [docket #442].

The Court finds that sufficient notice has been given to all parties entitled thereto, and that all objections, if any, to the Application have been resolved or overruled. The Court further finds and determines that the fees and expenses are reasonable and

necessary within the meaning of 11 U.S.C. §§ 330 and 331 and cause exists to grant the Application. It is, therefore

ORDERED that the Second and Final Fee Application of Strasburger & Price, LLP for the Period December 31, 2008 through September 28, 2009 is granted and that fees in the amount of $862,333.00 and expenses in the amount of $100,359.98, for a total of $962,692.98 are hereby approved and allowed. It is further

ORDERED that the Debtor is authorized and ordered to immediately pay reasonable and necessary fees and expenses in the amount of $543,175.21 to Strasburger & Price, LLP.

###END OF ORDER###