David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS,
TRUSTEE OF THE SUPERIOR CREDTIOR'S TRUST**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the following matters will take place at **1:15 p.m. on Wednesday, January 20, 2010** before the Honorable Barbara J. Houser in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496.

- Objection to Claim No. 124 filed by Dolce Aviation, LLC [Dkt. #502];
- Objection to Claim No. 93 filed by Air Service Vamdrup APS [Dkt. #503];
- Objection to Claim No. 182 filed by Neil Aitkenhead [Dkt. #504];
- Objection to Claim No. 186 filed by Ameritech Industries, Inc. DBA Eagle Engines [Dkt. #505];
- Objection to Claim No. 160 filed by Apollo Aviation, Inc. [Dkt. #506];
- Objection to Claim No. 107 filed by Carl Ray Dugger [Dkt. #507];
- Objection to Claim No. 40 filed by Haski Aviation, Inc. [Dkt. #509];
- Objection to Claim No. 121 filed by Llewellyn Langland [Dkt. #510];

- Fifth Omnibus Objection to Claims (Duplicate Claims) [Dkt. #511];

- Objection to Claim No. 36 filed by Anita "Ann" F. McMahon [Dkt. #512];

- Objection to Claim No. 152 filed by Dave Panebaker [Dkt. #513];

- Objection to Claim No. 87 filed by RPM Technik, Inc. (Penn Yan Aero) [Dkt. #514];

- Objection to Claim No. 178 filed by David W. Reich [Dkt. #515];

- Objection to Claim No. 84 filed by Roger H. Schoenfeld/Roger H. Schoenfeld Trust [Dkt. #516];

- Objection to Claim No. 193 filed by Skydive Aggieland, Inc. [Dkt. #517]; and

- Sixth Omnibus Objection to Claims (No Liability-Insurance Related Claims Assumed Under Plan) [Dkt. #518].

Dated: December 16, 2009
       Dallas, Texas

                              Respectfully submitted,

                              **BAKER & MCKENZIE LLP**


                              By:    /s/ Elliot D. Schuler
                              David W. Parham
                              State Bar No. 15459500
                              Elliot D. Schuler
                              State Bar No. 24033046
                              2300 Trammell Crow Center
                              2001 Ross Avenue
                              Dallas, Texas 75201
                              Telephone: (214) 978-3000
                              Facsimile:  (214) 978-3099
                              E-mail:  david.w.parham@bakernet.com
                              E-mail:  elliot.d.schuler@bakernet.com

                              **ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via first class regular mail, and on all other parties via the Court's ECF filing system on December 16, 2009.

| | |
|---|---|
| **Mary Frances Durham**<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | Donald L. Dolce<br>314 Bristol Place<br>Longmont, Colorado 80501 |
| Air Service Vamdrup ApS<br>Lufthavnsvej 7A<br>DK-6580 Vamdrup<br>Denmark<br>45-75583708 | Neil Aitkenhead<br>2103/1 Peak Ave, Main Beach<br>Queensland, 4217 Australia |
| Ameritech Industries, Inc. dba Eagle Engines<br>20208 Charlanne Drive<br>Redding, CA 96002 | Mr. Chris Loepke<br>Apollo Aviation Inc.<br>4313 Hewes Avenue<br>Gulfport, MS 39507-4320 |
| Liquidity Solutions, Inc<br>One University Plaza, Suite 312<br>Hackensack, NJ 07601 | Carl Ray Dugger<br>3792 Z Street<br>Washougai, WA 98671-7450 |
| Haski Aviation, Inc.<br>406 Frank Farone Dr.<br>New Castle, PA 16101 | Llewellyn Langland<br>N3482 Langland Rd.<br>Sarona, WI 54870-9324 |
| Dave Panebaker<br>1473 La Mesa Circle<br>Rangely, Colorado 81648 | Skydive Aggieland, Inc.<br>6104 SH21 East<br>Bryan, Texas 77808 |
| Anita "Ann" F. McMahon<br>1646 Belmont Avenue<br>Baton Rouge, LA 70808 | Penn Yang Aero<br>2499 Bath Rd.<br>Penn Yan, NY 14527 |
| David W. Reich<br>750 SW 34 St. #110<br>Ft. Lauderdale, FL 33315 | Roger H. Schoenfeld<br>P.O. Box 2220<br>Joplin, MO 64803 |

| | |
|---|---|
| Miller Thomson LLP<br>Suite 3000<br>700 9th Avenue SW South Tower<br>Calgary, Alberta, Canada<br>T2P 3VH | |

/s/ Elliot D. Schuler
Elliot D. Schuler