U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed December 16, 2009**                                           **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

### ORDER SUSTAINING OBJECTION TO CLAIM NO. 67 FILED BY
### BROWARD COUNTY REVENUE COLLECTOR

On November 24, 2009, came on to be heard the Objection to Claim No. 67 filed by the Broward County Revenue Collector [Doc. No. 348] (the "Claim Objection"); and the Court having jurisdiction to consider the Claim Objection and the relief requested therein; and due and proper notice of the Claim Objection having been provided, and the Court having determined that the legal and factual bases set forth in the Claim Objection establish just cause for the relief granted therein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Claim Objection is **SUSTAINED**; and it is further

DALDMS/670962.1

**ORDERED** that Claim Number 67, and any amendments thereto, or any other claim filed by the Broward County Revenue Collector (the "BCRC") is disallowed; and it is further

**ORDERED** that BCRC is not entitled to a distribution in this Bankruptcy Case.

**###END OF ORDER###**