U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed December 16, 2009**                                   **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | |
| **DEBTOR-IN POSSESSION.** | § | |

### ORDER SUSTAINING OBJECTION TO CLAIM NO. 151 FILED BY
### <u>SCOTT V. GOODLEY</u>

On November 24, 2009, came on to be heard the Objection to Claim No. 151 filed by Scott V. Goodley [Doc. No. 354] (the "<u>Claim Objection</u>"); and the Court having jurisdiction to consider the Claim Objection and the relief requested therein; and due and proper notice of the Claim Objection having been provided, and the Court having determined that the legal and factual bases set forth in the Claim Objection establish just cause for the relief granted therein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Claim Objection is **SUSTAINED**; and it is further

DALDMS/670967.1

**ORDERED** that Claim Number 151, and any amendments thereto, or any other

claim filed by Scott V. Goodley ("Scott Goodley") is disallowed; and it is further

**ORDERED** that Scott Goodley is not entitled to a distribution in this Bankruptcy

Case.

**###END OF ORDER###**