IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | Case No. 08-36705 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |

## NOTICE TO COURT AND REQUEST FOR REMOVAL OF MICHAEL L. JONES AND HENRY & JONES, LLP FROM MAILING LIST AND ELECTRONIC FILING NOTIFICATION

MICHAEL L. JONES AND HENRY & JONES, LLP request that Michael L. Jones and this law firm be removed from the Debtor's master mailing list and also from the Court's electronic filing notification, and that no further notices, pleadings or other documents be served upon this law firm in the above-captioned Chapter 11 bankruptcy case.

Respectfully submitted this 17th day of December, 2009.

/s/ Michael L. Jones
Michael L. Jones
State Bar No. 10929460
**HENRY & JONES, L.L.P.**
2902 Carlisle Street, Suite 150
Dallas, Texas 75204-4078
(214) 954-9700
(214) 954-9701 Telecopy

ATTORNEYS FOR CREDITOR
COMBUSTION TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice To Court And Request For Removal Of Michael L. Jones and Henry & Jones, LLP From Mailing List And Electronic Filing Notification, has been mailed via regular first class mail to the following on this the 17th day of December, 2009.

Mary Frances Durham
Office of the U.S. Trustee
1100 Commerce Street, Rm. 976
Dallas, Texas 75242-1496

Stephen A. Roberts
Robert P. Franke
Duane J. Brescia
Strasburger & Price, LLP
600 Congress, Suite 1600
Austin, Texas 78701

/s/ Michael L. Jones
Michael L. Jones

S:\155 HENRY & JONES LLP\JONES\Jones Archive\1167 2169 Combustion Tech\Pleadings\Removal Notice.doc