David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS,
TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

### AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the following matter will take place at **1:15 p.m. on Wednesday, January 20, 2010** before the Honorable Barbara J. Houser in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496.

- Objection to Claim No. 63 filed by Aviation Parts Supply, Inc.[*Only a Portion of Dkt. #462*]

The originally scheduled hearing will still take place on December 23, 2009 at 9:00 a.m. for the pending omnibus objection to claims.

DALDMS/672223.1

1

Dated: December 17, 2009
       Dallas, Texas

                              Respectfully submitted,

                              **BAKER & MCKENZIE LLP**

                              By:   /s/ Elliot D. Schuler
                              David W. Parham
                              State Bar No. 15459500
                              Elliot D. Schuler
                              State Bar No. 24033046
                              2300 Trammell Crow Center
                              2001 Ross Avenue
                              Dallas, Texas 75201
                              Telephone: (214) 978-3000
                              Facsimile:  (214) 978-3099
                              E-mail:  david.w.parham@bakernet.com
                              E-mail:  elliot.d.schuler@bakernet.com
                              **ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## **CERTIFICATE OF SERVICE**

       The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons identified below via first class regular mail and electronic mail upon all other parties via the Court's ECF filing system on December 17, 2009.

| Mary Frances Durham<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | Billy G. Leonard, Jr., Esquire<br>1650 W. Virginia Street, Suite 211<br>McKinney, Texas 75069-7703 |
|---|---|
| Kevin H. Good<br>Conner & Winters LLP<br>1700 Pacific Avenue, Suite 2250<br>Dallas, Texas 75201 | |

                              /s/ Elliot D. Schuler
                              Elliot D. Schuler