**210B (12/09)**

# United States Bankruptcy Court

Northern District of Texas
Case No. 08-36705-bjh11
Chapter 11

In re: Debtor(s) (including Name and Address)

Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell TX 75019-3805

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____   was filed or deemed filed under 11 U.S.C. § 1111(a) in this
case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a
Transfer of Claim Other than for Security in the clerk's office of this court on 12/14/2009.

Name and Address of Alleged Transferor:

Claim No. 40: Haski Aviation, Inc., 406 Frank Farone Dr., New Castle, PA 16101

Name and Address of Transferee:

Liquidity Solutions, Inc.
One University Plaza, Ste No. 312
Hackensack, NJ 07601

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within
twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the
transferee will be substituted as the original claimant without further order of the court.

Date:   12/17/09

Tawana C. Marshall
CLERK OF COURT

# CERTIFICATE OF NOTICE

```
District/off: 0539-3         User: cecker          Page 1 of 1              Date Rcvd: Dec 15, 2009
Case: 08-36705               Form ID: trc          Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 17, 2009.
12072249     +Haski Aviation, Inc.,   406 Frank Farone Dr.,   New Castle, PA 16101-8710

The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 17, 2009**         **Signature:**  _Joseph Speetjens_