U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed December 16, 2009            United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705 |
| Debtor. | § | |

**ORDER APPROVING SECOND AND FINAL APPLICATION
OF STRASBURGER & PRICE, LLP FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
DECEMBER 31, 2008 THROUGH SEPTEMBER 28, 2009**

On November 25, 2009, the Court held a hearing on the Second and Final Application of Strasburger & Price, LLP for Compensation and Reimbursement of Expenses for the Period December 31, 2008 through September 28, 2009, filed October 12, 2009 [docket #442].

The Court finds that sufficient notice has been given to all parties entitled thereto, and that all objections, if any, to the Application have been resolved or overruled. The Court further finds and determines that the fees and expenses are reasonable and

necessary within the meaning of 11 U.S.C. §§ 330 and 331 and cause exists to grant the Application.  It is, therefore

ORDERED that the Second and Final Fee Application of Strasburger & Price, LLP for the Period December 31, 2008 through September 28, 2009 is granted and that fees in the amount of $862,333.00 and expenses in the amount of $100,359.98, for a total of $962,692.98 are hereby approved and allowed.  It is further

ORDERED that the Debtor is authorized and ordered to immediately pay reasonable and necessary fees and expenses in the amount of $543,175.21 to Strasburger & Price, LLP.

###END OF ORDER###

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: ajones              Page 1 of 1                  Date Rcvd: Dec 16, 2009
Case: 08-36705                Form ID: pdf012           Total Noticed: 1

The following entities were noticed by first class mail on Dec 18, 2009.
aty          +Robert P. Franke,   Strasburger & Price, LLP,   600 Congress Ave., Ste. 1600,
              Austin, TX 78701-2974
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2009**                    **Signature:** _Joseph Speetjens_