U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed December 16, 2009                                     United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

**ORDER SUSTAINING OBJECTION TO CLAIM NOS. 108 and 118 FILED BY
MARLOW, CONNELL, ABRAMS, ADLER, NEWMAN & LEWIS**

On November 24, 2009, came on to be heard the Objection to Claim Nos. 108 and 118 filed by Marlow, Connell, Abrams, Newman & Lewis [Doc. No. 353] (the "Claim Objection"); and the Court having jurisdiction to consider the Claim Objection and the relief requested therein; and due and proper notice of the Claim Objection having been provided, and the Court having determined that the legal and factual bases set forth in the Claim Objection establish just cause for the relief granted therein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the Claim Objection is **SUSTAINED**; and it is further

DALDMS/670966.1

**ORDERED** that Claim Numbers 108 and 118, and any amendments thereto, or any other claim or claims filed by Marlow, Connell, Abrams, Adler, Newman & Lewis ("Marlow Connell") is disallowed; and it is further

**ORDERED** that Marlow Connell is not entitled to a distribution in this Bankruptcy Case.

### ###END OF ORDER###

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: ajones               Page 1 of 1              Date Rcvd: Dec 17, 2009
Case: 08-36705                Form ID: pdf012            Total Noticed: 1

The following entities were noticed by first class mail on Dec 19, 2009.
aty          +Robert P. Franke,    Strasburger & Price, LLP,    600 Congress Ave., Ste. 1600,
               Austin, TX 78701-2974
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2009**                        **Signature:** _Joseph Speetjens_