*Attn. Jim* *Thank You Jan*

Matt:

Please find attached the open debit memos / invoices that were supplied to Kurt on 10/18/08. Since then we did receive your check # 549262 for DM 104995, but are still awaiting disposition of the items listed below.

As you can see even with the addition of the two most recent shipments from Kurt there is still an open credit balance due Superior Air Parts, Inc. I would like to request a check for $13,519.01 at this time.

If you have any questions, feel free to contact me at (972) 829-4601 or Mr. Bill Cannon at (972) 829-4615. I am thanking you in advance for your assistance in this matter.

Best regards,
Jan L. Clemens

| Date | Invoice | Part Number | Nomenclature | Qty | Cost | Total Invoice |
|---|---|---|---|---|---|---|
| 1/15/2007 | DM ~~104329~~ *103622* | SL77579-1 | 360 Balanced Support | (57.00) | 47.20 | (2,690.40) |
| 5/31/2007 | DM 104314 | SLC20049 | Crankcase Casting - L | (40.00) | 288.60 | (11,544.00) |
| 5/31/2007 | DM 104314 | SLC20050 | Crankcase Casting - R | (40.00) | 290.50 | (11,620.00) |
| 5/31/2007 | DM 104314 | SLC20049 | Crankcase Casting - L | (2.00) | 288.60 | (577.20) |
| 5/31/2007 | DM 104314 | SLC20049 | Crankcase Casting - L | (2.00) | 290.50 | (581.00) |
| 6/1/2007 | DM 104329 | SL36800-HDW | 360 Crankcase Hardware Kit | (42.00) | 117.39 | (4,930.38) |
| 8/8/2007 | DM 104661 | SLC20049 | Crankcase Casting - L | (5.00) | 315.70 | (1,578.50) |
| 8/8/2007 | DM 104661 | SLC20050 | Crankcase Casting - R | (5.00) | 313.97 | (1,569.85) |
| 10/31/2007 | DM 104977 | SLC20049 | Crankcase Casting - L | (15.00) | 314.02 | (4,710.30) |
| 10/31/2007 | DM 104977 | SLC20050 | Crankcase Casting - R | (15.00) | 315.92 | (4,738.80) |
| 3/9/2007 | DM 103938 | SL76628 | Support Assy | (1.00) | 282.58 | (282.58) |
| 11/19/2008 | 625934 | SLC20051 | Crankcase Casting - L | 43.00 | 364.00 | 15,652.00 |
| 11/19/2008 | 625934 | SLC20052 | Crankcase Casting - R | 43.00 | 364.00 | 15,652.00 |
| | | | Total Check Due from Kurt | | | (13,519.01) |

**EXHIBIT A**