David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR**
**THE SUPERIOR CREDITOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | **Hearing Date:  12/23/09** |
| **DEBTOR-IN POSSESSION.** | § | **Hearing Time:  9:00 a.m.** |
| | § | |

### CERTIFICATE OF NO OBJECTION TO CLAIM NO. 13 FILED BY GREAT AMERICAN LEASING CORPORATION

I, the undersigned, hereby certify that I have received no responses to the Objection (the "Objection") to Claim No. 13 filed by Great American Leasing Corporation  [Doc. No. 461], which was filed on November 12, 2009.  I further certify that I have reviewed the Court's docket on this date, and there are no timely responses to the Objection on file.

**CERTIFICATE OF NO OBJECTION  –  Page 1**
**DALDMS/672472.1**

Dated: December 22, 2009
Dallas, Texas

                    Respectfully submitted,

                    **BAKER & M<sup>c</sup>KENZIE**

                    /s/ Elliot D. Schuler
                    David W. Parham
                    State Bar No. 15459500
                    Elliot D. Schuler
                    State Bar No. 24033046
                    2300 Trammell Crow Center
                    2001 Ross Avenue
                    Dallas, Texas   75201
                    Telephone:   (214) 978-3000
                    Facsimile:    (214) 978-3099

                    **ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**