David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR**
**THE SUPERIOR CREDITOR'S TRUST**

                **IN THE UNITED STATES BANKRUPTCY COURT**
                **FOR THE NORTHERN DISTRICT OF TEXAS**
                            **DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | **Hearing Date: 12/23/09** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time: 9:00 a.m.** |
| § | |

## CERTIFICATE OF NO OBJECTION TO FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY- INSURANCE RELATED CLAIMS ASSUMED UNDER PLAN)

I, the undersigned, hereby certify that, with one exception,[1] I have received no responses to the First Omnibus Objection to Claims (No Liability- Insurance Related Claims Assumed Under Plan) [Doc. No. 462], which was filed on November 12, 2009. I further certify that I have reviewed the Court's docket on this date, and there are no timely responses to the Objection on file.

---

[1] Undersigned counsel has conferred with counsel for Aviation Part Supply, Inc. and the parties have agreed to extend their response deadline, and likewise continue the hearing on the Objection, as it pertains to their specific claim.

**CERTIFICATE OF NO OBJECTION – Page 1**
**DALDMS/672474.1**

Dated:   December 22, 2009
         Dallas, Texas

    Respectfully submitted,

    **BAKER & M<sup>c</sup>KENZIE**

    /s/ Elliot D. Schuler
    David W. Parham
    State Bar No. 15459500
    Elliot D. Schuler
    State Bar No. 24033046
    2300 Trammell Crow Center
    2001 Ross Avenue
    Dallas, Texas   75201
    Telephone:   (214) 978-3000
    Facsimile:    (214) 978-3099

    **ATTORNEYS FOR**
    **THE SUPERIOR CREDITOR'S TRUST**