**PROPOSED ORDER**

 

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

**ORDER GRANTING OBJECTION TO CLAIM NO. 196
FILED BY HELIO PRECISION PRODUCTS, INC.**

Upon the Objection (the "Objection") to Claim No. 196 filed by Helio Precision Products, Inc. ("Helio") of Marla Reynolds, Trustee, of the Superior Creditor's Trust (the "Trustee") as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and grant the requested relief in accordance with 28 U.S.C. §§ 196 and 1334; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. § 196(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Trustee having provided proper notice of the Objection; and the Court having held a hearing to consider

the requested relief (the "<u>Hearing</u>") with the appearances of all interested parties noted in the record of the Hearing; and the Court having found sufficient legal and factual grounds for reducing Claim No. 196 filed by Helio; and the Court having determined that the legal and factual bases set forth in the Objection establish just and sufficient cause to grant the requested relief herein; and therefore, it is:

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, Claim No. 196 filed by Helio is hereby reduced to $69,242.00; and it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# # # END OF ORDER # # #