David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS,
TRUSTEE OF THE SUPERIOR CREDTIOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | |
| **DEBTOR-IN POSSESSION.** | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the following matters will take place at

**1:15 p.m. on Wednesday, February 17, 2010** before the Honorable Barbara J. Houser in the

United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100

Commerce Street, Room 1424, Dallas, TX 75242-1496.

- Objection to Claim No. 196 filed by Helio Precision Products, Inc.

- Objection to Claim No. 133 filed by Illinois National Insurance Company, Lexington
  Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA and
  Certain Other Entities Related to American International Group, Inc.

- Objection to Claim No. 158 filed by Texas Dugan Limited Partnership

DALDMS/672537.1

1

2

Dated: December 23, 2009
       Dallas, Texas

Respectfully submitted,

**BAKER & MCKENZIE LLP**

By:  /s/ Elliot D. Schuler
David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099
E-mail:  david.w.parham@bakernet.com
E-mail:  elliot.d.schuler@bakernet.com

**ATTORNEYS FOR MARLA
REYNOLDS, TRUSTEE OF THE
SUPERIOR CREDITOR'S TRUST**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via first class regular mail, and on all other parties via the Court's ECF filing system on December 23, 2009.

| | |
|---|---|
| Mary Frances Durham<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | McCarter & English<br>Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ 07102-4444 |
| Michelle A. Levitt<br>AIG Bankruptcy Collections<br>70 Pine Street, 28th Floor<br>New York, NY 10270 | Texas Dugan Limited Partnership<br>Attn: Ava D. Strout<br>1421 N. Dallas Pkwy., Ste. 1000<br>Dallas, TX 75254 |

/s/ Elliot D. Schuler
Elliot D. Schuler