David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR**
**THE SUPERIOR CREDITOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | **Hearing Date: 12/29/09** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time: 3:15 p.m.** |
| § | |

### CERTIFICATE OF NO OBJECTION TO SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY- WARRANTY CLAIMS ASSUMED UNDER PLAN)

I, the undersigned, hereby certify that, with the exception of Claimant Michael Badger, I have received no responses to the Second Omnibus Objection to Claims (No Liability- Warranty Claims Assumed Under Plan) [Docket No. 470], which was filed on November 19, 2009. I further certify that I have reviewed the Court's docket on this date, and there are no other timely responses to the Objection on file, other than the aforementioned objection of Michael Badger.

Dated:   December 28, 2009
         Dallas, Texas

          Respectfully submitted,

          **BAKER & M<sup>c</sup>KENZIE**

          /s/ Elliot D. Schuler
          David W. Parham
          State Bar No. 15459500
          Elliot D. Schuler
          State Bar No. 24033046
          2300 Trammell Crow Center
          2001 Ross Avenue
          Dallas, Texas   75201
          Telephone:   (214) 978-3000
          Facsimile:   (214) 978-3099

          **ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**