David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | **Hearing Date: 12/29/09** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time: 3:15 p.m.** |

### CERTIFICATE OF NO OBJECTION TO THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY- OPEN PURCHASE ORDER CLAIMS ASSUMED UNDER PLAN)

I, the undersigned, hereby certify that, with one exception,[1] I have received no responses to the Third Omnibus Objection to Claims (No Liability- Open Purchase Order Claims Assumed Under Plan) [Doc. No. 473], which was filed on November 20, 2009. I further certify that I have reviewed the Court's docket on this date, and there are no timely responses to the Objection on file.

---

[1] Undersigned counsel received a message from counsel for The Bland Company who indicated that the reduction of their Claim as proposed in the Objection was agreeable.

**CERTIFICATE OF NO OBJECTION – Page 1**
DALDMS/672654.1

Dated:   December 28, 2009
         Dallas, Texas

    Respectfully submitted,

    **BAKER & M^cKENZIE**

    /s/ Elliot D. Schuler
    David W. Parham
    State Bar No. 15459500
    Elliot D. Schuler
    State Bar No. 24033046
    2300 Trammell Crow Center
    2001 Ross Avenue
    Dallas, Texas   75201
    Telephone:   (214) 978-3000
    Facsimile:   (214) 978-3099

    **ATTORNEYS FOR
    THE SUPERIOR CREDITOR'S TRUST**