U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed December 29, 2009                                      **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

### AGREED ORDER SUSTAINING OBJECTION TO CLAIM NO. 128 FILED BY ENGINEERING SYSTEMS, INC.

On this date, came on to be heard the Objection to Claim No. 128 filed by Engineering Systems, Inc. [*Docket No. 351*] (the "Claim Objection"); and the parties having agreed that the Trust is not liable for Claim Number 128, or any amendments thereto, filed by Engineering Systems, Inc. ("ESI"), it is

**ORDERED** that the Claim Objection is **SUSTAINED**; and it is further

**ORDERED** that Claim Number 128, and any amendments thereto, or any other claim filed by ESI is disallowed; and it is further

**ORDERED** that ESI is not entitled to a distribution in this Bankruptcy Case.

**###END OF ORDER###**

**AGREED:**

___/s/ Elliot D. Schuler_____
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099

**Counsel for Marla Reynolds,
Trustee of the Superior Creditors Trust**


___/s/ Linda Taboada by permission /s/ Elliot D. Schuler___
Linda Taboada
Engineering Systems, Inc.
lltaboada@esi-il.com

**Authorized representative of Engineering Systems, Inc.**