```
                                                            U.S. BANKRUPTCY COURT
                                                            NORTHERN DISTRICT OF TEXAS

                                                                ENTERED
                                                            TAWANA C. MARSHALL, CLERK
                                                             THE DATE OF ENTRY IS
                                                             ON THE COURT'S DOCKET
```

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed December 29, 2009**                         **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | §    Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. | § |
| | § |
| DEBTOR-IN POSSESSION. | § |

### AGREED ORDER SUSTAINING OBJECTION TO CLAIM NO. 128 FILED BY <u>ENGINEERING SYSTEMS, INC.</u>

On this date, came on to be heard the Objection to Claim No. 128 filed by Engineering Systems, Inc. [*Docket No. 351*] (the "<u>Claim Objection</u>"); and the parties having agreed that the Trust is not liable for Claim Number 128, or any amendments thereto, filed by Engineering Systems, Inc. ("<u>ESI</u>"), it is

**ORDERED** that the Claim Objection is **SUSTAINED**; and it is further

**ORDERED** that Claim Number 128, and any amendments thereto, or any other claim filed by ESI is disallowed; and it is further

**ORDERED** that ESI is not entitled to a distribution in this Bankruptcy Case.

**###END OF ORDER###**

**AGREED:**

  /s/ Elliot D. Schuler
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099

**Counsel for Marla Reynolds,
Trustee of the Superior Creditors Trust**


  /s/ Linda Taboada by permission /s/ Elliot D. Schuler
Linda Taboada
Engineering Systems, Inc.
lltaboada@esi-il.com

**Authorized representative of Engineering Systems, Inc.**

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: ajones            Page 1 of 1              Date Rcvd: Dec 29, 2009
Case: 08-36705                Form ID: pdf012         Total Noticed: 1

The following entities were noticed by first class mail on Dec 31, 2009.
aty           +Robert P. Franke,    Strasburger & Price, LLP,    600 Congress Ave., Ste. 1600,
               Austin, TX 78701-2974
```

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2009**                     **Signature:** _Joseph Speetjens_