**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Service entry to view the actual form.**

Case 08-36705-bjh11   Doc 546-1   Filed 01/04/10   Entered 01/04/10 08:39:40   Desc
trc   Page 1 of 1