U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed January 5, 2010**                                                                **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

### AGREED ORDER RESOLVING OBJECTION TO CLAIM NO. 149 FILED BY MARSHALL HARRIS DEAN
[Relates to *Docket No. 367*]

WHEREAS, Marshall Harris Dean ("Dean") filed Proof of Claim No. 149 for approximately $99,000.00 (the "Proof of Claim");

WHEREAS, on August 18, 2009, the Debtor filed its Objection to Claim No. 149 filed by Marshall Harris Dean [*Docket No. 367*] (the "Claim Objection");

WHEREAS, on or about August 27, 2009, the Bankruptcy Court entered an order confirming the Third Amended Plan of Reorganization (the "Plan") jointly proposed by Superior and the Official Committee of Unsecured Creditors (the "Committee");

WHEREAS, the Plan became effective on September 28, 2009 (the "Effective Date").

WHEREAS, pursuant to the Plan, on the Effective Date, all of the Trust Assets[1] vested in the Superior Creditors Trust (the "Trust");

WHEREAS, Marla Reynolds was appointed as Trustee of the Trust and has authority to file, prosecute and object to claims such as the Proof of Claim;

WHEREAS, Dean and the Trustee have since agreed that Dean is entitled to a Class Seven Unsecured Claim, in the reduced amount of $7,000.00, in full satisfaction of any claims Dean may have against the Trustee or Superior;

WHEREAS, Dean and the Trustee have further agreed that nothing contained herein shall in any way impact any rights or remedies Dean may have against parties other than the Trustee or Superior; it is therefore

**ORDERED** that Dean is entitled to a Class Seven Unsecured Claim in the reduced amount of $7,000.00 in full satisfaction of any claims Dean may have against the Trustee or Superior;

**###END OF ORDER###**

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to such term in the Plan.

**AGREED:**

   /s/ Elliot D. Schuler
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099

**Counsel for Marla Reynolds,
Trustee of the Superior Creditors Trust**


   /s/ Marshall Harris Dean by permission /s/ Elliot D. Schuler
Marshall Harris Dean
5228 La Taste Ave.
El Paso, Texas 79924
mhd@elp.rr.com