U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed January 5, 2010                                                                     **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | Hearing Date: 12/23/09 |
| DEBTOR-IN POSSESSION. § | Hearing Time: 9:00 a.m. |

### ORDER GRANTING FIRST OMNIBUS OBJECTION TO CLAIMS
### (NO LIABILITY- INSURANCE RELATED CLAIMS ASSUMED UNDER PLAN)
(Relates to Docket No. 462)

Upon the First Omnibus Objection to Claims (No Liability- Insurance Related Claims Assumed Under Plan) (the "Objection") of Marla Reynolds, Trustee, of the Superior Creditor's Trust (the "Trustee") objecting to the Assumed Insurance Claims[1] as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Trustee having provided proper notice of the

Objection; and the Court having held a hearing to consider the requested relief (the "Hearing") with the appearances of all interested parties noted in the record of the Hearing; and the Court having found sufficient legal and factual grounds for disallowing the Assumed Insurance Claims listed on **Exhibit A** to the Objection;[2] and the Court having determined that the legal and factual bases set forth in the Objection establish just and sufficient cause to grant the requested relief herein; and therefore, it is:

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, each Assumed Insurance Claim listed on **Exhibit A** hereto is hereby disallowed and expunged in its entirety; and it is further

ORDERED that none of the parties holding Assumed Insurance Claims are entitled to a distribution in this Bankruptcy Case; and it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

###END OF ORDER###

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Objection.
[2] This Order does not apply to the claim of Aviation Part Supply, Inc. The Court has been advised that the parties have agreed to extend the response deadline, and likewise continue the hearing on the Objection, as it pertains to that specific claim.

**Exhibit A**

| Proof of Claim | Claimant | Scheduled Priority | Scheduled Amount | POC Priority | POC Amount | Proposed Treatment |
|---|---|---|---|---|---|---|
| 145 | Professional Analysis and Consulting, Inc. | General Unsecured | 0.00 | General Unsecured | 99,325.55 | Disallow |
| 175 | Professional Analysis and Consulting, Inc. | | | General Unsecured | 99,325.55 | Disallow |
| 190 | Kaplan, Von Ohlen & Massamillo, LLC | General Unsecured | 948.15 | General Unsecured | 67,318.49 | Disallow |
| 138 | Illinois National Insurance Co. c/o Miller & Associates | | | General Unsecured | 41,595.00 | Disallow |
| 95 | Coddington, Hicks & Danforth, APC | | | General Unsecured | 39,525.86 | Disallow |
| 187 | Professional Analysis and Consulting, Inc. c/o Robert A. McNees & Associates | | | General Unsecured | 17,511.41 | Disallow |
| 132 | Paul G. Eberly | General Unsecured | 118.51 | General Unsecured | 15,884.70 | Disallow |
| 57 | Schnader Harrison Segal & Lewis LLP | General Unsecured | Unknown | General Unsecured | 9,418.32 | Disallow |
| 89 | Louis S. Franecke, Esq. Franecke Law Group | General Unsecured | 0.00 | Wage | 6,350.00 | Disallow |
| 96 | Accident Investigation & Reconstruction, Inc. | General Unsecured | 0.00 | Priority Unspecified | 6,090.09 | Disallow |
| 114 | Accident Investigation & Reconstruction, Inc. | | | Priority Unspecified | 6,090.09 | Disallow |
| 172 | Garvin, Agee, Carlton & Mashburn, P.C. | General Unsecured | 0.00 | General Unsecured | 4,657.42 | Disallow |
| 97 | Moran Brown PC | General Unsecured | 0.00 | General Unsecured | 2,741.00 | Disallow |
| 136 | Schnader Harrison Segal & Lewis LLP | | | General Unsecured | 2,207.50 | Disallow |
| 86 | Flight International, Inc. | General Unsecured | 1,189.31 | General Unsecured | 2,300.00 | Disallow |