U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed January 5, 2010**                                    **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

### AGREED ORDER RESOLVING OBJECTION TO CLAIM NO. 149 FILED BY MARSHALL HARRIS DEAN
[Relates to *Docket No. 367*]

WHEREAS, Marshall Harris Dean ("Dean") filed Proof of Claim No. 149 for approximately $99,000.00 (the "Proof of Claim");

WHEREAS, on August 18, 2009, the Debtor filed its Objection to Claim No. 149 filed by Marshall Harris Dean [*Docket No. 367*] (the "Claim Objection");

WHEREAS, on or about August 27, 2009, the Bankruptcy Court entered an order confirming the Third Amended Plan of Reorganization (the "Plan") jointly proposed by Superior and the Official Committee of Unsecured Creditors (the "Committee");

WHEREAS, the Plan became effective on September 28, 2009 (the "Effective Date").

WHEREAS, pursuant to the Plan, on the Effective Date, all of the Trust Assets[1] vested in the Superior Creditors Trust (the "Trust");

WHEREAS, Marla Reynolds was appointed as Trustee of the Trust and has authority to file, prosecute and object to claims such as the Proof of Claim;

WHEREAS, Dean and the Trustee have since agreed that Dean is entitled to a Class Seven Unsecured Claim, in the reduced amount of $7,000.00, in full satisfaction of any claims Dean may have against the Trustee or Superior;

WHEREAS, Dean and the Trustee have further agreed that nothing contained herein shall in any way impact any rights or remedies Dean may have against parties other than the Trustee or Superior; it is therefore

**ORDERED** that Dean is entitled to a Class Seven Unsecured Claim in the reduced amount of $7,000.00 in full satisfaction of any claims Dean may have against the Trustee or Superior;

**###END OF ORDER###**

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to such term in the Plan.

**AGREED:**


  /s/ Elliot D. Schuler
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099

**Counsel for Marla Reynolds,
Trustee of the Superior Creditors Trust**


  /s/ Marshall Harris Dean by permission /s/ Elliot D. Schuler
Marshall Harris Dean
5228 La Taste Ave.
El Paso, Texas 79924
mhd@elp.rr.com

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: ajones                Page 1 of 1              Date Rcvd: Jan 05, 2010
Case: 08-36705                Form ID: pdf012             Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 07, 2010.
aty          +Robert P. Franke,   Strasburger & Price, LLP,   600 Congress Ave., Ste. 1600,
               Austin, TX 78701-2974

The following entities were noticed by electronic transmission.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2010**                       **Signature:** _Joseph Speetjens_