U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed January 5, 2010**                                          **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

### AGREED ORDER RESOLVING OBJECTION TO CLAIM NO. 189 FILED BY TYGRIS VENDOR FINANCE, INC. F/K/A US EXPRESS LEASING

[Relates to Docket No. 460]

WHEREAS, Tygris Vendor Finance, Inc. f/k/a US Express Leasing ("TVF") filed proof of claim number 189 for approximately $67,329.40 (the "Proof of Claim");

WHEREAS, on or about November 12, 2009, the Trustee filed her Objection to Claim No. 189 (the "Claim Objection");

WHEREAS, on or about August 27, 2009, the Bankruptcy Court entered an order confirming the Third Amended Plan of Reorganization (the "Plan") jointly proposed by Superior and the Official Committee of Unsecured Creditors (the "Committee");

WHEREAS, the Plan became effective on September 28, 2009 (the "Effective Date").

WHEREAS, pursuant to the Plan, on the Effective Date, all of the Trust Assets[1] vested in the Superior Creditors Trust (the "Trust");

WHEREAS, Marla Reynolds was appointed as Trustee of the Trust and has authority to file, prosecute and object to claims such as the Proof of Claim;

WHEREAS, the Lease Agreement between Superior and TVF was rejected by Superior on August 26, 2009;

WHEREAS, nothing in this Agreed Order shall be construed to restrict TVF's right to recover its lease equipment from Superior or any party in possession of the lease equipment;

WHEREAS, TVF and the Trustee have since agreed that TVF is entitled to a Class Seven Unsecured Claim, in the reduced amount of $52,416.27, in full satisfaction of any claims TVF may have against the Trustee or Superior;

**ORDERED** that TVF is entitled to a Class Seven Unsecured Claim in the reduced amount of $52,416.27 in full satisfaction of any claims TVF may have against the Trustee or Superior;

###END OF ORDER###

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to such term in the Plan.

**AGREED:**


  /s/ Elliot D. Schuler
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099

**Counsel for Marla Reynolds,
Trustee of the Superior Creditors Trust**


  /s/ Beverly Cahill Rice
Beverly Cahill Rice
BEASLEY, HIGHTOWER & HARTMANN, P.C.
1700 Pacific Avenue, Suite 4450
Dallas, Texas  75201
Telephone: 214.220.4700
Facsimile: 214-220-4747

**Counsel For Tygris Vendor Finance, Inc.
f/k/a US Express Leasing**

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: ajones              Page 1 of 1           Date Rcvd: Jan 06, 2010
Case: 08-36705                Form ID: pdf012           Total Noticed: 1

The following entities were noticed by first class mail on Jan 08, 2010.
aty          +Robert P. Franke,   Strasburger & Price, LLP,   600 Congress Ave., Ste. 1600,
               Austin, TX 78701-2974
The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2010**                        **Signature:** *Joseph Speetjens*