David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | **Hearing Date:  January 20, 2010** |
| **DEBTOR-IN POSSESSION.** | § | **Hearing Time:  1:15 p.m.** |
| | § | |

### CERTIFICATE OF NO OBJECTION TO OBJECTION TO CLAIM NO. 84 FILED BY ROGER H. SCHOENFELD/ROGER H. SCHOENFELD TRUST

I, the undersigned, hereby certify that I have received no responses to the Objection to

Claim No. 84 Filed by Roger H. Schoenfeld/Roger H. Schoenfeld Trust [Docket No. 516] (the

"Objection"), which was filed on December 16, 2009.  I further certify that I have reviewed the

Court's docket on this date, and there are no other timely responses to the Objection on file.

Dated:    January 19, 2010
          Dallas, Texas

                              Respectfully submitted,

                              **BAKER & McKENZIE**


                              /s/ Elliot D. Schuler
                              David W. Parham
                              State Bar No. 15459500
                              Elliot D. Schuler
                              State Bar No. 24033046
                              2300 Trammell Crow Center
                              2001 Ross Avenue
                              Dallas, Texas   75201
                              Telephone:   (214) 978-3000
                              Facsimile:    (214) 978-3099
                              E-Mail:  david.w.parham@bakernet.com
                              E-Mail:  elliot.d.schuler@bakernet.com

                              **ATTORNEYS FOR
                              THE SUPERIOR CREDITOR'S TRUST**