David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR**
**THE SUPERIOR CREDITOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | § |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | § |
| § | **Hearing Date: January 20, 2010** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time: 1:15 p.m.** |
| § | |

### CERTIFICATE OF NO OBJECTION TO OBJECTION TO CLAIM NO. 160 FILED BY APOLLO AVIATION INC.

I, the undersigned, hereby certify that I have received no responses to the Objection to Claim No. 160 Filed by Apollo Aviation Inc. [Docket No. 506] (the "Objection"), which was filed on December 16, 2009. I further certify that I have reviewed the Court's docket on this date, and there are no other timely responses to the Objection on file.

Dated: January 19, 2010
Dallas, Texas

        Respectfully submitted,

        **BAKER & M<sup>c</sup>KENZIE**

        /s/ Elliot D. Schuler
        David W. Parham
        State Bar No. 15459500
        Elliot D. Schuler
        State Bar No. 24033046
        2300 Trammell Crow Center
        2001 Ross Avenue
        Dallas, Texas   75201
        Telephone:   (214) 978-3000
        Facsimile:    (214) 978-3099
        E-Mail:  david.w.parham@bakernet.com
        E-Mail:  elliot.d.schuler@bakernet.com

        **ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**