David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | **Hearing Date: January 20, 2010** |
| **DEBTOR-IN POSSESSION.** | § | **Hearing Time: 1:15 p.m.** |
| | § | |

## CERTIFICATE OF NO OBJECTION TO OBJECTION TO CLAIM NO. 178 FILED BY DAVID W. REICH

I, the undersigned, hereby certify that I have received no responses to the Objection to Claim No. 178 Filed by David W. Reich [Docket No. 515] (the "Objection"), which was filed on December 16, 2009. I further certify that I have reviewed the Court's docket on this date, and there are no other timely responses to the Objection on file.

Dated:  January 19, 2010
        Dallas, Texas

          Respectfully submitted,

          **BAKER & M<sup>c</sup>KENZIE**

          /s/ Elliot D. Schuler
          David W. Parham
          State Bar No. 15459500
          Elliot D. Schuler
          State Bar No. 24033046
          2300 Trammell Crow Center
          2001 Ross Avenue
          Dallas, Texas  75201
          Telephone:  (214) 978-3000
          Facsimile:  (214) 978-3099
          E-Mail:  david.w.parham@bakernet.com
          E-Mail:  elliot.d.schuler@bakernet.com

          **ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**