David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | **Hearing Date:  January 20, 2010** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time:  1:15 p.m.** |
| § | |

**CERTIFICATE OF NO OBJECTION TO OBJECTION TO CLAIM NO. 152 FILED BY
DAVE PANEBAKER**

I, the undersigned, hereby certify that I have received no responses to the Objection to

Claim No. 152 Filed by Dave Panebaker [Docket No. 513] (the "Objection"), which was filed on

December 16, 2009.  I further certify that I have reviewed the Court's docket on this date, and

there are no other timely responses to the Objection on file.

**CERTIFICATE OF NO OBJECTION  –  Page 1**
**DALDMS/673559.1**

Dated:    January 19, 2010
          Dallas, Texas

Respectfully submitted,

**BAKER & M<sup>c</sup>KENZIE**

/s/ Elliot D. Schuler
David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas   75201
Telephone:   (214) 978-3000
Facsimile:    (214) 978-3099
E-Mail:  david.w.parham@bakernet.com
E-Mail:  elliot.d.schuler@bakernet.com

**ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**