David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR**
**THE SUPERIOR CREDITOR'S TRUST**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | **Hearing Date: January 20, 2010** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time: 1:15 p.m.** |
| § | |

**CERTIFICATE OF NO OBJECTION TO FOURTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)**

I, the undersigned, hereby certify that I have received no responses to the Fourth Omnibus Objection to Claims (Duplicative Claims) [Docket No. 490] (the "Objection"), which was filed on December 4, 2009. I further certify that I have reviewed the Court's docket on this date, and there are no other timely responses to the Objection on file.

Dated:    January 19, 2010
          Dallas, Texas

                Respectfully submitted,

                **BAKER & M<sup>c</sup>KENZIE**

                /s/ Elliot D. Schuler
                David W. Parham
                State Bar No. 15459500
                Elliot D. Schuler
                State Bar No. 24033046
                2300 Trammell Crow Center
                2001 Ross Avenue
                Dallas, Texas   75201
                Telephone:   (214) 978-3000
                Facsimile:    (214) 978-3099
                E-Mail:  david.w.parham@bakernet.com
                E-Mail:  elliot.d.schuler@bakernet.com

                **ATTORNEYS FOR**
                **THE SUPERIOR CREDITOR'S TRUST**