David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | **Hearing Date: January 20, 2010** |
| **DEBTOR-IN POSSESSION.** § | **Hearing Time: 1:15 p.m.** |
| § | |

### CERTIFICATE OF NO OBJECTION TO FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)

I, the undersigned, hereby certify that I have received no responses to the Fifth Omnibus Objection to Claims (Duplicate Claims) [Docket No. 511] (the "Objection"), which was filed on December 16, 2009. I further certify that I have reviewed the Court's docket on this date, and there are no other timely responses to the Objection on file.

Dated:    January 19, 2010
         Dallas, Texas

    Respectfully submitted,

    **BAKER & M<sup>c</sup>KENZIE**

    /s/ Elliot D. Schuler
    David W. Parham
    State Bar No. 15459500
    Elliot D. Schuler
    State Bar No. 24033046
    2300 Trammell Crow Center
    2001 Ross Avenue
    Dallas, Texas   75201
    Telephone:   (214) 978-3000
    Facsimile:    (214) 978-3099
    E-Mail:  david.w.parham@bakernet.com
    E-Mail:  elliot.d.schuler@bakernet.com

    **ATTORNEYS FOR**
    **THE SUPERIOR CREDITOR'S TRUST**