David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | Hearing Date: January 20, 2010 |
| **DEBTOR-IN POSSESSION.** § | Hearing Time: 1:15 p.m. |
| § | |

## CERTIFICATE OF NO OBJECTION TO OBJECTION TO CLAIM NO. 121 FILED BY LLEWELLYN LANGLAND

I, the undersigned, hereby certify that I have received no responses to the Objection to Claim No. 121 Filed by Llewellyn Langland [Docket No. 510] (the "Objection"), which was filed on December 16, 2009. I further certify that I have reviewed the Court's docket on this date, and there are no other timely responses to the Objection on file.

Dated:   January 19, 2010
         Dallas, Texas

          Respectfully submitted,

          **BAKER & M<sup>c</sup>KENZIE**

          /s/ Elliot D. Schuler
          David W. Parham
          State Bar No. 15459500
          Elliot D. Schuler
          State Bar No. 24033046
          2300 Trammell Crow Center
          2001 Ross Avenue
          Dallas, Texas   75201
          Telephone:   (214) 978-3000
          Facsimile:    (214) 978-3099
          E-Mail:  david.w.parham@bakernet.com
          E-Mail:  elliot.d.schuler@bakernet.com

          **ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**