David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | **Hearing Date:  January 20, 2010** |
| **DEBTOR-IN POSSESSION.** | § | **Hearing Time:  1:15 p.m.** |
| | § | |

**CERTIFICATE OF NO OBJECTION TO OBJECTION TO CLAIM NO. 79 FILED BY
CARL JOHNSON**

I, the undersigned, hereby certify that I have received no responses to the Objection to

Claim No. 79 Filed by Carl Johnson [Docket No. 489] (the "Objection"), which was filed on

December 4, 2009.  I further certify that I have reviewed the Court's docket on this date, and there

are no other timely responses to the Objection on file.

Dated:    January 19, 2010
        Dallas, Texas

                Respectfully submitted,

                **BAKER & M<sup>c</sup>KENZIE**

                /s/ Elliot D. Schuler
                David W. Parham
                State Bar No. 15459500
                Elliot D. Schuler
                State Bar No. 24033046
                2300 Trammell Crow Center
                2001 Ross Avenue
                Dallas, Texas   75201
                Telephone:   (214) 978-3000
                Facsimile:    (214) 978-3099
                E-Mail:   david.w.parham@bakernet.com
                E-Mail:   elliot.d.schuler@bakernet.com

                **ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**