David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | **Hearing Date:  January 20, 2010** |
| **DEBTOR-IN POSSESSION.** | § | **Hearing Time:  1:15 p.m.** |
| | § | |

## CERTIFICATE OF NO OBJECTION TO OBJECTION TO CLAIM NO. 124 FILED BY DOLCE AVIATION, LLC

I, the undersigned, hereby certify that I have received no responses to the Objection to Claim No. 124 Filed by Dolce Aviation, LLC [Docket No. 502] (the "Objection"), which was filed on December 16, 2009.  I further certify that I have reviewed the Court's docket on this date, and there are no other timely responses to the Objection on file.

Dated:    January 19, 2010
   Dallas, Texas

      Respectfully submitted,

      **BAKER & M<sup>c</sup>KENZIE**

      /s/ Elliot D. Schuler
      David W. Parham
      State Bar No. 15459500
      Elliot D. Schuler
      State Bar No. 24033046
      2300 Trammell Crow Center
      2001 Ross Avenue
      Dallas, Texas   75201
      Telephone:   (214) 978-3000
      Facsimile:   (214) 978-3099
      E-Mail:  david.w.parham@bakernet.com
      E-Mail:  elliot.d.schuler@bakernet.com

      **ATTORNEYS FOR**
      **THE SUPERIOR CREDITOR'S TRUST**