# **EXHIBIT A**

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Northern District of Texas | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Superior Air Parts, Inc. | Case Number: 08-36705 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Texas Dugan Limited Partnership

Name and address where notices should be sent:
Texas Dugan Limited Partnership
Attn: Ava D. Strout
14241 N. Dallas Parkway, Suite 1000, Dallas, TX 75254

Telephone number:
(972) 361-6767

FILED
FEB 17 2009
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 425,785.44

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Lease rejection damages
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 02/13/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Ava D. Strout, Corporate Attorney    *Ava D. Strout*

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Superior Air Parts, Inc. | ) | Case No. 08-36705 |
| | ) | |
| Debtor . | ) | |

## ATTACHMENT TO
## PROOF OF CLAIM OF TEXAS DUGAN LIMITED PARTNERSHIP

The $425,785.44 claim of Texas Dugan Limited Partnership ("Texas Dugan") is based upon the anticipated post-petition rejection of Debtor's November 6, 2001 Lease Agreement, as amended (the "Lease"), with Texas Dugan, a copy of which is available to the Debtor, for the premises located at 621 South Royal Lane, Suite 100, Coppell, Texas 75062, subsequent to the anticipated sale of Debtor's assets. This proof of claim anticipates that Debtor and/or the purchaser will immediately remove all of such assets from the premises without any resulting damage to the premises, which if not so accomplished, Texas Dugan reserves the right to subsequently amend this proof of claim filing to appropriately adjust therefor. In accordance with 11 U.S.C. § 502(b)(6)(A), the claim represents the base rent reserved and the estimated common area maintenance expenses (CAM) for one year as follows:

| Base Rent/Month | | CAM/Month | Term |
|---|---|---|---|
| $28,116.98 | + | $7,365.14 | (3/1/09-2/28/10) = $425,785.44 |

f:\real estate\dallas industrial\freeport\freeport v\bankruptcies\attachment to proof of claim for superior air parts.doc  2/13/2009 2:52 PM