David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS,
TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the following matters will take place at **1:15 p.m. on Wednesday, February 17, 2010** before the Honorable Barbara J. Houser in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496.

- Objection to Claim No. 87 filed by RPM Technik, Inc. (Penn Yan Aero) [Dkt. #514];

Dated: January 20, 2010
       Dallas, Texas

                                              Respectfully submitted,

                                              **BAKER & MCKENZIE LLP**

                                              By:   /s/ Elliot D. Schuler
                                              David W. Parham
                                              State Bar No. 15459500
                                              Elliot D. Schuler
                                              State Bar No. 24033046
                                              2300 Trammell Crow Center
                                              2001 Ross Avenue
                                              Dallas, Texas 75201
                                              Telephone: (214) 978-3000
                                              Facsimile:  (214) 978-3099
                                              E-mail:  david.w.parham@bakernet.com
                                              E-mail:  elliot.d.schuler@bakernet.com

                                              **ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## CERTIFICATE OF SERVICE

       The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via first class regular mail, and on all other parties via the Court's ECF filing system on January 20, 2010.

| | |
|---|---|
| **Mary Frances Durham**<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | Penn Yann Aero<br>2499 Bath Rd.<br>Penn Yan, NY 14527 |
| Billy G. Leonard, Jr.<br>Attorney at Law<br>1650 W. Virginia Street, Suite 211<br>McKinney, Texas 75069 | |

                                              /s/ Elliot D. Schuler
                                              Elliot D. Schuler