David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS,
TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | |
| **DEBTOR-IN POSSESSION.** | § | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the following matters will take place at **1:15 p.m. on Wednesday, February 17, 2010** before the Honorable Barbara J. Houser in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496.

- Objection to Claim No. 157 filed by Kurt Manufacturing Company, Inc. [Dkt. #534];

Dated: January 20, 2010
       Dallas, Texas

                                      Respectfully submitted,

                                      **BAKER & MCKENZIE LLP**

                                      By:  /s/ Elliot D. Schuler
                                      David W. Parham
                                      State Bar No. 15459500
                                      Elliot D. Schuler
                                      State Bar No. 24033046
                                      2300 Trammell Crow Center
                                      2001 Ross Avenue
                                      Dallas, Texas 75201
                                      Telephone: (214) 978-3000
                                      Facsimile:  (214) 978-3099
                                      E-mail:  david.w.parham@bakernet.com
                                      E-mail:  elliot.d.schuler@bakernet.com

                                      **ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities identified below via first class regular mail, and on all other parties via the Court's ECF filing system on January 20, 2010.

| **Mary Frances Durham**<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | Paul Lillyblad<br>Kurt Manufacturing Company<br>5280 Main Street NE<br>Minneapolis, MN 55421 |
|---|---|

                                      /s/ Elliot D. Schuler
                                      Elliot D. Schuler