David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**

   IN THE UNITED STATES BANKRUPTCY COURT
   FOR THE NORTHERN DISTRICT OF TEXAS
   DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NO. 182 FILED BY
NEIL AITKENHEAD**
[*Relates to Docket No. 504*]

PLEASE TAKE NOTICE that Marla Reynolds, in her capacity as Trustee of the Superior Creditor's Trust (the "Trustee") hereby withdraws, without prejudice, her Objection to Claim No. 182 filed by Neil Aitkenhead (the "Objection").

**Page 1**
DALDMS/673562.1

Dated:   January 20, 2010
         Dallas, Texas

                                                  Respectfully submitted,

**BAKER & M<sup>c</sup>KENZIE**

/s/ Elliot D. Schuler
David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas   75201
Telephone:   (214) 978-3000
Facsimile:    (214) 978-3099
E-Mail:  david.w.parham@bakernet.com
E-Mail:  elliot.d.schuler@bakernet.com

**ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served on January 20, 2010 upon the following:

**U.S. Trustee:**
Mary Frances Durham
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Neil Aitkenhead
2103/1 Peak Ave, Main Beach
Queensland, 4217 Australia

                                        /s/ Elliot D. Schuler
                                             Elliot D. Schuler