David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS,
TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

## AMENDED NOTICE OF HEARING

Please take notice that a hearing on the following matter will take place at **1:15 p.m. on Wednesday, February 17, 2010** before the Honorable Barbara J. Houser in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496.

- Trustee's Objection to Claim No. 162 filed by Michael Badger [*ONLY A PORTION OF DKT. NO. 470*]

DALDMS/673913.1

1

Dated: January 22, 2010
       Dallas, Texas

                          Respectfully submitted,

                          **BAKER & MCKENZIE LLP**

                          By:   /s/ Elliot D. Schuler
                          David W. Parham
                          State Bar No. 15459500
                          Elliot D. Schuler
                          State Bar No. 24033046
                          2300 Trammell Crow Center
                          2001 Ross Avenue
                          Dallas, Texas 75201
                          Telephone: (214) 978-3000
                          Facsimile: (214) 978-3099
                          E-mail: david.w.parham@bakernet.com
                          E-mail: elliot.d.schuler@bakernet.com
                          **ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## **CERTIFICATE OF SERVICE**

     The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons identified below via first class regular mail and electronic mail upon all other parties via the Court's ECF filing system on January 22, 2010.

| | |
|---|---|
| Mary Frances Durham<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | Michael Badger<br>P.O. Box 2950<br>Post Falls, ID 83877 |

                          /s/ Elliot D. Schuler
                          Elliot D. Schuler