U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed January 26, 2010**                                                     **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | §   Case No. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.** | § |
| | §   Hearing Date: 01/20/2010 |
| DEBTOR-IN POSSESSION. | §   Hearing Time: 1:15 p.m. |

### ORDER GRANTING
### FOURTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS )
(Relates to Docket No. 490)

Upon the Fourth Omnibus Objection to Claims (Duplicate Claims) (the "Objection") of Marla Reynolds, Trustee, of the Superior Creditor's Trust (the "Trustee") objecting to the Duplicate Claims[1] as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Trustee having provided proper notice of the Objection; and the Court having held a hearing

to consider the requested relief (the "Hearing") with the appearances of all interested parties noted in the record of the Hearing; and the Court having found sufficient legal and factual grounds for disallowing the Duplicate Claims listed on **Exhibit A** to the Objection; and the Court having determined that the legal and factual bases set forth in the Objection establish just and sufficient cause to grant the requested relief herein; and therefore, it is:

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, each of the Duplicate Claims Nos. 119, 122, and 174 listed on **Exhibit A** hereto are hereby disallowed and expunged in their entirety; and it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# # # END OF ORDER # # #

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Objection.

## Exhibit A

| Proof of Claim | Claimant | POC Priority | POC Amount | Proposed Treatment |
|---|---|---|---|---|
| 174 | Russell Thomas Airey | | 1,000.00 | Disallow |
| 122 | Master Products Company | | 1,674.47 | Disallow |
| 119 | Tooltime, Inc. | | 679.00 | Disallow |