U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed January 26, 2010                                    **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § § | |
| § Case No. 08-36705-BJH-11 | |
| SUPERIOR AIR PARTS, INC. § § | |
| DEBTOR-IN POSSESSION. § § | |

**ORDER GRANTING SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY-
WARRANTY CLAIMS ASSUMED UNDER PLAN)**
(Relates to Docket No. 470)

Upon the Second Omnibus Objection to Claims (No Liability- Warranty Claims Assumed Under Plan) (the "Objection") of Marla Reynolds, Trustee, of the Superior Creditor's Trust (the "Trustee") objecting to the Assumed Warranty Claims[1] as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Trustee having provided proper notice of the

Objection; and the Court having held a hearing to consider the requested relief (the "Hearing") with the appearances of all interested parties noted in the record of the Hearing; and the Court having found sufficient legal and factual grounds for disallowing the Assumed Warranty Claims listed on **Exhibit A** to the Objection; and the Court having determined that the legal and factual bases set forth in the Objection establish just and sufficient cause to grant the requested relief herein; and therefore, it is:

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, each Assumed Warranty Claim listed on **Exhibit A** hereto is hereby disallowed and expunged in its entirety; and it is further

ORDERED that none of the parties holding Assumed Warranty Claims are entitled to a distribution in this Bankruptcy Case; and it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# # # END OF ORDER # # #

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Objection.

## Exhibit A

| Proof of Claim | Claimant | POC Priority | POC Amount | Proposed Treatment |
|---|---|---|---|---|
| 192 | John W. Altizer | General Unsecured | 22,380.00 | Disallow |
| 140 | Bradley L. Derubba | General Unsecured | 21,600.00 | Disallow |
| 103 | Stephen Lewis | General Unsecured | 2,500.00 | Disallow |
| 125 | Stephen Lewis | General Unsecured | 2,50000 | Disallow |
| 35 | Thane Ostroth | General Unsecured | 1,000.00 | Disallow |
| 106 | Herbert D. Rose | General Unsecured | Unknown | Disallow |
| 147 | William J. Wuorinen | General Unsecured | Unknown | Disallow |
| 173 | William J. Wuorinen | General Unsecured | Unknown | Disallow |