U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed January 27, 2010　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |
| § | |

**ORDER GRANTING THIRD OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY- OPEN PURCHASE ORDER CLAIMS ASSUMED UNDER PLAN)**
(Relates to Docket No. 473)

Upon the Third Omnibus Objection to Claims (No Liability- Open Purchase Order Claims Assumed Under Plan) (the "Objection") of Marla Reynolds, Trustee, of the Superior Creditor's Trust (the "Trustee") objecting to the Assumed Purchase Order Claims[1] as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Trustee having provided

proper notice of the Objection; and the Court having held a hearing to consider the requested relief (the "Hearing") with the appearances of all interested parties noted in the record of the Hearing; and the Court having found sufficient legal and factual grounds for disallowing the Assumed Purchase Order Claims listed on **Exhibit A** to the Objection; and the Court having determined that the legal and factual bases set forth in the Objection establish just and sufficient cause to grant the requested relief herein; and therefore, it is:

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, each Assumed Purchase Order Claim is allowed or disallowed as proposed on **Exhibit A** hereto; and it is further

ORDERED that the official claims register in this bankruptcy case shall be expunged of all Assumed Purchase Order Claims that are disallowed on **Exhibit A** hereto, and such parties are not entitled to a distribution in this Bankruptcy Case; and it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# # # END OF ORDER # # #

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Objection.

## Exhibit A

| Proof of Claim | Claimant | Allowed Amount |
|---|---|---:|
| 159 | The Bland Company | 7,705.90 |
| 11 | Corley Gasket Co | 29,430.61 |
| 143 | Gates Corporation | 4,689.88 |
| 161 | Gerhardt Gear | 0.00 |
| 15 | N.E.W. Industries Inc. | 0.00 |
| 116 | N.E.W. Industries, Inc. | 14,886.92 |
| 45 | Ohio Gaslet & Shim Co., Inc. | 21,572.34 |
| 171 | Saturn Fasteners, Inc. | 0.00 |
| 153 | V&L Tool, Inc. | 0.00 |
| 154 | V&L Tool, Inc. | 0.00 |
| 155 | V&L Tool, Inc. | 0.00 |