**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

*Barbara J. Houser*

Signed January 26, 2010                    **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | Hearing Date: 01/20/2010 |
| DEBTOR-IN POSSESSION. | § | Hearing Time: 1:15 p.m. |

### ORDER GRANTING OBJECTION TO CLAIM NO. 180
### FILED BY WSK "PZL KALISZ" SA

Upon the Objection to Claim No. 180 filed by WSK "PZL Kalisz" SA (the "<u>Objection</u>")

of Marla Reynolds, Trustee, of the Superior Creditor's Trust (the "<u>Trustee</u>") as more fully set

forth in the Objection; and the Court having jurisdiction to consider the Objection and grant the

requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the

Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Trustee having provided

proper notice of the Objection; and the Court having held a hearing to consider the requested

relief (the "<u>Hearing</u>") with the appearances of all interested parties noted in the record of the

Hearing; and the Court having found sufficient legal and factual grounds for disallowing Claim No. 180 filed by WSK "PZL Kalisz" SA; and the Court having determined that the legal and factual bases set forth in the Objection establish just and sufficient cause to grant the requested relief herein; and therefore, it is:

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, Claim No. 180 filed by WSK "PZL Kalisz" SA is hereby disallowed and expunged in its entirety; and it is further

ORDERED that WSK "PZL Kalisz" SA is not entitled to a distribution in this Bankruptcy Case; and it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# # # END OF ORDER # # #

# CERTIFICATE OF NOTICE

District/off: 0539-3          User: ajones          Page 1 of 1          Date Rcvd: Jan 26, 2010
Case: 08-36705               Form ID: pdf012       Total Noticed: 2

The following entities were noticed by first class mail on Jan 28, 2010.
aty            +Marla Charlene Reynolds,    Lain, Faulker & Co., P.C.,    400 N. St. Paul, Suite 600,
                Dallas, TX 75201-6897
aty            +Robert P. Franke,    Strasburger & Price, LLP,    600 Congress Ave., Ste. 1600,
                Austin, TX 78701-2974

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2010**                    **Signature:**