U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed January 29, 2010**                                         **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

**AGREED ORDER RESOLVING OBJECTION TO CLAIM NO. 186 OF
CREDITOR AMERITECH INDUSTRIES, INC. DBA EAGLE ENGINES**

[Relates to *Docket No. 505*]

WHEREAS, Ameritech Industries, Inc. dba Eagle Engines ("Ameritech") filed proof of claim number 186 in the amount of $7,557.11. (the "Proof of Claim");

WHEREAS, on or about August 27, 2009, the Bankruptcy Court entered an order confirming the Third Amended Plan of Reorganization (the "Plan") jointly proposed by Superior and the Official Committee of Unsecured Creditors (the "Committee");

WHEREAS, the Plan became effective on September 28, 2009 (the "Effective Date").

WHEREAS, pursuant to the Plan, on the Effective Date, all of the Trust Assets[1] vested in the Superior Creditors Trust (the "Trust");

WHEREAS, Marla Reynolds was appointed as Trustee of the Trust and has authority to file, prosecute and object to claims such as the Proof of Claim;

WHEREAS, on December 16, 2009, the Trustee filed its Objection to the Proof of Claim (the "Claim Objection");

WHEREAS, Ameritech and the Trustee have since agreed that Ameritech is entitled to a Class Seven Unsecured Claim, in the reduced amount of $1,000.00, in full satisfaction of any claims Ameritech may have against the Trustee or Superior; it is therefore

**ORDERED** that Ameritech is entitled to a Class Seven Unsecured Claim in the reduced amount of $1,000.00 in full satisfaction of any claims Ameritech may have against the Trustee or Superior;

### ###END OF ORDER###

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to such term in the Plan.

**AGREED:**


   /s/ Elliot D. Schuler
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099

**Counsel for Marla Reynolds,
Trustee of the Superior Creditors Trust**


   /s/ Kerry Dawes
Kerry Dawes- President
Lynne Bigelow
Ameritech Industries, Inc. dba Eagle Engines
20208 Charlanne Drive
Redding, CA 96002
lynne@ameritech-aviation.com

**Authorized Representatives for
Ameritech Industries, Inc. dba Eagle Engines**