Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

**Attorney for Maloney, Bean, Horn and Hull, P.C.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **SUPERIOR AIR PARTS, INC.,** | § | CASE NO. 08-36705-BJH-11 |
| | § | |
| | § | |
| **DEBTOR** | § | |
| | § | |

## NOTICE OF WITHDRAWAL OF MALONEY, BEAN, HORN and HULL, P.C.'s MOTION FOR PROTECTION AND/OR TO ESTABLISH ESCROW ACCOUNT [Docket No. 310]

PLEASE TAKE NOTICE THAT Maloney, Bean Horn and Hull P.C. hereby withdraws its Motion for Protection and/or To Establish Escrow Account [Docket No. 310].

Respectfully submitted,

By: /s/  Kevin H. Good
       Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214) 217-8070
Fax  (214) 217-8861
**Attorneys for Maloney, Bean Horn and Hull, P.C.**

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon via e-mail on Mr. Stephen Roberts, counsel for the Debtor and Mr. David Parham, counsel for the Unsecured Creditors' Committee.

/s/ Kevin H. Good
Kevin H. Good