U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed February 3, 2010**                                                   **United States Bankruptcy Judge**

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | §   Case No. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.** | § |
| | § |
| DEBTOR-IN POSSESSION. | § |

### AGREED ORDER SUSTAINING OBJECTION TO CLAIM NO. 63 OF AVIATION PARTS SUPPLY, INC.
(Relates to Docket No. 462)

WHEREAS, Aviation Part Supply, Inc. ("APS") filed proof of claim number 63 for approximately $32,126.08 (the "APS Claim");

WHEREAS, on or about August 27, 2009, the Bankruptcy Court entered an order confirming the Third Amended Plan of Reorganization (the "Plan") jointly proposed by the Debtor and the Official Committee of Unsecured Creditors (the "Committee");

WHEREAS, the Plan became effective on September 28, 2009 (the "Effective Date").

WHEREAS, pursuant to Section 7.1 of the Plan, the APS Claim, as a claim under one of the Debtor's insurance policies, was assumed by the Reorganized Debtor;

WHEREAS, Marla Reynolds was appointed as Trustee of the Trust and has authority to file, prosecute and object to claims such as the Proof of Claim;

WHEREAS, on or about November 12, 2009, the Trustee filed her First Omnibus Objection to Claims (No Liability- Insurance Related Claims Assumed Under Plan) (the "Objection") of Marla Reynolds, Trustee, of the Superior Creditor's Trust (the "Trustee") objecting to several claims, including the APS Claim;

WHEREAS, APS, the Trustee and the Reorganized Debtor agree that the APS Claim is an obligation of the Reorganized Debtor not the Trustee; it is therefore

ORDERED that the APS Claim is an obligation of the Reorganized Debtor not the Trustee and will be paid by the Reorganized Debtor; it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the APS Claim is hereby disallowed and expunged in its entirety; and it is further

ORDERED that APS is not entitled to a distribution in this Bankruptcy Case; and it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# # # END OF ORDER # # #

**AGREED:**

\_\_/s/ Elliot D. Schuler_____
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099

**Counsel for Marla Reynolds,**
**Trustee of the Superior Creditors Trust**


\_\_/s/ Billy G. Leonard Jr. by permission Elliot D. Schuler
Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069
469-742-0855 phone
214-244-0295 cell
469-442-0135 fax

**Counsel For Aviation Parts Supply, Inc.**


\_\_/s/ Kent Abercrombie by permission Elliot D. Schuler
Kent Abercrombie
President/CEO
Superior Air Parts, Inc.
621 S. Royal Lane, Suite 100
Coppell, TX 75019-3805
Phone: 972-829-4636
Fax:    866-743-3508

**Authorized Representative of Superior Air Parts, Inc.**

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: ajones               Page 1 of 1           Date Rcvd: Feb 03, 2010
Case: 08-36705                Form ID: pdf012            Total Noticed: 2

The following entities were noticed by first class mail on Feb 05, 2010.
aty          +Marla Charlene Reynolds,   Lain, Faulker & Co., P.C.,   400 N. St. Paul, Suite 600,
              Dallas, TX 75201-6897
aty          +Robert P. Franke,   Strasburger & Price, LLP,   600 Congress Ave., Ste. 1600,
              Austin, TX 78701-2974

The following entities were noticed by electronic transmission.
NONE.                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2010**          **Signature:**   *Joseph Speetjens*