David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS,
TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** | § | |
| | § | |
| **DEBTOR-IN POSSESSION.** | § | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the following matter will take place at

**9:15 a.m. on Thursday, April 29, 2010** before the Honorable Barbara J. Houser in the United

States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce

Street, Room 1424, Dallas, TX 75242-1496.

- Objection to Claim No. 158 filed by Texas Dugan Limited Partnership

DALDMS/675055.1

1

Dated: February 11, 2010
     Dallas, Texas

Respectfully submitted,

**BAKER & MCKENZIE LLP**


By:   /s/ Elliot D. Schuler
David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099
E-mail:  david.w.parham@bakernet.com
E-mail:  elliot.d.schuler@bakernet.com

**ATTORNEYS FOR MARLA REYNOLDS,
TRUSTEE OF THE SUPERIOR CREDITOR'S
TRUST**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons identified below via first class regular mail and electronic mail upon all other parties via the Court's ECF filing system on February 11, 2010.

Mary Frances Durham
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Louis F. Solimine
Thompson Hine LLP
312 Walnut Street
Suite 1400
Cincinnati, Ohio 45202

Sean A. Gordon
Thompson Hine LLP
One Atlantic Center
1201 W. Peachtree St., Suite 2200
Atlanta, GA 30309

/s/ Elliot D. Schuler
Elliot D. Schuler