David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS,
TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the following matter will take place at **9:00 a.m. on Wednesday, March 31, 2010** before the Honorable Barbara J. Houser in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496.

- Objection to Claim No. 87 filed by RPM Technik, Inc. (Penn Yan Aero)

Dated: February 11, 2010
       Dallas, Texas

                                      Respectfully submitted,

**BAKER & MCKENZIE LLP**

By:    /s/ Elliot D. Schuler
David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
E-mail: david.w.parham@bakernet.com
E-mail: elliot.d.schuler@bakernet.com

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## CERTIFICATE OF SERVICE

     The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons identified below via first class regular mail and electronic mail upon all other parties via the Court's ECF filing system on February 11, 2010.

Mary Frances Durham
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Penn Yan Aero
2499 Bath Rd.
Penn Yan, NY 14527

Billy G. Leonard, Jr., Esquire
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069-7703

                                      /s/ Elliot D. Schuler
                                      Elliot D. Schuler