Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214)217-8070
Fax  (214) 217-8861

**Attorney for Maloney, Bean, Horn and Hull, P.C.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| **SUPERIOR AIR PARTS, INC.,** | § § § § | CASE NO. 08-36705-BJH-11 |
| DEBTOR | § | |

### NOTICE OF WITHDRAWAL OF MALONEY, BEAN, HORN
### and HULL, P.C.'s CLAIM No. 64

PLEASE TAKE NOTICE THAT Maloney, Bean Horn and Hull P.C. hereby withdraws its Claim No. 64.

Respectfully submitted,

By: /s/  Kevin H. Good
       Kevin H. Good
Texas Bar No. 08139300
Conner & Winters LLP
1700 Pacific Avenue
Suite 2250
Dallas, Texas 75201
Telephone  (214) 217-8070
Fax  (214) 217-8861
**Attorneys for Maloney, Bean Horn and Hull, P.C.**

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon via e-mail on Mr. Stephen Roberts, counsel for the Debtor and Mr. David Parham, counsel for the Unsecured Creditors' Committee on the 22nd day of February 2010.

/s/ Kevin H. Good
Kevin H. Good