Johnathan E. Collins
LOCKE LORD BISSELL & LIDDELL LLP
  2200 Ross Avenue, Suite 2200
  Dallas, Texas 75201-6776
  Telephone: 214-740-8000
  Fax: 214-740-8800

COUNSEL FOR THE INSURANCE COMPANIES AND SYNDICATES
AT LLOYD'S, LONDON THAT INDIVIDUALLY SUBSCRIBED TO
INSURANCE POLICIES IDENTIFIED AS  B0823AB7100402, B0823AB7A00435, B0823AM7B00195, 576/AJA2338, 576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 AND B08752008QAM5036

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | Case No. 08-36705-BJH-11 |
| Debtor. | § | |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 72
## OF CERTAIN LONDON MARKET INSURERS

PLEASE TAKE NOTICE THAT the insurance companies and syndicates at Lloyd's, London that individually subscribed to insurance policies identified as B0823AB7100402, B0823AB7A00435, B0823AM7B00195, 576/AJA2338, 576/AKA2338, 501/MU06AQJ1, 501/MU07AQJ1 and B08752008QAM5036 (the "London Market Insurers"), by and through their attorneys, Johnathan E. Collins and the law firm of Locke Lord Bissell & Liddell LLP hereby withdraw their Claim No. 72.

DATED: February 25, 2010

                                          Respectfully Submitted,

                                          /s/ Johnathan E. Collins
                                            Johnathan E. Collins
                                            LOCKE LORD BISSELL & LIDDELL LLP
                                            2200 Ross Avenue, Suite 2200
                                            Dallas, Texas 75201-6776
                                            Telephone: 214-740-8000
                                            Fax: 214-740-8800

                                        **COUNSEL FOR THE LONDON MARKET INSURERS**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Withdrawal of Claim has been served upon all parties receiving electronic notice via the Court's CM/ECF system on February 25, 2010.

                                                 /s/  Johnathan E. Collins