U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed March 4, 2010**                                                                                       **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

**AGREED ORDER SUSTAINING OBJECTION TO CLAIM NO. 133 FILED BY ILLINOIS NATIONAL INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. AND CERTAIN OTHER ENTITIES RELATED TO AMERICAN INTERNATIONAL GROUP, INC.**

[Relates to *Docket No. 537*];

On this date, came on to be heard the Objection (the "Claim Objection") of Marla Reynolds, in her capacity as Trustee of the Superior Creditor's Trust (the "Trustee") to Claim No. 133 filed by Illinois National Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa. and certain other entities related to American International Group, Inc. (collectively "AIG"), and the

parties having agreed that the Trustee is not liable for Claim Number 133, or any amendments thereto, filed by AIG, it is

**ORDERED** that the Claim Objection is **SUSTAINED**; and it is further

**ORDERED** that Claim Number 133, and any amendments thereto, are disallowed.

###END OF ORDER###

**AGREED:**


  /s/ Elliot D. Schuler
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099

**Counsel for Marla Reynolds,
Trustee of the Superior Creditors Trust**


  /s/ Michelle Leavitt
Michelle Leavitt
Hannah Lee
Chartis U.S.
175 Water Street, 18th Floor
New York, New York 10038
Telephone: (212) 458-1202
Facsimile:  (212) 458-2697

**Authorized representative of AIG**