U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed March 4, 2010**                                                    **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

**AGREED ORDER RESOLVING OBJECTION TO**
**CLAIM NO. 196 FILED BY HELIO PRECISION PRODUCTS, INC.**

[Relates to Docket No. 538]

WHEREAS, on or about August 27, 2009, the Bankruptcy Court entered an order confirming the Third Amended Plan of Reorganization (the "Plan") jointly proposed by Superior and the Official Committee of Unsecured Creditors (the "Committee");

WHEREAS, the Plan became effective on September 28, 2009 (the "Effective Date").

WHEREAS, pursuant to the Plan, on the Effective Date, all of the Trust Assets[1] vested in the Superior Creditors Trust (the "Trust");

WHEREAS, Marla Reynolds was appointed as Trustee of the Trust and has authority to file, prosecute and object to claims;

WHEREAS, Helio Precision Products, Inc. ("Helio") filed proof of claim number 131 for approximately $19,008.00 ("Helio's First Proof of Claim");

WHEREAS, Helio also filed proof of claim number 196 for approximately $87,656.27 ("Helio's Second Proof of Claim");

WHEREAS, on or about December 23, 2009, the Trustee filed an objection to Helio's Second Proof of Claim [Docket no. 538] (the "Claim Objection");

WHEREAS, the Claim Objection did not include an objection to Helio's First Proof of Claim;

WHEREAS, Helio and the Trustee have since agreed that Helio's Second Proof of Claim should be allowed as a Class Seven Unsecured Claim, in the reduced amount of $69,242.00, in full satisfaction of the Helio's Second Proof of Claim; and it is therefore

**ORDERED** that Helio's Second Proof of Claim is allowed as a Class Seven Unsecured Claim in the reduced amount of $69,242.00 in full satisfaction of Helio's Second Proof of Claim; and it is further

**ORDERED** that, notwithstanding the above, nothing in this Order will affect Helio's First Proof of Claim.

###**END OF ORDER**###

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to such term in the Plan.

**AGREED:**

　　/s/ Elliot D. Schuler
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
elliot.d.schuler@bakernet.com

**Counsel for Marla Reynolds,
Trustee of the Superior Creditors Trust**


　　/s/ Angela Abreu
Angela Abreu
McCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102
Telephone: (973) 848-5378
Facsimile: (973) 206-6599
aabreu@mccarter.com

**Counsel for Helio Precision Products, Inc.**