U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed March 4, 2010**                                                **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. | § |
| | § |
| DEBTOR-IN POSSESSION. | § |

**AGREED ORDER RESOLVING OBJECTION TO CLAIM NO. 157 OF KURT MANUFACTURING COMPANY, INC.**
[Relates to *Docket No. 534*]

WHEREAS, Kurt Manufacturing Company, Inc. ("Kurt") filed proof of claim number 157 in the amount of $31,304.00 (the "Proof of Claim");

WHEREAS, on or about August 27, 2009, the Bankruptcy Court entered an order confirming the Third Amended Plan of Reorganization (the "Plan") jointly proposed by Superior and the Official Committee of Unsecured Creditors (the "Committee");

WHEREAS, the Plan became effective on September 28, 2009 (the "Effective Date").

WHEREAS, pursuant to the Plan, on the Effective Date, all of the Trust Assets[1] vested in the Superior Creditors Trust (the "Trust");

WHEREAS, Marla Reynolds was appointed as Trustee of the Trust and has authority to file, prosecute and object to claims such as the Proof of Claim;

WHEREAS, on or about December 21, 2009, the Trustee filed its Objection to the Proof of Claim (the "Claim Objection");

WHEREAS, Kurt and the Trustee have since agreed that Kurt is entitled to a Class Seven Unsecured Claim, in the reduced amount of $30,136.13, in full satisfaction of any claims Kurt may have against the Trustee or Superior; it is therefore

**ORDERED** that Kurt is entitled to a Class Seven Unsecured Claim in the reduced amount of $30,136.13 in full satisfaction of any claims Kurt may have against the Trustee or Superior;

###END OF ORDER###

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to such term in the Plan.

**AGREED:**

___/s/ Elliot D. Schuler_____
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099

**Counsel for Marla Reynolds,
Trustee of the Superior Creditors Trust**

___/s/ Paul A. Lillyblad_____
Paul A. Lillyblad
Vice-President, Finance
Kurt Manufacturing Company, Inc.
5280 Main Street NE
Minneapolis, MN 55421
Phone: (763)-572-4452
Fax: (763)-574-8331
e-mail: paull@kurt.com

**Authorized Representatives for
Kurt Manufacturing Company, Inc.**

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: ajones              Page 1 of 1          Date Rcvd: Mar 05, 2010
Case: 08-36705                Form ID: pdf012           Total Noticed: 2

The following entities were noticed by first class mail on Mar 07, 2010.
aty          +Marla Charlene Reynolds,    Lain, Faulker & Co., P.C.,    400 N. St. Paul, Suite 600,
               Dallas, TX 75201-6897
aty          +Robert P. Franke,    Strasburger & Price, LLP,    600 Congress Ave., Ste. 1600,
               Austin, TX 78701-2974

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2010**                              **Signature:** _Joseph Speetjens_