David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR
THE SUPERIOR CREDITOR'S TRUST**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

### NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NO. 87
### FILED BY RPM TECHNIK, INC. (PENN YAN AERO)
[*Relates to Docket No. 514*]

PLEASE TAKE NOTICE that Marla Reynolds, in her capacity as Trustee of the Superior Creditor's Trust (the "Trustee") hereby withdraws, without prejudice, her Objection to Claim No. 87, *as amended*, filed by RPM Technik, Inc. (Penn Yan Aero) (the "Objection").

**Page 1**
DALDMS/676993.1

Dated: March 23, 2010
Dallas, Texas

        Respectfully submitted,

        **BAKER & M<sup>c</sup>KENZIE**

        /s/ Elliot D. Schuler
        David W. Parham
        State Bar No. 15459500
        Elliot D. Schuler
        State Bar No. 24033046
        2300 Trammell Crow Center
        2001 Ross Avenue
        Dallas, Texas 75201
        Telephone: (214) 978-3000
        Facsimile: (214) 978-3099
        E-Mail: david.w.parham@bakernet.com
        E-Mail: elliot.d.schuler@bakernet.com

        **ATTORNEYS FOR**
        **THE SUPERIOR CREDITOR'S TRUST**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served on March 23, 2010 upon the following:

Mary Frances Durham
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Penn Yan Aero
2499 Bath Rd.
Penn Yan, NY 14527

Billy G. Leonard, Jr.
Attorney at Law
1650 W. Virginia Street, Suite 211
McKinney, Texas 75069

        /s/ Elliot D. Schuler
        Elliot D. Schuler

**Page 2**
DALDMS/676993.1