Jason S. Brookner
Texas State Bar No. 24033684
Jennifer L. Trousdale
State Bar No. 24060749
**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone:     (214) 659-4400
Facsimile:      (214) 659-4401

**ATTORNEYS FOR
ECK INDUSTRIES, INC.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | Case No. 08-36705-BJH-11 |
| | § | |
| Debtors. | § | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on April 1, 2010 Eck Industries, Inc. filed its *Motion of Eck Industries, Inc. to Permit Late Filing of Proof of Claim and Deem Same Timely* (the "Motion") (Docket No. 640).

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any must be filed and served upon the undersigned counsel such that they are received no later than April 26, 2010, which is no less than twenty-four (24) days from the date hereof.

**PLEASE TAKE  FURTHER NOTICE** that if an objection is timely filed and served, then a hearing on the Motion will take place on **April 28, 2010 at 1:15 p.m. Central time** before the Honorable Barbara J. Houser, Chief United States Bankruptcy Judge, in the United States

DAL:763663.1

Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1421, Dallas, Texas 75242-1496.

**PLEASE TAKE FURTHER NOTICE** that if no objections to the Motion are timely filed and served, the Court may grant the relief requested therein without a hearing.

Respectfully submitted this 1st day of April, 2010.

                        **ANDREWS KURTH LLP**

                        By: /s/ Jason S. Brookner
                            Jason S. Brookner
                            Texas State Bar No. 24033684
                            Jennifer L. Trousdale
                            State Bar No. 24060749
                        1717 Main Street, Suite 3700
                        Dallas, Texas 75201
                        Telephone:    (214) 659-4400
                        Facsimile:    (214) 659-4401
                        Email:   jbrookner@akllp.com
                                       jtrousdale@akllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of April, 2010, he caused a true and correct copy of the foregoing pleading to be served on the same parties and in the same manner set forth in the Certificate of Service attached to the Motion.

                        /s/ Jason S. Brookner
                        Jason S. Brookner

DAL:763663.1