**CASE NAME:** Superior Air Parts, Inc.

**CASE NUMBER:** 08-36705-BJH

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

# FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILIATION

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge

**RESPONSIBLE PARTY:**

Original Signature of Responsible Party _____

Printed Name of Responsible Party            MARLA REYNOLDS

Title                                         Trustee

Date                                         4/13/2010

**PREPARER:**
Lain, Faulkner & Co., P.C.
Original Signature of Preparer _____

Printed Name of Preparer                     Keith Enger

Title                                        Accountant for Trustee

Date                                         4/10/10

# POST CONFIRMATION QUARTERLY OPERATING REPORT

**CASE NAME:** Superior Air Parts, Inc.

**CASE NUMBER: 08-36705-BJH**

**PERIOD COVERED: Quarter Ending March 31, 2010**

| | | |
|---|---|---:|
| 1. | BEGINNING OF PERIOD CASH BALANCE: | 6,273,820.96 |
| | CASH RECEIPTS: | |
| | CASH RECEIPTS DURING CURRENT QUARTER: | |
| | (a). Cash receipts-Transfers from Debtor | 0.00 |
| | (b). Cash receipts from interest | 654.29 |
| | (c). Cash receipts from sale of assets | 0.00 |
| | (d). Cash receipts from refunds | 0.00 |
| | (e). Cash receipts from other sources | 0.00 |
| 2. | TOTAL CASH RECEIPTS | 654.29 |
| | CASH DISBURSEMENTS: | |
| | (A). PAYMENTS MADE UNDER THE PLAN: | |
| | (1). Administrative | 0.00 |
| | (2). Secured Creditors | 0.00 |
| | (3). Priority Creditors | (7,100.00) |
| | (4). Unsecured Creditors | (5,550,687.09) |
| | (5). Additional Plan Payments | 0.00 |
| | (B). OTHER PAYMENTS MADE THIS QUARTER: | 0.00 |
| | (1). General Business | (132,571.19) |
| | (2). Other Disbursements (U.S. Trustee Fees) | (6,500.00) |
| 3. | TOTAL DISBURSEMENTS THIS QUARTER | (5,696,858.28) |
| 4. | CASH BALANCE END OF QUARTER<br>Line 1 - Plus Line 2 - Minus Line 3 = Line 4 | 577,616.97 |

# POST CONFIRMATION QUARTERLY BANK RECONCILEMENT

**CASE NAME:** Superior Air Parts, Inc.

**CASE NUMBER: 08-36705-BJH**

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to to the account number. Attach additional sheets for each bank reconcilement if necessary.

**PERIOD COVERED: Quarter Ending March 31, 2010**

| | Bank Reconciliations | Account # 1 | Account # 2 | Other Accounts | TOTAL |
|---|---|---|---|---|---|
| A. | Bank | Bank Of America | Bank Of America | (Attach List) | |
| B. | Account Number | 4429005242 | 4429005255 | | |
| C. | Purpose (Type) | Money Market | Distribution | | |
| 1. | Balance Per Bank Statement | 91,651.47 | 4,017,569.63 | 484,347.89 | 4,593,568.99 |
| 2. | Add: Total Deposits Not Credited | | | | |
| 3. | Subtract: Outstanding Checks | | (4,015,952.02) | | (4,015,952.02) |
| 4. | Other Reconciling Items | | | | |
| 5. | Month End Balance Per Books | 91,651.47 | 1,617.61 | 484,347.89 | 577,616.97 |
| 6. | Number of Last Check Written | N/A | 3007 | | |
| 7. | Cash: Currency on Hand | | | | |
| 8. | Total Cash - End of Month | | | | 577,616.97 |

| | CASH IN: INVESTMENT ACCOUNTS | | | |
|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | Value |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | Total Cash Investments | | | |

| 14. | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | 577,616.97 **** |
|---|---|---|---|

****Must tie to Line 4, Quarterly Operating Report

# POST CONFIRMATION
# QUARTERLY BANK RECONCILEMENT

SUPPLEMENT 1

**CASE NAME:** Superior Air Parts, Inc.

**CASE NUMBER:** 08-36705-BJH

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to to the account number. Attach additional sheets for each bank reconcilement if necessary

**PERIOD COVERED: Quarter Ending March 31, 2010**

| | Bank Reconciliations | Account # 3 | Account # 4 | Account # 5 | TOTAL |
|---|---|---|---|---|---|
| A. | Bank | Bank Of America | Texas Capital | | |
| B. | Account Number | 4429005488 | 1111038525 | | |
| C. | Purpose (Type) | Checking | Checking | | |
| 1. | Balance Per Bank Statement | - | 484,347.89 | | 484,347.89 |
| 2. | Add: Total Deposits Not Credited | | | | |
| 3. | Subtract: Outstanding Checks | | | | |
| 4. | Other Reconciling Items | | | | |
| 5. | Month End Balance Per Books | - | 484,347.89 | | 484,347.89 |
| 6. | Number of Last Check Written | 3,009 | N/A | N/A | |
| 7. | Cash: Currency on Hand | | | | |
| 8. | Total Cash - End of Month | | | | 484,347.89 |

| | CASH IN: INVESTMENT ACCOUNTS | | | |
|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | Value |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | Total Cash Investments | | | |

| 14. | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | - **** |
|---|---|---|---|

****Must tie to Line 4, Quarterly Operating Report