David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS,
TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

### AMENDED NOTICE OF HEARING
[Relates to Docket No. 540]

PLEASE TAKE NOTICE that a hearing on the following matter will take place at **9:15 a.m. on Tuesday, June 22, 2010** before the Honorable Barbara J. Houser in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1424, Dallas, TX 75242-1496.

- Objection to Claim No. 158 filed by Texas Dugan Limited Partnership [Docket No. 540]

Dated: April 16, 2010
      Dallas, Texas

                                        Respectfully submitted,

                                        **BAKER & MCKENZIE LLP**

                                        By:    /s/ Elliot D. Schuler
                                        David W. Parham
                                        State Bar No. 15459500
                                        Elliot D. Schuler
                                        State Bar No. 24033046
                                        2300 Trammell Crow Center
                                        2001 Ross Avenue
                                        Dallas, Texas 75201
                                        Telephone: (214) 978-3000
                                        Facsimile:  (214) 978-3099
                                        E-mail:  david.parham@bakermckenzie.com
                                        E-mail:  elliot.schuler@bakermckenzie.com

                                        **ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

# **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons identified below via first class regular mail and upon all other parties via the Court's ECF filing system on April 16, 2010.

| | |
|---|---|
| Mary Frances Durham<br>Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | Sean A. Gordon<br>Thompson Hine LLP<br>One Atlantic Center<br>1201 W. Peachtree St., Suite 2200<br>Atlanta, GA 30309 |
| Louis F. Solimine<br>Thompson Hine LLP<br>312 Walnut Street<br>Suite 1400<br>Cincinnati, Ohio 45202 | |

/s/ Elliot D. Schuler
Elliot D. Schuler