U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed May 7, 2010                                                                                       **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | |
| Debtor. | § | |
| | § | |

### ORDER GRANTING MOTION OF ECK INDUSTRIES, INC.
### TO PERMIT LATE FILING OF PROOF OF CLAIM AND DEEM SAME TIMELY

Upon the Motion to Permit Late Filing of Proof of Claim and Deem Same Timely (the "**Motion**") filed by Eck Industries, Inc.; and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that good and sufficient notice of the Motion has been given and no other or further notice is required; and after due deliberation and good cause appearing therefor,[1] it is

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

**Error! Unknown document property name.**

ORDERED that the Motion be, and hereby is, granted; and it is further

ORDERED that Eck be, and hereby is, permitted to file a proof of claim in an amount not to exceed $119,696.85, and Eck shall file such claim no later than five (5) business days after the date of the Order; and it is further

ORDERED that if Eck timely files a proof of claim in accordance with the terms of this Order, such claim shall be deemed timely filed for all purposes in this chapter 11 case.

# # # END OF ORDER # # #