U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed May 7, 2010                                      **United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SUPERIOR AIR PARTS, INC. | § | Case No. 08-36705-BJH-11 |
| | § | |
| Debtor. | § | |
| | § | |

## ORDER GRANTING MOTION OF ECK INDUSTRIES, INC.
## TO PERMIT LATE FILING OF PROOF OF CLAIM AND DEEM SAME TIMELY

Upon the Motion to Permit Late Filing of Proof of Claim and Deem Same Timely (the "**Motion**") filed by Eck Industries, Inc.; and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that good and sufficient notice of the Motion has been given and no other or further notice is required; and after due deliberation and good cause appearing therefor, [1] it is

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

**Error! Unknown document property name.**

ORDERED that the Motion be, and hereby is, granted; and it is further

ORDERED that Eck be, and hereby is, permitted to file a proof of claim in an amount not to exceed $119,696.85, and Eck shall file such claim no later than five (5) business days after the date of the Order; and it is further

ORDERED that if Eck timely files a proof of claim in accordance with the terms of this Order, such claim shall be deemed timely filed for all purposes in this chapter 11 case.

# # # END OF ORDER # # #

# CERTIFICATE OF NOTICE

District/off: 0539-3          User: ajones          Page 1 of 1          Date Rcvd: May 07, 2010
Case: 08-36705               Form ID: pdf012        Total Noticed: 2

The following entities were noticed by first class mail on May 09, 2010.
aty          +Marla Charlene Reynolds,    Lain, Faulker & Co., P.C.,    400 N. St. Paul, Suite 600,
              Dallas, TX 75201-6897
aty          +Robert P. Franke,    Strasburger & Price, LLP,    600 Congress Ave., Ste. 1600,
              Austin, TX 78701-2974

The following entities were noticed by electronic transmission.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 09, 2010**              **Signature:**      _Joseph Speetjens_