U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

Signed July 15, 2010

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

**AGREED ORDER RESOLVING OBJECTION TO CLAIM NO. 158 OF
TEXAS DUGAN LIMITED PARTNERSHIP**

[*Relates to Docket No. 540*]

WHEREAS, Texas Dugan Limited Partnership ("Texas Dugan") filed proof of claim number 158 ("Claim 158") in the amount of $425,785.44 (the "Proof of Claim");

WHEREAS, on or about August 27, 2009, the Bankruptcy Court entered an order confirming the Third Amended Plan of Reorganization (the "Plan") jointly proposed by Superior Air Parts, Inc. (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee");

WHEREAS, the Plan became effective on September 28, 2009 (the "Effective

Date").

WHEREAS, pursuant to the Plan, on the Effective Date, all of the Trust Assets[1] vested in the Superior Creditors Trust (the "Trust");

WHEREAS, Marla Reynolds was appointed as Trustee of the Trust and has authority to file, prosecute and object to claims such as the Proof of Claim;

WHEREAS, on or about December 23, 2009, the Trustee filed an Objection to the Proof of Claim (the "Claim Objection");

WHEREAS, Texas Dugan and the Trustee have since agreed that Texas Dugan is entitled to an allowed Class Seven Unsecured Claim, in the reduced amount of $284,363.00, in full satisfaction of the Proof of Claim and any other claims Texas Dugan may have against the Trustee or Superior's bankruptcy estate;

ORDERED that Texas Dugan is entitled to an allowed Class Seven Unsecured Claim in the reduced amount of $284,363.00 in full satisfaction of the Proof of Claim and any other claims Texas Dugan may have against the Trustee or Superior's bankruptcy estate; and it is further

ORDERED that the Trustee shall make the requisite payment on account of such claim within 5 business days of this Order becoming final and non-appealable.

### ###END OF ORDER###

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to such term in the Plan.

**AGREED:**

  /s/ Elliot D. Schuler
Elliot D. Schuler
State Bar No. 24033046
BAKER & MCKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**Counsel for Marla Reynolds,
Trustee of the Superior Creditors Trust**


  /s/ Louis F. Solimine
Louis F. Solimine
THOMPSON HINE LLP
Suite 1400
312 Walnut Street
Cincinnati, Ohio 45202
Telephone: (513) 352-6784
Facsimile: (513) 241-4771

**Counsel for Texas Dugan Limited Partnership**