David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE
OF THE SUPERIOR CREDITOR'S TRUST**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

<u>MOTION TO ABANDON OR DESTROY ESTATE RECORDS</u>

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, 12TH FLOOR, DALLAS, TEXAS 75242, BEFORE CLOSE OF BUSINESS ON THE DATE WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

DALDMS/681917. 1

TO THE HONORABLE BARBARA J. HOUSER,
UNITED STATES BANKRUPTCY JUDGE:

Marla Reynolds, in her capacity as Trustee of the Superior Creditor's Trust (the "Trustee") files this her Motion to Abandon or Destroy Estate Records (the "Motion") and in support thereof respectfully shows the Court as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A)&(O).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicate for the relief sought herein is 11 U.S.C. § 554.

### Background

4. On December 31, 2008 (the "Petition Date"), Superior Air Parts, Inc. (the "Debtor" or "Superior") commenced this case by the filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court").

5. The deadline for filing claims was February 17, 2009 (the "Bar Date").

6. On or about August 27, 2009, the Bankruptcy Court entered an order confirming the Third Amended Plan of Reorganization (the "Plan") jointly proposed by Superior and the Official Committee of Unsecured Creditors (the "Committee"). The Plan became effective on September 28, 2009 (the "Effective Date").

7. Pursuant to the Plan, on the Effective Date, all of the Trust Assets[1] vested in the Superior Creditors Trust (the "Trust"). Marla Reynolds was appointed as Trustee of the Trust.

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to such term in the Plan.

DALDMS/681917. 1

8.      The cases have been fully administered under the Plan and the Trustee has concurrently applied to the Court for a final decree.

9.      The Trustee has been storing certain books and records of the Debtor since her appointment.  Now that the case has been fully administered, the Trustee has no further need for the books and records of the Debtor.  Moreover, storage of these documents is burdensome to the estate and the Trustee. Accordingly, the Trustee requests an order of the Court authorizing the abandonment and/or destruction of these books and records.

WHEREFORE, the Trustee respectfully requests that the Court (i) enter an order allowing the Trustee to abandon and/or destroy all of the books and records of the Debtor and (ii) provide such other and further relief as the Court may deem just and proper.

Dated: August 20, 2010
       Dallas, Texas

Respectfully submitted,

BAKER & MCKENZIE LLP

By:  /s/ Elliot D. Schuler
     David W. Parham
     State Bar No. 15459500
     Elliot D. Schuler
     State Bar No. 24033046
     2300 Trammell Crow Center
     2001 Ross Avenue
     Dallas, Texas 75201
     Telephone: (214) 978-3000
     Facsimile:  (214) 978-3099
     E-mail: david.w.parham@bakernet.com
     E-mail: elliot.d.schuler@bakernet.com

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**

## **CERTIFICATE OF SERVICE**

On August 20, 2010, the undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities through the Court's ECF system and via United States mail, first-class postage pre-paid and properly addressed upon those indicated as not receiving electronic notice on the ECF Receipt.

    /s/ Elliot D. Schuler
    Elliot D. Schuler