**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

**ORDER GRANTING MOTION TO ABANDON OR DESTROY ESTATE RECORDS**

On this day the Court considered the Motion to Abandon or Destroy Estate Records (the "Motion to Abandon"). After having considered the pleadings and the record in this case, the Court finds that sufficient cause exists to grant the Motion to Abandon. It is therefore

**ORDERED** that the Motion to Abandon is **GRANTED**; it is further

**ORDERED** that the Trustee is authorized to abandon or destroy all books and records of these bankruptcy estates.

**#End of Order#**