David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
Baker & McKenzie
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE
OF THE SUPERIOR CREDITOR'S TRUST**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | **Case No. 08-36705-BJH-11** |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

**CERTIFICATE OF NO OBJECTION**

[Relates to Docket No. 650]

Marla Reynolds, in her capacity as Trustee of the Superior Creditor's Trust (the "Trustee"), by and through counsel of record files this Certificate of No Objection with regard to the Application for Entry of Final Decree Pursuant to Section 350 of the United States Bankruptcy Code [Docket No. 650] (the "Final Decree Application") and respectfully shows the Court as follows:

1. On August 20, 2010, the Trustee filed and properly served the Final Decree Application on all interested parties.

2. The deadline to file a response to the Final Decree Application was September 10, 2010.

3. The Trustee has reviewed the Court's docket, and, as of September 16, 2010, the docket does not reflect the filing of a response in opposition to the Final Decree Application.

DALDMS/681947. 1

Dated: September 16, 2010
       Dallas, Texas

                                         Respectfully submitted,

                                         BAKER & MCKENZIE LLP

                                         By:  /s/ Elliot D. Schuler
                                                David W. Parham
                                                State Bar No. 15459500
                                                Elliot D. Schuler
                                                State Bar No. 24033046
                                                2300 Trammell Crow Center
                                                2001 Ross Avenue
                                                Dallas, Texas 75201
                                                Telephone: (214) 978-3000
                                                Facsimile:  (214) 978-3099
                                                E-mail: david.w.parham@bakernet.com
                                                E-mail: elliot.d.schuler@bakernet.com

                                                **ATTORNEYS FOR MARLA REYNOLDS, TRUSTEE OF THE SUPERIOR CREDITOR'S TRUST**


## CERTIFICATE OF SERVICE

      On September 16, 2010, the undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the persons or entities through the Court's ECF system and via United States mail, first-class postage pre-paid and properly addressed upon those indicated as not receiving electronic notice on the ECF Receipt.

                                                /s/ Elliot D. Schuler
                                                    Elliot D. Schuler