U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Barbara J. Houser*
**United States Bankruptcy Judge**

Signed September 22, 2010

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.** § | |
| § | |
| **DEBTOR-IN POSSESSION.** § | |

### ORDER GRANTING MOTION TO ABANDON OR DESTROY ESTATE RECORDS
[Relates to Docket No. 649]

On this day the Court considered the Motion to Abandon or Destroy Estate Records (the "Motion to Abandon"). After having considered the pleadings and the record in this case, the Court finds that sufficient cause exists to grant the Motion to Abandon. It is therefore

**ORDERED** that the Motion to Abandon is **GRANTED**; it is further

**ORDERED** that the Trustee is authorized to abandon or destroy all books and records of these bankruptcy estates.

**#End of Order#**