

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Barbara J. Houser*
**United States Bankruptcy Judge**

**Signed September 22, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | |
| DEBTOR-IN POSSESSION. | § | |

### ORDER ALLOWING APPLICATION FOR ENTRY OF FINAL DECREE PURSUANT TO SECTION 350 OF THE UNITED STATES BANKRUPTCY CODE

[Relates to Docket No. 650]

On this day the Court considered the Application for Entry of Final Decree Pursuant to Section 350 of the United States Bankruptcy Code (the "Final Decree Application") for the estate of Superior Air Parts, Inc. (the "Debtor" or "Superior"). After having considered the pleadings and the record in this case, the Court finds that this case has been fully administered and that sufficient cause exists to grant the Final Decree Application. It is therefore

**ORDERED** that the Final Decree Application is **GRANTED**; it is further

**ORDERED** that this Chapter 11 case is closed and that the Court retains jurisdiction to reopen this case for the purposes and to the extent provided in the Confirmation Order and the Plan.

#End of Order#

DALDMS/681946. 1