Case 08-36705-bjh11　　Doc 655　　Filed 09/25/10　　Entered 09/25/10 23:35:34　　Desc
Imaged Certificate of Service　　Page 1 of 2

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature]*

**United States Bankruptcy Judge**

Signed September 22, 2010

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

### ORDER GRANTING MOTION TO ABANDON OR DESTROY ESTATE RECORDS
[Relates to Docket No. 649]

On this day the Court considered the Motion to Abandon or Destroy Estate Records (the "Motion to Abandon"). After having considered the pleadings and the record in this case, the Court finds that sufficient cause exists to grant the Motion to Abandon. It is therefore

**ORDERED** that the Motion to Abandon is **GRANTED**; it is further

**ORDERED** that the Trustee is authorized to abandon or destroy all books and records of these bankruptcy estates.

**#End of Order#**

DALDMS/681949. 1

# CERTIFICATE OF NOTICE

```
District/off: 0539-3          User: ajones                Page 1 of 1            Date Rcvd: Sep 23, 2010
Case: 08-36705                Form ID: pdf012             Total Noticed: 2

The following entities were noticed by first class mail on Sep 25, 2010.
aty          +Marla Charlene Reynolds,   Lain, Faulker & Co., P.C.,    400 N. St. Paul, Suite 600,
               Dallas, TX 75201-6897
aty          +Robert P. Franke,   Strasburger & Price, LLP,   600 Congress Ave., Ste. 1600,
               Austin, TX 78701-2974

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2010**          **Signature:** _Joseph Speetjens_