

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



The following constitutes the ruling of the court and has the force and effect therein described.

*Barbara J. Houser*

**United States Bankruptcy Judge**

**Signed September 22, 2010**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. | § | |
| | § | |
| DEBTOR-IN POSSESSION. | § | |

### ORDER ALLOWING APPLICATION FOR ENTRY OF FINAL DECREE PURSUANT TO SECTION 350 OF THE UNITED STATES BANKRUPTCY CODE
[Relates to Docket No. 650]

On this day the Court considered the Application for Entry of Final Decree Pursuant to Section 350 of the United States Bankruptcy Code (the "Final Decree Application") for the estate of Superior Air Parts, Inc. (the "Debtor" or "Superior"). After having considered the pleadings and the record in this case, the Court finds that this case has been fully administered and that sufficient cause exists to grant the Final Decree Application. It is therefore

ORDERED that the Final Decree Application is **GRANTED**; it is further

ORDERED that this Chapter 11 case is closed and that the Court retains jurisdiction to reopen this case for the purposes and to the extent provided in the Confirmation Order and the Plan.

**#End of Order#**

# CERTIFICATE OF NOTICE

District/off: 0539-3          User: ajones          Page 1 of 1          Date Rcvd: Sep 23, 2010
Case: 08-36705               Form ID: pdf012        Total Noticed: 2

The following entities were noticed by first class mail on Sep 25, 2010.
aty            +Marla Charlene Reynolds,   Lain, Faulker & Co., P.C.,   400 N. St. Paul, Suite 600,
                Dallas, TX 75201-6897
aty            +Robert P. Franke,   Strasburger & Price, LLP,   600 Congress Ave., Ste. 1600,
                Austin, TX 78701-2974

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2010**                    **Signature:**