**CASE NAME: Superior Air Parts, Inc.**

**CASE NUMBER: 08-36705-BJH**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

# FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILIATION

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete  Declaration of the preparer (other than responsible party), is based on all information o which preparer has any knowledge

**RESPONSIBLE PARTY:**

Original Signature of Responsible Party          *[signature]*

Printed Name of Responsible Party          MARLA REYNOLDS

Title          Trustee

Date          10/6/10

**PREPARER:**
Lain, Faulkner & Co., P.C.
Original Signature of Preparer          *[signature]*

Printed Name of Preparer          Keith Enger

Title          Accountant for Trustee

Date          10/6/10

# POST CONFIRMATION QUARTERLY OPERATING REPORT

**CASE NAME:** Superior Air Parts, Inc.

**CASE NUMBER:** 08-36705-BJH

**PERIOD COVERED:** Quarter Ending September 30, 2010

| | | |
|---|---|---:|
| 1. | BEGINNING OF PERIOD CASH BALANCE: | 555,700.82 |
| | CASH RECEIPTS: | |
| | CASH RECEIPTS DURING CURRENT QUARTER: | |
| | (a). Cash receipts-Transfers from Debtor | 0.00 |
| | (b). Cash receipts from interest | 5.32 |
| | (c). Cash receipts from sale of assets | 0.00 |
| | (d). Cash receipts from refunds | 0.00 |
| | (e). Cash receipts from other sources | 0.00 |
| 2. | TOTAL CASH RECEIPTS | 5.32 |
| | CASH DISBURSEMENTS: | |
| | (A). PAYMENTS MADE UNDER THE PLAN: | |
| | (1). Administrative | 0.00 |
| | (2). Secured Creditors | 0.00 |
| | (3). Priority Creditors | 0.00 |
| | (4). Unsecured Creditors | (474,332.51) |
| | (5). Additional Plan Payments | 0.00 |
| | (B). OTHER PAYMENTS MADE THIS QUARTER: | 0.00 |
| | (1). General Business | (15,950.45) |
| | (2). Other Disbursements (U.S. Trustee Fees) | (8,775.00) |
| 3. | TOTAL DISBURSEMENTS THIS QUARTER | (499,057.96) |
| 4. | CASH BALANCE END OF QUARTER<br>Line 1 - Plus Line 2 - Minus Line 3 = Line 4 | 56,648.18 |

# POST CONFIRMATION QUARTERLY BANK RECONCILEMENT

**CASE NAME:** Superior Air Parts, Inc.

**CASE NUMBER: 08-36705-BJH**

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to to the account number. Attach additional sheets for each bank reconcilement if necessary.

**PERIOD COVERED: Quarter Ending September 30, 2010**

| Bank Reconciliations | | Account # 1 | Account # 2 | Other Accounts | |
|---|---|---|---|---|---|
| A. | Bank | Bank Of America | Bank Of America | (Attach List) | |
| B. | Account Number | 4429005242 | 4429005255 | | TOTAL |
| C. | Purpose (Type) | Money Market | Distribution | | |
| 1. | Balance Per Bank Statement | 38,097.86 | 7,084.37 | 11,465.95 | 56,648.18 |
| 2. | Add: Total Deposits Not Credited | | | | |
| 3. | Subtract: Outstanding Checks | | - | | |
| 4. | Other Reconciling Items | | | | |
| 5. | Month End Balance Per Books | 38,097.86 | 7,084.37 | 11,465.95 | 56,648.18 |
| 6. | Number of Last Check Written | N/A | 3273 | | |
| 7. | Cash: Currency on Hand | | | | |
| 8. | Total Cash - End of Month | | | | 56,648.18 |

| CASH IN: INVESTMENT ACCOUNTS | | | |
|---|---|---|---|
| Bank, Account Name & Number | Date of Purchase | Type of Instrument | Value |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. Total Cash Investments | | | |

| 14. | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | 56,648.18 **** |
|---|---|---|---|

****Must tie to Line 4, Quarterly Operating Report

# POST CONFIRMATION QUARTERLY BANK RECONCILEMENT

SUPPLEMENT 1

**CASE NAME: Superior Air Parts, Inc.**

**CASE NUMBER: 08-36705-BJH**

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to to the account number. Attach additional sheets for each bank reconciliation if necessary.

**PERIOD COVERED: Quarter Ending September 30, 2010**

| Bank Reconciliations | | Account # 3 | Account # 4 | Account # 5 | |
|---|---|---|---|---|---|
| A. | Bank | Bank Of America | Texas Capital | Bank of America | |
| B. | Account Number | 4429005488 | 1111038525 | 4429008818 | TOTAL |
| C. | Purpose (Type) | Checking | Checking | Distribution Reserve | |
| 1. | Balance Per Bank Statement | - | - | 11,465.95 | 11,465.95 |
| 2. | Add: Total Deposits Not Credited | | | | |
| 3. | Subtract: Outstanding Checks | | | | |
| 4. | Other Reconciling Items | | | | |
| 5. | Month End Balance Per Books | - | - | 11,465.95 | 11,465.95 |
| 6. | Number of Last Check Written | 3,033 | N/A | N/A | |
| 7. | Cash: Currency on Hand | | | | |
| 8. | Total Cash - End of Month | | | | 11,465.95 |

| CASH IN: INVESTMENT ACCOUNTS | | | |
|---|---|---|---|
| Bank, Account Name & Number | Date of Purchase | Type of Instrument | Value |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. Total Cash Investments | | | |

| 14. | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | 11,465.95 **** |
|---|---|---|---|

****Must tie to Line 4, Quarterly Operating Report

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



The following constitutes the ruling of the court and has the force and effect therein described.

*Barbara J. Houser*
United States Bankruptcy Judge

Signed September 22, 2010

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

### ORDER ALLOWING APPLICATION FOR ENTRY OF FINAL DECREE PURSUANT TO SECTION 350 OF THE UNITED STATES BANKRUPTCY CODE
[Relates to Docket No. 650]

On this day the Court considered the Application for Entry of Final Decree Pursuant to Section 350 of the United States Bankruptcy Code (the "Final Decree Application") for the estate of Superior Air Parts, Inc. (the "Debtor" or "Superior"). After having considered the pleadings and the record in this case, the Court finds that this case has been fully administered and that sufficient cause exists to grant the Final Decree Application. It is therefore

**ORDERED** that the Final Decree Application is **GRANTED**; it is further

**ORDERED** that this Chapter 11 case is closed and that the Court retains jurisdiction to reopen this case for the purposes and to the extent provided in the Confirmation Order and the Plan.

#End of Order#

DALDMS/681946.1