THE STATE OF TEXAS                    **SERVICE COPY**
DISTRICT COURT, TARRANT COUNTY

*CITATION*                    *Cause No. 236-257478-12*

LYCOMING ENGINES, AND TEXTRON INNOVATIONS, INC.
VS.
SUPERIOR AIR PARTS, INC.

TO: SUPERIOR AIR PARTS INC.

B/S KENT ABERCROMBIE REGISTERED AGENT 621 S ROYAL LANE STE 100 COPPELL, TX 75019-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR PERMANENT INJUNCTION, AND REQUEST FOR DISCLOSURE at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 236th District Court ,401 W BELKNAP, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

*came to hand on 2-22-2012 at 3:00 P.M.*
*served on 2-22-2012 by SCH1098*

LYCOMING ENGINES, TEXTRON INNOVATIONS INC.

Filed in said Court on January 13th, 2012 Against
SUPERIOR AIR PARTS INC.

For suit, said suit being numbered 236-257478-12 the nature of which demand is as shown on said PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR PERMANENT INJUNCTION, AND REQUEST FOR DISCLOSURE a copy of which accompanies this citation.

DAVID D DENNY
Attorney for LYCOMING ENGINES Phone No. (214)740-4200
Address    3030 LINCOLN PLZ 500 N AKARD ST DALLAS, TX 75201

_____Thomas A. Wilder_____, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 17th day of January, 2012.

By _____ Deputy
KIMBERLY KRUMLAND

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 401 W BELKNAP, FORT WORTH TX 76196-0402

## OFFICER'S RETURN

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR PERMANENT INJUNCTION, AND REQUEST FOR DISCLOSURE, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy

Fees $_____    _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
                                                    _____
                                County of _____, State of _____