```
JIMSGTM8              TARRANT COUNTY DISTRICT CLERK'S OFFICE         Page:        1
                      ALL TRANSACTIONS FOR A CASE                    Date: 03/14/2012
                                                                     Time: 08:42
```

|  | Cause Number: 236-257478-12 | Date Filed: 01/13/2012 |
|---|---|---|
|  | LYCOMING ENGINES, AND TEXTRON INNOVATIONS, INC. | v s | SUPERIOR AIR PARTS, INC. |
|  | Cause of Action: OTHER CIVIL, DECLARATORY JUDGMENT |  |
|  | Case Status····: PENDING |  |

| Filemark | Description |  | Fee Total |
|---|---|---|---|
| 01/13/2012 | PLTFS' ORIG PETITION, REQ FOR PERM INJUNCTION & | NI | 249.00 |
| 01/13/2012 | COURT COST (PAID) trans #1 | Y | 249.00 |
| 01/13/2012 | CITATION-ISSUED ON SUPERIOR AIR PARTS INC.-ON | NI | 8.00 |
| 01/13/2012 | COURT COST (PAID) trans #3 | Y | 8.00 |
| 01/13/2012 | INFORMATION SHEET |  | 0.00 |

Total Number Of Records Printed:     5