Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX  75270-2599
Phone: (214) 742-2121
Fax: (214) 748-7949
Counsel for Defendant Superior Air Parts, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CHAPTER 11 |
| | § | CASE NO. 08-36705-BJH-11 |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jerry C. Alexander, James F. Adams and Christopher A. Robison hereby appear as counsel for Superior Air Parts, Inc., the debtor in above-styled bankruptcy proceeding, and respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon them as set forth below:

> Jerry C. Alexander
> James F. Adams
> Christopher A. Robison
> Passman & Jones
> 1201 Elm Street, Suite 2500
> Dallas, Texas 75270

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but additionally includes, without limitation, notices of any other pleadings, discovery, orders or correspondence, whether formal or informal.

        Respectfully submitted,

        /s/ Jerry C. Alexander
        Jerry C. Alexander
        Texas Bar No. 00993500
        James F. Adams
        Texas Bar No. 00863450
        Christopher A. Robison
        Texas Bar No. 24035720
        Passman & Jones
        1201 Elm Street, Suite 2500
        Dallas, TX  75270-2599
        Phone:  214-742-2121
        Fax:  214-748-7949
        COUNSEL FOR SUPERIOR AIR PARTS, INC.

**Certificate of Service**

The undersigned counsel hereby certifies that on March 14, 2012, pursuant to the Federal Rules of Bankruptcy Procedure, the foregoing instrument was served on the parties in interest listed below via prepaid first-class mail, hand-delivery, fax, ECF/PACER, email and/or other electronic means.

        /s/ Jerry C. Alexander
        Jerry C. Alexander

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

Charles H. Smith
Bryan S. David
David Denny
Smith & Moore, L.L.P.
3030 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6606
Fax: (214) 740-4242

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Suite 1600
Austin, TX 78701
Fax: (512) 499-3660
Email: stephen.roberts@strasburger.com