Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX  75270-2599
Phone: (214) 742-2121
Fax: (214) 748-7949
Counsel for Superior Air Parts, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CHAPTER 11 |
| | § | CASE NO. 08-36705-BJH-11 |
| DEBTOR. | § | |

**NOTICE OF HEARING ON
<u>MOTION TO REOPEN CASE</u>**

PLEASE TAKE NOTICE that Superior Air Parts, Inc.'s Motion to Reopen Case [Bankr. Doc. No. 662] in the above-styled bankruptcy case is set for hearing on April 17, 2012 at 3:15 pm before the Honorable Barbara J. Houser, United States Bankruptcy Judge in Courtroom #2 at 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

    Respectfully submitted,

    /s/ Jerry C. Alexander
    Jerry C. Alexander
    Texas Bar No. 00993500
    James F. Adams
    Texas Bar No. 00863450
    Christopher A. Robison
    Texas Bar No. 24035720
    Passman & Jones
    1201 Elm Street, Suite 2500
    Dallas, TX  75270-2599
    Phone:  214-742-2121
    Fax:  214-748-7949
    COUNSEL FOR SUPERIOR AIR PARTS, INC.

## Certificate of Service

The undersigned counsel hereby certifies that on March 15, 2012, pursuant to the Federal Rules of Bankruptcy Procedure, the foregoing instrument was served on the parties in interest listed below via prepaid first-class mail, hand-delivery, fax, ECF/PACER, email and/or other electronic means.

/s/ Jerry C. Alexander
Jerry C. Alexander

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

Charles H. Smith
Bryan S. David
David Denny
Smith & Moore, L.L.P.
3030 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6606

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Suite 1600
Austin, TX 78701