Dennis Olson
State Bar No. 15273500
OLSON NICOUD & GUECK, L.L.P.
1201 Main Street, Suite 2470
Dallas, Texas 75202
(214) 979-7302 – Telephone
(214) 979-7301 – Facsimile
Email: denniso@dallas-law.com

ATTORNEYS FOR LYCOMING ENGINES, A DIVISION OF AVCO CORPORATION
AND TEXTRON INNOVATIONS, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CHAPTER 11 |
| | § | CASE NO. 08-36705-BJH-11 |
| DEBTOR. | § | |

**LYCOMING ENGINES, A DIVISION OF AVCO CORPORATION
AND TEXTRON INNOVATIONS, INC.'S LIST OF WITNESSES AND
<u>EXHIBITS IN OPPOSITION TO DEBTOR'S MOTION TO REOPEN CASE</u>**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Lycoming Engines, a Division of AVCO Corporation, and Textron Innovations, Inc., and files this List of Witnesses and Exhibits in Opposition to Debtor's Motion to Reopen Case:

**I.
WITNESSES**

1.  Charles H. Smith.

2.  Any witnesses called by any other parties.

3.  Any witnesses necessary for rebuttal.

## II.
## EXHIBITS

1. The Court may be requested to take judicial notice of portions of the record in the case.

2. Any exhibit listed by any other party.

3. Any exhibits necessary for rebuttal.

                                          Respectfully submitted,

                                          OLSON NICOUD & GUECK, L.L.P.
                                          1201 Main Street, Suite 2470
                                          Dallas, Texas 75202
                                          Telephone:   (214) 979-7302
                                          Telecopier:   (214) 979-7301
                                          Email: denniso@dallas-law.com


                                      By: /s/   Dennis Olson
                                             Dennis Olson
                                             State Bar Number 15273500

                                        ATTORNEYS FOR LYCOMING ENGINES,
                                        A DIVISION OF AVCO CORPORATION
                                        AND TEXTRON INNOVATIONS, INC.


## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing instrument was served upon the following parties in interest via electronic means or by U. S. First Class Mail this 12th day of April, 2012.


Jerry C. Alexander
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599

                                              /s/   Dennis Olson
                                              Dennis Olson