Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
PASSMAN & JONES
1201 Elm Street, Suite 2500
Dallas, TX  75270-2599
Phone: (214) 742-2121
Fax: (214) 748-7949
COUNSEL FOR SUPERIOR AIR PARTS, INC.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE** | § | CHAPTER 11 |
| | § | CASE NO. 08-36705-BJH-11 |
| **SUPERIOR AIR PARTS, INC.,** | § | |
| | § | *DATE: MAY 15, 2012* |
| **DEBTOR.** | § | *TIME: 3:15 P.M.* |

### AMENDED NOTICE OF HEARING

You are hereby advised that a hearing regarding Defendant's Motion to Reopen Case [Bankr. Doc. #662] has been rescheduled from April 17, 2012, at 3:15 p.m. to May 15, 2012 at 3:15 p.m., at the Federal Building located at 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, Texas 75242, before the Honorable Barbara J. Houser, Chief United States Bankruptcy Judge, at which time the Court will consider the Motion to Reopen Case, and any responses thereto, in the above-captioned matter.

Respectfully submitted,

/s/ Jerry C. Alexander
Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX  75270-2599
Phone:  214-742-2121
Fax:  214-748-7949
COUNSEL FOR SUPERIOR AIR PARTS, INC.

## Certificate of Service

The undersigned counsel hereby certifies that on April 13, 2012, pursuant to the Federal

Rules of Bankruptcy Procedure, the foregoing instrument was served on the parties listed below via

prepaid first-class mail.

/s/ Jerry C. Alexander
Jerry C. Alexander

Charles H. Smith
Smith & Moore, L.L.P.
3030 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6606

Dennis Olson
Olson, Nicoud & Gueck, L.L.P.
1201 Main Street, Suite 2470
Dallas, TX 75202