U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Barbara J. Houser*
**United States Bankruptcy Judge**

**Signed May 22, 2012**

---

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CHAPTER 11 |
| | § | CASE NO. 08-36705-BJH-11 |
| DEBTOR. | § | |

### ORDER GRANTING MOTION TO REOPEN CASE

Came on to be considered Superior Air Parts, Inc.'s (*"Superior"* or *"Debtor"*) Motion to Reopen Case pursuant to 11 U.S.C. §350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure [Dkt. 662] (the "*Motion*"). After considering the Motion, the Objection thereto [Dkt. 664], the evidence presented at the hearing on May 15, 2012, and the arguments of counsel, the Court believes the Motion is meritorious and should be granted. It is therefore

ORDERED that this case be and hereby is reopened pursuant to 11 U.S.C. 350(b).

# # # END OF ORDER # # #