

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed May 22, 2012**

---

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CHAPTER 11 |
| | § | CASE NO. 08-36705-BJH-11 |
| DEBTOR. | § | |

### ORDER GRANTING MOTION TO REOPEN CASE

Came on to be considered Superior Air Parts, Inc.'s ("*Superior*" or "*Debtor*") Motion to Reopen Case pursuant to 11 U.S.C. §350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure [Dkt. 662] (the "*Motion*"). After considering the Motion, the Objection thereto [Dkt. 664], the evidence presented at the hearing on May 15, 2012, and the arguments of counsel, the Court believes the Motion is meritorious and should be granted. It is therefore

ORDERED that this case be and hereby is reopened pursuant to 11 U.S.C. 350(b).

# # # END OF ORDER # # #

United States Bankruptcy Court
Northern District of Texas

In re:                                                                    Case No. 08-36705-bjh
Superior Air Parts, Inc.                                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3           User: jblanco              Page 1 of 3              Date Rcvd: May 23, 2012
                               Form ID: pdf025           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2012.
db       +Superior Air Parts, Inc.,    621 S. Royal Lane, Suite 100,    Coppell, TX 75019-3877
aty      +B. Shane Barnes,    Meagher & Geer, PLLP,    33 South Sixth St., Ste. 4400,
           Minneapolis, MN 55402-3720
aty       Daniel P. Winikka,    Jones Day,    2727 N. Harwood St.,    Dallas, TX 75201-1515
aty      +Kevin H. Good,    1700 Pacific Avenue,    Suite 2250,   Dallas, TX 75201-7316
aty      +Kevin H. Good,    7278 Tangleglen Place,    Dallas, TX 75248-5625
aty      +Krystina N. Jiron,    Atkinson & Brownell, P.A.,    One Biscayne Tower,
           2 S. Biscayne Blvd., Ste 3750,    Miami, FL 33131-1804
aty      +Marla Charlene Reynolds,    Lain, Faulker & Co., P.C.,    400 N. St. Paul, Suite 600,
           Dallas, TX 75201-6897
aty      +Pronske & Patel, P.C.,    2200 Ross Ave. Ste. 5350,    Dallas, TX 75201-7903
aty      +Robert P. Franke,    Strasburger & Price, LLP,    600 Congress Ave., Ste. 1600,
           Austin, TX 78701-2974
aty      +Strasburger & Price, LLP,    co Stephen A. Roberts,    600 Congress Avenue,    Suite 1600,
           Austin, TX 78701-2974,    U.S.A.
aty      +Timothy S. McFadden,    Locke Lord Bissell & Liddell LLP,    111 South Wacker Drive,
           Chicago, IL 60606-4409
aty      +Warren H. Smith,    Warren H. Smith & Associates, P.C.,    325 N. St. Paul Street, Suite 1250,
           Dallas, TX 75201-3869
aty       William B. Freeman,    Pillsbury Winthrop LLP,    725 S. Figueroa St.,    Ste. 2800,
           Los Angeles, CA 90017-5406
aty      +William G. Burd,    Atkinson & Brownell, P.A.,    One Biscayne Tower,
           2 S. Biscayne Blvd., Ste 3750,    Miami, FL 33131-1804
aty      +William O. Angelley,    Kreindler & Kreindler LLP,    707 Wilshire Blvd., 41th Floor,
           Los Angeles, CA 90017-3625
tr       +Marla Reynolds,    Lain, Faulkner & Co., P.C.,    400 N. St. Paul, Ste. 600,
           Dallas, TX 75201-6897
cr       +Airsure Ltd., LLC,    Rosa Orenstein,    Looper Reed & McGraw, P.C.,    1601 Elm Street,
           Suite 4100,    Dallas, TX 75201-7274
cr       +Argo Partners,    12 West 37th Street, 9th Floor,    New York, NY 10018-7381
cr       +Aviation Parts Supply, Inc.,    Billy G. Leonard, Jr.,    Attorney at Law,
           1650 W. Virginia Street, Suite 211,    McKinney, TX 75069-7703
cr       +Bradley L. Derubba,    120 North Crandon Avenue,    Niles, OH 44446-3415
cr       +CT Corporation,    1209 Orange Street,    Wilmington, DE 19801-1120
cr       +Crane Cams Inc.,    530 Fentress Blvd.,    Dayton Beach, FL 32114-1210
cr       +Eck Industries, Inc.,    c/o Jason S. Brookner,    Andrews Kurth LLP,    1717 Main Street Suite 3700,
           Dallas, TX 75201-4749
cr       +Fair Harbor Capital, LLC,    1841 Broadway Suite 1007,    New York, NY 10023-7649
cr       +Kurt Manufacturing Company, Inc.,    5280 Main Street, N.E.,    Minneapolis, MN 55421-1594
cr       +Marlow, Connell, Valerius et al,    4000 Ponce de Leon Blvd., Ste. 570,
           Coral Gables, FL 33146-1431
cr       +Marshall Dean,    5228 La Taste Ave.,    El Paso, TX 79924-4633
cr       +Michael Badger,    P.O. Box 2950,    Post Falls, ID 83877-2950
cr        Neil Aitkenhead,    2103-1Peak Avenue,    Main Beach,    Queensland, 4217, Australia
intp     +Quilling, Selander, Cummiskey & Lownds, PC,    c/o Kenneth A. Hill,
           2001 Bryan Street, Suite 1800,    Dallas, TX 75201-3070
cr       +Riverside Claims, LLC.,    PO BOX 626,    Planetarium Station,    New York, NY 10024-0626
cr       +Roger W. Stallkamp,    3548 Old Oaks Drive,    Beavercreek, OH 45431-2412
cr       +Rudolf E. Mantel,    Rudy Mantel and Associates,    6885 N.W. 12th Street,
           Plantation, FL 33313-6020
cr        Superior Creditors Trust,    Marla Reynolds, Trustee
cr       +TW Telecom Inc.,    co Linda Boyle,    10475 Park Meadows Dr. Ste. 400,    Littleton, CO 80124-5454
cr       +Tennessee Dept. of Revenue,    TN Attorney General Office,    Bankruptcy Division,    P.O. Box 20207,
           Nashville, TN 37202-4015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr       +E-mail/Text: sandyscafaria@eaton.com May 24 2012 04:48:28      Eaton Corporation,
           Global Trade Credit,    1111 Superior Avenue,    Cleveland, OH 44114-2535
cr       +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 24 2012 04:25:14      Liquidity Solutions, Inc.,
           One University Plaza, Suite No. 312,    Hackensack, NJ 07601-6201
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Tom Tong
cr           American International Group, Inc.
aty      ##+Warren H. Smith,    Warren H. Smith & Associates, P.C.,    325 N. St. Paul, Suite 1275,
           Dallas, TX 75201-3886
cr       ##+Anita F. McMahon,    1646 Belmont Avenue,    Baton Rouge, LA 70808-1004
                                                                                   TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0539-3          User: jblanco              Page 2 of 3                Date Rcvd: May 23, 2012
                              Form ID: pdf025            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0539-3          User: jblanco              Page 3 of 3              Date Rcvd: May 23, 2012
                              Form ID: pdf025            Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2012 at the address(es) listed below:

        Beverly Cahill Rice     on behalf of Creditor   Tygris Vendor Finance, Inc. brice@bhhlaw.com
        Billy G. Leonard    on behalf of Creditor   Aviation Parts Supply, Inc. bleonard@billyleonardlaw.com
        Chester B. Salomon     on behalf of Consultant   Corporate Finance Partners Midcap GmbH
         csalomon@beckerglynn.com,   lmueller@beckerglynn.com;shennessey@beckerglynn.com
        Christina Walton Stephenson     on behalf of Creditor   Wrongful Death Claimants
         cstephenson@pronskepatel.com,
         gpronske@pronskepatel.com;rpatel@pronskepatel.com;smeiners@pronskepatel.com;admin@pronskepatel.co
         m;lwhatley@pronskepatel.com;jkathman@pronskepatel.com;mgoolsby@pronskpatel.com;yakinwolemiwa@pron
         skepatel.com
        Christopher Alan Robison     on behalf of Debtor   Superior Air Parts, Inc.
         robisonc@passmanjones.com,   verar@passmanjones.com
        David William Parham    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         david.parham@bakermckenzie.com,   will.daugherty@bakermckenzie.com;julia.rogic@bakermckenzie.com
        Dennis Oliver Olson     on behalf of Creditor   Textron Inc. denniso@dallas-law.com
        Duane J. Brescia    on behalf of Attorney   Strasburger & Price, LLP duane.brescia@strasburger.com,
         angela.dunn@strasburger.com;donna.krupa@strasburger.com;bkrtcynotices@strasburger.com
        Elizabeth Weller     on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
         dalia.balderas@publicans.com;Kaletha.Dotson@lgbs.com;Della.Camarillo@lgbs.com
        Elliot D. Schuler     on behalf of Creditor   Superior Creditors Trust
         elliot.schuler@bakermckenzie.com,   julia.rogic@bakermckenzie.com
        Gregory A. Lowry    on behalf of Creditor   Lloyd's of London, Omega Syndicate 958
         glowry@lockelord.com
        Gregory M. Zarin    on behalf of Creditor   Ace Grinding & Machine Co. gzarin@hcmlp.com
        Howard A. Borg    on behalf of Creditor   Federal Aviation Administration -FAA
         howard.borg@usdoj.gov,   ginger.sanchez@usdoj.gov,mattie.compton@usdoj.gov
        James F. Adams    on behalf of Debtor   Superior Air Parts, Inc. jimadams@passmanjones.com
        Jason S. Brookner    on behalf of Creditor   Eck Industries, Inc. jbrookner@akllp.com,
         susanholley@andrewskurth.com
        Jerry C. Alexander     on behalf of Debtor   Superior Air Parts, Inc. alexanderj@passmanjones.com,
         cstephens@passmanjones.com;chandlers@passmanjones.com
        Johnathan Collins     on behalf of Creditor   Lloyd's of London, Omega Syndicate 958
         jcollins@lockelord.com
        Kenneth A. Hill    on behalf of Interested Party   Quilling, Selander, Cummiskey & Lownds, PC
         kenhill@qsclpc.com,   cwaggoner@qslwm.com
        Larry K. Hercules    on behalf of Creditor   Zanzi, S.p.A. lkhercules@yahoo.com
        Laurie Spindler Huffman     on behalf of Creditor   City of Coppell Laurie.Spindler@publicans.com,
         Dallas.bankruptcy@publicans.com;Della.Camarillo@lgbs.com
        Matthew Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
        Melissa S. Hayward    on behalf of Creditor   Lloyd's of London, Omega Syndicate 958
         MHayward@FSLHlaw.com,   mholmes@fslhlaw.com,jhind@fslhlaw.com
        Michael Benton Willey     on behalf of Creditor   Tennessee Dept. of Revenue agbanktexas@ag.tn.gov,
         michael.willey@ag.tn.gov
        Michael E. Emrich    on behalf of Creditor   Riverside Claims, LLC. notice@regencap.com
        Michael L. Jones    on behalf of Creditor   Combustion Technologies, Inc. mjones@henryandjones.com
        Michael S. Leib    on behalf of Creditor   Ace Grinding & Machine Co. msl@maddinhauser.com
        Michelle E. Shriro    on behalf of Creditor   Henry W. Bailey, Jr. and Carole Bailey, et al and
         Janet L. Innis, et al and Roxanne Cherry, et al and Toby Desch mshriro@singerlevick.com,
         ckirkland@singerlevick.com;croote@singerlevick.com
        Neil J. Orleans    on behalf of Creditor   Aviall, Inc. neilo@gucl.com
        Robert P. Franke    on behalf of Debtor   Superior Air Parts, Inc. robert.franke@strasburger.com,
         mina.alvarez@strasburger.com;andrew.edson@strasburger.com
        Robert Powers Shepard     on behalf of Creditor   Genesee Stamping and Fabricating, Inc.
         rshepard@phmsw.com
        Rosa R. Orenstein     on behalf of Creditor   Airsure Ltd., LLC rorenstein@sullivanholston.com,
         cthompson@sullivanholston.com;s20@sullivanholston.com;nnichols@sullivanholston.com
        Sarah Brooke Davis     on behalf of Creditor   Thielert Aircraft Engines GmbH sdavis@bmpllp.com,
         bskandier@bmpllp.com
        Sean Andrew Gordon     on behalf of Creditor   Texas Dugan Limited Partnership
         sean.gordon@thompsonhine.com
        Shari L. Heyen    on behalf of Creditor   Lloyd's of London, Omega Syndicate 958 heyens@gtlaw.com,
         medfordw@gtlaw.com
        Stephen A. Roberts     on behalf of Attorney   Strasburger & Price, LLP
         stephen.roberts@strasburger.com,
         angela.dunn@strasburger.com;donna.krupa@strasburger.com;katherine.fite@strasburger.com;johanna.ho
         pkins@strasburger.com;bkrtcynotices@strasburger.com
        Susan B. Hersh    on behalf of Creditor   Virgin Records America, Inc. susan@susanbhershpc.com,
         assistant@susanbhershpc.com
        UST U.S. Trustee    ustpregion06.da.ecf@usdoj.gov,   albert.loftus@usdoj.gov
        Vickie L. Driver    on behalf of Attorney   Pronske & Patel, P.C. vdriver@coffindriverlaw.com,
         pcoffin@coffindriverlaw.com;admin@coffindriverlaw.com;chull@coffindriverlaw.com;wbailey@coffindri
         verlaw.com;aolenczuk@coffindriverlaw.com

                                                                                                                   TOTAL: 38