ntchrg (rev. 05/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Superior Air Parts, Inc. § Case No.: 08–36705–bjh11
 § Chapter No.: 11
Debtor(s) §

## NOTICE SETTING Status Conference

A Status Conference has been set in the U.S. Bankruptcy Court for **December 2, 2013** at **01:15 PM** before the Honorable Barbara J. Houser at U.S. Bankruptcy Court, 1100 Commerce St.,14th Flr. Courtroom, Dallas, TX 75242 to consider

Status of case since reopening of bankruptcy

DATED:  November 14, 2013          FOR THE COURT:
                                   Tawana C. Marshall, Clerk of Court

                                   by: /s/V Salcido, Deputy Clerk