

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 14, 2013**

**United States Bankruptcy Judge**

_____

BTXN057 (rev. 04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Superior Air Parts, Inc. § Case No.:  08–36705–bjh11
 § Chapter No.:  11
Debtor(s) §

## ORDER DENYING MOTION FOR WANT OF PROSECUTION

The Court, after review of the file and docket in the above entitled and numbered case, finds that on July 11, 2013, Superior Air Parts, Inc. filed a Motion for Contempt "Motion to Show Cause" ("Motion"), document number 673.

Subsequently,

☐ a Certificate of No Objection has not been filed with respect to the Motion as required by N.D. TX L.B.R. 9007.1(e).

☑ no hearing has been requested.

☐ Proposed Order has not been submitted.

☐ the Court held a hearing on Hearing Date, at which time counsel announced that an order disposing of the Motion would be submitted

☐ the matter was removed from the Court's docket on representation of counsel that an order disposing of the Motion would be submitted

☐ the Court held a hearing on Hearing Date. After considering any evidence presented and the arguments of counsel, the court finds that the Motion is denied.

☑ Other : Motion is over 45 days old, and failure to prosecute motion

The Court further finds that insufficient action has been taken to obtain the relief sought. It is, therefore

**ORDERED** that the Motion is **DENIED** without prejudice to refiling.

# # # End of Order # # #