Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX  75270-2599
Phone: (214) 742-2121
Fax: (214) 748-7949
Counsel for Defendant Superior Air Parts, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CASE NO. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC., | § | CHAPTER 11 |
| | § | *Amended Date: December 4, 2013* |
| DEBTOR. | § | *Amended Time:  9:00 a.m.* |

**AMENDED NOTICE OF STATUS CONFERENCE**

You are hereby advised that the status conference regarding the foregoing bankruptcy case has been <u>rescheduled</u> from <u>December 2, 2013, at 1:15 p.m.</u> to <u>December 4, 2013 at 9:00 a.m.</u>, at the Federal Building located at 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, Texas 75242, before the Honorable Barbara J. Houser, Chief United States Bankruptcy Judge.

    Respectfully submitted,

    /s/ Jerry C. Alexander
    Jerry C. Alexander
    Texas Bar No. 00993500
    James F. Adams
    Texas Bar No. 00863450
    Christopher A. Robison
    Texas Bar No. 24035720
    Passman & Jones
    1201 Elm Street, Suite 2500
    Dallas, TX  75270-2599
    Phone:  214-742-2121
    Fax:  214-748-7949
    COUNSEL FOR SUPERIOR AIR PARTS, INC.

## Certificate of Service

The undersigned counsel hereby certifies that on November 15, 2013, pursuant to the Federal Rules of Bankruptcy Procedure, the foregoing instrument was served on the current parties in interest in the instant bankruptcy case via prepaid first-class mail, hand-delivery, fax, ECF/PACER, email and/or other electronic means.

/s/ Jerry C. Alexander
Jerry C. Alexander