Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX 75270-2599
Phone: (214) 742-2121
Fax: (214) 748-7949
Counsel for Superior Air Parts, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CHAPTER 11 |
| SUPERIOR AIR PARTS, INC., | § | CASE NO. 08-36705-BJH-11 |
| | § | HEARING DATE: DEC. 18, 2013 |
| DEBTOR. | § | HEARING TIME: 1:15 P.M. |

## NOTICE OF HEARING ON
## MOTION TO ENFORCE

PLEASE TAKE NOTICE that Superior Air Parts, Inc.'s Motion to Enforce [Bankr. Doc. No. 684] in the above-styled bankruptcy case is set for hearing on **December 18, 2013 at 1:15 p.m.** before the Honorable Barbara J. Houser, United States Bankruptcy Judge in Courtroom #2 at 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

Respectfully submitted,

/s/ Jerry C. Alexander
Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX 75270-2599
Phone: 214-742-2121
Fax: 214-748-7949
COUNSEL FOR SUPERIOR AIR PARTS, INC.

## Certificate of Service

The undersigned counsel hereby certifies that on November 20, 2013, pursuant to the Federal Rules of Bankruptcy Procedure, the foregoing instrument was served on the parties in interest listed below via prepaid first-class mail, hand-delivery, fax, ECF/PACER, email and/or other electronic means.

/s/ Jerry C. Alexander
Jerry C. Alexander

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

TAE and Centurion
c/o Daniel P. Winikka and Craig Simon
Simon, Ray & Winikka LLP
2525 McKinnon Street, Suite 540
Dallas, TX  75201