ntchrg (rev. 05/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Superior Air Parts, Inc. § Case No.: 08–36705–bjh11
 § Chapter No.: 11
Debtor(s) §

# AMENDED NOTICE SETTING Status Hearing

A Status Hearing has been set in the U.S. Bankruptcy Court for **December 12, 2013** at **01:15 PM** before the Honorable Barbara J. Houser at U.S. Bankruptcy Court, 1100 Commerce St.,14th Flr. Courtroom, Dallas, TX 75242 to consider

Rescheduled from 12/4. Status of reopening of case

DATED:  November 21, 2013

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/V Salcido, Deputy Clerk