Jerry C. Alexander  
Texas Bar No. 00993500  
James F. Adams  
Texas Bar No. 00863450  
Christopher A. Robison  
Texas Bar No. 24035720  
Passman & Jones  
1201 Elm Street, Suite 2500  
Dallas, TX 75270-2599  
Phone: (214) 742-2121  
Fax: (214) 748-7949  
Counsel for Superior Air Parts, Inc.

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF TEXAS  
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CHAPTER 11 |
| SUPERIOR AIR PARTS, INC., | § | CASE NO. 08-36705-BJH-11 |
| | § | HEARING DATE: DEC. 20, 2013 |
| DEBTOR. | § | HEARING TIME: 10:00 A.M. |

**AMENDED NOTICE OF HEARING**  
**ON MOTION TO ENFORCE**

You are hereby advised that the hearing on Superior Air Parts, Inc.'s Motion to Enforce [Bankr. Doc. No. 684] in the above-styled bankruptcy case has been <u>rescheduled</u> from **December 18, 2013 at 1:15 p.m.** to **December 20, 2013 at 10:00 a.m.** before the Honorable Barbara J. Houser, United States Bankruptcy Judge in Courtroom #2 at 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

Respectfully submitted,

/s/ Jerry C. Alexander  
Jerry C. Alexander  
Texas Bar No. 00993500  
James F. Adams  
Texas Bar No. 00863450  
Christopher A. Robison  
Texas Bar No. 24035720  
Passman & Jones  
1201 Elm Street, Suite 2500  
Dallas, TX 75270-2599  
Phone: 214-742-2121  
Fax: 214-748-7949  
COUNSEL FOR SUPERIOR AIR PARTS, INC.

## Certificate of Service

The undersigned counsel hereby certifies that on November 27, 2013, pursuant to the Federal Rules of Bankruptcy Procedure, the foregoing instrument was served on the parties in interest listed below via hand-delivery.

                                      /s/ Jerry C. Alexander
                                      Jerry C. Alexander

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

TAE and Centurion
c/o Daniel P. Winikka and Craig Simon
Simon, Ray & Winikka LLP
2525 McKinnon Street, Suite 540
Dallas, TX  75201