Craig Simon <csimon@srwlawfirm.com>                                                December 5, 2013  3:32 PM
To: "James F. Adams" <jimadams@passmanjones.com>, Chris Robison <robisonc@PassmanJones.com>
Cc: Dan Winikka <dwinikka@srwlawfirm.com>
Re: Superior/Thielert

Jim and Chris,

We have been trying to reach you today to determine where things stand with respect to all the outstanding scheduling issues. In particular, we need to know whether your client will agree to a short extension of the deadline for TAE's response to the motion to enforce. Please contact one of us today. Thanks. My cell number is below if you aren't able to reach me in the office.

Craig F. Simon
Simon, Ray & Winikka LLP
2525 McKinnon St., Suite 540
Dallas, TX 75201
csimon@srwlawfirm.com
469-759-1701 (direct)
214-906-9057 (cell)
www.srwlawfirm.com

**SRW LAW**
SIMON | RAY & WINIKKA | LLP

NOTICE:
This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not an intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you

On Dec 4, 2013, at 8:07 PM, Dan Winikka <dwinikka@srwlawfirm.com> wrote:

Jim, attached is a copy of the discovery that we went ahead and served today. Although we are still discussing an agreed schedule and mutually acceptable evidentiary hearing date for your motion to enforce, we wanted to go ahead and get the discovery we will need to you. This is the same discovery we would seek in connection with the arbitration proceeding if the judge determines that the dispute should go to arbitration. Please let us know as soon as possible about scheduling the evidentiary hearing on January 20 or 21 or the first week in February. Although the court had those dates open when we called yesterday, I am a little concerned that we end up agreeing on a date only to have the court then tell us that the date is no longer available. Finally, I believe that our deadline to respond to the motion to enforce may be on Monday, December 9. Can you agree to an extension of a couple of days while we try to work out the scheduling issues? Thanks.

<[Untitled]_2013120418355500.pdf>

Dan Winikka
SIMON, RAY & WINIKKA LLP
2525 McKinnon
Suite 540
Dallas, Texas 75201
dwinikka@srwlawfirm.com
469-759-1700 (office)
214-402-4523 (cell)
www.srwlawfirm.com

**SRW LAW**
SIMON | RAY & WINIKKA | LLP

NOTICE:
This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not an intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.