Craig F. Simon
Texas Bar No. 00784968
Matthew W. Ray
Texas Bar No. 00788248
Daniel P. Winikka
Texas Bar No. 00794873
Simon, Ray & Winikka LLP
2525 McKinnon Street, Suite 540
Dallas, TX 75201
Phone: (214) 871-2292
Facsimile: (469) 759-1699
Counsel for Dr. Kübler, in his capacity as Insolvency
Administrator of Thielert Aircraft Engines GmbH

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>SUPERIOR AIR PARTS, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 08-36705-BJH-11 |

NOTICE OF HEARING ON MOTION TO
CONTINUE HEARING ON MOTION TO ENFORCE [D.I. 690]

PLEASE TAKE NOTICE that the Insolvency Administrator's Motion to Continue Hearing on Motion to Enforce [D.I. 690] in the above-captioned bankruptcy case is set for hearing on **December 12, 2013 at 1:15 p.m.** before the Honorable Barbara J. Houser, United States Bankruptcy Judge in Courtroom #2 at 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

NOTICE OF HEARING ON MOTION TO CONTINUE – PAGE 1

Respectfully submitted,

**SIMON, RAY & WINIKKA LLP**

By: */s/ Craig F. Simon*

Craig F. Simon, Esq.
State Bar No. 00784968
Daniel P. Winikka, Esq.
State Bar No. 00794873
2525 McKinnon Street, Suite 540
Dallas, TX 75201
Telephone: (214) 871-2292
Facsimile: (469) 759-1699

***Counsel for the Insolvency Administrator***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of December 2013, a true and correct copy of the foregoing document has been served on the parties listed below via the Court's ECF filing system and via prepaid first-class mail and/or email.

/s/ Craig F. Simon

Craig F. Simon

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

Jerry Alexander
James Adams
Christopher Robison
Passman & Jones
1201 Elm Street, Suite 2500
Email: alexanderj@passmanjones.com
jimadams@passmanjones.com
robisonc@passmanjones.com