Craig F. Simon
Texas Bar No. 00784968
Daniel P. Winikka
Texas Bar No. 00794873
Simon, Ray & Winikka LLP
2525 McKinnon Street, Suite 540
Dallas, TX 75201
Phone: (214) 871-2292
Facsimile: (469) 759-1699
Counsel for Dr. Kübler, in his capacity as Insolvency
Administrator of Thielert Aircraft Engines GmbH

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>SUPERIOR AIR PARTS, INC.<br><br>      Debtor. | Chapter 11<br><br>Case No. 08-36705-BJH-11<br><br>**Date of Hearing: 01/21/2014**<br>**Time of Hearing: 9:15 a.m.** |

**NOTICE OF HEARING ON MOTION TO COMPEL ARBITRATION AND
DISMISS WITHOUT PREJUDICE OR STAY ALL PROCEEDINGS
RELATED TO SUPERIOR AIR PARTS, INC.'S MOTION TO ENFORCE**

PLEASE TAKE NOTICE that the Motion of Dr. Bruno Kübler, in his capacity as insolvency administrator (the "Insolvency Administrator") of Thielert Aircraft Engines GmbH, to Compel Arbitration and Dismiss Without Prejudice or Stay All Proceedings Related to Superior Air Parts, Inc.'s Motion to Enforce [D.I. 689] in the above-captioned bankruptcy case is set for hearing on January 21, 2014 at 9:15 a.m. before the Honorable Barbara J. Houser, United States Bankruptcy Judge in Courtroom #2 at 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

Dated:  December 20, 2013

        **SIMON, RAY & WINIKKA LLP**

        By: */s/ Daniel P. Winikka*

        Craig F. Simon, Esq.
        State Bar No. 00784968
        Daniel P. Winikka, Esq.
        State Bar No. 00794873
        2525 McKinnon Street, Suite 540
        Dallas, TX  75201
        Telephone:  (214) 871-2292
        Facsimile:   (469) 759-1699

        *Counsel for the Insolvency Administrator*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of December 2013, a true and correct copy of the foregoing document has been served on the parties listed below via the Court's ECF filing system, first class mail or other appropriate means.

/s/ Daniel P. Winikka

Daniel P. Winikka

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496


Jerry Alexander
James Adams
Christopher Robison
Passman & Jones
1201 Elm Street, Suite 2500
Email:  alexanderj@passmanjones.com
        jimadams@passmanjones.com
        robisonc@passmanjones.com