Craig F. Simon
Texas Bar No. 00784968
Daniel P. Winikka
Texas Bar No. 00794873
SIMON, RAY & WINIKKA LLP
2525 McKinnon Street, Suite 540
Dallas, TX 75201
Phone: (214) 871-2292
Facsimile: (469) 759-1699
Counsel for Dr. Kübler, in his capacity as Insolvency
Administrator of Thielert Aircraft Engines GmbH

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>SUPERIOR AIR PARTS, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 08-36705-BJH-11 |

### WITHDRAWAL OF MOTION FOR EXPEDITED CONSIDERATION
### OF MOTION TO COMPEL ARBITRATION

Dr. Bruno Kübler, in his capacity as Insolvency Administrator (the "Insolvency Administrator") of Thielert Aircraft Engines GmbH ("TAE"), hereby withdraws his Motion for Expedited Consideration of Motion to Compel Arbitration [D.I. 692], which was rendered moot when the Court scheduled the Motion to Compel Arbitration [D.I. 689] for hearing on January 21, 2014.

-1-

-2-

Dated: December 27, 2013

                Respectfully submitted,

                /s/ Daniel P. Winikka
                Craig F. Simon, Esq.
                State Bar No. 00784968
                Daniel P. Winikka, Esq.
                State Bar No. 00794873
                SIMON, RAY & WINIKKA LLP
                2525 McKinnon Street, Suite 540
                Dallas, TX 75201
                Telephone: (214) 871-2292
                Facsimile: (469) 759-1699

***Counsel for Dr. Bruno Kübler, in his Capacity as Insolvency Administrator of Thielert Aircraft Engines GmbH***

-3-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 27th day of December 2013, a true and correct copy of the foregoing document has been served on the parties listed below via the Court's ECF filing system and via prepaid first-class mail and/or email.

                          /s/ Daniel P. Winikka
                          DANIEL P. WINIKKA

Jerry Alexander
James Adams
Christopher Robison
PASSMAN & JONES
1201 Elm Street, Suite 2500
Dallas, TX 75270