

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 31, 2014**

**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CHAPTER 11 |
| | § | CASE NO. 08-36705-BJH-11 |
| DEBTOR. | § | |

### ORDER REGARDING THIELERT AIRCRAFT ENGINES GMBH'S
### MOTION TO COMPEL ARBITRATION

CAME ON TO BE CONSIDERED the Motion to Compel Arbitration (the "*Motion*") [Bankr. Doc. #689] filed by Dr. Bruno Kübler in his capacity as the German insolvency administrator for Thielert Aircraft Engines GmbH. After considering the Motion, the Response [Bankr. Doc. #696], the Reply [Bankr. Doc. #700], and the presentations of counsel at the January 21, 2014 hearing, the Court finds that that the Motion should be DENIED for the reasons stated on the record at the January 21, 2014 hearing.

Accordingly, it is hereby ORDERED that the Motion to Compel Arbitration [Bankr. Doc. # 689] is DENIED.

###END OF ORDER###