Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
PASSMAN & JONES
A Professional Corporation
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
(214) 742-2121 Telephone
(214) 748-7949 Facsimile
alexanderj@passmanjones.com
jimadams@passmanjones.com
robisonc@passmanjones.com

COUNSEL FOR SUPERIOR AIR PARTS, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re | § | |
| | § | Case No. 08-36705-bjh-11 |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | **New Date of Hearing:**   05/21/2014 |
| | § | **New Time of Hearing:**   9:00 a.m. |

**THIRD AMENDED NOTICE OF HEARING
ON SUPERIOR AIR PARTS, INC.'S MOTION TO ENFORCE**

PLEASE TAKE NOTICE that Superior Air Parts, Inc.'s Motion to Enforce [Bankr. Doc. No. 684] in the above-styled bankruptcy case has been **reset** for hearing from April 16, 2014, at 9:00 a.m., **to May 21, 2014, at 9:00 a.m.,** before the Honorable Barbara J. Houser, United States Bankruptcy Judge, in Courtroom #2, located at 1100 Commerce Street, 14th Floor, Dallas, Texas 75242. The parties, by agreement, are rescheduling the hearing on the Motion to Enforce in order to continue exploring settlement of Motion, not solely for purposes of delay.[1]

---

[1] The hearing is also being rescheduled because one of Superior's counsel is scheduled to undergo a medical procedure on April 10, 2014, which may impair said counsel's ability to conduct the hearing previously set on April 16, 2014.

**THIRD AMENDED NOTICE OF HEARING ON SUPERIOR AIR PARTS, INC.'S
MOTION TO ENFORCE**   PAGE 1
361131

Respectfully submitted:

PASSMAN & JONES
A Professional Corporation

By: */s/ Christopher A. Robison*
    Jerry C. Alexander
    Texas Bar No. 00993500
    James F. Adams
    Texas Bar No. 00863450
    Christopher A. Robison
    Texas Bar No. 24035720
    1201 Elm Street, Suite 2500
    Dallas, Texas 75270-2599
    (214) 742-2121 Telephone
    (214) 748-7949 Facsimile
    alexanderj@passmanjones.com
    jimadams@passmanjones.com
    robisonc@passmanjones.com

COUNSEL FOR SUPERIOR AIR PARTS, INC.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 7th day of April, 2014, pursuant to the Federal Rules of Bankruptcy Procedure, the foregoing instrument was served on the parties in interest listed below via prepaid first-class mail, hand-delivery, facsimile, ECF/PACER, email and/or other electronic means.

    Daniel P. Winikka
    Craig Simon
    SIMON, RAY & WINIKKA LLP
    2525 McKinnon Street, Suite 540
    Dallas, Texas 75201
    *Counsel for Dr. Kubler, in his capacity*
    *as Insolvency Administrator for*
    *Thielert Aircraft Engines GmbH*

    */s/ Christopher A. Robison*
    Christopher A. Robison