

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 17, 2014**

**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CHAPTER 11 |
| | § | CASE NO. 08-36705-BJH-11 |
| DEBTOR. | § | |

### AGREED PROTECTIVE ORDER

The Court considered the request of Superior Air Parts, Inc. ("Superior"), and Dr. Bruno Kübler ("Kübler"), as insolvency administrator of Thielert Aircraft Engines GmbH ("TAE") (collectively, the "Parties") for an Agreed Protective Order protecting the confidentiality of information to be produced by the Parties in connection with Superior's Motion to Enforce [Dkt. 684], and after having considered the request and the agreement of the Parties, the Court hereby ORDERS:

1.     That the following definitions shall apply to this Order:

a.      "*Confidential Information*" shall mean documents or other tangible items which are designated and/or marked by any Party as "*CONFIDENTIAL,*" and any other information ordered to be produced and determined to be confidential by the Court. Confidential Information expressly includes design and test data, .pdf drawings labeled as "Superior Air Parts, Inc. Dallas, Texas," and data files in the possession of TAE or Kübler containing the following extensions: .asm, .prt, .drw, .stp, .igs, .step, or .x_t.

b.      "*Qualified Persons*" shall mean: the Parties and their employees, agents and representatives, attorneys for the Parties, including all partners, associate attorneys, clerks, paralegal assistants and secretaries operating under the direct supervision of such partners or their associate attorneys, whose knowledge is essential to the Motion to Enforce, consultants and expert witnesses, and outside vendors utilized by the Parties and/or their counsel in connection with the Motion to Enforce.

2.      That Confidential Information shall be designated and/or marked by the Party producing it as "CONFIDENTIAL."

3.      That Confidential Information shall be used only in connection with the pending Motion to Enforce and shall not be disclosed or used for any other purpose without further order of the Court.

4.      That Confidential Information, including the substance or content of the confidential information, as well as all notes and memoranda relating thereto, shall not be disclosed to anyone other than a Qualified Person.

5.      That Confidential Information shall be maintained under the supervision of a Qualified Person at all times.

6.      That the prohibitions of this Protective Order do not apply to either Party's use of its own Confidential Information in the course of its own business or as otherwise required by law or Court order.   A designation of Confidential Information by a Party, or the absence of such a designation, shall not be dispositive or relevant concerning any issue in dispute between the Parties, and neither Party may offer evidence of such designation or absence thereof in connection with the merits of the Motion to Enforce.

### END OF ORDER ###

Submitted by:

**PASSMAN & JONES, P.C.**
*/s/ Christopher A. Robison*
James F. Adams
State Bar No. 00863450
Christopher A. Robison
State Bar No. 24035720
1201 Elm Street, Suite 2500
Dallas, Texas 75270
Telephone:  (214) 742-2121
Telecopier:  (214) 748-7949

**COUNSEL FOR SUPERIOR AIR PARTS, INC.**


**SIMON, RAY & WINIKKA LLP**
*/s/ Craig F. Simon*
Craig F. Simon
Texas Bar No. 00784968
Daniel P. Winikka
Texas Bar No. 00794873
2525 McKinnon Street, Suite 540
Dallas, Texas 75201
Phone:  (214) 871-2292
Fax:  (469) 759-1699

**COUNSEL FOR DR. KUBLER,**
**IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR**
**OF THIELERT AIRCRAFT ENGINES GMBH**

United States Bankruptcy Court
Northern District of Texas

In re:                                                           Case No. 08-36705-bjh
Superior Air Parts, Inc.                                         Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-3          User: sheniquaw         Page 1 of 3          Date Rcvd: Apr 18, 2014
                             Form ID: pdf012          Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty       ##+Robert P. Franke,   Strasburger & Price, LLP,   600 Congress Ave., Ste. 1600,
          Austin, TX 78701-2974
                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2014                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2014 at the address(es) listed below:
          Beverly Cahill Rice    on behalf of Creditor    Tygris Vendor Finance, Inc. brice@bhhlaw.com
          Billy G. Leonard, Jr.    on behalf of Creditor    Aviation Parts Supply, Inc.
           bleonard@billyleonardlaw.com
          Billy G. Leonard, Jr.    on behalf of Plaintiff    Aviation Parts Supply, Inc.
           bleonard@billyleonardlaw.com
          Billy G. Leonard, Jr.    on behalf of Creditor    Maloney, Bean, Horn & Hull, PC
           bleonard@billyleonardlaw.com
          Chester B. Salomon    on behalf of Defendant    Thielert AG csalomon@beckerglynn.com,
           lmueller@beckerglynn.com;rmarsico@beckerglynn.com
          Chester B. Salomon    on behalf of Creditor    Dr. Achim Ahrent, as Insolvency Administrator of
           Thielert AG csalomon@beckerglynn.com,  lmueller@beckerglynn.com;rmarsico@beckerglynn.com
          Chester B. Salomon    on behalf of Consultant    Corporate Finance Partners Midcap GmbH
           csalomon@beckerglynn.com, lmueller@beckerglynn.com;rmarsico@beckerglynn.com
          Chester B. Salomon    on behalf of Creditor    Thielert AG csalomon@beckerglynn.com,
           lmueller@beckerglynn.com;rmarsico@beckerglynn.com
          Christina Walton Stephenson    on behalf of Creditor    Wrongful Death Claimants
           cstephenson@shacklaw.net, rpatel@shacklaw.net;welam@shacklaw.net
          Christopher Alan Robison    on behalf of Defendant    Superior Air Parts, Inc.
           robisonc@passmanjones.com,  verar@passmanjones.com
          Christopher Alan Robison    on behalf of Debtor    Superior Air Parts, Inc.
           robisonc@passmanjones.com,  verar@passmanjones.com
          Daniel P. Winikka    on behalf of Creditor    Thielert Aircraft Engines GmbH
           dwinikka@srwlawfirm.com,  csimon@srwlawfirm.com,dweed@srwlawfirm.com
          Daniel P. Winikka    on behalf of Respondent TAE insolvency admin   Dr. Kubler
           dwinikka@srwlawfirm.com,  csimon@srwlawfirm.com,dweed@srwlawfirm.com
          David William Parham    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors david.parham@bakermckenzie.com,  julia.rogic@bakermckenzie.com
          Dennis Oliver Olson    on behalf of Interested Party    Lycoming Engines, a division of AVCO
           Corporation and Textron Innovations, Inc. denniso@dallas-law.com
          Dennis Oliver Olson    on behalf of Plaintiff    Lycoming Engines, A Division of Avco Corporation
           denniso@dallas-law.com
          Dennis Oliver Olson    on behalf of Creditor    Textron Inc. denniso@dallas-law.com
          Dennis Oliver Olson    on behalf of Plaintiff    Textron Innovations, Inc. denniso@dallas-law.com
          Duane J. Brescia    on behalf of Debtor    Superior Air Parts, Inc. duane.brescia@strasburger.com,
           regina.pegues@strasburger.com;donna.krupa@strasburger.com;bkrtcynotices@strasburger.com
          Duane J. Brescia    on behalf of Attorney    Strasburger & Price, LLP duane.brescia@strasburger.com,
           regina.pegues@strasburger.com;donna.krupa@strasburger.com;bkrtcynotices@strasburger.com

District/off: 0539-3          User: sheniquaw          Page 2 of 3          Date Rcvd: Apr 18, 2014
                             Form ID: pdf012          Total Noticed: 0

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Elizabeth  Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
    evelyn.palmer@lgbs.com;candice.stone@lgbs.com;dora.casiano-perez@lgbs.com
Elliot D. Schuler   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
    elliot.schuler@bakermckenzie.com
Elliot D. Schuler   on behalf of Creditor   Superior Creditors Trust
    elliot.schuler@bakermckenzie.com
Gregory A. Lowry   on behalf of Interested Party   Certain listed insurers and syndicates
    glowry@lockelord.com
Gregory A. Lowry   on behalf of Creditor   Lloyd's of London, Omega Syndicate 958
    glowry@lockelord.com
Gregory M. Zarin   on behalf of Creditor   Ace Grinding & Machine Co. gzarin@vszlaw.com
Howard A. Borg   on behalf of Creditor   Federal Aviation Administration -FAA
    howard.borg@usdoj.gov,  ginger.sanchez@usdoj.gov,tami.parker@usdoj.gov
James F. Adams   on behalf of Debtor   Superior Air Parts, Inc. jimadams@passmanjones.com,
    lebelk@passmanjones.com
James F. Adams   on behalf of Defendant   Superior Air Parts, Inc. jimadams@passmanjones.com,
    lebelk@passmanjones.com
Jason S. Brookner   on behalf of Creditor   Eck Industries, Inc. jbrookner@grayreed.com,
    dtrent@grayreed.com
Jerry C. Alexander   on behalf of Debtor   Superior Air Parts, Inc. alexanderj@passmanjones.com,
    chandlers@passmanjones.com
Jerry C. Alexander   on behalf of Defendant   Superior Air Parts, Inc.
    alexanderj@passmanjones.com,  chandlers@passmanjones.com
Johnathan Collins   on behalf of Creditor   Lloyd's of London, Omega Syndicate 958
    jcollins@lockelord.com
Kenneth A. Hill   on behalf of Interested Party   Quilling, Selander, Cummiskey & Lownds, PC
    kenhill@qsclpc.com,  cdeville@qslwm.com
Larry K. Hercules   on behalf of Creditor   Zanzi, S.p.A. lkhercules@yahoo.com
Laurie Spindler Huffman   on behalf of Creditor   Tarrant County Laurie.Spindler@publicans.com,
    Dallas.bankruptcy@publicans.com;evelyn.palmer@lgbs.com
Laurie Spindler Huffman   on behalf of Creditor   Dallas County Laurie.Spindler@publicans.com,
    Dallas.bankruptcy@publicans.com;evelyn.palmer@lgbs.com
Laurie Spindler Huffman   on behalf of Creditor   City of Coppell Laurie.Spindler@publicans.com,
    Dallas.bankruptcy@publicans.com;evelyn.palmer@lgbs.com
Laurie Spindler Huffman   on behalf of Creditor   Coppell ISD Laurie.Spindler@publicans.com,
    Dallas.bankruptcy@publicans.com;evelyn.palmer@lgbs.com
Matthew  Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
Melissa S. Hayward   on behalf of Interested Party   Illinois National Insurance Co.
    MHayward@FCSHlaw.com,  mholmes@fcshlaw.com
Melissa S. Hayward   on behalf of Creditor   Lloyd's of London, Omega Syndicate 958
    MHayward@FCSHlaw.com,  mholmes@fcshlaw.com
Michael Benton Willey   on behalf of Creditor   Tennessee Dept. of Revenue agbanktexas@ag.tn.gov,
    michael.willey@ag.tn.gov
Michael E. Emrich   on behalf of Creditor   Riverside Claims, LLC. notice@regencap.com
Michael L. Jones   on behalf of Creditor   Combustion Technologies, Inc. mjones@henryandjones.com,
    erc@henryandjones.com
Michael S. Leib   on behalf of Creditor   Ace Grinding & Machine Co. msl@maddinhauser.com
Michelle E. Shriro   on behalf of Creditor   Roxanne Cherry et al and Toby Desch
    mshriro@singerlevick.com,  ckirkland@singerlevick.com;croote@singerlevick.com
Michelle E. Shriro   on behalf of Creditor   Michael Henderson mshriro@singerlevick.com,
    ckirkland@singerlevick.com;croote@singerlevick.com
Michelle E. Shriro   on behalf of Creditor   Henry  W. Bailey, Jr. and Carole Bailey, et al and
    Janet L. Innis, et al and Roxanne Cherry, et al and Toby Desch mshriro@singerlevick.com,
    ckirkland@singerlevick.com;croote@singerlevick.com
Neil J. Orleans   on behalf of Creditor   Aviall, Inc. Neil.orleans@judithwross.com
Robert P. Franke   on behalf of Debtor   Superior Air Parts, Inc. robert.franke@strasburger.com,
    mina.alvarez@strasburger.com;andrew.edson@strasburger.com
Robert Powers Shepard   on behalf of Creditor   Genesee Stamping and Fabricating, Inc.
    rshepard@phmsw.com
Rosa R. Orenstein   on behalf of Creditor   Airsure Ltd., LLC rosa@orensteinlg.com,
    nathan@orensteinlg.com
Sarah Brooke Davis   on behalf of Creditor   Thielert Aircraft Engines GmbH sdavis@bmpllp.com,
    bskandier@bmpllp.com
Sean Andrew Gordon   on behalf of Creditor   Texas Dugan Limited Partnership
    sean.gordon@thompsonhine.com
Shari L. Heyen   on behalf of Interested Party   Illinois National Insurance Co. heyens@gtlaw.com,
    medfordw@gtlaw.com
Shari L. Heyen   on behalf of Creditor   Lloyd's of London, Omega Syndicate 958 heyens@gtlaw.com,
    medfordw@gtlaw.com
Stephen A. Roberts   on behalf of Plaintiff   Superior Air Parts, Inc.
    stephen.roberts@strasburger.com,
    regina.pegues@strasburger.com;donna.krupa@strasburger.com;katherine.fite@strasburger.com;johanna.
    hopkins@strasburger.com;bkrtcynotices@strasburger.com
Stephen A. Roberts   on behalf of Debtor   Superior Air Parts, Inc.
    stephen.roberts@strasburger.com,
    regina.pegues@strasburger.com;donna.krupa@strasburger.com;katherine.fite@strasburger.com;johanna.
    hopkins@strasburger.com;bkrtcynotices@strasburger.com

```
District/off: 0539-3          User: sheniquaw          Page 3 of 3              Date Rcvd: Apr 18, 2014
                              Form ID: pdf012          Total Noticed: 0
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Stephen A. Roberts    on behalf of Attorney    Strasburger & Price, LLP
               stephen.roberts@strasburger.com,
               regina.pegues@strasburger.com;donna.krupa@strasburger.com;katherine.fite@strasburger.com;johanna.
               hopkins@strasburger.com;bkrtcynotices@strasburger.com
              Susan B. Hersh    on behalf of Creditor    Virgin Records America, Inc. susan@susanbhershpc.com,
               assistant@susanbhershpc.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov
              Vickie L. Driver    on behalf of Creditor    Wrongful Death Claimants vdriver@coffindriverlaw.com,
               pcoffin@coffindriverlaw.com;admin@coffindriverlaw.com;chull@coffindriverlaw.com;wbailey@coffindri
               verlaw.com
              Vickie L. Driver    on behalf of Creditor Vickie Lynn Coy vdriver@coffindriverlaw.com,
               pcoffin@coffindriverlaw.com;admin@coffindriverlaw.com;chull@coffindriverlaw.com;wbailey@coffindri
               verlaw.com
              Vickie L. Driver    on behalf of Creditor    MAHLE Engine Components USA, Inc.
               vdriver@coffindriverlaw.com,
               pcoffin@coffindriverlaw.com;admin@coffindriverlaw.com;chull@coffindriverlaw.com;wbailey@coffindri
               verlaw.com
              Vickie L. Driver    on behalf of Attorney    Pronske & Patel, P.C. vdriver@coffindriverlaw.com,
               pcoffin@coffindriverlaw.com;admin@coffindriverlaw.com;chull@coffindriverlaw.com;wbailey@coffindri
               verlaw.com
                                                                                      TOTAL: 66