Craig F. Simon
Texas Bar No. 00784968
Daniel P. Winikka
Texas Bar No. 00794873
Simon, Ray & Winikka LLP
2525 McKinnon Street, Suite 540
Dallas, TX 75201
Phone: (214) 871-2292
Facsimile:  (469) 759-1699
Counsel for Thielert Aircraft Engines GmbH

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>SUPERIOR AIR PARTS, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 08-36705-BJH-11 |

**INSOLVENCY ADMINISTRATOR'S EXHIBIT LIST AND WITNESS LIST IN
CONNECTION WITH SUPERIOR'S MOTION TO ENFORCE**

TO:   Superior Air Parts, Inc., by and through its counsel of record, James F. Adams and Christopher A. Robison, Passman & Jones, 1201 Elm Street, Suite 2500.  Dallas, Texas 75270-2599

Dr. Bruno Kübler, in his capacity as insolvency administrator (the "Insolvency Administrator") of Thielert Aircraft Engines GmbH ("TAE"), hereby submits the following list of exhibits and witnesses.  At the time of this submission, the Insolvency Administrator has not received a document production from Superior Air Parts, Inc. ("Superior") in response to its requests for production.  The undersigned counsel understands that Superior intends to make its production in the next two days.  In addition, Superior is filing, with the Insolvency Administrator's agreement, a motion to continue the hearing on Superior's motion to enforce.  Accordingly,  the Insolvency Administrator reserves the right to amend or supplement this list of exhibits and witnesses.

| EX. NO. | DATE | DESCRIPTION |
|---|---|---|
| 1 | 6/3/13 | Letter from Dan Winikka to Kent Abercrombie |
| 2 | 7/9/13 | Letter to Dr. Kubler and Luca Botica from Kent Abercrombie |
| 3 | 7/18/13 | Letter from Craig Simon to James Adams |
| 4 | 12/19/13 | Letter from Craig Simon to James Adams |
| 5 | 1/30/14 | Letter from Craig Simon to Chris Roberson |
| 6 | 1/31/14 | Letter from Chris Roberson to Craig Simon |
| 7 | 3/25/14 | Letter from Craig Simon to Chris Roberson |
| 8 | 1/6/14 | Superior's Responses to Insolvency Administrator's Discovery Requests |

The Insolvency Administrator reserves the right to offer into evidence any document included on Superior's Exhibit List or otherwise offered by Superior, or to use any additional documents on cross-examination or for impeachment.

The Insolvency Administrator does not identify any witnesses at this time, but reserves the right to supplement its witness list following receipt of discovery from Superior. The Insolvency Administrator further reserves the right to call any witness identified by Superior in its witness list.

Respectfully submitted,

**SIMON, RAY & WINIKKA LLP**

By: */s/ Daniel P. Winikka*

Craig F. Simon, Esq.
State Bar No. 00784968
Daniel P. Winikka, Esq.
State Bar No. 00794873
2525 McKinnon Street, Suite 540
Dallas, TX  75201
Telephone:  (214) 871-2292
Facsimile:   (469) 759-1699

***Counsel for the Insolvency Administrator of Thielert Aircraft Engines GmbH***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of May 2014, a true and correct copy of the foregoing document has been served on the parties listed below via ECF/PACER.

*/s/ Daniel P. Winikka*

Daniel P. Winikka

James Adams
Christopher Robison
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX  75270-2599