Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
PASSMAN & JONES
A Professional Corporation
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
(214) 742-2121 Telephone
(214) 748-7949 Facsimile
alexanderj@passmanjones.com
jimadams@passmanjones.com
robisonc@passmanjones.com

COUNSEL FOR SUPERIOR AIR PARTS, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re § | |
| § | Case No. 08-36705-bjh-11 |
| SUPERIOR AIR PARTS, INC., § | Chapter 11 |
| § | |
| Debtor. § | **Date of Hearing:   05/20/2014** |
| § | **Time of Hearing:  10:45 a.m.** |

## NOTICE OF HEARING
## ON SUPERIOR AIR PARTS, INC.'S AGREED
## MOTION TO CONTINUE HEARING ON MOTION TO ENFORCE

PLEASE TAKE NOTICE that Superior Air Parts, Inc.'s Agreed Motion to Continue Hearing on Motion to Enforce [Dkt. No. 711] has been set for hearing on **May 20, 2014, at 10:45 a.m.,** before the Honorable Barbara J. Houser, United States Bankruptcy Judge, in Courtroom #2, located at 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

Respectfully submitted:

PASSMAN & JONES
A Professional Corporation

By: */s/ Christopher A. Robison*
    Jerry C. Alexander
    Texas Bar No. 00993500
    James F. Adams
    Texas Bar No. 00863450
    Christopher A. Robison
    Texas Bar No. 24035720
    1201 Elm Street, Suite 2500
    Dallas, Texas 75270-2599
    (214) 742-2121 Telephone
    (214) 748-7949 Facsimile
    alexanderj@passmanjones.com
    jimadams@passmanjones.com
    robisonc@passmanjones.com

COUNSEL FOR SUPERIOR AIR PARTS, INC.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 19th day of May, 2014, pursuant to the Federal Rules of Bankruptcy Procedure, the foregoing instrument was served on the parties in interest listed below via prepaid first-class mail, hand-delivery, facsimile, ECF/PACER, email and/or other electronic means.

Daniel P. Winikka
Craig Simon
SIMON, RAY & WINIKKA LLP
2525 McKinnon Street, Suite 540
Dallas, Texas 75201
*Counsel for Dr. Kubler, in his capacity*
*as Insolvency Administrator for*
*Thielert Aircraft Engines GmbH*

    */s/ Christopher A. Robison*
    Christopher A. Robison