

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 24, 2014**

*Barbara J. Houser*
_____
**United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CHAPTER 11 |
| | § | CASE NO. 08-36705-BJH-11 |
| DEBTOR. | § | |

### ORDER GRANTING AGREED MOTION TO CONTINUE HEARING ON MOTION TO ENFORCE

CAME ON TO BE CONSIDERED the Agreed Motion to Continue Hearing on Motion to Enforce (the "Motion") [Dkt. 711]. After considering the Motion and the arguments of counsel, the Court GRANTS the Motion. Therefore, it is ORDERED that the hearing on Superior's Motion to Enforce [Dkt. 684] is continued to **July 22, 2014, at 2:15 p.m.**

###END OF ORDER###

Order Granting Agreed Motion to Continue Hearing                                        Solo Page