| |
|---|
| **CASE NAME: Superior Air Parts, Inc.** |
| **CASE NUMBER: 08-36705-BJH** |

United States Bankruptcy Court

Northern District of Texas

Dallas Division

# FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT
4th QUARTER 2013

I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

## RESPONSIBLE PARTY:

Original Signature of Responsible Party

Printed Name of Responsible Party     **Kent Abercrombie**

Title     **CFO, Reorganized Debtor Superior Air Parts, Inc.**

Date

## PREPARER:

Superior Air Parts, Inc.

Printed Name of Preparer     **Kent Abercrombie**

Title     **CFO, Reorganized Debtor Superior Air Parts, Inc.**

Date

CASE NAME: <u>Superior Air Parts, Inc.</u>     CASE NUMBER: <u>08-36705-BJH</u>

# QUARTERLY FEE SUMMARY

## 4th QUARTER 2013

| Payment Date | Estate's Cash Disbursements to Creditors | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | | | | |
| February | | | | |
| March | | | | |
| 1st Quarter | | | | |
| April | | | | |
| May | | | | |
| June | | | | |
| 2nd Quarter | | | | |
| July | | | | |
| August | | | | |
| September | | | | |
| 3rd Quarter | | | | |
| October | $0.00 | | | |
| November | $0.00 | | | |
| December | $0.00 | | | |
| 4th Quarter | $0.00 | $325.00 | 157295 | 1/17/2014 |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.00 | $975 |
| $150,000 to $224,99.00 | $1,625 |
| $225,000 to $299,999.9 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $10,400 |
| $3,000,000 to $4,999,999.00 | $13,000 |
| $5,000,000 to $14,999,999.00 | $20,000 |
| $30,000,000 or more | $30,000 |