Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX  75270-2599
Phone: (214) 742-2121
Fax: (214) 748-7949
Counsel for Superior Air Parts, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CHAPTER 11 |
| | § | CASE NO. 08-36705-BJH-11 |
| DEBTOR. | § | |

**APPENDIX IN SUPPORT OF: (1) SUPERIOR AIR PARTS, INC,'S HEARING BRIEF REGARDING ESTOPPEL BY CONTRACT, ENFORCEMENT OF CONFIDENTIALITY AGREEMENT, AND SUPERIOR'S OWNERSHIP OF DOCUMENTS "CREATED" BY TAE AND (2) SUPERIOR AIR PARTS, INC.'S HEARING BRIEF REGARDING THE RES JUDICATA EFFECT OF <u>SUPERIOR'S CONFIRMED PLAN AND THE COURT'S CONFIRMATION ORDER</u>**

Respectfully submitted,

*/s/ Christopher A. Robison*
Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX  75270-2599
Phone:  214-742-2121
Fax:  214-748-7949
COUNSEL FOR SUPERIOR AIR PARTS, INC.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 14, 2014, pursuant to the Federal Rules of Bankruptcy Procedure, the foregoing instrument was served on the parties in interest listed below via prepaid first-class mail, hand-delivery, fax, ECF/PACER, email and/or other electronic means.

                                            */s/ Christopher A. Robison*
                                            Christopher A. Robison

Daniel P. Winikka and Craig Simon
Simon, Ray & Winikka LLP
2525 McKinnon Street, Suite 540
Dallas, Texas 75201

*Attorneys for Dr. Kübler, Insolvency Administrator for TAE*

## **TABLE OF CONTENTS**

| DESCRIPTION | APPENDIX PAGE RANGE |
|---|---|
| Amended Chapter 11 Plan [Bankr. Doc. No. 322] | Appx_0001-Appx_0045 |
| Amended Disclosure Statement with Exhibits [Bankr. Doc. Nos. 321 – 321-3] | Appx_0046-Appx_0116 |
| Order Confirming Third Amended Plan of Reorganization [Bankr. Doc. No. 404] | Appx_0117-Appx_0131 |
| Order Granting Motion of Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1126(a) & (e) for an Order Enforcing Settlement Agreement, Determining that the Vote of Thielert Aircraft Engine to Reject the Plan will not be Counted and, Deeming Thielert Aircraft Engine to Accept the Plan (Docket No. 395) [Bankr. Doc. No. 419] | Appx_0132-Appx_0133 |
| Supplier Agreement | Appx_0134-Appx_0149 |