

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed September 17, 2009**                                              **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC. § | |
| § | |
| DEBTOR-IN POSSESSION. § | |

**ORDER GRANTING MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. § 1126(a) & (e) FOR AN ORDER ENFORCING THE SETTLEMENT AGREEMENT, DETERMINING THAT THE VOTE OF THIELERT AIRCRAFT ENGINE TO REJECT THE PLAN WILL NOT BE COUNTED AND, DEEMING THIELERT AIRCRAFT <u>ENGINE TO ACCEPT THE PLAN (DOCKET NO. 395)</u>**

Came on to be heard the Motion of Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1126(a) & (e) for an Order Enforcing the Settlement Agreement, and Determining that the Vote of Thielert Aircraft Engine to Reject the Plan will not be Counted and, Deeming Thielert Aircraft Engine to Accept the Plan (the "<u>Motion</u>"), and Theilert Aircraft Engines GmbH ("<u>TAE</u>") having announced that it did not oppose the relief sought in the Motion;



It is therefore **ORDERED** that the Motion is **GRANTED** and TAE is hereby deemed to have accepted the Third Amended Plan of Reorganization filed by the Debtor and the Official Committee of Unsecured Creditors.

**###END OF ORDER###**