Jerry C. Alexander
Texas State Bar No. 00993500
James F. Adams
Texas State Bar No. 00863450
Christopher A. Robison
Texas State Bar No. 24035720
PASSMAN & JONES
A Professional Corporation
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

COUNSEL FOR SUPERIOR AIR PARTS, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re: § | |
| § | Case No. 08-36705-bjh-11 |
| SUPERIOR AIR PARTS, INC., § | Chapter 11 |
| § | |
| Debtor. § | |
| § | |

# THIRD AMENDED WITNESS AND EXHIBIT LIST IN SUPPORT OF
## SUPERIOR AIR PARTS, INC.'S MOTION TO ENFORCE

COMES NOW, Superior Air Parts, Inc. ("Superior") and files this Second Amended Witness and Exhibit List in Support of Motion to Enforce [Dkt. 684], set for hearing on July 22, 2014 at 2:15 PM, and in support thereof would show the following:

## WITNESS LIST

| NAME | DESCRIPTION OF ANTICIPATED TESTIMONY TOPICS |
|---|---|
| Kent Abercrombie<br>Superior Air Parts, Inc.<br>621 S. Royal Lane, #100<br>Coppell, TX 75019-3805 | History of bankruptcy case and bankruptcy pleadings, the business relationship between Superior and TAE, Superior's ownership of its drawings and other technical data, the provision of technical data to TAE under confidentiality agreements, work performed by TAE on Superior's behalf, and Superior's PMA's and regulatory (FAA) compliance. |
| Charles B. Dedmon | Data and drawings owned by Superior, the business relationship between Superior and TAE, Superior's ownership of its drawings and other technical data, the provision of technical data to TAE |

| NAME | DESCRIPTION OF ANTICIPATED TESTIMONY TOPICS |
|---|---|
|  | under confidentiality agreements, work performed by TAE on Superior's behalf, Superior's relationship with its manufacturers/suppliers, and Superior's PMA's and regulatory (FAA) compliance. |
| Keith Chatten<br>Superior Air Parts, Inc.<br>621 S. Royal Lane, #100<br>Coppell, TX 75019-3805 | Data, information and drawings owned by Superior currently in TAE/Kübler's possession, the business relationship between Superior and TAE, Superior's ownership of its drawings and other technical data, the provision of technical data to TAE under confidentiality agreements, work performed by TAE on Superior's behalf, and Superior's PMA's and regulatory (FAA) compliance. |
| Jasper M. Wolffson<br>Brödermann & Jahn<br>Neuer Wall 71<br>20354 Hamburg<br>Germany | The business relationship between Superior and TAE, Superior's ownership of its drawings, information, and other technical data, the provision of technical data to TAE under confidentiality agreements, work performed by TAE on Superior's behalf, and Dr. Kübler's attempts to sell Superior's property. |
| Douglas Marwill<br>RD Marwill & Associates<br>14004 Mint Trail<br>San Antonio, TX 78232 | Mr. Marwill is a testifying expert, and the topics on which he will testify are summarized on **Exhibit "A"** hereto. |

## EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| 1 | Chapter 11 Voluntary Petition [Bankr. Doc. No. 1] |
| 2 | 08-36705-bjh11 Docket Sheet |
| 3 | Schedules A-J with Summary of Schedules [Bankr. Doc. No. 4] |
| 4 | Schedule B22 – Domain Names [Bankr. Doc. No. 4-3] |
| 5 | Schedule B22 – List of PMAs [Bankr. Doc. No. 4-4] |
| 6 | Schedule B22 – Trademarks [Bankr. Doc. No. 4-5] |
| 7 | Schedule B23 – Type Certificates [Bankr. Doc. No. 4-6] |
| 8 | Schedule G – Open Purchase Orders [Bankr. Doc. No. 4-13] |
| 9 | Amended Schedule B with Exhibit [Bankr. Docs. Nos. 263 and 263-1] |
| 10 | Amended Schedule G with Exhibit [Bankr. Docs. Nos. 265 and 265-1] |
| 11 | Amended Disclosure Statement with Exhibits [Bankr. Docs. Nos. 321 – 321-3] |
| 12 | Amended Chapter 11 Plan [Bankr. Doc. No. 322] |
| 13 | Order Approving Fourth Amended Disclosure Statement [Bankr. Doc. No. |

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| | 325] |
| 14 | Order Confirming Third Amended Plan of Reorganization [Bankr. Doc. No. 404] |
| 15 | Notice of Effective Date of the Third Amended Plan of Reorganization [Bankr. Doc. No. 432] |
| 16 | Affidavit In Support of Debtor's Expedited Motion to Approve Bid Procedures for Sale of Substantially All of Debtor's Assets Free and Clear of Liens with Exhibits [Bankr. Docs. Nos. 30 through 30-3] |
| 17 | Affidavit In Support of Debtor's Expedited Motion to Approve Bid Procedures for Sale of Substantially All of Debtor's Assets Free and Clear of Liens with Exhibits [Bankr. Docs. Nos. 31 through 31-2; also Adv. Doc. No. 8 - Superior 0655-Superior 0662 in Adv. Proc. No. 12-03035-BJH] |
| 18 | Supplier Agreement between Thielert Aircraft Engines GmbH and Superior Air Parts, Inc. dated December 15, 2001 and Amendments Thereto (SUPERIOR_000026-SUPERIOR_000044) |
| 19 | Letter from Craig Simon, Esq. to Christopher Robison, Esq. dated March 25, 2014 |
| 20 | Summary of Documents Produced by Dr. Kübler in Discovery and Bates Labeled TAE IA000001-IA000736 |
| 21 | Letter from Superior to TAE/Kübler dated April 24, 2013 |
| 22 | Letter from counsel for TAE to Superior dated June 3, 2013 |
| 23 | Letter from counsel for Superior to counsel for TAE dated July 18, 2013 (with attached list of part numbers) |
| 24 | Tolling Agreement effective as of August 1, 2013 |
| 25 | Motion to Compel Arbitration and Exhibits Thereto Filed December 9, 2013 [Bankr. Dkt. 689] |
| 26 | Insolvency Administrator's Responses and Objections to Superior Air Parts Inc.'s First Set of Discovery Requests |
| 27 | Status Report and Agreed Motion to Continue Hearing [Bankr. Dkt. 711] |
| 28 | Exemplar Purchase Order from Superior to TAE (SUPERIOR_005336) |
| 29 | Exemplar Terms and Conditions to Superior Purchase Order (SUPERIOR_000082) |
| 30 | Superior Quality Requirements (SUPERIOR_000224 – SUPERIOR_000308) |
| 31 | Superior Air Parts Drawing for Part No. SL32500, Rev. E |
| 32 | TAE Duplicate Drawing of Superior Air Parts Part No. SL32500-E |

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| 33 | Superior Air Parts Drawing for Part No. SL36006W-A1 |
| 34 | TAE Duplicate Drawing for Superior Air Parts Part No. SL36006W-A1 |
| 35 | Superior Air Parts Drawing for Part No. SL18840-2 |
| 36 | TAE Duplicate Drawing for Superior Air Parts Part No. SL18840-2 |
| 37 | Superior Air Parts Drawing for Part No. SA47006L-A1 |
| 38 | TAE Duplicate Drawing for Superior Air Parts Part No. SA47006L-A1 |
| 39 | Superior Air Parts Drawing for Part No. SA52006-A1, Rev. G |
| 40 | TAE Duplicate Drawing for Superior Air Parts Part No. SA52006-A1-G |
| 41 | Superior Air Parts Drawing for Part No. SL36500, Rev. L |
| 42 | TAE Duplicate Drawing for Superior Air Parts Part No. SL36500-L |
| 43 | Superior Air Parts Drawing for Part No. SL11750-1 |
| 44 | TAE Duplicate Drawing for Superior Air Parts Part No. SL11750-1 |
| 45 | Superior Air Parts Drawing for Part No. SL36005 |
| 46 | TAE Duplicate Drawing for Superior Air Parts Part No. SL36005 |
| 47 | Superior Air Parts Drawing for Part No. SX20050 |
| 48 | TAE Duplicate Drawing for Superior Air Parts Part No. 20050 |
| 49 | Screen Shot of Superior Part No. SV78930 created from CAD file on TAE server |
| 50 | Screen Shot of Superior Part No. SV78940 created from CAD file on TAE server |
| 51 | Screen Shot of Superior Part No. SL36500 created from CAD file on TAE server |
| 52 | Screen Shot of Superior Part No. 40005 created from CAD file on TAE server |
| 53 | Superior Drawing for Superior Part No. SV78940 |
| 54 | Superior Drawing for Superior Part No. SV78930 |
| 55 | Superior Drawing for Superior Part No. SV40001 |
| 56 | Summary of File Locations of Original Superior Documents and Information on TAE Server. |
| 57 | Summary of File Locations of Duplicate Superior Documents and Information on the TAE Server. |
| 58 | Deposition Exhibit 17. |
| 59 | Deposition Exhibit 18. |

Superior reserves the right to offer any exhibit introduced at a deposition taken after the filing of this Witness and Exhibit List. Superior further reserves the right to examine any witness listed or called by any other party, and to call any impeachment and/or rebuttal witnesses. Superior further reserves the right to offer any exhibit listed or presented by any other party, and to offer any impeachment and/or rebuttal exhibits.

    Respectfully submitted,

By: */s/ Christopher Robison*
    Jerry C. Alexander
    Texas Bar No. 00993500
    James F. Adams
    Texas Bar No. 00863450
    Christopher A. Robison
    Texas Bar No. 24035720
    Passman & Jones, P.C.
    1201 Elm Street, Suite 2500
    Dallas, Texas 75270-2599
    (214) 742-2121 Telephone
    (214) 748-7949 Facsimile
    alexanderj@passmanjones.com
    jimadams@passmanjones.com
    robisonc@passmanjones.com

COUNSEL FOR SUPERIOR AIR PARTS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 17th day of July, 2014, pursuant to the Federal Rules of Bankruptcy Procedure, via Facsimile and/or ECF/PACER upon the following:

Daniel P. Winikka and Craig Simon
Simon, Ray & Winikka LLP
2525 McKinnon Street, Suite 540
Dallas, Texas 75201

*Attorneys for Dr. Kübler, Insolvency Administrator for TAE*

                                                */s/ Christopher A. Robison*
                                                Christopher A. Robison