## OPINIONS OF SUPERIOR'S EXPERT
## DOUGLAS MARWILL, P.E.

- The different expressions of the Superior data in the TAE manufacturing or other drawings "prepared" by TAE are standard steps that a supplier in the industry such as the German manufacturer TAE would take in performance of its duties under a Supplier Agreement with a customer, such as the Supplier Agreement Superior and TAE have. The drawings Superior supplied to TAE were detail and assembly drawings, which means the parts had to be manufactured exactly as set out in the drawings. In most instances, the TAE drawings are merely translations of the Superior drawings from English and the English system to German and the metric system. TAE should not have made any changes to anything called for on the Superior drawing, because this would violate FAA Regulations.

- Using similar comparison methods that would be recognized and used by the FAA under § 21.303(c)(4) of the Federal Aviation Regulations and Order 8110.42(D) Subject: Parts Manufacturer Approval Procedures, the drawings and data in TAE's possession are identical to the Superior drawings. There is no doubt that the TAE drawings were made from the drawings Superior furnished to TAE and not from any other source.

- There was nothing of substance added by TAE to the Superior drawings or data in the TAE drawings. English is translated into German and inches to millimeters, and the part is sometimes displayed in three dimensions. None of these things could be done without Superior's drawings and data, and nothing on any drawing made by TAE would rise to the level of a major change under the Federal Aviation Regulations.

- By industry standards and course of dealing in the industry, every dimension, every manufacturing specification, and all data on the Superior drawings and any depictions of the part made by any supplier such as TAE containing those dimensions, manufacturing specifications, and data are the property of Superior and should be returned. By industry standards, TAE was merely an extension of Superior's business and manufacturing process.

- Mr. Marwill reserves the right to give counter-opinions or rebuttal opinions to the opinions of TAE's expert.

_____

These are summaries only of the opinions Mr. Marwill will give and not the entire knowledge or basis regarding those opinions.

**EXHIBIT A**