Craig F. Simon
Texas Bar No. 00784968
Daniel P. Winikka
Texas Bar No. 00794873
Simon, Ray & Winikka LLP
2525 McKinnon Street, Suite 540
Dallas, TX 75201
Phone: (214) 871-2292
Facsimile:  (469) 759-1699
Counsel for Thielert Aircraft Engines GmbH

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SUPERIOR AIR PARTS, INC. | Case No. 08-36705-BJH-11 |
| Debtor. | |

**INSOLVENCY ADMINISTRATOR'S AMENDED EXHIBIT LIST AND WITNESS LIST**

TO:   Superior Air Parts, Inc., by and through its counsel of record, Jerry C. Alexander,  James F. Adams and Christopher A. Robison, Passman & Jones, 1201 Elm Street, Suite  2500. Dallas, Texas  75270-2599

Dr. Bruno Kübler, in his capacity as insolvency administrator (the "Insolvency Administrator") of Thielert Aircraft Engines GmbH ("TAE"), hereby submits the following amended exhibit list and witness list in connection with the July 22, 2014 hearing on Superior Air Parts, Inc.'s ("Superior") Motion to Enforce ("Motion"). Discovery in this contested matter is ongoing, including the yet-to-be conducted deposition of one of Superior's fact witnesses and both parties' expert witnesses.  Accordingly, the Insolvency Administrator reserves the right to amend or supplement this list.

## **EXHIBIT LIST**

| EX. NO. | DESCRIPTION |
|---|---|
| 1 | License Agreement [Superior 007475 – 7487] |
| 2 | Superior's Objections and Responses to Notice of Deposition of Superior [SAP Deposition Ex. 2] |
| 3 | Supplier Agreement [SAP Deposition Ex 3] |
| 4 | Amendments to Supplier Agreement [SAP Deposition Ex. 4] |
| 5 | November 19, 2001 letter to Thielert from Coleman [SAP Deposition Ex. 5] |
| 6 | Superior Initial Discovery Responses [SAP Deposition Ex. 6] |
| 7 | Superior Amended Discovery Responses [SAP Deposition Ex. 7] |
| 8 | May 8, 2014 Email from Robison to Winikka with attached proposed order [SAP Deposition Ex. 8] |
| 9 | Superior May 2014 Trial Balance [SAP Deposition Ex. 9] |
| 10 | Superior Non-Disclosure Agreements [SAP Deposition Ex. 10] |
| 11 | Superior Drawing Log [SAP Deposition Ex. 11] |
| 12 | Superior drawing [SAP Deposition Ex. 12] |
| 13 | TAE drawing [SAP Deposition Ex. 13] |
| 14 | Westlaw Information for Charles Dedmon [SAP Deposition Ex. 14] |
| 15 | January 31, 2014 letter from Robison to Simon |
| 16 | Group Exhibit of Expert Witness Materials |

## WITNESS LIST

| WITNESS | ANTICIPATED TESTIMONY |
|---|---|
| Prof. Dr.-Ing. Adrian Rienäcker<br>Managing Director Institute for Powertrain and Automotive Engineering (iaf)<br>Chair for Machine Elements and Tribology (mt)<br>Faculty of Mechanical Engineering<br>University of Kassel<br>Möncheberstr. 3<br>34125 Kassel,<br>Germany | Professor Rienäcker is an expert witness who is expected to testify concerning his background, experience and education, the work he performed in connection with this dispute, and the opinions he has formed (a summary of which has been provided to Superior pursuant to the parties' agreement). Professor Rienäcker may also address testimony offered by other witnesses in this dispute, including Superior's fact and expert witnesses. |

While the Insolvency Administrator does not currently anticipate calling any additional witnesses to testify, he reserves the right to call any witness identified by Superior on its Third Amended Witness List filed July 17, 2014, or on any subsequent witness list submitted by Superior. The Insolvency Administrator also reserves the right to offer into evidence any exhibit contained on Superior's exhibit list, as well as any exhibits utilized in any deposition yet to be taken in this matter.

## DEPOSITION DESIGNATIONS

The Insolvency Administrator reserves the right to offer the deposition testimony of any witness listed on Superior on its Third Amended Witness List in the event Superior does not call such witness to testify during the hearing.

    Respectfully submitted,

**SIMON, RAY & WINIKKA LLP**

By: */s/ Daniel P. Winikka*

Craig F. Simon, Esq.
State Bar No. 00784968
Daniel P. Winikka, Esq.
State Bar No. 00794873
2525 McKinnon Street, Suite 540
Dallas, TX  75201
Telephone:  (214) 871-2292
Facsimile:   (469) 759-1699

*Counsel for the Insolvency Administrator of Thielert Aircraft Engines GmbH*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of July 2014, a true and correct copy of the foregoing document has been served on the parties listed below via the Court's ECF system and by email.

    */s/ Daniel P. Winikka*

    Daniel P. Winikka

James Adams
Christopher Robison
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX  75270-2599