Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX  75270-2599
Phone: (214) 742-2121
Fax: (214) 748-7949
Counsel for Superior Air Parts, Inc.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CHAPTER 11 |
| | § | CASE NO. 08-36705-BJH-11 |
| DEBTOR. | § | |

## APPENDIX IN SUPPORT OF SUPERIOR AIR PARTS, INC.'S **SUPPLEMENTAL HEARING BRIEF**

Superior Air Parts, Inc. files the attached Appendix in Support of its Supplemental Hearing Brief [Dkt. 738].

        Respectfully submitted,

        */s/ Christopher A. Robison*
        Jerry C. Alexander
        Texas Bar No. 00993500
        James F. Adams
        Texas Bar No. 00863450
        Christopher A. Robison
        Texas Bar No. 24035720
        Passman & Jones
        1201 Elm Street, Suite 2500
        Dallas, TX  75270-2599
        Phone:  214-742-2121
        Fax:  214-748-7949
        COUNSEL FOR SUPERIOR AIR PARTS, INC.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 31, 2014, pursuant to the Federal Rules of Bankruptcy Procedure, the foregoing instrument was served on the parties in interest listed below via prepaid first-class mail, hand-delivery, fax, ECF/PACER, email and/or other electronic means.

/s/ *Christopher A. Robison*
Christopher A. Robison

Daniel P. Winikka and Craig Simon
Simon, Ray & Winikka LLP
2525 McKinnon Street, Suite 540
Dallas, Texas 75201

*Attorneys for Dr. Kübler, Insolvency Administrator for TAE*

## TABLE OF CONTENTS

| DESCRIPTION | APPENDIX PAGE RANGE |
|---|---|
| Supplier Agreement | 1 – 15 |
| Excerpts from Hearing Held July 23, 2014 | 16 – 19 |
| Excerpts from Hearing Held on July 22, 2014 | 20 – 35 |
| Excerpts from Deposition of Adrian Rienäcker | 36 – 45 |
| Excerpts from Deposition of Douglas Marwill | 46 – 52 |
| Excerpts from Deposition of Charles Dedmon (2014) | 53 – 59 |
| Excerpts from Deposition of Charles Dedmon (2008) | 60 – 62 |
| Excerpts from Hearing Held July 22, 2014 | 63-65 |