# Exhibit B



July 24, 2014

**Via Email**
Chris Robison, Esq.
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599

Re:   In re: Superior Air Parts, Inc.; Case No. 08-36705-BJH-11;
      U.S. Bankruptcy Court, Northern District of Texas, Dallas Division

Dear Chris:

I am writing about several matters in connection with the ongoing hearing of Superior's Motion to Enforce.

First, I want to understand Superior's view concerning the time necessary for the remainder of the hearing. I believe we asked for three hours for (1) the examinations of Charles Dedmon and the Insolvency Administrator's expert witness, and (2) closing argument. I believe Mr. Alexander suggested to the Court yesterday that Superior may intend to call Mr. Marwill in rebuttal. If you intend to do so, it may be necessary to contact the Court to request additional time. I expect the direct examination of our expert to take approximately 75 to 90 minutes, and do not want to be in the uncomfortable position again of not requesting sufficient time for the hearing.

Second, please let me know whether Mr. Dedmon or your firm is in possession of the complete transcript of his deposition testimony in the Rolls Royce litigation that he testified about in his deposition. If that transcript exists, please consider this as a request that it be produced to the Insolvency Administrator. We also ask that you provide us with a copy of the casting drawing about which Mr. Marwill testified.

Third, please let me know whether Mr. Dedmon will voluntarily appear to testify when the hearing resumes. We would prefer not to serve him with a subpoena.

Fourth, if I understood the testimony Superior proffered at the hearing, Superior's witnesses have reviewed every document on the USB drive. If that is the case, I ask that you provide me with a listing of every document that contains the Superior logo. If you provide that listing, my client will review it and confirm that the identified documents can be returned to you, thus eliminating at least a portion of the issues.

Craig Simon · csimon@srwlawfirm.com · Direct 469.759.1701
srwlawfirm.com · Main 214.871.2292 · Fax 469.759.1699
2525 McKinnon St. · Suite 540 · Dallas, TX 75201

Chris Robison
July 24, 2014
Page 2 of 2

    As I advised the Court, I will be out on vacation beginning this evening until August 4. Please communicate with Dan Winikka in my absence.

                        Very truly yours,

                        Craig F. Simon

cc: Dan Winikka

Dan Winikka <dwinikka@srwlawfirm.com>
To: "Robison, Chris" <robisonc@PassmanJones.com>
Cc: "Craig F. Simon" <csimon@srwlawfirm.com>, "James F. Adams" <jimadams@passmanjones.com>
Re: Superior/TAE

July 29, 2014 1:20 PM



1 Attachment, 230 KB

Chris, has the Court only allotted 2.5 hours on August 11? I did not recall that. In any event, to be safe and conservative, I think we should advise the court that the parties estimate that as much as 4 hours might be needed (we may be 2 to 2.5 hours and from your estimates it looks like perhaps 1.5 hours for your side at the high end). Also, I wanted to follow up on Craig's letter to you regarding our request for the complete transcript of Mr. Dedmon's prior testimony and the casting drawing about which Mr. Marwill testified. Will you be providing those?
Finally, the Court requested that we rescan our brief from yesterday and send them a cleaner version. Attached is the cleaner scanned version we provided to the Court.



TAE final 7-...pdf (230 KB)

Dan Winikka
SIMON, RAY & WINIKKA LLP
2525 McKinnon
Suite 540
Dallas, Texas 75201
dwinikka@srwlawfirm.com
469-759-1700 (office)
214-402-4523 (cell)
www.srwlawfirm.com

# SRW LAW

SIMON | RAY & WINIKKA | LLP

NOTICE:
This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure or distribution by persons or entities other than the intended recipient(s) is prohibited. If you are not an intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

On Jul 25, 2014, at 4:18 PM, Robison, Chris <robisonc@PassmanJones.com> wrote:

> Dan:
>
> Prior to yesterday, I understood direct examination of Dr. Kubler's expert would take 60-75 minutes. Given that Craig now expects Dr. Kubler's expert may testify for 75-90 minutes on direct, I am concerned that 2.5 hours may not present an adequate amount of time for the hearing.
>
> Plaintiff estimates it will have 30-40 minutes of cross on Dr. Kubler's expert, 10-15 minutes of cross on Mr. Dedmon, and 20 minutes of direct of Mr. Marwill if he is called in rebuttal. Plaintiff also estimates about 20 minutes for closing, for a total time estimate of 1 hour and 15 minutes.
>
> How long do you expect your direct of Mr. Dedmon, cross of Mr. Marwill if he is called in rebuttal, and closing to take?
>
> Also, in response to your inquiry about whether or not Mr. Dedmon will attend the hearing, no subpoena will be necessary. Mr. Dedmon will attend the hearing.
>
> Best Regards,

Chris Robison

**Christopher A. Robison**
214-742-2121 ext. 3554
214-748-7949 fax
email | website
PASSMAN & JONES,
    A Professional Corporation
1201 Elm Street, Suite 2500
Dallas, TX  75270-2599

**IRS Circular 230 Required Notice**: IRS Regulations require that we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or for the purpose of promoting, marketing or recommending to another party any transaction or tax-related matter.

Confidential Information:  This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.