Jerry C. Alexander
Texas State Bar No. 00993500
James F. Adams
Texas State Bar No. 00863450
Christopher A. Robison
Texas State Bar No. 24035720
PASSMAN & JONES
A Professional Corporation
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
(214) 742-2121 Telephone
(214) 748-7949 Facsimile

COUNSEL FOR SUPERIOR AIR PARTS, INC.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 08-36705-bjh-11 |
| SUPERIOR AIR PARTS, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

## MOTION FOR LEAVE TO PLACE EXHIBITS UNDER SEAL

COMES NOW Superior Air Parts, Inc. ("*Superior*") and Dr. Bruno Kübler, as Insolvency Administrator of Thielert Aircraft Engines GmBH ("*Kübler*"), and ask the Court for leave to place certain exhibits introduced into evidence at the hearing on Superior's Motion to Enforce [Dkt. 684] under seal pursuant to L.B.R. 9077-1(b).

1. Superior and Kübler ask the Court to place under seal certain aircraft part drawings introduced and to be introduced into evidence at the hearing on Superior's Motion to Enforce [Dkt. 684], including exhibits "Superior 31" and "Superior 32." Pursuant to L.B.R. 9077-1(c), Superior Exhibits 31 and 32 are being submitted to the Court for review via electronic mail.

2. The court may seal court records if the interests favoring nondisclosure in a particular case outweigh the public's common-law right of access to judicial records. *In re*

*Sealed Case*, 237 F.3d 657, 666 (D.C. Cir. 2001); *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993); *see Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 598, 98 S. Ct. 1306, 1312 (1978).

    3.    Here, although it is a matter of dispute between the parties, Superior contends the information contained in Exhibit 31 is proprietary and confidential to Superior. While the parties dispute who owns Exhibit 32 or the information on Exhibit 32, both parties contend that Exhibit 32 contains at least some information that is proprietary and confidential.

    WHEREFORE, premises considered, Superior and Kübler respectfully request the Court place Superior Exhibits 31 and 32, as well as any further exhibits the parties may request to be placed under seal.

    Respectfully submitted,

*/s/ Christopher A. Robison*
Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
Christopher A. Robison
Texas Bar No. 24035720
Passman & Jones
1201 Elm Street, Suite 2500
Dallas, TX 75270-2599
Phone: 214-742-2121
Fax: 214-748-7949
COUNSEL FOR SUPERIOR AIR PARTS, INC.

AGREED:

**SIMON, RAY & WINIKKA LLP**

By:*/s/ Craig F. Simon*
Craig F. Simon
Texas Bar No. 00784968
Daniel P. Winikka
Texas Bar No. 00794873
2525 McKinnon Street, Suite 540
Dallas, Texas 75201
Phone: (214) 871-2292
Fax: (469) 759-1699

**COUNSEL FOR DR. KUBLER, IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR OF THIELERT AIRCRAFT ENGINES GMBH**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served via First Class U.S. Mail, postage prepaid, and/or via electronic mail, to counsel for Dr. Kubler on this, the 5th day, of August 2014.

> */s/ Christopher A. Robison*
> Christopher A. Robison