

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 6, 2014**

United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SUPERIOR AIR PARTS, INC., | § | CHAPTER 11 |
| | § | CASE NO. 08-36705-BJH-11 |
| DEBTOR. | § | |

**AGREED ORDER REGARDING
MOTION FOR LEAVE TO PLACE EXHIBITS UNDER SEAL**

CAME ON TO BE CONSIDERED the Motion for Leave to Place Exhibits Under Seal, filed by Superior Air Parts, Inc. ("Superior") and Dr. Bruno Kübler, as Insolvency Administrator of Thielert Aircraft Engines GmBH ("Kübler"). After considering the Motion and the agreement of the parties, the Court finds the following Order is appropriate:

It is ORDERED that Superior Exhibits 31 and 32, as well as any further exhibits introduced at the hearing on Superior's Motion to Enforce [Dkt. 684] that the parties may request to be placed under seal, shall be placed under seal under seal pursuant to L.B.R. 9077-1(b).

### END OF ORDER ###

**AGREED:**

**PASSMAN & JONES, P.C.**

*/s/ Christopher A. Robison*
James F. Adams
State Bar No. 00863450
Christopher A. Robison
State Bar No. 24035720
1201 Elm Street, Suite 2500
Dallas, Texas 75270
Telephone: (214) 742-2121
Telecopier: (214) 748-7949

**COUNSEL FOR SUPERIOR AIR PARTS, INC.**

**SIMON, RAY & WINIKKA LLP**

*/s/ Craig F. Simon*
Craig F. Simon
Texas Bar No. 00784968
Daniel P. Winikka
Texas Bar No. 00794873
2525 McKinnon Street, Suite 540
Dallas, Texas 75201
Phone: (214) 871-2292
Fax: (469) 759-1699

**COUNSEL FOR DR. KÜBLER,
IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR
OF THIELERT AIRCRAFT ENGINES GMBH**

United States Bankruptcy Court
Northern District of Texas

In re:                                                                  Case No. 08-36705-bjh
Superior Air Parts, Inc.                                                Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-3          User: sheniquaw          Page 1 of 3          Date Rcvd: Aug 07, 2014
                              Form ID: pdf012          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2014.
aty         +Marla Charlene Reynolds,    Lain, Faulker & Co., P.C.,    400 N. St. Paul, Suite 600,
              Dallas, TX 75201-6897

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         ##+Robert P. Franke,    Strasburger & Price, LLP,    600 Congress Ave., Ste. 1600,
              Austin, TX 78701-2974
                                                                                     TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2014 at the address(es) listed below:
              Beverly Cahill Rice    on behalf of Creditor    Tygris Vendor Finance, Inc. brice@bhhlaw.com
              Billy G. Leonard, Jr.    on behalf of Creditor    Aviation Parts Supply, Inc.
               bleonard@billyleonardlaw.com
              Billy G. Leonard, Jr.    on behalf of Plaintiff    Aviation Parts Supply, Inc.
               bleonard@billyleonardlaw.com
              Billy G. Leonard, Jr.    on behalf of Creditor    Maloney, Bean, Horn & Hull, PC
               bleonard@billyleonardlaw.com
              Chester B. Salomon    on behalf of Defendant    Thielert AG csalomon@beckerglynn.com,
               lmueller@beckerglynn.com;rmarsico@beckerglynn.com
              Chester B. Salomon    on behalf of Creditor    Dr. Achim Ahrent, as Insolvency Administrator of
               Thielert AG csalomon@beckerglynn.com,    lmueller@beckerglynn.com;rmarsico@beckerglynn.com
              Chester B. Salomon    on behalf of Creditor    Thielert AG csalomon@beckerglynn.com,
               lmueller@beckerglynn.com;rmarsico@beckerglynn.com
              Chester B. Salomon    on behalf of Consultant    Corporate Finance Partners Midcap GmbH
               csalomon@beckerglynn.com,    lmueller@beckerglynn.com;rmarsico@beckerglynn.com
              Christina Walton Stephenson    on behalf of Creditor    Wrongful Death Claimants
               cstephenson@shacklaw.net,    rpatel@shacklaw.net;welam@shacklaw.net
              Christopher Alan Robison    on behalf of Defendant    Superior Air Parts, Inc.
               robisonc@passmanjones.com,    verar@passmanjones.com
              Christopher Alan Robison    on behalf of Debtor    Superior Air Parts, Inc.
               robisonc@passmanjones.com,    verar@passmanjones.com
              Daniel P. Winikka    on behalf of Creditor    Thielert Aircraft Engines GmbH
               dwinikka@srlawfirm.com,    csimon@srlawfirm.com,jstapleton@srlawfirm.com
              Daniel P. Winikka    on behalf of Respondent TAE insolvency admin  Dr. Kubler
               dwinikka@srlawfirm.com,    csimon@srlawfirm.com,jstapleton@srlawfirm.com
              David William Parham    on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors david.parham@bakermckenzie.com,    julia.rogic@bakermckenzie.com
              Dennis Oliver Olson    on behalf of Interested Party    Lycoming Engines, a division of AVCO
               Corporation and Textron Innovations, Inc. denniso@dallas-law.com
              Dennis Oliver Olson    on behalf of Plaintiff    Lycoming Engines, A Division of Avco Corporation
               denniso@dallas-law.com
              Dennis Oliver Olson    on behalf of Creditor    Textron Inc. denniso@dallas-law.com
              Dennis Oliver Olson    on behalf of Plaintiff    Textron Innovations, Inc. denniso@dallas-law.com
              Duane J. Brescia    on behalf of Debtor    Superior Air Parts, Inc. duane.brescia@strasburger.com,
               regina.pegues@strasburger.com;donna.krupa@strasburger.com;bkrtcynotices@strasburger.com
              Duane J. Brescia    on behalf of Attorney    Strasburger & Price, LLP duane.brescia@strasburger.com,
               regina.pegues@strasburger.com;donna.krupa@strasburger.com;bkrtcynotices@strasburger.com

```
District/off: 0539-3          User: sheniquaw            Page 2 of 3              Date Rcvd: Aug 07, 2014
                              Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com;candice.stone@lgbs.com;dora.casiano-perez@lgbs.com
         Elliot D. Schuler   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          elliot.schuler@bakermckenzie.com
         Elliot D. Schuler   on behalf of Creditor   Superior Creditors Trust
          elliot.schuler@bakermckenzie.com
         Gregory A. Lowry   on behalf of Interested Party   Certain listed insurers and syndicates
          glowry@lockelord.com
         Gregory A. Lowry   on behalf of Creditor   Lloyd's of London, Omega Syndicate 958
          glowry@lockelord.com
         Gregory M. Zarin   on behalf of Creditor   Ace Grinding & Machine Co. gzarin@vszlaw.com
         Howard A. Borg   on behalf of Creditor   Federal Aviation Administration -FAA
          howard.borg@usdoj.gov,  ginger.sanchez@usdoj.gov,tami.parker@usdoj.gov
         James F. Adams   on behalf of Debtor   Superior Air Parts, Inc. jimadams@passmanjones.com,
          lebelk@passmanjones.com
         James F. Adams   on behalf of Defendant   Superior Air Parts, Inc. jimadams@passmanjones.com,
          lebelk@passmanjones.com
         Jason S. Brookner   on behalf of Creditor   Eck Industries, Inc. jbrookner@grayreed.com,
          dtrent@grayreed.com;lwebb@grayreed.com
         Jerry C. Alexander   on behalf of Debtor   Superior Air Parts, Inc. alexanderj@passmanjones.com,
          chandlers@passmanjones.com
         Jerry C. Alexander   on behalf of Defendant   Superior Air Parts, Inc.
          alexanderj@passmanjones.com,  chandlers@passmanjones.com
         Johnathan Collins   on behalf of Creditor   Lloyd's of London, Omega Syndicate 958
          jcollins@lockelord.com
         Kenneth A. Hill   on behalf of Interested Party   Quilling, Selander, Cummiskey & Lownds, PC
          kenhill@qsclpc.com,  cdeville@qslwm.com
         Larry K. Hercules   on behalf of Creditor   Zanzi, S.p.A. lkhercules@yahoo.com
         Laurie Spindler Huffman   on behalf of Creditor   Tarrant County Laurie.Spindler@publicans.com,
          Dallas.bankruptcy@publicans.com;evelyn.palmer@lgbs.com
         Laurie Spindler Huffman   on behalf of Creditor   Dallas County Laurie.Spindler@publicans.com,
          Dallas.bankruptcy@publicans.com;evelyn.palmer@lgbs.com
         Laurie Spindler Huffman   on behalf of Creditor   City of Coppell Laurie.Spindler@publicans.com,
          Dallas.bankruptcy@publicans.com;evelyn.palmer@lgbs.com
         Laurie Spindler Huffman   on behalf of Creditor   Coppell ISD Laurie.Spindler@publicans.com,
          Dallas.bankruptcy@publicans.com;evelyn.palmer@lgbs.com
         Matthew Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
         Melissa S. Hayward   on behalf of Interested Party   Illinois National Insurance Co.
          MHayward@FCSHlaw.com,  mholmes@fcshlaw.com
         Melissa S. Hayward   on behalf of Creditor   Lloyd's of London, Omega Syndicate 958
          MHayward@FCSHlaw.com,  mholmes@fcshlaw.com
         Michael Benton Willey   on behalf of Creditor   Tennessee Dept. of Revenue agbanktexas@ag.tn.gov,
          michael.willey@ag.tn.gov
         Michael E. Emrich   on behalf of Creditor   Riverside Claims, LLC. notice@regencap.com
         Michael L. Jones   on behalf of Creditor   Combustion Technologies, Inc. mjones@henryandjones.com,
          erc@henryandjones.com
         Michael S. Leib   on behalf of Creditor   Ace Grinding & Machine Co. msl@maddinhauser.com
         Michelle E. Shriro   on behalf of Creditor   Roxanne Cherry et al and Toby Desch
          mshriro@singerlevick.com,  ckirkland@singerlevick.com;croote@singerlevick.com
         Michelle E. Shriro   on behalf of Creditor   Michael Henderson mshriro@singerlevick.com,
          ckirkland@singerlevick.com;croote@singerlevick.com
         Michelle E. Shriro   on behalf of Creditor   Henry W. Bailey, Jr. and Carole Bailey, et al and
          Janet L. Innis, et al and Roxanne Cherry, et al and Toby Desch mshriro@singerlevick.com,
          ckirkland@singerlevick.com;croote@singerlevick.com
         Neil J. Orleans   on behalf of Creditor   Aviall, Inc. Neil.orleans@judithwross.com
         Robert P. Franke   on behalf of Debtor   Superior Air Parts, Inc. robert.franke@strasburger.com,
          mina.alvarez@strasburger.com;andrew.edson@strasburger.com
         Robert Powers Shepard   on behalf of Creditor   Genesee Stamping and Fabricating, Inc.
          rshepard@phmsw.com
         Rosa R. Orenstein   on behalf of Creditor   Airsure Ltd., LLC rosa@orensteinlg.com,
          nathan@orensteinlg.com
         Sarah Brooke Davis   on behalf of Creditor   Thielert Aircraft Engines GmbH sdavis@bmpllp.com,
          bskandier@bmpllp.com
         Sean Andrew Gordon   on behalf of Creditor   Texas Dugan Limited Partnership
          sean.gordon@thompsonhine.com
         Shari L. Heyen   on behalf of Interested Party   Illinois National Insurance Co. heyens@gtlaw.com,
          medfordw@gtlaw.com
         Shari L. Heyen   on behalf of Creditor   Lloyd's of London, Omega Syndicate 958 heyens@gtlaw.com,
          medfordw@gtlaw.com
         Stephen A. Roberts   on behalf of Plaintiff   Superior Air Parts, Inc.
          stephen.roberts@strasburger.com,
          regina.pegues@strasburger.com;donna.krupa@strasburger.com;katherine.fite@strasburger.com;johanna.
          hopkins@strasburger.com;bkrtcynotices@strasburger.com
         Stephen A. Roberts   on behalf of Debtor   Superior Air Parts, Inc.
          stephen.roberts@strasburger.com,
          regina.pegues@strasburger.com;donna.krupa@strasburger.com;katherine.fite@strasburger.com;johanna.
          hopkins@strasburger.com;bkrtcynotices@strasburger.com

```
District/off: 0539-3          User: sheniquaw            Page 3 of 3             Date Rcvd: Aug 07, 2014
                              Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Stephen A. Roberts    on behalf of Attorney    Strasburger & Price, LLP stephen.roberts@strasburger.com, regina.pegues@strasburger.com;donna.krupa@strasburger.com;katherine.fite@strasburger.com;johanna.hopkins@strasburger.com;bkrtcynotices@strasburger.com

        Susan B. Hersh    on behalf of Creditor    Virgin Records America, Inc. susan@susanbhershpc.com, assistant@susanbhershpc.com

        United States Trustee    ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov

        Vickie L. Driver    on behalf of Creditor    Wrongful Death Claimants vdriver@coffindriverlaw.com, pcoffin@coffindriverlaw.com;admin@coffindriverlaw.com;chull@coffindriverlaw.com;wbailey@coffindriverlaw.com

        Vickie L. Driver    on behalf of Creditor Vickie Lynn Coy vdriver@coffindriverlaw.com, pcoffin@coffindriverlaw.com;admin@coffindriverlaw.com;chull@coffindriverlaw.com;wbailey@coffindriverlaw.com

        Vickie L. Driver    on behalf of Creditor    MAHLE Engine Components USA, Inc. vdriver@coffindriverlaw.com, pcoffin@coffindriverlaw.com;admin@coffindriverlaw.com;chull@coffindriverlaw.com;wbailey@coffindriverlaw.com

        Vickie L. Driver    on behalf of Attorney    Pronske & Patel, P.C. vdriver@coffindriverlaw.com, pcoffin@coffindriverlaw.com;admin@coffindriverlaw.com;chull@coffindriverlaw.com;wbailey@coffindriverlaw.com

        TOTAL: 66