

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 27, 2014**

**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE § | |
| § | |
| SUPERIOR AIR PARTS, INC., § | CHAPTER 11 |
| § | CASE NO. 08-36705-BJH-11 |
| DEBTOR. § | |

### AGREED ORDER REGARDING
### ADDITIONAL EXHIBITS TO BE PLACED UNDER SEAL

CAME ON TO BE CONSIDERED the Motion for Leave to Place Exhibits Under Seal, filed by Superior Air Parts, Inc. ("Superior") and Dr. Bruno Kübler, as Insolvency Administrator of Thielert Aircraft Engines GmBH ("Kübler"). After considering the Motion and the agreement of the parties, the Court finds the following Order is appropriate:

It is ORDERED that Kübler Exhibits IA 16.9, IA 16.18, IA 16.19, IA 16.21, IA 21, IA 24, IA 25, IA 26, and Superior 63 shall be placed under seal under seal pursuant to L.B.R. 9077-1(b).

### END OF ORDER ###

**AGREED:**

**PASSMAN & JONES, P.C.**

*/s/ Christopher A. Robison*
James F. Adams
State Bar No. 00863450
Christopher A. Robison
State Bar No. 24035720
1201 Elm Street, Suite 2500
Dallas, Texas 75270
Telephone: (214) 742-2121
Telecopier: (214) 748-7949

**COUNSEL FOR SUPERIOR AIR PARTS, INC.**


**SIMON, RAY & WINIKKA LLP**

*/s/ Craig F. Simon*
Craig F. Simon
Texas Bar No. 00784968
Daniel P. Winikka
Texas Bar No. 00794873
2525 McKinnon Street, Suite 540
Dallas, Texas 75201
Phone: (214) 871-2292
Fax: (469) 759-1699

**COUNSEL FOR DR. KÜBLER,
IN HIS CAPACITY AS INSOLVENCY ADMINISTRATOR
OF THIELERT AIRCRAFT ENGINES GMBH**