BTXN 208a (rev. 09/12)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Superior Air Parts, Inc.<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No.: 08–36705–bjh11<br>Chapter No.: 11 |

# SEALED COURT ADMITTED EXHIBITS

**RE: Hearing Held on 7/22/2014, Pursuant to Order Entered on 8/7/2014, Document No. 742**

**Offered by:** Superior Air Parts, Inc.
**Exhibit No(s):** Superior Air Parts Exhibits 31 and 32
**Represented by:** C. Robison
**Firm Address:** 1201 Elm Street, Suite 2500
Dallas, Texas 75270
**Phone:** 214–142–2121