BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Superior Air Parts, Inc. | Motion to Enforce Filed by Debtor Superior Air Parts, Inc. (684) | Case # 08–36705–bjh11 |
| **DEBTOR** | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Superior Air Parts, Inc. | *VS* | Dr. Bruno Kubler, as Insolvency Administrator of Thielert Aircraft Engines GmBH |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | |
|---|---|
| C. Robison | C. Simon |
| **ATTORNEY** | **ATTORNEY** |

**EXHIBITS**

SUPERIOR AIR PARTS EXHIBITS:

11, 12, 14, 18, 21, 22, 49–51, AND 56 (see enclosed exhibit list)

SUPERIOR AIR PARTS EXHIBITS ADMITTED SEPARATELY UNDER SEAL:

31 AND 32 (see enclosed exhibit list)

INSOLVENCY ADMINISTRATOR EXHIBITS:

10 AND 18 (see enclosed exhibit list)

| | | |
|---|---|---|
| Nicole Whittington | 7/22/2014 | Barbara J. Houser |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |