BTXN 208a (rev. 09/12)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Superior Air Parts, Inc. § Case No.: 08–36705–bjh11
 § Chapter No.: 11
Debtor(s) §

# SEALED COURT ADMITTED EXHIBITS

**RE: Hearing Held on 8/11/2014, Pursuant to Order Entered on 8/28/14, Document No. 748**

| | |
|---|---|
| **Offered by:** | Superior Air Parts, Inc. |
| **Exhibit No(s):** | Superior Air Parts Exhibit 63 |
| **Represented by:** | C. Robison |
| **Firm Address:** | 1201 Elm Street, Suite 2500<br>Dallas, Texas 75270 |
| **Phone:** | 214–742–2121 |