BTXN 208a (rev. 09/12)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Superior Air Parts, Inc.<br><br>Debtor(s) | §<br>§<br>§<br>§<br>§ | Case No.: 08–36705–bjh11<br>Chapter No.: 11 |

# SEALED COURT ADMITTED EXHIBITS

**RE: Hearing Held on 8/11/2014, Pursuant to Order Entered on 8/28/2014, Document No. 748**

**Offered by:** Dr. Bruno Kubler, as Insolvency Administrator of Thielert Aircraft Engines GmBH

**Exhibit No(s):** INSOLVENCY ADMINISTRATOR EXHIBITS:

16.9, 16.18, 16.19, 21 (admitted not for the truth of the matters contained in the exhibit but as part of the foundation for the expert's opinion)

24–26 (admitted for the limited purpose to show it appears to be a TAE created document and not a Superior Air Parts created document.)

**Represented by:** C. Simon

**Firm Address:** 2525 McKinnon Street, Suite 540
Dallas, Texas 75201

**Phone:** 214–871–2292