BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Superior Air Parts, Inc. | Motion to Enforce Filed by Debtor Superior Air Parts, Inc. (684) | Case # 08–36705–bjh11 |

**DEBTOR**

**TYPE OF HEARING**

| | | |
|---|---|---|
| Superior Air Parts, Inc. | VS | Dr. Bruno Kubler, as Insolvency Administrator of Thielert Aircraft Engines GmBH |

**PLAINTIFF / MOVANT** — **DEFENDANT / RESPONDENT**

C. Robison — C. Simon

**ATTORNEY** — **ATTORNEY**

## EXHIBITS

| SUPERIOR AIR PARTS | INSOLVENCY ADMINISTRATOR |
|---|---|
| SUPERIOR AIR PARTS EXHIBIT: 57 | INSOLVENCY ADMINISTRATOR EXHIBIT: 19 |
| SUPERIOR AIR PARTS EXHIBITS ADMITTED SEPARATELY UNDER SEAL (SEE DOCKET #751): 63 | INSOLVENCY ADMINISTRATOR EXHIBITS ADMITTED SEPARATELY UNDER SEAL (SEE DOCKET #752): |
| | 16.9, 16.18, 16.19, 21 (admitted not for the truth of the matters contained in the exhibit but as part of the foundation for the expert's opinion) |
| | 24–26 (admitted for the limited purpose to show it appears to be a TAE created document and not a Superior Air Parts created document.) |
| (see enclosed exhibit list) | (see enclosed exhibit list) |

| Nicole Whittington | 8/11/2014 | Barbara J. Houser |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |